UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____
:
**HALEY SPEARS** :
    **Plaintiff,** :
: Civil No. 3:11-cv-01807 (VLB)
**v.** :
:
**LIBERTY LIFE ASSURANCE** :
**COMPANY OF BOSTON** :
**AND THE GROUP LIFE INSURANCE** :
**AND DISABILITY PLAN OF UNITED** :
**TECHNOLOGIES CORPORATION a/k/a** :
**THE UTC CHOICE INTEGRATED** :
**DISABILITY BENEFIT PROGRAM** : MARCH 21, 2016
    **Defendants.** :
_____:

## TABLE OF CONTENTS

**Exhibit 1:**   Table of Contents

**Exhibit 2:**   Affidavit of Sarah C. Baskin

**Exhibit 3:**   Oct. 15, 2010 Stipulation, Fairbaugh v. Life Ins. Co. of N. Am., No. 3:09-cv-01434 (CSH)

**Exhibit 4:**   Remand Documents from Administrative Record

**Exhibit 5:**   Unreported cases

    a) Austin v. Ford, 1998 U.S. Dist. LEXIS 2157 (S.D.N.Y. Mar. 2, 1998)

    b) Barrett v. Hartford Life & Accident Ins. Co., 2012 U.S. Dist. LEXIS 176362 (S.D.N.Y. Nov. 9, 2012)

    c) Black v. Pitney Bowes Inc., 2008 U.S. Dist. LEXIS 65338 (S.D.N.Y. Aug. 26, 2008)

    d) Curran v. Aetna Life Ins. Co., 2013 U.S. Dist. LEXIS 163162 (S.D.N.Y. Nov. 15, 2013)

e) <u>Halo v. Yale Health Plan</u>, 2012 U.S. Dist. LEXIS 31447 (D. Conn. Mar. 8, 2012)

f) <u>Halo v. Yale Health Plan</u>, 546 Fed. Appx. 2, 2013 U.S. App. LEXIS 19232 (2d Cir. Sept. 18, 2013)

g) <u>Harty v. Bull's Head Realty</u>, 2015 U.S. Dist. LEXIS 29635 (D. Conn. Mar. 11, 2015)

h) <u>Pava v. Hartford Life & Accident Ins. Co.</u>, 2005 U.S. Dist. LEXIS 41753 (E.D.N.Y. Aug. 23, 2005)

i) <u>Rasile v. Liberty Life Assurance Co. of Boston</u>, 2004 U.S. Dist. LEXIS 11754 (S.D.N.Y. June 28, 2004)

j) <u>Wedge v. Shawmut Design & Constr. Grp. Long Term Disability Ins. Plan</u>, 2013 U.S. Dist. LEXIS 129119 (S.D.N.Y. Sept. 10, 2013)

DEFENDANTS, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE GROUP LIFE INSURANCE   AND DISABILITY PLAN OF UNITED TECHNOLOGIES CORPORATION a/k/a THE UTC CHOICE INTEGRATED DISABILITY BENEFIT PROGRAM

By:  /s/ Sarah C. Baskin
Beverly W. Garofalo (ct11439)
Sarah C. Baskin (ct 13570)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
Tel. (860) 522-0404
Fax (860) 247-1330
Email: garofalob@jacksonlewis.com
Email: baskins@jacksonlewis.com