UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALEY SPEARS<br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br>AND THE GROUP LIFE INSURANCE<br>AND DISABILITY PLAN OF UNITED<br>TECHNOLOGIES CORPORATION a/k/a<br>THE UTC CHOICE INTEGRATED<br>DISABILITY BENEFIT PROGRAM<br>    Defendants. | Civil No. 3:11-cv-01807 (VLB)<br><br><br><br><br><br><br><br>March 21, 2016 |

### AFFIDAVIT OF SARAH C. BASKIN

SARAH C. BASKIN, being duly sworn and according to law, deposes and says:

1. I am of counsel with the law firm of Jackson Lewis P.C., counsel for Defendants Liberty Life Assurance Company Of Boston and The Group Life Insurance and Disability Plan Of United Technologies Corporation A/K/A The UTC Choice Integrated Disability Benefit Program (collectively, "Defendants") in the above-captioned matter.

2. I have acted as lead counsel in this litigation since its inception. I have personally reviewed the statements citing to this affidavit in Defendant's Memorandum Of Law In Opposition To Plaintiff's Motion To Reinstate Summary Judgment Motion To Docket. I hereby confirm that such statements are reasonably accurate summaries of the events and documents

1

upon which they are based, with which I am personally familiar.

3. The document attached hereto as Exhibit A is a true and accurate copy of an email I received from Plaintiff's counsel on June 2, 2015.

**FURTHER AFFIANT SAYETH NOT.**

_____
Sarah C. Baskin

Sworn to and subscribed before me
this 21st day of March, 2016

_____
Notary Public
My Commission Expires: _____

Carol A. Curley
NOTARY PUBLIC
State of Connecticut
My Commission Expires
November 30, 2017

2