| | |
|---|---|
| **From:** | winona zimberlin <wzimberlin@lawyer.com> |
| **Sent:** | Tuesday, June 02, 2015 3:54 PM |
| **To:** | Baskin, Sarah C. (Hartford) |
| **Subject:** | Re: RE: Spears |
| **Attachments:** | 6702904282.rtf; partial disability.xlsx |

Haley is working for various temp agencies, off and on, as a recruiter.
Her wages have been:
8/14  $1028
9/14   2935
10/14  3469
11/14  2699
12/14  2126
1/15   2668
2/15   2598
3/15   1238
4/15   4658
5/15   5151.

I have attached a spreadsheet regarding our computation of the partial disability benefit, and also a damage analysis. The damage analysis does not include interest, which will be claimed if there are further proceedings. The total LTD plus fees and costs is
$258,959.71. This is not a settlement demand; it is the total amount due.

I will be in touch regarding a demand. If we do reach a settlement, what terms does your client want in a settlement agreement?

Winona Zimberlin


Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax


**Sent:** Wednesday, May 06, 2015 at 5:08 PM
**From:** "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>
**To:** "winona zimberlin" <wzimberlin@lawyer.com>
**Subject:** RE: Spears

Good afternoon, Winona,


Our client may be interested in reopening settlement discussions, depending upon the size of your demand. We understand that Ms. Spears has returned to work. If that is true, can you provide us with information about the nature of her new job, when she returned to work, whether it is full time or part time, and how much she is earning in this new position?


Thank you,

Sarah

Sarah C. Baskin

Attorney at Law

Jackson Lewis P.C.

90 State House Square, 8th Floor

Hartford, CT 06103-3708


860.522.0404 | Main

860.247.1330 | Fax

860.205.3317 | Cell


baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.


**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Monday, May 04, 2015 10:21 AM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears


The court has granted summary judgment in plaintiff's favor.


Does your client wish to reopen settlement negotiations? If not, please have your client comply with the judge's ruling so that we can get this case moving.


Thank you.


Winona Zimberlin


Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114

2

(860) 249-5291 phone
(860) 247-4194 fax

# Winona W. Zimberlin

Attorney At Law
2 Congress Street
Hartford, CT 06114-1024
_____

Telephone (860) 249-5291
Facsimile (860) 247-4194

DAMAGE ANALYSIS 2015

| | |
|---|---|
| March 2009, 4 days ($86.90 per diem) | $337.60 |
| April 2009 through  July 2014 | |
|   $2,693.99, per month @ 64 months = | $172,415.36 |
| | $172,752.96 |

Minus other income, which is SS as follows:

$1,418. for February 2009 through July 2014,
66 months = $ 93,588.00
Minus attorney fee, $6,000
      Net other income =                                               $87,588.00

| | |
|---|---|
| Accrued total disability benefits | $85,164.96 |
| Partial disability benefit, Aug. 2014 through April 2015 | $ 2,900.00 |
| Plus costs, $350.00 filing fee | $   350.00 |
| Total | $88,414.96 |

| | | | |
|---|---|---|---|
| Attorney fees | 412.72 | hours @ $400.00 = | $ 165,088.00 |
| Paralegal & law clerk | 47.45 | hours @ $115.00= | $5,456.75 |

Total LTD benefit, costs and fees: $258,959.71

Haley Spears, Partial Disability

|  | Lost Earnings 2014 | 75% | Less SSD $1,418.00 | Minimum Benefit |
|---|---|---|---|---|
| Aug | $ 3,393.79 | $ 2,545.34 | $ 1,127.34 |  |
| Sept | $ 1,486.29 | $ 1,114.71 |  | $ 100.00 |
| Oct | $ 952.54 | $ 714.05 |  | $ 100.00 |
| Nov | $ 1,722.54 | $ 1,291.90 |  | $ 100.00 |
| Dec | $ 2,295.66 | $ 1,721.74 | $ 303.74 |  |
| TOTAL | **$ 1,731.00** |  |  |  |

|  | Lost Earnings 2015 |  |  |  |
|---|---|---|---|---|
| Jan | $ 1,753.17 | $ 1,314.80 |  | $ 100.00 |
| Feb | $ 1,823.17 | $ 1,367.37 |  | $ 100.00 |
| Mar | $ 3,183.92 | $ 2,387.94 | $ 969.00 |  |
| Apr |  |  |  |  |
| TOTAL | **$ 1,169.00** |  |  |  |

**TOTAL, through April 2015 = $2900.**