## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAIGE FAIRBAUGH,                           :    CIVIL ACTION NO. 3:09cv01434 (CSH)
                                           :
                       Plaintiff,          :
v.                                         :
                                           :
LIFE INSURANCE COMPANY OF NORTH            :
AMERICA d/b/a CIGNA Group Insurance,       :
                                           :
                       Defendant.          :    OCTOBER 15, 2010

## STIPULATION REGARDING PRE-JUDGMENT INTEREST

Pursuant to the Court's August 16, 2010 Ruling on Cross-Motions for Judgment on the

Administrative Record ("Ruling"), (Dkt. # 44), Plaintiff, Paige Fairbaugh, and Defendant, Life

Insurance Company of North America ("Defendant" or "LINA"), hereby stipulate to the amount of

two thousand five hundred dollars ($2,500.00) in pre-judgment interest related to back long-term

disability benefits payable to Plaintiff.

The parties further agree that this stipulation reflects a negotiated resolution between the

parties on this issue and shall have no bearing on any outstanding post-judgment issues, including

but not limited to, attorney's fees and medical expenses.

PLAINTIFF, PAIGE FAIRBAUGH          DEFENDANT, LIFE INSURANCE
                                    COMPANY OF NORTH AMERICA


By _/s/___Rachel Kushel_____          By:_____/s/ James E. Hennessey_____
    Loraine M. Cortese-Costa (ct03984)          James H. Rotondo (ct05173)
    Lcortese-costa@durantnic.com                jhrotondo@daypitney.com
    Rachel Kushel (ct27143)                     James E. Hennessey (ct27330)
    rkushel@durantnic.com                       jehennessey@daypitney.com
    Durant, Nichols, Houston, Hodgson &         Day Pitney LLP
    Cortese-Costa, P.C.                         242 Trumbull Street
    1057 Broad Street                           Hartford, CT 06103
    Bridgeport, CT 06604-0351                   (860) 275-0100
    (203) 266-3448                              (860) 275-0343 (fax)
    (203) 384-0317 (fax)                        Its Attorneys
    Her Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on this date a copy of the foregoing **Stipulation Regarding Pre-Judgment Interest** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

 /s/ James E. Hennessey

James E. Hennessey (ct27330)