**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info

Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt

Tasks

| Claim | | | Primary Sort Order | Sec |
|---|---|---|---|---|
| * Claim/Event/Leave Number 2500391 | | Accommodation Number | Note Type | ● |
| Note type: | | | Note Number | |
| | | | ● Note Date/Time | |
| | | | Accm. No. | |

---

**03/01/2016 3:03 PM - CLAIM Note 54**
Claim/Event/Leave: 2500391
NoteSubject : IME/IPE
Other Subject : 3/12/16
Text: [03/01/2016 - WINTERER, NANCY]PM&R IME RESCHEDULED FOR MONDAY 3/14/16 AT 12PM

**03/01/2016 1:22 PM - CLAIM Note 53**
Claim/Event/Leave: 2500391
NoteSubject : IME/IPE
Other Subject : NO SHOW-LTTR TO ATTY
Text: [03/01/2016 - WINTERER, NANCY]CLMNT DID NOT ATTEND IME ON 2/29/16.[03/01/2016 - WINTERER, NANCY]ON 2/29/16, RECEIVED FAX FROM ATTY DATED SATURDAY 2/27/16 ARGUING LL'S 2/9/16 REFUSAL TO ALLOW ANOTHER PERSON IN THE EXAM ROOM WITH THE CLMNT OR TO VIDEOGRAPH THE EXAM IS NOT SUPPORTED BY THE POLICY. ALSO ATTY WANTED TO KNOW WHICH RECORDS WERE BEING SENT TO THE IME PHYSICIAN, AS SHE WOULD PROVIDE RECORDS TO THE PHYSICIAN IF LIBERTY DID NOT PROVIDE COMPLETE RECORDS. ALSO RECEIVED LETTER FROM ATTY DATED 2/29/16, STATING CLMNT HAD FAMILY EMERGENCY AND COULD NOT ATTEND IME. ATTY SPOKE TO MCN AND MCN STATED THEY COULD RE-SCHEDULE BUT LIBERTY HAD TO AUTHORIZE. ATTY REQUESTED NOTICE AS TO WHEN LL REAUTHORIZES RESCHEDULING APT FOR IME. LETTER TO ATTY TODAY: MS. SPEARS DISABILITY CLAIM FILE CURRENTLY CONTAINS OVER 4700 PAGES OF MEDICAL DOCUMENTATION. A COMPLETE COPY OF THE MEDICAL DOCUMENTATION ON FILE WAS SENT FOR THE IME PHYSICIAN S REVIEW. MS. SPEARS IS COVERED UNDER A GROUP DISABILITY INCOME POLICY SPONSORED BY HER EMPLOYER, AND WHICH IS GOVERNED BY THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA). WE RESPECTFULLY DISAGREE WITH YOUR POSITION THAT WE MUST ALLOW MS. SPEARS TO VIDEOTAPE THE IME. WE ARE UNABLE TO AGREE TO YOUR REQUEST TOHAVE THIRD PARTIES OR VIDEOGRAPHERS PRESENT DURING THE IME. IT WILL INTERFERE WITH THE INDEPENDENT NATURE OF THE EXAMINATION TO HAVE THIRD PARTIES PRESENT DURING THE EXAMINATION. IF MS. SPEARS AGREES TO ATTEND THE IME WE WILL AGREE TO PROVIDE HER WITH TRANSPORTATION AND IF SHE WISHES TO HAVE YOU OR A THIRD PARTY ACCOMPANY HER TO THE IME, WE WOULD REQUEST THAT YOU OR THE THIRD PARTY REMAIN IN THE WAITING ROOM WHILE THE IME IS CONDUCTED AND MS. SPEARS COULD CONSULT WITH YOU OR THE THIRD PARTY IN THE WAITING ROOM, IF NECESSARY. AT THIS TIME, WE ARE PROCEEDING TO RESCHEDULE THE IME. MCN WILL CONTACT YOU DIRECTLY REGARDING THAT APPOINTMENT.

**02/10/2016 3:12 PM - LIFE Note 1**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : COPY WORK
Text: [02/10/2016 - BRETON, CINDY]EXPORTED DOC LIST, CORRESPONDENCE AND DOC FROM ARC NW ONTO THUMB DRIVE..MAILED O/N TO MCN

**02/10/2016 1:16 PM - CLAIM Note 52**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : TOLLING
Text: [02/10/2016 - WINTERER, NANCY]CLAIM RECEIVED IN ARU FOR REMAND/APPEAL REVIEW ON 10/16/15. REQUESTS SENT TO MS SPEARS' 27 PROVIDERS FOR THEIR TREATMENT RECORDS, WITH FOLLOW UP REQUESTS MADE BY ATTY ZIMBERLIN. AS OF 1/12/16, ALL MEDICAL WAS RECEIVEDTHAT ATTY WAS GOING TO PURSUE. DAYS WERE TOLLED FOR CLMNT TO SUBMIT MEDICAL TO BE CONSIDERED ON APPEAL- FROM 10/25/15 THROUGH 1/12/16- 85 DAYS. THEREFORE, DAY 45 AFTER TOLLING IS 3/25/16 AND DAY 90 AFTER TOLLING IS MAY 8, 2016.

**02/10/2016 12:44 PM - CLAIM Note 51**
Claim/Event/Leave: 2500391
NoteSubject : Appeal
Other Subject : STATUS-LATE ENTRY
Text: [02/10/2016 - WINTERER, NANCY]ON 2/4/16, RECEIVED FAXED LETTER FROM ATTY THAT CLMNT WILL ATTEND IME. ON 2/9/16, REFERRED TO MCN FOR PM&R IME IN SHREVEPORT LA AREA. ALSO ON 2/9/16, SENT REVISED PEER REVIEW REFERRAL TO BMI- PEER REVIEW OF ALL RECORDSBY IM/ENDORCRINE, ID, NEURO, AND NP. ALSO LETTER FAXED TO ATTY ON 2/0/16 STATING: THANK YOU FOR YOUR LETTER OF FEBRUARY 4, 2016 INDICATING MS. SPEARS WILL ATTEND AN

ATTY ON 2/9/15 STATING: THANK YOU FOR YOUR LETTER OF FEBRUARY 4, 2016 INDICATING MS. SPEARS WILL ATTEND AN IME. AS WE DISCUSSED ON THE TELEPHONE LAST WEEK, THE IME WILL BE COMPLETED BY A PHYSICIAN SPECIALIZING IN PHYSICAL MEDICINE & REHABILITATION. AN INDEPENDENT MEDICAL VENDOR WILL BE DIRECTLY IN TOUCH WITH YOU REGARDING SPECIFIC ARRANGEMENTS FOR THE EXAMINATION, INCLUDING THE NAME OF THE EXAMINING PHYSICIAN. MS. SPEARS MAY BE ACCOMPANIED TO THE IME, HOWEVER, THAT PERSON WOULD NEED TO STAY IN WAITING ROOM AND NOT BE PRESENT DURING THE ACTUAL EXAMINATION.

**02/10/2016 2:34 AM - CLAIM Note 50**
Claim/Event/Leave: 2500391
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/9/2016 - REFERRED TO MEDICAL CONSULTANT NETWORK FOR IME.

**02/02/2016 3:04 PM - CLAIM Note 49**
Claim/Event/Leave: 2500391
NoteSubject : LTR to Atty
Other Subject :
Text: [02/02/2016 - WINTERER, NANCY]FAXED LETTER TO ATTY THIS PM. STATED: THIS LETTER IS IN FOLLOW UP TO OUR TELEPHONE CONVERSATION YESTERDAY, FEBRUARY 1, 2016. YOU CALLED REGARDING LIBERTY LIFE S PLAN TO HAVE MS. SPEARS ATTEND AN INDEPENDENT MEDICAL EXAMINATION (IME). WE DISCUSSED THE PURPOSE OF THE IME IS DUE TO THE COURT S RECOMMENDATION AND TO HAVE MS. SPEARS MEDICAL CONDITION AS OF 2008 AND 2009 AS WELL AS HER CURRENT CONDITION, ASSESSED BY WAY OF THE EXAMINER S REVIEW OF ALL THE MEDICAL RECORDS AND PHYSICAL EXAMINATION. LIBERTY LIFE IS REQUESTING THAT YOU ADVISE US IN WRITING, WHETHER MS. SPEARS AGREES TO ATTEND AN IME. TIME IS OF THE ESSENCE IN THIS MATTER AND THE IME NEEDS TO BE ARRANGED AS SOON AS POSSIBLE. PLEASE ADVISE IN WRITING, ON OR BEFORE FRIDAY, FEBRUARY 5, 2016, AS TO WHETHER MS. SPEARS AGREES TO ATTEND AN IME.

**02/02/2016 2:32 AM - CLAIM Note 48**
Claim/Event/Leave: 2500391
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/29/2016 - REFERRED TO BEHAVIORAL MANAGEMENT, INC. FOR PEER REVIEW.

**02/01/2016 2:56 PM - PHONE Note 14**
Claim/Event/Leave: 2500391
NoteSubject : Other Called
Other Subject : ATTY ZIMBERLIN
Text: [02/01/2016 - WINTERER, NANCY]ATTY LEFT MESSAGE AT 11:59AM TODAY. ARC CALLED BACK AT 2:25PM AND SPOKE WITH ATTY ZIMBERLIN. SHE QUESTIONED IF IME WOULD BE TO ASSESS CLMNT AS OF 2008/2009, OR PRESENT- ARC REPLIED BOTH- WOULD REQUEST IME MD REVIEW ALLMEDICAL AS WELL AS EXAMINE CLMNT. ATTY ASKED WHAT SPECIALTY- INDICATED PM&R. ATTY ZIMBERLIN STATED SHE THOUGHT THAT PM&R IS AN APPROPRIATE SPECIALTY FOR THIS CASE. ATTY ALSO ASKED WHO WOULD DO EXAM- ARC ADVISED DO NOT KNOW- WILL GO THROUGH INDEPENDENT VENDOR. ARC ALSO ADVISED CLMNT MAY NEED TO TRAVEL FOR EXAM AND IF SO, TRANSPORTATION AND LODGING EXPENSES WILL BE COVERED. ATTY TO CALL CLMNT TO DISCUSS IME AND GET BACK TO ARC. ARC REITERATED 2/3/16 DATE FOR RESPONSE REGARDING CLMNT'S ATTENDANCE TO IME. ATTY STATED -SHE WILL DO WHAT SHE CAN= TO GET BACK TO ARC BY 2/3/16.

**02/01/2016 2:46 PM - CLAIM Note 47**
Claim/Event/Leave: 2500391
NoteSubject : LTR to Atty
Other Subject : LATE ENTRY
Text: [02/01/2016 - WINTERER, NANCY]FAXED LETTER TO ATTY ON 1/25/16 ASKING ATTY IF SHE AND CLMNT WOULD AGREE TO IME AS COURT HAS RECOMMENDED IME, WHILE ATTY STATES SHE DOES NOT WANT PRESENT DAY MEDICAL CONSIDERED. REQUESTED RESPONSE BY 2/3/16.

**01/25/2016 8:50 AM - CLAIM Note 46**
Claim/Event/Leave: 2500391
NoteSubject : Appeal
Other Subject : STATUS
Text: [01/25/2016 - WINTERER, NANCY]ON 1/12/16, CLMNT'S ATTY ADVISED SHE IS NOT SUBMITTING ANY FURTHER MEDICAL DOCUMENTATION. THUS APPEAL REVIEW BEGINS 1/13/16

**01/12/2016 3:46 PM - CLAIM Note 45**
Claim/Event/Leave: 2500391
NoteSubject : LTR to Atty
Other Subject : OUTSTANDING MEDICAL
Text: [01/12/2016 - WINTERER, NANCY]THIS NOTE IS IN FOLLOW UP TO OUR TELEPHONE DISCUSSION THIS AFTERNOON. FOR YOUR INFORMATION, REGARDING THE REQUESTED TREATMENT RECORDS FROM ALL 27 PHYSICIANS MS. SPEARS LISTED ON THE SEPTEMBER 8, 2015 CLAIMANT INFORMATION FORM, AS OUTLINED IN OUR LETTER DATED DECEMBER 10, 2015, NO RESPONSE HAS BEEN RECEIVED FROM DR. DONALDSON (ALTHOUGH HIS JANUARY 20, 2009 CONSULTATION NOTE IS ON FILE), FROM LORI FITTS, MD, NOR FROM GAURAB BASU, MD. THE RECORDS FROM TALIARINI CHIROPRACTIC WERE RECEIVED FROM YOUR OFFICE ON DECEMBER 22, 2015. I APOLOGIZE THIS INFORMATION WAS NOT READILY AVAILABLE AT THE TIME OF OUR DISCUSSION.

**01/12/2016 3:02 PM - PHONE Note 13**
Claim/Event/Leave: 2500391
NoteSubject : Called Other

**Liberty002279**

Other Subject : ATTY ZIMBERLIN
Text: [01/12/2016 - WINTERER, NANCY]CALL TO ATTY THIS PM. SHE RETURNED ARC'S 12/31/15 CALL ON 1/11/16 IN ARC'S ABSENCE. ATTY STATED THEY DO NOT WANT CURRENT MEDICAL CONSIDERED IN THIS APPEAL REVIEW, AS CLMNT IS SEEING NEW PHYSICIANS, HAVING NEW TESTS, RESULTING IN ENDLESS CYCLE. THEY WANT APPEAL FOR 2009 LTD DENIAL DECIDED ON MEDICAL IN FILE THROUGH 2015. ATTY ZIMBERLIN DID FAX THE OVN OF AN ENDOCRINOLOGY VISIT FROM DECEMBER 2015. WHEN ASKED ABOUT THE 3-4 PROVIDERS FROM THE CLMNT'S CIF COMPLETEDIN SEPT 2015 THAT HER OFFICE WAS STILL TRYING TO GET RECORDS FROM, ATTY ZIMBERLIN KEPT STATING SHE DOES NOT WANT CURRENT MEDICAL TO BE INCLUDED IN THE APPEAL REVIEW. ARC ATTEMPTED TO POINT OUT THAT THOSE RECORDS MIGHT BE FROM THE 2009 TIME PERIOD- WE DO NOT KNOW BECAUSE THE CLMNT PROVIDED NO TREATMENT DATES. AGAIN ATTY ZIMBERLIN REITERATED SHE WANTS NO CURRENT RECORDS CONSIDERED, WANTS THE APPEAL REVIEW TO PROCEED BASED ON MEDICAL IN FILE AS OF END OF DECEMBER 2015. ATTY STATED SHE WOULD FAXA STATEMENT TO MAKE HER POSITION CLEAR.

**12/31/2015 8:24 AM - PHONE Note 12**
Claim/Event/Leave: 2500391
NoteSubject : Called Other
Other Subject : ATTY ZIMBERLIN
Text: [12/31/2015 - WINTERER, NANCY]RECEIVED CORRESPONDENCE THAT ATTY OFFICE MOVED ON 12/29/15. CALLED OFFICE AND SPOKE W/ RUSS. OFFICE IS OPEN AND ATTY ZIMBERLIN EXPECTED IN APPROX. 9AM. ADVISED CALLING RE CLMNT'S APT WITH NEW PHYSICIAN AND WHEN MEDICALIS TO BE EXPECTED. ALSO WANTED TO AGAIN DISCUSS DEADLINE FOR ALL MEDICAL TO BE SUBMITTED AND ESTABLISH DATE APPEAL TO MOVE FORWARD. ATTY ZIMBERLIN TO CALL BACK TODAY.

**12/17/2015 9:45 AM - CLAIM Note 44**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : TOLLING
Text: [12/17/2015 - WINTERER, NANCY]TOLLING SINCE 10/20/15 FOR ATTY TO SUBMIT MEDICAL FROM REMAINING PHYSICIANS, OUT OF THE 27 PHYSICIANS IDENTIFIED BY THE CLMNT ON THE CIF, THAT DID NOT YET RESPOND TO LL'S REQUEST.

**12/17/2015 9:39 AM - PHONE Note 11**
Claim/Event/Leave: 2500391
NoteSubject : Called Other
Other Subject : ATTY ZIMBERLIN
Text: [12/17/2015 - WINTERER, NANCY]CALLED ATTY ZIMBERLIN THIS AM TO DISCUSS STATUS OF ADDITIONAL MEDICAL RECORDS SHE INTENDS TO SUBMIT FOR APPEAL REVIEW. ATTY ZIMBERLIN STATED HER OFFICE IS STILL WAITING ON MEDICAL FROM 3-4 ADDITIONAL PHYSICIANS. SHE ALSO STATED CLMNT HAS HAD TO WAIT A LONG TIME, BUT WILL BE SEEING A NEW PHYSICIAN SHORTLY- ATTY IS NOT CERTAIN OF THE DATE. ATTY ZIMBERLIN STATED SHE WOULD LIKE THE OVN FROM THIS UPCOMING TREATMENT VISIT TO BE CONSIDERED IN THE APPEAL REVIEW. STATED CLMNT IS AGAIN EXPERIENCING SIGNIFICANT FATIGUE. ARC ASKED ATTY IF SHE WOULD AGREE TO DATE FOR ALL MEDICAL TO BE SUBMITTED BY. ATTY ADVISED SHE WOULD LIKE TO SET SUCH A DATE, BUT WOULD LIKE TO SPEAK TO CLMNT FIRST, TO FIND OUT WHAT DATE SHE WILL BESEEING THE NEW PHYSICIAN, AND THEN DETERMINE LAST DATE FOR MEDICAL TO BE SUBMITTED. WE AGREED THAT ARC WILL CALL BACK ATTY NEXT WEEK TO DISCUSS.

**12/15/2015 3:14 PM - CLAIM Note 43**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : STOP PAID CHECK
Text: [12/15/2015 - COPP, JENNIFER]STOP PAID CHECK 30020188 AS IT WAS REISSUED ON 4/29/15.

**12/10/2015 10:46 AM - CLAIM Note 42**
Claim/Event/Leave: 2500391
NoteSubject : LTR to Atty
Other Subject :
Text: [12/10/2015 - WINTERER, NANCY]ADVISED ATTY LL RCVD COMPLETED TEE. ADVISED RECVD RAXLEN RECORDS FORM HER OFFICE ON 11/25/15. REQUESTED CLMNT'S EARNINGS INFO FROM 6/1/15 THROUGH THE DATE SHE LEFT WORK- IN HER 12/7/15 LETTER ATTY STATED MS. SPEARS LAST WORKED IN AUGUST 2015 AND HAS HAD A RECENT DECLINE IN HEALTH. ASKED ATTY TO CONTACT ARC SHOULD SHE REQUIRE TIME BEYOND 12/16/15 FOR THE REMAINDER OF THE MEDICAL TO BE SUBMITTED. THIS IS FROM - DR. DONALDSON (ALTHOUGH HIS JANUARY 20, 2009 CONSULTATION NOTE IS ON FILE); LORI FITTS, MD; GAURAB BASU, MD; TALIARINI CHIROPRACTIC; AND ANY OTHER MEDICAL INFORMATION THAT YOU WISH TO SUBMIT IN SUPPORT OF MS. SPEARS CLAIM.

**12/10/2015 10:00 AM - CLAIM Note 41**
Claim/Event/Leave: 2500391
NoteSubject : Med Records Rcvd
Other Subject : RHEUM
Text: [12/10/2015 - WINTERER, NANCY]65 PAGES RHEUMATOLOGY- DR KAGE- RECORDS RECEIVED TODAY. INVOICE PREVIOUSLY PAID ON 11/12/15.

**12/01/2015 12:04 PM - CLAIM Note 40**
Claim/Event/Leave: 2500391
NoteSubject : LTR to Atty
Other Subject : TEE
Text: [12/01/2015 - WINTERER, NANCY]APPEARS NOT ALL THE USUAL LTD CLAIMANT FORMS WERE FORWARDED TO CLMNT'S ATTY IN JULY 2015 BY OUTSIDE COUNSEL, FOR CLMNT'S COMPLETION. IN ORDER FOR LIBERTY LIFE TO FULLY ASSESS MS. SPEARS ELIGIBILITY FOR LONG TERM DISABILITY BENEFITS IN ACCORDANCE WITH THE UNITED

Liberty002280

ACCESS MS. SPEARS ELIGIBILITY FOR LONG TERM DISABILITY BENEFITS IN ACCORDANCE WITH THE UNITED TECHNOLOGIES CORPORATION GROUP DISABILITY INCOME POLICY, REQUESTED ATTY HAVE MS. SPEARS COMPLETE THE ATTACHED TRAINING-EDUCATION-EXPERIENCE FORM, AND RETURN TO MY ATTENTION BY DECEMBER 18, 2015.

**11/25/2015 7:47 AM - CLAIM Note 39**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject :
Text: [11/25/2015 - WINTERER, NANCY]LETTER AND CD RECEIVED FROM ATTY ZIMBERLIN. CD CONTAINS DR RAXLEN'S TREATMENT RECORDS FROM 4/21/09 THROUGH 10/11/13. SENT TO HO ADMIN TO BE PLACED INTO DOCLIST.

**11/24/2015 11:31 AM - CLAIM Note 38**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : COPY JOB
Text: [11/24/2015 - PILAR, SARAH]COPY OF CLAIM DOC LIST MEDICAL FILES FROM 10/22/2015-11/16/2015 ON THUMB DRIVE SENT TO ATTY VIA UPS 2ND DAY 1Z24896X0298470010.

**11/24/2015 9:39 AM - CLAIM Note 37**
Claim/Event/Leave: 2500391
NoteSubject : LTR to Atty
Other Subject :
Text: [11/24/2015 - WINTERER, NANCY]LETTER TO ATTY DATED 11/24/15. AS PER OUR 11/19/15 PHONE CONVERSATION, LETTER TO BE SENT BY HO ADMIN WITH A COPY OF ALL MEDICAL RECEIVED FROM CLMNT'S PROVIDERS IN RESPONSE TO OUR 10/23/15 REQUEST FOR TREATMENT RECORDS TO27 PROVIDERS IDENTIFIED BY MS. SPEARS. LETTER ALSO IDENTIFIES THE 5 PHYSICIAN THAT HAVE NOT RESPONDED, AND WHAT IF ANY OF THEIR TREATMENT RECORDS ARE ALREADY ON FILE. REQUEST ATTY SUBMIT REMAINDER OF MEDICAL TO LL ON OR BEFORE 12/16/15. TOLLING UNTIL 12/16/15- WILL MOVE FORWARD WITH APPEAL REVIEW AT THAT TIME.

**11/19/2015 11:05 AM - PHONE Note 10**
Claim/Event/Leave: 2500391
NoteSubject : Other Called
Other Subject : ATTY ZIMBERLIN
Text: [11/19/2015 - WINTERER, NANCY]ATTY LEFT MESSAGE FOR ARC AT 3:50PM ET ON 11/18/15. CB TO ATTY AT 10:35AM TODAY. SHE WAS CHECKING TO SEE IF ALL MEDICAL HAD BEEN RECEIVED, AND REQUESTED A COPY OF ALL MEDICAL LL HAS RECEIVED IN RESPONSE TO REQUEST. ADVISED MS ZIMBERLIN THAT WE HAVE NOT RECEIVED A RESPONSE FROM DR. REXLAN. SHE INDICATED THEY WOULD FOLLOW-UP WITH DR ZIMBERLIN. ALSO ARC TO MAKE LIST OF OTHER PROVIDERS FROM WHOM MEDICAL HAS NOT BEEN RECEIVED.[11/19/2015 - WINTERER, NANCY]AND ATTY WILL FOLLOW-UP. ATTY EMPHASIZED THEY WANT TO ASSIT IN GETTING ALL MEDICAL.

**11/12/2015 10:08 AM - CLAIM Note 36**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/12/2015 - WINTERER, NANCY]ON 11/11/15 RECEIVED INVOICE FROM RHEUM AND ALLERGY INSTITUTE - DR BARBARA KAGE- FOR REQUESTED MEDICAL RECORDS. NO INVOICE NUMBER. AMOUNT IS $43.55. PAYMENT ISSUED TO RHEUMATOLOGY AND ALLERGY INSTITUTE TODAY.

**11/06/2015 10:16 AM - PHONE Note 9**
Claim/Event/Leave: 2500391
NoteSubject : Called AP
Other Subject : PCP MED RECORDS
Text: [11/06/2015 - WINTERER, NANCY]ON 11/2/15 RECEIVED PCP- DR GIIANNINI- ON DISC. AS PER GENNY DILLION-NOVITEX-LIBERTY LIFE SOFTWARE WOULD NOT ALLOW MEDICAL RECORDS TO BE LOADED FROM THE PCP TRUECRYPT SOFTWARE. CALLED RACHEL IN MEDICAL RECORDS AT DR GIANNINI'S OFFICE.- 860288-4104. RECORDS ARE 528 PAGES. SHE WILL MAIL THE RECORDS TO ARU LONDON, KY ADDRESS TODAY.

**11/02/2015 8:23 AM - CLAIM Note 35**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/02/2015 - WINTERER, NANCY]RECEIVED INVOICE FROM CONNECTICUT NATURAL HEALTH SPECIALISTS FOR TREATMENT RECORDS REQUESTED FOR PERIOD 9/1/08 TO PRESENT. NO INVOICE NUMBER. INVOICE DATED 10/26/15. AMOUNT IS $177.20. PAYMENT RELEASED TODAY TO CT NATURAL HEALTH SPECIALISTS.

**10/28/2015 3:25 PM - CLAIM Note 34**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/28/2015 - WINTERER, NANCY]RECEIVED INVOICE FROM CT MULTISPECIALTY GROUP FOR REQUESTED PULMONARY MEDICAL RECORDS. INVOICE DATED 10/27/15. NO INVOICE NUMBER. AMOUNT IS $7.15. PAYMENT RELEASED TODAY TO CT MULTISPECIALTY GROUP FOR REQUESTED MEDICAL RECORDS.

**10/26/2015 10:16 AM - CLAIM Note 33**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : VENDOR PAYMENT

Liberty002281

Text: [10/26/2015 - WINTERER, NANCY]INVOICE RECEIVED 10/21/15 FOR REQUESTED MEDICAL RECORDS FROM ASSOCIATED NEUROLOGISTS OF SOUTHERN CONNECTICUT PC. NO INVOICE NUMBER. AMOUNT IS $45.50. TAX ID NUMBER IS 061009699. PAYMENT RELEASED TODAY FOR REQUESTED MEDICAL RECORDS- DR ZAGAR.

**10/23/2015 2:29 AM - CLAIM Note 32**
Claim/Event/Leave: 2500391
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 10/22/2015 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - ISO CLAIM SEARCH - CHOICEPOINT - SSN TRACE - CHANGE OF ADDRESS - PROFESSIONAL LICENSING - SOCIAL MEDIA.

**10/22/2015 4:48 PM - CLAIM Note 31**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : SIU DATABASE INFO
Text: [10/22/2015 - LOTO, FRANK]DATABASE REQUEST RECEIVED. ISO REPORT LOADED TO EDM. REMAINDER OF REQUEST SENT TO ICS MERRILL, THEIR REPORT WILL BE LOADED TO EDM WHEN COMPLETED.

**10/21/2015 3:24 PM - CLAIM Note 30**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : COPY JOB
Text: [10/21/2015 - PILAR, SARAH]COMPLETE PAPER COPY OF REQUESTED FILES (TOTAL 27 DOCUMENTS: 25 LETTERS-DOCUMENTS DATED 10/20/15 TYPE- REQUEST TITLE- PROVIDER 1 LETTER- DOCUMENT DATED 10/21/15 TYPE- MEDICAL TITLE- CORRESPONDANCE 1 LETTER-DOCUMENT DATED 10/21/15 TYPE- REQUEST TITLE- PROVIDER) SENT VIA UPS NEXT DAY 1Z24896X0191130446.

**10/21/2015 2:45 PM - PHONE Note 8**
Claim/Event/Leave: 2500391
NoteSubject : Called AP
Other Subject : MARGARET-DR ZAGAR
Text: [10/21/2015 - WINTERER, NANCY]CALLED MARAGERT AT DR ZAGAR'S OFFICE. SHE WANTED TO CONFIRM THAT WE WANTED THE RECORDS FROM 2009 THROUGH 2011, EVEN THOUGH CLMNT WAS NOT SEEN IN THAT OFFICE IN AFTER 2011. CONFIRM THAT IS THE MEDICAL WE NEED. MARGARETWILL CALL TOMORROW WITH NUMBER OF PAGES AND COST FOR COPYING.

**10/21/2015 2:12 PM - CLAIM Note 29**
Claim/Event/Leave: 2500391
NoteSubject : Other
Other Subject : MEDICAL RCRDS RQST
Text: [10/21/2015 - WINTERER, NANCY]BASED ON THE CIF COMPLETED BY MS. SPEARS ON SEPTEMBER 8, 2015, THE PERIOD OF SEVEN YEARS FROM MS. SPEARS DATE OF DISABILITY THROUGH HER FULL TIME RETURN TO WORK, AND ARC'S INITIAL REVIEW OF THIS CLAIM, IT IS DETERMINEDADDITIONAL MEDICAL INFORMATION IS NEEDED FOR THIS APPEAL REVIEW. ON 10/20/15 + 10/21/15, REQUESTS SENT TO 27 PROVIDERS FOR TREATMENT REOCRDS DURING THE PERIOD SEPTEMBER 1, 2008 THROUGH MARCH 31, 2015. 26 REQUESTS WERE SUCCESSFULLY FAXED AND ONE WASSENT BY USPS. LETTER TO ATTY W ZIMBERLIN AND COPIES OF 27 MEDICAL REQUESTS TO BE OVERNIGHTED TO ATTY. LETTER INDICATES LL EXPECTS ATTY TO CONTACT CLMNT'S PROVIDERS TO MAKE CERTAIN THEY RESPOND TO LL'S REQUEST. ALL MEDICAL IS REQUESTED BY 11/9/15.

**10/20/2015 4:56 PM - PHONE Note 7**
Claim/Event/Leave: 2500391
NoteSubject : AP Called
Other Subject : ZAGAR
Text: [10/20/2015 - MILLS, SUSAN]I RECEIVED A CALL FROM DR. ZAGAR S OFFICE REGARDING REQ FOR MEDICAL. I SPOKE WITH MARGARET REGARDING RECORD REQ FOR PERIOD 9/1/2008- 3/31/15. SHE SAID PATIENT WAS FIRST SEEN 1/12/09 AND LAST SEEN 8/19/11. SHE WANTED TO BE SURE DCM WANTED ALL OF THOSE RECORDS AS THEY WILL HAVE TO CHARGE AND SHE SAID IT IS 65 CENTS PER PAGE. I ADVISED I AM SURE DCM DOES AS THESE DATES ARE WITHIN THE TIME PERIOD OUTLINED IN THE REQ LETTER. I ADVISED I WOULD PASS ON THIS MESSAGE SO DCM CAN CALL HER WITH ANY QUESTIONS. SHE DID SAY SHE WILL SEND THE INFO TO DCM FOR THE TIME PERIOD PATIENT SEEN 2009-2011. HER PHONE NUMBER IS 203-333-1133 X125.

**10/19/2015 1:24 PM - CLAIM Note 28**
Claim/Event/Leave: 2500391
NoteSubject : Appeal
Other Subject :
Text: [10/19/2015 - WINTERER, NANCY]CLAIM FILE UNDER REVIEW.

**10/16/2015 9:52 AM - CLAIM Note 27**
Claim/Event/Leave: 2500391
NoteSubject : Appeal
Other Subject : IN
Text: [10/16/2015 - PATTON, LAURA]SECOND LEVEL APPEAL ASSIGNED TO NANCY WINTERER

**10/16/2015 2:27 AM - CLAIM Note 26**
Claim/Event/Leave: 2500391
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL

Liberty002282



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

March 1, 2016

Winona W. Zimberlin
Attorney At Law
267 MAIN STREET
MANCHESTER, CT 06042

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

This letter responds to your correspondence dated February 27, 2016 and February 29, 2016.

Ms. Spears disability claim file currently contains over 4700 pages of medical documentation. A complete copy of the medical documentation on file was sent for the IME physician's review.

Ms. Spears is covered under a group disability income policy sponsored by her employer, and which is governed by the Employee Retirement Income Security Act (ERISA). We respectfully disagree with your position that we must allow Ms. Spears to videotape the IME. The United Technologies Corporation Group Disability Income Policy contains the following provision related to Examinations:

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

We are unable to agree to your request to have third parties or videographers present during the IME. It will interfere with the independent nature of the examination to have third parties present during the examination. If Ms. Spears agrees to attend the IME we will agree to provide her with transportation and if she wishes to have you or a third party accompany her to the IME, we would request that you or the third party remain in the waiting room while the IME is conducted and Ms. Spears could consult with you or the third party in the waiting room, if necessary.

At this time, we are proceeding to reschedule the IME. MCN will contact you directly regarding that appointment.

Liberty002289

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty002290



# Zimberlin Law LLC

267 Main Street | Manchester, CT 06042
(p) 860.783.5999 | (f) 860.783.5996
www.zimberlinlaw.com

Winona W. Zimberlin
Russell D. Zimberlin

By appointment only:
Hartford Office
2 Congress Street
Hartford, CT 06114

February 29, 2016

Facsimile: 1-603-334-5708

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7611

Dear Ms. Winterer:

     RE:   Haley Spears
     DOB: 10/11/1977
     Your claim#: 250039

Ms. Spears was unable to attend the scheduled IME for today due to a family emergency. Our office did speak to Del at Medical Consultants Network about rescheduling this appointment. He did confirm with Dr. Courtney's office that they do have March 14 or March 21 available at this time. Del has informed our office that Liberty Mutual must approve the rescheduling of this appointment. Please let me know when Liberty approves the rescheduling of this appointment. Thank you.

                                Very truly yours,

                                Winona W. Zimberlin

WWZ:rlc



# Zimberlin Law LLC

267 Main Street | Manchester, CT 06042
(p) 860.783.5999 | (f) 860.783.5996
www.zimberlinlaw.com

Winona W. Zimberlin
Russell D. Zimberlin

By appointment only;

Hartford Office
2 Congress Street
Hartford, CT 06114

February 27, 2016

Facsimile: 1-603-334-5708

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7611

Dear Ms. Winterer:

     RE:   Haley Spears
     DOB: 10/11/1977
     Your claim#: 250039

There is no provision in the LTD plan which bars Ms. Spears from having another person present in the exam room or videotaping the exam. Your letter does not cite to such a provision. Liberty Life cannot impose conditions on this exam if the plan does not authorize it to do so.

Please advise which records Liberty provided to the IME doctor. If complete records were not provided, we will provide them to the doctor.

             Very truly yours,

             Winona W. Zimberlin

WWZ:dz

Liberty002292

**n0062751**

| | |
|---|---|
| **From:** | Clara Easter |
| **Sent:** | Tuesday, February 09, 2016 3:37:46 PM |
| **To:** | Winterer, Nancy |
| **Subject:** | Appointment Scheduled for Claim #: 2500391 ; Claimant: Hal Spe |

Dear Nancy Winterer:

We would like to thank you for your referral and to inform you that the following exam has been scheduled for the above-referenced claimant:

Date & Time: 02/29/2016 11:00 AM

Consultant: Dr. Jenness Courtney

Specialty: Physical Medicine & Rehabilitation

Location: Office of Exams/Mailing/Billing --9045 Ellerbe Rd, Suite 107, Shreveport, LA 71106

Address: 9045 Ellerbe Rd, Suite 107, Shreveport, LA 71106

This provider is outside MCN In-Network Pricing. The fee for this service is $2,850.00 (Flat Rate).

If the claimant fails to show for this exam, the No-Show fee will be $700.00.

Please notify MCN of a cancellation no later than 2/24/2016 at 11 AM to avoid a Late Cancel Fee of $700.00.

An appointment letter will be mailed to the attorney and copied to you for your records.

Please feel free to call us at 206.621.9097 if you have any questions or if we may be of further assistance.

Thank you for choosing MCN!

Sincerely,

Brianna Bean

PLEASE NOTE: This message was sent using Transport Layer Security.

Liberty002295

# Liberty Mutual - Independent Evaluation

## IME

Requested By:   Nancy Winterer
                Disability Claims
                P.O. Box 7206
                London, KY 40742-7206
                (888) 437-7611 x16401
        Fax:    (603) 334-5708

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | UTC CHOICE | Date Sent: | 2/9/2016 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | HALEY A SPEARS | Claim #: | 2500391 |
| Claimant Address: | 9000 WEST WILDERNESS WAY#190 | Claimant SSN: | ***-**-6982 |
| | | Claimant DOB: | 10/11/1977 |
| City: | SHREVEPORT | Claimant Tel. #: | (860) 930-0887 |
| State: | LA | Claimant DOD: | 9/27/2008 |
| Zip: | 71106-0000 | Primary Diagnosis: | Headache |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician Phone/Fax | n/a |

Referral Questions:                    Vendor Chosen:    Medical Consultant Network

Claimant Name:   HALEY A SPEARS

Liberty002298

# Liberty Mutual - Independent Evaluation

## IME

Clmnt is former Administrative Assistant who was 31yo at her DOD 9/27/2008, initially due to Headaches. We are assessing clmnt's functional capacity for the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015. In addition to this IME, the medical documentation is being reviewed by Infectious Disease; Neurology; Neuropsychology; Internal Medicine.

Please address:

1. Comprehensive medical history, including chief complaint, present illness, past medical/surgical history, medications/allergies, and review of systems.

2. Comprehensive functional history. Include past and current reported daily activities; how the insured's spine pain, whole body pain, and decreased energy limits her functionally; maximum reported sitting, standing, and walking capacity per session and per 8 hour workday, and the insured's reported participation in work, ADLs, and recreation/hobbies.

3. Comprehensive neuromuscular examination. Include complete spine exam [including spine ROM, the presence/absence of spasm, postural deviations, signs of neural irritation]; neurological exam [motor/sensory/reflexes/Babinski reflexes]; tender point exam; and gait assessment. Include a detailed neck and upper extremity exam to include joint ROM, circumferential arm/forearm measurements, and motor/sensory exam.

4. Assessment of objective physical deconditioning: Any evidence of generalized muscle atrophy, resting tachycardia, and/or poor muscle tone? Please discuss.

5. Opinion regarding verifiable physical impairment: Based on the review functional evidence, clinical exam findings, and diagnostic test evidence, does the insured have any verifiable functional impairment? For any impairment confirmed, please provide the clinical, diagnostic, and/or functional evidence supporting your opinion.

6. Opinion regarding medically-supported physical restrictions/limitations: For any physical impairment confirmed, please provide specific physical restrictions/limitations. Please define by type of task [sitting, standing, lifting, etc.], as well as frequency of task [never, occasional, frequent, constant]. Include duration of physical restrictions/limitations. Is there any medical or functional evidence supporting.

7. Assessment of excessive or atypical pain behaviors: Note any excessive or atypical pain behaviors observed during the IME. Does the insured's reported pain severity and functional limitations correlate with your clinical exam findings, the diagnostic test evidence, and treatment requirements?

8. Assessment of functional inconsistencies: Compare the insured's functional statements and clinical observations, and discuss any inconsistencies noted.

9. Conclusions: Summary of your overall impression regarding the insured's current verifiable physical impairments, medically-supported physical restrictions/limitations, and maximum full-time work capacity.

Instructions For Vendor:

Claimant Name:    HALEY  A  SPEARS

Liberty002299

## Liberty Mutual - Independent Evaluation

### IME

Attorney Information (if applicable):

All correspondence MUST go through clmnt's attorney:
Winona Zimberlin
Zimberlin Law LLC
267 Main Street
Manchester, CT  06042
(p) 860.783.5999  (f) 860.783. 5996

Claimant Name:   HALEY  A  SPEARS

PANEL REVIEW: Clmnt is former Administrative Assistant who was 31yo at her DOD 9/27/2008, initially due to Headaches. We are assessing clmnt's functional capacity for the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015. In addition to this panel review, clmnt will be examined and records will be reviewed by PM&R.

Referral for PANEL review by:
Infectious Disease
Neurology
Neuropsychology
Endocrinology/Internal Medicine (please include review of Rheumatology, Gastroenterology, Cardiology, Pulmonology, Sleep Medicine, and Primary Care records)

INFECTIOUS DISEASE:
Please contact Zane Saul, MD (P-203-259-8087 F-203-383-4499), who treated clmnt from 8/8/10 through 6/9/14, regarding Ms. Spear's condition, treatment and functional capacity.

From an Infectious Disease perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

Based on the medical evidence, from an Infectious Disease perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

NEUROLOGY:
Please also contact Joachim Baehring, MD (P-203-785-7284 F-203-737-2591), who treated clmnt from 11/25/08 through 4/22/13, regarding Ms. Spear's condition, treatment and functional capacity.

From a Neurology perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

Based on the medical evidence, from a Neurology perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

NEUROPSYCHOLOGY:

Please explain the results and conclusions of the July 2010 Neuropsychological Evaluation by Marian Rissenberg, PhD, including areas of cognitive strength and weakness, psychological findings, results of validity testing.

Based on the medical evidence, from a Neuropsychology perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

ENDOCRINOLOGY/INTERNAL MEDICINE (please include review of Rheumatology, Cardiology, Pulmonology, Sleep Medicine, and Primary Care records):

Please contact PCP Kristin Giannini, MD (P-860-872-8321 F-860-875-6271), who treated clmnt 3/10/09 through 11/25/13, regarding Ms. Spear's condition, treatment and functional capacity.

Please contact Endocrinologist Robert Lang, MD (P-203-248-4362 F-203-248-6933), who treated clmnt from 2/21/13 through 7/10/14, regarding Ms. Spear's condition, treatment and functional capacity.

From an Internal Medicine and Endocrinology perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

Based on the medical evidence, from an Endocrinology and Internal Medicine perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

Liberty002302



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

February 9, 2016

Winona W. Zimberlin
Attorney At Law
267 MAIN STREET
MANCHESTER, CT 06042

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: 2500391
       Claimant: Haley Spears

Dear Winona Zimberlin:

Thank you for your letter of February 4, 2016 indicating Ms. Spears will attend an IME.

As we discussed on the telephone last week, the IME will be completed by a physician specializing
in Physical Medicine & Rehabilitation.  An independent medical vendor will be directly in touch
with you regarding specific arrangements for the examination, including the name of the examining
physician.

Ms. Spears may be accompanied to the IME, however, that person would need to stay in waiting
room and not be present during the actual examination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty002305



# Zimberlin Law LLC

267 Main Street | Manchester, CT 06042
(p) 860.783.5999 | (f) 860.783.5996
www.zimberlinlaw.com

Winona W. Zimberlin
Russell D. Zimberlin

By appointment only:
Hartford Office
2 Congress Street
Hartford, CT 06114

February 4, 2016

Facsimile: 1-603-334-5708

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7611

Dear Ms. Winterer:

     RE:  Haley Spears
     DOB: 10/11/1977
     Your claim#: 2500391

     Ms. Spears will attend an IME. Please advise as to the name of this evaluator. Is there any objection if Ms. Spears brings another person with her to the exam?

Very truly yours,

Winona W. Zimberlin

WWZ:dz
Enclosure

Liberty002306



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

February 2, 2016

Winona W. Zimberlin
Attorney At Law
267 MAIN STREET
MANCHESTER, CT 06042

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: 2500391
       Claimant: Haley Spears

Dear Winona Zimberlin:

This letter is in follow up to our telephone conversation yesterday, February 1, 2016.

You called regarding Liberty Life's plan to have Ms. Spears attend an Independent Medical Examination (IME). We discussed the purpose of the IME is due to the Court's recommendation, and to have Ms. Spears' medical condition as of 2008 and 2009 as well as her current condition, assessed by way of the examiner's review of all the medical records and physical examination.

Liberty Life is requesting that you advise us in writing, whether Ms. Spears agrees to attend an IME. Time is of the essence in this matter and the IME needs to be arranged as soon as possible.

Please **advise in writing, on or before Friday, February 5, 2016**, as to whether Ms. Spears agrees to attend an IME.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty002309

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By:    Nancy Winterer
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16401
Fax:   (603) 334-5708

Document Locations

- [✓] Document List
- [ ] Correspondence
- [ ] Paper File

Return Report to: GBLibertyVendorReferrals@libertymutual.com

| | | | |
|---|---|---|---|
| Customer Name: | UTC CHOICE | Date Sent: | 1/29/2016 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | HALEY A SPEARS | Claim #: | 2500391 |
| Claimant Address: | 9000 WEST WILDERNESS WAY#190 | Claimant SSN: | ***-**-6982 |
| | | Claimant DOB: | 10/11/1977 |
| City: | SHREVEPORT | Claimant Tel. #: | (860) 930-0887 |
| State: | LA | Claimant DOD: | 9/27/2008 |
| Zip: | 71106-0000 | Primary Diagnosis: | Headache |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Other | Physician Phone/Fax | see below |

Referral Questions:                     Vendor Chosen:    Behavioral Management, Inc.

Claimant Name:   HALEY A SPEARS

Liberty002310

# Liberty Mutual - Independent Evaluation

## Peer Review

PANEL REVIEW: Clmnt is former Administrative Assistant who was 31yo at her DOD 9/27/2008, initially due to Headaches. We are assessing clmnt's functional capacity for the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Referral for PANEL review by:
Endocrinology
Gastroenterology
Infectious Disease
Neurology
Neuropsychology
Internal Medicine (please include review of Rheumatology, Cardiology, Pulmonology, Sleep Medicine, Ophthalmology, Dermatology, and Primary Care records)

ENDOCRINOLOGY:
Please contact Robert Lang, MD (P-203-248-4362 F-203-248-6933), who treated clmnt from 2/21/13 through 7/10/14, regarding Ms. Spear's condition, treatment and functional capacity.

From an Endocrinology perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Based on the medical evidence, from an Endocrinology perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

GASTROENTEROLOGY:
Please contact James O'Brien, MD (P-860-649-3477 F-860-649-0011), who treated clmnt from 4/8/08 through 4/17/14, regarding Ms. Spear's condition, treatment and functional capacity.

From a Gastroenterology perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Based on the medical evidence, from a Gastroenterology perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

INFECTIOUS DISEASE:
Please contact Zane Saul, MD (P-203-259-8087 F-203-383-4499), who treated clmnt from 8/8/10 through 6/9/14, regarding Ms. Spear's condition, treatment and functional capacity.

From an Infectious Disease perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Based on the medical evidence, from an Infectious Disease perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

NEUROLOGY:
Please contact Dario Zagar, MD (P-203-333-1133 F-203-333-3937), who treated clmnt from 2/26/09 through 8/19/11, regarding Ms. Spear's condition, treatment and functional capacity.  Please also contact Joachim Baehring, MD (P-203-785-7284 F-203-737-2591), who treated clmnt from 11/25/08 through 4/22/13, regarding Ms. Spear's condition, treatment and functional capacity.

From a Neurology perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Based on the medical evidence, from a Neurology perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

NEUROPSYCHOLOGY:
Please explain the results and conclusions of the July 2010 Neuropsychological Evaluation by Marian Rissenberg, PhD, including areas of cognitive strength and weakness, and psychological findings.   Please discuss how the strengths and weaknesses obtained on testing represent the following:
•Valid effort on the part of the claimant to perform at her highest level.

Claimant Name:    HALEY  A  SPEARS

Liberty002311

# Liberty Mutual - Independent Evaluation

## Peer Review

⌐ Appear consistent or inconsistent with Ms. Spears' subjective complaints.

⌐ Compared with estimated levels of previous function.

⌐ Whether results of testing were influenced by factors such as secondary gain- financial or emotional, lack of job to return to, lack of motivation, etc.

From a Neuropsychology perspective, based on the available medical evidence, please describe any cognitive and psychological impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Based on the medical evidence, from a Neuropsychology perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

INTERNAL MEDICINE (please include review of Rheumatology, Cardiology, Pulmonology, Sleep Medicine, Ophthalmology, Dermatology, and Primary Care records):

Please contact Kristin Giannini, MD (P-860-872-8321 F-860-875-6271), who treated clmnt 3/10/09 through 11/25/13, regarding Ms. Spear's condition, treatment and functional capacity.

From an Internal Medicine perspective, based on the available medical evidence, please describe the clmnt's impairments, cause of any impairments, severity of impairments, and the duration of any impairments, during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Based on the medical evidence, from an Internal Medicine perspective, please provide your best assessment of the clmnt's functional capacity (including activities of daily living, physical capacity for work, capacity to travel) during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 1/31/2015.

Instructions For Vendor:

Claimant Name:   HALEY A SPEARS



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

January 25, 2016

Winona W. Zimberlin
Attorney At Law
267 MAIN STREET
MANCHESTER, CT 06042

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

I am in receipt of your January 12, 2016 fax regarding our telephone conversation that date.

My recollection from this conversation is that you advised you are not going to submit any further medical documentation in support of Ms. Spears' appeal. I also recall that you stated that you did not want current medical documentation considered in this appeal review, only documentation submitted through December 31, 2015.

Taking into account the Court's recommendation that Liberty "would be well advised, upon reconsideration, rather than simply conducting a paper review of [Spears'] claim, to have an independent medical examination performed on [Spears]...", Liberty is planning to have Ms. Spears attend an Independent Medical Examination (IME).

In light of your comments however, prior to scheduling the IME, we want to confirm that Ms. Spears agrees to attend an IME. In the interest of time, please advise me by **Wednesday February 3, 2016**, as to whether Ms. Spears is willing to attend an IME.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty002315



# Zimberlin Law LLC

267 Main Street | Manchester, CT 06042
(p) 860.783.5999 | (f) 860.783.5996
www.zimberlinlaw.com

Winona W. Zimberlin
Russell D. Zimberlin

By appointment only:

Hartford Office
2 Congress Street
Hartford, CT 06114

January 11, 2016

Facsimile: 1-603-422-7909, 8 pages.

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH  03820

Dear Ms. Winterer:

    RE:   Haley Spears
    DOB: 10/11/1977

Enclosed please find:

    1. Melissa Albritton, M.D., 12/17/15, 7p.

                        Very truly yours,

                        Winona Zimberlin

WWZ

Liberty002316



# Zimberlin Law LLC

267 Main Street | Manchester, CT 06042
(p) 860.783.5999 | (f) 860.783.5996
www.zimberlinlaw.com

Winona W. Zimberlin
Russell D. Zimberlin

By appointment only:

Hartford Office
2 Congress Street
Hartford, CT 06114

January 12, 2016

Facsimile: 1-603-422-7909, 1 page

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH 03820

Dear Ms. Winterer:

    RE:   Haley Spears
    DOB: 10/11/1977

This will confirm our discussion today that we would like Liberty to make a decision regarding Ms. Spears' disability claim. In the event that Liberty reinstates her benefits, we reserve the right to add additional documents to the record. As we indicated, Ms. Spears is currently pursuing medical treatment.

Thank you.

Very truly yours,

Winona Zimberlin

WWZ



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

January 12, 2016

Winona W. Zimberlin
Attorney At Law
267 MAIN STREET
MANCHESTER, CT 06042

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

This note is in follow up to our telephone discussion this afternoon.

For your information, regarding the requested treatment records from all 27 physicians Ms. Spears listed on the September 8, 2015 Claimant Information Form, as outlined in our letter dated December 10, 2015, no response has been received from Dr. Donaldson (although his January 20, 2009 consultation note is on file), from Lori Fitts, MD, nor from Gaurab Basu, MD. The records from Taliarini Chiropractic were received from your office on December 22, 2015.

I apologize this information was not readily available at the time of our discussion.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

1 of 1

Liberty002326



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

December 10, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

I am in receipt of your letter dated December 7, 2015. Thank you for submitting the completed
Training-Education-Experience Form.

Liberty Life did receive the CD of Dr. Raxlen's treatment records from your office, on November
25, 2015.

Your December 7, 2015 letter reports Ms. Spears last worked in August 2015 and has had a recent
decline in health. Previously, you submitted Ms. Spears' earnings statements through May 2015.
At this time, we request Ms. Spears' earnings information from **June 1, 2015 through her last day
of work.**

Additionally, regarding the requested treatment records from all the physicians Ms. Spears listed on
the September 8, 2015 Claimant Information Form, as outlined in our letter dated November 24,
2015, no response has been received from **Dr. Donaldson** (although his January 20, 2009
consultation note is on file); from **Lori Fitts, MD; Gaurab Basu, MD; Taliarini Chiropractic.**
As you are aware, this documentation was requested by December 16, 2015. Should you require
additional time to submit this information, or any other medical information that you wish to submit
in support of Ms. Spears' claim, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty002474

12/07/2015 13:56 8602474194 ATTY WINONA ZIMBERLN PAGE 01/03

# Winona W. Zimberlin

Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

December 7, 2015

*Facsimile: 1-603-422-7909, 3p.*
Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH 03820

Dear Ms. Winterer:

      RE:    Haley Spears
             DOB: 10/11/1977

      I am in receipt of your letter dated November 24, 2015. The letter states that you did not receive a response from Dr. Raxlen. We have already provided these records to you. We will follow up with your request to the additional medical providers. Please be advised that Ms. Spears is no longer working. She last worked in August 2015. She is seeking additional medical treatment. The October 21, 2015 letter implies that Liberty is only looking at a claim for the period of seven years. Based on Spears' recent decline in health, Liberty should not limit its consideration of this claim to a seven year period. If Spears had not been improperly terminated from disability benefits, she could have taken advantage of Liberty's work incentive/rehabilitation benefit program. That program is designed to return employees to active employment while they continue their disability benefits. That program could have assisted Spears in a gradual return to work through a modified work schedule, job adaptation or new skills training. Unfortunately, she did not have the advantage of this program when she attempted to return to work.

      Enclosed is the TEE form.

                    Very truly yours,

                    Winona W. Zimberlin

WWZ:
Enclosure

Liberty002475

12/07/2015  13:56    8602474194                ATTY WINONA ZIMBERLN                      PAGE  02/03

LMG                        12/1/2015 12:07:34 PM  PAGE   3/004   Fax Server

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO: 2500391

EMPLOYER/SPONSOR: UTC Choice                                DATE OF BIRTH: 10/11/1977

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                                 (If you have a resume, please attach)

Highest Grade Completed: _Some college_     Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA  MS  CAGS  PHD Degree: _____

Professional Training, License, Certificates(s): _excel, various HR things, sales_

Are you currently attending any classes: ☐ Y  ☑ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work: _Faith, Crafts, ▓▓▓▓▓▓▓ Health +fitness_

Did you serve in the Armed Forces? ☐ Y  ☑ N   From _____  To: _____

Branch of Service: _____  Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Winter Wyman_ Department: _contract_  From _March roughly 2014_ To: _8/2015_
   Job Title(s): _Corporate Recruiter_
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): _Recruiting, job offers, pre employment forms_

2. Company: _Kforce_ Department: _contract_  From _8/2014_ To: _roughly march 2015_
   Job Title(s): _corporate recruiter_
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): _Recruit, job offers, onboarding forms_

A Liberty Mutual Company

Liberty002476

12/07/2015  13:56     8602474194          ATTY WINONA ZIMBERLN           PAGE  03/03

LMG                    12/1/2015 12:07:34 PM  PAGE  4/004   Fax Server

3. Company: UTC          Department: + UTC military Engine Dec  From: 2005  To: _____
   Job Title(s): Executive Admin / admin
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): Various support work supporting executive staff + management — included but not limited to travel arrangements, expense reports, event planning
   Company: Kelly Services    Department: Major Market   From: aug  To: Dec 2005
   Job Title(s): Sr. Staffing Specialist
   Supervisory Experience ☑ Y  ☐ N
   Tasks/Duties (please be specific): Recruiting, hiring, managing ft + temp staff — general HR, Sales, also manage accounts, del HR paperwork + customer inquiry + support
   Company: Cigna Healthcare   Department: Pharmacy Services  From: June  To: aug 2002
   Job Title(s): Call center problem benefits, override
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): + deny Rx auths

   May have had other non-professional retail jobs as PT sale job.

**Computer Utilization:**
Computer Training/Courses, Certifications: Excel

|                          | Home | Work |                              | Home | Work |
|--------------------------|------|------|------------------------------|------|------|
| Email                    | ☑    | ☐    | Graphics Software            | ☐    | ☐    |
| Internet                 | ☑    | ☐    | Installation/Repair Hardware | ☐    | ☐    |
| Word Processing (MS Word)| ☐    | ☐    | Installation/Repair Programming | ☐ | ☐    |
| Spread Sheet (MS Excel)  | ☐    | ☐    | Project Management           | ☐    | ☐    |
| Database                 | ☐    | ☐    |                              |      |      |
| Photo Software           | ☐    | ☐    | Other: _____                 |      |      |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours  80-2 hours roughly
Keyboarding/Typing Experience ☑ Yes ☐ No  If yes, WPM (words per minute) unknown
(We recommend http://typingtest.com to determine WPM)

Please provide your email address: Personal: N/A    Work: _____

SIGNATURE: Halee Adams    PHONE NO: 860 - 930-0887

2

Liberty002477



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

December 1, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

It has come to my attention that not all the usual LTD claimant forms were forwarded to you in July 2015, for Ms. Spears' completion.

In order for Liberty Life to fully assess Ms. Spears' eligibility for Long Term Disability benefits in accordance with the United Technologies Corporation Group Disability Income Policy, please have Ms. Spears complete the attached <u>Training-Education-Experience Form</u>, and return to my attention by **December 18, 2015**.

I apologize for any inconvenience this causes. Thank you for your cooperation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   Training Education Experience

Liberty002479


**Liberty Mutual.**
**INSURANCE**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

November 24, 2015

Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

**RE:    Haley Spears**
**       Long Term Disability Benefits**
**       UTC Choice**
**       Claim #: 2500391**

Dear Winona W. Zimberlin:

As we discussed on the telephone on November 19, 2015, enclosed is a copy of the medical documentation received in response to Liberty Life's October 20, 2015 requests to Ms. Spears' attending physicians for copies of their treatment records.

Liberty Life did not receive a response from **Dr. Raxlen**, although his treatment records from April 21, 2009 through July 8, 2010 are on file.  No response from **Dr. Donaldson** was received; his January 20, 2009 consultation note is on file.  Additionally, Liberty Life has received no response from **Lori Fitts, MD; Gaurab Basu, MD; Taliarini Chiropractic**.

Liberty Life requests that these records be submitted for this appeal review **on or before December 16, 2015**.  We will continue with the appeal review at that time, and base the appeal decision on the medical documentation contained in Ms. Spears' disability claim file as of **December 16, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination.  If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision.[1]  The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period.  Therefore, the days from October 20, 2015 through December 16, 2015, are days tolled and not counted in the 90 day Appeal timeframe.

---

[1] Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim.  (Tolled:  accumulation of time is suspended.)

Liberty002600

Should you have any questions regarding this letter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909

Liberty002601



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Erika Cappelluti, MD

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears
        Claimant D.O.B.: October 11, 1977

Dear Erika Cappelluti:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB 10/11/77.**
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty003184

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:  2500391-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty003185

LMG              10/20/2015 2:16:11 PM  PAGE    2/004   Fax Server



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015                                           ✱ 18391

Dario M. Zagar
Associated Neurologist of Southern Ct.
75 KINGS HWY CUTOFF
FAIRFIELD, CT 06824

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: 2500391                                   $45.50
       Claimant: Haley Spears
       Claimant D.O.B.: October 11, 1977              # of pages (70)

Dear Dario Zagar:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:        seen   1/12/09 to   8/19/11 - 65 cents
                                                                               a page
• **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2

call  203- 333- 1133 X 125 Margaret

Liberty003402

*received*
*11/3/15* (MW)

## Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

October 27, 2015

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH  03820

Dear Ms. Winterer:

RE:   Haley Spears
      DOB: 10/11/1977

Enclosed please find the following updated records:

1.   Dr. James O'Brien, Digestive Health Specialists (4-8-08 to 4-17-14);
2.   Dr. Joachim Baehring (9-23-11 to 4-22-13);
3.   Dr. Dario Zagar, Associated Neurologists of Connecticut (7-23-10 to 8-19-11);
4.   Dr. Squib Naseer, New England Cardiology (10-8-10 to 1-27-14); and
5.   Dr. Kristin Giannini, Rockville Family Physicians (4-27-10 to 9-9-15).

I understand that Liberty is collecting Ms. Spear's medical records. We will follow up with her medical providers. Please send me any recent medical records Liberty has collected which are not provided above. Thank you.

Very truly yours,

Winona W. Zimberlin

WWZ:rlc
Enclosure

Liberty003777


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Family Dental

10/28/15
*Mailed out copies of green sheets.*

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: 2500391
      Claimant: Haley Spears

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB 10/11/77.**
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

1 of 2

7Q306150001

From: LMG     Page: 2/4     Date: 10/20/2015 1:09:57 PM



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Kristin Giannini
520 HARTFORD TURNPIKE
VERNON, CT 06066

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: 2500391
      Claimant: Haley Spears
      Claimant D.O.B.: October 11, 1977



Dear Kristin Giannini:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

* **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty003786



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Lauren G. Young, Nd

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: 2500391
      Claimant: Haley Spears
      Claimant D.O.B.: October 11, 1977

Dear Lauren Young:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty003822

HARTFORD NEUROLOGY, LLC
STEPHEN R. CONWAY, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
ARIKE D. PRICE, M.D.
PHYLLIS G. GRABLE-ESPOSITO, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 08106
TELEPHONE (860) 522-4428
FAX (860) 248-8742

6 NORTHWESTERN DRIVE, SUITE 202          100 HAZARD AVE, SUITE 205          522 HEBRON AVENUE, SUITE 102
BLOOMFIELD CT 06002                      ENFIELD CT 06082                    GLASTONBURY CT 06033

## FACSIMILE TRANSMITTAL SHEET

TO: Nancy Winterer

FROM: Tammy

COMPANY: Liberty mutual

DATE: 10/23/15

FAX NUMBER: 603-334-5708

TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER: 888-437-7611

SENDER'S TELEPHONE NUMBER: 860-545-5030

RE:
Patient Name: Haley Spears          we only have
DOB: 10/11/77          RE: office notes - 2008

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

PLEASE NOTE: In an effort to cut down on paper usage we are now faxing all correspondence (i.e. letters, EMG reports, etc.). If you prefer to still have the hard copy mailed to you, please state so on the bottom of this cover sheet and fax it back to us. We appreciate your understanding and assistance in this endeavor:

Thank You   Patient was seen only 2008.

Liberty004102



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

David Silvers
85 SEYMOUR STREET
HARTFORD, CT 06106

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears
        Claimant D.O.B.: October 11, 1977

Dear David Silvers:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by November 9, 2015.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004104

LMG                    10/20/2015 1:50:39 PM   PAGE    3/004    Fax Server

                                           LMG


Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   2500391-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004105


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James O'Brien
353 MAIN ST
MANCHESTER, CT 06040

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: 2500391
       Claimant: Haley Spears
       Claimant D.O.B.: October 11, 1977

Dear James O'Brien:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004132

 

EMSI Investigative Services

### CONFIDENTIAL INVESTIGATIVE REPORT
#### October 27, 2015

| Attn: Nancy Winterer | YOUR FILE NO. | 2500391 |
|---|---|---|
| Liberty Mutual Group Disability | OTHER FILE NO. | Not Provided |
| PO Box 7206 | OUR FILE NO. | 201510-2615.1 |
| London KY 40742 | INSURED/EMPLOYER | UTC Choice |
| | ASSIGNMENT OPEN | 10/22/2015 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Not provided | |
| DATE OF LOSS | 9/27/2008 | |
| INVESTIGATOR | Brian Morand | |
| DATES OF INVESTIGATION | 10/27/2015 | |

| SUBJECT/CLAIMANT | |
|---|---|
| NAME: | Haley Spears |
| ADDRESS: | 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106 |
| DOB: | 10/11/1977 |
| SSN: | xxx-xx-9682 |

### PHOTO IDENTIFICATION

No photo was located.

### SUMMARY

Social Media Searches were completed on the subject including but not limited to Facebook, Twitter, Google plus, LinkedIn, Google, Bing, and Yahoo. Social Media Searches were completed on the subject and no information on the subject was able to be located through social media sites. No Facebook page was located for the subject. A Facebook page was located for Tommy Baumann, Charlie Baumann and David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced. A thorough search of the subject and the subject's relatives was conducted through other social media sites; however, no results for the subject were located. A court document from 2012 was located on the US District Court District of Connecticut. A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located. A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of 10/11/2019 at 74 Heath Street, Somerville MA 02145.

The NCR also produced a valid license for the subject with an expiration date of 10/11/2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

## ANALYSIS

*(For reports is Adobe, click the heading to the left to access source details)*

**MAPPING**

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106. The NCR produced a recent address of 74 Heath Street, Somerville MA 02145 with the dates of September 2014 to September 2015. The NCR produced a recent address of 1008 Trout Brook Dr., West Hartford Ct 06119 with the dates of October 2006 through October 2015.

**SOCIAL NETWORKING**

Social Media Searches were completed on the subject and no information on the subject was able to be located through social media sites. No Facebook page was located for the subject. A Facebook page was located for Tommy Baumann, Charlie Baumann and David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced. A thorough search of the subject and the subject's relatives was conducted through other social media sites; however, no results for the subject were located.

**ON-LINE SEARCHES**

A court document from 2012 was located on the US District Court District of Connecticut. A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located. A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of 10/11/2019 at 74 Heath Street, Somerville MA 02145. The NCR also produced a Valid license for the subject with an expiration date of 10/11/2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

Liberty004166

Name: Haley Spears
Case Number: 2500391

P a g e | **3**
File Number: 2015102615.1

## SOURCES

## Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106.

### Aerial View



### Bird's Eye View



ICS Merrill
P.O. Box 350580 · Jacksonville, FL 32235 · 888.932.7364 · icsmerrill.com

Liberty004167

Name: Haley Spears
Case Number: 2500391

P a g e  | **4**
File Number: 2015102615.1

The NCR produced a recent address of 74 Heath Street, Somerville MA 02145 with the
dates of September 2014 to September 2015.

### Aerial View



### Street View



ICS Merrill
P.O. Box 350580 · Jacksonville, FL  32235 · 888.932.7364 · icsmerrill.com

Liberty004168

Name: Haley Spears
Case Number: 2500391

P a g e | **5**
File Number: 2015102615.1

The NCR produced a recent address of 1008 Trout Brook Dr., West Hartford Ct 06119 with the dates of October 2006 through October 2015.

## Aerial View



## Street View



ICS Merrill

P.O. Box 350580 · Jacksonville, FL  32235 · 888.932.7364 · icsmerrill.com

Liberty004169

Name: Haley Spears
Case Number: 2500391

P a g e | **6**
File Number: 2015102615.1

| **Social Networking** |
| --- |

## Facebook

No Facebook page was located for the subject.   A Facebook page was located for
Tommy Baumann who was listed as a relative of the subject on the NCR; however, no
results for the subject were produced.
https://www.facebook.com/tommy.baumann.3



## Charlie Baumann

A Facebook page was located for Charlie Baumann who was listed as a relative of the
subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/charlie.baumann51



## David Shane Spears

A Facebook page was located for David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/davidshane76



## Twitter

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## YouTube

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## Google +

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## MySpace

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## LinkedIn

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

Liberty004171

Name: Haley Spears
Case Number: 2500391

P a g e | **8**
File Number: 2015102615.1

| *(Other Online Sources)* |

## US District Court District of Connecticut

A court document from 2012 was located on the US District Court District of Connecticut.
https://ecf.ctd.uscourts.gov/cgi-bin/show_public_doc?2011cv1807-22

---

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**HALEY SPEARS**                                       :
**PLAINTIFF,**                                          :
                                                        :   **CIVIL ACTION NO. 3:11cv1807(VLB)**
                                                        :
**v.**                                                  :
                                                        :
**LIBERY LIFE ASSURANCE**                               :   **AUGUST 3, 2012**
**COMPANY OF BOSTON; UNITED**                           :
**TECHNOLOGIES CORPORATION;**                           :
**AND THE GROUP LIFE INSURANCE**                        :
**AND DISABILITY PLAN OF UNITED**                       :
**TECHNOLOGIES CORPORATION a/k/a**                      :
**THE UTC CHOICE INTEGRATED**                           :
**DISABILITY BENEFIT PROGRAM**                          :
**DEFENDANTS.**                                         :

### MEMORANDUM OF DECISION GRANTING IN PART AND DENYING IN PART
### DEFENDANTS' MOTION TO DISMISS [DKT. #13]

Plaintiff, Haley Spears, ("Spears") brings this action under the Employee

Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132(a)(3)

contesting the denial of disability benefits under her employer's long term

disability benefits plan. Defendants Liberty Life Assurance Company of Boston

("Liberty"), United Technologies Corporation ("UTC"), and The Group Life

Insurance And Disability Plan of United Technologies Corporation a/k/a The UTC

Choice Integrated Disability Benefit Program (the "Plan" or the "UTC Plan")

(collectively referred to as the "Defendants") have moved pursuant to Federal

Rule of Civil Procedure 12(b)(6) to dismiss Count Two of Plaintiff's Complaint

asserted under Section 502(a)(3) as duplicative of her Count One claims under

Section 502(a)(1)(B). The Defendants also move to dismiss the Defendants UTC

and the Plan as Defendants in the action because they do not control

---

Liberty004172

administration of the long term provisions of the Plan. They also seek an order

striking Plaintiff's claim for extra-contractual damages, on the basis that such

damages are not available under E.R.I.S.A. The Plaintiff objects to the Motion to

Dismiss asserting that simultaneous claims may be maintained under Section

502(a)(1)(B) and Section 502(a)(3) and asserting that she has a right to the extra-

contractual equitable remedies, such as reformation, under Section 502(a)(3)

because one or more of the Defendants misled her, causing her harm which may

not be remedied by her Section 502(a)(1)(B) claim.  The Plaintiff counters the

Defendant's motion to dismiss Defendants UTC and the Plan, asserting that they

did control the administration of the short term provisions of the Plan. The

Plaintiff also seeks injunctive relief, enjoining the conduct complained of in the

Complaint.  For the foregoing reasons, the Court GRANTS IN PART and DENIES

IN PART Defendants' motion to dismiss.

### Factual Allegations

The following facts are taken from Plaintiff's complaint.  The Plaintiff, Haley

Spears, is a former employee of UTC.  [Dkt #1, Complaint ¶ 4].  She was employed

as an Executive Administrative Assistant immediately prior to being disabled and

was allegedly covered by UTC's employee benefits plan.  *Id.*  The UTC Plan

included both short-term and long-term disability ("STD" and "LTD" respectively)

sections.  *Id.* at ¶ 7. The LTD plan is fully insured by Liberty. *Id.* At ¶ 5.  Plaintiff

alleges that Liberty is the administrator of the Plan.

UTC self-insures the STD plan but Liberty "is the Plan Administrator for

STD benefits" and makes claim determinations under that plan. *Id.* at ¶ 8.  The

2

Liberty004173

LTD policy,[1] however, is both administered and insured by Liberty. *Id.* at ¶ 5.

Premiums are paid to Liberty, Liberty insures the policy, Liberty pays covered

claims, Liberty makes LTD claim determinations, and Liberty is the LTD plan

administrator. *Id.*

In her capacity as an Executive Administrative Assistant at UTC, Plaintiff

alleges that the material duties of her job were as follows:

> [S]end and edit letters, order supplies for two departments, do
> internet research, organize executive desks and papers, keep a
> reference guide book updated, change computer settings and fix
> office equipment on a basic level. She was responsible for
> communication with the maintenance department. She
> communicated verbally and by e-mail. Accuracy was essential. She
> processed expense reports by entering data into the computer, filed
> documents, and made travel arrangements. She processed invoices
> and followed through to ensure that they were paid. She generated
> briefing material for senior level meetings. She completed internal
> and external training to better understand United Technologies
> Corporation business practices and company objectives.

*Id.* ¶ 10. Plaintiff also alleges that her position was a desk job, although it did

require her to be on her feet, walking around the department, and occasionally

lifting packages, printer paper, files, or supplies. *Id.* at ¶ 11. Reportedly, "[t]he job

was fast paced. She needed to be alert. There was no room for error." *Id.*

Plaintiff allegedly began feeling sick around 2008 and began taking sick

days. [Dkt #1, Complaint ¶ 12]. Her symptoms allegedly included fevers, night

sweats, respiratory problems, and coughing. *Id.* Her boss told her to see a doctor.

*Id.* She was treated first for "asthma symptoms" and then later for migraines at

the St. Francis Hospital emergency room. *Id.*

---

[1] The LTD policy number is GF3-810-258966-016. [Dkt #1, Complaint ¶ 5].



1001 East Palm Avenue
Tampa, Florida 33605
Phone: (813) 552 -5000
Fax: (800) 676-0042

# FAX

| TO: | Nancy Winterer | FROM: Human Resources |
| --- | --- | --- |

| COMPANY: Liberty Mutual Ins | DATE: October 28, 2015 |
| --- | --- |

| FAX #: | 603-334-5708 | FAX #: 813-552-1482 |
| --- | --- | --- |

| PHONE #: | PHONE #: 813-552-5000 |
| --- | --- |

| Re: Haley Spears | TOTAL # PAGES INCLUDING COVER: 3 |
| --- | --- |

COMMENTS:

Attached is the verification of wages for Haley Spears, Claim# 2500391

Kind Regards

Kforce
Human Resources
Rita Mercer-Boutin

Liberty004194



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Rita Boutio
Kforce, Inc.
1001 EAST PALM AVENUE
TAMPA, FL 33605

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Rita Boutio:

To evaluate Haley Spears' eligibility for Long Term Disability benefits, we need the following
employment information:
  • Wage Information and Verification for 2014
  • Wage Information and Verification for 2015

The enclosed authorization specifically allows you to release the requested information to us and is
valid for two years from the date of Ms. Spears' signature.

Please fax the information back to my attention at our secured fax number (603) 422-7909 or mail
to the above address, by November 4, 2015.

Thank you for your attention to this matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:  2500391-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004195

## Wage Verification Report

Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Report: RICM#499
10/28/2015
RMBRCBR-BOUTIN
Page 1

### Employee Information

**Haley Spears**
74 Heath Street
Somerville MA  02145

Employee ID:      000307139
Department:       2125012100-Boston Downtown F&A Flex
Location:         2170 MA Boston Atlantic Ave
Job Title:        Professional Administrator

SSN:      XXX-XX-0982

| Check # | Bank | Pay Date | Gross Pay | Taxes | Deductions | Net Pay | Summary Information: |
|---|---|---|---|---|---|---|---|
| | | | **Chronological PeopleSoft Check Listing** | | | | **Wages -** |
| 004138251 | BA03 | 08/22/2014 | 468.13 | 113.29 | 0.00 | 354.84 | RWG    12,088.15 |
| 004734602 | BA02 | 08/29/2014 | 560.00 | 138.74 | 0.00 | 421.26 | OWG      170.63 |
| Monthly total | | | 1,028.13 | 252.03 | 0.00 | 776.10 | Hours - |
| 004741863 | BA02 | 09/05/2014 | 678.13 | 171.64 | 0.00 | 506.49 | RWG      699.75 |
| 004749170 | BA02 | 09/12/2014 | 700.00 | 177.73 | 0.00 | 522.27 | OWG        6.50 |
| 004759363 | BA02 | 09/19/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| 004766979 | BA02 | 09/26/2014 | 857.50 | 232.05 | 0.00 | 625.45 | Taxes - |
| Monthly total | | | 2,935.63 | 759.15 | 0.00 | 2,176.48 | MA  With      609.45 |
| | | | | | | | MA  UI -        58.84 |
| 004776935 | BA02 | 10/03/2014 | 713.13 | 181.39 | 0.00 | 531.74 | Fed With    1,360.12 |
| 004784716 | BA02 | 10/10/2014 | 700.00 | 177.73 | 0.00 | 522.27 | CT  With        0.00 |
| 004795217 | BA02 | 10/17/2014 | 656.25 | 165.55 | 0.00 | 490.70 | Fed MED/E     177.75 |
| 004803030 | BA02 | 10/24/2014 | 700.00 | 177.73 | 0.00 | 522.27 | Fed Med/E     177.75 |
| 004813026 | BA02 | 10/31/2014 | 700.00 | 177.73 | 0.00 | 522.27 | Fed OASDI     760.04 |
| | | | | | | | Fed Unemp      42.00 |
| Monthly total | | | 3,469.38 | 880.13 | 0.00 | 2,589.25 | MA  Addl        0.00 |
| | | | | | | | MA  Unem    1,525.78 |
| 004820852 | BA03 | 11/07/2014 | 599.38 | 149.72 | 0.00 | 449.66 | Fed OASDI     760.04 |
| 004830959 | BA02 | 11/14/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| 004839793 | BA02 | 11/21/2014 | 700.00 | 177.73 | 0.00 | 522.27 | Deductions - |
| 004847777 | BA02 | 11/28/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| Monthly total | | | 2,699.38 | 682.91 | 0.00 | 2,016.47 | |
| 004858087 | BA02 | 12/05/2014 | 476.88 | 115.70 | 0.00 | 361.18 | |
| 004865162 | BA02 | 12/12/2014 | 315.00 | 71.25 | 0.00 | 243.75 | |
| 004877640 | BA02 | 12/19/2014 | 634.38 | 159.66 | 0.00 | 474.02 | |
| 004885856 | BA02 | 12/26/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| Monthly total | | | 2,126.26 | 524.14 | 0.00 | 1,602.12 | |
| YTD total | | | 13,258.78 | 3,098.36 | 0.00 | 9,160.42 | |

Liberty004196

Oct-28-2015 06:06 AM Kforce 8135521482                                            4/4

# Wage Verification Report

**Kforce Inc.**
1001 East Palm Avenue                                   Report: RJCMP499
Tampa, FL 33605                                         10/28/2015
                                                       RMERCER-BOUTIN
                                                       Page 1

## Employee Information

**Haley Spears**                          Employee ID:    000307139
74 North Street                          Department:     2125012100-Boston Downtown F&A Flex
Somerville MA 02145                      Location:       2170 MA Boston Atlantic Ave
                                         Job Title:      Professional Administrator

SSN:    XXX-XX-6982

### Chronological PeopleSoft Check Listing

| Check # | Bank | Pay Date | Gross Pay | Taxes | Deductions | Net Pay |
|---------|------|----------|-----------|-------|------------|---------|
| 004903808 | BA02 | 01/09/2015 | 848.75 | 228.75 | 0.00 | 620.00 |
| 004914446 | BA02 | 01/16/2015 | 560.00 | 138.74 | 0.00 | 421.26 |
| 004922287 | BA02 | 01/23/2015 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004930187 | BA02 | 01/30/2015 | 560.00 | 138.74 | 0.00 | 421.26 |
| Monthly total | | | 2,668.75 | 683.96 | 0.00 | 1,984.79 |
| 004940609 | BA02 | 02/06/2015 | 638.75 | 160.09 | 0.00 | 478.66 |
| 004951133 | BA02 | 02/13/2015 | 560.00 | 138.20 | 0.00 | 421.80 |
| 004960255 | BA02 | 02/20/2015 | 700.00 | 177.12 | 0.00 | 522.88 |
| 004968407 | BA02 | 02/27/2015 | 700.00 | 177.12 | 0.00 | 522.88 |
| Monthly total | | | 2,598.75 | 652.53 | 0.00 | 1,946.22 |
| 004979011 | BA02 | 03/06/2015 | 490.00 | 118.78 | 0.00 | 371.22 |
| Monthly total | | | 490.00 | 118.78 | 0.00 | 371.22 |
| YTD total | | | 5,757.50 | 1,455.27 | 0.00 | 4,302.23 |

### Summary Information:

**Wages -**

| | |
|--|--|
| RWG | 5,757.50 |

**Hours -**

| | |
|--|--|
| RWG | 329.00 |

**Taxes -**

| | |
|--|--|
| MA With | 279.99 |
| MA UI - | 19.58 |
| Fed Withh | 734.83 |
| Fed MED/E | 83.48 |
| Fed Med/E | 83.48 |
| Fed OASDI | 356.97 |
| MA Addl | 0.00 |
| MA Unem | 452.88 |
| Fed OASDI | 356.97 |

**Deductions -**

Liberty004197

# Database Services Referral Report

| Referred By: | Nancy Winterer | Phone # and Ext: | (888) 437-7611 x16401 |
|---|---|---|---|

| Claim Number: | 2500391 | Claimant Address: | 1008 TROUT BROOK DRIVE |
|---|---|---|---|
| Claimant Name | HALEY SPEARS | | |
| Customer: | UTC CHOICE | City: | WEST HARTFORD |
| SSN: | ***-**-6982 | State: | CT    Zip:    061190000 |
| DOB: | 10/11/1977 | | |
| Job Desc: | ADMIN ASST | | |

Document Location

☑ Document List   ☐ Correspondence   ☑ Paper File

**Search Criteria:**

☑ ISO Claim Search

☑ Accurint/Lexis Nexis

    Specific Type of Records to be Researched: How long did clmnt have a CT driver's license?
    Does she now have a Louisianna driver's license?

☑ SSN Searches

☐ Reverse telephone number search

☑ Change of Address

☐ Medical Provider

☑ Occupation and Professional Licensing.

☐ Death Index by individual.

☑ Social Media Searches (Facebook, Twitter, etc.)

Liberty004303

## Matching Claim                              **File Number:** 8C003916647

| | |
|---|---|
| **Reason for Match:** | SSN |
| **Insuring Company:** | AMICA MUTUAL INSURANCE COMPANY |
| **Claim Number:** | 60002190861EXP3 |
| **Date/Time of Loss:** | 07/09/2015 09:30 |
| **Policy Number:** | 4510061664 |
| **Policy Type:** | Personal Automobile |
| **Inception Date:** | 10/09/2014 |

**Expiration Date:** 10/09/2015

| | |
|---|---|
| **Insuring Co. Address:** | NORTHEAST REG SCAN CTR |
| | PO BOX 9690 |
| | PROVIDENCE, RI  02940 |
| **Insuring Co. Phone:** | (800) 652-6422 |
| **Company Received Date:** | 07/10/2015 |
| **Location of Loss:** | CARDINAL AVENUE |
| | BRISTOL STREET |
| | CAMBRIDGE, MA  02138 |

---

## Involved Party          **Both Claimant & Insured**

| | |
|---|---|
| **Name:** | HALEY A SPEARS |
| **Address:** | 9000 WEST WILDERNESS WAY #190 |
| | SHREVEPORT, LA  71106 |
| **DOB:** | 10/11/1977 |
| **Gender:** | Female |
| **SSN:** | XXX-XX-6982 was issued between 1978 and 1978 in LA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Pip |
| **Loss Type:** | Pip |
| **Claim Status:** | Open |
| **Adjuster Company:** | AMICA MUTUAL INSURANCE COMPANY |
| **Adjuster:** | MANNING, SANNIE J |
| **Adjuster Phone:** | (888) 702-6422 |
| **Alleged Injury:** | SPRAIN/STRAIN - NECK AND/OR BACK |



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 22, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

This afternoon, Attorney Baskin forwarded your request for the names of Haley Spears' providers who have not yet responded to Liberty Life's request for their treatment records.

As of this afternoon, we **have** received responses from Drs. Naseer, Zagar, Shoup, Schiff, and Udelsman.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004306



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 21, 2015

Dr. Lori Fritts, MD
3 Northwestern Drive
Bloomfield, CT 06002

**RE:     Long Term Disability Benefits**
**         Patient:  Haley Spears**
**         DOB:  October 11, 1977**

Dear Dr. Fritts;

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1,**
  **2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our
secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your
responsibilities under HIPAA as a health care provider, and our associated responsibility of
ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

Liberty004307

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909

Liberty004308



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 21, 2015

Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

**RE:    Haley Spears**
**Long Term Disability Benefits**
**UTC Choice**
**Claim #: 2500391**

Dear Winona W. Zimberlin:

This letter is regarding the status of the appeal for Haley Spears' Long Term Disability benefits, as remanded by the US District Court. The claim documentation for this appeal review was received in this office on October 14, 2015. Thus, day 45 of this appeal review is November 26, 2015.

Based on the <u>Claimant Information Form</u> completed by Ms. Spears on September 8, 2015, the period of seven years from Ms. Spears' date of disability through her full time return to work, and our initial review of this claim, it is determined additional medical information is needed for this appeal review. Therefore, on October 20, 2015 and October 21, 2015, requests were sent to 27 medical providers for copies of their treatment records. Copies of the requests are enclosed.

Liberty Life sent these requests for treatment records as a courtesy, and we require you to follow up with Ms. Spears' providers to be certain they respond to Liberty Life's request. All records are requested by **November 9, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination. If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision.[1] The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period. Therefore, the days from October 20, 2015 through the date all the necessary documentation is received, are days tolled and not counted in the 90 day Appeal timeframe.

---

[1] Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)

Liberty004309

Should you have any questions regarding this letter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: 2500391
        Claimant: Haley Spears

Dear Winona Zimberlin:

This letter is regarding the status of the appeal for Haley Spears' Long Term Disability benefits, as remanded by the US District Court. The claim documentation for this appeal review was received in this office on October 14, 2015. Thus, day 45 of this appeal review is November 26, 2015.

Based on the Claimant Information Form completed by Ms. Spears on September 8, 2015, the period of seven years from Ms. Spears' date of disability through her full time return to work, and our initial review of this claim, it is determined additional medical information is needed for this appeal review. Therefore, on October 20, 2015 and October 21, 2015, requests were sent to 27 medical providers for copies of their treatment records. Copies of the requests are enclosed.

Liberty Life sent these requests for treatment records as a courtesy, and we require you to follow up with Ms. Spears' providers to be certain they respond to Liberty Life's request. All records are requested by **November 9, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination. If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision. The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period. Therefore, the days from October 20, 2015 through the date all the necessary documentation is received, are days tolled and not counted in the 90 day Appeal timeframe.

If you have any questions regarding this matter, please contact me.

Liberty004352

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004353

# Liberty Mutual Appeal Referral

| | |
|---|---|
| **Appeal Referral From:** | **DOVER** |

| Office: | 163 | Manager: | BOYLE, KELLY | Case Mgr: | FURGALACK, MONIQUE |
|---|---|---|---|---|---|

| Claimant Name: | HALEY A SPEARS | Claim #: | 2500391 |
|---|---|---|---|
| Occupation (Job Title): | ADMIN ASSISTANT | Date Sent: | 10/14/2015 |

| Diagnosis: | 784.0 Headache, |
|---|---|

| Date of Disability: | 9/27/2008 | Date Benefits Began: | 3/28/2009 |
|---|---|---|---|
| Maximum Duration: | 10/10/2042 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 2/2/2009 | Date Appeal Received: | 10/14/2015 |

*This is the date that the full appeal was received by the Field Claim Office*

| Policyholder/Self-Insured Plan Holder: | UTC CHOICE |
|---|---|

| Product: | LTD | Funding: | CON |
|---|---|---|---|

Is Claimant Eligible for LTD?   Y

Erisa or Non-Erisa?   ERISA Plan

**Document Locations**

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☑ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. _____   FAX No. _____

Account Specific or Unique Contract Issues / Additional Info:

COURT REMAND. PLEASE ASSIGN TO NANACY WINTERER.

Liberty004455

# Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

August 26, 2015

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

RE:    Haley Spears
       DOB: 10/11/1977

You asked for the following information:

a. the dates of commencement and termination of each such employment
b. the job title held by Ms. Spears
c. whether the employment was full or part-time
d. Ms. Spears's rate of pay, including bonuses
e) all reasons for termination of each such employment

Response:

1) WinterWyman Contract Staffing, 880 Winter St. Waltham, MA. 02451.
Commence March 18, 2015
Recruiter
Full time. March 2015, $748, April 2015: $4,658, May 2015: $5,151.
$34.00 per hour
See attached wage information, employment agreement, and Job Order. No W-2 forms, as
employment started in 2015.

2) Kforce, Inc. 1001 East Palm Ave. Tampa, Fl. 33605
August 2014 to March 2015
Professional administrator
Full time
$17.50 per hour. Spears cannot locate her W-2, but see attached wage information. Reason for
termination: contract position.

Liberty004556

# REDACTED

Please advise as to the reason why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. Liberty has been given access to medical information multiple times.

Very truly yours,

Winona W. Zimberlin

WWZ:
Encl.

Liberty004557

## Baskin, Sarah C. (Hartford)

| | |
|---|---|
| **From:** | Baskin, Sarah C. (Hartford) |
| **Sent:** | Thursday, September 17, 2015 6:07 PM |
| **To:** | 'winona zimberlin' |
| **Subject:** | RE: Spears medical providers |

Thank you, this information will be provided to the remand decisionmaker.

Sarah C. Baskin
Attorney at Law
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.522.0404 | Main
860.247.1330 | Fax
860.205.3317 | Cell

baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Wednesday, September 16, 2015 12:33 PM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears medical providers

Haley has also seen the following medical providers:

Carla Desantis, OBGYN
Manchester Opthamology
Manchester Family Dental

These names can be added to the list of providers previously identified.

Winona Zimberlin
Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004538

## Baskin, Sarah C. (Hartford)

**From:**       winona zimberlin <wzimberlin@lawyer.com>
**Sent:**       Wednesday, September 16, 2015 12:33 PM
**To:**         Baskin, Sarah C. (Hartford)
**Subject:**    Spears medical providers

Haley has also seen the following medical providers:

Carla Desantis, OBGYN
Manchester Opthamology
Manchester Family Dental

These names can be added to the list of providers previously identified.

Winona Zimberlin
Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004539

## Baskin, Sarah C. (Hartford)

**From:** Baskin, Sarah C. (Hartford)
**Sent:** Friday, September 11, 2015 3:19 PM
**To:** 'winona zimberlin'
**Subject:** RE: Spears

Winona,

Yes, Liberty generally requests the medical records and, if they do not receive them, asks for the claimant's assistance.

Have a nice weekend,
Sarah

Sarah C. Baskin
Attorney at Law
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.522.0404 | Main
860.247.1330 | Fax
860.205.3317 | Cell

baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Friday, September 11, 2015 2:54 PM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears

Sarah,

We have provided you with an authorization signed by plaintiff. Will Liberty collect her medical records?

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004540

## Baskin, Sarah C. (Hartford)

**From:**      winona zimberlin <wzimberlin@lawyer.com>
**Sent:**      Friday, September 11, 2015 2:54 PM
**To:**        Baskin, Sarah C. (Hartford)
**Subject:**   Spears

Sarah,

We have provided you with an authorization signed by plaintiff. Will Liberty collect her medical records?

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004541

## Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

September 10, 2015

By email

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

      RE:    Haley Spears
              DOB: 10/11/1977

      Attached please find:

1. Claimant information form
2. Activities questionnaire
3. Family information questionnaire
4. Claimant Supplementary Statement
5. Authorization

These forms were first sent to me on July 30, 2015. The forms, as written, ask for information pertaining to the date signed. Your letter of September 1, 2015, by contrast, requests that Ms. Spears complete the Activities questionnaire, "to reflect her activities between the time she last submitted an Activities Questionnaire and the end of her claimed period of disability." It has been very difficult for Ms. Spears to do this, as the form does not contemplate responses which have varied over time. She has, however, tried her best to describe the changes in her condition from 2009 to April 2015. I note that Liberty could have sent her these forms periodically from 2009, but it did not.

You may provide a copy of this letter to the Liberty "remand decisionmaker."

                                      Very truly yours,

                                      Winona W. Zimberlin

WWZ:dz
Encl.

Liberty004542



**Liberty Mutual**™

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | |
| CLAIM NO.: _____ | S.S. NO.: 436 33 6982 |
| EMPLOYER/SPONSOR: _____ | DATE OF BIRTH: 10/11/77 |

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

436 336982
Social Security Number

9/8/15
Date

Liberty004543

## FAMILY INFORMATION QUESTIONNAIRE


**Liberty Mutual**™

**Liberty Life Assurance Company of Boston**
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

• What is your marital status?   Single _X__   Married _____   Divorced _____

• If married, please indicate your spouse's name and date of birth.  Name: _____   DOB: _____

• Do you have children?   Yes _____   No _X__

• If yes, please indicate their names and dates of birth below, using additional space as needed.

    Name: _____    DOB: _____

    Name: _____    DOB: _____

    Name: _____    DOB: _____

    Name: _____    DOB: _____

• Is your spouse and/or children receiving Social Security benefits?

    Yes: _____   No: _____

• If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|--------------------------------|---------------------------------|------------------------------------------|
|      |                                |                                 |                                          |
|      |                                |                                 |                                          |
|      |                                |                                 |                                          |
|      |                                |                                 |                                          |

Your Name: _Haley Spears_   SS #: _436336982_   Date: _9/8/15_

DF 537 D 12/01   Member of Liberty Mutual Group

**Liberty004544**

## CLAIMANT SUPPLEMENTARY STATEMENT

**Liberty Mutual.**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____

S.S. NO.: 936 - 33 - 6982

DATE OF BIRTH: 10/11/77

| 1. Full Name (Last, First, Middle Int.) SPEARS, Haley, A | | 2. Social Security Number 936.33.6982 | 3. Phone Number (include area code) 860.930.0887 | |
|---|---|---|---|---|
| 4. Address 9000 W. Wilderness Way Apt. 190 | | City Shreveport | State LA | Zip Code 71106 |
| 5. Marital Status | 6. Number of Children | 6a. Dates of Birth of Children | | |

7. Have you returned to any type of employment? If yes, please describe.
Yes, returned to work in aug 2014, details already provided

8. Do you own your own business, or are you affiliated with a Corporation, Partnership, or Sole Proprietary? If yes, please explain.
NO

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.
NO

10. Do you hold a professional license? If yes, for what purpose.
NO

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
NO

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
Yes, lawsuit against Liberty Mutual — attorney Winona Zimbesta

13. Are you pursuing moneys from a third party, Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.
NO

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| X | | Wages, Salary, or Separation Pay | $ This was provided | Aug 2015 | | |
| X | | Social Security (disability or retirement) | $ Liberty has provided | Aug 2015 | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| X | | State Disability | $ | | | |
| | X | Retirement (normal, early, or disability) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to Liberty Mutual Liberty0004545 Insurance Company providing this form or their representative, any and all information with respect to any illness, injury, medical

![Liberty Mutual logo] **Liberty Mutual.**  **ACTIVITIES QUESTIONNAIRE**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

**Return to:** _____

Page 1 of 3

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
|---|---|---|
| CLAIM NO.: | S.S. NO.: | 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 |
| EMPLOYER/SPONSOR: | DATE OF BIRTH: | 10/11/77 |

*TO BE COMPLETED BY THE CLAIMANT*
Please answer the following questions completely and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

My condition has varied from 2009-2015. In 2009 I was debilitated + generally could
sit _____ stand _____ walk _____

Stand / walk for a few minutes at a time, I could walk from the car to the store, often this was a challenge. I had bad days + some days not quite as bad. Sitting

How many hours a day do you:
sit _____ stand _____ walk _____

varied from a few minutes to over an hour. There were times

Do you take a nap during the day?    Yes _____   No ✓ Sometimes
If yes, for how long? Varies    At what time of the day? Varies
How many hours a day do you spend in bed? Varies

I felt better for a period, then would go downhill again. In Aug 2014 I felt I could go back to work, I

Do you require any assistive devices such as a cane _____ walker _____ crutches _____
wheelchair _____ other ✓ There were times I had to hold onto someone when walking.

was able to sit most of the day at work, at times I would nap

How long are you able to sit in a car? Long enough to get to Drs apts
How long are you able to drive a car? 2009+ Short distances generally 2013 ish+ I was able to drive further

in my car during lunch. Ability to stand + walk

How do you maintain contact with people or activities that matter most to you? but this could vary
in person, phone, occasionally email + letters

Varied from less than an hour to more than

Do you have children?   Yes _____   No ✓
If yes, what are their dates of birth? _____
Do you need help caring for your children?  Yes _____   No _____ N/A

an hour. around 2014 I could feel fine for weeks

Are you responsible for taking care of an elderly parent or grandparent?
Yes _____   No ✓   If yes, please explain _____

then feel sluggish for weeks. My medication affected my ability

How many times a day do you leave the house during the week? _____
weekends? _____

to sit/stand/walk, meds always upset

On the in 2009 it varied depending on

How often do you go shopping at the mall? Very rarely

appointments + health. There were times I felt better +

How often do you get outdoors? now generally daily

my activities increased + there were times I

Are you left or right hand dominant?   Left _____   Right ✓
Are you able to work in your garden?   Yes _____   No _____ N/A
Are you able to work on your house?   Yes _____   No _____
Are you able to wash your car?   Yes _____   No _____

relapsed. Aug 2014 generally daily.

DP 535D 01/02

I am able to clean my house, previously I had a cleaner. I can also now wash my car previously this was generally something I could not do.

Liberty004546


**Liberty Mutual.**

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Putting groceries away | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Washing floors | | |
| Cleaning bathrooms | *See attached page* | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Feeding yourself | | |
| Using the bathroom yourself | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?        Yes _____   No ✓

If yes, please explain: _____

How often do you travel or take vacation? _____

Where you do you go? How do you get there (transportation method)? _____

2013 Fly plane ; Dec. 2014 CA, plane ; LA visit family, caregivers, plane

plane to MA 2013, 2014

Are you able to pursue your hobbies?        Yes _____   No ✗   If yes, please

describe _____ varied, I have done some crafts to watched some baseball

Do you participate in an exercise program?        Yes ✗   No _____   If yes, please

describe exercised at times as part of a treatment plan + eventually was able

to increase

Do you do any volunteer work?        Yes _____   No _____   If yes, how previously

many hours per day? _____ , per week? _____

for whom? Homeless ministry started in 2015

Are you working for wages?        Yes _____   No ✗

If yes, please provide employer's name _____

Have you experienced any memory/concentration problems?

Yes ✓   No _____   Please provide an example I have trouble remembering dates, there

were times I could not remember my age or year I was born, how

to get home from a nearby intersection, when I had craps,

tasks to complete. while I'd much improved, I still struggle at times.

Liberty004547



attached details for page 2 of 3

I was always able to go to the bathroom myself.
Sometimes people would bring me meals, often weekly. I
did limited grocery shopping when able, I had help with
my finances and mail for a long time. My ability to
clean up after myself / after meals varied. I had a
cleaner for a significant period of time. Sometimes I
needed help drying my hair + getting dressed as well
as going up + down stairs. Generally I bathed
myself but there were periods when I needed help
I had gradual improvement in time, as of Aug.
2014 I did not need assistance in most of these
tasks.

Liberty004548

*page 3 of 3*

Describe in your own words, what prevents you from performing your own occupation.

In 2009 I was debilitated from chronic illness which continued for many years.

Describe in your own words, what prevents you from engaging in any gainful employment.

In Aug. 2014 I was able to resume work at a desk job.

Please describe your daily routine;

My routine has varied over the years. In earlier years I rested, went to appointments, went three treatments, etc. As time went on, I began to feel better, I would go outside more, read (although I may not retain), crafts, walk, etc. As I improved I started to look for a job. I participated in Dress for Success program in 2014 in attempt to prepare to re-enter the workforce & began looking for a job Summer 2014.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? _____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photostatic copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date:  9/8/15

Liberty004549

## CLAIMANT INFORMATION FORM



Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Haley Spears | |
| CLAIM NO.: _____ | B.S. NO.: 436 33 6982 |
| EMPLOYER/SPONSOR: _____ | DATE OF BIRTH: 10/11/77 |

### TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

#### NAME OF CURRENT HEALTH CARE PROVIDERS:

Primary   Name: Zane Saul                              Specialty Internist/ID
Address: 2600 Post Road #203
Southport, CT 06890
Telephone No.: (203) 259-8087          Fax No.: (   )
Period of Treatment:   From: _____  Thru: _____

Specialist   Name: Bernard Raxlen                      Specialty Tick borne diseases
Address: 366 7th Ave #502
New York, NY 10018
Telephone No.: (212) 989-1121          Fax No.: (   )
Period of Treatment:   From: _____  Thru: _____

Other   Name: Joachim Baehring                         Specialty neuro oncology
Address: 333 Cedar St TMP3
New Haven CT 06510
Telephone No.: (203) 785-7284          Fax No.: (   )
Period of Treatment:   From: _____  Thru: _____

#### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: Medicare
Address: _____
Telephone No.: (   ) _____   Fax No.: (   ) _____
Contact: _____

### NAME OF PHARMACY:

Current   Name: CVS
Address: White St Cambridge MA & Main St W. Hartford, CT +
+ Somerville, MA         other CT locations
Telephone No.: (   ) _____   Fax No.: (   )

Prior   Name: Stop+Shop & Walgreens
Address: State of CT
Telephone No.: (   ) _____   Fax No.: (   )

SIGNATURE: Haley Spears          DATE: 9/8/15
DP 421 Rev. 6/01

*other meds recieved at donation of drug
manufactuer.

Liberty004550

#2

# CLAIMANT INFORMATION FORM



**Liberty Mutual**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Hailey Spears* | |
| CLAIM NO.: | S.S. NO.: 436 - 33 - 6982 |
| EMPLOYER/SPONSOR: | DATE OF BIRTH: 10/11/77 |

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

**Primary**
Name: *Robert Oberstein*  Specialty *Endocrinology*
Address: *100 Retreat Ave #400*
*Hartford, CT 06100*
Telephone No.: *(860) 547-1298*  Fax No.: ( )
Period of Treatment: From _____ Thru _____

**Specialist**
Name: *Robert Lang*  Specialty *Endocrinology*
Address: *11 Woodland Rd*
*Madison, CT*
Telephone No.: *(203) 318-5200*  Fax No.: ( )
Period of Treatment: From _____ Thru _____

**Other**
Name: *Zhiheng He*  Specialty *Endocrinology*
Address: *Cambridge, MA*
Telephone No.: *(617) 665-1552*  Fax No.: ( )
Period of Treatment: From _____ Thru _____

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: *on*
Address: *other*
Telephone No.: ( ) *page*  Fax No.: ( )
Contact:

### NAME OF PHARMACY:

**Current**
Name: *on*
Address: *other*
Telephone No.: ( ) *page*  Fax No.: ( )

**Prior**
Name:
Address:
Telephone No.: ( )  Fax No.: ( )

SIGNATURE: *Hailey Spears*   DATE: *9/8/15*

DP 421  Rev. 6/01

Liberty004551

Robert Udelsman    Surgeon
800 Howard & Ave #3    New Haven, CT 06519
203-737-2036

James O'Brien    Gastroenterology
863 Main St    Manchester, CT 06040    860-649-3477

— Erika Capelluti    Pulmonary
533 Cottage Grove Rd #3  Bloomfield CT 06002   860-243-8131

— Kristin Giannini    PCP              T: Hartford Hospital
520 Hartford Turnpike, Vernon, CT 06066  + St. Francis Hosp

— Laurin (Gouin) Young    ND        Yale Hospital
135 Center St. Manchester, CT   860-533-0179   Surgery 6/27/13

— Saqib Naseer    Cardiologist        Hammer's
257 E. Center St # 301                 Radiology
Manchester, CT   06040    860-643-5101    2 Church St Suite
                                        New Haven CT
                                        065
                                        203-773-895

— Cynthia Grasso    chiropractor      Dr Lori Fritts
615 Westfield St                       Surgeon
West Springfield, MA   01089   413 736-1680  3 northwestern Dr #3
                                            Bloomfield, CT 06002
                                            860-726-1414

Dr Jessica+ Tagliarini    chiropracto   West Hartford CT 06119
John  836 Farmington Ave                    860-236-222?

Dr Maddale    chiropractor             Various radiology
14 McGrath Hwy 02143                   clinics
Somerville, MA        617-666-2447

Orthopedic @ Lahey   unknown name
wrist injury- laceration of tendon

Dr Basu (Gaurab)  PCP
1443 Cambridge St
Cambridge  Somerville, MA    617-665-1021   Liberty004552

## Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

September 1, 2015

By email

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

    RE:   Haley Spears

I am in receipt of your letter of September 1, 2015. In it you state that "Ms. Spears has failed to submit any documentation in support of her claim for disability benefits for the past four years." As you know, Ms. Spears has not submitted such documentation because we have been in Federal Court litigation after Liberty improperly disclaimed coverage. After it denied coverage, Liberty made it quite clear that its focus was on its belief that Ms. Spears did not meet the elimination period and therefore was not entitled to LTD benefits. After several years of litigation, the court has now determined that Liberty's denial of benefits was improper. Clearly, Liberty has not been waiting for four years for these forms, as your letter implies. Liberty has only recently requested another authorization and more forms, and has given Ms. Spears an arbitrary deadline in which to provide those documents.

That being said, we will need an extension of time past the September 15, 2015 date in which to provide these forms. You may provide a copy of this letter to the Liberty "remand decisionmaker."

Thank you.

Very truly yours,

Winona W. Zimberlin

WWZ:dz

Liberty004553

Representing Management Exclusively in Workplace Law and Related Litigation



| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

September 1, 2015

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT  06114-1024

> *Re:    Haley Spears v. Liberty Life Assurance Company of*
> *Boston et al.*
> *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

We are writing in response to your correspondence dated August 26, 2015, requesting an explanation as to why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. As has been Liberty's practice in the past and as ordered by the Court in this case, Liberty must complete a full and fair review of Ms. Spears' disability claim on remand. That requires Ms. Spears' cooperation in providing all information that might be relevant to that analysis.

Liberty last corresponded with Ms. Spears about her claim and appeal for disability benefits beyond February 8, 2009 by letter dated June 15, 2011. The last medical records Ms. Spears submitted were dated April 2011. Ms. Spears now claims that she was Disabled through July 2014 and Partially Disabled from August 2014 through April 2015. Nevertheless, Ms. Spears has failed to submit any documentation in support of her claim for disability benefits for the past four years. For Liberty to complete a full and fair review of Ms. Spears' disability claim on remand, Ms. Spears must complete each of the following forms with information relevant through the end of her claimed period of disability:

- Activities Questionnaire –Ms. Spears must complete this form to reflect her activities between the time she last submitted an Activities Questionnaire and the end of her claimed period of disability.
- Claimant Information Form – Ms. Spears must complete this form to reflect any medical providers and pharmacy information not previously provided to Liberty, including but not limited to the medical providers she saw and pharmacy she used between April 2011 and April 2015.
- Family Information Questionnaire – Ms. Spears must complete this form to the extent that it has changed since she last submitted this form to Liberty.
- Claimant Supplementary Statement – This form requests information that is directly relevant to the question of whether and when Ms. Spears became able to perform the Material and

Winona W. Zimberlin, Esq.
September 1, 2015
Page 2



Attorneys at Law

Substantial Duties of her Own Occupation or Any Occupation during the claimed period of disability, whether she has received any Other Income Benefits or Other Income Earnings as defined by the Policy, and whether the Policy's Subrogation and Reimbursement provision applies.

- Medical Records Release - Ms. Spears must complete this form, so that Liberty can obtain any additional medical information not previously provided to Liberty.

Failure to provide the relevant and necessary information requested for the remand may result in a negative inference by the plan decision maker, a denial of benefits for failure to cooperate and provide relevant information, and/or other consideration by the plan decision maker in the determination on remand. We are copying a plan official with this communication.

Please ask Ms. Spears to complete these forms and return them to me, along with all additional evidence you wish to be considered by Liberty on remand, at the address shown above on or before September 15, 2015. If Ms. Spears declines to provide the requested information, Liberty will make its determinations based solely on the information contained in its claim file. If you need additional time to supply documents to Liberty, please let us know.

Please call me if you have any questions. Thank you.

Very truly yours,
JACKSON LEWIS P.C.

Sarah C. Baskin

cc:     Robert M. Wood
        Ashley B. Abel
        Beverly W. Garofalo
        Liberty Life Remand Decisionmaker

Liberty004555

## Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

August 26, 2015

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

RE:   Haley Spears
      DOB: 10/11/1977

You asked for the following information:

a. the dates of commencement and termination of each such employment
b. the job title held by Ms. Spears
c. whether the employment was full or part-time
d. Ms. Spears's rate of pay, including bonuses
e) all reasons for termination of each such employment

Response:

1) WinterWyman Contract Staffing, 880 Winter St. Waltham, MA. 02451.
Commence March 18, 2015
Recruiter
Full time. March 2015, $748. April 2015; $4,658. May 2015; $5,151.
$34.00 per hour
See attached wage information, employment agreement, and Job Order. No W-2 forms, as
employment started in 2015.

2) Kforce, Inc. 1001 East Palm Ave, Tampa, Fl, 33605
August 2014 to March 2015
Professional administrator
Full time
$17.50 per hour, Spears cannot locate her W-2, but see attached wage information. Reason for
termination; contract position.

Liberty004556

REDACTED

Please advise as to the reason why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. Liberty has been given access to medical information multiple times.

Very truly yours,

Winona W. Zimberlin

WWZ:
Encl.

# Wage Verification Report

[illegible]

## Employee Information

[illegible]

| Check # | [illegible] | Pay Date | Gross Pay | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0.00 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0.00 | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| YTD Total | | | [illegible] | [illegible] | 0.00 | [illegible] |

[illegible]

# Wage Verification Report

[illegible]force Inc.
[illegible] Avenue
[illegible]

Report [illegible]
[illegible]
[illegible]
[illegible]

## Employee Information

Haley Speas

| | |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

[illegible] XXX-XX-[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| YTD total | | | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

| | |
|---|---|
| [illegible] | |
| [illegible] | [illegible] |
| [illegible] | |
| [illegible] | [illegible] |
| [illegible] | |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | |

# WAGE INFORMATION
## RE: Haley Spears
## SSN: 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

### WAGE INFORMATION 2014

If the amount of wages for each month is the same, enter the monthly amount here $_____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|-------|--------|-------|--------|
| January | $ | July | $ |
| February | $ | August | $ 1028.13 |
| March | $ | September | $ 2935.43 |
| April | $ | October | $ 3495.38 |
| May | $ | November | $ 2699.38 |
| June | $ | December | $ 2126.56 |

### WAGE INFORMATION 2015

If the amount of wages for each month is the same, enter the monthly amount here $_____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|-------|--------|-------|--------|
| January | $ 2687.75 | July | $ |
| February | $ 3598.75 | August | $ |
| March | $ 4900.00 | September | $ |
| April | $ | October | $ |
| May | $ | November | $ |
| June | $ | December | $ |

EMPLOYER: 24 Force

PHONE NUMBER: 813 653 5000

Signature: _Rita Bowin_

Printed Name: Rita Bowin

Title: HR Administrator

Date: 5/6/15

Liberty004560



**EMPLOYMENT AGREEMENT**

This Agreement is made on **March 13, 2015** between **Haley Spears** hereinafter called "Employee", and WinterWyman HR Contract Solutions, Inc., hereinafter called "Company". Whereas, Company desires to hire Employee on a temporary basis for work to be performed at **Abcam Inc.** hereinafter called "Client", and whereas, Employee has been contracted by Company, the parties agree as follows: Employee will be paid **$34.00** per hour for each hour worked for the first 40 hours per week. Hours over 40 per week will be paid at a rate of **$51.00** per hour for each hour worked. Assignment begins on **March 18, 2015** and we anticipate that it will continue for approximately **four months.** Your first payday is expected to be **March 27, 2015.** Company employs Employee as an employee at will.

If an adjustment to hourly pay rate occurs, the Company will notify Employee, and the adjustment will become effective on the effective date stated in the notice, as to services rendered on and after the effective date. The effective date shall in all cases be on or after the notice date.

This Agreement is contingent upon Employee's ability to present documentation reflecting Employee's eligibility to work in the United States. Employee must present appropriate documentation as described in the document entitled "List of Acceptable Documents." Documentation must be available when Employee reports to work on the first day of employment.

An employment package containing information relevant to Employee's employment with Company, including payroll information, and Company policies and procedures, will be provided to Employee. Employee agrees to complete and return required documentation to Company in order for Company to properly process Employee's payroll as well as other documents required for Employee's personnel file. Employee acknowledges that as a temporary employee, he/she may not be eligible for certain benefits that may be offered to other employees of Company.

Employee warrants that information provided by him/her (including, but not limited to information contained on Employee's resume), on which Company relies in making referrals to Client, is true and accurate and Employee acknowledges and understands that any misstatements or lack of candor by Employee regarding his or her qualifications or availability for work may be grounds for immediate termination by Company of any assignment and constitutes a breach of this Agreement for which damages are recoverable.

Employee shall not provide services to (as either independent contractor or employee) or solicit any contract activity directly or indirectly with Client for a period of one (1) year following Employee's last day of work with Company, without the written consent of Company. Employee shall be bound by and shall comply with applicable rules, regulations, or policies established by Company.

Employee agrees to submit on a weekly basis, time cards accurately reflecting the hours Employee works each week and approved by their supervisor at Client. Failure to submit timecards on a timely basis may delay payment. Electronic signatures are acceptable if hours are submitted electronically through the WinterWyman time tracking software. Company will pay Employee on a bi-weekly basis based on the approved hours Employee reports on these forms. Should Employee be asked to prepare or submit a time card that does not accurately reflect the number of hours Employee actually worked during the period covered by the form, Employee agrees to notify their Staffing Manager and/or the head of human resources of Company promptly and in writing. The time cards of Company shall be conclusive as to the time worked by Employee.

As dependability is regarded as a primary requirement for successful employment, Employee is expected to be at work on time every day as scheduled. However, should Employee be absent or expect to be arriving late to work, for any reason both Company and the assignment supervisor are to be contacted. If Employee does not know the supervisor's phone number, Employee will make Company aware of this situation when notifying Company. Employee is also required to keep Company apprised of any performance related discussions or issues.

Information supplied by Company concerning hourly rates is confidential and should not be discussed with Client. Employee agrees to make every effort to complete the Client assignment. If, for any reasons out of the control of the Employee, the assignment cannot be completed, Employee will give not less than two (2) weeks prior written notice to Client and Company, in order that a replacement employee may be obtained and a continuity of effort be maintained to complete the assignment.

Any and all discoveries, inventions, improvements or works of authorship relating in any way to Employee's work for Client that Employee develops during the period when Employee is performing work for Client (whether developed alone or in conjunction with others, whether developed at Client's premises or elsewhere and whether developed within regular business hours or at other times) ("Developments") shall be Client's sole property. Employee hereby assigns and agrees to assign all such Developments and all rights

Liberty004561



In and to such Developments solely to Client. Employee agrees to execute and deliver such additional documents as may reasonably be required to vest such rights in Client.

All information (pertaining to Company's or Client's inventions, designs, tools, equipment, unpublished written materials, plans, processes, costs, methods, systems, improvements, other confidential matters) which is obtained by Employee in the performance of his/her work and which is not publicly disclosed by Company or Client, shall be considered as confidential and proprietary to Company or to Client. In addition, confidential information may include specific information protected under the Federal Health Insurance Portability and Accountability Act (HIPAA) and will be kept confidential as required by HIPAA regulations, Company and Client. This paragraph shall be for the benefit of Company and/or Client and either/or both shall have all rights and remedies to enforce such provision.

Employee warrants and represents that (a) Employee has full right, title and authority to perform the obligations and grant the rights and licenses granted in this Agreement; and (b) Client shall receive free, good and clear title to any and all Developments. Employee shall be liable for and shall indemnify, defend and hold harmless Company and Client against any claim that any Developments misappropriate a trade secret or infringe a patent, copyright or other intellectual property right of any person.

Employee will be required to sign Company's Anti Harassment Policy as an employee of Company. In the event of any type of discrimination or harassment of Employee, any type of unsafe working conditions or environment, any intentional tort by Client's personnel or agents, or any threat of or actual violence to Employee while performing duties for Client, Employee shall immediately notify Company and shall follow any and all lawful procedures indicated by Client. Employee acknowledges that Company cannot control the working conditions or working environment of Client. However, if Employee informs Company of a situation described in this paragraph, Company will attempt to resolve the situation with Client. Moreover, if Employee informs Company that a previously reported situation has not been resolved to Employee's reasonable satisfaction, Company shall where appropriate, remove Employee from the assignment and make all reasonable efforts to reassign Employee to a different client as soon as reasonably possible.

Pursuant to Massachusetts General Law Chapter 149, Section 159C, attached as an Addendum A to this agreement is the Temporary Workers Right to Know Job Order form. By signing this agreement, you acknowledge receipt of the job order and confirm that the information provided is correct to your knowledge.

This Agreement shall be construed under the laws of the State of Massachusetts and any action brought as a result of the breach of this contract shall be brought only in a court sitting entirely within the State of Massachusetts and Employee hereby consents to the jurisdiction thereof. This Agreement contains the entire agreement between the parties with respect to the employment vested herein. There are no representations or agreements except as herein provided and all prior agreements, whether written or oral, are merged herein and superseded hereby.

This Agreement creates an "at will" employment relationship, terminable at any time by the Employee or Company without cause and subject only to the notice required of the Employee set forth herein.

NOTE: WinterWyman HR Contract Solutions, Inc. respects its Client's privacy and is concerned about protecting its Clients from unnecessary solicitation. Any information concerning Clients is considered proprietary and is not to be disclosed for any reason.

| | |
|---|---|
| **Haley Spears** | Date |

| | |
|---|---|
| **Maria Passanisi** | Date |
| WinterWyman HR Contract Solutions, Inc. | |

Liberty004562

# WinterWyman
### Contract Staffing

WinterWyman
880 Winter Street, Ste. 200
Waltham, MA 02451
(781) 890-7000

This is an important notice. Please have it translated.
Esta é um aviso importante. Queira mandá-lo traduzir.
Esto es un aviso importante. Sírvase mandarlo traducir.
ĐÂY LÀ MỘT BẢN THÔNG CÁO QUAN TRỌNG
XIN VUI LÒNG CHO DỊCH LẠI THÔNG CÁO ẤY
Ceci est important. Veuillez faire traduire.
本通知很重要，请将之译成中文。
នេះជាកំណត់ស័ព្ទដ៏សំខាន់  សូមមេត្តាបកប្រែវាផង

## ADDENDUM A — JOB ORDER

| METHOD OF DELIVERY (ELECTRONIC (OR) | DATE DELIVERED |
|---|---|
| Haley Spears | March 13, 2015 |

| NAME OF JOB APPLICANT/WORKER | JOB APPLICANT/WORKER HOME STREET ADDRESS (CITY, STATE, ZIP CODE) | |
|---|---|---|
| Haley Spears | 74 Heath Street, Somerville, MA 02145 | |

| JOB APPLICANT/WORKER PHONE # | JOB APPLICANT/WORKER E-MAIL ADDRESS | JOB ORDER NUMBER | DATE OF ASSIGNMENT |
|---|---|---|---|
| 860-930-0887 | spears1h@gmail.com | 29951 | March 18, 2015 |

| WORKSITE COMPANY NAME | WORKSITE COMPANY MAILING ADDRESS | IS WORKSITE ON STRIKE OR LOCKOUT? |
|---|---|---|
| Abcam Inc. | 1 Kendall Square, Suite 200, Cambridge, MA 02138-1500 | No |

| NAME OF CONTACT PERSON AT WORKSITE | CONTACT PERSON PHONE # | CONTACT PERSON EMAIL ADDRESS | WORK SITE ADDRESS |
|---|---|---|---|
| Sean Conneely | 617.577.4266 | sean.conneely@abcam.com | 1 Kendall Square, Suite 200, Cambridge, MA 02138-1500 |

| DESCRIPTION AND NATURE OF ASSIGNMENT | SPECIAL ATTIRE, ACCESSORIES, TOOLS, PROTECTIVE EQUIPMENT, TRAINING, OR LICENSES REQUIRED |
|---|---|
| Recruiter | ☒ NONE REQUIRED<br>☐ YES   SPECIFY: |

| SPECIAL TRAINING WILL BE PROVIDED FOR PARTICULAR JOB TASKS REQUIRED BY THE JOB, IF SO, PROVIDE DETAILS | TRANSPORTATION TO WORKSITE IS OFFERED BY AGENCY OR WORKSITE EMPLOYER, IF SO, PROVIDE DETAILS |
|---|---|
| ☒ NO   SPECIFY: <br>☐ YES | ☒ NO   SPECIFY: <br>☐ YES |

| START DATE OF THE WORK ASSIGNMENT OR ENGAGEMENT | EXPECTED DURATION OF THE WORK ASSIGNMENT OR ENGAGEMENT | START TIME | ANTICIPATED END TIME | ANTICIPATED OVERTIME | MEALS ARE PROVIDED BY THE AGENCY OR WORKSITE EMPLOYER, IF SO, PROVIDE DETAILS |
|---|---|---|---|---|---|
| March 18, 2015 | four months | 9am | 5pm | | ☒ NO   SPECIFY: <br>☐ YES |

| FEES / CHARGES | DESCRIPTION | TOTAL FEE/CHARGE AMOUNT | PAID | RECEIPT PROVIDED |
|---|---|---|---|---|
| Special attire, accessories, tools, protective equipment safety equipment | n/a | None | | |
| Meals provided by agency or worksite employer | n/a | None | | |
| Transportation provided by agency or worksite employer | n/a | None | | |
| Other (Specify) | n/a | None | | |

*Massachusetts General Law Chapter 149, section 159C limits the fees/charges that may be charged by staffing agencies to job applicants/workers. **Agencies should review the law in its entirety to determine the permissibility of such charges. Staffing agencies SHALL NOT deduct fees and charges from a worker's paycheck.** In addition, Section 159C requires that a written contract be executed between a staffing agency and job applicant/worker for the payment of any fee for a good or service which clearly states in a language that the job applicant/worker understands that the purchase is voluntary and that the staffing agency will not gain a profit from any cost or fee charged. Attach applicable contract(s) to this job order.

| RATE OF COMPENSATION OR WAGES TO BE PAID | DESIGNATED PAY DAY | EMPLOYERS ARE REQUIRED BY MASSACHUSETTS GENERAL LAW C.152 S.25A TO PROVIDE WORKERS' COMPENSATION (WC) INSURANCE COVERAGE FOR ALL THEIR EMPLOYEES. LIST WC CARRIER NAME, ADDRESS, AND PHONE NUMBER BELOW: |
|---|---|---|
| $34.00 | Biweekly on Friday | Utica National Insurance<br>201 Edgewater Drive, Ste. 295, Wakefield, MA 01880<br>(800) 216-1420 |

Massachusetts General Law Chapter 149, section 159C requires that staffing agencies provide at a minimum, all of the information listed above. Nothing shall prevent a staffing agency from directing an employee to a job by telephone, but such telephone message shall comply with the disclosure requirements of this section and shall be confirmed in writing by the staffing agency and sent to the employee before the end of the first pay period. The Temporary Workers Right to Know Law is administered by the: **DEPARTMENT OF LABOR STANDARDS, 19 STANIFORD STREET, 2ND FLOOR, BOSTON, MA 02114, (617) 626-6970.**

Liberty004563

# WAGE INFORMATION
## RE: Haley Spears
### SSN: 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

**WAGE INFORMATION 2014  2015**

If the amount of wages for each month is the same, enter the monthly amount here
$_____    PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY,
SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|-------|--------|-------|--------|
| January | $_____ | July | $_____ |
| February | $_____ | August | $_____ |
| March | $ 748 | September | $_____ |
| April | $ 4,658 | October | $_____ |
| May | $ 5,151 | November | $_____ |
| June | $_____ | December | $_____ |

**WAGE INFORMATION 2015**

If the amount of wages for each month is the same, enter the monthly amount here
$_____    PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY,
SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|-------|--------|-------|--------|
| January | $_____ | July | $_____ |
| February | $_____ | August | $_____ |
| March | $_____ | September | $_____ |
| April | $_____ | October | $_____ |
| May | $_____ | November | $_____ |
| June | $_____ | December | $_____ |

EMPLOYER: _Winter Wyman_

PHONE NUMBER: _(781) 530-3344_

Signature: _Cathy Renda_

Printed Name: _Cathy Renda_

Title: _Dir, HR_

Date: _5/22/15_

Liberty004564



Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

July 30, 2015

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT  06114-1024

> *Re:*   *Haley Spears v. Liberty Life Assurance Company of*
> *Boston et al.*
> *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

We enclose a copy of the Activities Questionnaire, Claimant Information Form, Family Information Questionnaire, Claimant Supplementary Statement and Medical Records Release referenced in our letter dated July 24, 2015. Please ask Ms. Spears to complete these forms and return them to me, along with all additional evidence you wish to be considered by Liberty on remand, at the address shown above on or before August 31, 2015. If you need additional time to supply documents to Liberty, please let us know.

Please call me if you have any questions. Thank you.

Very truly yours,
JACKSON LEWIS P.C.

Sarah C. Baskin

cc:   Robert M. Wood
Ashley B. Abel
Beverly W. Garofalo

Liberty004565



**ACTIVITIES QUESTIONNAIRE**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

*Page 1 of 3*

Return to:_____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: | _____ |
| CLAIM NO.: _____ | S.S. NO.: _____-____-____ |
| EMPLOYER/SPONSOR: _____ | DATE OF BIRTH: _____ |

*TO BE COMPLETED BY THE CLAIMANT*
Please answer the following questions completely and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit_____     stand_____     walk_____

How many hours a day do you:
sit_____     stand_____     walk_____

Do you take a nap during the day?     Yes_____     No_____
If yes, for how long? _____     At what time of the day? _____
How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a cane_____ walker_____ crutches_____
wheelchair_____     other_____

How long are you able to sit in a car?     _____
How long are you able to drive a car?     _____

How do you maintain contact with people or activities that matter most to you?
_____

Do you have children? Yes_____     No_____
If yes, what are their dates of birth?     _____
Do you need help caring for your children? Yes_____     No_____

Are you responsible for taking care of an elderly parent or grandparent?
Yes_____     No_____     If yes, please explain _____

How many times a day do you leave the house during the week?_____ On the
weekends?_____

How often do you go shopping at the mall?     _____

How often do you get outdoors?     _____

| | | | |
|---|---|---|---|
| Are you left or right hand dominant? | Left_____ | Right_____ |
| Are you able to work in your garden? | Yes_____ | No_____ |
| Are you able to work on your house? | Yes_____ | No_____ |
| Are you able to wash your car? | Yes_____ | No_____ |

DP 535D 01/02

Liberty004566


**Liberty Mutual**™

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Putting groceries away | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Washing floors | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Feeding yourself | | |
| Using the bathroom yourself | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?     Yes _____     No _____
If yes, please explain: _____

How often do you travel or take vacation? _____
Where you do you go?  How do you get there (transportation method)? _____
_____

Are you able to pursue your hobbies?            Yes _____   No _____   If yes, please
describe _____

Do you participate in an exercise program?       Yes _____   No _____   If yes, please
describe _____

Do you do any Volunteer work?                    Yes _____   No _____   If yes, how
many hours per day? _____, per week? _____
for whom? _____

Are you working for wages?                       Yes _____   No _____
If yes, please provide employer's name _____

Have you experienced any memory/concentration problems?
Yes _____     No _____ Please provide an example _____

 **Liberty Mutual.**

*page 3 of 3*

Describe in your own words, what prevents you from performing your <u>own occupation</u>.

_____
_____
_____

Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.

_____
_____
_____

Please describe your daily routine:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? _____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photostatic copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____        Date: _____

Liberty004568

## FAMILY INFORMATION QUESTIONNAIRE



**Liberty Life Assurance Company of Boston**
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

- What is your marital status?   Single _____   Married _____   Divorced _____

- If married, please indicate your spouse's name and date of birth. Name: _____ DOB: _____

- Do you have children?   Yes _____   No _____

- If yes, please indicate their names and dates of birth below, using additional space as needed.

    Name: _____    DOB: _____

    Name: _____    DOB: _____

    Name: _____    DOB: _____

    Name: _____    DOB: _____

- Is your spouse and/or children receiving Social Security benefits?

    Yes: _____    No: _____

- If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-------------------------------|--------------------------------|------------------------------------------|
|      |                               |                                |                                          |
|      |                               |                                |                                          |
|      |                               |                                |                                          |
|      |                               |                                |                                          |

Your Name: _____    SS #: _____    Date: _____

DF 537 D 12/01   Member of Liberty Mutual Group

Liberty004569

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty
Mutual.

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _____
CLAIM NO.: _____   S.S. NO.: _____ - ____ - _____
EMPLOYER/SPONSOR: _____   DATE OF BIRTH: _____

| 1. Full Name (Last, First, Middle Int.) | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|

| 4. Address | City | State | Zip Code |
|---|---|---|---|

| 5. Marital Status | 6. Number of Children | 6a. Dates of Birth of Children |
|---|---|---|

7. Have you returned to any type of employment?  If yes, please describe.

8. Do you own your own business, or are you affiliated with a Corporation, Partnership, or Sole Proprietary?  If yes, please explain.

9. Do you hold a tax identification number or EIN?  If yes, please provide and explain purpose.

10. Do you hold a professional license?  If yes, for what purpose.

11. Are you associated with an Internet affiliated business?  Do you have a website?  If yes, please provide address(es).

12. Are you currently involved in any pending litigation?  If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party; Workers' Comp Carrier, Insurance Co., or Individual?  If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date
you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) _____ | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish this Insurance Company providing this form or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. A photostatic copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

DATE: _____   EMPLOYEE'S SIGNATURE: _____

DP 409 11/02

Liberty004570

# CLAIMANT INFORMATION FORM

 **Liberty Mutual**™

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _____

CLAIM NO.: _____   S.S. NO.: _____ - ____ - _____

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: _____

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

Primary    Name: _____ Specialty _____
           Address: _____

           Telephone No.: (____) ____   Fax No.: (____) ____
           Period of Treatment:   From: _____ Thru: _____

Specialist Name: _____ Specialty _____
           Address: _____

           Telephone No.: (____) ____   Fax No.: (____) ____
           Period of Treatment:   From: _____ Thru: _____

Other      Name: _____ Specialty _____
           Address: _____

           Telephone No.: (____) ____   Fax No.: (____) ____
           Period of Treatment:   From: _____ Thru: _____

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

           Insurance Carrier: _____
           Address: _____

           Telephone No.: (____) ____   Fax No.: (____) ____
           Contact:

### NAME OF PHARMACY:

Current    Name: _____
           Address: _____

           Telephone No.: (____) ____   Fax No.: (____) ____

Prior      Name: _____
           Address: _____

           Telephone No.: (____) ____   Fax No.: (____) ____

SIGNATURE: _____   DATE: _____

DP 421  Rev. 6/01

### Authorization to Obtain and Release Information



Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

**Return to:** _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: _____ | |
| CLAIM NO.: _____ | S.S. NO.: ___ - ___ - ___ |
| EMPLOYER/SPONSOR: _____ | DATE OF BIRTH: _____ |

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record,

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_____          _____
Print Name                       Social Security Number

_____          _____
Signature                        Date

DP 432 07/01

Liberty004572

**Baskin, Sarah C. (Hartford)**

| | |
|---|---|
| **From:** | winona zimberlin <wzimberlin@lawyer.com> |
| **Sent:** | Wednesday, July 29, 2015 12:20 PM |
| **To:** | Baskin, Sarah C. (Hartford) |
| **Cc:** | Garofalo, Beverly W. (Hartford); Baskin, Sarah C. (Hartford); Wood, Robert M. (Greenville); Abel, Ashley B. (Greenville) |
| **Subject:** | Re: Spears v. Liberty |

Sarah, I have left you messages to discuss your letters.

Additionally, there were no questionnaires attached.

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

**Sent:** Friday, July 24, 2015 at 11:56 AM
**From:** "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>
**To:** "wzimberlin@lawyer.com" <wzimberlin@lawyer.com>
**Cc:** "Garofalo, Beverly W. (Hartford)" <GarofalB@jacksonlewis.com>, "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>, "Wood, Robert M. (Greenville)" <WoodR@jacksonlewis.com>, "Abel, Ashley B. (Greenville)" <AbelA@jacksonlewis.com>
**Subject:** Spears v. Liberty

Good Morning,

Please see the attached correspondence and contact Sarah with any questions. Thank you.

Carol A. Curley
Legal Assistant to
Sarah C. Baskin,
David R. Golder and
David C. Salazar-Austin
jackson|lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.331.2576| Direct Dial
860.522.0404| Main
860.247.1330| Fax

curleyc@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are

Liberty004573

hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Liberty004574



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
|---|---|---|---|---|
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

July 24, 2015

**VIA FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT  06114-1024

> Re:    *Haley Spears v. Liberty Life Assurance Company of*
>        *Boston et al.*
>        <u>*Docket No. 3:11-cv-01807*</u>

Dear Attorney Zimberlin:

We have reviewed the district court's March 31, 2015, decision in the above-captioned matter and write on behalf of Liberty Life Assurance Company of Boston ("Liberty") to obtain information necessary to review Ms. Spears' claim for long-term disability benefits on remand. We assume you will be representing Ms. Spears during this court-ordered review and therefore direct this communication to you. If you are no longer representing Ms. Spears, please let us know.

Please provide all additional evidence you wish to be considered by Liberty on remand consistent with the Court's decision. Please also ask Ms. Spears to complete the attached Activities Questionnaire, Claimant Information Form, Family Information Questionnaire, Claimant Supplementary Statement and Medical Records Release and return them to me at the address shown above. Please provide the documents listed above on or before August 24, 2015. If you need additional time to supply documents to Liberty, please let us know.

Based on the wage information you provided on June 2, 2015, it appears that Ms. Spears returned to work in August 2014. Please include with the documents you provide for the remand information concerning Ms. Spears's employment at any employer, other than United Technologies Corporation or Pratt & Whitney, between February 9, 2009 and the present. Specifically, please state Ms. Spears' total gross earnings from any employment or employment-related activity, including self-employment, during the period from February 9, 2009 through the present, including the source(s) of such earnings and the date(s) when such earnings were received by Ms. Spears. Please also identify all employers with whom Ms. Spears has been employed during that time period and state the following:

a.    the dates of commencement and termination of each such employment;

b.    the job title(s) held by Ms. Spears;

c.    whether the employment was full or part-time;

Winona W. Zimberlin, Esq.
July 24, 2015
Page 2


Attorneys at Law

    d.      Ms. Spears's rate(s) of pay (include bonuses, if any); and

    e.      all reasons for the termination of each such employment, if applicable, including, but not limited to, whether the termination was voluntary or involuntary.

Please also send us copies of documents substantiating this information, including, but not limited to, her new hire documentation, terms and conditions of employment, paycheck data, and W-2 or 1099 forms.

        Although ERISA does not prescribe Liberty Life's deadline for review of the evidence in support of Plaintiff's claims, it will strive to follow the appeal review deadlines set forth in the Regulations. Once Liberty Life receives this evidence, it will strive to review Plaintiff's claim for benefits within a reasonable period of time, but not later than 45 days after receipt of that evidence. If Liberty determines that special circumstances exist and an extension is needed, it may take up to an additional 45 days to decide the appeal. However, before taking the extension, it will notify you in writing during the first 45-day period explaining the special circumstances, and the date by which it expects to make the decision.

        Please call me if you have any questions. Thank you.

        Very truly yours,
        JACKSON LEWIS P.C.

        Sarah C. Baskin

cc:   Robert M. Wood
      Ashley B. Abel
      Beverly W. Garofalo

Liberty004576