UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Haley Spears               No. Civil No. 3:11-cv-01807 (VLB)

   Plaintiff

v.

Liberty Life Assurance Company of Boston;
United Technologies Corporation;
The Group Life Insurance and Disability
Plan Of United Technologies Corporation
aka The UTC Choice Integrated Disability
Benefit Program;               October 30, 2017

   Defendants

## TABLE OF CONTENTS

A. Defendants' brief, 2012, page 10

B. Defendants' response to Rule 56a statement, # 35

C. Department of Labor guidance

D. Letter from Winona Zimberlin to Liberty Life, 4/12/10 R. 283

E. Letter from Liberty Life to Winona Zimberlin, 5/25/10, R. 265

F. R.6, policy definition

G. Unreported cases

The Plaintiff


**By:   /s/      Winona W. Zimberlin**
**Winona W. Zimberlin**
**Zimberlin Law, LLC**
**267 Main Street**
**Manchester, CT 06042**
**Ct 05501 (860) 783-5999**


### CERTIFICATE OF SERVICE

I hereby certify that on Oct. 30, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated o the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


**/s/      Winona W. Zimberlin**
**Winona W. Zimberlin**