04/12/2010  14:28  8602474194          W ZIMBERLIN                                    PAGE  01/02

**Winona W. Zimberlin**
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 247-5291
Facsimile (860) 247-4194

April 12, 2010

*Facsimile: 1-603-422-0142*
Chuck Johnson
Appeals Review Consultant
Liberty Life Assurance Company of Boston

Dear Mr. Johnson:

    RE:    Haley Spears

    Please be advised that I represent Haley Spears in her disability claim with your company. Enclosed please find an authorization. I am requesting that Liberty Mutual extend the time in which to provide evidence in support of the appeal until 180 days from today. This extension is necessary so that Liberty Mutual can consider additional evidence. The evidence will respond to Liberty Mutual's statements in its letter of January 29, 2010. In addition, I have just been retained and need additional time to review the file. An extension will allow Liberty Mutual the opportunity to consider new information pertinent to this claim. There is no prejudice to Liberty Mutual.

Please send me a copy of:

1. Your complete claims file, including copies of all medical records you have already received regarding Haley Spears, which has not already been provided to Ms. Spears;
2. Your Summary Plan Description;
3. Your complete LTD Policy, including all amendments;
4. A list of all individuals who have been involved in decision making for Ms. Spears' claim;
5. Your complete internal guidelines, rules, protocols, and criteria under which the Plan operates;
6. Documentation regarding the handling of similar claims;
7. A summary of the plan's financial reports;
8. Name and address of Plan Administrator.

    All communication should be addressed to the undersigned. Thank you for your consideration.

Very truly yours,

Winona W. Zimberlin

WWZ:rlc
Enclosure

Ex. D

Liberty 000283