

**Liberty Mutual.**

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 210-0268
Secure Fax No.: (603) 422-7909

May 25, 2010

Winona W. Zimberlin
Attorney at Law
2 Congress Street
Hartford CT 06114-1024

RE: Appeal for Short Term Disability Benefits
Plan Sponsor: UTC Choice
Claimant: Ms. Haley Spears
Claim #: 1676027

Dear Ms. Zimberlin:

As a follow up to our letter of May 13, 2010, and per your recent request for relevant claim documentation, enclosed is a copy of the UTC Summary Plan Description and the UTC LTD policy. Ms. Spears has been provided a complete copy of her file, if you wish to have another copy, please let me know. This constitutes all the information that was received and considered in our handling of her claim.

We do not have an obligation to provide internal guidelines, rules and protocols and will not be providing this information. Additionally, we will not be providing you a response to your request for documentation of the handling of similar claims.

If you have any additional questions, please let me know.

Sincerely,

Chuck Johnson
Appeal Review Consultant
Phone No.: (800) 210-0268 Ext. 30184
Secure Fax No.: (603) 422-7909

Enclosures: UTC Summary Plan Description
UTC LTD policy

Cc Haley Spears        *without enclosures*
1008 Trout Brook Drive
West Hartford, CT 06119

Ex E

Liberty 000266