UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Haley Spears                                              Civil No. 3:11-cv-01807 (KAD)

    Plaintiff

v.

Liberty Life Assurance Company of Boston;           November 16, 2018
United Technologies Corporation; The
Group Life Insurance and Disability Plan
Of United Technologies Corporation
aka The UTC Choice Integrated Disability Benefit
Program;

    Defendants

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    Pursuant to Fed. R. Civ. P. 56, plaintiff Haley Spears moves for summary judgment as to defendants, asserting that there is no genuine issue of material fact, and that judgment should be granted for plaintiff as a matter of law based on the administrative record and additional documents submitted.  A memorandum of law and Local Rule 56(a)(1) statement are attached. The administrative record has been provided to the court by defendants and consists of pages R. 1 – R. 5,005. A Table of Contents is attached, as are the following exhibits:

    A.  Liberty's response of March 16, 2017 to plaintiff's interrogatories #2, # 3, #6 and  #8.

    B. Liberty's response of October 8, 2012  to plaintiff's request for production  #1.

    C. Department of Labor Second Circuit amicus brief in *Solnin* v. *Sun Life & Health Inc. Co.,* 766 F. Supp.2d 380, 382 (E.D.N.Y. 2011)

    D. Connecticut Insurance Department Bulletin HC-67, March 19, 2008.

    E. Spreadsheets calculating back benefits and interest

PLAINTIFF,

By:   /s/      Winona W. Zimberlin
Winona W. Zimberlin
Zimberlin Law, LLC
267 Main St.
Manchester, CT. 06042
Ct 05501
(860) 783-5999

CERTIFICATE OF SERVICE

     I hereby certify that on Nov. 16, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated o the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                /s/      Winona W. Zimberlin
                Winona W. Zimberlin