|  | January | February | March | April | May | June | July | August | September | October | November | December | Total By YR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | $0.00 | $0.00 | $353.75 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $24,232.10 |
| 2010 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $31,837.80 |
| 2011 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $31,837.80 |
| 2012 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $31,837.80 |
| 2013 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $31,837.80 |
| 2014 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,653.15 | $2,545.34 | $1,114.72 | $714.41 | $1,291.91 | $1,721.75 | $25,960.10 |
| 2015 | $1,314.88 | $1,367.38 | $2,387.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,070.20 |
| 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total |  |  |  |  |  |  |  |  |  |  |  |  | $182,613.66 |

| Time Period | BME | Earnings | BME minus Earnings | 75% reduction |
|---|---|---|---|---|
| August 2014 | $4,421.92 | $1,028.13 | $3,393.79 | $2,545.34 |
| September 2014 | $4,421.92 | $2,935.63 | $1,486.29 | $1,114.72 |
| October 2014 | $4,421.92 | $3,469.38 | $952.54 | $714.41 |
| November 2014 | $4,421.92 | $2,699.38 | $1,722.54 | $1,291.91 |
| December 2015 | $4,421.92 | $2,126.26 | $2,295.66 | $1,721.75 |
| January 2015 | $4,421.92 | $2,668.75 | $1,753.17 | $1,314.88 |
| February 2015 | $4,421.92 | $2,598.75 | $1,823.17 | $1,367.38 |
| March 2015 | $4,421.92 | $1,238.00 | $3,183.92 | $2,387.94 |
| Total |  |  |  | $12,458.31 |

| Year | Yrs until 2018 | LTD Benefit | Interest | Yrly with interest |
|---|---|---|---|---|
| 2009 | 9 | $24,232.10 | $32,905.92 | $57,138.02 |
| 2010 | 8 | $31,837.80 | $36,409.35 | $68,247.15 |
| 2011 | 7 | $31,837.80 | $30,205.07 | $62,042.87 |
| 2012 | 6 | $31,837.80 | $24,564.80 | $56,402.60 |
| 2013 | 5 | $31,837.80 | $19,437.30 | $51,275.10 |
| 2014 | 4 | $25,960.17 | $12,048.12 | $38,008.28 |
| 2015 | 3 | $5,070.20 | $1,678.25 | $6,748.44 |
| 2016 | 2 | $0.00 | $0.00 | $0.00 |
| 2017 | 1 | $0.00 | $0.00 | $0.00 |
| 2018 | 0 | $0.00 | $0.00 | $0.00 |
| Total |  | $182,613.66 | $157,248.80 | $339,862.46 |

http://www.moneychimp.com/articles/finworks/continuous_compounding.htm

Ex E

Basic Monthly Earnings = $4,421.92
LTD benefit = 60% of Basic Monthly Earnings = $2,653.15

**Prorated Benefit**
Prorated benefit: The rate is 1/30th for each day for such period of disability
March 2009 = 353.75 (2653.15 x (4 days of disability /30)) = $353.75

**LTD Benefit**
April 2009 – July 2014 = $2,653.15

**Partial Disability**
Earnings must be between 20% and 80% of basic monthly earnings

20% of BME = $884.38
80% of BME = $3,537.53

August 2014 – March 2015

| August 2014 | $2,545.34 |
|---|---|
| September 2014 | $1,114.72 |
| October 2014 | $714.41 |
| November 2014 | $1,291.91 |
| December 2015 | $1,721.75 |
| January 2015 | $1,314.88 |
| February 2015 | $1,367.38 |
| March 2015 | $2,387.94 |

This calculation assumes all benefits were paid on December 31 if each year. Liberty receives an extra benefit as the benefits were actually due earlier than December 31st of each year on a monthly basis.

This is compounded annually at 10%

The amount of interest earned at the end of the year is not added to subsequent years.