# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF CONNECTICUT**

_____
                                                     :
**HALEY SPEARS**                          :
       **Plaintiff,**                          :
                                                     :        **Civil No. 3:11-cv-01807 (KAD)**
**v.**                                              :
                                                     :
**LIBERTY LIFE ASSURANCE**         :
**COMPANY OF BOSTON**               :
**AND THE GROUP LIFE INSURANCE**  :
**AND DISABILITY PLAN OF UNITED**   :
**TECHNOLOGIES CORPORATION a/k/a**
**THE UTC CHOICE INTEGRATED**      :
**DISABILITY BENEFIT PROGRAM**    :        **November 16, 2018**
       **Defendants.**                      :
_____  :

**TABLE OF CONTENTS**

**Exhibit 1:**    **Table of Contents**

**Exhibit 2:**    **Affidavit of Paula McGee**

                 **Exhibit A:    Administrative Record.**

**Exhibit 3:**    **Unreported Case Law:**

                 **Short v. Unum Life Ins. Co., 2003 U.S. Dist. LEXIS 22327 (D. Conn.**
                 **Dec. 3, 2003)**

**DEFENDANTS, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE GROUP LIFE INSURANCE AND DISABILITY PLAN OF UNITED TECHNOLOGIES CORPORATION a/k/a THE UTC CHOICE INTEGRATED DISABILITY BENEFIT PROGRAM**

By:     **/s/ Sarah C. Baskin**
        **Beverly W. Garofalo (ct11439)**
        **Sarah C. Baskin (ct 13570)**
        **Jackson Lewis P.C.**
        **90 State House Square, 8th Floor**
        **Hartford, CT 06103**
        **Tel. (860) 522-0404**
        **Fax (860) 247-1330**
        **Email: garofalob@jacksonlewis.com**
        **Email: baskins@jacksonlewis.com**