# EXHIBIT A

# Part 6

Haley Spears                              08/05/2010                              Page 3

## IQ and Index Differences

| Discrepancy Comparisons | Score 1 | Score 2 | Diff. | Signif. | Cumulative Percentage |
|---|---|---|---|---|---|
| Verbal IQ-Performance IQ | 86 | 87 | -1 | ns | 96.5% |
| Verbal Comprehension-Perceptual Organization | 94 | 93 | 1 | ns | 95.3% |
| Verbal Comprehension-Working Memory | 94 | 82 | 12 | .05* | 35.7% |
| Perceptual Organization-Processing Speed | 93 | 91 | 2 | ns | 91.6% |
| Verbal Comprehension-Processing Speed | 94 | 91 | 3 | ns | 86.0% |
| Perceptual Organization-Working Memory | 93 | 82 | 11 | .05* | 39.0% |
| Working Memory-Processing Speed | 82 | 91 | -9 | .15 | 55.0% |

Individuals from the standardization sample represented by the percentages in the Cumulative Percentage column received scores that were greater than or equal to the absolute value of the amount shown in the Difference column.
* significant at the .05 level

## Differences Between Subtest and Mean of Subtest Scores

| Verbal Subtests | Scaled Score | Mean Score | Diff. | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Vocabulary | 9 | 8.29 | 0.71 | ns | | >25% |
| Similarities | 10 | 8.29 | 1.71 | ns | | >25% |
| Arithmetic | 3 | 8.29 | -5.29 | .05* | W | 1% |
| Digit Span | 6 | 8.29 | -2.29 | .15 | | >25% |
| Information | 8 | 8.29 | -0.29 | ns | | >25% |
| Comprehension | 10 | 8.29 | 1.71 | ns | | >25% |
| Letter-Number Sequencing | 12 | 8.29 | 3.71 | .05* | S | 5-10% |

Difference from Verbal Mean used to determine strengths (S) and weaknesses (W).
Scatter = 9 (p<.05, Freq = 5.1%).
* significant at the .05 level.

08/21/2018  11:14   8662474194          W ZIMBERLIN          7H302150007  12/12
08/18/2010 13:61 FAX

Haley Spears                          08/05/2010                        Page 4

## Differences Between Subtest and Mean of Subtest Scores

| Performance Subtests | Scaled Score | Mean Score | Diff. | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Picture Completion | 8 | 8.80 | -0.80 | | | |
| Digit Symbol-Coding | 6 | 8.80 | -2.80 | | | |
| Block Design | 9 | 8.80 | 0.20 | | | |
| Matrix Reasoning | 10 | 8.80 | 1.20 | | | |
| Picture Arrangement | | | | | | |
| Symbol Search | 11 | 8.80 | 2.20 | | | |
| Object Assembly | | | | | | |

Difference from Performance Mean used to determine strengths and weaknesses.

## Digit Span Discrepancies

| Subtest Level | Raw Score | Cumulative Percentage |
|---|---|---|
| Longest Digit Span Forward* | 5 | 97.50% |
| Longest Digit Span Backward* | 3 | 97.50% |
| Digits Forward - Backward** | 2 | 54.00% |

\* A low cumulative percentage reflects a relatively high span capacity.
\*\* A low cumulative percentage reflects a higher scatter.

## Digit Symbol Optional Procedures

| Optional Procedure | Raw Score | Cumulative Percentage |
|---|---|---|
| Incidental Learning – Pairing | 6 | 2-5% |
| Incidental Learning – Free Recall | 6 | 10% |
| Copy | | |

860-783-5799          10  '2010 3:47:08 PM  PAGE   1/C    Fax Server

7H302150007

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | 4307487 | 10/01/10 | 1384063 |

AT THE REQUEST OF ·

**KRISTIN GIANNINI, MD**
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | (860) 308-2050 |

**Exam(s):** US ABDOMEN COMPLETE - 76700

Indication: Abdominal pain. History of gallbladder disease.

Comparison: 07/10/2010.

Abdominal ultrasound: The liver is of normal size and slight diffuse increased echogenicity without focal lesions nor intrahepatic ductal dilation. The common duct is not dilated and measures 1 mm. A normal gallbladder is identified. There is no gallbladder wall thickening or pericholecystic fluid.

The abdominal aorta and IVC are normal. Limited views of the pancreatic head and body do not reveal abnormalities. The spleen is of normal size and echogenicity measuring 8.9 cm in long axis.

Both kidneys are of normal size and echogenicity without hydronephrosis or nephrolithiasis. The right kidney measures 10.0 cm in long axis. The left measures 10.2 cm.

There is no abdominal free fluid.

Impression: Liver of slight diffuse increased echogenicity. This is nonspecific, but consistent with diffuse fatty infiltration; otherwise, unremarkable abdominal ultrasound.

Thank you for referring your patient to us,
**William Poole, MD.**
(Electronically Signed - 10/1/2010  3:45:24PM)

d: 10/1/2010 t:  3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty004280

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108  www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| **PATIENT NAME** | **ACCESSION NUMBER** | **DATE OF SERVICE** | **MEDICAL RECORD NUMBER** |
| **SPEARS, HALEY** | **4307487** | **10/01/10** | **1384063** |

AT THE REQUEST OF  ·
**KRISTIN GIANNINI, MD**

**Exam(s):  US ABDOMEN COMPLETE - 76700**

cc:  JAMES OBRIEN, MD
   353 MAIN STREET
   MANCHESTER, CT 06040
cc:  BERNARD RAXLEN, MD
   123 WEST 79TH STREET
   FIRST FLOOR
   NEW YORK, NY 10024
cc:  LAUREN GOUIN, ND
   135 CENTER STREET
   MANCHESTER, CT 06040

cc: HALEY A SPEARS
   1008 TROUT BROOK DR
   WEST HARTFORD, CT 06119-1244

d: 10/1/2010 t:  3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty004281



## Clinical Laboratory Partners, LLC

| | |
|---|---|
| **Date:** Fri Oct 01 2010, 14:42 EDT | |
| **Number of pages to follow:** 3 | |

# FACSIMILE

**To:**

    Lauren Gouin, ND Autofax

**re:**   Laboratory Report

**Phone:**
**Fax Phone:**  860-812-2025

**FROM: SurroundLab FAX**

    **Client Services**
    **Clinical Laboratory Partners**
    **129 Patricia M. Genova Drive**
    **Newington, CT 06111**

**Phone:** (860) 696-8020 or 1-800-286-9800

**Fax Phone:** (860) 696-8125

**Note:**

*** CONFIDENTIAL NOTICE ***

The information included in this facsimile transmission is intended for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized need has been fulfilled.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense.   Thank you.

Liberty004282

7H302150007

Faxed
8-26-11

# DR. LAUREN GOUIN

135 Center St. Manchester, CT 06040
Phone (860) 533-0179  Fax (860) 812-2025
www.ctnhs.com



| To: Dr. Oberstein | From: Dr. Gain |
|---|---|
| Fax: 860 - 547 - 1301 | Pages: 3 |
| Phone: | Date: 8/26/10 |
| Re: | cc: |

Comments:

The information contained in this facsimile message may contain confidential and privileged medical records and is intended solely for the use of the party or facility to which it is addressed. If you are not the intended recipient, do not read past this page, any disclosure, copying and distribution or use of this content is strictly prohibited.

Liberty004283

7H302150007



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 08/05/2010  08:47 ET
REPORTED: 08/07/2010  18:21 ET

**PATIENT INFORMATION**
SPEARS, HALEY A
DOB: REDACTED  AGE: 32
GENDER: F
ID: 1839-1

**REPORT STATUS FINAL**

ORDERING PHYSICIAN
GOUIN, LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH, 3RD GENERATION | 1.49 | 5.30 H | mIU/L | QWA |

Gorman
SMR
2/10

Reference Range  < 3

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.7 | | 4.5-12.5 mcg/dL | QWA |
| T3, TOTAL | 103 | | 76-181 ng/dL | QWA |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.08 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 90.3 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 15.3 H | 11.0-15.0 % | |
| PLATELET COUNT | 210 | | 140-400 Thousand/uL | |
| MPV | 8.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2513 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2684 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 549 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 323 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.2 | | % | |
| LYMPHOCYTES | 44.0 | | % | |
| MONOCYTES | 9.0 | | % | |
| EOSINOPHILS | 5.3 | | % | |
| BASOPHILS | 0.5 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 64 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | | 249 L | 250-450 mcg/dL | |
| % SATURATION | 26 | | 15-50 % (calc) | |
| FERRITIN | 13 | | 10-154 ng/mL | QWA |
| VITAMIN B12 | 430 | | 200-1100 pg/mL | QWA |

824 JC cmvm

SPEARS, HALEY A - WC24375910

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-RPAPR. 7/01

CB-FOX
08/07/10  18:24  #1893049  2/4

Liberty004284

7H302150007

 **Quest**
**Diagnostics**

**QUEST DIAGNOSTICS INCORPORATED**

COLLECTED:   08/05/2010   08:47 ET
REPORTED:    08/07/2010   18:21 ET

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED AGE: 32
GENDER: F
ID: 1839-1

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| DHEA SULFATE | 84 | 12 | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | 12.9 | 3.9 | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

**PERFORMING LABORATORY INFORMATION**
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        SPEARS HALEY A
                                          1008 TROUTBROOK ROAD
                                          WEST HARTFORD,CT 06119

                                          KRISTIN GIANNINI M.D.
                                          520 HARTFORD TPKE STE N
                                          VERNON ROCKVILLE,CT 06066

                                          BERNARD RAXLEN M.D.
                                          123 W 79TH ST
                                          NEW YORK,NY 10024

SPEARS,HALEY A - WC243759K                          Page 3 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DX-RPAFR. 7/01
08/07/18 18:24 #1193849  3/4

Liberty004285

7H302150007

FAXED
5-12-10

# DR. LAUREN GOUIN

1330 Sullivan Ave South Windsor, CT 06074      Phone (860)644-2437   Fax (860)644-8590
272 Main St Manchester, CT 06042 Phone (860)644-6944 Fax (860)649-5144
www.ctnhs.com



| | |
|---|---|
| To: Dr. Oorstein | From: Dr. Gouin |
| Fax: (860) 547-1301 | Pages: 4 |
| Phone: (860)547-1277 | Date: 5/11/10 |
| Re: Haley Speers | cc: |

Comments:

The information contained in this facsimile message may contain confidential and privileged medical records and is intended solely for the use of the party or facility to which it is addressed. If you are not the intended recipient, do not read past this page, any disclosure, copying and distribution or use of this content is strictly prohibited.

Liberty004286

7H302150007

## Diagnostics

☐ MY ACCOUNT
☐ PATIENT
☐ MEDICARE
☐ RAILROAD MEDICARE
☐ MEDICAID
☐ Lab Card/Select
☐ OTHER INSURANCE

REGISTRAT   (IF APPLICABLE)   DATE OF BIRTH   M M D D   YEAR

PATIENT SOCIAL SECURITY #   OFFICE / PATIENT ID #

ROOM #   LAB REFERENCE #   PATIENT PHONE #
(    )

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY)   APT. #   KEY

CITY   STATE   ZIP

**DID YOU KNOW**
Panel Components Are Listed On The Back.
Reflex Tests Are Performed At An Additional Charge.
PSC Appointment Website And Telephone Number Information Listed On The Back.
Add A Patient To TestMinder By Adding Their Email Address On The Back.

(CL0091)

Primary Insurance  ☐ Medicare  ☐ Medicaid  ☐ Other   Patient is:
☐ Subscriber  ☐ Spouse  ☐ Other Depen

**INSURANCE**
Insurance Company Name
Insurance Member /ID #   Group #
Insurance Address
Medicare/Medicaid #
Secondary Insurance  ☐ Medicare  ☐ Medicaid  ☐ Other   Patient is:
☐ Subscriber  ☐ Spouse  ☐ Other Depen
Insurance Company Name
Insurance Member /ID #   Group #
Insurance Address
Medicare/Medicaid #

E COLLECTED   TIME  ☐ AM ☐ PM   TOTAL VOL/HRS. ___ ML ___ HR  ☐ Fasting ☐ Non Fasting

UPIN ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

ADDIT'L PHYS.: Dr.   NPI/UPIN
PHYSICIAN PROVIDER:   NAME   I.D.#

Fax Results to: (

Client # OR NAME:
ADDRESS:
CITY:   STATE   ZIP

**Medicare Limited Coverage Tests**
@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

Provide signed ABN when necessar

**ICD9 Codes (enter all that apply)**

### Panel Components on Back
#### ORGAN / DISEASE PANELS

| | | |
|---|---|---|
| 34392 | Electrolyte Panel | S |
| 10256 | Hepatic Function Panel | S |
| 10165 | Basic Metabolic Panel w/eGFR | S |
| 10231 | Comp Metabolic Panel w/eGFR | S |
| B 7600 | Lipid Panel (Fasting Specimen) | S |
| 14852 | Lipid Panel w/Reflex DLDL | |
| 20210 | Obstetric Panel w/Reflex | 2L,S |
| 10306 | Hepatitis Panel, Acute w/Reflex | S |

#### HEMATOLOGY
| | | |
|---|---|---|
| @ 510 | Hemoglobin | S |
| @ 509 | Hematocrit | S |
| @ 1759 | CBC (Hgb, Hct, RBC, WBC, Plt) | L |
| @ 6399 | CBC w/Diff (Hgb, Hct, RBC, WBC, Plt, Diff) | L |
| B 6847 | PT with INR | B |
| @ 763 | PTT, Activated | B |

#### OTHER TESTS
| | | |
|---|---|---|
| 7788 | ABO Group & Rh Type | L |
| 223 | Albumin (Alb) | S |
| 234 | Alkaline Phosphatase (AP) | S |
| 823 | ALT (SGPT) | S |
| 243 | Amylase | S |
| 249 | ANA w/Reflex Titer | S |
| 795 | Antibody Scr, RBC w/Reflex ID | L |
| 822 | AST (SGOT) | S |
| 285 | Bilirubin, Direct (DBili) | S |
| 287 | Bilirubin, Total (TBili) | S |
| 4420 | C-Reactive Protein | S |
| 29256 | CA 125 | S |

#### OTHER TESTS (continued)
| | | |
|---|---|---|
| 303 | Calcium (Ca) | S |
| 310 | Carbon Dioxide (CO2) | S |
| @ 10124 | Cardio CRP | S |
| B 978 | CEA | S |
| 330 | Chloride (Cl) | S |
| B 334 | Cholesterol, Total (TChol) | S |
| 375 | Creatinine (Cr) w/eGFR | S |
| @ 419 | Digoxin | SR |
| B 8293 | Direct LDL | |
| @ 457 | Ferritin | S |
| 466 | Folic Acid | S |
| 470 | FSH | S |
| B 482 | GGT | S |
| 497 | Glucose, Gest. Scr. | GY |
| B 484 | Glucose, Plasma | GY |
| B 483 | Glucose, Serum (G u) | S |
| 8435 | hCG, Serum, Qual | S |
| B 8396 | hCG, Serum, Quant | S |
| B 608 | HDL | S |
| 496 | Hemoglobin A1c | L |
| @ 512 | Hep A Ab, IgM | S |
| @ 4848 | Hep B Core Ab, IgM | S |
| @ 499 | Hep B Surface Ab Qual | S |
| @ 498 | Hep B Surface Ab w/Reflex Confirm | S |
| B 8472 | Hep C Virus Ab | S |
| B 19728 | HIV-1/HIV-2 Scr w/Reflexas | S |
| @ 7573 | Iron (Tot), IBC % Set | S |
| @ 571 | Iron, Total | S |
| 593 | LDH | S |
| 599 | Lead (B) Race___ Ethnicity___ | TN |
| 615 | LH | S |

| | | |
|---|---|---|
| 613 | Lithium | S |
| @ 622 | Magnesium | S |
| 6517 | Microalbumin, Random Urine w/Creat | S |
| 4555 | Microalbumin, 24 Hour Urine, w/o Creat | S |
| | Occult Blood, Feces | S |
| B 36301 | DX   B 36306 ☐ MCR Scr |
| | Occult Blood, Feces - FIT, InSure* |
| F 11290 | DX   B 11293 ☐ MCR Scr |
| 713 | Phenytoin | SR |
| 718 | Phosphorus | S |
| 733 | Potassium (K) | S |
| 745 | Progesterone | S |
| 746 | Prolactin | S |
| 754 | Protein, Total (TP) | S |
| S 5363 | PSA, Total | S |
| 4418 | Rheumatoid Factor | S |
| 799 | RPR (Monitoring) w/Reflex Titer | S |
| 36126 | RPR (DX) w/Reflex Confirm | S |
| 802 | Rubella IgG | S |
| B 809 | Sed Rate By Mod West | S |
| 836 | Sodium (Na) | S |
| 873 | Testosterone, Total | S |
| B 886 | Triglycerides (Trig) | S |
| B 899 | TSH | S |
| B 36127 | T4 w/Reflex T-4, Free | S |
| 859 | T3, Total | S |
| B 861 | T3 Uptake | S |
| B 867 | T4 (Thyroxine), Total | S |
| B 866 | T4 (Thyroxine), Free | S |
| 6448 | UA, Dipstick Only | U |
| 7909 | UA, Dipstick w/Reflex Microscopic | U |
| 5463 | UA, Complete (Dipstick & Microscopic) | U |
| 3020 | UA, Complete, w/Reflex Culture | S |

| | | |
|---|---|---|
| 294 | Urea Nitrogen (BUN) | S |
| 905 | Uric Acid | S |
| 918 | Valproic Acid | S |
| 7085 | Vitamin B12/Folic Acid | S |
| 927 | Vitamin B12 | S |
| 17305 | Vitamin D, 25 Hydroxy, LC/MS/MS | S |

#### MICROBIOLOGY
Source (required)
| | | |
|---|---|---|
| 4485 | Culture, Group A Strep* | |
| 5617 | Culture, Group B Strep* | |
| 4558 | Culture, Genital* | |
| 394 | Culture, Throat* | |
| @ 395 | Culture, Urine, Routine* | |
| | Indwelling Cath.) | |
| 8502 | Chlamydia DNA, Probe, Endocx Or MU | |
| 8501 | N. gonorrhoeae (GC) DNA Probe, Endocx/r MU | |
| 6919 | Chlamydia & N. gonorrhoeae w/Reflex IC | |
| | DNA Probe, Endocx Or MU/nr | |

Amplified Specimen Type (please check or
☐ Endocervical   ☐ Urethral   ☐ Urine
| | | |
|---|---|---|
| 17303 | Chlamydia DNA, SDA | |
| 17304 | N. gonorrhoeae (GC) DNA, SDA | |
| 17306 | Chlamydia & N. gonorrhoeae w/Reflex M | |

**Stool Pathogens**   (Campylobacter
| | | |
|---|---|---|
| 10045 | Culture, Stool, Salmonella/Shigel | |
| 4475 | Culture, Campylobacter* | |
| 10019 | Culture, Salmonella/Shigella* | |
| 30264 | O&P, Stool Ova | |
| 681 | O&P w/Permanent Stain | |
| * Additional charge for ID and Susceptibili |

ITIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)   Reflex tests are performed at an additional charge.

MMENTS, CLINICAL INFORMATION:

TOTAL TESTS ORDERED

cian Signature (Required for PA, NY, NJ, MA & CT)   For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004287

7H302150007

# DR. LAUREN GOUIN

1330 Sullivan Ave South Windsor, CT 06074      Phone (860)644-2437   Fax (860)644-8590
272 Main St Manchester, CT 06042 Phone (860)644-6944 Fax (860)649-5144
www.ctnhs.com



To: Dr. Klexler

Fax: (212) 799 - 2377

Phone: (860) 242-4201

Re: Haley Specrs

From: Dr. John

Pages: 4

Date: 5/11/10

cc:

Comments:

Please confirm Haley needs iron.
She said you had deprescribed it.

Thanks,
Lauren Jain, MD

The information contained in this facsimile message may contain confidential and privileged medical records and is intended solely for the use of the party or facility to which it is addressed. If you are not the intended recipient, do not read past this page, any disclosure, copying and distribution or use of this content is strictly prohibited.

Liberty004288

# Winona W. Zimberlin

Attorney at Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

_Facsimile: 860-649-6951_
Dr. Lauren Gouin
Connecticut Natural Health Specialist
272 Main Street
Manchester, CT 06040

## REQUEST FOR PATIENT RECORDS

DATE: April 23, 2010

    RE:   Haley Spears
    DOB: REDACTED

This office represents the above patient regarding a social security matter. Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter. Please call this office in advance if there will be a charge. Enclosed please find a 1696.

**Please note that the above-named client is a social security client and may not recall or remember specific dates and times of treatment.**

Thank you for your attention to this matter.

FROM:

Rocquel L. Cigal
Paralegal

rlc
Enclosure

Liberty004289

04/23/2010   15:27     86024741'''               W ZIMBERLIN                    7H302150092
PAGE   02/03

# Winona W. Zimberlin

**Attorney At Law**
2 Congress Street
Hartford, CT 06114-1024

---

Telephone (860) 249-5291
Facsimile (860) 247-4194

## AUTHORIZATION

Date:  ___4/23/10___

To:

Dr. Lauren Gouin, Connecticut Natural Health Specialist

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE:      Haley Spears

DOB:     10-11-77

SS#:     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

PURPOSE:     Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes: Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

_____                    x _____
Witness

Liberty004290

04/23/2010  15:27   8602474/11     W ZIMBERLIN                    7H302150007     PAGE  03/03

**Social Security Administration**
**Please read the instructions before completing this form.**

Form Approved
OMB No. 0960-0527

| Name (Claimant) (Print or Type) | Social Security Number |
|---|---|
| Haley Spears | REDACTED  — |
| Wage Earner (If Different) | Social Security Number  —  — |

## Part I          APPOINTMENT OF REPRESENTATIVE

I appoint this person,  Winona W. Zimberlin, 2 Congress Street, Hartford CT
_____
(Name and Address)
to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II    ☒ Title XVI    ☐ Title XVIII    ☐ Title VIII
(RSDI)      (SSI)      (Medicare Coverage)      (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My main representative is _____
(Name of Principal Representative)

| Signature (Claimant) | Address | 1008 Trout Brook Drive |
|---|---|---|
| X  Haley A Spears |  | West Hartford, CT   06119 |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| ( 860 )  308-2050 | (    )    — | 3/26/10 |

## Part II          ACCEPTANCE OF APPOINTMENT

I,  Winona W. Zimberlin _____ , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one: ☒ I am an attorney.  ☐ I am a non-attorney who is participating in the direct fee payment demonstration project.

☐ I am a non-attorney . I am not participating in the direct fee payment demonstration project.

I have been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney.  ☐ Yes      ☒ No

I have been disqualified from participating in or appearing before a Federal program or agency. ☐ Yes ☒ No

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| Signature (Representative) | Address | 2 Congress Street |
|---|---|---|
| Winona Zimberlen |  | Hartford, CT   06114 |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| ( 860 749-5291 | ( 860 247-4194 | 3/26/10 |

## Part III (Optional)          WAIVER OF FEE

I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
|  |  |

## Part IV (Optional)          WAIVER OF DIRECT PAYMENT
### by Attorney or Non-Attorney Eligible to Receive Direct Payment

I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

| Signature (Representative Waiving Direct Payment) | Date |
|---|---|
|  |  |

Form SSA-1696-U4 (05-2009)  ef (05-2009)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS
(4 Copies: File, Claimant, Representative, ODAR)

7H302150007

 Quest Diagnostics®

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ORDERING PHYSICIAN
PATTERSON-MARSHALL,

SPECIMEN INFORMATION
SPECIMEN:    WC255485H
REQUISITION: 8322542

ID:
PHONE: 860.645.9997

CLIENT INFORMATION
NE22221895              60010000
B. PATTERSON MARSHALL, M.D.
970 SUMMER ST FL 1
STAMFORD, CT 06905-5542

COLLECTED: 04/21/2010    01:30 ET
RECEIVED:  04/22/2010    04:47 ET
REPORTED:  04/22/2010    08:13 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | | 0.1   L | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 13 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.16 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.6   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 85.6 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.0   H | 11.0-15.0 % | |
| PLATELET COUNT | 267 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3110 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2975 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 689 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 291 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.8 | | % | |
| LYMPHOCYTES | 41.9 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 4.1 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

SPEARS,HALEY - WC255485H

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DB-RPMR. 7/01
CK-FOX
03/05/18  16:28  #1564968  1/3

Liberty004292

7H302150007

 Quest
Diagnostics®

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| QUEST DIAGNOSTICS INCORPORATED | SPEARS.HALEY | |
| | DOB: REDACTED   AGE: 32 | ORDERING PHYSICIAN |
| COLLECTED:  04/21/2010   01:30 ET | GENDER: F FASTING: U | PATTERSON-MARSHALL. |
| REPORTED:   04/22/2010   08:13 ET | | |

PERFORMING LABORATORY INFORMATION
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
        Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:          CCC PROFESSIONAL HOME CARE
                                           104 SEBETHE DR STE 3
                                           CROMWELL. CT 06416-1038

SPEARS.HALEY - WC255485H                                   Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DU-RPAPR. 7/01
05/05/10 16:20 81544968  2/1

Liberty004293

7H302150007

 Quest
Diagnostics

F A X   C O V E R   S H E E T

Fax No.: 18606496951                    Date: 05/05/2010 4:28 PM

WARNING:  THIS FAX CONTAINS CONFIDENTIAL MEDICAL INFORMATION.

The medical information in this FAX message is confidential

and protected by both State and Federal Law.  It is unlawful

for unauthorized persons to review, copy, disclose, or disseminate

confidential medical information.  If the reader of this warning is

not the intended FAX recipient or the intended recipient's agent, you

are hereby notified that you have received this FAX message in error

and that review or further disclosure of the information contained in

this FAX is strictly prohibited.  If you have received this FAX in

error, please notify us immediately at the telephone number indicated

below and either destroy these documents or return the originals to us

by mail.  Thank you.

                        QUEST DIAGNOSTICS INCORPORATED

                        Attn: Client Services Manager

                        3 STERLING DRIVE
                        WALLINGFORD, CT  06492
                        800-982-6810

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. QW-EPAPR.  7/01
(IC-FAX)
05/05/10  16:28  81564968  3/3

Liberty004294

7H302150007

 Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| PATIENT INFORMATION | REPORT STATUS FINAL |
|---|---|
| SPEARS,HALEY A | |

ORDERING PHYSICIAN
DOB: REDACTED   AGE: 32   GOUIN,LAUREN J
GENDER: F

SPECIMEN INFORMATION
SPECIMEN:   WC448510H
REQUISITION: 0000224

ID:  1839-1
PHONE: 860.308.2050

CLIENT INFORMATION
NE22231886          60010000
CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
272 MAIN ST
MANCHESTER, CT 06042-3536

COLLECTED: 05/03/2010   09:04 ET
RECEIVED:  05/03/2010   18:59 ET
REPORTED:  05/05/2010   18:22 ET

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 181 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 57 | | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 112 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 102 | | <130 mg/dL (calc) | QWA |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| CHOL/HDLC RATIO | 3.2 | | < OR = 5.0 (calc) | QWA |

| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 88 | | 65-99 mg/dL | |

Fasting reference interval

| UREA NITROGEN (BUN) | 21 | | 7-25 mg/dL | |
| CREATININE | 0.83 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.7 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.1 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |

SPEARS,HALEY A - WC448510H

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-BMAPR. 7/01

05/05/10  18:23  01565465  1/7

Liberty004295



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 05/03/2010   09:04 ET
REPORTED: 05/05/2010   18:22 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED   AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | AMD |
| VITAMIN D, 25 OH, TOTAL | | 15   L | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 15 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD,
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
> or = 30ng/mL.

| | | | | |
|---|---|---|---|---|
| MAGNESIUM, RBC | | 3.8   L | 4.0-6.4 mg/dL | AMD |
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.49 | | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| | | | | |
|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 20 mm/h | QWA |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | | 26   L | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 306 | | 250-450 mcg/dL | |
| % SATURATION | | 8   L | 15-50 % (calc) | |
| FERRITIN | | 6   L | 10-154 ng/mL | QWA |

SPEARS,HALEY A - WC448510H

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DU-RP#78. 7/81
05/05/10  18:23  81545465  2/7

Liberty004296

7H302150007



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   05/03/2010   09:04 ET
REPORTED:    05/05/2010   18:22 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED  AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN B12 | 447 | | 200-1100 pg/mL | QWA |
| ANA IFA SCREEN W/REFL TO | | | | QWA |
| TITER AND PATTERN, IFA | | | | |
| ANA SCREEN, IFA | | POSITIVE | NEGATIVE | |
| ANTINUCLEAR ANTIBODIES | | | | QWA |
| TITER AND PATTERN | | | | |
| ANA PATTERN | | HOMOGENEOUS | | |
| ANA TITER | | 1:320      H | titer | |

Reference Range
<1:40       Negative
1:40-1:80   Low Antibody Level
>1:80       Elevated Antibody Level

| DHEA SULFATE | 62 | | 40-325 mcg/dL | QWA |
|---|---|---|---|---|
| CORTISOL, A.M. | | 3.9       L | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

*Follow up I Dr. Oberstein*

PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

         A duplicate report has been faxed to the following:
         Faxed to: (212) 799-2377 on: 05/05/2010  6:12:51 PM

*tc - advised*
*① Vitamin D 50000 iu*
*Carlson's*

*④ DHEA 10mg*
*htal nutrients*

*③ Chewable iron*
*by Carlson's*
*2 Tab /day*

*② Magnesium glycinate*
*3 X /day*

SPEARS,HALEY A - WC448510H                              Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DU-4PXFR. 7/01
05/05/10  18:23  01565465  3/7

Liberty004297

06/29/2010  14:40  8602474194  W ZIMBERLIN  7H302150007
PAGE  01/04

*faxed 8-19-10*

## Winona W. Zimberlin
Attorney at Law
2 Congress Street
Hartford, CT  06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

*Facsimile: 860-649-6951*
Dr. Lauren Gouin
Connecticut Natural Health Specialist
272 Main Street
Manchester, CT 06040

*Second Request 6-29-10*

## REQUEST FOR PATIENT RECORDS

DATE:  April 23, 2010

RE:  Haley Spears
DOB:  REDACTED

This office represents the above patient regarding a social security matter.  Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter.  Please call this office in advance if there will be a charge. Enclosed please find a 1696.

**Please note that the above-named client is a social security client and may not recall or remember specific dates and times of treatment.**

Thank you for your attention to this matter.

FROM:

Rocquel L. Cigal
Paralegal

rlc
Enclosure

Liberty004298

14:46    86824/4148    W ZIMBERLIN    7H3021500DZ PAGE  82/84
:19.

# Winona W. Zimberlin

Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

## AUTHORIZATION

Date:  4/23/10

To:  Dr. Lauren Gouin, Connecticut Natural Health Specialist

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE:  Haley Spears

DOB:  REDACTED

SS#:  REDACTED

PURPOSE:  Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes: Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

Witness()

x

Liberty004299

14:48   8682474194   W ZIMBERLIN   7H302150007 PA.   119.

**Social Security Administration**
Please read the instructions before completing this form.

Form Approved
OMB No. 0960-0527

Name (Claimant) (Print or Type)
Haley Spears

Social Security Number
REDACTED —

Wage Earner (If Different)

Social Security Number

**Part I — APPOINTMENT OF REPRESENTATIVE**

I appoint this person, Winona W. Zimberlin, 2 Congress Street, Hartford CT

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

[X] Title II (RSDI)  [X] Title XVI (SSI)  [ ] Title XVIII (Medicare Coverage)  [ ] Title VIII (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

[X] I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

[ ] I appoint, or I now have, more than one representative. My main representative is _____

(Name of Principal Representative)

Signature (Claimant)
X Haley a Spears

Address
1008 Trout Brook Drive
West Hartford, CT   06119

Telephone Number (with Area Code)
( 860 )  308-2050

Fax Number (with Area Code)
( )  —

Date
3/26/10

**Part II — ACCEPTANCE OF APPOINTMENT**

I, Winona W. Zimberlin, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one: [X] I am an attorney. [ ] I am a non-attorney who is participating in the direct fee payment demonstration project.

[ ] I am a non-attorney. I am not participating in the direct fee payment demonstration project.

I have been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. [ ] Yes  [X] No

I have been disqualified from participating in or appearing before a Federal program or agency. [ ] Yes [X] No

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

Signature (Representative)
Winona Zimberlin

Address
2 Congress Street
Hartford, CT   06114

Telephone Number (with Area Code)
( 860 ) 249-5291

Fax Number (with Area Code)
( 860 ) 247-4194

Date
3/26/10

**Part III (Optional) — WAIVER OF FEE**

I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

Signature (Representative)                         Date

**Part IV (Optional) — WAIVER OF DIRECT PAYMENT**
by Attorney or Non-Attorney Eligible to Receive Direct Payment

I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

Signature (Representative Waiving Direct Payment)            Date

Form SSA-1696-U4 (05-2008) ef (05-2008)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS
(4 Copies: File, Claimant, Representative, ODAR)

Liberty004300



14:40    8602474194          W ZIMBERLIN          7H302150007 PAGE  04/04
          +19

### TRANSMISSION VERIFICATION REPORT

```
TIME  : 04/23/2010 15:28
NAME  : W ZIMBERLIN
FAX   : 8602474194
TEL   : 8602495291
SER. # : 000A6J637122
```

```
DATE, TIME           04/23  15:27
FAX NO./NAME         8606496951
DURATION             00:01:04
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

## Winona W. Zimberlin
### Attorney at Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

Facsimile: 860-649-6951
Dr. Lauren Gouin
Connecticut Natural Health Specialist
272 Main Street
Manchester, CT 06040

### REQUEST FOR PATIENT RECORDS

DATE: April 23, 2010

    RE:   Haley Spears
    DOB: REDACTED

This office represents the above patient regarding a social security matter. Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter. Please call this office in advance if there will be a charge. Enclosed please find a 1696.

Liberty004301

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4106  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4202471** | **07/10/10** | **1384063** |

AT THE REQUEST OF

**KRISTIN GIANNINI, MD**
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | **(860) 308-2050** |

**Exam(s): US ABDOMEN COMPLETE - 76700**

EXAM: ABDOMINAL ULTRASOUND.

Indication: Abdominal pain. Evaluate for gallbladder disease.

Comparison: Abdominal ultrasound dated 04/02/2010.

Findings:
Real time abdominal ultrasound is performed. The liver is normal in size. Echogenicity is normal . No focal liver lesions are seen. There is no intrahepatic ductal dilatation.

The previously seen multiple tiny gallstones are no longer visualized. Instead, there is a small amount of echogenic bile suggested within the gallbladder neck. The gallbladder is otherwise unremarkable. The common bile duct is normal in size, measuring 0.3 cm.

The pancreas is normal in appearance .

Both kidneys are normal in size and echogenicity. The right kidney measures 11.3 cm. The left kidney measures 10.3 cm. There is no mass, calcification or hydronephrosis.

The spleen is normal in appearance and measures 10.2 cm.

The proximal abdominal aorta and IVC are normal in appearance

CONCLUSION:

1. Small amount of residual echogenic bile within the gallbladder neck. Previously seen multiple tiny gallstones no longer visualized in the gallbladder.
2. Otherwise unremarkable exam.

d: 7/10/2010 t:  4:03:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty004302

77/10/2010 4:04:26 PM   PAGE   2/002   Fax Server   7H302150007

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4106  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4202471 | 07/10/10 | 1384063 |

AT THE REQUEST OF

**KRISTIN GIANNINI, MD**

**Exam(s):  US ABDOMEN COMPLETE - 76700**

Thank you for referring your patient to us,

Devika Jajoo,  MD.

(Electronically Signed - 7/10/2010  4:03:07PM)

cc:  JAMES OBRIEN, MD
     353 MAIN STREET
     MANCHESTER, CT  06040
cc:  BERNARD RAXLEN, MD
     123 WEST 79TH STREET
     FIRST FLOOR
     NEW YORK, NY  10024
cc:  LAUREN GOUIN, ND
     1330 SULLIVAN AVENUE
     SOUTH WINDSOR, CT  06074

d: 7/10/2010 t: 4:03:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty004303

APR. 2. 2010 10:56AM   PHCS SPECIALTY  860-632-3696          NO. 9946   P. 1/4

7H302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL. CT 06416                    **Professional Home**
Phone: 800-253-3738  Fax: 860-829-4244   **Care Services Inc.**

Bridget  Patterson Marshall  1-203-324-2340
Bernard Reeden MD 212-799-2377
Kristin Giannini MD 860-979-0056

# Fax

Lauren Conlin NP 860-871-7857
860-649-6951
Sent copy weekly to patient ✱

To: __DR ZOOCT__                From: PHCS Pharmacy

Fax: __1-203-333-3937__          Pages:

Phone:                            Date:

Re: __Patient lab results on: Spears, Haley__

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004304

APR. 15. 2010  1:33PM    PHCS SPECIALTY  800-032-3090          NO. 0234  P. 1/3
7H302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL. CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bridget Patterson Marshall 1-203-324-2340*
*Bernard Redlen MD 212-799-2377*
*Kristen Giannini 860-979-0056*
*Lauren Gavin NP 860-871-7887 860-649-6951*
*Send copy weekly to patient*

# Fax

To: ~~Dr Zaoat~~

From: PHCS Pharmacy

Fax: ~~1-203-333-3937~~

Pages:

Phone:

Date:

Re: **Patient+lab results on: Spears, Haley**

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004305

**PHONE CALL**

FOR Lauren DATE _____ TIME _____ A.M. / P.M.

M Haley Spears
OF
PHONE would like Blood records

MESSAGE faxed to Dr. Paxton
212-799-2377

And mailed to her

SIGNED Heavey medal

- ☐ TELEPHONED
- ☐ RETURNED YOUR CALL
- ☐ PLEASE CALL
- ☐ WILL CALL AGAIN
- ☐ CAME TO SEE YOU
- ☐ WANTS TO SEE YOU

---

**PHONE CALL**

FOR Haley Speas DATE 9/9 TIME 3:00 LM VM A.M. / P.M.

M TC-all am question 9/9/11
OF
PHONE 860-308-2050 CELL 860-930-0887

MESSAGE Needs to Speak

with you about

Asthma

SIGNED

- ☐ TELEPHONED
- ☐ RETURNED YOUR CALL
- ☐ PLEASE CALL
- ☐ WILL CALL AGAIN
- ☐ CAME TO SEE YOU
- ☐ WANTS TO SEE YOU

Liberty004306

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**
of America

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 860-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 923-4492
AL Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | | Accession Number |
|---|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | | F | 2010316104519 | | 23005485 |
| Collected | Received | | Nurse | | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | | JESKE, STEVEN | | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1.8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0.5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0.1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| BILIRUBIN, DIRECT | | | | | |
| BILIRUBIN, DIRECT | 0.1 | 0.0-0.3 | mg/dL | | |
| SGOT (AST) | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| SGPT (ALT) | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| BILIRUBIN, TOTAL | | | | | |
| BILIRUBIN, TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| PROTEIN, TOTAL | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

*Faxed 4/1/10*

*4/1/10 OS*

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004307



# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES; CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244



## HOME HEALTHCARE LABORATORY
of America

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4462
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | REDACTED | | F | 2010318104519 | 2300 5485 |
| Collected | Received | Nurse | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | Mar. 16 10 | 4.6 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 39 | 35-104 | U/L | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar. 16 10 | 5.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar. 16 10 | 4.31 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar. 16 10 | 11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar. 16 10 | 36.4 |
| MCV | 85 | 80-98 | fL | Mar. 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar. 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar. 16 10 | 31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar. 16 10 | 260 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar. 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar. 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar. 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar. 16 10 | 4 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004308

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY** of America

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED [33] | F | 2010316104519 | 23005495 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependant on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | | | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|---|---|
| SENT | DR LAUREN GOUIN | | | 860-649-6951 | 04-01-2010  11:39 |
| SENT | RAXLEN, BERNARD | | | 212-799-2377 | 04-01-2010  11:43 |



Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004309

APR. 15. 2010  1:33PM      FAXS SPECIALTY  800-032-3090          NO. 0234   P. 2/3


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**SPECIMEN INFORMATION**
SPECIMEN:   WC131715H
REQUISITION: 8215393

COLLECTED:  04/14/2010   23:45 ET
RECEIVED:   04/15/2010   05:13 ET
REPORTED:   04/15/2010   12:13 ET

**PATIENT INFORMATION**
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

**REPORT STATUS FAX COPY**

SUPERVISING PHYSICIAN
RAXLEN,BERNARD D

CLIENT INFORMATION
NE22170668              60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

PROVIDER:
LAUREN GOVIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QWA |
| **HEPATIC FUNCTION PANEL** | | | | |
| PROTEIN, TOTAL | 7.0 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.7 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| | | | | |
| **CBC (INCLUDES DIFF/PLT)** | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.25 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 84.9 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.9 | | 32.0-36.0 g/dL | |
| RDW | | 15.9  H | 11.0-15.0 % | |
| PLATELET COUNT | 226 | | 140-400 Thousand/uL | |
| MPV | 9.1 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2232 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2958 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 558 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 222 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 37.2 | | % | |
| LYMPHOCYTES | 49.3 | | % | |
| MONOCYTES | 9.3 | | % | |
| EOSINOPHILS | 3.7 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

SPEARS,HALEY - WC131715H                    Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. all rights reserved. 10-079/L. 7/31

04/15/10  12:13  8109711  1/3

Liberty004310

APR. 15. 2010  1:34PM      QUEST SPECIALTY  860-632-3090                    NO. 0234    P. 3/3


**Quest**
**Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| PATIENT INFORMATION | | REPORT STATUS FAX COPY |
| SPEARS,HALEY | | |

DOB: REDACTED AGE: 32    SUPERVISING PHYSICIAN
GENDER: F FASTING: U     RAXLEN,BERNARD D

COLLECTED:  04/14/2010   23:45 ET
REPORTED:   04/15/2010   12:13 ET

PROVIDER:
LAUREN GOVIN

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

                A duplicate report has been faxed to the following:
                Faxed to: (860) 677-5406  on: 04/15/2010  9:09:38 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC131715H                              Page 2 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DR-RPRN.  7/01

04/15/10  12:13  XL494749  2/1

Liberty004311

Apr. 8. 2010 1:13AM                                                          NO. 2194   P. 2/3

PATIENT INFORMATION
**SPEARS, HALEY**

REPORT STATUS   **Final**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

DOB: REDACTED         Age: 32
GENDER: F        Fasting: U

ORDERING PHYSICIAN
**UNKNOWN PHYSICIAN**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

SPECIMEN INFORMATION
SPECIMEN:     WC989919G
REQUISITION: 8110189
LAB REF NO:

PHONE: 8609300887

COLLECTED:  04/07/2010    08:40
RECEIVED:   04/08/2010    01:30
REPORTED:   04/08/2010    05:53

COMMENTS:     FAX 860-677-5406 FAX 860-829-4244

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | THIS IS YOUR ORIGINAL REPORT | | |
| | | YOU'RE NOT CURRENTLY AN ACTIVE | | |
| | | CLIENT. IF YOU FORESEE FURTHER | | |
| | | TESTING PLEASE CALL SALES DEPT | | |
| | | WALLINGFORD, CT 06492 | | |
| | | | | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.0 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.26 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 83.6 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.3 H | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2477 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 3066 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 243 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |
| NEUTROPHILS | 38.7 | | % | |
| LYMPHOCYTES | 47.9 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

SPEARS, HALEY - WC989919G

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/08/10 at 05:00am

Liberty004312

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY**

REPORT STATUS   **Final**

DOB: REDACTED        Age: 32
GENDER: F    Fasting: U

ORDERING PHYSICIAN
**UNKNOWN PHYSICIAN**

COLLECTED:   04/07/2010   08:40
REPORTED:    04/08/2010   05:53

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC-Wallingford CT 0091 5 Sterling Dr Wallingford CT 06492 Laboratory Director: Meena Singh M.D.

SPEARS, HALEY - WC989919G

Page 2 - End of Report

Liberty004313

NO. 2199   P. 1/3

Apr. 6. 2010 11:12AM

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bridget Patterson Marshall  1-203-324-2340
Bernard Restler MD 212-799-2377
Kristin Giannini MD 860-979-0056
Lauren Gavin NP ~~860-891-7817~~ 860-649-6951
Sent copy weekly to patient

# Fax

| | | |
|---|---|---|
| To: ~~Dr Zagat~~ | From: | PHCS Pharmacy |
| Fax: ~~1-203-333-3937~~ | Pages: | |
| Phone: | Date: | |
| Re: Patient lab results on: Spears, Haley | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

_____

_____

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004314

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED (33) | F | 2010318104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3 4-4.8 | g/dL | Mar, 16 10 | 4.6 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/l | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10 | 4.31 |
| HGB | 11.9 | 11 5-15.0 | g/dL | Mar, 16 10 | 11.5 |
| HCT | 38.1 | 34 0-44.0 | % | Mar, 16 10 | 36.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar, 16 10 | 31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar, 16 10 | 260 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar, 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar, 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar, 16 10 | 4 |

Result Codes. (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004315

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**
of America

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED  33) | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010  09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1 8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0 5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0 1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| **BILIRUBIN,DIRECT** | | | | | |
| BILIRUBIN,DIRECT | 0 1 | 0.0-0.3 | mg/dL | | |
| **SGOT (AST)** | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| **SGPT (ALT)** | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| **BILIRUBIN,TOTAL** | | | | | |
| BILIRUBIN,TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| **PROTEIN, TOTAL** | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low

Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004316

7H3021500007

7H3021S0007

## LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244



# HOME HEALTHCARE LABORATORY
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED (33) | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| PRINT | DR LAUREN GOUIN | 860-649-6951 | |
| PRINTED | RAXLEN, BERNARD | 212-799-2377 | |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act
(HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing,
distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender
immediately and destroy this document.

Liberty004317

APR. 1. 2010  2:54PM    PHCS SPECIALTY  860-632-3696            NO. 9917 7H302159007  P. 1/4

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738    Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bridget Patterson Marsal 1-203-324-2340
Bernard Raplen MD 212-799-2377
Kristin Giannimirdo 860-979-0056
Lauren Conlin NP 860-649-6951
Send copy weekly to patient ✱

# Fax

| | |
|---|---|
| To: | From: PHCS Pharmacy |
| Fax: | Pages: |
| Phone: | Date: |

Re: patient lab results on: Spears, Haley

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

●Comments:

## NOTICE OF PRIVILEGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**

**HEALTHCARE LABORATORY**

*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED **(33)** | | F | 2010316104519 | 23005485 |
| Collected | Received | Nurse | | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | | Prior Results |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1.8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0.5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0.1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| **BILIRUBIN,DIRECT** | | | | | |
| BILIRUBIN,DIRECT | 0.1 | 0.0-0.3 | mg/dL | | |
| **SGOT (AST)** | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| **SGPT (ALT)** | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| **BILIRUBIN,TOTAL** | | | | | |
| BILIRUBIN,TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| **PROTEIN, TOTAL** | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, distribution or copying of this message is strictly prohibited. If you have received this information in error, please notify the sender

96200d5c004319

APR. 1. 2010 2:54PM

PHCS SPECIALTY 861-632-3696

7H30015N0007 NO. 9917 P. 2/4

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 822-4452
Alt. Customer Service: (800) 763-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED 7(33) | F | 2010318104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | Mar. 16 10 | 4.8 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/L | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar. 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar. 16 10 | 4.31 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar. 16 10 | 11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar. 16 10 | 38.4 |
| MCV | 85 | 80-98 | fL | Mar. 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar. 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar. 16 10 | 31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar. 16 10 | 260 |
| NEUTROPHIL % | 39 L | 40-74 | % | Mar. 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar. 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar. 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar. 16 10 | 4 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, distribution ... the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3736
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 622-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED ) | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependant on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | DR LAUREN GOUIN | 860-649-6951 | 04-01-2010 11:39 |
| SENT | RAXLEN, BERNARD | 212-799-2377 | 04-01-2010 11:43 |

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying of the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender

**Quest Diagnostics**

BILL TO:
- [ ] MY ACCOUNT
- [ ] PATIENT
- [ ] MEDICARE
- [ ] RAILROAD MEDICARE
- [ ] MEDICAID
- [ ] Lab Card/Select
- [ ] OTHER INSURANCE

PRINT PATIENT NAME (LAST, FIRST, MIDDLE)   7H302150007

REGISTRATION # (IF AP.  BLE)   DATE   M M   D D   YEAR   SEX
OF
BIRTH

PATIENT SOCIAL SECURITY #   OFFICE / PATIENT ID #

1932-0   5932676-1

ROOM #   LAB REFERENCE #   PATIENT PHONE #

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY)   APT. #   KEY #

CITY   STATE   ZIP

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

(CL0091)   Primary Insurance   [ ] Medicare   [ ] Medicaid   [ ] Other   Patient is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

TIME   [ ] AM   TOTAL VOL/HRS.   [ ] Fasting   Insurance Company Name
[ ] PM   ML   HR   [ ] Non Fasting

Insurance Member ID #   Group #

ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)   Insurance Address

Medicare/Medicaid #

Secondary Insurance   [ ] Medicare   [ ] Medicaid   [ ] Other   Patient is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

PHYS.: Dr.   NPI/UPIN
IAN   NAME   I.D. #
ER:

@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

Medicare
Limited
Coverage
Tests

Provide
signed
ABN when
necessary

ults to: (   )

ent # OR NAME:

DDRESS:

TY:   STATE   ZIP

**ICD9 Codes (enter all that apply)**

V70.0   780.79   911.4

| AN / DISEASE PANELS | OTHER TESTS (continued) | | | | |
|---|---|---|---|---|---|
| ELECTROLYTE PANEL S | 795 | ANTIBODY SCR, RBC w/REFLEX ID | L | @ 571 | IRON, TOTAL | S |
| (Na, K, Cl, CO2) | 822 | AST (SGOT) | S | 593 | LDH | S |
| HEPATIC FUNCTION PANEL S | 285 | BILIRUBIN, DIRECT (DBili) | S | 599 | LEAD (B) Patient Race | TN |
| (Alb, TBili, DBili, AP, AST, ALT,TP) | 287 | BILIRUBIN, TOTAL (TBili) | S | 615 | LH | S |
| BASIC METABOLIC PANEL w/eGFR S | 4420 | C-REACTIVE PROTEIN | S | 613 | LITHIUM | S |
| (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | @ 29256 | CA 125 | S | @ 622 | MAGNESIUM | S |
| COMP METABOLIC PANEL w/eGFR S | 303 | CALCIUM (Ca) | S | 6517 | MICROALBUMIN, RANDOM URINE W/CREAT | S |
| (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, | 310 | CARBON DIOXIDE (CO2) | S | 4595 | MICROALBUMIN, 24 HOUR URINE, W/O CREAT | S |
| TP, Alb, TBili, AP, AST, ALT) | @ 10124 | CARDIO CRP | S | OCC BLD, FECES - GUAIAC | |
| LIPID PANEL (Fasting Specimen) S | B 976 | CEA | S | B 36301 | DX | B 36306 | MCR SCR |
| (TChol, Trig, HDL, calc LDL) | 330 | CHLORIDE (Cl) | S | OCC BLD, FECES - FIT, InSure► | |
| LIPID PANEL W/REFLEX OLDL S | B 334 | CHOLESTEROL, TOTAL (TChol) | S | F 11290 | DX | B 11293 | MCR SCR |
| (TChol, Trig, HDL, calc LDL, or LDL when Trig >400) | 375 | CREATININE (Cr) w/eGFR | S | | | |
| OBSTETRIC PANEL W/REFLEX 2LS | @ 418 | DIGOXIN | SR | 713 | PHENYTOIN | SR |
| (ABO/Rh, Antibody Scr RBC w/reflex, CBC, | B 8293 | DIRECT LDL | S | 718 | PHOSPHORUS | S |
| RPR (DX) w/reflax confirm, HbsAg w/reflax | @ 457 | FERRITIN | S | 733 | POTASSIUM (K) | S |
| confirm, Rubella IgG Ab) | 466 | FOLIC ACID | S | 745 | PROGESTERONE | S |
| HEPATITIS PANEL, ACUTE W/REFLEX S | 470 | FSH | L | 746 | PROLACTIN | S |
| (HBsAg w/reflax confirm, HCAb, HA Ab | B 482 | GGT | S | 754 | PROTEIN, TOTAL (TP) | S |
| IgM, HBcAb IgM) | 8477 | GLUCOSE, GEST. SCR. | GY | B 5363 | PSA, TOTAL | S |
| **HEMATOLOGY** | B 484 | GLUCOSE, PLASMA | GY | 4418 | RHEUMATOID FACTOR | S |
| HEMOGLOBIN L | 483 | GLUCOSE, SERUM (Glu) | S | 799 | RPR (MONITORING) W/REFLEX TITER | S |
| HEMATOCRIT L | 8435 | HCG, SERUM, QUAL | S | | | |
| CBC (Hgb, Hct, RBC, WBC, Plt) L | B 8396 | HCG, SERUM, QUANT | S | 36126 | RPR (DX) W/REFLEX CONFIRM FTA | S |
| CBC w/DIFF L | B 608 | HDL | S | 802 | RUBELLA IGG AB | S |
| (Hgb, Hct, RBC, WBC, Plt, Diff) | B 496 | HEMOGLOBIN A1C | L | B 809 | RED BLOOD BY MOD WEST | L |
| PT WITH INR B | @ 512 | HEP A AB, IgM | L | 836 | SODIUM (Na) | S |
| PTT, ACTIVATED B | 466 | HEP B CORE AB, IGM | S | 873 | TESTOSTERONE, TOTAL | S |
| **OTHER TESTS** | @ 499 | HEP B SURFACE AB QUAL | S | B 896 | TRIGLYCERIDES (Trig) | S |
| ABO GROUP & RH TYPE L | @ 498 | HEP B SURFACE AB W/REFLEX CONFIRM | S | 859 | TSH | S |
| ALBUMIN (Alb) S | @ 8472 | HEP C VIRUS AB | S | B 36127 | TSH W/REFLEX T-4, FREE | S |
| ALKALINE PHOSPHATASE (AP) S | B 19728 | HIV-1/HIV-2 SCR W/REFLEXES | S | 859 | T-3, TOTAL | S |
| ALT (SGPT) S | | (Consent on file w/provider pursuant to CT Public | | B 851 | T-3 UPTAKE | S |
| AMYLASE S | | Act 89-246 and MA regulation 105 CMR 180.010 (4)) | | B 857 | T-4 (THYROXINE), TOTAL | S |
| ANA W/REFLEX TITER S | @ 7573 | IRON (TOT), IBC % SAT | S | | | |

| | | |
|---|---|---|
| B 866 | T-4 (THYROXINE), FREE | S |
| 6448 | UA, DIPSTICK ONLY | U |
| 7906 | UA, DIPSTICK W/REFLEX TO MICROSCOPIC | U |
| 5463 | UA, COMPLETE (DIPSTICK & MICROSCOPIC) | U |
| 3020 | UA, COMPLETE, REFLEX TO CULTURE | S |
| 294 | UREA NITROGEN (BUN) | S |
| 905 | URIC ACID | S |
| 916 | VALPROIC ACID | SR |
| 7055 | VITAMIN B12/FOLIC ACID | S |
| 927 | VITAMIN B12 | S |

**MICROBIOLOGY**

SOURCE (REQUIRED)

| | | |
|---|---|---|
| 4485 | CULTURE, GR. A STREP* | |
| 5617 | CULTURE, GR. B STREP* | |
| 4558 | CULTURE, GENITAL* | |
| 394 | CULTURE, THROAT* | |
| @ 395 | CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH) | |
| 8502 | CHLAMYDIA DNA PROBE, ENDOCX OR MALE | |
| 8501 | N. GONORRHOEAE DNA PROBE, ENDOCX OR MALE | |
| 6919 | CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR MALE | |

**Amplified Specimen Type (please check one)**
- [ ] Endocervical   [ ] Urethral   [ ] Urine
- 17303   Chlamydia DNA, SDA
- 17304   N. gonorrhoeae (GC) DNA, SDA
- 17305   Chlamydia & N.gonorrhoeae DNA, SDA

**Stool Pathogens**
| | | |
|---|---|---|
| 10045 | CULTURE, STOOL, SALMONELLA/SHIGELLA* | |
| 4475 | CULTURE, CAMPYLOBACTER* | |
| 10019 | CULTURE, SALMONELLA/SHIGELLA* | |
| 30264 | E. COLI SHIGA TOXINS, EIA | |
| 681 | O & P W/PERMANENT STAIN | |

* Additional charge for ID and Susceptibilities

Reflex tests are performed at an additional charge.

*Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. Copyright © 2003 Quest Diagnostics Incorporated. All rights reserved. www.questdiagnostics.com*

Handwritten:
Roxico   Huley Spc·S
CC #Soul, GM   Vit D2,3w
DNEA-S   RBC, Mo5

CLINICAL INFORMATION:   TOTAL TESTS
ORDERED

For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004322

MAR. 25. 2010  2:32PM    PHCS   ECIALTY  860-632-3696          NO. 9778   7H302150007  P. 2/3

PATIENT INFORMATION
**SPEARS, HALEY**

| REPORT STATUS | **Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

ORDERING PHYSICIAN
**RAXLEN, BERNARD D**

DOB: REDACTED          Age: 32
GENDER: F    Fasting: U

CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
134 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

SPECIMEN INFORMATION
SPECIMEN:    WC741398G
REQUISITION: 7905236
LAB REF NO:

PHONE: 8603082050

COLLECTED: 03/24/2010    11:15
RECEIVED:  03/25/2010    03:38
REPORTED:  03/25/2010    06:34

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | BERNARD RAXLEN, M.D. | | |
| | | 123 W 79TH ST | | |
| | | NEW YORK, NY 10024-6480 | | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| **GLOBULIN** | | **2.1 L** | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| **ALKALINE PHOSPHATASE** | | **32 L** | 33-115 U/L | |
| AST | 14 | | 10-30 U/L | |
| ALT | 11 | | 6-40 U/L | |

WE RECEIVED YOUR HANDWRITTEN TEST ORDER AND PERFORMED
THE AMA DEFINED HEPATIC FUNCTION PANEL. IF THIS IS NOT
WHAT YOU INTENDED TO ORDER, PLEASE CONTACT YOUR LOCAL
CLIENT SERVICE REPRESENTATIVE IMMEDIATELY SO THAT WE MAY
ADJUST OUR BILLING APPROPRIATELY. YOU MAY ALSO INQUIRE
ABOUT ALTERNATIVE OR ADDITIONAL TESTING.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.31 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 83.8 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| **RDW** | | **16.5 H** | 11.0-15.0 % | |
| PLATELET COUNT | 249 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2691 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2703 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 527 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 248 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.4 | | % | |
| LYMPHOCYTES | 43.6 | | % | |

SPEARS, HALEY - WC741398G                    Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 03/25/10 at 05:47am.

Liberty004323

MAR. 25. 2010  2:32PM     PHCS   ECIALTY  860-632-3696                    NO. 9778   7H302458007
                                                                                    P. 3/3

| | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS   **Final** |
|---|---|---|

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   03/24/2010   11:15
REPORTED:    03/25/2010   06:34

DOB: REDACTED        Age: 32
GENDER: F      Fasting: U

ORDERING PHYSICIAN
**RAXLEN, BERNARD D**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.0 | | % | |
| BASOPHILS | 0.5 | | % | |

**Performing Laboratory Information:**

QWA   Quest Diagnostic, LLC-Wallingford CT 0001 3 Sterling Dr Wallingford CT  06491 Laboratory Director: Frank Singh M.D.

3/25/10

Printed by Care360 AutoReceive on 03/25/10 at 05:47am.

Liberty004324



## LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244



**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0811
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | F | 2010318104519 | 22917162 |
| Collected | Received | Nurse | | Physician | | |
| 03-15-2010 09:30 | 03-18-2010 10:45 | SCAFARIELLO, PATRICIA | | ZAGAR, DARIO | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| **CBC WITH DIFF** | | | | |
| WBC | 6.2 | 4.0-10.5 | x10E3/uL | |
| RBC | 4.31 | 3.80-5.10 | x10E6/uL | |
| HGB | 11.5 | 11.5-15.0 | g/dL | |
| HCT | 36.4 | 34.0-44.0 | % | |
| MCV | 85 | 80-98 | fL | |
| MCH | 26.7 L | 27.0-34.0 | pg | |
| MCHC | 31.6 L | 32.0-36.0 | g/dL | |
| PLATELET | 260 | 140-415 | x10E3/uL | |
| NEUTROPHIL % | 39 L | 40-74 | % | |
| LYMPHOCYTE % | 43 | 14-46 | % | |
| MONOCYTE % | 13 | 4-13 | % | |
| EOSINOPHIL % | 4 | 0-7 | % | |
| BASOPHIL % | 1 | 0-3 | % | |
| ABSOLUTE NEUTROPHIL | 2.4 | 1.8-7.8 | x10E3/uL | |
| ABSOLUTE LYMPHOCYTE | 2.7 | 0.7-4.5 | x10E3/uL | |
| ABSOLUTE MONOCYTE | 0.8 | 0.1-1.0 | x10E3/uL | |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | |
| ABSOLUTE BASOPHIL | 0.1 | 0.0-0.2 | x10E3/uL | |
| NRBC | | | | |

3/25/10

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify HHLA immediately and destroy this document.

Liberty004325

7H302150007

MAR. 16. 2010 12:39PM    PHCS SPECIALTY 860-632-3696    NO. 9598    P. 2/4

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**
*of America*

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4482
Alt. Customer Service: (800) 763-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | 1REDACTED | F | 2010316104519 | 22917162 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| HEMATOLOGY COMMENTS | | | | |
| **COMPREHENSIVE PANEL** | | | | |
| SODIUM | 138 | 133-145 | mmol/L | |
| POTASSIUM | 4.0 | 3.5-5.2 | mmol/L | |
| CARBON DIOXIDE | 22 | 22-29 | mmol/L | |
| CHLORIDE | 101 | 96-108 | mmol/L | |
| GLUCOSE | 77 | 74-106 | mg/dL | |
| BUN | 18 | 6-20 | mg/dL | |
| CREATININE | 0.64 | 0.50-1.00 | mg/dL | |
| BUN/CREAT RATIO | 28 H | 8-27 | | |
| TOTAL GLOBULIN | 2.2 | 1.5-4.5 | g/dL | |
| A/G RATIO | 2.1 | 1.1-2.5 | | |
| GLOM FILT RATE | >59 | >59 | mL/min/1.73 | |
| IF AFRICAN AMERICAN | >59 | >59 | mL/min/1.73 | |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, distribution, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender

Liberty00104326

MAR. 16. 2010 12:40PM     PHCS SPECIALTY  860-632-3696     NO. 9598     P. 3/4

7H1302150007

MAR. 16. 2010 12:40PM    PHCS SPECIALTY   860-632-3696                    NO. 9598   P. 4/4

## LabProfile® - Laboratory Report

**HOME HEALTHCARE LABORATORY**
**of America**

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 533-4452
Alt. Customer Service: (800) 763-0911
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL, CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

| Patient | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|
| SPEARS, HALEY | | | F | 201031610454519 | 22917182 |
| Collected | Received | | Physician | | |
| 03-15-2010 09:30 | 03-16-2010 10:45 | | ZAGAR, DARIO | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| CALCIUM | 8.2 | 8.4-10.2 | mg/dL | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | |
| ALKALINE PHOSPHATASE | 35 | 35-104 | U/L | |
| SGOT (AST) | 27 | 0-31 | U/L | |
| SGPT (ALT) | 20 | 0-31 | U/L | |
| TOTAL BILIRUBIN | 0.2 | 0.0-1.0 | mg/dL | |
| TOTAL PROTEIN | 6.8 | 6.4-8.3 | g/dL | |

Name: SCAFARIELLO, PATRICIA

REDAC

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | ZAGAR, DARIO | 203-533-3937 | 03-16-2010 11:48 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received the information in error, please notify HHLA at 800-763-0911 (888) 533-4327

LZ00S1Z0EHL

7H302150007

 Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**PATIENT INFORMATION**
SPEARS.HALEY A

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN.LAUREN J

DOB: REDACTED AGE: 32
GENDER: F

SPECIMEN INFORMATION
SPECIMEN:    WC481794F
REQUISITION: 0000129

ID:  1839-1
PHONE: 860.308.2050

**CLIENT INFORMATION**
NE22231886                 60010000
CONNECTICUT NATURAL HEALTH
LAUREN GOUIN. N.D.
272 MAIN ST
MANCHESTER. CT 06042-3536

COLLECTED:  01/14/2010   17:03 ET
RECEIVED:   01/14/2010   17:07 ET
REPORTED:   01/20/2010   18:26 ET

COMMENTS:                                                    Volume: 800/24

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE. 24 HOUR URINE |  | 0.30    L | 0.63-2.50 g/24 h | QWA |
| UREA NITROGEN (U) |  |  |  | QTE |
|   UREA NITROGEN. URINE | 3 |  | gm/L |  |
|   UREA NITROGEN.24HR URINE | 2 |  | 6-17 gm/24hrs |  |
| ARSENIC. 24 HOUR URINE | <10 |  | <=80 mcg/L | AMD |
| CADMIUM. 24 HOUR URINE | <0.2 |  | <=5.0 mcg/L | AMD |
| LEAD. 24 HOUR URINE | <10 |  | <80 mcg/L | AMD |
| MERCURY. 24 HOUR URINE | <4 |  | <=20 mcg/L | AMD |

TOXIC:  150 mcg/L or greater

*[handwritten signature] 1/29/10  TC Ossonvel*

PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY. 14225 NEWBROOK DRIVE. CHANTILLY. VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO. MD. CLIA: 49D0221801

QTE   QUEST DIAGNOSTICS-TETERBORO. 1 MALCOLM AVENUE  . TETERBORO. NJ  07608-1011
      Laboratory Director:  WILLIAM E. TARR. MD. CLIA: 31D0696246

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
      Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

SPEARS.HALEY A - WC481794F                              Page 1 - End of Report

it, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. MS-EPAPL. 7/01

01/20/10  18:27  01200539  8/9

Liberty004328

7H302150007

# Message Confirmation Report

DEC-29-2009 03:52 PM TUE

Fax Number : 8606448590
Name : SWNB,LLC

Name/Number : 8602363153
Page : 1
Start Time : DEC-29-2009 03:51PM TUE
Elapsed Time : 00'50"
Mode : STD ECM
Results : [O.K]

---

Quest Diagnostics

22231886-0 5932711-3

CONNECTICUT NATURAL HEALTH
LAUREN COUIN, N.D.
272 MAIN ST
MANCHESTER, CT 06042-3536
860-649-6944

BILL TO: ☐ MY ACCOUNT ☐ PATIENT ☐ MEDICARE ☐ RAILROAD MEDICARE ☐ MEDICAID ☐ Lab Card/Select ☐ OTHER INSURANCE

PRINT PATIENT NAME (LAST, FIRST, MIDDLE): Sgroi, S. Haley
REGISTRATION # (IF APPLICABLE) | DATE OF BIRTH: M M D D YEAR | SEX
PATIENT SOCIAL SECURITY # | OFFICE / PATIENT ID #
ROOM # | LAB REFERENCE # | PATIENT PHONE # ( )
PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) IF OTHER THAN PATIENT
PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT # | KEY #
CITY | STATE | ZIP

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**
(CL0091)

DATE COLLECTED | TIME : ☐ AM ☐ PM | TOTAL VOLUME/HRS. ML HR | ☐ Fasting ☐ Non Fasting

NPI/UPIN ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)
1639330335 COUIN,LAUREN

INSURANCE
Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other — Patient is ☐ Subscriber ☐ Spouse ☐ Other Dependent
Insurance Company Name
Insurance Member ID # — Group #
Insurance Address
Medicare/Medicaid #
Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other — Patient is ☐ Subscriber ☐ Spouse ☐ Other Dependent
Insurance Company Name
Insurance Member ID # — Group #
Insurance Address
Medicare/Medicaid #

☐ ADDT'L PHYS: Pt. — NPI/UPIN
NON-PHYSICIAN PROVIDER: NAME — I.D. #
☐ Fax Results to: ( )
Send Duplicate Report to: Client # OR NAME: ADDRESS: CITY: STATE ZIP

Medicare Limited Coverage Tests: @ = May not be covered for the reported diagnosis. F = Has prescribed frequency rules for coverage. & = A test or service performed with research/experimental kit. B = Has both diagnosis and frequency related coverage limitations. Provide signed ABN when necessary

ICD9 Codes (enter all that apply)
V70.0 | 780.79

ORGAN / DISEASE PANELS | OTHER TESTS (continued) | | MICROBIOLOGY
HEMATOLOGY
OTHER TESTS
Stool Pathogens

ORGAN / DISEASE PANELS:
☐ ELECTROLYTE PANEL (Na, K, Cl, CO2)
@ 10256 ☐ HEPATIC FUNCTION PANEL (Alb, TBIL, DBIL, AP, AST, ALT, TP)
10165 ☐ BASIC METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr)
10231 ☐ COMP METABOLIC PANEL w/eGFR (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBIL, AP, AST, ALT)
B 7600 ☐ LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL)
B 14852 ☐ LIPID PANEL W/REFLEX DLDL
202101 ☐ OBSTETRIC PANEL W/REFLEX
@ 10306 ☐ HEPATITIS PANEL, ACUTE W/REFLEX

HEMATOLOGY:
@ 510 ☐ HEMOGLOBIN
@ 509 ☐ HEMATOCRIT
@ 1759 ☐ CBC (Hgb, Hct, RBC, WBC, Plt)
@ 6399 ☐ CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff)
☐ PT WITH INR
@ 763 ☐ PTT, ACTIVATED

OTHER TESTS:
7788 ☐ ABO GROUP & RH TYPE
223 ☐ ALBUMIN (Alb)
234 ☐ ALKALINE PHOSPHATASE (AP)
823 ☐ ALT (SGPT)
243 ☐ AMYLASE
249 ☐ ANA W/REFLEX TITER

OTHER TESTS (continued):
795 ☐ ANTIBODY SCR, RBC W/REFLEX ID
822 ☐ AST (SGOT)
285 ☐ BILIRUBIN, DIRECT (DBIL)
287 ☐ BILIRUBIN, TOTAL (TBIL)
4420 ☐ C-REACTIVE PROTEIN
☐ CA 125
303 ☐ CALCIUM (Ca)
310 ☐ CARBON DIOXIDE (CO2)
☐ CARDIO CRP
B 978 ☐ CEA
330 ☐ CHLORIDE (Cl)
☐ CHOLESTEROL, TOTAL (TChol)
375 ☐ CREATININE (Cr) w/eGFR
@ 415 ☐ DIGOXIN
☐ DIRECT LDL
@ 457 ☐ FERRITIN
466 ☐ FOLIC ACID
470 ☐ FSH
☐ GGT
☐ GLUCOSE, GEST. SCR.
☐ GLUCOSE, PLASMA
☐ GLUCOSE, SERUM (Glu)
☐ HCG, SERUM, QUAL
☐ HCG, SERUM, QUANT
☐ HDL
☐ HEMOGLOBIN A1C
@ 512 ☐ HEP A AB, IGM
☐ HEP B CORE AB, IGM
☐ HEP B SURFACE AG QUAL
☐ HEP B SURF AG W/REFLEX CONFIRM
☐ HEP C VIRUS AB
☐ HIV 1/HIV 2 SCR W/REFLEXES
☐ IRON (TOT), IBC % SAT
@ 571 ☐ IRON, TOTAL
☐ LDH
☐ LEAD (Pb)
615 ☐ LH
613 ☐ LITHIUM
@ 622 ☐ MAGNESIUM
6517 ☐ MICROALBUMIN, RANDOM URINE W/CREAT
☐ MICROALBUMIN, 24 HOUR URINE, W/O CREAT
OCC BLD, FECES - GUAIAC ☐ DX ☐ MCR SCR
OCC BLD, FECES - FIT ☐ DX ☐ MCR SCR
713 ☐ PHENYTOIN
718 ☐ PHOSPHORUS
733 ☐ POTASSIUM (K)
745 ☐ PROGESTERONE
746 ☐ PROLACTIN
754 ☐ PROTEIN, TOTAL (TP)
☐ PSA, TOTAL
4418 ☐ RHEUMATOID FACTOR
☐ RPR (MONITORING) W/REFLEX TITER
☐ RPR (DX) W/REFLEX, CONFIRM
☐ RUBELLA IGG AB
☐ SED RATE BY MOD WEST
836 ☐ SODIUM (Na)
873 ☐ TESTOSTERONE, TOTAL
☐ TRIGLYCERIDES (Trig)
☐ TSH
☐ TSH W/REFLEX T4, FREE
☐ T3, TOTAL
☐ T3 UPTAKE
☐ T4 (THYROXINE), TOTAL
☐ T4 (THYROXINE), FREE
☐ UA, DIPSTICK ONLY
☐ UA, DIPSTICK W/REFLEX TO MICROSCOPIC
☐ UA, COMPLETE
3020 ☐ UA, COMPLETE, REFLEX TO CULTURE
294 ☐ UREA NITROGEN (BUN)
905 ☐ URIC ACID
☐ VALPROIC ACID
7065 ☐ VITAMIN B12/FOLIC ACID
927 ☐ VITAMIN B12

MICROBIOLOGY:
SOURCE (REQUIRED)
☐ CULTURE, GP A STREP*
5617 ☐ CULTURE, GP B STREP*
4558 ☐ CULTURE, GENITAL*
☐ CULTURE, THROAT*
☐ CULTURE, URINE, ROUTINE*
8502 ☐ CHLAMYDIA DNA PROBE
8501 ☐ N. GONORRHOEAE DNA PROBE
8019 ☐ CHLAMYDIA/N. GONORRHOEAE DNA PROBE
Amplified Specimen Type: ☐ Endocervical ☐ Urethral ☐ Urine
☐ Chlamydia DNA, SDA
☐ N. gonorrhoeae (GC) DNA, SDA
☐ Chlamydia & N. gonorrhoeae DNA, SDA
Stool Pathogens
☐ CULTURE, STOOL
4475 ☐ CULTURE, CAMPYLOBACTER*
☐ CULTURE, SALMONELLA/SHIGELLA*
☐ E. COLI SHIGA TOXINS, EIA
681 ☐ O & P W/PERMANENT STAIN
* Additional charge for ID and Susceptibility

ADDITIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE) Reflex tests are performed at an additional charge.

BUN / Cr   urine, Hg, cadmium, lead, arsenium

QUALC2

COMMENTS, CLINICAL INFORMATION

TOTAL TESTS ORDERED

Physician's Signature (Required for PA, NY, NJ, MA & CT) [signature]

For any patient of any payer (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

RECEIVED 12/16/2009  03:09     7H302150007

DEC. 16. 2009  3:08PM   PHC  PECIALTY  860-632-3696              NO. 7013  P. 2/3



**Quest Diagnostics**

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION |
| CLIENT SERVICE 1-866-697-8378 | SPEARS.HALEY |

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAR.DARIO

**PATIENT INFORMATION**
SPEARS.HALEY

DOB: REDACTED REDACTED AGE: 32
GENDER: F FASTING: U

**SPECIMEN INFORMATION**
SPECIMEN:    WC020178F
REQUISITION: 6452831

ID:
PHONE: 860.930.0887

**CLIENT INFORMATION**
NB221053203              60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

COLLECTED: 12/15/2009    12:15 ET
RECEIVED:  12/16/2009    02:36 ET
REPORTED:  12/16/2009    06:51 ET

PROVIDER:
BAXLEM MD

COMMENTS: GOUIN LAUREN.   PHCS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 86 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 21 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.83 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.0  L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.2  L | 35.0-45.0 % | |
| MCV | 86.7 | | 80.0-100.0 fL | |
| MCH | 28.7 | | 27.0-33.0 pg | |
| MCHC | 33.1 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 275 | | 140-400 Thousand/uL | |

SPEARS.HALEY - WC020178F                    Page 1 - Continued on Page 2

uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DS-17479. 7/01
USF72
12/16/09 06:16 9180721  1/3

Liberty004330

DEC. 16. 2009  3:08PM     PHC    PECIALTY  860-632-3696

RECEIVED  12/16/2009  03:09   7H302150007
NO. 7013   P. 3/3

 Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  12/15/2009   12:15 ET
REPORTED:   12/16/2009   06:51 ET

PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
SPEARS,HALEY

DOB: REDACTED AGE: 32        SUPERVISING PHYSICIAN
GENDER: F FASTING: U         ZAGAR,DARIO

PROVIDER:
BAXLEM MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1526 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2210 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 563 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 171 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 33.9 | | % | |
| LYMPHOCYTES | 49.1 | | % | |
| MONOCYTES | 12.5 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

SPEARS,HALEY - WC020178F                           Page 2 - End of Report

uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 03-17APR. 2/01

Liberty004331

7H302150007

RECEIVED 12/16/2009  03:09
DEC. 16. 2009  3:08PM  PHC PECIALTY  860-632-3696  NO. 7913  P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home
Care Services Inc.**

Bernard Rexlen MD 212-799-2377
Kristin Giannuini MD 860-979-0056
Lauren Conlin NP 860-877-7957
                    860-649-6951
Sad copy weekly reporting *



To: Dr. Zagar  From: PHCS Pharmacy

Fax: 1-203-333-3937  Pages:

Phone:  Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

●Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or
regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named
on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is
prohibited. Unauthorized use or disclosure of failure to maintain confidentiality may subject you to penalties under
both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004332

RECEIVED 12/16/2009  03:09      7H302150007
NO. 7013  P. 1/3

DEC. 16. 2009  3:08PM    PHC    PECIALTY  860-632-3696

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home
Care Services Inc.**

# Fax

*Bernard Rerdon MD 212-795-2377*
*Kristen Cianniriello 860-979-0056*
*Lauren Gowin MD 860-649-6951*
*Sent copy weekly to patient ✱*

To: *Dr. Zagar*              From: PHCS Pharmacy

Fax: *1-203-333-3937.*        Pages:

Phone:                        Date:

Re: *Patient lab results on: Spears, Haley*

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004333

DEC. 9. 2009 11:36AM   P.  .PL .ALTY  860-632-3696

RECEIVED  12/08/200  23:36

7H302150007

'0. 6809   P. 2/3



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC894394E
REQUISITION: 6337044

COLLECTED:  12/08/2009   15:20 ET
RECEIVED:   12/09/2009   02:22 ET
REPORTED:   12/09/2009   10:07 ET

**PATIENT INFORMATION**
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.645.9997

**REPORT STATUS FAX COPY**

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NZZ2103203              60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | | QWA |
| PANEL W/EGFR | | | | | |
| GLUCOSE | 68 | | | 65-99 mg/dL | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | | 7-25 mg/dL | |
| CREATININE | 0.65 | | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | | |
| SODIUM | 140 | | | 135-146 mmol/L | |
| POTASSIUM | 4.8 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15 | L | 21-33 mmol/L | |
| | | VERIFIED BY REPEAT ANALYSIS | | | |
| CALCIUM | 8.9 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1 | L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | | 33-115 U/L | |
| AST | 17 | | | 10-30 U/L | |
| ALT | 15 | | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4 | L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2 | L | 35.0-45.0 % | |
| MCV | 87.2 | | | 80.0-100.0 fL | |
| MCH | 29.1 | | | 27.0-33.0 pg | |
| MCHC | 33.3 | | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | | 11.0-15.0 % | |

SPEARS,HALEY - WC894394E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 09-8FAPR. 7/01

Liberty004334

DEC. 9. 2009 11:36AM    P    SF. .ALTY   860-632-3696                    RECEIVED  12/08/20    23:36        7H302150007
                                                                                              !0. 6809   P. 3/3

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FAX COPY** |
| SPEARS.HALEY | |
| | **ORDERING PHYSICIAN** |
| DOB: REDACTED AGE: 32 | ZAGAR.DARIO |
| GENDER: F FASTING: U | |

COLLECTED:   12/08/2009   15:20 ET
REPORTED:    12/09/2009   10:07 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1793 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1835 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 403 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 147 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 21 | | 0-200 cells/uL | |
| NEUTROPHILS | 42.7 | | % | |
| LYMPHOCYTES | 43.7 | | % | |
| MONOCYTES | 9.6 | | % | |
| EOSINOPHILS | 3.5 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

SPEARS.HALEY - WC894394E                                    Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 09-DFWPI.  7/01

12/09/09  10:11  D1204225   2/1

Liberty004335

RECEIVED 12/08/20⌐   23:36   7H302150007

DEC. 9. 2009 1ʰ:36AM   P.  ᴊPᴇ .ALTY  860-632-3696   ⌐.6809   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bernard Roslen MD 212-799-2377*
*Kristen Cianninieto 860-979-0056*
*Lauren Govin NP ~~860-871-7857~~*
*860-649-6951*
*Send copy weekly to patient* ✳

## Fax

To: *Dr Zagar*          From: PHCS Pharmacy

Fax: *1-203-333-3937*    Pages:

Phone:                   Date:

Re: *Patient lab results on: Spears, Haley*

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

---

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidencial health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

Liberty004336

DEC. 2. 2009 11:33AM   PI   SPECIALTY  860-632-3696

RECEIVED  12/01/2009  23:33
NO. 6557   P. 2/3

7H302150007

| | |
|---|---|
| | PATIENT INFORMATION |
| | **SPEARS, HALEY** |

| | |
|---|---|
| REPORT STATUS | **Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:   WC759212E
REQUISITION: 6217477
LAB REF NO:

COLLECTED:  12/01/2009    13:00
RECEIVED:   12/02/2009    01:52
REPORTED:   12/02/2009    06:49

DOB: REDACTED       Age: 32
GENDER: F     Fasting: U

PHONE: 8609300887

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | ASSOCIATED NEUROLOGISTS | | | |
| | 75 KINGS HWY | | | |
| | FAIRFIELD, CT 06825-4823 | | | |
| | | | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 40 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.42 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.2 | | 35.0-45.0 % | |
| MCV | 86.4 | | 80.0-100.0 fL | |
| MCH | 28.8 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 289 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3003 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2904 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC759212E

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 12/02/08 at 07:04am.

Liberty004337

| | | | PATIENT INFORMATION<br>**SPEARS, HALEY** | | REPORT STATUS   **Final** | |
|---|---|---|---|---|---|---|

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
**ZAGAR, DARIO**

DOB: REDACTED  7   Age: 32
GENDER: F   Fasting: U

COLLECTED:  12/01/2009   13:00
REPORTED:   12/02/2009   06:49

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 831 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 320 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 43 | | 0-200 cells/uL | |
| NEUTROPHILS | 42.3 | | % | |
| LYMPHOCYTES | 40.9 | | % | |
| MONOCYTES | 11.7 | | % | |
| EOSINOPHILS | 4.5 | | % | |
| BASOPHILS | 0.6 | | % | |

------------------------------------------------------------------------

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC-Wallingford CT 0091 3 Sterling Dr Wallingford CT 06492 Laboratory Director: Meena Singh M.D.

SPEARS, HALEY - WC759212E

Printed by Care360 AutoReceive on 12/02/09 at 07:04am.

Liberty004338

RECEIVED 12/01/2009 23:33    7H302150007

DEC. 2.2009 11:33AM   P'   SPECIALTY   860-632-3696    NO. 6557   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bernard Raxlen MD 212-799-2377*
*Kristen Gianninito 860-979-0056*
*Laurer Covin NP 860-~~979-7757~~ 860-649-6951*
*Sand copy weekly to patient* ✱

# Fax

To: *Dr. Zagar*    From: PHCS Pharmacy

Fax: *1-203-333-3937*    Pages:

Phone:    Date:

Re: *Patient lab results on: Spears, Haley*

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

●Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004339

7H302150007

NOV. 25. 2009 11:56AM   ? . SPECIALTY  860-632-3696

| PATIENT INFORMATION | REPORT STATUS   Final |
|---|---|
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:    WC663256E
REQUISITION: 6140820
LAB REF NO:

DOB: REDACTED        Age: 32
GENDER: F     Fasting: U

PHONE: 8609300887

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEDETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED: 11/24/2009    12:45
RECEIVED:  11/25/2009    01:27
REPORTED:  11/25/2009    06:54

**RAXLEN MD/G.LAUREN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS | | |
| | | 75 KINGS HWY | | |
| | | FAIRFIELD, CT 06825-4823 | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | |
| | | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20 L | 21-33 mmol/L | |
| CALCIUM | | 8.4 L | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.88 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.5 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.4 L | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1732 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2480 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC663256E

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 11/25/00 at 07:15am.

Liberty004340

| PATIENT INFORMATION | | REPORT STATUS **Final** |
| --- | --- | --- |

**SPEARS, HALEY**

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED   Age: 32
GENDER: F   Fasting: U

COLLECTED: 11/24/2009   12:45
REPORTED: 11/25/2009   06:54

ORDERING PHYSICIAN
**ZAGAR, DARIO**

**RAXLEN MD/G.LAUREN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 624 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 328 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 33.3 | | % | |
| LYMPHOCYTES | 47.7 | | % | |
| MONOCYTES | 12.0 | | % | |
| EOSINOPHILS | 6.3 | | % | |
| BASOPHILS | 0.7 | | % | |

Performing Laboratory Information:

QWA   Quest Diagnostics, LLC Wallingford CL 0001 3 Sterling Dr Wallingford CT 06492 Laboratory Director: Neena Singh M.D.

SPEARS, HALEY - WC663256E

Page 2 - End of Report

Printed by Care360 AutoReceive on 11/25/09 at 07:15am.

Liberty004341

NOV. 12. 2009 10:52AM   P.   SPECIALTY  860-632-3696   RECEIVED  11/11/2009  22:52   NO. 5947   P. 2/3


## Quest Diagnostics

| | |
|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | **PATIENT INFORMATION** SPEARS,HALEY |
| CLIENT SERVICE 1-866-697-8378 | **REPORT STATUS FAX COPY** |
| | **ORDERING PHYSICIAN** |
| | DARIO LAGAR MD |
| | DOB: REDACTED AGE: 32 |
| | GENDER: F FASTING: N |

**SPECIMEN INFORMATION**
SPECIMEN:    WC428241E
REQUISITION: 5943634

**CLIENT INFORMATION**
NE22100001                69690200
THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD, CT 06492

ID:
PHONE:

COLLECTED:  11/11/2009   17:30 ET
RECEIVED:   11/11/2009   21:57 ET
REPORTED:   11/12/2009   08:31 ET

COMMENTS: ALSO FAX 8606775406

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC** | | | | QWA |
| **PANEL W/EGFR** | | | | |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.63 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15    L | 21-33 mmol/L | |
| | | | VERIFIED BY REPEAT ANALYSIS | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| **CBC (INCLUDES DIFF/PLT)** | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.87 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2   L | 35.0-45.0 % | |
| MCV | 88.2 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |

SPEARS,HALEY - WC428241E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. NW-07649.  1/01

Liberty004342

NOV. 12. 2009 10:52AM   P.   SPECIALTY 860-632-3696

RECEIVED 11/11/2009 22:52
NO. 5947  P. 3/3

7H302150007

 Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 11/11/2009  17:30 ET
REPORTED: 11/12/2009  08:31 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: N

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
DARIO LAGAR MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 280 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 4375 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1841 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 616 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 126 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 62.5 | | % | |
| LYMPHOCYTES | 26.3 | | % | |
| MONOCYTES | 8.8 | | % | |
| EOSINOPHILS | 1.8 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
Laboratory Director: NEENA SINGH. MD. CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to: (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:      DARIO LAGAR MD
45 KINGS HIGHWAY CUTOFF
FAIRFIELD. CT 06840

SPEARS, HALEY - WC428241E

Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. WA-02472. 7/01

Liberty004343

7H302150007

**PHONE CALL**

FOR _____

M_ Haley Spears

OF _____

PHONE/MOBILE 800 308-2057

DATE 12-3   TIME _____ A.M. / P.M.

✗ 800 930-088-4

FAX _____

MESSAGE _____

Needs CPT codes
Bloodwork. metal
testing

SIGNED JM

| | |
|---|---|
| | TELEPHONED |
| | RETURNED YOUR CALL |
| ✗ | PLEASE CALL |
| | WILL CALL AGAIN |
| | CAME TO SEE YOU |
| | WANTS TO SEE YOU |

3. CCm

,2

no CPT codes

can't find lab
that does
this testing &
bills insurance

test is ~ $55

DMSA

Liberty004344

Quest Diagnostics

31886-0 5932711-3

BILL TO:
- ☐ MY ACCOUNT
- ☐ PATIENT
- ☐ MEDICARE
- ☐ RAILROAD MEDICARE
- ☐ MEDICAID
- ☐ Lab Card/Select
- ☐ OTHER INSURANCE

PRINT PATIENT NAME (LAST, FIRST, MIDDLE) Sparo Sinaloy 7H302150007

REGISTRATION # (IF APPLICABLE) | DATE OF BIRTH M M D D YEAR | SEX

PATIENT SOCIAL SECURITY # | OFFICE / PATIENT ID #

ROOM # | LAB REFERENCE # | PATIENT PHONE # ( )

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. # KEY #

CITY | STATE | ZIP

**DID YOU REMEMBER...**

**TO INCLUDE DIAGNOSIS CODE(S)?**

**TO REQUEST OR MARK TEST(S)?**

**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**

**TO CHECK "BILL TO" BOX ABOVE?**

(CL0091)

ECTICUT NATURAL HEALTH
REN GOUIN, N.D.
MAIN ST
CHESTER, CT 06042-3536

-649-6944

ECTED | TIME : ☐ AM ☐ PM | TOTAL VOL/HRS. ML HR | ☐ Fasting ☐ Non Fasting

ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

7330335 GOUIN,LAUREN

PHYS.: Dr. NPI/UPIN

ICIAN IDER: NAME I.D.#

sults to: ( )

Client # OR NAME:

ADDRESS:

CITY: STATE ZIP

**INSURANCE**

Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other — Patient Is: ☐ Subscriber ☐ Spouse ☐ Other Dependent

Insurance Company Name

Insurance Member /ID # Group #

Insurance Address

Medicare/Medicaid #

Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other — Patient Is: ☐ Subscriber ☐ Spouse ☐ Other Dependent

Insurance Company Name

Insurance Member /ID # Group #

Insurance Address

Medicare/Medicaid #

**Medicare Limited Coverage Tests**
- @ = May not be covered for the reported diagnosis.
- F = Has prescribed frequency rules for coverage.
- & = A test or service performed with research/experimental kit.
- B = Has both diagnosis and frequency-related coverage limitations.

**Provide signed ABN when necessary**

**ICD9 Codes (enter all that apply)**

V70.0 | 780.79

**GAN / DISEASE PANELS**
- ☐ ELECTROLYTE PANEL (Na, K, Cl, CO2) S
- ☐ HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) S
- ☐ BASIC METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) S
- ☐ COMP METABOLIC PANEL w/eGFR (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) S
- ☐ LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) S
- ☐ LIPID PANEL W/REFLEX DLDL (TChol, Trig, HDL, calc LDL or DLDL when Trig>400) S
- ☐ OBSTETRIC PANEL W/REFLEX (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) 2L,S
- ☐ HEPATITIS PANEL, ACUTE W/REFLEX (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) S

**HEMATOLOGY**
- ☐ HEMOGLOBIN L
- ☐ HEMATOCRIT L
- ☐ CBC (Hgb, Hct, RBC, WBC, Plt) L
- ☐ CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff) L
- ☐ PT WITH INR B
- ☐ PTT, ACTIVATED B

**OTHER TESTS**
- ☐ ABO GROUP & RH TYPE L
- ☐ ALBUMIN (Alb) S
- ☐ ALKALINE PHOSPHATASE (AP) S
- ☐ ALT (SGPT) S
- ☐ AMYLASE S
- ☐ ANA W/REFLEX TITER S

**OTHER TESTS (continued)**
- 795 ☐ ANTIBODY SCR, RBC W/REFLEX ID L
- 822 ☐ AST (SGOT) S
- 285 ☐ BILIRUBIN, DIRECT (DBili) S
- 287 ☐ BILIRUBIN, TOTAL (TBili) S
- 4420 ☐ C-REACTIVE PROTEIN S
- @ 29256 ☐ CA 125 S
- 303 ☐ CALCIUM (Ca) S
- 310 ☐ CARBON DIOXIDE (CO2) S
- @ 10124 ☐ CARDIO CRP S
- B 978 ☐ CEA S
- 330 ☐ CHLORIDE (Cl) S
- B 334 ☐ CHOLESTEROL, TOTAL (TChol) S
- 375 ☐ CREATININE (Cr) w/eGFR S
- @ 418 ☐ DIGOXIN SR
- B 8293 ☐ DIRECT LDL S
- @ 457 ☐ FERRITIN S
- 466 ☐ FOLIC ACID S
- 470 ☐ FSH S
- B 482 ☐ GGT S
- 8477 ☐ GLUCOSE, GEST. SCR. GY
- B 484 ☐ GLUCOSE, PLASMA GY
- B 483 ☐ GLUCOSE, SERUM (Glu) S
- 8435 ☐ HCG, SERUM, QUAL S
- B 8396 ☐ HCG, SERUM, QUANT S
- B 608 ☐ HDL S
- B 496 ☐ HEMOGLOBIN A1C L
- @ 512 ☐ HEP A AB, IGM S
- @ 4848 ☐ HEP B CORE AB, IGM S
- @ 499 ☐ HEP B SURFACE AB QUAL S
- @ 498 ☐ HEP B SURFACE AG W/REFLEX CONFIRM S
- @ 8472 ☐ HEP C VIRUS AB S
- B 19728 ☐ HIV-1/HIV-2 SCR W/REFLEXES (Consent on file w/provider pursuant to CT Public Act 89-246 and MA regulation 105 CMR 180.00 (c).) S
- @ 7573 ☐ IRON (TOT), IBC % SAT S

- @ 571 ☐ IRON, TOTAL S
- 593 ☐ LDH S
- 599 ☐ LEAD (B) Patient Race ______ TN
- 615 ☐ LH S
- 613 ☐ LITHIUM S
- @ 622 ☐ MAGNESIUM S
- 6517 ☐ MICROALBUMIN, RANDOM URINE W/CREAT
- 4555 ☐ MICROALBUMIN, 24 HOUR URINE, W/O CREAT
- OCC BLD, FECES - GUAIAC: B 38301 ☐ DX B 38306 ☐ MCR SCR
- OCC BLD, FECES - FIT, InSure*: F 11290 ☐ DX B 11293 ☐ MCR SCR
- 713 ☐ PHENYTOIN SR
- 718 ☐ PHOSPHORUS S
- 733 ☐ POTASSIUM (K) S
- 745 ☐ PROGESTERONE S
- 746 ☐ PROLACTIN S
- 754 ☐ PROTEIN, TOTAL (TP) S
- B 5363 ☐ PSA, TOTAL S
- 4418 ☐ RHEUMATOID FACTOR S
- 799 ☐ RPR (MONITORING) W/REFLEX TITER S
- 36126 ☐ RPR (DX) W/REFLEX CONFIRM FTA S
- 802 ☐ RUBELLA IGG AB S
- B 809 ☐ SED RATE BY MOD WEST L
- 836 ☐ SODIUM (Na) S
- 873 ☐ TESTOSTERONE, TOTAL S
- B 896 ☐ TRIGLYCERIDES (Trig) S
- B 899 ☐ TSH S
- B 36127 ☐ TSH W/REFLEX T-4, FREE S
- 859 ☐ T-3, TOTAL S
- B 861 ☐ T-3 UPTAKE S
- B 867 ☐ T-4 (THYROXINE), TOTAL S

- B 866 ☐ T-4 (THYROXINE), FREE S
- 6448 ☐ UA, DIPSTICK ONLY U
- 7909 ☐ UA, DIPSTICK W/REFLEX TO MICROSCOPIC U
- 5463 ☐ UA, COMPLETE DIPSTICK & MICROSCOPIC U
- 3020 ☐ UA, COMPLETE, REFLEX TO CULTURE
- 294 ☐ UREA NITROGEN (BUN) S
- 905 ☐ URIC ACID S
- 916 ☐ VALPROIC ACID SR
- 7065 ☐ VITAMIN B12/FOLIC ACID S
- 927 ☐ VITAMIN B12 S

**MICROBIOLOGY**

SOURCE (REQUIRED)
- 4485 ☐ CULTURE, GP. A STREP*
- 5617 ☐ CULTURE, GP. B STREP*
- 4558 ☐ CULTURE, GENITAL*
- 394 ☐ CULTURE, THROAT*
- @ 395 ☐ CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH.)
- 8502 ☐ CHLAMYDIA DNA PROBE, ENDOCX OR M/URET
- 8501 ☐ N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M/URET
- 6919 ☐ CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M/URET

**Amplified Specimen Type (please check one)** ☐ Endocervical ☐ Urethral ☐ Urine
- 17303 ☐ Chlamydia DNA, SDA
- 17304 ☐ N. gonorrhoeae (GC) DNA, SDA
- 17305 ☐ Chlamydia & N.gonorrhoeae DNA, SDA

**Stool Pathogens**
- 10045 ☐ CULTURE, STOOL (CAMPYLOBACTER SALMONELLA / SHIGELLA)*
- 4475 ☐ CULTURE, CAMPYLOBACTER*
- 10019 ☐ CULTURE, SALMONELLA/SHIGELLA*
- 30264 ☐ E. COLI SHIGA TOXINS, EIA
- 681 ☐ O & P W/PERMANENT STAIN

* **Additional charge for ID and Susceptibilities**

TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE) **Reflex tests are performed at an additional charge.**

urine, Hg, Cadmium, lead, arsenium

m/cr

QUALS2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. Copyright © 2003 Quest Diagnostics Incorporated. All rights reserved. All other marks - ® and ™ - are the property of their respective owners. Revised 6/06 SCDK - CD142750

S, CLINICAL INFORMATION:

TOTAL TESTS ORDERED

Signature (Required for PA, NY, NJ, MA & CT)

**For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.**

Quest
Diagnostics

1886-0    5993711-3

DIGNITY NATURAL HEALTH
S GOUIN, M.D.
JER ST
... CT 01042-353.

**BILL TO:**
- [ ] MY ACCOUNT
- [ ] PATIENT
- [ ] MEDICARE
- [ ] RAILROAD MEDICARE
- [ ] MEDICAID
- [ ] Lab Card/Select
- [ ] OTHER INSURANCE

PRINT PATIENT NAME (LAST, FIRST, MIDDLE)   7H302150007

REGISTRATION #   PLACABLE   DATE OF BIRTH   M M D D YEAR   SEX

PATIENT SOCIAL SECURITY #   OFFICE / PATIENT ID #

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

ROOM #   LAB REFERENCE #   PATIENT PHONE #
(   )

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY)  APT. #   KEY #

CITY   STATE   ZIP

Primary Insurance   [ ] Medicare   [ ] Medicaid   [ ] Other

Insurance Company Name _____

Insurance Member/ID # _____   Group # _____

Insurance Address _____

Medicare/Medicaid # _____

Secondary Insurance   [ ] Medicare   [ ] Medicaid   [ ] Other

Insurance Company Name _____

Insurance Member/ID # _____   Group # _____

Insurance Address _____

Medicare/Medicaid # _____

Patient Is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

Patient Is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

TED   TIME   [ ] AM   [ ] PM   TOTAL VOL/HRS.   [ ] Fasting   [ ] Non Fasting   (CL0091)
ML ____ HR ____

IDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)
NOCLE GOUIN, INSURED

PHYS.: Dr. _____   NPI/UPIN | | | | | | | |
IAN NAME
ER:   I.D. #

ults to: (   )

ent # OR NAME: _____
DDRESS: _____
TY: _____   STATE ____   ZIP ____

**Medicare Limited Coverage Tests**
@= May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

**Provide signed ABN when necessary**

**ICD9 Codes (enter all that apply)**
V 70.0   580.79

| AN / DISEASE PANELS | | OTHER TESTS (continued) | | | | |
|---|---|---|---|---|---|---|
| [ ] ELECTROLYTE PANEL (Na, K, Cl, CO2) | S | 795 | [ ] ANTIBODY SCR, RBC w/REFLEX ID | L | @ 571 [ ] IRON, TOTAL | S |
| [ ] HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) | S | 822 | [ ] AST (SGOT) | S | 593 [ ] LDH | S |
| [ ] BASIC METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | S | 285 | [ ] BILIRUBIN, DIRECT (DBili) | S | 599 [ ] LEAD (B) Patient Race ____ | TN |
| | | 297 | [ ] BILIRUBIN, TOTAL (TBili) | S | 615 [ ] LH | S |
| [ ] COMP METABOLIC PANEL w/eGFR (Na, K, Ca, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | S | 4420 | [ ] C-REACTIVE PROTEIN | S | 613 [ ] LITHIUM | S |
| | | @ 29250 | [ ] CA 125 | S | @ 622 [ ] MAGNESIUM | S |
| | | 303 | [ ] CALCIUM (Ca) | S | 6517 [ ] MICROALBUMIN, RANDOM URINE W/CREAT | S |
| [ ] LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) | S | 310 | [ ] CARBON DIOXIDE (CO2) | S | 4555 [ ] MICROALBUMIN, 24 HOUR URINE, W/O CREAT | S |
| | | @ 10124 | [ ] CARDIO CRP | S | OCC BLD, FECES - GUAIAC | |
| [ ] LIPID PANEL W/REFLEX LDL/DL (TChol, Trig, HDL, calc LDL or QLDL when Trig>400) | S | B 978 | [ ] CEA | S | B 35301 [ ] DX   B 35306 [ ] MCR SCR | |
| [ ] OBSTETRIC PANEL W/REFLEX 2LS (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | S | 330 | [ ] CHLORIDE (Cl) | S | OCC BLD, FECES - FIT, InSure® | |
| | | B 334 | [ ] CHOLESTEROL, TOTAL (TChol) | S | F 11290 [ ] DX   B 11293 [ ] MCR SCR | |
| | | 375 | [ ] CREATININE (Cr) w/eGFR | S | 713 [ ] PHENYTOIN | SR |
| [ ] HEPATITIS PANEL, ACUTE W/REFLEX S (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) | S | @ 418 | [ ] CKBOXIN | SR | 718 [ ] PHOSPHORUS | S |
| | | B 8293 | [ ] DIRECT LDL | S | 733 [ ] POTASSIUM (K) | S |
| | | @ 457 | [ ] FERRITIN | S | 745 [ ] PROGESTERONE | S |
| | | 466 | [ ] FOLIC ACID | S | 746 [ ] PROLACTIN | S |
| **HEMATOLOGY** | | B 482 | [ ] FSH | S | 754 [ ] PROTEIN, TOTAL (TP) | S |
| [ ] HEMOGLOBIN | L | 8477 | [ ] GLUCOSE, GEST. SCR. | GY | B 8583 [ ] PSA, TOTAL | S |
| [ ] HEMATOCRIT | L | B 484 | [ ] GLUCOSE, PLASMA | GY | 4418 [ ] RHEUMATOID FACTOR | S |
| [ ] CBC (Hgb, Hct, RBC, WBC, Plt) | L | B 483 | [ ] GLUCOSE, SERUM (Glu) | S | 799 [ ] RPR (MONITORING) W/REFLEX TITER | S |
| [ ] CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff) | L | 8435 | [ ] HCG, SERUM, QUAL | S | 36125 [ ] RPR (DX) W/REFLEX CONFIRM FTA | S |
| [ ] PT WITH INR | B | B 8396 | [ ] HCG, SERUM, QUANT | S | 802 [ ] RUBELLA IGG AB | S |
| [ ] PTT, ACTIVATED | B | B 608 | [ ] HDL | S | B 809 [ ] SED RATE BY MOD WEST | L |
| **OTHER TESTS** | | B 496 | [ ] HEMOGLOBIN A1C | L | 835 [ ] SODIUM (Na) | S |
| [ ] ABO GROUP & Rh TYPE | L | @ 512 | [ ] HEP A AB, IGM | S | 873 [ ] TESTOSTERONE, TOTAL | S |
| [ ] ALBUMIN (Alb) | S | @ 4848 | [ ] HEP B CORE AB, IGM | S | B 896 [ ] TRIGLYCERIDES (Trig) | S |
| [ ] ALKALINE PHOSPHATASE (AP) | S | @ 499 | [ ] HEP B SURFACE AB QUAL | S | 905 [ ] TSH | S |
| [ ] ALT (SGPT) | S | @ 438 | [ ] HEP B SURFACE AG W/REFLEX CONFIRM | S | B 36127 [ ] TSH W/REFLEX FT-4, FREE | S |
| [ ] AMYLASE | S | @ 8472 | [ ] HEP C VIRUS AB | S | 859 [ ] T3, TOTAL | S |
| [ ] ANA W/REFLEX TITER | S | B 19728 | [ ] HIV-1/HIV-2 SCR W/REFLEXES | S | B 861 [ ] T3 UPTAKE | S |
| | | | [Contain on file w/provider pursuant to CT Public Act 89-340 and MA regulation 105 CMR 180.00 (e).] | | B 867 [ ] T4 (THYROXINE), TOTAL | S |
| | | @ 7573 | [ ] IRON (TOT), IBC w/SAT | S | | |

| | | |
|---|---|---|
| B 866 [ ] T4 (THYROXINE), FREE | | S |
| 6448 [ ] UA, DIPSTICK ONLY | | U |
| 7909 [ ] UA, DIPSTICK W/REFLEX TO MICROSCOPIC | | U |
| 5463 [ ] UA, COMPLETE (DIPSTICK & MICROSCOPIC) | | U |
| 3020 [ ] UA, COMPLETE, REFLEX TO CULTURE | | U |
| 294 [ ] UREA NITROGEN (BUN) | | S |
| 905 [ ] URIC ACID | | S |
| 916 [ ] VALPROIC ACID | | SR |
| 7065 [ ] VITAMIN B12/FOLIC ACID | | S |
| 927 [ ] VITAMIN B12 | | S |

**MICROBIOLOGY**

SOURCE (REQUIRED) _____

| | | |
|---|---|---|
| 4485 [ ] CULTURE, GR. A STREP* | | |
| 5617 [ ] CULTURE, GR. B STREP* | | |
| 4558 [ ] CULTURE, GENITAL* | | |
| 394 [ ] CULTURE, THROAT* | | |
| @ 395 [ ] CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH.) | | |
| 8502 [ ] CHLAMYDIA DNA PROBE, ENDOCX OR M/URET | | |
| 8501 [ ] N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M/URET | | |
| 6919 [ ] CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M/URET | | |

Amplified Specimen Type (please check one)
[ ] Endocervical   [ ] Urethral   [ ] Urine

| | | |
|---|---|---|
| 17303 [ ] Chlamydia DNA, SDA | | |
| 17304 [ ] N. gonorrhoeae (GC) DNA, SDA | | |
| 17305 [ ] Chlamydia & N.gonorrhoeae DNA, SDA | | |

**Stool Pathogens**
| | | |
|---|---|---|
| 10045 [ ] CULTURE, STOOL, BASIC* | | (CAMPYLOBACTER/ SALMONELLA/ SHIGELLA) |
| 4475 [ ] CULTURE, CAMPYLOBACTER* | | |
| 10019 [ ] CULTURE, SALMONELLA/SHIGELLA* | | |
| 30254 [ ] E. COLI SHIGA TOXINS, EIA | | |
| 681 [ ] O & P W/PERMANENT STAIN | | |

* Additional charge for ID and Susceptibilities

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. Copyright © 2010 Quest Diagnostics Incorporated. All rights reserved. www.questdiagnostics.com
All other marks - ® and ™ - are the property of their respective owners. CL0073-41-CHX. Revised 4/08   SCZK - 00142750.

ESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)   Reflex tests are performed at an additional charge.

Urine, Hg, Cadmium,
lead, Arsenic

CLINICAL INFORMATION: _____

TOTAL TESTS ORDERED ____

(Required for PA, NY, NJ, MA & CT)   For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004346

NOV. 18. 2009  10:57AM       F      ECIALTY  860-632-3696

RECEIVED  11/17/2009  22:57        7H302150007
NO. 6155   P. 2/3

## Quest Diagnostics

| | |
|---|---|
| **PATIENT INFORMATION**<br>SPEARS,HALEY | **REPORT STATUS FINAL REPRINT** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

**ORDERING PHYSICIAN**
BAXLEN

SPECIMEN INFORMATION
SPECIMEN:    WC531254E
REQUISITION: 6030453

ID:
PHONE: 860.930.0887

CLIENT INFORMATION
NE22103203                   60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  11/17/2009   11:45 ET
RECEIVED:   11/17/2009   20:50 ET
REPORTED:   11/18/2009   06:54 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 78 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.67 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20    L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.84 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.3   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.6   L | 35.0-45.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 269 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC531254E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 03-47479. 7/31

11/18/09  09:16  693013  1/3

Liberty004347

NOV. 18. 2009 10:57AM    P.    ECIALTY  860-632-3696   RECEIVED 11/17/2009  22:57   7H302150007
NO. 6155   P. 3/3

 Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

✓ COLLECTED:  11/17/2009    11:45 ET
  REPORTED:   11/18/2009    06:54 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 1509 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2327 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 555 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 268 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 32.1 | | % | |
| LYMPHOCYTES | 49.5 | | % | |
| MONOCYTES | 11.8 | | % | |
| EOSINOPHILS | 5.7 | | % | |
| BASOPHILS | 0.9 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                Queued to:  (212) 799-2377
                Queued to:  (860) 677-5406

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC531264E                                Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CS-XP4N, 7/01
11/18/09 04:54 8553013  2/3

Liberty004348

Diagnostics

☐ MY ACCOUNT
☐ PATIENT
☐ MEDICARE
☐ RAILROAD MEDICARE
☐ MEDICAID
☐ Lab Card/Select
☐ OTHER INSURANCE

REGISTRATION #   (JCABLE)   DATE OF BIRTH   M M D D YEAR  SEX

7H302150007

PATIENT SOCIAL SECURITY #      OFFICE / PATIENT ID #

31886-0    3277908-8

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

ECTICUT NATURAL HEALTH
CH GOUIN, M.D.
ARTFORD TPKE STE D
PK, CT 06066-4847

ROOM #   LAB REFERENCE #   PATIENT PHONE #

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #   KEY #

CITY    STATE   ZIP

(CL0091)    Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other

Patient Is:
☐ Subscriber
☐ Spouse
☐ Other Dependent

Insurance Company Name _____
Insurance Member /ID # _____ Group # _____
Insurance Address _____

Medicare/Medicaid # _____

Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other

Patient Is:
☐ Subscriber
☐ Spouse
☐ Other Dependent

TIME  ☐ AM  ☐ PM   TOTAL VOL/HRS. ___ ML ___ HR   ☐ Fasting ☐ Non Fasting

930335 GOUIN, LAUREN

PHYS.: Dr. ___  NPI/UPIN _____  I.D.#

Medicare Limited Coverage Tests

@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

Provide signed ABN when necessary

**ICD9 CODE(S)** FOR DIAGNOSIS, SYMPTOM OR COMPLAINT (MUST BE PROVIDED)

V70 0   786.79

## AN / DISEASE PANELS

| Test | Code |
|---|---|
| ELECTROLYTE PANEL (Na, K, Cl, CO2) | 795 S |
| HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) | 822 S |
| BASIC METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | 285 297 S |
| COMP METABOLIC PANEL w/eGFR (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | 4420 @ 29256 S |
| LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) | 303 310 B 10124 S |
| LIPID PANEL W/REFLEX LDL (TChol, Trig, HDL, calc LDL or DLDL when Trig>400) | B 978 330 B 334 S |
| OBSTETRIC PANEL W/REFLEX (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | 375 @ 418 B 8253 @ 457 S |
| HEPATITIS PANEL, ACUTE W/REFLEX (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) | 466 470 B 482 S |

## HEMATOLOGY

| HEMOGLOBIN | L |
| HEMATOCRIT | L |
| CBC (Hgb, Hct, RBC, WBC, Plt) | B 8436 L |
| CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff) | B 8396 B 608 L |
| PT WITH INR | B 512 B |
| PTT, ACTIVATED | B 4948 B |

## OTHER TESTS

| ABO GROUP & RH TYPE | B 438 L |
| ALBUMIN (Alb) | B 438 S |
| ALKALINE PHOSPHATASE (AP) | B 8472 @ 19728 S |
| ALT (SGPT) | S |
| AMYLASE | S |
| ANA W/REFLEX TITER | @ 7573 S |

TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)  Reflex tests are performed at an additional charge.

## OTHER TESTS (continued)

| ANTIBODY SCR, RBC W/REFLEX ID | L |
| AST (SGOT) | S |
| BILIRUBIN, DIRECT (DBili) | S |
| BILIRUBIN, TOTAL (TBili) | S |
| C-REACTIVE PROTEIN | S |
| CA 125 | S |
| CALCIUM (Ca) | S |
| CARBON DIOXIDE (CO2) | S |
| CARDIO CRP | S |
| CEA | S |
| CHLORIDE (Cl) | S |
| CHOLESTEROL, TOTAL (TChol) | S |
| CREATININE (Cr) w/eGFR | S |
| DIGOXIN | SR |
| DIRECT LDL | S |
| FERRITIN | S |
| FOLIC ACID | B |
| FSH | S |
| GGT | S |
| GLUCOSE, GEST. SCR. | GY |
| GLUCOSE, PLASMA | GY |
| GLUCOSE, SERUM | S |
| HCG, SERUM, QUAL | S |
| HCG, SERUM, QUANT | S |
| HDL | S |
| HEMOGLOBIN A1C | L |
| HEP A Ab, IGM | S |
| HEP B CORE Ab, IGM | S |
| HEP B SURFACE Ab QUAL | S |
| HEP B SURFACE Ag W/REFLEX CONFIRM | S |
| HEP C VIRUS Ab | S |
| HIV-1/HIV-2 SCR W/REFLEX | S |

IRON (TOT), IBC % SAT

| @ 571 | IRON, TOTAL | S |
| 553 | LDH | S |
| 599 | LEAD (B) Patient Race ___ | TN |
| 615 | Li+ | S |
| 613 | LITHIUM | S |
| @ 622 | MAGNESIUM | S |
| 6517 | MICROALBUMIN, RANDOM URINE W/CREAT | S |
| 4555 | MICROALBUMIN, 24 HOUR URINE, W/O CREAT | S |
| @ 36301 | DX  F 36306 MCR SCR | |
| F 11290 | DX  F 11293 MCR SCR | |
| 713 | PHENYTOIN | SR |
| 718 | PHOSPHORUS | S |
| 733 | POTASSIUM (K) | S |
| 745 | PROGESTERONE | S |
| 748 | PROLACTIN | S |
| 754 | PROTEIN, TOTAL (TP) | S |
| B 5363 | PSA, TOTAL | S |
| 4418 | RHEUMATOID FACTOR | S |
| 799 | RPR (MONITORING) W/REFLEX TITER | S |
| 36126 | RPR (DX) W/REFLEX CONFIRM FTA | S |
| 802 | RUBELLA IGG AB | S |
| B 809 | SED RATE BY MOD WEST | L |
| 836 | SODIUM (Na) | S |
| 873 | TESTOSTERONE, TOTAL | S |
| B 896 | TRIGLYCERIDES (Trig) | S |
| B 899 | TSH | S |
| B 36127 | TSH W/REFLEX T-4, FREE | S |
| 859 | T-3, TOTAL | S |
| B 861 | T-3 UPTAKE | S |
| B 867 | T-4 (THYROXINE), TOTAL | S |

| B 866 | T-4 (THYROXINE), FREE | S |
| 8448 | UA, DIPSTICK ONLY | U |
| 7909 | UA, DIPSTICK W/REFLEX TO MICROSCOPIC | U |
| 5463 | UA, COMPLETE (DIPSTICK & MICROSCOPIC) | U |
| 3020 | UA, COMPLETE, REFLEX TO CULTURE | U |
| 294 | UREA NITROGEN (BUN) | S |
| 905 | URIC ACID | S |
| 916 | VALPROIC ACID | SR |
| 7055 | VITAMIN B12/FOLIC ACID | S |
| 927 | VITAMIN B12 | S |

## MICROBIOLOGY

| 4485 | CULTURE, GP. A STREP* |
| 5617 | CULTURE, GP. B STREP* |
| 4558 | CULTURE, GENITAL* |
| 394 | CULTURE, THROAT* |
| @ 395 | CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH.) |
| 8502 | CHLAMYDIA DNA PROBE, ENDOCX OR M.URET |
| 8501 | N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M.URET |
| 6919 | CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M.URET |

**Amplified Specimen Type (please check one)**
☐ Endocervical  ☐ Urethral  ☐ Urine
| 17303 | Chlamydia DNA, SDA |
| 17304 | N. gonorrhoeae (GC) DNA, SDA |
| 17305 | Chlamydia & N. gonorrhoeae DNA, SDA |

## Stool Pathogens
| 10045 | CULTURE, STOOL, SALMONELLA/SHIGELLA* |
| 4475 | CULTURE, CAMPYLOBACTER* |
| 10019 | CULTURE, SALMONELLA/SHIGELLA* |
| 30264 | E. COLI SHIGA TOXINS, EIA |
| 681 | O & P W/PERMANENT STAIN |
* Additional charge for ID and Susceptibilities

Ccatrsuliam   DHS A-S

QUALG2

TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)

CLINICAL INFORMATION:

TOTAL TESTS ORDERED

For any patient of any payer (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004349

NOV. 4. 2009  4:08PM          SPECIALTY  860-632-3696  RECEIVED  11/04/ 79  04:08        7H302150007
                                                                          NO. 5692    P. 3/3

 Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  11/03/2009
REPORTED:   11/04/2009   06:22 ET

PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
SPEARS,HALEY

DOB: REDACTED AGE: 32        ORDERING PHYSICIAN
GENDER: F FASTING: U         RAXLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2167 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1646 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 552 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 313 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 23 | | 0-200 cells/uL | |
| NEUTROPHILS | 47.1 | | % | |
| LYMPHOCYTES | 33.6 | | % | |
| MONOCYTES | 12.0 | | % | |
| EOSINOPHILS | 6.8 | | % | |
| BASOPHILS | 0.5 | | % | |

        HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                 Queued to:  (860) 677-5406

SPEARS,HALEY - WC271539E                              Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved, CD-57652, 7/93
(C-58)
11/04/09 01:11 #4282  1/1

RECEIVED 11/06/20⁰⁹  01:48          7H302150007

 **Quest Diagnostics** ®

REDACTED                    **REPORT STATUS FINAL REPRINT**

QUEST DIAGNOSTICS INCORPORATED          ORDERING PHYSICIAN
CLIENT SERVICE 1-866-697-8378      35   GOUIN,LAUREN
                              GENDER: F
SPECIMEN INFORMATION                    CLIENT INFORMATION
SPECIMEN:    WC204060E         ID:  0709197406074      NE22231886        60010000
REQUISITION: 0000106       PHONE: 860.432.7416  CONNECTICUT NATURAL HEALTH
                                        LAUREN GOUIN, N.D.
                                        460 HARTFORD TPKE STE B
COLLECTED:  10/30/2009   07:00 ET       VERNON, CT 06066-4847
RECEIVED:   10/30/2009   16:42 ET
REPORTED:   11/03/2009   06:57 ET

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 9 | | 7-25 mg/dL | |
| CREATININE | | 0.57   L | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 16 | | 6-22 (calc) | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 24 | | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.0 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.8 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 45 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| MAGNESIUM, RBC | 4.5 | | 4.0-6.4 mg/dL | AMD |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.03 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.2 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.8 | | 35.0-45.0 % | |
| MCV | 96.3 | | 80.0-100.0 fL | |
| MCH | 32.8 | | 27.0-33.0 pg | |
| MCHC | 34.1 | | 32.0-36.0 g/dL | |
| RDW | 13.4 | | 11.0-15.0 % | |
| PLATELET COUNT | 211 | | 140-400 Thousand/uL | |
| MPV | 9.3 | | 7.5-11.5 fL | |

REDACTED      - WC204060E                    Page 1 - Continued on Page 2

®st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DB-KPAP2.  7/01

11/06/09  12:49  8953347  1/3

NOV. 4. 2009  4:08PM     P    PECIALTY  860-632-3696    RECEIVED 11/04/2009  04:08    7H302150007
NO. 5692   P. 2/3

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| SPEARS,HALEY | |
| | **ORDERING PHYSICIAN** |
| DOB: REDACTED AGE: 32 | BAXLEN,BERNARD |
| GENDER: F FASTING: U | |

SPECIMEN INFORMATION
SPECIMEN:   WC271539E
REQUISITION: 5791424

ID:
PHONE: 860.930.0887

**CLIENT INFORMATION**
NEZ2170668                     60010000
BERNARD BAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

COLLECTED:  11/03/2009
RECEIVED:   11/03/2009   21:37 ET
REPORTED:   11/04/2009   06:22 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | 0.58-1.00 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111   H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17   L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.0 | | 35.0-45.0 % | |
| MCV | 87.5 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 239 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC271539E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 09-07629.  7/01
11/04/09  04:11 PM2012   1/3

Liberty004352

PATIENT INFORMATION
**SPEARS, HALEY**

REPORT STATUS   **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED       Age: 32
GENDER: F       Fasting: U

ORDERING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:   10/20/2009   13:45
REPORTED:    10/21/2009   07:01

DR. BERNARD RAXLEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 414 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 288 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 46.1 | | % | |
| LYMPHOCYTES | 37.5 | | % | |
| MONOCYTES | 9.2 | | % | |
| EOSINOPHILS | 6.4 | | % | |
| BASOPHILS | 0.8 | | % | |

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC Wallingford CL 009: 3 Sterling Dr Wallingford CT  06492 Laboratory Director: Meena Singh M.D.

SPEARS, HALEY ~ WC010833E                              Page 2 - End of Report

Printed by Care360 AutoReceive on 10/21/09 at 08:28am.

Liberty004353

OCT. 21. 2009 11:18AM    PHCC SPECIALTY  860-632-3696              NO. 5006   7H302150007  P. 2/3

| | | |
|---|---|---|
| PATIENT INFORMATION | | REPORT STATUS  **Final** |
| **SPEARS, HALEY** | | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 856.697.8378

SPECIMEN INFORMATION
SPECIMEN:    WC010833E
REQUISITION: 5550949
LAB REF NO:

COLLECTED:  10/20/2009    13:45
RECEIVED:   10/20/2009    23:27
REPORTED:   10/21/2009    07:01

DOB: REDACTED      Age: 32
GENDER: F       Fasting: U

PHONE: 8603082050

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

**DR. BERNARD RAXLEN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS | | |
| | | 75 KINGS HWY | | |
| | | FAIRFIELD, CT 06825-4823 | | |
| | | | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 84 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | |
| | | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 18 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 38 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| **HEMATOCRIT** | | 34.5 L | 35.0-45.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.3 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 292 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2075 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1688 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC010833E

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 10/21/09 at 08:26Am.

Liberty004354

OCT. 14. 2009  10:01AM     PHCS SPECIALTY  860-632-3696                    NO. 4634   7H302150007
                                                                                        P. 2/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC8857460
REQUISITION: 5444108

COLLECTED:   10/13/2009   16:15 ET
RECEIVED:    10/13/2009   23:53 ET
REPORTED:    10/14/2009   06:48 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAR.DARIO

CLIENT INFORMATION
NE22103203                        60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

PROVIDER:
DR.BAXLEN/DR.GOUIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | THE ABOVE TEST WAS PERFORMED; HOWEVER. | |
| | | | THE SPECIMEN WAS HEMOLYZED. | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19      L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 35 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.70   L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.1   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 32.9   L | 35.0-45.0 % | |
| MCV | 89.0 | | 80.0-100.0 FL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 13.3 | | 11.0-15.0 % | |

SPEARS.HALEY - WC8857460

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-02404.  1/01
10/14/09  08:20  0067123  1/3

Liberty004355

OCT. 14. 2009 10:01AM     PHCS SPECIALTY  860-632-3696                    NO. 4634   P. 3/3



QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   10/13/2009   16:15 ET
REPORTED:    10/14/2009   06:48 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED  AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAR,DARIO

PROVIDER:
DR.RAXLEN/DR.GOUIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 241 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2918 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1927 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 257 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.2 | | % | |
| LYMPHOCYTES | 33.8 | | % | |
| MONOCYTES | 10.0 | | % | |
| EOSINOPHILS | 4.5 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
               Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

10/20

SPEARS,HALEY ~ WC8857460                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. MI-XXXX.  2/91
10/14/09  08:20  8867173  2/3

Liberty004356

OCT. 14. 2009 10:01AM     PHCS SPECIALTY  860-632-3696                    NO. 4634   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL. CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Raslen MD 212-799-2377
Kristin Giannininto 860-979-0056
Lavrin Govin NP 860-649-6951
Sand copy weekly to patient *

To: Dr. Zagar                    From: PHCS Pharmacy

Fax: 1-203-333-3937              Pages:

Phone:                           Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

OCT. 7. 2009 10:16AM    PHCS SPECIALTY  860-632-3696 — — — — — NO. 4363—P. 2/3—

|  |  |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | PATIENT INFORMATION<br>**SPEARS, HALEY** |

REPORT STATUS **FINAL   REPRINT**

SPECIMEN INFORMATION<br>
SPECIMEN:   WC758016D<br>
REQUISITION: 5310672

DOB: REDACTED   AGE: 31<br>
GENDER:   FASTING: U

ID:<br>
PHONE: 860.308.2050

ORDERING PHYSICIAN<br>
**ZAGAR, DARIO**

CLIENT INFORMATION<br>
NE22200645               60010000<br>
CCC PROFESSIONAL HOME CARE<br>
104 SEBETHE DR STE 3<br>
CROMWELL, CT 06416-1038

COLLECTED:  10/06/2009   10:15 ET<br>
RECEIVED:   10/06/2009   18:10 ET<br>
REPORTED:   10/07/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC<br>PANEL W/EGFR |  |  |  | QWA |
| GLUCOSE | 79 |  | 65-99 mg/dL<br>FASTING REFERENCE INTERVAL |  |
| UREA NITROGEN (BUN) | 14 |  | 7-25 mg/dL |  |
| CREATININE | 0.76 |  | mg/dL |  |
| AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR. |  |  |  |  |
| REFERENCE RANGE<br>MALE:   0.79-1.33<br>FEMALE:  0.58-1.06 |  |  |  |  |
| UNABLE TO FLAG APPROPRIATELY DUE<br>TO GENDER NOT PROVIDED. |  |  |  |  |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) |  |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN<br>AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. |  |  |  |  |
| SODIUM | 138 |  | 135-146 mmol/L |  |
| POTASSIUM | 4.1 |  | 3.5-5.3 mmol/L |  |
| CHLORIDE | 108 |  | 98-110 mmol/L |  |
| **CARBON DIOXIDE** |  | 19    L | 21-33 mmol/L |  |
| CALCIUM | 8.9 |  | 8.6-10.2 mg/dL |  |
| PROTEIN, TOTAL | 6.4 |  | 6.2-8.3 g/dL |  |
| ALBUMIN | 4.2 |  | 3.6-5.1 g/dL |  |
| GLOBULIN | 2.2 |  | 2.1-3.9 g/dL (calc) |  |
| ALBUMIN/GLOBULIN RATIO | 1.9 |  | 1.0-2.1 (calc) |  |
| BILIRUBIN, TOTAL | 0.2 |  | 0.2-1.2 mg/dL |  |
| ALKALINE PHOSPHATASE | 34 |  | 33-115 U/L |  |
| AST | 16 |  | 10-40 U/L |  |
| ALT | 16 |  | 6-60 U/L |  |
| TSH, 3RD GENERATION | 2.22 |  | 0.40-4.50 mIU/L | QWA |
| T4, FREE | 0.9 |  | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 127 |  | 97-219 ng/dL | QWA |

SPEARS, HALEY - WC758016D

Page 1 - Continued on Page 2

Liberty004358

OCT. 7. 2009 10:16AM   PHCS SPECIALTY  860-632-3696          NO. 4363   P. 3/3

ZH302150007

**PATIENT INFORMATION**
**SPEARS,HALEY**

REPORT STATUS **FINAL**   REPRINT

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED   AGE: 31
GENDER:   FASTING: U

ORDERING PHYSICIAN
**ZAGAR,DARIO**

COLLECTED:  10/06/2009  10:15 ET
REPORTED:   10/07/2009  07:48 ET

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.7 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.90 | L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.8 | L | 13.2-15.5 g/dL | |
| HEMATOCRIT | | 34.7 | L | 38.5-45.0 % | |
| MCV | 88.9 | | | 80.0-100.0 fL | |
| MCH | 30.2 | | | 27.0-33.0 pg | |
| MCHC | 34.0 | | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | | 140-400 Thousand/uL | |
| MPV | 8.4 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2109 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2628 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 382 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | | 0-200 cells/uL | |
| NEUTROPHILS | 37.0 | | | % | |
| LYMPHOCYTES | 46.1 | | | % | |
| MONOCYTES | 9.7 | | | % | |
| EOSINOPHILS | 6.7 | | | % | |
| BASOPHILS | 0.5 | | | % | |

PERFORMING LABORATORY INFORMATION

W1  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492. Laboratory Director:  NEENA SINGH,MD
     CLIA: 07D0093126

ORIGINAL REPORT SENT TO:

ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

SPEARS,HALEY - WC758016D

Page 2 - End of Report

Liberty004359

OCT. 7. 2009 10:16AM   PHCS SPECIALTY  860-632-3696    NO. 4363  P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Raxlen MD 212-799-2377
Kristin Giannimiro 860-979-0056
Lauren Covin NP 860-649-6951
Sent copy weekly to patient *

# Fax

To: Dr. Zagar                 From: PHCS Pharmacy
Fax: 1-208-333-3937           Pages:
Phone:                        Date:
Re: patient lab results on: Spears, Haley

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

●Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004360

OCT. 21. 2009 11:19AM     PH^^ SPECIALTY  860-632-3696          NO. 5006   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.          **Professional Home**
104 SEBETHE DRIVE                             **Care Services Inc.**
CROMWELL, CT 06416
Phone: 800-253-3738    Fax: 860-829-4244

Bernard Reslan MD 212-799-2377
Kristin Gianulinito 860-979-0056
Lauren Corvin NP 860-891-7837
                860-649-6951
Send copy weekly to portions ※

# Fax

To: Dr. Zagar                   From: PHCS Pharmacy

Fax: 1-203-333-3937             Pages:

Phone:                          Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004361

SEP. 30. 2009 11:33AM    PHCC SPECIALTY   860-632-3696                    NO. 4016   P. 2

| | | | |
|---|---|---|---|
| | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS **FINAL**   REPRINT | |
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED   AGE: 31<br>GENDER: F FASTING: U | SUPERVISING PHYSICIAN<br>**ZAGAR, DARIO** | |
| SPECIMEN INFORMATION<br>SPECIMEN:   WC641582D<br>REQUISITION: 5192999 | ID:<br>PHONE: 860.930.0887 | CLIENT INFORMATION<br>NE22200645                     60010000<br>CCC PROFESSIONAL HOME CARE<br>104 SEBETHE DR STE 3<br>CROMWELL, CT 06416-1038 | |
| COLLECTED:   09/29/2009   11:15 ET<br>RECEIVED:   09/30/2009   02:42 ET<br>REPORTED:   09/30/2009   07:48 ET | | PROVIDER:<br><u>DR. RAX LEN</u> | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 74 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19      L | 21-33 mmol/L | |
| CALCIUM | 9.5 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.9 | | 35.0-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 12.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 300 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC641582D                                    Page 1 - Continued on Page 2

Liberty004362

SEP. 30. 2009 11:33AM    PHCS SPECIALTY  860-632-3696    — —   NO. 4016   741303150007

| | PATIENT INFORMATION | REPORT STATUS **FINAL**   REPRINT |
|---|---|---|
| | **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

SUPERVISING PHYSICIAN
**ZAGAR, DARIO**

DOB: REDACTED    AGE: 31
COLLECTED:  09/29/2009   11:15 ET
REPORTED:   09/30/2009   07:48 ET
GENDER: F FASTING: U

PROVIDER:
**DR. RAX LEN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2313 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2335 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 605 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 314 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.3 | | % | |
| LYMPHOCYTES | 41.7 | | % | |
| MONOCYTES | 10.8 | | % | |
| EOSINOPHILS | 5.6 | | % | |
| BASOPHILS | 0.6 | | % | |

PERFORMING LABORATORY INFORMATION
WA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
    CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                Queued to:  (860) 829-4244

ORIGINAL REPORT SENT TO:             ASSOCIATED NEUROLOGISTS
                                     75 KINGS HWY
                                     FAIRFIELD, CT 06825-4823

EARS, HALEY - WC641582D                      Page 2 - End of Report

Liberty004363

SEP. 23. 2009 11:04AM    PHCS SPECIALTY  860-632-3696               NO. 3788   7P4302450007  P. 2/3


Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC5137600
REQUISITION: 5084468

COLLECTED:  09/22/2009   14:45 ET
RECEIVED:   09/23/2009   00:50 ET
REPORTED:   09/23/2009   09:49 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED7 AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
RAXLEN, BERNARD

CLIENT INFORMATION
NE22170668                    60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| | | | | | QWA |
| COMPREHENSIVE METABOLIC | | | | | |
| PANEL W/EGFR | | | | | |
| GLUCOSE | 66 | | | 65-99 mg/dL | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | | 7-25 mg/dL | |
| CREATININE | 0.70 | | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | | |
| SODIUM | 141 | | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16 | L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | | 33-115 U/L | |
| AST | 19 | | | 10-30 U/L | |
| ALT | 18 | | | 6-40 U/L | |
| | | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.9 | L | 35.0-45.0 % | |
| MCV | 88.6 | | | 80.0-100.0 fL | |
| MCH | 29.7 | | | 27.0-33.0 pg | |
| MCHC | 33.5 | | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | | 11.0-15.0 % | |
| PLATELET COUNT | 305 | | | 140-400 Thousand/uL | |
| MPV | 8.4 | | | 7.5-11.5 fL | |

SPEARS, HALEY - WC5137600                        Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QD-QP600   7/01
SP/23 PG 09:49 0756540  1/3

Liberty004364

SEP. 23. 2009  11:04AM    PHCS SPECIALTY  860-632-3696              NO. 3788  P. 3/3

7H302150007

 Quest
Diagnostics

|  | PATIENT INFORMATION | REPORT STATUS FAX COPY |
|---|---|---|
|  | SPEARS,HALEY |  |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
|  | DOB: REDACTED AGE: 31 | RAXLEN,BERNARD |
| COLLECTED:  09/22/2009   14:45 ET | GENDER: F FASTING: U |  |
| REPORTED:  09/23/2009   09:49 ET | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2820 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1560 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 25 | | 0-200 cells/uL | |
| NEUTROPHILS | 56.4 | | % | |
| LYMPHOCYTES | 31.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

      Your request to have a duplicate copy faxed has been acknowledged.
              Queued to:  (860) 871-7857

SPEARS,HALEY - WC513760D                            Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. Co-RP#PR   7/01

Liberty004365

7H302150007

 **Quest Diagnostics** ®

| | | |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS FAX COPY |
| | SPEARS,HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED AGE: 31 | RAXLEN,BERNARD |
| | GENDER: F FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:    WC5137600 | ID: | NE2217066B            60010000 |
| REQUISITION: 5084468 | PHONE: 860.308.2050 | BERNARD RAXLEN, M.D. |
| | | 123 W 79TH ST |
| | | NEW YORK, NY 10024-6480 |

| | | |
|---|---|---|
| COLLECTED: | 09/22/2009 | 14:45 ET |
| RECEIVED: | 09/23/2009 | 00:50 ET |
| REPORTED: | 09/23/2009 | 10:07 ET |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.70 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16    L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.9    L | 35.0-45.0 % | |
| MCV | 88.6 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 305 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC5137600

Page 1 - Continued on Page 2

st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 90-12694.  7/01
REDACTED
09/23/09  10:00 8716622  1/3

Liberty004366

7H302150007

 **Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   09/22/2009   14:45 ET
REPORTED:    09/23/2009   10:07 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED  AGE: 31
GENDER: F FASTING: U

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
BAXLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2820 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1560 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 25 | | 0-200 cells/uL | |
| NEUTROPHILS | 56.4 | | % | |
| LYMPHOCYTES | 31.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
    Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

SPEARS,HALEY - WC513760D

Page 2 - End of Report

st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DA-8789. 7/01

QX-FAX
09/23/09  10:08  8796422  2/3

Liberty004367

SEP. 30. 2009  11:32AM     PHCS SPECIALTY   860-632-3696          NO. 4016   P. 1

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Raxlen MD 212-799-2377
Kristin Giannini  860-979-0056
Laurer Gavin NP ~~860-971-7857~~
                  860-649-6951
Sand copy weekly to patient ×

To: Dr. Zagar                    From: PHCS Pharmacy
Fax: 1-203-333-3937              Pages:
Phone:                          Date:
Re: Patient lab results on: Spears, Haley

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

• Comments:

---

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004368

SEP. 10. 2009 11:43AM     PH??S SPECIALTY  860-632-3696                    NO. 3329   7HP02?50907

**Quest Diagnostics**

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| CLIENT SERVICE 1-866-697-8378 | SPEARS,HALEY | |
| | | SUPERVISING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | RAXLEN,MD |
| | GENDER: F FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:    WC283415D | ID: | NE22229230         60010080 |
| REQUISITION: 4862458 | PHONE: 860.309.2050 | WHOLE HEALTH ASSOCIATES |
| | | 100 SIMSBURY RD STE 209 |
| | | AVON, CT 06001-3793 |
| COLLECTED:  09/09/2009   12:30 ET | | |
| RECEIVED:   09/10/2009   01:44 ET | | |
| REPORTED:   09/10/2009   07:20 ET | | PROVIDER: |
| | | GOULIN MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.05 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18    L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31    L | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 | | 35.0-45.0 % | |
| MCV | 89.8 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 214 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC283415D                              Page 1 - Continued on Page 2

SI, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. OS-3799B.   7/01

Liberty004369

SEP. 10. 2009 11:43AM   PHCS SPECIALTY  860-632-3696                    NO. 3329   7013031/50007

## Quest Diagnostics

|  |  |  |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>SPEARS,HALEY | REPORT STATUS FINAL REPRINT |
| COLLECTED:  09/09/2009   12:30 ET<br>REPORTED:   09/10/2009   07:20 ET | DOB: REDACTED AGE: 31<br>GENDER: F FASTING: U | SUPERVISING PHYSICIAN<br>RAXLEN,MD |
|  |  | PROVIDER:<br>GOULIN MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2045 |  | 1500-7800 cells/uL |  |
| ABSOLUTE LYMPHOCYTES | 2270 |  | 850-3900 cells/uL |  |
| ABSOLUTE MONOCYTES | 510 |  | 200-950 cells/uL |  |
| ABSOLUTE EOSINOPHILS | 140 |  | 15-500 cells/uL |  |
| ABSOLUTE BASOPHILS | 35 |  | 0-200 cells/uL |  |
| NEUTROPHILS | 40.9 |  | % |  |
| LYMPHOCYTES | 45.4 |  | % |  |
| MONOCYTES | 10.2 |  | % |  |
| EOSINOPHILS | 2.8 |  | % |  |
| BASOPHILS | 0.7 |  | % |  |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                  Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         184 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC2834150                          Page 2 - End of Report

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved 08-0797R  2/01

09/10/09 08:36 2752124  2/3

Liberty004370

SEP. 3. 2009  3:31PM    3 SPECIALTY  860-632-3696          NO. 3139   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Restler MD 212-799-2377
Kristin Gianninio 860-979-0056
Lauren Corbin NP 860-871-7857
Send copy weekly reportions *

| To: | Dr. Zagar | From: PHCS Pharmacy |
|---|---|---|
| Fax: | 1-203-333-3937 | Pages: |
| Phone: | | Date: |

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004371

SEP. 3. 2009  3:31PM     PHOS SPECIALTY  860-632-3696          NO. 3139   7H302150007
                                                                          P. 2/3

| | |
|---|---|
| | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS **FINAL**   REPRINT |

JUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    REDACTED
REQUISITION: 4762638

COLLECTED:  09/02/2009   12:00 ET
RECEIVED:   09/02/2009   17:25 ET
REPORTED:   09/03/2009   07:48 ET

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2060

SUPERVISING PHYSICIAN
**RAXLEN**

CLIENT INFORMATION
NE22200645                    60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

PROVIDER:
**LAUREN GOUIN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 0.66 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111      H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19       L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.5 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.2 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

REDACTED
SPEARS, HALEY -

Page 1 - Continued on Page 2

Liberty004372

SEP. 3. 2009  3:32PM   P"^S SPECIALTY  860-632-3696          NO. 3139  7H3024 50007

| | PATIENT INFORMATION<br>**SPEARS,HALEY** | REPORT STATUS **FINAL   REPRINT** |
|---|---|---|

UEST DIAGNOSTICS INCORPORATED

DOB: REDACTED   AGE: 31
GENDER: F FASTING: U

SUPERVISING PHYSICIAN
**RAXLEN**

COLLECTED:  09/02/2009   12:00 ET
REPORTED:   09/03/2009   07:48 ET

PROVIDER:
**LAUREN GOUIN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3006 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2154 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 660 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 150 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.1 | | % | |
| LYMPHOCYTES | 35.9 | | % | |
| MONOCYTES | 11.0 | | % | |
| EOSINOPHILS | 2.5 | | % | |
| BASOPHILS | 0.5 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
    CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
            Queued to:  (860) 829-4244

ORIGINAL REPORT SENT TO:          ASSOCIATED NEUROLOGISTS
                                  75 KINGS HWY
                                  FAIRFIELD, CT 06825-4923

REDACTED
SPEARS,HALEY -                          Page 2 - End of Report

Liberty004373

AUG. 27, 2009 12:12PM    PHCS SPECIALTY  860-632-3696                              NO. 2980   7HP021P0907


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC060211D
REQUISITION: 4653769

COLLECTED:   08/26/2009   17:15 ET
RECEIVED:    08/27/2009   02:46 ET
REPORTED:    08/27/2009   06:55 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR.DARIO

CLIENT INFORMATION
NE22103203                  60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 97 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.78 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18    L | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.98 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 90.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS.HALEY - WC060211D

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. SB-12408.  7/01

AUG. 27. 2009 12:12PM    PH^^ SPECIALTY  860-632-3696                    NO. 2980 7H302150897 P. 3/3



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  08/26/2009    17:15 ET
REPORTED:   08/27/2009    06:55 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3069 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2117 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 11    L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 28 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.8 | | % | |
| LYMPHOCYTES | 37.8 | | % | |
| MONOCYTES | 6.7 | | % | |
| EOSINOPHILS | 0.2 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (860) 829-4244
          A duplicate report has been faxed to the following:
          Faxed to:  (860) 829-4244  on:  08/27/2009   8:16:23 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC060211D                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks \ Quest Diagnostics Incorporated. All rights reserved. Ex-87476.  1/01

08/27/09  10:26  #789444  2/3

AUG. 27. 2009 12:11PM    PHCS SPECIALTY  860-632-3696        NO. 2980   7H302150007   P. 173

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Roelen MD 212-799-2377
Kristin Gianninicto 860-979-0056
Lauren Covin NP 860-871-7857
Sent copy weekly to potions ✳

# Fax

| To: | Dr. Zagar | From: | PHCS Pharmacy |
|---|---|---|---|
| Fax: | 1-203-333-3937 | Pages: | |
| Phone: | | Date: | |
| Re: | Patient lab results on: Spears, Haley | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

Liberty004376

JUL. 15. 2009  1:02PM    PHCS SPECIALTY  860-632-3696    NO. 2227  P. 1

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Raxlen MD 212-799-2372
Kristin Giannuinicks 860-979-0056
Lauren Gowin NP 860-871-7857
Sad copy weekly reportions *



To: Dr. Zagar.                From: PHCS Pharmacy

Fax: 1-203-333-3937          Pages:

Phone:                        Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentially may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004377

JUL. 15. 2009  1:03PM     PH^S SPECIALTY   860-632-3696                NO. 2227  P. 2     7b1302150007

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC341038C
REQUISITION: 3969191

COLLECTED:   07/14/2009   14:45 ET
RECEIVED:    07/15/2009   00:32 ET
REPORTED:    07/15/2009   06:47 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR.DARIO

CLIENT INFORMATION
NE22103203                 60010200
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| COMPREHENSIVE METABOLIC |  |  |  | QWA |
| PANEL W/EGFR |  |  |  |  |
| GLUCOSE | 66 |  | 65-99 mg/dL |  |
|  |  |  | FASTING REFERENCE INTERVAL |  |
| UREA NITROGEN (BUN) | 20 |  | 7-25 mg/dL |  |
| CREATININE | 0.85 |  | 0.58-1.06 mg/dL |  |
| eGFR NON-AFR. AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 |  |
| eGFR AFRICAN AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 |  |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) |  |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. |  |  |  |  |
| SODIUM | 140 |  | 135-146 mmol/L |  |
| POTASSIUM | 4.0 |  | 3.5-5.3 mmol/L |  |
| CHLORIDE | 105 |  | 98-110 mmol/L |  |
| CARBON DIOXIDE |  | 18    L | 21-33 mmol/L |  |
| CALCIUM | 9.3 |  | 8.6-10.2 mg/dL |  |
| PROTEIN. TOTAL | 6.9 |  | 6.2-8.3 g/dL |  |
| ALBUMIN | 4.4 |  | 3.6-5.1 g/dL |  |
| GLOBULIN | 2.5 |  | 2.2-3.9 g/dL (calc) |  |
| ALBUMIN/GLOBULIN RATIO | 1.8 |  | 1.0-2.1 (calc) |  |
| BILIRUBIN. TOTAL | 0.5 |  | 0.2-1.2 mg/dL |  |
| ALKALINE PHOSPHATASE | 39 |  | 33-115 U/L |  |
| AST | 21 |  | 10-30 U/L |  |
| ALT | 22 |  | 6-40 U/L |  |
| CBC (INCLUDES DIFF/PLT) |  |  |  | QWA |
| WHITE BLOOD CELL COUNT | 5.1 |  | 3.8-10.8 Thousand/uL |  |
| RED BLOOD CELL COUNT | 4.39 |  | 3.80-5.10 Million/uL |  |
| HEMOGLOBIN | 13.0 |  | 11.7-15.5 g/dL |  |
| HEMATOCRIT | 38.9 |  | 35.0-45.0 % |  |
| MCV | 88.7 |  | 80.0-100.0 fL |  |
| MCH | 29.6 |  | 27.0-33.0 pg |  |
| MCHC | 33.4 |  | 32.0-36.0 g/dL |  |
| RDW | 14.7 |  | 11.0-15.0 % |  |
| PLATELET COUNT | 273 |  | 140-400 Thousand/uL |  |
| MPV | 8.6 |  | 7.5-11.5 fL |  |

SPEARS.HALEY - WC341038C                     Page 1 - Continued on Page 2

ry, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CD-87AA. 7/01

07/15/09 02:06 FG4446  1/3

Liberty004378

JUL. 15. 2009  1:03PM    PHHS SPECIALTY  860-632-3696                    NO. 2221   7H1302150007

**Quest Diagnostics**®

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS, HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | ZAGAR, DARIO |
| COLLECTED:  07/14/2009   14:45 ET | GENDER: F FASTING: N | |
| REPORTED:   07/15/2009   05:47 ET | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2326 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2096 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 434 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 235 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 10 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.6 | | % | |
| LYMPHOCYTES | 41.1 | | % | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.6 | | % | |
| BASOPHILS | 0.2 | | % | |
| TSH, 3RD GENERATION | 1.53 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER     0.20-4.70
SECOND TRIMESTER    0.30-4.10
THIRD TRIMESTER     0.40-2.70


HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126


SPEARS, HALEY - WC341038C                          Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-87474. 2/01

07/15/09 03:06 1564106  2/3

Liberty004379

AUG. 13. 2009 10:50AM    PH^S SPECIALTY   860-632-3696          NO. 2703 7H392150007 P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL. CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Replan MD 212-799-2377
Kristen Cienuinirto 860-979-0056
Lauren Gowin NP 860-871-7857
Sand copy weekly to portions ✱

To: W. Zagar

From: PHCS Pharmacy

Fax: 1-203-333-3937

Pages:

Phone:

Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

Liberty004380

AUG. 13, 2009 10:50AM   PHOS SPECIALTY   860-632-3696          NO. 2703   7H902169907 P. 2/3


Quest
Diagnostics

| | | |
|---|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS, HALEY | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB: REDACTED  AGE: 31
GENDER: F  FASTING: U

ORDERING PHYSICIAN
ZAGAR, DARIO

SPECIMEN INFORMATION
SPECIMEN:    WC828573C
REQUISITION: 4454504

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NEZ2103203              60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  08/11/2009
RECEIVED:   08/13/2009   02:52 ET
REPORTED:   08/13/2009   06:46 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20    L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.2 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 34 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 20 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.36 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.2 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 39.9 | | 35.0-45.0 % | |
| MCV | 91.4 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | 11.0-15.0 % | |
| PLATELET COUNT | 240 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC828573C                          Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-17209. 7/01
07/13/09 03:07 1442352 1/3

Liberty004381

AUG. 13. 2009 10:50AM PHYS SPECIALTY 860-632-3696 NO. 2703 P. 3/3

Quest Diagnostics

PATIENT INFORMATION
SPEARS, HALEY

REPORT STATUS FINAL REPRINT

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

ORDERING PHYSICIAN
ZAGAR, DARIO

COLLECTED: 08/11/2009
REPORTED: 08/13/2009 06:46 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2180 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2170 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 555 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 65 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.6 | | % | |
| LYMPHOCYTES | 43.4 | | % | |
| MONOCYTES | 11.1 | | % | |
| EOSINOPHILS | 1.3 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492
Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to: (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:

CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

BERNARD RAXLEN MD,PC.
123 W. 79 TH ST 1ST.FL.
NEW YORK,NY 10024

HALEY SPEARS
1008 TROUTBROOK DR
WEST HARTFORD,CT

SPEARS,HALEY - WC828573C

Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved.

08/13/09 ... 2/3

AUG. 19. 2009 11:36AM   PHCS SPECIALTY  860-632-3696                NO. 2793   P.  7/30007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bernard Reflen MD 212-799-2377*
*Kristin Gianuinio 860-979-0056*
*Lauren Gavin NP 860-871-7857*
*Send copy weekly to portions* ✳

# Fax



| To: | Dr. Zagar | From: | PHCS Pharmacy |
|-----|-----------|-------|---------------|
| Fax: | 1-203-333-3937 | Pages: | |
| Phone: | | Date: | |

Re: **Patient lab results on:** Spears, Haley

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

◆Comments:

_____

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004383

AUG. 19. 2009 11:36AM   PHONE SPECIALTY  860-632-3696                    NO. 2793  7H302159007

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC916704C
REQUISITION: 4536494

COLLECTED:  08/18/2009   11:45 ET
RECEIVED:   08/19/2009   00:03 ET
REPORTED:   08/19/2009   07:48 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED      AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS **FINAL   REPRINT**

ORDERING PHYSICIAN
DR.D.ZAGAR

CLIENT INFORMATION
NE22200645                60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 65 | | 65-99 mg/dL FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.3 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.5 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.0 | | 35.0-45.0 % | |
| MCV | 91.2 | | 80.0-100.0 fL | |
| MCH | 30.1 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 9.2 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC915704C                          Page 1 - Continued on Page 2

Liberty004384

AUG. 19. 2009 11:36AM   PH^S SPECIALTY   860-632-3696                   NO. 2793   7H3021~0007
                                                                                   P.  3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**DR.D.ZAGAR**

COLLECTED:  08/18/2009   11:45 ET
REPORTED:   08/19/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2613 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2046 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 472 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 127 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 49.3 | | % | |
| LYMPHOCYTES | 38.6 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 2.4 | | % | |
| BASOPHILS | 0.8 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
     CLIA: 07D0093126

          A duplicate report has been faxed to the following:
          Faxed to:  (860) 829-4244  on:  08/19/2009   6:10:04 AM

ORIGINAL REPORT SENT TO:

THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD, CT  06492

SPEARS,HALEY - WC916704C                    Page 2 - End of Report

^~~ Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated  All rights reserved. QUEST-INTL. Revised MO. RCZK - 111500.

Liberty004385

EP. 16. 2009 10:42AM    PHCS SPECIALTY  860-632-3696                   NO. 3570   P. 1/9

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738    Fax: 860-829-4244

**Professional Home
Care Services Inc.**

Bernard Raslan MD 212- 799- 2377
Kristn Gianniniro 860- 979- 0056
Laura Govin NP 860- 871- 7857
Send copy weekly + portions ✱

# Fax

To: Dr. Zagar                       From: PHCS Pharmacy

Fax: 1-203-333-3937                 Pages:

Phone:                              Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

●Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004386

SEP. 16. 2009 10:42AM   PHCS SPECIALTY  860-632-3696                    NO. 3570   P. 2/3    7H302150007

**Quest Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS,HALEY | |

QUEST DIAGNOSTICS INCORPORATED
 IENT SERVICE 1-866-697-8378

DOB: REDACTED AGE: 31
GENDER:   FASTING: U

ORDERING PHYSICIAN
2AGAR,DARIO

SPECIMEN INFORMATION
SPECIMEN:   WC3800650
REQUISITION: 4957370

ID:
PHONE: 860.309.2050

CLIENT INFORMATION
NE22103203                   60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  09/15/2009   12:30 ET
RECEIVED:   09/15/2009   19:53 ET
REPORTED:   09/16/2009   06:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 80 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:     0.79-1.33
FEMALE:  0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| SODIUM | 139 | | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18 | L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | | 33-115 U/L | |
| AST | 21 | | | 10-40 U/L | |
| ALT | 22 | | | 6-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.9 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 4.15 | L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 12.4 | L | 13.2-15.5 g/dL | |

SPEARS,HALEY - WC3800650

Page 1 - Continued on Page 2

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-12394  1/01

09/15/09 04:29 1772517  1/1

Liberty004387

SEP. 16. 2009  10:42AM    PHCS SPECIALTY   860-632-3696                    NO. 3570   7H302150007
                                                                                      P. 3/3

**Quest**
**Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   09/15/2009    12:30 EY
REPORTED:    09/16/2009    06:48 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED  AGE: 31
GENDER:    FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 36.5  L | 38.5-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.0 | | 32.0-36.0 g/dL | |
| RDW | 13.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 222 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3168 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1782 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 631 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 283 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 35 | | 0-200 cells/uL | |
| NEUTROPHILS | 53.7 | | % | |
| LYMPHOCYTES | 30.2 | | % | |
| MONOCYTES | 10.7 | | % | |
| EOSINOPHILS | 4.8 | | % | |
| BASOPHILS | 0.6 | | % | |

    HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

        A duplicate report has been faxed to the following:
        Faxed to:  (860) 677-5406  on:  09/16/2009   9:05:42 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC380065D                      Page 2 - End of Report

®, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CD-KPAPR   1/01
09/16/04  09:29  A7785L7   2/3

Liberty004388

7H302150007

## Quest Diagnostics®

T DIAGNOSTICS INCORPORATED
NT SERVICE 1-866-697-8378

IMEN INFORMATION
CIMEN:   WC913301B
UISITION: 3568235

LECTED:  06/17/2009   09:30 ET
EIVED:   06/17/2009   20:39 ET
ORTED:   06/22/2009   07:13 ET

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED     AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

| REPORT STATUS | **FINAL**   REPRINT |
|---|---|

ORDERING PHYSICIAN
**RAXLEN, BERNARD**

CLIENT INFORMATION
COPY-TO(2|GOUIN,LAUREN M.D.)
GOUIN, LAUREN M.D.
460 HARTFORD TPKE STE B
VERNON, CT 06066

| est Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| OMPREHENSIVE METABOLIC |  |  |  | QWA |
| PANEL W/EGFR |  |  |  |  |
| GLUCOSE | 67 |  | 65-99 mg/dL | |
|  |  |  | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 |  | 7-25 mg/dL | |
| CREATININE | 0.77 |  | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN |  |  |  | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. |  |  |  | |
| SODIUM | 137 |  | 135-146 mmol/L | |
| POTASSIUM | 4.1 |  | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 |  | 98-110 mmol/L | |
| **CARBON DIOXIDE** |  | 18    L | 21-33 mmol/L | |
| CALCIUM | 9.1 |  | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 |  | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 |  | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 |  | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 |  | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 |  | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 |  | 33-115 U/L | |
| AST | 22 |  | 10-30 U/L | |
| ALT | 22 |  | 6-40 U/L | |
|  |  |  |  | |
| BC (INCLUDES DIFF/PLT) |  |  |  | QWA |
| WHITE BLOOD CELL COUNT | 5.4 |  | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 |  | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 |  | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 |  | 35.0-45.0 % | |
| MCV | 91.9 |  | 80.0-100.0 fL | |
| MCH | 29.9 |  | 27.0-33.0 pg | |
| MCHC | 32.5 |  | 32.0-36.0 g/dL | |
| RDW | 14.0 |  | 11.0-15.0 % | |
| PLATELET COUNT | 255 |  | 140-400 Thousand/uL | |
| MPV | 8.3 |  | 7.5-11.5 fL | |

ARS,HALEY - WC913301B                              Page 1 - Continued on Page 2

est Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 02282000-NTL. Revised 5/08. SCIX - 115070.

Liberty004389

7H302150007

 **Quest Diagnostics**®

ϝ DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| PATIENT INFORMATION | | REPORT STATUS **FINAL**   REPRINT |
| **SPEARS, HALEY** | | |

LECTED:  06/17/2009   09:30 ET
ORTED:   06/22/2009   07:13 ET

DOB: REDACTED      AGE: 31
GENDER: F FASTING: U

ORDERING PHYSICIAN
**RAXLEN, BERNARD**

| est Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2160 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2533 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 535 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.0 | | % | |
| LYMPHOCYTES | 46.9 | | % | |
| MONOCYTES | 9.9 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| ЗH, 3RD GENERATION | 2.30 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER    0.20-4.70
SECOND TRIMESTER   0.30-4.10
THIRD TRIMESTER    0.40-2.70

**ϝORMING LABORATORY INFORMATION**

QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
CLIA: 07D0093126

A duplicate report has been faxed to the following:
Faxed to:  (860) 677-5406  on:  06/18/2009   8:10:27 AM
Faxed to:  (860) 829-4244  on:  06/19/2009   8:08:26 AM
Faxed to:  (860) 677-5406  on:  06/19/2009   3:36:02 PM
Faxed to:  (860) 829-4244  on:  06/19/2009   3:36:02 PM

ϝNAL REPORT SENT TO:              BERNARD RAXLEN, M.D.
                                  123 W 79TH ST
                                  NEW YORK, NY 10024-6480

Liberty004390

st Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. DI28300-NTL, Revised 9/08. SCZK - 11957G

AUG. 3. 2009  2:28PM   P*** SPECIALTY  860-632-3696

NO. 2511  P. 2/6

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC574998C
REQUISITION: 4198697

COLLECTED: 07/28/2009  13:00 ET
RECEIVED:  07/29/2009  02:47 ET
REPORTED:  08/03/2009  11:19 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

ID:   1800104
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN

CLIENT INFORMATION
NE22222358              60010000
RHEUMATOLOGY & ALLERGY INST.
361 MAIN ST
MANCHESTER, CT 06040-4127

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.0 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | NORMAL PATTERN | | | |
| BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) | | | | AMD |
| BETA2 GLYCOPROTEIN I AB (IGG) | <20 | | <20 U/mL | |
| BETA2 GLYCOPROTEIN I AB (IGM) | <10 | | <10 U/mL | AMD |
| BETA2 GLYCOPROTEIN I AB (IGA) | <10 | | <10 U/mL | AMD |

Beta2-Glycoprotein I (IgG)
Reference range:
  <20 U/mL  Negative
  20-30 U/mL Equivocal - Found in small percentage
             of the healthy population: may be reactive
  >30 U/mL  Positive - Risk factor for thrombosis
             and pregnancy loss

Beta2-Glycoprotein I (IgM)
Reference range:
  <10 U/mL  Negative
  10-20 U/mL Equivocal - Found in small percentage
             of the healthy population: may be reactive
  >20 U/mL  Positive - Risk factor for thrombosis
             and pregnancy loss

Beta2-Glycoprotein I (IgA)
Reference range:
  <10 U/mL  Negative
  10-20 U/mL Equivocal - Found in small percentage

SPEARS.HALEY - WC574998C

Page 1 - Continued on Page 2

Liberty004391

AUG. 3. 2009  2:29PM    PH^^ SPECIALTY  860-632-3696                                    NO. 2511   7P13021S0007
                                                                                                          3/8


Quest
Diagnostics

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS.HALEY | |

QUEST DIAGNOSTICS INCORPORATED                    ORDERING PHYSICIAN

                                        DOB: REDACTED AGE: 31
COLLECTED:  07/28/2009   13:00 ET     GENDER: F FASTING: U
REPORTED:   08/03/2009   11:19 ET     ID: 1800184

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

RxPlod mem

of the healthy population; may be reactive
>20 U/mL  Positive - Risk factor for thrombosis

The Antiphospholipid Antibody Syndrome (APS) is a
clinical-pathologic correlation that includes a
clinical event (e.g. thrombosis, pregnancy loss,
thrombocytopenia) and persistent positive
Antiphospholipid Antibodies (IgM or IgG ACA >40
MPL/GPL, IgM or IgG anti-B2GPI antibodies, or a Lupus
Anticoagulant). The IgA isotype has been implicated
in smaller studies, but have not yet been incorporated
into the APS criteria. International consensus
guidelines suggest waiting at least 12 weeks before
retesting to confirm antibody persistence.
Reference J Thromb Haemost 2006; 4: 295

| CREATINE KINASE. TOTAL | 61 | | 29-143 U/L | QWA |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | | 36   L | 65-99 mg/dL | |

VERIFIED BY REPEAT ANALYSIS

WHOLE BLOOD OR UNSPUN GEL BARRIER TUBE RECEIVED.
A FALSE ELEVATION OF K, PHOS. LD AND IRON AS WELL AS
A FALSE DECREASE IN GLUCOSE MAY OCCUR DUE TO PROLONGED
CONTACT WITH RED CELLS.

                                        FASTING REFERENCE INTERVAL
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| SODIUM | 142 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16   L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |

SPEARS.HALEY - WC574998C                        Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-XPARL. 2/01
(help)
08/03/09  11:41  86269H  2/7

Liberty004392

AUG. 3. 2009  2:29PM   PHCS SPECIALTY  860-632-3696                    NO. 2511   P. 4/6

Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED/ AGE: 31 | |

COLLECTED:  07/28/2009   13:00 ET      GENDER: F FASTING: U
REPORTED:   08/03/2009   11:19 ET      ID: 1800184

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| PROTEIN, TOTAL | 6.5 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | | 33-115 U/L | |
| AST | 22 | | | 10-30 U/L | |
| ALT | 22 | | | 6-40 U/L | |
| | | | | | |
| LUPUS ANTICOAGULANT | | | | | AMD |
| EVALUATION WITH REFLEX | | | | | |

```
****************************************
* TEST NOT PERFORMED.                   *
* NO SUITABLE SPECIMEN RECEIVED.        *
****************************************
```

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | | QUA |
| WHITE BLOOD CELL COUNT | | 3.4 | L | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.82 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.5 | L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2 | L | 35.0-45.0 % | |
| MCV | 89.7 | | | 80.0-100.0 fL | |
| MCH | 30.2 | | | 27.0-33.0 pg | |
| MCHC | 33.7 | | | 32.0-36.0 g/dL | |
| RDW | | 15.2 | H | 11.0-15.0 % | |
| PLATELET COUNT | 234 | | | 140-400 Thousand/uL | |
| MPV | 8.4 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1537 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1445 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 323 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 78 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | | 0-200 cells/uL | |
| NEUTROPHILS | 45.2 | | | % | |
| LYMPHOCYTES | 42.5 | | | % | |
| MONOCYTES | 9.5 | | | % | |
| EOSINOPHILS | 2.3 | | | % | |
| BASOPHILS | 0.5 | | | % | |
| | | | | | |
| CARDIOLIPIN AB SCREEN | | | | | QUA |
| W/REFLEX TO IGG AND IGM | | | | | |
| CARDIOLIPIN ANTIBODY | | | | | |
| SCREEN | NEGATIVE | | | NEGATIVE | |

SPEARS,HALEY - WC574998C                        Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 06-87578.  7/01

AUG. 3. 2009  2:29PM    PHCO SPECIALTY  860-632-3696                NO. 2511  7p1302150007
                                                                              P. 5/6


**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
SPEARS,HALEY

COLLECTED: 07/28/2009  13:00 ET
REPORTED:  08/03/2009  11:19 ET

DOB: REDACTED  AGE: 31
GENDER: F  FASTING: U
ID: 1800184

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ANACHOICE(TM) SCREEN | | | | QWA |
| W/REFL TO TITER, IFA | | | | |
| ANACHOICE(TM) SCREEN | NEGATIVE | | NEGATIVE | |

A NEGATIVE ANACHOICE(TM) INDICATES THE ABSENCE OF
DETECTABLE ANTIBODIES TO COMPONENT ANALYTES
CONSISTING OF DSDNA, CHROMATIN, RNP, SM/RNP, SM, SSA,
SSB, JO-1, CENTROMERE B, SCL-70 AND RIBOSOMAL P.

A NEGATIVE ANACHOICE(TM) SHOULD BE INTERPRETED IN THE
CONTEXT OF THE CLINICAL AND LABORATORY FINDINGS, AND
DOES NOT RULE OUT AUTOIMMUNE DISEASE CHARACTERIZED BY
OTHER AUTOANTIBODY SPECIFICITIES INCLUDING AUTOIMMUNE
HEPATITIS AND PRIMARY BILIARY CIRRHOSIS.

| | | | | |
|---|---|---|---|---|
| DNA (DS) ANTIBODY | 3 | | IU/mL | QWA |

```
IU/mL       INTERPRETATION
=====       ==============
< OR = 4    NEGATIVE
5 - 9       INDETERMINATE
> OR = 10   POSITIVE
```

| | | | | |
|---|---|---|---|---|
| COMPLEMENT COMPONENT C3C | 90 | | 90-180 mg/dL | QWA |
| COMPLEMENT COMPONENT C4C | | 13  L | 16-47 mg/dL | QWA |
| IMMUNOFIXATION, SERUM | | | | QWA |
| INTERPRETATION | NORMAL PATTERN, NO MONOCLONAL PROTEINS DETECTED. | | | |
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 201 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 857 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 91 | | 48-271 mg/dL | |
| SM AND SM/RNP ANTIBODIES | | | | QWA |
| SM ANTIBODY | <1.0 NEG | | <1.0 NEG AI | |
| SM/RNP ANTIBODY | <1.0 NEG | | <1.0 NEG AI | |
| SJOGREN'S ANTIBODY (SS-A) | <1.0 NEG | | <1.0 NEG AI | QWA |
| SJOGREN'S ANTIBODY (SS-B) | <1.0 NEG | | <1.0 NEG AI | QWA |
| VITAMIN B12/FOLATE, | | | | QWA |
| SERUM PANEL | | | | |
| VITAMIN B12 | 447 | | 200-1100 pg/mL | |

SPEARS,HALEY - WC574998C                    Page 4 - Continued on Page 5

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. M-17499. 7/01

Liberty004394

AUG. 3. 2009 2:29PM    PH^S SPECIALTY  860-632-3696                          NO. 2511  7#1302150007
                                                                                        P. 6/8


Quest
Diagnostics.

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   07/28/2009   13:00 ET
REPORTED:    08/03/2009   11:19 ET

PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
SPEARS.HALEY

                             ORDERING PHYSICIAN
DOB: REDACTED AGE: 31
GENDER: F FASTING: U
ID: 1800184

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| FOLATE, SERUM | >24.0 | | ng/mL | |

REFERENCE RANGE:
LOW:         < 3.4
BORDERLINE:  3.4-5.4
NORMAL:      > 5.4

VITAMIN D, 25-HYDROXY,                                                                   AMD
 LC/MS/MS
 VITAMIN D, 25 OH, TOTAL     24              20-100 ng/mL
 VITAMIN D, 25 OH, D3        20              ng/mL
 VITAMIN D, 25 OH, D2        4               ng/mL

    25-OHD3 indicates both endogenous production and
    supplementation. 25-OHD2 is an indicator of
    exogenous sources such as diet or supplementation.
    Therapy is based on measurement of Total 25-OHD,
    with levels <20 ng/mL indicative of Vitamin D
    deficiency while levels between 20 ng/mL and 30
    ng/mL suggest insufficiency. Optimal levels are
    >30 ng/mL.


    HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH SISCO, MD , CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEEMA SINGH,MD, CLIA: 07D0093126

    Your request to have a duplicate copy faxed has been acknowledged.
                   Queued to:  (212) 799-2377
                   Queued to:  (860) 829-8244

DUPLICATE REPORT WILL BE SENT TO:      GOVIN,LAUREN MD


                                       HALEY SPEARS
                                       1088 TROUTBROOK DRIVE
                                       WEST HARTFORD,CT

                                       BERNARD RAXLEN, M.D.


SPEARS,HALEY - WC574998C                        Page 5 - Continued on Page 6|

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 09-07070.  1/01
08/03/05  11:41  6628334  5/7

Liberty004395

AUG. 3. 2009  2:28PM    PHCS SPECIALTY  860-632-3696          NO. 2511  7H302159007  P. 1/6

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244



**Professional Home Care Services Inc.**

# Fax

*Bernard Raxlen MD 212-799-2377*
*Kristin Gianninoto 860-979-0056*
*Lauren Gorden NP 860-871-7852*
*Send copy weekly to portions* ⚹

| To: | Dr. Zagar | From: | PHCS Pharmacy |
|---|---|---|---|
| Fax: | 1-203-333-3937 | Pages: | |
| Phone: | | Date: | |
| Re: | Patient lab results on: Spears, Haley | | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

Liberty004396

AUG. 4. 2009 11:21AM    PH?? SPECIALTY  860-632-3696              NO. 2523   7#1302150007
                                                                              P. 2/3

## Quest Diagnostics

|  |  |  |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| | SPEARS,HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | SUPERVISING PHYSICIAN |
| CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED AGE: 31 | ZAGAR,DARIO |
| | GENDER:   FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:   WC664359C | ID: | NE22103203          60010000 |
| REQUISITION: 4290647 | PHONE: 203.388.2050 | ASSOCIATED NEUROLOGISTS |
| | | 75 KINGS HWY |
| | | FAIRFIELD, CT 06825-4823 |
| COLLECTED: 08/03/2009   16:15 ET | | |
| RECEIVED:  08/04/2009   01:27 ET | | |
| REPORTED:  08/04/2009   06:48 ET | | PROVIDER: |
| | | PHCS |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | mg/dL | |
| AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR. | | | | |
| | | | | |
| REFERENCE RANGE | | | | |
| MALE:   0.79-1.33 | | | | |
| FEMALE: 0.58-1.06 | | | | |
| | | | | |
| UNABLE TO FLAG APPROPRIATELY DUE | | | | |
| TO GENDER NOT PROVIDED. | | | | |
| | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19      L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31      L | 33-115 U/L | |
| AST | 23 | | 10-40 U/L | |
| ALT | 22 | | 6-60 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.82    L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.6    L | 13.2-15.5 g/dL | |

SPEARS,HALEY - WC664359C                        Page 1 - Continued on Page 2

...st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 08-02009.   V01

08/04/09  04:49  0122:31  1/3

AUG. 4. 2009 11:21AM    PH^^ SPECIALTY  860-632-3696          NO. 2523  7H3302450007  P. 3/3


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

| | | | PATIENT INFORMATION SPEARS,HALEY | REPORT STATUS FINAL REPRINT |
|---|---|---|---|---|

COLLECTED:  08/03/2009   16:15 ET
REPORTED:   08/04/2009   05:48 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER:   FASTING: U

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAR,DARIO

PROVIDER:
PHCS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 34.3    L | 38.5-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 30.3 | | 27.0-33.0 pg | |
| MCHC | 33.8 | | 32.0-36.0 g/dL | |
| RDW | 15.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 243 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2041 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1651 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 424 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 67 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 48.6 | | % | |
| LYMPHOCYTES | 39.3 | | % | |
| MONOCYTES | 10.1 | | % | |
| EOSINOPHILS | 1.6 | | % | |
| BASOPHILS | 0.4 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH,MD. CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:      HALEY SPEARS
                                        1008 TROUT BROOK DR
                                        WEST HARTFORD,CT 06119

SPEARS,HALEY - WC664359C                        Page 2 - End of Report

Liberty004398

AUG. 4. 2009 11:21AM   PHCS PHARMACY   800 253 3738   7H302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

 **Professional Home Care Services Inc.**

Bernard Raxlen MD 212-799-2377
Kristin Gianninimo 860-979-0056
Lauren Gavin NP 860-871-7852
Sent copy weekly to patients *

# Fax

To: Dr. Zagar                    From: PHCS Pharmacy

Fax: 1-203-333-3937              Pages:

Phone:                           Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

JUL. 8. 2009  3:03PM    PHCS SPECIALTY  860-632-3696              NO. 2100  7H3302450007 P. 2/3

# Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC228316C
REQUISITION: 3856403

COLLECTED: 07/07/2009  16:15 ET
RECEIVED:  07/08/2009  05:19 ET
REPORTED:  07/08/2009  11:49 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

ID:
PHONE:

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
ZAGAR, DARIO

CLIENT INFORMATION
NE22200645                    60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19    L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 21 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.13 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.0 | | 35.0-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 29.8 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 280 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |

*[handwritten:]* 10/22/09 TC—
—NAV w̄ doxycyline
—tried benesta
ask melatonin
          passionflower

SPEARS, HALEY - WC228316C                                    ed on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diag

JUL. 8. 2009  3:03PM    PHCS SPECIALTY  860-632-3696                    NO. 2100  7H302150007
                                                                                   P. 3/3

**Quest**
**Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS **FINAL**   **REPRINT** |
| **SPEARS, HALEY** | |
| DOB: REDACTED    AGE: 31 | ORDERING PHYSICIAN |
| GENDER: F FASTING: N | **ZAGAR, DARIO** |

COLLECTED:  07/07/2009   16:15 ET
REPORTED:   07/08/2009   11:49 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2510 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1720 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 575 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 55 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.2 | | % | |
| LYMPHOCYTES | 34.4 | | % | |
| MONOCYTES | 11.5 | | % | |
| EOSINOPHILS | 2.8 | | % | |
| BASOPHILS | 1.1 | | % | |

PERFORMING LABORATORY INFORMATION

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
     CLIA: 07D0093136

ORIGINAL REPORT SENT TO:                    ASSOCIATED NEUROLOGISTS
                                            75 KINGS HWY
                                            FAIRFIELD, CT 06825-4823

SPEARS, HALEY - WC228316C                         Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 0000000-ITL. Revised 6/09. SCIX - 1/11/01.

Liberty004401

JUL. 8. 2009  3:03PM    PHCS SPECIALTY  860-632-3696         NO. 2100   P. 1/9

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

 **Professional Home Care Services Inc.**

Bernard Roelen MD 212-799-2377
Kristin Ciannuinio 860-979-0056
Laurel Cowen NP 860-871-7852
Sant copy weekly to portions *

# Fax

| To: | N. Zagar | From: | PHCS Pharmacy |
|---|---|---|---|
| Fax: | 1-203-333-3937 | Pages: | |
| Phone: | | Date: | |
| Re: | Patient lab results on: Spears, Haley | | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004402

JUL. 1. 2009 12:19PM    PHCS SPECIALTY   860-632-3696                    NO. 2019   7H302H/50007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bernard Reeder MD 212-799-2377*
*Kristin Giannini MD 860-979-0056*
*Lauren Gavin MD 860-871-7857*
*Sent copy weekly to portions* ✻



To: *N. Zagar*          From: PHCS Pharmacy
Fax: *1-203-333-3937*   Pages:
Phone:                  Date:
Re: *Patient lab results on: Spears, Haley*

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

◆ Comments:

_____

_____

_____

_____

_____

_____

_____

_____

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004403

JUN. 24. 2009 10:47AM    PHCS SPECIALTY  860-632-3696         NO. 1911   7H002169807

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Rosden MD 212- 799 - 2377
Kristin Giannini MD 860- 979 - 0056
Lauren Govin NP 860 - 871 - 7857
Sent copy weekly to potions *

To: Dr. Zagar                From: PHCS Pharmacy

Fax: 1-203-333-3957          Pages:

Phone:                       Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004404

JUN. 24. 2009 10:47AM   PHCS SPECIALTY   860-632-3696                    NO. 1911   7H302150007
                                                                                    P. 2/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC007530C
REQUISITION: 3659645

COLLECTED:   06/23/2009   16:15 ET
RECEIVED:    06/23/2009   22:27 ET
REPORTED:    06/24/2009   08:02 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NE22103203                 60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC |  |  |  | QWA |
| PANEL W/EGFR |  |  |  |  |
| GLUCOSE | 95 |  | 65-99 mg/dL | |
|  |  |  | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 |  | 7-25 mg/dL | |
| CREATININE | 0.72 |  | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN |  |  |  |  |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. |  |  |  |  |
| SODIUM | 137 |  | 135-146 mmol/L | |
| POTASSIUM | 4.0 |  | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 |  | 98-110 mmol/L | |
| CARBON DIOXIDE |  | 18   L | 21-33 mmol/L | |
| CALCIUM | 8.6 |  | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.7 |  | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 |  | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 |  | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 |  | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.4 |  | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 |  | 33-115 U/L | |
| AST | 20 |  | 10-30 U/L | |
| ALT | 23 |  | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) |  |  |  | QWA |
| WHITE BLOOD CELL COUNT | 4.8 |  | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.99 |  | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 |  | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 |  | 35.0-45.0 % | |
| MCV | 88.0 |  | 80.0-100.0 fL | |
| MCH | 29.7 |  | 27.0-33.0 pg | |
| MCHC | 33.7 |  | 32.0-36.0 g/dL | |
| RDW | 13.7 |  | 11.0-15.0 % | |
| PLATELET COUNT | 248 |  | 140-400 Thousand/uL | |
| MPV | 8.6 |  | 7.5-11.5 fL | |

SPEARS,HALEY - WC007530C                           Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. AA-CPWPA. 1/AA

Liberty004405

JUN. 24. 2009 10:47AM    PHCS SPECIALTY  860-632-3696                    NO. 1911  7H302150007 P. 3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  06/23/2009   16:15 ET
REPORTED:   06/24/2009   08:02 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
ZAGAR,DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2530 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1704 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 538 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 0    L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | 0-200 cells/uL | |
| NEUTROPHILS | 52.7 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 11.2 | | % | |
| EOSINOPHILS | 0.0 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

SPEARS,HALEY - WC007530C                              Page 2 - End of Report

Liberty004406

PHCS          Fax:8608294244          Jun 19, 2009  16:42      P.701 02150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home
Care Services Inc.**

Bernard Revlon MD 212- 799- 2377
Kristin Giovannini MD 860- 979- 0056
Lauren Guvin NP 860- 871- 7852
Send copy weekly to patients ✳

**Fax**



To: Dr. Zagar                    From:  PHCS Pharmacy

Fax: 1-203-333-3937              Pages:

Phone:                           Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

●Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004407

M&S      Fax:8608294244      Jun 19 2009 16:42      P.02/302150007


## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
  ENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC9133018
REQUISITION: 3568235

| | |
|---|---|
| COLLECTED: | 06/17/2009   09:30 ET |
| RECEIVED: | 06/17/2009   20:39 ET |
| REPORTED: | 06/18/2009   06:24 ET |

**PATIENT INFORMATION**
SPEARS, HALEY

DOB: REDACTED   AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
RAXLEN, BERNARD

CLIENT INFORMATION
NE22170668      60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
|   BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
|   AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18   L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | WA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 91.9 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

6/18/09 DS

FAXED CLK

SPEARS, HALEY - WC9133018            Page 1 - Continued on Page 2

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated   All rights reserved. CA-BRLPX. 2/01
06/18/09 06:04 8476379 1/3

Liberty004408

PHCS                    Fax:8608294244              Jun 19 2009  16:42    P.03 7H302150007


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  06/17/2009    09:30 ET
REPORTED:   06/18/2009    06:24 ET

PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
SPEARS,HALEY

DOB: REDACTED AGE: 31        ORDERING PHYSICIAN
GENDER: F FASTING: U         RAXLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2160 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2533 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 535 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.0 | | % | |
| LYMPHOCYTES | 46.9 | | % | |
| MONOCYTES | 9.9 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| TSH, 3RD GENERATION | 2.30 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER    0.20-4.70
SECOND TRIMESTER   0.30-4.10
THIRD TRIMESTER    0.40-2.70

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
          Queued to:  (860) 677-5406

SPEARS,HALEY - WC9133018                            Page 2 - End of Report

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. Q4-RPRPR   2/01

06/18/09 03:04 14342PM  2/3

Liberty004409

PHCS                    Fax:8608294244          Jun 19 2009  16:42   P.04  04302150007



**Quest Diagnostics** ®

EST DIAGNOSTICS INCORPORATED
ENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
PECIMEN:    WC780230B
QUISITION: 3424450

JLLECTED:   06/09/2009   15:45 ET
CEIVED:    06/10/2009   00:38 ET
PORTED:    06/10/2009   07:48 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED      AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS  **FINAL**   REPRINT

ORDERING PHYSICIAN
ZAGAR, DARIO

CLIENT INFORMATION
NE22200645                 60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | | NOT APPLICABLE | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 28 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.6 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.1 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 287 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC780230B

Page 1 - Continued on Page 2





Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 3020200-NTL Revised 6/03, 8/24 - 119670.

Liberty004410

PHLS                    Fax:8608294244            Jun 19 2009  16:42    P. 05

 **Quest Diagnostics**

2ST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
**ZAGAR,DARIO**

SCTED:   06/09/2009   15:45 ET
PORTED:  06/10/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2948 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1917 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 464 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 38 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.6 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 8.6 | | % | |
| EOSINOPHILS | 0.7 | | % | |
| BASOPHILS | 0.6 | | % | |

**RFORMING LABORATORY INFORMATION**
QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492, Laboratory Director: NEENA SINGH,MD
CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (212) 799-2377
Queued to:  (860) 829-4244
Queued to:  8606675406FAX

AINAL REPORT SENT TO:          ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

EARS,HALEY - WC780230B                         Page 2 - End of Report

Liberty004411

PHCS                          Fax:8608294244              Jun 19 2009  16:43    P. 06/302150007

**Quest**
**Diagnostics**

                              PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
                              SPEARS.HALEY

QUEST DIAGNOSTICS INCORPORATED                             ORDERING PHYSICIAN
CLIENT SERVICE 1-866-697-8378  DOB: REDACTED  AGE: 31      ZAGAR.DARIO
                              GENDER: F FASTING: N
SPECIMEN INFORMATION                                       CLIENT INFORMATION
SPECIMEN:    WC660151B         ID:                         NE22103203            60010000
REQUISITION: 3295600           PHONE: 860.308.2050         ASSOCIATED NEUROLOGISTS
                                                           75 KINGS HWY
                                                           FAIRFIELD. CT 06825-4823
COLLECTED:  06/02/2009    14:15 ET
RECEIVED:   06/02/2009    21:32 ET
REPORTED:   06/03/2009    06:48 ET

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| | | | | | QWA |
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | | |
| GLUCOSE | 73 | | | 65-99 mg/dL | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | | 7-25 mg/dL | |
| CREATININE | 0.73 | | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | | |
| SODIUM | 143 | | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111 | H | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | | 21-33 mmol/L | |
| CALCIUM | 8.9 | | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.7 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | | 33-115 U/L | |
| AST | 27 | | | 10-30 U/L | |
| ALT | 36 | | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | | |
| WHITE BLOOD CELL COUNT | 4.8 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.75 | L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 10.9 | L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.1 | L | 35.0-45.0 % | |
| MCV | 88.3 | | | 80.0-100.0 fL | |
| MCH | 29.2 | | | 27.0-33.0 pg | |
| MCHC | 33.0 | | | 32.0-36.0 g/dL | |
| RDW | 14.8 | | | 11.0-15.0 % | |
| PLATELET COUNT | 285 | | | 140-400 Thousand/uL | |
| MPV | 8.3 | | | 7.5-11.5 fL | |

SPEARS.HALEY - WC660151B                                  Page 1 -- Continued on Page 2

., Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 14-3799.  1/01

Liberty004412

PHLS                    Fax:8608294244        Jun 19 2009  16:43      P.702150007


Quest
Diagnostics

~QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED  AGE: 31 | ZACAR,DARIO |
| GENDER: F FASTING: N | |

COLLECTED:  06/02/2009   14:15 ET
REPORTED:   06/03/2009   06:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 1963 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2203 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 509 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 91 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.9 | | % | |
| LYMPHOCYTES | 45.9 | | % | |
| MONOCYTES | 10.6 | | % | |
| EOSINOPHILS | 1.9 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:      CCC PROFESSIONAL HOME CARE
~                                       104 SEBETHE DR STE 3
                                        CROMWELL, CT 06416-1038

                                        DR RAXLEY

                                        DR GOUIN

                                        HALEY SPEARS
                                        100B TROUT BROOK DRIVE
                                        WEST HARTFORD,CT

SPEARS,HALEY - WC660151B                      Page 2 - End of Report

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DS-8PAM. 7/01

01/01/09 01:01 1423941  2/2

Liberty004413

JUL. 1. 2009 12:19PM   PHCS SPECIALTY  860-632-3696      NO. 2019   7H302159007

## Quest Diagnostics®

PATIENT INFORMATION
**SPEARS, HALEY**

RE... T STATUS **FINAL   REPRINT**

TEST DIAGNOSTICS INCORPORATED
...IENT SERVICE 1-866-697-8378

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

PECIMEN INFORMATION
PECIMEN:   WC121809C
EQUISITION: 3751139

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22200645                60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:  06/30/2009   15:30 ET
RECEIVED:   06/30/2009   20:46 ET
REPORTED:   07/01/2009   09:56 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.74 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17      L | 21-33 mmol/L | |
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 27 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.15 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.0 | | 35.0-45.0 % | |
| MCV | 89.3 | | 80.0-100.0 fL | |
| MCH | 29.2 | | 27.0-33.0 pg | |
| MCHC | 32.7 | | 32.0-36.0 g/dL | |
| RDW | 14.2 | | 11.0-15.0 % | |
| PLATELET COUNT | 321 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC121809C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics Marks are the trademarks of Quest Diagnostics  © Quest Diagnostics Incorporated. All rights reserved. CODDXXX-HTL Revised 3/08, BKK - 1/1928

Liberty004414

JUL. 1. 2009 12:20PM    PHCS SPECIALTY  860-632-3696                NO. 2019    P. 3/3

**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | RE_ _T STATUS **FINAL    REPRINT** |
| **SPEARS, HALEY** | |

COLLECTED:  06/30/2009  15:30 ET          DOB: REDACTED    AGE: 31
REPORTED:  07/01/2009  09:56 ET          GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2492 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2531 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 420 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 112 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |
| NEUTROPHILS | 44.5 | | % | |
| LYMPHOCYTES | 45.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 2.0 | | % | |
| BASOPHILS | 0.8 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
      CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                ASSOCIATED NEUROLOGISTS
                                        75 KINGS HWY
                                        FAIRFIELD, CT 06825-4823

SPEARS, HALEY - WC121809C                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics  © Quest Diagnostics Incorporated  All rights reserved. 02/2003 HL3, Revised 1/03, PCR - 115312.

Liberty004415

7H302150007

Connecticut Natural Health Specialists, LLC
1330 Sullivan Ave
South Windsor, CT 06074
(860)644-2437

July 21, 2009

To Whom It May Concern:

Haley Spears (DOB REDACTED) is under my medical care and has been receiving treatment for a myriad of concerns. Haley's first office visit was April 20, 2009 where she presented with extreme pain, fatigue, migraines, difficulty with cognition and concentration as well as night sweats. She has been diagnosed from her neurologist with Lyme disease and is seeking treatment with Dr. Kage and Dr. Raxlen for her condition and symptoms. I am currently supporting her with lifestyle and nutrition recommendations.

Due to her conditions, Haley is unable to perform the duties required for her job and needs to continue to seek medical treatment for her condition. To my knowledge, it has not yet been determined when she will be well enough to perform the duties of her job. It is my clinical opinion that she should continue on treatment with the specialists managing her care and be supported with disability coverage.

Sincerely,

Lauren Gouin, ND

7/24/09 Copy for PT chart.
Mailed to PT 7/24/09 Vernon Office

Liberty004416

JUL. 22. 2009 10:33AM    PHCS SPECIALTY  860-632-3696          NO. 2336   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bernard Raplen MD 212-799-2377*
*Kristin Giannini? 860-979-0056*
*Lauren Gowin NP 860-871-7857*
*Send copy weekly to portions* ✳



**Fax**

To: *Dr. Zagar*          From: PHCS Pharmacy

Fax: *1-203-333-3937*     Pages:

Phone:                    Date:

Re: *Patient lab results on: Spears, Haley*

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004417

JUL. 22. 2009 10:33AM    QHCS SPECIALTY  860-632-3696                          NO. 2336  7H302159007  P. 2/3


Quest
Diagnostics

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS,HALEY | |

QUEST DIAGNOSTICS INCORPORATED          DOB: REDACTED AGE: 31        ORDERING PHYSICIAN
CLIENT SERVICE 1-866-697-8378           GENDER: F FASTING: N         ZAGAR,DARIO

SPECIMEN INFORMATION                                                 CLIENT INFORMATION
SPECIMEN:   WC452572C                   ID:                          NEZ2103203              60010000
REQUISITION: 4096899                    PHONE: 860.308.2050          ASSOCIATED NEUROLOGISTS
                                                                     75 KINGS HWY
                                                                     FAIRFIELD, CT 06825-4823

COLLECTED:  07/21/2009  13:00 ET
RECEIVED:   07/21/2009  20:31 ET
REPORTED:   07/22/2009  06:51 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 77 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17 L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.02 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC452572C                              Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-BNXM.  1/01

Liberty004418

JUL. 22. 2009 10:33AM    ᴾHCS SPECIALTY  860-632-3696                    NO. 2336   7H302150007  P. 3/3

## Quest Diagnostics

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION SPEARS,HALEY | REPORT STATUS FINAL REPRINT |
| | DOB: REDACTED AGE: 31 | ORDERING PHYSICIAN ZACAR,DARIO |
| COLLECTED: 07/21/2009 13:00 ET | GENDER: F FASTING: N | |
| REPORTED: 07/22/2009 06:51 ET | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2787 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1856 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 530 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 0        L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 26 | | 0-200 cells/uL | |
| NEUTROPHILS | 53.6 | | % | |
| LYMPHOCYTES | 35.7 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 0.0 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWa  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT , 06492
     Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

SPEARS,HALEY - WC452572C                          Page 2 - End of Report

Liberty004419

7H302150007

## AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

atient:

**Haley Muse Spears**
ame of Patient/Previous Names

**1008 Trout Brook Drive**
eet Address

REDACTED
Birth Date/Medical Record Number

**West Hartford, CT 06119**
City, State, Zip

uthorizes:

**Whole Health Associates**
ame of Health Care Provider/Plan/Other

**100 Simsbury Rd, Suite 209**
eet Address

**Avon, CT 06001**
ty, State, Zip Code

Release Of Protected Health Information To:

**Dr. Dorvilus**
Name of Health Care Provider/Plan/Other

**460 Hartford Turnpike**
Street Address

**Vernon, CT 06066**
City, State, Zip Code

formation To Be Released:

- ☑ Medical History, Examination, Reports
- _ Treatment or Tests
- _ Allergy Records
- _ Consultations
- _ Other (Specify): ____

- _ Surgical Reports
- _ Hospital Records Including Reports
- ☒ Laboratory Reports
- ☒ Entire Record

- _ Immunizations
- _ X-ray Reports
- _ Prescriptions

arpose For Need Of Disclosure:  (Check applicable categories)

- _ Further Medical Care
- _ Insurance Eligiblity/Benefits
- _ Other (Specify): **adjunctive care**

- _ Legal Investigation or Action
- _ Changing Physicians

- _ Personal

nderstand that if the person(s) and/or organization(s) listed above are not health care providers, health plans or health care clearinghouses, who must follow the eral privacy standards, the health information disclosed as a result of this authorization may no longer be protected by the federal privacy standards and my health ormation may be redisclosed without obtaining my authorization.

ur Rights With Respect To This Authorization:

ght to Inspect or Copy the Health Information to Be Used or Disclosed - I understand that I have the right to inspect or copy the health information I have horized to be used or disclosed in this authorization form.  I may arrange to inspect my health information or obtain copies of my health information by contacting __ ____.   Right to Receive Copy of This Authorization - I understand that if I agree to sign this authorization, which I am not required to do, ust be provided with a signed copy of the form. Right to Refuse to Sign This Authorization - I understand that I am under no obligation to sign this form and that person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition treatment, payment, enrollment in a alth plan or eligibility for health care benefits on my decision to sign this authorization.  Right to Withdraw This Authorization - I understand written notification ecessary to cancel this authorization.  To obtain information on how to withdraw my authorization or to receive a copy of my withdrawal, I may contact:_____ ____.  I am aware that my withdrawal will not be effective as to uses and/or disclosures of my health information that the person(s) and or anization(s) listed above have already made in reference to this authorization.

piration Date:  This authorization is good until the following date(s) ~~REDACTED~~ HAS 6/22/09 ____ or for one year from the date signed.

ave had an opportunity to review and understand the content of this authorization form.  By signing this authorization, I am nfirming that it accurately reflects my wishes.

gnature Of Patient or Legal Representative: **Haley A Spears**          Date: **6/22/09**
(If signed by other than patient, state relationship and authority to do so.)

itness: _____

Copyright 2002 YourHIPAA.com

Liberty004420

7H302150007

## PATIENT INTAKE

REDACTED

Name Haley Spears    M of F  Date of Birth _____ Age 31

Address 1008 Trout Brook Dr  City West Hartford State CT Zip 06119

SSN 436-33 6982  Home phone 860-308-2050  Cell _____

Occupation Executive Administrative Assistant  Employer Pratt & Whitney /United Technologies

Work phone N/A  Email Address Hspears2@yahoo.com

**Insurance:** CT Care
Subscriber's name Haley Spears    Relationship Self

Subscriber's birth date (mm/dd/yy) 10/11/77  Employer United Technologies

**Primary Care Physician**
Name/Group Kristin Giannini    Phone 860-872-8321

Address 520 Hartford Turnpike, Suite  Date of last physical _____

Date of recent/last lab work & imaging _____

**Emergency Contact:**
Name (Relation) David Spears (Father)    Home 318-865-0221
Phone Cell - 318-349-6490
W 318-221-5114
Shane Spears (brother) 318-349-1768    Chris Spears (mother) 860-305-3109
**Family Information:**    860-645-9997
Marital Status:  Single  Married  Partner  Divorced  Widow(er)
Spouse's name _____    Children: Y / N  Number ___ Ages ___

How did you hear about our practice?  ████████ web-prior patient

**Present Health Concerns (in order of importance):**

1. Lyme, Babesia + Bartonella
2. Chronic Fatigue + cognition problems
3. Migraines + Blurred Vission

**Allergies to drugs, environmental, food, etc (state reaction):**

_____

_____

_____

**Hospitalizations, Procedures, Injuries (surgeries/special diagnostic studies):**

| Date | Procedure | Reason | Outcome |
|------|-----------|--------|---------|
|      |           |        |         |

**Current Medications (including O-T-C):**

| Name of Drug | Reason for taking | Dose | Date Started | Prescribed by |
|--------------|-------------------|------|--------------|---------------|
|              |                   |      |              |               |
|              |                   |      |              |               |
|              |                   |      |              |               |

**Current supplements, vitamins, & Herbs:**

| Name of Drug | Reason for taking | Dose | Date Started | Prescribed by |
|--------------|-------------------|------|--------------|---------------|
|              |                   |      |              |               |
|              |                   |      |              |               |
|              |                   |      |              |               |

7H302150007

## NATUROPATHIC MEDICINE
## INFORMED CONSENT FOR TREATMENT

I, _Haley Spears_, hereby authorize Connecticut Natural Health Specialists, LLC (Lauren Gouin, ND) to perform the following specific procedures as necessary to facilitate my diagnosis and treatment:

**Common diagnostic procedures:** e.g., physical exams, venipuncture, Pap Smears, laboratory
**Minor office procedures:** e.g. dressing a wound, ear irrigation
**Medicinal use of Nutrition:** therapeutic nutrition, nutritional supplementation
**Botanical Medicine:** botanical substances may be prescribed as teas, alcoholic tinctures, capsules, tablets, creams, plasters or suppositories
**Homeopathic remedies:** the use of highly dilute quantities of naturally occurring plants, animals and minerals to gently stimulate the body's healing responses
**Lifestyle Counseling and Hygiene:** diet therapy, promotion of wellness including recommendations for exercise, sleep, stress reduction and balancing of work and social activities
**Psychological Counseling**
**Physical Medicine:** osseous manipulation, soft tissue manipulation, electrotherapies, hydrotherapies, paraffin bath, intersegmental traction, cupping

I recognize the potential risks and benefits of these procedures as described below:

**Potential risks:** allergic reactions to prescribed herbs and supplements, side effects of natural medications, inconvenience of lifestyle changes, injury from venipuncture or procedures, aggravation of pre-existing symptoms, discomfort, pain, bruising, burns, light headedness.

**Potential benefits:** restoration of health and the body's maximal functional capacity, relief of pain and symptoms of disease, assistance in injury and disease recovery, and prevention of disease or its progression.

**Notice to Pregnant Women:** All female patients must alert the doctor if they know or suspect they are pregnant as some of the therapies used could present a risk to pregnancy.

With this knowledge, I voluntarily consent to the above procedures, realizing that no guarantees have been given to me by Connecticut Natural Health Specialists LLC or any of her personnel regarding cure or improvement of my condition. I understand that I am free to withdraw my consent and to discontinue participation in these procedures at any time.

I understand that Connecticut Natural Health Specialists LLC will keep a record of the health services provided to me. This record will be kept confidential and will not be released to others unless so directed by myself or my representative or unless it is required by law. I understand that I may look at my medical record at any time and can request a copy of it by paying an appropriate fee. I understand that my medical record will be kept for a minimum of three, but not more than ten years after the date of my last visit. I understand that any questions I have will be answered by Dr.Lauren Gouin to the best of her ability.

_6/22/09_
Date

_Haley a Spea_
Signature of Patient

Signature of Patient Representative or Guardian

Liberty004422

7H302150007

## Connecticut Natural Health Specialists, LLC

### Financial Policy Disclosure

Current fees for services are as follows:

Examinations vary in prince depending on the complexity and number of body systems that are examined.

Consultation/Examination:
New Patient office visit: $60-175
Established patient office visit: $35-135
Counseling: $70-175

Treatments:
Ear irrigation: $69
Manual therapy: $45

Diagnostics:
Bio Impedance Analysis $38

Medical Records:
$.45 per page plus postage

Payment is due on the date of service unless other arrangements have been made. We accept cash, money orders, cashier's checks, personal checks and credit card payments. Time of service discount is available as a 20% reduction.

Canceling appointments: Patients must give twenty four (24) hours notice before canceling an appointment or you will be personally responsible for the cost of the visit.

I have read the above fees and policies and understand the cost of my care. I understand that I am responsible for payment of all deductibles and co-payments related to my care. I understand that Dr. Gouin bills my insurance company as a courtesy, and I further understand that I am responsible for any amount that my insurance company does not pay. If my balance ins not paid in a timely and monthly fashion, or based on a written and signed agreement, I promise to pay any and all collection, court and attorney fees related to the collection of my account. I understand that if my treatment is associated with a personal injury or accident claim all medical bills will be paid at 100% of the above fee schedule regardless of the outcome of my case. I understand that if a check or credit is returned for insufficient funds I will be charged a $25.00 service charge. I understand and agree to the terms andconditions of the above Financial Policy.

SIGNATURE _____     DATE _6/2?/09_

Liberty004423

7H302150007

## Connecticut Natural Health Specialists, LLC

### Notice of Privacy Practices

This notice describes how health information about you may be used and disclosed and how you can get access to this information. It is effective April 14, 2003, and applies to all protected health information contained in your health records maintained by us. We have the following duties regarding the maintenance, use and disclosure of your health records:

(1) We are required by law to maintain the privacy of the protected health information in your records and to provide you with this Notice of our legal duties and privacy practices with respect to that information.
(2) We are required to abide by the terms of this Notice currently in effect.
(3) We reserve the right to change the terms of this Notice at any time, making the new provisions effective for all health information and records that we have and continue to maintain. All changes in this Notice will be prominently displayed and available at our office.

There are a number of situations in which we may use or disclose to other persons or entities you confidential health information. Certain uses and disclosures will require you to sign an acknowledgement that you received this Notice of Privacy Practices. These include treatment, payment, and health care operations. Any use or disclosure of your protected health information required for anything other than treatment, payment or health care operations requires you to sign an Authorization. Certain disclosures that are required by law, or under emergency circumstances, may be made without your Acknowledgement or Authorization. Under any circumstance, we will use or disclose only the minimum amount of information necessary from your medical records to accomplish the intended purpose of the disclosure.

We will attempt in good faith to obtain your signed Acknowledgement that you received this Notice to use and disclose your confidential medical information for the following purposes. These examples are not meant to be exhaustive, but to describe the types of uses and disclosures that may be made by our office once you have provided Consent.

Treatment: We will use your health information to make decisions about the provision, coordination or management of your healthcare, including analyzing or diagnosing your condition and determining appropriate treatment for that condition. It may also be necessary to share your helath information with another health care provider whom we need to consult with respect to your care. These are only examples of uses and disclosures of medical information for treatment purposes that may or may not be necessary in your case.

Payment: We nay need to use or disclose information in your health record to obtain reimbursement from you, from your health-insurance carrier, or from another insurer for our services rendered to you. This may include determinations of eligibility or coverage

Liberty004424

7H302150007

There are certain circumstances under which we may use or disclose your health information without first obtaining your acknowledgement of authorization. Those circumstances generally involve public health and oversight activities, law enforcement activities, judicial and administrative proceedings, and in the event of death. Specifically, we may be required to report to certain agencies information concerning certain communicable diseases, sexually transmitted diseases or HIV/AIDS status. We may also be required to report instances of suspected or documented abuse, neglect or domestic violence. We are required to report to appropriate agencies and law-enforcement officials information that you or another person is in immediate threat of danger to health or safety as a result of violent activity. We must also provide health information when ordered by a court of law to do so. We may contact you from time to time to provide appointment reminders or information about treatment alternatives or other health related benefits or services that may be of interest to you.

Others involved in your Healthcare: Unless you object, we may disclose to a member of your family, a relative, a close friend or any other person you identify, your protected health information directly relates to that person's involvement in your health care. If you are unable to agree or object to such a disclosure, we may disclose such information as necessary if we determine that it is in your best interested based on our professional judgment. We may use or disclose protected health information to notify or assist in notifying a family member, personal representative or any other person that is responsible for your care of your location, general condition or death. Finally, we may use or disclose your protected health information to an authorized public or private entity to assist in disaster relief effects and to coordinate uses and disclosures to family or other individuals involved in your health care.

Communication Barriers and Emergencies: We may use and disclose your protected health information if we attempt to obtain consent from you but are unable to do so because of substantial communication barriers and we determine, using professional judgment, that you intend to consent to use or disclosure under the circumstances. We may use or disclose your protected health information in an emergency treatment situation. If this happens, we will try to obtain your consent as soon as reasonably practicable after the delivery of treatment. If we are required by law or as a matter of necessity to treat you, and we have attempted to obtain your consent but have been unable to obtain your consent, we may still use or disclose your protected health information to treat you.

Except as indicated above, your health information will not be used or disclosed to any other person or entity without your specific Authorization, which may be revoked at any time. In particular, except to the extent disclosure has been made to governmental entities required by law to maintain the confidentiality of the information, information will not be further disclosured to any other person or entity with respect to information concerning mental health treatment, drug and alcohol abuse, HIV?AIDS or sexually transmitted diseases that may be contained in your health records. We likewise will not disclose your health record information to an employer for purposes of making employment decisions, to a liability insurer or attorney as a result of injuries sustained in an automobile accident, or to educational authorities, without your written authorization.

Liberty004425

7H302150007

You have certain rights regarding your health record information as follows:

   (1) You may request that we restrict the uses and disclosures of your health record information for treatment, payment and operations, or restrictions involving your care or payment related to that care. We are not required to agree to the restrictions, however, if we agree, we will comply with it, except with regard to emergencies, disclosure of the information to you, or if we are otherwise required by law to make a full disclosure without restriction.

   (2) You have a right to request receipt of confidential communications of your medical information by an alternative means or at an alternative location. If you require such an accommodation, you may be charged a fee for accommodation and will be required to specify the alternative address or method of contact and how payment will be handled.

   (3) You have the right to inspect copy and request amendments to your health records. Access to your health records will not include psychotherapy notes contained in them, or information complied in anticipation of or for use in a civil, criminal or administrative action or proceeding to which your access is restricted by law. We will charge a reasonable fee for providing a copy of your health records, or a summary of those records, at your request, which includes the cost of copying, postage and preparation or an explanation or summary of the information.

   (4) All requests for inspection, copying and/or amending information in your health records and all requests related to your rights under this Notice, must be made in writing and addressed to the Privacy Officer at our address. We will respond to your request in a timely fashion.

   (5) You have a limited right to receive an accounting of all disclosures we make to other persons or entities of your health information except for disclosures required for treatment, payment and healthcare operations, disclosures that require authorization, disclosure incidental to another permissible use or disclosure, and otherwise as allowed by law. We will not charge you for the first accounting in any twelve month period; however, we will charge you a reasonable fee for each subsequent request for accounting within the same twelve month period.

   (6) IF this notice was initially provided to you electronically, you have the right to obtain a paper copy of this notice and to take one home with you if you wish.

You may file a written complaint to us or to the Secretary of Health and Human Services if you believe that your privacy rights with respect to confidential information in your health records have been violated. All complaints must be in writing and must be addressed to the Privacy Officer (in the case of complaints to us) or to the person designated by the U.S. Department of Health and Human Services if we cannot resolve your concerns. You will not be retaliated against for filing such a complaint. More information is available able complaints at the government's website, http://www.hhs.gov/ocr/hipaa.

All questions concerning this Notice or requests made pursuant to it should be addressed to: Privacy Officer, 460 Hartford Turnpike Suite B, Vernon, CT 06066

**I have had the opportunity to have all my questions answered regarding Connecticut Natural Health Specialists, LLC privacy practices. I have received a copy of the Notice of Privacy Practice and consent to the use and disclosure of my protected health information for treatment, payment and healthcare operations.**

Signature of Patient or Legal Representative/Witness     Date    6/22/09

Liberty004426

7H302150007



Member Name: BABEY A SPEARS
I.D.#: REDACTED
GROUP#: 002250
RX GRP#: CN3A
Effective Date: 01/01/2010

*Copays vary.
See benefit summary.

Copays, deductibles & coinsurance may apply. Refer to Plan documents.

SOME COPAYS:
PCP .................. $20
OB/Gyn ............. $20
Specialist ......... $35
Walk-in ........... $40
ER ................. $100
Radiology ........ *



Please present this card when seeking covered medical, behavioral health,
and pharmacy services administered by ConnectiCare.

Member/Provider Services:
Customer Service (860) 674-5757 or 1-800-645-9738
Behavioral Health Services & Plans (Optima Health Behavioral Solutions): 1-838-946-4658
Urgent/Emergency Admissions/Services: 1-888-261-2273

Mailing Address:
ConnectiCare
P.O. Box 546
Farmington, CT 06034-0546

This card is for identification purposes only and does not guarantee eligibility. Refer
to the applicable Benefit Summary, Membership Agreement, or other Plan documents for
benefit details. This card is void upon termination of membership in the plan.

Outside the service area contact 1-866-669-7427 or multiplan.com
for a PHCS provider, or if not available, a Multiplan provider.

1-22-10

Liberty004427

7H302130007



Member Name: HALEY A SPEARS

I.D.#: REDACTED

GROUP#: 002250

RX GRP#: CN3A

Effective Date: 01/01/2009

SOME COPAYS:

PCP ....................$20
OB/Gyn .............$20
Specialist ...........$30
Walk-in .............$40
ER .....................$100
Radiology ..........*

*Copays vary.
See benefit summary.

Copays, deductibles & coinsurance may apply. Refer to Plan documents.
No Referral Required

10/09

Please present this card when seeking covered medical, behavioral health,
and pharmacy services administered by ConnectiCare.

Important Phone Numbers:
Member Services: (860) 674-2075 or 1-860-846-8578
Mental Health & Substance Abuse: 1-888-946-4658
Urgent/Emergency Admission/Services: 1-888-261-2271

Mailing Address:
ConnectiCare
P.O. Box 546
Farmington, CT 06034-0546

This card is for identification purposes only and does not guarantee eligibility. Refer
to the applicable Benefit Summary, Summary Plan Description, or other Plan documents
for benefit details. This card is void upon termination of membership in the plan.

A discount may apply when obtaining out-of-network covered services from a PHCS
provider. To locate a PHCS provider call 1-866-669-7427.



MultiPlan

Liberty004428

7H302150007



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

## Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Ferrarotti, APRN   Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/22/2013

### History of Present Illness
Patient presents for follow up of thyroid dysfunction
she is afraid of surgery but not sure what to do

### Active Problems
- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Nontoxic Multinodular Goiter 241.1
- Plantar Fasciitis 728.71
- Systemic Lupus Erythematosus 710.0
- Thyroid Cyst 246.2
- Ulcerative Colitis 556.9

### Allergies
- No Known Drug Allergies

### Current Meds
1. Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to (Evaluate:06May2013); Last Rx:05Feb2013
2. Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to (Evaluate:06May2013); Last Rx:05Feb2013
3. Bicillin L-A 1200000 UNIT/2ML Intramuscular Suspension; inject twice a week; Therapy: 31Jan2012 to (Evaluate:13Apr2013)
4. Butalbital-Acetaminophen 50-325 MG Oral Tablet; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR COMFORT; Therapy: (Recorded:29Jan2013) to
5. Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to
6. Cetirizine HCl 10 MG Oral Tablet; 1 tablet bid; Therapy: 03Apr2012 to
7. Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to
8. EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; Therapy: 02May2008 to  Requested for: 13Feb2009
9. Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
10. Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
11. Mepron 750 MG/5ML Oral Suspension; TAKE 1 TEASPOONFUL TWICE DAILY; Therapy: (Recorded:29Jan2013) to

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

Liberty004429

## RE: SPEARS, HALEY A.

12. Minocycline HCl 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 08Dec2012 to
13. Montelukast Sodium 5 MG Oral Tablet Chewable; TAKE 2 TABLET DAILY; Therapy: 03Oct2012 to (Evaluate:31Oct2012)
14. Ondansetron 8 MG Oral Tablet Dispersible; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED; Therapy: (Recorded:29Jan2013) to
15. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
16. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
17. Selenium 100 MCG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:29Jan2013) to
18. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:29Jan2013) to
19. TraMADol HCl 50 MG Oral Tablet; Therapy: (Recorded:29Jan2013) to
20. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013)

Liberty004430

7H302150007

## RE: SPEARS, HALEY A.

12. Minocycline HCl 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 08Dec2012 to
13. Montelukast Sodium 5 MG Oral Tablet Chewable; TAKE 2 TABLET DAILY; Therapy: 03Oct2012 to (Evaluate:31Oct2012)
14. Ondansetron 8 MG Oral Tablet Dispersible; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED; Therapy: (Recorded:29Jan2013) to
15. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
16. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
17. Selenium 100 MCG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:29Jan2013) to
18. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:29Jan2013) to
19. TraMADol HCl 50 MG Oral Tablet; Therapy: (Recorded:29Jan2013) to
20. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to

## Vitals
### CMG-Vitals [Data Includes: Current Encounter]

|  | 22Feb2013 02:18PM |
|---|---|
| BMI Calculated | 22.02 |
| BSA Calculated | 1.63 |
| Height | 5 ft 4.25 in |
| Weight | 129 lb |
| Systolic | 118, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 64, R Radial |
| Pulse Quality | Normal, R Radial |

## Results/Data
At this visit reviewed: pathology reports 2 nodules each with 5-15% chance cancer, follicular .

## Assessment
- Hashimoto's Thyroiditis 245.2
- Nontoxic Multinodular Goiter 241.1

## Discussion/Summary

1. multiple nodules which are growing and with FNA that is indeterminant follicular with 5-15%. But as growing and as she has hashimoto's, she is likely at the high end of that % risk. and this is for each nodule.
I strongly recommend excision, now.

I discussed the issues in detail including post surgical thyroid replacement and many 'what if's'.

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

Liberty004431

7H302150007

## RE: SPEARS, HALEY A.

Face to face time spent with the patient was 25 minutes and greater than 50% of time was spent counseling/discussion.

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Feb 22 2013  2:55PM

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

3

Liberty004432

7H302150007

## Progress Notes

| Patient: | | | DOB: | | DOS: 1/16/13 |
|---|---|---|---|---|---|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
| Medications: | | | Supplements: | | |

progesterone 10 days prior to cycle

| | ROS: |
|---|---|
| CC: UTI 2 cough | |
| | Con: |
| | ENT: |
| Alexine 0.0cc 45 mos | C/V: |
| night sweats | Resp: |
| | GI: |
| cognitive issues — bloating + heart sensation | Skin: |
| word finding | MSK: |
| | FHx, SHx, Med Hx: |
| ODT — bladder + bowel | PSH: |
| better TVA | |
| | O: |
| Uterine fibroids / polyps | |
| sonogram — 2 wks | |
| irregular menses | |
| 2 days spotty 3 days | |
| q 28–35 days | |
| UMP 2 wks ago | |

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling  Total time _____ minutes
__ Diagnostic tests discussed    __ Compliance discussion    __ Prognosis of condition
__ PARQ/Informed Consent    __ Treatment discussion    __ Risk Factor Reduction
__ Risks and Benefits of Treatment    __ Coordination with other practitioner

| Physician's Signature: | Date: |
|---|---|

Liberty004433

Dr. Lauren Gouin

Haley Spears - Supplement List - Nov 18,2012

| | Med | Dose | When | When |
|---|---|---|---|---|
| | | | | |
| (1) | SELENIUM 100 mcg (SOLGAR or SOLARAY) | 1 | AM | |
| | (Do Not take with IRON or CALCIUM & VITAMIN C)! | | | |
| 2 | SUPER ARTEMISININ - 200mg (Allergy Research) | 1 and 1 | AM | PM |
| 3 | CoQH-CF- 100mg (Allergy Research) | 1 | AM | |
| (4) | SACCHAROMYCES BOULARDII - 250mg (Pure Encapsulatios) | 1 and 1 | AM | PM |
| 5 | COLOSTRUM 40% IgG (Pure Encapsulations) | 1 | AM | |
| (6) | CULTURELLE with LACTOBACILLUS ~ 1/day | 2 and 2 | AM | PM |
| 7 | GARLIC 360mg (Allisure Allicin Garlic ) | 1 | AM | |
| (8) | DAILY EFA 1200mg (Oakmont Labs) | 1 | AM | |
| 9 | MAGNESIUM TAURATE 125 mg (Ecological Formulas) | 1 | AM | |
| 10 | OLIVE LEAF EXTRACT 250mg (Food Science of Vermont) | 1 | AM | |
| 11 | GRAPEFRUIT SEED EXTRACT 125mg (NUTRBIOTIC) | 1 | AM | |
| 12 | VITAMIN D3 2000mg (Solgar) 1 AM | 1 | AM | |
| 13 | RUSSIAN CHOICE GI -IMMUNE SUPPORT (Nutricology) —as needed | 1 | AM | |
| (14) | CANDIDASTAT (Vitanica) composition as follows; | 1 | AM | |
| | (Caprylic Acid 350mg, Milk Thistle Extract 140mg, Garlic Extract 250mg, | | | |
| | Grapefruit Seed & Pulp Extract 20mg, Oregon Grape Root Extract 100mg, | | | |
| | Vitamin E 50 IU, Calcium 36mg, Lactobacillus 400mg). | | | |
| (15) | CALCIUM 600mg with D and Magnesium (Solgar) | 1 | | PM |
| | (Do Not Take with Selenium)! | | | |
| (16) | GENTLE IRON 25mg (Solgar) (Do Not Take with Selenium)! | 1 | | PM |
| 17 | ESTER C 1000 mg (Bio Nutritional Formulas)—as needed | 1 | | PM |
| 17 | (Do Not Take with Selenium)! | | | |
| | | | | |
| | MORNING : 14 Supplements | | | |
| | BEDTIME : 6 Supplements (Some taken in AM & PM) | | | |
| | | | | |

Rx    montelukast 5mg, 2pm         cetirizine HcL 10mg, BID
      pantoprazde 40mg, 1 am        Ondansetron HcL 5mg, PRN
meprron   Famotidine 20mg, 2pm      trimafel HCL 5 5mg(typical)
· tspn BID    EA

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin                           Dr. Benjamin Stratford
*Naturopathic Physician*                   *Naturopathic Physician*

135 Center Street                                    860-533-0179
Manchester, CT 06040                              Fax 860-812-2025
              www.ctnaturalhealth.com

Patient Hailey

① Tcas unit          ℞        ℞

                      ℞        ℞

② inveb water

③ Magnesium              (iron)
                         texture del
                         (cr when p liman)
④                                 (water)

⑤ office - Husant INC 203
                    W IV warn 732-1370

Dr. Signature

Date 12/14/11          ⑥ care x Quilt
• lyme nodule   ( M \ these sc ?
  • Saukex, D sells ?

Liberty004435

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin
*Naturopathic Physician*

Dr. Benjamin Stratford
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient Haley Spears

mucc aa   dcap
          ery 4

Dr. Signature_____

Date_____

Liberty004436

7H302150007

## Progress Notes

| Patient: | | | DOB: | | DOS: 12/14/1? |
|---|---|---|---|---|---|

| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

**Medications:** Lyrica Illing bicinushot Supplements:
CDN

CC: Week PT & back pin

| | ROS: |
|---|---|
| | Con: |
| Minsummer - resolved | ENT: |
| | C/V: |
| | Resp: |
| Moosner - episode ~10/29 | GI: a/c |
| | Skin: |
| | MSK: |
| Nthme | FHx, SHx, Med Hx: |
| Etoxal | PSH: |
| | O: |



PHONE CALL

FOR
M: Haley Spears          DATE 2-7-1?   TIME ___ A.M. / P.M.
OF
PHONE 860 - 308 - 2050   CELL CV
MESSAGE She spoke to Dr Ray Lean
the nodules are ok
She said she has
Imune th ture - that
She thought you said
was one thing missing

☐ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☑ WANTS TO SEE YOU

SIGNED

FOR
M: Haley Spears
OF
PHONE ___ CELL ___
MESSAGE I gave her the name of
Hsso - for IV Vitamin Griffth Hsso
dnb
Haley will be emailing
you re; doctor's visit

SIGNED dnb

☑ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

| Request Records | Rev |
|---|---|
| See handout | Ord |

>50% time spent in coordination of care
__ Diagnostic tests discussed __ Comp
__ PARQ/Informed Consent __ Treat
__ Risks and Benefits of Treatment Coor:

hysician's Signature:

Liberty004437

## Progress Notes

7H302150007

DOB: S: 10/19/11

| Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|
| | | | | |

ions:

Supplements:

[illegible]

cognition impaired

fatigue

**PHONE CALL**

FOR Dr. G DATE 11/10/11 TIME 3:45 P.M.

M Haley Spears

OF

PHONE 860-308-2050 CELL

MESSAGE w/be traveling for 3 weeks Should she up the Ester-C what strength - Anything else she should increase? On Zythromycin 500mg, E Bicillin 1.2 Has a sinus infection - should she call PCP? any suggestions? (dal)

SIGNED

- [x] TELEPHONED
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

last appt. 10/17/11

Chart

**PHONE CALL**

her 6 Rebounders. Doesn't want Lymphatic drainage

SIGNED dal

- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

**PHONE CALL**

M Haley Spears

OF

PHONE 860-308-2050 CELL 860-930-0887

MESSAGE Is waiting for your phone call - Call cell if she doesn't answer

- [x] TELEPHONED
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU

**PHONE CALL**

FOR Dr. G. DATE 12/12/11 TIME 2:10 P.M.

M Haley Spears

OF

PHONE 1860-308-2050 CELL

MESSAGE Has an ROV appt. on Wed 12/14/11 @ 3:00pm - can you combine this & give her acup. treatment as well? yes

SIGNED dal

- [x] TELEPHONED
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

TC-bsv - no answer - dal 12/12/11 4:05 - Pt called back advised dal

| Request Records | | Review |
|---|---|---|
| See handout | | Order |

>50% time spent in coordination of care ar

_ Diagnostic tests discussed  _ Complian
_ PARQ/Informed Consent  _ Treatmen
_ Risks and Benefits of Treatment  _ Coordinati

Physician's Signature

Dr. L

135 Center Street Manchester, CT 06042

7H302150007

## Progress Notes

| ient: | | | DOB: | | /S: | |
|---|---|---|---|---|---|---|
| | Wt: (pounds) | BP: (mmHg) | | HR: (Bpm) | Temp: (°F) | RR: (per min) |
| ies) | | | | | | |

dications: | Supplements:

*[handwritten notes]*

| *[handwritten]* | |
|---|---|
| | ROS: |
| *near ees* | Con: |
| *beds* | ENT: |
| *[handwritten]* | C/V: |
| *[handwritten]* | Resp: |
| | GI: |
| *Cognition impaired* | Skin: |
| | MSK: |
| *[handwritten]* | FHx, SHx, Med Hx: |
| | PSH: |
| *[handwritten]* | O: |

*[handwritten notes]*

Request Records | | Reviewed Labs:
See handout | | Order labwork:

>50% time spent in coordination of care and/or counseling Total time _____ minutes
_ Diagnostic tests discussed  __ Compliance discussion  __ Prognosis of condition
_ PARQ/Informed Consent  __ Treatment discussion  __ Risk Factor Reduction
_ Risks and Benefits of Treatment  __ Coordination with other practitioner

sician's Signature: | | Date:

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004439

7H302150007

**CONNECTICUT NATURAL HEALTH SPECIALISTS**

HONE: (860) 533-0179
AX: (860) 812-2025
EDERAL TAX ID:
54250691

GOUIN, LAUREN J

135 CENTER STREET
MANCHESTER, CT 06040-5006

REDACTED

Oct 17 2011 2:45PM

| Bent Name & Address: | SSN: | INS1: | VISIT #: 1147370 | 477.0 |
|---|---|---|---|---|
| 'EARS,HALEY | DOB | INS2: | CHART #: 40 | PHONE CALL |
| 08 TROUT BROOK DR | SEX: F | COPAY: $0.00 / $0.00 | PRE AUTH #: | Comments Below |
| ST HARTFORD, CT 06119 | HOME PHONE: (860) 308-2050 | PATIENT BALANCE: $108.00 | INSURANCE BALANCE: $0.00 | Dec 14 2011  3:00PM |

## Procedure Codes

| CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEW PATIENT VISITS | | 99211 | OFFICE/OUTPATIENT VIS | | 99242 | OFFICE CONSULTATION | | | MEET&GREET | |
| 99201 | OFFICE/OUTPATIENT VIS | | 99212 | OFFICE/OUTPATIENT VIS | | 99243 | OFFICE CONSULTATION | | | STAFF VISIT CHARGE | |
| 99202 | OFFICE/OUTPATIENT VIS | | 99213 | OFFICE/OUTPATIENT VIS | | 99244 | OFFICE CONSULTATION | | | | |
| 99203 | OFFICE/OUTPATIENT VIS | | 99214 | OFFICE/OUTPATIENT VIS | | 99245 | OFFICE CONSULTATION | | | | |
| 99204 | OFFICE/OUTPATIENT VIS | | 99215 | OFFICE/OUTPATIENT VIS | | | PROCEDURES | | | | |
| 99205 | OFFICE/OUTPATIENT VIS | | | CONSULTATIONS | | 93720 | TOTAL BODY PLETHYSM | | | | |
| | ESTABISH'D VISITS | | 99241 | OFFICE CONSULTATION | | | SPECIAL CODES | | | | |

## Diagnosis Codes

| CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 536.0 | ACHLORHYDRIA | 277.7 | DYSMETABOLIC SYNDROME X | 628.9 | INFERTILITY | 256.4 | PCOS |
| 562.10 | ACQUIRED DIVERTICULOSIS | 691.8 | ECZEMA, ATOPIC | 626.4 | IRREGULAR MENSES | 078.19 | PLANTAR WARTS |
| 255.5 | ADRENAL HYPOFUNCTION | 617.0 | ENDOMETRIOSIS | 564.1 | IRRITABLE BOWEL SYNDROME | 627.0 | PREMENOPAUSAL |
| 255.8 | ADRENAL DISORDER | 555.9 | ENTERITIS & COLITIS UNSPECI | 088.81 | LYME DISEASE | 696.1 | PSORIASIS |
| 704.00 | ALOPECIA | 333.1 | ESSENTIAL&OTHER SPEC FOR | 627.2 | MENOPAUSAL SYMPTOMS | 714.0 | RA |
| 704.01 | ALOPECIA AREATA | 626.2 | EXCESSIVE MENSTRUATION | 346.90 | MIGRAINE | 443.0 | RAYNAUDS SYNDROME |
| 626.0 | AMENORRHEA, PRIMARY OR SE | 455.3 | EXTERNAL HEMORRHOIDS | 346.00 | MIGRAINE W/AURA | 695.3 | ROSACEA |
| 280.9 | ANEMIA | 493.01 | EXTRINSIC ASTHMA W/STATUS | 346.10 | MIGRAINE W/O AURA | 477.0 | SEASONAL - ALLERGIES ALLER |
| 300.02 | ANXIETY DISORDER | 493.02 | EXTRINSIC ASTHMA, WITH EXA | 340 | MULTIPLE SCLEROSIS | 473.9 | SINUSITIS |
| 719.40 | ARTHRALGIA | 729.1 | FIBROMYALGIA | 733.90 | OSTEOPENIA | 704.02 | TELOGEN EFFLUVIUM |
| 493.00 | ASTHMA, EXTRINSIC | 787.3 | GAS PAIN/ BLOATING | 733.00 | OSTEOPOROSIS | 307.81 | TENSION HEADACHE |
| 691.8 | ATOPIC DERMATITIS | 300.02 | GENERALIZED ANXIETY | 706.1 | OTHER ACNE | 333.3 | TICS OF ORGANIC ORIGIN |
| 600.20 | BPH | 530.81 | GERD | 708.8 | OTHER SPECIFIED URTICARIA | 704.9 | UNSPEC DISEASE HAIR&HAIR |
| 579.0 | CELIAC DISEASE | 365.9 | GLAUCOMA | 719.47 | PAIN IN JOINT, ANKLE AND FO | 465.9 | URI |
| 491.8 | CHRONIC BRONCHITIS | 272.0 | HYPERCHOLESTEROLEMIA | 719.43 | PAIN IN JOINT, FOREARM | 788.30 | URINARY INCONTINENCE |
| 473.0 | CHRONIC MAXILLARY SINUSITI | 272.4 | HYPERLIPIDEMIA | 719.44 | PAIN IN JOINT, HAND | 454.9 | VARICOSE VEINS |
| 708.8 | CHRONIC URTICARIA | 401.1 | HYPERTENSION, BENIGN | 719.46 | PAIN IN JOINT, LOWER LEG | 268.9 | VITAMIN D DEFICIENCY |
| 786.2 | COUGH | 251.2 | HYPOGLYCEMIA | 719.49 | PAIN IN JOINT, MULTIPLE SITE | | |
| 300.4 | DEPRESSION / ANXIETY | 245.2 | HYPOTHYROID, HASHIMOTO'S | 719.48 | PAIN IN JOINT OTHER SPECIFI | | |
| 249.00 | DIABETES MELLITUS W/O MEN | 244.9 | HYPOTHYROIDISM | 719.45 | PAIN IN JOINT PELVIC REGION | | |
| 787.91 | DIARRHEA | 607.84 | IMPOTENCE | 719.41 | PAIN IN JOINT, SHOULDER RE | | |
| 625.3 | DYSMENORRHEA | 075 | INFECTIOUS MONONUCLEOSIS | 719.42 | PAIN IN JOINT, UPPER ARM | | |



REASON FOR RETURN VISIT: _____

RETURN IN: _____ DAYS _____ WEEKS _____ MONTHS

TOTAL CHARGES: _____

PAYMENT RECEIVED: _____

☐ CASH   ☐ CHECK   ☐ MC   ☐ VISA   ☐ OTHER

Liberty004440

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient Haley

① Uttrainfum X 300     2 scuxpk )

② magnesium + water

③ Boiron Kali Phus 30c

apellets as
needed for
brain Fy

Dr. Signature _____

Date 9/29/11

Liberty004441

7H302150007

## Progress Notes

| atient: _Nilee Speec_ | DOB: | JS-9[illegible] |
| t:                    | Wt   | BP: [illegible] (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
| ches) | (pounds) |

edications:                          Supplements:

_[illegible handwritten notes]_

C: _[illegible handwriting]_

| _[illegible handwriting]_ | ROS: |
| _[illegible handwriting]_ | Con: |
| _[illegible handwriting]_ | ENT: |
|                           | C/V: |
| _[illegible handwriting]_ | Resp: |
| _[illegible handwriting]_ | GI: |
|                           | Skin: |
|                           | MSK: |
| _[illegible handwriting]_ | FHx, SHx, Med Hx: |
|                           | PSH: |
|                           |      |
| _[illegible]_             | O: |

_[illegible handwriting]_

| Request Records | Reviewed Labs: |
| See handout     | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _____ minutes

___ Diagnostic tests discussed    ___ Compliance discussion    ___ Prognosis of condition
___ PARQ/Informed Consent    ___ Treatment discussion    ___ Risk Factor Reduction
___ Risks and Benefits of Treatment    ___ Coordination with other practitioner

| Physician's Signature: | Date: |

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004442

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient _Haley_

① Curcuticure 500
Anthem Nutrients

② Lyme Tincture                    away from medication

③ _____              1 cap away from food 3x/day

Connecticut Natural Health Specialists, LLC
Name: Haley Spears Date: 6/30/11
**Immune Tincture**
Ingredients: Cat's Claw, Teasel, Isatis, Plantain, Polygonum, Codonopsis,
Mu dan pi, Chuan xiong, Cotsafod, Elecampane, Poke root and Ground ivy
Directions: 1/2 tsp twice daily.
Expiration: 6/28/13

Dr. Signature _____

Date _6/30/11_   _LH 9-21-11_

Liberty004443

7H302150007

## Progress Notes

Patient: Haley Spears    DOB: _____    DOS: 6/30/11

| Ht (inches) | Wt (pounds) | BP (mmHg) | HR (Bpm) | Temp (°F) | RR (per min) |
|---|---|---|---|---|---|

Medications: Lexapro    Supplements:

ROS:
Con: _____
ENT: _____
CV: _____
Resp: _____
GI: _____
Skin: _____
MSK: _____
FHx, SHx, Med Hx: _____
PSH: _____



PHONE CALL

FOR
M Haley Spears    DATE 1-27-11    TIME ☐ A.M. ☐ P.M.
OF
PHONE 800-208-2050
MESSAGE She is on Medicare now - How much is just Acup - And Acup and a visit.
SIGNED

☐ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

**Connecticut Natural Health Specialists, LLC**
Haley Spears 7-14-2011
**Immmune Tincture**
Directions: 1/2 tsp twice daily
Expiration: 7-14-12

| Request Records |
| See handout |
| >50% time spent in coordination |
| ☐ Diagnostic tests discussed |
| ☐ PARQ/Informed Consent |
| ☐ Risks and Benefits of Treatment |

Physician's Signature: _____

PHONE CALL

FOR _____

FOR
M Hayley Spears    DATE 9/6/11    TIME ☐ A.M. ☐ P.M.
OF
PHONE 860-930-0847
MESSAGE Need to speak to you ASAP. Stop

SIGNED

☐ TELEPHONED
☐ RETURNED YOUR CALL
☑ PLEASE CALL
☑ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

Liberty004444

135 Ce

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street                                                860-533-0179
Manchester, CT 06040                                    Fax 860-812-2025
www.ctnaturalhealth.com

Patient _Hailey_



Shen men
"calming the
spirit"

Dr. Signature _____

Date _4/26/11_

Liberty004445

7H302150007

## Progress Notes

Patient: [handwritten]    DOB:    DOS: [handwritten]

Ht:   Wt:   BP:   HR:   Temp:   RR:
(inches)   (pounds)   (mmHg)   (Bpm)   (°F)   (per min)

Medications:      Supplements:

[handwritten clinical notes]

CC: [illegible handwriting]

ROS:

Con:

ENT:

C/V:

Resp:

GI:

Skin:

MSK:

FHx, SHx, Med Hx:

PSH:

---

**IMPORTANT MESSAGE**

FOR _____

DATE 4/14/11   TIME _____ A.M. / P.M.

M ___[Hailey Spears]___

OF _____

PHONE/MOBILE [860] 930 [illegible]

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| | SPECIAL ATTENTION |

---

**PHONE CALL**

FOR _____ DATE 6-20-11 TIME _____ A.M./P.M.

M Hailey Spears

OF _____

PHONE 860 930-0857 CELL _____

MESSAGE
Allergic reaction
after [illegible] a peer
[illegible] then
took benadryl.

| |
|---|
| TELEPHONED |
| RETURNED YOUR CALL |
| PLEASE CALL |
| WILL CALL AGAIN |
| CAME TO SEE YOU |
| WANTS TO SEE YOU |

SIGNED _____

1184
Liberty004446

7H302150007

# Connecticut Natural Health

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient _Hailey_

① wheat gluten + yeast foods

spunkeycoconut.com
Babycakes
Whole Life Nutrition Cookbook

② guba                250mg before
                      bed

③ on demand yoga

   ◦ Luffeel nasal
                  spray

Dr. Signature
Date 4/14/11

FOR
M: Hailey Spears          DATE 3-28-11   TIME ___ A.M. / P.M.
OF ___
PHONE 860 930 088?   CELL ___
MESSAGE  New Diet
head ache after
eating - 20 min

☐ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

SIGNED ___

Liberty004447

7H302150007

## Progress Notes

| Patient: Hilery Spees | | | DOB: | | DOS: 4 / 14 / 11 | |
|---|---|---|---|---|---|---|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | | Temp: (°F) | RR: (per min) |

Medications:
Brequar, Butter

Supplements:
Vitamin Dma 300
Selenium
VAD

cc: Brain Fog - Worse Really

|  | ROS: |
|---|---|
|  | Con: |
|  | ENT: |
| Acetone Allergies Recently | C/V: |
| Well N/C Better | Resp: |
|  | GI: |
|  | Skin: |
| Alpine Bicosia Breast | MSK: |
| Bedtime | FHx, SHx, Med Hx: |
| Nightsweats today | PSH: |
| Diabetic | |
|  | O: |
| al Good SNP. - not Hearty | |
| Food elimination diet | |
| Appetite | |
| Nightsweats - Dr Saul Sweats | |
| 2am - 1130pm | |
| Well Recently 5am/7am → | |
|  | |
|  | |
|  | |

| Request Records | Reviewed Labs: [X] |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time 30 minutes
_ Diagnostic tests discussed    _ Compliance discussion    _ Prognosis of condition
_ PARQ/Informed Consent    _ Treatment discussion    _ Risk Factor Reduction
_ Risks and Benefits of Treatment    _ Coordination with other practitioner

| Physician's Signature: | Date: |
|---|---|

Dr. Lauren Gouin
335 Center Street Manchester, CT 06042

Liberty004448

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Haley_

, Succed R . . .

. WcST Hc.

## IMPORTANT MESSAGE

FOR ____

DATE ____  TIME ____  A.M. P.M.

M _Haley Spears_

OF ____

PHONE/MOBILE _860 308 - 2050_

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Need Calcium Suppliment — What Should She take_

Dr. Signature ____

Date _3 b 4_

SIGNED ____

1184

Liberty004449

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Heiky_

① Feast with out Yeast
whole Life nutrition Cookbook

avoid dairy, wheat + eggs
$ yeast
x 3 - 4 weeks

brown Ri...
row or...

② Vitutreyme Chewable
Klaire Labs

1-2 His
with meals
as needed

Dr. Signature _____

Date 3/21/11

Liberty004450

7H302150007

## Progress Notes

| atient: _(handwritten)_ | | | DOB: | | DOS: _(handwritten)_ | |
|---|---|---|---|---|---|---|
| t: (ches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | | Temp: (°F) | RR: (per min) |

iedications: _(handwritten)_

_(handwritten)_ Quentium

Supplements:

C _(handwritten)_

| _(handwritten)_ | ROS: |
|---|---|
| | Con: |
| | ENT: |
| | C/V: |
| _(handwritten)_ | Resp: |
| | GI: |
| | Skin: |
| _(handwritten)_ | MSK: |
| _(handwritten)_ | FHx, SHx, Med Hx: |
| _(handwritten)_ | PSH: |
| | |
| | O: |

_(handwritten notes)_

_(handwritten notes)_

| Request Records | ☑ Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _____ minutes
___ Diagnostic tests discussed    ___ Compliance discussion    ✗ Prognosis of condition
___ PARQ/Informed Consent         ___ Treatment discussion     ___ Risk Factor Reduction
___ Risks and Benefits of Treatment    ___ Coordination with other practitioner

| Physician's Signature: | Date: |
|---|---|

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004451

7H302150007

# Connecticut Natural Health

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Halley_

1) C rtcfST ackened support

10am

Dr. Signature _____

Date 3/11/11

Liberty004452

7H302150007

## Progress Notes

atient: Haley Spear    DOB:    DOS:

| t: | Wt: | BP: | HR: | Temp: | RR: |
|---|---|---|---|---|---|
| 1ches) | (pounds) | (mmHg) | (Bpm) | (°F) | (per min) |

1edications:    Supplements:

CC: Buboesx liniguisments

| | ROS: |
|---|---|
| | Con: renegg |
| | ENT: |
| inbusimenó's | C/V: |
| | Resp: |
| | GI: |
| | Skin: |
| on longer self+nest on- | MSK: |
| meparet± cicupx | FHx, SHx, Med Hx: |
| tyogen | PSH: |
| ihirismmica | O: |
| | Mm back tensin |
| al 1448 reary menses | |
| Oems slrse | |
| Discritube | |
| T gnhnicsfinrd | |
| P Gupx ash, +bnie Spe | |
| | |
| | |
| | |

| Request Records | | Reviewed Labs: |
|---|---|---|
| See handout | | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _____ minutes
  __ Diagnostic tests discussed    __ Compliance discussion   __ Prognosis of condition
  __ PARQ/Informed Consent    ☒ Treatment discussion   __ Risk Factor Reduction
  __ Risks and Benefits of Treatment   __ Coordination with other practitioner

Physician's Signature:    Date:

7H302150007

## Progress Notes

| atient | _Amber_ | | DOB | | DOS _2/28/11_ | |
| --- | --- | --- | --- | --- | --- | --- |
| t (ches) | Wt (pounds) | BP (mmHg) | HR (Bpm) | Temp (°F) | RR: (per min) | |

Medications                    Supplements

Presenting Health Conditions

_↑ B12 & 4 h_
_↑ magnesium?_

_LM_

_M accept ash pts_
_@ Sage Tea_

| ☐ Request Records | Reviewed Labs. |
| --- | --- |
| ☐ See handout | ☒ Order lab work. |
| ☐ >50% time spent in coordination of care and/or counseling | |

Physician's Signature _____

Dr. Lauren Gouin
135 Center St. Manchester C

---

### IMPORTANT MESSAGE

FOR _____

DATE _____  TIME _____ A.M. / P.M.

M _Haley Spears_

OF _____

PHONE/MOBILE _860 308 - 2050_

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _do you want_
_her B12 +_
_D tested — or_
_anything else_
_while she is getting_

SIGNED _Blood_            04454    1184

7H302150007

# Connecticut Natural Health

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient_____

mescle tension

lose stools

**IMPORTANT MESSAGE**

OR_____

DATE _____ TIME _____ A.M. P.M.

Hayley Spors

OF_____

PHONE/ MOBILE 860 930 - 0867

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Urine test
Can She eat
Does She need
to fellow direct
directiion
Take test only when cant
Stonebsup - No other instruction

1184

**IMPORTANT MESSAGE**

_____ TIME _____ A.M. P.M.

Spors

08 2050

| PLEASE CALL |
| WILL CALL AGAIN |
| RUSH |
| SPECIAL ATTENTION |

like to
shot type
rius She
be on
ad 2-5%
low

1184

**IMPORTANT MESSAGE**

~ )) _____ TIME _____ A.M. P.M.

y Spars

| PLEASE CALL |
| WILL CALL AGAIN |
| RUSH |
| SPECIAL ATTENTION |

would like
allergy
forms Kbs
get it done
be comes
Again

1184

Liberty004455

7H302150007

## Progress Notes

| Patient: | | | · DOB: | | DOS | |
|----------|----|----|---------|---------|---------|---------|
| Ht· (inches) | Wt· (pounds) | BP· (mmHg) | · HR· (Bpm) | Temp: (°F) | RR: (per min) |

Medications: | Supplements:

Presenting Health Conditions:

insomnia

sleep study → f/u results

_(handwritten notes, illegible)_

_(handwritten notes, illegible)_ — TR

ues
____
_(handwritten notes, illegible)_

P jars pn — _(illegible)_ x2wks
mild _(illegible)_

_(handwritten)_

thyroidness

| Request Records | Reviewed Labs. | |
|-----------------|----------------|----|
| See handout | Order lab work: | |
| >50% time spent in coordination of care and/or counseling Total time | | _____ minutes |
| Physician's Signature: | Date: | |

Dr. Lauren Go··n
135 Center St. Manchester, CT 06040

Liberty004456

7H302150007

## Progress Notes

| tient: Spears, Hailey | | | DOB: | , DOS: 1/08/11 | |
|---|---|---|---|---|---|
| :hes) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
| :dications: | | | Supplements: | | |

esenting Health Conditions:

insomnia            onighsweats
JPU n 3wks

xrstpr -back-neck-hed
       rest krees-a clams

hashimoto's   energy-impated

55
Bhrd = supplemdgr box

Decepx 8m8ot Pt Ole
       ashi-back pr

| Request Records | Reviewed Labs: |
|---|---|
| See handout | ☒Order lab work:Q |
| >50% time spent in coordination of care and/or counselii | |
| rysician's Signature: | |

Dr. Lauren Go...n
135 Center St. Manchester C

---

**IMPORTANT MESSAGE**

FOR

DATE 1-31-10   TIME   A.M. / P.M.

M Hayley Spears

OF

PHONE/MOBILE 860 308-2050

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE The lab int is
not going to cover
the urine test.
What options does
she have.

SIGNED

Liberty004457
1184

7H302150007

# Connecticut Natural Health

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Huley_

① Vitamin D        5000 iu/day

② Thaireyral BID      1 dropper/day

③ magnesium       1 cap/day

Dr. Signature_____

Date_ 1 | 24 | 11

7H302150007

## Progress Notes

| nt: | | | DOB | | DOS | |
|-----|--|--|-----|--|-----|--|
| s) | Wt (pounds) | BP (mmHg) | HR (Bpm) | Temp (°F) | RR: (per min) | |

cations.                    Supplements

enting Health Conditions:

Buckoh - persistent , upp

rashimoto's - per labs  TSH >2.5
                      better ε selenium

MB - OD

musitis - Sx worse recently

≥ dius
n- 1 episode of diarrhea
3 Bmgd  7mg ε Lorcquin

PImgbid
Doupx 4,4

| Request Records | Reviewed Labs. |
|-----------------|----------------|
| See handout | Order lab work: |

>50% time spent in coordination of care and/or counseling Total time    minutes

ysician's Signature:                         Date

Liberty004459

7H302150007

# Connecticut Natural Health

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient ___Kiley_____

① Vital nutrients     adrenal support
                              2cap 2x/day
                              2am
                              2afternoon

② Yeast Arrest     as needed

Dr. Signature _____

Date 1/14/11

Liberty004460

7H302150007

## Progress Notes

| ient: Halee Speais | DOB: | DOS: 1-14-11 |
|---|---|---|

| hes) | Wt (pounds) | BP (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

dications:            Supplements:

last week
estragen *domnice*

esenting Health Conditions:

↑ eros
    aures ago UMP        blotty skin on forehead
       spitting

↑ hypothyroid   ⊖hair loss, fatigue

↓ dicurrhea

↑ insomnie    sleep study next week

↓

anmes
                    UBP - worse recently

-east infln — tx Zathlucon × 2 day

rectal bleeding

↑ ⊙ abdorral spasm steroid
    ⊙ year access

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counseling Total time ___ minutes | |
| ysician's Signature: | Date: |

Dr. Lauren Gov'n
135 Center St. Manchester CT 06040

Liberty004461

7H302150007

## Progress Notes

| tient: Haley Spears | DOB: | DOS: 12|6|10 |
|---|---|---|

| ches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

edications: & Flexeril                Supplements: Colostrum    DHEA (cognitive)
tcnm levaquin          French   cellrelle   CoQ10   garlic
zenithal zithromycin    Selenium   8cromyles   Artemesia
  ma bro              Mag              iron      Vtuluslian e

esenting Health Conditions:

MVE — impaired/resolved

Lyme Disease      titrated levaquin      602
                  adding in Z rx.        cognition

        Tenergy = selenium
diarrhee episode recently
        & bloating

insomnia — tata
        OTC Z sleep study

N3
M + joint pn — improved
chapped lips

M Dacupx 44,43 ashi.

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counsel | |
| hysician's Signature: | |

Dr. Lauren Govin

---

**IMPORTANT MESSAGE**

FOR _____
DATE 1-10-11      TIME 2:30 A.M./P.M.
M Hayley
OF _____
PHONE/MOBILE 860-308-2050

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE 860-930-6887
ZRT Test results
hao appt 1/14
normone          Friday
panel?
SIGNED

Liberty0044621184

## Progress Notes

| Patient: Haley Spears | DOB: | DOS: 11-22-10 |
|---|---|---|

| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

**Medications:**

lexapro×1wk
coffee/pepsi ē caffeine

**Supplements:**

**Presenting Health Conditions:**

Asthma

persistent cough                    ⊕ Fatigue
bronchitis
dept 17hs

bl Lyme Disease
DD ē RX

# Insomnia-severe    Dr Saud - sleep study
ESS    UMP /20/10    Dirritude
chapped lips
PN - comes + goes joint pn.
↑ Doctor's Best B6, C14, C3, D6  8in 8uA   Pt tolerated well
② B1's in supplements

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counseling  Total time ____ minutes | |

| Physician's Signature: | Date: |
|---|---|

Dr. Lauren Govin
135 Center St. Manchester CT 06040

Liberty004463

7H302150007

## Progress Notes

| atient: | | | DOB: | | DOS: | |
|---|---|---|---|---|---|---|
| :: (ches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | | RR: (per min) |

edications: | Supplements:

resenting Health Conditions:

bronchitis          caugh-weeks-eveing

long inhaler qd

Insomnia          onsopy

↑ Frustration 9:30/10 - 2

Dr. Saul advised sleep study

Fatigue          Support/Stratford.ct

Lyme Db

PDb          dus

1 ③calms forte
② mucaplex
③ ant ter 2 4x/day
④ u4L3 4xMoal

| Request Records | | Reviewed Labs: | | |
|---|---|---|---|---|
| See handout | | Order lab work: | | |
| >50% time spent in coordination of care and/or counseling | | | Total time | minutes |
| Physician's Signature: | | | Date: | |

Dr. Lauren Go

Liberty004464

7H302150007

# Connecticut Natural Health

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient _Hailey_

① Elderberry        1/2 tsp up to
        —antiviral        4x/day

② mucinex        every 12hrs

③ Vibercol        as directed
   Heel        —for fever +
        nightsweats

④ Physiologics
   CoQ10 + Carnitine        2 cap/day

⑤ ↓ saturated fats
        ↑ veggies

Dr. Signature _____

Date _10/9_        ⑥ steam inhalation

Liberty004465

7H302150007

## Progress Notes

| | | | | | |
|---|---|---|---|---|---|
| Patient: Hayley Spears | | DOB: | | DOS: 10-19-10 | |
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
| Medications: Zithromax [illegible] Nexium bid [illegible] | | | Supplements: | | |

Presenting Health Conditions:

[illegible] ⊖ congestion ⊖ cough - dry
⊖ sinus -
⊖ fatigue
⊖ sore throat ⊕ ears popping

Lyme [illegible] ↑ clarity ↓ brain fog improved speech
[illegible] improved [illegible] antibiotics poor recall
better retention
improved [illegible]
pt - using Flovent more often ⊖ fevers + night sweats
[illegible] -
insomnia - [illegible]
diet [illegible]
[illegible]
PMS - irregular recently
[illegible] ⊖ spotting LMP 5 days ago
[illegible] fatty liver
[illegible] - [illegible] nml PE
[illegible] steam inhalation
[illegible]

Connecticut Natural Health
Haley Spears Oct 19, 2010
**Vapor Inhalation Essential Oils**
Directions: Add 5 drops to 1 mug of hot water and hold head over water for 10 to 15 minutes. Do not ingest.
Expiration: 10/19/11

Connecticut Natural Health
Haley Spears Oct 19, 2010
**Elderberry Syrup**
Directions: 1/2 tsp up to 4 times daily for cough.
Expiration: 10/19/11

| | |
|---|---|
| Request Records | Reviewed Labs: |
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counseling Total time minutes | |
| Physician's Signature: | Date: |

7H302150007

## Progress Notes

| Patient: Haley Speas | DOB: | DOS: 7-9-10 |
|---|---|---|
| Ht: (inches) | Wt: (pounds) 117 | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

| Medications: Ut umitd Flexer | Supplements: |
|---|---|

Presenting Health Conditions:

Anemia - persistent fatigue
Fe gd

cell Leme dt notran
add plaquenil zythromax, coartem/artemesia bid
omnicef Ldoxy
Ladvair
asthma sx

① tinnitus wants
wose kyrs dan

☒ GI stones
✓S-timennw  Oglb
nausea

① migraines 2episodes
overall improved

cell insumner - persistent TInnesra  Keli pres
helps
4-5am  tried 20mg melatunin

symptoms
echo coughs
☒ neck pr, ① chest pr, shoulder pn
frequent urination
☒ night sweats 1/night
① nausea  ① head pressure

Meconaoler

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling  Total time _____  minutes

| Physician's Signature: | Date: |
|---|---|

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074                    272 Main St. Manchester, CT 06042

LibertyQ004467

7H302150007

7/9

① yoga
   Bath — Epsom Salts   2cups/day
   create a routine
       — ~~sleepytime~~ tea - peppermint, valerian
       —

② Ultra inflamx 360  - morning
       — smoothie with frozen berries

③ Iron containing foods
       vital nutrients

④ drlauren@ctnhs.com



7H302150007

5/5/10

Metagenics
(800) 638-2848

① Ultrainflamx 360        2 scap /day
   — instead of tumeric & multi
   — For digestive + joint pain

② Kali Phos 30C     2 pellets   as needed
   — For brain fog

③ Binder
   — labs
   — medications + supplements
   — Business cards of all your doctors
   — medical history

④ cranio sacral
   chiropractic



Liberty004469

7H302150007

## Progress Notes

| Patient: | | | DOB: | | DOS: 5/5/10 |
|---|---|---|---|---|---|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR/ (per min) |

Medications: lexapro
dexry
Zithromax
wrestu

Supplements:
melatonin prn
pldi comiclees
tumeric tid

Presenting Health Conditions:

42 degbsdures

☐ h gallstones    US    exposery-nml    O'Brien
Forgets to take enteric coated peppermint
Dr. Raden advised dkx + Petesa. persodu abpn

Ch insommia - resolved c dkx sleeping ↑ q4hrs/day
senesgy    Rx lunesta    13-14/day
3hr nap/afternoon

☐ dkccgnitive impairment - forgeting things frequently
short + long term memory

☐ chronic pn - decreased    ↓ picline

☐ nausea episodic c dkx
Fatigue - dkc armour    Dr. Oberstein retesting values
refused dkc floradix
↑ nightsweats

| Request Records | | Reviewed Labs: | |
|---|---|---|---|
| See handout | | ☒ Order labwork: | |
| ☐ >50% time spent In coordination of care and/or counseling Total time | | | 20 minutes |
| Physician's Signature: | | Date: | |

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074        272 Main St. Manchester, CT 06042

Liberty004470

7H302150007

## Progress Notes

| Patient: Holly Spivack | DOB: | DOS: 1/8/10 |
|---|---|---|
| Ht: (inches) | Wt (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

| Medications: | Supplements: |
|---|---|

**Presenting Health Conditions:**

✗ #1 chronic lyme – ⊘ antibiotics
    feel better 2 ⊘ Rx. ↑ energy
    episodes of no conc, fatigue, pale

⊘ night driving – alt accident

#1 insomnia – 20 mg melatonin – helped
   ~~est~~ up 3 hrs 1-4 am
#1 immune system when traveling – Dr. Roden adjust
ok 2 ⊘ antibiotics

PMH   diet – low gl diet – alkeline
~~seizures~~ Not capsule of antibiotics
~~uts~~
~~serious~~

#1 Vitamin C 4g 2 days prior
   2 wine, metal testing

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |
| ✗ >50% time spent in coordination of care and/or counseling Total time   30 minutes | |
| Physician's Signature: | Date: |

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074    272 Main St. Manchester, CT 06042

Liberty004471

7H302150007

## Progress Notes

| Patient: Hailey Spears | DOB: | DOS: |
| --- | --- | --- |

| Ht: (inches) | Wt: (pounds) 113 | BP: (mmHg) | HR: (Bpm) | Temp: (ôó'F) | RR: (per min) |
| --- | --- | --- | --- | --- | --- |

**Medications:**
5 antibiotics

**Supplements:**
Mg, artemesia
CoQ10, Colostrum

**Presenting Health Conditions:**

Chronic Lyme
fatigue recently

Insomnia — ambien CR recently

cel ans PT—
nwn - V3

ans 4/4 - w4/8
sleep
PT jewel

| Request Records | ☒ Reviewed Labs: |
| --- | --- |
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time ___ minutes

Physician's Signature: _____   Date:

7H302150007

## Initial Visit – Page 1

| | |
|---|---|
| Patient Name: Kelly Speers | Supervising Physcian: Gain |
| Date of Birth: | Date of Service: 6/22/09 |

ascol          Rx ultram    tumeric tid
               △ Lexapro

cc) lyme    enset pn - 7 pn recently   brain fog - severe
xtxsid knee + feet pn    Mexxon     couldn't walk < 3 days
ca Fatigue - worse    RA ⊕    mycoplasma dx?
    ⊖ ⊖ z bach flower remedy
    ⊕   CA migraines + vision problems - 5x worse   3/wk
ROS     diet - black tea occasionally    ↑ topamax
swollen hands
night sweats worse              diet organic
hypothyroid — lyme specialists —    wheat grass
         thyroid Dr. Oberstine —    juice +
appetite - variable            suger + cravings
hx of fever 99°F saw PCP         ↓ ETWG
   ⊖ infxn on Pik line
LMP 3wks ago      W ® LA - sup cervical
   irregular + short   112 lbs   SPND   97.7°F
digestion - ⊖d    sx resolved z probiotic
yeast infxn.
P/l ① reservatrol  1/4 tsp
    ② echinacea tea
    ③ hot + cold shower

7H302150007

## Initial Visit – Page 2

| ent Name: | Supervising Physician:  Lauren Gouin, ND |
| --- | --- |
| e of Birth: | Medical Assistant: |

Liberty004474

## Initial Visit ~ Page 1

| Patient Name: | Supervising Physcian: |
| --- | --- |
| Date of Birth: | Date of Service: 8/27/04 |

① +I chronic Lyme          3x persistent
  ② Antibiotics x7 days

- slurred speech - impairing       ① # Brain spec
  poor cognition -                   next week

PM - wrist, hands, feet + knees)
      worst - neck, spine, calves ⊖ come + go

PM in thighs - Dr. Paxlen ② lyme abscesscis
        easily bruising          ④ bartonella
unsure of mycoplasmosis dx  ← rx ē MM
continue zithromax        ↓ rifampin  testing
      rocefin
      plaquinil
                                    PSH - ∆ pick
① hypothyroid · ⊖ ∆ ē Se            better ē patterns
  energy better ē armour
                                    ③ CHO cravings
① insomnia - episode recently
      paxlen dx ē benadryl
          · diet - poor appetite
                    tasting metal in mouth
                    worse ē artemsica.
ROS                                 (episode ē vomitting)
① AA
visual pn, tinnitis, migraine
mood - improved
PM ↑ PUFAS

7H302150007

# Initial Visit – Page 2

| Patient Name: | Supervising Physician: Lauren Gouin, ND | |
| Date of Birth: | Medical Assistant: | |

**Psych/Social History:**
Job:
Relationship:
Support:
Goals:
Emotions:
Other:

**Diet Profile:**
General:
Breakfast:
Lunch:
Dinner:
Snacks:
Water:
Alcohol:
Caffeine:

**Lifestyle Profile:**
Hours of work per day/week:
Exercise:
Sleep:
Sex:
Relaxation:

**Constitutional Profile:**
Energy level:
Appetite:
Perspiration:
Sense of temperature:
Breathing:
Bowels:
Urine:

7H302150007

## Initial Visit – Page 3

### Physical Exam

**General Appearance**

| Body Weight | Posture | Other |
|---|---|---|
| Well developed, well nourished, no acute distress | | |

**Vitals**

Ht (in):     Wt (lbs):\\∂   RR (rpm):
HR (bpm):    Temp (°F):     BP (mm Hg):

**Skin**

| Inspect / Palpate | | |
|---|---|---|
| Warm, dry, normal turgor | | |
| No rashes, lesions or ulcers, No discoloration | | |

**Head**

| Skull | Scalp | |
|---|---|---|
| Normocephalic, normal hair distribution | | |

**Eyes**

| Conjunctiva/Lids | Pupils & Iris | Vision |
|---|---|---|
| EOM | Fundus Exam | |
| Sclera white, conjunctiva clear. Lids are w/o lag | | |
| PERRLA | | |
| Discs flat, no hemorrhages/exudates noted. Vessels intact | | |

**Ears**

| External Ears | Hearing | Canals/drums |
|---|---|---|
| No scars, lesions nor masses | | |
| Tympanic membranes translucent, non-bulging and mobile. Canal walls pink, w/o discharge. | | |
| Hearing non-impaired | | |

**Nose**

| External nose | Mucosa/turbinates | Sinuses |
|---|---|---|

**Mouth and Throat**

| Lips, teeth, gums | Oral mucosa and pharynx | |
|---|---|---|
| Lips pink and symmetrical, gums pink, good dentition | | |

**Neck**

| ROM | Trachea | Thyroid |
|---|---|---|
| Full ROM, tracheal midline position | | |

**Respiratory**

| Respiratory effort | Percuss chest | Palpation of chest |
|---|---|---|
| Auscultation of lungs | Respiration even and un-labored | Tactile fremitus absent |
| Lung fields:  no flatness, dullness, hyperresonance | | |
| Clear/equal no adventitious sounds bilaterally | | |

7H302150007

## Initial Visit - Page 4

### ardiovascular

| Palpate/ auscultate heart | | Edema | | Abdominal aorta |
|---|---|---|---|---|
| Carotids | | Femoral arteries | | Pedal pulses |
| No lifts, heaves, or thrills.  S1, S2 present. | | | | |
| RRR, w/o murmurs, rubs or gallops | | | | |
| No bruits present in these arteries | | | Carotids | |
| | | | Abdominal Aorta | |
| | | | Femorals | |

### bdomen

| Femorals | | Anus/Rectum | | Inguinal |
|---|---|---|---|---|
| Liver/Spleen | | Gualac | | No hernias |
| Liver and spleen without enlargement | | | | |
| No masses nor tenderness.  Bowel sounds heard in all quadrants | | | | |

### ymphatic

| Palpation in two or more areas | | | |
|---|---|---|---|
| Neck | | Axillae | Groin |
| Other | | | |

### lusculoskeletal

| Gait | | Digits and nails | . |
|---|---|---|---|
| Digits are without clubbing or cyanosis | | | |
| Examine joints, bones and muscles of one or more of the following 6 areas: | | | |
| Head and neck | | Spine, ribs, pelvis | R upper extremity |
| L upper extremity | | R lower extremity | L lower extremity |
| Inspect or palpate for misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions | | | |
| ROM | | Stability | Muscle strength/tone |
| No misalignment, defects or deformities.  No subluxations | | | |
| Joints with full ROM, no pain, crepitus or contracture | | | |
| Joints intact | | | |
| No muscle atrophy or weakness | | | |

### eurologic

| Cranial nerves | | DTRs | Sensation |
|---|---|---|---|
| Cranial nerves intact | | Deep tendon reflexes 2+ bilaterally | |
| Superficial touch and pain sensation intact bilaterally | | | |

### sychiatric

| Orientation | | . | |
|---|---|---|---|
| Time | | Place | Person |
| Memory | | | |
| Recent | | Remote | |
| Mood and Affect | | | |
| Judgement and insight are within normal limits | | | |
| Alert and oriented | | | |
| Recent and remote memory intact | | | |
| No mood disorders noted, appropriate affect | | | |

Liberty004478

...st Center St
Man.hester, CT 06040



PRIORITY ★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE.

For Domestic Use Only          Label 107R, July 2013

U.S. POSTAGE
PAID
SOUTH WINDSOR, CT
06074
OCT 23 15
AMOUNT
**$10.80**
R2304N119088-10

1004          40742



Expected Delivery Day: 10/28/2016
USPS TRACKING NUMBER

9505 5119 9313 5296 0998 21

Liberty Life Assurance Company of Bost

Group Benefits Disability Claims

P.O. BOX 7213

London, KY     40742-7213

Liberty004479

# FAX COVER SHEET

## DOCTOR JOSEPH T. GROSSO & DOCTOR CYNTHIA R. GROSSO

615 Westfield Street
West Springfield, MA  01089
Hampden County
Phone: (413) 736.1680
Fax:   (413) 736-6057

**CONFIDENTIAL***

**SEND TO**
*Liberty Mutual*

Attention *Nancy Winterer*

Office location

Fax number *603-334-5728*

**From**

Dr. Joseph T. Grosso    Dr. Cynthia R. Grosso

Date *10/26/15*

Office location
615 Westfield Street, West Springfield, MA  01089

Phone number        Fax number
(413) 736.1680       (413)736.6057

☐ Urgent  ☐ Reply ASAP  ☐ Please comment  ☐ Please review  ☐ For your information

Total pages, including cover: _____

**COMMENTS**
Protected Privacy Practices* on file.

Protected Privacy Practices does not apply to this information.

## ✦CONFIDENTIAL

The information herein transmitted is intended for the sole use of the addressee
and may contain privileged and confidential information.
Should you receive this fax in error, know that any form of dissemination
of this communication is strictly forbidden.  Please call (413) 736.1680 as soon as possible.

Liberty004480



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 20, 2015 |
| To: | CYNTHIA GROSSO DC |
| Attn: | |
| Fax: | (413) 736-6057 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | |
| Claim #: | REDACTED |
| Claimant: | Haley Spears |
| UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004481

10/20/2015 1:20:33 PM   PAGE   4/004   Fax Server

 **Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 9011
Wellington, CT 06492-7931
Phone No.: 1-888-490-5118
Fax No.: 1-203-294-0298

Return to:

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____  S.S. NO. REDACTED

EMPLOYER/SPONSOR: _____  DATE OF BIRTH: REDACTED

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to my insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears

Print Name

Haley Spears

Signature

REDACTED

Social Security Number

9/8/15

Date

Liberty004482

Case History

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears                    Wednesday, May 26, 2010

Haley Spears is a 5 foot 5 inch 32 year old female born on REDACTED who is currently unemployed.  In general, the patient considers herself to be in poor health.  The patient states that she performs light exercise on a regular basis.  The patient has come to Grosso Chiropractic, P.C. for examination and treatment of her neck and her upper back.

The patient stated that she has neck problems that are localized to her neck which bother her constantly meaning it bothers her between 76 and 100% of the time.  Haley described her discomfort as sharp, dull, achy, burning, shooting, stiff and throbbing, stabbing, crawling.  The patient stated that her symptoms appear to be getting worse with time.  The patient rated the average intensity of her neck condition as a 10 with 0 being nothing and 10 being the worst she feels it could be.  The patient explained that her symptoms have moderately interfered with her work and extremely interfered with her social activities.  Prior to coming in to see me for her condition, Haley saw a neurologist, a physical therapist, a primary care physician and Naturopathic Doctor/ Lyme Specialist, Rheumatologist,Endocrinologist..  Haley thinks that her neck problem is from a tick bite.  When questioned as to the severity of her symptoms, Haley responded that she believes it is severe.  The patient reported that her symptoms are relieved when she takes prescription pain medication and nothing aggravates her condition.  The thing that concerns Haley the most about her neck is that it is not going away.

The patient stated that she has upper back problems that are localized to her entire upper back which bother her constantly meaning it bothers her between 76 and 100% of the time.  Haley described her discomfort as sharp, dull, achy, burning, shooting and stiff.  The patient stated that her symptoms appear to be getting worse with time.  The patient rated the average intensity of her upper back condition as a 10 with 0 being nothing and 10 being the worst she feels it could be.  The patient explained that her symptoms have extremely interfered with her work and social activities.  Prior to coming in to see me for her condition, Haley saw a neurologist, a physical therapist and a primary care physician.  . Haley thinks that her upper back condition just came about insidiously.  When questioned as to the severity of her symptoms, Haley responded that she believes it is severe.  The patient reported that her symptoms are relieved when she takes prescription pain medication and nothing aggravates her condition.  The thing that concerns Haley the most about her upper back is that it is not going away.

Regarding Haley's family health history, she does not have an immediate family member with rheumatoid arthritis, heart problems, diabetes, cancer, Lupus, or Amyotrophic Lateral Sclerosis.  Therefore, she potentially has a decreased risk for developing those diseases.

The patient informed me that she has had no health problems in her past.  Also in the past, the patient denies having: wrist pain, elbow/upper arm pain, shoulder pain, low back pain, mid back pain, upper back pain, neck pain, headaches, asthma, hand pain, general fatigue, liver\gall bladder problems, abdominal pain, loss of appetite, abnormal weight change, allergies, dizziness and visual disturbances.

The patient informed me that she presently has: asthma, hand pain, wrist pain, elbow/upper arm pain, shoulder pain, low back pain, mid back pain, upper back pain, neck pain, headaches, general fatigue, liver\gall bladder problems, abdominal pain, loss of appetite, abnormal weight change, allergies, dizziness and visual disturbances.

The patient denies both having a history of and currently having: tumor, cancer, rheumatoid arthritis, arthritis, joint pain/stiffness, jaw pain, ankle and foot pain, knee pain, upper leg pain, hip pain, kidney disorders, kidney stones, angina, stroke, chest pains, heart attack, high blood pressure, chronic sinusitis, muscular inco ordination, hepatitis, ulcer, loss of bladder control, painful urination, bladder infection, drug/alcohol dependency, smoking/tobacco use, frequent urination, excessive thirst, diabetes, pregnancy, hormonal replacement, birth control pills use, HIV/AIDS, dermatitis, epilepsy, SLE and depression.

When questioned about medications, the patient stated that she is currently taking so many prescription drugs that additional paperwork is needed to ensure there are no mistakes.  When questioned about supplements, the patient stated that she is currently taking so many supplements that additional paperwork is needed to ensure there are no mistakes.  According to the patient, she has not had any surgical procedures.

Haley has been advised to walk for twnty minutes a day as per her Rheumotologist, Dr. Barbara Kage.  Unfortunately, this may or may not be possible due to the severity of her pain.

Regarding her cholesterol levels, the patient is not over 35 and there is no need to monitor her cholesterol levels.  Because of the patient's age, the current AMA guidelines do not recommend an influenza vaccination.  Due to the patient's age, there is no need to perform colon cancer screenings on her at this time.

Haley was also asked if she has ever been hospitalized, and she responded that there were no other hospitalizations that were not previously mentioned.  The patient informed me that she has had significant past trauma, including The patient states that she has had a couple car accidents in the past.  Also at age 9 she was hit in the chin wih someones knee which drove her front tooth into the roof of her mouth..  When questioned if there was anything else I should be aware of, the patient stated She has currently found out that she is anemic and has low cortisol levels..

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004483

Haley Spears  UIN: SpeHa0001  DOB: REDACTED  5_26_2010.rtf Case History 2

The patient has been advised of both the risks and benefits of chiropractic treatment for her condition, and she has consented to receive treatment.

Dr. Cynthia Grosso                                    Haley Spears

Grosso Chiropractic, P.C. • 515 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004484

Orthopedic Examination #1  Wednesday, May 26, 2010

Grosso Chiropractic, P.C.
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears                Wednesday, May 26, 2010

A Neurological examination and an orthopedic examination was performed on Haley Spears on Wednesday, May 26, 2010 over her thoracic region and cervical region.  The cervical exam consisted of: Cervical Range of Motion, Valsalva Maneuver, Dejerine's Sign, Soto-Hall, Shoulder Depression Test and Foraminal Compression Test.  The thoracic exam consisted of:  Thoracic Ranges of Motion.  The Neurological examination consisted of reflex testing, reflex testing, dermatomal testing, muscle strength testing, Romberg's Test and Babinski's Test.
The following cervical tests were found to be within normal limits: Valsalva Maneuver and Dejerine's Sign.  Dejerine's Sign is for disc herniations, spinal cord tumors, or spinal compression fracture, and it was within normal limits.  The Valsalva Maneuver was WNL and is used to test for pressure within the spinal cord due to a space occupying lesion.
During Haley's examination, she had a positive Shoulder Depression Test.  The Shoulder Depression Test is performed with the patient in the seated position.  The doctor then depresses the patient's left shoulder and laterally flexes the patient's head away from the left shoulder.  The test is then done depressing the patient's right shoulder and laterally flexing the head away from the right shoulder.  Haley experienced an increase in her right C6 paresthesia while her right shoulder was depressed and an increase in her left C6 paresthesia with her left shoulder depressed.  This indicates that Haley has adhesions of her right and left C6 dural sleeves, spinal nerve roots, or adjacent structures of the joint capsule of her left and right shoulders.
The patient had a positive Soto-Hall sign during her examination.  The test is performed by having the patient in the supine position with the legs fully extended and the arms over the patient's head.  The doctor then supports the patient's head with one hand while stabilizing the patient's chest with the other hand.  The doctor then sharply and passively flexes the patient's neck approximating the patient's chin to the chest while maintaining downward pressure over the patient's sternum.  During this test, Haley experienced local pain between her C5 and C6 vertebral levels.  The test produced this result because the flexion of her head and neck progressively produced a pull on the patient's posterior spinous ligaments.  Therefore, this test indicates that Haley has a severe subluxation, exostoses, disc lesion, sprain, or vertebral fracture.
The patient had a positive Foraminal Compression Test.  The test was performed on Haley in which she was instructed to sit and allow her head to be rotated with strong pressure exerted downward over her head.  This is then repeated bilaterally.  When the neck is rotated and downward pressure is applied, closure of the intervertebral foramen occurs.  During this maneuver, she experienced local pain from both her left and right cervical spine.  Due to the dynamics of the test, this indicates nerve root encroachment from her left and right cervical spine.
Haley's Achilles Reflex, Patellar Reflex, Triceps Reflex, Brachioradialis Reflex and Biceps Reflex were checked to evaluate her lower motor neuron function.  Haley's Biceps, Brachioradialis, Triceps, Patellar, and Achilles Reflexes were rated as a 2+ bilaterally.
Dermatomal testing was performed over the patient.  All dermatomes were found to be within normal limits bilaterally from C5 to S1.

Muscle Strength testing was performed on the patient.  The muscles were graded using the following rationale: 5 is complete range of motion against gravity using full resistance, 4 is complete range of motion against gravity with some resistance, 3 is complete range of motion against gravity, 2 is complete range of motion with gravity eliminated, 1 is evidence of contraction with no joint motion, and 0 is no evidence of contraction.  The findings are below

    left (deltoid) C5: +5  right (deltoid) C5: +5
    left (biceps) C6: +5  right (biceps) C6: +5
    left (triceps) C7: +5  right (triceps) C7: +5
    left (finger flexors) C8: +5  right (finger flexors) C8: +5
    left (finger adductors) T1: +5  right (finger adductors) T1: +5
    left (iliopsoas) L1: +5  right (iliopsoas) L1: +5
    left (quadriceps) L3: +5  right (quadriceps) L3: +5
    left (tibialis anterior) L4: +5  right (tibialis anterior) L4: +5
    left (extensor hallicus longus) L5: +5  right (extensor hallicus longus) L5: +5
    left (peroneus longus) S1: +5  right (peroneus longus) S1: +5

The patient has a positive Romberg's test.  Since she swayed with her eyes open and closed, the patient may have a cerebellar dysfunction.
Babinski's test which is used to identify a corticospinal motor lesion was within normal limits.      Range of Motion Testing was done over the patient's cervical spine in six ranges of motion: flexion, extension, left rotation, right rotation, left lateral flexion, and right lateral flexion.  According to the AMA Guidelines 5th edition, normal cervical

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004485

Haley Spears  UIN: SpeHa0001  DOB: REDACTED  2010/05/26 Examination 2

flexion is at least 50 degrees, and Haley measured 45 degrees with pain.  Normal cervical extension is considered to be at least 60 degrees, and Haley measured 42 degrees with pain.  Normal cervical rotation is considered to be 80 degrees and higher, and Haley measured 82 degrees with pain with her left and 63 with right rotation.  Normal cervical lateral flexion is at least 45 degrees, and Haley measured 42 degrees with pain with her left and 32 with right lateral flexion.

   Range of Motion Testing was done over Haley's thoracic spine in six ranges of motion: flexion, extension, left rotation, right rotation, left lateral flexion, and right lateral flexion.  According to the AMA Guidelines 5th edition, normal thoracic flexion is over 45 degrees, and Haley measured 30 degrees with pain.  Normal thoracic extension is considered to be 0 degrees due to the slight kyphotic posture of the thoracic spine, and Haley measured 0 degrees with pain.  Normal thoracic rotation is considered to be at least 30 degrees, and Haley measured 21 degrees with her left with pain and 20 with right rotation with pain.  Normal thoracic lateral flexion is at least 45 degrees, and Haley measured 32 degrees with her left with pain and 30 with right lateral flexion with pain.

Dr. Cynthia Grosso

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004486

X-Ray Report

**Grosso Chiropractic, P.C.**
815 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears          Wednesday, May 26, 2010
DOB:REDACTED

This is an imaging report taken on Wednesday, May 26, 2010 on the patient, Haley Spears, at Grosso Chiropractic, P.C. with the following views: Cervical sagittal, Cervical frontal and Cervical horizontal.

NORMAL FINDINGS:

There were no fractures or severe dislocations visualized.  The bone density appears to be within normal limits.   The soft tissue visualized appears to be within normal limits.  The bony structures of the cervical spine are essentially normal.  The disc spaces in the cervical spine are well maintained except where noted.

ABNORMAL FINDINGS

There is mild disc thinning at C3/C4 and C4/C5.

DIAGNOSTIC IMPRESSIONS:

The patient displays signs of disc degeneration at C3/C4 and C4/C5.

Dr. Cynthia Grosso

Liberty004487

Treatment Plan   Wednesday, May 26, 2010

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears     DOB: 1REDACTED     Wednesday, May 26, 2010

This is an individualized Treatment Plan for Haley Spears created on Wednesday, May 26, 2010. Because her condition involves soft tissue which includes fascia, ligaments and muscles, it is important to understand the complete healing process that one goes through. There are three stages of care before a body recovers completely. The first stage of care is called the symptomatic relief stage. The second stage is the repair and regenerative stage. The third stage is the rehabilitation stage. Due to the differences of the best course of treatment in the various stages, it is important to concentrate on the stage that Haley is in now, and the patient is in the Symptomatic stage. This stage typically lasts 4 to 12 weeks, for Haley's specific condition, the recommended number of visits is 18 until she is expected to be ready to move to the next stage of care.

Because each treatment builds on the visit prior to it, the frequency of the visits is critical to actually correct the underlying reason for the condition. This is similar to the results of going to a gym 3-4 multiple times versus just once a year. For this reason, it is in Haley's best interest to receive treatments 3 times a week for two weeks and then 2 times a week until she is out of this stage of care.

The patient's current diagnosis is:
1)  739.1  Cervical region subluxation (segmental dysfunction)
2)  723.3  Cervicobrachial syndrome
3)  724.1  Thoracic spine pain
4)  739.2  Thoracic region subluxation (segmental dysfunction)

Chiropractic manipulative treatments will be used to remove fixations, improve neurophysiological function, and improve the biomechanics of the patient's spine. The types of chiropractic manipulative treatment Haley will receive will consist of Activator and Atlas Orthogonal. The Activator technique uses an instrument to give consistent low force high speed chiropractic adjustments. The Atlas Orthogonal method moves the atlas using a precise chiropractic adjustment based on specific misalignment findings from x rays by using a mechanical impulse through a mental stylus by the means of a pressure controlled actuator.

The following therapeutic modalities will be used: Cryotherapy and G5.
1)  Cryotherapy will be used for twelve minute intervals over the patient's cervical musculature to reduce pain and decrease any inflammation.
2)  Percussion massage (G5) will be performed to decrease hypertonic musculature and increase blood flow to promote soft tissue healing.

Therapeutic Activities (97530) will be performed with Haley Spears to improve her functional activity performance in a progressive manner. Functional activities include, but are not limited to bending, lifting, carrying, reaching, catching, and overhead activities.

Activities of Daily Living (97535) will be performed with Haley Spears to modify her habits enabling Haley to recover faster and prevent a reoccurance in the future.

In order for the patient to achieve the best results for her care, it is recommended that Haley refrain from the following: activities that cause pain.

Providing the patient has been compliant with both her appointments and recommendations, I expect Haley to accomplish the following goals by the end of this stage of care;
• Decrease her discomfort by 75%

Dr. Cynthia Grosso

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004488

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                    Thursday, December 30, 2010

The patient informed me that she was doing better until Thursday, December 30, 2010 when her neck, entire upper back, right knee, left ankle and right ankle became aggravated.  According to the patient, she gave her neck an 8, entire upper back an 8, right knee an 8, left hand a 5, right hand a 5 and left and right foot a 5 on a scale of 0 to 10 with 0 being nothing and 10 being her original intensity.  The patient explained that her problems continue to be aggravated when she does nothing in particular because it is always there.  The patient also informed me that her problems continue to become better when she takes prescription medications.  The patient's cervical range of motion showed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Observation of the patient revealed  decreased thoracic flexion with pain and extension with pain.  I noticed that the patient presentend with severe trigger points on her mid thoracics.  While palpating the patient, I noted severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of the patient's spine, I noticed tenderness over C1, C5, T6, T8, right PSIS and S1.  During a supine leg length check of the patient, I noticed she had a functionally short right leg.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was used for twelve minutes over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  To deliver specific Chiropractic adjustments, the activator instrument was used over the patient's thoracic and lumbar regions (98940).  I used the AO instrument over the patient's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in the patient's traps and lumbar region to relax her musculature and decrease her discomfort (97530).  When leaving, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The current prognosis for the patient is guarded because the patient hasn't received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004489

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED                Thursday, September 09, 2010

Haley came in today stating that since her last office visit, she is doing slightly better.   When using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient rated her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The patient explained to me that her problems continue to be aggravated when she does nothing in particular because it is always there.  The patient also let me know that her problems continue to become better when she takes prescription medications. Observation of the patient's active range of motion revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   The patient presented with  decreased thoracic flexion with pain and extension with pain.  The patient presented with severe trigger points on her mid thoracics.  I noted severe tender taut fibers over the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature. During palpation of the patient's spine, I observed tenderness over C1, C5, T6, T8, right PSIS and S1.  With the patient in the supine position I noticed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Twelve minutes of cryotherapy was used over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).    I used an activator instrument over the patient's thoracic and lumbar regions (98940).  The AO technique was used to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940).  To relax the patient's musculature and decrease her discomfort, twelve minutes of trigger point therapy was done over trigger points found in her traps and lumbar regions (97530). Before the visit was over, Haley stated that she felt better. At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan. The patient's prognosis is guarded because she has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004490

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Tuesday, August 31, 2010

    The patient informed me that she is doing slightly better since her last office visit.  According to the patient, she gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5 using a scale of 0 to 10 with 0 being nothing and 10 being her original intensity.  The activities that aggravate the patient's condition remain unchanged and are when she does nothing in particular because it is always there.  Haley also let me know that her problems continue to be relieved when she takes prescription medications.  The patient's cervical range of motion showed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Observation of the patient showed  decreased thoracic flexion with pain and extension with pain.  The patient came into the office with severe trigger points on her mid thoracics.  The patient presented with severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  Palpation of Haley's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  A supine leg length check of the patient showed a functionally short right leg.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  I applied twelve minutes of cryotherapy over the patient's neckto decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  Specific Chiropractic adjustments were performed using an activator instrument over all misalignments that were observed following the activator protocols for identifying subluxations over the patient's thoracic and lumbar regions (98940).  I used to the Atlas Orthogonal instrument to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y:  , ACD:  , AHR:  , AXSP:  , CS:  , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  After the treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  Currently, the prognosis for this patient is guarded because the patient hasn't received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004491

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Monday, August 23, 2010

   The patient came in today stating that since her last office visit, she is doing slightly better.  When using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The activities that aggravate the patient's condition remain unchanged.  As previously noted, they are when she does nothing in particular because it is always there.  Haley also informed me that her problems are still relieved when she takes prescription medications.  Observation of the patient revealed decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Haley presented with decreased thoracic flexion with pain and extension with pain.  I observed severe trigger points on Haley's mid thoracics.  While palpating the patient, I found severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  Palpation of the patient's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  With the patient in the supine position I noticed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was utilized for twelve minutes over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  Using the activator protocols for identifying subluxations, the activator instrument was used over the patient's thoracic and lumbar regions (98940).  The AO technique was used to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  Before the visit was over, Haley stated that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  Haley's prognosis is guarded because the patient has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004492

**Office Visit**

Grosso Chiropractic, P.C.
815 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB REDACTED                 Thursday, August 19, 2010

Haley let me know that she has been feeling slightly better since her last office visit.  Using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The patient's aggravating activities have not changed.  As previously noted, they are when she does nothing in particular because it is always there.  The patient explained that her symptoms are still relieved when she takes prescription medications.  Haley presented with  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Observation of the patient revealed  decreased thoracic flexion with pain and extension with pain.  I observed that the patient had severe trigger points on her mid thoracics.  I observed severe tender taut fibers over the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of Haley's spine, tenderness was observed over C1, C5, T6, T8, right PSIS and S1.  While I had the patient in the supine position, I noticed she had a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Twelve minutes of cryotherapy was used over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  I used an activator instrument over the patient's thoracic and lumbar regions (98940).  The AO technique was used to deliver a very precise chiropractic manipulation to the patient's upper cervical spine using the following listings: Z: , Y:  , ACD:  , AHR:  , AXSP:  , CS:  , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  The patient was instructed to use a hot compress on the affected area to increase circulation and create an analgesic effect.  Before the visit was over, the patient told me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for the patient is guarded because she has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Grosso Chiropractic, P.C. • 815 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004493

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED          Thursday, August 12, 2010

The patient presented to the office today stating that she had significant improvement until Thursday, August 12, 2010 when her neck, entire upper back, right knee, left ankle and right ankle became aggravated.  Using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The patient stated that her problems continue to be aggravated when she does nothing in particular because it is always there.  The patient also said her symptoms continue to be improved when she takes prescription medications.  Haley's cervical range of motion showed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Testing of the patient's thoracic range of motion produced the result of  decreased thoracic flexion with pain and extension with pain.  I came across severe trigger points on the patient's mid thoracics.  I found severe tender taut fibers were present in the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of the patient's spine, I noticed tenderness over C1, C5, T6, T8, right PSIS and S1.  While I had the patient in the supine position, I observed she had a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was used for twelve minutes over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  Specific Chiropractic adjustments were performed using an activator instrument over all misalignments that were observed following the activator protocols for identifying subluxations over the patient's  thoracic and lumbar regions (98940).  I used the AO instrument over Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her trape and lumbar region to relax her musculature and decrease her discomfort (97530).  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for the patient at this time is guarded because the patient has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004494

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                Thursday, July 22, 2010

Haley stated that she is doing about the same since her last office visit.   When asked to rate her problems, the patient gave her neck a 6, entire upper back a 6, right knee a 5, left ankle a 5 and right ankle a 5 on a scale of 0 to 10 with 0 being nothing and 10 being her original intensity.  The patient's aggravating activities remain unchanged. As previously noted, they are when she does nothing in particular because it is always there.  The patient explained that her symptoms continue to be relieved when she takes prescription medications.   Observation of the patient's active range of motion revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   The patient had  decreased thoracic flexion with pain and extension with pain.  I observed severe trigger points on Haley's mid thoracics.  I found severe tender taut fibers were present in the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of Haley's spine, tenderness was observed over C1, C5, T6, T8, right PSIS and S1.  Examination of the patient in the supine position revealed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was utilized for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  Specific Chiropractic adjustments were performed using an activator instrument over all misalignments that were observed using the activator protocols for identifying subluxations over the patient's thoracic and lumbar regions (98940).  To deliver a very precise adjustment to the patient's upper cervical spine, the Atlas Orthogonal instrument was used   (98940).  I did trigger point therapy for twelve minutes over trigger points found in the patient's traps and lumbar region to further relax her musculature and decrease her discomfort (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  When leaving, Haley stated that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The current prognosis for the patient is guarded because she hasn't received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004495

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED          Thursday, July 15, 2010

As the patient came into the office, she informed me that she is doing slightly better.   Haley rated her neck a 6 and entire upper back a 6 on a scale of 0 to 10 with 0 being nothing and 10 being her original intensity. Haley's symptoms continue to be aggravated when she does nothing in particular because it is always there.  The patient also said her symptoms continue to be improved when she takes prescription medications.  Observation of the patient's active range of motion revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   The patient presented with  decreased thoracic flexion with pain and extension with pain.  There were severe trigger points found on the patient's mid thoracics.  The patient presented with severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  Palpation of Haley's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  I noticed the patient had a functionally short right leg length while in the supine position.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was applied for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  Using the activator protocols for identifying subluxations, the activator instrument was used over the patient's thoracic and lumbar regions (98940).  The AO instrument was used to deliver a very precise chiropractic manipulation to the patient's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The patient's current prognosis is guarded because she has not received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004496

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Tuesday, July 13, 2010

The patient informed me that she had significant improvement until when her became aggravated.  On a scale of 0 to 10 with 0 being nothing and 10 being her original intensity, Haley gave her neck an 8 and entire upper back an 8 since her last treatment.  The patient's aggravating activities are unchanged and are when she does nothing in particular because it is always there.  The patient explained that her symptoms continue to be improved when she takes prescription medications.  The patient's cervical range of motion showed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Haley had  decreased thoracic flexion with pain and extension with pain.  The patient had severe trigger points on her mid thoracics.  The patient had severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of the patient's spine, I noticed tenderness over C1, C5, T6, T8, right PSIS and S1.  Examination of the patient in the supine position revealed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  I applied twelve minutes of cryotherapy over the patient's neckto decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  To deliver specific Chiropractic adjustments, I used an activator instrument over the patient's thoracic and lumbar regions (98940).  The AO instrument was used to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , AGD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940).  To relax the patient's musculature and decrease her discomfort, twelve minutes of trigger point therapy was performed over trigger points found in her traps and lumbar regions (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  Haley's prognosis is guarded because she has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004497

**Office Visit**

Grosso Chiropractic, P.C.
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Monday, June 07, 2010

  When the patient came into the office, she informed me that she is doing slightly better.  Using a scale of 0 to 10 with 0 being nothing and 10 being her original intensity, Haley gave her neck an 8 and entire upper back an 8 since her last visit.  The patient's aggravating activities remain unchanged and are when she does nothing in particular because it is always there.  Haley also informed me that her problems are still relieved when she takes prescription medications.  Haley presented with  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Observation of the patient revealed  decreased thoracic flexion with pain and extension with pain.  There were severe trigger points found on the patient's mid thoracics.  The patient had severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature. Palpation of the patient's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  Examination of the patient in the supine position revealed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was utilized for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  I used the AO instrument to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y:  , ACD:  , AHR:  , AXSP: , CS:  , AFP: , C: , and A:  (98940).  To relax the patient's musculature and decrease her discomfort, twelve minutes of trigger point therapy was performed over trigger points found in her traps and lumbar regions (97530).  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for this patient at this time is guarded because she hasn't received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004498

**Office Visit**

Grosso Chiropractic, P.C.
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                   Wednesday, June 02, 2010

This is the first time that the patient has come to the office.  Haley thinks that her upper back condition just came about insidiously.   Using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient rated her neck a 10 and entire upper back a 10.  The patient let me know that her problems become aggravated when she does nothing in particular because it is always there.  The patient also let me know that her problems are relieved when she takes prescription medications.  Observation of the patient showed decreased cervical flexion with pain, extension with pain, left rotation with pain, and right rotation with pain.  The patient had decreased thoracic flexion with pain and extension with pain.  The patient presented with severe trigger points on her mid thoracics.  During palpation of the patient, I noticed the patient had severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of Haley's spine, tenderness was observed over C1, C5, T6, T8, right PSIS and S1.  The patient had a functionally short right leg length while in the supine position.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was applied for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  I used the AO instrument to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A:  (98940).  To relax her musculature and decrease her discomfort, twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar regions (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  After the treatment, the patient stated that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for the patient at this time is guarded because she has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is

Liberty004499

Page 1 of 2

**GROSSO CHIROPRACTIC, P.C.**

615 WESTFIELD ST.
WEST SPRINGFIELD, MA 01089
4137361680

09/02/2015 - 09:01 PDT

Sale

| | |
|---|---|
| Total | $55.00 |
| Visa | REDACTED |
| Name on Card | Denise G |
| | |
| Auth Code | 643476 |
| Trans ID | PG0006392219 |
| Merchant No | ,,,3069 |

Thank you for your business!

Customer copy

9/2/2015

Liberty004500

HARTFORD NEUROLOGY, LLC
STEPHEN R. CONWAY, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
ARIKE D. PRICE, M.D.
PHYLLIS G. GRABLE-ESPOSITO, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-8742

| 6 NORTHWESTERN DRIVE, SUITE 202<br>BLOOMFIELD CT 06002 | 100 HAZARD AVE, SUITE 205<br>ENFIELD CT 06082 | 822 HEBRON AVENUE, SUITE 102<br>GLASTONBURY CT 06033 |

## FACSIMILE TRANSMITTAL SHEET

TO: _Nancy Winterer_   FROM: _Tammy_

COMPANY: _Liberty mutual_   DATE: _10/23/15_

FAX NUMBER: _603-334-5708_   TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER: _888-437-7611_   SENDER'S TELEPHONE NUMBER: _860-545-5030_

RE: Patient Name: _Haley Spears_   _we only have_
DOB: REDACTED   RE: _office Notes - 2008_

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

PLEASE NOTE: In an effort to cut down on paper usage we are now faxing all correspondence (i.e. letters, EMG reports, etc.). If you prefer to still have the hard copy mailed to you, please state so on the bottom of this cover sheet and fax it back to us. We appreciate your understanding and assistance in this endeavor.

Thank You _Patient was Seen only 2008_

Liberty004501



LMG

10/20/2015 1:50:39 PM   PAGE   1/004   Fax Server

LMG


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| Date: | October 20, 2015 |
|---|---|

| To: | DAVID SILVERS<br>85 SEYMOUR STREET<br>HARTFORD CT 06106 |
|---|---|

| Attn: | |
|---|---|

| Fax: | (860) 249-6742 |
|---|---|

| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
|---|---|

| Total Pages<br>(Including Cover): | 4 |
|---|---|

| RE: | |
|---|---|
| Claim #: | REDACTED |
| Claimant: | Haley Spears |
| UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004502

LMG          10/20/2015 1:50:39 PM   PAGE   2/004   Fax Server

                                LMG



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

David Silvers
85 SEYMOUR STREET
HARTFORD, CT 06106

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear David Silvers:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by November 9, 2015. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2                                    Liberty004503

NO. 1114   P. 2/30      Sent by Hartford Neurology      Oct. 26. 2015 9:12AM

LMG          10/20/2015 1:50:39 PM   PAGE    3/004    Fax Server

LMG

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004504

LMG



Company at Source
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7331
Phone No.: 1-888-140-6116
Fax No.: 1-203-284-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*          **REDACTED**

CLAIM NO.: _____          S.S. NO: _____

EMPLOYER/SPONSOR: _____          DATE: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to my insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns including attachments; and accidents transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Pact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, insurance companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*                    **REDACTED**
Print Name                        Social Security Number

*Haley Spears*                    9/8/15
Signature                         Date

Liberty004505

## HARTFORD NEUROLOGY, LLC

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302
BLOOMFIELD CT 06002

2928 MAIN STREET, 1ST FLOOR
GLASTONBURY CT 06033

NEUROLOGIC FOLLOW UP               RE: HALEY SPEARS
November 14, 2008
Page 1

PROBLEM LIST: 1. Migraine with aura, 2. H/o "blackouts", 3.
Asthma, 4. Colitis, 5. Peptic ulcer disease

INTERVAL HISTORY: Haley Spears comes in for a follow-up.
She is now on Neurontin recently increased and now on 1200-
mg twice daily. She also saw Dr. Barry Gordon and in early
October went on Pamelor 25-mg at bedtime. Headaches have
improved partially. She describes having a significant
headache about four times per week. These tend to be
posteriorly located on the head, mostly on the left side
and may be either steady or throbbing. There's
nauseousness but no vomiting. She does get smell but no
light or sound sensitivity. Headaches are generally rated
as over 10/10 in intensity. They occur during the day or
can awaken her. Triggers are not generally clear. She
currently treats these headaches with a combination of
Naprelan, usually one tablet, as well as Frova. If there
is nauseousness, she will use Zofran. She says that she
generally has to repeat a dose of the Frova. The headache
can last anywhere from 4-8 or perhaps more hours. She also
uses Hydrocodone. She estimates her Frova use as being
several days per week and Hydrocodone as being three days
per week. She also gets these mini blackout spells. She
again notes a sense of sometimes not seemingly there or
stuttering. She had a 24-hour EEG that was negative. Dr.
Gordon ordered an MRI of the neck which showed some thyroid
nodules which may need to be followed up on. She also
suffers from insomnia. She is now also finishing a
Prednisone taper which she does feel is helping a bit. She
does get headaches on other days but less severe she says.

Liberty004506

NEUROLOGIC FOLLOW UP          RE: HALEY SPEARS
November 14, 2008
Page 2

Additional complaints include a sense of blockage in the
ears, persistent elevations of liver function tests, some
transient right-sided flank pain. She corrects me and
tells me that she is no longer irritable as was written in
my first note.

MEDICATIONS: Neurontin 1200-mg b.i.d., Pamelor 25-mg at
bedtime, Singulair, Prevacid, Asacol, Citracal, and p.r.n.
Naprelan, Frova, Zofran and Vicodin. She also takes a B-
Complex. She takes another over-the-counter supplement
that starts with a C which she says is used for improving
brain power.

PHYSICAL EXAM: Comfortable. Blood pressure 130/75, pulse
100.

IMPRESSION: I saw Haley Spears on 11/14/08. She has
frequent migraine, blackouts of unclear etiology but doubt
epilepsy. Additional complaints including insomnia,
stuttering, question of a role that stress may be playing
here. I told her that she can follow-up either with myself
or Dr. Gordon. For now will continue on Neurontin 1200-mg
b.i.d., increase after a couple of weeks if headaches are
not improving. She can also add on Riboflavin and
Magnesium 400-mg daily for prophylaxis. She can check in
with Dr. Gordon about possibly increasing Pamelor if
necessary. Perhaps this would also help her insomnia. She
should check with her gastroneurologist about elevations of
liver function tests and other GI symptoms (i.e.,
constipation), although this may be medication related.
She can make a three-month follow-up if she wishes.

_David G. Silvers_

David S. Silvers, M.D.          TIME OF VISIT: 35 minutes

DSS/dg

Cc: Evan Schiff, M.D.
445 So. Main St.
West Hartford, CT 06117
Cc: Barry Gordon, M.D.
1000 Asylum Ave., STE 4304
Hartford, CT 06106

Liberty004507

**HARTFORD NEUROLOGY, LLC**

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302
BLOOMFIELD CT 06002

2928 MAIN STREET, 1ST FLOOR
GLASTONBURY CT 06033

September 08, 2008

Evan Schiff, M.D.
445 So. Main St.
West Hartford, CT  06117

RE: Haley Spears

Dear Evan:

I saw Haley Spears on 09/08/08.  She presents with a probable history of migraine with aura with more headaches recently.  She's also had spells where she "blacks out".  She had a recent MRI performed, which showed apparent abnormality in the right temporal lobe.  At this point, I'll need to review the MRI and probably go over it with one of our radiologists.  Further decisions will be made depending upon these findings.  I'm also ordering an EEG, sleep deprived.  I've asked her to not drive while the work-up is preceding.  There's certainly nothing in the history that would suggest demyelinating disease; thus, there would be probably no strong reason to suspect a demyelinating lesion.  In any event, I'll be calling her later this week.

Sincerely,

David S. Silvers, M.D.

DSS/dg

Addendum - Reviewed MRI - Non specific Δ (R) to meniko imaging temporal lobe.

MU - Repeat MRI, in 6 mo.

Liberty004508

NEUROLOGIC CONSULTATION       RE: HALEY SPEARS
September 08, 2008
Page 1

CHIEF COMPLAINT: Episodes of "blacking out"/headaches

PRESENT ILLNESS: This is a 30-year-old right-handed woman
with a h/o asthma, h/o migraine with aura who presents with
recent spells of "blacking out" and more headaches.   She
says that she has had some degree of headaches beginning
around May.   They seem to be located in various places on
the head.   They are by the eyes posteriorly on the head.
They can feel like a pressure, generally steady.   She
states they would come on "occasionally" prior to some
weeks ago when they became even constant at times, although
punctuated with worsening.   When she would get what she
calls her migraine headache, she would get blurry or
distorted vision, perhaps even double vision, occasionally
with spins.   These "aura" symptoms may last 10-30 minutes
and generally be followed by the headache, which could last
for a couple of hours.   She had been treating the headaches
with Maxalt, which would generally help relieve the
headache within a couple of hours.   Most were moderate, 4-
6/10 in intensity, occasionally more severe.   She did have
a severe headache towards the end of August, which led to
her having a CAT scan followed by an MRI.

She has also had occasional spells where she reports
"blacking out".   For example, she may not respond
immediately or remember what had been said.   They can be
brief, generally seconds or perhaps up to about a minute or
so.   She's had probably "numerous" episodes.   Her mother
states that she also seems somewhat irritable.   Mood has
been also on the low side.

With headaches, she may get some nausea, rarely vomiting,
no significant photo or phonophobia or smell sensitivity.
Most headaches she remains functional; occasionally she
will have to lie down.   She also notes some pressure in the
facial region around the sinuses for which she saw Dr.
Lehmann, an ENT physician.   She was also prescribed
?Miramist.

She finds that she has been generally forgetful and has
more problems with concentrating.   Stuttering is also
noted.   She has not had spells of monocular visual loss or
any kind of sustained double vision or L'Hermitte symptom.

Liberty004509

NEUROLOGIC CONSULTATION       RE: HALEY SPEARS
September 08, 2008
Page 2

There's no difficulty with swallowing, changes in strength
or balance, alterations of bladder or bowel functioning.

There are no obvious systemic symptoms including fevers,
chills, sweats.  Sometimes she does get some chest pain and
shortness of breath (with asthma), abdominal discomfort.
She has poor appetite but is not sure that she's lost any
weight.  She sleeps poorly.

Her head CT scan from St. Francis Emergency Room showed a
decreased density in the right temporal lobe.  This was
followed by an MRI scan of the brain with and without
gadolinium.  The report makes note of a ?lovulated lesion
in the white-matter in the right temporal lobe non-
enhancing without mass effect.  It was read on the report
as possibly representing an inactive "demyelinating plaque"
with a low-grade glioma being less likely.

Routine bloodwork including CBC and renal function was
normal.

PAST MEDICAL HISTORY: Notable for "migraine" and asthma as
well as microscopic colitis and peptic ulcer disease.  H/o
plantarfasciitis.

MEDICATIONS:  Asacol,  Singulair,  Prevacid,  Nasacort  and
p.r.n. Zyrtec/Albuterol.

PAST SURGICAL HISTORY: Please refer to patient form.

FAMILY HISTORY: She does have a cousin with a brain tumor.

SOCIAL HISTORY: Rare alcohol use, no tobacco use.  Works as
an administrative assistant.

REVIEW OF SYSTEMS: Please refer to Patient Form.

PHYSICAL  EXAM:  A  pleasant,  comfortable,  thin  woman  who
appears  somewhat  anxious  but  otherwise  in  no  distress.
Blood  pressure  125/80,  pulse  72.    No  carotid  bruits.
Cardiac  exam  a  regular  rate  and  rhythm  SI/SII.    No
left/right body asymmetry.

Liberty004510

NEUROLOGIC CONSULTATION        RE: HALEY SPEARS
September 08, 2008
Page 3

NEUROLOGIC EXAM:

MENTAL STATUS: She was alert.  She was oriented to place
and time, attentive to months of the year forwards and
backwards.   Language was fluent.  Recall of three two-part
items, 3/3 after a few-minute delay.    Naming intact,
calculations normal, clock normal.   Able to place in the
hands to read "ten after eleven".  Normal copying of cube.
Normal luria sequencing, Go-No-Go.

CRANIAL NERVES: II - XII were normal.  She did not have an
r-APD.   Normal eye movements pursuits/saccades.    Intact
visual fields.   The rest of the cranial nerves normal.

MOTOR EXAM: Normal tone.   No tremor.   Strength +5/5 upper
and lower extremities.

SENSORY EXAM: Normal to pin, vibration, and joint position
sense.

REFLEXES: The deep tendon reflexes were +2 throughout and
the toes were downgoing.

COORDINATION:   Normal   to   finger-to-nose,   fine   finger
movements, and rapid alternating movements.

GAIT: Negative Romberg, normal tandem.   No posturing on
stress gait.

DSS/dg

Liberty004511

10/27/2008 15:09 FAX

3032575 / 000014950463                **SPEARS, HALEY A**                    014 EEG

10/09/2008 05:32  EEG -H  Prasad, Avinash (MD (H))   [Last Updated By: Prasad, Avinash On: 10/10/2008 16:43]
Final
HARTFORD HOSPITAL EEG STUDY

NAME: SPEARS, HALEY A   MR#: 000003032575    ACCOUNT#: 000014950463
REQUESTING PHYSICIAN: Silvers David, MD
PROCEDURE: 24-hour ambulatory EEG
EEG: 111645-1
DATE OF SERVICE: 10/07/2008-10/8/08   NURSING UNIT: Outpatient
AGE: 30                          ARCHIVED: AMB 08-36

INDICATIONS FOR PROCEDURE:
This 24-hour ambulatory EEG is performed on a 30-year-old female with a
history of episodes of loss of consciousness. Medications include Neurontin
and Frova.

REMARKS ON TRACING.:
This ambulatory EEG monitoring began at 15:16 hour on 10/07/2008 and ended
at 13:36 hour on 10/08/2008.  The patient was asked to push event button in
case a typical spell occurred.  Interictal epileptiform discharges were
assessed visually.  Seizure detection program was used to detect the
retrographic seizures.

The background consisted of bilaterally symmetrical, synchronous 9-10 Hz
posteriorly dominant alpha rhythm that was reactive to eye opening.  Low
amplitude beta activities were symmetrical in the anterior head region.
All 5 stages of sleep including REM sleep were recorded.  Sleep patterns
were symmetrical.  Moderate amount of T4 and T5 electrode artefacts were
seen.

Hyperventilation was performed on 2 occasions for 3 minutes each.  This did
not alter the background activities.  Heart rate was approximately 108 per
minute.

Interictal EEG did not reveal focal slowing, epileptiform discharges,
electrographic seizures.

A typical spell of concern was not recorded.

IMPRESSION:
This 24-hour ambulatory EEG monitoring demonstrated normal awake and sleep
patterns.  A typical spell of concern was not recorded.  Interictal EEG did
not reveal focal slowing,  epileptiform discharges, or electrographic
seizures.  A previous EEG performed in 09/2008, revealed a single
suspicious right frontotemporal sharp wave.

_____
Avinash Prasad, MD*

CC: Silvers David, MD

Requested by: Osorio-Otero,              10/27/2008 15:09                Page 1 of 2
Anya

Liberty004512

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 1

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP#  1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

FINAL REPORT
COPY

| | | | |
|---|---|---|---|
| Patient: **SPEARS,HALEY**<br>Location: MMH LAB PATIENT | Acct# D02328000A  DOB: REDACTED<br>Age/Sex: 31/F  Sub Dr.: Kage,Barbara | | Ph#: 860-308-2050 |

| Specimen: 0107:C00373R | COMP | Collected: 01/07/09-1345 | Received:  01/07/09-1403 |
|---|---|---|---|

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| MTHFR GENOTYPE | | | NOT DETECT   SP |

C677T MUTATION: NOT DETECTED
A1298C MUTATION: DETECTED (ONE COPY)

INTERPRETATION:  THIS PATIENT IS NEGATIVE (NORMAL) FOR THE
MTHFR C677T MUTATION AND HETEROZYGOUS FOR THE MTHFR A1298C
MUTATION. HETEROZYGOSITY FOR THE A1298C ALLELE IS NOT
ASSOCIATED WITH CORONARY DISEASE AND VENOUS THROMBOSIS.
MUTATIONS IN OTHER GENES, OR MUTATIONS OTHER THAN C677T AND
A1298C IN THE MTHFR GENE THAT MAY CAUSE INCREASED PLASMA
HOMOCYSTEINE, CORONARY HEART DISEASE, OR VENOUS THROMBOSIS,
ARE NOT RULED OUT BY THIS RESULT.
LABORATORY RESULTS AND INTERPRETATION REVIEWED BY:
    MEHRAN TABATAB, PH.D., FACMG
    CLINICAL UTILITY: THE METHYLENETETRAHYDROFOLATE REDUCTASE
(MTHFR) ENZYME PLAYS A MAJOR ROLE IN HOMOCYSTEINE
METABOLISM AND CONTAINS SEVERAL KNOWN POLYMORPHISMS, OF
WHICH THE MOST COMMON IS C677T. THIS MUTATION IS REPORTED
TO REDUCE MTHFR ACTIVITY, RESULTING IN
HYPERHOMOCYSTEINEMIA. THIS CONDITION IS A RISK FACTOR FOR
CARDIOVASCULAR DISEASE, INCREASED RISK FOR ARTERIAL AND
VENOUS THROMBOSIS, AND AN INCREASED RISK FOR OBSTETRICAL
COMPLICATIONS, E.G., PREECLAMPSIA, ABRUPTIO PLACENTAE,
FETAL GROWTH RETARDATION, AND STILLBIRTH.
    METHOD: THIS ASSAY WAS PERFORMED ON GENOMIC DNA ISOLATED
FROM BLOOD USING MULTIPLEX POLYMERASE CHAIN REACTION (PCR)
AND TARGET-SPECIFIC EXTENSION (TSE) WITH A LIQUID CHIP
DECODING SYSTEM ON THE LUMINEX PLATFORM. THE ASSAY DETECTS
THE MTHFR GENE MUTATIONS, C677T AND A1298C.
    THIS TEST(S) WAS DEVELOPED AND ITS PERFORMANCE
CHARACTERISTICS HAVE BEEN DETERMINED BY SPECIALTY

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | Run Date & Time  01/09/09-1655 |
|---|---|

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 2

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237   Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT
COPY**

| Patient: SPEARS,HALEY | Acct# D002288DR | DOB: REDACTED | PH#: 860-50R-2055 |
| Location: MMI LAB PATIENT | Age/Sex: 31/F | Sub Dr: Kage,Barbara | |

Specimen: 0107:C00373R    Collected: 01/07/09-1345    (Continued)

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| | LABORATORIES. IT HAS NOT BEEN CLEARED OR APPROVED BY THE | | | |
| | U.S. FOOD AND DRUG ADMINISTRATION. THE FDA HAS DETERMINED | | | |
| | THAT SUCH CLEARANCE OR APPROVAL IS NOT NECESSARY. | | | |
| | PERFORMANCE CHARACTERISTICS REFER TO THE ANALYTICAL | | | |
| | PERFORMANCE OF THE TEST. | | | |
| PROTEIN,T | 7.4 | | | 6.0-7.9 G/DL |
| ALBUMIN | 4.4 | | | 3.2-4.6 G/DL |
| BILI,TOTAL | 0.6 | | | 0.2-1.3 MG/DL |
| BILI, CONJ | 0.1 | | | 0.0-0.3 MG/DL |
| UNCON BILI | 0.5 | | | 0.0-1.0 MG/DL |
| ALK PHOS | 55 | | | 38-126 IU/L |
| ALT (SGPT) | | 45 | H | 10-40 IU/L |
| AST (SGOT) | | 41 | H | 10-42 IU/L |
| CK | 73 | | | 26-140 IU/L |
| TSH | 1.23 | | | 0.34-5.60 uIU/ML |
| ANGIO.CONV.ENZ | 28 | | | 15-60 UNITS | SP |
| FOLATE,SERUM | 8.8 | | | >5.2 NG/ML |
| VITAMIN B12 | 293 | | | 180-914 PG/ML |
| G-6PD QUANT | 12 | | | 7-20 U/G HB | SP |

---

Specimen: 0107:H00404R    COMP   Collected: 01/07/09-1345    Received: 01/07/09-1403

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| WBC | 4.8 | | | 4.0-10.5 K/uL |
| RBC | 4.30 | | | 4.0-5.4 M/uL |
| HGB | 12.5 | | | 12.1-15.7 G/DL |
| HCT | 37.7 | | | 36-46 % |
| MCV | 88 | | | 80-100 FL |
| MCH | 30 | | | 27-34 PG |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z516259 | Run Date & Time: 01/08/2009 14:55 |

# MANCHESTER MEMORIAL HOSPITAL

Page: 3

*An Affiliate of Eastern Connecticut Health Network, Inc.*

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St., Manchester, Ct 06040-4188<br>Phone: (860) 872-5237   Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
**COPY**

Patient: SPEARS,HALEY          Acct# D02328808   DOB REDACTED   PH# (860)-309-2050
Location: MMH LAB PATIENT       Age/Sex: 31/F   Sub Dr: Kage,Barbara

Specimen: 0107:H00404R     Collected: 01/07/09-1345            (Continued)

| Test | Normal | Abnormal | Flag/Reference |
|---|---|---|---|
| MCHC | 34 | | 32-36 G/DL |
| PLATELET COUNT | 296 | | 150-450 K/uL |
| RDW | 13 | | 11.5-14.5 % |
| MPV | 9 | | 6-10 fL |
| GRANULOCYTES | 60 | | 25-80 % |
| LYMPHS | 31 | | 15-48 % |
| MONOCYTES | 7 | | 0-12 % |
| EOSINOPHILS | 2 | | 0-6 % |
| BASOPHILS | 1 | | 0-2 % |
| ABSOL.GRAN. | 2.9 | | 1.8-8.0 K/uL |
| ABSOLUTE LYMPHS | 1.5 | | 1.5-4.5 K/uL |
| ABSOL.MONOS | 0.3 | | 0.2-1.0 K/uL |
| ABSOL.EOSIN | 0.1 | | 0-0.7 K/uL |
| ABSOL.BASOS | 0.0 | | 0-0.2 K/uL |
| SED RATE | 6 | | 0-20 MM/HR |
| PRO G20210A | | | SP |
| FAC II MUTATION | | | |

*G20210A MUTATION  NOT DETECTED*

*INTERPRETATION: THIS PATIENT IS NEGATIVE (NORMAL) FOR THE*
PROTHROMBIN G20210A MUTATION.
*INCREASED RISK FOR VENOUS THROMBOSIS CAN BE CAUSED BY A*
*VARIETY OF GENETIC AND NON-GENETIC FACTORS NOT SCREENED FOR*
*BY THIS ASSAY.*

*LABORATORY RESULTS AND INTERPRETATION REVIEWED BY:*
*MILHAN TELATAR, PH.D., FACMG*

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

SPEARS,HALEY / 2346259                          Run Date & Time: 01/16/09 - 0655

Liberty004515

Oct. 26. 2015  9:16AM    Sent by Hartford Neurology        No. 1112  P. 15/30

# MANCHESTER MEMORIAL HOSPITAL

Page: 4

*An Affiliate of Eastern Connecticut Health Network, Inc.*

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

## FINAL REPORT
## COPY

| | | | |
|---|---|---|---|
| Patient: SPEARS, HALEY | Acct# DO2328808 | DOB: REDACTED | Ph#: 860-309-2050 |
| Location: MMH LAB PATIENT | Age/Sex: 31/F  Sub Dr.: Kage,Barbara | | |

| | | |
|---|---|---|
| Specimen: 0107:H00404R | Collected: 01/07/09-1345 | (Continued) |

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| | CLINICAL UTILITY: THE PROTHROMBIN G20210A MUTATION IS THE<br>SECOND MOST COMMON GENETIC ABNORMALITY OF THE COAGULATION<br>SYSTEM, AFTER FACTOR V LEIDEN, OCCURRING IN APPROXIMATELY<br>1-2% OF RANDOM CAUCASIANS AND 5-7% OF CAUCASIAN VENOUS<br>THROMBOSIS PATIENTS. THE PROTHROMBIN G20210A MUTATION<br>ANALYSIS CAN HELP TO DETERMINE PREDISPOSITION TO THROMBOTIC<br>EVENTS, AND CAN ASSIST IN DETERMINING THE APPROPRIATENESS<br>OF ANTICOAGULANT THERAPY.<br>  METHOD: THIS ASSAY WAS PERFORMED ON GENOMIC DNA ISOLATED<br>FROM BLOOD USING POLYMERASE CHAIN REACTION (PCR) AND<br>TARGET SPECIFIC EXTENSION (TSE) WITH A LIQUID CHIP DECODING<br>SYSTEM ON THE LUMINEX PLATFORM. THE ASSAY DETECTS THE<br>PROTHROMBIN G20210A MUTATION.<br>  REFERENCE: SPECTOR EB, GRODY WW, CARLA J. MATTESON CJ ET<br>AL. AMERICAN COLLEGE OF MEDICAL GENETICS STANDARDS AND<br>GUIDELINES: VENOUS THROMBOEMBOLISM (FACTOR V LEIDEN AND<br>PROTHROMBIN 20210G>A TESTING): A DISEASE-SPECIFIC<br>SUPPLEMENT TO THE STANDARDS AND GUIDELINES FOR CLINICAL<br>GENETICS LABORATORIES GENET MED. 2005; 7(6): 444-453.<br>  THIS TEST(S) WAS DEVELOPED AND ITS PERFORMANCE<br>CHARACTERISTICS HAVE BEEN DETERMINED BY SPECIALTY<br>LABORATORIES. IT HAS NOT BEEN CLEARED OR APPROVED BY THE<br>U.S. FOOD AND DRUG ADMINISTRATION. THE FDA HAS DETERMINED<br>THAT SUCH CLEARANCE OR APPROVAL IS NOT NECESSARY.<br>PERFORMANCE CHARACTERISTICS REFER TO THE ANALYTICAL<br>PERFORMANCE OF THE TEST. | | |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

| | |
|---|---|
| SPEARS,HALEY / 7346259 | Run Date & Time: 01/15/09  0655 |

Liberty004516

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 5

---

| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
|---|---|
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP#  11B4601-01 |

Report for Silvers, David S

Report Recipients:
Baehring, Joachim M
O'Brien, James
SPEARS, HALEY
SCHIFF, EVAN
Silvers, David S
Kage, Barbara

## FINAL REPORT
## COPY

| Patient: | SPEARS, HALEY | Acct#:D0203889 | DOB: REDACTED | Ph#: 860-3084205 |
|---|---|---|---|---|
| Location: | MMH LAB PATTERN | Age/Sex: 31/F | Sub Dr: Kage, Barbara | |

Specimen: 0107;H00404R    Collected: 01/07/09-1345    (Continued)

| Test | Normal | Abnormal | Flag | Reference | |
|---|---|---|---|---|---|
| APCR | | | | | SP |
| APCR INTERPRETA | NEGATIVE | | | | SP |
| APCR RATIO | 2.01 | | | > 2.22 | SP |
| LUPUS ANTICOAG. | NOT DETECTED | | | NOT DETECT. | SP |
| PROTEIN C ANT | | 54 | L | 65-140 % | SP |
| PROTEIN S ANT | 79 | | | 70-140 % | SP |
| PROTEIN S FREE | 80 | | | 50-130 % | SP |

---

Specimen: 0107;S00050R    COMP    Collected: 01/07/09-1345    Received: 01/07/09-1403

| Test | Normal | Abnormal | Flag | Reference | |
|---|---|---|---|---|---|
| ANA | | | | | |
| ANATP | | | | | |
| ANA TITER | 1:1280 | | | | |
| ANA PATTERN | HOMOGENEOUS/SPECKLED | | | | |
| CARDIOLIPIN IGG | 14 | | | < 11 GPL U/mL | SP |

REFERENCE RANGE FOR CARDIOLIPIN IGG AUTOABS:
LESS THAN 11 GPL U/ML . . . . . . . . . . NEGATIVE
11 - 19 GPL U/ML . . . . . . . . . . INDETERMINATE
20 - 80 GPL U/ML . . . . . . . . . . LOW MEDIUM POSITIVE
GREATER THAN 80 GPL U/ML . . . . . . STRONG POSITIVE

| CARDIOLIPIN IGM | <10 | | | <10 MPL U/mL | SP |

REFERENCE RANGE FOR CARDIOLIPIN IGM AUTOABS:
LESS THAN 10 MPL U/ML . . . . . . . . . NEGATIVE
10 - 19 MPL U/ML . . . . . . . . . . INDETERMINATE

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
    VALENCIA, CA 91355-5386

| SPEARS, HALEY / 2346259 | Run Date & Time: 01/Jan/0948170655 |
|---|---|

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 6

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

FINAL REPORT
COPY

Patient: SPEARS,HALEY      Acct# D02328808   DOB: REDACTED   Ph#: 860-308-2050
Location: MMH LAB PATIENT                    Age/Sex: 31/F   Sub Dr: Kage,Barbara

Specimen: 0107:S00050R     Collected: 01/07/09-1345          (Continued)

| Test | Normal | Abnormal | Flag Reference | |
|---|---|---|---|---|
| | 20 - 80 MPL U/ML | | LOW-MEDIUM POSITIVE | |
| | GREATER THAN 80 MPL U/ML . . . . STRONG POSITIVE | | | |
| CARDIOLIPIN IGA | < 7.5 | | < 11 MPL U/ML | SP |
| CENTROMERE ABS | < 7.5 | | < 7.5 IU/ML | SP |
| ANTI-DNA DS | | 7.5 | < 5.0 IU/ML | SP |

REFERENCE RANGE FOR DSDNA AUTOABS:
LESS THAN 5.0 IU/ML . . . . . NOT DETECTED
5.0 - 10.0 IU/ML . . . . . INDETERMINATE
GREATER THAN 10.0 IU/ML . . . . DETECTED

| ANTI-ENA | | | | |
|---|---|---|---|---|
| ANTI-RNP IGG | < 5.0 | | < 5.0 UNITS | SP |
| ANTI SM IGG AB | < 5.0 | | < 5.0 UNITS | SP |

REFERENCE RANGE FOR NRNP/SM & SM AUTOABS:
LESS THAN 5.0 . . . . . NEGATIVE
5.0 - 10.0 . . . . . BORDERLINE
GREATER THAN 10.0 . . . . . POSITIVE

*THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY
ESTABLISHED MEANS.*

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

SPEARS,HALEY / Z346259                    Run Date & Time: 01/15/09   0855

Liberty004518

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 7

| | |
|---|---|
| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

## FINAL REPORT
COPY

REDACTED

| Patient: SPEARS,HALEY | Acct# D05378808 | DOB | PH#: 860-308-2050 |
|---|---|---|---|
| Location: MMH LAB PATIENT | Age/Sex: 17/F | Sub Dr.: Kage,Barbara | |

Specimen: 0107:S00050R     Collected: 01/07/09-1345          (Continued)

| Test | Normal | Abnormal | Flag Reference | |
|---|---|---|---|---|
| ANTI-NEUT CY AB | | | | |
| ANCA TOT ABS | <1:20 | | <1:20 FIU | SP |
| ANCA PATTERN | | | | SP |
| | NO C- OR P-ANCA PATTERN DETECTED BY IFA | | | |
| ANTINUC AB (ANA) | | 78.0 | H < 7.5 IU/ML | SP |
| | IU/ML METHOD OF REPORTING    TITER METHOD OF REPORTING | | | |
| | <7.5 | NOT DETECTED | | |
| | 8 | 1:40 - 1:80 | | |
| | 15 | 1:80 - 1:320 | | |
| | 30 | 1:160 - 1:640 | | |
| | 50 | 1:320 - 1:1280 | | |
| | 75 | 1:1280 - 1:5120 | | |
| | 100 | 1:2560 - 1:10240 | | |
| | >=200 | >= 1:10240 | | |
| | CONVERSION TABLE: | | | |
| | THE TABLE COMPARES PREVIOUSLY REPORTED ANA TITERS FROM | | | |
| | SPECIALTY WITH THE STANDARDIZED INTERNATIONAL UNIT FORMAT | | | |
| | OF REPORTING. TITERS FROM OTHER LABORATORIES CANNOT BE | | | |
| | DIRECTLY EQUATED TO THE IU SYSTEM EMPLOYED BY SPECIALTY | | | |
| ANA PATTERN | ... | | | SP |
| | SPECKLED | | | |
| | HOMOGENEOUS PATTERN ALSO DETECTED | | | |
| PROTEINASE 3 AB | < 3.5 | | < 3.5 U/uL | SP |
| MYELOPEROX AB | < 9.0 | | < 9.0 U/uL | SP |

SP  - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
      VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | | Run Date & Time: 01/15/09  0655 |
|---|---|---|

Liberty004519

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 8

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL** REPORT
**COPY**

REDACTED

| Patient: SPEARS,HALEY | Acct# D02528808  DOB: | Ph#: 860-308-2050 |
| Location: MMI LAB PATIENT | Age/Sex: 31/F  Sub Dr.: Kage,Barbara | |

Specimen: 0107:S00050R          Collected: 01/07/09-1345                  (Continued)

| Test | Normal | Abnormal | Flag Reference | |
|------|--------|----------|----------------|---|
| SCL-70 ANTIBODY | < 5.0 | | < 5.0 UNITS | SP |

REFERENCE RANGE FOR SCL-70 AUTOABS:
LESS THAN 5.0 . . . . . . . . NEGATIVE
5.0 - 10.0 . . . . . . . BORDERLINE
GREATER THAN 10.0 . . . . . . POSITIVE

THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY
ESTABLISHED MEANS.

| ANTI SJOGREN | | | | |
| SS-A IGG AB | < 5.0 | | < 5.0 UNITS | SP |
| SS-B IGG AB | < 5.0 | | < 5.0 UNITS | SP |

REFERENCE RANGE FOR SS-A & SS-B AUTOABS:
LESS THAN 5.0 . . . . . . . . NEGATIVE
5.0 - 10.0 . . . . . . . BORDERLINE
GREATER THAN 10.0 . . . . . . POSITIVE

THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | Run Date & Time: 01/15/09  0655 |

Liberty004520

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 9

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP#  1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
**COPY**

| | |
|---|---|
| Patient: SPEARS,HALEY<br>Location: MMH LAB PATIENT | Acct#:J002328808   DOB: REDACTED  Ph#: 860-509-2050<br>Age/Sex: 11/F  Sub Dr: 1 Kage,Barbara |

Specimen: 0107:S00050R          Collected: 01/07/09-1345          (Continued)

| Test | Normal | Abnormal | Flag | Reference | |
|---|---|---|---|---|---|
| B2 GLYCO AB PNL | | | | | |
| B2 GLYCO IGG AB | < 4 | | | <20 U/ML | SP |
| B2 GLYCO IGM AB | < 4 | | | < 10 U/ML | SP |
| B2 GLYCO IGA AB | < 4 | | | < 10 U/ML | SP |
| CRP | < 0.5 | | | < 1.0 MG/DL | |
| TBD SEROLOGY | SEE SEPARATE REPORT | | | | PRO |
| HLA B27 | | DETECTED | H | | SP |

HLA-B27 TESTING WAS PERFORMED BY FLOW CYTOMETRY USING
ANTI-HLA-B27 MAB CLONE FD705.

| MONOCLONAL PROT | | | | | |
|---|---|---|---|---|---|
| IFE PARAPROTEIN | NOT DETECTED | | | NOT DETECT. | SP |
| IG A BLOOD | 255 | | | 600-1600 mg/dL | SP |
| IG G BLOOD | 1181 | | | 600-1600 mg/dL | |
| IG M BLOOD | 191.0 | | | 40.0-280.0 mg/dL | |
| LYME AB SCREEN | NEGATIVE | | | NEGATIVE | |

Physician Reminder: Report all cases of Lyme disease.
Call 860-509-7994 for reporting forms.

| PHOS SERINE ABS | | | | | |
|---|---|---|---|---|---|
| PHOS.SER.AB.IGG | < 11.0 | | | < 11.0 GPS U/mL | SP |
| PHOS.SER.AB.IGM | < 25.0 | | | < 25.0 MPS U/mL | SP |
| PHOS.SER.AB.IGA | < 20.0 | | | < 20.0 APS U/mL | SP |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
      VALENCIA, CA 91355-5386
PRO - TEST PERFORMED AT PROMETHEUS LABORATORIES INC.
      5739 PACIFIC CENTER BLVD. SAN DIEGO, CA 92121

| | |
|---|---|
| SPEARS,HALEY / Z346259 | Run Date & Time: 01/15/09  0656 |

Liberty004521

# MANCHESTER MEMORIAL HOSPITAL

Page: 10

*An Affiliate of Eastern Connecticut Health Network, Inc.*

---

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

FINAL REPORT
COPY

| | | | | |
|---|---|---|---|---|
| Patient: SPEARS,HALEY<br>Location: MMH LAB PATIENT | Acct# 002328806  DOB: REDACTED<br>Age/Sex: 41/F  Sub Dr : Kage,Barbara | | Ph#: 860-305-2050 | |

| Specimen: 0107:U00034R | COMP | Collected: 01/07/09-1345 | Received: 01/07/09-1403 |
|---|---|---|---|

| Test | Normal | Abnormal | Flag | Reference |
|------|--------|----------|------|-----------|
| COLOR | YELLOW | | | YELLOW |
| APPEARANCE | CLEAR | | | CLEAR |
| GLUCOSE | NEGATIVE | | | NEG. MG/DL |
| BILIRUBIN | NEGATIVE | | | NEG. |
| KETONES | NEGATIVE | | | NEG. MG/DL |
| SPECIFIC GRAV | | >=1.050 | H | 1.002-1.030 |
| BLOOD | NEGATIVE | | | NEGATIVE |
| PH | 5.5 | | | 5.0-8.0 |
| PROTEIN | NEGATIVE | | | NEG. MG/DL |
| UROBILINOGEN | 0.2 | | | 0-1.0 MG/DL |
| NITRITE | NEGATIVE | | | NEG |
| LEUK. ESTERASE | NEGATIVE | | | NEG |

| Specimen: 09:B0000636R | COMP | Collected: 01/07/09-1345<br>Source:  URINE | Received:   01/07/09-1403<br>Sp Descrip: CLEAN CATC |
|---|---|---|---|

MICROBIOLOGY

URINE CULTURE  Final
    NO GROWTH AT < 1000 CFU/ML

URINE CULTURE  Preliminary (changed)
    NO GROWTH AT < 1000 CFU/ML

Liberty004522

Saint Francis Campus
114 Woodland Street
Hartford, Connecticut
06105-1299

DEPARTMENT OF PATHOLOGY
AND LABORATORY MEDICINE

FOR INFORMATION/RESULTS CALL: (860) 714-6103

CT. LIC.# CL-0623

| | | | | |
|---|---|---|---|---|
| PATIENT NAME | SPEARS, HALEY | AGE/SEX | 30Y  F | LOG  LGEN |
| PATIENT # | 977290 | D.O.B. | REDACTED | |
| DOCTOR | GORDON, BARRY | | | |

W67458   COLL: 10/01/2008 13:45   REC: 10/01/2008 12:26 PHYS: GORDON, BARRY

LIVER PROFILE
  TOTAL PROTEIN         7.3          [6.3-8.2]     G/DL
  ALBUMIN               4.5          [3.5-5.0]     G/DL
  ALB GLOB RATIO      1.6
  ALK PHOS            48           [38-126]     U/L
  SGOT (AST)         80           [5-40]      U/L
  SGPT (ALT)        140          [13-86]     U/L
  TOTAL BILIRUBIN     0.2          [0.2-1.3]     MG/DL
  DIRECT BILIRUBIN    0.0          [0.0-0.4]     MG/DL

LYME AB SCREEN
  LYME IgM/IgG        NEGATIVE
                 PERFORMED AT ST. MARY'S CAMPUS, 56
                 FRANKLIN ST, WATERBURY CT 06706

LYME W.BLOT, SERUM
                 REQUEST CREDITED
                 LYME ANTIBODY SCREEN IS NEGATIVE
                 CONFIRMATORY WESTERN BLOT NOT PERFORMED

SPEARS, HALEY

SPECIMEN/RESULT NOTES: 1.) TEST WITHOUT A LO-HI RANGE OR PATIENT AGE ARE NOT SUBJECT TO FLAGGING

10/09/2008   08:05   1

* - ABNORMAL (HIGH OR LOW) TEST RESULT

PATIENT:
PRINTED: DATE                    TIME

Liberty004523   PAGE

Oct. 26. 2015  9:23AM   Sent by Hartford Medical06)

LABORATORY REPORT

DAVID S. SILVERS, M.D.
HARTFORD NEUROLOGY, LLC
85 SEYMOUR STREET
SUITE 800
HARTFORD, CT   06106



Clinical Laboratory Partners, LLC
CT LICENSE CL-0385 / CLIA# 07D0094387

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8020

Patient Name: SPEARS, HALEY

Requesting Physician: D. SILVERS, MD
Accession: AG287897
Requisition #:
Collected: 09/18/2008 11:06
Reported: 09/18/2008 21:51

Sex/Species: FEMALE
Date of Birth: REDACTED
Age: REDACTED
Patient Phone: REDACTED
Medical Record #: AG287897

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| **Fasting Specimen** | | | | |
| Erythrocyte Sediment Rate (ESR) | 4 | MM/HR | 0-20 | |
| T4 (Thyroxine) | 5.9 | µg/dL | 4.0-12.0 | |
| TSH, Highly Sensitive | 1.26 | mIU/L | 0.27-4.20 | |
| T3, Total | 121 | ng/dL | 80-200 | |
| **Thyroid Antibody (ATA, TPO)** | | | | |
| Thyroid Peroxidase Antibody | 38 H | IU/mL | <35 | |
| Thyroglobulin Antibody | <10 | IU/mL | <115 | |
| Performed by Roche Electrochemiluminescence Immunoassay (ECLIA) method. Anti-Tg values obtained by different testing methods may not be comparable. | | | | |
| **Vitamin B12 & Folate** | | | | |
| Vitamin B12 | 438 | ng/L | 243-894 | |
| Folate, Serum | 11.6 | ug/L | 4.2-19.9 | |
| Calcium, Ionized | 1.27 | mmol/L | 1.17-1.33 | |
| **Hepatic Function Panel C** | | | | |
| Bilirubin, Direct | 0.1 | mg/dL | 0.0-0.2 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.2-1.0 | |
| Aspartate Aminotrans (AST) | 89 H | U/L | 10-50 | |
| Alanine Aminotrans (ALT) | 177 H | U/L | 10-50 | |
| Alkaline Phosphatase | 46 | U/L | 32-122 | |
| Protein, Total | 7.0 | g/dL | 6.3-8.3 | |
| Albumin | 4.4 | g/dL | 3.5-5.0 | |
| **Albumin / Globulin Ratio** | | | | |
| Globulin | 2.6 | g/dL | 1.5-3.5 | |
| Albumin/Globulin Ratio | 1.7 | RATIO | 1.0-3.0 | |

CONTINUED....

LABORATORY REPORT

DAVID S. SILVERS, M.D.
HARTFORD NEUROLOGY, LLC
85 SEYMOUR STREET
SUITE 800
HARTFORD, CT  06106


Clinical Laboratory Partners LLC
CT LICENSE CL-0385 / CLIA# 07D0094387

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8020

| | | Patient Name | |
|---|---|---|---|
| Requesting Physician: | D SILVERS MD | SPEARS, HALEY | |
| Accession: | | Sex/Species: | Date of Birth: | Age: |
| Requisition #: | | FEMALE | REDACTED | |
| Collected: | 09/18/2008 11:06 | | | |
| Reported: | 09/18/2008 | Patient Phone: | Medical Record #: | Pat. REF. #: |
| | | | A628782 | |

| REQUEST | RESULT | | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|---|

Fasting Specimen

ABNORMAL SUMMARY

| | | | | |
|---|---|---|---|---|
| Thyroid Peroxidase Antibody | 38 | H | IU/mL | <35 |
| Aspartate Aminotrans (AST) | 89 | H | U/L | 10-50 |
| Alanine Aminotrans (ALT) | 177 | H | U/L | 10-50 |

PLEASE NOTE:  The abnormal summary is supplied as a tool for identifying abnormal results.  All results must still be
reviewed as some abnormal results will not be included due to their interpretative or textual nature.


Bradford Sherburne, MD  Medical Director

FINAL REPORT

    CC: EVAN SCHIFF,M.D.

HARTFORD HOSPITAL EEG STUDY

NAME: SPEARS, HALEY A
MR#:  0000000003032575     ACCOUNT#: 000014778484

REQUESTING PHYSICIAN: David S Silvers, MD*
PROCEDURE: Outpatient sleep-deprived EEG
EEG: 111645
DATE OF SERVICE: 09/17/2008          NURSING UNIT: Outpatient
AGE: 30                              ARCHIVED: Volume 08-03

INDICATIONS FOR PROCEDURE:
This outpatient sleep-deprived EEG was performed on a 30-year-old
female with a history of suspected seizure disorder.  She is on
no CNS medication.

REMARKS ON THE TRACING:
During the EEG tracing, the patient was awake and in light sleep.
During maximal alertness, bilaterally symmetrical, synchronous
9.5-10 Hz posteriorly dominant alpha rhythm was seen that was
reactive to eye opening.  Low amplitude beta activity was
symmetrical in the anterior head region.  Stage I and II sleeps
were recorded.  Sleep patterns were symmetrical.  Occasional SP2
electrode artifacts were seen.  Rare independent polymorphic
delta slowing was seen in both temporal regions.  A single
borderline right frontotemporal sharp wave was seen.

Hyperventilation produced diffuse buildup of background
activities.  Photic stimulation did not add to the tracing.
Heart rate was approximately 72 per minute.

IMPRESSION:
This outpatient sleep-deprived EEG, obtained in awake and light
sleep states, demonstrates rare independent polymorphic delta
slowing in both temporal regions.  MRI is recommended to rule out
a structural abnormality.  A single borderline right
frontotemporal sharp wave was seen that raises a question of
potential epileptogenicity; however, this finding is not
definitive.  A 24-hour ambulatory EEG may be helpful if suspicion
of epilepsy persists.


Avinash Prasad, MD*

CC: David S Silvers, MD*


AP:Spheris77732
D: 09/18/08 12:33 T: 09/18/08 13:47 DOCUMENT: 200809180992373000

Page 1 of 1

Liberty004526

GIVEN TO YT - OTHSIDY-YOU

## HARTFORD NEUROLOGY, LLC

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302          2928 MAIN STREET, 1ST FLOOR
BLOOMFIELD CT 06002                      GLASTONBURY CT 06033

January 13, 2008

Re: Haley Spears
DOB: REDACTED

To whom it may concern:

Due to my patient's medical condition, it is my recommendation that Haley Spears return
to work on a part time basis, and work her way up to a full time status within the next
month. If there are any further questions or concerns please feel free to contact me at
(860) 522-4429 ext 11.

Sincerely,

David Silvers, M.D.

Liberty004527

**HARTFORD NEUROLOGY, LLC**

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302
BLOOMFIELD CT 06002

2928 MAIN STREET, 1ST FLOOR
GLASTONBURY CT 06033

January 6, 2008

To whom it may concern:

Re: Haley Spears
DOB: REDACTED

My patient, Haley Spears, may return to work on January 8th, 2008. If there are any
further questions or concerns please feel free to contact me at (860)-522-4429 ext 11.

Sincerely,

David Silvers, M.D.

Liberty004528

## PHYSICAL THERAPY CENTER of ROCKY HILL
## INITIAL EVALUATION REPORT

**Patient:** Spears, Haley
**DOB:** REDACTED
**Precautions/Contraindications:** None
**DOI:** 8/1/08

**Physician:** Dr. Silvers
**Diagnosis:** Headaches
**Secondary Diagnosis:**
**Today's Date:** 12/22/08

## EXAMINATION
- Patient is a 31 year old female with chief complaint of constant headaches.
- Cervical range of motion (flexion 100%; extension 100%; rotation right 95%, left 100%; sidebending right 90%, left 100%).
- Shoulder range of motion: right/left (flexion 180/180°; abduction 180/180°; internal rotation 70/70°, external rotation 90/90°.
- Upper extremity strength: (shoulder flexors 5/5; abduction 5/5; internal rotators 5/5; external rotators 5/5; elbow flexors 5/5; triceps 5/5; thumb extensors 5/4+; intrinsics 5/4+).
- Posture is poor. Her head is forward.
- Increased muscle guarding cervical/thoracic paraspinals, left greater than right.

## REHAB DIAGNOSIS
Headaches

## REHAB PROGNOSIS
Good

## RECOMMENDATION
Patient would benefit from a trial of Physical Therapy to improve cervical range of motion, decrease muscle guarding and improve posture. Recommend trial of 2-3 times a week for 4 weeks. Treatment to include: Manual Therapy, Therapeutic Exercise, Neuromuscular Re-education/Posture, Functional Exercise, HEP, and Modalities (prn: moist heat, electrical stimulation).

**GOALS:** Patient will:
1) Independent in HEP in 2 weeks.
2) Demonstrate good posture in 2 weeks
3) Increase cervical range of motion:
   (rotation right 100%, sidebending right 100%) in 4 wks

**OUTCOMES:** Patient will:

John Paholski, PT, MS, OCS                                       12/22/08
                                                                  Date

## PLEASE SIGN AND RETURN
I hereby certify the need for the services outlined in the above plan of treatment while the patient is under my care

PHYSICIAN SIGNATURE                                          1 16 /09
                                                              Date

2162 Silas Deane Highway, Rocky Hill, CT 06067  •  Phone: 860-513-1431  •  Fax: 860-529-0126

*FAXED*
01/5109
elr

FAXED
12/29/08

Liberty004529

12/29/2008 11:23 FAX 860 529 0126          PTC of RH                                    ☑001



**PHYSICAL THERAPY CENTER**
Of Rocky Hill

PAGES (INCLUDING COVER)   *2*

# FAX COVER SHEET     DATE *12/29/08*

(for disclosures of Protected Health Information)

TO: *Dr. David Silvers*

RE: *Haley Spears*

FAX: *249-6742*

PHONE:

FROM *Tanya*

Physical Therapy Center of Rocky Hill
2162 Silas Deane Highway
Rocky Hill, CT 06067
Phone: 860.513.1431
Fax: 860.529.0126

☐ URGENT        ☑ Please Respond        ☑ For Review

# NOTES

*Please sign and fax back.*
*Thank you!*
*Tanya*

**** CONFIDENTIAL NOTICE ****

The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this information to any other party and is required to destroy the information after its authorized need has been fulfilled.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense. Thank you.

## TO BE FILED IN MEDICAL RECORD

Liberty004530



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James O'Brien
353 MAIN ST
MANCHESTER, CT 06040

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear James O'Brien:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

*   **All medical/treatment records including diagnostic test results, from September 1, 2008
    through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

<center>1 of 2</center>

Liberty004531

10-29-15;03:06PM;cbs                                    ;123                # 2/ 33



Liberty
Mutual.

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-460-5118
Fax No.: 1-203-294-6398

Return to: _____

| RMPLOYEE/CLAIMANT NAME: | Haley Spears |
|---|---|
| CLAIM NO.: | S.S. NO. REDACTED |
| EMPLOYER/SPONSOR: | DATE OF BIRTH: REDACTED |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

_Haley Spears_
Signature

REDACTED
Social Security Number

9|8|15
Date

Liberty004532

# Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Tuesday, April 08, 2008 at 4:17 PM

### General Information

| | |
|---|---|
| Main Provider: | James W. O'Brien, MD |
| Responsible: | James W. O'Brien, MD |
| Appointment: | Tuesday, April 08, 2008 at 4:00 PM |
| Visit Type: | New Patient |
| Case : | DEFAULT CASE (0) |
| Signature: | Signed by JAMES OBRIEN, MD on Tuesday, April 08, 2008 at 6:32 PM |

Encounter: ID 2389
Stage:     Patient Checked-Out     Room:
Insurance: CONNECTICARE (CTC)
Location:  Digestive Health Spec Of E Ct
Base Date: None

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED7: 4/08/2008 04:00PM

#### Chief complaint

The Chief Complaint is: Patient her today for microscopic colitis and an ulcer, had a procedure last June by Dr. Cipolla. Had a follow up endo in Aug. Ulcer was healed. But lately has been having nasuea, abd pain. Loose stool & diarreah.

#### History of present illness

Haley Spears is a 30 year old female.

Prior dx of PUD, rx's w daily Prevacid. F/u endo showed no residual ulcer.  Colonoscopy bx + Microscopic colitis, Rx Asacol 4 in AM 5 in PM.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
• Weight Weight is changing about 5lbs up or down weekley ° No fever ° No chills
• Heartburn • Nausea • Bloating • Sharp abdominal pain • Recent increase in bowel frequency • Bowel urgency • Bright red blood per rectum she attributes to hemorrhoids as she was diagnosed with this in the past • Diarrhea • Anal itching ° No vomiting
For the past few weeks, despite continued Prevacid and Asacol, she has been more miserable with increased episodes of mid right abd pain with increased frequency of diarrhea (3-5 times/week) and abd lowd gurgling noises.  Nausea but no vomiting.  Wt fluctuates up and down by 5 lb but range is stable

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral history:*  No tobacco use.
*Alcohol:* Not using alcohol.
*Drug use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

#### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

#### Review of systems

Liberty004533

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

Head symptoms: No head symptoms.
Eye symptoms: No eye symptoms.
Otolaryngeal symptoms: No otolaryngeal symptoms.
Cardiovascular symptoms: No cardiovascular symptoms.
Pulmonary symptoms: No pulmonary symptoms.
Genitourinary symptoms: No genitourinary symptoms.
Endocrine symptoms: No endocrine symptoms.
Musculoskeletal symptoms: No musculoskeletal symptoms.
Neurological symptoms: No neurological symptoms.
Skin symptoms: No skin symptoms.
**Physical findings**

Vital signs:

Vital Signs/Measurements  Value Normal Range

Weight 122 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Evidence Of Injury:* ° No evidence of a head injury.
*Abnormality Of Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lymph Nodes:

° Cervical lymph nodes were not enlarged.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular system:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness Palpation does not reproduce her symptoms.  ° No mass was palpated in the abdomen.
*Hepatic Findings:* ° Liver was not enlarged.
*Splenic Findings:* ° Spleen was not enlarged.

Neurological:

° System: normal.

Psychiatric Exam:

° Normal.  ° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

**Assessment**

- RUQ abdominal pain
- Diarrhea
- Gastritis
- Lymphocytic colitis
- Rectal hemorrhage

**Therapy**

- Possible limitations and risks include pain, complications from medication, complications from anesthesia, and bleeding.
- Risks, benefits, and limitations discussed and understood - patient wishes to proceed.
- Plan - modify medication.

**Discussed**

Differential diagnosis included recurrent PUD, exascerbation of Lymophocitic colitis, new IBD, or IBS.

**Plan**

Medication Ordered Route Liberty 0.0 billion 10.0 units DO units 4 CIPDUM (CHILD TAYEN A

Liberty004534

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

Medication Ordered: Prevacid 30 mg oral delayed release capsule Refills: 3 Quantity: 60 Supply: 30 Sig:  1 CAPSULE (S) TWO TIMES A DAY.
Medication Ordered: Asacol 400 mg oral enteric coated tablet Refills: 0 Quantity: 120 Supply: 40 Sig:  3 TABLET (S) THREE TIMES A DAY.
Medication Ordered: Levbid 0.375 mg oral tablet, extended release Refills: 0 Quantity: 90 Supply: 30 Sig:  1 TABLET (S) ORALLY (BY MOUTH) TWO TIMES A DAY TO THREE TIMES A DAY (THIRD DOSE IF PAIN OCCURS) Dispensed as written.
Medication Ordered: famotidine 20 mg oral tablet Refills: 0 Quantity: 60 Supply: 30 Sig;  2 TABLET (S) AT SLEEP Dispensed as written.
Medication Ordered: famotidine 20 mg oral tablet Refills: 0 Quantity: 60 Supply: 30 Sig:  2 TABLET (S) AT SLEEP Dispensed as written.

**Practice Management**

Outpatient consult, comprehensive h&p, moderate complexity:O;OC;N;a;0;0;232443403303433;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 4/8/2008 | Asacol 400 mg oral delayed release tablet | Issue Method: Hand Written |
| 4/8/2008 | famotidine 20 mg oral tablet | Issue Method: Hand Written |
| 4/8/2008 | Levbid 0.375 mg oral tablet, extended release | Issue Method: Hand Written |
| 4/8/2008 | Prevacid 30 mg oral delayed release capsule | Issue Method: Hand Written |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 4/8/2008 | Diagnosis: ABDOMINAL PAIN, RIGHT UPPER QUADRANT (789.01) | 789.01 |
| 4/8/2008 | Diagnosis: DIARRHEA (787.91) | 787.91 |
| 4/8/2008 | Diagnosis: HEMORRHAGE OF RECTUM AND ANUS (569.3) | 569.3 |
| 4/8/2008 | Diagnosis: UNSPECIFIED GASTRITIS AND GASTRODUODENITIS WITHOUT (535.50) | 535.50 |
| 4/8/2008 | Diagnosis: CROHN'S REGIONAL ENTERITIS OF LARGE INTESTINE (555.1) | 555.1 |

Liberty004535

## Haley A Spears
38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

## Patient Encounter
This encounter was created on Tuesday, December 16, 2008 at 4:27 PM

### General Information

| | | | | | |
|---|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 5551 | |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out | Room: |
| Referring: | Schiff, Evan MD | | | | |
| Appointment: | Tuesday, December 16, 2008 at 4:00 PM | | Insurance: | CONNECTICARE (CTC) | |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Tuesday, December 16, 2008 at 6:29 PM | | | | |

### Ink Documents
No ink documents have been created.

### External Documents
No external documents have been attached.

### Comments
No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 12/16/2008 04:00PM

#### Chief complaint
The Chief Complaint is: Haley is here today to go over her meds. She feeling a bit better . Her stomach is less bloated and cramping is less frequent. She feels the Amitiza is working. She has gained 10lbs since her last OV in Oct 2008, she feels most of the weight has been gained in the past month. She had an MRI of her brain which showed that she has a cyst above her brain stem, she is having further testing done.

#### History of present illness

Haley Spears is a 31 year old female.

RUQ US - Fatty liver, no masses, no stones, no cause for pain.
Brain MRI - Cysts above brain stem & ? focus of scar tissue.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
• Recent weight gain of 10 lb  °  No fever  °  No chills
°  Normal appetite  °  No nausea  °  No vomiting  °  No bright red blood per rectum  °  No diarrhea
On the Amitiza 24 mcg TID and off the Miralax, she feels improved with less frequent post-prandial pain and less severe pain when it does occur.

BM's once a day to once every 3 days, sometimes very small and incomplete.  No blood, fever, other systemic c/o

She has an appt with Dr. Kage to discuss workup for elevated ANA
#### Current medication
Zyrtec 10 mg oral tablet Sig:  AS NEEDED
Albuterol 0.083% inhalation solution Sig:  AS NEEDED
Famotidine 20 mg oral tablet Sig:  2 TABLET (S) AT SLEEP
Zofran Sig:  AS NEEDED
Hydrocodone Sig:  AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig:  TWO TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig:  TWO TIMES A DAY
Neurontin 600 mg oral tablet Sig:  TWO TIMES A DAY
Frova 2.5 mg oral tablet Sig:  AS NEEDED
#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids
Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral History:*  No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

Liberty004536

10-29-15;03:08PM;cbs                                        ;123                    #  7/ 33

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 110/60 mmHg (100-120/56-80)

Weight 130 lbs (98 – 183)

Height 65.5 in (60.24 – 68.5)

General Appearance:

º Oriented to time, place, and person.  º Well developed.  º Well nourished.  º In no acute distress.

Head:

*Exam For Evidence Of Injury:* º No evidence of a head injury.
*Appearance:* º Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* º Normal.

Abdomen:

*Visual Inspection:* º Abdomen was not distended.
*Auscultation:* º Bowel sounds were normal.
*Palpation:* º Abdomen was soft,  º No abdominal tenderness,  º No mass was palpated in the abdomen,
*Hepatic Findings:* º Liver was not enlarged.
*Splenic Findings:* º Spleen was not enlarged.

Psychiatric Exam:

º Mood was euthymic.  º Affect was normal.

Skin:

º Color and pigmentation were normal.

### Assessment

- RLQ abdominal pain
- LLQ abdominal pain
- Elevated serum LDH level /Abnormal LFT
- Crohn's disease
- Constipation
- Abnormal weight gain

### Therapy

- Patient to call if symptoms worsen.
- Plan - increase medication to increase effectiveness.

### Allergies

Erythromycin: Onset Date: 10/14/2008.

### Discussed

If the rheumatologic workup for a high titer positive ANA is negative, then liver biopsy to assess for autoimmune hepatitis would be the next step.  We discussed this in detail.

### Plan

Medication Ordered: Amitiza 24 mcg oral capsule Refills: 0 Quantity: 60 Supply: 30 Sig:  2 ORALLY (BY MOUTH) TWO TIMES A DAY,
Medication Ordered: Digestive Advantage Constipation Refills: 0 Quantity: 30 Supply: 30 Sig:  1 ORALLY (BY MOUTH) WITH 8 OZ WATER
ONCE A DAY Dispensed as sample.
Amitiza is further increased to provide more relief from her symptoms.
Digestive advantage - constipation, one a day is added to her regimen.
She will continue Asacol, Prevacid, and Famotidine without changes.
She is directed to call in 3 - 4 weeks to let me know how the present regimen is working.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222333413313333;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 12/16/2008 | Amitiza 24 mcg oral capsule | Issue Method: Hand Written |

Liberty004537

10-29-15;03:06PM;cbs                                    ;123              #  8/ 33

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

| 12/16/2008 | Amitiza 24 mcg oral capsule | Issue Method: Hand Written |
| 12/16/2008 | Digestive Advantage Constipation | Issue Method: Dispensed |

### Messages
No messages exist.

### Orders
No orders have been ordered.

### Tasks

| Date | Task |
|------|------|
| Miscellaneous Task | None |

### Vaccinations
No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 12/16/2008 | Diagnosis: ABDOMINAL PAIN, LEFT LOWER QUADRANT (789.04) | 789.04 |
| 12/16/2008 | Diagnosis: CROHN'S, REGIONAL ENTERITIS OF UNSPECIFIED SITE (555.9) | 555.9 |
| 12/16/2008 | Diagnosis: ABDOMINAL PAIN, RIGHT LOWER QUADRANT (789.03) | 789.03 |
| 12/16/2008 | Diagnosis: ABNORMAL LFT'S (790.4) | 790.4 |
| 12/16/2008 | Diagnosis: CONSTIPATION, UNSPECIFIED (564.00) | 564.00 |
| 12/16/2008 | Diagnosis: ABNORMAL WEIGHT GAIN (783.1) | 783.1 |

Liberty004538

# Haley A Spears
38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

## Patient Encounter
This encounter was created on Thursday, March 05, 2009 at 2:30 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: | ID 6428 | |
| Responsible: | James W. O'Brien, MD | Stage: | Patient Checked-Out | Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Thursday, March 05, 2009 at 2:00 PM | Insurance: | CONNECTICARE (CTC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, March 05, 2009 at 3:38 PM | | | |

### Ink Documents
No ink documents have been created.

### External Documents
No external documents have been attached.

### Comments
No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 3/05/2009 02:00PM

#### Chief complaint
The Chief Complaint is: GI issues seem better . Having better bowel movements now that she is off of the Neuroton and Amitiza. She now has Lyme disease confirmed by Dr. Zager . She is also treating with Dr.Kage and a Dr. Joachin Baehring at Yale.

#### History of present illness

Haley Spears is a 31 year old female.

Dr. Kage suspects UC rather than microscopic colitis.

• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
° No dysphagia ° No early satiety ° No nausea ° No vomiting ° No bloating ° No bright red blood per rectum
Since stopping Neurontin, her BMs became more regular and she is now off of the Amitiza. BM's are QOD but the bloating and pain are resolved. Consistency is variable, and she feels much of the variability is related to changes in her medicines.

A few weeks ago, she had some RUQ pain reminiscent of the pain she had with her UGI symptoms in the past, but these resolved on their own without the need to change her UGI meds

#### Current medication

Singulair 5 mg oral tablet, chewable Sig: ONCE A DAY
Albuterol 0.083% Inhalation solution Sig: AS NEEDED
Famotidine 20 mg oral tablet Sig: 2 TABLET (S) AT SLEEP
Zofran Sig: AS NEEDED
Hydrocodone Sig: AS NEEDED
Frova 2.5 mg oral tablet Sig: AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig: 3 THREE TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig: TWO TIMES A DAY
Vitamin D: 1.25mg weekly Sig:
Plaquenil Sulfate 200 mg oral tablet Sig: TWO TIMES A DAY
Topamax 50 mg oral tablet Sig: TWO TIMES A DAY
Vitamin B6 50 mg oral tablet Sig: ONCE A DAY
Vitamin B12 1000 mcg oral tablet Sig: ONCE A WEEK
Heparin Lock Flush Sig: ONCE A DAY
Rocephin 2 g injection Sig: ONCE A DAY
Migranal 4 mg/mL nasal spray Sig:
Acidophilus oral capsule Sig: ONCE A DAY

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

Liberty004539

## Haley A Spears
38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.
**Family history**

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

**Physical findings**

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 140/80 mmHg (100-120/56-80)

Weight 119 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Psychiatric:

° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.

**Assessment**

- Abdominal pain
- Gastric ulcer
- Constipation
- Internal hemorrhoids

**Therapy**

- Patient to call if symptoms worsen.

**Allergies**

Erythromycin: Onset Date: 10/14/2008.

**Discussed**

Both UGI and LGI sx seem to be side effects of medicines on several occasions.  As the meds change, so do her side effects.  Now the Rocephin may be causing some BM alterations.

**Plan**

- Patient will call for appointment as needed

NO CHANGES IN GI MEDS:  Threatment is appropriate.  Symptoms are well controlled form the GI perspective and no changes in therapy are planned.  I have asked her to get me information regarding how the diagnosis of Lymes disease from the CSF was made and why Dr. Kage suspects UC rather than microscopic colitis (regardless of the dx, 5-ASA is working and is appropriate).

If she gets diarrhea on Rocephin, I will get stool for C-Diff and if negative, treat symptomatically with antidiarrheals.
**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222332203203323;  Total face to face time was unspecified

**Narrative**

No narrative has been assigned.

**Medications**

Liberty004540

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

**Medications**
No medications have been prescribed.

**Messages**
No messages exist.

**Orders**
No orders have been ordered.

**Tasks**
No tasks have been created.

**Vaccinations**
No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 3/5/2009 | Diagnosis: Constipation (564.00) | 564.00 |
| 3/5/2009 | Diagnosis: Abdominal pain (789.00) | 789.00 |
| 3/5/2009 | Diagnosis: Gastric ulcer (531.90) | 531.90 |
| 3/5/2009 | Diagnosis: Internal hemorrhoids (455.0) | 455.0 |

Liberty004541

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Patient Encounter
This encounter was created on Thursday, October 08, 2009 at 4:01 PM

**General Information**

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 9066 |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out    Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Thursday, October 08, 2009 at 3:15 PM | | Insurance: | CONNECTICARE (CTC) |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, October 08, 2009 at 5:18 PM | | | |

**Ink Documents**

No ink documents have been created.

**External Documents**

No external documents have been attached.

**Comments**

No comments have been entered.

**Charting**

Haley Spears: F: REDACTED: 10/08/2009 03:15PM

**Chief complaint**

The Chief Complaint is: Pt here to follow up regarding Colitis. ANd to go over meds. At this time her bowels are good. She was in the hospital for sepsis from her pic line. About 3 weeks abo .

**History of present illness**

Haley Spears is a 31 year old female.

She is being treated for chronic Lyme's with longterm IV Rocephin. She also believes she has chronic Babesiosis and Bartonella. The Lyme's is causing short term memory deficits, word finding difficulties and math difficulties.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
° No heartburn ° No nausea ° No vomiting ° No abdominal pain ° No jaundice ° No change in stool
Her bowel movements are regular, without diarrhea, blood, or blackness. No abd pain, N/V. Generally feels well. Has had some episodes of weakness and poor energy but these are attributed to her other medical issues

**Past medical/surgical history**

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids
Therapeutic History:

Complete colonoscopy

**Personal history**

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

**Family history**

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal:

Hypertension.

**Physical findings**

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 120/70 mmHg (100-120/56-80)

Weight 110 lbs (98 - 183)

Height 65 in (60.24 - 68.5)

General Appearance:

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Palpation:* ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

**Assessment**

- Nausea
- LLQ abdominal pain
- Multifocal abdominal pain
- Gastric ulcer
- Lymphocytic colitis

**Therapy**

- Patient to call if symptoms worsen.

### Discussed

Her GI symptoms are in remission except for rare gasseyness.She has other medical problems being treated with various antibiotics and treatments.

She wonders if her GI symptoms have improved because her other medical conditions have been treated or if they have improved as a result of the GI medicines she is on.  I told her that it would be very difficult to say.  I would be worried about changing her GI medicines because if she has any recurrent or new symptoms, we won't know if it is because a GI medicine was stopped or if it is because of an underlying disease process, or a side effect of a different medicine.

**Plan**

- Follow-up for re-examination in 1 year

Continue current GI meds without any changes and plan to come back in a year to reassess.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision 99214;O;OO;E;a;0;0;222332202200322;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

No medications have been prescribed.

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 10/8/2009 | Diagnosis: Lymphocytic colitis (555.1) | 555.1 |
| 10/8/2009 | Diagnosis: LLQ abdominal pain (789.04) | 789.04 |
| 10/8/2009 | Diagnosis: Multifocal abdominal pain (789.09) | 789.09 |
| 10/8/2009 | Diagnosis: Nausea (787.02) | 787.02 |
| 10/8/2009 | Diagnosis: Gastric ulcer (531.90) | 531.90 |

Liberty004543

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter
This encounter was created on Friday, June 10, 2011 at 1:50 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Michele Kaczmarczyk, PA | Encounter: | ID 16154 | |
| Responsible: | Michele Kaczmarczyk, PA | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Friday, June 10, 2011 at 1:45 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by MICHELE KACZMARCZYK, PA-C on Friday, June 10, 2011 at 3:41 PM | | | |

### Ink Documents
No ink documents have been created.

### External Documents
No external documents have been attached.

### Comments
No comments have been entered.

### Charting

Haley Spears; F; REDACTED; 6/10/2011 01:45PM

#### Chief complaint

The Chief Complaint is: F/U U/S results.

#### History of present illness

Haley Spears is a 33 year old female.

Recent U/S: Normal U/S.
Hx of Gastric ulcer and lymphocytic colitis.
On hydrocortisone for a few months. Tapering off currently.
Clindamycin just started approx 1 month ago.
Ultrainflamex 360x.
Past medical history reviewed, medication list reviewed, family history reviewed, and surgical history reviewed.
No fever and no chills. Weight.
Normal appetite, no dysphagia, no heartburn, no belching, no regurgitation, and no early satiety. Nausea Only a couple times from antibiotics. No vomiting. Bloating and abdominal pain. Bowel movement frequency was normal, no change in stool, and no bright red blood per rectum.
Epigastric/RUQ for 2-3 weeks. Tight/Pressure. May be getting a pain in her mid-back with this as well. Lasting approx 1-2 hours. May be worse with heavy/fattier foods as apposed to others. Occurs no matter what she eats.
Feels very bloated. No belching/flatulenc. Increased bloating coincided with pain.
No heartburn/regurg.
Recent 15 pound weight gain on hydrocortisone.
Chronic brain fog and insomnia from Chronic Lyme.
These symptoms are just uncomfortable, not causing horrific pain.

#### Current medication

Albuterol 2.5 mg/3 mL (0.083%) inhalation solution Sig: AS NEEDED.
Zofran Sig: AS NEEDED.
Migranal 4 mg/mL nasal spray Sig:
Acidophilus oral capsule Sig: ONCE A DAY.
Ultram 50 mg oral tablet Sig: AS NEEDED.
Lexapro 20 mg oral tablet Sig: ONCE A DAY.
Asacol 400 mg oral enteric coated tablet Sig: TWO TABS TWO TIMES A DAY  TWO TIMES A DAY.
Lansoprazole 30 mg oral delayed release capsule Sig: EVERY MORNING.
Adrenal Support Supplement Sig:
Aller-C Sig:
Colostrum Sig:
Lumberkinase Sig:
Cortef 5 mg oral tablet: Tapering off as of tomorrow. Sig:
Zyrtec 10 mg oral tablet Sig:
Omnicef 300 mg oral capsule Sig: TWO TIMES A DAY.
Clindamycin 150 mg oral capsule Sig: THREE TIMES A DAY.
Mepron 750 mg/5 mL oral suspension Sig:
Singulair 5 mg oral tablet, chewable Sig:
Ferrous sulfate 325 mg (65 mg elemental iron) oral enteric coated tablet Sig:
Vitamin D with Minerals oral tablet Sig:
Coenzyme Q10 10 mg oral capsule Sig:
Lyrica 100 mg oral capsule Sig:
L-Carnitine 250 mg oral capsule Sig:
Fish Oil 1000 mg oral capsule Sig:

Liberty004544

10-29-15;03:06PM;cbs                                    ;123                # 15/ 33

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids.
Chronic Lyme disease
Therapeutic History:

Complete colonoscopy

### Personal history

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.
### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal:

Hypertension.

### Review of systems

Cardiovascular: No cardiovascular symptoms.
Pulmonary: No pulmonary symptoms.
### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 124/82 mmHg (100-120/56-80)

Weight 131 lbs (98 - 183)

Height 65 in (60.24 – 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.
Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.
Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.
Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.
Neurological:

° System: normal.

Psychiatric:

° Exam: normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

### Assessment

• Epigastric pain
• Bloating

Liberty004545

# Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

~ Bloating

**Therapy**

- Food diary.
- Medication review.
- Medication instruction.
- Sample medication given.
- Explanation of plan.

**Allergies**

Erythromycin: Onset Date: 10/14/2008.

**Discussed**

Discussed that with extensive imaging studies done we will refrain from other imaging at this time.
I question IBS/Bacterial overgrowth as main cause of symtpoms but also medication side effects are high in the differential as clinda and hydrocortisone can explain her symptoms. As her chronic lyme symptoms seem well controlled see if we can get symtpom control prior to stopping clinda.
Maybe try carafate or short term reglan in the future.

**Plan**

Medication Ordered: hyoscyamine 0.125 mg sublingual tablet Refills: 0 Quantity: 120 Supply: 30 Sig:  SUBLINGUAL EVERY 4-6 HOURS AS NEEDED FOR ABDOMINAL PAIN.
1. Digestive Advantage Gas Defense. Stop Culturelle.
2. Zegerid QD. Stop Prevacid
3. Complete relief after being on zegerid for a week.
4. Antispasmodic as needed (Beacon).
5. Call in 2 weeks with update.
6. We will not stop Asacol now, but may try to wean off in a few months.

**Practice Management**

Estab outpatient comprehensive h&p - high complex decisions 99215;O;OO;E;a;40;1;222343403003333 and comprehensive H&P with high complexity decision making 99215;O;OO;E;a;40;1;222342203103323;  Total face to face time 40 min;  Total face to face time 40 min; Counseling and coordination of care was more than 50% of encounter time and with counseling and coordination of care more than 50% of encounter time

## Narrative

No narrative has been assigned.

## Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 6/10/2011 | hyoscyamine 0.125 mg sublingual tablet | Issue Method: Electronic |

## Messages

No messages exist.

## Orders

No orders have been ordered.

## Tasks

No tasks have been created.

## Vaccinations

No vaccinations have been entered.

## Problem List

| Date | Description | Code |
|------|------------|------|
| 6/10/2011 | Diagnosis: Bloating (787.3) | 787.3 |
| 6/10/2011 | Diagnosis: Epigastric pain (789.06) | 789.06 |

Liberty004546

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, April 11, 2013 at 12:07 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 23568 |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out   Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Thursday, April 11, 2013 at 12:00 PM | | Insurance: | MEDICARE (MC) |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, April 11, 2013 at 2:26 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 4/11/2013 12:00PM

#### Chief complaint

The Chief Complaint is: Ongoing GERD, recently switched from pantoprazole to dexilant 60mg QD which she believe is working well but not sure if it is enought, Although dexilant has improved belching and hiccups, pt states she is periodically noticing what she feels to be vomiting going up and down her esophagus.She is also taking famotidine qpm. PT last endo was in 2010 where one polyp was found and bx, reveal chronic gastritis.

#### History of present illness

Haley Spears is a 35 year old female.

Chronic GI sx: Epigastric & diffuse abd pain, heartburn, bloating, diarrhea, constipation, nausea.
Prior Dx: GERD, PUD (healed), Lymphocytic colitis, hemorrhoids.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
• Regurgitation after meals • Nausea • Bloating ° No gagging ° No pain on swallowing ° Not being slow to finish meals ° No
heartburn ° No belching ° No vomiting ° No hematemesis ('coffee grounds') ° No jaundice ° No pain when defecating ° Complete emptying of stool

With Dexilant, her symptoms of heartburn are resolved, Her coughing with eating is much improved and her hick-cups are much less frequent, Regurgitation on occasion continues to be a symptom, but she does not have burning or pain with it. Generally, she has no change in her BM's, but on one occasion, after having beats, she noted a burgandy color to her stool and also noted a red tinge to her urine (she did not know if this was from the beats or a sign of bleeding), No other "alarm" sx

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnoses:

Gastric ulcer
Hemorrhoids,
Chronic Lyme disease

Procedural:

• Complete colonoscopy

#### Personal history

*Behavioral:* No caffeine use and no tobacco use, Never a smoker,
*Alcohol:* Not using alcohol,
*Drug Use:* Not using drugs.
*Habits:* Sedentary,
*Work:* Working full time,
*Marital:* Single,

#### Family history

Mom had a lump taken off of left breast, She has microvalve prolapse

Mitrovalve prolapse with regurgitation -Mother

Paternal:

Hypertension

Paternal grandfather's:

Colon cancer,

Liberty004547

10-29-15;03:06PM;cbs                                    ;123              # 18/ 33

## Haley A Spears
38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

**Review of systems**

Pulmonary: Occasional cough when eating.

**Physical findings**

Vital Signs:

Vital Signs/Measurements  Value  Normal Range

Weight 128 lbs (98 to 183)

Body mass index 21.3 kg/m2 (18 to 25)

Height 65 in (60.24 to 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Psychiatric:

*Mood:* ° Euthymic.
*Affect:* ° Normal.

Skin:

° Color and pigmentation were normal.

**Assessment**

- Heartburn
- Epigastric pain
- Diarrhea
- Esophageal reflux
- Lymphocytic colitis
- Constipation

**Therapy**

- Anti-reflux diet.
- Patient to call for results of lab studies.

**Counseling/Education**

- Patient education given

**Discussed**

GERD:  It seems that Dexilant is working well for her.  Her residual sx seem to be related to regurgitation of non-acidic gastric content. As I am concerned about the side effects of promotility agents, I would like her to try lifestyle/diet changes to improve sx.
Burgandy Stool:  Likely not bleeding; however, she has not had her colon looked at since 2007.  She is getting bloodwork done tomorrow. If bloodcounts are not included, I will get them separately.  If blood counts have fallen, I will recommend endo/colon to assess anemia/GI bleeding.

**Plan**

- Patient will call for appointment as needed
- Medication Ordered: Dexilant 60 mg oral delayed release capsule Refills: 3 Quantity: 90 Supply: 360 Sig:  1 ORALLY (BY MOUTH) ONCE A DAY
  1. Continue Dexilant 60 mg daily, a 1/2 hour before breakfast.
  2. Anti-reflux diet/lifestyle:  Raise the head of the bed or use a wedge to sleep on at night.  Avoid eating for 2 hours before laying down. Instruction sheet will be sent to pt.
  3. She is directed to take her calcium supplement twice a day with food (given the chronic PPI therapy).
  4. I asked her to make sure I get results from labwork being done tomorrow and also asked her to have her doctors send me bloodwork from the past year (if blood counts not done, I will order them).
  5. If blood counts are lower than before, then I will plan colonoscopy orendo/colon to assess.
  6. Follow-up will depend on bloodwork and evolution of symptoms.

**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision 99214:O;OO;E;a;0;0;222332203203323.
Total face to face time was unspecified.

## Narrative

No narrative has been assigned.

## Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 4/11/2013 | Dexilant 60 mg oral delayed release capsule | Issue Method: Electronic |

.

Liberty004548

# Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

| Date | Task |
|------|------|
| POST VISIT TASK | None |

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 4/11/2013 | Diagnosis: Esophageal reflux (530.81) | 530.81 |
| 4/11/2013 | Diagnosis: Heartburn (787.1) | 787.1 |
| 4/11/2013 | Diagnosis: Epigastric pain (789.06) | 789.06 |
| 4/11/2013 | Diagnosis: Diarrhea (787.91) | 787.91 |
| 4/11/2013 | Diagnosis: Lymphocytic colitis (555.1) | 555.1 |
| 4/11/2013 | Diagnosis: Constipation (564.00) | 564.00 |

Liberty004549

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter
This encounter was created on Thursday, April 17, 2014 at 12:54 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Michele Kaczmarczyk, PA | Encounter: | ID 27727 | |
| Responsible: | Michele Kaczmarczyk, PA | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Thursday, April 17, 2014 at 1:00 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by MICHELE KACZMARCZYK, PA-C on Thursday, April 17, 2014 at 1:40 PM | | | |

### Ink Documents
No ink documents have been created.

### External Documents
No external documents have been attached.

### Comments
No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 4/17/2014 01:00PM

#### Chief complaint

The Chief Complaint is: GERD.

#### History of present illness

Haley Spears is a 36 year old female.

Dexilant caused cramping but improved GERD.

Past medical history reviewed, medication list reviewed 4/11/2013, family history reviewed, and surgical history reviewed.
No weight-related symptoms.
Normal appetite. Dysphagia. No heartburn and no eructation. Regurgitation. No nausea, no vomiting, no bloating, no abdominal pain, bowel movement frequency was normal, and no diarrhea.
Symptoms are better than when she last called month (she was on ABX at that that). However still present.
Clears throat after eating regularly.
Occassional Regurg. No heartburn.
Dysphagia- Unchagned. Chronic.
Hiccups episodic.

#### Current medication

* Zofran Sig: AS NEEDED
* Colostrum
* ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet
* Vitamin D with Minerals oral tablet
* saccharomyces boulardii lyo 250 mg oral powder for reconstitution: BID
* Culturelle Digestive Health oral capsule
* traMADol 50 mg oral tablet
* montelukast 5 mg oral tablet, chewable
* Multiple Vitamins oral tablet: DAILY EFA 1200
* Xopenex HFA 45 mcg/inh inhalation aerosol: PRN
* cetirizine 10 mg oral capsule: BID
* calcium-magnesium 112 mg-64 mg oral tablet: wit D
* pantoprazole 40 mg oral delayed release tablet Sig: TAKE ONE TABLET BY MOUTH TWO TIMES A DAY *BRIDGE* *PLACE IN NOON SLOTPER PT REQ TO SEPERATE FROM SYNTHROID-
* famotidine 20 mg oral tablet Sig: TAKE ONE TO TWO TABLETS EVERY NIGHT AT BEDTIME**PLACE IN MEDBOX PER PATIENT REQUEST**

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnoses:

Gastric ulcer
Hemorrhoids,
Chronic Lyme disease
Procedural:

* Complete colonoscopy

Surgical:

* Total thyroidectomy 13 growths- 1 was found to be cancerous

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Personal history

*Behavioral:* No caffeine use.  Daily coffee consumption.  No tobacco use.  Never a smoker.
*Alcohol:* A social drinker.
*Drug Use:* Not using drugs.
*Habits:* Exercising regularly.
*Work:* Not currently employed.
*Marital:* Single.

### Family history

Mitrovalve prolapse with regurgitation -Mother
Mom had a lump taken off of left breast. She has microvalve prolapse. Colon resection due to diverticulitis

Paternal:

Hypertension

Paternal grandfather's:

Colon cancer.

### Review of systems

Otolaryngeal: Otolaryngeal symptoms.
Cardiovascular: No cardiovascular symptoms.
Pulmonary: No pulmonary symptoms.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 106/76 mmHg (100-120/56-80)

Weight 133 lbs (98 to 183)

Body mass index 21.8 kg/m2 (18 to 25)

Height 65.5 in (60.24 to 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Neurological:

° System: normal.

Psychiatric:

° Exam: normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

### Assessment

• Esophageal reflux

### Therapy

• Anti-reflux diet.

### Allergies

Erythromycin: Onset Date: 10/14/2008.

Liberty004551

10-29-15;03:06PM;cbs                                    ;123                      # 22/ 33

## Haley A Spears

38 Year Old Female   Birth Date; REDACTED   MRN: 00000467201   Account: 4672-1

### Counseling/Education

- Patient education given

### Discussed

She has tried prilosec, prevacid, lansoprazole, dexilant, zegerid, and pantoprazole. Will try Nexium and Aciphex next and have her take whichever PPI she feels works best w/o se's.

### Plan

- Records management -Provide Patient with Copy of Encounter
- Medication Ordered: Prevacid 30 mg oral delayed release capsule Refills: 3 Quantity: 60 Supply: 30 Sig:  1 ORALLY (BY MOUTH) TWO TIMES A DAY
  1. Anti-Reflux Diet/Lifestyle modifications.
  2. Continue Pepcid 2-20mg tabs before bedtime.
  3. Stop pantoprazole
  4. Re-start Brand name Prevacid 30mg twice daily 30 min before breakfast and dinner,

### Practice Management

Estab outpatient expanded h&p - low complexity decisions 99213:O;OO;E;a;0;0;222341103203213;100000000000+().
Total face to face time was unspecified.

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
| --- | --- | --- |
| 4/17/2014 | Prevacid 30 mg oral delayed release capsule | Modified Script with: Prevacid 30 mg oral delayed release capsule Quantity: 30  Refills: 3  Issue Method: Electronic |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
| --- | --- |
| POST VISIT TASK | None |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
| --- | --- | --- |
| 4/17/2014 | Diagnosis: Esophageal reflux (530.81) | 530.81 |

Liberty004552

860-783-5799          6/3/2011 2:52:29 PM   PAGE   1/001   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2205 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4628279 | 06/03/11 | 1384063 |

AT THE REQUEST OF

JAMES OBRIEN, MD
363 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 649-3477
FAX: (860) 649-0011

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 33 Y/F | (860) 308-2050 |

Exam(s): US ABDOMEN COMPLETE - 76700

INDICATION: Abdominal pain and bloating

COMPARISON: Abdominal ultrasound 10/01/2010 and 04/02/2010

The current ultrasound shows normal size and echogenicity to the liver with no focal findings. The gallbladder is normal in appearance. There is no stone or cholecystitis. The gallbladder wall was not thickened and there is no pericholecystic fluid. There is no intra or extrahepatic bile duct dilatation. The common bile duct measures between 2 and 4 mm. The pancreas is unremarkable.

Right kidney measures 10.5 cm longitudinally. Left kidney measures 10.6 cm longitudinally. There is normal cortical thickness and echogenicity of the kidneys. There is no hydronephrosis, mass, or stone. The spleen is normal in size with no focal findings. The visualized abdominal aorta and inferior vena cava are unremarkable.

IMPRESSION: sonography of the abdomen is currently within normal limits. The tiny gallstones seen on the prior studies are no longer identified and there is no new finding.

Thank you for referring your patient to us,
Margaret Szerejko, MD.

(Electronically Signed - 6/3/2011  2:51:43PM)
cc: ZANE SAUL, MD
     2890 MAIN STREET
     STRATFORD, CT  06614
cc: BERNARD RAXLEN, MD
     123 WEST 79TH STREET
     FIRST FLOOR
     NEW YORK, NY  10024

d: 6/3/2011  2:51:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 1          JPTDXRP - L   Printed on:  6/3/2011  2:51:57PM

Liberty004553

860-783-5799          10/1/2010 3:46:25 PM   PAGE    1/002   Fax Server

# JEFFERSON RADIOLOGY
## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

841 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)200-4106 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4307487 | 10/01/10 | 1384063 |

AT THE REQUEST OF
KRISTIN GIANNINI, MD
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | (860) 308-2050 |

Exam(s): US ABDOMEN COMPLETE - 76700

Indication: Abdominal pain. History of gallbladder disease.

Comparison: 07/10/2010.

Abdominal ultrasound: The liver is of normal size and slight diffuse increased echogenicity without focal lesions nor intrahepatic ductal dilation. The common duct is not dilated and measures 1 mm. A normal gallbladder is identified. There is no gallbladder wall thickening or pericholecystic fluid.

The abdominal aorta and IVC are normal. Limited views of the pancreatic head and body do not reveal abnormalities. The spleen is of normal size and echogenicity measuring 8.9 cm in long axis.

Both kidneys are of normal size and echogenicity without hydronephrosis or nephrolithiasis. The right kidney measures 10.0 cm in long axis. The left measures 10.2 cm.

There is no abdominal free fluid.

Impression: Liver of slight diffuse increased echogenicity. This is nonspecific, but consistent with diffuse fatty infiltration; otherwise, unremarkable abdominal ultrasound.

Thank you for referring your patient to us,
William Poole, MD.
(Electronically Signed - 10/1/2010  3:45:24PM)

d: 10/1/2010 t: 3:45:00PM

CONFIDENTIALITY NOTICE
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Signed by JAMES OBRIEN, MD on 10/01/2010 05:19 PM

Page 1 of 1          JPTDXRP - L   Printed on: 10/1/2010  3:45:43PM

Liberty004554

860-783-5799          10/1/2010 3:46:25 PM   PAGE   2/002   Fax Server

# JEFFERSON RADIOLOGY

## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6580 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4307487 | 10/01/10 | 1384063 |

AT THE REQUEST OF
KRISTIN GIANNINI, MD

Exam(s): US ABDOMEN COMPLETE - 76700

cc: JAMES OBRIEN, MD                    cc: HALEY A SPEARS
    353 MAIN STREET                          1008 TROUT BROOK DR
    MANCHESTER, CT 06040                      WEST HARTFORD, CT 06119-1244
cc: BERNARD RAXLEN, MD
    123 WEST 79TH STREET
    FIRST FLOOR
    NEW YORK, NY 10024
cc: LAUREN GOUIN, ND
    135 CENTER STREET
    MANCHESTER, CT 06040

d: 10/1/2010 t: 3:45:00PM
**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the
reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified
that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 2 of 2

Signed by JAMES OBRIEN, MD on 10/01/2010 05:19 PM          JFTDXRP - L    Printed on: 10/1/2010 3:45:43PM

# Manchester Memorial Hospital
## Endoworks Procedure Report

| | | | |
|---|---|---|---|
| Patient: | HALEY A SPEARS   *32 yr* | Attending Physician: | James O'Brien M.D. |
| Patient ID: | MRN-Z346259 | Referring Physician: | Kristin Giannini |
| DOB: | REDACTED | Scope: | GIF-H180-2902513 |

Exam Type: Esophagogastroduodenoscopy

Exam Date: 04/27/2010

Accession #: A55270

Procedure Start Time: Scope Model/Serial# GIF-H180-2902513

Indications:

* pain located in the epigastrium (789.06).
* Dyspepsia (536.8).
* Surveillance of a gastric ulcer (531.9), seen endoscopically in 2007.

Consent: The benefits, risks ( including but not limited to causing bleeding, perforation, infection, aspiration, allergic reaction, and pain) and alternatives to the procedure ( including but not limited to doing nothing, barium x-ray testing )were discussed and informed consent was obtained from the patient.

Physical Exam: See pre-procedure record.

Preparation:

* EKG, pulse, pulse oximetry and blood pressure were monitored throughout the procedure and oxygen was given.
* ASA Classification: Class 2 - Patient has mild to moderate systemic disturbance that may or may not be related to the disorder requiring surgery.

Medications:

* The patient was given oxygen.
* Propofol by anesthesiologist

Procedure: The endoscope was passed with ease through the mouth under direct visualization and advanced to the 2nd portion of the duodenum. The scope was withdrawn and the mucosa was carefully examined. The views were good. The patient's toleration of the procedure was good. Retroflexion was performed in the cardia.



*4/28/10 BK*

*STOMACH; CHRON INFLAM, HYPERPLASTIC POLYP ⊖H, PYLORI*
*RBC: ① CONTINUE PREVACID 30 BID*
*② CONSIDER CONSULT ≈ SURGEON TO*
*DISCUSS CCY AS A WAY TO ADDRESS SX*
*(US 4/2/10 = "MULTIPLE*
*(US 4/2/10 = "MULTIPLE*
*cy stones THW GALLSTONES")*
*Tried Gallsy, LNON, Let diet OD3*
*Later, called pt ≈ results.*
*I ordered her questions in detail.  OM3*

SPEARS, HALEY MRN-Z346259

**Findings:**
**Esophagus:** The esophagus appeared to be normal (1) with no evidence of visible esophagitis in the esophagus.
**Stomach:** A few small polyps were found in the body of the stomach, (3) and diffuse, mild, chronic gastritis was found in the antrum. (4) Multiple biopsies were taken. There was no evidence of erosions or of ulcers in the stomach.
**Duodenum:** The duodenal bulb and 2nd portion of the duodenum appeared to be normal. (5)

**Estimated Blood Loss:**

- 1 cc

**Unplanned Events:** There were no immediate complications.

**Summary:**

- Normal esophagus.
- No evidence of esophagitis in the esophagus.
- Polyps were found in the body of the stomach (211.1).
- Mild chronic gastritis was found in the antrum (535.10). Multiple biopsies taken.
- No evidence of erosions or of ulcers in the stomach.
- Normal duodenal bulb and 2nd portion of the duodenum.

**Recommendations:**

- Discharge home when standard parameters are met.
- Resume regular diet as tolerated.
- Continue current Prevacid 30 mg po BID.
- Follow-up on the results of the biopsy specimens.

**Procedure Codes:**

- [43239]EGD with biopsy



normal-esophagus          3 polyp---stomach-body of the stomach          4 gastritis-stomach-antrum

Liberty004557

SPEARS, HALEY MRN-Z346259

 

3 normal-duodenum-2nd portion of the      -retroflex view of the stomach
duodenum

Signature:                                              Date: 04/27/2010

James O'Brien MD

James O'Brien M.D.

Version 1, electronically signed by Dr. James O'Brien on 04/27/2010 at 14:24.

Liberty004558

10-29-15;03:06PM;cbs                                              ;123              # 29/ 33

 **Eastern Connecticut Health Network, Inc.**
**Department of Pathology and Laboratory Services**

Manchester Memorial Hospital
71 Haynes Street
Manchester, CT 06040-4188
Tel: (860) 647-6487
Fax: (860) 647-6447

## SURGICAL PATHOLOGY
### Accession #: SP10-4686

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: SPEARS, HALEY A. | | Client: | MMH | Collected: | 4/27/2010 |
| DOB: | REDACTED (Age: 32) | SSN: | REDACTED | Received: | 4/27/2010 |
| Gender: | F | MR #: | Z346259 | Pt. Type: | Surgical/SDS |
| Physician(s): | James W. O'Brien, M.D. | Acc't #: | D02758451 | Location: | DSCH |
| | Kristen Giannini, M.D. | | | | |

### Specimen
Stomach, biopsy and polypectomy

### Clinical Diagnosis
Abdominal pain, bloating; gastritis and gastric polyp

### Macroscopic Description
Received in formalin are 4 tan 3 mm tissue fragments. Totally submitted.  (RJD)

### Microscopic Description
Sections of the stomach biopsy specimen demonstrate fragments of antral and oxyntic-type gastric mucosa. Mild chronic inflammation and fibrosis are seen within the lamina propria. There are associated reactive mucosal changes. One antral mucosal fragment demonstrates marked foveolar hyperplasia, suggesting a hyperplastic mucosal polyp. No adenomatous change or malignancy is identified. No intestinal metaplasia is seen. No Helicobacter pylori is identified.

Special studies performed:  Alcian blue/PAS stain. Immunostain for Helicobacter pylori.

### Final Diagnosis
Stomach, biopsy and polypectomy: Chronic gastritis and fragment consistent with a hyperplastic mucosal polyp. No Helicobacter pylori or intestinal metaplasia is seen.  MS/khb

**Monica Srodon, M.D.**
Electronic Signature 4/28/2010

Signed by JAMES OBRIEN, MD on 04/28/2010 04:47 PM Board of Pathology

Page 1 of 1

Dennis G. O'Neill, M.D., FCAP, Director

Michele B. Conlon, M.D., FCAP       Devhala S. Patel, M.D., FCAP       Robert A. Schwartz, M.D., FCAP       Monica Srodon, M.D., FCAP

Liberty004559

10-29-15;03:06PM;cbs                                             ;123                    # 30/ 33

6/9 0011

860-783-5799          4/2/2010 3:31:13 PM   PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY
### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6499 F(860)246-4100 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4086480 | 04/02/10 | 1384083 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| KRISTIN GIANNINI, MD | REDACTED | 32 Y/F | (860) 308-2050 |
| SUITE N | | | |
| 520 HARTFORD TURNPIKE | Exam(s): US ABDOMEN COMPLETE - 76700 | | |
| VERNON, CT 06066 | | | |
| Phone: (860) 872-0321 | | | |
| FAX: (860) 875-6271 | | | |

History: Pain

Real-time ultrasound of the abdomen was performed.

Comparison: CT of 10/29/2009.

The liver is free of focal abnormalities. Echogenicity is normal.

Gallbladder contains sludge and small gallstones. These cannot be seen on previous CT scan. The gallbladder wall is of normal thickness. No pericholecystic fluid is present.

Biliary ductal system is unremarkable with nondilated intra and extrahepatic biliary ducts. Common bile duct measures approximately 3 mm.

Pancreas is unremarkable. It is of normal echotexture. No peripancreatic fluid collections are seen.

Right kidney is normal in size shape and position. It measures approximately 10.7 cm in length.

Left kidney is normal in size shape and position. It measures approximately 10.5 cm in length.

Spleen is normal in size without focal abnormalities. It measures approximately 9.7 cm in size.

Aorta is unremarkable without evidence of aneurysmal dilatation.

IVC unremarkable.

d: 4/2/2010 t: 3:29 80PM
CONFIDENTIALITY NOTICE
This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email is not the intended recipient of this employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.
Page 1 of 2                            PTDXRP v.3.    Printed on: 4/2/2010  3:30:59PM

04/08/2010 04:24 pm                    HALEY SPEARS DOB REDACTED                              1/2

Signed by JAMES OBRIEN, MD on 04/13/2010 06:17 PM

10-29-15;03:06PM;cbs                                    ;123              # 31/ 33

800-703-8799          4/2/2010 3:31:13 PM   PAGE   2/002    Fax Server

# JEFFERSON RADIOLOGY
## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

1111 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6591 F(860)236-4184  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4000409 | 04/02/10 | 1384063 |

AT THE REQUEST OF
KRISTIN GIANNINI, MD

Exam(s):  US ABDOMEN COMPLETE - 76700

Impression: Multiple Tiny gallstones.

Thank you for referring your patient to us,

Marc Glickstein, MD.
(Electronically Signed 4/2/2010  3:29:30PM)

cc: BERNARD RAXLEN, MD
123 WEST 79TH STREET
FIRST FLOOR
NEW YORK, NY 10024

CONFIDENTIALITY NOTICE
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 2 of 2                          JPTOXHY - 1.    Printed on: 4/2/2010  3:30:09PM

04/08/2010 04:24 pm               HALEY SPEARS DOB :REDACTED                          2/2

Signed by JAMES OBRIEN, MD on 04/13/2010 06:17 PM

Liberty004561

10-29-15;03:06PM;cbs                                                    ;123                    # 32/ 33

860-763-5789                  10/29/2009 1:11:03 PM  PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY
## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
| SPEARS, HALEY | 3907206 | 10/29/09 | 1384063 |

AT THE REQUEST OF

JAMES OBRIEN, MD
353 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 649-3477
FAX: (860) 649-0011

DATE OF BIRTH          AGE/SEX          PATIENT PHONE
REDACTED               32 Y/F           (860) 308-2050

Exam(s):  CT ABDOMEN WW/O CONTRAST - 74170

3907207   CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

History: Abdominal pain. Ulcerative colitis.
CT SCAN OF THE ABDOMEN and PELVIS:

Comparison: None

CT scan of the abdomen and pelvis was performed with and without the intravenous administration of
100 cc Ultravist. Oral contrast also given.

The lung bases are clear.
The liver is normal.
Gallbladder is normal.
Biliary ducts are not dilated.
spleen is normal
pancreas is normal
adrenal glands are normal
right kidney is normal
left kidney is normal
mesentery is normal.
No adenopathy.
No free fluid.

The mesentery, and pelvic soft tissues are normal. No pelvic adenopathy. The area the ileocecal valve
is unremarkable. No inflammatory change free fluid or other abnormality seen. The bowel as
visualized is unremarkable.

CONCLUSION:

Unremarkable CT scan of the abdomen and pelvis.

d: 10/29/2009 t: 1:09:00PM

CONFIDENTIALITY NOTICE
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of
this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have
received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone.

Page 1 of 2          JFTDXRP - L          Printed on: 10/29/2009   1:10:11PM

Signed by SARAH THIBODEAU, APRN on 10/29/2009 04:28 PM

Liberty004562

10-29-15;03:06PM;cbs                                    ;123                    # 33/ 33

860=763=6799          10/29/2009 1:11:03 PM   PAGE   2/002   FAX SERVER

# JEFFERSON RADIOLOGY

DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 3907206 | 10/29/09 | 1384063 |

AT THE REQUEST OF
**JAMES OBRIEN, MD**

Exam(s):  CT ABDOMEN WW/O CONTRAST - 74170

3907207   CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

Thank you for referring your patient to us,

Marc Glickstein, MD.

(Electronically Signed - 10/29/2009  1:09:58PM)

cc:  BERNARD RAXLEN, MD
     123 WEST 79TH STREET
     FIRST FLOOR
     NEW YORK, NY  10024

d: 10/29/2009 t: 1:09:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 2 of 2**          JFTDXRP - L    Printed on: 10/29/2009   1:10:11PM

Signed by SARAH THIBODEAU, APRN on 10/29/2009 04:28 PM

Liberty004563





EMSI Investigative Services

## CONFIDENTIAL INVESTIGATIVE REPORT
### October 27, 2015

| Attn: Nancy Winterer | YOUR FILE NO. | REDACTED |
|---|---|---|
| Liberty Mutual Group Disability | OTHER FILE NO. | Not Provided |
| PO Box 7206 | OUR FILE NO. | 201510-2615.1 |
| London KY 40742 | INSURED/EMPLOYER | UTC Choice |
| | ASSIGNMENT OPEN | 10/22/2015 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Not provided | |
| DATE OF LOSS | 9/27/2008 | |
| INVESTIGATOR | Brian Morand | |
| DATES OF INVESTIGATION | 10/27/2015 | |

| SUBJECT/CLAIMANT | |
|---|---|
| NAME: | Haley Spears |
| ADDRESS: | 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106 |
| DOB: | REDACTED |
| SSN: | REDACTED |

### PHOTO IDENTIFICATION

No photo was located.

### SUMMARY

Social Media Searches were completed on the subject including but not limited to Facebook, Twitter, Google plus, LinkedIn, Google, Bing, and Yahoo. Social Media Searches were completed on the subject and no information on the subject was able to be located through social media sites. No Facebook page was located for the subject. A Facebook page was located for Tommy Baumann, Charlie Baumann and David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced. A thorough search of the subject and the subject's relatives was conducted through other social media sites; however, no results for the subject were located. A court document from 2012 was located on the US District Court District of Connecticut. A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located. A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of REDACTED2019 at 74 Heath Street, Somerville MA 02145.

Liberty004564

Name: Haley Spears
Case Number: REDACTED

P a g e | **2**
File Number: 2015102615.1

The NCR also produced a valid license for the subject with an expiration date of REDACTED 2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

## ANALYSIS

*(For reports is Adobe, click the heading to the left to access source details)*

**MAPPING**

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106. The NCR produced a recent address of 74 Heath Street, Somerville MA 02145 with the dates of September 2014 to September 2015. The NCR produced a recent address of 1008 Trout Brook Dr., West Hartford Ct 06119 with the dates of October 2006 through October 2015.

**SOCIAL NETWORKING**

Social Media Searches were completed on the subject and no information on the subject was able to be located through social media sites. No Facebook page was located for the subject. A Facebook page was located for Tommy Baumann, Charlie Baumann and David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced. A thorough search of the subject and the subject's relatives was conducted through other social media sites; however, no results for the subject were located.

**ON-LINE SEARCHES**

A court document from 2012 was located on the US District Court District of Connecticut. A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located. A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located. A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of REDACTED 2019 at 74 Heath Street, Somerville MA 02145. The NCR also produced a Valid license for the subject with an expiration date of REDACTED 2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

Name: Haley Spears
Case Number: REDACTED

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106.

### Aerial View



### Bird's Eye View



Liberty004566

Name: Haley Spears
Case Number: REDACTED

P a g e | 4
File Number: 2015102615.1

The NCR produced a recent address of 74 Heath Street, Somerville MA 02145 with the dates of September 2014 to September 2015.

## Aerial View



## Street View



Name: Haley Spears
Case Number: REDACTED

P a g e | **5**
File Number: 2015102615.1

The NCR produced a recent address of 1008 Trout Brook Dr., West Hartford Ct 06119
with the dates of October 2006 through October 2015.

**Aerial View**



**Street View**



Name: Haley Spears
Case Number: REDACTED

P a g e | **6**
File Number: 2015102615.1

| **Social Networking** |
| --- |

## Facebook

No Facebook page was located for the subject.   A Facebook page was located for
Tommy Baumann who was listed as a relative of the subject on the NCR; however, no
results for the subject were produced.
https://www.facebook.com/tommy.baumann.3



## Charlie Baumann

A Facebook page was located for Charlie Baumann who was listed as a relative of the
subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/charlie.baumann51



Name: Haley Spears
Case Number: REDACTED

P a g e | 7
File Number: 2015102615.1

## David Shane Spears
A Facebook page was located for David Shane Spears who was listed as a relative of
the subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/davidshane76



## Twitter
No results were found. A thorough search of the subject and the subject's relatives was
conducted; however, no results for the subject were located.

## YouTube
No results were found. A thorough search of the subject and the subject's relatives was
conducted; however, no results for the subject were located.

## Google +
No results were found. A thorough search of the subject and the subject's relatives was
conducted; however, no results for the subject were located.

## MySpace
No results were found. A thorough search of the subject and the subject's relatives was
conducted; however, no results for the subject were located.

## LinkedIn
No results were found. A thorough search of the subject and the subject's relatives was
conducted; however, no results for the subject were located.

## (Other Online Sources)

## US District Court District of Connecticut

A court document from 2012 was located on the US District Court District of Connecticut.
https://ecf.ctd.uscourts.gov/cgi-bin/show_public_doc?2011cv1807-22

---

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALEY SPEARS<br>PLAINTIFF, | : |
| | : |
| | : CIVIL ACTION NO. 3:11cv1807(VLB) |
| | : |
| v. | : |
| | : |
| LIBERY LIFE ASSURANCE | : **AUGUST 3, 2012** |
| COMPANY OF BOSTON; UNITED | : |
| TECHNOLOGIES CORPORATION; | : |
| AND THE GROUP LIFE INSURANCE | : |
| AND DISABILITY PLAN OF UNITED | : |
| TECHNOLOGIES CORPORATION a/k/a | : |
| THE UTC CHOICE INTEGRATED | : |
| DISABILITY BENEFIT PROGRAM | : |
| DEFENDANTS. | : |

### MEMORANDUM OF DECISION GRANTING IN PART AND DENYING IN PART
### DEFENDANTS' MOTION TO DISMISS [DKT. #13]

Plaintiff, Haley Spears, ("Spears") brings this action under the Employee

Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132(a)(3)

contesting the denial of disability benefits under her employer's long term

disability benefits plan. Defendants Liberty Life Assurance Company of Boston

("Liberty"), United Technologies Corporation ("UTC"), and The Group Life

Insurance And Disability Plan of United Technologies Corporation a/k/a The UTC

Choice Integrated Disability Benefit Program (the "Plan" or the "UTC Plan")

(collectively referred to as the "Defendants") have moved pursuant to Federal

Rule of Civil Procedure 12(b)(6) to dismiss Count Two of Plaintiff's Complaint

asserted under Section 502(a)(3) as duplicative of her Count One claims under

Section 502(a)(1)(B). The Defendants also move to dismiss the Defendants UTC

and the Plan as Defendants in the action because they do not control

Liberty004571

administration of the long term provisions of the Plan. They also seek an order striking Plaintiff's claim for extra-contractual damages, on the basis that such damages are not available under E.R.I.S.A. The Plaintiff objects to the Motion to Dismiss asserting that simultaneous claims may be maintained under Section 502(a)(1)(B) and Section 502(a)(3) and asserting that she has a right to the extra-contractual equitable remedies, such as reformation, under Section 502(a)(3) because one or more of the Defendants misled her, causing her harm which may not be remedied by her Section 502(a)(1)(B) claim.  The Plaintiff counters the Defendant's motion to dismiss Defendants UTC and the Plan, asserting that they did control the administration of the short term provisions of the Plan. The Plaintiff also seeks injunctive relief, enjoining the conduct complained of in the Complaint.  For the foregoing reasons, the Court GRANTS IN PART and DENIES IN PART Defendants' motion to dismiss.

### Factual Allegations

The following facts are taken from Plaintiff's complaint.  The Plaintiff, Haley Spears, is a former employee of UTC.  [Dkt #1, Complaint ¶ 4].  She was employed as an Executive Administrative Assistant immediately prior to being disabled and was allegedly covered by UTC's employee benefits plan. *Id*.  The UTC Plan included both short-term and long-term disability ("STD" and "LTD" respectively) sections.  *Id*. at ¶ 7. The LTD plan is fully insured by Liberty. *Id*. At ¶ 5.  Plaintiff alleges that Liberty is the administrator of the Plan.

UTC self-insures the STD plan but Liberty "is the Plan Administrator for STD benefits" and makes claim determinations under that plan. *Id*. at ¶ 8.  The

2

LTD policy,[1] however, is both administered and insured by Liberty. *Id.* at ¶ 5.

Premiums are paid to Liberty, Liberty insures the policy, Liberty pays covered

claims, Liberty makes LTD claim determinations, and Liberty is the LTD plan

administrator. *Id.*

In her capacity as an Executive Administrative Assistant at UTC, Plaintiff

alleges that the material duties of her job were as follows:

> [S]end and edit letters, order supplies for two departments, do
> internet research, organize executive desks and papers, keep a
> reference guide book updated, change computer settings and fix
> office equipment on a basic level. She was responsible for
> communication with the maintenance department. She
> communicated verbally and by e-mail. Accuracy was essential. She
> processed expense reports by entering data into the computer, filed
> documents, and made travel arrangements. She processed invoices
> and followed through to ensure that they were paid. She generated
> briefing material for senior level meetings. She completed internal
> and external training to better understand United Technologies
> Corporation business practices and company objectives.

*Id.* ¶ 10. Plaintiff also alleges that her position was a desk job, although it did

require her to be on her feet, walking around the department, and occasionally

lifting packages, printer paper, files, or supplies. *Id.* at ¶ 11. Reportedly, "[t]he job

was fast paced. She needed to be alert. There was no room for error." *Id.*

Plaintiff allegedly began feeling sick around 2008 and began taking sick

days. [Dkt #1, Complaint ¶ 12]. Her symptoms allegedly included fevers, night

sweats, respiratory problems, and coughing. *Id.* Her boss told her to see a doctor.

*Id.* She was treated first for "asthma symptoms" and then later for migraines at

the St. Francis Hospital emergency room. *Id.*

---

[1] The LTD policy number is GF3-810-258966-016. [Dkt #1, Complaint ¶ 5].

Her symptoms "became debilitating in the summer of 2008." *Id.* At that point, Ms. Spears alleges that she "could not do her job." *Id.* at ¶ 13. She reports migraines, blurry vision, an inability to focus or think straight, memory problems, difficulties understanding what her boss wanted, and a general daze. *Id.* Plaintiff allegedly stopped working and applied for STD benefits in September 2008. *Id.* Those benefits were granted on September 27, 2008. *Id.*

Plaintiff acknowledges that the definition of disabled is different under the STD than it is under the LTD. She alleges that the policy defined being disabled, for purposes of STD coverage, as when "[y]ou are unable to perform the material and substantial duties of your current or a similar job for more than 5 consecutive scheduled workdays" and a physician provides medical evidence supporting his assessment of your condition. *Id.* On the other hand, the policy defined disabled under the LTD if you are unable to perform your "own occupation" for the first 24 months, after which you are only disabled for purposes of the plan if you are unable to perform the duties of "Any Occupation" as defined by the plan. *Id.* at ¶ 27-28.

Plaintiff was allegedly told by "a representative of the defendants" that if she tried to return to work part time but could not sustain that work she could still collect STD benefits. *Id.* at ¶ 14. She returned to work part time in January 2009 for a "few months", but claims she "could not perform her job during that time" despite being given simplified duties. *Id.*

Plaintiff has reportedly received an extremely large number of varying diagnoses from various doctors. [Dkt #1, Complaint ¶ 16]. Ms. Spears allegedly

Liberty004574

tested positive for Borrelia burdorferi IgM antibodies on February 2, 2009. Spears's STD benefits were approved through February 8, 2009. *Id.* at ¶ 15. On February 9, 2009, Plaintiff's treating physician Dr. Barbara Kage placed restrictions on the work she should perform. *Id.* She continued working part time and with restrictions through March 23, 2009 when she stopped entirely due to her health and has not returned to work. *Id.*

Plaintiff claims that several doctors – Dr.'s Bernard Raxlen, Sam Donta, Barbara Kage, and Dario Zagar – all noted symptoms associated with her Borreliosis (Lyme disease) from June to October 2009 and stated that she "was unable to work because of her symptoms." *Id.* at ¶¶ 18-22.

Plaintiff alleges that the Defendants first denied her LTD benefits on January 30, 2009.  On that date Defendants cited two reasons for the denial.  The first reason was that the LTD elimination period was not met.  *Id.* at ¶ 17.  Plaintiff acknowledges that LTD benefits were also denied "on the ground that 'the available records do not support any restrictions and limitations or impairment precluding you from performing the duties of your job . . . during the period of February 9, 2009 through the present date." *Id.* at ¶ 17. The Defendant cited the second reason despite the fact that the Plaintiff was approved for and received STD benefits through March

Defendants denied her appeal in January 2010 again saying there was no evidence of impairment, restrictions, or limitations from February 8, 2009 onwards. *Id.* at ¶ 22. Defendants reiterated the denial in May 2010. *Id.* In June 2010, Defendants allegedly requested and Plaintiff provided additional evidence

Liberty004575

from her on her condition. *Id.* Plaintiff claims that the defendants granted her appeal and reinstated her STD benefits through March 27, 2009. *Id.*

However, a November 2010 letter from Liberty states that their "Appeal Review Unit" upheld the decision to *deny* STD benefits in this time period, and that STD benefits were only paid from February 9 to March 27, 2009 due to "employer override." [Dkt #20, Pl.'s Mem of Law in Opp. To Def.'s Mot. To Dismiss and Mot. To Strike, Exhibit B] [hereinafter Pl.'s Opp. To Def.'s Mot. To Dismiss]. March 27, 2009 was "the maximum duration for STD benefits" and STD "[b]enefits were terminated after that date." [Dkt #1, Complaint ¶ 22].

Liberty also repeated their denial of Plaintiff's LTD benefits in that November 2010 letter. *Id.* at ¶ 23; [Dkt #20, Pl.'s Opp. To Def.'s Mot. To Dismiss, Exhibit B]. Liberty stated that medical documentation did not support Plaintiff's alleged impairment past February 8, 2009, and that that date failed to satisfy the "elimination period" so Plaintiff was not due LTD benefits. *Id.* Plaintiff also notes that th  e letter referred to a "September 27, 2010 peer review report" of which she was allegedly not furnished a copy. *Id.*

Plaintiff alleges that the Social Security Administration ("SSA") granted her request for disability benefits two years later, on February 25, 2011, citing an August 31, 2008 as the "onset date". [Dkt #1, Complaint ¶ 24]. Ms. Spears does not provide any authority as to the definition of an "onset date" under the disability provisions of the Social Security Act.  She further notes that the Administrative Law Judge characterized her brief part-time return to work was

Liberty004576

"an unsuccessful work attempt" and her conditions "severe impairments" in finding that she was unable to work as of the date of the decision. *Id.*

Following that, Plaintiff appealed the termination of her benefits more than two years later, in May 2011, submitting the Social Security Administration decision, medical journal articles, and "numerous medical records and reports" in support of her appeal. *Id.* at ¶ 25.  She also requested a copy of the September 27, 2010 peer review report described in Liberty's November 2010 letter. *Id.* Liberty sent her a copy of the report but denied her appeal in June 2011, once again stating that she "has not provided medical evidence to support Disability throughout the Elimination Period." *Id.* at ¶ 26.

Ms. Spears alleges that one of the stated goals of the UTC Plan as provided in the Summary Plan Description ("SPD") is, among other things, to "facilitate a seamless transition between Sick Pay, STD, and LTD payments." *Id.* at ¶ 7; [Dkt #21, Reply Br. In Supp. Of Defs.' Mot. To Dismiss, Exhibit A p. Liberty002198]. She claims "[t]hese statements are false and misleading as applied to [Plaintiff]". [Dkt #1, Complaint ¶ 7].  The SPD provides in relevant part: "these benefits are designed to work together to provide income and relieve some of the worry about how you will support yourself or your family if you are unable to work because of illness, injury, surgery or pregnancy.  The UTC Integrated Disability Benefit Program goals are: To provide income replacement when the presence of a health condition supported by medical documentation limits your functional ability to the essential duties of your own job.  To integrated the process of how Sick Pay and STD benefits are paid and managed.  To facilitate a seamless

transition between Sick Pay, STD and LTD payments." [Dkt. #21, Attach 1, Ex. B] at p.1].

Plaintiff filed her Complaint with this Court on November 21, 2011. [Dkt #1, Complaint]. In it, she alleges that she qualified as disabled under both the STD and LTD policy definitions throughout the relevant time period. *Id.* at ¶ 29. Plaintiff alleges that she exhausted her administrative remedies provided by the UTC Plan and here claims that her benefits were arbitrarily, capriciously, and erroneously denied by Liberty's alleged failure to consider the evidence of disability which she submitted. *Id.* at ¶ 30. The Complaint names UTC, the UTC Plan, and Liberty as defendants, seeking relief under ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B) (Count One); ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3) (Count Two); and attorney's fees and costs (Count Three). *Id.* at ¶s 33-45. In addition to seeking the full amount of benefits she is entitled to under the terms of the LTD Plan, Plaintiff also seeks equitable relief under Section 502(a)(3) to "make restitution to Spears in the amount of any losses sustained by her in consequence of the wrongful conduct alleged herein," "[r]eform the plan to remedy false or misleading," "[e]stop defendants' from denying benefits," and "award such other relief as the Court deems just, reasonable or equitable." *Id.* at p. 12.

### Legal Standard

In deciding a motion to dismiss pursuant to Rule 12 (b)(6) the Court accepts as true all of the complaint's factual allegations and draws inferences from these allegations in the light most favorable to the plaintiff. However, "[a]

Liberty004578

pleading that offers 'labels and conclusions' or 'formulaic recitation of the elements of a cause of action will not do.'  Nor does a complaint suffice if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).  (Internal quotations omitted).  "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'  A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (internal citations omitted).

In considering a motion to dismiss for failure to state a claim, the Court should follow a "two-pronged approach" to evaluate the sufficiency of the complaint. *Hayden v. Paterson*, 594 F.3d 150, 161 (2d Cir. 2010). "A court 'can choose to begin by identifying pleadings that, because they are no more than conclusions, are not entitled to the assumption of truth.'" *Id.* (quoting *Iqbal*, 129 S.Ct. at 1949-50). "At the second step, a court should determine whether the 'well-pleaded factual allegations,' assumed to be true, 'plausibly give rise to an entitlement to relief.'" *Id.* (quoting *Iqbal*, 129 S.Ct. at 1950). "The plausibility standard is not akin to a probability requirement, but it asks for more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 129 S.Ct. at 1949 (internal quotation marks omitted).

"In reviewing a motion to dismiss under Rule 12(b)(6), a district court may consider the facts alleged in the complaint, documents attached to the complaint as exhibits, and documents incorporated by reference in the complaint.  Where a

9

document is not incorporated by reference, the court may nevertheless consider it where the complaint relies heavily upon its terms and effect, thereby rendering the document integral to the complaint." *Tessler v. Paterson*, 451 Fed. Appx. 30, 32 (2d Cir. 2011) (internal quotation marks and citations omitted). Therefore, "where a plaintiff does not attach to the complaint or incorporate by reference a document on which it relies and which is integral to the complaint, a defendant may introduce that document as part of a motion attacking the pleadings." *Colon v. Town of West Hartford*, No.3:00cv168(AHN), 2001 WL 45464, at *1 n.1 (D. Conn. Jan. 5, 2001) (citing *Cortect Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 47 (2d Cir. 1991)).[2]

### Analysis

i.      *Count Two Claim under Section 502(a)(3)*

Defendants argue that Plaintiff's Count Two claim asserted under Section 502(a)(3) for equitable relief should be dismissed as duplicative of her Count One claim under Section 502(a)(1)(B). Section 502(a)(3) provides in relevant part that a civil action may be brought "by a participant, beneficiary, or fiduciary (A) to enjoin any act or practice which violated any provision of this subchapter or the

---

[2] Plaintiff argues in her memorandum in opposition to the Defendants' motion to dismiss that the Court should treat Defendants' motion as one for summary judgment because Defendants have referenced and relied on the Disability Plans as well as the Summary Plan Description ("SPD") which constitutes evidence outside the pleadings. [Dkt. #20, Pl. Mem. at p. 5-6]. However, Defendants' reliance and reference to the terms of the plans and the SPD is entirely appropriate on a motion to dismiss because Plaintiff has relied on the terms of those plans as well as the SPD in her complaint and therefore these documents are integral to the complaint. Accordingly, it was entirely appropriate for the Defendants to introduce these documents as part of its motion to dismiss.

10

Liberty004580

Name: Haley Spears
Case Number: REDACTED

Page | 18
File Number: 2015102615.1

terms of the plan or (B) to obtain other appropriate equitable relief (i) to redress such violations or (ii) to enforce the provisions of this subchapter or the terms of the plan." §502(a)(3), 29 U.S.C. §1132(a)(3).   Whereas Section 502(a)(1)(B) provides that a civil action may be brought by a participant or beneficiary "to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B).

"Section 502(a)(3) has been characterized as a 'catch-all' provision which normally is invoked only when relief is not available under § 502(a)(1)(B).... The provision authorizes solely *equitable* relief, and under the Supreme Court's decision in *Great–West* [*Life & Annuity Ins. Co. v. Knudson*, 534 U.S. 204 (2002)], this means that money awards are available in suits brought under § 502(a)(3) only in very limited circumstances." *Wilkins v. Mason Tenders Dist. Council Pension Fund*, 445 F.3d 572, 578-79 (2d Cir. 2006).

Although not clearly alleged in her complaint, Plaintiff argues in her memorandum in opposition to Defendants' motion to dismiss that her Section 502(a)(3) claim is not duplicative as it is predicated on a statement in the SPD that the Plan's goal is "to facilitate a seamless transition between Sick pay, STD and LTD payments" which she claims was a false and misleading representation. [Dkt. #20 Pl. Obj. at p.5].  Plaintiff argues that she did not receive a "seamless transition between STD and LTD benefits" because Defendants granted her STD claim for the maximum duration of STD benefits until March 27, 2009 but at the same time Liberty wrote to her informing her that her impairment precluding work

11

was not supported by medical documentation beyond February 8, 2009 and that she did not satisfy the elimination period. Plaintiff argues that this "inconsistency is hardly a 'seamless transition between STD and LTD payments.'" *Id.* Plaintiff contends that "this Court may wish to utilize equitable remedies. It may wish to reform the plan so that Spears gets the benefit of the plan's promise, to facilitate a seamless transition between Sick Pay, STD and LTD payments." *Id.* at 11.

Plaintiff further argues that the Supreme Court's recent decision in *Cigna Corp. v. Amara*, ---U.S.---, 131 S.Ct. 1866 (2011) "opened to the door to broad equitable remedies for plan participants" such as reformation and that under *Amara* "Plan members with a misleading SPD will now have a remedy." [Dkt. # 20 Pl. Obj. at p.11]. The Supreme Court in *Amara* indeed held that a district court has the authority under Section 502(a)(3) to reform the terms of an ERISA plan in order to remedy "false or misleading" information. *Amara*, 131 S.Ct. at 1879. The Supreme Court explained that a district court has the authority under §502(a)(3) to enter equitable relief where appropriate such as reformation, estoppel and surcharge because the term "appropriate equitable relief" in §502(a)(3) refers to "those categories of relief that traditionally speaking (i.e., prior to the merger of law and equity were *typically* available in equity." *Id.* at 1878 (internal quotation marks and citations omitted). In addition, Plaintiff points out that Second Circuit precedent permits a plaintiff from seeking relief simultaneously under §§ 502(a)(1)(B) and 502(a)(3). See *Devlin v. Empire Blue Cross & Blue Shield*, 274 F.3d 76, 89 (2d Cir. 2001) (holding that the Supreme Court's decision in *Varity*

12

Liberty004582

*Corp. v. Howe*, 516 U.S. 489, 515 (1996) did not eliminate the possibility of a plaintiff successfully asserting a claim under both § 502(a)(1)(B), to enforce the terms of a plan, and § 502(a)(3) for breach of fiduciary duty.").

However, this Court agrees with Defendants that the language in the SPD that the goal of the Plan is to "facilitate a seamless transition between Sick Pay, STD and LTD payments" is not false or misleading as Plaintiff contends.   Here the "seamless transition" language does not guarantee beneficiaries under the Plan a seamless transition between STD and LTD payments but is rather an aspirational statement that provides no assurance, promise or otherwise enforceable agreement that a seamless transition will actually occur. *See Olivieri v. McDonald's Corp.*, 678 F.Supp. 996, 1000 (E.D.N.Y. 1988) (concluding that a prospectus's representations concerning a training program were not false or misleading because the representations indicate that the training program is a "fluid program" and there "is no promise that an applicant will participate in any particular course").   To hold otherwise, would credit Plaintiff's rather idiosyncratic interpretation of the language at issue.  Since the Court finds that the "seamless transition" language is not false or misleading, Plaintiff has failed to allege sufficient factual content that plausibly gives rise to an entitlement to equitable relief such as reformation under *Amara*.  The Court therefore dismisses Plaintiff's count II claim for equitable relief under §502(a)(3).

Additionally, the Complaint cannot be read fairly to assert a claim of estoppel, detrimental reliance or any other equitable claim upon which reformation would lie.  To the extent that the Plaintiff seeks to allege that she was

13

misled, by the UTC override of Liberty's denial of her STD benefit claim, into believing that she qualified for STD benefits and therefore met the criteria for qualification for LTD benefits for the first 24 months of the LTD benefit period and was thereby deprived of the opportunity to prove she was qualified, such a claim is both unsupported and refuted by the facts alleged in the Complaint.  The Complaint avers that the Plaintiff was told she did not qualify for STD multiple times, including in October of 2010 when Liberty's denial of STD benefits was upheld on appeal. It also establishes that the Plaintiff attempted repeatedly to overturn that decision and was given an opportunity to present additional information which proved unavailing. Further when UTC overrode Liberty's denial, the Plaintiff was informed by letter dated November 16, 2010 that STD benefits would be restored only to March 27, 2009 and only on the basis of UTC's override, notwithstanding her failure to prove she was disabled.  Thus, Plaintiff has failed to plead facts sufficient to support a discernable equitable claim upon which reformation would lie.

### Claims against UTC

Defendants argue that UTC is not a proper party to Plaintiff's claim under either §§ 502(a)(1)(B) or 502(a)(3) because Liberty had the sole authority under the LTD Plan to make claim determinations.  Plaintiff argues that UTC is a proper party to her suit to recover LTD benefits because UTC was a fiduciary along with Liberty of the LTD Plan. [Dkt. #. 20, p.17-20].

"Under ERISA, a person or corporation is a plan fiduciary 'to the extent . . . he exercises any discretionary authority or discretionary control respecting management of such plan or exercises any authority or control respecting management or disposition of its assets . . . or . . . he has any discretionary authority or responsibility in the administration of such plan.'" *Flanigan v. General Elec. Co.*, 242 F.3d 78, 87 (2d Cir. 2001) (citing 29 U.S.C. § 1002(21)(A)). Courts evaluate whether someone is a fiduciary under ERISA based upon the "function performed, rather than on the title held." *Blatt v. Marshall & Lassman*, 812 F.2d 810, 812 (2d Cir.1987). That is to say, "ERISA's definition is functional." *LoPresti v. Terwilliger*, 126 F.3d 34, 40 (2d Cir. 1997) (internal citation omitted). This functional definition "allocates liability for plan-related misdeeds in reasonable proportion to respective actors' power to control and prevent the misdeeds." *Mertens v. Hewitt Associates*, 508 U.S. 248, 262 (1993). "Under this definition, a person . . . has [fiduciary] status only to the extent that he has or exercises the described authority or responsibility." *Flanigan*, 242 F.3d at 87.

Here, the LTD Plan expressly provides and Plaintiff even alleges in her complaint that the "LTD plan is fully insured by Liberty. . . All premiums are paid to Liberty, who in turn agrees to pay covered claims[.] Claim determinations are made by Liberty. Liberty is the Plan Administrator for LTD benefits." [Dkt. #20, p.18-19]; *see also* [Dkt #14, Def's Mot. To Dismiss, Exhibit A p. DEF000034] ("Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder.").

15

Liberty004585

Clearly under the terms of the LTD plan, UTC did not have the power to control or prevent the misdeeds in denying Plaintiff's long term disability benefits that is the subject of Plaintiff's complaint and therefore was not a fiduciary under the LTD Plan.  *See, e.g., Crocco v. Xerox Corp.*, 137 F.3d 105, 107 (2d Cir. 1998)(dismissing employer from §502(a)(1)(B) suit based on conclusion that employer was not proper party "[b]ecause it is clear from the Plan documents that [the employer] was neither the designated Plan administrator nor a Plan trustee...it cannot be held liable for benefits due to" the plaintiff); *Walsh v. Eastman Kodak Co.*, 53 F.Supp.2d 569, 574 (W.D.N.Y. 1999) (holding that employer was not a proper party  because only the plan and the administrators and trustees of the plan in their capacity as such may be held liable under §502(a)(1)(B)); *Brannon v. Tarlov*, 986 F.Supp. 146, 162 (E.D.N.Y. 1997) (holding that employer was not a proper defendant to former employee's claim to recover disability benefits because only the plan or its administrators or trustees of the plan are proper defendants).

Plaintiff's argument that UTC should be considered a fiduciary under the LTD plan is somewhat misplaced.  Plaintiff suggests that since UTC is a fiduciary of the STD plan which it self-insured it should also be considered a fiduciary of the LTD plan because "the STD plan is an issue in this case."  [Dkt #20, p. 19-20]. Plaintiff contends that the STD plan is also an issue in this case because "Liberty denied LTD benefits on the ground that Spears was not disabled throughout the STD period of 180 days, while at the same time UTC found that she was disabled." *Id.* Here, since Plaintiff is not suing to recover benefits due under the

16

Liberty004586

STD plan, her suit seeks to recover LTD benefits, it is patent from the terms of the LTD Plan and the Plaintiff admits that Liberty had sole discretion to make LTD claim determinations; UTC cannot afford the relief sought and is not a proper party to this claim.

The Complaint may be construed to assert a claim that the STD plan is only an issue in this case to the extent that Liberty's denial of Plaintiff's long term disability benefits might be arbitrary and capricious in light of the fact that UTC found that Plaintiff was disabled under the STD plan. Consequently, UTC's determinations under the STD plan may constitute evidence that Liberty's denial of LTD benefits under the LTD plan was arbitrary and capricious. However, the fact that UTC's STD claim determinations may be relevant to Plaintiff's claim does not make UTC a fiduciary of the LTD Plan. The Plaintiff has failed to plead sufficient facts plausibly stating that UTC was a fiduciary of the LTD Plan and such claim is hereby DISMISSED.

### iii.    Claims against UTC Plan

Defendants also move to dismiss the UTC Plan as a Defendant because Liberty had the sole authority under the LTD Plan to make claim determinations. Although under the terms of the LTD Plan, Liberty did have the sole authority to render claim determinations, the Second Circuit in *Chapman v. ChoiceCare Long Island Term Disability Plan*, 288 F.3d 506 (2d Cir. 2002) unequivocally held that a plan like the UTC Plan is a also proper party to a suit under § 502(a)(1)(B). In *Chapman*, a mentally disabled woman was denied disability benefits under her employer's plan and sued the plan itself. First UNUM Life Insurance Company

17

Liberty004587

who both fully insured the plan at issue and made claim determinations argued that the plan was not the proper party. *Id.* at 508-09. The Second Circuit held that the provisions of §§ 502(a)(1)(B) and 502(d)(1) &(2) "make plain that a plan can be held liable in its own name for a money judgment." *Id.* at 509. The Second Circuit concluded that "[w]e see no reason why such a liability should not arise upon a beneficiary's claim of entitlement to receive benefits from the plan. The Plan's argument to the effect that it may not be sued because it has contracted with First UNUM to make payments to Plan beneficiaries is wholly unsupported by the language of the statute" and noted that "[s]everal times in prior opinions we have indicated that a plan is a proper defendant in an action to recover benefits under" § 502(a)(1)(B). *Id.* (citing *Leonelli v. Pennwalt Corp.*, 887 F.2d 1195, 1199 (2d Cir. 1989); *Crocco v. Xerox Corp.*, 137 F.3d 105, 107 (2d Cir. 1998)).

Defendants try to argue that *Chapman* is not controlling here citing several other circuit and district court rulings that suggest "[t]he proper party defendant in an action concerning ERISA benefits is the party that controls administration of the plan." [Dkt #14, p. 12] (quoting *Sanderson v. Continental Casualty Corp.*, 279 F. Supp. 2d 466 (D. Del. 2003)). Defendants argue that since the UTC Plan did not control or administer the plan it is not a proper party.

However, it is axiomatic that a district court "is bound to follow controlling Second Circuit precedent unless that precedent is overruled or reversed." *Unicorn Bulk Traders Ltd. v. Fortune Mar. Enters., Inc.*, No.08Civ.9710(PGG), 2009 WL 125751, at *2 (S.D.N.Y. Jan. 20, 2009); *United States v. Emmenegger*, 329 F.Supp.3d 416, 436 (S.D.N.Y. 2004) (district court is "obliged to follow...[binding

18

circuit case law] until it is overruled by a higher court or until the Supreme Court renders it untenable"); *Bass v. Coughlin*, 800 F.Supp. 1066, 1071 (N.D.N.Y. 1991) ("When the Court of Appeals announces a principle of law for this circuit, it remains the law until the case is overruled or reversed."). Here, Defendants have failed to demonstrate that the principle of law articulated in *Chapman* has been overruled or reversed.  Defendants' citation to other circuit and district court precedent is therefore unavailing.  The Court notes that this decision does not prejudice the UTC Plan as the Plaintiff cannot recover twice, both from the Plan and from Liberty for the same injury.

Defendants also try to narrow *Chapman*'s holding suggesting that a reading of the text of §502(a)(1)(B) only provides that a beneficiary can sue an employee benefit plan, but does not require that result where an insurer is also named as a defendant without citation to any authority.  [Dkt. #14, p. 14]. However, the Second Circuit in *Chapman* explained that it had previously held that "'[i]n a recovery of benefits claims, *only the plan and the administrators and trustees of the plan* in their capacity as such may be held liable'" *Chapman*, 288 F.3d at 509 (quoting *Leonelli*, 887 F.2d at 1199) (emphasis added).  Contrary to Defendants' contention, this language merely states the well-established legal principle stated above that a party may only recover once for an injury. Therefore, while the Second Circuit did hold that source of the recovery was limited to the Plan and its administrator, it nonetheless held that a suit may be brought against both the plan and insurance company administering the plan. *See, e.g., Schnur v. CTC Comm'ns. Corp. Group Disability Plan*, 621 F.Supp.2d 96, 103 (S.D.N.Y. 2008)

19

Liberty004589

(rejecting defendants' argument that that the plan's insurer was the only proper party and holding that the Plaintiff had properly named the plan as a party to the action along with the insurer); *Steger v. Delta Airlines, Inc.*, 382 F.Supp.3d 382, 387 (E.D.N.Y. 2005) (holding that the Administrative Committee, as the designated administrator of the Plan, and the Plan are the only viable defendants in the action).

Bound to follow *Chapman*'s edict that a plan is a proper party defendant along with the plan administrator in a suit to recover benefits under § 502(a)(1)(B), the Court DENIES Defendants' motion to dismiss the UTC Plan as a Defendant in this action.

### iv.    Motion to strike Plaintiff's request for extra contractual damages

Defendants have moved to strike Plaintiffs' request for extra-contractual damages on the ground that such damages are unavailable under ERISA.   The Federal Rules of Civil Procedure provide that "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

In her complaint, Plaintiff seeks "restitution . . . in the amount of any losses sustained by [Plaintiff] in consequence of the wrongful conduct alleged herein" and for "such other relief as the Court deems just, reasonable, or equitable." [Dkt #1, Complaint pp. 12-13].  Plaintiff argues that this relief requested is permissible equitable relief under the Supreme Court's decision in *Amara*.    However since the Court has dismissed Plaintiff's claim for equitable relief under §502(a)(3),

20

Plaintiff's request for restitution and other equitable relief has been rendered immaterial. The Court therefore grants Defendants' motion to strike Plaintiff's request for equitable remedies from the complaint.

    **Conclusion**

    Defendants' Motion to Dismiss [Dkt. #13] is GRANTED IN PART and DENIED IN PART. Defendants' motion to strike Plaintiff's request for extra-contractual or equitable remedies from the complaint is also GRANTED. The Clerk is directed to terminate UTC as a Defendant in this action.

                      **IT IS SO ORDERED.**

                                    _____/s/_____
                                    **Hon. Vanessa L. Bryant**
                                    **United States District Judge**

Dated at Hartford, Connecticut August 3, 2012

## State of Connecticut eLicensing Webiste
A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located.

## MA Consumer Affairs and Business Regulation
A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located.

## LA Department of Professional Licenses
A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located.

Name: Haley Spears
Case Number: REDACTED

P a g e | 29
File Number: 2015102615.1

A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of REDACTED/2019 at 74 Heath Street, Somerville MA 02145.  The NCR also produced a Valid license for the subject with an expiration date of REDACTED/2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

---

**Driver's License Information:** 

Name: HALEY A SPEARS
LexID: 2404771700
DL Number: xxxxxxxxx
State: Massachusetts
License Address: 74 HEATH STREET, SOMERVILLE MA 02145-1520, MIDDLESEX COUNTY
DOB: REDACTED7

Potential SSN : xxx-xx-xxxx
Gender: Female
Expiration Date: REDACTED2019
Issue Date: 10/14/2014
Status: ACTIVE
License Type: OPERATOR
License Class: CLASS D - OPERATOR
Height: 5'05
Data Source: Governmental

Name: A SPEARS HALEY
LexID: 2404771700
DL Number: xxxxxxxxx
State: Connecticut
License Address: 1008 TROUT BROOK DR, WEST HARTFORD CT 06119-1244, HARTFORD COUNTY
DOB: REDACTED

Potential SSN : xxx-xx-xxxx
Gender: Female
Expiration Date: REDACTED/2017
Issue Date: REDACTED/2011
Status: VALID
License Class: Class D (Any motor vehicle that does not require a CDL)
Height: 5'05
Data Source: Governmental
Eye Color: Blue

---

**END OF REPORT**



1001 East Palm Avenue
Tampa, Florida 33605
Phone: (813) 552 -5000
Fax: (800) 676-0042

# FAX

| | |
|---|---|
| TO:   Nancy Winterer | FROM: Human Resources |
| COMPANY: Liberty Mutual Ins | DATE: October 28, 2015 |
| FAX #:       603-334-5708 | FAX #: 813-552-1482 |
| PHONE #: | PHONE #: 813-552-5000 |
| Re: Haley Spears | TOTAL # PAGES INCLUDING COVER: 3 |

COMMENTS:

Attached is the verification of wages for Haley Spears, Claim# REDACTED

Kind Regards

Kforce
Human Resources
Rita Mercer-Boutin

Liberty004593



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Rita Boutio
Kforce, Inc.
1001 EAST PALM AVENUE
TAMPA, FL 33605

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

Dear Rita Boutio:

To evaluate Haley Spears' eligibility for Long Term Disability benefits, we need the following
employment information:
- Wage Information and Verification for 2014
- Wage Information and Verification for 2015

The enclosed authorization specifically allows you to release the requested information to us and is
valid for two years from the date of Ms. Spears' signature.

Please fax the information back to my attention at our secured fax number (603) 422-7909 or mail
to the above address, by November 4, 2015.

Thank you for your attention to this matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004594

# Wage Verification Report

Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Report: RICMP499
10/28/2015
RMERCER-BOUTIN
Page 1

## Employee Information

**Haley Spears**
74 Heath Street
Somerville MA 02145

Employee ID:   000307139
Department:    2125012100-Boston Downtown F&A Flex
Location:      2170 MA Boston Atlantic Ave
Job Title:     Professional Administrator

SSN:    REDACTED2

### Chronological PeopleSoft Check Listing

| Check # | Bank | Pay Date | Gross Pay | Taxes | Deductions | Net Pay | Summary Information: |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Wages -** |
| 00113K251 | BA03 | 08/22/2014 | 448.13 | 113.29 | 0.00 | 354.84 | RWG   12,088.15 |
| 004734602 | BA02 | 08/29/2014 | 580.00 | 138.74 | 0.00 | 441.26 | OWG     170.63 |
| **Monthly total** | | | 1,028.13 | 252.03 | 0.00 | 776.10 | **Hours -** |
| 004741863 | BA02 | 09/05/2014 | 678.13 | 171.64 | 0.00 | 506.49 | RWG    690.75 |
| 004749170 | BA02 | 09/12/2014 | 700.00 | 177.73 | 0.00 | 522.27 | OWG      6.50 |
| 004759362 | BA02 | 09/19/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| 004766979 | BA02 | 09/26/2014 | 857.50 | 232.05 | 0.00 | 625.45 | **Taxes -** |
| **Monthly total** | | | 2,935.63 | 759.15 | 0.00 | 2,176.48 | MA  With        600.45 |
| | | | | | | | MA  UI -         58.84 |
| 004776935 | BA02 | 10/03/2014 | 713.13 | 181.39 | 0.00 | 531.74 | Fed With      1,560.12 |
| 004784716 | BA02 | 10/10/2014 | 700.00 | 177.73 | 0.00 | 522.27 | CT  With          0.00 |
| 004795217 | BA02 | 10/17/2014 | 656.25 | 165.55 | 0.00 | 490.70 | Fed MEDHI       177.75 |
| 004803030 | BA02 | 10/24/2014 | 700.00 | 177.73 | 0.00 | 522.27 | Fed MedU6       177.75 |
| 004813026 | BA02 | 10/31/2014 | 700.00 | 177.73 | 0.00 | 522.27 | Fed OASDI       760.04 |
| | | | | | | | Fed Unemp        42.00 |
| **Monthly total** | | | 3,469.38 | 880.13 | 0.00 | 2,589.25 | MA  Addl          0.00 |
| | | | | | | | MA  Unem      1,525.78 |
| 004820852 | BA02 | 11/07/2014 | 599.38 | 149.72 | 0.00 | 449.66 | Fed OASDI       760.04 |
| 004830959 | BA02 | 11/14/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| 004839793 | BA02 | 11/21/2014 | 700.00 | 177.73 | 0.00 | 522.27 | **Deductions -** |
| 004847777 | BA02 | 11/28/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| **Monthly total** | | | 2,699.38 | 682.91 | 0.00 | 2,016.47 | |
| 004858087 | BA02 | 12/05/2014 | 476.88 | 115.70 | 0.00 | 361.18 | |
| 004866162 | BA02 | 12/12/2014 | 315.00 | 71.25 | 0.00 | 243.75 | |
| 004877640 | BA02 | 12/19/2014 | 674.38 | 159.46 | 0.00 | 474.92 | |
| 004883856 | BA02 | 12/26/2014 | 700.00 | 177.73 | 0.00 | 522.27 | |
| **Monthly total** | | | 2,126.26 | 524.14 | 0.00 | 1,602.13 | |
| **YTD total** | | | 12,258.78 | 3,098.36 | 0.00 | 9,160.42 | |

Oct-28-2015 06:06 AM Kforce 8135521482                                                                                     4/4

# Wage Verification Report

**Kforce Inc.**
1001 East Palm Avenue
Tampa, FL 33605

Report: RICMP499
10/28/2015
RMERCER-BOUTIN
Page 1

## Employee Information

**Haley Spears**
74 Heath Street
Somerville MA 02143
SSN: REDACTED

| | | |
|---|---|---|
| Employee ID: | 000307139 | |
| Department: | 2125012100-Boston Downtown F&A Flex | |
| Location: | 2170 MA Boston Atlantic Ave | |
| Job Title: | Professional Administrator | |

### Chronological PeopleSoft Check Listing

| Check # | Bank | Pay Date | Gross Pay | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| 004903908 | BA02 | 01/09/2015 | 848.75 | 228.75 | 0.00 | 620.00 |
| 004914446 | BA02 | 01/16/2015 | 560.00 | 138.74 | 0.00 | 421.26 |
| 004922287 | BA02 | 01/23/2015 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004930187 | BA02 | 01/30/2015 | 560.00 | 138.74 | 0.00 | 421.26 |
| Monthly total | | | 2,668.75 | 683.96 | 0.00 | 1,984.79 |
| 004940609 | BA02 | 02/06/2015 | 638.75 | 160.09 | 0.00 | 478.66 |
| 004951133 | BA02 | 02/13/2015 | 560.00 | 138.20 | 0.00 | 421.80 |
| 004960255 | BA02 | 02/20/2015 | 700.00 | 177.12 | 0.00 | 522.88 |
| 004968407 | BA02 | 02/27/2015 | 700.00 | 177.12 | 0.00 | 522.88 |
| Monthly total | | | 2,598.75 | 652.53 | 0.00 | 1,946.22 |
| 004979011 | BA02 | 03/06/2015 | 490.00 | 118.78 | 0.00 | 371.22 |
| Monthly total | | | 490.00 | 118.78 | 0.00 | 371.22 |
| YTD total | | | 5,757.50 | 1,455.27 | 0.00 | 4,302.23 |

### Summary Information:

**Wages -**

| | |
|---|---|
| RWG | 5,757.50 |

**Hours -**

| | |
|---|---|
| RWG | 329.00 |

**Taxes -**

| | |
|---|---|
| MA  With | 279.99 |
| MA  UI - | 19.58 |
| Fed With | 734.83 |
| Fed MED/E | 83.48 |
| Fed Med/B | 83.48 |
| Fed OASDI | 356.97 |
| Fed Unemp | 34.55 |
| MA  Addl | 0.00 |
| MA  Unem | 452.88 |
| Fed OASDI | 356.97 |

**Deductions -**

Liberty004596

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG       FAX No. 203 248 6933          P. 001

Robert Lang, M.D., P.C.
Endocrinology
Robert Lang, M.D.            60 Washington Avenue       11 Woodland Road
Louise Silverman, APRN       Hamden, CT. 06518-3272      Madison. CT. 06443
Frances Zabrocky, APRN       Telephone: (203)248-4362    Telephone (203)318-5200
Jennifer Hughes. APRN        Fax: (203)248-6933          Fax(203)318-5203

60 Washington St. Suite 105
Hamden, CT 06518
Phone (203) 248-4362
Fax: (203) 248-6933

## Protected Health Information

Fax

To: _Nancy Winterer_   Date: _10/27/15_

Fax #: _603-334-5708_   # of pages (including cover) _____

Re: _Haley Spears (DOB:_ REDACTED

Special Instructions:   _Medical Record._

_____

_____

_____

_____

_____

Sent By: _____

Please call if you have problems with this transmission or if you did not receive the
required # of pages.

Confidentiality Note: The Documents accompanying this fax may contain confidential information and are
legally privileged. The information is intended only for the use of the individual or entity named above. If
you are not the intended recipient, you are hereby notified that any disclosures, copying, distributing, or
taking any of the contents of the faxed information is prohibited. If you have received this fax in error,
please notify us immediately by telephone or fax.

Fax Cover 5/12

Liberty004597

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 002

09/12/2014                      LAHEY HOSPITAL & MEDICAL CENTER
00:21                   .            LABORATORY MEDICINE
                                     BURLINGTON, MA 01805

NAME: **SPEARS,HALEY A**
PT PHONE: 8609300887
DOB: REDACTED           AGE: 36Y      SEX: F
=============================== PHYSICIAN COPY FOR DR: LANG MD,ROBERT ===========================

   COLL: 09/11/2014 10:15    REC: 09/11/2014 10:25   PHYS: LANG MD,ROBERT

   TSH                      L  **0.12**        [0.30-4.5]   uIU/ML

Received  9 - 16 - 14
Call  No Call
Call/Normal      ?Ov
Call/Message
10 - 9 - 14

REFERRAL MD                              CONTROL #: RMD-2861708
LANG MD,ROBERT    60 WASHINGTON AVE                        PAGE 1
09/12/2014 00:21           END OF REPORT            CLIENT REPORT
Liberty004598

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 003

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen:   WC816395V | Client #: 22218614        60010000 |
|  | Requisition: 0028640 | HESLIN, MARIE |
| **DOB:** REDACTED      **AGE:** 36 |  | ROBERT LANG,MD,PC |
| Gender:    F | Collected:    08/06/2014 / 13:03 EDT | 60 WASHINGTON AVE |
| Phone:       860.308.2050 | Received:    08/07/2014 / 00:28 EDT | HAMDEN, CT 06518-3271 |
| Patient ID: REDACTED | Reported:    08/08/2014 / 12:28 EDT |  |
| Health ID: REDACTED |  |  |

**COMMENTS:**      FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL |  |  |  | QWA |
| GLUCOSE | 89 |  | 65-99 mg/dL |  |
|  |  |  | Fasting reference interval |  |
| UREA NITROGEN (BUN) | 10 |  | 7-25 mg/dL |  |
| CREATININE | 0.82 |  | 0.50-1.10 mg/dL |  |
| eGFR NON-AFR. AMERICAN | 92 |  | > OR = 60 mL/min/1.73m2 |  |
| eGFR AFRICAN AMERICAN | 107 |  | > OR = 60 mL/min/1.73m2 |  |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) |  |
| SODIUM | 139 |  | 135-146 mmol/L |  |
| POTASSIUM | 4.7 |  | 3.5-5.3 mmol/L |  |
| CHLORIDE | 105 |  | 98-110 mmol/L |  |
| CARBON DIOXIDE | 25 |  | 19-30 mmol/L |  |
| CALCIUM | 9.1 |  | 8.6-10.2 mg/dL |  |
| PROTEIN, TOTAL | 7.0 |  | 6.1-8.1 g/dL |  |
| ALBUMIN | 4.3 |  | 3.6-5.1 g/dL |  |
| GLOBULIN | 2.7 |  | 1.9-3.7 g/dL (calc) |  |
| ALBUMIN/GLOBULIN RATIO | 1.6 |  | 1.0-2.5 (calc) |  |
| BILIRUBIN, TOTAL | 0.4 |  | 0.2-1.2 mg/dL |  |
| ALKALINE PHOSPHATASE | 48 |  | 33-115 U/L |  |
| AST | 15 |  | 10-30 U/L |  |
| ALT | 12 |  | 6-29 U/L |  |
| **TSH** |  | 0.05 L | mIU/L | QWA |
|  |  |  | Reference Range |  |
|  |  |  | > or = 20 Years   0.40-4.50 |  |
|  |  |  | Pregnancy Ranges |  |
|  |  |  | First trimester    0.26-2.66 |  |
|  |  |  | Second trimester   0.55-2.73 |  |
|  |  |  | Third trimester    0.43-2.91 |  |
| THYROGLOBULIN PANEL |  |  |  | QCA |
| THYROGLOBULIN ANTIBODIES | <1 |  | < or = 1 IU/mL |  |
| **THYROGLOBULIN** |  | 0.6 L | 2.8-40.9 ng/mL |  |

This test was performed using the Beckman Coulter
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

Effective June 2, 2014, the Beckman Coulter
thyroglobulin immunoassay will replace the previous
Siemens method. For patients followed by serial
thyroglobulin testing, order code 92154 - Thyroglobulin,
Rebaseline - will be available for 60 days through
August 4, 2014 to assist with transition to the new
assay.

Received 8/11
Call  No Call
Call/Normal
Call/Message 10/9
warre?
lab WhtuE2
8/3/6/10/4599

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

© 269 Quest Diagnostics Incorporated. All rights reserved.  SECM - 14EXK.

Liberty004599

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG          FAX No. 203 248 6933                P. 004

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**
**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED     **AGE:** 36<br>Gender:    F<br>Patient ID: REDACTED<br>Health ID: REDACTED | Specimen:    WC816395V<br>Collected:    08/06/2014 / 13:03 EDT<br>Received:    08/07/2014 / 00:28 EDT<br>Reported:    08/08/2014 / 12:28 EDT | Client #: 22218614<br>HESLIN, MARIE |

PERFORMING SITE:
QCA    QUEST DIAGNOSTICS-CAMBRIDGE, 415 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139-4102 Laboratory Director: SALIM E. KABAWAT, MD, CLIA: 22D0076329
QWA    QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

Printed by Care360 AutoReceive on 08/08/14 at 04:00pm.

© 2019 Quest Diagnostics Incorporated. All rights reserved. SC25 - 748766.

Liberty004600

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 005

Quest Diagnostics Incorporated

 Quest Diagnostics

**Report Status: Partial**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen:  WC816395V | Client #: 22218614          60010000 |
|  | Requisition: 0028640 | HESLIN, MARIE |
| **DOB:** REDACTED/    **AGE:** 36 |  | ROBERT LANG,MD,PC |
| Gender:   F |  | 60 WASHINGTON AVE |
| Phone:    860.308.2050 | Collected:  08/06/2014 / 13:03 EDT | HAMDEN, CT 06518-3271 |
| Patient ID: REDACTED | Received:   08/07/2014 / 00:28 EDT |  |
| Health ID: REDACTED | Reported:   08/07/2014 / 07:42 EDT |  |

Received    8/7/14
Call          No Call
Call/Normal
Call/Message    10/9/14
                Marie

COMMENTS:        FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL |  |  |  | QWA |
| GLUCOSE | 89 |  | 65-99 mg/dL |  |
|  |  |  | Fasting reference interval |  |
| UREA NITROGEN (BUN) | 10 |  | 7-25 mg/dL |  |
| CREATININE | 0.82 |  | 0.50-1.10 mg/dL |  |
| eGFR NON-AFR. AMERICAN | 92 |  | > OR = 60 mL/min/1.73m2 |  |
| eGFR AFRICAN AMERICAN | 107 |  | > OR = 60 mL/min/1.73m2 |  |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) |  |
| SODIUM | 139 |  | 135-146 mmol/L |  |
| POTASSIUM | 4.7 |  | 3.5-5.3 mmol/L |  |
| CHLORIDE | 105 |  | 98-110 mmol/L |  |
| CARBON DIOXIDE | 25 |  | 19-30 mmol/L |  |
| CALCIUM | 9.1 |  | 8.6-10.2 mg/dL |  |
| PROTEIN, TOTAL | 7.0 |  | 6.1-8.1 g/dL |  |
| ALBUMIN | 4.3 |  | 3.6-5.1 g/dL |  |
| GLOBULIN | 2.7 |  | 1.9-3.7 g/dL (calc) |  |
| ALBUMIN/GLOBULIN RATIO | 1.6 |  | 1.0-2.5 (calc) |  |
| BILIRUBIN, TOTAL | 0.4 |  | 0.2-1.2 mg/dL |  |
| ALKALINE PHOSPHATASE | 48 |  | 33-115 U/L |  |
| AST | 15 |  | 10-30 U/L |  |
| ALT | 12 |  | 6-29 U/L |  |
| TSH |  | 0.05 L | mIU/L | QWA |
|  |  |  | Reference Range |  |
|  |  |  | > or = 20 Years  0.40-4.50 |  |

Pregnancy Ranges
First trimester   0.26-2.66
Second trimester  0.55-2.73
Third trimester   0.43-2.91

**PENDING TESTS:**

THYROGLOBULIN PANEL

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 5 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

© 2009 Quest Diagnostics Incorporated. All rights reserved. SGZX - 148700

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC816395V          PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004601

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 006

 Quest
Diagnostics

Quest Diagnostics Incorporated

**Report Status: Final.**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED   **AGE:** 36<br>Gender:   F<br>Phone:   860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED | Specimen:   WC434202S<br>Requisition: 0026867<br>Lab Ref #:   0026867<br><br>Collected:   04/25/2014 / 12:20 EDT<br>Received:   04/26/2014 / 03:02 EDT<br>Reported:   04/28/2014 / 15:32 EDT | Client #: 22218614      60010000<br>HESLIN, MARIE<br>ROBERT LANG,MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | | 6.73 H | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester      0.26-2.66
Second trimester     0.55-2.73
Third trimester      0.43-2.91

| | | | | QWA |
|---|---|---|---|---|
| THYROGLOBULIN (PANEL) | | | | |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | |
| THYROGLOBULIN | 2.4 | | 2.0-35.0 ng/mL | |

This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG       FAX No. 203 248 6933                 P. 007

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED7   **AGE: 36**<br>Gender:   F<br>Phone:     860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED | Specimen:   WC006216U<br>Requisition: 0027747<br><br>Collected:   05/20/2014 / 12:31 EDT<br>Received:    05/20/2014 / 21:53 EDT<br>Reported:    05/21/2014 / 13:11 EDT<br>(* A Copy Sent To) | Client #: 22218614      60010000<br>HESLIN, MARIE<br>ROBERT LANG,MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | | 0.30 L | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester      0.26-2.66
Second trimester     0.55-2.73
Third trimester      0.43-2.91

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA; 07D0093126

* Copy To Client: SPEARS HALEY A

Received  5·22·14
Call    No Call       ?Ov   7.10.14
Call/Normal                       marie
Call/Message

CLIENT SERVICES: 1.866.697.8378       SPECIMEN: WC006216U                PAGE I OF I
                                  Printed by Care360 AutoReceive on 05/22/14 at 09:02am.
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.   Liberty004603

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG      FAX No. 203 248 6933          P. 008

To: ROBERT LANG From: hammerfax@ssimed.com Page 2 of 2



**Lynwood Hammers, DO**
Medical Director, Board Certified Radiologist

Name: HALEY SPEARS                    DOB: REDACTED
Account#/Xref#: 000051581/51581
Referring Physician: ROBERT LANG, MD

Date of Service: 06/11/2014

HEAD AND NECK ULTRASOUND

HISTORY:  History of thyroidectomy for papillary CA.  The patient is post-op 1 year.

There is a history of elevated thyroglobulin level.

A dedicated bilateral assessment of the central and lateral neck was performed.  The patient was scanned from the mandible to the sternum centrally and laterally from the mandible/skull base to the clavicle.

There is no definitive soft tissue density in the thyroid bed.  The lateral neck shows scattered lymph nodes, none of which contain calcification or cystic component.

CONCLUSION:   No definitive metastatic disease at this time.  If thyroglobulin levels remain elevated, a repeat ultrasound in 6 months would be suggested.

Interpreted by: LYNWOOD HAMMERS, DO

Electronically signed by:

Transcribed by:
LIWE
06/12/2014 03:28PM

CC:

Received 6-13-14
Call  No Call
Call/Normal    ?Ov
Call/Message

7-10-14

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 009



**HAMMERS HEALTHCARE IMAGING, LLC**

**FAXED TO**

# ULTRASOUND

Lynwood Hammers, DO, FAOCR
Medical Director, Board Certified Radiologist

Referring Physician

**Post Thyroidectomy Ultrasound**

Name: Haley Spears                DOB: REDACTED  DATE: 6/11/14

Referred by: Languis

Prior History & Indications: H/O Thy CA
Abnormal Bloodwork
↑ Tgb

postop-1yr

Right Thyroid Bed: WNL

Lymph Nodes:
L3 -, 6
L5 -, 5
L1 -, 5

Left Thyroid Bed: WNL

Lymph Nodes:
L4 - 4      L5, 6
L4 - 3      L5, 7
L4 , 4      L2 - 4

Parathyroids: Y (N)

Right: _____

Left: _____

Biopsy: Y (N)

Rt thy bed _____

Lt thy bed _____

Rt LN _____ Lt LN _____

Impression: _____

Sonographer's signature: V10.8 _____

Physician's signature: _____

Received 6-12-14
Call   No Call
Call/Normal       2Ov   (M)
Call/Message   7-10-14

2 Church Street South, Suite 110, New Haven, CT 06519
Tel (203) 773.8959 • Fax (203) 773.8962 • www.hammersimaging.com

Liberty004605

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG         FAX No. 203 248 6933                    P. 010
Sent 12/07/2013 at 13:20:44 — from — to 203 318 5203 p2/3 r

 YALE-NEW HAVEN HOSPITAL.

 DEPARTMENT OF **PATHOLOGY**

 YALE SCHOOL OF MEDICINE

20 York Street, EP 2-631
New Haven, CT 06504

Phone: (203) 785-2788
Fax: (203) 785-7146

## SURGICAL PATHOLOGY REPORT

*Patient:* **SPEARS, HALEY**
MR #: MR2315066 (YNHH=2364654)
*DOB/Age/Sex:* {REDACTED (Age: 35) F
YNHH Visit #: 87262569 (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* **S13-16068**
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

**Clinical History and Impression:**
{Not Available}

**Specimen(s) Received:**
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

THYROID, TOTAL THYROIDECTOMY:

- **INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,**
  SEE SYNOPTIC SUMMARY
- MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE
  HYPERPLASTIC ADENOMATOID NODULES, SOME WITH HURTHLE CELL
  CHANGE
- FIVE BENIGN LYMPH NODES (0/5)

### SYNOPTIC SUMMARY

**MALIGNANT NEOPLASM OF THE THYROID**

| | |
|---|---|
| **Procedure:** | Total thyroidectomy |
| **Tumor Focality:** | Unifocal |
| **Tumor Location:** | Isthmus |
| **Tumor Size:** | 0.4 cm |
| **Histologic Type:** | **Papillary thyroid microcarcinoma** |
| **Tumor Capsule:** | No capsule identified |
| Tumor Extension | |
| **Lymphovascular Invasion:** | Not identified |
| **Extrathyroidal Extension:** | Not identified |
| **Surgical Margins:** | Close |
| **Closest Margin:** | Posterior |
| Distance from margin: | Less than 1 mm |
| Lymph Nodes (Total) | |
| **Lymph Nodes Examined (Total):** | 5 |
| Lymph Nodes Involved (Total): | 0 |
| Staging | |

Liberty004606

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG                    FAX No. 203 248 6933                        P. 011

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

© 2009 Quest Diagnostics Incorporated. All rights reserved. SZX- 14370L

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED    **AGE:** 36<br>Gender:   F<br>Phone:      860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED        0 | Specimen:   WC842832U<br>Requisition: 0019167<br><br>Collected:   06/25/2014 / 13:52 EDT<br>Received:    06/26/2014 / 03:33 EDT<br>Reported:    07/03/2014 / 11:27 EDT<br>        (* A Copy Sent To) | Client #: 22218921        60010000<br>LANG, ROBERT<br>ROBERT LANG,MD,PC<br>11 WOODLAND RD 2ND FLR<br>MADISON, CT 06443-2342 |

**COMMENTS:**      FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | | 0.05 L | mIU/L | QWA |
| | | | Reference Range | |
| | | | > or = 20 Years   0.40-4.50 | |
| | | | Pregnancy Ranges | |
| | | | First trimester      0.26-2.66 | |
| | | | Second trimester   0.55-2.73 | |
| | | | Third trimester     0.43-2.91 | |
| THYROGLOBULIN PANEL | | | | QCA |
| THYROGLOBULIN ANTIBODIES | <1 | | < or = 1 IU/mL | |
| **THYROGLOBULIN** | | <0.1 L | 2.8-40.9 ng/mL | |

This test was performed using the Beckman Coulter
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

Effective June 2, 2014, the Beckman Coulter
thyroglobulin immunoassay will replace the previous
Siemens method. For patients followed by serial
thyroglobulin testing, order code 92154 - Thyroglobulin,
Rebaseline - will be available for 60 days through
August 4, 2014 to assist with transition to the new
assay.

RED BLOOD CELL ANTIGEN                                                                 QCA
  TYPING
  ANTIGEN:               LEWIS B AND A1
  ANTIGEN TYPE:          POSITIVE FOR LE B
  ANTIGEN TYPE:          POSITIVE FOR A1

**PERFORMING SITE:**
QCA   QUEST DIAGNOSTICS-CAMBRIDGE, 415 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139-4102 Laboratory Director: SALIM E. KABAWAT, MD, CLIA: 22D0076229
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

* Copy To Client: SPEARS HALEY A

Received: _____
I Called No Call
Call/normal
Call/message: _____

CLIENT SERVICES: 1.866.697.8378                    SPECIMEN: WC842832U                                          PAGE 1 OF 1
                                          Printed by Care360 AutoReceive on 07/03/14 at 03:00pm.
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.        Liberty004607

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG      FAX No. 203 248 6933         P. 012


YALE PATHOLOGY
LABORATORIES


DEPARTMENT OF
**PATHOLOGY**
CT License CL-0GM; CL-0A38, NY License P49168


YALE SCHOOL OF
MEDICINE

20 York Street, EP 2-631
New Haven, CT 06504

Phone: (203) 785-5430
Fax: (203) 785-2641

# CYTOLOGY REPORT

*Patient:* **SPEARS, HALEY**
*MR #:*
*DOB/Age/Sex:* REDACTED   (Age: 35) F
*Client:* Office of Dr. Hammers
*Submitting Physician:* Lynwood W. Hammers, D.O.
*Other Physicians:* Robert Lang, M.D.

*Accession #:* **ON13-507**
*Taken:* 3/6/2013
*Accessioned:* 3/7/2013 07:40

*Reported On:* 3/11/2013 18:45

**Clinical History and Impression:**

ISTHMUS – RULE OUT PAPILLARY. LEFT – RULE OUT FOLLICULAR.

## FINAL DIAGNOSIS

1&2.  THYROID, ISTHMUS, FINE NEEDLE ASPIRATION AND WASH:

> - SPECIMEN IS ADEQUATE FOR INTERPRETATION.
> - **INDETERMINATE**
> - **NUCLEAR ATYPIA.**

DESCRIPTION:

> Cellularity is low. Architecture includes microfollicles and macrofollicles. A subset of follicular cells show nuclear enlargement and nuclear elongation. Colloid is scant. Few lymphocytes are present.

Note: BRAF mutation analysis has been ordered and will be reported in an addendum.

At our institution, the term "Indeterminate", corresponds to the NCI 2007 guidelines category "Follicular cells of undetermined significance." Lesions designated as such may benefit from re-aspiration in the appropriate clinical context.

3&4.  THYROID, LEFT, FINE NEEDLE ASPIRATION AND WASH:

> - SPECIMEN IS ADEQUATE FOR INTERPRETATION.
> - **HURTHLE CELL NEOPLASM.**

DESCRIPTION:

Received  3/8/13
Call      No Call
Call/Normal           POV  3/22/1:
Call/Message               Dr La

> Cellularity is moderate. Architecture includes microfollicles and macrofollicles. Individual cells show Hurthle cells changes in abundance. Colloid is present.

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 013

SPEARS, HALEY REDACTED)                    CYTOLOGY REPORT                          ON13-507

In our institution the terms "Follicular Neoplasm" and "Hurthle Cell Neoplasm" refer to a group of lesions in the thyroid that include: Follicular hyperplasia, Follicular adenoma, Hurthle cell adenoma, Follicular carcinoma, Hurthle cell carcinoma, Follicular variant of papillary carcinoma, and oncocytic variant of papillary carcinoma. Approximately 30% of lesions in this classification are found to be malignant.

This case was shown at the Cytopathology intradepartmental consensus conference on 3/11/13.

***Electronically Signed Out***
skz/3/11/2013                                           Guoping Cai, M.D.
                                                        Vikram T. Kapoor, SCT(ASCP)

**Gross Description**

1. ISTHMUS THYROID - FNA:  6 SLIDES RECEIVED.

2. ISTHMUS THYROID - FNA WASH:  10cc OF FLUID RECEIVED IN CYTORICH RED.

3. LEFT THYROID - FNA:  6 SLIDES RECEIVED.

4. LEFT THYROID - FNA WASH:  10cc OF FLUID RECEIVED IN CYTORICH RED.

**Specimen(s) Received:**
1:ISTHMUS THYROID - FNA
2:ISTHMUS THYROID - FNA WASH
3:LEFT THYROID - FNA
4:LEFT THYROID - FNA WASH

**Part 1: ISTHMUS THYROID - FNA**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |

**Part 2: ISTHMUS THYROID - FNA WASH**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| BRAF x 1 | (none) | 3/11/2013 18:02 / SKZ | Ordered |
| ISTHMUS WASH x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |

**Part 3: LEFT THYROID - FNA**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |

**Part 4: LEFT THYROID - FNA WASH**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| LT THY FNA WASH x 1 | (none) | | 3/7/2013 07:40 / KMD |
| Cut | | | |

Liberty004609

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG       FAX No. 203 248 6933          P. 014

# ULTRASOUND

**HAMMERS**
**HEALTHCAREIMAGING, LLC**

Lynwood Hammers, DO, FAOCR
Medical Director, Board Certified Radiologist

## Thyroid Ultrasound

REDACTED

Name: _Haley Spears_          DOB: __          DATE: _3-6-13_

Referred by: _Lang_

History & Indications: _MNG - ? Follicular_

Right: _5.4 x 1.6 x 1.6 cm_

Nodules: (Y) N

UP: _1.0 x .6 x .8 cm_

MP: _.7 x .5 x .4 cm_

IP: _.4 x .5 x .4 cm_

LP _7.9 x 1.4 x 1.4 cm_

Isthmus: _.2 cm_

Nodules: (Y) N

Size: _.6 x .4 x .5, 5 x .3 x .6_

Left: _5 x 1.9 x 1.7 cm_

Nodules: (Y) N

UP: _____

MP: _1.2 x .7 x 1.1 2 x 1.3 x 1.4 cm_

LP: _.7 x .5 x .6 cm_

Parathyroids: Y (N) R _____ L _____

Abnormal LN: Y (N) R _____ L _____

Biopsy: (Y) N RT _____ Isthmus ✓ LT ✓ RTLN _____ LTLN _____

**IMPRESSION:**

Probable Benign: MNG _____ Colloid cyst _____ Hemorrhagic _____ Thyroiditis _____

Indeterminate: R/O follicular _____ R/O cancer _____

Consider: Pap _____ Med _____ Anaplastic _____ Other _____

LN: Probable Benign _____ Indeterminate _____ Consider Mets _____

_Isth + L nodule_

Received _3-7-13_

Call  No Call

Call/Normal

Call/Message _3-22-13_

Sonographer's signature: _____

Physician's signature: _____

2 Church Street South, Suite 110, New Haven, CT 06519
Tel (203) 773.8959 • Fax (203) 773.8962 • www.hammersimaging.com    Liberty004610

OCT/27/2015/TUE 02:04 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 015

To: ROBERT LANG From: hammerfax@ssimed.com Page 2 of 3

 **HAMMERS**

Lynwood Hammers, DO
Medical Director, Board Certified Radiologist

Name: HALEY SPEARS                    DOB: REDACTED
Account#/Xref#: 000051581/51581
Referring Physician: ROBERT LANG, MD

Date of Service: 03/06/2013

## THYROID ULTRASOUND WITH CONSULT FOR BIOPSY

HISTORY: Patient had recent biopsy of left nodule revealing follicular neoplasia. The patient was sent for possible rebiopsy. There is no family history of thyroid cancer nor is there a history of radiation.

The right lobe is 5.4 x 1.6 x 1.6 cm and the left, 5 x 1.9 x 1.7 cm. There are bilateral nodules with the largest nodule on the right, 1.9 cm in the lower pole and an echogenic mass on the left measuring 2.1 x 1.3 x 1.4 cm. Of note is an isthmic nodule measuring 0.6 cm which is hypoechoic and bulges beyond the capsule. There is no evidence of abnormal lymph nodes.

CONCLUSION: Probable follicular neoplasia on the left with an indeterminate isthmic nodule. The patient requests rebiopsy of the left thyroid nodule. The patient requests rebiopsy of the left thyroid nodule as well the isthmic nodule.

## ULTRASOUND GUIDED BIOPSY OF LEFT ECHOGENIC MASS

The biopsy procedure was explained to the patient with the risks and benefits indicated. The patient agreed to the biopsy.

After sterile preparation, three passes were made with a 25-gauge needle into various aspects of the mass with documentation of the needle passage. The patient tolerated the procedure well. Post-biopsy instructions were given to the patient with explanation of possible complications.

CONCLUSION: Ultrasound guided biopsy of an indeterminate nodule raising the possibility of follicular neoplasia.

## ULTRASOUND GUIDED BIOPSY OF ISTHMIC NODULE

The biopsy procedure was explained to the patient with the risks and benefits indicated. The patient agreed to the biopsy.

2 Church Street South, Suite 110, New Haven, Connecticut 06519
Tel (203) 773.8959 ▪ Fax (203) 773.8962

Received 3-8-13
No Call
Normal
Message
Liberty004611

To: ROBERT LANG From: hammerfax@ssimed.com Page 3 of 3

 **HAMMERS**

**Lynwood Hammers, DO**
Medical Director, Board Certified Radiologist

After sterile preparation, three passes were made with a 25-gauge needle into various aspects of the mass with documentation of the needle passage. The patient tolerated the procedure well. Post-biopsy instructions were given to the patient with explanation of possible complications.

CONCLUSION: Ultrasound guided biopsy of hypoechoic indeterminate mass.

Interpreted by: LYNWOOD HAMMERS, DO

Electronically signed by:

*Lynwood Hammers DO*

Transcribed by:
HOLLAN
03/07/2013 03:25PM

CC:

2 Church Street South, Suite 110, New Haven, Connecticut 06519
Tel (203) 773.8959 ▪ Fax (203) 773.8962

Liberty004612

OCT/27/2015/TUE 02:04 PM   DR. ROBERT LANG          FAX No. 203 248 6933                P. 017

① 

**PHYSICAL**

NAME: _Hally Spears_          EXAM DATE: _2/21/13_

Blood Pressure: _130/78_  Pulse _68_  Height _54_     Weight _132_  Gluc _____  BMI _22.5_ WC _____ cm

GENERAL: _WNL_
Cushingoid / Acromegalic Features: _WNL_

CARDIAC:
rate _reg_  rhythm _reg_  murmur _∅_  S3 / S4 / click

SKIN/SCARS:
color            rashes / lesions / acne ⟲
hyperpigmentation            vitiligo ⟲
acanthosis nigricans    xanthomas
ecchymosis      myxedema
HAIR: pattern / loss
thin / coarse / alopecia ⟲
hirsutism ⟲                        F-G score

| Pulses | carotid | femoral | poplit. | post. tibial | dors. pedis |
|--------|---------|---------|---------|--------------|-------------|
| Right  |         |         |         |              |             |
| Left   |         |         |         |              |             |
Bruit - circle

HEENT:
Pupils:            EOM _NL_
sclera      conjunctiva            eyebrows
Fundi:
peri-orbital edema
lid lag / retraction ⟲  exophthalmos / proptosis _∅_
Hertel (18) R ___ L ___   visual fields
mouth/throat:            dentition

ABDOMEN:
protuberant / obese / flat / scaphoid    scars
violacious / non-pigmented  striae
soft ⟲            tenderness / guarding
masses / hernias            rebound ⟲
hepato/splenomegaly            size/edge
BS            bruits: aortic / renal

GYN/GU:
escutcheon            Tanner stage
prostate            gulac

NECK:
Trachea: midline / deviated     symmetrical     masses
dorsocervical fat pad            supraclavicular fullness

EXTREMITIES:
cyanosis / clubbing / edema ⟲
Lesions / ulcers
amputations
joints ⟲
atrophy ⟲

THYROID: _L > R enlarged_
soft / firm / hard            fixed / moves freely ⟲  tender
normal / enlarged  smooth / bosselated    size ___ gm
symmetrical / asymmetrical    nodules
substernal extension            bruits

NEURO:
mental status _NL_        mood _NL_    affect _NL_
cranial nerves
motor
sensation: vibration/128cps
            monofilament
cheiroarthropathy
Dupuytrens / Charcot
tremor

LYMPH:            cervical
supraclavicular     axillary            inguinal

RESP: Lungs
BACK/SPINE/CVA:
tender            kyphosis / scoliosis

DTR'S: _24/4_



CHEST:
Breasts: M  F  Tanner stage     gynecomastia
masses            discharge            deformity

ASSESSMENT: _hypothyroid_
_MNG_

PLAN: 1. _Labs_
2. _US Dr Hammos by anniusprenosnodule_
_send grams right by the_

COUNSELING:

Revisit _2 wks_   _NP NE Dr Lang_

LABS: _TTB, anticorof_
_NB_

COORDINATION OF CARE:

_T.B. Robert Lang_

Liberty@04613

OCT/27/2015/TUE 02:05 PM   DR. ROBERT LANG          FAX No. 203 248 6933                P. 018

page 2

**Robert Lang, MD, PC**        **FOLLOW-UP NOTE**        Patient Name: _Hailey Spears_

Date: _3-22-13_     Time: _2:42_
                                                              □ Endocrine
                                                              □ Rheumatology
Follow-up for: _thyroid biopsy_                               □ Osteoporosis

S: _About the same_                                          **Medications**
_Spontoprazole → Dexilant_                                  _Montelukast_
                                                             _Dexalant_
                                                             _famotidine_

□ Exercise
□ Smoking
**ROS: Constitutional:** □unremarkable □weight changes  □ cold/heat intolerances □fatigue □fevers/chills
**Integument:** □unremarkable □Raynaud's □dry skin □rash / easy bruisability □nail changes  □hair changes
**Eyes:** □unremarkable □visual changes **HENT:** □unremarkable □dryness □oral ulcers □neck tenderness
**Cardio:** □unremarkable □chest pain □palpitations  **Pulm:** □unremarkable □dyspnea /SOB □cough
**GI:** □unremarkable □anorexia □Nausea/vomiting □dysphagia □dyspepsia/reflux □constipation  □diarrhea
**GU:** □unremarkable □dysuria □kidney stones  □polyuria □ nocturia □incontinence
**Endocrine:** □unremarkable  □polydipsia  □diaphoresis / hot flashes  **Musculoskeletal:** □unremarkable    _Vit. D >2000_
□edema  □arthralgias / myalgias  □height loss □AM stiffness □pain location(s):_____
**Psych:** □unremarkable □Depression □Anxiety □memory loss □poor sleep
**Neuro:** □unremarkable □ numbness/ tingling  □muscle weakness □HA/dizziness
**Other:** _____  ● All other ROS otherwise negative

O: BP: _110/70_ P: _64_  Ht: _5'4½_  Wt: _131_  BMI: _21.5_  WC:_____

**Derm:**_____                                                ●unremarkable          **Labs**
**HEENT: EOM**_____ □ proptosis □lid lag □periorbital edema □ oropharynx_____
**MM**_____ **other:**_____                                   ●unremarkable
**Neck: thyroid:** _N.A.S_             **Lymph:**_____        ●unremarkable
**Cardio:** □S1S2 □RRR □irregular_____ □murmur_____ periph pulses_____
**Pulm:**_____                                   □unremarkable
**GI:**_____                                     □unremarkable
**Musculoskel:** □spine_____      kyphosis / scoliosis □synovitis_____
□effusion_____ □warmth/erythema_____ □ROM_____
□crepitus_____ □clubbing □ edema_____          ●unremarkable
**Neurologic: CN**_____ Sensory_____ DTR_____ □Babinski_____
motor strength_____ □ tremors   monofilament_____   ●unremarkable

Assessment: 1) _Chronic Lyme_      3) _Hashimoto's_      5) _Indeterminant FNA x_
            2) _MNG?_              4) _B12 def?_         6)

Plan:

_1. Cortisol, PA panel,_                                     BMD   T-score  / %Δ
_2. I highly recommended that she have thyroidectomy_        Spine
_b/c both FNA are suspicious and she has risk_
_of cancer c Hashimoto & reason well & risk of_              Fem. neck
_3. she is given that early season well & risk of_           Total hip
_metastatic cancer if it is present_                         1/3 forearm

□ Pt advised of proper dosage, precautions, and potential complication of med prescribed : _Vit D, Iodine_
□ Pt given counseled or educational material on _life style, thyroid cancer, hypothyroidism_
Follow-up:_____ weeks / months with labs prior to next visit_____   ● Over 50% face-to-face time w/counseling
Signed: _[signature]_                                        Time Out: _325_

Liberty004614

OCT/27/2015/TUE 02:05 PM   DR. ROBERT LANG       FAX No. 203 248 6933          P. 019

page 3

**Robert Lang, MD, PC**     **FOLLOW-UP NOTE**     Patient Name: _Hailey Spears_

Date: _9-3-13_     Time: _____
☑ Endocrine
☐ Rheumatology
☐ Osteoporosis

Follow-up for:

S: _here post op – had labs today, pnd at N_
_fellin ok but not 100% yet._
_Also sees endocrinologist in Hartford_

**Medications**
Synthroid
88mcg
6/wks

Propstome
cream;
10-15 ds
prin to
cycle

☐ Exercise_____
☐ Smoking
ROS: Constitutional: ☐unremarkable ☐weight changes  ☐ cold/heat intolerances ☐fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☐dry skin/rash / easy bruisability ☐nail changes ☐hair changes
Eyes: ☐unremarkable ☐visual changes HENT: ☐unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
Cardio: ☐unremarkable ☐chest pain ☐palpitations  Pulm: ☐unremarkable ☐dyspnea /SOB ☐cough
GI: ☐unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☐constipation ☐diarrhea
GU: ☐unremarkable ☐dysuria ☐kidney stones  ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☐unremarkable ☐polydipsia ☐diaphoresis / hot flashes  Musculoskeletal: ☐unremarkable
☐edema ☐arthralgias / myalgias ☐height loss ☐AM stiffness ☐pain location(s):
Psych: ☐unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep.
Neuro: ☐unremarkable ☐ numbness/ tingling. ☐muscle weakness ☐HA/dizziness
Other: _____ ☐ All other ROS otherwise negative

inhaler

O: BP: 110/70  P: 68   Ht: 5'4"  Wt: 132  BMI: 22   WC:
Derm: _____ ☐unremarkable
HEENT: EOM_____ ☐ proptosis ☐lid lag .☐periorbital edema ☐ oropharynx_____
MM____ other:_____ ☐unremarkable
Neck: thyroid: _well healed scar_  Lymph:____ ☐unremarkable
Cardio: ☐S1S2 ☐RRR ☐irregular_____ ☐murmur____ periph pulses _____
Pulm:_____ ☐unremarkable
GI: _____ ☐unremarkable
Musculoskel: ☐spine_____ kyphosis / scoliosis ☐synovitis_____
☐effusion_____ ☐warmth/erythema _____ ☐ROM _____
☐crepitus_____ ☐clubbing ☐ edema _____ ☐unremarkable
Neurologic: CN___ Sensory____ DTR___ ☐Babinski ___
motor strength_____ ☐ tremors   monofilament_____ ☐unremarkable

did labs
p KY
in am

Assessment: 1) hypothyroid p surg   3)        5)
2) hx micro papillary 4)        6)
Plan:

                                              BMD    T-score / %
1 obtain results Collaborative Labs    Spine
                  Farmington Ave N Hartfrd   Fem. neck

2. ✓ thyroglobulin, Adrenal level      Total hip

3 us countless postop             1/3 forearm

☐ Pt advised of proper dosage, precautions, and potential complication of med prescribed : _Synthyroid_
☐ Pt given counseled or educational material on _____
Follow-up: _2_ weeks / months with labs prior to next visit _____
                                   ☐ Over 50% face-to-face time w/counseling
Signed: _____        Time Out:
                                         Liberty004615

OCT/27/2015/TUE 02:05 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 020

page (4)

**Robert Lang, MD, PC**          FOLLOW-UP NOTE          Patient Name: _Haley Spears_

Date: _11-27-13_          Time: _____
☐ Endocrine
☐ Rheumatology
☐ Osteoporosis

Follow-up for:

S: _Had recent labs → Oct m, Hartford Endo +
adjusp med. labs also seen holistic
Will did food sensitivity. Feels better
but sinus infection now. Uk congest._

**Medications**
_Synthroid
100 mcg_

☐ Exercise _improv._
☐ Smoking

ROS: Constitutional: ☐unremarkable ☐weight changes ☐cold/heat intolerances ☐fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☐dry skin ☐rash / easy bruisability ☐nail changes ☐hair changes
Eyes: ☐unremarkable ☐visual changes HENT: ☐unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
Cardio: ☐unremarkable ☐chest pain ☐palpitations  Pulm: ☐unremarkable ☐dyspnea /SOB ☐cough
GI: ☐unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☐constipation ☐diarrhea
GU: ☐unremarkable ☐dysuria ☐kidney stones ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☐unremarkable ☐polydipsia ☐diaphoresis / hot flashes  Musculoskeletal: ☐unremarkable
☐edema ☐arthralgias / myalgias ☐height loss ☐AM stiffness ☐pain location(s):
Psych: ☐unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep
Neuro: ☐unremarkable ☐ numbness/ tingling ☐muscle weakness ☐HA/dizziness
Other: _____          ☐ All other ROS otherwise negative

O: BP: 120/76 P: 72 Ht: 5'4½" Wt: 127 BMI: 21.5 WC:

Derm:                                               ☐unremarkable          **Labs**
HEENT: EOM_____ ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx_____
MM_____ other:_____                                    ☐unremarkable          n me
Neck: thyroid: _____Lymph:_____ ☐unremarkable
Cardio: ☐S1S2 ☐RRR ☐irregular_____ ☐murmur____ periph pulses_____
Pulm:_____ ☐unremarkable
GI: _____ ☐unremarkable
Musculoskel: ☐spine_____kyphosis / scoliosis ☐synovitis_____
☐effusion_____ ☐warmth/erythema_____ ☐ROM_____
☐crepitus_____ ☐clubbing ☐ edema _____ ☐unremarkable
Neurologic: CN_____Sensory_____ DTR_____☐Babinski____
motor strength_____ ☐ tremors   monofilament_____ ☐unremarkable

Assessment: 1) hypothyroid p surg     3)          5)
2) hx papillary ca          4)          6)

Plan:

1- get recent labs from Dr. Oberstein
Flu pnd results
2 US 1yr from surg for Flu

**BMD    T-score / %Δ**
Spine
Fem. neck
Total hip
1/3 forearm

☐ Pt advised of proper dosage, precautions, and potential complication of med prescribed : _Synthroid_
☐ Pt given counseled or educational material on _____
Follow-up: __6__ weeks/months with labs prior to next visit ___TSH__ (__nrfs__)
Signed:_____ ACLN          ☐ Over 50% face-to-face time w/counseling
                                        Time Out:

Liberty004616

OCT/27/2015/TUE 02:06 PM DR. ROBERT LANG FAX No. 203 248 6933 P. 021

page 5

Robert Lang, MD, PC    FOLLOW-UP NOTE    Patient Name: Haley Spears

☑Endocrine
☐ Rheumatology
☐ Osteoporosis

Date: 4/28/14    Time: 2:00

No longer Sears Coester

Follow-up for: Thyroid

S: For the past week extremely constipated/bloated/nausea
tried continuity test — no diarr/pineapple/lemon/yeast
Christmas diet — added slowly, diarrhea
Almond/bananas/pineapple — 7 Antihistamine
Test told no problem I what no continue to eat Market

☐ Exercise
☐ Smoking

ROS: Constitutional: ☐unremarkable ☐weight changes ☐ cold/heat intolerance ☑fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☐dry skin/rash ☐easy bruisability ☐nail changes ☐hair changes
Eyes:☑unremarkable ☐visual changes GI:☑unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
Cardio:☑unremarkable ☐chest pain ☐palpitations Pulm☑unremarkable ☐dyspnea /SOB ☐cough
GI: ☐unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☐constipation ☐diarrhea
GU: ☑unremarkable ☐dysuria ☐kidney stones ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☐unremarkable ☐polydipsia ☐diaphoresis ☐hot flashes Musculoskeletal:☑unremarkable
☐edema ☐arthralgias / myalgias ☐height loss ☐AM stiffness☐pain location(s):
Psych:☑unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep
Neuro:☑unremarkable ☐ numbness/ tingling ☐muscle weakness ☐HA/dizziness
Other:    ☐ All other ROS otherwise negative

O: BP: 100/60 P: 80 Ht: 5'4½ Wt: 134 BMI:    WC:

Derm: Alive    ☐unremarkable
HEENT: EOM intact ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx
MM    other:    ☐unremarkable
Neck: thyroid: sore (-), scar    Lymph: ↔    ☐unremarkable
Cardio: S1S2- RRR ☐irregular    ☐murmur    periph pulses    ☐unremarkable
Pulm:    ☐unremarkable
GI:    ☐unremarkable
Musculoskel: ☐spine    kyphosis / scoliosis ☐synovitis
☐effusion    ☐warmth/erythema    ☐ROM
☐crepitus    ☐clubbing ☐ edema    ☐unremarkable
Neurologic: CN    Sensory    DTR    ☐Babinski
motor strength    ☐ tremors    monofilament    ☐unremarkable

Assessment: 1) Hypothyroidism  3) Hashimoto's  5) Chronic Lyme
2) s/o thyroid cancer  4) 4x B12 def  6)

Plan:
① Δ Synthroid to 50 mcg 2½ x 1 month x ✓ TSH (pt + to go slow)
② Trial of gluten free for 3-4 week despite test result
③ Control in the future (not this next time per pt)
④ Hammer's U/s in June
⑤ Fl c from Fr. U/s
⑥ Driver c Dr. Lang — pt wants to go slow c 4 thyroid med

☐Pt advised of proper dosage, precautions, and potential complication of med prescribed:
☑ Pt given counseled or educational material on: Gluten free
Follow-up: 2-3 weeks / months with labs prior to next visit TSH

Signed:    p U/s
S.D. TSH until
Reviewed

Medications
Synthroid 100 mcg
Prozac 10 x 10 d
Advair
Singular
Zyrtec or Claritin
Prevacid generic Bp
Famotidine 2 Bp
Ester C or Alka C
Vit D
Sol Butthroid
Citracle
Alive liquid Orb
Fish oil

Labs
4/25/14
TSH 6.73
Tg pending

Adding:
3/1/14
Tg < 2.4

BMD    T-score /%Δ
Spine
Fem. neck
Total hip
1/3 forearm

☑Over 50% face-to-face time w/counseling
Time Out: 2:30

Liberty004617

OCT/27/2015/TUE 02:06 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 022

page 6

Robert Lang, MD, PC          FOLLOW-UP NOTE          Patient Name: Haley Speas

Date: 7-10-14          Time: 130/4m          ☑ Endocrine
                                             ☐ Rheumatology
Follow-up for: Thyroid                       ☐ Osteoporosis

S: Really tired today.
   Feeling like not too bad. Good.
   Lost weight - exercising - or Appetite ↓
   Stressed.
   Stool Cracked    Had Single day of stomach upset /diarrhea
   Palpitation - morning & not drinking coffee

☑ Exercise  Running - working out
☐ Smoking  (?)                    ↓ 16# (3 mo)

ROS: Constitutional: ☐unremarkable ☑weight changes ☐ cold/heat intolerances ☑fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☑dry skin ☐rash / easy bruisability ☐nail changes ☐hair changes
Eyes: ☑unremarkable ☐visual changes HENT: ☑unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
Cardio: ☑unremarkable ☐chest pain ☑palpitations  Pulm: ☐unremarkable ☐dyspnea /SOB ☐cough
GI: ☐unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☐constipation ☑diarrhea
GU: ☑unremarkable ☐dysuria ☐kidney stones ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☑unremarkable ☐polydipsia ☐diaphoresis / hot flashes  Musculoskeletal: ☐unremarkable
☐edema ☐arthralgias /myalgias ☐weight loss ☐AM stiffness ☐pain location(s):
Psych: ☐unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep
Neuro: ☑unremarkable ☐ numbness/ tingling ☐muscle weakness ☐HA/dizziness
Other:                                           ☐ All other ROS otherwise negative
O: BP: 110/70  P: 68  Ht: 5'4½"  Wt: 118  BMI: 19.5  WC:

Derm:  oily                                      ☐unremarkable
HEENT: EOM  intact  ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx
MM ____ other:                                   ☑unremarkable
Neck: thyroid: (+) nodes? none  Lymph: (-)      ☐unremarkable
Cardio: ☑S1S2 ☑RRR ☐irregular ____ ☐murmur ____ periph pulses
Pulm:  ↑↓                                        ☐unremarkable
GI:                                              ☐unremarkable
Musculoskel: ☐spine ____ kyphosis / scoliosis ☐synovitis
☐effusion ____ ☐warmth/erythema ____ ☐ROM
☐crepitus ____ ☐clubbing ☐ edema ____        ☑unremarkable
Neurologic: CN ____ Sensory ____ DTR 2+  ☐Babinski
motor strength ____ ☐ tremors  monofilament ____ ☐unremarkable

Assessment: 1) Hypothyroid      3) Hashimoto's    5) Chronic Lyme
            2) Hx thyroid Cancer  4) Hx B12 def    6) Wt ↓

Plan:
① Synthroid 50mcg ꓔ alt 1½
② √ TSH  1 month
③ Attempt small frequent meals
④ D/adams
⑤ Consider Adrenal support - √ Control next time  (not this bot)
                                   not @ this time per pt    6 mo
                                   + also mma

☑ Pt advised of proper dosage, precautions, and potential complication of med prescribed: Synthroid
☑ Pt given counseled or educational material on
Follow-up: 3 weeks/ months with labs prior to next visit TSH / VH D / Iodine
                                              ☑ Over 50% face-to-face time w/counseling
Signed: _____ TSH 1 month           Time Out: 2:15

Medications
Synthroid 50mg

Citracel
Sublordi

Est-C 1000u
Co Q10  100mg
VH D 5000 IU
Calcium/mg
  500/250/200
Fish oil
B complex

Labs
6/25/14

TSH 0.05
Tg <0.1
⊕ LEB

BMD    T-score / %Δ
Spine
Fem. neck
Total hip
1/3 forearm

Liberty004618

OCT/27/2015/TUE 02:06 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 023

## LABORATORY RECORD-CLINICAL

Patient Name: Harley Spears          TPO 11000 2/13
Iodine 42 (55-40z) 2/13

| Date | Chol | HDL | Trg | LDL | TSH | DHEA | 25D | Cort | CRP | Homo | Calc | T9 |
|------|------|-----|-----|-----|-----|------|-----|------|-----|------|------|----|
| 2/6/13 | 189 | 65 | 69 | 110 | 1.64 | | | | | | 9.3 | |
| 6/14/13 | | | | | | | 20/0 | | | | 9.1 | |
| 9/3/13 | | | | | 5.40 | | | | | | 9.4 | |
| 10/1/13 | | | | | 5.91 | | 20/0 | 20.7 | | | 9.0 | |
| 11/5/13 | | | | | 1.28 | | | | | | | 6.6 |
| 1/25/14 | | | | | 6.73 | | | | | | | 2.4 |
| 5/30/14 | | | | | 0.30 | | | | | | | |
| 6/25/14 | | | | | 0.05 | | | | | | | <0.1 |
| 8/6/14 | | | | | 0.05 | | | | | | 9.1 | 0.6 |
| 9/15/14 | | | | | 0.12 | | | | | | | |

Lablog09/05

Liberty004619

OCT/27/2015/TUE 02:07 PM   DR. ROBERT LANG          FAX No. 203 248 6933              P. 024

Quest Diagnostics Incorporated

 Quest Diagnostics

**Report Status: Partial**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED  **AGE:** 36<br>Gender:  F<br>Phone:    860.308.2050<br>Patient ID: REDACTED S<br>Health ID: REDACTED | Specimen:  WC166548N<br>Requisition: 0025545<br><br>Collected:  10/11/2013 / 08:41 EDT<br>Received:   10/11/2013 / 19:46 EDT<br>Reported:   10/14/2013 / 15:54 EDT<br>(* A Copy Sent To) | Client #: 22218614      60010000<br>LANG, ROBERT<br>ROBERT LANG,MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |

**COMMENTS:**     FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | QWA |
| TSH | | 5.91 H | mIU/L | QWA |
| | | | Reference Range | |
| | | | > or = 20 Years  0.40-4.50 | |
| | | | Pregnancy Ranges | |
| | | | First trimester    0.26-2.66 | |
| | | | Second trimester   0.55-2.73 | |
| | | | Third trimester    0.43-2.91 | |
| T4, FREE | 1.4 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | | 72 L | 76-181 ng/dL | QWA |
| THYROGLOBULIN PANEL | | | | QWA |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | |
| **THYROGLOBULIN** | | 1.6 L | 2.0-35.0 ng/mL | |

    This test was performed using the Siemens
    chemiluminescent method. Values obtained from
    different assay methods cannot be used
    interchangeably. Thyroglobulin levels, regardless
    of value, should not be interpreted as absolute
    evidence of the presence or absence of disease.

| METHYLMALONIC ACID | 93 | | 87-318 nmol/L | AMD |
| CORTISOL, A.M. | 20.7 | | mcg/dL | QWA |
| Reference Range | | | | |
| 8 a.m. (7-9 a.m.) Specimen: 4.0-22.0 | | | | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004620

OCT/27/2015/TUE 02:07 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 025

Quest Diagnostics Incorporated

 Quest Diagnostics

Report Status: Partial

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED     **AGE:** 36<br>Gender:   F<br>Patient ID:  REDACTED<br>Health ID: 8REDACTED | Specimen:   WC166548N<br>Collected:   10/11/2013 / 08:41 EDT<br>Received:    10/11/2013 / 19:46 EDT<br>Reported:    10/14/2013 / 15:54 EDT<br>(* A Copy Sent To) | Client #: 22218614<br>LANG, ROBERT |

### VITAMIN D, 25-HYDROXY, LC/MS/MS

**VITAMIN D, 25-HYDROXY, LC/MS/MS**                                                          Lab: QTE

| Test Name | Results | Reference Range |
|---|---|---|
| VITAMIN D, 25 OH, TOTAL | 20 L | 30-100 ng/mL |
| VITAMIN D, 25 OH, D3 | 20 | ng/mL |
| VITAMIN D, 25 OH, D2 | <4 | ng/mL |

> 25-OHD3 indicates both endogenous production and
> supplementation. 25-OHD2 is an indicator of exogenous
> sources such as diet or supplementation. Therapy is based on
> measurement of Total 25-OHD, with levels <20 ng/mL indicative
> of Vitamin D deficiency, while levels between 20 ng/mL and
> 30 ng/mL suggest insufficiency. Optimal levels are
> > or = 30 ng/mL.

**PENDING TESTS:**

| |
|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL |

**PERFORMING SITE:**

AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: JANET PISCITELLI, MD, CLIA: 31D0696246
QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

\# Copy To Client: CT MULTI/ENDO ALL SITES; BERNARD RAXLEN, M.D.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004621

OCT/27/2015/TUE 02:07 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 026

Quest
Diagnostics    Page 1 of 1                09/03/2013   01:29:22 PM        **Report Status: Final – Courtesy Copy**
                                                                          **SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY**<br><br>**DOB:** REDACTED   **AGE:** 35<br>Gender:   F<br>Phone:   860.308.2050<br>Patient ID:   REDACTED<br>Health ID:   REDACTED   0 | Specimen:   WC693737K<br>Requisition: 0024317<br><br>Collected:   06/19/2013 / 15:14 EDT<br>Received:   06/20/2013 / 03:50 EDT<br>Faxed:   09/03/2013 / 13:27 EDT<br>(* A Copy Sent To) print + seum | Client #: 22218614   60010000<br>ZABROCKY, FRANCES<br>ROBERT LANG, MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |

**COMMENTS:**     CC: DR GIANNA, ZANE, UDELSMAEN, RAXLIN
                  COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 299 | | 200-1100 pg/mL | EZ |

Please note: although the reference range for Vitamin B12 is
200-1100 pg/mL, it has been reported that between 5 and 10%
of patients with values between 200 and 400 pg/mL may
experience neuropsychiatric and hematologic abnormalities
due to occult B12 deficiency; less than 1% of patients with
values above 400 pg/mL will have symptoms.

| | | | | |
|---|---|---|---|---|
| METHYLMALONIC ACID, | | | | EZ |
| GC/MS/MS | 165 | | 87-318 nmol/L | |
| INTRINSIC FACTOR BLOCKING | | | | EZ |
| ANTIBODY | NEGATIVE | | | |
| | | Reference Range: | | |
| | | ADULTS:   NEGATIVE | | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 20 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 20 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | QWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| | | | | |
|---|---|---|---|---|
| T3, TOTAL | | 74 L | 76-181 ng/dL | QWA |
| T3 UPTAKE | 33 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 109 | | 87-318 nmol/L | AMD |

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801
EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA: 05D0643352
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: JANET FISCITELLI, MD, CLIA: 31D0096246
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

* Copy To Client: SAUL & MILJKOVIC, M.D.'S; ROCKVILLE FAMILY PHYSICIAN; ROBERT UDELSMAN,M.D.; CONNECTICUT NATURAL
HEALTH

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC693737K                    PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004622

OCT/27/2015/TUE 02:08 PM    DR. ROBERT LANG          FAX No. 203 248 6933              P. 027

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY** | Specimen:   WC693737K<br>Requisition: 0024317 | Client #: 22218614        60010000<br>ZABROCKY, FRANCES<br>ROBERT LANG,MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |
| DOB: REDACTED        **AGE: 35**<br>Gender:    F<br>Phone:      860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED | Collected:   06/19/2013  15:14 EDT<br>Received:    06/20/2013 / 03:50 EDT<br>Reported:    06/26/2013 / 02:27 EDT<br>(* A Copy Sent To) | |

**COMMENTS:**      CC: DR GIANNA ZANE, UDELSMAEN, RAXLIN
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 299 | | 200-1100 pg/ml | E2 |

Please note: although the reference range for Vitamin B12 is
200-1100 pg/mL, it has been reported that between 5 and 10%
of patients with values between 200 and 400 pg/mL may
experience neuropsychiatric and hematologic abnormalities
due to occult B12 deficiency; less than 1% of patients with
values above 400 pg/mL will have symptoms.

| | | | | |
|---|---|---|---|---|
| METHYLMALONIC ACID,<br>GC/MS/MS | 165 | | 87-318 nmol | E2 |
| INTRINSIC FACTOR BLOCKING<br>ANTIBODY | NEGATIVE | | | EZ |
| | | | Reference Range:<br>ADULTS: NEGATIVE | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dl | QWA |
| VITAMIN D, 25-HYDROXY,<br>LC/MS/MS | | | | QTE |
| VITAMIN D, 25 OH, TOTAL | | 20 L | 30-100 ng/ml | |
| VITAMIN D, 25 OH, D3 | 20 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dl | QWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dl | QWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| | | | | |
|---|---|---|---|---|
| T3, TOTAL | | 74 L | 76-181 ng/dl | QWA |
| T3 UPTAKE | 33 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 109 | | 87-318 nmol | AMD |

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0521801
EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA: 05D0643352
QTE   QUEST DIAGNOSTICS-TETTERBORO, 1 MALCOLM AVENUE, TETTERBORO, NJ 07608-1011 Laboratory Director: JANET PISCITELLI, MD, CLIA: 31D0990236
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0909176

* Copy To Client: SAUL & MILJKOVIC, M.D.'S; ROCKVILLE FAMILY PHYSICIAN; ROBERT UDELSMAN,M.D.; CONNECTICUT NATURAL
HEALTH

Received
Call  No Call
Call/Normal
Call/Message                        PAGE 1 OF 1

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC693737K
                                  Printed by Care360 AutoReceive on 07/03/13 at 09:02am.
Quest, Quest Diagnostics the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty 004629

Oct. 27. 2015 ¡10:44AM                                No. 2962   P. 1



### Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

## Invoice: Medical Record Copying Fees (Check Only)

**CMG Division Name:** Pulmonary

Address: 85 Seymour St Suite 923
Hartford CT 06106

Contact: med rec       Phone Number: 860 547 1876

**Patient Name:** Haley Spears

DOB: REDACTED       SSN:

Primary Care Physician:

### Individual or agency requesting copies of medical record:

Name: Liberty Mutual

Address: P.O. Box 7213
London KY 40742

Phone:                    Fax: 603 334 5708

Written authorization from patient in medical record?    Yes  *or*  No   *(Please circle)*

### Per Connecticut State Statue 20-7c, charges are:

Pages: 11

Per Page: × $0.65

Subtotal: 7.15

Postage:

Faxed: ✓                Total: 7.15

### Payment is due before release of medical records.

Date mailed:                    Printed name:

Date faxed: 10/27/15       Signature: [signature]

Liberty004624





**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:    ERIKA CAPPELLUTI MD

Attn:

Fax:   (860) 520-1379

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004625



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Erika Cappelluti, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Erika Cappelluti:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED,
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004626

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   2500391-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004627

Oct. 27. 2015 10:45AM ~~10/20/2010 12:01:51 PM  PAGE  4/004~~ No. 2962 Sep. P. 5



Liberty Mutual.

Company at Bones
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7931
Phone No.: 1-888-440-6111
Fax No.: 203-294-8295

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
| CLAIM NO.: | | S.S. NO.: **REDACTED** |
| EMPLOYER/SPONSOR: | | DATE OF |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

_[signature]_
Signature

**REDACTED**

9/8/15
Date

Liberty004628

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date: October 20, 2015

To:     ZHIHENG HE MD

Attn:

Fax:    (877) 992-6205

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004629



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Zhiheng He, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: 2500391
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Zhiheng He:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004630

Case 3:11-cv-01807-VLB   Document 142-8   Filed 11/16/18   Page 355 of 617

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004631

LMG                     10/20/2015 1:22:08 PM   PAGE    4/004    Fax Server

 Liberty Mutual.

Company at Sealet
Disability Claims
P.O Box 5031
Wellington CT 06492-7581
Phone No : 1-888-549-6119
Fax No : 1-203-294-6394

Return to:

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.:

EMPLOYER/SPONSOR:                                    E.B. NO   **REDACTED**

                                                     DATE (

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Past Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies in which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

**REDACTED**

Social Security Number

9/8/15
Date

Spears, Haley A (MR # 0001239118)                                    Encounter Date: 11/17/2014

 Cambridge Health Alliance
A COMMUNITY OF CARING

CAMBRIDGE MEDICAL SPECIALTIES
1493 Cambridge st
Ambulatory Building - 3rd Floor
Cambridge MA 02139
Dept Phone: 617-665-1552
Dept Fax: 617-665-1925

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Haley A Spears | 0001239118 | Female | REDACTED |

## Contact Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/17/2014 2:30 PM | Zhiheng H. He, MD | Cms Medical Spec | 26109385 | TCH AMB |

## Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| | Zhiheng H. He, MD, MD | Cms Medical Spec | 26109385 |

## Reason For Scheduling

new pt thyroid ca, thyroidectomy on synthroid per dr. HE

## Visit Disposition

Disposition
Return in about 6 months (around 5/17/2015).

## H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

Zhiheng H. He, MD at 11/17/2014  3:59 PM
Status: Signed
Patient's self-referred for the management of thyroid cancer, stature post total thyroidectomy. She just moved from Connecticut to Boston.

Haley A Spears is a 37 year old female with past medical history significant for lyme disease, Hashimoto thyroiditis, multinodular goiter, and thyroid papillary carcinoma, stage I (T1N0Mx). She had incidental finding of thyroid nodule in 2013, had FNA but were not sure about the results. She had a total thyroidectomy at Yale-New Haven Hospital on June 27, 2013. Pathology showed incidental thyroid microcarcinoma, 0.4 cm, on the isthmus. She also had chronic lymphocytic thyroiditis with multiple hyperplastic adenomatoids. Five lymph nodes examined were negative. There was no mention of local invasion. She did not have any post surgery radioactive iodine ablation therapy. She has been taking Synthroid 100 mcg, daily with variable TSH. She has had thyroid ultrasound done recently that was benign. It was not clear what her goal of TSH was and a most recent one was 1.6. She just moved to Boston and has not established care with PCP yet but could like to come to endocrinology service to manage her thyroid cancer. I spoke with her a couple times over the phone prior to her visit.

Patient's past medical history, family history, social history, current medication as well as allergy were also reviewed and updated.

No past medical history on file.
No past surgical history on file.
Review of Patient's Allergies indicates:
  Erythromycin          Nausea and Vomiting

Social History

Liberty004633

Spears, Haley A (MR # 0001239118)                    Encounter Date: 11/17/2014

| | | | |
|---|---|---|---|
| Marital Status: | Single | Spouse Name: | N/A |
| Years of Education: | N/A | Number of Children: | N/A |

Occupational History

None on file

Social History Main Topics

| | | |
|---|---|---|
| Smoking status: | Never Smoker | |
| Smokeless tobacco: | Not on file | |
| Alcohol Use: | | Yes |
| Comment: | occassionally | |
| Drug Use: | No | |
| Sexual Activity: | Not on file | |

Other Topics          Concern
None on file

Social History Narrative
None on file

No family history on file.

Current Outpatient Prescriptions:

| | | | |
|---|---|---|---|
| montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | Disp: | Rfl: |
| lansoprazole (PREVACID) 30 MG capsule | Take 30 mg by mouth daily. | Disp: | Rfl: |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 2 (two) times daily. | Disp: | Rfl: |

No current facility-administered medications for this visit.

**REVIEW OF SYSTEMS.**

She is feeling well in general. She denies fatigue or lack of energy. She was negative for fever, chill, weight loss or weakness. She has no complaints of her ENT system. She was negative for headaches, hearing loss, nose bleeding, or sore throat. She was negative for blurred vision or double visions. She was negative for dry eyes, red eyes, or eye pain. She was negative for palpitations or chest pain. She was negative for orthopnea, claudication, or leg swelling. She denies any cough, shortness of breath, or dyspnea on exertion. She denies any dysphagia, nausea, vomiting, abdominal pain, constipation or diarrhea. She denies any myalgia, joint pains, or neck pain. She was negative for dysuria, hematuria, or flank pain. She was negative for difficulty urination. She denies any focal neurological complaints. She was negative for tingling or numbness. She was negative for imbalanced gait or easy fall. She has fair appetite and stable weight. She was negative for polyuria, polydipsia or nocturia. She has no complaints of her skin. She was negative for purple striae, easy bruising, abnormal hair growth or acnes. She was negative for depression, anxiety, or suicidal ideations. All other systems reviewed were negative.

**PHYSICAL EXAMINATIONS.**

Liberty004634

Spears, Haley A (MR # 0001239118)                                    Encounter Date: 11/17/2014

BP 102/60 | Pulse 71 | Ht 5' 5.5" (1.664 m) | Wt 131 lb (59.421 kg) | BMI 21.46 kg/m2 | SpO2 99%

Pain Score: 0 (0/10)

Not in acute distress. Well developed and well-nourished.

Eyes: Examination of the eyes demonstrated full extraocular movements. Pupils are equal, round, reactive to light and accommodation. There was no lid lag or proptosis.

ENT: Clear with moist mucous membranes ithout hyperpigmentation or lesions.

Neck: **Well healed total thyroidectomy scar.** No cervical lymphadenopathy was appreciated.

Cardiovascular: Regular rate and rhythm, normal S1 and S2. Negative for murmur/rubs/gallop

Respiratory: Clear to auscultation and percussion. Negative for respiratory distress/rales. Negative for chest tenderness.

Gastrointestinal: Positive bowel sound, soft, nontender. Negative for hepatomegaly.

Musculoskeletal: Without clubbing, cyanosis or edema. Muscle strength was 5/5 bilateral upper and lower extremities.

Skin: cool and dry to touch without obvious lesions.

Neurological: Intact with no tremor of the outstretched fingers.

Psychiatric: Normal affect and responsiveness to questions.

**LABORATORIES.** -Reviewed.

Results for SPEARS, HALEY A (MRN 0001239118) as of 11/17/2014 22:31

|  | Ref. Range | 11/6/2014 19:09 |
|---|---|---|
| THYROGLOB ULIN | Latest Range: 1.5-38.5 ng/mL | 0.8 (A) |
| TSH (THYROID STIM HORMONE) | Latest Range: 0.358-3.740 uIU/mL | 1.690 |
| TOTAL T3 (TRIIODOTHY RONINE) | Latest Range: 60-181 ng/dL | 65 |
| ANTI-THYROGLOB ULIN ANTIBODY | Latest Range: 0.0-0.9 IU/mL | <1.0 |

Outside record see scanned documents.

**RADIOLOGY.**

See scanned documents.

**Pathology.**

See scanned documents.

**ASSESSMENT AND PLANS:**

**1. Thyroid cancer**

She has microcarcinoma of thyroid. This is usually with very good prognosis, I will suggest to have her TSH target to 0.1 to 0.5 as long as she can tolerate fpr the first 5 years. I does increase her levothyroxine from 100 mcg daily to 128 mcg daily. She taks 2 extra pills over the weekend. This was done on November 7. I suggest that she should have a repeated thyroid function test in 6 weeks to monitor TSH level. She should inform me if she has any palpitation, tachycardia or discomfort. She will need a repeated thyroid US in 02/2015.

Spears, Haley A (MR # 0001239118) Printed by Zhiheng H. He, MD [ZHE] at 10/23/15 3... Page 3 of 4

Liberty004635

Spears, Haley A (MR # 0001239118)                    Encounter Date: 11/17/2014

RTC: 6 months.

I suggest that she should find a PCP to organize her care.

I spent 60 minutes with the patient. More than 50% of the time was on providing education and counseling.

Debbie Redmond at 11/17/2014  2:34 PM
Status: Signed
.patient feels safe at home

## Order Summary

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| THYROID SCREEN TSH REFLEX FT4 [84443 Custom] | 12/29/2014 (Approximate) | 11/17/2015 |

### Outpatient Medications at End of Encounter on as of 11/17/2014

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 MG tablet | | | | 12/15/2014 |
| Sig - Route: Take 10 mg by mouth nightly. - Oral | | | | |
| Class: Historical | | | | |
| lansoprazole (PREVACID) 30 MG capsule | | | | 3/19/2015 |
| Sig - Route: Take 30 mg by mouth daily. - Oral | | | | |
| Class: Historical | | | | |
| famotidine (PEPCID) 20 MG tablet | | | | 3/19/2015 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical | | | | |

### Printed AVS
No AVS Snapshots are available for this encounter.

### Comprehensive Report
Comprehensive Report

### Routing History
There are no sent or routed communications associated with this encounter.

### Blood Transfusion
Blood Transfusion

**Liberty Mutual INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   LAUREN YOUNG ND | |
| Attn: | |
| Fax:   (860) 288-2611 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004637



*chart mailed to*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Lauren G. Young, Nd

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Lauren Young:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004638

☑0003/0003

10/28/2015 9:41AM  FAX



**Connecticut Natural Health Specialists**
**315 East Center Street**
**Manchester, CT. 06040**
**860 533 0179**

CONNECTICUT
NATURAL
HEALTH
SPECIALISTS

**Statement Date:**     10/26/2015
**Date Due:**     10/26/2015

# MEDICAL RECORDS FOR HALEY SPEARS

### LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
### P.O. BOX 7213
### LONDON, KY 40742-5708

| DATE | DESCRIPTION | CHARGES | CREDITS | ACCOUNT BALANCE |
|------|-------------|---------|---------|-----------------|
| | Medical Record Print Out for Haley spears | | | |
| 8/18/2015 | (256 pages @ $0.65 per page) | $166.40 | | $166.40 |
| 8/18/2015 | Postage cost | $10.80 | | $177.20 |

315 East Center Street • Manchester, CT 06040 • 860.533.0179 phone • 860.812.2025 fax • ctnaturalhealth.com

Liberty004639



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:   October 23, 2015 | |
| To:   CANDACE MADDALO DC | |
| Attn: | |
| Fax:   (617) 666-2842 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE: | |
| Claim #:   REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004640



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 23, 2015

Candace Maddalo, Dc

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Candace Maddalo:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Spears' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.   $35.00 invoice  payment to follow.

If you have any questions regarding this matter, please contact me.

1  of  2

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004642



Liberty Mutual®

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7581
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

| | | |
|---|---|---|
| EMPLOYEE/CLAIMANT NAME: Haley Spears | | |
| CLAIM NO.: | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | DATE OFF: | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haleyas
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004643



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

*ok to send*

| | |
|---|---|
| Date: October 20, 2015 | |

| To:   MANCHESTER OPHTHALMOLOGY |
|---|

| Attn: |
|---|

| Fax:   (860) 643-4901 |
|---|

| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
|---|

| Total Pages<br>(Including Cover):   4 |
|---|

| RE:<br><br>Claim #:   REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice |
|---|

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any
dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in
error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout
thereof.

Liberty004644



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Ophthalmology

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED,
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

1 of 2

Liberty004645

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004646

**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7581
Phone No.: 1-888-540-6119
Fax No.: 1-205-294-4295

Return to: .......................................

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: ..................................        S.S. NO.: REDACTED

EMPLOYER/SPONSOR: ..........................        DATE OFF: .............

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

REDACTED
Social Security Number

*Haley Spears* (signature)
Signature

9/8/15
Date

Liberty004647

NAME: Haley Spears #25284 AGE: D/O/B/: REDACTED

HOME PHONE: 308-2050 WORK PHONE: EMERGENCY #:

REFERRED BY:

CHIEF COMPLAINT:

EYE HX:

DATE: 2-12-10 No Show ALLERGY: PCP –

MEDICAL HX: ☒ See Attached Sheet
☐ No Interval Change From:
☐ Interval Change:

F.H. DM / CAT / GL / RETINA

GLASSES: O. D.
O. S.

VISION: ☐ Good, ⇩ D, Drive Y / N / Day, CRT Y / N
☐ Good, ⇩ N, Glare? ☐ No, ☐ ⇩ Car Headlights, ☐ ⇩ Sun

V 20/ P.H. 20/ N J J

Amsler ☐ NL
Conf. VF ☐ NL
Color ☐ NL

EYE MEDS:

EXTERNAL: ☐ NL

MOTILITY: ☐ Ortho c̄ FROM

PUPILS:

| | Diam | Dir | C | N |
|---|---|---|---|---|
| ® | | | | |
| Ⓛ | | | | |

T A Time:

M D

20/ → 20/

W N L

| ® | Ⓛ | |
|---|---|---|
| | | Lids |
| | | Conj. |
| | | Cornea |
| | | A/C |
| | | Iris |
| | | Lens |

Vitreous:

10/23/2015 11:12 Manchester Ophthalmology (FAX)860 643 4901 P.006/027

# CONTACT LENS ORDER SHEET

| DATE ORDERED | DATE RECEIVED | DATE PT NOTIFIED | REFERENCE NO. | CL TYPE / RX | COMPANY | SPECIAL INSTRUCTIONS | CHARGE | PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 1/5/09 | | 1/9 | 2967593 8.6 | Purevision -1.50 / 1.75 8 | | pd 1/7 | 100 | |
| 7/28/11 | | 7/29 | 5227534 | BAsyl 8.4 -1.50 -1.75 8 8 | | 30/BX pd 7/29 | 240 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NAME SPEARS HALEY D.O.B. 3/08-2050 REDACTED Chris BAUMAN

PHONE 930-0887 MOM 305-3709 (c)

Liberty004649

10/23/2015   11:12 Manchester Ophthalmology          (FAX)860 643 4901          P.007/027

## CONTACT LENS ORDER SHEET

| DATE ORDERED | DATE RECEIVED | DATE PT NOTIFIED | REFERENCE NO. | CL TYPE / RX | COMPANY | SPECIAL INSTRUCTIONS | CHARGE | PAYMENT |
|---|---|---|---|---|---|---|---|---|

Liberty004650

REDACTED

10/23/2015    11:13 Manchester Ophthalmology          (FAX)860 643 4901          P.008/027

REDACTED

NAME: Haley Spears # 25284                    AGE: 31   D/O/B/:

HOME PHONE: 564-308-2050    WORK PHONE: _____   EMERGENCY #:_____

REFERRED BY: mom

CHIEF COMPLAINT:_____

EYE HX:_____   Lupus  Drug  RID
                        Accord.          Topomax
                        Preclenul  RID   Setmy x10 Neurontin
                        Pepid            Bihac Angular

DATE: 2-2-09  Plaq  ✓                    ALLERGY:                    ®
                                         Pcp—Dr. Schiff
MEDICAL HX: ☐ See Attached Sheet         PCP—Dr. Kage
            ☐ No Interval Change From: 2-26-08   pt wears contacts
            ☑ Interval Change: Plaq, Lupus
F.H.    DM / CAT / GL / RETINA           Pure Xision
GLASSES: O. D. pt forgot glasses  OD -1.50   18 ✓
         O. S.                     OS -1.75

VISION: ☐ Good, ↓D,  Drive Y/N/Day,  CRT Y/N
        ☐ Good, ↓N,  Glare? ☐ No,  ☐ Car Headlights,  ☐ ↓ Sun

V  CL 20/25 -4/25 -2  P.H. 20/    N  J8  Amsler   NL   EYE MEDS:
                                     J1  Conf. VF  NL   Refresh
                                     CL  Color    NL

EXTERNAL: ☐ NL

MOTILITY: ☑ Ortho c̄ FEOM                                  20/2
          Diam   Dir   Q   N      M  D  100          →  20/2
          Ⓛ                          1 ↑ Ocyl.
PUPILS: ®  CNS                T  A  ly
        Good c̄ Rt                    ly
                              Time:   8no

                        WNL
                    ®  |  Ⓛ              left 3/2/09
                       |  Lids  Hos
                       |  Conj.
                       |  Cornea
                       |  A/C
                       |  Iris
                       |  Lens

        Vitreous:                            Liberty004651

10/23/2015  11:13 Manchester Ophthalmology          (FAX)860 643 4901          P.009/027

REDACTED

NAME: Haley Sperss # 25284                    AGE: 27  D/O/B: ___

HOME PHONE: 668-7561      WORK PHONE: _____   EMERGENCY #: _____

REFERRED BY: _____

CHIEF COMPLAINT: _____

EYE HX: CL popped out in past
        now teary easily; left eye + face obs.
_____
_____

DATE: 1-24-05

MEDICAL HX:    ☐ See Attached Sheet          usually weas CL's
               ☒ No Interval Change From: 1-27-04
               ☐ Interval Change: _____

F.H.   DM / CAT / GL / Retina

GLASSES:  O. D.  -1.00 gph   dist
          O. S.  -1.25  +0.50 x 125

VISION:  ☐ Good, ↓ D / ↓ N,  Drive Y / N / DAY,  CRT Y / N     ALLERGY: Biaxin
                                                                        mycians

V cc 20/25   P.H. 20/   N J|  Amsler ☐ NL     EYE MEDS:
     25-2              sc J|  Conf. VF ☒ NL
EXTERNAL: ☐ NL                   Color ☐ NL

MOTILITY: ☐ Ortho c̄ FEOM

        Diam   Dir   G   N           M D  -1.50
                                          -2.00 +0.25 x 105 → 20/20
PUPILS: Ⓡ              T A 10                              20/20
        Ⓛ              Time: 435

                W N L
            Ⓡ      Ⓛ
                    Lids
                    Conj.
                    Cornea
                    A/C
                    Iris
                    Lens

Liberty004652

10/23/2015   11:13 Manchester Ophthalmology          (FAX)860 643 4901          P.010/027

NAME: _Haley Spears___ 25284_____  AGE: _26_ D/O/B: **REDACTED**

HOME PHONE: _668-28.1___ WORK PHONE: _____  EME1 ~~~~ #.

REFERRED BY: _____

CHIEF COMPLAINT: _PH c/o ٥ va CS ⊕ FB sensation OS__

EYE HX: _____

_____

_____

_____

DATE: ___1-27-04___   Pt interested in contacts.

MEDICAL HX:   ☐ See Attached Sheet
              ☐ No Interval Change From:
              ☐ Interval Change:

F.H.   DM / CAT / GL / Retina
              Pt forgot glasses today
GLASSES:   O. D. copy of script:   OD -1.00 sph →
           O. S.                   OS -1.25 +0.50 × 185

VISION:   ☐ Good, ↓ D / ↓ N,   Drive Y / N / DAY,   CRT Y / N

20/60-1   P.H. 20/00-1      J |+  Amsler ☒ NL
   /70-1        /05+1       J |   Conf. VF ☒ NL
   SC                          Color ☒ NL

EXTERNAL:   ☐ NL

MOTILITY:   ☑ Ortho c̄ FEOM

              Diam   Dir   G   N
       Ⓡ      ⅄      z.    0
PUPILS:
       Ⓛ     ⅃·      z     0

              W N L
         Ⓡ        Ⓛ
                     Lids
                     Conj.
                     Cornea
                     A/C
                     Iris
                     Lens

NAME                          M/F
    JAN/27/2004    4:36 PM
VD=13.75mm
⟨R⟩      S        C        A
      - 1.50  +0.25    142   9
      - 1.75  +0.25    136   9
      - 1.75  +0.25    138   9
      - 1.75  +0.25    148   9
      ⟨- 1.75  +0.25    138⟩
        mm        D      deg
⟨R1    8.07  41.75     47⟩
⟨R2    7.93  42.50    137⟩
⟨AVE   8.00  42.25       ⟩
⟨CYL          +0.75    137⟩
⟨L⟩      S        C        A
      - 2.00  +0.50    100   9
      - 1.75  +0.50     99   9
      - 1.75  +0.25     99   9
      - 1.75  +0.50     94   9
      ⟨- 1.75  +0.50     99⟩
        mm        D      deg
⟨R1    7.74  43.50     69⟩
⟨R2    7.40  45.00    1E0⟩

ALLERGY:

EYE MEDS:

Ta 13   M D -1.75   ⊙ α) ̄          20/2.0
Ta 13                              20/2.0
Time: 4°F

Liberty004653

10/23/2015     11:13 Manchester Ophthalmology                    (FAX)860 643 4901        P.011/027

floaters x 1hr ("to minutes) ; not consistent w/PE

**Name** _Hailey Spears_                                    **Date** _4/28/13_
Neurologic/Psychiatric) Oriented: (Time / Place / Person     Mood/Affect (Normal) / Depressed / Anxious
**VISION**
Distance: (OD) SC____ CC 20 C PH____        (OS) SC____ CC 20 C PH____
Near:    (OD) SC____ CC____               (OS) SC____ CC____
Refraction: (M)____

XT____  W OD____                     VF's to confrontation____
ET____     OS____                    Extra Ocular Movements(EOM's)____
ORTHO____

**COLOR PLATES**          **SCHIRMER TEST**       **STEREOPSIS**
OD   16                   OD                      Fly____        Circles    19
OS   16                   OS                      Animals   13

|  OD  |  OS  |
|------|------|

**LLL/Adnexae** — WNL / WNL
**C/S** — WNL / lymphangiectasia nasally / WNL
**CORNEA** — WNL / WNL
**AC (Anterior Chamber)** — Deep / Deep
**I/P (Iris/Pupil)** — Dilated / Dilated
**LENS** — Clear / Clear
**TAP** — 12 Dil. Undil. / 12 Dil. Undil. Time: 1:25
**FUNDUS/ON** WNL — (Cup/Disc Ratio) 90D D.O. 78D
**FUNDUS** VIT / **FUNDUS** VIT
**GONIO**
**ON**

**IMPRESSION: RX**
1. Myopia ___
2. lymphangiectasia ___
3.
4.

**PLAN:** Pt ed ___

**COUNSELING/Discussion of Findings With Patient:** ____

Liberty004654

10/23/2015    11:14 Manchester Ophthalmology                    (FAX)860 643 4901                    P.012/027

Name _Hailey Spears_                                      Date _2/14/13_
**Neurolock/Psychiatric:** Oriented: Time / Place / Person       Mood/Affect: Normal / Depressed / Anxious
**VISION**
Distance: (OD) SC _____ CC _cd20_ c̄ PH _____    (OS) SC _____ CC _cd20_ c̄ PH _____
Near:    (OD) SC _____ CC _____              (OS) SC _____ CC _____
Refraction: (M) _____

XT _____    W OD _____                    VF's to confrontation _FTFC/CW_
ET _____    OS _−178_                      Extra Ocular Movements(EOM's) _____
ORTHO _CW_

| **COLOR PLATES** | | **SCHIRMER TEST** | | **STEREOPSIS** | | | |
|---|---|---|---|---|---|---|---|
| OD | /6 | OD | | Fly | | Circles | /9 |
| OS | /6 | OS | | Animals | /3 | | |

| **OD** | | **OS** | |
|---|---|---|---|

**LLL/Adnexae** _(Lid/Lacrimal/Lashes/Lymph Nodes/Orbit)_        WNL        WNL

**C/S** _(Conj/Sclera)_                                            WNL        WNL

**CORNEA**  ( )  Arcus senilis   APK          ( )  Arcus senilis
                Guttata        Strom             Guttata

| | SPH | − 1.25 |
|---|---|---|
| | CYL | + 0.00 |
| | AXS | 0 |
| LEFT | | |
| | SPH | − 1.75 |
| | CYL | − 0.50 |
| | AXS | 1 |
| | PD | 60.0 |
| | RPD | 30.0 |
| | LPD | 30.0 |

NIDEK LM-990A

**AC** _(Anterior Chamber)_  Deep  Clear  Narrow  Flare          Deep  Clear

**I/P (Iris/Pupil)**  RAPD + −    Dilated          **I/P (Iris/Pupil)**  RATIO :
RRRL + −                                          RRRL :

**LENS**  Clear   NSC   PSC                    **LENS**  Clear

**TAP**  _IO_   Dil.  Undil.                   **TAP**  _IO_  Dil.  Undil.  Time: _2:30_

**FUNDUS/ON**  WNL   REPORT ☐                 **FUNDUS/ON**  WNL   REPORT ☐
(Cup/Disc Ratio) 90D  D.O. 78D               (Cup/Disc Ratio) 90D  D.O. 78D
Disc                Nerve Fiber Layer         Disc                Nerve Fiber Layer
Vessels                                       Vessels
Macula       Hemorrhage/Exudate              Macula       Hemorrhage/Exudate

**FUNDUS**  IND c̄ DBFRRS CL    **VIT**        **FUNDUS**  IND c̄ DBFRRS CL    **VIT**
              2H0  2R0                                       2H0  2R0
              7R0  7M0                                       7R0  7M0

**GONIO**                                      **GONIO**

**ON**  ( )                                    **ON**

**IMPRESSION: DX**                             **DATA REVIEWED**
1. _____
2. _nearsighted_ _____
3. _____
4. _____
**PLAN:** _____

**COUNSELING/Discussion of Findings With Patient:** _____

Liberty004655

10/23/2015    11:14 Manchester Ophthalmology                    (FAX)860 643 4901                    P.013/027

Name _Haley Spears_                                    Date _1/29/11_

Neurologic/Psychiatric ( Oriented: Time / Place / Person )    Mood/Affect: ( Normal ) Depressed / Anxious

## VISION

Distance: (OD) SC ____ CC _20_ C̄ PH ____    (OS) SC ____ CC _20_ C̄ PH ____
Near:     (OD) SC ____ CC ____              (OS) SC ____ CC ____
Refraction: (M) ____

XT ____        W  OD ____        VF's to confrontation ____
ET ____           OS ____        Extra Ocular Movements (EOM's) ____
ORTHO ____

## COLOR PLATES          ## SCHIRMER TEST        ## STEREOPSIS
OD  _16_  14/14          OD ____                Fly ____        Circles _19_
OS  _16_  14/14          OS ____                Animals _13_

|  | OD | OS |  |
|---|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) | WNL | | WNL |
| **C/S** (Conj/Sclera) | WNL | | WNL |
| **CORNEA** | Tear Film / WNL / Arcus / Pallis / EKC / Guttata / Strum | Tear Film / WNL / Arcus / Pallis / EKC / Guttata / Strum | WNL |
| **AC** (Anterior Chamber) | Deep / Clear / Narrow / Cell / Flare | Deep / Clear / Narrow / Cell / Flare | |
| **I/P (Iris/Pupil)** | RAPD + / PERRL + / Dilated | RAPD + / PERRL + / Dilated | |
| **LENS** | Clear  NSC  PSC | Clear  NSC  PSC | |
| **TAP** | Dil: / Undil | Dil: ( Undil )  Time: 1:45 | |

**FUNDUS/ON**  REPORT ☐
(Cup/Disc Ratio) 90D  D.O.  78D
Disc ____    Nerve Fiber Layer ____
Vessels ____
Macula ____   Hemorrhages/Exudates ____

**FUNDUS/ON**  WNL  REPORT ☐
(Cup/Disc Ratio) 90D  D.O.  78D
Disc ____    Nerve Fiber Layer ____
Vessels ____
Macula ____   Hemorrhages/Exudates ____

**FUNDUS**   VIT
IND. C̄ DEPRES CL
GONIO
ON

**FUNDUS**   VIT
IND. C̄ DEPRES CL
GONIO
ON

## IMPRESSION: DX                    DATA REVIEWED
1. ____
2. ____
3. ____
4. ____

PLAN: ____

COUNSELING/Discussion of Findings With Patient: ____

Liberty004656

10/23/2015    11:15 Manchester Ophthalmology          (FAX)860 643 4901          P.014/027

CONTINUATION

REDACTED

NAME *Haley A. Spears*                                            25284

ADDRESS                                                          DATE

08-04-10

                                  **Appointment Status**

                         Date: 08-04-10

9-27-10  Pt called  a CXD today      Patient Name: *Haley A. Spears*
       VF due to chronic illness-(su)   Account # 25284
                      ☒ No Show   2100  10-2 VF Only
                      ☐ Cancel
                      ☐ Rescheduled to_____

7-28-11  Pt cx flu appt. no longer on     Taken by: JCO
     Plaquinil. Resch for  8/4  to ck
    for convergence   per

               **Appointment Status**
       Date: 08-04-11
       Patient Name: *Haley A. Spears*
       Account # 25284
       ☒ No Show   ? Convergence
       ☐ Cancel
       ☐ Rescheduled to_____

       Taken by: JCO

  2/17/14  pt called. Resch for
  2/17/14  to  3/3/14

           **Appointment Status**
      Date: 3/3/14
      Patient Name: *Haley Spears*
      Account # 25284
       ☐ No Show
       ☒ Cancel
       ☐ Rescheduled to_____
            illness
      Taken by:_____ bh

  3-20-15
  1 yr  cee  NJ

Liberty004657

10/23/2015    11:15 Manchester Ophthalmology          (FAX)860 643 4901                P.015/027

had complete exam in 2/10

Name _Haley Spears_                                      Date _7/28/10_

**Neurologic/Psychiatric**   Oriented: Time / Place / Person       Mood/Affect: Normal / Depressed / Anxious
**VISION**
Distance: (OD) S̄C ____  C̄C 20 ____ C̄ PH ____      (OS) S̄C ____  C̄C 20 ____ C̄ PH ____
Near: (OD) S̄C ____  C̄C ____                         (OS) S̄C ____  C̄C ____
Refraction: (M)

XT ____  W on ____                    VF's to confrontation: ____
ET ____        OS ____                Extra Ocular Movements(EOM's) ____
ORTHO ____

**COLOR PLATES**           **SCHIRMER TEST**        **STEREOPSIS**
OD    16  (4)(4)           OD                       Fly ____           Circles   19
OS    16  (4)(4)           OS                       Animals   13

|  | OD |  | OS |  |
|---|---|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) |  | WNL |  | WNL |
| **C/S** (Conj/Sclera) |  | WNL |  | WNL |
| **CORNEA** | Tear film / Arcus senilis / Guttata / Stroma | BFK | Tear film / Arcus senilis / Guttata / Stroma | BFK |
| **AC** (Anterior Chamber) | Deep / Clear / Narrow / Cell / Flare | | Deep / Clear / Narrow / Cell / Flare | |
| **I/P (Iris/Pupil)** | RAPD + / PERRL + | Dilated | RAPD + / PERRL + | Dilated |
| **LENS** | Clear / NSC / PSC | | Clear / NSC / PSC | |
| **TAP** | 12  Dil. / Undil. | | 12  Dil. / Undil.  Time: 3:30 |  |
| **FUNDUS/ON** | WNL  REPORT ☐ (Cup/Disc Ratio) .90D D.O. 78D  Disc / Nerve Fiber Layer / Vessels / Macula  Hemorrhages/Exudates | | WNL  REPORT ☐ (Cup/Disc Ratio) .90D D.O. 78D  Disc / Nerve Fiber Layer / Vessels / Macula  Hemorrhages/Exudates | |
| **FUNDUS** IND. C̄ DEPRES CL. 20D/75D / 28D/90D   **VIT** | | | **FUNDUS** IND. C̄ DEPRES CL. 20D/75D / 28D/90D   **VIT** | |
| **GONIO** | | | **GONIO** | |
| **ON** | | | **ON** | |

**IMPRESSION: DX** ____                              **DATA REVIEWED**
1) ____
2) ____
3) ____
4) ____

PLAN: ____

COUNSELING/Discussion of Findings With Patient: ____

Liberty004658

Name _Haley Spears_                                    Date _2/26/08_

**Neurologic/Psychiatric** Oriented: Time / Place / Person    Mood/Affect: Normal / Depressed / Anxious

**VISION**

Distance: (OD) SC____ CC_30/30 C PH____    (OS) SC____ CC 20/30 C PH____
Near:     (OD) SC____ CC -30/36              (OS) SC____ CC 20/40
Refraction: (M)

XT____   W OD____                      VF's to confrontation ____
ET____   OS____                        Extra Ocular Movements(EOM's) ____
ORTHO ____

**COLOR PLATES**        **SCHIRMER TEST**      **STEREOPSIS**
OD  /6                  OD                     Fly ____        Circles ____ /9
OS  /6                  OS                     Animals ____ /3

| OD | | OS | |
|---|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) | WNL | | WNL |
| **C/S** (Conj/Sclera) | WNL | | WNL |
| **CORNEA** Tear film WNL / Arcus senilis SPK / Guttata Stroma | WNL | Tear film WNL / Arcus senilis SPK / Guttata Stroma | WNL |
| **AC** (Anterior Chamber) Deep Clear Narrow / CWI Flare | | Deep Clear Narrow / Cell Flare | |
| **I/P (Iris/Pupil)** RAPD / PERRL | Dilated | **I/P (Iris/Pupil)** RAPD / PERRL | Dilated |
| | | **LENS** Clear NSC PSC | |
| **TAP** | d. | **TAP** /6 Dil. UndIl. Time: | |
| | | **FUNDUS/ON** WNL REPORT (Cup/Disc Ratio) 90D D.O. 78D / Disc Nerve Fiber Layer / Vessels / Macula Hemorrhage/Exudate | |
| | bil / A | **FUNDUS** VIT IND. C DEGREE CL. 90D 20D 78D MD **GONIO** **ON** -3 | |

5/29

Preevision  base curve diameter 14.0  power -750 / -125

**IMPRESSION: DX** ____               **DATA REVIEWED**
1. ____ cyl
2.
3.
4.

PLAN: ____ RR  -1.50    pveview 87/76:0
                -1.7L

COUNSELING/Discussion of Findings With Patient: -1.50
                           -1.50 x 80 x 1.75   glasses
                           1 Aik decreed   PW 2y

10/23/2015    11:16 Manchester Ophthalmology                    (FAX)860 643 4901              P.017/027

3/10/05  CL  _____  8:60 /14.2  -1.75 m

(R) 20/30  coating _____
   20/30       _____

                    Final pt.

1/29/07  ref

                 WL  -1.50
                     + 75

                  (2 days)

```
NAME
    JAN/29/2007   2:28 PM        M/F
VD=13.75mm
<R>    S      C      A
     -1.00  -0.50   22    9
     -1.00  -0.75   20    9
     -1.00  -0.75   25    9
     -1.00  -0.75   21    9
    (-1.00  -0.75   21)
        mm      D     deg
<R1>  8.08  41.75   27>
<R2>  7.94  42.50  117>
<AVE> 8.01  42.25
<CYL>       -0.75   27>
<L>    S      C      A
     -1.25  -0.75  176    9
     -1.25  -1.00  173    9
     -1.25  -0.75  170    9
     -1.25  -0.75  173    9
    (-1.25  -0.75  173)
        mm      D     deg
<R1>  8.10  41.75  171>
<R2>  7.92  42.50  171>
<AVE> 8.01  42.25
<CYL>       -0.75  171>
PD 64
    MARCO      ARK-700A
```

2/22/07  CL deep  _____  87/140
                    -150
   20/20          _____ -178
   20/20

1/1/1

3/9/07  CL _____

   20/20
   20/20

   Final.

2/12/08        Failed Appointment
           Date: 2/12/08
           Patient Name: Haley Spears
           Account # 252 84
           ☐ No Show
           ☑ Cancel    WCB TO RS
           ☐ Rescheduled to
              pt is ill - (REF)

           Taken by: CN

2/28/08  20/  ref
    6/34/  not called  _____ from 6/4/10 to
    7/1/10
    (1)

Liberty004660

10/23/2015    11:16 Manchester Ophthalmology                    (FAX)860 643 4901              P.018/027

Name _____          Date _____
Neurologic/Psychiatric  Oriented: Time / Place / Person    Mood/Affect: Normal / Depressed / Anxious

**VISION**
Distance: (OD)  S̄C_____  C̄C_____  C̄ PH_____    (OS) S̄C_____  C̄C_____  C̄ PH_____
Near:     (OD)  S̄C_____  C̄C_____                  (OS) S̄C_____  C̄C_____
Refraction: (M)_____

XT_____   W OD_____                VF's to confrontation_____
ET_____     OS_____                Extra Ocular Movements(EOM's)_____
ORTHO_____

**COLOR PLATES**        **SCHIRMER TEST**        **STEREOPSIS**
OD    /6              OD                    Fly                          Circles        /9
OS    /6              OS                    Animals         /3

|  | **OD** | **OS** |
|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) | WNL | WNL |
| **C/S** (Cap/Sclera) | WNL | WNL |
| **CORNEA** Tear Film  WNL  Arcus senilis  SPK  Guttata  Stroma | WNL | Tear Film  WNL  Arcus senilis  SPK  Guttata  Stroma  WNL |
| **AC** (Anterior Chamber) Deep  Clear  Narrow  Cell  Flare | | Deep  Clear  Narrow  Cell  Flare |
| **I/P (Iris/Pupil)** RAPD  +  PERRL  + | Dilated | **I/P (Iris/Pupil)** RAPD  PERRL  Dilated |
| **LENS** Clear  NSC  PSC | | **LENS** Clear  NSC  PSC |
| **TAP** | Dil.  Undil. | **TAP**  Dil.  Undil.  Time: |
| **FUNDUS/ON** WNL  REPORT ☐ (Cup/Disc Ratio) 90D  D.O.  78D  Disc  Nerve Fiber Layer  Vessels  Macula  Hemorrhage/Exudates | | **FUNDUS/ON** WNL  REPORT ☐ (Cup/Disc Ratio) 90D  D.O.  78D  Disc  Nerve Fiber Layer  Vessels  Macula  Hemorrhage/Exudates |
| **FUNDUS** IND. C̄ DEPRES CL  VIT  20D  28D  78D  90D  **GONIO**  **ON** | | **FUNDUS** IND. C̄ DEPRES CL  VIT  20D  28D  78D  90D  **GONIO**  **ON** |

**IMPRESSION: DX**                                    **DATA REVIEWED**
1.
2.
3.
4.

PLAN: _____

COUNSELING/Discussion of Findings With Patient: _____

Liberty004661

10/23/2015   11:17 Manchester Ophthalmology          (FAX)860 643 4901          P.019/027

*acute conj.*

Name Hailey Spears          Date 1/29/017

Neurologic/Psychiatric   Oriented: Time / Place / Person          Mood/Affect: Normal / Depressed / Anxious

**VISION**

Distance: (OD) SC ___ C 20/20 C PH ___          (OS) SC ___ C 20/20 C PH ___
Near:     (OD) SC 20/25 CC ___                   (OS) SC 20/25 CC ___
Refraction: (M) ___

XT ___        W  OD ___                          VF's to confrontation ___
ET ___           OS ___                          Extra Ocular Movements(EOM's) ___
ORTHO ___

| **COLOR PLATES** | | **SCHIRMER TEST** | **STEREOPSIS** | | |
|---|---|---|---|---|---|
| OD | /6 | OD | Fly | Circles | /9 |
| OS | /6 | OS | Animals | /3 | |

| **OD** | **OS** | |
|---|---|---|

*(right column instrument readout)*

| | SPH | − 1.50 |
|---|---|---|
| | CYL | + 0.00 |
| | AXS | 0 |
| LEFT | | |
| | SPH | − 1.75 |
| | CYL | − 0.25 |
| | AXS | 10 |

NIDEK LM-990A

**LLL/Adnexae** *(Lid/Lacrimals/Lashes/Lymph Nodes/Orbit)*          WNL

**C/S** *(Conj/Sclera)*          2+ inj flap          WNL

**CORNEA**   Tear film WNL   Arcus senilis  SPK  Guttata  Stromal          WNL
             Tear film WNL   Arcus senilis  SPK  Guttata  Stromal

**AC** *(Anterior Chamber)*   Deep  Clear  Narrow  Cell  Flare          Deep  Clear  Narrow  Cell  Flare

**I/P (Iris/Pupil)**   RAPD  PERRL          Dilated          RAPD  PERRL          Dilated

**LENS**   Clear  NSC  PSC          **LENS**   Clear  NSC  PSC

**TAP** /8   Dil.  Undil.          **TAP** /8   Dil.  Undil.   Time: 7

**FUNDUS/ON** WNL   REPORT ☑          **FUNDUS/ON** WNL   REPORT ☑
(Cup/Disc Ratio) 90D  D.O. 78D          (Cup/Disc Ratio) 90D  D.O. 78D
Disc ___  Nerve Fiber Layer ___          Disc ___  Nerve Fiber Layer ___
Vessels ___                              Vessels ___
Macula ___  Hemorrhages/Exudates         Macula ___  Hemorrhages/Exudates

**FUNDUS**   VIT          **FUNDUS**   VIT
IND. C DEPRES CL          IND. C DEPRES CL
24D  28D                  26D  28D
78D  90D                  78D  90D
GONIO                     GONIO

ON  0.3          ON  0.3

**IMPRESSION: DX**          **DATA REVIEWED**
1. ___
2. ___
3. ___
4. ___

**PLAN:** ___

**COUNSELING/Discussion of Findings With Patient:** ___

Liberty004662



*ou ß/2009*   *1st VF dwas done*

THREE IN ONE                                                EYE: RIGHT

NAME: SPEARS,HALEY                                          DOB: REDACTED
ID: 25284

MACULA THRESHOLD

FIXATION MONITOR: GAZE/BLIND SPOT        STIMULUS: III, RED        PUPIL DIAMETER:        DATE: 02-02-2009
FIXATION TARGET: CENTRAL                 BACKGROUND: 31.5 ASB      VISUAL ACUITY:         TIME: 3:15 PM
FIXATION LOSSES: 1/11                    STRATEGY: FULL THRESHOLD  RX: +0.00 DS   DC X    AGE: 31
FALSE POS ERRORS: 0/5
FALSE NEG ERRORS: 0/5
TEST DURATION: 05:23

FOVEA: OFF

THRESHOLD GRAYTONE

DEFECT DEPTH (DB)                                   THRESHOLD (DB)

WITHIN 4 DB OF EXPECTED
CENTRAL REFERENCE: 27 DB

Liberty004663

10/23/2015    11:17 Manchester Ophthalmology                    (FAX)860 643 4901              P.021/027



Liberty004664

© 2005 CARL ZEISS MEDITEC

10/23/2015    11:17 Manchester Ophthalmology                    (FAX)860 643 4901              P.022/027

*+1.00 over CL's/sm*

THREE IN ONE                                               EYE: RIGHT

NAME: SPEARS,HALEY                          DOB: REDACTED
ID: 25284

CENTRAL 10-2 THRESHOLD TEST

| | | |
|---|---|---|
| FIXATION MONITOR: GAZE/BLIND SPOT | STIMULUS: III, WHITE | PUPIL DIAMETER: 3.0 MM | DATE: 01-28-2011 |
| FIXATION TARGET: CENTRAL | BACKGROUND: 31.5 ASB | VISUAL ACUITY: | TIME: 11:38 AM |
| FIXATION LOSSES: 5/16 XX | STRATEGY: SITA-STANDARD | RX: +1.00 DS   DC X | AGE: 33 |
| FALSE POS ERRORS: 16 % XX | | |
| FALSE NEG ERRORS: 3 % | | |
| TEST DURATION: 07:18 | | |

FOVEA: OFF

THRESHOLD GRAYTONE



DEFECT DEPTH (DB)

THRESHOLD (DB)

584                    31    30                        527

35    34    34    31    31    29

34    33    34    32    31    32    30    34

34    33    31    33    31    31    31    30

31    35    34    33    31    31    32    30    31
33    32    32    32    33    33    34    34    33

36    29    33    32    34    33    31    33

30    31    32    33    33    32    31    32

30    34    32    33    31    34

532                    32    33                        537

o = WITHIN 4 DB OF EXPECTED
CENTRAL REFERENCE: 34 DB

© 2005 CARL ZEISS MEDITEC
Liberty004665

10/23/2015    11:17 Manchester Ophthalmology                    (FAX)860 643 4901              P.023/027



SINGLE FIELD ANALYSIS                                                              EYE: RIGHT

NAME: SPEARS,HALEY                                                                 DOB: REDACTED

ID: 25284

CENTRAL 10-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT        STIMULUS: III, WHITE          PUPIL DIAMETER: 3.0 MM        DATE: 01-28-2011
FIXATION TARGET: CENTRAL                 BACKGROUND: 31.5 ASB          VISUAL ACUITY:                TIME: 11:33 AM
FIXATION LOSSES: 5/16 XX                 STRATEGY: SITA-STANDARD       RX: +1.00 DS    DC  X         AGE: 33
FALSE POS ERRORS: 18 % XX
FALSE NEG ERRORS:  3 %
TEST DURATION: 07:10

FOVEA: OFF

+++ EXCESSIVE HIGH FALSE POSITIVES +++

MD    -1.48 DB
PSD    1.85 DB  P ( 5%

TOTAL                          PATTERN
DEVIATION                      DEVIATION

:: ( 5%
:: ( 2%
:: ( 1%

© 2005 CARL ZEISS MEDITEC
HFA II 740:3789-14.0/14.0
Liberty004666

10/23/2015   11:17 Manchester Ophthalmology                    (FAX)860 643 4901

OVERVIEW                                                    EYE: RIGHT
NAME: SPEARS,HALEY                                          DOB: REDACTED
ID: 25284
CENTRAL 10-2 THRESHOLD TEST

| THRESHOLD GRAYTONE | THRESHOLD (DB) | TOTAL DEVIATION | PATTERN DEVIATION |
|---|---|---|---|

01-28-2011   SITA-STANDARD                            *** EXCESSIVE HIGH FALSE POSITIVES ***        3.0 MM

```
                           31  30
                    35  34  31  31  29
                 34  33  34  32  31  32  30  34
                 34  32  31  33  31  31  31  30
              31  35  34  33  33  31  31  32  30  31
                 36  29  33  32  34  33  31  33
                 30  31  32  33  33  32  31  32
                    36  34  32  33  31  34
                           32  33
```

FOVER: OFF            FL: 5/16 XX              FN:  3 %              FP: 16 % XX
MD: -1.40 DB          PSD: 1.85 DB P < 5%

:: < 5%
⚃ < 2%
⚫ < 1%

© 2005 CARL ZEISS MEDITEC
NFO II 740-2700 14 0                    Liberty004667

10/23/2015   11:18 Manchester Ophthalmology   (FAX)860 643 4901   P.025/027

THREE IN ONE

EYE: LEFT

NAME: SPEARS,HALEY

DOB: REDACTED

ID: 25284

CENTRAL 10-2 THRESHOLD TEST

| | | |
|---|---|---|
| FIXATION MONITOR: GAZE/BLIND SPOT | STIMULUS: III, WHITE | PUPIL DIAMETER: 3.0 MM |
| FIXATION TARGET: CENTRAL | BACKGROUND: 31.5 ASB | VISUAL ACUITY: |
| FIXATION LOSSES: 2/16 | STRATEGY: SITA-STANDARD | RX: +1.00 DS    DC X |
| FALSE POS ERRORS:   0 % | | |
| FALSE NEG ERRORS:   2 % | | |
| TEST DURATION: 06:44 | | |

DATE: 01-28-2011
TIME: 11:49 AM
AGE: 33

FOVEA: OFF

THRESHOLD GRAYTONE



DEFECT DEPTH (DB)

THRESHOLD (DB)

0 = WITHIN 4 DB OF EXPECTED

CENTRAL REFERENCE: 34 DB



© 2005 CARL ZEISS MEDITEC
HFA II 740-3780-14.0/14.0

Liberty004668

SINGLE FIELD ANALYSIS

NAME: SPEARS,HALEY                                    EYE: LEFT
ID: 25284                                             DOB: REDACTED

CENTRAL 10-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT     STIMULUS: III, WHITE        PUPIL DIAMETER: 3.8 MM       DATE: 01-28-2011
FIXATION TARGET: CENTRAL              BACKGROUND: 31.5 ASB        VISUAL ACUITY:               TIME: 11:49 AM
FIXATION LOSSES: 2/18                 STRATEGY: SITA-STANDARD     RX: +1.00 DS    DC X         AGE: 33
FALSE POS ERRORS:  6 %
FALSE NEG ERRORS:  2 %
TEST DURATION: 06:44

FOVEA: OFF

```
                    28  32
                28  28  32 | 31  28  28
            31  32  31  32 | 34  31  28  32
            32  32  33  33 | 31  31  32  35
    10  28  32  31  32  34 | 32  32  32  33  31         10
        33  31  32  31  32 | 30  32  30  30  32
            33  32  32  32 | 33  32  29  30
            32  30  32  33 | 32  33  30  32
                24  29  31 | 31  30  30
                    31 | 33
```

```
              -4 | 0                        -3 | 1
         -4 -3 -1 |-2 -5 -5                -3 -2  0 |-1 -4 -4
      -2 -1 -2 -2 | 0 -2 -5 -1            -1  0 -1 -1 | 1 -1 -4  0
      -1 -2 -1 -1 |-4 -3 -2  2             0 -1  0  0 |-3 -2 -1  3
   -3 -2 -4 -3 -2 |-3 -3 -2  0 -2      -4 -1 -3 -2  0 |-2 -2 -2  1 -1
    0 -1 -4 -3 -2 |-3 -3 -4 -4 -2       1  0 -3 -2 -1 |-4 -2 -3 -3  0
      -1 -3 -3 -3 |-2 -2 -6 -4           0 -2 -2 -2 |-1 -1 -5 -3
      -2 -4 -2 -1 |-2 -1 -4 -2          -1 -3 -1 -1 |-1  0 -3 -1
         -9 -5 -2 |-2 -3 -3                -8 -4 -1 |-1 -2 -2
              -1 | 0                           0 | 1
TOTAL                                  PATTERN
DEVIATION                              DEVIATION
```

```
                                                                  MD    -2.55 DB  P < 5%
                                                                  PSD    1.80 DB  P < 5%
```



```
TOTAL                                  PATTERN
DEVIATION                              DEVIATION
                                                    :: < 5%
                                                    ▨ < 2%
                                                    ▨ < 1%
```

© 2005 CARL ZEISS MEDITEC

HFA II 740-3789-14.0/14.0

OVERVIEW                                                    EYE: LEFT

NAME: SPEARS,HALEY                                          DOB: REDACTED
ID: 25284

CENTRAL 10-2 THRESHOLD TEST

THRESHOLD GRAYTONE          THRESHOLD (DB)          TOTAL DEVIATION          PATTERN DEVIATION

01-28-2011     SITA-STANDARD                                                          3.0 MM

```
                                28  32
                       28  29  32  31  28  28
                   31  32  31  32  34  31  28  32
                   32  32  33  33  31  31  32  35
               28  32  31  32  34  32  32  32  33  31
               33  33  31  32  33  30  32  30  30  32
                   33  32  32  32  33  32  29  30
                   32  30  30  33  32  33  30  32
                       24  29  31  31  30  30
                           31  33
```

FOVEA: OFF              FL: 2/16              FN: 2 %              FP: 6 %
MD: -2.55 DB P < 5%    PSD: 1.68 DB P < 5%

```
                   :: ( 5%
                   %% ( 2%
```

Liberty004670

Oct 23 2015 8:09AM    HP LASERJET FAX         6175762842              P.1

# Maddalo Chiropractic &
## D.O.T. Certification

### FACSIMILE TRANSMITTAL SHEET

TO: Nancy Winterer

COMPANY:

FAX NUMBER: 603-334-5708

PHONE NUMBER:

RE: Haley Speans

FROM: Dianne Winter

DATE: 10-23-15

TOTAL NO. OF PAGES INCLUDING COVER: 3

SENDER'S REFERENCE NUMBER:

YOUR REFERENCE NUMBER:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please notes "⟶" for change of name, as stated on phone message this morning. There is a nominal fee of $35.00 upon receipt our office will mail this information to you within 4 weeks.    Thank you.

HIPAA FACSIMILES: The personal health information contained herein is privileged and highly confidential. It is intended for the exclusive use of the person to whom it is addressed and is to be used only to aid the recipient in providing healthcare services to this patient. Any other use or disclosure is a violation of Federal Law (HIPAA) and will be reported.
ALL FACSIMILES: The information transmitted in this communication contains confidential information that is intended for the use of person named above. If you are not the addressed recipient, any disclosure, copying, distribution or action based on the content is strictly prohibited. Please notify our office at the number below to arrange the return of the original documents immediately.

257 Cambridge Street
Cambridge MA 02141
Ph 617-547-4444
Fax 617-576-2842

49 Mystic Avenue
Medford, MA 02155
781-393-0055
781-393-0057

14 McGrath Highway
Somerville, MA 02143
617-666-2447
617-666-2842

Liberty004671



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Candace Maddalo, Do

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Candace Maddalo:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004673

10/21/2015    16:15Sleep Medicine Associates LLC          (FAX)8604325622        P.UU1/U1U
LMO                      10/20/2015 3:47:26 PM  PAGE    3/005   Fax Server



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Richard Shoup, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Richard Shoup:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004674

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004675



**Liberty Mutual**

Company of Somers
Disability Claims
P.O. Box 503
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-800-284-0298

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____          S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____          DATE OF BIR _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to my insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic records.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Pact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management or claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

_____
Signature

REDACTED
Social security number

9/8/15
Date

Liberty004676

10/21/2015   16:16 Sleep Medicine Associates LLC                    (FAX)8604325622          P.004/070

Sleep Medicine Associates, LLC
Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
Navneanna Haveligi, MD, MPH
David R. Hatch, MD, FCCP

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Faxi (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service: 04/29/2011

CHIEF COMPLAINT: Haley Spears is here for a follow up visit because of difficulty sleeping.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She started waking at 1 or 1:30pm about 2 weeks, then went to about 12 to 12:30pm. She states that she then started going to bed much later. She would watch TV all night feeling unable to fall asleep.

Some afternoons she takes a 3 hour nap.

She has normally taken hydrocortisone upon awakening.

She has tried to take 3 consistent meals, but states that she cannot always meet that.

Continues occasional night sweats, after which she does not want to get out of bed.

There are no new medical problems since last visit.

She has seasonal significant nasal congestion; no cough, sputum, some wheeze,  no shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
        MEDICAL: Arthritis, Hashimoto thyroiditis, gastric ulcers,   CNS Lyme. Anxiety. On adrenal replacement.

CURRENT MEDICATION LIST:
        LEXAPRO ORAL TABLET 20 MG, EVERY DAY
SINGULAIR ORAL TABLET CHEWABLE 5 MG, EVERY DAY AT BEDTIME
ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
PREVACID ORAL PACK 15 MG, 2 Every Morning
AZITHROMYCIN ORAL, TABLET 500 MG, EVERY A.M.
CEFDINIR ORAL CAPSULE CONVENTIONAL, 300 MG, TWICE DAILY
COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
HYDROCORTISONE 20MG, EVERY DAY
LOW DOSE NALTREXONE, EVERY DAY
VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
        BIAXIN
ERYTHROMYCIN DERIVATIVES

PHYSICAL EXAM:
        VITALS:
                VITAL SIGNS:
                VS-PULSE: 68 Right Radial, Regular
                VS-BLOOD PRESSURE: 114/60 Right Arm Sitting
                VS-RESPIRATION: 16
                VS-HEIGHT: 5ft5.25in
                VS-WEIGHT: 126lbs8oz
        BMI: 20.89
EPWORTH TOTAL:12
                CONSTITUTIONAL:
                GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
                EARS, NOSE, MOUTH AND THROAT:
                EXTERNAL NOSE: External nose exam normal with no sores, lesions or masses.
        ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
                NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
        RESPIRATORY: Normal respiratory effort. Lungs are clear. There are no wheezes, rales or rhonchi. Breath and chest excursions are symmetrical.
                CARDIOVASCULAR:
                AUSCULTATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
        EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
                GASTROINTESTINAL:
                GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
                MUSCULOSKELETAL EXAM:
                HEAD AND NECK: Normal to inspection. No erythema, swelling, or tenderness.
                PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

ASSESSMENT:
                327.00-ORGANIC INSOMNIA UNSPECIFIED
                ASSESSMENT:  Generalized illness and body pain are likely contributors.

                327.10-ORGANIC HYPERSOMNIA UNSPECIFIED.
                ASSESSMENT:  May relate to irregular sleep and to chronic pain.

                327.23-OBSTRUCTIVE SLEEP APNEA
                ASSESSMENT:  AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore, AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

                327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
                ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally
sleep,  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
                We reviewed basic strategies for shifting the internal clock, including approaches that either advance or delay the internal clock in an effort to shift back to a more normal sleep schedule.

She will be referred to a sleep psychologist, who can work much more intensively with her in hopes of achieving greater success.

RETURN VISIT:   There is no need to schedule follow-up at this time.  I would be happy to see her in the future should the need arise.

Electronically Signed by: Richard Shoup, M.D. on Friday, April 29, 2011 at 05:20 pm

Liberty004677

10/21/2015   16:17 Sleep Medicine Associates LLC                    (FAX)8604325622                    P.005/070

Sleep Medicine Associates, LLC
Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
Navasuma Havaligi, MD, MPH
David R. Hatch, MD, FCCP

112 Spencer Street                          Phone (860) 432-5600
Manchester, CT 06040                        Fax: (860) 432-5622

PatientID: 03181R
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

CHIEF COMPLAINT: Haley Spears is here for a 5 week follow up visit.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She has tried keeping a regular wake up time, but states this has been really hard. She states she is often waking up between noon and 2pm, and her sleep diary sheets show 2:30pm as the most common time.

She reports having more consistency with her sleep compared to before. Her sleep diaries demonstrate a consistent sleep phase delay as a primary issue. She sleeps fairly soundly most nights, but has ongoing pain issues that interfere with sleep.

She has ongoing pain and some nights also has not been able to sleep.

She denies significant nasal congestion: cough, sputum, wheeze, shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
    MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.  CNS Lyme.  Anxiety.  About to start adrenal replacement.

CURRENT MEDICATION LIST:
    LEXAPRO ORAL TABLET 20 MG, EVERY DAY
    SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
    ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
    TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
    PREVACID ORAL PACK 15 MG, 2 Every Morning
    AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
    CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY
    COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
    HYDROCORTISONE 20MG, EVERY DAY
    LOW DOSE NALTREXONE, EVERY DAY
    VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
    BIAXIN
ERYTHROMYCIN DERIVATIVES

PHYSICAL EXAM:
    VITALS:
        VITAL SIGNS:
        VS-PULSE: 84 Right Radial, Regular
        VS-BLOOD PRESSURE: 124/62 Right Arm Sitting
        VS-RESPIRATION: 16
        VS-HEIGHT: 5ft.5.25in
        VS-WEIGHT: 125lbs8oz
        BMI: 20.72
    EPWORTH TOTAL: 16
        CONSTITUTIONAL:
        GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished, Affect is normal and positive, In no acute distress.
        EARS, NOSE, MOUTH AND THROAT:
        EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
    ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
        NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
    RESPIRATORY: Normal respiratory effort. Lungs are clear, There are no murmurs, rales or rhonchi. Breath and chest excursions are symmetrical.
        CARDIOVASCULAR:
        AUSCULTATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
    EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
        GASTROINTESTINAL:
        GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
        MUSCULOSKELETAL EXAM:
        DIGITS/NAILS: No clubbing or cyanosis.
    HEAD AND NECK: Normal to inspection. No erythema, swelling, or tenderness.
        PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

ASSESSMENT:
    327.00-ORGANIC INSOMNIA UNSPECIFIED
        ASSESSMENT:  Generalized illness and body pain are likely contributors.

    327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
        ASSESSMENT:  May relate to irregular sleep and to chronic pain.

    327.23-OBSTRUCTIVE SLEEP APNEA
        ASSESSMENT:  AHI = 6.5 (par non-Medicare hypopnea definition) and she did not snore. AHI was 0 per the Medicare hypopnea definition. Clinical relevance doubtful.

    327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
        ASSESSMENT:  A substantial issue. Her internal clock has no regularity.  She often sleeps at times when people are normally awake, and often awake at times people normally sleep. Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
    She should start trying to get up at 1 pm consistently as the next step in regulating her internal clock, to try advancing her sleep phase more slowly. She was unable to succeed with a larger change. She should obtain outdoor bright light for about 1/2 hour upon awakening. After 2 weeks of waking up successfully at 1pm, she can move the time back to noon. She can advance her sleep by 1 hour every 2 weeks, provided she is consistently waking up at the new time. She was given additional sleep diary sheets to help track her progress.

She was advised to take her hydrocortisone upon awakening, and to maintain this pattern as she works to move her sleep time gradually to earlier in the day.

She was instructed to start taking 3 meals a day and to time them to match her sleep pattern, such that breakfast should be daily within the first hour upon awakening, supper about 4 to 5 hours before going to bed at night, and lunch in the middle. This will help additionally to entrain her internal clock.

She was instructed to have dim lights for the last hour or so before bedtime to allow normal dim light melatonin onset. Included was the information to avoid even a computer screen during this time, as that is enough light to affect the internal sleep clock.

She should also establish and maintain a regular bedtime routine for about the last hour before going to sleep.

The possibility of melatonin before bed was discussed briefly, but deferred, as by far the major stimulus to reset the internal clock is light, and melatonin has been shown to add only a small amount of

Liberty004678

help. Currently she takes a lot of mediations and supplements,

Time with patient over 35 minutes with more than 30 minutes counseling time.

RETURN VISIT:    Patient instructed to return in 2 to 3 months.

Electronically Signed by: Richard Shoup, M.D, on Thursday, March 24, 2011 at 05:08 pm

Liberty004679

10/21/2015   16:18 Sleep Medicine Associates LLC          (FAX)8604325622          P.007/010

Sleep Medicine Associates, LLC
Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
Navaruma Havaligi, MD, MPH
David R. Hatch, MD, FCCP

112 Spencer Street          Phone (860) 432-5600
Manchester, CT 06040          Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED7

Date of Service: 02/17/2011

SLEEP MEDICINE CONSULTATION

REFERRED BY: Dr. Kristin Giannini

Dear Dr.Giannini,

Today I had the opportunity to evaluate your patient, Haley Spears, in Sleep Medicine consultation.

CHIEF COMPLAINT: Haley Spears is seen as a new patient. The patient complains of difficulty falling and staying asleep.

HISTORY:
       The patient has infrequent snoring from time to time. She sleeps alone. She has not been told she has breathing pauses in her sleep. She does not awaken with gasping sensations.

She reports daytime sleepiness. She often feels "exhausted" but cannot fall asleep. Other times she may fall asleep and sleep 12 hours. She reports occasional drowsiness with driving and denies having had a motor vehicle accident from drowsiness.

  The patient denies cataplexy. She has experience sleep paralysis in the past (at least 3 years ago). She does not walk in sleep, but does talk in sleep.

She denies restless legs syndrome symptoms.

She has drenching night sweats that may occur several nights a week for several weeks, and then these will go away for several weeks.

She has been on Ambien 10mg, Lunesta 3mg which have not helped. Melatonin has not helped, nor has Benadryl.

SLEEP STATUS:
       Typical bedtime is between 11pm to 8am. Her bedtime is so varied because she cannot fall asleep. Some nights she does not bother to go to bed because she is sure she will not be able to sleep. Other times she tosses and turns an hour or 2 and then gets out of bed.
  The patient usually sleeps on his/her sides and back.  Once asleep she normally sleeps from 7 to 14 hours. Some nights she sleep 3 hours and has had difficulty falling back to sleep.
  She states she has no sleep routine, and this in part is related to the fact that she is not working.

She sleeps in the daytime hours at least 3 or 4 days a week.  This depends on if she has doctor's appointments to get to.

She report having this irregular sleep pattern about 2 years. Before then she slept nightly for about 6 to 8 hours a night, and could fall asleep easily almost anywhere.  Her sleep changed when she developed migraine headaches and cognitive problems.  She eventually underwent a lumbar puncture that demonstrated evidence for CNS Lyme.  She states that multiple doctors have agreed that her symptoms have been consistent. She was treated on Rocephin for via a PIC line. She has also been on multiple courses of oral antibiotics.

She had a great deal pain when she was initially treated for CNS lyme.

She may sleep from 3 to 6 hours at a time for several days in a row, and then will sleep about 12 hours the next night.

She does not drink caffeinated beverages or take chocolate on a regular basis.

PAST MEDICAL HISTORY:
       MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.  CNS Lyme, Anxiety.  About to start adrenal replacement.
SURGICAL:  No previous surgery.

CURRENT MEDICATION LIST:
       LEXAPRO ORAL TABLET 20 MG, EVERY DAY
SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
PREVACID ORAL PACK 15 MG, 2 Every Morning
AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY

CURRENT ALLERGY LIST:
       BIAXIN
ERYTHROMYCIN DERIVATIVES

SOCIAL HISTORY:
       MARITAL STATUS: Single, Lives alone. No children.
TOBACCO USE: Has no smoking history.
ALCOHOL:  The patient consumes 1 beverage yearly.
Previously administrative assistant. On disability.

FAMILY HISTORY:
       FATHER: The father is living.  Troubles sleeping.
MOTHER: The mother is living.  No snoring with either parent.

REVIEW OF SYSTEMS:
       GENERAL:  Normal activity, no change in appetite.
EYES:  No discharge from the eyes, no dryness noted.
EARS/NOSE/MOUTH/THROAT:  No infections, drainage, or ear pain, no significant nasal congestion, stuffiness, dryness, discharge, blockage,.
RESPIRATORY:  No cough, no shortness of breath, no wheezing.  Coughs with eating or drinking.
CARDIAC:  No chest discomfort noted, no chest pain, denies chest pressure, sputum, no dyspnea on exertion, no edema, no orthopnea, no palpitations, no tachyarrhythmia.
GI:  No complaints of abdominal pain, no abdominal distention, no bloating, no change in bowel habits, no heartburn, no indigestion, no loss of appetite, no nausea, normal stools, no swallowing difficulties, no vomiting.
MUSCULOSKELETAL:  No joint complaints, no muscle complaints.  Various pains in  neck and back affect sleep. Has other pains that are variable.
NEUROLOGICAL:  No decrease in ability to concentrate, no headaches, no loss of consciousness, no memory loss, no complaints of muscle weakness, no seizures.  Seizures before treated for CNS Lyme.
PSYCHIATRIC:  No change in personality, no mood swings.
ENDOCRINE:  No history of excessive thirst or hunger, no history of excessive urination, no temperature intolerances, denies significant weight gain. denies significant weight loss.  Usually warmer than colder.
HEMATOLOGIC/LYMPHATIC:  There are no swollen, painful or tender lymph nodes.
ALLERGIC/IMMUNOLOGIC:  No allergic symptoms, no environmental of seasonal allergies, spring allergies, fall allergies,
Ten years ago she weighed about the same as now.

PHYSICAL EXAM:
       VITALS:

Liberty004680

VITAL SIGNS:
VS-PULSE: 80 Right Radial, Regular
VS-BLOOD PRESSURE: 132/88 Right Arm Sitting
VS-RESPIRATION: 16
VS-HEIGHT: 5ft5.25in
VS-WEIGHT: 120lbs6oz
BMI: 19.88
EPWORTH TOTAL:9-16
NECK CIRCUMFERENCE:  12 inches
CONSTITUTIONAL:
GENERAL APPEARANCE:  Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
HEAD/FACE:  Sinuses are not tender, red or swollen.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL EARS AND NOSE:  External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE:  No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and oropharynx.
NECK AND THYROID:  Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Clear to auscultation without wheezes, rales or rhonchi. Breath sounds are symmetrical. Percussion tones resonant and symmetrical. Chest excursions are symmetrical.
CARDIOVASCULAR:
PALPATION & AUSCULTATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities of the extremities.
GASTROINTESTINAL:
GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
MUSCULOSKELETAL EXAM:
DIGITS/NAILS: No clubbing or cyanosis.
HEAD AND NECK:  Normal to inspection and palpation. No erythema, swelling, or tenderness. Trachea midline.
SPINE/RIBS/PELVIS:  No kyphosis, lordosis, or tenderness.
NEUROLOGIC:
CRANIAL NERVES: CNs II-XII grossly intact, gait and station are normal. No evident muscle atrophy fasciculations or spasticity.
PSYCHIATRIC:  Oriented to person, place, time and general circumstances. Mood and affect appropriate, Able to give personal history.

LAB DATA: Polysomnogram demonstrates no OSA per Medicare standards and very mild OSA per non-Medicare hypopnea definition.  There were numerous PLMS.

ASSESSMENT:
327.23-OBSTRUCTIVE SLEEP APNEA
ASSESSMENT:  AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore. AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

327.00-ORGANIC INSOMNIA UNSPECIFIED
ASSESSMENT:  Generalized illness and body pain are likely contributors.

327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
ASSESSMENT:  May relate to irregular sleep and to chronic pain.

327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally sleep.  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
We discussed strategies for starting to bring stability to her internal clock.  She should start by picking a regular morning wake-up time and the sticking with it very strictly.  It was suggested this be between 6 and 9am.

She was instructed to obtain about 30 minutes of outdoor bright light each morning just after getting up for the day.

She was instructed to start taking her newly-prescribed Cortef (hydrocortisone) when she wakes up in the morning and not later in the day.

She should keep a sleep diary and bring it to her next visit.  This will document how she well she is able to keep a regular wake up time.  It will also help show how the rest of her sleep pattern begins to adjust to the new regular wake up point.  There will be no attempt to restrict afternoon napping at this point.

She was told that these steps are just the initial start in a process that may take a while.  It may make sense eventually for a trial of treating periodic limb movements.  At this time, however, she is about to start several new medications for other reasons, so PLM evaluation can wait.

Thank you for the opportunity to participate in the care of your patient. I plan to see Haley Spears in follow up in 3 weeks, and will keep you informed of your patient's progress.

Sincerely,

Richard M. Shoup, M.D.
Diplomate, American Board of Sleep Medicine

Electronically Signed by: Richard Shoup, M.D. on Thursday, February 17, 2011 at 05:16 pm

Liberty004681

10/21/2015   16:19 Sleep Medicine Associates LLC          (FAX)8604325622       P.009/010

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report

PATIENT: SPEARS,HALEY A                        MR#:  Z346259
ROOM#:                                         ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                          DOB:  REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.               SERVICE DATE:01/19/11
PROVIDER:          Havaligi,Navasuma            REPORT#: 0125-1134
PROVIDER TYPE:      MD
==================================================================================
REFERRING PHYSICIAN:
Dr.Saul

TEST PERFORMED:
Polysomnogram.

INDICATION:
A 33-year-old female with symptoms of insomnia and daytime sleepiness.

PAST MEDICAL HISTORY:
Lyme disease.

MEDICATIONS:
Azithromycin, Ultram, Lexapro, Prevacid, Asacol, adrenal support, selenium, iron
and fish oil.

ALLERGIES:
ERYTHROMYCIN.

SOCIAL HISTORY:
Not detailed.

PHYSICAL EXAMINATION:
GENERAL:  Height 65 inches, weight 120 pounds, BMI 20.  Blood pressure 122/82,
heart rate 66, respiratory rate 14, neck girth 13 inches.  Epworth sleepiness
score of 16.  CRANIOFACIAL AND OROPHARYNGEAL:  Exams are normal.  LUNG AND
CARDIOVASCULAR:  Exams were normal.  ABDOMEN, EXTREMITIES AND NEUROLOGIC:  Exams
were indicated as normal.

RESULTS:
The patient's usual lights out occurs between 11:00 p.m. to 1:00 a.m.  Study
lights out occurred at 11:16 p.m.  There was a prolonged sleep onset latency of
86 minutes.  The patient slept for 3.5 hours with a low sleep efficiency of 59%.
Sleep histogram revealed multiple brief awakenings.  Sleep stage analysis
revealed an increased percentage of stage N1 sleep at 20%, normal percentages of
stages N2 and N3 sleep, and no stage R sleep.  The arousal index was elevated at
47 per hour and wake after sleep onset was prolonged at 64 minutes.  The patient
slept mostly on her sides and very briefly supine.  In her post sleep
questionnaire, she reported sleeping slightly worse than average and feeling
slightly better than average.  She felt she had obtained 2 to 3 hours of sleep.

RESPIRATORY EVENTS:
When scored using Medicare guidelines, no respiratory events were scored.  When
scored using the alternate definition for hypopnea by the AASM, the respiratory
disturbance index was mildly elevated at 7 events per hour.  The AHI was much

Eastern Connecticut Health Network,Inc (PCI:OE database ECHN)

Run: 01/26/11-13:02 by Havaligi,Navasuma                          Page 1 of 2

Liberty004682

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report

PATIENT: SPEARS,HALEY A                          MR#:  Z346259
ROOM#:                                           ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                           DOB:  REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.                SERVICE DATE:01/19/11
PROVIDER:            Havaligi,Navasuma           REPORT#:  0125-1134
PROVIDER TYPE:       MD
===============================================================================
higher during supine sleep at 60 events per hour; however, she obtained only 4
minutes of supine sleep.  Oxygen saturations remained above 89% for 95% of the
night, with a nadir of 93% in association with respiratory events.  The
respiratory events observed were predominantly obstructive hypopnea.  No
snoring was observed.

CARDIAC EVENTS:
EKG revealed normal sinus rhythm.

EMG:
Periodic limb movement index was 48 per hour and the PLM arousal index was 16
per hour.  No REM sleep was observed during the study.

IMPRESSION:
1.  Periodic limb movement disorder (ICD-9 327.51).
2.  Sleep onset and sleep maintenance insomnia (ICD-9 780.52)
3.  No snoring or obstructive sleep apnea observed by Medicare guidelines.  Mild
obstructive sleep apnea observed by consensus criteria.

Navasuma Havaligi MD

NH / de
DD:  01/25/2011 13:54:48      DT:  01/25/2011 15:04:58
Document:11309180
Voice Job Number: §80358

CC: Kristin Giannini MD
CC: Zane Saul MD


Dictating: Havaligi,Navasuma

Date signed:  01/26/11

Time signed:  1302
                                _____
                                Signature on File

Report is considered draft until signed, signified by completion of date and time stamp
above.

Liberty004683

**Yale** SCHOOL OF MEDICINE                    ▼▼ YALE-NEW HAVEN HOSPITAL

ROBERT UDELSMAN, MD,
MBA, FACS, FACE

*William H. Carmalt Professor
of Surgery and Oncology
Chairman, Department of Surgery
Yale School of Medicine*

*Surgeon-in-Chief
Yale-New Haven Hospital*

PO Box 208062
New Haven CT 06520-8062
T 203 785-2697   F 203 737-2116
robert.udelsman@yale.edu

*courier*
Farnam Memorial Building (FMB)
Room 102
330 Cedar Street
New Haven CT 06510

# FAX COVER SHEET

TO:         *Liberty Mutual*

FAX NO.         603-334-5708

DATE:         10·22·15

PAGES:         _____ (INCLUDING COVERSHEET)

FROM:         Marci
DEPARTMENT OF SURGERY

TEL:   203-785-2697
FAX:   203-737-2116

☐ URGENT        ☐ PLEASE REPLY        ☐ PER YOUR REQUEST

*Re: Claim # 2500391*

_____

_____

_____

_____

_____

If you have not received all pages of this transmission, please notify the sender immediately.  203-785-2697

CONFIDENTIALITY STATEMENT
The documents accompanying this transmission may contain confidential health information that is legally
protected. This information is intended only for the use of the individual or entity named above. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on
the contents of these documents is strictly prohibited. If you have received this information in error, please notify
the sender immediately by calling us or sending a return fax indicating that you have arranged for the return or
performed destruction of these documents.

*Yale University School of Medicine
Department of Surgery
330 Cedar Street, Room 102 FMB
New Haven, CT 06520-8062
Telephone: 203-785-2697
Fax: 203-737-2116*





Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Udelsman

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Robert Udelsman:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

● **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004685

# Yale University School of Medicine
## Department of Surgery

### Clinic Note

| | | | |
|---|---|---|---|
| **Name:** | Haley Spears | **Primary Provider:** | Robert Udelsman, MD, MBA |
| **Address:** | 1008 Trout Brook Drive<br>West Hartford, CT 06119 | **Referring Physician:** | Robert Oberstein, M.D. |
| **Phone:** | 860 308-2050 | **Visit Date:** | July 1, 2013 |
| **DOB:** | REDACTED | **Location:** | Smilow Cancer Center |
| **Sex:** | Female | **MR #:** | 2315066 |

**Thyroidectomy Post op Note:** Ms. Haley Spears returns for follow up, status post total thyroidectomy performed on 6/27/13. She has recovered well postoperatively. The patient has been taking Calcium and Rocaltrol supplements, but has been having mild signs of hypocalcemia, and we will obtain calcium and PTH levels this morning. The sutures were removed and the incision is healing well. The patient has begun Synthroid 88 mcg as prescribed by her Endocrinologist. We will contact the patient and referring physician as soon as the results are available. Ms. Haley Spears plans follow up with Dr Oberstein.

| | | |
|---|---|---|
| Calcium | 10.9 mg/dL | (reference range 8.8-10.2) |
| PTH | <3 pg/mL | (reference range 10-69) |

will ↓ calcium / needs PTH recheck

Robert Udelsman, MD, MBA

Note incidental Micropapillary Ca.
R.U

Cc:   Robert Oberstein, M.D.
      100 Retreat Avenue
      Hartford, CT 06106

      Bernard Raxlan, M.D.
      123 W 79th Street 1st floor
      New York, NY 10024

      Zane Saul, M.D.
      2600 Post Road
      Southport, CT 06890

      Kristen Giannini, M.D.
      520 Hartford Turnpike
      Vernon Rockville, CT 06066

Liberty004686

MEDICAL RECORDS

NOTE PAPER

REDACTED

Appt Date: 6/27/2013
Prov: 5304 [Udelsman, Robert, MD]
87262669

(PLEASE DATE EACH ENTRY)

ATTENDING OPERATIVE NOTE

6/27/13

PREOP DX: MNG
POSTOP DX: Sam
PROCEDURE: Total Thyroidectomy
SURGEONS: Udelsman, Hoorio
FINDINGS: as Shown
EBL: min?
COMP: ∅
DISPO: to RR stble



10/22/2015   14:34 Chairman's Office - Yale Surgery                         (FAX)                        P.005/013



Yale-New Haven Hospital

20 York Street, EP 2-631
New Haven, CT 06504



DEPARTMENT OF
**PATHOLOGY**
CLInvco CLINIC NT Dovhr (YB1A)



YALE SCHOOL OF MEDICINE

Phone: (203) 785-2788
Fax: (203) 785-7149

# SURGICAL PATHOLOGY REPORT

*Patient:* **SPEARS, HALEY**
MR #: MR2315066 (YNHH=2264654)
*DOB/Age/Sex:* REDACTED (Age: 35) F
*YNHH Visit #:* 87262569 (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* **S13-16068**
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

**Clinical History and Impression:**
(Not Available)

**Specimen(s) Received:**
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

THYROID, TOTAL THYROIDECTOMY:

- **INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,**
  SEE SYNOPTIC SUMMARY
- MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE HYPERPLASTIC
  ADENOMATOID NODULES, SOME WITH HURTHLE CELL CHANGE
- FIVE BENIGN LYMPH NODES (0/5)

### SYNOPTIC SUMMARY

MALIGNANT NEOPLASM OF THE THYROID

| | |
|---|---|
| **Procedure:** | Total thyroidectomy |
| **Tumor Focality:** | Unifocal |
| **Tumor Location:** | Isthmus |
| **Tumor Size:** | 0.4 cm |
| **Histologic Type:** | Papillary thyroid microcarcinoma |
| **Tumor Capsule:** | No capsule identified |
| Tumor Extension | |
| **Lymphovascular Invasion:** | Not identified |
| **Extrathyroidal Extension:** | Not identified |
| **Surgical Margins:** | Close |
| **Closest Margin:** | Posterior |
|   **Distance from margin:** | Less than 1 mm |
| Lymph Nodes (Total) | |
| **Lymph Nodes Examined (Total):** | 5 |
|   **Lymph Nodes Involved (Total):** | 0 |
| Staging | |
| **Stage (AJCC 7th Ed):** | pT1a N0, at least Stage I |

Printed from Relay on 02/07/2013 07:06 AM

Liberty004688

SPEARS, HALEY (2264654)              SURGICAL PATHOLOGY REPORT                    S13-16068

Additional Findings:

Molecular Studies              Parathyroid tissue, 4 mm associated with left lower lobe

Performed on:                  Prior specimen: ON13-507
BRAF Mutation:                 Insufficient material for diagnosis

Pathologist:   Manju L. Prasad, M.D.
               * Report Electronically Signed Out *

This electronic signature indicates that the pathologist has personally reviewed the available gross and/or microscopic material and has
based the diagnosis on that evaluation.



Gross Specimen



RII And I Nodules

Gross Description: (Alison Van Dyke, M.D., Ph.D ; Steven Hardee, M.D.)
Received fresh in container labeled with the patient's name, unit number and "total thyroidectomy" is a 22.3 g, 6.5 x 4.5 x
1.9 cm total thyroidectomy specimen consisting of a right lobe (5 x 2 x 2 cm), left lobe (4.1 x 2.5 x 2 cm), and isthmus (3 x
2.8 x 0.8 cm) with attached pyramidal lobe (3.6 cm in length). There is a suture on the right superior pole. The thyroid
capsule appears grossly nodular and intact. Parathyroids are not grossly appreciated. The anterior aspect is inked blue, and
the posterior aspect is inked black. The specimen is sectioned to reveal 5 nodules (N1-N5). N1 is located in the right lower
lobe slices 7-9, is a white, solid, well circumscribed encapsulated lesion measuring 1.5 x 1.2 x 1.1 cm that abuts both the
anterior and posterior surfaces. N2 is located in the isthmus slices 1-3  less than 3 mm from N1.  N2 has a similar
appearance to N1, measures 0.9 x 0.3 x 0.3 cm, abuts the anterior surface, and comes to within 3 mm of the posterior
surface. N3 is in the left upper lobe slices 1-3, is a salmon pink, well circumscribed, solid, nodule measuring 1.9 x 1.5 x 0.9
cm that abuts both the anterior and posterior surfaces. N4 is located 4 mm from N3 in the left lower lobe slices 5 and 6, is a
black, glassy, homogeneous, solid, well delineated nodule measuring 1 x 0.5 x 0.5 cm that abuts both the anterior and
posterior surfaces. N5 is 0.5 cm away from N4 in slices 6 and 7 of the left lower lobe. N5 has a similar appearance to N4,
measures 1 x 0.6 x 0.5 cm, and abuts the anterior and posterior surfaces. The remaining background thyroid parenchyma is
reddish-brown and homogeneous without additional lesions. Gross photographs are taken. Representative sections are
submitted in 14 cassettes as follows with N1 in cassettes #3-4, N2 in cassettes #5-6, N3 in cassettes #8-9, N4 in cassettes
#12-13, and N5 in #13 and 14: #1-#4 = right lobe, #5-#7 = isthmus, #8-#14 = left lobe. (avd)

Summary of Tissue Submitted for Microscopic Examination              Block Detail

| | # Blocks | Designation | # | Description |
|---|---|---|---|---|
| Part 1] TOTAL THYROIDECTOMY | 14 | I | (3) | Isthmus |
| | | LL | (7) | Left Lobe |
| | | RL | (4) | Right Lobe |

Printed from Relay on 02/07/2013 07:06 AM

Liberty004689

10/22/2015   14:35 Chairman's Office - Yale Surgery          (FAX)                P.007/013
Spears, Haley (MR # MR2315066)                                                    Page 1 of 1

Edl, Lab In Hlseven
Sent:  Mon July 01, 2013  1:02 PM
To:  Robert Udelsman, MD

**Calcium**                                        Status: Final result  MyChart: Not Shared  Dx: Multiple thyroid nodules

|  | Range | 12:04 PM (07/01/13) | 3d ago (06/28/13) | 3d ago (06/28/13) | 4d ago (06/27/13) | 3wk ago (06/07/13) | 1yr ago (06/29/12) |
|---|---|---|---|---|---|---|---|
| ∿ Calcium | 8.8 - 10.2 mg/dL | 10.9 (H) | 8.7 | 9.2 | 8.6 | 9.0 | 9.5 |
| Resulting Agency | | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | BH LAB |

Specimen Collected: 07/01/13 12:04 PM   Last Resulted: 07/01/13 1:02 PM
R=Reference range differs from displayed range

---

## Status of Other Orders

|  | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| PTH, intact   (GH L Q YH) | In process | 7/1/2013 | Ordered |

| Standing | Remaining | Last Release |
|---|---|---|
| Calcium | 0 of 1 | 7/1/2013 |
| Interval: PRN | | |
| PTH, intact   (GH L Q YH) | 0 of 1 | 7/1/2013 |
| Interval: PRN | | |

10/22/2015   14:35 Chairman's Office - Yale Surgery                              (FAX)                          P.008/013
Spears, Haley (MR # MR2315066)

## Patient Information

| Patient Name | | | Sex | DOB | | SSN |
|---|---|---|---|---|---|---|
| Spears, Haley | | | Female | REDACTED | | REDACTED |

## Operative Note signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM

| Author: | Udelsman, Robert, MD | Service: | (none) | | Author Type: | Physician |
|---|---|---|---|---|---|---|
| Filed: | 6/27/2013 12:56 PM | Note Time: | 6/27/2013 11:47. AM | | Trans ID: | 569502363 |
| Trans Status: | Available | | | | | |
| Dictation Time: | 6/27/2013 11:47 AM | Trans Time: | 6/27/2013 12:21 PM | | Trans Doc Type: | Operative Note |

YALE-NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Name: SPEARS, HALEY
Service: PERIOP SRV
Unit No: MR2315066
CSN: 87262569
Service Area: Sur
Date of Birth: REDACTED
Date of Adm: 06/27/2013

Dictated: 06/27/2013 11:47:16        Dictated by: Robert Udelsman, M.D.
Transcribed: 06/27/2013 12:21:00     mmodl/1180307/569502363

DATE OF PROCEDURE/SURGERY: 06/27/2013

OPERATION:
Total thyroidectomy.

OPERATOR:
Robert Udelsman, M.D.

ASSISTANT:
Hasly Harsono, M.D.

ANESTHESIOLOGIST:

ANESTHESIA:

PREOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

POSTOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

Spears, Haley (MR # MR231506

DRAINS: None.

COMPLICATION: None.

PREPARATION: ChloraPrep.

BRIEF PATIENT HISTORY: The patient is a 35-year-old female with multiple thyroid nodules, and a Hurthle cell neoplasm in her left lobe.

PROCEDURE: The patient underwent satisfactory general endotracheal anesthesia and was prepped and draped on the operating table in the reverse Trendelenburg position with a thyroid pillow placed upon her back and her head extended in a head ring. All extremities were carefully padded to protect for neurovascular injury. Operative loupes of 2.5 times were utilized for the case. All extremities were carefully padded to protect for neurovascular injury. Pneumatic stockings were employed. A formal time-out was performed. Antibiotics were not administered due to the clean nature of the case. The skin was prepped and draped with ChloraPrep. A Kocher incision was made. Subplatysmal flaps were elevated superiorly to the thyroid notch, inferiorly to the sternal notch and bilaterally beyond the medial borders of the sternocleidomastoid muscles. The median raphe was mobilized bilaterally demonstrating the thyroid gland contained several nodules mainly a dominant nodule in the left thyroid lobe and a small nodule in the isthmus. Also the thyroid gland was blue in color suggesting the patient had to receive tetracycline as a child. The left thyroid lobe was mobilized initially. The superior pole vessels were approached through the cricothyroid space and ligated directly in the thyroid capsule carefully protecting the external branch of superior laryngeal nerve. The inferior pole vessel was ligated in the thyroid capsule. The soft tissues near the lower pole slipped off the thyroid capsule maintaining the parathyroid gland intact. The terminal branch of the inferior thyroid were ligated in the thyroid capsule. The left recurrent nerve was identified in the normal anatomic position deep to the inferior thyroid artery and was preserved throughout its course. The ligament of Berry was transected and the gland was mobilized from left-to-right. The pyramidal lobe and isthmus was resected in continuity with the specimen. The right thyroid lobe was mobilized. The superior pole vessels were approached through the cricothyroid space and ligated directly in the thyroid capsule. On the right side, both parathyroid glands were clearly visualized. The right upper parathyroid gland was immediately posterior to the upper pole and was peeled off the capsule maintaining its blood supply intact. The right lower parathyroid gland was located just inferior to lower pole. It too was peeled off the capsule maintaining its blood supply. There was no clear note of the right recurrent nerve and it is possible that the right recurrent nerve was a non-recurrent nerve, as I could see another structure superiorly that appeared to be more consistent with the nerve. Nonetheless, by maintaining dissection on thyroid capsule, the right thyroid lobe was removed. External branch of the inferior thyroid were ligated in the thyroid capsule. The middle thyroid vein was transected. The ligament of Berry was transected and the gland was removed. Hemostasis was assured. The median raphe was reapproximated with a 3-0 Vicryl suture. The platysma closed in a likewise fashion. A subcuticular closure of 5-0 Prolene was placed.

The blood loss was minimal. I was present for the entire operation. I have drawn an operative illustration to accompany this note.

Electronically signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM.

Revision history:

10/22/2015   14:35 Chairman's Office - Yale Surgery                    (FAX)                    P.010/013

Spears, Haley (MR # MR231506‹‹‹)

> 6/27/2013 12:56 PM Operative Note signed by Udelsman, Robert, MD
  6/27/2013 12:36 PM Operative Note filed by Udelsman, Robert, MD

## Chart Review Routing History

| Recipient | Method | Report | Sent By | Sent | Filed |
|---|---|---|---|---|---|
| Robert Udelsman, MD<br>Phone: 203-785-2697 | In Basket | IP Auto Routed Trans | Robert Udelsman, MD [UDELSMRO] | 06/27/2013 | 06/27/2013 |

## Routing History                                                                          ⊛

| Date/Time | From | To | Method |
|---|---|---|---|
| 6/27/2013 12:56 PM | Udelsman, Robert, MD | Udelsman, Robert, MD | In Basket |

Liberty004693

10/22/2015   14:35 Chairman's Office - Yale Surgery                    (FAX)                    P.011/013



Yale SCHOOL OF MEDICINE
*Department of Surgery*

**Section of Endocrine Surgery**
Endocrine Neoplasia Program

April 22, 2013

Robert Oberstein, MD
100 Retreat Ave
Endocrinology
Hartford CT 06106

Patient:       Haley Spears
MR Number:  MR2315066
Date of Birth:  1REDACTED
Date of Visit:  4/22/2013

Dear Dr. Oberstein:

Thank you for referring Haley Spears to me for evaluation. Attached is my progress note from the visit.

**Name:** Haley Spears              **Primary Provider:** Robert Udelsman, MD, MBA

**Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119  **Referring Physician:** Robert Oberstein, MD

**Phone:** (860)308-2050           **Visit Date:** 4/22/2013

**DOB:** REDACTED                  **Location:** Smilow Cancer Center

**Sex:** Female                    **Unit:** MR2315066

**INITIAL CONSULTATION**

**REFERRING PHYSICIAN:** Dr. Robert Oberstein, MD

**CHIEF COMPLAINT:** Bilateral thyroid nodule.

**HISTORY OF PRESENT ILLNESS:**
Ms. Spears is a 35 y.o. female who presents with a bilateral thyroid nodules which was noted 7 years ago and a history of Hashimoto's thyroiditis. . She has no complaints of hoarseness, difficulty swallowing, difficulty breathing, or compressive symptoms.   She has no symptoms of hyperthyroidism. She has no history of radiation to the head or neck.  She has had multiple thyroid aspirations (5-7 times).  An FNA demonstrated an indeterminate isthmic nodule and a Hurthle cell neoplasm in the left lobe. Laboratory and imaging are listed below.

**Laboratory values:** Not available today.
TSH

RE: Spears, Haley -- MR#: MR2315066                                    Page 1 of 3

Liberty004694

T4
Free T4
Serum calcium

**Diagnostic Imaging:**
Ultrasound shows multiple bilateral thyroid nodules.
I have reviewed all laboratory and imaging results in detail.

**PAST MEDICAL HISTORY:** Haley Spears has a past medical history of Disease of thyroid gland;
Hypoglycemia; Migraine headache; Systemic lupus erythematosus; Ulcerative colitis; Plantar fasciitis;
Migraine headache; Lyme disease; and Brain lesion.

**PAST SURGICAL HISTORY:** She  has no past surgical history on file.

**SOCIAL HISTORY:** Ms. Spears  reports that she has never smoked. She does not have any smokeless
tobacco history on file.

**FAMILY HISTORY:** Her family history includes Diabetes in her paternal grandfather; Hyperparathyroidism in
her maternal grandmother; and Thyroid disease in an other family member. Specifically, there is no family
history of thyroid cancer.

**MEDICATIONS:** atovaquone, 750 mg, Oral, Q12H;  butalbital-acetaminophen-caffeine, 1 tablet, Oral, Q4H
PRN;  calcium & magnesium carbonates, Take  by mouth.;  cetirizine, Take  by mouth.;  cholecalciferol, 2,000
Units, Oral, Daily;  diabetic supplies, miscellan., by Misc.(Non-Drug; Combo Route) route See Admin
Instructions. Use as directed.;  EPINEPHrine, 0.3 mg, Intramuscular, Once PRN;  famotidine, 20 mg, Oral, BID
IRON BIS-GLYCINAT/VIT C/FA/B12 (GENTLE IRON ORAL), Take  by mouth.;  levalbuterol, 1-2 puff,
inhalation, Q4H PRN;  minocycline, 100 mg, Oral, BID;  montelukast, 5 mg, Oral, Nightly;  ondansetron, 4 mg,
Oral, Q8H PRN;  penicillin G benzathine, Inject 1.2 Million Units into the muscle.;  PROGESTERONE, BULK,
MISC, by Misc.(Non-Drug; Combo Route) route.;  saccharomyces boulardii, 250 mg, Oral, BID;  selenium,
Take  by mouth.
traMADol, 50 mg, Oral, Q6H PRN;  albuterol, 1 ampule, Nebulization, Q6H PRN;  pantoprazole, 40 mg, Oral,
Daily

**ALLERGIES:** Biaxin

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| Constitutional: | No fever, weight loss, or night sweats. |
| Eyes: | No visual changes or eye pain. |
| Ears/nose/mouth/throat: | No sore throat, sinus pain, or ear pain. |
| Cardiovascular: | No chest pain or palpitations. |
| Respiratory: | No cough, wheeze, or shortness of breath. |
| Gastrointestinal: | No abdominal pain, nausea, or vomiting. |
| Endocrine: | As above only. |
| Musculoskeletal: | No musculoskeletal pain or joint swelling. |
| Neurological: | No changes in special senses; no headaches. |
| Allergic/Immunologic: | No swollen lymph nodes. |
| Hematologic/lymphatic: | No easy bruising or history of excessive bleeding. |
| Integumentary: | No rashes or skin lesions. |
| All other: | Negative. |

**PHYSICAL EXAM:**
Physical exam reveals a well-developed female.

RE: Spears, Haley -- MR#: MR2315066                                                           Page 2 of 3

Liberty004695

BP 136/81 | Pulse 70 | Temp(Src) 9 °F (36.6 °C) | Resp 17 | Ht 5' 5.35" (.66 m) | Wt 129 lb 4.8 oz (58.65 kg) | BMI 21.28 kg/m2 | SpO2 100%
Eyes:  Conjunctiva are not injected.  No scleral icterus.
Cardiovascular:  Regular rate and rhythm without murmurs, rubs, or gallops.  No carotid bruits.
Respiratory:  Lungs are clear to percussion and auscultation.
Musculoskeletal:  No muscular atrophy.  Gait normal.
Skin:  Normal skin turgor, no obvious bruising.
Neurologic:  Oriented x 3.  Motor and sensory grossly intact.
Ears, Nose, Mouth, and Throat:  Examination of the neck reveals multiple bilateral thyroid nodules.
Hematologic/Lymphatic/Immunologic:  There is no cervical or supraclavicular lymphadenopathy.

**Procedure:**
Indirect laryngoscopy demonstrates normal vocal cord motion bilaterally.

**IMPRESSION:** Bilateral thyroid nodules with indeterminate cytology.
**PLAN:** Total thyroidectomy.  I explained the procedure as well as the risks,  benefits, and potential complications to the patient and her family. We will proceed to surgery at a time convenient for the patient. Dr. Oberstein is thanked for involving me in the care of this interesting patient.

Robert Udelsman, MD, MBA

Sincerely,

*Electronically signed by Robert Udelsman, MD*

CC

RE: Spears, Haley -- MR#: MR2315066                                          Page 3 of 3

Liberty004696



Liberty
Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |

To:    EVAN SCHIFF MD

Attn:

Fax:    (860) 561-7272

From: Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    2500391
Claimant:  Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any
dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in
error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout
thereof.

*We do not have her as a patient in our office*

Liberty004697



Liberty Life Assurance Company of Boston
Group Benefits Disability Claim
P.O. Box 7213
London KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Evan Schiff, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Evan Schiff:

We are the Disability Claim Administrator for your patient, Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.

Please respond by November 9, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by November 9, 2015. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004698

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

2. of 2.

Liberty004699

10/21/2015   05:25     8606781305                    ROSENBERG                              PAGE   04/04

Oct. 21. 2015  4:03PM                                              No. 7483   P. 4/4

Oct 21 2015 15:46:27 860 224-5642      →        Hartford Healthcare   Page 005

## Liberty Mutual.

Company Address
[illegible]
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No: 1-800-486-6170
Fax No: 1-800-224-5642

| EMPLOYEE/CLAIMANT NAME: |  Haley Spears | SSN. NO: | REDACTED |
| CLAIM NO: | | | |
| EMPLOYER/SPONSOR: | | DATE OF [illegible] | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, governmental agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or [illegible] reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company (of the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Funded Plan), or to persons or other organizations providing claims management services)

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns (including attachments and schedules).

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Earn Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization (it directly from me) to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claim management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
_____
Print Name

[signature]
_____
Signature

REDACTED
_____
Social Security Number

9/8/15
_____
Date

Liberty004700



## Associated Neurologists
### *of* Southern Connecticut, P.C.

Kenneth C. Siegel, M.D.*

Jeffrey L. Gross, M.D.*

Peter J. McAllister, M.D.*

Anthony Quan Hong, M.D.*

Srinath Kadimi, M.D., F.R.C.S.

Ilario M. Zagar, M.D.

Thomas B. Toothaker, M.D.

Masme Dankwah-Quansah, M.D., MP

* Certified in neurology by the America
Board of Psychiatry and Neurolo

Physician Assistan
Urszula Czapka, PA

Donna Haupt, PA

Karen Brown, PA

Director of Neurorehabilitation Servic
Joel S. Faigenson, RF

Neuropsycholog
Amy B. Palmer, Psy

Kimi Garson, P

Christine M. McCarthy, P

Licensed Professional Couns
Deb Del Vecchio-Scully, MS, LPC,

Practice Administ
Marilyn Agr

DATE: ___10/21/15___

RE: __Haley Spears    Claim # 2500391__

ATTN: __Liberty Mutual__    LTD Benefits

(603) 422 - 7909

The State of Connecticut 1999 Statutes, Section 20-7C allows a provider to charge a copy fee of .65 cents per page, as well as, for the cost of first class postage. Therefore, upon receipt of payment, we will be happy to provide you with your requested copies.

- ○ Number of pages: ___70___
- ○ @. 65 cents per page: __45.50__
- ○ Plus Postage: Fax ___—___
- ○ Total Amount Due: __$ 45.50__

Very truly yours,

Margaret Silva   203-333-1133

Legal Billing Specialist          X 125

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel: 203.333.1133  |  fax: 203.333.3937

670 Boston Post Road  |  Milford, Connecticut 06460  |  tel: 203.877.1414  |  fax: 203.877.1 Liberty004701

www.ansoneuro.com

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Nancy Winterer | Phone # and Ext: | (888) 437-7611 x16401 |

| | | | | |
|---|---|---|---|---|
| Claim Number: | REDACTED | Claimant Address: | 1008 TROUT BROOK DRIVE | |
| Claimant Name | HALEY SPEARS | | | |
| Customer: | UTC CHOICE | City: | WEST HARTFORD | |
| SSN: | REDACTED | State: | CT | Zip: | 061190000 |
| DOB: | | | | |
| Job Desc: | ADMIN ASST | | | |

Document Location
☑ Document List   ☐ Correspondence   ☑ Paper File

**Search Criteria:**

☑ ISO Claim Search
☑ Accurint/Lexis Nexis
    Specific Type of Records to be Researched: How long did clmnt have a CT driver's license?
    Does she now have a Louisianna driver's license?
☑ SSN Searches
☐ Reverse telephone number search
☑ Change of Address
☐ Medical Provider
☑ Occupation and Professional Licensing.
☐ Death Index by individual.
☑ Social Media Searches (Facebook, Twitter, etc.)

Liberty004702

## Matching Claim

**File Number:** 8C003916647

| | |
|---|---|
| **Reason for Match:** | SSN |
| **Insuring Company:** | AMICA MUTUAL INSURANCE COMPANY |
| **Claim Number:** | 60002190861EXP3 |
| **Date/Time of Loss:** | 07/09/2015 09:30 |
| **Policy Number:** | REDACTED |
| **Policy Type:** | Personal Automobile |
| **Inception Date:** | 10/09/2014       **Expiration Date:** 10/09/2015 |
| **Insuring Co. Address:** | NORTHEAST REG SCAN CTR |
| | PO BOX 9690 |
| | PROVIDENCE, RI  02940 |
| **Insuring Co. Phone:** | (800) 652-6422 |
| **Company Received Date:** | 07/10/2015 |
| **Location of Loss:** | CARDINAL AVENUE |
| | BRISTOL STREET |
| | CAMBRIDGE, MA  02138 |

| **Involved Party** | **Both Claimant & Insured** |
|---|---|
| **Name:** | HALEY A SPEARS |
| **Address:** | 9000 WEST WILDERNESS WAY #190 |
| | SHREVEPORT, LA  71106 |
| **DOB:** | REDACTED |
| **Gender:** | Female |
| **SSN:** | REDACTED    was issued between 1978 and 1978 in LA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Pip |
| **Loss Type:** | Pip |
| **Claim Status:** | Open |
| **Adjuster Company:** | AMICA MUTUAL INSURANCE COMPANY |
| **Adjuster:** | MANNING, SANNIE J |
| **Adjuster Phone:** | (888) 702-6422 |
| **Alleged Injury:** | SPRAIN/STRAIN - NECK AND/OR BACK |

Liberty004703



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 22, 2015 |
| To: | WINONA ZIMBERLIN<br>ATTORNEY AT LAW<br>2 CONGRESS STREET<br>HARTFORD CT 06114-1024 |
| Attn: | |
| Fax: | (860) 247-4194 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | |
| Claim #: | REDACTED |
| Claimant: | Haley Spears |
| UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004704



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 22, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears

Dear Winona Zimberlin:

This afternoon, Attorney Baskin forwarded your request for the names of Haley Spears' providers who have not yet responded to Liberty Life's request for their treatment records.

As of this afternoon, we **have** received responses from Drs. Naseer, Zagar, Shoup, Schiff, and Udelsman.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004705



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 21, 2015

Dr. Lori Fritts, MD
3 Northwestern Drive
Bloomfield, CT 06002

**RE:   Long Term Disability Benefits**
**Patient: Haley Spears**
**DOB:** REDACTED

Dear Dr. Fritts;

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

Liberty004706

Sincerely,

*Nancy Winterer*

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909

Liberty004707



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 21, 2015

Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

**RE:     Haley Spears**
**          Long Term Disability Benefits**
**          UTC Choice**
**          Claim #:** REDACTED

Dear Winona W. Zimberlin:

This letter is regarding the status of the appeal for Haley Spears' Long Term Disability benefits, as remanded by the US District Court. The claim documentation for this appeal review was received in this office on October 14, 2015. Thus, day 45 of this appeal review is November 26, 2015.

Based on the <u>Claimant Information Form</u> completed by Ms. Spears on September 8, 2015, the period of seven years from Ms. Spears' date of disability through her full time return to work, and our initial review of this claim, it is determined additional medical information is needed for this appeal review. Therefore, on October 20, 2015 and October 21, 2015, requests were sent to 27 medical providers for copies of their treatment records. Copies of the requests are enclosed.

Liberty Life sent these requests for treatment records as a courtesy, and we require you to follow up with Ms. Spears' providers to be certain they respond to Liberty Life's request. All records are requested by **November 9, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination. If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision.[1] The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period. Therefore, the days from October 20, 2015 through the date all the necessary documentation is received, are days tolled and not counted in the 90 day Appeal timeframe.

---

[1] Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)

Should you have any questions regarding this letter, please contact me.

Sincerely,

*Nancy Winterer*

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:   October 21, 2015

To:     BERNARD RAXLEN, MD

Attn:

Fax:    (516) 336-8440

From:   Nancy Winterer
        Appeal Review Consultant
        Phone No.: (888) 437-7611
        Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:      REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Bernard Raxlen, MD

RE:  Long Term Disability (LTD) Benefits
     UTC Choice
     Claim #: REDACTED
     Claimant: Haley Spears
     Claimant D.O.B.: REDACTED

Dear Bernard Raxlen, MD:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004711

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004712



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

---

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYEE/SPONSOR: _____   DATE OF

---

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization.  I agree that a photographic copy of this Authorization shall be as valid as the original.  This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

---

*Haley Spears*
Print Name

*Haley Spears* (signature)
Signature

_REDACTED_
Social Security Number

*9|8|15*
Date

Liberty004713

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


LORI FRITTS, MD
3 NORTHWESTERN DRIVE
BLOOMFIELD CT 06002

Liberty004714



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Lori Fritts, MD
3 NORTHWESTERN DRIVE
BLOOMFIELD, CT 06002

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Lori Fritts, MD:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004715

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004716



**Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7581
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____     S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____     DATE OFF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Pact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

_Haley Spears_
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

RITA BOUTIO
KFORCE, INC.
1001 EAST PALM AVENUE
TAMPA FL 33605

Liberty004718



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Rita Boutio
Kforce, Inc.
1001 EAST PALM AVENUE
TAMPA, FL 33605

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears

Dear Rita Boutio:

To evaluate Haley Spears' eligibility for Long Term Disability benefits, we need the following
employment information:

- Wage Information and Verification for 2014
- Wage Information and Verification for 2015

The enclosed authorization specifically allows you to release the requested information to us and is
valid for two years from the date of Ms. Spears' signature.

Please fax the information back to my attention at our secured fax number (603) 422-7909 or mail
to the above address, by November 4, 2015.

Thank you for your attention to this matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004719



Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: ⌐REDACTED⌐

EMPLOYER/SPONSOR: _____   DATE OF B _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

REDACTED
Social Security Number

*Haley Spears*
Signature

*9/8/15*
Date

Liberty004720

New England Cardiology Associates, PC
Sun King Wan, MD, FACC
Saqib Naseer, MD, FACC, FASNC
257 East Center Street
Manchester, CT 06040
Phone (860) 643-5101
Fax (860) 533-9747

FAX TRANSMITTAL

TO: Liberty Mutual

FAX: 1-603-422-7909

FROM: Dr. Naseer

DATE: 10-20-15

RE: Haley Spears DOB REDACTED    LTD   claim #2500391

PAGES: 27 (Includes cover page)

The document(s) accompanying this fax transmission contains information for the sole
use of the above intended recipient and contains privileged and confidential medical
information. Any other distribution or copying of this communication is strictly
prohibited. Please notify us by telephone if you are not the intended recipient and return
the original message to the above address.

Liberty004721



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Saqib Naseer
NEW ENGLAND CARDIOLOGY ASSOC.
257 EAST CENTER STREET
MANCHESTER, CT 06040

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Saqib Naseer:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

* **All medical/treatment records including diagnostic test results, from September 1, 2008
   through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004722

10/20/2015 3:13PM FAX 8605339747                NEWENGLANDCARDIOLOGY

## New England Cardiology Associates, P.C.
*Preventive Cardiology & Cardiovascular Diseases*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101  Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Nasear, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

March 30, 2009

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT  06066

RE:   **SPEARS, Haley**  DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 31 year-old female
who has not been feeling well in the past two to three years. She states that she thinks that
she got Lyme disease at some point in the past two to three years and she started having
numerous symptoms including hand, wrist, and feet pains. She also has some GI
symptoms and was seen by Dr. O'Brien for that and he referred her to Dr. Kage, a
rheumatologist where she had extensive blood work. She was also seen by a neurologist.
She was found to have a cyst in the brain stem area and also a lesion in the right temporal
lobe. She has been followed up by a neurologist, Dr. Zagar, for that. She also has a
history of hypothyroidism and has been followed up by Dr. Oberstein. The reason she
was in our office was because of some palpitations and racing of her heart beat that has
been going on since November of last year. She states that occasionally, she has dyspnea
on exertion and atypical chest discomfort. She also has symptoms of asthma and has
been taking some medications for that.

CURRENT MEDICATIONS: Include vitamins. She does have a PIC line and has been
getting Rocephin antibiotics IV for the past one month. She is also on Topamax,
Plaquenil, Prevacid, Singulair, Advair inhaler, Protonix.

PAST MEDICAL HISTORY: As above. She has a history of asthma since her high
school days. This initially was only sports related asthma, but later on in the past one
year or so, it has become more pronounced and she has been taking inhalers for that and
occasionally nebulizer treatments. She also has a history of hypothyroidism, cyst on her
brain stem, right temporal lobe lesion. She also has a history of colitis, probably
ulcerative colitis and she is probably suffering from Lyme disease for which she has been
getting treatment.

SOCIAL HISTORY: The patient is a nonsmoker and denies alcohol or drug abuse. She
used to work as an administrative assistant, but now she is on disability because of her
recent illnesses.

Liberty004723

**SPEARS, Haley**
Page 2

FAMILY HISTORY: The patient's aunt on the father's side had an enlarged heart, and also has a pacemaker and she is 47 years old at this time. Her grandfather on her father's side died of a myocardial infarction in his 60s.

PHYSICAL EXAMINATION: Today her weight is 114 pounds. Her blood pressure was 120/80. Neck veins are flat. There are good carotid pulses. No carotid bruit. Chest was clear to auscultation. Cardiovascular exam revealed S1, S2 regular. There is no S3 or pericardial rub. Extremities were free of edema. There is no calf tenderness.

Electrocardiogram today revealed sinus rhythm at 77 beats per minute. No acute changes were noted.

In summary, Ms. Spears has been having a lot of different symptoms including palpitations, dyspnea on exertion and atypical chest discomfort. She has been evaluated by a number of different specialists.

In an effort to correlate her symptoms with any specific arrhythmia, a Holter monitor will be needed. An echocardiogram and a regular treadmill test will also be scheduled. I have advised the patient to see a pulmonologist since she does have many pulmonary symptoms. She is to discuss with her physicians whether they would also want to consider CT scan of the chest and abdomen. Pulmonary function tests will also be ordered. She was given a prescription to check fasting lipids, LFT's, electrolytes, BUN & creatinine if they have not been checked in the past few months. The patient is to report any symptoms to us. Otherwise, I will follow her up after the basic cardiac workup.

Sincerely yours,

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns

Liberty004724

10/20/2015 3:14PM FAX  8605339747          NEWENGLANDCARDIOLOGY                    @0005/0021

# NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.
## SU-KING WAN, M.D., F.A.C.C.
## SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.
257 East Center Street
Manchester, Connecticut 06040
Telephone: (860) 643-5101
Fax: (860) 533-9747

## MULTISTAGE STRESS TEST REPORT

Name:  **SPEARS, Haley**

Date:  3/31/09

Age:  31

Sex:  Female

Clinical Diagnosis:  Chest tightness, shortness of breath, dyspnea on exertion, asthma, Lyme disease

Medications:  Proventil, Singulair, Advair, Asacol, Plaquenil, Topamax, Rocephin, Miginal, butalbital

Referred By:  Dr. Giannini

Resting Vital Signs:                Heart Rate    73          BP 116/60

Exercise Protocol:     Bruce

Predicted MHR For Age:    100%    189        85%PMHR    160      70%PMHR

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 96 | 126/62 | 5 |
| 3-6 | II | 2.5 | 12% | 114 | 134/64 | 7 |
| 6-10:20 | III | 3.4 | 14% (Fatigue) | 136 | 148/68 | |
| | | | R1 | 85 | 134/72 | |
| | | | R3 | 72 | 116/76 | |
| | | | R5 | 74 | 116/72 | |

The patient's resting heart rate was 73 beats per minute. Blood pressure was 116/60. Chest was clear to auscultation. Heart sounds were regular. The patient was exercised according to regular Bruce protocol and was able to exercise for 10 minutes and 20 seconds and achieved a heart rate of 136 beats per minute which is a little over 70% of her maximum predicted heart rate. Her blood pressure rose to 148/68. The patient did not have any chest pain. The stress test was stopped because of fatigue. The patient's resting EKG showed sinus rhythm at 73 beats per minute. During the stress test, no significant ST-changes were noted and no significant cardiac arrhythmias were seen.

IMPRESSION:

The patient was able to exercise for 10 minutes and 20 seconds and achieved a heart rate of 136 beats per minute which is a little over 70% of her maximum predicted heart rate. The patient's clinical and EKG responses were nonischemic and no significant cardiac arrhythmias were seen.

Obviously, the patient was not able to achieve a target heart rate, though, considering her other medical conditions, the patient did reasonably well. I did explain this to the patient in detail.

I also discussed this with Dr. Giannini who will also be considering CT scan of the chest and the abdomen. The patient is to report any symptoms to us; otherwise, she can start gradually increasing a walking program as tolerated. She will followup with us in a month.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns
D: 3/31/09  T: 4/02/09

cc: Dr. Giannini, Dr. Barbara Kage

Liberty004725

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT  06040
Telephone (860) 643-5101    Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.  She does have occasional palpitations.  She denies any fainting or near fainting episodes.  No chest pains.

Today, her blood pressure is 112/72.  Neck veins are flat.   Chest is clear to auscultation. Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

*Naseer*

Saqib Naseer, MD, FACC, FASNC

Liberty004726

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.  She does have occasional palpitations.  She denies any fainting or near fainting episodes.  No chest pains.

Today, her blood pressure is 112/72.  Neck veins are flat.  Chest is clear to auscultation.  Heart sounds are regular.  The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004727

10/20/2015 3:14PM FAX  8605339747          NEWENGLANDCARDIOLOGY                     @0008/0021

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

October 08, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, #N
Vernon, CT 06066

RE:   SPEARS, HALEY
      DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she saw another specialist
of Lyme disease and she was started on Zithromax and Mepron antibiotics and she is
actually feeling better now. She denies any chest pain, shortness of breath, palpitation or
dizziness.

Today her blood pressure is 112/68. Neck veins are flat. Chest is clear to auscultation.
Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm 63 beats per minute without any acute change.

In summary, Ms. Spears denies any cardiac symptoms. She is discussed about risk factor
modification. She will report any symptoms to us. Otherwise, I will follow her up in one
year. She told me that her blood work has been monitored by her primary care physician.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

February 14, 2012

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
    DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation.  She states that she is still getting treatment for Borrelia and Babesiosis.  She does not have any cardiac symptoms.

Today, her blood pressure is 110/76.  Neck veins are flat.  Chest is clear to auscultation. Heart sounds are regular.  Extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, Ms. Spears denies any cardiac symptoms.  She has also been exercising without any problems.

I have given her a prescription to check her blood work including her fasting lipids and LFTs.  The patient is to report any symptoms to us.  Otherwise, I will see her back in the office in a year at which time an echocardiogram will also be needed.  The patient did have a number of questions and all of them were answered.

Sincerely yours,

*Naseer*

Saqib Naseer, MD, FACC, FASNC

Liberty004729

10/20/2015 3:14PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    @001/0021

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

April 19, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
      DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she will be undergoing a thyroidectomy because she is found to have 12 nodules in the thyroid gland and the surgery may occur over the next one month. She does have some dyspnea on exertion.

Today, her blood pressure is 108/62. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears does complain of some dyspnea on exertion. She will also be undergoing a thyroidectomy. For cardiac risk stratification, I would like to schedule her for an exercise Cardiolite stress test. The patient was explained about that in detail. She is to report any symptoms to us; otherwise, I will see her back in the office after the stress test. We will make further recommendations based on the findings.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004730

10/20/2015 3:14PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    ☑0011/0027





ICAEL

**NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.**
**SUN KING WAN, M.D., F.A.C.C.**
**SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.**
**257 EAST CENTER STREET**
**MANCHESTER, CONNECTICUT 06040**
**TELEPHONE: (860) 643-5101**
**FAX: (860) 533-9747**

### EXERCISE CARDIOLITE STRESS TEST

Date: 4/24/13

REDACTED

Patient Name: **SPEARS, Haley**      Date of Birth:            Age: 35   Sex:  Female

PCP:  Dr. Giannini

Medications:  Singulair, Xopenex, Dexilant, Bicillin, Minocycline, Floraster, Ultram, Zyrtec, supplements.

Indication:  Pre-op thyroid surgery

CLINICAL HISTORY:   Hashimoto's thyroiditis, asthma, Lyme disease.

35 Year old woman with no known coronary artery disease.  Cardiac risk factors include none.

EXERCISE PROTOCOL: **BRUCE** -           **HR:** 68             **BP:** 122/80

PREDICTED MHR FOR AGE:   100% 185          85% PMHR: 157         70% PMHR: 130

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 101 | 128/78 | 5 |
| 3-6 | II | 2.5 | 12% | 116 | 136/76 | 7 |
| 6-9 | III | 3.4 | 14% | 147 | 154/66 | 10 |
| 9-12 | IV | 4.2 | 16% | 167 | 168/58 | 13 |
| 12-13 | V | 5.0 | 18% | 179 | 180/54 | |
| | | | (Achieved target) | | | |
| | | | R1 | 149 | 172/84 | |
| | | | R3 | 108 | 146/82 | |
| | | | R5 | 90 | 134/86 | |

Continued

**SPEARS, Haley**
Page 2

## PROCEDURE:

The patient performed treadmill exercise using Bruce protocol, completing 13 minutes and completing an estimated workload of 13 METS. The heart rate was 68 beats per minute at baseline and increased to 179 beats per minute at peak exercise, which was 97% of the maximum predicted heart rate. Patient's resting blood pressure was sinus rhythm and the peak blood pressure was 122/80. The patient had no significant symptoms during the stress test. The resting electrocardiogram demonstrated sinus rhythm and during the stress test no significant ST-changes were noted. Patient had no significant cardiac arrhythmias. The stress test was stopped because of achievement of target heart rate.

Myocardial perfusion imaging was performed at rest following the intravenous injection of 22.8 mCi of Tc-99m Sestamibi. At peak exercise, the patient was given intravenous injection of 27.6 mCi of Tc-99m Sestamibi and exercise was continued for one minute. Gating post stress tomographic imaging was performed.

FINDINGS: Increased subdiaphragmatic radioisotope uptake was noted. There are mild decreased counts seen in the anterior wall which is probably due to soft tissue attenuation. The gated SPECT images reveal left ventricular ejection fraction which is estimated to be around 60-65%.

SUMMARY: Myocardial perfusion imaging revealed no evidence of ischemia. The left ventricular ejection fraction is estimated to be around 60-65%.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/13  T: 4/26/13

PHYSICIAN PERFORMING STRESS TEST:

Sun King Wan, MD, FACC
SKW/jns
D: 4/24/13  T: 4/26/13

C: Dr. Giannini

Liberty004732

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:       SPEARS, HALEY
DOB:      REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

Liberty004733

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease.
She recently had a negative exercise Cardiolite stress test.  An echocardiogram also
showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy.  I have advised her to stop her fish oil
about 10 days before the surgery.  She is also to stop other nutrition supplements as
instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery.  A Cardiology
consultation can be obtained if needed during the hospitalization.  Otherwise, I will be
happy to follow her up in the office after this surgery.  A copy of the echocardiogram
and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc:  Robert Udelsman, M.D.

Liberty004734

# New England Cardiology Associates, P.C.



*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101  Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:    SPEARS, HALEY
       DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

10/20/2015 3:15PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    @0018/0027




**NEW ENGLAND CARDIOLOGY ASSOCIATES, PC**
SUN KING WAN, MD, FACC
SAQIB NASEER, MD, FACC, FASNC
257 EAST CENTER STREET, MANCHESTER, CT  06040
TELEPHONE (860) 643-8101/FAX (860) 533-9747

**2D & M-Mode ECHOCARDIOGRAM REPORT**
**COLOR FLOW DOPPLER REPORT**

REDACTED

Patient Name:  SPEARS, Haley     Date of Birth:          Gender:  Female   AGE: 35
Date: 4/19/13
Primary Care Physician:  Dr. Giannini
Indication:  Lyme disease
Height: 5'5"          Weight: 127 lbs.     BSA: 1.63   BP:  110/76
Sonographer: BW
Tape: 32

A combined M-mode and 2-D mode Doppler study performed.

### 2D & M-MODE MEASUREMENTS (normal ranges within parentheses)

| Left Ventricle: | Normal: | Aorta/Left Atrium | Normal |
|---|---|---|---|
| IVSd (2D):   0.7 | (0.7-1.1 cm) | Aortic Root (Mmode): 2.3 | (2.4-3.7 cm) |
| LVPWd (2D): 0.6 | (0.7-1.1 cm) | Left Atrium (2D): | (1.9-4.0 cm) |
| LVIDd (2D):  4.9 | (3.4-5.7 cm) | Left Atrium (Mmode): 2.1 | (1.9-4.0 cm) |
| LVIDd (2D):  2.7 | | LA area/volume: | |
| | | AV opening: 1.7 | |
| | | Pericardium/IVC: | |
| LV FS (2D): 45% | (>25%) | Right Ventricle: | |
| LV EF (2D): 55-60% | (>50%) | RVd (2D): 1.8 | |
| | | IVC: | |

### SPECTRAL DOPPLER ANALYSIS:
**Aortic Valve:**
AoV Max Velocity:              AoV Peak PG: 5.8          AoV Mean PG:
**Tricuspid Valve and PA/RV Systolic Pressure:**
TR Max Velocity:              RA Pressure: 10          RVSP/PASP: 17 mmHg
**Pulmonic Valve:**
PV Max Velocity:              PV Max PG: 1.5          PV Mean PG:
**Mitral Valve:**
MV E Max: 69.6     A max: 47.9     E/A: 1.5     DT: 135     P1/2: 39

### PHYSICIAN INTERPRETATION:
LV: Dimension is within normal limits.  The left ventricular ejection fraction is estimated at 55-60%.
RV: Dimension is within normal limits.
LA: Dimension is within normal limits.
RA: Dimension is within normal limits.
AORTIC ROOT: Dimension is within normal limits.
AORTIC VALVE:  Opening well.
MITRAL VALVE:  Redundant mitral valve leaflets with very mild mitral regurgitation.

Liberty004736

SPEARS, Haley
Page 2

TRICUSPID REGURGITATION:  Very mild tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg.
PULMONIC VALVE:  No significant pulmonic regurgitation.
PERICARDIUM:  No significant pericardial effusion.

CONCLUSION:

1. Normal left ventricular dimension.  The left ventricular ejection fraction is estimated at 55-60%.
2. Redundant mitral valve leaflets with very mild mitral and trace tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg which is in the normal range.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/19/13  T: 4/22/13

C: Dr. Giannini

Liberty004737

NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.
SUN KING WAN, M.D., F.A.C.C.
SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.
257 East Center Street
Manchester, Connecticut 06040
Telephone: (860) 643-5101
Fax: (860) 533-9747

CARDIAC EVENT MONITOR

PATIENT NAME: **SPEARS, Haley**

DATE OF BIRTH: REDACTED

INTERPRETING PHYSICIAN:  Dr. Naseer

DATES MONITOR WORN:  3/19/12 – 4/19/12

INDICATIONS:  Tachycardia

RESULTS: Cardiac event monitoring was performed from 3/19/12 – 4/19/12.  During this time, the patient reported symptoms of palpitations, heart racing, did not feel right, funny feeling and was found to be in sinus rhythm.  On occasions, sinus tachycardia was also noted.

The findings of the cardiac event monitor will be explained to the patient and the patient will be advised to avoid any stimulants and report any symptoms to us.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/12 T; 4/25/12

Liberty004738

10/20/2015 3:15PM FAX 8605339747          NEWENGLANDCARDIOLOGY               ⌀0019/0027

Quest
Diagnostics       Page 4 of 4      ...   ...   02/07/2013   05:27:37 PM   ..-   __         **Report Status: Final**
                                                                                          **SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SPEARS, HALEY A | Specimen:  WC008724H | Client #: 22216274    60010000 |
|  | Requisition: 0007477 | NASEER, SAQIB |
| DOB: REDACTED    AGE: 3S |  | NEW ENGLAND CARDIOLOGY |
| Gender:    F | Collected:   02/06/2013 / 14:35 EST | ASSOC |
| Phone:    860.308.2050 | Received:   02/07/2013 / 04:44 EST | 257 E CENTER ST |
| Patient ID: REDACTED | Reported:   02/07/2013 / 14:40 EST | MANCHESTER, CT 06040-5214 |
| Health ID: REDACTED | (* A Copy Sent To) |  |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL |  |  |  |  |
| CHOLESTEROL, TOTAL | 189 |  | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 65 |  | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 69 |  | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 110 |  | <130 mg/dL (calc) | QWA |

      Desirable range <100 mg/dL for patients with CHD or
      diabetes and <70 mg/dL for diabetic patients with
      known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 2.9 |  | < OR = 5.0 (calc) | QWA |
| NON HDL CHOLESTEROL | 124 |  | mg/dL (calc) | QWA |

      Target for non-HDL cholesterol is 30 mg/dL higher than
      LDL cholesterol target.

| | | | | |
|---|---|---|---|---|
| GLUCOSE | 72 |  | 65-99 mg/dL | QWA |
|  |  |  | Fasting reference interval |  |
| ELECTROLYTE PANEL |  |  |  | QWA |
| SODIUM | 137 |  | 135-146 mmol/L |  |
| POTASSIUM | 4.3 |  | 3.5-5.3 mmol/L |  |
| CHLORIDE | 102 |  | 98-110 mmol/L |  |
| CARBON DIOXIDE | 23 |  | 19-30 mmol/L |  |
| UREA NITROGEN (BUN) | 10 |  | 7-25 mg/dL | QWA |
| CREATININE | 0.77 |  | 0.50-1.10 mg/dL | QWA |
| eGFR NON-AFR. AMERICAN | 100 |  | > OR = 60 mL/min/1.73m2 |  |
| eGFR AFRICAN AMERICAN | 116 |  | > OR = 60 mL/min/1.73m2 |  |
| HEPATIC FUNCTION PANEL |  |  |  | QWA |
| PROTEIN, TOTAL | 6.7 |  | 6.1-8.1 g/dL |  |
| ALBUMIN | 4.2 |  | 3.6-5.1 g/dL |  |
| GLOBULIN | 2.5 |  | 1.9-3.7 g/dL (calc) |  |
| ALBUMIN/GLOBULIN RATIO | 1.7 |  | 1.0-2.5 (calc) |  |
| BILIRUBIN, TOTAL | 0.5 |  | 0.2-1.2 mg/dL |  |
| BILIRUBIN, DIRECT | 0.1 |  | < OR = 0.2 mg/dL |  |
| BILIRUBIN, INDIRECT | 0.4 |  | 0.2-1.2 mg/dL (calc) |  |
| ALKALINE PHOSPHATASE | 45 |  | 33-115 U/L |  |
| AST | 19 |  | 10-30 U/L |  |
| ALT | 12 |  | 6-40 U/L |  |
| ABO GROUP AND RH TYPE |  |  |  | QWA |
| ABO GROUP | A |  |  |  |
| RH TYPE | RH(D) POSITIVE |  |  |  |

ERFORMING SITE:
WA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director NEENA SINGH, MD, CLIA: 07D0093126

Copy To Client: SPEARS HALEY A; BERNARD RAXLEN, M.D.; CONNECTICUT NATURAL HEALTH; CAROLTON CHRONIC & CONV.HOSP

nost, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

10/20/2015 3:16PM FAX  8605339747          NEWENGLANDCARDIOLOGY                    0020/0027

HR 63 bpm

GE MAC120
34 Years

SPEARS, HALEY,
(?)
REDACTED

Measurement Results:

| | | |
|---|---|---|
| QRS | | 94 ms |
| QT/QTcB | 410 / | 419 ms |
| PR | | 132 ms |
| P | | 106 ms |
| RR/PP | 948 / | 950 ms |
| P/QRS/T | 67/ 52/ | 53 degrees |

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Normal ECG



Liberty004740



### NEW ENGLAND CARDIOLOGY ASSOc., P.C.
#### Sun King Wan, M.D., F.A.C.C.
#### Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101 - Fax: (860) 533-9747

## ECHOCARDIOGRAM

Name: SPEARS, Haley
Age: 32
Indication:          Chest pain
Referring Physician:
Tape # :          69
Previous Echo:
Type of Study:   2-D ☒    M-Mode ☒    Doppler ☒    Color ☒    Limited Study ☐

DOB: REDACTED
BSA: 1.60m²
Date of Study: 10/8/10

Sex: F  Ht: 5'5"  WT: 121 lbs

| | | |
|---|---|---|
| Aortic Root | 2.0 | 2.0 - 3.7 cm |
| Aortic Valve Opening | 1.6 | 1.5 - 2.6 cm |
| Left Atrium | 2.3-2.7 | 1.9 - 4.0 cm |
| LV End Diastole | 4.3 | 4.5 - 5.7 cm |
| LV End Systole | 3.1 | 2.2 - 4.0 cm |
| Septal Thickness | 0.6 | 0.6 - 1.1 cm |
| Posterior Wall | 0.8 | 0.6 - 1.1 cm |
| Right Ventricle | 1.9 | 0.9 - 2.7 cm |
| EF | 50-55% | 50 - 75% |

LV          Dimension is measured to be within normal limits. The endocardium was not well-visualized in the apical views. The left ventricular ejection fraction is estimated at 50 to 55%.
RV          Dimension is within normal limits.
LA          Dimension is within normal limits.
RA          Dimension is within normal limits.
AO Root     Dimension is within normal limits.
Aortic Valve     Opening well.
Mitral Valve     Redundant mitral valve leaflets with trace mitral regurgitation.
Tricuspid Valve  Trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be 26 mmHg.
Pulmonic Valve   No significant pulmonic regurgitation.
Pericardium      No significant pericardial effusion.

CONCLUSION: A combined M-mode and 2-D mode Doppler study performed.

IMPRESSION:
1. Technically, this is a difficult and limited study.
2. Left ventricular dimension is measured to be within normal limits. It is difficult to assess the left ventricular systolic function accurately, though, the left ventricular ejection fraction is estimated to be around 50 to 55%. The patient was already called in so more images could be acquired to assess the left ventricular systolic function more accurately.
3. Redundant mitral valve leaflets with trace mitral and tricuspid regurgitation. The right ventricular systolic pressure was calculated to be 26 mmHg which is in the normal range.

*Naseer*

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 10/8/10  T: 10/11/10

S: BW
cc: Dr. Giannini



Liberty004742

10/20/2015 3:17PM FAX  8605339747          NEWENGLANDCARDIOLOGY          ☑0023/0027

GE MAC1200
32 Years

/PEARS, HALEY ,
/REDACTED

HR 71 bpm

9-29-10

Measurem + Results:
| | | |
|---|---|---|
| QRS | : | 94 ms |
| QT/QTcB | 410 / | 445 ms |
| PR | : | 136 ms |
| P | : | 106 ms |
| RR/PP | 844 / | 845 ms |
| P/QRS/T | | |

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Cannot rule out Anterior infarct, age undetermined
Abnormal ECG

< P
< T
< QRS



10/20/2015 3:18PM FAX  8605339747          NEW ENGLAND CARDIOLOGY              ☑0024/0021

## New England Cardiology Associates

257 East Center Street
Manchester, CT. 06040

### Holter ECG Report

**Patient Data** Spears, Haley

| | | | |
|---|---|---|---|
| Day of Birth: | REDACTED | Report No: | 002980 | Recording Time: |
| Age/Sex: | 17/Female | Test Date: | 07/20/2010 | Start delay: |
| ID#: | | Report Date: | 07/28/2010 | Analyzed channel: |
| Physician: | Naseer | Hookup tech: | | Interpretation: |
| Referral: | | Analyst: | Susan | Tape Quality: |
| | | | | Analysis time: |

Medication:
Indication:

## Report Summary

| BASIC RHYTHM | | VENTRICULAR ECTOPY | |
|---|---|---|---|
| Rhythm: | | Total beats: | 3 |
| Total Beats: | 104863 | Isolated Beats: | 3 |
| Avg Rate: | 73 | Avg/Hour: | 0.1 |
| Min Rate: | 45 at 09:20D2 | Paired beats: | 2 |
| Max Rate: | 124 at 14:39D2 | Avg/1000: | 0.0 |
| | | R on T | 0 |
| | | Trigeminy Beats: | 0 |
| | | Bigeminy Runs: | 0 |
| | | Bigeminy Beats: | 0 |
| Branch Block beats | absent | V Tach Runs: | 0 |
| AFib beats | absent | V Tach Beats: | 0 |
| Paced beats | absent | | |

### ST ANALYSIS

| Type | Max | CH | Lgth | Time |
|---|---|---|---|---|
| HOR | 3.7 | 1 | 225 m | 14:41D2 |
| UP | 2.7 | 1 | <1 m | 14:29D2 |

No ST elevation
Median CH1:   -0.29
Median CH2:   0.04
Median CH3:   0.10

### SUPRAVENTRICULAR ECTOPY

| | | | |
|---|---|---|---|
| Total beats: | 22 | Isolated SVE: | 6 |
| Avg/Hour: | 0.9 | Paired: | 16 |
| Avg/1000: | 0.2 | | |
| SVT runs: | 0 | SVT beats: | 0 |

### HEART RATE VARIABILITY

| | | | | | |
|---|---|---|---|---|---|
| SDNN: | 163 | SDNN5: | 63 | PNN50: | 3 |
| TRIA: | 767 | SDANN: | 158 | RMSSD: | 18 |
| Night Heart Rate: | | | 71 | | |

### BRADYCARDIA ( 50 bpm)

Bradycardia events/beats:      192 / 920      Min rate:  45 bpm at 09:20D2
Longest run:  18 beats at 48 bpm at 09:38D2
PAUSES >2.0 sec:                absent

### Interpretation:

Holter monitor was performed to evaluate for cardiac arrhythmia. The patient's underlying rhythm was sinus rhythm. Heart rate ranged from 45 to 124 beats per minute with a few premature ventricular complexes and premature atrial complexes. The patient reported symptoms of choking on water on one occasion and this correlated with sinus rhythm without any significant arrhythmias.
SUMMARY: The findings of the Holter monitor will be explained to the patient and will be advised to avoid any stimulants and to report any symptoms to us. If she has any more symptoms, then a cardiac event monitoring will be needed.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns
D: 8/3/10  T: 8/5/10        SPEARS, Haley      7/27/10    cc: Dr. Giannini

Signed: _____    Date: 8|5|10

10/20/2015 3:18PM FAX 8605339747          NEWENGLANDCARDIOLOGY                        ⓐ0025/0021

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:   SPEARS, HALEY
        DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004745

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:     SPEARS, HALEY
DOB:    REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

Liberty004746

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease. She recently had a negative exercise Cardiolite stress test.  An echocardiogram also showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy.  I have advised her to stop her fish oil about 10 days before the surgery.  She is also to stop other nutrition supplements as instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery.  A Cardiology consultation can be obtained if needed during the hospitalization.  Otherwise, I will be happy to follow her up in the office after this surgery.  A copy of the echocardiogram and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc:  Robert Udelsman, M.D.

Liberty004747

LMG            10/20/2015 2:16:11 PM   PAGE   2/004   Fax Server


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Dario M. Zagar
Associated Neurologist of Southern Ct.
75 KINGS HWY CUTOFF
FAIRFIELD, CT 06824

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Dario Zagar:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information: *seen 1/12/09 to 8/19/11 - 65 cents a page*

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015**. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

*call 203-333-1133 X 125 Margaret*

Liberty004748



Liberty004749

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


WINONA ZIMBERLIN
ATTORNEY AT LAW
2 CONGRESS STREET
HARTFORD CT 06114-1024

Liberty004750



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

Dear Winona Zimberlin:

This letter is regarding the status of the appeal for Haley Spears' Long Term Disability benefits, as remanded by the US District Court. The claim documentation for this appeal review was received in this office on October 14, 2015. Thus, day 45 of this appeal review is November 26, 2015.

Based on the Claimant Information Form completed by Ms. Spears on September 8, 2015, the period of seven years from Ms. Spears' date of disability through her full time return to work, and our initial review of this claim, it is determined additional medical information is needed for this appeal review. Therefore, on October 20, 2015 and October 21, 2015, requests were sent to 27 medical providers for copies of their treatment records. Copies of the requests are enclosed.

Liberty Life sent these requests for treatment records as a courtesy, and we require you to follow up with Ms. Spears' providers to be certain they respond to Liberty Life's request. All records are requested by **November 9, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination. If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision. The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period. Therefore, the days from October 20, 2015 through the date all the necessary documentation is received, are days tolled and not counted in the 90 day Appeal timeframe.

If you have any questions regarding this matter, please contact me.

Liberty004751

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004752



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:     MANCHESTER FAMILY DENTAL | |
| Attn: | |
| Fax:    (860) 649-2661 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):     4 | |
| RE:<br><br>Claim #:      REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004753



**Liberty Mutual**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Family Dental

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

To Whom It May Concern:

REDACTED

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB**
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

Liberty004754

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004755



Liberty
Mutual.

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____     S.S. NO.: **REDACTED**

**REDACTED**

EMPLOYER/SPONSOR: _____     DATE OF BIRTH: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date: October 20, 2015

To: MANCHESTER OPHTHALMOLOGY

Attn:

Fax: (860) 643-4901

From: Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover): 4

RE:

Claim #: REDACTED
Claimant: Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004757



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Ophthalmology

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

To Whom It May Concern:

REDACTED

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB**
Haley Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

Liberty004758

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004759


**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-703-234-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____  S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____  DATE OF BIRTH: **REDACTED**

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*[signature]*
Signature

**REDACTED**
Social Security Number

9/8/15.
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:      ERIKA CAPPELLUTI MD | |
| Attn: | |
| Fax:    (860) 520-1379 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):     4 | |
| RE: | |
| Claim #:       REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004761



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Erika Cappelluti, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.:REDACTED

Dear Erika Cappelluti:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004762

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004763



**Liberty Mutual**

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6119
Fax No.: 1-203-294-6298

Return to:

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: **REDACTED**

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

9/8/15
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: JOACHIM BAEHRING<br>800 HOWARD AVENUE<br>NEW HAVEN CT 06519 | |
| Attn: | |
| Fax: (203) 737-2591 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE: | |
| Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004765



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Joachim Baehring
800 HOWARD AVENUE
NEW HAVEN, CT 06519

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED'

Dear Joachim Baehring:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004766

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004767



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6115
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____   DATE (IF)

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley as* (signature)
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 20, 2015 |
| To: | CARLA DESANTIS MD |
| Attn: | |
| Fax: | (860) 278-1233 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | |

Claim #:    REDACTED
Claimant: Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Carla Desantis, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Carla Desantis:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004770

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004771

 **Liberty Mutual**.

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____   DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date

Liberty004772



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: | KRISTIN GIANNINI<br>520 HARTFORD TURNPIKE<br>VERNON CT 06066 |
| Attn: | |
| Fax: | (860) 979-0056 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover):   4 | |
| RE: | |
| Claim #: | REDACTED |
| Claimant: Haley Spears | |
| UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Kristin Giannini
520 HARTFORD TURNPIKE
VERNON, CT 06066

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Kristin Giannini:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

* **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.   The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004774

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004775



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6110
Fax No.: 1-203-284-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____    S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____    DATE OF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley S____*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date

Liberty004776



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: | BARRY GORDON<br>1000 ASYLUM AVENUE<br>STE 4304<br>HARTFORD CT 06105 |
| Attn: | |
| Fax: | (860) 493-1885 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Barry J. Gordon
1000 ASYLUM AVENUE
STE 4304
HARTFORD, CT 06105

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Barry Gordon:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004778

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004779

 **Liberty Mutual**®

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6115
Fax No.: 1-203-294-6298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | |
| CLAIM NO.: | S.S. NO.: ¡REDACTED!? |
| EMPLOYER/SPONSOR: | DATE OF L_____ |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears* (signature)
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004780

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: CYNTHIA GROSSO DC | |
| Attn: | |
| Fax: (413) 736-6057 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Cynthia Grosso, Dc

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Cynthia Grosso:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004782

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004783



**Liberty Mutual**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6119
Fax No.: 1-203-294-6298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____   DATE OF B. _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears* (signature)
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004784



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: ZHIHENG HE MD | |
| Attn: | |
| Fax: (877) 992-6205 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Zhiheng He, MD

RE:    Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.:REDACTED

Dear Zhiheng He:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004786

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004787



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: ...........................................

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: ................................    S.S. NO.: REDACTED

EMPLOYER/SPONSOR: ...................................    DATE OF: ...................

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

REDACTED
Social Security Number

*9/8/15*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:  BARBARA KAGE<br>361 MAIN ST<br>MANCHESTER CT | |
| Attn: | |
| Fax:   (860) 646-7999 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004789



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Barbara Kage
361 MAIN ST
MANCHESTER, CT

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B. REDACTED

Dear Barbara Kage:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015**.  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004790

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004791

 **Liberty Mutual.**

Company of doctor
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6119
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | |
| CLAIM NO.: _____ | S.S. NO.: **REDACTED** |
| EMPLOYER/SPONSOR: _____ | DATE OF _____ |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley S*
Signature

**REDACTED**
Social Security Number

9|8|15
Date

Liberty004792



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:    ROBERT LANG MD | |
| Attn: | |
| Fax:    (203) 318-5203 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Lang, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Robert Lang:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004794

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004795



**Liberty Mutual.**

Return to:

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-205-294-6298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____  S.S. NO.: **REDACTED** 2

EMPLOYER/SPONSOR: _____  DATE OF:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.   Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date

Liberty004796



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 20, 2015 |
| To: | CANDACE MADDALO DC |
| Attn: | |
| Fax: | (617) 666-2842 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Candace Maddalo, Dc

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Candace Maddalo:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004798

•   Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004799



Liberty Mutual.

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6115
Fax No.: 1-703-294-4298

Return to: ............................................

| EMPLOYEE/CLAIMANT NAME: | *Hailey Spears* | |
| CLAIM NO.: | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | DATE OF B | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Hailey Spears*
Print Name

*Haley Spears*
Signature

REDACTED
Social Security Number

9/8/15
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: | SAQIB NASEER<br>NEW ENGLAND CARDIOLOGY ASSOC.<br>257 EAST CENTER STREET<br>MANCHESTER CT 06040 |
| Attn: | |
| Fax: | (860) 533-9747 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages (Including Cover): 4 | |
| RE:<br><br>Claim #:  REDACTED<br>Claimant: Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Saqib Naseer
NEW ENGLAND CARDIOLOGY ASSOC.
257 EAST CENTER STREET
MANCHESTER, CT 06040

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Saqib Naseer:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2                                        Liberty004802

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004803



**Liberty Mutual.**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-340-5119
Fax No.: 1-203-294-8298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*   REDACTED

CLAIM NO.: _____   S.S. NO.: _____

EMPLOYER/SPONSOR: _____   DATE OF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*          REDACTED
Print Name              Social Security Number

*Haley Spears*          9/8/15
Signature               Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

JAMES O'BRIEN
353 MAIN ST
MANCHESTER CT 06040

Liberty004805



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James O'Brien
353 MAIN ST
MANCHESTER, CT 06040

RE:    Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear James O'Brien:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015**.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004806

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004807



Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | |
|---|---|
| CLAIM NO.: | S.S. NO.: |
| EMPLOYER/SPONSOR: | DATE OF |

**REDACTED**

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, persons or other organizations companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley ...*
Signature

**REDACTED**

Social Security Number

9/8/15
Date

Liberty004808



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date:  October 20, 2015

To:  ROBERT OBERSTEIN
     100 RETREAT AVE, #400
     HARTFORD CT 06106

Attn:

Fax:  (860) 547-1301

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):     4

RE:

Claim #:   REDACTED
Claimant:  Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Oberstein
100 RETREAT AVE, #400
HARTFORD, CT 06106

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Robert Oberstein:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004810

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004811



Liberty Mutual.

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears |
|---|---|
| CLAIM NO.: | S.S. NO.: |
| EMPLOYER/SPONSOR: | DATE OF |

REDACTED

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

_Haley Spears (signature)_
Signature

REDACTED

Social Security Number

9/8/15
Date

Liberty004812



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:    ZANE SAUL MD | |
| Attn: | |
| Fax:   (203) 383-4499 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004813



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Zane Saul, MD

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Zane Saul:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004814

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004815


**Liberty Mutual**

Company of Notice
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM No.: _____   S.S. NO.: _____   **REDACTED**

EMPLOYER/SPONSOR: _____   DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

9/8/15
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   EVAN SCHIFF MD | |
| Attn: | |
| Fax:    (860) 561-7272 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Evan Schiff, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Evan Schiff:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015**. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004818

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004819



Company of Boston
Disability Claims
P.O. Box 5031
Wellingford, CT 06492-7531
Phone No.: 1-888-440-6115
Fax No.: 1-203-294-8398

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
|---|---|---|
| CLAIM NO.: | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | DATE OF B | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services in the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with any signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name _____

Signature _____

REDACTED
Social Security Number _____

9/8/15
Date _____



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   DAVID SILVERS<br>85 SEYMOUR STREET<br>HARTFORD CT 06106 | |
| Attn: | |
| Fax:   (860) 249-6742 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):     4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

David Silvers
85 SEYMOUR STREET
HARTFORD, CT 06106

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear David Silvers:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015**.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004822

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:    REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004823

 **Liberty Mutual**

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____  S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____  DATE OF B _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley S*
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004824



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date:  October 20, 2015

To:  JESSICA TAGLIARINI DC

Attn:

Fax:  (413) 736-6057

From: Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):  4

RE:

Claim #:  REDACTED
Claimant:  Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004825



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Jessica Tagliarini, Dc

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Jessica Tagliarini:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004826

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:    REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004827

Liberty Mutual.

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____    S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____    DATE OF

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies in which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears* (signature)
Signature

**REDACTED**
Social Security Number

*9|8|15.*
Date

Liberty004828



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   ROBERT UDELSMAN | |
| Attn: | |
| Fax:   (203) 737-2116 | |
| From: Nancy Winterer<br>        Appeal Review Consultant<br>        Phone No.: (888) 437-7611<br>        Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004829



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Udelsman

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Robert Udelsman:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004830

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004831



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-449-6119
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____     S.S. NO.:   **REDACTED**

EMPLOYER/SPONSOR: _____     DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004832



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   LAUREN YOUNG ND | |
| Attn: | |
| Fax:   (860) 288-2611 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE: | |
| Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004833



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Lauren G. Young, Nd

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Lauren Young:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004834

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   ʳᴱᴰᴬᶜᵀᴱᴰEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004835


**Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6119
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____    S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____    DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004836



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 20, 2015 |

| | |
|---|---|
| To: | DARIO ZAGAR<br>ASSOCIATED NEUROLOGIST OF SOUTHERN CT.<br>75 KINGS HWY CUTOFF<br>FAIRFIELD CT 06824 |

Attn:

| | |
|---|---|
| Fax: | (203) 333-3937 |

| | |
|---|---|
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Dario M. Zagar
Associated Neurologist of Southern Ct.
75 KINGS HWY CUTOFF
FAIRFIELD, CT 06824

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Dario Zagar:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004838

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004839



Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Haley Spears | S.S. NO.: REDACTED |
| CLAIM NO.: | |
| EMPLOYER/SPONSOR: | DATE OF B |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

*(signature)*
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004840



Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 20, 2015 |
| To: | JAMES DONALDSON |
| Attn: | |
| Fax: | (860) 679-4446 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: REDACTED<br>Claimant: Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James Donaldson

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear James Donaldson:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004842

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004843



Liberty Mutual

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.:   REDACTED

EMPLOYEE/SPONSOR: _____   DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

REDACTED

Social Security Number

9/8/15
Date

Liberty004844



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:  GAURAB BASU MD

Attn:

Fax:  (617) 591-6300

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:    REDACTED
Claimant:  Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Gaurab Basu, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Gaurab Basu:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004846

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004847


**Liberty Mutual.**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____     S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____     DATE OF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.   Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spear*
Signature

**REDACTED**
Social Security Number

9/8/15
Date



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:    RICHARD SHOUP MD

Attn:

Fax:   (860) 432-5622

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:  Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004849



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Richard Shoup, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Richard Shoup:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004850

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004851

 **Liberty Mutual.**

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6110
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____    S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____    DATE OF I _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

REDACTED
Social Security Number

*9|8|15*
Date

Liberty004852

**Liberty Mutual**™

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

| EMPLOYEE/CLAIMANT NAME: Haley Spears | |
|---|---|
| CLAIM NO.: _____ | S.S. NO.: REDACTED |
| EMPLOYER/SPONSOR: _____ | DATE OF |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependants may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
_____
Print Name

_____
Signature

REDACTED
_____
Social Security Number

9/8/15
_____
Date

Liberty004853

# Liberty Mutual Appeal Referral

| | | | | |
|---|---|---|---|---|
| **Appeal Referral From:** | **DOVER** | | | |
| Office: | 163 | Manager: BOYLE, KELLY | Case Mgr: | FURGALACK, MONIQUE |

| | | | |
|---|---|---|---|
| Claimant Name: | HALEY A SPEARS | Claim #: | 2500391 |
| Occupation (Job Title): | ADMIN ASSISTANT | Date Sent: | 10/14/2015 |

| | |
|---|---|
| Diagnosis: | 784.0 Headache, |

| | | | |
|---|---|---|---|
| Date of Disability: | 9/27/2008 | Date Benefits Began: | 3/28/2009 |
| Maximum Duration: | 10/10/2042 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 2/2/2009 | Date Appeal Received: | 10/14/2015 |

*This is the date that the full appeal was received by the Field Claim Office

| | |
|---|---|
| Policyholder/Self-Insured Plan Holder: | UTC CHOICE |
| Product: | LTD    Funding: CON |
| Is Claimant Eligible for LTD? | Y |
| Erisa or Non-Erisa? | ERISA PLAN |

Document Locations
- [✔] Paperless
- [ ] Bilingual – translation complete
- [✔] Paper File
- [ ] Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

| | |
|---|---|
| Phone No. | FAX No. |

Account Specific or Unique Contract Issues / Additional Info:

COURT REMAND. PLEASE ASSIGN TO NANACY WINTERER.

## Baskin, Sarah C. (Hartford)

**From:** Baskin, Sarah C. (Hartford)
**Sent:** Thursday, September 17, 2015 6:07 PM
**To:** 'winona zimberlin'
**Subject:** RE: Spears medical providers

Thank you, this information will be provided to the remand decisionmaker.

Sarah C. Baskin
Attorney at Law
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.522.0404 | Main
860.247.1330 | Fax
860.205.3317 | Cell

baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Wednesday, September 16, 2015 12:33 PM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears medical providers

Haley has also seen the following medical providers:

Carla Desantis, OBGYN
Manchester Opthamology
Manchester Family Dental

These names can be added to the list of providers previously identified.

Winona Zimberlin
Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004855

**Baskin, Sarah C. (Hartford)**

| | |
|---|---|
| **From:** | winona zimberlin <wzimberlin@lawyer.com> |
| **Sent:** | Wednesday, September 16, 2015 12:33 PM |
| **To:** | Baskin, Sarah C. (Hartford) |
| **Subject:** | Spears medical providers |

Haley has also seen the following medical providers:

Carla Desantis, OBGYN
Manchester Opthamology
Manchester Family Dental

These names can be added to the list of providers previously identified.

Winona Zimberlin
Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004856

**Baskin, Sarah C. (Hartford)**

| | |
|---|---|
| **From:** | Baskin, Sarah C. (Hartford) |
| **Sent:** | Friday, September 11, 2015 3:19 PM |
| **To:** | 'winona zimberlin' |
| **Subject:** | RE: Spears |

Winona,

Yes, Liberty generally requests the medical records and, if they do not receive them, asks for the claimant's assistance.

Have a nice weekend,
Sarah

Sarah C. Baskin
Attorney at Law
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.522.0404 | Main
860.247.1330 | Fax
860.205.3317 | Cell

baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Friday, September 11, 2015 2:54 PM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears

Sarah,

We have provided you with an authorization signed by plaintiff. Will Liberty collect her medical records?

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004857

## Baskin, Sarah C. (Hartford)

**From:**          winona zimberlin <wzimberlin@lawyer.com>
**Sent:**          Friday, September 11, 2015 2:54 PM
**To:**            Baskin, Sarah C. (Hartford)
**Subject:**       Spears

Sarah,

We have provided you with an authorization signed by plaintiff. Will Liberty collect her medical records?

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004858

## Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

September 10, 2015

By email

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

      RE:   Haley Spears
              DOB: REDACTED

      Attached please find:

1. Claimant information form
2. Activities questionnaire
3. Family information questionnaire
4. Claimant Supplementary Statement
5. Authorization

These forms were first sent to me on July 30, 2015. The forms, as written, ask for information pertaining to the date signed. Your letter of September 1, 2015, by contrast, requests that Ms. Spears complete the Activities questionnaire, "to reflect her activities between the time she last submitted an Activities Questionnaire and the end of her claimed period of disability." It has been very difficult for Ms. Spears to do this, as the form does not contemplate responses which have varied over time. She has, however, tried her best to describe the changes in her condition from 2009 to April 2015. I note that Liberty could have sent her these forms periodically from 2009, but it did not.

You may provide a copy of this letter to the Liberty "remand decisionmaker."

                                    Very truly yours,

                                    Winona W. Zimberlin

WWZ:dz
Encl.

Liberty004859



**Liberty Mutual**™

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____     S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____     DATE OF BIRTH: REDACTED

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley a Spears*
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004860

## FAMILY INFORMATION QUESTIONNAIRE



**Liberty Life Assurance Company of Boston**
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

- What is your marital status?    Single __X__    Married _____    Divorced _____

- If married, please indicate your spouse's name and date of birth.  Name: _____  DOB: _____

- Do you have children?    Yes _____    No __X__

- If yes, please indicate their names and dates of birth below, using additional space as needed.

    Name: _____    DOB: _____
    Name: _____    DOB: _____
    Name: _____    DOB: _____
    Name: _____    DOB: _____

- Is your spouse and/or children receiving Social Security benefits?

    Yes: _____    No: _____

- If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Your Name: _Haley Spears_    SS #: **REDACTED**    Date: _9/8/15_

DP 537 D 12/01   Member of Liberty Mutual Group

Liberty004861

## CLAIMANT SUPPLEMENTARY STATEMENT

**Liberty Mutual.**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

| EMPLOYEE/CLAIMANT NAME: Haley Spears | |
|---|---|
| CLAIM NO.: _____ | S.S. NO.: **REDACTED** |
| EMPLOYER/SPONSOR: _____ | DATE OF BI |

**REDACTED**

1. Full Name (Last, First, Middle Int.)
   SPEARS, Haley, A

2. Social Security Number **REDACTED**

3. Phone Number (include area code)
   860·930·0887

4. Address
   9000 W. Wilderness Way Apt. 190

City
Shreveport

State
LA

Zip Code
71106

5. Marital Status
   S

6. Number of Children
   0

6a. Dates of Birth of Children

7. Have you returned to any type of employment? If yes, please describe.
   Yes, returned to work in Aug 2014, details already provided

8. Do you own your own business, or are you affiliated with a Corporation, Partnership, or Sole Proprietary? If yes, please explain.
   No

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.
   NO

10. Do you hold a professional license? If yes, for what purpose.
    NO

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
    NO

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
    Yes, lawsuit against Liberty Mutual — Attorney Winona Zimberlin

13. Are you pursuing moneys from a third party? Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.
    NO

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☑ | ☐ | Wages, Salary, or Separation Pay | $ This was provided | | Aug 2015 | |
| ☑ | ☐ | Social Security (disability or retirement) | $ Liberty has provided | | Aug 2015 | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | State Disability | $ | | | |
| ☑ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish any

Liberty004862

**Liberty Mutual.**   **ACTIVITIES QUESTIONNAIRE**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Page 1 of 3

Return to: _____

EMPLOYEE/CLAIMANT NAME: Hailey Spears

CLAIM NO.: _____   S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: REDACTED

*TO BE COMPLETED BY THE CLAIMANT*

Please answer the following questions completely and return the form to Liberty Life Assurance Company of Boston.

How long are you able to: [My condition has varied from 2009-2015. In 2009 I was debilitated + generally could] Stand/walk for a few minutes at a time, I could walk from the

sit _____ stand _____ walk _____ car to the store, often this was a challenge, I had bad days + some days not quite as bad, either

How many hours a day do you: sit _____ stand _____ walk _____ varied from a few minutes to over an hour. There were times

Do you take a nap during the day? Yes _____ No — Sometimes I felt better for a period, then

If yes, for how long? Varies   At what time of the day? Varies   would go downhill again

How many hours a day do you spend in bed? Varies   In Aug 2014 I felt I could go back to work, I

Do you require any assistive devices such as a cane _____ walker _____ crutches _____ was able to sit most

wheelchair _____ other ✓ There were times I had to   of the day at work, at

hold onto someone when walking.   times I would nap

How long are you able to sit in a car? Long enough to get to Drs apts   in my car during lunch

How long are you able to drive a car? 2009+ Short distances generally   Ability to stand + walk

2013 ish + I was able to drive further   varied from less than

How do you maintain contact with people or activities that matter most to you? but this   an hour to more than

in person, phone, occasionally email + letters   could vary   an hour, around 2014

Do you have children? Yes _____ No ✗   I could feel fine for weeks

If yes, what are their dates of birth? _____   then I'd feel sluggish for weeks

Do you need help caring for your children? Yes _____ No _____ N/A   My medication affected my ability

Are you responsible for taking care of an elderly parent or grandparent?   to sit/stand/walk, meds varied periodically

Yes _____ No ✗   If yes, please explain _____   On the In 2009 it varied depending on

How many times a day do you leave the house during the week? _____   appointments + health. There

weekends? _____   were times I felt better +

How often do you go shopping at the mall? Very rarely   my activities increased +

How often do you get outdoors? now generally daily   there were times I

Are you left or right hand dominant? Left _____ Right ✗   relapsed, Aug 2014

Are you able to work in your garden? Yes _____ No _____ N/A   generally daily.

Are you able to work on your house? Yes _____ No _____

Are you able to wash your car? Yes _____ No _____

DP 535D 01/02

I am able to clean my house,
previously I had a cleaner,
I can also now wash my car
minimally this was generally something

Liberty004863


**Liberty Mutual.**

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Putting groceries away | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Washing floors | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Feeding yourself | | |
| Using the bathroom yourself | | |
| Going up and down stairs | | |

*[handwritten: See attached page]*

Have you been confined to a hospital within the last 12 months? Yes _____ No ✓
If yes, please explain: _____

How often do you travel or take vacation? _____
Where you do you go? How do you get there (transportation method)?
*[handwritten: 2013 Fly plane; Dec. 2014 GA, plane; LA visit family/caregivers, plane Drove to NYC 2013, 2014]*

Are you able to pursue your hobbies? Yes _____ No _____ If yes, please
describe _____ *[handwritten: Varied, I have done some crafts to watched some baseball]*

Do you participate in an exercise program? Yes ✗ No ✓ If yes, please
describe *[handwritten: exercised at times as part of a treatment plan + eventually was able to increase]*

Do you do any Volunteer work? Yes _____ No _____ If yes, how *[handwritten: previously]*
many hours per day? _____, per week? _____
for whom? *[handwritten: Homeless ministry started in 2015]*

Are you working for wages? Yes _____ No ✓
If yes, please provide employer's name _____

Have you experienced any memory/concentration problems?
Yes ✓ No _____ Please provide an example *[handwritten: I have trouble remembering dates, there were times I could not remember my age or your I was born, how to get home from a nearby intersection, when I had prompts, tasks to complete. While I'd much improved, I still struggle at times.]*

attend details for page 2 of 3

I was always able to go to the bathroom myself.
Sometimes people would bring me meals, often would. I
did limits - grocery shopping when able. I had both
did limits and mail for a long time. My ability to
my dishes and clean up after myself [after] meals varied. I had a
clean up after myself [after] meals. Sometimes I
cleaned for a significant period of time.
help buying my hair + getting dressed as well
up + down stairs. Generally I bathed
as going ... these were ... when I needed help
myself but these were ... in time. As of Aug
2014 I did not need assistance in most of these
tasks.

Liberty004865



*page 3 of 3*

Describe in your own words, what prevents you from performing your own occupation.

In 2009 I was debilitated from chronic illness
which continued for many years.

Describe in your own words, what prevents you from engaging in any gainful employment.

In Aug. 2014 I was able to resume work at a
desk job.

Please describe your daily routine:

My routine has varied over the years. In earlier
years I rested, went to appointments, went three treatments, etc.
As time went on, I began to feel better, I would
go outside more, read (although I may not retain),
crafts, walk, etc. As I improved I started to look for a
job, I participated in Dress for Success program in 2014 in
attempt to prepare to re-enter the workforce + began
looking for a job Summer 2014.

Is there a daytime number where you can be reached in the event we have any questions
regarding your responses? _____

**Upon completion of this form, please sign and date below and return in the envelope
provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or
physician who has treated me or other person who has attended me or examined me or any company or Government agency to
furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness,
injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photostatic copy
of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____          Date: 9/8/15

Liberty004866

## CLAIMANT INFORMATION FORM



**Liberty Mutual.**

Return to: _____

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____

S.S. NO.: REDACTED

DATE OF BIRTH: REDACTED

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

| | | | |
|---|---|---|---|
| Primary | Name: | Zane Saul | Specialty Internist/ID |
| | Address: | 2600 Post Road #203 | |
| | | Southport, CT 06890 | |
| | Telephone No.: | (203) 259-8087 | Fax No.: ( ) |
| | | Period of Treatment: From: _____ Thru: _____ | |
| Specialist | Name: | Bernard Raxlen | Specialty Tick borne diseases |
| | Address: | 366 7th ave #502 | |
| | | New York, NY 10018 | |
| | Telephone No.: | (212) 799-1121 | Fax No.: ( ) |
| | | Period of Treatment: From: _____ Thru: _____ | |
| Other | Name: | Joachim Baehring | Specialty neuro oncology |
| | Address: | 333 Cedar St TMP3 | |
| | | New Haven, CT 06510 | |
| | Telephone No.: | (203) 785-7204 | Fax No.: ( ) |
| | | Period of Treatment: From: _____ Thru: _____ | |

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

| | | |
|---|---|---|
| | Insurance Carrier: | Medicare |
| | Address: | |
| | Telephone No.: | ( ) Fax No.: ( ) |
| | Contact: | |

### NAME OF PHARMACY:

| | | |
|---|---|---|
| Current | Name: | CVS |
| | Address: | White St Cambridge MA & Main St W. Hartford, CT + Somerville, MA    other CT locations |
| | Telephone No.: | ( ) Fax No.: ( ) |
| Prior | Name: | Stop+Shop & Walgreens |
| | Address: | State of CT |
| | Telephone No.: | ( ) Fax No.: ( ) |

SIGNATURE: Haley a Green     DATE: 9/8/15

DP 421 Rev. 6/01

*other meds recieved at donation of drug (action)*

Liberty004867

# 2

## CLAIMANT INFORMATION FORM


Liberty
Mutual.

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Hailey Speers*

CLAIM NO.: _____    S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____    DATE OF BIRTH: **REDACTED**

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

Primary    Name: *Robert Oberstein*    Specialty *Endocrinology*
Address: *100 Retreat ave # 900*
*Hartford, CT 06106*
Telephone No.: *(860)547-1278*    Fax No.: (    )
Period of Treatment:   From:    Thru:

Specialist    Name: *Robert Lang*    Specialty *Endocrinology*
Address: *11 Woodland Rd*
*Madison CT*
Telephone No.: *(203) 318-5200*    Fax No.: (    )
Period of Treatment:   From:    Thru:

Other    Name: *Zhiheng He*    Specialty *Endocrinology*
Address: *Cambridge, MA*
Telephone No.: *(617) 665-1337*    Fax No.: (    )
Period of Treatment:   From:    Thru:

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: _____
Address: *on other page*
Telephone No.: (    )    Fax No.: (    )
Contact: _____

### NAME OF PHARMACY:

Current    Name: _____
Address: *on other page*
Telephone No.: (    )    Fax No.: (    )

Prior    Name: _____
Address: *page*
Telephone No.: (    )    Fax No.: (    )

SIGNATURE: *Hailey Webb*    DATE: *9/8/15*

Liberty004868

Robert Udelsman    Surgeon
800 Howard St Ave #3    New Haven, CT 06519
203 - 737 - 2036

James O'Brien        Gastroenterology
353 main st    Manchester, CT 06040    860-649-3477

— Erika Capelleti        Pulmonary
533 Cottage Grove RD #3 Bloomfield CT 06002   860-243-8131

— Kristin Giannini    PCP        T: Hartford Hospital
520 Hartford Turnpike, Vernon, CT 06066   + St. Francis Hosp

— Lauren (Gouin) Young    ND    Yale Hospital
135 Center St. Manchester, CT   860-533-0179   Surgery 6/27/18

— Saqib Naseer    Cardiologist    Hammer's Radiology
257 E. Center St #301              2 Church St Suite
Manchester, CT  06040   860-643-5101   New Haven, CT
                                        065
                                        203-773-895

— Cynthia Grasso    Chiropractor    Dr Lori Fritts
615 Westfield St                       Surgeon
West Springfield, MA  01089  413 736 1680   3 northwestern Dr #3
                                        Bloomfield, CT 06002
                                        860-726-1414

Dr Jessica+ Tagliarini    Chiropracto
John 836 Farmington ave West Hartford CT 06119
                                        860-236-222
Dr Maddalo    Chiropractor    Various radiology
14 McGrath Hwy  02143              clinics
Somerville, MA    617-666-2447

Orthopedic @ Cahey   unknown name
wrist injury - laceration of tendon

Dr Basu (Gaurab)  PCP
1493 Cambridge St
                    617-665-1021
Liberty004869

# Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

---

Telephone (860) 249-5291
Facsimile (860) 247-4194

September 1, 2015

By email

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

RE:    Haley Spears

I am in receipt of your letter of September 1, 2015. In it you state that "Ms. Spears has failed to submit any documentation in support of her claim for disability benefits for the past four years." As you know, Ms. Spears has not submitted such documentation because we have been in Federal Court litigation after Liberty improperly disclaimed coverage. After it denied coverage, Liberty made it quite clear that its focus was on its belief that Ms. Spears did not meet the elimination period and therefore was not entitled to LTD benefits. After several years of litigation, the court has now determined that Liberty's denial of benefits was improper. Clearly, Liberty has not been waiting for four years for these forms, as your letter implies. Liberty has only recently requested another authorization and more forms, and has given Ms. Spears an arbitrary deadline in which to provide those documents.

That being said, we will need an extension of time past the September 15, 2015 date in which to provide these forms. You may provide a copy of this letter to the Liberty "remand decisionmaker."

Thank you.

Very truly yours,

Winona W. Zimberlin

WWZ:dz

Representing Management Exclusively in Workplace Law and Related Litigation



| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

September 1, 2015

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT  06114-1024

> *Re:   Haley Spears v. Liberty Life Assurance Company of*
> *Boston et al.*
> *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

We are writing in response to your correspondence dated August 26, 2015, requesting an explanation as to why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. As has been Liberty's practice in the past and as ordered by the Court in this case, Liberty must complete a full and fair review of Ms. Spears' disability claim on remand. That requires Ms. Spears' cooperation in providing all information that might be relevant to that analysis.

Liberty last corresponded with Ms. Spears about her claim and appeal for disability benefits beyond February 8, 2009 by letter dated June 15, 2011. The last medical records Ms. Spears submitted were dated April 2011. Ms. Spears now claims that she was Disabled through July 2014 and Partially Disabled from August 2014 through April 2015. Nevertheless, Ms. Spears has failed to submit any documentation in support of her claim for disability benefits for the past four years. For Liberty to complete a full and fair review of Ms. Spears' disability claim on remand, Ms. Spears must complete each of the following forms with information relevant through the end of her claimed period of disability:

- Activities Questionnaire –Ms. Spears must complete this form to reflect her activities between the time she last submitted an Activities Questionnaire and the end of her claimed period of disability.
- Claimant Information Form – Ms. Spears must complete this form to reflect any medical providers and pharmacy information not previously provided to Liberty, including but not limited to the medical providers she saw and pharmacy she used between April 2011 and April 2015.
- Family Information Questionnaire – Ms. Spears must complete this form to the extent that it has changed since she last submitted this form to Liberty.
- Claimant Supplementary Statement – This form requests information that is directly relevant to the question of whether and when Ms. Spears became able to perform the Material and

Winona W. Zimberlin, Esq.
September 1, 2015
Page 2



Substantial Duties of her Own Occupation or Any Occupation during the claimed period of disability, whether she has received any Other Income Benefits or Other Income Earnings as defined by the Policy, and whether the Policy's Subrogation and Reimbursement provision applies.

- Medical Records Release - Ms. Spears must complete this form, so that Liberty can obtain any additional medical information not previously provided to Liberty.

Failure to provide the relevant and necessary information requested for the remand may result in a negative inference by the plan decision maker, a denial of benefits for failure to cooperate and provide relevant information, and/or other consideration by the plan decision maker in the determination on remand. We are copying a plan official with this communication.

Please ask Ms. Spears to complete these forms and return them to me, along with all additional evidence you wish to be considered by Liberty on remand, at the address shown above on or before September 15, 2015. If Ms. Spears declines to provide the requested information, Liberty will make its determinations based solely on the information contained in its claim file. If you need additional time to supply documents to Liberty, please let us know.

Please call me if you have any questions. Thank you.

Very truly yours,
JACKSON LEWIS P.C.

Sarah C. Baskin

cc:    Robert M. Wood
       Ashley B. Abel
       Beverly W. Garofalo
       Liberty Life Remand Decisionmaker

Liberty004872

Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

August 26, 2015

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

      RE:  Haley Spears
            DOB: REDACTED

You asked for the following information:

a. the dates of commencement and termination of each such employment
b. the job title held by Ms. Spears
c. whether the employment was full or part-time
d. Ms. Spears's rate of pay, including bonuses
e) all reasons for termination of each such employment

Response:

1) WinterWyman Contract Staffing, 880 Winter St. Waltham, MA. 02451.
Commence March 18, 2015
Recruiter
Full time. March 2015, $748. April 2015: $4,658. May 2015: $5,151.
$34.00 per hour
See attached wage information, employment agreement, and Job Order. No W-2 forms, as
employment started in 2015.

2) Kforce, Inc. 1001 East Palm Ave. Tampa, Fl. 33605
August 2014 to March 2015
Professional administrator
Full time
$17.50 per hour. Spears cannot locate her W-2, but see attached wage information. Reason for
termination: contract position.

Liberty004873

# REDACTED

Please advise as to the reason why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. Liberty has been given access to medical information multiple times.

Very truly yours,

Winona W. Zimberlin

WWZ:
Encl.



Liberty004875

# Wage Verification Report

[illegible] Inc.
[illegible]
[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

## Employee Information

Haley Speare[illegible]

[illegible] REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| YTD total | | | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

## WAGE INFORMATION
### RE: Haley Spears
### SSN: REDACTED

WAGE INFORMATION 2014

If the amount of wages for each month is the same, enter the monthly amount here $_____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|---|---|---|---|
| January | $ | July | $ |
| February | $ | August | $ 1028.13 |
| March | $ | September | $ 2935.43 |
| April | $ | October | $ 3429.55 |
| May | $ | November | $ 3699.38 |
| June | $ | December | $ 5136.56 |

WAGE INFORMATION 2015

If the amount of wages for each month is the same, enter the monthly amount here $_____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|---|---|---|---|
| January | $ 2687.75 | July | $ |
| February | $ 5498.75 | August | $ |
| March | $ 4900.00 | September | $ |
| April | $ | October | $ |
| May | $ | November | $ |
| June | $ | December | $ |

EMPLOYER: 24 Force

PHONE NUMBER: 813 513 5772

Signature: _____

Printed Name: Rita Barrio

Title: HR Administrator

Date: 5/8/15

Liberty004877



**EMPLOYMENT AGREEMENT**

This Agreement is made on **March 13, 2015** between **Haley Spears** hereinafter called "Employee", and WinterWyman HR Contract Solutions, Inc., hereinafter called "Company". Whereas, Company desires to hire Employee on a temporary basis for work to be performed at **Abcam Inc.** hereinafter called "Client", and whereas, Employee has been contracted by Company, the parties agree as follows: Employee will be paid **$34.00** per hour for each hour worked for the first 40 hours per week. Hours over 40 per week will be paid at a rate of **$51.00** per hour for each hour worked. Assignment begins on **March 18, 2015** and we anticipate that it will continue for approximately **four months.** Your first payday is expected to be **March 27, 2015.** Company employs Employee as an employee at will.

If an adjustment to hourly pay rate occurs, the Company will notify Employee, and the adjustment will become effective on the effective date stated in the notice, as to services rendered on and after the effective date. The effective date shall in all cases be on or after the notice date.

This Agreement is contingent upon Employee's ability to present documentation reflecting Employee's eligibility to work in the United States. Employee must present appropriate documentation as described in the document entitled "List of Acceptable Documents." Documentation must be available when Employee reports to work on the first day of employment.

An employment package containing information relevant to Employee's employment with Company, including payroll information, and Company policies and procedures, will be provided to Employee. Employee agrees to complete and return required documentation to Company in order for Company to properly process Employee's payroll as well as other documents required for Employee's personnel file. Employee acknowledges that as a temporary employee, he/she may not be eligible for certain benefits that may be offered to other employees of Company.

Employee warrants that information provided by him/her (including, but not limited to information contained on Employee's resume), on which Company relies in making referrals to Client, is true and accurate and Employee acknowledges and understands that any misstatements or lack of candor by Employee regarding his or her qualifications or availability for work may be grounds for immediate termination by Company of any assignment and constitutes a breach of this Agreement for which damages are recoverable.

Employee shall not provide services to (as either independent contractor or employee) or solicit any contract activity directly or indirectly with Client for a period of one (1) year following Employee's last day of work with Company, without the written consent of Company. Employee shall be bound by and shall comply with applicable rules, regulations, or policies established by Company.

Employee agrees to submit on a weekly basis, time cards accurately reflecting the hours Employee works each week and approved by their supervisor at Client. Failure to submit timecards on a timely basis may delay payment. Electronic signatures are acceptable if hours are submitted electronically through the WinterWyman time tracking software. Company will pay Employee on a bi-weekly basis based on the approved hours Employee reports on these forms. Should Employee be asked to prepare or submit a time card that does not accurately reflect the number of hours Employee actually worked during the period covered by the form, Employee agrees to notify their Staffing Manager and/or the head of human resources of Company promptly and in writing. The time cards of Company shall be conclusive as to the time worked by Employee.

As dependability is regarded as a primary requirement for successful employment, Employee is expected to be at work on time every day as scheduled. However, should Employee be absent or expect to be arriving late to work, for any reason both Company and the assignment supervisor are to be contacted. If Employee does not know the supervisor's phone number, Employee will make Company aware of this situation when notifying Company. Employee is also required to keep Company apprised of any performance related discussions or issues.

Information supplied by Company concerning hourly rates is confidential and should not be discussed with Client. Employee agrees to make every effort to complete the Client assignment. If, for any reasons out of the control of the Employee, the assignment cannot be completed, Employee will give not less than two (2) weeks prior written notice to Client and Company, in order that a replacement employee may be obtained and a continuity of effort be maintained to complete the assignment.

Any and all discoveries, inventions, improvements or works of authorship relating in any way to Employee's work for Client that Employee develops during the period when Employee is performing work for Client (whether developed alone or in conjunction with others, whether developed at Client's premises or elsewhere and whether developed within regular business hours or at other times) ("Developments") shall be Client's sole property. Employee hereby assigns and agrees to assign all such Developments and all rights

Liberty004878



in and to such Developments solely to Client. Employee agrees to execute and deliver such additional documents as may reasonably be required to vest such rights in Client.

All information (pertaining to Company's or Client's inventions, designs, tools, equipment, unpublished written materials, plans, processes, costs, methods, systems, improvements, other confidential matters) which is obtained by Employee in the performance of his/her work and which is not publicly disclosed by Company or Client, shall be considered as confidential and proprietary to Company or to Client. In addition, confidential information may include specific information protected under the Federal Health Insurance Portability and Accountability Act (HIPAA) and will be kept confidential as required by HIPAA regulations, Company and Client. This paragraph shall be for the benefit of Company and/or Client and either/or both shall have all rights and remedies to enforce such provision.

Employee warrants and represents that (a) Employee has full right, title and authority to perform the obligations and grant the rights and licenses granted in this Agreement; and (b) Client shall receive free, good and clear title to any and all Developments. Employee shall be liable for and shall indemnify, defend and hold harmless Company and Client against any claim that any Developments misappropriate a trade secret or infringe a patent, copyright or other intellectual property right of any person.

Employee will be required to sign Company's Anti Harassment Policy as an employee of Company. In the event of any type of discrimination or harassment of Employee, any type of unsafe working conditions or environment, any intentional tort by Client's personnel or agents, or any threat of or actual violence to Employee while performing duties for Client, Employee shall immediately notify Company and shall follow any and all lawful procedures indicated by Client. Employee acknowledges that Company cannot control the working conditions or working environment of Client. However, if Employee informs Company of a situation described in this paragraph, Company will attempt to resolve the situation with Client. Moreover, if Employee informs Company that a previously reported situation has not been resolved to Employee's reasonable satisfaction, Company shall where appropriate, remove Employee from the assignment and make all reasonable efforts to reassign Employee to a different client as soon as reasonably possible.

Pursuant to Massachusetts General Law Chapter 149, Section 159C, attached as an Addendum A to this agreement is the Temporary Workers Right to Know Job Order form. By signing this agreement, you acknowledge receipt of the job order and confirm that the information provided is correct to your knowledge.

This Agreement shall be construed under the laws of the State of Massachusetts and any action brought as a result of the breach of this contract shall be brought only in a court sitting entirely within the State of Massachusetts and Employee hereby consents to the jurisdiction thereof. This Agreement contains the entire agreement between the parties with respect to the employment vested herein. There are no representations or agreements except as herein provided and all prior agreements, whether written or oral, are merged herein and superseded hereby.

This Agreement creates an "at will" employment relationship, terminable at any time by the Employee or Company without cause and subject only to the notice required of the Employee set forth herein.

NOTE: WinterWyman HR Contract Solutions, Inc. respects its Client's privacy and is concerned about protecting its Clients from unnecessary solicitation. Any information concerning Clients is considered proprietary and is not to be disclosed for any reason.

_____            _____
Haley Spears                                          Date


_____            _____
Maria Passanisi                                      Date
WinterWyman HR Contract Solutions, Inc.

Liberty004879

**WinterWyman**
Contract Staffing

WinterWyman
880 Winter Street, Ste. 200
Waltham, MA 02451
(781) 890-7000

## ADDENDUM A – JOB ORDER

This is an important notice. Please have it translated.
Este é um aviso importante. Queira mandá-lo traduzir.
Esto es un aviso importante. Sírvase mandarlo traducir.
ĐÂY LÀ MỘT BẢN THÔNG CÁO QUAN TRỌNG
XIN VUI LÒNG CHO DỊCH LẠI THÔNG CÁO ẤY
Ceci est important. Veuillez faire traduire.
本通知极重要。请将之译成中文。
នេះគឺជាព័ត៌មាន សូមមេត្តាបកប្រែជូនផង

| METHOD OR DELIVERY (ELECTRONICAL) | DATE DELIVERED |
|---|---|
| Haley Spears | March 13, 2015 |

| NAME OF JOB APPLICANT/WORKER | JOB APPLICANT/WORKER HOME STREET ADDRESS (CITY, STATE, ZIP CODE) |
|---|---|
| Haley Spears | 74 Heath Street, Somerville, MA 02145 |

| JOB APPLICANT/WORKER PHONE | JOB APPLICANT/WORKER E-MAIL ADDRESS | JOB ORDER NUMBER | DATE OF ASSIGNMENT |
|---|---|---|---|
| 860-930-0887 | spears1h@gmail.com | 29951 | March 18, 2015 |

| WORKSITE COMPANY NAME | WORKSITE COMPANY MAILING ADDRESS | IS WORKSITE ON STRIKE OR LOCKOUT? |
|---|---|---|
| Abcam Inc. | 1 Kendall Square, Suite 200, Cambridge, MA 02138-1500 | No |

| NAME OF CONTACT PERSON AT WORKSITE | CONTACT PERSON PHONE | CONTACT PERSON E-MAIL ADDRESS | WORKSITE ADDRESS |
|---|---|---|---|
| Sean Conneely | 617.577-4266 | sean.conneely@abcam.com | 1 Kendall Square, Suite 200, Cambridge, MA 02138-1500 |

| DESCRIPTION AND NATURE OF ASSIGNMENT | SPECIAL ATTIRE/ACCESSORIES, TOOLS, PROTECTIVE EQUIPMENT, TRAINING OR LICENSES REQUIRED |
|---|---|
| Recruiter | ☒ NONE REQUIRED<br>☐ YES   SPECIFY: |

| SPECIAL TRAINING WILL BE PROVIDED FOR PARTICULAR JOB TASKS REQUIRED BY THE JOB. IF SO, PROVIDE DETAILS: | TRANSPORTATION TO WORKSITE IS OFFERED BY AGENCY OR WORKSITE EMPLOYER. IF SO, PROVIDE DETAILS: |
|---|---|
| ☒ NO   SPECIFY:<br>☐ YES | ☒ NO   SPECIFY:<br>☐ YES |

| START DATE OF THE WORK ASSIGNMENT OR ENGAGEMENT | EXPECTED DURATION OF THE WORK ASSIGNMENT OR ENGAGEMENT | START TIME | ANTICIPATED END TIME | ANTICIPATED OVERTIME | MEALS ARE PROVIDED BY THE AGENCY OR WORKSITE EMPLOYER. IF SO, PROVIDE DETAILS: |
|---|---|---|---|---|---|
| March 18, 2015 | four months | 9am | 5pm | | ☒ NO   SPECIFY:<br>☐ YES |

| FEES/CHARGES | DESCRIPTION | TOTAL FEE/CHARGE AMOUNT | PAID | RECEIPT PROVIDED |
|---|---|---|---|---|
| Special attire, accessories, tools, protective equipment safety equipment | n/a | None | | |
| Meals provided by agency or worksite employer | n/a | None | | |
| Transportation provided by agency or worksite employer | n/a | None | | |
| Other (Specify) | n/a | None | | |

*Massachusetts General Law Chapter 149, section 159C limits the fees/charges that may be charged by staffing agencies to job applicants/workers. Agencies should review the law in its entirety to determine the permissibility of such charges. Staffing agencies SHALL NOT deduct fees and charges from a worker's paycheck. In addition, Section 159C requires that a written contract be executed between a staffing agency and job applicant/worker for the payment of any fee for a good or service which clearly states in a language that the job applicant/worker understands that the purchase is voluntary and that the staffing agency will not gain a profit from any cost or fee charged. Attach applicable contract(s) to this job order.

| RATE OF COMPENSATION OR WAGES TO BE PAID | DESIGNATED PAY DAY | EMPLOYERS ARE REQUIRED BY MASSACHUSETTS GENERAL LAW TO PROVIDE WORKERS' COMPENSATION INSURANCE. STAFFING AGENCIES ARE REQUIRED TO PROVIDE WORKERS' COMPENSATION COVERAGE. PLEASE LIST THEIR PROCESSOR'S/JOB'S WC CARRIER'S NAME, ADDRESS AND PHONE NUMBER BELOW: |
|---|---|---|
| $34.00 | Biweekly on Friday | Utica National Insurance<br>201 Edgewater Drive, Ste. 295, Wakefield, MA 01880<br>(800) 216-1420 |

Massachusetts General Law Chapter 149, section 159C requires that staffing agencies provide at a minimum, all of the information listed above. Nothing shall prevent a staffing agency from directing an employee to a job by telephone, but such telephone message shall comply with the disclosure requirements of this section and shall be confirmed in writing by the staffing agency and sent to the employee before the end of the first pay period. The Temporary Workers Right to Know Law is administered by the: DEPARTMENT OF LABOR STANDARDS, 19 STANIFORD STREET, 2ND FLOOR, BOSTON, MA 02114) (617) 626-6970.

# WAGE INFORMATION
## RE: Haley Spears
### SSN: REDACTED

WAGE INFORMATION 2014 *2015*

If the amount of wages for each month is the same, enter the monthly amount here
$ _____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|---|---|---|---|
| January | $ | July | $ |
| February | $ | August | $ |
| March | $ 748 | September | $ |
| April | $ 4,658 | October | $ |
| May | $ 5,151 | November | $ |
| June | $ | December | $ |

WAGE INFORMATION 2015

If the amount of wages for each month is the same, enter the monthly amount here
$ _____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|---|---|---|---|
| January | $ | July | $ |
| February | $ | August | $ |
| March | $ | September | $ |
| April | $ | October | $ |
| May | $ | November | $ |
| June | $ | December | $ |

EMPLOYER: _Winter Wyman_

PHONE NUMBER: _(780 530-3344_

Signature: _Cathy Renda_

Printed Name: _Cathy Renda_

Title: _Dir, HR_

Date: _5/22/15_

Liberty004881

Representing Management Exclusively in Workplace Law and Related Litigation



| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

July 30, 2015

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT 06114-1024

                    Re:   *Haley Spears v. Liberty Life Assurance Company of*
                          *Boston et al.*
                          *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

        We enclose a copy of the Activities Questionnaire, Claimant Information Form, Family Information Questionnaire, Claimant Supplementary Statement and Medical Records Release referenced in our letter dated July 24, 2015. Please ask Ms. Spears to complete these forms and return them to me, along with all additional evidence you wish to be considered by Liberty on remand, at the address shown above on or before August 31, 2015. If you need additional time to supply documents to Liberty, please let us know.

        Please call me if you have any questions. Thank you.

                          Very truly yours,
                          JACKSON LEWIS P.C.

                          *Sarah C. Baskin*

                          Sarah C. Baskin

cc:    Robert M. Wood
       Ashley B. Abel
       Beverly W. Garofalo

Liberty004882



**Liberty Mutual**

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

*Page 1 of 3*

Return to:_____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: | |
| CLAIM NO.: | S.S. NO.: |
| EMPLOYER/SPONSOR: | DATE OF BIRTH: |

*TO BE COMPLETED BY THE CLAIMANT*
Please answer the following questions completely and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit_____   stand_____   walk_____

How many hours a day do you:
sit_____   stand_____   walk_____

Do you take a nap during the day?   Yes_____   No_____
If yes, for how long? _____   At what time of the day? _____
How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a cane_____ walker_____ crutches_____
wheelchair_____ other_____

How long are you able to sit in a car?   _____
How long are you able to drive a car?   _____

How do you maintain contact with people or activities that matter most to you?
_____

Do you have children?  Yes_____   No_____
If yes, what are their dates of birth? _____
Do you need help caring for your children? Yes_____   No_____

Are you responsible for taking care of an elderly parent or grandparent?
Yes_____   No_____   If yes, please explain _____

How many times a day do you leave the house during the week?_____ On the
weekends?_____

How often do you go shopping at the mall? _____

How often do you get outdoors?   _____

| | | | |
|---|---|---|---|
| Are you left or right hand dominant? | Left_____ | Right_____ |
| Are you able to work in your garden? | Yes_____ | No_____ |
| Are you able to work on your house? | Yes_____ | No_____ |
| Are you able to wash your car? | Yes_____ | No_____ |

DP 535D 01/02

Liberty004883



The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Putting groceries away | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Washing floors | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Feeding yourself | | |
| Using the bathroom yourself | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?        Yes _____    No _____
If yes, please explain: _____

How often do you travel or take vacation?    _____
Where you do you go?  How do you get there (transportation method)? _____

Are you able to pursue your hobbies?        Yes _____    No _____    If yes, please
describe _____

Do you participate in an exercise program?        Yes _____    No _____    If yes, please
describe _____

Do you do any Volunteer work?        Yes _____    No _____    If yes, how
many hours per day? _____, per week? _____
for whom? _____

Are you working for wages?        Yes _____    No _____
If yes, please provide employer's name _____

Have you experienced any memory/concentration problems?
Yes _____     No _____   Please provide an example _____

Liberty004884



*page 3 of 3*

Describe in your own words, what prevents you from performing your <u>own occupation</u>.

_____
_____
_____

Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.

_____
_____
_____

Please describe your daily routine:

_____
_____
_____
_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? _____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.   Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photostatic copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Liberty004885

## FAMILY INFORMATION QUESTIONNAIRE



**Liberty Life Assurance Company of Boston**
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

- What is your marital status?   Single _____   Married _____   Divorced _____

- If married, please indicate your spouse's name and date of birth. Name: _____ DOB: _____

- Do you have children?   Yes _____   No _____

- If yes, please indicate their names and dates of birth below, using additional space as needed.

  Name: _____   DOB: _____

  Name: _____   DOB: _____

  Name: _____   DOB: _____

  Name: _____   DOB: _____

- Is your spouse and/or children receiving Social Security benefits?

  Yes: _____   No: _____

- If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Your Name: _____   SS #: _____   Date: _____

DP 537 D 12/01   Member of Liberty Mutual Group

Liberty004886

# CLAIMANT SUPPLEMENTARY STATEMENT

 Liberty Mutual.

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _____
CLAIM NO.: _____     S.S. NO.: ____ - __ - ____
EMPLOYER/SPONSOR: _____     DATE OF BIRTH: _____

| 1. Full Name (Last, First, Middle Int.) | | 2. Social Security Number | 3. Phone Number (include area code) | |
|---|---|---|---|---|
| 4. Address | | City | State | Zip Code |
| 5. Marital Status | 6. Number of Children | 6a. Dates of Birth of Children | | |

7. Have you returned to any type of employment?  If yes, please describe.

8. Do you own your own business, or are you affiliated with a Corporation, Partnership, or Sole Proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business?  Do you have a website?  If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party? Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this form or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. A photostatic copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

DATE: _____     EMPLOYEE'S SIGNATURE: _____

DP-409 11/02

Liberty004887

# CLAIMANT INFORMATION FORM



**Liberty Mutual**™

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: _____ | |
| CLAIM NO.: _____ | S.S. NO.: _____ - ____ - _____ |
| EMPLOYER/SPONSOR: _____ | DATE OF BIRTH: _____ |

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

## NAME OF CURRENT HEALTH CARE PROVIDERS:

Primary    Name: _____ Specialty _____
             Address: _____
             _____
             Telephone No.: ( ___ ) _____ Fax No.: ( ___ ) _____
             Period of Treatment: From: _____ Thru: _____

Specialist  Name: _____ Specialty _____
             Address: _____
             _____
             Telephone No.: ( ___ ) _____ Fax No.: ( ___ ) _____
             Period of Treatment: From: _____ Thru: _____

Other     Name: _____ Specialty _____
             Address: _____
             _____
             Telephone No.: ( ___ ) _____ Fax No.: ( ___ ) _____
             Period of Treatment: From: _____ Thru: _____

## NAME OF CURRENT HEALTH INSURANCE COMPANY:

             Insurance Carrier: _____
             Address: _____
             Telephone No.: ( ___ ) _____ Fax No.: ( ___ ) _____
             Contact: _____

## NAME OF PHARMACY:

Current   Name: _____
             Address: _____
             Telephone No.: ( ___ ) _____ Fax No.: ( ___ ) _____

Prior     Name: _____
             Address: _____
             Telephone No.: ( ___ ) _____ Fax No.: ( ___ ) _____

**SIGNATURE:** _____ **DATE:** _____

DP 421  Rev. 6/01

Liberty004888

Authorization to Obtain and Release Information

 **Liberty Mutual**™

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

---

EMPLOYEE/CLAIMANT NAME: _____

CLAIM NO.: _____   S.S. NO.: ___ - ___ - ___

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: _____

---

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_____   _____
Print Name                     Social Security Number

_____   _____
Signature                      Date

DP 432 07/01

Liberty004889

**Baskin, Sarah C. (Hartford)**

| | |
|---|---|
| **From:** | winona zimberlin <wzimberlin@lawyer.com> |
| **Sent:** | Wednesday, July 29, 2015 12:20 PM |
| **To:** | Baskin, Sarah C. (Hartford) |
| **Cc:** | Garofalo, Beverly W. (Hartford); Baskin, Sarah C. (Hartford); Wood, Robert M. (Greenville); Abel, Ashley B. (Greenville) |
| **Subject:** | Re: Spears v. Liberty |

Sarah, I have left you messages to discuss your letters.

Additionally, there were no questionnaires attached.

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

**Sent:** Friday, July 24, 2015 at 11:56 AM
**From:** "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>
**To:** "wzimberlin@lawyer.com" <wzimberlin@lawyer.com>
**Cc:** "Garofalo, Beverly W. (Hartford)" <GarofalB@jacksonlewis.com>, "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>, "Wood, Robert M. (Greenville)" <WoodR@jacksonlewis.com>, "Abel, Ashley B. (Greenville)" <AbelA@jacksonlewis.com>
**Subject:** Spears v. Liberty

Good Morning,

Please see the attached correspondence and contact Sarah with any questions. Thank you.

Carol A. Curley
Legal Assistant to
Sarah C. Baskin,
David R. Golder and
David C. Salazar-Austin
jackson|lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.331.2576| Direct Dial
860.522.0404| Main
860.247.1330| Fax

curleyc@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are

LibertY004890

hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Liberty004891



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
90 State House Square
8th Floor
Hartford, Connecticut 06103
Tel 860 522-0404
Fax 860 247-1330
www.jacksonlewis.com

| | | |
|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

July 24, 2015

**VIA FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT 06114-1024

        *Re:*    *Haley Spears v. Liberty Life Assurance Company of*
                    *Boston et al.*
                    *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

        We have reviewed the district court's March 31, 2015, decision in the above-captioned matter and write on behalf of Liberty Life Assurance Company of Boston ("Liberty") to obtain information necessary to review Ms. Spears' claim for long-term disability benefits on remand. We assume you will be representing Ms. Spears during this court-ordered review and therefore direct this communication to you. If you are no longer representing Ms. Spears, please let us know.

        Please provide all additional evidence you wish to be considered by Liberty on remand consistent with the Court's decision. Please also ask Ms. Spears to complete the attached Activities Questionnaire, Claimant Information Form, Family Information Questionnaire, Claimant Supplementary Statement and Medical Records Release and return them to me at the address shown above. Please provide the documents listed above on or before August 24, 2015. If you need additional time to supply documents to Liberty, please let us know.

        Based on the wage information you provided on June 2, 2015, it appears that Ms. Spears returned to work in August 2014. Please include with the documents you provide for the remand information concerning Ms. Spears's employment at any employer, other than United Technologies Corporation or Pratt & Whitney, between February 9, 2009 and the present. Specifically, please state Ms. Spears' total gross earnings from any employment or employment-related activity, including self-employment, during the period from February 9, 2009 through the present, including the source(s) of such earnings and the date(s) when such earnings were received by Ms. Spears. Please also identify all employers with whom Ms. Spears has been employed during that time period and state the following:

        a.     the dates of commencement and termination of each such employment;
        b.     the job title(s) held by Ms. Spears;
        c.     whether the employment was full or part-time;

Winona W. Zimberlin, Esq.
July 24, 2015
Page 2


Attorneys at Law

      d.     Ms. Spears's rate(s) of pay (include bonuses, if any); and
      e.     all reasons for the termination of each such employment, if applicable, including, but not limited to, whether the termination was voluntary or involuntary.

Please also send us copies of documents substantiating this information, including, but not limited to, her new hire documentation, terms and conditions of employment, paycheck data, and W-2 or 1099 forms.

      Although ERISA does not prescribe Liberty Life's deadline for review of the evidence in support of Plaintiff's claims, it will strive to follow the appeal review deadlines set forth in the Regulations. Once Liberty Life receives this evidence, it will strive to review Plaintiff's claim for benefits within a reasonable period of time, but not later than 45 days after receipt of that evidence. If Liberty determines that special circumstances exist and an extension is needed, it may take up to an additional 45 days to decide the appeal. However, before taking the extension, it will notify you in writing during the first 45-day period explaining the special circumstances, and the date by which it expects to make the decision.

      Please call me if you have any questions. Thank you.

            Very truly yours,
            JACKSON LEWIS P.C.

            Sarah C. Baskin

cc:   Robert M. Wood
      Ashley B. Abel
      Beverly W. Garofalo

Liberty004893