# EXHIBIT A

# Part 7

## Claim Coversheet Report

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes   Claim   Class   Correspond   Doc List   Medical   SPELL Letters

Claim Number REDACTED   Claim Last Updated 03/22/2017   Printed On 10/9/2018

### Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | HALEY A SPEARS | SSN | REDACTED | Birth Date | REDACTED |
| Address | 9000 WEST WILDERNESS WAY | Salary Amount $ 4421.92 | | Mode | M |
| | #190 | Date of Hire | 12/19/2005 | | |
| | | Last Work Date | 09/26/2008 | | |
| | SHREVEPORT, LA 71106-0000 | Federal Tax | Employee Option | State Tax | No |
| Phone | (860) 930-0887 | Phys Demands | Sedentary | | |

JobDesc ADMIN ASST

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | EP Not Met | Received Date | 01/22/2009 |
| Disability Date | 09/27/2008 | Close Date | 09/27/2008 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 10/10/2042 | RTW FT / PT | |
| Ben Begin Date | 03/28/2009 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc 784.0   Headache

Diagnosis 2 Code/Desc

### Policyholder Information

| | | |
|---|---|---|
| Customer ID | 01 - 258966 | UTC CHOICE |
| Subsidiary | 0106 | PRATT & WHITNEY |
| Location | 01430000 | MILITARY ENGINES |

Symb GF   Numeral 01   Product LTD   Funding CON   Bank Y   Calcs Y   Cntr Eff 10/01/2006

Class 02   ALL EMPLOYEES ENROLLED IN 60% PLAN

| | | | | | |
|---|---|---|---|---|---|
| Waiting Period: New/Mode-Current/Mode | 31 | Day | 31 | Day | Days in WRKWK | Pre-X NO |
| Elimination Period: Days/Type | 180 | Sickness | COLA: Mode/Duration | | |
| Successive Period: Period/Mode | 180 | Day | SS Integration:Type/Value | PSS | |
| Partial Disability Type/Pct | QRP | | Survivor Ben Months/Wait Period | 6 | 180 |
| Non-Verifiable Symptoms Limit | | Own Occupation Definition Limit | 24 | M/N Limit | |
| Benefit % | | Max Benefit $ | Min Benefit $ | Employer Contr % 100.00 | Subro Ind Y |

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|---|
| GF | 01 | LTD | 02 | 01/19/2006 | |
| PD | 02 | STD | 01 | 01/18/2006 | |

Additional Information:

**Note Report**

| Report | Clear | Print | Help |
| --- | --- | --- | --- |

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info
Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt
Tasks

Claim

\* Claim/Event/Leave Number  REDACTED          Accommodation Number

Note type:

Primary Sort Order          Sec

○ Note Type

○ Note Number

● Note Date/Time

○ Accm. No.

---

**05/04/2017 2:50 PM - CLAIM Note 91**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject : WINONA ZIMBERLIN
Text: [05/04/2017 - HOWARD, HOLLY]SENT CERTIFIED , TRACKING 91 7199 9991 7036 3626 7297

**05/04/2017 2:23 PM - CLAIM Note 90**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : OUT
Text: [05/04/2017 - WINTERER, NANCY]UPHOLD SECOND REMAND REVIEW. BASED ON THE PANEL PEER REVIEW
ADDENDUM OBTAINED DURING THIS SECOND REMAND REVIEW, PANEL OF NEUROPSYCH, NEUROLOGY,
ENDOCRINOLOGY/IM, INFECTIOUS DISEASE, INDICATED THERE WAS NO NEW ADDITIONALMEDICAL INFORMATION
RECEIVED FOR THIS SECOND REVIEW, AND THE DOCUMENTATION SUBMITTED DID NOT CHANGE THEIR ORIGINAL
CONCLUSIONS THAT THE MEDICAL EVIDENCE DOES NOT SUPPORT IMPAIRMENT PREVENTING MS SPEARS FROM
PERFORMING HER OCCUPATION CONTINUOUSLY THROUGHOUT AND BEYOND THE POLICY S ELIMINATION PERIOD, AND
ANY OCCUPATION AFTER MARCH 27, 2011. PROOF OF MS. SPEARS DISABILITY IN ACCORDANCE WITH THE UTC GROUP
DISABILITY INCOME POLICY PROVISIONS HAS NOT BEEN PROVIDED. SECOND REMAND REVIEW DECISIONLETTER FAXED
AND SENT BY CERTIFIED MAIL TO ATTY ZIMBERLIN TODAY.

**04/26/2017 4:24 PM - CLAIM Note 89**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject :
Text: [04/26/2017 - WINTERER, NANCY]FILE WITH MANAGER

**04/13/2017 6:13 AM - CLAIM Note 88**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/13/2017 - WINTERER, NANCY]PAYMENT TO R3 CONTINUUM FOR 4 PANEL REVIEW ADDENDUMS RELEASED ON
4/12/17. INVOICE IS DATED 4/10/17. INVOICE # IS 577726-4. AMOUNT IS $1268.75.

**04/05/2017 12:44 PM - CLAIM Note 87**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : PEER ADDENDUMS RCVD
Text: [04/05/2017 - WINTERER, NANCY]RECEIVED THE FOUR ADDENDUMS TODAY FROM R3 CONTINUUM - NEUROPSYCH, ID,
NEURO, ENDOCRINE. AWAITING ADDENDUM TO PMR/PAIN IME.

**03/31/2017 6:40 AM - CLAIM Note 86**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : IME ADDENDUM
Text: [03/31/2017 - WINTERER, NANCY]PER MESSAGE FROIM MCN ON 3/29/17, IME MD IS AWAY UNTIL 4/3/17, AND
THEREFORE THERE WILL BE DELAY IN OBTAINING THE IME ADDENDUM AS REQUESTED.

**03/22/2017 2:19 PM - CLAIM Note 85**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : IN-OUT
Text: [03/22/2017 - SMITH, TYLER]ASSIGNED TO CHUCK JOHNSON[03/22/2017 - JOHNSON, CHARLES]CLAIM ASSIGNED IN
ERROR

03/22/2017 10:03 AM - CLAIM Note 84

**03/22/2017 10:03 AM - CLAIM Note 84**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY JOB
Text: [03/22/2017 - FERRER, ZORAIDA]SENT DOCS AFTER 6/16/16 EXCEPT DOCS LABELED LEGAL ON 1 ZIP FILE VIA EMAIL
VOLTAGE SECURE TO R3 CONTINUUM AND MCN.

**03/21/2017 2:31 AM - CLAIM Note 83**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/20/2017 - REFERRED TO MEDICAL CONSULTANT NETWORK FOR PEER REVIEW.

**03/21/2017 2:31 AM - CLAIM Note 82**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/20/2017 - REFERRED TO BEHAVIORAL MANAGEMENT, INC. FOR PEER REVIEW.

**03/21/2017 2:30 AM - CLAIM Note 81**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 3/17/2017 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**03/17/2017 3:40 PM - CLAIM Note 80**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject :
Text: [03/17/2017 - WINTERER, NANCY]RECEIVED REFERRAL FROM LEGAL ON 3/16/17 TO PROCEED WITH SECOND REMAND
REVIEW. ALTHOUGH THERE HAS BEEN NO RESPONSE FROM CLMNT'S ATTY TO ARC'S 12/14/16 LETTER, WILL PROCEED
WITH PEER REVIEW ADDENDUMS BASED ON THE MEDICAL THAT HAS BEEN RECEIVED FROM ATTY SINCE THE REMAND
UPHOLD IN JUNE 2016.

**12/14/2016 3:03 PM - CLAIM Note 79**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject :
Text: [12/14/2016 - WINTERER, NANCY]LETTER FAXED TO ATTY TODAY: YOUR LETTER DATED JULY 13, 2016, STATED YOU
WERE REQUESTING A REVIEW OF THE JUNE 16, 2016 REMAND REVIEW DETERMINATION TO UPHOLD THE LONG TERM
DISABILITY DENIAL. YOU FURTHER STATED, ADDITIONAL DOCUMENTATION WILL BE SUBMITTED AT A LATER TIME. ON
JULY 13, 2016, LIBERTY LIFE RECEIVED DR. SAUL S STATEMENT DATED JULY 13, 2016. ON AUGUST 9, 2016, LIBERTY LIFE
RECEIVED DR. SAUL S CORRECTED JULY 13, 2016 STATEMENT. NEARLY THREE MONTHS LATER, LIBERTY LIFE RECEIVED
DR. RAXLEN S 54 PAGE DOCUMENT ON SEPTEMBER 26, 2016. YOUR COVER LETTERS PROVIDED NO INFORMATION
REGARDING THE STATUS OF THE APPEAL. THEREFORE, IT IS UNCLEAR WHETHER YOU PLAN TO SUBMIT ADDITIONAL
DOCUMENTATION OR WHETHER THE APPEAL IS COMPLETE. PLEASE ADVISE WHETHER OR NOT THE APPEAL IS
COMPLETE SO THAT LIBERTY LIFE CAN BEGIN THE APPEAL REVIEW.

**09/27/2016 2:12 PM - CLAIM Note 78**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : FROM ATTY
Text: [09/27/2016 - WINTERER, NANCY]ON 9/26/16, RECEIVED FAX FROM ATTY THAT INCLUDED UNDATED REPORT BY DR.
BERNARD RAXLEN REGARDING HIS RESPONSE TOE THE MULTI-DISCIPLINARY PEER REVIEW THAT WAS COMPLETED
DURING THE REMAND REVIEW.

**08/10/2016 11:37 AM - CLAIM Note 77**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : FROM ATTY
Text: [08/10/2016 - WINTERER, NANCY]ON 8/9/16, RECEIVED FAX FROM ATTY WITH CORRECTED 7-13-16 LETTER FROM DR
SAUL.

**07/14/2016 6:56 AM - CLAIM Note 76**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : LETTERS FROM ATTY
Text: [07/14/2016 - WINTERER, NANCY]RECEIVED 2 LETTERS FROM ATTY ZIMBERLIN BY FAX- DATED 7-13-16. FIRST LETTER
INDICATES, -WE ARE REQUESTING A REVIEW OF THE DENIAL. ADDITIONAL DOCUMENTATION WILL BE SUBMITTED AT A
LATER TIME.- SECOND LETTER IS A COVER LETTER DATED 7-13-16, WITH 1 PAGE LETTER FROM AP DR SAUL DATED 7-13-
16, IN WHICH HE DISAGREES WITH THE FINDINGS OF THE PANEL PEER REVIEW.

**06/27/2016 8:53 AM - CLAIM Note 75**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/27/2016 - WINTERER, NANCY]RECEIVED INVOICE DATED 5/24/16 FROM DR RISSENBERG, NEUROPSYCHOLOGIST.

Liberty004896

AT LIBERTY'S REQUEST, DR RISSENBERG SUBMITTED A RESPONSE TO NEUROPSYCH PEER REVIEW WHICH LARGELY COMMENTED ON HER TESTING. NO INVOICE NUMBER. INVOICE WAS DATED 5/24/16. AMOUNT WAS $1250.00. PAYMENT RELEASED TO DR RISSENBERG TODAY.

**06/16/2016 3:16 PM - CLAIM Note 74**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : CERTIFIED MAILING
Text: [06/16/2016 - PILAR, SARAH]LETTER SENT TO ATTY VIA USPS CERTIFIED 91 7199 9991 7036 3674 5597.

**06/16/2016 1:36 PM - CLAIM Note 73**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : REMAND OUT
Text: [06/16/2016 - WINTERER, NANCY]LTD DENIAL AND APPEAL UPHOLDS UPHELD BASED ON REMAND REVIEW. BASED ON REVIEW OF ALL INFORMATION ON FILE, PLUS DURING THIS REMAND REVIEW A MEDICAL PANEL REVIEW OF NEUROLOGY, INFECTIOUS DISEASE, NEUROPSYCHOLOGY, AND ENDOCRINOLOGY/INTERNAL MEDICINE, AND A PM&R IME, DENIAL UPHELD AS CLMNT DID NOT FULFILL THE POLICY'S ELIMINATION PERIOD, MEET THE POLICY'S DEFINITION OF TD OWN OCCUPATION, AND DEFINITION OF TD ANY OCCUPATION. DETERMINATION LETTER FAXED TODAY TO ATTY ZIMBERLIN TODAY. LETTER ALSO SENT VIA CERTIFIED MAIL.

**05/02/2016 2:23 PM - CLAIM Note 72**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/02/2016 - WINTERER, NANCY]RECEIVED NEUROPSYCHOLOGY AND NEUROLOGY PEER REVIEW ADDENDUM AND INVOICE FROM R3 CONTINUUM. INVOICE IS DATED 4/29/16. INVOICE # IS 577726=3. AMOUNT IS $846.98. PAYMENT RELEASED TODAY TO R3 CONTINUUM.

**04/27/2016 3:28 PM - CLAIM Note 71**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : CERTIFIED MAILING
Text: [04/27/2016 - BLANCHETTE, JACOB]CERTIFIED MAILING SENT 4/27/16 TRACKING NUMBER 91 7199 9991 7036 3664 5415

**04/27/2016 8:14 AM - CLAIM Note 70**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject : RESPONSE
Text: [04/27/2016 - WINTERER, NANCY]RECEIVED LETTER FROM ATTY ZIMBERLIN DATED 4/25/16, RE COPY OF THE FILE SENT 4/15/16. ATTY ALSO ASKED IS LIBERTY IS GOING TO PAY AP'S FOR THEIR -NEW REPORTS.- RESPONSE FAXED AND SENT BY CERTIFIED MAIL TODAY.[04/27/2016 - WINTERER, NANCY]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO W ZIMBERLIN AT 860-247-4194. ------------------------------------- FROM: WINTERER, NANCY ------------------------------------- ------------------- TIME: 4/27/2016 8:26:39 AM SENT TO 860-247-4194 WITH REMOTE ID 8602474194 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 4 ELAPSED TIME: 02:23 ON CHANNEL 9

**04/25/2016 1:33 PM - PHONE Note 33**
Claim/Event/Leave: REDACTED
NoteSubject : Called Other
Other Subject : MCN
Text: [04/25/2016 - WINTERER, NANCY]CHECKED O STATUS OF IME ADDENDUM- ATTY ZIMBERLIN'S LETTER OF COMPLAINTS PREVIOUSLY SENT TO MCN, AND REQUEST IME PHYSICIAN- DR COURTNEY, TO RESPOND.[04/25/2016 - WINTERER, NANCY] MCN INDICATED THEY DO NOT HAVE DR. COURTNEY'S RESPONSE AS YET, HE IS WORKING ON IT, AND IT IS A PRIORITY.

**04/19/2016 2:41 PM - LIFE Note 3**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY WORK
Text: [04/19/2016 - LANGHAMMER, HEATHER]DOC LIST COPIED (3/17/16 THROUGH 4/11/16) VIA A THUMB DRIVE AND SENT OVERNIGHT SAVER WITH SIGNATURE REQUIRED TO ATTORNEY WINONA ZIMBERLIN. TRACKING #: 1Z 248 96X 24 9665 4070. TRACKING LABEL SAVED TO THE DOC LIST.

**04/19/2016 9:57 AM - PHONE Note 32**
Claim/Event/Leave: REDACTED
NoteSubject : Other Called
Other Subject : ATTY RUSS ZIMBERLIN
Text: [04/19/2016 - WINTERER, NANCY]RECEIVED CALL FROM ATTY RUSS ZIMBERLIN AT 4:57PM ET MONDAY 4/18/16. ATTY ZIMBERLIN STATED THEY RECEIVED THUMB DRIVE WITH UPDATED RECORDS FROM MS SPEARS' CLM- PASSWORD DID NOT WORK, HE TRIED 5 TIMES, AND IS NOW LOCKED OUT. AFTER VERIFYING WITH HOADMIN- CALLED RUSS ZIMBERLIN. ADVISED WE ARE OVERNIGHTING NEW THUMB DRIVE TODAY, WITH PASSWORD INSTRUCTIONS. IF THIS DOES NOT WORK, WE WILL SEND IN PAPER FORM. HE ASKED IF HE COULD CALL ARC IF HE IS HAVING DIFFICULTY- STATED YES.

**04/18/2016 8:16 AM - CLAIM Note 69**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/18/2016 - WINTERER, NANCY]INVOICE RECEIVED FROM R3 CONTINUUM FOR 4 SPECIALTY PANEL PEER REVIEW

TEXT: [04/18/2016 - WINTERER, NANCY]INVOICE RECEIVED FROM R3 CONTINUUM FOR 4 SPECIALTY PANEL PEER REVIEW. IM- ID- NEURO- NEUROPSYCH. INVOICE IS DATED 4/11/16. INVOICE NUMBER IS 577720-1. AMOUNT IS $37,701.75. SINCE AMOUNT IS OVER ARC'S AUTHORIZATION, EMAIL SENT TO ARU MANAGER TO RELEASE PAYMENT TO R3 CONTINUUM.

**04/18/2016 7:46 AM - CLAIM Note 68**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : DR GIANNINI- PCP
Text: [04/18/2016 - WINTERER, NANCY]RECEIVED A FAX TODAY VIA SCU. THIS FAX IS DATED 4/14/16 FROM ATTY ZIMBERLIN. THERE IS A COVER LETTER FROM ATTY WITH A STATEMENT FROM CLMNT'S PCP- DR GIANNINI. DR GIANNINI REPORTED MS SPEARS WAS TOTALLY DISABLED DURINGTHE PERIOD IN QUESTION.

**04/15/2016 1:31 PM - LIFE Note 2**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY WORK
Text: [04/15/2016 - LANGHAMMER, HEATHER]COPIED DOC LIST FROM 3/17/16 THROUGH 4/11/16 PER CM'S REQUEST ONTO A THUMB DRIVE. SENT REQUEST WITH COPY OF THE COVER LETTER VIA CERTIFIED MAIL TO THE ATTORNEY WINONA ZIMBERLIN. TRACKING LABEL SAVED TO THE DOC LIST

**04/14/2016 12:11 PM - CLAIM Note 67**
Claim/Event/Leave: REDACTED
NoteSubject : IME/IPE
Other Subject : ADDENDUM RQST
Text: [04/14/2016 - WINTERER, NANCY]REQUEST SENT TODAY TO MCN FOR IME ADDENDUM. REQUESTED IME PHYSICIAN REVIEW AND COMMENT ON ATTY ZIMBERLIN'S 3/14/16 LETTER REGARDING CLMNT'S STATEMENTS ABOUT THE IME.

**04/14/2016 8:58 AM - CLAIM Note 66**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY OF FILE
Text: [04/14/2016 - WINTERER, NANCY]PER ATTY ZIMBERLIN'S 4/11/16 REQUEST FOR ALL DOCUMENTS IN FILE SINCE HER PREVIOUS 3/17/16 REQUEST, SENT COVER LETTER AND REQUEST FOR COPY OF DOCLIST THIS AM TO HO ADMIN FOR COPY OF DOCUMENTS SINCE 3/17/16- TO BE SENT CERTIFIED-RETURN RECEIPT TO ATTY ZIMBERLIN.

**04/12/2016 8:56 AM - CLAIM Note 65**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to AP
Other Subject : EMAIL
Text: [04/12/2016 - WINTERER, NANCY]AS RECOMMENDED BY HIS OFFICE STAFF, EMAILED DR RAXLEN 4:55PM 4/11/16 TO AGAIN REQUEST HIS RESPONSE TO THE PEER REVIEW AND/OR TO SET UP A DISCUSSION WITH DR CROSSLEY, ID PEER REVIEWER. REQUESTED RESPONSE FROM DR RAXLEN ON OR BEFORE 5/15/16.

**04/11/2016 4:21 PM - PHONE Note 31**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR RAXLEN
Text: [04/11/2016 - WINTERER, NANCY]FOLLOW-UP CALL TO NAYALIE AT DR RAXLEN'S OFFICE TODAY AT 1:50PM ET. SHE WAS TO CHECK WITH DR RAXLEN RE WHETHER HE PLANNED TO RESPOND TO LIBERTY'S 3/16/16 FAX AND/OR HIS AVAILABILITY TO SPEAK WITH REVIEWING ID PHYSICIAN-DR CROSSLEY. TODAY NAYALIE SUGGESTED ARC EMAIL DR RAXLEN DIRECTLY, AS HE IS VERY BUSY AND THE BEST WAY TO REACH HIM IS BY EMAIL.

**04/11/2016 11:00 AM - PHONE Note 30**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR SAUL- KAREN
Text: [04/11/2016 - WINTERER, NANCY]SPOKE TO KAREN AT DR SAU;'S OFFICE. KYTHA, PREVIOUS CONTACT IS AWAY FOR THE WEEK. EXPLAINED PURPOSE OF CALL TO KAREN. KAREN WILL SPEAK WITH DR SAUL TO FIND OUT IF HE PLANS TO RESPOND TO LIBERTY'S 3/16/16 REQUEST.[04/11/2016 - WINTERER, NANCY]KAREN TOOK ARC'S PHONE NUMBER TO CALL BACK WITH DR. SAUL'S ANSWER, AS DR SAUL WAS WITH PATIENTS AT THAT TIME.

**04/08/2016 7:50 AM - CLAIM Note 64**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : DR. ZAGAR
Text: [04/08/2016 - WINTERER, NANCY]RECEIVED NARRATIVE RESPONSE FROM DR ZAGAR (NEUROLOGY) TO PEER REVIEW REPORT.

**04/08/2016 7:26 AM - CLAIM Note 63**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/08/2016 - WINTERER, NANCY]RECEIVED INVOICE FROM MCN FOR 3/14/16 PM&R IME. INVOICE IS DATED 4/5/16. INVOICE NUMBER IS # N101453. AMOUNT IS $3850.00. SINCE AMOUNT IS OVER ARC'S AUTHORIZATION, EMAIL SENT TO ARU MANAGER TO RELEASE CHECK

**04/06/2016 8:29 AM - PHONE Note 29**

Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : RISSENBERG
Text: [04/06/2016 - WINTERER, NANCY]CALLED DR RISSENBERG TO FOLLOW UP REGARDING HER WRITTEN RESPONSE TO THE PEER REVIEW REPORT. WHEN WE SPOKE ON 3/22/16, DR RISSENBERG ADVISED SHE WOULD RESPOND IN WRITING BY APPROXIMATELY 3/30/16. AS OF THIS TIME, NO RESPONSE HAS BEEN RECEIVED. LEFT MESSAGE FOR DR RISSENBERG, FOR REMINDER TO SUBMIT HER RESPONSE + IF SHE DOES NOT PLAN TO RESPOND AT THIS POINT, TO PLEASE LEAVE ARC A MESSAGE. ARC PHONE NUMBER PROVIDED.

**04/05/2016 2:30 PM - PHONE Note 28**
Claim/Event/Leave: REDACTED
NoteSubject : AP Called
Other Subject : DR ZAGAR
Text: [04/05/2016 - WINTERER, NANCY]RECEIVED CALL FROM DR ZAGAR. HE STATED HE WOULD WRITE SOMETHING UP, IT WOULD BE BRIEF AS IT HAS BEEN SOME TIME SINCE HE SAW MS SPEARS. HE WOULD STATE-WHERE HIS HEAD WAS AT-AT THE TIME. DR. ZAGAR INDICATED HE WOULD SEND TO ARC BY THE END OF THE WEEK.

**04/01/2016 2:44 PM - PHONE Note 27**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR RAXLEN
Text: [04/01/2016 - WINTERER, NANCY]FOLLOW UP CALL TO NAYALIE AT DR RAXLEN'S OFFICE. SPOKE TO NAYALIE WHO STATED DR RAXEL DOES NOT HAVE TIME TO REVIEW THE PAPERWORK SENT BY LIBERTY, BUT HE WOULD SPEAK WITH LIBERTY/ARC. ADVISED NAYALIA THE BEST OPTION WOULD BE FOR US TO SET UP A TIME IN WHICH HE COULD SPEAK WITH DR CROSSLEY- THE ID PHYSICIAN WHO REVIEWED MS SPEARS DISABILITY CLAIM FILE. NAYALIE TO DISCUSS W/ DR RAXLEN AND CALL ARC BACK WITH AN ANSWER.

**03/31/2016 11:57 AM - PHONE Note 26**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR BAEHRING
Text: [03/31/2016 - WINTERER, NANCY]FOLLOW UP CALL TO KAY AT DR BAEHRING'S OFFICE. DR BAEHRING WAS OUT OF THE OFFICE UNTIL 3/28/16. KAY INDICATED DR BAEHRING DOES NOT THINK HE SHOULD COMMENT AND RESPOND TO LIBERTY'S REQUEST. DR BAEHRING HAS NOT SEEN PT SINCE 2013 AND SHE HAS MOVED AND IS BEING TREATED IN LA. ARC EXPLAINED WE ARE ASKING FOR INFORMATION FROM THE TIME PERIOD DR BAEHRING WAS TREATING MS SPEARS. KAY INDICATED AGAIN DR BAEHRING DOES NOT THINK HE SHOULD RESPOND TO LIBERTY'S REQUEST.

**03/30/2016 2:55 PM - PHONE Note 25**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR SAUL
Text: [03/30/2016 - WINTERER, NANCY]FOLLOW UP CALL TO KYTHA- DR SAUL'S OFFICE. HE WAS ON VACATION WHEN WE PREVIOUSLY SPOKE AND RETURNED 3/28/16. KYTHA STATED DR SAUL HAS FAX AND REPORT- HAS NOT GOTTEN TO REVIEW IT AS YET. IS PLANNING ON REVIEWING. KYTHA AGREED TO REMIND DR SAUL TO COMPLETE THE REVIEW OF THE REPORT AND MAKE COMMENTS. WE AGREED THAT HIS REVIEW WOULD BE COMPLETE BY WED 4/6/16.

**03/29/2016 1:34 PM - PHONE Note 24**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : RAXLEN
Text: [03/29/2016 - WINTERER, NANCY]FOLLOW UP CALL TO DR RAXLEN'S OFFICE. SPOKE TO NAYALIE. SHE CONFIRMED FAXED WAS RECEIVED, ALTHOUGH DR RAXLEN HAS NOT GOTTEN TO REVIEW AS YET. HE MIGHT GET TO IT SOON, AND NAYALIE WILL MENTION THE FAX/ARC CALL TO DR RAXLEN. ADVISED NAYALIE ARC WILL CALL BACK IN 2-3 DAYS TO FIND OUT IF DR RAXLEN PLANS TO RESPOND.

**03/29/2016 7:33 AM - CLAIM Note 62**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/29/2016 - WINTERER, NANCY]RECEIVED INVOICE FROM BMI FOR RECENT NEUROPSYCHOLOGICAL PEER REVIEW ADDENDUM. INVOICE IS DATED 3/23/16. INVOICE NUMBER IS 577726-2. AMOUNT IS $121.88. PAYMENT RELEASED TODAY TO BMI.

**03/22/2016 2:34 PM - PHONE Note 23**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR BAEHRING
Text: [03/22/2016 - WINTERER, NANCY]CALLED DR BAEHRING AT 203-785-7284. SPOKE WITH DR BAEHRING'S SECRETARY-KAY. KAY EXPLAINED SHE WAS IN ONE OFFICE AND WILL CHECK DR BAEHRING'S OTHER OFFICE TO CONFIRM 3/16 FAX WAS RECEIVED. KAY INDICATED DR. BAEHRING IS AWAY UNTIL 2/28/16.

**03/22/2016 2:23 PM - CLAIM Note 61**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to AP
Other Subject : RAXLEN
Text: [03/22/2016 - WINTERER, NANCY]PEER REVIEW REPORT AND REQUEST FOR DR RAXLEN TO REVIEW AND RESPOND, WAS REFAXED THIS PM. CONFIRMATION RECEIVED: YOUR FAX HAS BEEN SUCCESSFULLY SENT TO BERNARD RAXLEN

WAS REPLIED THIS FAX. CONFIRMATION RECEIVED: YOUR FAX HAS BEEN SUCCESSFULLY SENT TO BERNARD RAXLEN, MD AT 516-336-8440. -------------------------------------------------- FROM: WINTERER, NANCY ----------------------------------------------------
-------- TIME: 3/22/2016 2:05:03 PM SENT TO 516-336-8440 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE
RECORD: 1 - 2 ELAPSEDTIME: 00:57 ON CHANNEL 8

**03/22/2016 2:21 PM - PHONE Note 22**
Claim/Event/Leave: REDACTED
NoteSubject : AP Called
Other Subject : DR RISSENBERG
Text: [03/22/2016 - WINTERER, NANCY]DR RISSENBERG RETURNED ARC'S CALL. SHE CONFIRMED THAT SHE DID RECEIVE
LETTER OVERNIGHTED TO HER LAST WEEK (DR RISSENBERG DOES NOT HAVE INCOMING FAX). DR. RISSENBERG
INDICATED SHE WOULD RESPOND TO THE PEER REVIEW, BUT COULD NOT DO SO BY 3/25. SHE WILL BE ABLE TO SEND A
RESPONSE ON OR BEFORE WED 3/30/16. SHE WILL CALL ARC WHEN SHE FAXES OUT HER RESPONSE.

**03/22/2016 1:59 PM - PHONE Note 21**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR SAUL
Text: [03/22/2016 - WINTERER, NANCY]CALLED DR SAUL'S OFFICE AT 203-383-4466. SPOKE TO KYTHA. CONFIRMED FAX
RECEIVED. KYTHA INDICATED DR SAUL HAS BEEN ON VACATION AND WILL RETURN 3/23/16.

**03/22/2016 1:57 PM - PHONE Note 20**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR RISSENBERG
Text: [03/22/2016 - WINTERER, NANCY]CALLED DR RISSENBERG AT 914-232-6245. RECEIVED DR RISSENBERG'S VOICEMAIL
IN HER VOICE. LEFT MESSAGE FOR PURPOSE OF THE CALL AND REQUESTED A CALL BACK. ARC PHONE AND FAX
NUMBERS LEFT.

**03/22/2016 1:55 PM - PHONE Note 19**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR RAXLEN
Text: [03/22/2016 - WINTERER, NANCY]CALLED DR RAXLEN'S OFFICE AT 212-799-1121. SPOKE TO RECEPTIONIST. SHE
STATED THEY DID NOT RECEIVE THE FAX FROM LIBERTY. ARC OBTAINED CORRECT FAX NUMBER- 516-336-8440. THIS IS
THE FAX NUMBER USED FOR THE 3/16/165 FAX.WILL RE-FAX TODAY.

**03/22/2016 1:52 PM - PHONE Note 18**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : DR KAGE
Text: [03/22/2016 - WINTERER, NANCY]CALLED DR KAGE'S OFFICE AT 860-646-9929. RECEPTIONIST PLACED ARC ON HOLD
AND SECOND PERSON PICKED UP. DID NOT PROVIDE HER NAME. CONFIRMED DR KAGE RECEIVED FAX. UPON ARC'S
INQUIRY, SHE INDICATED DR KAGE WOULD PROBABLY REVIEW THE FAX/REPORT, BUT DOUBTED DR KAGE WOULD
RESPOND, AS -THEY HAVE NO PART IN THAT NOW.-

**03/22/2016 1:48 PM - PHONE Note 17**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : GOUIN YOUNG, ND
Text: [03/22/2016 - WINTERER, NANCY]CALL TO DR GOUIN YOUNG AT 860-533-0179. SPOKE WITH DEBBIE. DEBBIE
CONFIRMED 3/16/16 FAX WAS RECEIVED. SHE WILL PASS ON REMINDER FOR RESPONSE BY 3/25/16.

**03/22/2016 1:45 PM - PHONE Note 16**
Claim/Event/Leave: REDACTED
NoteSubject : AP Called
Other Subject : DR GIANNINI
Text: [03/22/2016 - WINTERER, NANCY]CALL PLACED TO DR GIANNINI AT 860-872-8321. RECEPTIONIST CONFIRMED 3/16/16
FAX WAS RECEIVED.

**03/18/2016 7:24 AM - PHONE Note 15**
Claim/Event/Leave: REDACTED
NoteSubject : AP Called
Other Subject : DR ZAGAR OFFICE
Text: [03/18/2016 - WINTERER, NANCY]LATE ENTRY. BRITTANY FROM DR ZAGAR'S OFFICE CALLED ARC AT APPROX 1:30PM
ON THURS 3/17/16, IN RESPONSE TO THE 3/16/16 FAX. BRITTANY STATED DR ZAGAR HAS NOT SEEN MS SPEARS SINCE
2011 AND THEREFORE HE IS NOT ABLE TO COMMENT. ARC EXPLAINED WE ARE LOOKING BACK TO REVIEW HER MEDICAL
CONDITIONS FROM 2009 AND FORWARD. BRITTANY INDICATED SHE WOULD SEND SOMETHING IN WRITING THAT DR
ZAGAR WILL NOT BE COMMENTING.[03/18/2016 - WINTERER, NANCY]CONFIRMED BRITTANY HAD ARC'S FAX NUMBER.

**03/17/2016 7:11 AM - CLAIM Note 60**
Claim/Event/Leave: REDACTED
NoteSubject : Peer Review
Other Subject : NP ADDENDUM
Text: [03/17/2016 - WINTERER, NANCY]PER BMI, DUE DATE FOR NEUROPSYCH ADDENDUM IS 3/30/16.

**03/16/2016 2:23 PM - CLAIM Note 59**
REDACTED

Claim/Event/Leave: REDACTED
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [03/16/2016 - WINTERER, NANCY]UPON FURTHER REVIEW OF THE NEUROPSYCHOLOGICAL PORTION TO THE PANEL
PEER REVIEW REPORT, HAD ADDITIONAL QUESTIONS FOR NP REVIEWER. ADDENDUM QUESTIONS SEN TO BMI TODAY.

**03/16/2016 1:54 PM - CLAIM Note 58**
Claim/Event/Leave: REDACTED
NoteSubject : Peer Review
Other Subject : TO ATTENDING PHYSICI
Text: [03/16/2016 - WINTERER, NANCY]PANEL PEER REVIEW REPORT FAXED TODAY TO CLMNT'S ATTENDING PHYSICIANS
INCLUDING DRS. RAXLEN; GOUIN YOUNG; SAUL; BAEHRING; ZAGAR; KAGE; GIANNINI. REQUESTED PHYSICIANS REVIEW
REPORT AND FAX BACK IN WRITING ANY DISAGREEMENTWITH ANY OF THE MEDICAL FINDINGS IN THE REPORT WITH
THEIR MEDICAL OPINION AND THE MEDICAL BASIS FOR ANY DISAGREEMENT, BY 3/25/16. ALSO REQUESTED BY 3/25/16, AP-
S CALL ARC TO SET UP MUTUALLY AGREEABLE TIME TO SPEAK WITH REVIEWING PHYSICIAN. FAX TO DR RISSENBERG
WAS ABANDONED. THEREFORE, LETTER AND PEER REVIEW REPORT WAS OVERNIGHT TO DR RISSENBERG.

**03/14/2016 10:24 AM - CLAIM Note 57**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : IME QUESTIONS
Text: [03/14/2016 - WINTERER, NANCY]FINAL IME QUESTIONS FOR TODAY'S PM&R IME SENT TO MCN ON 3/11/16 PM.

**03/07/2016 3:06 PM - CLAIM Note 56**
Claim/Event/Leave: REDACTED
NoteSubject : Peer Review
Other Subject : REPORT
Text: [03/07/2016 - WINTERER, NANCY]RECEIVED COMPLETED PEER REVIEW REPORT TODAY FROM BMI. REPORT
INCLUDES REVIEWS BY NEUROLOGY, INFECTIOUS DISEASE, ENDOCRINOLOGY/INTERNAL MEDICINE, AND
NEUROPSYCHOLOGY.

**03/07/2016 7:56 AM - CLAIM Note 55**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/07/2016 - WINTERER, NANCY]RECEIVED INVOICE FROM MCN FOR NO SHOW FEE FOR IME SCHEDULED FOE 2/29/16.
INVOICE DATED 2/29/16. INVOICE NUMBER IS N100271. AMOUNT IS $675.00. PAYMENT RELEASED TO MCN TODAY.

**03/01/2016 3:03 PM - CLAIM Note 54**
Claim/Event/Leave: REDACTED
NoteSubject : IME/IPE
Other Subject : 3/12/16
Text: [03/01/2016 - WINTERER, NANCY]PM&R IME RESCHEDULED FOR MONDAY 3/14/16 AT 12PM

**03/01/2016 1:22 PM - CLAIM Note 53**
Claim/Event/Leave: REDACTED
NoteSubject : IME/IPE
Other Subject : NO SHOW-LTTR TO ATTY
Text: [03/01/2016 - WINTERER, NANCY]CLMNT DID NOT ATTEND IME ON 2/29/16.[03/01/2016 - WINTERER, NANCY]ON 2/29/16,
RECEIVED FAX FROM ATTY DATED SATURDAY 2/27/16 ARGUING LL'S 2/9/16 REFUSAL TO ALLOW ANOTHER PERSON IN THE
EXAM ROOM WITH THE CLMNT OR TO VIDEOGRAPH THE EXAM IS NOT SUPPORTED BY THE POLICY. ALSO ATTY WANTED
TO KNOW WHICH RECORDS WERE BEING SENT TO THE IME PHYSICIAN, AS SHE WOULD PROVIDE RECORDS TO THE
PHYSICIAN IF LIBERTY DID NOT PROVIDE COMPLETE RECORDS. ALSO RECEIVED LETTER FROM ATTY DATED 2/29/16,
STATING CLMNT HAD FAMILY EMERGENCY AND COULD NOT ATTEND IME, ATTY SPOKE TO MCN AND MCN STATED THEY
COULD RE-SCHEDULE BUT LIBERTY HAD TO AUTHORIZE. ATTY REQUESTED NOTICE AS TO WHEN LL REAUTHORIZES
RESCHEDULING APT FOR IME. LETTER TO ATTY TODAY: MS. SPEARS DISABILITY CLAIM FILE CURRENTLY CONTAINS OVER
4700 PAGES OF MEDICAL DOCUMENTATION. A COMPLETE COPY OF THE MEDICAL DOCUMENTATION ON FILE WAS SENT
FOR THE IME PHYSICIAN S REVIEW. MS. SPEARS IS COVERED UNDER A GROUP DISABILITY INCOME POLICY SPONSORED
BY HER EMPLOYER, AND WHICH IS GOVERNED BY THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA). WE
RESPECTFULLY DISAGREE WITH YOUR POSITION THAT WE MUST ALLOW MS. SPEARS TO VIDEOTAPE THE IME. WE ARE
UNABLE TO AGREE TO YOUR REQUEST TOHAVE THIRD PARTIES OR VIDEOGRAPHERS PRESENT DURING THE IME. IT WILL
INTERFERE WITH THE INDEPENDENT NATURE OF THE EXAMINATION TO HAVE THIRD PARTIES PRESENT DURING THE
EXAMINATION. IF MS. SPEARS AGREES TO ATTEND THE IME WE WILL AGREE TO PROVIDE HER WITH TRANSPORTATION
AND IF SHE WISHES TO HAVE YOU OR A THIRD PARTY ACCOMPANY HER TO THE IME, WE WOULD REQUEST THAT YOU OR
THE THIRD PARTY REMAIN IN THE WAITING ROOM WHILE THE IME IS CONDUCTED AND MS. SPEARS COULD CONSULT
WITH YOU OR THE THIRD PARTY IN THE WAITING ROOM, IF NECESSARY. AT THIS TIME, WE ARE PROCEEDING TO
RESCHEDULE THE IME. MCN WILL CONTACT YOU DIRECTLY REGARDING THAT APPOINTMENT.

**02/10/2016 3:12 PM - LIFE Note 1**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY WORK
Text: [02/10/2016 - BRETON, CINDY]EXPORTED DOC LIST, CORRESPONDENCE AND DOC FROM ARC NW ONTO THUMB
DRIVE..MAILED O/N TO MCN

**02/10/2016 1:16 PM - CLAIM Note 52**
Claim/Event/Leave: REDACTED

NoteSubject : Other
Other Subject : TOLLING
Text: [02/10/2016 - WINTERER, NANCY]CLAIM RECEIVED IN ARU FOR REMAND/APPEAL REVIEW ON 10/16/15. REQUESTS
SENT TO MS SPEARS' 27 PROVIDERS FOR THEIR TREATMENT RECORDS, WITH FOLLOW UP REQUESTS MADE BY ATTY
ZIMBERLIN. AS OF 1/12/16, ALL MEDICAL WAS RECEIVEDTHAT ATTY WAS GOING TO PURSUE. DAYS WERE TOLLED FOR
CLMNT TO SUBMIT MEDICAL TO BE CONSIDERED ON APPEAL- FROM 10/25/15 THROUGH 1/12/16- 85 DAYS. THEREFORE,
DAY 45 AFTER TOLLING IS 3/25/16 AND DAY 90 AFTER TOLLING IS MAY 8, 2016.

**02/10/2016 12:44 PM - CLAIM Note 51**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : STATUS-LATE ENTRY
Text: [02/10/2016 - WINTERER, NANCY]ON 2/4/16, RECEIVED FAXED LETTER FROM ATTY THAT CLMNT WILL ATTEND IME. ON
2/9/16, REFERRED TO MCN FOR PM&R IME IN SHREVEPORT LA AREA. ALSO ON 2/9/16, SENT REVISED PEER REVIEW
REFERRAL TO BMI- PEER REVIEW OF ALL RECORDSBY IM/ENDORCRINE, ID, NEURO, AND NP. ALSO LETTER FAXED TO
ATTY ON 2/9/15 STATING: THANK YOU FOR YOUR LETTER OF FEBRUARY 4, 2016 INDICATING MS. SPEARS WILL ATTEND AN
IME. AS WE DISCUSSED ON THE TELEPHONE LAST WEEK, THE IME WILL BE COMPLETED BY A PHYSICIAN SPECIALIZING IN
PHYSICAL MEDICINE & REHABILITATION. AN INDEPENDENT MEDICAL VENDOR WILL BE DIRECTLY IN TOUCH WITH YOU
REGARDING SPECIFIC ARRANGEMENTS FOR THE EXAMINATION, INCLUDING THE NAME OF THE EXAMINING PHYSICIAN.
MS. SPEARS MAY BE ACCOMPANIED TO THE IME, HOWEVER, THAT PERSON WOULD NEED TO STAY IN WAITING ROOM AND
NOT BE PRESENT DURING THE ACTUAL EXAMINATION.

**02/10/2016 2:34 AM - CLAIM Note 50**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/9/2016 - REFERRED TO MEDICAL CONSULTANT NETWORK FOR IME.

**02/02/2016 3:04 PM - CLAIM Note 49**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject :
Text: [02/02/2016 - WINTERER, NANCY]FAXED LETTER TO ATTY THIS PM. STATED: THIS LETTER IS IN FOLLOW UP TO OUR
TELEPHONE CONVERSATION YESTERDAY, FEBRUARY 1, 2016. YOU CALLED REGARDING LIBERTY LIFE S PLAN TO HAVE
MS. SPEARS ATTEND AN INDEPENDENT MEDICAL EXAMINATION (IME). WE DISCUSSED THE PURPOSE OF THE IME IS DUE
TO THE COURT S RECOMMENDATION, AND TO HAVE MS. SPEARS MEDICAL CONDITION AS OF 2008 AND 2009 AS WELL AS
HER CURRENT CONDITION, ASSESSED BY WAY OF THE EXAMINER S REVIEW OF ALL THE MEDICAL RECORDS AND
PHYSICAL EXAMINATION. LIBERTY LIFE IS REQUESTING THAT YOU ADVISE US IN WRITING, WHETHER MS. SPEARS
AGREES TO ATTEND AN IME. TIME IS OF THE ESSENCE IN THIS MATTER AND THE IME NEEDS TO BE ARRANGED AS SOON
AS POSSIBLE. PLEASE ADVISE IN WRITING, ON OR BEFORE FRIDAY, FEBRUARY 5, 2016, AS TO WHETHER MS. SPEARS
AGREES TO ATTEND AN IME.

**02/02/2016 2:32 AM - CLAIM Note 48**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/29/2016 - REFERRED TO BEHAVIORAL MANAGEMENT, INC. FOR PEER REVIEW.

**02/01/2016 2:56 PM - PHONE Note 14**
Claim/Event/Leave: REDACTED
NoteSubject : Other Called
Other Subject : ATTY ZIMBERLIN
Text: [02/01/2016 - WINTERER, NANCY]ATTY LEFT MESSAGE AT 11:59AM TODAY. ARC CALLED BACK AT 2:25PM AND SPOKE
WITH ATTY ZIMBERLIN. SHE QUESTIONED IF IME WOULD BE TO ASSESS CLMNT AS OF 2008/2009, OR PRESENT- ARC
REPLIED BOTH- WOULD REQUEST IME MD REVIEW ALLMEDICAL AS WELL AS EXAMINE CLMNT. ATTY ASKED WHAT
SPECIALTY- INDICATED PM&R. ATTY ZIMBERLIN STATED SHE THOUGHT THAT PM&R IS AN APPROPRIATE SPECIALTY FOR
THIS CASE. ATTY ALSO ASKED WHO WOULD DO EXAM- ARC ADVISED DO NOT KNOW- WILL GO THROUGH INDEPENDENT
VENDOR. ARC ALSO ADVISED CLMNT MAY NEED TO TRAVEL FOR EXAM AND IF SO, TRANSPORTATION AND LODGING
EXPENSES WILL BE COVERED. ATTY TO CALL CLMNT TO DISCUSS IME AND GET BACK TO ARC. ATTY REITERATED 2/3/16
DATE FOR RESPONSE REGARDING CLMNT'S ATTENDANCE TO IME. ATTY STATED -SHE WILL DO WHAT SHE CAN= TO GET
BACK TO ARC BY 2/3/16.

**02/01/2016 2:46 PM - CLAIM Note 47**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject : LATE ENTRY
Text: [02/01/2016 - WINTERER, NANCY]FAXED LETTER TO ATTY ON 1/25/16 ASKING ATTY IF SHE AND CLMNT WOULD AGREE
TO IME AS COURT HAS RECOMMENDED IME, WHILE ATTY STATES SHE DOES NOT WANT PRESENT DAY MEDICAL
CONSIDERED. REQUESTED RESPONSE BY 2/3/16.

**01/25/2016 8:50 AM - CLAIM Note 46**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : STATUS
Text: [01/25/2016 - WINTERER, NANCY]ON 1/12/16, CLMNT'S ATTY ADVISED SHE IS NOT SUBMITTING ANY FURTHER MEDICAL
DOCUMENTATION. THUS APPEAL REVIEW BEGINS 1/13/16

Liberty004902

**01/12/2016 3:46 PM - CLAIM Note 45**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject : OUTSTANDING MEDICAL
Text: [01/12/2016 - WINTERER, NANCY]THIS NOTE IS IN FOLLOW UP TO OUR TELEPHONE DISCUSSION THIS AFTERNOON.
FOR YOUR INFORMATION, REGARDING THE REQUESTED TREATMENT RECORDS FROM ALL 27 PHYSICIANS MS. SPEARS
LISTED ON THE SEPTEMBER 8, 2015 CLAIMANT INFORMATION FORM, AS OUTLINED IN OUR LETTER DATED DECEMBER 10,
2015, NO RESPONSE HAS BEEN RECEIVED FROM DR. DONALDSON (ALTHOUGH HIS JANUARY 20, 2009 CONSULTATION
NOTE IS ON FILE), FROM LORI FITTS, MD, NOR FROM GAURAB BASU, MD. THE RECORDS FROM TALIARINI CHIROPRACTIC
WERE RECEIVED FROM YOUR OFFICE ON DECEMBER 22, 2015. I APOLOGIZE THIS INFORMATION WAS NOT READILY
AVAILABLE AT THE TIME OF OUR DISCUSSION.

**01/12/2016 3:02 PM - PHONE Note 13**
Claim/Event/Leave: REDACTED
NoteSubject : Called Other
Other Subject : ATTY ZIMBERLIN
Text: [01/12/2016 - WINTERER, NANCY]CALL TO ATTY THIS PM. SHE RETURNED ARC'S 12/31/15 CALL ON 1/11/16 IN ARC'S
ABSENCE. ATTY STATED THEY DO NOT WANT CURRENT MEDICAL CONSIDERED IN THIS APPEAL REVIEW, AS CLMNT IS
SEEING NEW PHYSICIANS, HAVING NEW TESTS, RESULTING IN ENDLESS CYCLE. THEY WANT APPEAL FOR 2009 LTD
DENIAL DECIDED ON MEDICAL IN FILE THROUGH 2015. ATTY ZIMBERLIN DID FAX THE OVN OF AN ENDOCRINOLOGY VISIT
FROM DECEMBER 2015. WHEN ASKED ABOUT THE 3-4 PROVIDERS FROM THE CLMNT'S CIF COMPLETEDIN SEPT 2015 THAT
HER OFFICE WAS STILL TRYING TO GET RECORDS FROM, ATTY ZIMBERLIN KEPT STATING SHE DOES NOT WANT CURRENT
MEDICAL TO BE INCLUDED IN THE APPEAL REVIEW. ARC ATTEMPTED TO POINT OUT THAT THOSE RECORDS MIGHT BE
FROM THE 2009 TIME PERIOD- WE DO NOT KNOW BECAUSE THE CLMNT PROVIDED NO TREATMENT DATES. AGAIN ATTY
ZIMBERLIN REITERATED SHE WANTS NO CURRENT RECORDS CONSIDERED, WANTS THE APPEAL REVIEW TO PROCEED
BASED ON MEDICAL IN FILE AS OF END OF DECEMBER 2015. ATTY STATED SHE WOULD FAXA STATEMENT TO MAKE HER
POSITION CLEAR.

**12/31/2015 8:24 AM - PHONE Note 12**
Claim/Event/Leave: REDACTED
NoteSubject : Called Other
Other Subject : ATTY ZIMBERLIN
Text: [12/31/2015 - WINTERER, NANCY]RECEIVED CORRESPONDENCE THAT ATTY OFFICE MOVED ON 12/29/15. CALLED
OFFICE AND SPOKE W/ RUSS. OFFICE IS OPEN AND ATTY ZIMBERLIN EXPECTED IN APPROX. 9AM. ADVISED CALLING RE
CLMNT'S APT WITH NEW PHYSICIAN AND WHEN MEDICALIS TO BE EXPECTED. ALSO WANTED TO AGAIN DISCUSS
DEADLINE FOR ALL MEDICAL TO BE SUBMITTED AND ESTABLISH DATE APPEAL TO MOVE FORWARD. ATTY ZIMBERLIN TO
CALL BACK TODAY.

**12/17/2015 9:45 AM - CLAIM Note 44**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : TOLLING
Text: [12/17/2015 - WINTERER, NANCY]TOLLING SINCE 10/20/15 FOR ATTY TO SUBMIT MEDICAL FROM REMAINING
PHYSICIANS, OUT OF THE 27 PHYSICIANS IDENTIFIED BY THE CLMNT ON THE CIF, THAT DID NOT YET RESPOND TO LL'S
REQUEST.

**12/17/2015 9:39 AM - PHONE Note 11**
Claim/Event/Leave: REDACTED
NoteSubject : Called Other
Other Subject : ATTY ZIMBERLIN
Text: [12/17/2015 - WINTERER, NANCY]CALLED ATTY ZIMBERLIN THIS AM TO DISCUSS STATUS OF ADDITIONAL MEDICAL
RECORDS SHE INTENDS TO SUBMIT FOR APPEAL REVIEW. ATTY ZIMBERLIN STATED HER OFFICE IS STILL WAITING ON
MEDICAL FROM 3-4 ADDITIONAL PHYSICIANS. SHE ALSO STATED CLMNT HAS HAD TO WAIT A LONG TIME, BUT WILL BE
SEEING A NEW PHYSICIAN SHORTLY- ATTY IS NOT CERTAIN OF THE DATE. ATTY ZIMBERLIN STATED SHE WOULD LIKE THE
OVN FROM THIS UPCOMING TREATMENT VISIT TO BE CONSIDERED IN THE APPEAL REVIEW. STATED CLMNT IS AGAIN
EXPERIENCING SIGNIFICANT FATIGUE. ARC ASKED ATTY IF SHE WOULD AGREE TO A DATE FOR ALL MEDICAL TO BE
SUBMITTED BY. ATTY ADVISED SHE WOULD LIKE TO SET SUCH A DATE, BUT WOULD LIKE TO SPEAK TO CLMNT FIRST, TO
FIND OUT WHAT DATE SHE WILL BESEEING THE NEW PHYSICIAN, AND THEN DETERMINE LAST DATE FOR MEDICAL TO BE
SUBMITTED. WE AGREED THAT ARC WILL CALL BACK ATTY NEXT WEEK TO DISCUSS.

**12/15/2015 3:14 PM - CLAIM Note 43**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : STOP PAID CHECK
Text: [12/15/2015 - COPP, JENNIFER]STOP PAID CHECK 30020188 AS IT WAS REISSUED ON 4/29/15.

**12/10/2015 10:46 AM - CLAIM Note 42**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject :
Text: [12/10/2015 - WINTERER, NANCY]ADVISED ATTY LL RCVD COMPLETED TEE. ADVISED RECVD RAXLEN RECORDS FORM
HER OFFICE ON 11/25/15. REQUESTED CLMNT'S EARNINGS INFO FROM 6/1/15 THROUGH THE DATE SHE LEFT WORK- IN
HER 12/7/15 LETTER ATTY STATED MS. SPEARS LAST WORKED IN AUGUST 2015 AND HAS HAD A RECENT DECLINE IN
HEALTH. ASKED ATTY TO CONTACT ARC SHOULD SHE REQUIRE TIME BEYOND 12/16/15 FOR THE REMAINDER OF THE
MEDICAL TO BE SUBMITTED. THIS IS FROM - DR. DONALDSON (ALTHOUGH HIS JANUARY 20, 2009 CONSULTATION NOTE IS
ON FILE); LORI FITTS, MD; GAURAB BASU, MD; TALIARINI CHIROPRACTIC; AND ANY OTHER MEDICAL INFORMATION THAT

Liberty004903

YOU WISH TO SUBMIT IN SUPPORT OF MS. SPEARS CLAIM.

**12/10/2015 10:00 AM - CLAIM Note 41**
Claim/Event/Leave: REDACTED
NoteSubject : Med Records Rcvd
Other Subject : RHEUM
Text: [12/10/2015 - WINTERER, NANCY]65 PAGES RHEUMATOLOGY- DR KAGE- RECORDS RECEIVED TODAY. INVOICE PREVIOUSLY PAID ON 11/12/15.

**12/01/2015 12:04 PM - CLAIM Note 40**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject : TEE
Text: [12/01/2015 - WINTERER, NANCY]APPEARS NOT ALL THE USUAL LTD CLAIMANT FORMS WERE FORWARDED TO CLMNT'S ATTY IN JULY 2015 BY OUTSIDE COUNSEL, FOR CLMNT'S COMPLETION. IN ORDER FOR LIBERTY LIFE TO FULLY ASSESS MS. SPEARS ELIGIBILITY FOR LONG TERM DISABILITY BENEFITS IN ACCORDANCE WITH THE UNITED TECHNOLOGIES CORPORATION GROUP DISABILITY INCOME POLICY, REQUESTED ATTY HAVE MS. SPEARS COMPLETE THE ATTACHED TRAINING-EDUCATION-EXPERIENCE FORM, AND RETURN TO MY ATTENTION BY DECEMBER 18, 2015.

**11/25/2015 7:47 AM - CLAIM Note 39**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject :
Text: [11/25/2015 - WINTERER, NANCY]LETTER AND CD RECEIVED FROM ATTY ZIMBERLIN. CD CONTAINS DR RAXLEN'S TREATMENT RECORDS FROM 4/21/09 THROUGH 10/11/13. SENT TO HO ADMIN TO BE PLACED INTO DOCLIST.

**11/24/2015 11:31 AM - CLAIM Note 38**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY JOB
Text: [11/24/2015 - PILAR, SARAH]COPY OF CLAIM DOC LIST MEDICAL FILES FROM 10/22/2015-11/16/2015 ON THUMB DRIVE SENT TO ATTY VIA UPS 2ND DAY 1Z24896X0298470010.

**11/24/2015 9:39 AM - CLAIM Note 37**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject :
Text: [11/24/2015 - WINTERER, NANCY]LETTER TO ATTY DATED 11/24/15. AS PER OUR 11/19/15 PHONE CONVERSATION, LETTER TO BE SENT BY HO ADMIN WITH A COPY OF ALL MEDICAL RECEIVED FROM CLMNT'S PROVIDERS IN RESPONSE TO OUR 10/23/15 REQUEST FOR TREATMENT RECORDS TO27 PROVIDERS IDENTIFIED BY MS. SPEARS. LETTER ALSO IDENTIFIES THE 5 PHYSICIAN THAT HAVE NOT RESPONDED, AND WHAT IF ANY OF THEIR TREATMENT RECORDS ARE ALREADY ON FILE. REQUEST ATTY SUBMIT REMAINDER OF MEDICAL TO LL ON OR BEFORE 12/16/15. TOLLING UNTIL 12/16/15- WILL MOVE FORWARD WITH APPEAL REVIEW AT THAT TIME.

**11/19/2015 11:05 AM - PHONE Note 10**
Claim/Event/Leave: REDACTED
NoteSubject : Other Called
Other Subject : ATTY ZIMBERLIN
Text: [11/19/2015 - WINTERER, NANCY]ATTY LEFT MESSAGE FOR ARC AT 3:50PM ET ON 11/18/15. CB TO ATTY AT 10:35AM TODAY. SHE WAS CHECKING TO SEE IF ALL MEDICAL HAD BEEN RECEIVED, AND REQUESTED A COPY OF ALL MEDICAL LL HAS RECEIVED IN RESPONSE TO REQUEST. ADVISED MS ZIMBERLIN THAT WE HAVE NOT RECEIVED A RESPONSE FROM DR. REXLAN. SHE INDICATED THEY WOULD FOLLOW-UP WITH DR ZIMBERLIN. ALSO ARC TO MAKE LIST OF OTHER PROVIDERS FROM WHOM MEDICAL HAS NOT BEEN RECEIVED.[11/19/2015 - WINTERER, NANCY]AND ATTY WILL FOLLOW-UP. ATTY EMPHASIZED THEY WANT TO ASSIT IN GETTING ALL MEDICAL.

**11/12/2015 10:08 AM - CLAIM Note 36**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/12/2015 - WINTERER, NANCY]ON 11/11/15 RECEIVED INVOICE FROM RHEUM AND ALLERGY INSTITUTE - DR BARBARA KAGE- FOR REQUESTED MEDICAL RECORDS. NO INVOICE NUMBER. AMOUNT IS $43.55. PAYMENT ISSUED TO RHEUMATOLOGY AND ALLERGY INSTITUTE TODAY.

**11/06/2015 10:16 AM - PHONE Note 9**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : PCP MED RECORDS
Text: [11/06/2015 - WINTERER, NANCY]ON 11/2/15 RECEIVED PCP- DR GIANNINI- ON DISC. AS PER GENNY DILLION-NOVITEX-LIBERTY LIFE SOFTWARE WOULD NOT ALLOW MEDICAL RECORDS TO BE LOADED FROM THE PCP TRUECRYPT SOFTWARE. CALLED RACHEL IN MEDICAL RECORDS AT DR GIANNINI'S OFFICE.- 860288-4104. RECORDS ARE 528 PAGES. SHE WILL MAIL THE RECORDS TO ARU LONDON, KY ADDRESS TODAY.

**11/02/2015 8:23 AM - CLAIM Note 35**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/02/2015 - WINTERER, NANCY]RECEIVED INVOICE FROM CONNECTICUT NATURAL HEALTH SPECIALISTS FOR

Liberty004904

Text: [11/02/2015 - WINTERER, NANCY]RECEIVED INVOICE FROM CONNECTICUT NATURAL HEALTH SPECIALISTS FOR TREATMENT RECORDS REQUESTED FOR PERIOD 9/1/08 TO PRESENT. NO INVOICE NUMBER. INVOICE DATED 10/26/15. AMOUNT IS $177.20. PAYMENT RELEASED TODAY TO CT NATURAL HEALTH SPECIALISTS.

**10/28/2015 3:25 PM - CLAIM Note 34**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/28/2015 - WINTERER, NANCY]RECEIVED INVOICE FROM CT MULTISPECIALTY GROUP FOR REQUESTED PULMONARY MEDICAL RECORDS. INVOICE DATED 10/27/15. NO INVOICE NUMBER. AMOUNT IS $7.15. PAYMENT RELEASED TODAY TO CT MULTISPECIALTY GROUP FOR REQUESTED MEDICAL RECORDS.

**10/26/2015 10:16 AM - CLAIM Note 33**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/26/2015 - WINTERER, NANCY]INVOICE RECEIVED 10/21/15 FOR REQUESTED MEDICAL RECORDS FROM ASSOCIATED NEUROLOGISTS OF SOUTHERN CONNECTICUT PC. NO INVOICE NUMBER. AMOUNT IS $45.50. TAX ID NUMBER IS 061009699. PAYMENT RELEASED TODAY FOR REQUESTED MEDICAL RECORDS- DR ZAGAR.

**10/23/2015 2:29 AM - CLAIM Note 32**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 10/22/2015 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - ISO CLAIM SEARCH - CHOICEPOINT - SSN TRACE - CHANGE OF ADDRESS - PROFESSIONAL LICENSING - SOCIAL MEDIA.

**10/22/2015 4:48 PM - CLAIM Note 31**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : SIU DATABASE INFO
Text: [10/22/2015 - LOTO, FRANK]DATABASE REQUEST RECEIVED. ISO REPORT LOADED TO EDM. REMAINDER OF REQUEST SENT TO ICS MERRILL, THEIR REPORT WILL BE LOADED TO EDM WHEN COMPLETED.

**10/21/2015 3:24 PM - CLAIM Note 30**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : COPY JOB
Text: [10/21/2015 - PILAR, SARAH]COMPLETE PAPER COPY OF REQUESTED FILES (TOTAL 27 DOCUMENTS: 25 LETTERS-DOCUMENTS DATED 10/20/15 TYPE- REQUEST TITLE- PROVIDER 1 LETTER- DOCUMENT DATED 10/21/15 TYPE- MEDICAL TITLE- CORRESPONDANCE 1 LETTER-DOCUMENT DATED 10/21/15 TYPE- REQUEST TITLE- PROVIDER) SENT VIA UPS NEXT DAY 1Z24896X0191130446.

**10/21/2015 2:45 PM - PHONE Note 8**
Claim/Event/Leave: REDACTED
NoteSubject : Called AP
Other Subject : MARGARET-DR ZAGAR
Text: [10/21/2015 - WINTERER, NANCY]CALLED MARAGERT AT DR ZAGAR'S OFFICE. SHE WANTED TO CONFIRM THAT WE WANTED THE RECORDS FROM 2009 THROUGH 2011, EVEN THOUGH CLMNT WAS NOT SEEN IN THAT OFFICE IN AFTER 2011. CONFIRM THAT IS THE MEDICAL WE NEED. MARGARETWILL CALL TOMORROW WITH NUMBER OF PAGES AND COST FOR COPYING.

**10/21/2015 2:12 PM - CLAIM Note 29**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : MEDICAL RCRDS RQST
Text: [10/21/2015 - WINTERER, NANCY]BASED ON THE CIF COMPLETED BY MS. SPEARS ON SEPTEMBER 8, 2015, THE PERIOD OF SEVEN YEARS FROM MS. SPEARS DATE OF DISABILITY THROUGH HER FULL TIME RETURN TO WORK, AND ARC'S INITIAL REVIEW OF THIS CLAIM, IT IS DETERMINEDADDITIONAL MEDICAL INFORMATION IS NEEDED FOR THIS APPEAL REVIEW. ON 10/20/15 + 10/21/15, REQUESTS SENT TO 27 PROVIDERS FOR TREATMENT REOCRDS DURING THE PERIOD SEPTEMBER 1, 2008 THROUGH MARCH 31, 2015. 26 REQUESTS WERE SUCCESSFULLY FAXED AND ONE WASSENT BY USPS. LETTER TO ATTY W ZIMBERLIN AND COPIES OF 27 MEDICAL REQUESTS TO BE OVERNIGHTED TO ATTY. LETTER INDICATES LL EXPECTS ATTY TO CONTACT CLMNT'S PROVIDERS TO MAKE CERTAIN THEY RESPOND TO LL'S REQUEST. ALL MEDICAL IS REQUESTED BY 11/9/15.

**10/20/2015 4:56 PM - PHONE Note 7**
Claim/Event/Leave: REDACTED
NoteSubject : AP Called
Other Subject : ZAGAR
Text: [10/20/2015 - MILLS, SUSAN]I RECEIVED A CALL FROM DR. ZAGAR S OFFICE REGARDING REQ FOR MEDICAL. I SPOKE WITH MARGARET REGARDING RECORD REQ FOR PERIOD 9/1/2008- 3/31/15. SHE SAID PATIENT WAS FIRST SEEN 1/12/09 AND LAST SEEN 8/19/11. SHE WANTED TO BE SURE DCM WANTED ALL OF THOSE RECORDS AS THEY WILL HAVE TO CHARGE AND SHE SAID IT IS 65 CENTS PER PAGE. I ADVISED I AM SURE DCM DOES AS THESE DATES ARE WITHIN THE TIME PERIOD OUTLINED IN THE REQ LETTER. I ADVISED I WOULD PASS ON THIS MESSAGE SO DCM CAN CALL HER WITH ANY QUESTIONS. SHE DID SAY SHE WILL SEND THE INFO TO DCM FOR THE TIME PERIOD PATIENT SEEN 2009-2011. HER PHONE NUMBER IS 203-333-1133 X125.

Liberty004905

**10/19/2015 1:24 PM - CLAIM Note 28**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject :
Text: [10/19/2015 - WINTERER, NANCY]CLAIM FILE UNDER REVIEW.

**10/16/2015 9:52 AM - CLAIM Note 27**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : IN
Text: [10/16/2015 - PATTON, LAURA]SECOND LEVEL APPEAL ASSIGNED TO NANCY WINTERER

**10/16/2015 2:27 AM - CLAIM Note 26**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 10/14/2015 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/20/2015 12:26 PM - CLAIM Note 25**
Claim/Event/Leave: REDACTED
NoteSubject : Legal
Other Subject : CK REISSUED
Text: [04/20/2015 - ODGAARD, EDITH]CK # 30020188 WAS NEVER CASHED AND IS NOW BEYOND 6 MONTHS AND CONSIDERED STALE. REISSUING THE CHECK TODAY PER VENDOR REQUEST.

**06/19/2014 12:57 PM - CLAIM Note 24**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject :
Text: [06/19/2014 - DURLING, BARBARA]VENDOR PAYMENT RELEASED

**12/19/2011 12:59 PM - CLAIM Note 23**
Claim/Event/Leave: REDACTED
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [12/19/2011 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**06/15/2011 10:04 AM - CLAIM Note 22**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : OUT
Text: [06/15/2011 - CARIGNAN, HEATHER]MAINTAIN DENIAL EFF 9/27/2008 NOT DISABLED FROM HER OWN OCCUPATION THROUGHOUT THE ELIM. PERIOD (9/27/08 -3/27/09). THE INFORMATION CONTAINED IN THE CLAIM FILE AND RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DECISION. TWO PAPER CLAIM FILES RETURNED TO RE-FILE AREA. REMAINDER IS PAPERLESS. DETAILED LETTER SENT TO ATTY ZIMBERLIN TODAY VIA USPS. UTC NOTIFIED VIA GENERIC LETTER.[06/15/2011 - CARIGNAN, HEATHER]COPY OF THE 9/27/10 PEER REVIEW REPORT WAS SENT TOATTY ZIMBERLIN WITH THE APPEAL DECISION LETTER UPHOLDING THE DENIAL. ADVISED ATTY THAT WE WILL NOT AGREE TO HOLD THE APPEAL REVIEW OPEN FOR HER REVIEW OF THIS REPORT AS THE CLMT WAS PROVIDED 180 DAYS TO APPEAL AND THE RIGHT TO A COPY OF HER FILE IN THE 11/16/10 DENIAL LETTER, WITH THE APPEAL SUBMISSION AT NEAR THE EXHAUSTION OF THE 180 DAYS.

**05/13/2011 12:28 PM - CLAIM Note 21**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : IN
Text: [05/13/2011 - COOK, MARILYN]ASSIGNED TO HEATHER CARIGNAN

**05/13/2011 3:05 AM - CLAIM Note 20**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 5/12/2011 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**05/12/2011 4:07 PM - CLAIM Note 19**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : WLFD SHIPPED FILE
Text: [05/12/2011 - NIEVES, JANICE]FILE SHIPPED TODAY VIA UPS GROUND TO THE DOVER OFFICE FOR ARU

**05/12/2011 2:27 PM - CLAIM Note 18**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : FAX CONFIRMATION
Text: [05/12/2011 - FURGALACK, MONIQUE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO WINONA ZIMBERLIN AT 18602474194. RE: CLAIM: REDACTED- SPEARS - FAX: (860) 247-4194 --------------------------------------------------------------
FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0045345.

FROM:/O=LIBERTY/MG=ALSO=HOME/OP/OLSON=RECIP/ENT/GN=N004064S
TIME: 5/12/2011 2:16:41 PM SENT TO 18602474194 WITH REMOTE ID 8602474194 RESULT: (0/339;0;0) SUCCESSFUL SEND
PAGE RECORD: 1 - 2 ELAPSED TIME: 00:34 ONCHANNEL 38

**05/12/2011 2:16 PM - CLAIM Note 17**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to Atty
Other Subject :
Text: [05/12/2011 - FURGALACK, MONIQUE]FAXED APPEAL ACKNOWLEDGEMENT LETTER TO ATTY WINONA ZIMBERLIN

**05/12/2011 2:11 PM - CLAIM Note 16**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Appeals
Other Subject : ARU
Text: [05/12/2011 - FURGALACK, MONIQUE]REFERRED TO ARU FOR APPEAL REVIEW

**05/12/2011 1:18 PM - CLAIM Note 15**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : REFERRAL REVIEW
Text: [05/12/2011 - MASSARO, TIFFANY]I AM IN AGREEMENT WITH THE RECOMMENDATION OF THIS CLAIM TO BE SENT TO
APPEALS BY MONIQUE FURGALAK AS DOCUMENTED IN PRIOR CLAIM NOTE AND FOR THE RATIONALE SET FORTH
THEREIN.

**05/12/2011 11:26 AM - CLAIM Note 14**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : REFERRED FOR MGR RVW
Text: [05/12/2011 - FURGALACK, MONIQUE]REFERRED FOR MGR REVIEW FOR REFERRAL TO ARU FOR LTD APPEAL
REVIEW / APPEAL RECEIVED FROM ATTY WINONA ZIMBERLIN, APPEAL LETTER & ATTACHED ARTICLES/NEWSLETTER ON
LYME DISEASE, SS FAVORABLE DECISION, RECORDS DATED 8/8/10- 4/29/11. LTD HAD BEEN DENIED FOR EP NOT MET &
NOT MEETING DEFINITION OF DISABILITY AS PER APPEAL REVIEW ON STD, THE STD APPEAL DETERMINATION WAS AN
UPHOLD BY THE APPEAL REVIEW UNIT FOR STD, STATING MEDICAL DID NOT SUPPORT IMPAIRMENT PRECLUDING
RTWBEYOND 2/8/09 BASED ON TWO PEER MEDICAL REVIEWS CONDUCTED DURING THE APPEAL REVIEW PERIOD. THE ER
REQUESTED STD BENEFITS ISSUED FOR 2/9/09 THROUGH REMAINDER OF STD PERIOD TO 3/27/09 FOR ASO ER ADMIN
OVERRIDE.

**01/25/2011 3:55 PM - CLAIM Note 13**
Claim/Event/Leave: REDACTED
NoteSubject : Appeal
Other Subject : OTHER
Text: [01/25/2011 - JOHNSON, CHARLES]RECD AN EMAIL FROM DAVID DURGINS AT UTC ASKING IF THE CLMT HAS FILED AN
APPEAL - RESPONDED TO HIM THAT THE CLAIM WAS CLOSED ON 11/16/2010 AND TO DATE NO ADDITIONAL INFORMATION
OR APPEAL REQUEST HAS BEEN RECD - HOWEVER -SHE DOES HAVE 180 DAYS FROM 11/16/2010 TO FILE HER APPEAL

**11/16/2010 9:19 AM - CLAIM Note 12**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : REFERRAL - DENIAL
Text: [11/16/2010 - RUPE, BRIAN]STD CLAIM HAS BEEN REOPENED AND PAID THROUGH THE MAX BEN DATE BASED ON A ER
OVERRIDE. ARU UPHELD THE INITIAL DECISION TO DENY BENEFITS BEYOND 2/8/09 ON THE STD CLAIM. BASED ON THIS
INFORMATION WE ARE REISSUING THE LTD DENIAL LETTER TO RESTATE THE REASONS FOR DENIAL OF THE LTD CLAIM
AND THAT THE DECISION TO REOPEN AND EXT THE STD CLAIM DOES NOT CHANGE THE DECISION ON THE LTD CLAIM.
DCM TO SEND OUT THE REVISED LETTER TO THE EE

**02/09/2009 1:30 PM - PHONE Note 6**
Claim/Event/Leave: REDACTED
NoteSubject : EE Called
Other Subject : STATUS
Text: [02/09/2009 - FURGALACK, MONIQUE]CLMT RETURNED CALL - I ADVISED HER I HAVE REQUESTED HER PARTIAL PAY
FROM ER-CARLOS DEL PORTAL FOR REVIEW OF HER PARTIAL STD THROUGH 2/8/09. CLMT STATED SHE LAST WORKED ON
2/2/09 AND ON 2/3/09 HAD A SPINAL TAP WITH ADR ZAGER, AND HAS BEEN HAVING ONGOING COMPLICATIONS, SO DR
KAGE HER RHEUMATOLOGIST HAS TOLD HER SHE NEEDS TO REMAIN ON PART TIME STATUS LONGER THAN 2/8/09. SHE
HAD SOME BLOODWORK/TESTING FOR HER SYMPTOMS. SHE HAS NOT WORKED SINCE 2/2/09 BUT HOPES TORTW AGAIN
THIS WEEK, HER MOTHER IS DRIVING HER TO THE DR TODAY. CONFIRMED THAT THE STD WAS CLOSED AS OF 2/9/09 PER
RELEASE FROM DR SILVER ON FILE, PART TIME AS OF 1/8/09 FOR ONE MONTH, THROUGH 2/8/09. ADVISED CLMT THAT TO
REVIEW FOR STD/PARTIAL STDBEYOND 2/8/09, SHE WILL NEED TO SUBMIT ANY ADDTL MEDICAL RECORDS SHE WISHES
TO SUPPORT HER STD CLAIM, AND WE WILL REFER FOR MEDICAL REVIEW WHEN REC'D.

**02/09/2009 11:47 AM - PHONE Note 5**
Claim/Event/Leave: REDACTED
NoteSubject : Called EE
Other Subject :
Text: [02/09/2009 - FURGALACK, MONIQUE]CALLED CLMT PER PRIOR PHONE NOTE #4 - CLMT STATED SHE WAS ON THE
PHONE WITH HER DR AND WOULD HAVE TO CALL BACK

**02/09/2009 11:41 AM - CLAIM Note 11**

Liberty004907

Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : REQUEST TO ER
Text: [02/09/2009 - FURGALACK, MONIQUE]PER PRIOR CLAIM NOTE, CLMT CALLED AND REQUESTED WE OBTAIN HER PART TIME PAY INFO FROM ER - SENT REQUEST TO ER-CARLOS DEL PORTAL REQUESTING PART TIME PAY INFO FOR STD CLAIM FOR PERIOD OF 1/8/09 - PRESENT, ALSO ASKED HIM TO CONFIRM LDW & 1ST DATE CLMT BACK OOW.

**02/09/2009 10:25 AM - PHONE Note 4**
Claim/Event/Leave: REDACTED
NoteSubject : EE Called
Other Subject : OOW AGAIN
Text: [02/09/2009 - SMITH, MARYELLEN]PER EE WK'D MOND 2/2/09--HAD SPINAL TAP AT DR. ZAGAR'S OFFICE 2/3/09 & HAS BEEN OFF WK SINCE DUE TO COMPLICATION OF EXCRUCIATING HA'S--IS FLAT ON HER BACK & MAY NEED ANOTHER PROCEDURE***EE STATES ALSO SAW RHEUM DR. KAGELAST WK & HAS RESTRICTIONS FOR PART TIME HOURS ONLY***EE STATES HER PAY HAS BEEN INCORRECT---PAYROLL IS OUTSOURCED TO JAMAICA & STUB DOESN'T INDICATE # OF HOURS WK'D---EE REQ'D ADCM CONTACT BENEFITS REP TO GET STRAIGHTENED OUT***ADVSD EE WILL NOTIFYADCM OF SITUATION & HAVE ADCM RTN CALL--EE STATED CALL AT HOME FIRST 860-308-2050 -- IF NO ANSWER COULD BE AT AP'S SO CALL CELL 860-930-0887

**01/30/2009 1:25 PM - CLAIM Note 10**
Claim/Event/Leave: REDACTED
NoteSubject : LTR to EE
Other Subject : & NOTICE TO ER
Text: [01/30/2009 - FURGALACK, MONIQUE]LTD EP NOT MET LETTER SENT TO CLMT / SENT EP NOT MET NOTICE TO ER-CARLOS DEL PORTAL

**01/30/2009 12:51 PM - CLAIM Note 9**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : REFERRAL - DENIAL
Text: [01/30/2009 - RUPE, BRIAN]MGR AGREES WITH THE CLOSURE OF THIS CLAIM FOR EP NOT MET AS THE EE HAS INDICATED THAT SHE IS RELEASED AND WILL BE RTW FULL TIME ON 2/9/08. THE DENIAL LETTER CAN BE SENT TO THE EE.

**01/29/2009 10:59 AM - CLAIM Note 8**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Other
Other Subject : MGR REVIEW
Text: [01/29/2009 - FURGALACK, MONIQUE]REFERRED TO MGR FOR REVIEW - FULL TIME RTW 2/9/09 PRIOR TO LTD BEGIN DATE, EP NOT MET

**01/29/2009 10:59 AM - PHONE Note 3**
Claim/Event/Leave: REDACTED
NoteSubject : Called EE
Other Subject : STATUS
Text: [01/29/2009 - FURGALACK, MONIQUE]CALLED CLMT WORK PH# 860-565-0242 - ADVISED MEDICAL REVIEW COMPLETED, PER MDS REVIEW ON THE STD CLAIM, MEDICAL SUPPORTS THE ONE MONTH OF PART TIME THROUGH 2/8/09, AND STD APPROVAL IS EXTENDED THROUGH 2/8/09 FOR PARTTIME, STD WILL CLOSE AS OF 2/9/09 FOR FULL TIME RTW. ADVISED CLMT THAT THE LTD CLAIM WILL BE DENIED FOR EP NOT MET AS HER FULL TIME RTW OCCURS PRIOR TO LTD BEGIN DATE, CLMT ASKED IF SHE NEEDS TO COMPLETE THE LTD FORMS AS SHE IS NOT SEEKING LTD, ADVISED CLMT SHE DOES NOT NEED TO COMPLETE THE LTD FORMS. CLMT STATED IN AGREEMENT AND THANKED FOR THE CALL.

**01/26/2009 8:44 AM - CLAIM Note 7**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : LTD COVERAGE
Text: [01/26/2009 - FURGALACK, MONIQUE]REC'D CONFIRMATION FROM ER/CARLOS DEL PORTAL THAT CLMT LTD COVERAGE IN EFFECT AT DOD WAS CLASS 2 60%. SYSTEM UPDATED.

**01/22/2009 1:04 PM - CLAIM Note 6**
Claim/Event/Leave: REDACTED
NoteSubject : Ref to Other
Other Subject : MDS
Text: [01/22/2009 - FURGALACK, MONIQUE]FILE IS REFERRED TO MDS FOR MEDICAL REVIEW UNDER COMPANION STD CLAIM

**01/22/2009 1:04 PM - CLAIM Note 5**
Claim/Event/Leave: REDACTED
NoteSubject : Notice/Proof Review
Other Subject : INITIAL LTD FORMS
Text: [01/22/2009 - FURGALACK, MONIQUE]INITIAL LTD/N&P FORMS LETTER SENT TO CLMT, FORMS DUE 4/28/09

**01/22/2009 12:59 PM - CLAIM Note 4**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : NO PRE-EXIST / SS
Text: [01/22/2009 - FURGALACK, MONIQUE]THIS LTD POLICY DOES NOT HAVE A PRE-EXIST PROVISION / THIS LTD POLICY DOES NOT OFFSET FOR SS DEPENDENTS

Liberty004908

DOES NOT APPEAR ON OS DEPARTMENT

**01/22/2009 12:58 PM - CLAIM Note 3**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : LTD COVERAGE INQUIRY
Text: [01/22/2009 - FURGALACK, MONIQUE]*** 2 REQUESTS SENT TO ER/CARLOS DEL PORTAL, REQUESTING CONFIRMATION
OF LTD COVERAGE IN EFFECT AT DOD, ELIGIBILITY SCREEN INDICATES CLASS 3, 66 2/3% AS OF 1/1/09, DOD OCCURRED IN
2008. (SEE NOTES ON COMPANION STD CLAIM# REDACTED ) ***

**01/22/2009 12:57 PM - PHONE Note 2**
Claim/Event/Leave: REDACTED
NoteSubject : EE Called
Other Subject :
Text: [01/22/2009 - FURGALACK, MONIQUE]REC'D RETURN CALL FROM CLMT - ADVISED HER OF MEDICAL REC'D ON STD,
FOR RECENT N&P THAT WAS SENT BY STD DCM AND FILE WILL BE REFERRED FOR MEDICAL REVIEW FOR REVIEW OF STD
BEYOND 1/7/08, ADVISED CLMT INITIALLY WE WEREINFORMEDSHE COULD RTW FULL TIME ON 1/8/09 AND THEN NOTE
CAME FROM DR SILVER INDICATING PART TIME AND WORK UP TO FULL TIME APPROX A MONTH - CLMT STATED THAT
MEANS APPROX 2/8/09 BUT SHE WAS NOT SURE WHEN WOULD BE RTW FULL TIME - ASKED CLMT WHAT CHANGED FROM
BEING ABLE TO RTW FULL TIME TO THE PART TIME STATUS, AS ER INDICATED SHE HAD DRS APPTS SO WOULD BE PART
TIME - ADVISED CLMT THAT HAVING DR APPTS IS NOT A SOLE REASON FOR DISABILITY - CLMT STATED IT WAS DUE TO
HER SYMPTOMS AND MEDICAL CONDITION THAT SHE WAS ADVISED TO BE PART TIME FOR NOW. SHE STATED THAT DR
SILVERS IS THE DR PROVIDING RESTRICTIONS REGARDING DISABILITY STATUS, AND DID NOT KNOW WHY STD DCM
REQUSTED MEDICAL FROM ALL HER OTHER DRS, BUT THEN STATED THAT SHE HAS A NEW DR, DR OBERSTEIN, PH# 860-
547-1278 THAT SHE SAW FOR FOV ON 1/21/09, COULD NOT PROVIDE SPECIALTY OVER PHONE AS SHE IS AT WORK, & SHE
STATED THIS DR INFO SHOULD BE PART OF THE REVIEW OF HER CLAIM. ADVISED CLMT I WILL CONTACT DR OBERSTEIN'S
OFFICE FOR THEIRFAX # AND SEND REQ FOR THE 1/21 OV NOTES TO ADD TO HER STD FILE REVIEW WHEN REC'D. CLMT
ASKED HOW LONG SHE HAS ON N&P ON STD TO PROVIDE MEDICAL, ADVISED HER PER THE N&P LETTER SENT, UNTIL
3/1/09. ADVISED CLMT OF REVIEW FOR LTD ALSO AND LETTER TO BESENT TO HER WITH LTD FORMS. ALSO ADVISED CLMT
THAT DR KAGE'S OFFICE HAS STATED THEY NEED AUTH FROM HER IN ORDER TO RESPOND TO THE MED REQUEST SENT
ON STD CLAIM - CLMT STATED SHE WILL PROVIDE AUTH TO THEM. SHE ALSO STATED THAT ALTHOUGH DR BAEHRING
RESPONDED THAT THEY HAVE NOT SEEN HER SINCE 1/1/09 AND ARE NOT TX HER FOR A DISABILITY, SHE HAS UPCOMING
OV WITH THEM.

**01/22/2009 12:54 PM - PHONE Note 1**
Claim/Event/Leave: REDACTED
NoteSubject : Called EE
Other Subject :
Text: [01/22/2009 - FURGALACK, MONIQUE]SEE NOTES ON COMPANION STD CLAIM : CALLED CLMT TODAY 1/22/09, WORK
PH# 860-930-0887 - SHE STATED SHE WILL NEED TO CALL BACK, AND WILL PROVIDE INFO ON A NEW DR SHE NEEDS TO
REPORT TO US *** WHEN CLMT RETURNS CALL, NEED TO CONFIRM ERTW FULL TIME, INFO REC'D FROM DR IS THAT SHE
WAS RELEASED TO RTW PART TIME ON 1/8/09 WHICH ER CONFIRMED SHE DID, AND ERTW FULL TIME IN A MONTH FROM
THAT DATE..NEED TO CONFIRM DATE OF FULL TIME RTW. ALSO REMIND FOR MED INFO STD DCM REQUESTED ON N&P
FOR ONGOING REVIEW OF HER STD CLAIM.***

**01/22/2009 12:52 PM - CLAIM Note 2**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : RTW PART TIME
Text: [01/22/2009 - FURGALACK, MONIQUE]PER NOTICE ON FILE FROM ER, CLMT RTW PART TIME ON 1/8/09, WITH ERTW
FULL TIME IN ONE MONTH

**01/22/2009 12:51 PM - CLAIM Note 1**
Claim/Event/Leave: REDACTED
NoteSubject : Other
Other Subject : REQUEST TO ER
Text: [01/22/2009 - FURGALACK, MONIQUE]2 REQUESTS SENT TO ER/CARLOS DEL PORTAL, REQUESTING CONFIRMATION
OF LTD COVERAGE IN EFFECT AT DOD, ELIGIBILITY SCREEN INDICATES CLASS 3, 66 2/3% AS OF 1/1/09, DOD OCCURRED IN
2008. (SEE NOTES ON COMPANION STD CLAIM# REDACTED )

Liberty004909



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| **Date:** May 4, 2017 | |
| **To:** WINONA ZIMBERLIN<br>ATTORNEY AT LAW<br>267 MAIN STREET<br>MANCHESTER CT 06042 | |
| **Attn:** | |
| **Fax:** (860) 247-4194 | |
| **From:** Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| **Total Pages**<br>**(Including Cover):** 6 | |
| **RE:**<br><br>Claim #:  REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

May 4, 2017

Winona W. Zimberlin
Attorney At Law
267 MAIN STREET
MANCHESTER, CT 06042

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

Dear Winona Zimberlin:

We have completed the second/optional remand review of Haley Spears' Long Term Disability (LTD) claim and have maintained the decision to deny benefits. This second remand review and analysis considered all the medical and claim documentation contained in Ms. Spears' Short Term Disability (STD) and Long Term Disability (LTD) administrative record, whether or not specifically referenced in this document.

**Claim and Remand Review Summary**

Haley Spears submitted a disability claim for her absence from her Administrative Support job beginning on September 27, 2008, as a result of headaches. At that time, Ms. Spears was a participant of the United Technologies Corporation (UTC) Short Term Disability Plan, a self-insured plan administered by Liberty Life Assurance Company of Boston (Liberty).  For LTD benefits, Ms. Spears was covered under the UTC Long-Term Disability Plan which was fully insured by the UTC Group Disability Income Policy, administered by Liberty.

Under Ms. Spears' group disability plan and policy coverage, STD benefits began on October 4, 2008 and had a maximum benefit date of March 27, 2009. The LTD benefit begin date is March 28, 2009 and after 24 months of continuous disability from her own occupation, the maximum benefit date is March 27, 2011. As of March 28, 2011, and forward, to be eligible for continued LTD benefits, the Policy requires Ms. Spears to have been continuously disabled from any occupation under the policy's definition of disability. Under the terms of the policy "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation. "Sickness" means illness, disease, pregnancy, or complications of pregnancy. "Material and Substantial Duties" are defined as the "responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other

Liberty004911

occupation, and cannot be reasonably eliminated or modified. The Policy also provides, "For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy."

The policy further states, "Proof" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1.   a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2.   an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3.   the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

For specifics regarding the claim timetable, claim facts, Plan and Policy provisions, medical data, medical reviews/assessments and Liberty's first remand review decision to uphold the claim denial, please refer to the first remand decision letter dated June 16, 2016.

The June 16, 2016 remand decision letter specifically advised Ms. Spears and Attorney Zimberlin that:

Liberty Life Assurance Company of Boston will allow Ms. Spears the opportunity to submit a second, optional request for review. Since this optional review is not required by the Policy or the Court's remand order, it is requested that you notify Liberty within 45 days from your receipt of this letter, of your request for the optional review. At that time, we will determine a schedule for the submission of documents for that review. Your request for the optional review should be submitted to:

Liberty Life Assurance Company of Boston
Liberty Mutual Benefits
Attention: Nancy Winterer
P.O. Box 7213
London, KY 40742-7213
Secure Fax No.: (603) 334-5708

**Second Remand Request**
On July 13, 2016, Liberty received Ms. Zimberlin's July 13, 2016 letter advising, "Pursuant to your June 16, 2016 letter, we are requesting a review of the denial. Additional documentation will be submitted at a later date."

Additionally on July 13, 2016, Liberty received a report from Zane Saul, MD, Internal Medicine and Infectious Disease, dated July 13, 2016, accompanied by a cover letter from Attorney Zimberlin.  On August 9, 2016, Liberty received a second copy of Dr. Saul's report that as per Ms. Zimberlin's cover letter, had corrected an error in the previous copy.

Liberty004912

Dr. Saul reported Ms. Spears was under his care for "advanced, debilitating Lyme disease," from August 2010 through June 2014. He reported Ms. Spears' symptoms included chronic fatigue, difficulty concentrating and other cognitive difficulties, headaches, joint pain, difficulty sleeping, and that Ms. Spears was unable to sustain any work in any capacity.  Dr. Saul further reported, "I have reviewed the October 14, 2010 report of Dr. Brusch. He did not contact me prior to his report. He opined that the positive igG western blot in the CSF was a false positive. He is incorrect. Ms. Spears' diagnoses were confirmed by clinical exam and history."

Additionally, regarding the March 2016 panel medical review, Dr. Saul indicated he disagreed with the panel's conclusion and that, "None of those doctors examined Ms. Spears. None of them are experts in Lyme disease."   Regarding the conclusions of panel contributor Kent Crossley, MD, Infectious Disease and Internal Medicine, Dr. Saul reported, "Ms. Spears' diagnosis was confirmed by cerebrospinal fluid testing on February 3, 2009. Dr. Crossley is incorrect when he states that the positive igG western blot test on February 3, 2009 meant nothing without a positive western blot on serum." Dr. Saul said of Dr. Crossley's report, "He offered no evidence to refute the patient's credible report of fatigue, headaches or pain."

Regarding the March 14, 2016 Independent Medical Exam (IME) completed by Jenness Courtney, MD, Physical Medicine & Rehabilitation, Dr. Saul reported, "his exam in 2016 has no relevance to Ms. Spears' condition at the time I treated her." Finally, Dr. Saul asserted Ms. Spears had "chronic multi-system illness."

On September 26, 2016, Liberty Life received Ms. Zimberlin's cover letter and Dr. Raxlen's undated 52 page report. Dr. Raxlen provided biographical information to support his credentials, discussed the medical community's changing understanding of Lyme and associated diseases, and noted he was one of five of Ms. Spears' specialists who diagnosed Ms. Spears with Lyme disease. Dr. Raxlen cited Ms. Spears' scores on neuropsychological testing to illustrate "an alarming decline in mental functioning" that Ms. Spears' providers took into account in diagnosing and treating her illness. Dr. Raxlen also indicated that Ms. Spears' medical history and previous diagnoses supported that Ms. Spears "is suffering from "chronic relapsing Borreliosis with a high likelihood of co-infections"."

Since no further medical documentation had been received and since there had been no communication from Attorney Zimberlin regarding her intention to submit additional documentation in support of Ms. Spears' disability claim, on December 14, 2016, a letter was sent to Ms. Zimberlin requesting that she advise Liberty as to whether or not Ms. Spears' appeal was complete so that Liberty could proceed with the second/optional remand review. No response was received from Attorney Zimberlin.

**<u>Second/Optional Remand Evaluation</u>**
On March 20, 2017, all the documentation submitted for this second remand review, including Attorney Zimberlin's letters from July 13, 2016 forward, Dr. Saul's July 13, 2016 report and Dr. Raxlen's undated report, was forwarded for review and assessment by the panel of specialists who previously reviewed Ms. Spears' claim file during the first remand review. This panel includes Michael Raymond, PhD, ABN, Neuropsychology; Daniel Kitei, DO, MA, Neurology; Kent Crossley, MD, FACP, Infectious Disease and Internal Medicine; Robert Cooper, MD, FACE, FACP, Endocrinology and Internal Medicine. For the first panel review and for this second review, Dr. Cooper not only reviewed Ms. Spears' medical information from an endocrinology perspective, but

Liberty004913

also from internal medicine standpoint, including primary care, gastroenterology, rheumatology, cardiology, pulmonary and sleep medicine perspectives.

For this follow up review the panel specialists were asked to review the letters from Ms. Zimberlin, and the reports by Drs. Saul and Raxlen. It was requested the panelists advise us if this additional documentation changed their prior medical opinions in any way, and if their medical opinions had changed, to advise how their opinions changed.

In the April 4, 2017 panel review report, Dr. Kitei indicated, from a neurology perspective, that his original opinion remains unchanged including the assessment of Ms. Spears' headaches, and the medical evidence does not support impairment from a neurologic standpoint.

From an endocrinology and internal medicine perspective, Dr. Cooper reported, "The additional records do not contain any additional information relating to endo/IM/rheum/gastro/cardio/ pulmonary and sleep medicine/primary care aspects of the file but only to infectious disease (Lyme disease) and neuropsychiatric manifestations."

From an Infectious Disease standpoint, Dr. Crossley noted the material submitted for review consists of the letter from Dr. Zane Saul that notes he treated Ms. Spears' from August 2010 to June 2014. "Since the prior review covered all of the documentation from this period, his current letter does not add to what we already know regarding the claimant." Dr. Crossley observed Dr. Saul's letter reiterates his prior opinion that the claimant would not be able to work even at a sedentary position because of her cognitive difficulties. Dr. Saul again noted Ms. Spears' symptoms were primarily those of chronic fatigue, difficulty with concentration, headache, and joint pain. "He stated that my interpretation of the CSF Lyme disease testing (that the information was uninterpretable) was incorrect but did not explain how he came to that conclusion."

Additionally, Dr. Crossley noted that Dr. Raxlen submitted an undated detailed letter, and "This letter contains no new information about the claimant." Dr. Crossley indicated there is additional information submitted regarding the International Lyme and Associated Disease Society. Dr. Crossley concluded there is no evidence that Ms. Spears has had Lyme disease or other infections that would be associated with any functional limitation.

Neuropsychologist Dr. Raymond reported he reviewed all the additional information submitted by Ms. Zimberlin as well as Drs. Saul and Raxlen. Dr. Raymond reported Ms. Spears had been evaluated and treated by multiple medical specialists for a host of various etiologies (e.g., thyroid disease, dyspnea, pineal cysts, Lyme disease, systemic lupus erythematosus, fibromyalgia, etc.), and "prior neurological examinations were negative with regard to neurocognitive functioning."
Dr. Raymond indicated the additional information does not change or alter his initial impressions and conclusions. Dr. Raymond noted no additional information was provided by a neuropsychologist including neuropsychological test results, opinions, conclusions, or recommendations. Dr. Raymond concluded the preponderance of clinical evidence contained within the file does not support neurocognitive impairment.

**Second/Optional Remand Analysis**
As noted by the Infectious Disease, Endocrine/Internal Medicine, Neurology, and Neuro-psychology panel review specialists, the documentation received for this second remand review does not provide new medical information regarding the period Ms. Spears was claiming disability from work.

Liberty004914

Additionally, all the reviewing physicians indicated Dr. Saul's and Dr. Raxlen's reports do not change their previous conclusions. The panel indicates the medical evidence does not support impairment preventing Ms. Spears from performing the material and substantial duties of (1) her own job from September 27, 2008 when her absence from work began through March 27, 2009; (2) her own Administrative Support occupation from March 28, 2009 through March 27, 2011; and (3) any occupation for which she is fitted from March 28, 2011 forward.

Moreover, the additional reports from Drs. Saul and Raxlen do not alter our <u>Remand Assessment</u> and <u>Additional Remand Analysis</u> as set forth in the June 16, 2016 remand review letter upholding the denial of Ms. Spears' disability claim.  The medical records contain multiple inconsistencies in Ms. Spears' self-reported symptoms; Ms. Spears' self-reported symptoms were inconsistent with her actual functional capacity, as outlined in detail in the June 16, 2016 letter; the medical records contain physical exam and cognitive exam findings that are consistently within normal limits.

We conducted this second thorough review of Haley Spears' entire claim. In summary, we acknowledge that Ms. Spears has reported multiple subjective symptoms allegedly preventing her from working. However, the information provided for review does not contain physical exam findings, mental status and cognitive exam findings, laboratory test results, valid neuropsychological test results, or other forms of medical documentation indicating  Ms. Spears' symptoms were of such severity,  frequency and duration, that the symptoms resulted in restrictions and/or limitations rendering Ms. Spears unable to perform the material and substantial duties of her occupation continuously throughout and beyond the Policy's Elimination Period, and of any occupation after March 27, 2011.

Having carefully considered all of the information submitted in support of Haley Spears' claim, our position remains that proof of Ms. Spears' disability in accordance with the UTC Group Disability Income Policy provisions has not been provided. Therefore, no Long Term Disability benefits will be paid.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004915



# R3 CONTINUUM

# I N V O I C E

d/b/a Crisis Care Network, Behavioral Medical Interventions, Crisis Management Int'l

4115 Ayrshire Dr SW
Wyoming, MI 49418

| Invoice Date: | 04/10/2017 |
|---|---|
| Invoice #: | 577726-4 |
| Invoice Due Date: | 05/10/2017 |
| Payment Terms: | Net 30 days |

**Bill To:**

London, KY
PO Box 7207
London, KY 40742

| Referred By | Claim # | Claimant Name |
|---|---|---|
| Nancy Winterer | REDACTED | Haley Spears |

| Delivery Method | Invoice Currency | Customer Reference # |
|---|---|---|
| Other | USD | n/a |

| Qty/Hrs | Service Provided | Description | Specialty | Rate | Amount |
|---|---|---|---|---|---|
| 1.00 | File Review | Report by Dr. Daniel Kitei | Neurology | $301.75 | $301.75 |
| 1.00 | | Report by Dr. Kent Crossley | Infectious Disease | $255.00 | $255.00 |
| 2.00 | | Report by Michael Raymond | Neuropsychology | $178.00 | $356.00 |
| 1.20 | | Report by Robert Cooper | Endocrinology | $255.00 | $306.00 |
| 1.00 | | Admin Fees - Flat | | $50.00 | $50.00 |

| | |
|---|---|
| Subtotal | $1,268.75 |
| Sales Tax | $0.00 |
| Total Invoice Amount | $1,268.75 |
| Payment/Credit Applied | $0.00 |
| **TOTAL** | **$1,268.75** |

Thank you for your business.

**Please remit to:**

**R3 Continuum**

**4115 Ayrshire DR SW**

If you have any questions, please contact Accounting at:

Phone: **(616) 965-2411**

Email: **accounting@r3continuum.com**

Liberty004916

**Wyoming, MI 49418**                                                    Federal ID #: **46-4003573**

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3Continuum.com and destroy all copies of the original message.

Liberty004917

# Robert J. Cooper, M.D., F.A.C.E., F.A.C.P.

***PROFESSIONAL EXPERIENCE***:

**New England Endocrine & Thyroid Center, PC**                   04/01/2013 - Present
Springfield, MA

Owner of single specialty solo medical practice; Clinical Endocrinologist. Established newly formed endocrine practice. Manage personnel including medical assistant and front desk personnel. Clinical practice treating thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, diabetes and general endocrine disorders. Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments. Work directly with and educate cytopathology fellows and pathology residents.

**Baystate Medical Center**                   03/26/2012 – 03/29/2013
Springfield, MA

Attending Physician, Department of Endocrinology; Work directly with and educate Fellows, Medical Residents and Medical Students. Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments. Teaching practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**Holyoke Medical Center**                   12/2003 - 03/2012
Holyoke, MA

Chief of Medicine (05/2005 – 03/2009); Director of Endocrine Center for Excellence; Director of Ultrasound Thyroid Biopsy/Fine Needle Aspiration Clinic; Attending Physician, Department of Endocrinology. Manage personnel including registered nurse, office manager and front desk personnel. Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments. Clinical practice treating thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**Baystate Medical Center**                   03/2000 – 11/2003
Springfield, MA

Attending Physician, Department of Endocrinology; Director of Ultrasound Thyroid Biopsy/Fine Needle Aspiration Clinic; Coordinator of Endocrine Resident elective; Assistant Fellowship Director (05/2002 – 01/2003); Worked directly with and educated Fellows, Medical Residents and Medical Students. Performed ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments. Teaching practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**East End Endocrine Associates, P.C.**                   11/1998 – 02/2000
Westhampton Beach, NY

Co-partner of single specialty group; Clinical Endocrinologist. Established newly formed endocrine practice. Managed personnel including medical assistant, office manager and front desk personnel. Initiated glucose monitoring protocol at Southampton Hospital, Southampton, NY. Clinical practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

Liberty004918

Robert J. Cooper, MD, FACE
Page - 2 -

| | |
|---|---|
| **Fellowships (See Education Section)** | 07/1996 – 10/1998 |

**Queens-Long Island Medical Group**                    07/1995 – 06/1996
Flushing, NY

Internal Medicine Physician, HMO affiliated multispecialty group. Clinical practice treating general medical care of adults 18 years of age and older.

### *EDUCATION:*

**University of Pennsylvania**                             09/1982 – 06/1983
Philadelphia, PA

**State University of New York at StonyBrook**            09/1983 – 06/1988
StonyBrook, NY
*Degree:* B.S. in Biology and Psychology

**Albert Einstein College of Medicine**                   08/1988 - 06/1992
Bronx, NY
*Degree*: M.D.

**Long Island Jewish Hospital**                           07/1992 – 06/1993
New Hyde Park, NY
*Position:*  First Year Medical Intern (PGY1)

**Long Island Jewish Hospital**                           07/1993 – 06/1994
New Hyde Park, NY
*Position:*  Second Year Medical Resident (PGY2)

**Long Island Jewish Hospital**                           07/1994 – 06/1995
New Hyde Park, NY
*Position:*  Third Year Medical Resident (PGY3)

**See Employment Section**                                07/1995 – 06/1996

**Medical College of Pennsylvania**                       07/1996 – 10/1996
Philadelphia, PA
*Position:*  First Year Fellow in Cardiology

**Long Island Jewish Hospital**                           11/1996 – 06/1997
New Hyde Park, NY
*Position*: First year Fellow in Endocrinology (PGY4)

**Winthrop University Hospital**                          07/1997 – 10/1998
Mineola, NY
*Position:* Second year Fellow in Endocrinology  (PGY5)

Liberty004919

Robert J. Cooper, MD, FACE
Page - 3 -

### *LICENSURE AND BOARD CERTIFICATIONS:*

MA License #204180 - Current
NY License #198082 - Current
PA License #MD-057608-L - Current
NJ License #25MA07589200 - Current

1996 - Certified Diplomate, American Board of Internal Medicine
1998 - Certified Diplomate, American Board of Internal Medicine –
      Subspecialty Boards on Endocrinology, Diabetes and Metabolism
2000 - Certified Thyroid Ultrasound and Ultrasound Guided FNA Biopsy
2004 - Certified Bone Densitometry
2006 - Recertified ABIM – Internal Medicine
2008 - Recertified ABIM - Endocrinology

### *HONORS AND AWARDS:*

2004 - Fellow - American College of Endocrinology (F.A.C.E.)
2015 – Fellow – American College of Physicians (F.A.C.P.)

### *TEACHING APPOINTMENTS:*

Tufts University School of Medicine                                                       2000 – Present
136 Harrison Avenue
Boston, MA
*Position:*  Assistant Professor of Medicine

### *OTHER PROFESSIONAL EXPERIENCE:*
R3 Continuum, LLC                                                                        2015 – Present
Bloomington, MN
*Position:* Consultant Services – Reviewing medical content and accuracy

VeriMed HealthCare Network                                                               2008 – Present
West Palm Beach, FL
*Position:* Consultant Services – Reviewing medical content and accuracy

### *PROFESSIONAL MEMBERSHIPS:*

American College of Physicians
American Association of Clinical Endocrinologists
American Thyroid Association
American Diabetes Association
American College of
Thyroidology The Endocrine
Society

Liberty004920

Robert J. Cooper, MD, FACE
Page - 4 -

## *OFFICE AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:*

| | |
|---|---|
| Editor MedStudy Internal Medicine Board Review | 2013 – Present |
| Advisory Board for the Connecticut American Diabetes Association Annual Meeting | 2003 - Present |
| Cardiometabolic Health Congress<br> – Panelist for Symposium on Oral Anti-Hyperglycemic Therapy and Cardiovascular Risk Reduction<br> – Advisory Board | 2009<br>2005 - Present |
| American Association of Clinical Endocrinologists –<br>Legislative and Regulatory Committee<br>Endocrine Board Review Committee | 2002 - Present<br>2013 - Present |
| Radiation Safety Committee Member<br> – Baystate Heath Systems and Holyoke Medical Center | 2003 - 2012 |
| Contracts Committee Member<br> – Holyoke Medical Center | 2003 - 2012 |
| Pharmacy and Therapeutics Committee<br> – Holyoke Medical Center | 2003 - 2012 |
| Faculty Member of Testosterone Update | 2009 |
| Quality Assurance and Quality Improvement Committee<br> – Holyoke Medical Center | 2005 - 2009 |
| Practice Care Assessment Committee<br> – Holyoke Medical Center | 2005 - 2009 |
| The Endocrine Society – Clinical Endocrinology Update<br> – Lecture and demonstration on Use of Thyroid Ultrasound in Evaluating Thyroid Nodules | 2004 and 2001 |
| The Endocrine Society – National Meeting<br> – Preceptor for Thyroid Ultrasound Course | 2003 |
| American Board of Internal Medicine<br> – Subspecialty Board of Endocrinology, Diabetes and Metabolism – Committee<br>to review ABIM Subspecialty Board Examination Questions | 2002 |
| American Association of Clinical Endocrinologists – National Meeting<br> – Lecture and Preceptor for Thyroid Ultrasound Certification Course | 2001 |

Robert J. Cooper, MD, FACE
Page - 5 -

## *PUBLICATIONS:*

Pantanowitz L, Panetti C, Goulart R, Cooper RJ. Cholesterol Crystals in the Thyroid Gland. ACTA Cytologica: The Journal of Clinical Cytology and Cytopathology 51(2): 249-251, March-April 2007.

Tollin SR, Resta C, Cooper RJ, Westra WH, Udelsman R. Familial Cushing's Syndrome with Idiopathic ACTH-Independent Bilateral Macronodular Adrenocortical Hyperplasia Successfully Treated by Laparoscopic Adrenalectomy.
The Endocrinologist 10(5): 341-346, 2000.

Cooper RJ, Belilos E, Drexler S, et al. Idiopathic Giant-Cell Granulomatous Hypophysitis Mimicking Acute Meningitis.
Am J Med Sci 318(5): 339-342 (November),1999.

## *RESEARCH EXPERIENCE:*

FutureCare Studies, Inc.                                                                                          2004 - Present
354 Birnie Avenue, 4th Floor
Springfield, MA 01107

**Position:** Sub-Investigator

"A multi-center, double-blind, randomized, parallel-group study to compare the effect of 24 weeks treatment with LAF 237 (50mg qd or bid) to placebo as add-on therapy to pioglitazone 45 mg qd in patients with type 2 diabetes inadequately controlled with thiazolidinedione monotherapy"

"A double-blind, randomized, placebo-controlled, parallel study to evaluate the efficacy and safety of AndroGel, as an adjunct to oral hypoglycemic therapy, in the treatment of hypogonadal men with type 2 diabetes"

"Efficacy and safety of inhaled human insulin (Exubera) compared with subcutaneous human insulin in the therapy of adult subjects with type 1 or type 2 diabetes mellitus and chronic asthma: A one year, multi-center, randomized, outpatient, open-label, parallel-group comparative trial"

"Efficacy and safety of inhaled human insulin (Exubera) compared with subcutaneous human insulin in the therapy of adult subjects with type 1 or type 2 diabetes mellitus and chronic obstructive pulmonary disease: A one year, multi-center, randomized, outpatient, open-label, parallel-group comparative trial"

"A one-year, open, randomized, parallel, three-arm study comparing Exubera (insulin dry powder pulmonary inhaler) vs. Avandia (rosiglitazone maleate) as add-on therapy vs. Exubera substitution of sulfonylurea in patients with type 2 diabetes, poorly controlled on combination sulfonylurea and metformin treatment"

**Position:**  Principal Investigator                                                                            October 2006

"Acrostudy – A multicenter, post marketing surveillance study of Somavert therapy in patients with Acromegaly in the US and Europe"

Liberty004922

Robert J. Cooper, MD, FACE
Page - 6 -

### SPEAKER/LECTURE BUREAU:

Takeda Pharmaceuticals
Abbott Pharmaceuticals
Salix Pharmaceuticals
Otsuka Pharmaceuticals
Eisai Pharmaceuticals
Jansen Pharmaceuticals

Liberty004923

## CURRICULUM VITAE

11/2/16

Kent Bertram Crossley

Citizenship:          U.S.A.

Education:

| | |
|---|---|
| 1964 B.A. | Carleton College, Northfield, Minnesota |
| 1968 B.S., M.D. | University of Minnesota Medical School Minneapolis, Minnesota |
| 1997 M. Div. | Luther Seminary, St. Paul, Minnesota |
| 2000 M.H.A. | Carlson School of Management, University of Minnesota |
| | Thesis: Professional Satisfaction of U.S. Healthcare Chaplains |

Postdoctoral Training:

| | |
|---|---|
| 1968-69 | Intern in Internal Medicine, University of Minnesota Hospitals, Minneapolis, Minnesota |
| 1969-71 | Resident in Internal Medicine, University of Minnesota Hospitals, Minneapolis, Minnesota |
| 1971-73 | Research Fellow in Medicine (Infectious Diseases), Harvard Medical School and Thorndike Memorial Laboratory; Clinical Fellow, II and IV (Harvard) Medical Services, Boston City Hospital, Boston, Massachusetts |

Professional Experience:

| | |
|---|---|
| 1973-75 | Chief, Infectious Diseases Section, Department of Medicine and Preventive Medicine Officer, Fitzsimons Army Medical Center, Denver, Colorado (Major, US Army Medical Corps) |

Liberty004924

| | |
|---|---|
| 1975-96 | Chief, Infectious Disease Section, Department of Internal Medicine, St. Paul-Ramsey Medical Center, St. Paul, Minnesota |
| 1975-79 | Assistant Professor of Medicine, University of Minnesota Medical School, Minneapolis, Minnesota |
| 1979-87 | Associate Professor of Medicine, University of Minnesota Medical School, Minneapolis, Minnesota |
| 1985-87 | Clinical Associate Professor, College of Pharmacy, University of Minnesota, Minneapolis, Minnesota |
| 1987- | Professor of Medicine, University of Minnesota Medical School, Minneapolis, Minnesota |
| 1987- | Professor, College of Pharmacy, University of Minnesota, Minneapolis, Minnesota |
| 1988-90 | Acting Chief, Department of Internal Medicine, St. Paul-Ramsey Medical Center, St. Paul, Minnesota |
| 1990-96 | Chief, Department of Internal Medicine, St. Paul-Ramsey Medical Center, St. Paul, Minnesota |
| 1995 | Visiting Scholar in Medicine, Cambridge University School of Clinical Medicine, Cambridge, England |
| 1996-2011 | Associate Chief of Staff for Education, Minneapolis Veterans Affairs Medical Center (MVAMC), Minneapolis, Minnesota. |
| 1998- | Director, Education Product Line, Minneapolis VAMC; Designated Educational Official and Designated Learning Officer, MVAMC; VISN 13 [later VISN 23] Academic Affiliations Officer |
| 2011 | Acting Chief of Staff, Minneapolis VA Healthcare System |
| 2011- | Chief of Staff, Minneapolis VA Healthcare System |

Certification and Licensure:

Diplomate of the National Board of Medical Examiners (1969)

Diplomate of the American Board of Internal Medicine (1973)

2

Liberty004925

Diplomate of the American Board of Internal Medicine in the Subspecialty of Infectious Diseases  (1974)

Licensed to practice medicine in Minnesota

Memberships:

Fellow, American College of Physicians
Fellow, Infectious Diseases Society of America
Fellow, Society for Healthcare Epidemiology of America
Hospital Infection Society
American College of Physician Executives

Offices Held:

| | |
|---|---|
| 1985-86 | Councilor, Society of Hospital Epidemiologists of America |
| 1986-88 | Director, Minnesota Chapter, National Foundation for Infectious Diseases |
| 1985-88 | Chairman, Minnesota Medical Association Task Force on AIDS |
| 1988-94 | Director (and member of the Executive Committee), Minnesota Association of Public Teaching Hospitals |
| 1999-2001 | Chairman, Community Council on Graduate Medical Education, University of Minnesota Medical School |
| 2010- | Vice-chair, Metropolitan Minnesota Council on Graduate Medical Education. |
| 2010-2014 | Chair, Metropolitan Minnesota Council on Graduate Medical Education. |

Consultant Positions:

| | |
|---|---|
| 1973-75 | Consultant in Infectious Diseases to the Fifth United States Army |
| 1976-78 | Consultant, Center for Disease Control, Atlanta, Georgia- Study to Evaluate the Efficacy of Nosocomial Infection Control (SENIC) |

3

Liberty004926

| | |
|---|---|
| 1976-79 | Editorial Advisor, Minnesota Communicable Disease Newsletter |
| 1977-78 | Medical Consultant to the Epidemiology Unit, Communicable Diseases Section, Minnesota Department of Health |
| ,1977-79 | Originator and Co-director, Minnesota Department of Health Communicable Diseases Seminar |
| 1978-81 | Consultant and Chairman, Task Force on Utilization of Prophylactic Antibiotics in Surgery; Foundation for Health Care Evaluation, Minneapolis, Minnesota |
| 1988-1990 | IDSA/FDA Reviewer for Guidelines for New Anti-infective Drugs (urinary tract infections) |
| 1995-1996 | Member, Prophylactic Antibiotic Project Advisory Group, Foundation for Health Care Evaluation, Minneapolis |
| 2011 - | Consultant, R3 Continuum, LLC, Bloomington, MN |
| 1997- | Member, Medical Education and Research Cost (MERC) Advisory Committee, Minnesota Department of Health |

1993-        Journal reviewer for:

Annals of Internal Medicine
Clinical Infectious Diseases
Journal of lnfectious Diseases
Journal of the American Geriatric Society
Journal of the American Medical Association
New England Journal of Medicine
Infection Control and Hospital Epidemiology
Anaerobe

Editorial Board Member:

| | |
|---|---|
| 1988-2006 | Infectious Disease News |
| 1996-2002 | Surgical Infections Forum |

Hospital Activities:

| | |
|---|---|
| 1976-96 | Chairman, Infection Control Committee, St Paul-Ramsey Medical Center |

4

Liberty004927

| | |
|---|---|
| 1978-96 | Member, Continuing Medical Education Committee, Ramsey Foundation |
| 1979-96 | Chairman, St. Paul-Ramsey Medical Center/Ramsey Foundation Research Committee |
| 1985-86 | Member, Finance Committee; Program Development Committee, Ramsey Clinic |
| 1985-87 | Member, Administrative Committee, Medical Education and Research Foundation |
| 1987-88 | Interim President, Ramsey Foundation |
| 1987-96 | Director, Ramsey Clinic Board |
| 1988-91 | Chairman of the Board of Directors, Ramsey Foundation |
| 1988-96 | Member, Pension Board of Trustees, Ramsey Clinic/Ramsey Foundation |
| 1990-96 | Member, Medical Education Committee, St. Paul Ramsey Medical Center |
| 1994-96 | Member, Operation Improvement Steering Committee, St. Paul Ramsey Medical Center |
| 1993-96 | Co-chair, Department of Medicine Outpatient Operations Committee, St. Paul Ramsey Medical Center |
| 1993-95 | Co-chair, Department of Medicine Quality Improvement Committee, St. Paul Ramsey Medical Center |
| 1996-8 | Member, Continuous Quality Improvement Task Force, Minneapolis VA Medical Center |
| 1997 - | Chainnan, Infection Control Committee, Minneapolis VA Medical Center |
| 1997-9 | Chairman, Educational Council, VISN 13 (Veterans Integrated Service Network) |
| 2004-9 | Chair, VISN 23 Pandemic Influenza Planning Committee |
| 2011-2013 | Member, Executive Leadership Council, VISN 23 |

Liberty004928

| | |
|---|---|
| 2012 | Co-chair, VA Committee to assess the future of library services within the VA Healthcare System. |
| 2013 (May-June) | Acting Director, Minneapolis VA Healthcare System |
| 2015-2017 | Member, Executive Leadership Council, VISN 23 |

Medical School Activities:

| | |
|---|---|
| 1989-96 | Member, Intern Selection Committee, Department of Medicine |
| 1994-95 | Member, Search Committee for Chairman, Department of Internal Medicine |
| 1995-6 | Member, Promotions and Tenure Committee, Department of Medicine |
| 1995-6 | Member, Faculty Development Committee; Managed Care Initiative, University of Minnesota Medical School |
| 1996- | Member, Graduate Education Council, University of Minnesota Medical School |
| 2004-9 | Member, Admissions Committee, University of Minnesota Medical School |
| 2006-9 | Co-chair, Admissions Committee, University of Minnesota Medical School |
| 2007-9 | Member, Admission Oversight Committee, University of Minnesota Medical School |
| 2010- | Member, Admissions Executive Committee, University of Minnesota Medical School |
| 2011- | Associate Dean, University of Minnesota Medical School. |

PUBLICATIONS

1.    CROSSLEY KB, KJELLSTRAND CM: Intraperitoneal insulin for control of blood sugar in diabetic patients during peritoneal dialysis. Br Med J 1:269-270, 1971.

2.    CROSSLEY KB, SPINK WW: Recurrent meningitis: meningeal defect found after 12th attack.  JAMA 216:331, 1971.

Liberty004929

3.      CROSSLEY KB: Management of intravenous infusions. N Engl J Med 284:1037, 1971.

4.      CROSSLEY KB, MATSEN JM: The scalp-vein needle: a prospective study of the associated complications.  JAMA 220:985-987,1972.

5.      CROSSLEY KB, BIGOS ST, JOFFE CD: *Hemophilus injluenzae* pericarditis: a report of two cases in adults with a summary of the literature. Am Heart J 85:246-251, 1973.

6.      CROSSLEY KB, MATSEN JM: Intravenous catheter-associated bacteremia: the role of the diagnostic laboratory.  Appl Microbiol 26:1006-1007,1973.

7.      CROSSLEY KB: The bacterial pneumonias. pp 114-137 in Twenty-seventh Annual Symposium on Pulmonary Diseases, Washington: US Government Printing Office, 1974.

8.      WILLIAMS DN, CROSSLEY KB, HOFFMAN C et al.: Parenteral clindamycin phosphate: pharmacology with normal and abnormal liver function and effect on nasal staphylococci.  Antimicrob Agents Chemother 7:153-158,1975.

9.      IANNINI PB, CROSSLEY KB: Therapy of *Staphylococcus aureus* bacteremia associated with a removable focus of infection. Ann Intern Med 84:558-560, 1976.

10.     CROSSLEY KB: The complications of parenteral hyperalimentation. pp 469-479 in Na:jarian JS, Delaney *1P* (eds.) Critical Surgical Care, New York: Stratton Intercontinental Medical Book Corp.,1977.

11.     LAVERDIERE M, CROSSLEY K, SABATH LD: Clinical evaluation of a combination of pirbenicillin-tobramycin in the treatment of severe *Pseudomonas aeruginosa* infections. CmT Ther Res 21:464-467,1977.

12.     LANDESMAN B, CROSSLEY KB: Methicillin-resistant *Staphylococcus aureus* infection.  APIC 5:52,1977.

13.     ZASKE D, CROSSLEY K: Arnikacin: a new aminoglycoside antibiotic. Minn Med 61:123-126, 1978.

14.     FAVILLE RJ, ZASKE DE, KAPLAN EL, CROSSLEY KB, SABATH LD, QUIE PG: *Staphylococcus aureus* endocarditis: combined therapy with vancomycin and rifampin.  JAMA 240:1963-1965,1978.

15.     LEE BK, CROSSLEY KB, GERDING DN:  The association between *Staphylococcus aureus* bacteremia and bacteriuria. Am J Med 65:303-306, 1978.

Liberty004930

*16.*     DEMUTH PJ, GERDING DN, CROSSLEY KB:  *Staphylococcusaureus* bacteriuria. Arch Intern Med 139:78-80, 1979.

17.     CROSSLEY K, LOESCH D, LANDESMAN B, MEAD K, CHERN M, STRATE R: An outbreak of infections caused by strains of *Staphylococcusaureus* resistant to methicillin and aminoglycosides. I. Clinical Studies. J Infect Dis 139:273-279, 1979.

18.     CROSSLEY K, LANDESMAN B, ZASKE D: An outbreak of infections caused by strains of *Staphylococcus aureus* resistant to methicillin and aminoglycosides. II. Epidemiologic Studies. J Infect Dis 139:280-287, 1979.

19.     CROSSLEY K, MEAD K: A modified device for replica plating. J Clin Path 32:409-411, 1979.

20.     ROTSCHAFER J, CROSSLEY K, ZASKE D, VISTE R: Comparative study of cefaclor and amoxicillin in treatment of urinary tract infection. Urology 14:233-236, 1979.

21.     CROSSLEY K, IRVINE P, WARREN JB, LEE BK, MEAD K: Tetanus and diphtheria immunity in urban Minnesota adults.  JAMA 242:2298-2300, 1979.

22.     HOLTAN N, CROSSLEY K, PRIES C: Prevalence of intestinal parasites in a Laotian immigrant population.  Minn Med 62:749-752, 1979.

23.     CROSSLEY K, ROTSCHAFER JC, CHERN MM, MEAD K, ZASKE D: Comparison of a radioimmunoassay and a microbiologic assay for measurement of serum vancomycin concentrations. Antimicrob Agents Chemother 17:654, 1980.

24.     ROTSCHAFER J, MEAD K, CHERN M, CROSSLEY K: Evaluation of a radioimmunoassay for measurements of serum vancomycin concentration. pp. 521-523 in Nelson JD and Grassi C (eds.) Current Chemotherapy and Infectious Disease. Proceedings of the 11th Congress of Chemotherapy and the 19thInterscience Conference on Antimicrobial Agents and Chemotherapy, Washington, DC: The American Society for Microbiology, 1980.

25.     CROSSLEY K, SOLLIDAY J: Comparison of rectal swabs and stool cultures for the detection of gastrointestinal carriage of *Staphylococcus aureus.* J Clin Microbiol 11:433-434, 1980.

26.     HALEY RW, SCHABERG DR, MC CLISH DK, QUADE D, CROSSLEY KB, CULVER DH, MORGAN WM, MC GOWAN JE, JR, SHACHTMAN RH: The accuracy of retrospective chart review in measuring nosocomial infection rates. Results of validation studies in pilot hospitals.  Am J Epidemiol 111:516-533, 1980.

Liberty004931

27.     HALEY RW, HOOTON TM, SCHOENFELDER JR, CROSSLEY KB, QUADE D, STANLEY RC, CULVER DH: Effect of an infection surveillance and control program on the accuracy of retrospective chart review. Am J Epidemiol 111:543-555, 1980.

28.     CROSSLEY K, WARREN JB: Acute ethanol intoxication and serum bactericidal activity against *Hemophilus influenzae*. J Stud Alcohol 41:749-752, 1980.

29.     IRVINE P, CROSSLEY K: Tetanus and the institutionalized elderly. JAMA 244:2159-2160, 1980.

30.     BAKER D, ROTSCHAFER JC, SAWCHUK R, CROSSLEY KB, SOLEM LD: Vancomycin pharmacokinetics. J Pediatr 97:502-503, 1980.

31.     TOFTE RW, SOLLIDAY J, CROSSLEY KB: Antimicrobial susceptibility of *Acinetobacter calcoaceticus, Serratia marcescens, Pseudomonas fluorescens* and *Pseudomonas maltophilia* to three novel cephalosporin-like antibiotics. J Antimicrob Chemother 6:799-801, 1980.

32.     ZASKE DE, CROSSLEY KB, STRATE RJ: Aminoglycoside toxicity (letter). N Engl J Med 303:1002, 1980.

33.     TOFTE RW, CROSSLEY K: Clinical experience with toxic-shock syndrome. N Engl J Med 303:1417,  1980.

34.     CROSSLEY K, JOHNSON J, MUDGER: <u>A comparative study of nosocomial infections caused by strains of S. *aureus* of differing antimicrobial susceptibilities</u>. pp 937-941 in Proceedings of the IV International Symposium on Staphylococci and Staphylococcal Infections,  Stuttgart:  Gustav Fischer Verlag, 1981.

35.     ROTSCHAFER J, MEAD K, CROSSLEY K: Recent studies of the <u>pharrnacokinetics of vancomycin</u>. pp 773-776 in Proceedings of the IV International Symposium on Staphylococci and Staphylococcal Infections, Stuttgart: Gustav Fischer Verlag, 1981.

36.     HALEY RW, SCHABERG DR, CROSSLEY KB, VONALLMEN SD, MC GOWAN JE, JR.: Extra charges and prolongation of stay attributable to nosocomial infections: a prospective interhospital comparison.  Am J Med 70:51-58, 1981.

37.     TOFTE RW, SOLLIDAY J, ROTSCHAFER J, CROSSLEY KB: *Staphylococcus aureus* infection of dialysis shunt: absence of synergy with vancomycin and rifampin.  South Med J 74:612-615, 1981.

38.     CIPOLLE RJ, ZASKE DE, CROSSLEY K: <u>Gentamicin and tobramycin.</u> in Taylor W, Finn A ( eds.) Therapeutic Dmg Monitoring - A Practical Approach, New York:  Gross, Townsend and Frank, Inc., 1981.

9

Liberty004932

39.     LOFGREN RP, NELSON AE, CROSSLEY KB: Prosthetic valve endocarditis caused by *Achromobacter xylosoxidans*.  Am Heart J 101:502, 1981.

40.     CROSSLEY KB, COUCH L and the Task Force on Prophylactic Antibiotics in Surgery:  Antimicrobial prophylaxis in surgical patients.  JAMA 245:722-726, 1981.

41.     CROSSLEY K: Immunization in adults (editorial). Clinical Microbiology Newsletter 3:26-27, 1981.

42.     TOFTE RW, ROTSCHAFER J, SOLLIDAY J, CROSSLEY K: Moxalactam therapy for a wide spectrum of bacterial infections in adults. Antimicrob Agents Chemother 19:740-744, 1981.

43.     CROSSLEY K: Changing patterns of antibiotic resistance. IM--Internal Medicine for the Specialist, August 1981.

44.     WILLIAMS DN, CROSSLEY KB: Fever of unknown origin: review and clinical approach. The Bulletin (St. Louis Park Medical Center, St. Louis Park, MN) 25:6-13, 1981.

45.     WILLIAMS R, CROSSLEY KB: Acute and chronic hepatic involvement of brucellosis. Gastroenterology 83:455-458, 1982.

46.     CROSSLEY KB, SOLLIDAY J: Antimicrobial susceptibility of Shigellae isolated in Minnesota. Mi    Med 65:679-680, 1982.

47.     ROTSCHAFER JC, CROSSLEY K, ZASKE DE, MEAD K, SAWCHUK RJ, SOLEM LD: Pharmacokinetics of vancomycin: observations in 28 patients and dosage recommendations.  Antimicrob Agents Chemother 22:391-394, 1982.

48.     LACKNER TE, ROTSCHAFER JC, CROSSLEY K, LA BROSSE K: Assay specificity for biologically active gentamicin in serum. Am J Hosp Pharm 39:647, 1982.

49.     ROTSCHAFER JC, CROSSLEY KB, LESAR TS, ZASKE D, MILLER K: Cefaclor pharmacokinetic parameters: serum concentrations determined by a new high-performance liquid chromatographic technique. Antimicrob Agents Chemother 21:170-172, 1982.

50.     CROSSLEY K: The practical use of antibiotics in respiratory infections:  when to use, what to use, potential complications. in Drage CW (ed.) Respiratory Medicine for Primary Care Physicians,  New York:  Academic Press, 1982.

51.     ROTSCHAFER JC, MORLOCK C, STRAND L, CROSSLEY K: Comparison of radioimmunoassay and enzyme immunoassay methods in determining gentamicin

Liberty004933

pharmacokinetic parameters and dosages. Antimicrob Agents Chemother 22:648-651, 1982.

52.     CROSSLEY KB, JOHNSON J, CROSSLEY L, MUDGER: Autopsy review: a procedure of questionable value. Infection Control 4:29-30, 1983.

53.     BIT1NER MJ, DWORZACK DL, PREHEIM LC, TOFTE RW, CROSSLEY KB: Ceftriaxone therapy of serious bacterial infections in adults. Antimicrob Agents Chemother 23:261-266, 1983.

54.     CROSSLEY K, IRVINE P: Infectious diseases and immunizations. in Cassel C and Walsh JR (eds.) Geriatric Medicine: Principles and Practice, New York: Springer-Verlag, 1984.

55.     ADAMS J, CAPISTRANT T, CROSSLEY K, JOHANNSEN R, LISTON S: *Fusobacterium necrophorum* septicemia.  JAMA 250:35, 1983.

56.     ROTSCHAFER JC, CROSSLEY KB, ZASKE DE, RUSSILLO NJ, STRATE RG, TOFTE RW, SOLEM LD: Clinical use of one-compartment model for determining netilmicin pharmacokinetic parameters and dosage recommendations. Ther Drug Monitor 5:263-267, 1983.

57.     IRVINE PW, VAN BUREN N, CROSSLEY K: Causes for hospitalization of nursing home residents.  The role of infection. J Am Geriatr Soc 32:103-107, 1984.

58.     TOFTE RW, SOLLIDAY J, CROSSLEY KB: Susceptibilities of enterococci to twelve antibiotics.  Antimicrob Agents Chemother 25:532-533, 1984.

59.     CROSSLEY KB and the Task Force on Prophylactic Antibiotics in Surgery: Antibiotic prophylaxis in surgery: improvement following a multihospital educational program.  South Med J 77:864-867, 1984.

60.     CROSSLEY KB, GERDING DN, PETZEL RA: Acceptance of hepatitis B vaccine by hospital personnel. Infect Control 6:147-149, 1985.

61.     CROSSLEY KB, ROSS J: Colonization of hospitalized patients by *Staphylococcus aureus, Staphylococcus epidermidis* and enterococci. JHosp Infect 6:179-186, 1985.

62.     BAILIE GR, CROSSLEY KB, ROTSCHAFER JC: Imipenem/cilastatin efficacy evaluated.  Drug Intell Clin Pharm 19:840-841, 1985.

63.     CROSSLEY KB: Vancomycin. in Peterson PK, Verhoef J (eds.) The Antimicrobial Agents Annual 1,  Amsterdam:  Elsevier Science Publishers, 1985.

Liberty004934

64.      CROSSLEY KB, IRVINE P, KASZAR DJ, LOEWENSON RB: Infection control practices in Minnesota nursing homes. JAMA 254:2918-2921, 1985.

65.      HENRY K, CROSSLEY KB: An objection to a classified advertisement (letter). New Engl J Med 315:326, 1986.

66.      CROSSLEY KB and the Minnesota Medical Association Task Force on AIDS: Acquired immunodeficiency syndrome: a contemporary overview. Minnesota Medicine 69:29-30, 1986.

67.      CROSSLEY KB and the Minnesota Medical Association Task Force on AIDS: Acquired immunodeficiency syndrome: serological testing for HTLV-III antibody. Minnesota Medicine 69:140-142, 1986.

68.      CROSSLEY KB and the Minnesota Medical Association Task Force on AIDS: Acquired immunodeficiency syndrome: recommendations to prevent transmission for hospitals and health care workers.  Minn Med 69:211-213, 1986.

69.      CROSSLEY KB: <u>Vancomycin and Teicoplanin.</u> in Peterson PK, Verhoef J (eds.) The Antimicrobial Agents Annual 2 Amsterdam:  Elsevier Science Publishers, 1986.

70.      HENRY K, STEINBERG I, CROSSLEY K: Vancomycin-induced neutropenia during treatment of osteomyelitis in an outpatient. Drug Intell Clin Phann 20:783-785, 1986.

71.       HENRY K, CROSSLEY KB: Meningitis. Principles of diagnosis, advances in treatment.  Postgrad Med 80:59-71, 1986.

72.      HENRY K, CROSSLEY KB: Wild pigeon-related psittacosis in a family. Chest 90:708-710,  1986.

73.      CROSSLEY KB, HENRY K, IRVINE P, WILLENBRING K: Antimicrobial use in nursing homes: prevalence, cost and utilization review. Bull NY Acad Med 63:510-518, 1987.

74.      HENRY K, CROSSLEY K: Concerns about the use of condoms to prevent AIDS (letter). JAMA 256:1442, 1986.

75.      HENRY K, MAKI M, CROSSLEY K: Analysis of the use of HIV antibody testing in a Minnesota hospital. JAMA 259:229-232, 1988.

76.      HENRY K, TORO C, CROSSLEY K: Perforation of the esophagus by chicken bones - a report of two cases and a review of the literature. Minn Med 70:459-460, 1987.

Liberty004935

77.    CROSSLEY K, HENRY K: AIDS: Implications for long-term care. Clinical Report on Aging (Am Geriatr Soc) 1:1,3,5,6,9,1987.

78.    HENRY K, SULLIVAN C, CROSSLEY K:  Nasal septal abscess due to *Staphylococcus aureus* in an AIDS patient. Rev Infect Dis 10:428-430, 1988.

79.    BRUMMITT CF, CROSSLEY KB, FALKEN M, STICKLE DW, LALLY RT, WOOLFREY BT: Penicillin-resistant *Streptococcus pneumoniae.* Report of a case and results of a clinical laboratory proficiency survey in Minnesota. Am J Clin Pathol 89:238-242, 1988.

80.    HENRY K, WILLENBRING K, CROSSLEY KB: Human immunodeficiency virus antibody testing. A description of practices and policies at U.S. infectious disease-teaching hospitals and Minnesota hospitals. JAMA 259:1819-1822, 1988.

81.    AIDS (Special Issue). Crossley K (editor). Minn Med 71:241-326,  1988.

82.    CROSSLEY K:  The omnipresence of AIDS.  Minn Med 71:245, 1988.

83.    CROSSLEY K: Vancomycin and Teicoplanin. in Peterson PK, Verhoef J (eds) Antimicrobial Agents Annual 3, Amsterdam: Elsevier Science  Publishers, 1988.

84.    RODVOLD KA, BLUM RA, FISCHER JH, ZOKUFA HZ, ROTSCHAFER JC, CROSSLEY KB, RIFF LJ: Vancomycin phannacokinetics in patients with various degrees of renal function.  Antimicrob Agents Chemother 32:848-852,1988.

85.    ZOKUFA H, RODVOLD KA, BLUM RA, RIFF LJ, FISHER JH, CROSSLEY K, ROTSCHAFER J: Simulation of vancomycin peak and trough concentrations using five dosing methods in 37 patients.  Phannacotherapy 9:10-16,  1989.

86.    GILLUM J, GARRISON M, CROSSLEY K, ROTSCHAFER J: Current immunization practices for adults and children. Pait I. Postgrad Med 85:183-186,188-190, 195,198,  1989.

87.    GILLUM J, GARRISON M, CROSSLEY K, ROTSCHAFER J: Current immunization practices for adults and children. Part II. Postgrad Med 85:199-202, 207-210, 1989.

88.    THURN J, WILLENBRING K, CROSSLEY K: Needlestick injuries and needle disposal in Minnesota physicians' offices. Am J Med 86:575-579, 1989.

89.    ZOKUFA HZ, SOLEM LD, RODVOLD KA, CROSSLEY KB, FISCHER JH, ROTSCHAFER JC: The influence of serum albumin and alpha-I-acid glycoprotein on vancomycin protein binding in patients with bum iqjuries. J Bum Care Rehabil 10:425-428, 1989.

Liberty004936

90.   GARRISON MW, ROTSCHAFER JC, CROSSLEY KB: Suboptimal effect of daptomycin in the treatment of bacteremias. South Med J 82:1414-1415, 1989.

91.   THURN JR, CROSSLEY K, WILLENBRING K: Educating patients about HJV (letter). JAMA 262:1948-1949, 1989.

92.   CROSSLEY KB, THURN JR. Nursing home-acquired pneumonia. Semin Respir Infect 4:64-72, 1989.

93.   CROSSLEY KB, THURN JR, HENRY K: Meningitis and Encephalitis. in Taylor W (ed.) Difficult Medical Management, Philadelphia: WB Saunders and Co., 1990.

94.   THURN J, CROSSLEY K, GERDTS A, MAKI M, JOHNSON J: Enteral hyperalimentation as a source of nosocomial infection. J Hosp Infect 15:203-17, 1990.

95.   CROSSLEY KB, THURN JR, WILLENBRING K: Needlestick injuries and needle disposal in Minnesota nursing homes.  J Am Geriatr Soc 38:793-796, 1990.

96.   EYERS, BRUMMITT C, CROSSLEY K, SIEGEL R, CERRA F: Catheter-related sepsis: prospective, randomized study of three methods of long-term catheter maintenance.  Crit Care Med 18:1073-9, 1990.

97.   THURN JR, BELONGIA EA, CROSSLEY K:  Methicillin-resistant *Staphylococcus aureus* in Minnesota nursing homes.  JAGS 39:1105-9, 1991.

98.   MCGOWAN JE JR, CHESNEY PJ, CROSSLEY KB, LA FORCE FM: From the Infectious Diseases Society of America: Guidelines for the use of systemic glucocorticosteroids in the management of selected infections. J Infect Dis 165:1-13, 1992.

99.   DEGELAU J, SOMANI SK, COOPER SL, GUAY DRP, CROSSLEY KB: Amantadine resistant *influenza A* in a nursing facility. Arch Intern Med 152:390-392, 1992.

*100*.   CROSSLEY KB, THURN JR: Control measures for MRSA: Can the cost be reduced? pp. 187-196 in Cafferkey MT (ed.)  Methicillin-resistant *Staphylococcus aureus* - Clinical management and laboratory aspects,  New York: Marcel Dekker, Inc., 1992.

10l.   THURN JR, CROSSLEY K, GERDTS, A, BAKEN L:  Dynamics of coagulase-negative staphylococcal colonization in patients and employees in a surgical intensive care unit.  Hosp Infect 20:247-255, 1992.

102.   CROSSLEY KB, NELSON L, IRVINE P: State regulations governing infection control issues in long term care.  JAGS 40:251-254, 1992.

Liberty004937

103.    CROSSLEY KB:  Approach to the seriously ill, febrile nursing home patient.  in R. J. Duma (ed.) Recognition and Management of Nursing Home Infections. New York: Intramed Communications (for the National Foundation ofInfectious Diseases), 1992.

104.    CROSSLEY KB: Book review of "Control of disease vectors in the community" by C. F. Curtis. Saudi Med J 14:371, 1993.

105.    CROSSLEY KB: Infection control aspects of the employee health program. pp 193-200 in Smith PW (ed.) Infection Control in Long Term Care Facilities (2nd Edition), N01thampton, MA: Delmar Publishers, 1994.

I06.    CHAO CC, ALA TA, HU S, CROSSLEY KB, SHERMAN RE, PETERSON PK, FREY WH II: Serum cytokine levels in patients with Alzheimer's disease. Clin Diagn Lab Immunol I:433-436, 1994.

107.    CROSSLEY KB: Streptococci. pp. 326-334 in Mayhall CG (ed) Hospital Epidemiology and Infection Control, Baltimore: Williams & Wilkins, 1995.

108.    CROSSLEY KB, PETERSON PK: Infections in the elderly. pp. 2737-2742 in Mandell GL, Bennett JE, Dolin R (eds) Principles and Practice ofInfectious Diseases (4th edition.), New York: Churchill Livingstone Inc.,  1995

109.    CROSSLEY K, PETERSON P: Infections in the elderly. Clin Infect Dis 22:209-15, 1996.

110.    THURN JR, CROSSLEY K, GERDTS A: Colonization of nursing home residents on admission to anacute care hospital.  J. Hosp Infect 32:127-133, 1996

111.    STRAUSBAUGH LJ, CROSSLEY KB, NURSE BA, THRUPP LD: Antimicrobial resistance in long-term care facilities. A SHEA position paper. Infect Control Hosp Epidemiol 17:129-140, 1996

112.    CROSSLEY KB, ARCHER G (eds.): The staphylococci in human disease. New York:  Churchill Livingstone, 1997.

113.    GATERMANN SG, CROSSLEY KB: Urinary tract infections. pp. 493-508 in CROSSLEY KB, ARCHER G (eds.) The staphylococci in human disease. New York: Churchill Livingstone, 1997.

114.    CROSSLEY Kand the long-term-care committee of the society for healthcare epidemiology of america: Vancomycin resistant enterococci in long term care facilities. Infect Control Hosp Epidemiol 19:521-525, 1998.

115.    CROSSLEY KB, PETERSON P; Infections in the elderly -new developments. pp. 75-100 in REMINGTON JS, SWARTZ M (eds.) Current clinical topics in infectious diseases - 18., 1998.

Liberty004938

116.    CROSSLEY KB: <u>Streptococci</u>. pp. 385-393 in Mayhall CG (ed) hospital epidemiology and infection control, Second Edition, Baltimore: Williams & Wilkins, 1999.

117.    CROSSLEY KB, PETERSON PK: <u>Infections in the elderly</u>. in Mandell GL, Bennett JE, Dolin R (eds) principles and practice of infectious diseases (5th edition.), New York:  Churchill Livingstone Inc.,1999

118.   CROSSLEY KB: <u>Infection in the elderly,</u> in Schlossberg D (ed) Current therapy of infectious diseases.   Philadelphia: WB Saunders Co., 1999.

119.   CROSSLEY KB: Nursing Homes as a reservoir of antibiotic resistance.(Invited review)   Curr Opin Infect Dis 2001;14:455-460.

120.   CROSSLEY KB: Infections in long-tenn care institutions in Norway. J Hosp Infect 2001;49:84-5.

121.   LOEB M, BENTLEY DW, BRADLEY S, CROSSLEY KB et. al: Development of minimum criteria for the initiation of antibiotics in residents of long-term-care facilities: results of a consensus conference.   Infect Control Hosp Epidemiol 2001;22:120-4.

122.   CROSSLEY KB: Professional satisfaction among U.S. healthcare chaplains. J Pastoral Care. 2002; 56:21-7.

123.   SIMOR AE, BRADLEY S, STRAUSBAUGH LJ, CROSSLEY KB, NICOLLE LE: Clostridium difficile in long-tenn care facilities for the elderly. Infect Control Hosp Epidemiol 2002;23:696-703.

124. WAINWRIGHT M, CROSSLEY KB: Methylene Blue - a therapeutic dye for all seasons.   J. Chemother 2002;14:431-43.

125.   THRUPP L, BRADLEY S, SMITH P, SIMOR A, GANTZ N, CROSSLEY K, LOEB M, STRAUSBAUGH L, NICOLLE L; Tuberculosis prevention and control in long-term-care facilities for older adults. Infect Control Hosp Epidemiol. 2004;25(12):1097-108.

126.   CROSSLEY KB: <u>Streptococci</u>. Pf- 517-527 in Mayhall CG (editor) Hospital Epidemiology and Infection Control, (3r edition) Baltimore: Williams & Wilkins, 2004.

127.   CROSSLEY KB, PETERSON PK: <u>Infections in the elderly</u>. pp 3517-3524 in Mandell GL, Bennett JE, Dolin R (editors) Principles and Practice of Infectious Diseases (6th edition),  New York:  Churchill Livingstone Inc.,2005.

128.   CROSSLEY K: <u>Overview of *Staphylococcus aureus* in Medicine</u> in Weigelt JA [editor]: MRSA-Diagnosis and Management.  New York: Informa, 2007.

Liberty004939

129.   CROSSLEY KB: Infections in the Elderly in Schlossberg D (editor) Clinical Infectious Diseases.   New York: Cambridge University Press, 2007.

129.   CROSSLEY KB: Infections in the Elderly in Schlossberg D (editor) Clinical Infectious Diseases.   New York: Cambridge University Press, 2007.

130. DREKONJA DM, TRAYNOR LM, DECAROLIS DD, CROSSLEY KB, JOHNSON JR: Treatment of non-life threatening methicillin-resistant Staphylococcus aureus infections with alternative antimicrobial agents: a 2 year retrospective review. Diagn Microbiol Infect Dis. 2009;63:201-7.

131. CROSSLEY KB, JEFFERSON K, FOWLER V AND ARCHER G [editors]: The Staphylococci in Human Disease. Oxford: Wiley-Blackwell, 2009.

132.   GATIERMAN S, CROSSLEY KB: Urinary Tract Infection in CROSSLEY KB, JEFFERSON K, FOWLER V AND ARCHER G [editors]: The Staphylococci in Human Disease.  Oxford: Wiley-Blackwell, 2009.

133. CROSSLEY KB, JOHN J: Treatment of Staphylococcal Infection in CROSSLEY KB, JEFFERSON K, FOWLER V AND AR<:;:HER G [editors]: The Staphylococci in Human Disease.  Oxford: Wiley-Blackwell, 2009.

134.   CROSSLEY KB, PETERSON PK: Infections in the elderly in MANDELL GL, BENNETT JE, DOLIN R (editors) Principles and Practice of Infectious Diseases (7th edition),  New York:  Elsevier, 2009.

135.   CROSSLEY K: Review: intranasal mupirocin ointment reduces Staphylococcus aureus infections in nasal carriers. Evid Based Med 2009;14:l 10.

136.   CROSSLEY KB: Streptococci. in Mayhall CG (editor) Hospital Epidemiology and Infection Control, (4rd edition) Baltimore: Williams & Wilkins, 2010.

137. STONE ND, ASHRAF MS, CALDER J, CRNICH CJ, CROSSLEY KB et al. Surveillance definitions of infections in long-term care facilities: revising the McGeer criteria. Infect Control Hosp Epidemiol 2012;33:965-77.

138.   CROSSLEY KB, PETERSON PK: Infections in the elde rly. in Mandell GL, Bennett JE, Dolin R (eds) principles and practice of infectious diseases (8th edition.) New York:  Churchill Livingstone Inc., 2014.

139.   CROSSLEY KB: Infection in the elderly. in Schlossberg D (ed) Current therapy of infectious diseases (.3rd Edition)  Philadelphia: WB Saunders Co., 2014.

GRADUATE STUDENT MENTORSHIPS [M.P.H. or M.H.A. Committees]

Liberty004940

Joseph Thurn, M.D. [M.P.H.] Needlestick Injuries and Needle Disposal in Minnesota Physicians' Offices. 1992

Aaron DeVries, M.D. [M.P.H.]  Toxic Shock Syndrome. 2005.

Megan Alavi [M.H.A] Applying Emergency Response Lessons Learned from Hurricane Katrina to Pandemic Influenza: An Analysis of the Minnesota Department of Health Pandemic Influenza Plan. 2007.

Nelay Kothari, M.D. [M.H.A.] Antibiotic Prescribing in Minnesota Long-term Care Facilities. 2007.

Katherine Waters, D.V.M. [M.P.H.] Prevalence of methicillin-resistance *Staphylococcus aureus* (MRSA) infection in pets living in households where a child has been diagnosed with MRSA.  2007.

Pamela Adams, D.V.M. [M.P.H.] Consultative Report: Minnesota County Foreign Animal Disease Response Support Guide. 2010.

Nicole Khoury, Ph.D. [M.P.H.] Consultative Report: The Role Electronic Surveillance Systems Play in Improving Infection Control Investigation. 2010.


U.S. PATENTS

CROSSLEY KB.  Oligodynamic Catheter.  US Patent 4054139 issued 10/18/1977

CROSSLEY KB. Method and Apparatus to Prevent Infections. US Patent 6551346 issued 4/22/2003

Liberty004941

# Curriculum Vitae

# Daniel J. Kitei D.O., M.A.
## Board Certified Neurologist and Neuromuscular Specialist

| MEDICAL TRAINING | |
|---|---|
| *2008* | *American Board of Psychiatry and Neurology*<br>Board Certified in Neurology |
| *2009* | *American Board of Psychiatry and Neurology*<br>Board Certified in Neuromuscular Medicine |
| *2008-2009* | *Harvard Medical School Neuromuscular Program*<br>Neuromuscular/EMG Fellowship<br>Massachusetts General Hospital<br>Brigham and Women's Hospital |
| *2005-2008* | *University of Connecticut Health Center*<br>Neurology Residency<br>Chief Resident 2007-2008<br>   Visiting Rotation at the University of California at San Francisco-Exposure to<br>MDA/ALS clinic, EMG/NCS, Single fiber EMG, Spine and nerve injury clinics<br>   Visiting Rotation at Stanford University-Exposure to MDA/ALS clinic,<br>EMG/NCS, intra-operative monitoring, Epilepsy Monitoring Unit, Grid Placement |
| *2004-2005* | *Tucson Hospitals Medical Education Program, Tucson, Arizona*<br>Transitional Internship |

| EDUCATION | |
|---|---|
| *2000-2004* | *Arizona College of Osteopathic Medicine, Glendale, Arizona*<br>Medical School<br>Neurology Rotations at Barrow Neurologic Institute, Mayo Clinic Scottsdale, AZ |
| *1999-2000* | *University of California at Santa Barbara*<br>Master's Degree<br>Religious Studies and Global Medicine |
| *1995-1999* | *University of California at Santa Barbara*<br>Bachelor of Arts<br>Pre-Med and Religious Studies |
| *1991-1995* | *Brophy College Preparatory, Phoenix, Arizona*<br>High School |

1

Liberty004942

| ACTIVITIES AND AWARDS | |
|---|---|
| *2008* | *University of Connecticut Resident Teacher Award*<br>Awarded each year to the resident who displayed the highest level of teaching excellence |
| *2006-2007* | *University of Connecticut Award for Excellence in Stroke Treatment*<br>Awarded to the Resident who showed the highest efficiency and quality in Acute Stroke Treatment |
| *2005-2007* | *American Council of Graduate Medical Education*<br>University of Connecticut Board Member<br>Creation and improvement of policy for the Capital Area Health Consortium |
| *2005-2007* | *University of Connecticut Resident Forum*<br>Neurology Residency Representative<br>Creation and improvement of policy for the University of Connecticut and associated hospitals |
| *2007* | *Internal Review Committee*<br>Reviewed individual UCONN residency programs with faculty members for quality of education and presented a resident perspective on particular program's strengths and weaknesses |
| *2003-2004* | *Arizona College Of Osteopathic Medicine Admissions Committee*<br>Student representative to admissions committee |
| *2002* | *Health Education Learning Programs*<br>Student of the Year 2002 |
| *1996-2000* | *University of California at Santa Barbara Academic Honors*<br>Graduated Cum Laude, Golden Key National Honor Society, Who's Who National Dean's List |
| *1993-1995* | *AZA Youth Organization*<br>Chapter President, Southwestern Regional Chairman |

| PUBLICATIONS AND RESEARCH | |
|---|---|
| *2010* | Eugene M, Kitei D, Silvers D. Clinical Reasoning: A 75-year-old woman with visual disturbances and unilateral ataxia. *Neurology* 2010; 75; e29 |
| *2008* | Kitei D, DiMario F. Childhood Orbital Pseudotumor: Case Report and Literature Review. *Journal of Child Neurology* 2008; 23(4) 425-430 |
| *2008* | Kitei, D, Lee N, MERCI Clot Retrieval in Acute Stroke-Comparing IVTPA, IATPA, MERCI Retrieval and Combination therapy (in progress) |
| *2005-2008* | *Hartford Hospital Stroke Center*<br>Participated in enrollment, examinations & data collection for multiple studies including the Multi-Merci Trial (Evaluating the efficacy of the MERCI clot retrieval device for acute ischemic stroke), The FAST trial (Evaluating Factor 7 for acute hemorrhagic stroke treatment), The PRoFESS Trial (comparing aggrenox and plavix for stroke prevention) |
| *2005* | *University of Arizona Diabetes Research Lab*<br>Research Assistant for basic science laboratory, genetic testing |

Liberty004943

| LECTURES AND PRESENTATIONS | |
|---|---|
| *2009* | *Swedish Medical Center Grand Rounds*<br>Neuromuscular Emergencies |
| *2009* | *Harvard Medical School Neuromuscular Program*<br>Brain-Computer Interface in neuromuscular disease |
| *2006-2007* | *University of Connecticut Medical School*<br>Guest lectures on Parkinson's Disease, Multiple Sclerosis, Physical Exam |
| *2007* | *University of Connecticut Department of Neurology Grand Rounds*<br>Acute Stroke Treatment-Review of current therapies and Presentation of Data from Hartford Hospital-A Regional Stroke Center |
| *2005-2007* | *Neuromuscular Conferences, University of Connecticut Dept of Neurology*<br>Limb Girdle Muscular Dystrophy 2A-Clinical, pathological aspects<br>Myotonia-Disease states and electrolyte abnormalities<br>Muscle Cramps-Clinical causes and pathology |
| *2005-2007* | *Grand Rounds Case Presentations, University of Connecticut Dept of Neurology*<br>Creutzfeldt-Jacob Disease-Clinical, MRI, EEG, CSF findings<br>Microhemorrhages-The use of MRI for diagnosis and treatment<br>Carotid Dissection-Pathology and clinical presentation<br>Multiple Sclerosis-A rare spinal cord lesion presenting with painful feet<br>Venous Sinus Thrombosis-Evaluation and treatment |

| VOLUNTEER AND TEACHING HISTORY | |
|---|---|
| *2010-2011* | *Rocky Vista Medical School*<br>Clinical Assistant Professor |
| *2008-2009* | *Harvard Medical School*<br>Preceptor for Medical Student Neurology Education |
| *2002-2004* | *Maemonides Social Action Club of Midwestern University*<br>Vice President |
| *2001-2003* | *"Head Start" Health Care For Underprivileged Children*<br>Volunteer for medical exams and patient education, Phoenix, Arizona |
| *2001-2003* | *TOPS High School Sports Physicals*<br>Performed hundreds of physicals for underprivileged athletes, Phoenix, AZ |
| *1996-2003* | *Health Education Learning Programs*<br>Assistant for Medical Education, Phoenix, Arizona |
| *1998-2001* | *Union Hills Family Physicians*<br>Assistant to physicians, office managerial duties, Glendale, Arizona |
| *1996-1999* | *Campus Learning Assistance Programs*<br>Conducted math and physics tutorials for undergraduate students<br>University of California, Santa Barbara |
| *1994-1995* | *Arizona Recreation Center for the Handicapped*<br>Activity creation and supervision for physically and mentally disabled, Glendale,AZ |

Liberty004944

| WORK HISTORY | |
|---|---|
| *2011-present* | Rocky Mountain Neurology<br>Neurologist, Managing Partner |
| *2011-present* | R3 Continuum, LLC<br>Consultant<br>Bloomington, MN |
| *2009-2010* | Blue Sky Neurosciences<br>Neurologist<br>Englewood, CO |
| *2006-2007* | Jefferson Radiology<br>Physician On Site<br>Hartford, Connecticut |

| MEMBERSHIPS AND LICENSURE | |
|---|---|
| *2009-2011* | *State of Colorado Medical License #47342* |
| *2006-2009* | *State of Connecticut Medical License #044585* |
| *2008-2009* | *State of Massachusetts Medical License #235826* |
| *2005-2008* | *American Council of Graduate Education Board Member* |
| *2005-2011* | *American Academy Of Neurology Member* |
| *2004-2011* | *American Medical Association Member* |
| *2004-2011* | *American Osteopathic Association Member* |

| HOBBIES | |
|---|---|
| *Tennis* | Ranked 19 in Southwestern United States Junior Tennis<br>Arizona Representative to Hermosillo, Mexico International Tennis Exchange |
| *Exercise* | Certified Personal Trainer and active in multiple sports |
| *Theater/TV* | Principal and featured roles in over 15 productions |
| *Poker* | Future World Poker Tour Winner (Hopefully) |
| *Travel* | Traveled extensively and always interested in a new place |

4

Liberty004945

## <u>CURRICULUM VITAE</u>

**Michael J. Raymond**
**866-927-0184**

**EDUCATION:**

| | |
|---|---|
| 1981 | Ph.D.   Rehabilitation (Psychology), Florida State University, Tallahassee, Florida |
| 1978 | M.S.    Rehabilitation Counseling, University of Scranton, Scranton, Pennsylvania |
| 1974 | B.A.  History/Education, St. Francis College, Loretto, Pennsylvania |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 2010 – Present | **<u>Clinical Associate Professor</u>** <br> Department of Clinical Sciences, The Commonwealth Medical College, Scranton, Pennsylvania. <br> Provide clinical practicum teaching and supervision of medical students with primary emphasis in clinical/forensic neuropsychology and rehabilitation. |
| 2010 – Present | **<u>Consulting Neuropsychologist</u>** <br> Neuropsychological Rehabilitation Services Neptune, New Jersey. <br><br> Provide comprehensive clinical and forensic neuropsychological assessment and consultation. |
| 2005 – Present | **<u>Neuropsychological Consultant</u>** <br> R3 Continuum, LLC <br> Bloomington, Minnesota. |

Liberty004946

Provide clinical and forensic neuropsychological consultations.

2004 – 2010     **Director, Adult Neuropsychology Services**
Comprehensive Neuropsychological Specialties, Monmouth Beach, New Jersey.
Provide comprehensive clinical and forensic neuropsychological assessment and consultation.

2002 – Present     **Clinical Professor,**
Department of Psychology, Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania.
Provide clinical practicum teaching and supervision for doctoral psychology students with primary emphasis on clinical neuropsychology and rehabilitation.

1998 - 2000     **Visiting Professor,**
Trnava University, Graduate School of Public Health and Nursing, Trnava, Slovak Republic.
Taught graduate courses with primary emphasis on neuropathology, rehabilitation and neuropsychology.

1994 - 1997     **Adjunct Professor,**
Marywood University, Graduate School of Arts and Sciences (Psychology), Scranton, Pennsylvania.
Taught graduate level courses with primary emphasis on neuroanatomy, neuropsychological assessment and neurological disorders.

1992 - 2006     **Surveyor, Brain Injury Programs,**
Commission on Accreditation of Rehabilitation Facilities, Tucson, Arizona.

1990 - 2006     **Neuropsychologist,**
Monmouth Neuropsychology Associates, Red Bank, New Jersey.
Provided comprehensive clinical and forensic neuropsychological assessment and consultation.

2

Liberty004947

1988 - Present      **Director, Clinical/Forensic Neuropsychology,**
**Clinical Director, Brain Injury/Sports Concussion Program,**
The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania.
> Provide comprehensive inpatient/outpatient neuropsychological consultation to physicians, and multidisciplinary rehabilitation team, provide consultation to the Veteran's Administration Medical Center (VAMC), inservice training/education and research. Provide expert forensic neuropsychological testimony. Provide all managerial, administrative and supervisory duties to a five (5) person department, including cognitive rehabilitation and psychometry and sports concussion program affiliated with professional, college, and high school teams.

1986 – 1998      **Neuropsychologist,** (part-time), Wyoming Valley Health Care System, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania.
> Provided comprehensive inpatient neuropsychological consultation to the psychiatry service, including adult, adolescent, children and addictive treatment programs. Participated in biweekly staff meetings and inservice training.

1986 - 1988      **Neuropsychologist, Director, Psychological Services,**
The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania.
> Provided comprehensive inpatient/outpatient neuropsychological consultations to the medical service and multidisciplinary rehabilitation team, pain/stress management, cognitive rehabilitation, psychotherapy, inservice training and research. Provided all managerial, administrative and supervisory duties to seven (7) person Department of Psychological Services. Developed a neuropsychological laboratory and contributed toward the development of a cognitive rehabilitation service and brain injury rehabilitation program.

3

Liberty004948

1985 - 1986      **Neuropsychologist,** Neurorehab Associates, Inc., Rochester New York.

     Provided comprehensive neuropsychological consultation including assessment and evaluation for day rehabilitation patients and outpatients and individual, family and group psychotherapy. Responsible for the supervision of the neuropsychology service including a staff psychologist and three (3) psychometrists. Contributed to the development of a comprehensive day rehabilitation service for neurologically impaired individuals. Provided consultation to the interdisciplinary rehabilitation team. Participated in weekly neurology grand rounds, The University of Rochester School of Medicine.

1982 - 1985      **Clinical Psychologist,** (part-time), Family Counseling Clinic, Mansfield, Pennsylvania.

     Provided intake/brief psychological evaluations and individual family psychotherapy.

1981 - 1985      **Clinical Psychologist,** Department of Rehabilitation Medicine, Clinical Psychology Section, The Williamsport Hospital and Medical Center, Williamsport, Pennsylvania.

     Provided consultations to the medical service and multidisciplinary rehabilitation team, neuropsychological assessment and evaluation, pain/stress management, psychotherapy and inservice training. Consultant and contributing editor to the Department of Sports Medicine.

1979 - 1981      **Graduate Assistant**, Department of Human Services and Studies, Florida State University, Tallahassee, Florida.
Instructor:    Medical and Psychological Aspects of Disability, 5 hour undergraduate course.

Supervisor:   Undergraduate intern and field experience, 7 quarters.
Researcher:   Curriculum Development, Task Force of Independent Living. 1979 – 1980

1979 - 1980      **Directed Individual Study**, Department of Psychology,

4

Liberty004949

Tallahassee Pain and Stress Management Institute,
Tallahassee, Florida.
Training and practice in pain/stress management utilizing
a variety of biofeedback modalities and relaxation
techniques.

1978 - 1979      **Psychological Associate**, Divine Providence Hospital,
Community Mental Health Center, Williamsport,
Pennsylvania.
Provided individual, marital and family psychotherapy,
psychological and neuropsychological assessment and
evaluation, and consultation with the Lycoming County
Prison.

1/78 - 6/78      **Clinical Psychology Intern**, Department of Rehabilitation
Medicine, Neuropsychology Section, Geisinger Medical Center,
Danville, Pennsylvania.
Training and practice in medical consultations (i.e.,
neurology, pediatrics, rehabilitation medicine, psychiatry,
etc.), provided neuropsychological assessment and
evaluation involved with neurology urology/neurosurgery
conferences and rehabilitation medicine grand rounds.

9/77 - 12/77      **Graduate Practicum**, Department of Psychiatry, Clinical
Psychology Section, VA Medical Center, Wilkes-Barre,
Pennsylvania.
Training and practice in psychiatric consultations,
Individual/group therapy, and neuropsychological
assessment.

9/77 - 12/77      **Graduate Practicum**, Department of Career Development,
Williamsport Area Community College, Williamsport,
Pennsylvania.
Training and practice in individual and group
vocational counseling, and psychological/vocational
assessment and evaluation of college students and
community residents.

1974 - 1976      **Supervisor**, Division of Distribution, Grand Union Company,

Liberty004950

Elmwood Park, New Jersey.
Supervised union personnel and clerical staff; majority of responsibilities included: productivity, cost analysis and inventory control.

**PRESENTATIONS:**

| | |
|---|---|
| October 2016 | Psychogenic Nonepileptic Seizures:  A Neuropsychological Case Study.  The National Academy of Neuropsychology Annual Meeting, Seattle, Washington. |
| March 2016 | Current Trends in Concussion Management.  Scranton Little League, Scranton, PA. |
| November 2015 | Left Vertebral Artery Dissection with Left Medullary Infarct and Associated Wallenberg Syndrome:  A Clinical Case Study.  The National Academy of Neuropsychology Annual Meeting, Austin, Texas. |
| March 2015 | Concussions:  The Science of Injury and Recovery. Wyoming Seminary, Kingston, Pennsylvania. |
| November 2014 | Influence of Depression on Neuropsychological Performance of Returning Veterans With or Without Posttraumatic Stress Disorder.  The National Academy of Neuropsychology Annual Meeting, San Juan, Puerto Rico. |
| November 2014 | Neuropsychological Consequences in a Patient with Serotonin Syndrome.  The National Academy of Neuropsychology Annual Meeting, San Juan, Puerto Rico. |
| August 2014 | Concussion and Sports Injuries, Allied Services Integrated Health System, Wilkes-Barre, Pennsylvania. |
| July 2014 | Head First:  Current Trends in Sports Concussion, WBRE TV, Wilkes-Barre, Pennsylvania (2 part series). |
| April 2014 | Brain Injury Overview, The Commonwealth Medical College, Scranton, Pennsylvania. |

Liberty004951

| | |
|---|---|
| March 2014 | Traumatic Brain Injuries and Concussion Management. PATS Student Symposium, Marywood University, Scranton, Pennsylvania. |
| March 2014 | Traumatic Brain Injuries and Concussions.  Student Interest Group in Neurology, The Commonwealth Medical College, Scranton, Pennsylvania. |
| February 2014 | Brain Injuries and Concussions.  Marywood University, Scranton, Pennsylvania. |
| February 2014 | 2014 Winter Olympic Games:  Concussion Awareness.  PA Live, WBRE TV, Wilkes-Barre, Pennsylvania. |
| November 2013 | Traumatic Brain Injury and Sports Concussion:  A Clinical Overview.  Baptist Bible College, Clarks Summit, Pennsylvania. |
| October 2013 | Neuropsychological Findings in a Patient with Limbic Encephalitis Associated with NMDA Receptor Antibodies.  The National Academy of Neuropsychology Annual Meeting, San Diego, California. |
| October 2013 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination.  The National Academy of Neuropsychology Annual Meeting, San Diego, California. |
| May 2013 | Pennsylvania Osteopathic Medical Association, Concussion Management Program Overview, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| April 2013 | Brain Injury Overview, The Commonwealth Medical College, Scranton, Pennsylvania. |
| January 2013 | What You Should Know About Concussions.  PAWR Videos, Mechanicsburg, Pennsylvania. |

7

Liberty004952

| | |
|---|---|
| November 2012 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination.  The National Academy of Neuropsychology Annual Meeting, Nashville, Tennessee. |
| September 2012 | Current Trends in Sports Concussion:  King's College News Cast.  88.5 WRKC Radio, Wilkes-Barre, Pennsylvania. |
| September 2012 | Mild Traumatic Brain Injury and Sports Concussion.  11th Annual Northeastern U.S. Conference on Disability. University of Scranton, Scranton, Pennsylvania. |
| July 2012 | Sports Concussion Awareness and Management.  John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| April 2012 | Traumatic Brain Injury and Sports Concussion Management.  Allied Services Integrated Health System, Scranton, Pennsylvania. |
| April 2012 | Traumatic Brain Injury Overview.  The Commonwealth Medical College, Scranton, Pennsylvania. |
| March 2012 | The Importance of Serial Neuropsychological Assessment in the Differential Diagnosis of Mild Dementia. American College of Professional Neuropsychology 4th Annual Conference, Las Vegas, Nevada. |
| March 2012 | Concussion Awareness.  Wilkes-Barre/Scranton Penguins. Mohegan Sun Arena, Wilkes-Barre, Pennsylvania. |
| March 2012 | Traumatic Brain Injury and Sports Concussion Management.  John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| March 2012 | Mild Cognitive Impairment.  Call the Doctor, WVIA TV, Avoca, Pennsylvania. |

8

Liberty004953

November 2011              The American Board of Professional Neuropsychology
                          Preparation for Application, Work Sample Submission
                          and Examination. The National Academy of
                          Neuropsychology Annual Meeting, Marco Island, Florida.

October 2011               Behavioral Manifestations in Brain Injury. Brain Injury
                          Team Inservice. John Heinz Institute of Rehabilitation
                          Medicine, Wilkes-Barre, Pennsylvania.

September 2011             Neurocognitive Deficits in Epilepsy. Epilepsy Support
                          Group, Wilkes-Barre, Pennsylvania.

May 2011                   Clinical and Forensic Neuropsychological Aspects of
                          MTBI. The DiSepio Symposium Series, Saint Francis
                          University, Loretto, Pennsylvania.

May 2011                   Roundtable Discussion:  Future Trends in Sports
                          Concussion Management. The DiSepio Symposium
                          Series, Saint Francis University, Loretto, Pennsylvania.

March 2011                 Neuropsychological Performance in a Patient Following
                          Resection of a Vestibular Schwannoma. American
                          College of Professional Neuropsychology 3rd Annual
                          Conference, Las Vegas, Nevada.

March 2011                 Concussions. Call The Doctor, WVIA TV, Avoca,
                          Pennsylvania.

December 2010              Schools Treat Concussions Seriously, Newspaper
                          Interview/Article, The Citizen's Voice, Wilkes-Barre,
                          Pennsylvania.

9

Liberty004954

| | |
|---|---|
| November 2010 | Concussions Drawing More Attention, Newspaper Interview /Article, The Times Tribune, Scranton, Pennsylvania. |
| November 2010 | Use Your Head When Making Decisions About Sports Concussion, Wilkes-Barre Junior Penguins, Wilkes-Barre, Pennsylvania. |
| October 2010 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination. The National Academy of Neuropsychology Annual Meeting, Vancouver, Canada. |
| October 2010 | Neuropsychological Consequences of Moyamoya Disease: A Clinical Case Study. The National Academy of Neuropsychology Annual Meeting, Vancouver, Canada. |
| May 2010 | Speed that Hurts: MVA & TBI: WILK Radio, Wilkes-Barre, Pennsylvania. |
| February 2010 | Anoxic Encephalopathy Following Cardiac Arrest. American College of Professional Neuropsychology Conference, Las Vegas, Nevada. |
| November 2009 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination. The National Academy of Neuropsychology Annual Meeting, New Orleans, Louisiana. |
| October 2009 | Work-Related Mild Traumatic Brain Injury: Forensic Neuropsychological Assessment 2009. Northeast Regional Occupational Health and Safety Conference, Wilkes-Barre, Pennsylvania. |
| October 2009 | Clinical and Forensic Neuropsychology: An Overview. Brain Injury Rehabilitation Team, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |

10

Liberty004955

| | |
|---|---|
| April 2009 | Visual Perceptual Symptoms Associated with Right Hemispheric Pathology do not Affect Performance on the TOMM. American College of Professional Neuropsychology Conference, San Diego, California. |
| March 2009 | Clinical Consideration in Sports Concussion Management. Southeast Georgia Healthcare System, Brunswick, Georgia. |
| October 2008 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination. The National Academy of Neuropsychology Annual Meeting, New York, New York. |
| October 2008 | Neuropsychological Consequences of Autosomal Dominant Cerebellar Atrophy: A Clinical Study. The National Academy of Neuropsychology Annual Meeting, New York, New York. |
| October 2008 | Concussion Among High School Athletes. Sports Fever, 1340 FOX Sports Radio, Wilkes-Barre, Pennsylvania. |
| September 2008 | Traumatic Brain Injury: Healing the Body and Mind. Call The Doctor, WVIA TV, Avoca, Pennsylvania. |
| September 2008 | Expect the Unexpected: Signs and Symptoms of TBI. Pastoral Care Conference, Wilkes-Barre, Pennsylvania |
| August 2008 | Clinical and Legal Implications of Sports Concussion. John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| August 2008 | Consequences of Sports Concussion. Sports Fever, WSWB TV, Wilkes-Barre, Pennsylvania. |
| June 2008 | Signs, Symptoms, and Treatment of Sports Concussion in High School Athletes. Toyota High School Sports Show, FOX 56 TV, Wilkes-Barre, Pennsylvania. |

11

Liberty004956

| | |
|---|---|
| February 2008 | Sports Concussion:  Tackling the Common Myths. You Be The Judge, FOX 56 TV, Wilkes-Barre, Pennsylvania. |
| February 2008 | Traumatic Brain Injury Overview. You Be The Judge, FOX 56 TV, Wilkes-Barre, Pennsylvania. |
| February 2008 | Mild Traumatic Brain Injury in the Workplace: Clinical and Forensic Neuropsychological Considerations. PES1: Worker's Compensation Conference, Las Vegas, Nevada. |
| November 2007 | Cumulative Effects of Multiple Concussion: A Neuropsychological Case Study. The National Academy of Neuropsychology Annual Meeting, Scottsdale, Arizona. |
| November 2007 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination. Special Topic Workshop.  The National Academy of Neuropsychology Annual Meeting, Scottsdale, Arizona. |
| October 2007 | Management of Sports Concussion; Sue Henry Show, WILK Radio, Wilkes-Barre, Pennsylvania. |
| September 2007 | Current Trends in Sports Concussion Management, Sports Talk Saturday, WILK Radio, Wilkes-Barre, Pennsylvania. |
| March 2007 | Work-Related Mild Traumatic Brain Injury: Forensic Neuropsychological Assessment. Workers Injury Law and Advocacy Group, 12th Annual Conference, San Antonio, Texas. |
| March 2007 | Ethical Representation of Brain Injured Workers. Workers Injury Law and Advocacy Group, 12th Annual Conference, San Antonio, Texas. |
| November 2006 | Sports Concussion: An Overview for the High School |

12

Liberty004957

|  | Athlete. Wilkes-Barre Area School District, Wilkes-Barre, Pennsylvania. |
|---|---|
| October 2006 | Sacred Stories of Sudden Disability, Moderator, Panel Discussion, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| October 2006 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination.  Special Topic Workshop.  The National Academy of Neuropsychology Annual Meeting, San Antonio, Texas. |
| October 2006 | Neuropsychological Sequela in a Patient with a Tumefactive Demyelinating Lesion. The National Academy of Neuropsychology Annual Meeting, San Antonio, Texas. |
| September 2006 | Sports Concussion Management, Sports Talk, WILK Radio, Wilkes-Barre, Pennsylvania. |
| May 2006 | Sports Concussion, Advance (2006, 16, 18), Interview, King of Prussia, Pennsylvania. |
| May 2006 | Survivor/Family Panel Discussion; Moderator, 2006 Statewide TBI Conference, Anchorage, Alaska. |
| May 2006 | Neuropsychological Assessment: Clinical/Forensic Implications, 2006 Statewide TBI Conference, Anchorage, Alaska. |
| May 2006 | Sports Concussion, 2006 Statewide TBI Conference, Anchorage, Alaska. |
| April 2006 | Sports Concussion Management, WNEP-TV Health Watch. |
| April 2006 | Program Aims to Assess Concussions. Times Leader |

13

|  | Newspaper Interview (April 25, 2006), Wilkes-Barre, Pennsylvania. |
|---|---|
| March 2006 | Traumatic Brain Injury and Concussion Management, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 2005 | Medical Overview:  Traumatic Brain Injuries. The Critical Medical, Legal and Funding Issues for Children and Adults with Spinal Cord and Traumatic Brain Injuries, Wilkes-Barre, Pennsylvania. |
| October 2005 | Test of Memory Malingering (TOMM) Performance in Persons with Right Hemisphere Lesions. The National Academy of Neuropsychology Annual Meeting, Tampa, Florida. |
| October 2005 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission and Examination. Special Topic Workshop.  The National Academy of Neuropsychology Annual Meeting, Tampa, Florida. |
| August 2005 | Sports Concussion Management, Sports Medicine Conference, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 2004 | The American Board of Professional Neuropsychology Preparation for Application, Work Sample Submission, and Examination. Special Topic Workshop.  The National Academy of Neuropsychology Annual Meeting, Seattle, Washington. |
| November 2004 | Neuropsychological Findings in a Patient with HELLP Syndrome. The National Academy of Neuropsychology Annual Meeting, Seattle, Washington. |

Liberty004959

| | |
|---|---|
| June 2004 | Strategies & Techniques to Improve Adjustment Difficulties following Brain Injury, Brain Injury Support Group, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| June 2004 | Neuropsychological Assessment of Mild Brain Injury in Patients with Spinal Injuries, Brain Injury Association of Pennsylvania Annual Meeting, Harrisburg, Pennsylvania. |
| February 2004 | Community Awareness of Traumatic Brain Injury, Catholic Television Network, Scranton, Pennsylvania. |
| October 2003 | Left Temporal Parietal Infarct Secondary to Idiopathic Thrombocytopenia Purpura: A Neuropsychological Case Study. The National Academy of Neuropsychology Annual Meeting, Dallas, Texas. |
| March 2003 | Neurocognitive and Behavioral Concomitants of Traumatic Brain and Spinal Injuries, Allied Services Rehabilitation Hospital, Scranton, Pennsylvania. |
| November 2002 | Neuropsychological Manifestations of Multiple Sclerosis, National Multiple Sclerosis Society Meeting, Matamoras, Pennsylvania. |
| October 2002 | Neuropsychological Performance in a Patient with Von Hippel-Lindau Disease, The National Academy of Neuropsychology Annual Meeting, Miami, Florida. |
| August 2002 | Family Intervention Strategies Following Brain Injury, Brain Injury Support Group, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| August 2002 | Cognitive and Behavioral Symptoms of Sjogren Syndrome, Susquehanna Neuropsychology Group, Wilkes-Barre, Pennsylvania. |
| November 2001 | Neuropsychological Assessment: A Clinical Overview. Interdisciplinary Approach to Brain Injury Rehabilitation, Allied Services John Heinz Institute of Rehabilitation |

15

Liberty004960

Medicine, Wilkes-Barre, Pennsylvania.

November 2001        Neuropsychological Manifestations in a Case of Sjogren
                     Syndrome , The National Academy of Neuropsychology
                     Annual Meeting, San Francisco, California.

May 2001             Neuropsychological Aspects of Mild Brain Injury,
                     Association of Rehabilitation Nurses, Wilkes-Barre,
                     Pennsylvania.

November 2000        Central Neurocytoma: Serial Neuropsychological
                     Findings, The National Academy of Neuropsychology
                     Annual Meeting, Orlando, Florida.

November 2000        Neuropsychological Assessment and Treatment of
                     Multiple Sclerosis, National Multiple Sclerosis Society,
                     Wilkes-Barre, Pennsylvania.

October 2000         Post Concussion: An Oft Neglected Syndrome, Medical
                     Staff Meeting, Allied Services John Heinz Institute of
                     Rehabilitation Medicine, Wilkes-Barre, Pennsylvania.

September 2000       An Expert Opinion on Concussion, Times Leader
                     Newspaper (interview), Wilkes-Barre, Pennsylvania.

May 2000             Neuropsychological Assessment of Acquired Brain
                     Injuries, Luzerne/Lackawanna County Critical Care
                     Association, Moosic, Pennsylvania.

November 1999        Neurobehavioral Sequelae of Immunotherapy
                     Anaphylaxis, The National Academy of Neuropsychology
                     Annual Meeting, San Antonio, Texas.

October 1999         Neuropsychological Assessment: A Clinical Overview.
                     Interdisciplinary Approach to Brain Injury Rehabilitation,
                     John Heinz Institute of Rehabilitation Medicine, Wilkes-
                     Barre, Pennsylvania.

September 1999       Signs, Symptoms, and Suggestions of Everyday

16

Liberty004961

|  | Concussion, Brain Injury Support Group, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
|---|---|
| August 1999 | Concussion in Sports, WWDL 105 FM Radio, Scranton, Pennsylvania. |
| May 1999 | Symptom Exaggeration and Mild Traumatic Brain Injury: An Unbelievable Case, Advanced Workshop in Applied Clinical Neuropsychology, The Reitan Society Annual Meeting, San Diego, California. |
| April 1999 | Neurobehavioral Consequences of Acquired Brain Injury, Outpatient Services, John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1998 | Repeal of the Helmet Law; Clinical Considerations, WBRE (NBC) TV, Wilkes-Barre, Pennsylvania. |
| November 1998 | Brainwave-R: Cognitive Strategies and Techniques for Brain Injury Rehabilitation, The Reitan Society Meeting, 18th Annual Conference of the National Academy of Neuropsychology, Washington, D.C. |
| September 1998 | Multidisciplinary Approach to Rehabilitation, Call The Doctor, WVIA TV, Avoca, Pennsylvania. |
| September 1998 | Viral Encephalitis: A Case Study Based on Serial HRNB Performances, The Reitan Society Annual Meeting, Tuscon, Arizona. |
| August 1998 | International Teleconference on Rehabilitation, University of Scranton, Scranton, Pennsylvania. |
| June 1998 | Post Concussion: An Oft Neglected Syndrome, Medical Staff Meeting, Allied Services Rehabilitation Hospital, Scranton, Pennsylvania. |

17

| | |
|---|---|
| May 1998 | Neurological Rehabilitation in the United States; Panel Discussion, Trnava University, Slovak Republic. |
| May 1998 | Model Brain Injury Program; Panel Discussion, International Brain Injury Association Educational Lecture Series, Prague, Czech Republic. |
| May 1998 | Major Consequences of Mild Brain Injury, International Brain Injury Association Educational Lecture Series, Prague, Czech Republic. |
| April 1998 | Common Misconceptions about Brain Injury Among Survivors and Family Members, Brain Injury Support Group, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| January 1998 | Mild Brain Injury; Multispecialty Perspectives, Call The Doctor, WVIA TV, Avoca, Pennsylvania. |
| December 1997 | Photostimulation and Seizures: The Japanese Cartoon Dilemma. WARM Radio (590 AM), Pittston, Pennsylvania. |
| November 1997 | Neuropsychological Consultation in Rehabilitation, The National Academy of Neuropsychology Annual Meeting, Las Vegas, Nevada. |
| November 1997 | Neuropsychological Dysfunction in a Mixed Dominant Patient Following a Left Temporoparietal Abscess, The National Academy of Neuropsychology Annual Meeting, Las Vegas, Nevada. |
| November 1997 | Recovery from Traumatic Brain Injury: A Cognitive Rehabilitation Case Study, The Brain Injury Association Annual National Symposium, Philadelphia, Pennsylvania. |
| May 1997 | Overview of Neuropsychological/Cognitive Services: Diagnosis and Treatment of Neurological Disorders, The |

18

Liberty004963

|  | John Heinz Institute of Rehabilitation Medicine, Tunkhannock Clinic, Tunkhannock, Pennsylvania. |
|---|---|
| May 1997 | Overview of Neuropsychological/Cognitive Services: Diagnosis and Treatment of Neurological Disorders, The John Heinz Institute of Rehabilitation Medicine, Hazleton Clinic, Hazleton, Pennsylvania. |
| February 1997 | The Effects of Traumatic Brain Injury on the Survivor and Family, Brain Injury Support Group, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1996 | Neuropsychological Consultation in Rehabilitation, The National Academy of Neuropsychology Annual Meeting, New Orleans, Louisiana. |
| November 1996 | Neuropsychological Dysfunction in a Patient with Multiple Meningiomas, Reitan Society Meeting, New Orleans, Louisiana. |
| April 1996 | Neurobehavioral Consequences of Brain Injury, Valley Crest Nursing Facility, Wilkes-Barre, Pennsylvania. |
| November 1995 | Traumatic Brain Injuries, Panel Discussion, Call The Doctor, WVIA TV, Avoca, Pennsylvania. |
| November 1995 | Neuropsychological Consultation in Rehabilitation, The National Academy of Neuropsychology Annual Meeting, San Francisco, California. |
| November 1995 | Neuropsychological Aspects of Posthallucinogen Perception Disorder, Reitan Society Meeting, San Francisco, California. |
| October 1995 | Neurosurgical/Neuropsychological Collaboration in the |

19

Liberty004964

|  | Diagnosis and Treatment of Meningioma, WBRE (NBC) TV, Wilkes-Barre, Pennsylvania. |
|---|---|
| August 1995 | Current Perspectives of Brain Injury Rehabilitation, Brain Injury Support Group, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| August 1995 | Forensic Neuropsychological Considerations in Traumatic Brain Injury Cases, Litigation Department, Hourigan, Kluger, Spohrer, Quinn, Wilkes-Barre, Pennsylvania. |
| March 1995 | Careers in Psychology, Kings College, Wilkes-Barre, Pennsylvania. |
| January 1995 | Brainwave-R: A Comprehensive Cognitive Rehabilitation Program, Applied Cognitive Rehabilitation Training Seminar, Albuquerque, New Mexico. |
| December 1994 | Assessment of Malingering (part 2), Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| November 1994 | Assessment of Malingering (part 1), Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| November 1994 | Rehabilitation Overview, Medical Staff, Headley Court, Surrey, England. |
| November 1994 | Neuropsychological Consultation in Rehabilitation, The National Academy of Neuropsychology Annual Meeting, Orlando, Florida. |
| November 1994 | The Effects of Unilateral Vascular Lesions and Gender on Visual-Spatial and Verbal Auditory Attention, The National Academy of Neuropsychology Annual |

Liberty004965

|                | Meeting, Orlando, Florida. |
|----------------|----------------------------|
| November 1994  | Predictive Validity of Neuropsychological Deficit Scale and Halstead Impairment Index in Mild Traumatic Brain |
|                | Injury: A Two Center Study, The Reitan Society Meeting, Orlando, Florida. |
| April 1994     | Neurobehavioral Consequences of Acquired Brain Injury, Meadows Nursing and Rehabilitation Center, Dallas, Pennsylvania. |
| February 1994  | Summary Challenge Moderator: The National Forum Conference on Federal Healthcare Legislation, Washington, D.C. |
| December 1993  | Neuropsychological Overview, Wilkes University Nursing Students, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| December 1993  | Traumatic Brain Injury: The Transition from Rehabilitation to College, Luzerne County Community College, Nanticoke, Pennsylvania. |
| November 1993  | Grand Rounds: Penetrating Head Injury Without Neuropsychological Deficits, The Susquehanna Neuropsychology Group, Wilkes-Barre, Pennsylvania. |
| November 1993  | Medicolegal Aspects of Epilepsy, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| October 1993   | Moderator: Reitan Society Meeting, The National Academy of Neuropsychology Annual Meeting, Phoenix, Arizona. |
| October 1993   | The Neuropsychologist as Consultant in Rehabilitation, The National Academy of Neuropsychology Annual Meeting, Phoenix, Arizona. |

18

Liberty004966

| | |
|---|---|
| May 1993 | Neuropsychological Assessment of Traumatic Brain Injury, Head Trauma Awareness Group, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| April 1993 | Head Injuries, Call The Doctor, WVIA TV, Avoca, Pennsylvania |
| February 1993 | Careers in Psychology, Kings College, Wilkes-Barre, Pennsylvania. |
| January 1993 | The Transition from Rehabilitation to School, Luzerne Intermediate Unit, Wilkes-Barre, Pennsylvania. |
| November 1992 | Medicolegal Aspects of Minor Head Injury, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| September 1992 | Neuropsychology Overview:  College Misericordia Nursing Students, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| September 1992 | Behavioral Problems Following Traumatic Brain Injury, Head Injury Support Group, Wilkes-Barre, Pennsylvania. |
| May 1992 | Minor Head Injury: Neuropsychological Perspectives, The Second Annual Educational Conference of the JMA Foundation, Baltimore, Maryland. |
| April 1992 | Neuropsychological Consequences of Traumatic Brain Injury, Head Trauma Symposium, Marywood University, Scranton, Pennsylvania. |
| April 1992 | Neuropsychological Aspects of Minor Head Injury, Mild Traumatic Brain Injury Conference, Reading, Pennsylvania. |
| March 1992 | Neuropsychological Rehabilitation: A Clinical Overview, |

19

American Rehabilitation Nursing Association, Wilkes-Barre, Pennsylvania.

| | |
|---|---|
| March 1992 | Neuropsychology Overview, Lycoming College Nursing Students, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| February 1992 | Halstead - Reitan Neuropsychological Battery (2 Part series), Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| February 1992 | The Use of the Knox's Cube Test and Digit Span in Assessing Memory and Attention, International Neuropsychological Society Annual Meeting, San Diego California. |
| February 1992 | Neuropsychological Assessment: An Adjunct to Neurological Diagnosis, The Seventh Annual University of Scranton Psychology Conference, Scranton, Pennsylvania. |
| January 1992 | Management of the Aggressive Patient, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1991 | Medicolegal Aspects of Symptom Exaggeration and Malingering: A Clinical Update, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1991 | Antiseizure Medication and Cognitive Performance, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| August 1991 | Minor Head Injury Rehabilitation, PARF Conference, Harrisburg, Pennsylvania. |

Liberty004968

| | |
|---|---|
| August 1991 | Head Trauma Rehabilitation Overview, St. Francis Medical Center, Poughkeepsie, New York. |
| June 1991 | Helmet Law and Head Injury, WBRE (NBC) TV, Wilkes-Barre, Pennsylvania. |
| May 1991 | Neuropsychology Overview, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| April 1991 | Neuropsychological Aspects of Minor Head Injury, The First Annual Educational Conference of The National Brain Injury Research Foundation, Washington, D.C. |
| March 1991 | Neuropsychological Sequelae in Acute Carbon Monoxide Encephalopathy, The Sixth National Traumatic Brain Injury Symposium, Baltimore, Maryland. |
| February 1991 | Handedness and Gender Effects on the Relative Preservation of Visuospatial Versus Verbal Function Following Right Hemisphere Stroke, The Sixth Annual University of Scranton Psychology Conference, Scranton, Pennsylvania. |
| January 1991 | Depression vs. Dementia, Apple A Day, WVIA TV, Avoca, Pennsylvania. |
| November 1990 | Medicological Aspects of Competency in Dementia, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1990 | Handedness and Gender Effects on the Relative Preservation of Visuospatial Versus Verbal Function Following Right Hemisphere Stroke, The National Academy of Neuropsychology Annual Meeting, Reno, Nevada. |
| October 1990 | Head Trauma Rehabilitation, Southern Tier Independence Center Head Injury Conference, Binghamton, New York. |

Liberty004969

| | |
|---|---|
| August 1990 | Overview of Neuropsychological/Cognitive Services, Veterans Administration Medical Center, Wilkes-Barre, Pennsylvania. |
| June 1990 | Neuropsychological Assessment Tutorial, Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| March 1990 | Neuropsychological Consideration of Minor Head Injury, Crawford Rehabilitation Services, Denver, Colorado. |
| February 1990 | Medicolegal Aspects of Malingering: A Neuropsychological Perspective, Central Rehabilitation Associates, Inc., Camp Hill, Pennsylvania. |
| January 1990 | Minor Head Injury, Apple A Day, WVIA TV, Avoca, Pennsylvania. |
| December 1989 | Head Trauma Rehabilitation: Behavioral Management Strategies, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1989 | Medicolegal Aspects of Symptom Exaggeration and Malingering, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| September 1989 | Halstead-Reitan Neuropsychological Battery (3 part series), Psychology Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| June 1989 | Interpersonal Communication Training, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| May 1989 | Neuropsychology Update: Post-Concussive Syndrome, Department of Neurology/Neurosurgery, Community Medical Center, Scranton, Pennsylvania. |

Liberty004970

| | |
|---|---|
| March 1989 | Current Trends in Head Trauma Rehabilitation, WARM Radio, Avoca, Pennsylvania. |
| March 1989 | Personal Injury Litigation, A Neuropsychological Perspective, Luzerne County Bar and Library Association, Wilkes-Barre, Pennsylvania. |
| December 1988 | Neuropsychological Deficit Scale: A Clinical Case Review, Susquehanna Neuropsychology Group, Wilkes-Barre, Pennsylvania. |
| December 1988 | WAIS-R Implications in Neuropsychological Assessment, (3 part series), Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| November 1988 | Neuropsychological Aspects of Diffuse Histiocytic Lymphoma, The National Academy of Neuropsychologists Annual Meeting, Orlando, Florida. |
| November 1988 | Medicolegal Aspects of Minor Head Injury, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| November 1988 | Halstead-Reitan Neuropsychological Battery, Graduate Psychology Class, Marywood College, Scranton, Pennsylvania. |
| November 1988 | Wechsler Memory Scale-Revised, Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| September 1988 | Head Trauma Rehabilitation, Apple A Day, WVIA TV, Avoca, Pennsylvania. |
| September 1988 | Neuropsychological Investigation in Traumatic Brain Injury: A Cognitive Rehabilitation Case Study, Cognitive Rehabilitation: Community Reintegration Through |

Liberty004971

Scientifically Based Practice, Richmond, Virginia.

June 1988    Neuropsychology Overview, United Rehabilitation Services, Wilkes-Barre, Pennsylvania.

June 1988    Behavioral Sequelae of Stroke, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania.

February 1988   Neuropsychological Investigation in Right Hemisphere Stroke: A Rehabilitation Case Study, The Fourth Annual Psychology Conference, University of Scranton, Scranton, Pennsylvania.

November 1987  Neuropsychological Assessment (3 part series), Department of Psychological Services, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania.

October 1987   Worker's Compensation Developments - 1987; Neuropsychological Testimony, The Dickinson School of Law, Carlisle, Pennsylvania.

October 1987   Neuropsychological Investigation in Right Hemisphere Stroke: A Rehabilitation Case Study, The National Academy of Neuropsychologists Annual Meeting, Chicago, Illinois.

May 1987    Psychological Considerations in Multiple Sclerosis, Multiple Sclerosis Society, Wilkes-Barre, Pennsylvania.

March 1987    Neuropsychological Assessment: Halstead-Reitan Battery, Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania.

March 1987    Psychological Considerations in Stroke Rehabilitation, Meadows Nursing Facility, Dallas, Pennsylvania.

February 1987   Similar Neuropsychological Findings from

24

Liberty004972

|                | Cardiovascular Abnormalities: A Comparison Case Study, The Third Annual Psychology Conference, University of Scranton, Scranton, Pennsylvania. |
|----------------|---|
| February 1987  | Neuropsychological Assessment: Halstead-Reitan Battery, Psychology Department, First Hospital Wyoming Valley, Wilkes-Barre, Pennsylvania. |
| February 1987  | Behavioral Sequelae of Head Trauma, Nursing Department, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| February 1987  | WAIS-R Implications in Neuropsychological Assessment, Department of Psychological Services, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| January 1987   | Pain Management for the Elderly, Senior Citizen Group, Salvation Army, Wilkes-Barre, Pennsylvania. |
| January 1987   | Introduction to Neuropsychological Assessment, Department of Psychological Services, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| October 1986   | Similar Neuropsychological Findings from Cardiovascular Abnormalities: A Comparison Case Study, The National Academy of Neuropsychologists Annual Meeting, Las Vegas, Nevada. |
| August 1986    | WAIS-R Implications in Neuropsychological Assessment, Department of Psychological Services, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| May 1986       | Bedside Neuropsychological Examination, Department of Psychological Services, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |

Liberty004973

| | |
|---|---|
| December 1985 | Differential Diagnosis of Dementia, Neuropsychology Service, Neurorehab Associates, Rochester, New York. |
| August 1985 | Halstead-Reitan Neuropsychological Battery, Neuropsychology Service, Neurorehab Associates, Rochester, New York. |
| October 1984 | Differential Intellectual Sequelae of Right Hemisphere CVA in Left vs. Right-Handed Patients. The National Academy of Neuropsychologists Annual Meeting, San Diego, California. |
| March 1984 | Neuropsychological Aspects of Head Trauma, SUN Home Health Agency, Part II, Sunbury, Pennsylvania. |
| January 1984 | Neuropsychological Aspects of Head Trauma, SUN Home Health Agency, Part I, Sunbury, Pennsylvania. |
| June 1983 | Neuropsychology Inservice, Department of Nursing, Williamsport Hospital, Williamsport, Pennsylvania. |
| May 1983 | Learning Disabilities and Neuropsychological Assessment, Office of Vocational Rehabilitation, Williamsport, Pennsylvania. |
| November 1982 | Sports Psychology Winter Workshop, The Department of Sports Medicine, Williamsport Hospital, Williamsport, Pennsylvania. |
| March 1982 | Psychological Aspects of Asthma, The Central Pennsylvania Lung and Health Service Association, Williamsport, Pennsylvania. |
| February 1982 | Coping with the Cancer Patient, Department of Hematology/Oncology, Williamsport Hospital, Williamsport, Pennsylvania. |

Liberty004974

**BOARDS AND COMMITTEES:**

| | |
|---|---|
| 2010 – Present | Board Member, Michigan Neuropsychological Society Sheltered Workship, Southfield, Michigan. |
| 2007 – 2013 | National Alumni Board of Directors, Florida State University Alumni Association, Tallahassee, Florida. |
| 2003 – Present | Medical Advisor, National Brain and Spinal Cord Injury Prevention Program, Think First Program, Wilkes-Barre, Pennsylvania. |
| 2001 – 2002 | Examiner and Site Coordinator for Standardization Sample of the Reynolds Intellectual Assessment Scales (RIAS), Psychological Assessment Resources (PAR), Lutz, Florida. |
| 2001 – 2005 | Manuscript Reviewer, Rehabilitation Psychology, Washington, D.C. |
| 2000 – 2005 | Member, Clinical Practitioner Task Force: National Academy of Neuropsychology, Denver, Colorado. |
| 1999 – 2002 | Board Member, Coalition of Clinical Practitioners in Neuropsychology, Tucson, Arizona. |
| 1999 – 2000 | President, Reitan Society, Tucson, Arizona. |
| 1998 - Present | Editorial Board, Journal of Cognitive Rehabilitation, Indianapolis, Indiana. |
| 1997 - 2006 | Editorial Board, Journal of Forensic Neuropsychology, Dallas, Texas. |
| 1996 - Present | New Jersey Board of Psychological Examiners (Examiner; Neuropsychology) Newark, New Jersey. |
| 1996 - Present | Editorial Board, The Professional Neuropsychologist. Bethesda, Maryland. |

Liberty004975

1996 – 1997                 APA Continuing Education Committee, Marywood

Liberty004976

University, Scranton, Pennsylvania.

| | |
|---|---|
| 1996 - 1998 | Professional Affairs Committee, National Academy of Neuropsychology, Aurora, Colorado. |
| 1995 - 1998 | Vice-President, Reitan Society, Danville, Pennsylvania. |
| 1995 – 2007 | President, American College of Professional Neuropsychology, White River Junction, Vermont. |
| 1994 - 1997 | Chairperson, Public Relations Committee, National Academy of Neuropsychology, Aurora, Colorado. |
| 1994 - Present | Executive Director, American Board of Professional Neuropsychology, White River Junction, Vermont. |
| 1993 - 2006 | Consulting Editor, Archives of Clinical Neuropsychology College Station, Texas. |
| 1993 - 1995 | Co-Chairperson, Reitan Society, Danville, Pennsylvania. |
| 1993 - 1997 | Program Committee, National Academy of Neuropsychology, Aurora, Colorado. |
| 1993 - 1994 | Coordinator, Professional Lecture Series, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1992 – 2000 | Editorial Board, Allied Services, Scranton, Pennsylvania. |
| 1992 - 1993 | Reitan Society Steering Committee, Danville, Pennsylvania. |
| 1992 - 1998 | Physicians Health Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1992 - 2006 | Commission on Accreditation of Rehabilitation Facilities (CARF), Surveyor, Tucson, Arizona. |

Liberty004977

| | |
|---|---|
| 1991 - Present | American Board of Professional Neuropsychology (Examiner) White River Junction, Vermont. |
| 1989 - 1994 | Medical Advisory Council, The National Brain Injury Research Foundation, Washington, D.C. |
| 1989 - 1994 | Editorial Board, (Associate Editor), The Journal of Head Injury, Washington, D.C. |
| 1989 - 2007 | Research Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1987 - Present | Medical Records Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1986 - Present | Brain Injury Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1986 - 2007 | Quality Assurance Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1986 - 2008 | Medical Staff Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1987 - 1988 | Advisory Board Member, NHIF Northeast Region, Wilkes-Barre, Pennsylvania. |
| 1986 - 1987 | Patient/Family Education Committee, The John Heinz Institute of Rehabilitation Medicine, Wilkes-Barre, Pennsylvania. |
| 1985 - 1986 | Board Member, Neurorehab Associates, Inc., Rochester, New York. |
| 1985 - 1986 | Board Member, NHIF Eastern Region, Rochester, New York. |
| 1984 - 1986 | Board Member, NHIF Eastern Region, Williamsport, Pennsylvania. |

Liberty004978

1983 - 1985    Employee Health, Fitness and Recreation Program,
           Williamsport Hospital, Williamsport, Pennsylvania.

1982 - 1985    Board Member, Counseling Clinic, United Methodist
           Home for Children, Mansfield, Pennsylvania.

1981 - 1985    Behavioral Science Committee, Williamsport Hospital,
           Williamsport, Pennsylvania.


**CERTIFICATION AND LICENSURE:**

      American Board of Forensic Examiners,
        Diplomate (1303) (Neuropsychology)
      American Board of Professional Disability Consultants,
        Diplomate (P-132)
      American Board of Professional Neuropsychology,
        Diplomate (232)
      American Board of Professional Neuropsychology,
        Added Qualifications in Rehabilitation (112) and
        Forensics (127)
      ImPACT Consultant, Sports Concussion Management
      New Jersey State Board of Psychological Examiners
        (SI02529)
      National Provider Identifier Database
      (NPI #1548520778)


**AWARDS AND HONORS:**

     Lifetime Achievement Award, American Board of Professional
       Neuropsychology, 2014
     Charter Member, Sports Neuropsychology Society, 2011
     Healthcare Hero Award, Times Leader, 2010
     Distinguished Neuropsychologist Award, American Board of
       Professional Neuropsychology, 2003
     Ad-Hoc Member on Rehabilitation, Hospital Association of
       Pennsylvania, 1999.

Liberty004979

Charter Member, Coalition of Clinical Practitioners in
Neuropsychology, 1999.
President, Reitan Society, 1998 – 2000.
Honorary Professorship, Trnava University, 1998.

Liberty004980

Charter Member, Reitan Society, 1997.
Diplomate, American Board of Forensic Examiners, 1995.
Distinguished Alumnus Award in Medicine, St. Francis College, 1995.
Fellow, American College of Professional Neuropsychology, 1995.
Fellow, National Academy of Neuropsychology, 1994.
Diplomate, American Board of Professional Disability Consultants, 1993.
Diplomate, American Board of Professional Neuropsychology, 1991.
Fellow, Pennsylvania Psychological Association, 1990.
Graduate Assistantship, Florida State University, 1979 - 1981.
Rho Chi Sigma, Rehabilitation Counseling Services Honor Society, 1979.
Rehabilitation Services Administration Traineeship Award, 1976 - 1978.

**PROFESSIONAL MEMBERSHIPS:**

Academy of Clinical Educators (ACE)
American Board of Forensic Examiners (Diplomate)
American Board of Professional Neuropsychology (Diplomate)
American College of Forensic Examiners
American College of Professional Neuropsychology (Fellow)
American Psychological Association; (1, 22, 40)
Brain Injury Association
Coalition of Neuropsychology (Charter Member)
International Neuropsychological Society
National Academy of Neuropsychology (Fellow)
National Brain Injury Research Foundation
National Brain and Spinal Cord Injury Prevention Program; Think First   Program (Medical Advisor)
New Jersey Neuropsychological Society
Reitan Society (President, Vice President)
Society for Cognitive Rehabilitation
Sports Neuropsychology Society (Charter Member)
Susquehanna Neuropsychology Group (Past President)

**RESEARCH/PUBLICATIONS:**

Raymond, M.J., (2016).  Psychogenic nonepileptic seizures:  a clinical

Liberty004981

case study.  **Archives of Clinical Neuropsychology, 31,** 6 (abstract).

Louis, D.W., Dholakia, N., & Raymond, M.J. (2015).  Wallenberg syndrome with associated motor weakness in a 2-week post-partum female.  **Case Reports in Neurology, 7,** 3.

Raymond, M.J., & Louis, D.W. (2015).  Left vertebral artery dissection with left medullary infarct and associated Wallenberg syndrome:  a clinical case study.  **Archives of Clinical Neuropsychology, 30,** 6 (abstract).

Raymond, M.J. (2014).  Neuropsychological consequences in a patient with serotonin syndrome.  **Archives of Clinical Neuropsychology, 29,** 6 (abstract).

Raymond, M.J., Paxton, J., Weaver, S., & DeLuca, J. (2014).  Influence of depression on neuropsychological performance of returning veterans with or without post-traumatic stress disorder.  **Archives of Clinical Neuropsychology, 29,** 6 (abstract).

Raymond, M.J. (2013).  Neuropsychological findings in a patient with limbic encephalitis associated with NMDA receptor antibodies.  **Archives of Clinical Neuropsychology, 28,** 6 (abstract).

Raymond, M.J. (2012).  The importance of serial neuropsychological assessment in the differential diagnosis of mixed dementia.  **Applied Neuropsychology, 19,** 3 (abstract).

Raymond, M.J. (2011).  Neuropsychological performance in a patient following resection of a vestibular schwannoma.  **Applied Neuropsychology, 18,** 3 (abstract).

Raymond, M.J. (2010). Neuropsychological consequences of Moyamoya Disease: A clinical case study. **Archives of Clinical Neuropsychology, 25,** 6 (abstract).

Raymond, M.J. (2010).  Anoxic encephalopathy following cardiac arrest. **Applied Neuropsychology, 17,** 3 (abstract).

Bennett, T.L. & Raymond, M.J. (2010). Neuropsychological

Liberty004982

assessment in disability determination, fitness for duty and rehabilitation planning. In A.M. Horton & L.C. Hartlage (Eds). **Handbook of Forensic Neuropsychology**, 2nd edition, New York, Springer.

Sewick, B. & Raymond, M.J. (2009). Visual perceptual symptoms associated with right hemisphere pathology do not affect performance on the Test of Memory Malingering (TOMM).  **Applied Neuropsychology, 16,** 4 (abstract).

Raymond, M.J. (2008). Neuropsychological consequences of autosomal dominant cerebellar atrophy: a clinical study. **Archives of Clinical Neuropsychology, 23,** 6 (abstract).

Bennett, T.L. & Raymond, M.J. (2008). The neuropsychology of traumatic brain injury. In A.M. Horton, D. Wedding & J. Webster (Eds.). **The Neuropsychology Handbook**, Volume 3, New York, Springer.

Raymond, M.J. (2007). Work-related mild traumatic brain injury: forensic neuropsychological assessment. **Worker's First Watch, Fall**.

Raymond, M.J. (2007). Cumulative effects of multiple concussions: a neuropsychological case study. **Archives of Clinical Neuropsychology, 22,** 7 (abstract).

Raymond, M.J. (2007). Playball: not so fast my friend; a sports concussion case study. **ImPACT Newsletter, Spring**.

Liberty004983

Raymond, M.J. (2006). Neuropsychological sequela in a patient with a tumefactive demyelinating lesion. **Archives of Clinical Neuropsychology, 21,** 6 (abstract).

Raymond, M.J. & Sewick, B.G. (2005). Test of Memory Malingering (TOMM) performance in persons with right hemispheric lesions. **Archives of Clinical Neuropsychology, 20,** 7 (abstract**).**

Raymond, M.J. (2005). Neuropsychological profile of a patient with a CSF assay suggestive of Alzheimer's Disease. **Applied Neuropsychology**, **12,** 4 (abstract).

Raymond, M.J. (2004). Neuropsychological findings in a patient with HELLP syndrome.  **Archives of Clinical Neuropsychology, 19**, 7 (abstract).

Raymond, M.J. (2003). Forensic neuropsychological assessment in cases of mild traumatic brain injury. **Workers First Watch, 3,** 3.

Raymond, M. J. (2003). Left temporal parietal infarct secondary to Idiopathic Thrombocytopenia Purpura: A neuropsychological case study. **Archives of Clinical Neuropsychology, 18,** 8 (abstract).

Bennett, T.L. & Raymond, M.J. (2003). Utilizing neuropsychological testing in disability determination and rehabilitation planning. In A. M. Horton & L.C. Hartlage (Eds.), **Handbook of Forensic Neuropsychology**, New York, Springer.

Raymond, M. J. (2003). Neuropsychological features of Von Hippel-Lindau disease. **New Jersey Neuropsychological Society Newsletter, Winter/Spring.**

Raymond, M. J. (2002). Cognitive and behavioral symptoms in a case of Sjogren syndrome. **Journal ofCognitive**

Liberty004984

**Rehabilitation, Fall.**

Raymond, M. J. (2002). Neuropsychological performance in a case of Von Hippel-Lindau disease. **Archives of Clinical Neuropsychology, 17,** 8 (abstract).

Raymond, M.J. (2001). Neuropsychological manifestations in a case of Sjogren syndrome. **Archives of Clinical Neuropsychology, 16,** 8 (abstract).

Raymond, M.J. (2000). Central Neurocytoma: serial neuropsychological findings. **Archives of Clinical Neuropsychology, 15,** 8 (abstract).

Raymond, M. J. (1999). Symptom exaggeration and mild traumatic brain injury: An unbelievable case. **Reitan Society Bulletin, 5** (abstract).

Raymond, M. J. (1999). Neurobehavioral sequelae of immunotherapy anaphylaxis. **Archives of Clinical Neuropsychology, 14,** 8 (abstract).

Raymond, M.J., Bewick, K.C., Bennett, T.L., Malia, K.B. (1999). A comprehensive functional approach to brain injury rehabilitation. **Brain Injury Source, Fall.**

Raymond, M.J., Castellino, R.M. (1999). The role of the clinical neuropsychologist in the assessment and treatment of rehabilitation patients. Special issue: Rehabilitation. **Journal of Health Management and Public Health, 4,** 3.

Raymond, M.J., Bewick, K.C., Kennedy, A. & Duffy, T.F. (1999). A model program for brain injury rehabilitation. Special issue: Rehabilitation. **Journal of Health Management and Public Health, 4,** 3.

Raymond, M.J. & Bennett, T.L. (1999). Introduction and overview. In M.J. Raymond, T.L. Bennett, L.C. Hartlage & C.M. Cullum (Eds.), **Mild Traumatic Brain Injury: A Clinician's**

Liberty004985

**Guide**, Austin, Texas: Pro-Ed.

Bennett, T.L. & Raymond, M.J. (1999). Psychotherapeutic interventions for individuals with mild traumatic brain injury. In M.J. Raymond, T.L. Bennett, L.C. Hartlage &

C.M. Cullum (Eds.), **Mild Traumatic Brian Injury: A Clinician's Guide**, Austin, Texas: Pro-Ed.

Raymond, M.J., Bennett, T.L., Hartlage, L.C., & Cullum, C.M. (1999**). Mild Traumatic Brain Injury: A Clinician's Guide,** Austin, Texas: Pro-Ed.

Raymond, M.J. (1998). Viral encephalitis; A case study based on serial HRNB performance. **Reitan Society Bulletin, 4** (abstract).

Malia, K.B., Raymond, M.J., Bewick, K.C., & Bennett, T.L. (1998). Information processing deficits and brain injury: Preliminary results, **Neuro Rehabilitation**, **11**, 3.

Raymond, M.J. (1998). Post concussion: An often neglected syndrome.  **Northeast Rehab. September/October**.

Bennett, T.L., Raymond, M.J., Malia, K.B., Bewick, K.C., Linton, B.S. (1998). Rehabilitation of attention and concentration deficits following brain injury. **Journal of Cognitive Rehabilitation, March/April.**

Raymond, M.J. (1998). Neuropsychological dysfunction in a mixed dominant patient following a left temporoparietal abscess. **Archives of Clinical Neuropsychology, 13**, 1 (abstract).

Raymond, M.J. (1997). Neuropsychological dysfunction in a patient with multiple meningiomas. **Reitan Society Bulletin, 3** (abstract).

Bennett, T.L. & Raymond, M.J. (1997). Mild brain injury: An overview. **Applied Neuropsychology, 4,** 1.

Liberty004986

Bennett, T.L. & Raymond, M.J. (1997). Emotional consequences of psychotherapy for individuals with mild brain injury. **Applied Neuropsychology, 4,** 1.

Malia, K.B., Bewick, K.C., Raymond, M.J., & Bennett, T.L. (1997). **Brainwave R: Cognitive Strategies and Techniques for Brain Injury Rehabilitation**, Austin, Texas: Pro-Ed.

Raymond, M.J. (1996). Neuropsychological aspects of posthallucinogen perception disorder. **Reitan Society Bulletin, 2,** 1 (abstract).

Martin, R.C., Franzen, M.D., & Raymond, M.J. (1996). The effects of unilateral vascular lesions and gender on visual-spatial and verbal-auditory attention span. **Applied Neuropsychology, 3,** 4.

Raymond, M.J., Bewick, K.C., Malia, K.B., & Bennett, T.L. (1996). A comprehensive approach to memory rehabilitation following brain injury. **Journal of Cognitive Rehabilitation. November/December**.

Malia, K.B., Bewick, K.C., Raymond, M.J., & Bennett, T.L. (1996). Memory: A comprehensive approach. **Society for Cognitive Rehabilitation Newsletter, 4,** 3.

Raymond, M.J., Bennett, T.L., Malia, K.B., & Bewick, K.C. (1996). Rehabilitation of visual processing deficits following brain injury. **Neuro Rehabilitation, 6**, 3.

Rojas, D.C., Raymond, M.J., & Bennett, T.L. (1995). Predictive validity of the neuropsychological deficit scale and halstead impairment index in mild brain injury: A two center study. **Reitan Society Bulletin, 1**, 1 (abstract).

Bewick, K.C., Raymond, M.J., Malia, K.B., & Bennett, T.L. (1995). Metacognition as the ultimate executive: Techniques and tasks

39

Liberty004987

to facilitate executive functions. **Neuro Rehabilitation**, **5**, 4.

Martin, R.C., Franzen, M.D., & Raymond, M.J. (1995). The effects of unilateral vascular lesions and gender on visual-spatial and verbal-auditory attention.  **Archives of Clinical Neuropsychology, 10**, 4 (abstract).

Raymond, M.J. (1994). Neuropsychological consultation in rehabilitation.  **New Jersey Rehab, 3**.

Raymond, M.J. (1994). Aging and neuropsychological assessment. **Archives of Clinical Neuropsychology, 9**, 6. (book review).

Raymond, M.J. (1992). Neuropsychiatric sequelae in acoustic neuroma. **Bulletin of the National Academy of Neuropsychology, 8**, 4.

Raymond, M.J. (1992). Opening doors: The significance of neuropsychological assessment in neurorehabilitation. **Rehab Management**, **June/July.**

Franzen, M.D., McCracken, L.M., Raymond, M.J., Haut, M.W., & Haut, J.S. (1992). The use of the knox's cube test and digit span in assessing memory and attention. **Journal of Clinical and Experimental Neuropsychology, 14**, 1 (abstract).

Naugle, R.I. & Raymond, M.J. (1991). Neuropsychological sequelae of stroke as a function of handedness. **Perceptual and Motor Skills, 73**.

Raymond, M.J. & Naugle, R.I. (1991). Handedness and gender effects on the relative preservation of visuospatial versus verbal function following right hemisphere stroke. **Archives of Clinical Neuropsychology, 6,** 3 (abstract).

Raymond, M.J. (1991). Neuropsychological assessment: An adjunct to neurological diagnosis. **Hospital News, June.**

Raymond, M.J. (1990). Neuropsychological aspects of minor head

Liberty004988

injury. **The Journal of Head Injury, 4**.

Raymond, M.J. (1989). Major consequences of minor head injury. **JMA Bulletin, 2**.

Raymond, M.J. (1989). Neuropsychological aspects of diffuse histiocytic lymphoma: A case report. **Archives of Clinical Neuropsychology, 4,** 2 (abstract).

Raymond, M.J. (1988). Neuropsychological investigation in right hemisphere stroke:  A rehabilitation case study.  **Bulletin: The National Academy of Neuropsychologists, 5** (abstract).

Raymond, M.J. (1986). Similar neuropsychologic findings from cardiovascular abnormalities: A comparison case study. **Archives of Clinical Neuropsychology, 1**, 3 (abstract).

Raymond, M.J. & Hartlage, L.C. (1985). Differential intellectual sequelae of right hemisphere CVA in left vs. right-handed patients. **The International Journal of Clinical Neuropsychology, 7** (abstract).

Raymond, M.J. (1985). Headache among athletes. **The Williamsport News**, **Winter.**

Raymond, M.J. (1984). Psychological effects of running. **The Williamsport News, Spring.**

Raymond, M.J. (1984). Chronic pain: The pain that really  hurts. **The Williamsport News, Summer/Fall.**

Raymond, M.J. (1983). Drug abuse among student athletes. **The Williamsport News, Spring.**

Raymond, M.J. (1983). Control of pre-competition anxiety. **The Williamsport News**, **Winter.**

Raymond, M.J. (1982). The choking phenomenon.

Liberty004989

**The Williamsport News, Fall.**

Raymond, M.J. (1982). The psychological importance of sporting activities for disabled individuals. **The Williamsport News, Summer.**

Raymond, M.J. (1982). Depression: The effects on athletic performance. **The Williamsport News, Spring.**

Raymond, M.J. (1981). A comparison of WAIS performances between right and left-handed left hemiplegic persons. Doctoral Dissertation, Florida State University.

Raymond, M.J. (1980). (contributing ed.) **Independent Living Curriculum for Master's Degree Rehabilitation Programs.** Tallahassee, Florida: The National Commission of Rehabilitation Education Task Force on Independent Living, Florida State University.

Raymond, M.J. (1978). The significance university upperclassmen have on influencing drug and alcohol usage by freshman females. Unpublished Master's Scholarly Paper, University of Scranton.

**PROFESSIONAL GOALS AND INTERESTS:**

Clinical:   Brain injury rehabilitation, neuropsychological assessment and evaluation, forensic neuropsychology, sports concussion management and cognitive remediation.

Teaching:   Neuropsychology, rehabilitation psychology, neuropsychological assessment, forensic neuropsychology, and supervision and training of students in research and clinical activities.

Research:   Diagnosis and treatment of central nervous system disorders and neuropsychological correlates of behavior.

Administrative:   Program evaluation and development, quality

Liberty004990

assurance, peer review and neurorehabilitation consultation.

**REFERENCES:**

References furnished upon request.

Liberty004991



952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

April 4, 2017

**\*\*CONFIDENTIAL\*\***

Nancy Winterer
Liberty Mutual
London, KY

Re: Haley Spears
Claim No: <sup>REDACTED</sup>
Web ID: 577726

Dear Ms. Winterer:

This report will serve as an addendum to the original report dated 3/4/16 and addendum reports dated 3/22/16 (for Neuropsychology only) and 4/29/16 (for Neurology and Neuropsychology only), related to Haley Spears, after reviewing the additional information received. Services have been completed on this file, and specific questions you have asked are addressed at the end of this report.

### CONCLUSION

**Kent Crossley, MD, FACP, Infectious Disease, Internal Medicine:**
Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that, as noted in my prior review, there is no evidence the claimant has had Lyme disease or other infections that would be associated with any functional limitation.

**Robert Cooper, M.D., F.A.C.E., F.A.C.P, Endocrinology, Internal Medicine:**
Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that the evidence does not support global impairment and that the claimant is able to work without restriction for the timeframe of 9/27/2008 through 3/27/2009 and 3/28/2009 through 3/31/2015

**Daniel Kitei, DO, MA, Neurology, Neuromuscular Medicine:**
Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that my conclusion from the previous reports is unchanged, that the evidence does not support impairment from a neurologic standpoint.

**Michael Raymond, PhD, ABN, Neuropsychology:**
Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion with a reasonable degree of neuropsychological certainty that: there is no valid objective neuropsychological evidence to support neurocognitive deficits associated with chronic headache or plethora of other reported possible etiologies within the timeframe of 9/27/08 – present.

### REFERRAL INFORMATION
Age (DOB): REDACTED
Gender: FEMALE

Nancy Winterer                                                            Re: Haley Spears
April 4, 2017                                                                    Page 2 of 6


DOD: 09/27/2008
Diagnoses listed on referral: headache

*MEDICAL ISSUE*

**Kent Crossley, MD, FACP, Infectious Disease, Internal Medicine:**
The primary medical issue in question in this review is noted as the need to determine a) if the claimant has had any infection that would be responsible for her non-specific symptoms and b) if these would be functionally impairing. According to Dr. Zane Saul (who has not seen the claimant since 7/13/16), she is unable to work because of chronic fatigue, headache, difficulty with concentration and joint pain. He wrote that her cognitive issues would prevent her from being able to function at all.

**Robert Cooper, M.D., F.A.C.E., F.A.C.P, Endocrinology, Internal Medicine:**
At issue is whether the additional evidence in the chart supports that the claimant is impaired with restrictions and limitations, and whether or not the evidence supports the that the claimant is unable to work during the periods 9/27/2008 through 3/27/2009, and 3/28/09 through 3/31/2015.

**Daniel Kitei, DO, MA, Neurology, Neuromuscular Medicine:**
The primary medical issue in question in this review is noted as whether restrictions and limitations are warranted from a neurologic standpoint in regards to the diagnosis of Lyme disease with associated symptoms.

**Michael Raymond, PhD, ABN, Neuropsychology:**
The primary medical issue in question in this review, from a neuropsychological perspective, is noted as: whether there is evidence to support neurocognitive deficits that would be functionally impairing within the timeframe in question from 9/27/08 – present. While the claimant has been evaluated and treated by multiple medical specialists for a host of various etiologies (e.g., thyroid disease, dyspnea, pineal cysts, Lyme disease, systemic lupus erythematosus, fibromyalgia, etc.), prior neurological examinations were negative with regard to neurocognitive functioning. Additional medical records submitted by Dr. Raxlen (e.g., research documentation on Lyme disease), this information does not change or alter the undersigned's initial impressions and conclusions as clearly stated within the aforementioned reports (e.g., 3/4/16, 3/22/16, 4/29/16). Thus, the preponderance of clinical evidence contained within the file does not support neurocognitive impairment within the aforementioned designated timeframe.

*ADDITIONAL INFORMATION REVIEWED*
1. **Response Letters completed by:**
    a. **Zane Saul, MD, Infectious Disease, dated 7/13/16**
    b. **Bernard Raxlen, MD, Psychiatry, undated**
2. **Client Internal Claim Notes/ Interviews**
3. **Attorney Correspondence and/or Legal Documents**
4. **Client Documents**
5. **Miscellaneous Documents**
6. **Duplicate Documents**

Nancy Winterer                                          Re: Haley Spears
April 4, 2017                                            Page 3 of 6

### SUMMARY OF RECORDS

**Kent Crossley, MD, FACP, Infectious Disease, Internal Medicine:**
The material submitted for review consists of a letter from Dr. Zane Saul (infectious diseases) that notes he treated her from August 2010 to June 2014. Since the prior review covered all of the documentation from this period, his current letter does not add to what we already know regarding the claimant. His letter reiterates his prior opinion that the claimant would not be able to work even at a sedentary position because of her cognitive difficulties. He again noted her symptoms were primarily those of chronic fatigue, difficulty with concentration, headache, and joint pain. He stated that my interpretation of the CSF Lyme disease testing (that the information was uninterpretable) was incorrect but did not explain how he came to that conclusion.

An undated detailed letter from Dr. Raxlen (psychiatry) was provided. This letter contains no new information about the claimant. Additional information from the International Lyme and Associated Disease Society.

**Robert Cooper, M.D., F.A.C.E., F.A.C.P, Endocrinology, Internal Medicine:**
All records noted above were reviewed in their entirety. I will summarize those portions of the records received that have relevance to the questions and timeframe identified for this review, and within the scope of my areas of endo/IM/rheum/gastro/cardio/pulmonary and sleep medicine/primary care. The claimant is a 38-year-old female with a medical history pertinent for headache.

The additional records contain a response letter from Zane Saul, MD, ID on 7/13/16 in which he opines that the claimant is disabled due to the effects of Lyme disease. In a response letter by Bernard Raxlen, MD, MD, psychiatry, Dr. Raxlen opined that the claimant was disabled due to the neuropsychiatric manifestations of Lyme disease.

**Daniel Kitei, DO, MA, Neurology, Neuromuscular Medicine:**
Response letters were reviewed, including a letter from Zane Saul, MD from infectious disease from 7/13/16 noting that the claimant had "debilitating Lyme disease" and was not able to work in any capacity. He spends time speaking about his qualifications and notes that the claimant is unable to function, but there are no specifics in regards to neurologic clinical findings to support impairment. There is also information provided in regards to Lyme disease in general.

All records were reviewed.

**Michael Raymond, PhD, ABN, Neuropsychology:**
All provided records were reviewed and analyzed. This primarily included a 7-page report per Dr. Raxlen in addition to research literature on Lyme disease.

More importantly, there were no additional records provided by a neuropsychologist or records addressing the potential neuropsychological consequences of Lyme disease or other multiple etiologies.

### ANALYSIS

**Kent Crossley, MD, FACP, Infectious Disease, Internal Medicine:**
Based on the information available for review, as described above, it is the reviewer's opinion within a reasonable degree of clinical probability that, as noted in my prior review, there is no evidence the

Liberty004994

Nancy Winterer                                                    Re: Haley Spears
April 4, 2017                                                     Page 4 of 6

claimant has had Lyme disease or other infections that would be associated with any functional limitation.

**Robert Cooper, M.D., F.A.C.E., F.A.C.P, Endocrinology, Internal Medicine:**
The additional records do not contain any additional information relating to endo/IM/rheum/gastro/cardio/pulmonary and sleep medicine/primary care aspects of the file but only to infectious disease (Lyme disease) and neuropsychiatric manifestations.

**Daniel Kitei, DO, MA, Neurology, Neuromuscular Medicine:**
Based on the information available for review, as described above, it is the reviewer's opinion within a reasonable degree of clinical probability that my original opinion stated in the original report and addendums is unchanged, and that is that the evidence does not support impairment from a neurologic standpoint. Response letters were reviewed, and it is noted that Dr. Saul from infectious disease felt that the claimant had debilitating Lyme disease and was not able to work in any capacity, but, again, there is a lack of any clinical evidence of neurologic impairment. Discussion of the claimant's headaches has been noted previously in my reports. In regards to the claimant's cognitive status, there is again a neuropsychologist reviewing the case, so I will not opine on that aspect. There is an infectious disease specialist speaking in regards to the Lyme disease specifically, so I will not opine on that.

**Michael Raymond, PhD, ABN, Neuropsychology:**
Based on the information available for review, as described above, it is the reviewer's opinion with a reasonable degree of neuropsychological certainty that neurocognitive impairment is not supported within the timeframe in question. No additional information regarding the possible neuropsychological sequela of multiple etiologies (e.g., Lyme disease) was submitted by a neuropsychologist. Thus, the undersigned's initial clinical impressions and conclusions as previously stated in an initial report and subsequent addendums, have not changed.

*QUESTIONS*
Please refer to the Analysis section above for additional details and rationale supporting this reviewer's opinions.

**Kent Crossley, MD, FACP, Infectious Disease, Internal Medicine:**

1. **We ask that you, please review the letters and additional documents submitted by Ms. Zimberlin, including the submission from Dr. Saul and Dr. Raxlen. Please review this additional documentation in light of your prior medical opinion and please advise us if this documentation changes your prior medical opinion in any way. If your medical opinion has changed, please advise how.**

   The information that is provided does not change my opinion in any way. Dr. Saul has not seen the claimant since 2016. The information provided by Dr. Raxlen is not new.

**Robert Cooper, M.D., F.A.C.E., F.A.C.P., Endocrinology, Internal Medicine:**

1. **We ask that you, please review the letters and additional documents submitted by Ms. Zimberlin, including the submission from Dr. Saul and Dr. Raxlen. Please review this additional documentation in light of your prior medical opinion and please advise us if**

Liberty004995

Nancy Winterer                                              Re: Haley Spears
April 4, 2017                                               Page 5 of 6

**this documentation changes your prior medical opinion in any way. If your medical opinion has changed, please advise how.**

This documentation does not change my prior medical opinion in any way.

**Daniel Kitei, DO, MA, Neurology, Neuromuscular Medicine:**

1. **We ask that you please review the letters and additional documents submitted by Ms. Zimberlin, including the submission from Dr. Saul and Dr. Raxlen. Please review this additional documentation in light of your prior medical opinion and please advise us if this documentation changes your prior medical opinion in any way. If your medical opinion has changed, please advise how.**

As noted in the Analysis section, the additional documentation does not offer any additional clinical information to alter my previous report and addendums from a neurologic standpoint.

**Michael Raymond, PhD, ABN, Neuropsychology:**

1. **We ask that you please review the letters and additional documents submitted by Ms. Zimberlin, including the submission from Dr. Saul and Dr. Raxlen. Please review this additional documentation in light of your prior medical opinion and please advise us if this documentation changes your prior medical opinion in any way. If your medical opinion has changed, please advise how.**

As previously stated, the undersigned had reviewed all additional available information submitted by Ms. Zimberlin as well as Drs. Saul and Raxlen. No additional information was provided by a neuropsychologist including neuropsychological test results, opinions, conclusions, or recommendations. Without this information, the preponderance of evidence does not change and only supports the undersigned's previous clinical opinions or conclusions as stated in a previous initial report and subsequent addendums.

Sincerely,

Kent Crossley, MD, FACP
Board Certified Internal Medicine
Board Certified Infectious Disease
Minnesota License #18766

Robert Cooper, MD, FACE, FACP
Board Certified Internal Medicine
Board Certified Endocrinologist
New Jersey License #25MA07589200
New York Medical License #198082
Massachusetts Medical License #204180

Liberty004996

Nancy Winterer                                                  Re: Haley Spears
April 4, 2017                                                          Page 6 of 6


Daniel Kitei, DO, MA
Board Certified Neurologist
Board Certified Neuromuscular Medicine
Colorado License #47342


Michael Raymond, PhD, ABN
Board Certified Neuropsychologist
New Jersey License # SIO2529


*All opinions in this report are solely the opinions of the author. There is no conflict of interest. There is no doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All opinions are advisory only, independent, and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering all the data available at the time of preparation of this report. This report is not intended as a recommendation regarding any decisions on a claim or administrative functions to be made or enforced. R3 does not make claim decisions.*

Liberty004997

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By:   Nancy Winterer
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16401
Fax:   (603) 334-5708

┌─ Document Locations ─┐
☑ Document List
☐ Correspondence
☐ Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | UTC CHOICE | Date Sent: | 3/20/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | HALEY  A  SPEARS | Claim #: | REDACTED |
| Claimant Address: | 9000 WEST WILDERNESS WAY#190 | Claimant SSN: | REDACTED |
| | | Claimant DOB: | REDACTED |
| City: | SHREVEPORT | Claimant Tel. #: | (860) 930-0887 |
| State: | LA | Claimant DOD: | 9/27/2008 |
| Zip: | 71106-0000 | Primary Diagnosis: | Headache |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Other | Physician: Phone/Fax | see below |

Referral Questions:                    Vendor Chosen:        Behavioral Management, Inc.

Claimant Name:    HALEY  A  SPEARS

# Liberty Mutual - Independent Evaluation

## Peer Review

Dear Dr. Crossley (Infectious Disease), Dr. Cooper (Endocrinology), Dr. Kitei (Neurology), and Dr. Raymond (Neuropsychology):

On March 4, 2016 date, you provided a medical opinion and report to us related to the Long Term Disability (LTD) claim for Haley Spears.

Ms. Spears' attorney, Winona Zimberlin, wrote to Liberty Life on July 13, 2016 requesting a re-review of Ms. Spears LTD claim on remand. Attorney Zimberlin told us in her July 13, 2016 letter that "Additional documentation will be submitted at a later time".

On July 13, 2016, Ms. Zimberlin submitted a one-page letter from Dr. Zane Saul, in which he provides comment on medical opinions of Dr. Crossley, Dr. Brusch, and Dr. Courtney.   Ms. Zimberlin stated again "Additional documentation will be provided"

On August 9, 2016, Ms. Zimberlin submitted a revised one-page letter from Dr. Saul—Ms. Zimberlin states that "This corrects a typo in the previous report"

We awaited Ms. Zimberlin's complete submission of additional documentation before conducting further review.

By letter dated September 22, 2016, Ms. Zimberlin submitted a 7 page letter from Dr. Bernard Raxlen, and approximately 45 pages of general treatise materials on Lyme Disease.

We awaited confirmation from Ms. Zimberlin that this was her complete submission.  When no confirmation was received, we wrote to Ms. Zimberlin on December 14, 2016 advising Ms. Zimberlin that we are unclear if she plans to submit any additional documentation or whether her submissions are complete and Liberty Life can begin the re-review.  Ms. Zimberlin never responded to our December 14, 2016 letter.   Therefore, we will now complete the re-review.

We ask that you please review the letters and additional documents submitted by Ms. Zimberlin, including the submission from Dr. Saul and Dr. Raxlen.  Please review this additional documentation in light of your prior medical opinion and please advise us if this documentation changes your prior medical opinion in any way.  If your medical opinion has changed, please advise how.

Thank you very much.

Instructions For Vendor:

Claimant Name:    HALEY  A  SPEARS

# Liberty Mutual - Independent Evaluation

## Peer Review

Referral discussed with Shelia Bearden

Attorney Information (if applicable):

Claimant Name:   HALEY  A  SPEARS

Liberty005000

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By:   Nancy Winterer
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16401
Fax:  (603) 334-5708

**Document Locations**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | UTC CHOICE | Date Sent: | 3/20/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | HALEY  A  SPEARS | Claim #: | REDACTED |
| Claimant Address: | 9000 WEST WILDERNESS WAY#190 | Claimant SSN: | REDACTED |
| | | Claimant DOB: | REDACTED |
| City: | SHREVEPORT | Claimant Tel. #: | (860) 930-0887 |
| State: | LA | Claimant DOD: | 9/27/2008 |
| Zip: | 71106-0000 | | |
| Gender: | FEMALE | Primary Diagnosis: | Headache |
| | | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | see below |

Referral Questions:                         Vendor Chosen:       Medical Consultant Network

Claimant Name:   HALEY  A  SPEARS

# Liberty Mutual - Independent Evaluation

## Peer Review

IME ADDENDUM REQUEST:

Dear Courtney:

On March 4, 2016 date, you provided a medical opinion and report to us related to the Long Term Disability (LTD) claim for Haley Spears.

Ms. Spears' attorney, Winona Zimberlin, wrote to Liberty Life on July 13, 2016 requesting a re-review of Ms. Spears LTD claim on remand. Attorney Zimberlin told us in her July 13, 2016 letter that "Additional documentation will be submitted at a later time".

On July 13, 2016, Ms. Zimberlin submitted a one-page letter from Dr. Zane Saul, in which he provides comment on medical opinions of Dr. Crossley, Dr. Brusch, and Dr. Courtney.   Ms. Zimberlin stated again "Additional documentation will be provided"

On August 9, 2016, Ms. Zimberlin submitted a revised one-page letter from Dr. Saul—Ms. Zimberlin states that "This corrects a typo in the previous report"

We awaited Ms. Zimberlin's complete submission of additional documentation before conducting further review.

By letter dated September 22, 2016, Ms. Zimberlin submitted a 7 page letter from Dr. Bernard Raxlen, and approximately 45 pages of general treatise materials on Lyme Disease.

We awaited confirmation from Ms. Zimberlin that this was her complete submission.  When no confirmation was received, we wrote to Ms. Zimberlin on December 14, 2016 advising Ms. Zimberlin that we are unclear if she plans to submit any additional documentation or whether her submissions are complete and Liberty Life can begin the re-review.  Ms. Zimberlin never responded to our December 14, 2016 letter.   Therefore, we will now complete the re-review.

We ask that you please review the letters and additional documents submitted by Ms. Zimberlin, including the submission from Dr. Saul and Dr. Raxlen.  Please review this additional documentation in light of your prior medical opinion and please advise us if this documentation changes your prior medical opinion in any way.  If your medical opinion has changed, please advise how.

Thank you very much.

Instructions For Vendor:

Claimant Name:    HALEY  A  SPEARS

Liberty005002

# Liberty Mutual - Independent Evaluation

## Peer Review

Referral discussed with Harrison Hakes

Attorney Information (if applicable):

Claimant Name:    HALEY  A  SPEARS

Liberty005003

# Liberty Mutual Appeal Referral

**Appeal Referral From:**   **DOVER**

| | | |
|---|---|---|
| Office: | 096 | Manager: SNEIRSON, KARILANN | Case Mgr: WINTERER, NANCY |

Claimant Name: HALEY  A  SPEARS          Claim #: REDACTED

Occupation (Job Title): ADMIN ASSISTANT          Date Sent: 3/17/2017

Diagnosis: 784.0 Headache,

Date of Disability: 9/27/2008          Date Benefits Began: 3/28/2009

Maximum Duration: 10/10/2042          Paid Through: 1/1/1900

Date of Denial or (DB451): 6/16/2016          Date Appeal Received: 3/16/2017

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: UTC CHOICE

Product: LTD          Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

n/a

ER Contact Addresses (including email address):

Phone No. _____          FAX No. _____

Account Specific or Unique Contract Issues / Additional Info:

***PLEASE  ASSIGN  TO  NANCY WINTERER***

Liberty005004

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


WINONA ZIMBERLIN
ATTORNEY AT LAW
267 MAIN STREET
MANCHESTER CT 06042

Liberty005005