UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| _____ : <br> **HALEY SPEARS** : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> **LIBERTY LIFE ASSURANCE** : <br> **COMPANY OF BOSTON** : <br> **AND THE GROUP LIFE INSURANCE** : <br> **AND DISABILITY PLAN OF UNITED** : <br> **TECHNOLOGIES CORPORATION a/k/a** <br> **THE UTC CHOICE INTEGRATED** : <br> **DISABILITY BENEFIT PROGRAM** : <br>     Defendants. : <br> _____ : | Civil No. 3:11-cv-01807 (KAD) <br><br><br><br><br><br><br> November 16, 2018 |

## TABLE OF CONTENTS

**Exhibit 1:**   Table of Contents

**Exhibit 2:**   Affidavit of Paula McGee

   Exhibit A:   Administrative Record.

**Exhibit 3:**   Unreported Case Law:

   Short v. Unum Life Ins. Co., 2003 U.S. Dist. LEXIS 22327 (D. Conn. Dec. 3, 2003)

**DEFENDANTS, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE GROUP LIFE INSURANCE AND DISABILITY PLAN OF UNITED TECHNOLOGIES CORPORATION a/k/a THE UTC CHOICE INTEGRATED DISABILITY BENEFIT PROGRAM**

By: /s/ Sarah C. Baskin
Beverly W. Garofalo (ct11439)
Sarah C. Baskin (ct 13570)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
Tel. (860) 522-0404
Fax (860) 247-1330
Email: garofalob@jacksonlewis.com
Email: baskins@jacksonlewis.com

2