UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALEY SPEARS<br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; UNITED TECHNOLOGIES CORPORATION; AND THE GROUP LIFE INSURANCE AND DISABILITY PLAN OF UNITED TECHNOLOGIES CORPORATION a/k/a THE UTC CHOICE INTEGRATED DISABILITY BENEFIT PROGRAM<br>Defendants. | Civil No. 3:11-cv-01807 (VLB) |

BEFORE ME, the undersigned authority, personally appeared Paula McGee, who was duly sworn and says:

1. I am over the age of eighteen and am a resident of Tampa, Florida. I am fully competent to testify as to the matters set forth in this affidavit, which I affirm are true and correct based upon my own personal knowledge.

2. I serve as a Litigation Manager for Liberty Life Assurance Company of Boston ("Liberty Life"). I have held this position since 1999.

3. As part of my duties, I am responsible for maintaining the administrative records for claims and administrative appeals under Liberty Life's policies that are in litigation, and I am knowledgeable regarding the procedures by which the Administrative Records are created and maintained before and after litigation.

1

4.  I certify that the records Bates stamped Liberty002278-Liberty005005 attached hereto as Exhibit A, along with the records attached as Exhibit B to the Affidavit of Paula McGee dated March 23, 2012, filed under seal on March 1, 2013, Docket No. 56-4, Bates stamped Liberty000041-002239, are true and accurate copies of the complete Administrative Record for Plaintiff's claim and appeal on remand from the United States District Court for the District of Connecticut.

5.  I certify that the attached records and documents are true and correct copies of the original documents maintained by Liberty Life, which were obtained or produced in the regular course of business at or near the time of the acts, conditions, or events recorded therein, that it is the regular practice of Liberty Life to maintain such records and documents as a regularly conducted business activity, and that said records and documents were maintained or prepared by a person or persons with knowledge of and a business duty to maintain, prepare, or produce said records and documents.

FURTHER AFFIANT SAYETH NOT.

_____
Paula McGee

Sworn to and subscribed before me
this 14th day of November 2018

_____
Notary Public
My Commission Expires: 7/31/21



EDIE ODGAARD
Notary Public - State of Florida
Commission # GG 120391
My Comm. Expires Jul 31, 2021
Bonded through National Notary Assn.