# EXHIBIT A

# Part 2

# Chart Notes

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Medicare CT | **Pol #** NONE | **Insured** | REDACTED |

**Date** 11/21/2013

**Provider** Dr. John Tagliarini, D.C.

### Subjective:
Haley sought treatment today complaining of frequent throbbing and tightness discomfort in the low back. She rated the intensity of discomfort as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting.

Haley also complained of frequent burning and aching discomfort in the buttocks. She rated the intensity of discomfort as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and movement.

### Objective:
Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels:  C1, C5, T3, T8 and left L5.

### Assessment:
Haley's prognosis is good at this time.  Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:
 We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return in one week.

**Diagnosis**     739.1: Cervical Interseg. Somatic  Dysfunction, 739.1
                  723.1: Cervicalgia, 723.1
                  739.2: Thoracic Interseg. Somatic  Dysfunction, 739.2

Liberty002778

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** REDACTED | |
|---|---|---|---|
| Ins Co | **Medicare CT** | **Pol # NONE** | **Insured** REDACTED |

**Date** 12/10/2013

**Provider Dr. John Tagliarini, D.C.**

### Subjective:
Haley sought treatment today complaining of frequent tightness discomfort in the back of the neck. She rated the intensity of discomfort as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the right trapezius. She rated the intensity of discomfort as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the left trapezius. She rated the intensity of discomfort as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the upper back. She rated the intensity of discomfort as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the low back. She rated the intensity of discomfort as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting. The discomfort was reported to decrease with chiropractic care.

### Objective:
Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels: C1, C5, T3, T8 and left L5.

### Assessment:
Haley's prognosis is good at this time. Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:
We will continue to treat Haley as per the examination findings and continue the existing

# Chart Notes

## Haley Spears

**Tagliarini Chiropractic,PC**
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** | REDACTED | | REDACTED |
|---|---|---|---|---|---|
| Ins Co | Medicare CT | **Pol #** | NONE | **Insured** | |

**Date**    12/10/2013

**Provider**    Dr. John Tagliarini, D.C.    *** continued from previous page ***

treatment plan. It is recommended that she return in 2 weeks.

**Diagnosis**    739.1: Cervical Interseg. Somatic Dysfunction, 739.1
723.1: Cervicalgia, 723.1
739.2: Thoracic Interseg. Somatic Dysfunction, 739.2

Liberty002780

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|
| Ins Co Medicare CT | Pol # NONE | Insured | REDACTED |

**Date   01/27/2014**

**Provider   Dr. John Tagliarini, D.C.**

### Subjective:

Haley sought treatment today complaining of frequent sharp and throbbing discomfort in the back of the left knee. She rated the intensity of discomfort as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

Haley also complained of intermittent dull discomfort in the back of the neck. She rated the intensity of discomfort as a level 5 on a scale of 1 to 10 with 10 being the most severe.

Haley also complained of frequent tightness and aching discomfort in the upper back. She rated the intensity of discomfort as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

### Objective:

Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels:  C1, C5, T3, T8 and left L5.

### Assessment:

Haley's prognosis is good at this time.  Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:

We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return in 2 weeks.

**Diagnosis**   739.1: Cervical Interseg. Somatic  Dysfunction, 739.1
723.1: Cervicalgia, 723.1
739.2: Thoracic Interseg. Somatic  Dysfunction, 739.2

Liberty002781

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | DOB: | REDACTED | | REDACTED |
|---|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # | NONE | Insured | |

**Date    01/30/2014**

**Provider   Dr. John Tagliarini, D.C.**

### Subjective:
Haley sought treatment today complaining of frequent dull discomfort in the upper back. She rated the intensity of discomfort as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent dull and tightness discomfort in the right trapezius. She rated the intensity of discomfort as a level 3 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent dull and tightness discomfort in the left trapezius. She rated the intensity of discomfort as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent dull and tightness discomfort in the mid back. She rated the intensity of discomfort as a level 3 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of intermittent dull discomfort in the back of the left knee. She rated the intensity of discomfort as a level 3 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

### Objective:
Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels:  C1, C5, T3, T8 and left L5.

### Assessment:
Haley's prognosis is good at this time.  Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:
 We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return in 2 weeks.

| Diagnosis | 739.1: Cervical Interseg. Somatic  Dysfunction, 739.1 |
|---|---|
| | 723.1: Cervicalgia, 723.1 |
| | 739.2: Thoracic Interseg. Somatic  Dysfunction, 739.2 |

# Chart Notes

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|---|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # | NONE | Insured | REDACTED |

**Date** 01/30/2014

**Provider** Dr. John Tagliarini, D.C.

*** continued from previous page ***

Liberty002783

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | **Medicare CT** | **Pol #** NONE | **Insured** | REDACTED |

**Date** 03/17/2014

**Provider Dr. John Tagliarini, D.C.**

### Subjective:
Haley sought treatment today complaining of frequent throbbing discomfort in the buttocks. She rated the intensity of discomfort as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with medication and rest.

Haley also complained of intermittent aching discomfort in the back of the left hand. She rated the intensity of discomfort as a level 5 on a scale of 1 to 10 with 10 being the most severe.

Haley also complained of intermittent tightness and dull discomfort in the back of the neck. She rated the intensity of discomfort as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of intermittent tightness and dull discomfort in the left trapezius. She rated the intensity of discomfort as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care and medication.

Haley also complained of intermittent tightness and dull discomfort in the right trapezius. She rated the intensity of discomfort as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care and medication.

Haley also complained of intermittent tightness and dull discomfort in the upper back. She rated the intensity of discomfort as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care and medication.

### Objective:
Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels: C1, C5, T3, T8 and left L5.

### Assessment:
Haley's prognosis is good at this time. Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:
We will continue to treat Haley as per the examination findings and continue the existing

# Chart Notes

## Haley Spears

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **Spears, Haley** | **DOB:** | REDACTED | | |
| **Ins Co** | **Medicare CT** | **Pol #** | **NONE** | **Insured** | REDACTED |

**Date**   **03/17/2014**

**Provider**   **Dr. John Tagliarini, D.C.**                        *** *continued from previous page* ***

treatment plan.  It is recommended that she return in 3 weeks.

**Diagnosis**   739.1: Cervical Interseg. Somatic  Dysfunction, 739.1
723.1: Cervicalgia, 723.1
739.2: Thoracic Interseg. Somatic  Dysfunction, 739.2

Liberty002785

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|---|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # | NONE | Insured | REDACTED |

**Date    06/12/2014**

**Provider   Dr. John Tagliarini, D.C.**

### Subjective:
Haley sought treatment today for continuing episode of care, complaining of frequent dull and tightness discomfort in the back of the neck. She rated the intensity of discomfort, using a VAS, as a level 4 on a scale of 1 to 10 with 10 being the most severe.

Haley also complained of frequent sharp and aching discomfort in the buttocks. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe.

Haley also complained of frequent sharp and aching discomfort in the back of the left hip. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe.

Haley also complained of frequent dull and tightness discomfort in the upper back. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe.

### Objective:
Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels: C1, C5, T3, T8 and left L5.

### Assessment:
Haley has had an exacerbation. These are episodic marked deterioration of the patient's condition due to acute flareups of the presenting conditions.

### Plan:
We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return three times per week.

Haley was given the following applicable patient education handouts at today's visit: Helpful Hints and Icing Instructions. Cold packs were prescribed to Haley for use 12-15 minutes at a time to reduce inflammation, swelling and discomfort in the affected area.

**Diagnosis**    739.1: Cervical Interseg. Somatic  Dysfunction, 739.1
                 723.1: Cervicalgia, 723.1
                 739.2: Thoracic Interseg. Somatic  Dysfunction, 739.2

# Chart Notes
## Haley Spears

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # NONE | **Insured** | REDACTED |

**Date** 06/12/2014

**Provider** Dr. John Tagliarini, D.C.    *** continued from previous page ***

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic, PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: Spears, Haley | DOB: REDACTED | |
|---|---|---|
| Ins Co Medicare CT | Pol # NONE | Insured REDACTED |

**Date** 06/23/2014

**Provider** Dr. John Tagliarini, D.C.

### Subjective:

Haley sought treatment today for continuing episode of care, complaining of frequent tightness and throbbing discomfort in the right trapezius. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the left trapezius. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the back of the neck. She rated the intensity of discomfort, using a VAS, as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness and throbbing discomfort in the mid back. She rated the intensity of discomfort, using a VAS, as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the low back. She rated the intensity of discomfort, using a VAS, as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

### Objective:

Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels: C1, C5, T3, T8 and left L5.

### Assessment:

Haley's prognosis is good at this time. Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:

We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return three times per week.

Liberty002788

# Chart Notes

## Haley Spears

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # NONE | **Insured** | REDACTED |

**Date** 06/23/2014

**Provider** Dr. John Tagliarini, D.C.                                    *** continued from previous page ***

**Diagnosis** 739.1: Cervical Interseg. Somatic Dysfunction, 739.1
723.1: Cervicalgia, 723.1
739.2: Thoracic Interseg. Somatic Dysfunction, 739.2

Liberty002789

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | DOB: REDACTED | Insured | REDACTED |
|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # NONE | | |

**Date** 07/08/2014

**Provider Dr. John Tagliarini, D.C.**

### Subjective:

Haley sought treatment today for continuing episode of care, complaining of frequent tightness discomfort in the left trapezius. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the right trapezius. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the upper back. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the mid back. She rated the intensity of discomfort, using a VAS, as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of frequent tightness discomfort in the low back. She rated the intensity of discomfort, using a VAS, as a level 5 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

### Objective:

Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels: C1, C5, T3, T8 and left L5.

### Assessment:

Haley's prognosis is good at this time. Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:

We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return three times per week.

Liberty002790

# Chart Notes
## Haley Spears

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|----------|---------------|------|----------|---------|----------|
| Ins Co | Medicare CT | Pol # | NONE | Insured | REDACTED |

**Date** 07/08/2014

**Provider** Dr. John Tagliarini, D.C.                        *** *continued from previous page* ***

**Diagnosis** 739.1: Cervical Interseg. Somatic Dysfunction, 739.1
723.1: Cervicalgia, 723.1
739.2: Thoracic Interseg. Somatic Dysfunction, 739.2

**Chart Notes**

**Haley Spears**

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|
| Ins Co Medicare CT | Pol # NONE | Insured | REDACTED |

Date 08/11/2014

Provider Dr. John Tagliarini, D.C.

### Subjective:

Haley sought treatment today for continuing episode of care, complaining of intermittent dull, aching and throbbing discomfort in the left trapezius. She rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of intermittent tightness discomfort in the upper back. She rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of intermittent dull and tightness discomfort in the right trapezius. She rated the intensity of discomfort, using a VAS, as a level 4 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

Haley also complained of intermittent aching and throbbing discomfort in the buttocks. She rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to decrease with chiropractic care.

### Objective:

Intersegmental traction was used to traction open the individual vertebral segments, improve intervertebral disc hydration, decrease spasm and increase mobility, circulation and nutrition to the involved spinal joints.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels: C1, C5, T3, T8 and left L5.

### Assessment:

Haley's prognosis is good at this time. Haley felt better after the adjustment and has experienced an increase in range of motion and muscle strength and a decrease in pain since treatment began.

### Plan:

We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return three times per week.

Diagnosis   739.1: Cervical Interseg. Somatic Dysfunction, 739.1
            723.1: Cervicalgia, 723.1
            739.2: Thoracic Interseg. Somatic Dysfunction, 739.2

Liberty002792

**Chart Notes**

Haley Spears

Tagliarini Chiropractic,PC
836 Farmington Ave. #229
West Hartford, CT 06119
Phone: 860-236-2225
Fax: 860-231-0077

| Patient: | Spears, Haley | **DOB:** | REDACTED | | |
|---|---|---|---|---|---|
| Ins Co | Medicare CT | Pol # | NONE | **Insured** | REDACTED |

Date     08/11/2014

Provider   Dr. John Tagliarini, D.C.                          *** *continued from previous page* ***

# Winona W. Zimberlin

Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

December 18, 2015

*Facsimile: 1-603-422-7909*

Total Pages: 10

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH 03820

Dear Ms. Winterer:

      RE:   Haley Spears
              DOB: REDACTED

      Please find enclosed medical records from Dr. Robert Rougeau, Greenacres Clinic. Please be advised that I will forward any additional records received to your attention. Thank you.

Very truly yours,

Winona W. Zimberlin

WWZ:rlc
Enclosure

Liberty002794

**Greenacres Clinic**
925 Benton Road
Bossier City, LA 71111-3603
(318) 747-4433

December 10, 2015

Winona W. Zimberlin
2 Congress Street
Hartford, CT 06114-1027

Federal ID # 68-0569000

Patient #: 3779
RE: Haley A. Spears
Insurance ID:

Diagnosis For Accident On 09/16/15
739.1    SEGMENTAL DYSFUNCTION CERVICAL
728.85   MUSCLE SPASM
739.2    SEGMENTAL DYSFUNCTION THORACIC
739.3    SEGMENTAL DYSFUNCTION LUMBAR

Diagnosis ICD-10
M99.01  Segmental and somatic dysfunction of cervical region
M62.49  Contracture of muscle, multiple sites
M99.02  Segmental and somatic dysfunction of thoracic region
M99.03  Segmental and somatic dysfunction of lumbar region

| Date | Service Descriptions | Charge | Receipt | Total |
|------|----------------------|--------|---------|-------|
| 09/16/15 | 99201 NEW PATIENT FOCUSED | 35.00 | | 35.00 |
| 09/16/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 93.00 |
| 09/16/15 | Payment | | 46.60 | 46.40 |
| 09/18/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 104.40 |
| 09/28/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 162.40 |
| 10/02/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 220.40 |
| 10/09/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 278.40 |
| 10/14/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 336.40 |
| 10/21/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 394.40 |
| 10/26/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 452.40 |
| 10/29/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 510.40 |
| 11/06/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 568.40 |
| 11/10/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 626.40 |
| 11/16/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 684.40 |
| 11/20/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 742.40 |
| 12/02/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 800.40 |
| 12/09/15 | 98941 CMT Spinal (3,4 Regions) | 58.00 | | 858.40 |
| | | $905.00 | $46.60 | $858.40 |

Liberty002795

## Greenacres Clinic
925 Benton Road
Bossier City, LA 71111-3603
(318) 747-4433

RE: Ms. Haley A. Spears                                        Account: 3779
Age: 38
Sex: Female

**September 16, 2015**
**History of Condition:**
The date of this condition is 9/16/2015.

**Patient History:**
The patient is currently taking the following medications:
> Synthroid
> Singulair
> Tylenol
> Flexeril

The patient is allergic to:

> No Known Allergies

The patient's smoking status is:

> never smoker

The patient's family members past conditions included:
> No relevant past medical hist. (mother)

**Examination:**
| | |
|---|---|
| Blood pressure while sitting on the left: | 120/80 mmHg |
| BMI: | 19.1 |
| Weight: | 115 lbs. |
| Height: | 5'5" |

**Diagnosis:**
The patient has been assigned the following diagnosis:
739.1 SEGMENTAL DYSFUNCTION CERVICAL
728.85 MUSCLE SPASM
739.2 SEGMENTAL DYSFUNCTION THORACIC
739.3 SEGMENTAL DYSFUNCTION LUMBAR

**Subjective Complaints:**
The patient reported symptoms of very severe frequent aching low back pain, severe frequent aching shoulder pain on the right and severe frequent aching mid back pain.

**Objective Findings:**
Examination of the cervical region noted moderate tenderness. Tenderness was revealed to a moderately severe degree affecting the mid to upper thoracic region and the lower lumbar region. Reduced motion was evident to a moderate degree affecting the cervical region. Examination of the thoracic region found moderate reduced motion bilaterally. There was a moderate measure of reduced motion revealed in the lower lumbar region.

Liberty002796

RE: Ms. Haley A. Spears                                                      PAGE 2

**Treatment:**
The treatment the patient received consisted of manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the
Diversified technique.

**Assessment:**
The patient is feeling a little better.

Liberty002797

RE: Ms. Haley A. Spears                                                                    PAGE 3

## September 18, 2015
### Subjective Complaints:
The patient reported moderate frequent aching low back pain; this is a considerable improvement since the previous visit. She also reported symptoms of moderate frequent aching shoulder pain on the right and moderate frequent aching mid back pain. The shoulder pain on the right is considerably better since the last visit and the mid back pain is moderately better since the last visit.

### Objective Findings:
Tenderness was found to a mild degree affecting the cervical region. Examination of the mid to upper thoracic region and the lower lumbar region found a moderate measure of tenderness. Examination of the cervical region revealed moderate reduced motion. Moderate reduced motion at the thoracic region bilaterally was revealed on palpation. Reduced motion was noted to a moderate degree affecting the lower lumbar region.

### Treatment:
Manipulation was applied to C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:
Her condition is progressing a little better.

## September 28, 2015
### Subjective Complaints:
The patient complained of mild frequent aching low back pain, which is a little improved over the last treatment. Haley also reported indications of mild frequent aching shoulder pain on the right; mildly improved over her last visit. This patient reported mild frequent aching mid back pain, which is a little improved over the previous visit.

### Objective Findings:
Mild tenderness was elicited in the cervical region. Tenderness was noted to a moderate degree affecting the mid to upper thoracic region and the lower lumbar region. Palpation examination of the cervical region noted moderate reduced motion. There was a moderate level of reduced motion found in the thoracic region bilaterally. Palpation of the lower lumbar region noted moderate reduced motion.

### Treatment:
Manipulation was administered to C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:
The patient is feeling a little better.

## October 2, 2015
### Subjective Complaints:
The patient reported indications of mild frequent aching low back pain; unchanged from the last treatment. The patient also complained of mild frequent aching shoulder pain on the right. This is no different than the last visit. The patient complained of mild frequent aching mid back pain; this is at the same level of pain as last time. This patient reported new symptoms of moderate frequent aching neck pain on the right.

### Objective Findings:
Tenderness was found to a moderate degree affecting the cervical region, the mid to upper thoracic region, and the lower lumbar region. Reduced motion was revealed to a moderate degree affecting the cervical region. There was a moderate measure of reduced motion elicited in the thoracic region bilaterally. Reduced motion was revealed to a moderate degree affecting the lower lumbar region.

### Treatment:
Manipulation was administered to C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

Liberty002798

RE: Ms. Haley A. Spears                                                      PAGE 4

**Assessment:**
Her condition is progressing a little better.

## October 9, 2015
### Subjective Complaints:
The patient reported symptoms of mild frequent aching low back pain and mild frequent aching shoulder pain on the right. The low back pain is no different than the last visit and the shoulder pain on the right is at the same level of pain as last time. The patient also complained of mild frequent aching mid back pain and moderate frequent aching neck pain on the right. The mid back pain is at the same level of pain as last time and the neck pain on the right is the same as the last visit.

### Objective Findings:
Palpation examination of the cervical region, the mid to upper thoracic region, and the lower lumbar region revealed a moderate level of tenderness. Examination of the cervical region noted a moderate amount of reduced motion. Moderate reduced motion was elicited bilaterally in the thoracic region. Palpation of the lower lumbar region found a moderate amount of reduced motion.

### Treatment:
The treatment the patient received included manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:
The patient is feeling a little better.

## October 14, 2015
### Subjective Complaints:
The patient reported indications of mild frequent aching low back pain and mild frequent aching shoulder pain on the right. The low back pain is unchanged from the last visit and the shoulder pain on the right is the same as the last visit. Haley also reported indications of moderate frequent aching mid back pain and moderate frequent aching neck pain on the right. The mid back pain is a slight worsening of the condition since the last visit and the neck pain on the right is unchanged from the last treatment.

### Objective Findings:
Mild tenderness was evident in the cervical region. Tenderness was revealed to a moderate degree affecting the mid to upper thoracic region and the lower lumbar region. There was a mild degree of reduced motion noted in the cervical region. Moderate reduced motion was found bilaterally in the thoracic region. Examination of the lower lumbar region found a moderate measure of reduced motion.

### Treatment:
The treatment Haley received included manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:
Her condition is progressing a little better.

Liberty002799

Case 3:11-cv-01807-VLB Document 145-4 Filed 11/16/18 Page 24 of 501

RE: Ms. Haley A. Spears                                                                 PAGE 5

## October 21, 2015

### Subjective Complaints:

The patient complained of mild frequent aching low back pain and moderate frequent aching shoulder pain on the right. The low back pain is unchanged from the last visit and the shoulder pain on the right is slightly worse since her last treatment. Haley also reported indications of nominal frequent aching mid back pain and moderate frequent aching neck pain on the right. The mid back pain is a minimal improvement over her previous visit and the neck pain on the right is at the same level of pain as last time.

### Objective Findings:

Moderate tenderness was found in the cervical region. There was a mild degree of tenderness elicited in the mid to upper thoracic region and the lower lumbar region. Examination of the cervical region elicited a mild measure of reduced motion. There was a mild level of reduced motion revealed in the thoracic region bilaterally. Palpation examination of the lower lumbar region elicited a mild amount of reduced motion.

### Treatment:

The patient received manipulation to C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:

The patient is feeling much better.

## October 26, 2015

### Subjective Complaints:

The patient reported indications of nominal frequent aching low back pain, which is slightly better since the last treatment. This patient also reported nominal frequent aching shoulder pain on the right and nominal frequent aching mid back pain. The shoulder pain on the right is a little improved over the previous visit and the mid back pain is the same as the last visit. She also reported symptoms of mild frequent aching neck pain on the right. This is slightly better since the last visit.

### Objective Findings:

There was evidence elicited on palpation of a moderate level of tenderness at the cervical region. Examination of the mid to upper thoracic region and the lower lumbar region found a mild amount of tenderness. Examination of the cervical region revealed a mild amount of reduced motion. Palpation of the thoracic region elicited mild reduced motion bilaterally. Mild reduced motion was evident in the lower lumbar region.

### Treatment:

The treatment included manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:

Her condition is progressing much better.

## October 29, 2015

### Subjective Complaints:

The patient reported indications of nominal frequent aching low back pain, mild frequent aching shoulder pain on the right, nominal frequent aching mid back pain and mild frequent aching neck pain on the right. The low back pain is unchanged from the last treatment, the shoulder pain on the right is slightly worse since her last treatment, the mid back pain is the same as the last visit, and the neck pain on the right is the same as the last visit.

### Objective Findings:

Tenderness was elicited to a mild degree affecting the cervical region, the mid to upper thoracic region, and the lower lumbar region. Palpation of the cervical region noted a mild degree of reduced motion. There was a mild level of reduced motion noted in the thoracic region bilaterally. There was evidence elicited on examination of a mild degree of reduced motion at the lower lumbar region.

Liberty002800

RE: Ms. Haley A. Spears                                                    PAGE 6

**Treatment:**
The treatment consisted of manipulation to C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

**Assessment:**
The patient is feeling much better.

## November 6, 2015
### Subjective Complaints:
The patient complained of nominal frequent aching low back pain; unchanged from the last visit. The patient also complained of mild frequent aching shoulder pain on the right, nominal frequent aching mid back pain and mild frequent aching neck pain on the right. The shoulder pain on the right is unchanged from the last treatment mid back pain is at the same level of pain as last time, the neck pain on the right is at the same level of pain as last time.

### Objective Findings:
Palpation of the cervical region, the mid to upper thoracic region, and the lower lumbar region elicited a mild degree of tenderness. There was a mild amount of reduced motion noted in the cervical region. Examination of the thoracic region noted a mild measure of reduced motion bilaterally. Reduced motion was evident to a mild degree affecting the lower lumbar region.

### Treatment:
Manipulation was administered to C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:
Her condition is progressing much better.

## November 10, 2015
### Subjective Complaints:
The patient complained of nominal frequent aching low back pain, mild frequent aching shoulder pain on the right, nominal frequent aching mid back pain and mild frequent aching neck pain on the right. The low back pain is at the same level of pain as last time, the shoulder pain on the right is unchanged from the last visit, the mid back pain is unchanged from the last visit, and the neck pain on the right is no different than the last visit.

### Objective Findings:
Patient was very tight today.
There was a mild measure of tenderness revealed in the cervical region, the mid to upper thoracic region, and the lower lumbar region. Mild reduced motion was noted in the cervical region. Mild reduced motion at the thoracic region bilaterally was elicited on palpation examination. Mild reduced motion was noted in the lower lumbar region.

### Treatment:
The treatment Haley received included manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the Diversified technique.

### Assessment:
The patient is feeling much better.

## November 16, 2015
### Subjective Complaints:
The patient reported indications of mild frequent aching low back pain and nominal frequent aching shoulder pain on the right. The low back pain is a little worse since the previous treatment and the shoulder pain on the

Liberty002801

RE: Ms. Haley A. Spears                                                                PAGE 7

right is mildly improved over her last visit. Haley also reported indications of nominal frequent aching mid
back pain and mild frequent aching neck pain on the right. The mid back pain is the same as the last treatment
and the neck pain on the right is at the same level of pain as last time.

**Objective Findings:**
Mild tenderness was elicited in the cervical region, the mid to upper thoracic region, and the lower lumbar
region. Mild reduced motion at the cervical region was noted on palpation examination. There was evidence
revealed on examination of a mild measure of reduced motion at the thoracic region bilaterally. There was
evidence revealed on palpation of a mild amount of reduced motion at the lower lumbar region.

**Treatment:**
The treatment she received consisted of manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the
Diversified technique.

**Assessment:**
The patient is feeling much better.

## November 20, 2015
### Subjective Complaints:
The patient complained of minimal intermediate aching low back pain; this is slightly better since the last visit.
The patient also complained of nominal frequent aching shoulder pain on the right and nominal frequent
aching mid back pain. The shoulder pain on the right is unchanged from the last visit and the mid back pain is
at the same level of pain as last time. This patient also reported nominal frequent aching neck pain on the right,
which is slightly better since the last visit.

### Objective Findings:
There was evidence elicited on palpation of a mild amount of tenderness at the cervical region and the mid to
upper thoracic region. There was a nominal amount of tenderness revealed in the lower lumbar region.
Palpation examination of the cervical region found a mild degree of reduced motion. There was a mild
measure of reduced motion elicited in the thoracic region bilaterally. Reduced motion was elicited to a nominal
degree affecting the lower lumbar region.

### Treatment:
The treatment Haley received included manipulation of C2, C5-C6, T2-T5, L4-L5, and RSI using the
Diversified technique.

### Assessment:
Her condition is progressing much better.

## December 2, 2015
### Subjective Complaints:
Patient states that she feels like she threw something out when she was walking and now her right knee hurts.
The patient reported symptoms of mild frequent aching low back pain; a little worse since the last visit. She
also reported symptoms of nominal frequent aching shoulder pain on the right and nominal frequent aching
mid back pain. The shoulder pain on the right is at the same level of pain as last time and the mid back pain is
the same as the last visit. The patient also complained of nominal frequent aching neck pain on the right; at the
same level of pain as last time. This patient reported new symptoms of mild frequent aching pain in the right
knee.

### Objective Findings:
There was a mild level of tenderness elicited in the cervical region, the mid to upper thoracic region, and the
lower lumbar region. Palpation of the cervical region elicited a mild measure of reduced motion. Examination
of the thoracic region noted a mild level of reduced motion bilaterally. Mild reduced motion was noted in the

Liberty002802

RE: Ms. Haley A. Spears                                                PAGE 8

lower lumbar region.

**Treatment:**
The treatment she received consisted of manipulation to C2, C5-C6, T2-T5, L4-L5, and RSI using the
Diversified technique.

**Assessment:**
The patient is feeling much better.

Respectfully Submitted

Dr. Robert A. Rougeau

Liberty002803

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F4QD

thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity
(MGM w/UC).
such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09, 2.09, and 8.09, necessitating further observation re: possible
other causes, e.g. Neuroborreliosis.
High positive ANA in 1.09,
arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil in '08. Her
repeat rheumatic labs were normal hence I felt that the positive
ANA was an epiphenomenon, but clearly she needs to be monitored.
She has been off of Plaquenil since 12.09 without worsening
hence will observe without the Plaquenil.


Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, the repeat tests for
protein C and Protein S were normal.
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, this improved to normal on
repeat test in 8.09. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders but primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley had mildly abnormal LFTs
of unclear origin. while her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished.
She was recently found to have gallstones, awaits an appt w/a
surgeon.
Iron deficiency was found per labs 5.2010, she will follow up
w/Dr.O'Brien & OB-Gyn.
Enteropathic reactive inflammatory arthritis with +HLA B27 may
be present here, too -mild now, does not require any Disease
Modyfying Agents for Rheumatic Diseases at present.

Page 11

Liberty002804

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D


Rheum Plan
Rheumatology Plan
    Plan                    1. Daily exercising (walking).
                            Pt will discuss Vitamin D replacement with Dr.Guion,NP
                            2. Use sunscreen SPF>30 when outside.
                            3. Continue all other measures.
                            4. RTC in 4-6 months. BK
                            5. Consult Neurocognitive psychologist per Dr.Zegar.
                            6. Consult Endocrine MD re: low cortisol level;& Dr.O'Brien
                            re: Iron deficiency
                            Barbara Kage, MD,FACR; Board-certified Rheumatologist
    Instructions            Code      Description
                            11.1      Labslip

    Referrals               Code      Description
                            2.1       RheumF/ULtrSent

    Visit Documents         Code      Description

    Visit 38640.29     Date 05.06.2010     *** Follow Up Remarks ***
        Requested Next Visit Type ,
    ----------------------------------------------------------------------------
                        **** Patient Call Back ****
    38640.29            Date To Be Called  05.06.2010   **CLOSED**
    Opened on       05.06.2010 at  04:10pm by Barbara Kage, M.D., F.A.C.R.
    Closed on       05.18.2010 at  01:48pm by
    Contact Pt
    Reason Low Vit D -15,
    Remarks also-low cortsol level->pt to see Endocrine MD
    also -Iron deficiency -pt to make sure to discuss the iron
    deficiency with her GI MD.
    Also- repeat ANA positive at 1:320, it does not mean she has
    lupus, we will repeat it in ~3-4 months.
    Low iron, low Vitamin D, and low cortisol may make her feel very
    fatigued.
     9:19 AM 5/10/2010
    pt informed.




Messages  Date    Time    Id   Information
          05.06.2010 04:53   57
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*
                    Rheumatology & Allergy Institute of CT

                              361 Main St.
                           Manchester CT 06040
                             860.646.9929

Patient   38640     Haley  Spears       DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.28   Date: 05.06.2010
----------------------------------------------------------------------------
Age   32 years  7 months
Family Doctor      10119               Referring Doctor 10072
Dr. Kristin Giannini                   Dr. James W. O'Brien
Suite N
                                       Page 12

Liberty002805

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
520 Hartford Tpk                    353 Main St.
Vernon Rockville CT 06066           Manchester CT 06040
860.872.8321                        860.649.3477
(                )                   (                )

**** Patient Call In ****
38640.28  Priority 3   Contact                      **CLOSED**
Opened on      03.30.2010 at  05:01pm by  57 K.Taylor
Last Assigned To  11 E. Ruff
Closed on      05.06.2010 at  01:20pm by  57 K.Taylor
Problems
 per neurologist recommends patient to have a physician locally to
 sign off on meds for Infusions for lyme disease. Also for insurance
 purposes patient needs to have a physician in network to sign off
 on meds.kt
 BK-I am not going to prescribe treatments for Lyme
2:12 PM 4/1/2010
pt informed.would like to speak with you about any
suggestions.kt
10:28 AM 4/5/2010 BK-
pt needs to talk to an Infectious Disease MD re: her Lyme.

10:47 AM 4/8/2010 er
rec'd call from Dr Michael Silverman - he would like to speak
with you regarding patient's disability claim (215)880-5495

2:49 PM 4/8/2010 BK -Haley's disability come from predominantly
Lyme disease and perhaps neurologic problems d/t migraine &
astrocytoma. I do not treat any of these conditions.
Does he still want to talk to me? if yes->have him on the phone
for me.
4:27 PM 4/8/2010 BK -Dr.Silverman received a permission from
Ms.Haley Spears to talk to me about her problems and he will fax
it to us.
Elizabeth, please, make sure we receive it from him.
 1:39 PM 5/6/2010
closed to check in patient.kt


Messages Date   Time   Id  Information
       04.01.2010 11:13  57  1mtcb

Visit 38640.28    Date 05.06.2010    *** Follow Up Remarks ***
------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient  38640   Haley Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.27   Date: 01.04.2010

Age   32 years  3 months
Family Doctor     10119          Referring Doctor 10072
Dr. Kristin Giannini            Dr. James W. O'Brien
Suite N
                                Page 13

Liberty002806

```
                              18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                    )                  (                    )
```

Emergency          Description


Visit DX          Description
    443.0         RAYNAUD'S SYNDROME
    346.20        VRNT MIGRNE WO NTRC MGRN
    782.1         NONSPECIF SKIN ERUPT NEC
    493.90        ASTHMA NOS
    279.9         IMMUNE MECHANISM DIS NOS
    719.04        JOINT EFFUSION-HAND
    530.11        REFLUX ESOPHAGITIS
    710.2         SICCA SYNDROME
    733.90        BONE & CARTILAGE DIS NOS
    281.1         B12 DEFIC ANEMIA NEC
    088.81        LYME DISEASE
    V01.1         TUBERCULOSIS CONTACT
    723.4         BRACHIAL NEURITIS NOS

                          RHEUMATOLOGY

Chief Complaint
    Chief Complaint Ache and pain much better, not as severe, less HA's, wght
                    stable, fatigue d/t insomnia
History Present Illness
HPI
    Location        ID MD 6.09-still IV Azithromycin,Meperon,Rifampin 6.09, a
                    dvised to stay the course; added Ultram, Lexapro; feels st
    Quality         able, pt feels disabled d/t memory lapses,off/on bad fatig
    Severity        see as per chief complaint;Neck pain & Rt parietal HA-bett
    Timing          pain wakes the patient at night; Few yrs ago-"bulls eye"r
    Duration        ash'05;'05-started w/PUD,Diarrhea x2mos;GI scopes7.07-blee
    Context         ding ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                    Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
    Mod. Facts      in winter, wears contacts,fair;Raynaud's phenomenon-Mom
                    Thyroid nodules,saw Endo MD; Diarrhea-resolved now
    Assoc. Signs    Had 1.27.09-fMRI Brain-no cancer; Mat GM- UC dx @80+
                    Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                    intestinal colitis; Cognitive problems since Summer'08
    Impact/Function out of work d/t Migraines; transient rashes, hives
                    MRI Brain 7.31.09; Thyroid nodules FNA x3: 11.04-OK '07-OK
Dog had Ehrlichiosis '05; pt started GI problems in '05, too.
12:49 PM 1/4/2010 BK-pt feels much better but not back to
normal; holding antibiotics since 12.11.09;
Had hyperacusis, smells -still present but as extreme & less
frequent; had stabbing neck pains, daily migraines - now - less
frequent;has weeks without migraines; has Migraines w/vision
loss, last less, no V; better tolerated;
IV Antibiotics ahve helped alot; slurred & stuttered speech
improved dramatically; Memory -better, able to carry out a
conservation longer; still has problems w/short-term memory;
still struggles w/spelling & math; ID MD aware, was reassuring,
healing;
feels fearful about exercising;
IV line sepsis, hospitalized in 9.09, recovered.Still has the
Picc line.

ROS
    Constitutional  +fatigue,-fever,-chills,+night sweats,+weight stable
                            Page 14
```

Liberty002807

```
                           18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
     Musculoskeletal -Hands change color in the cold,+dry eyes,-dry mouth
                     +stiffness, +jaw pain+TMJ, + headache/migraines
     Eyes            +pain,-redness,+blurred/double vision, +floaters,-flashes
     Head,Nose,Throa -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
     Lymphatic       -lymphadenopathy.
     Cardiac         +chest tightness-better,+SOB-asthmatic, -cough,-coughing
     Pulmonary       -chest tightness on taking deep breath,-cough,-wheeze
     GI              -heartburn,-abdomin.pain,-diarrhea,-nausea,-vomiting-occ
     GU              -dysuria,-incontinence,-h/o miscarriage, +frequency
     Sinus           -recurrent sinus - ear infections,-bleeding gums,-ear pain
     Skin            +skin rash-face/chest,+skin rash upon sun exposure,-nodule
     Neurologic      +muscle weakness,+tingling,+numbness,+burning,-falls
     Psychiatric     +anxiety-improved,-depression; HEME:-anemia,+bruising easi
     Ear             +ringing in ears, +blocked hearing; -Height loss >1"
PMHx
     Medical         Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                     ro colitis asthma/allergies,nodules thyroid,fatty liver
     Surgical        Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                     thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications ~ Rheumatology
     Rheum. Meds.    Tumeric Bromeline 1 tab tid-(pain)
                     Fish oil 1000mg bid,
                     Plaquenil 200mg bid-hold since 12.11.09, Lexapro 20mg qd
                     Folic acid qd-off,Topamax 50mg AM 100mg-PM,,Ultram tid
     Other Meds.     Prevacid 30mg bid, Mepron 250mg 1tsp bid x3 wks then off 1
                     wk,the repeat dose-hold,Pepcid 2 tab qHS, Singular 5-10mg
                     qhs,Zyrtec PRN, Zythromax 250mg-bid-hold, Rocephin IV-hold
                     Asacol 2 tabs BID-since 10.07; EpiPen -w/her,allimax6qd
                     Migranal NS for migranes 1sp each each nostril prn
                     Papsmear 6/08-normal; Off Pamelor;Off Entecort-didn't work
                     Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
     Allergy         Colonoscopy 6/07-microscopic colitis
                     E-MYCIN-vomit; Off-Frova/B12/MVI/Rocephin
                     Off; Hydrocodone,Neurontin,Amitiza,Maxalt,Zoloft,Vit50K,
                     {see text}, Advair
2wk after zythromax-mepron 750mg bid? 1wk later Rifampin 100mg
bid?
FMHx/SHx
     FHx             Father 59 kidney removed enlarged, scolosis, HTN, discecto
                     Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                     Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                     no children
                     PU~CVA/TIA '58
     SHx             Denies smoking or ETOH, lives alone
                     drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
     BP              115/61
     PULSE           65
     TEMPERATURE     36.2 c
GENERAL APPEARANCE
     DEVELOPMENT     Patient in no acute distress,
     NUTRITION       well developed,
     DEFORMITIES     no obvious deformity,
     GROOMING        excellent grooming,
     COMMUNICATION S oriented to time, person and place
Detailed Exam
Hand R 1
     General R       no tenderness, no synovitis, no deformity
     Range of Motion (B)full ROM
     Strength        (B)normal hand grip
     I CMCJ R        (B) no I CMCJ tenderness
Wrist
```

Page 15

Liberty002808

```
                        18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
   R Wrist              1+ tenderness, no synovitis
   R ROM               full range of motion
   R Effusion          no effusion
   R Deformity         no deformity present
   L Wrist             no synovitis or tenderness
   L ROM               full ROM
   L Effusion          no swelling
   L Deformity         Tinel's Sx negative,
Muscles
   R UE Proximal       (B) No proximal muscle tenderness, no weakness
   R UE Distal         (B) no distal muscle tenderness or weakness
   R LE Proximal       (B) no LE proximal muscle tenderness or weakness
   L LE Distal         (B)no distal muscle tenderness or weakness
   Trigger Points      No trigger point tenderness.
Gen Exam
   HEENT               PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                       dry oral mucosa, temporal artery 2+ pulse, NT (B)
   RS                  Clear to auscultation
                       no costochondral joint tenderness
   CVS                 RRR, no murmur, no rub, PDA pulse 2+ (B)
   ABD                 Not tender, no HSM, no LAP, BS present.
   NS                  Reflexes 2+ throughout, downgoing plantar reflexes (B)
   MS Gen.             no rash
                       no nail pitting
                       purplish warm fingers, not uffy
Test Results
Lab Review
   ESR                 8.09
mm/hr
   C-RP                Prot C-WNL, Prot.S-WNL
MG/DL
   SSA                 neg
   SSB                 neg
   ANA                 neg; neg DNA/Sm/RNP/LAC/acL
Impression-Rheumatology
   Impression          31 y.o. slender WF here w/the following problems since 8.08:
                       1.New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09
                       astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                       2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                       3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                       on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                       4. Angioedema'04, w/u showed high Thyroglobulin Ab,
                       multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
                       5. Asthma, seasonal allergies,possible nasal polyp'04, hives
                       6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
                       7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
                       8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                       9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
                       >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
                       Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.09,8.09,
also now normal Protein C, Protein S levels;
The above suggests:
Pronounced migraine headaches triggered the extensive work-up
which showed possible astrocytoma, possible tick-borne disease,
and perhaps rheumatic autoimmune disease:

1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal
bands, repeat MRI Brain at Yale 7.31.09 -reportedly stbale
lesion.

2. Neuroborreliosis -The patient is currently treated w/IV
Antibiotics since 4.09
for possible Neuroborreliosis
```

Page 16

Liberty002809

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
and possible coinfection with Babesia, HGE, and Bartonella per
ID MD, Dr.Rexler.
The diagnosis of Lyme dis based on CSF Lyme test is not
irrefutable since
her Lyme serology 1.09
was normal, Lyme C6 test -negative.

Haley does recall having a bull-eye
rash in '05 that was left unaddressed in any way by her at that
point.
She seems to have improved a lot on the regimen of IV Rocephin,
zithromax, Meperon; these are now on hold since 12.11.09 per her
ID MD.
3. I still suspect a possibility of an  autoimmune inflammatory
disorder predominantly because of the
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity
(MGM w/UC).
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09, 2.09, and 8.09, necessitating further observation re:
possible
other causes, e.g. Neuroborreliosis.
High positive ANA in 1.09,
arthralgia, Raynaud's phenomenon, and sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil, we will
continue it for now for symptomatic relief.

I will reevaluate her regarding any Connective Tissue Disease
once she completes her antibiotic regimen which she is scheduled
to resume this month.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, this improved to normal on
repeat test in 8.09. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley had mildly abnormal LFTs
of unclear origin. While her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished, will repeat the testing.

Page 17

Liberty002810

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Rheum Plan
Rheumatology Plan
   Plan                1. Daily exercising (walking).
                       2. Use sunscreen SPF>30 when outside.
                       3. Labs (Vit D). Resume Plaquenil 200 mg twice a day.
                       4. Prevident toothpaste;
                       5. Continue all other measures.
                       6. RTC in 4 months. BK
                       Haley will look up NIH guidelines on Vitamin D
                       Barbara Kage, MD,FACR; Board-certified Rheumatologist
Procedures
Joint/BWSA 1
   Image: 10019660.pdf    labs 01.04.10
   Joint/bwse          MD/Patient face-face time: 42 min, 25 min spent on counsel
Instructions          Code      Description
                      11.1      Labslip

Referrals             Code      Description
                      2.1       RheumF/ULtrSent

Visit Documents       Code      Description

Visit 38640.27     Date 01.04.2010      *** Follow Up Remarks ***
   Requested Next Visit Type ,
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*
                    Rheumatology & Allergy Institute of CT

                              361 Main St.
                           Manchester CT 06040
                             860.646.9929

Patient   38640    Haley  Spears        DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.26    Date: 12.09.2009

--------------------------------------------------------------------------------
Age    32 years   2 months
Family Doctor      10119                 Referring Doctor 10072
Dr. Kristin Giannini                     Dr. James W. O'Brien
Suite N
520 Hartford Tpk                         353 Main St.
Vernon Rockville CT 06066                Manchester CT 06040
860.872.8321                             860.649.3477
(                    )                    (                    )

                    **** Patient Call In ****
38640.26  Priority 4   Contact CVS WH 860.561.6164     **CLOSED**
Opened on     12.09.2009 at  04:35pm by  11 E. Ruff
                            Page 18

Liberty002811

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Rx Called in  12.09.2009 at  04:35pm by  11 E. Ruff
Closed on      12.09.2009 at  04:35pm by  11 E. Ruff
Problems
 hydroxychloroquine 200mg #180 1 po bid 1f 10.6.09
 er- ok this time only for 3 mo supply

Visit 38640.26    Date 12.09.2009    *** Follow Up Remarks ***
------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640    Haley  Spears        DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.25   Date: 10.06.2009

---

Age   31 years 11 months
Family Doctor      10119                    Referring Doctor 10072
Dr. Kristin Giannini                        Dr. James W. O'Brien
Suite N
520 Hartford Tpk                            353 Main St.
Vernon Rockville CT 06066                   Manchester CT 06040
860.872.8321                                860.649.3477
(                      )                    (                      )

**** Patient Call In ****
38640.25  Priority 4  Contact fax 800.636.9494      **CLOSED**
Opened on    10.05.2009 at  02:35pm by  55 A.Masiuk.
Rx Called in  10.06.2009 at  12:52pm by  55 A.Masiuk.
Last Assigned To  55 A.Masiuk.
Closed on      10.06.2009 at  03:46pm by  55 A.Masiuk.
Problems
 Plaquenil 200mg #180 1 tab 2x a day. am
 Folic acid 1mg 1 tab a day pharm.561.6164.9
 BK -OK for Plaquenil.I do not think that for her rheumatic conditio
 she needs any more Folic acid; if she should like to continue for
 any reason ->OK to use OTC Folic acid unless any of her other MDs
advise her otherwise.
12:51 PM 10/6/2009 Pt.is asking for directions on the OTC Folic
acid and she wants to know if it is necessary for her to take
it. Also she wants to know, when you want her
to sched. F\u visit.am
3:28 PM 10/6/2009 BK -From my point of view she does not need to
take it at present. OK to see her within 2-3 months or earlier
if needed.
3:44 PM 10/6/2009 pt.informed.am

Meds - Code        Description
        10.3       Plaquenil 200 mg
                            1 tab po bid
                            Dispense 180
                            Refills 1
                            Generic Allowed Yes
                   Doctor 1   Barbara Kage
                                    Page 19

Liberty002812

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Visit 38640.25     Date 10.06.2009       *** Follow Up Remarks ***
-------------------------------------------------------------------------------
*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640     Haley  Spears      DOB REDACTED
Primary Provider:   Barbara Kage, M.D., F.A.C.R.
Visit: 38640.24     Date: 08.05.2009
--------------------------------------------------------------------------------
Age   31 years 10 months
Family Doctor      10119                    Referring Doctor 10072
Dr. Kristin Giannini                        Dr. James W. O'Brien
Suite N
520 Hartford Tpk                            353 Main St.
Vernon Rockville CT 06066                   Manchester CT 06040
860.872.8321                                860.649.3477
(                    )                      (                              )

**** Patient Call In ****
38640.24  Priority 3   Contact                          **CLOSED**
Opened on       07.21.2009 at  02:10pm by  64 Kristens.
Last Assigned To  64 Kristens.
Closed on       08.05.2009 at  01:44pm by  64 Kristens.
Problems
 pt wrote letter for you to sign, please review, letter in your blue
 bin.-ks
 8/3/09 4:40pm-Inform her that per Dr.B.Kage,Labs July '09-autoimmune
 rheumatic screen is ok.Pt to follow up with Dr.Rexlan(infectious
 disease MD)re:low WBC and vitamin D.Please inform patient about
 results and send message back to Dr.B.Kage,so she can review
 letter-DD

1:20 PM 8/5/2009-pt informed,mailed letter to pt-ks

930.0887-cell

Messages  Date    Time   Id   Information
         08.04.2009 09:17  64  1mtcb
         08.05.2009 10:34  64  1mtcb

Visit 38640.24     Date 08.05.2009       *** Follow Up Remarks ***
-------------------------------------------------------------------------------
*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧*∧
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640     Haley  Spears      DOB REDACTED
Primary Provider:   Barbara Kage, M.D., F.A.C.R.
Visit: 38640.23     Date: 07.20.2009
--------------------------------------------------------------------------------
Age   31 years  9 months
Family Doctor      10119                    Referring Doctor 10072
Dr. Kristin Giannini                        Dr. James W. O'Brien
Suite N

Page 20

Liberty002813

```
                              18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
520 Hartford Tpk                          353 Main St.
Vernon Rockville CT 06066                 Manchester CT 06040
860.872.8321                              860.649.3477
(                      )                  (                      )

Emergency          Description
```

| Visit DX | Description |
|---|---|
| 443.0 | RAYNAUD'S SYNDROME |
| 346.20 | VRNT MIGRNE WO NTRC MGRN |
| 782.1 | NONSPECIF SKIN ERUPT NEC |
| 493.90 | ASTHMA NOS |
| 279.9 | IMMUNE MECHANISM DIS NOS |
| 719.04 | JOINT EFFUSION-HAND |
| 530.11 | REFLUX ESOPHAGITIS |
| 710.2 | SICCA SYNDROME |
| 733.90 | BONE & CARTILAGE DIS NOS |
| 281.1 | B12 DEFIC ANEMIA NEC |
| 088.81 | LYME DISEASE |
| V01.1 | TUBERCULOSIS CONTACT |
| 723.4 | BRACHIAL NEURITIS NOS |

## RHEUMATOLOGY

Chief Complaint
   Chief Complaint Achey all over, hands, feet,leg,neck and back6-10/10 pain
                and stiffness, fatigue 7-10+, insomnia-better, wgt gain
History Present Illness
HPI
   Location          ID MD 6.09-still IV Azithromycin,Meperon,Rifampin 6.09, a
                     dvised to stay the course; added Ultram, Lexapro; feels st
   Quality           able, pt feels disabled d/t memory lapses,off/on bad fatig
   Severity          see as per chief complaint; Neck pain & Rt parietal HA
   Timing            pain wakes the patient at night; Few yrs ago-"bulls eye"r
   Duration          ash'05;'05-started w/PUD,Diarrhea x2mos;GI scopes7.07-blee
   Context           ding ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                     Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
   Mod. Facts        in Winter, wears contacts;Raynaud's phenomenon-Mom
                     Thyroid nodules,saw Endo MD; Diarrhea-resolved now
   Assoc. Signs      Had 1.27.09-fMRI Brain-no cancer; Mat GM- UC dx @80+
                     Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                     intestinal colitis; Cognitive problems since summer'08
   Impact/Function out of work d/t Migraines; transient rashes, hives
                     MRI Brain 7.31.09; Thyroid nodules FNA x3: 11.04-OK '07-OK
Dog had Ehrlichiosis '05; pt started GI problems in '05, too.
ROS
   Constitutional  +fatigue,-fever,-chills,+night sweats,+weight loss& gain
   Musculoskeletal -Hands change color in the cold,+dry eyes,-dry mouth
                     +stiffness IN AM,+jaw pain+TMJ, + headache/migraines
   Eyes              +pain,-redness,+blurred/double vision, +floaters,-flashes
   Head,Nose,Throa -hair loss,-mouth ulcers,-nasal ulcers,+frequent sore thro
   Lymphatic         +lymphadenopathy.
   Cardiac           +chest tightness/ocas,+SOB-asthmatic, -cough,-coughing-mu
   Pulmonary         -chest tightness on taking deep breath,-cough,-wheeze
   GI                -heartburn,+abdomin.pain,+[Cdiarrhea,+nausea,+vomiting,-B
   GU                -dysuria,-incontinence,-h/o miscarriage, +frequency
   Sinus             -recurrent sinus - ear infections,-bleeding gums,+ear pain
   Skin              -psorjasis,+skin rash upon sun exposure,-nodules/bumps
   Neurologic        +muscle weakness,+tingling,+numbness,-burning,-falls
   Psychiatric       +anxiety-improved,-depression; HEME:-anemia,+bruising easi
   Ear               +ringing in ears, +blocked hearing; -Height loss >1"
PMHx

                              Page 21
```

Liberty002814

```
                      18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
   Medical           Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                     ro colitis asthma/allergies,nodules thyroid,fatty liver
   Surgical          Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                     thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
                     Fish oil 1000mg bid,
                     Plaquenil 200mg bid since 1.09, Lexapro 10 MG QD
                     Folic acid qd,Topamax 50 AM 150-PM,,Ultram tidpr
   Other Meds.       Prevacid 30mg bid
                     Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN
                     Zyrtec PRN, Advair 250/50 off, zythromax iv 500mg qdx12wks
                     Asacol 2 tabs BID - since 10.07; EpiPen -w/her,allimax6qd
                     Migranal NS for migranes 1sp each each nostril prn
                     Papsmear 6/08-normal; Off Pamelor;Off Entecort-didn't work
                     Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
   Allergy           Colonoscopy 6/07-microscopic colitis
                     E-MYCIN-vomit; off-Frova/B12/MVI/Rocephin
                     Off; Hydrocodone,Neurontin,Amitiza,Maxalt,Zoloft,Vit50K,

additional supplements-Super Artemisnin 500 mg 1 bid , Co Q h-cf
qd,Daily EFA 2 bid,Ester C 1000mg 1 qd
 Magnesium Taurate 125 mg 1 bid, Oralmat 1 qd, Saccharomyces
boulardii 250 mg 1 bid, Culturelle 2 bid,Colostrum- 2 bid
2wk after zythromax-mepron 750mg bid? 1wk later Rifampin 100mg
bid?
FMHx/SHx
   FHX               Father 59 kidney removed enlarged, scolosis, HTN, discecto
                     Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                     Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                     no children
                     PU-CVA/TIA '58
   SHx               Denies smoking or ETOH, lives alone
                     drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
   BP                105/69
   PULSE             69
   TEMPERATURE       37.0
GENERAL APPEARANCE
   DEVELOPMENT       Patient in no acute distress,
   NUTRITION         well developed,
   DEFORMITIES       no obvious deformity,
   GROOMING          excellent grooming,
   COMMUNICATION S   oriented to time, person and place
Detailed Exam
Hand R 1
   General R         no tenderness, no synovitis, no deformity
   Range of Motion   (B)full ROM
   Strength          (B)normal hand grip
   I CMCJ R          (B) no I CMCJ tenderness
Spine
   C-Spine           1+(B)tenderness of the paracervical muscle column
   C ROM             full ROM without discomfort
   Th-Spine          no local tenderness, full ROM
   Th ROM            full ROM
   LS-Spine          no local tenderness,
   LS ROM            full ROM without pain
   SLR Test          negative SLR test bilaterally
   Kyphosis          absent
Muscles
   R UE Proximal     (B) No proximal muscle tenderness, no weakness
   R UE Distal       (B) no distal muscle tenderness or weakness
   R LE Proximal     (B) no LE proximal muscle tenderness or weakness
                          Page 22
```

Liberty002815

```
                          18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
     L LE Distal      (B)no distal muscle tenderness or weakness
     Trigger Points   No trigger point tenderness.
Gen Exam
     HEENT            PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                      dry oral mucosa, temporal artery 2+ pulse, NT (B)
     RS               Clear to auscultation
                      no costochondral joint tenderness
     CVS              RRR, no murmur, no rub, PDA pulse 2+ (B)
     ABD              Not tender, no HSM, no LAP, BS present.
     NS               Reflexes 2+ throughout, downgoing plantar reflexes (B)
     MS Gen.          no rash
                      no nail pitting
                      purple sl. puffy fingers
Test Results
Lab Review
     ESR              4-2.28.09
mm/hr
     C-RP             Vt B12 -658; Vit D-37
MG/DL
     ANA              neg; neg DNA Ab
     Hep C Ag         CSF 2.3.09-Borrelia Burg. IgG-detected-bands 4,39,30,18;Nega
     RF               tive CSF B.borg.IgM; ACE-6-ok; +HLA B27 Ag
Impression-Rheumatology
     Impression       31 y.o. slender WF here w/the following problems since 8.08:
                      1.New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09
                      astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                      2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                      3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                      on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                      4. Angioedema'04, w/u showed high Thyroglobulin Ab,
                      multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
                      5. Asthma, seasonal allergies,possible nasal polyp'04, hives
                      6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
                      7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
                      8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                      9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
                      >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
                      Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.28.09
The above suggests:
Pronounced migraine headaches triggered the extensive work-up
which showed possible astrocytoma, possible tick-borne disease,
and perhaps rheumatic autoimmune disease:

1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal
bands, pt awaits repeated MRI Brain at Yale 7.31.09.

2. The patient is currently treated w/IV Antibiotics since 4.09
for possible Neuroborreliosis
and possible coinfection with Babesia, HGE, and Bartonella per
ID MD, Dr.Rexler.
The diagnosis of Lyme dis based on CSF Lyme test is not
irrefutable since
her Lyme serology 1.09
was normal, Lyme C6 test -negative. Given the lack of
standardization of assays, it is difficult to
determine the sensitivity or specificity of CSF Lyme antibody
testing. In a patient with a clinical scenario suggesting Lyme
disease, a positive study from a reputable laboratory should be
viewed as significant evidence in favor of the diagnosis.
However, negative CSF studies should not eliminate neuurologic
Lyme disease from consideration if clinical circumstances
support the diagnosis.
```

Page 23

Liberty002816

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

She was treated w/ Rocephin
1 gm/day 3.2.09 to
3.30.09, tolerated it well.  Haley does recall having a bull-eye
rash in '05 that was left unaddressed in any way by her at that
point.

3. I still suspect a possibility of an  autoimmune inflammatory
disorder predominantly because of the
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA, and FHX of autoimmunity
(MGM w/UC).
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09 & 2.09, necessitating further observation re: possible
other causes.
High positive ANA in 1.09,
arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil, we will
continue it for now for symptomatic relief.

I will reevaluate her regarding any Connective Tissue Disease
once she completes her antibiotic regimen.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7, She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley had mildly abnormal LFTs
of unclear origin. While her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished, will repeat the testing.

Page 24

Liberty002817

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

.

```
Rheum Plan
Rheumatology Plan
    Plan              1. F/u Infectious Disease MD & Dr.Zagar, await MRI Brain 7.09
                      2. Glucosamine 1500mg and chondroitin 1200/day
                      3. Use sunscreen SPF>30 when outside.
                      4. Plaquenil 200 mg twice a day.
                      5. Prevident toothpaste; Plaquenil baseline eye exam &yearly
                      6. Continue all other measures.
                      7. RTC in 3 months. BK
                      8. F/u with Dr. O'Brien.
                      9. Labs.
Procedures
Joint/BWSA 1
   Image: 10016851.pdf     LAB 7.20.09
   Joint/bwse         MD/Patient face-face time: 42 min, 25 min spent on counsel
Instructions         Code      Description
                     11.1      Labslip

Referrals            Code      Description
                     2.1       RheumF/ULtrSent

Visit Documents      Code      Description

Visit 38640.23     Date 07.20.2009     *** Follow Up Remarks ***
    Requested Next Visit Type ,
--------------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
                   Rheumatology & Allergy Institute of CT

                              361 Main St.
                           Manchester CT 06040
                              860.646.9929

Patient   38640    Haley Spears         DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.22    Date: 07.07.2009
```

---

```
Age   31 years  9 months
Family Doctor     10119              Referring Doctor 10072
Dr. Kristin Giannini                Dr. James W. O'Brien
Suite N
520 Hartford Tpk                    353 Main St.
Vernon Rockville CT 06066           Manchester CT 06040
860.872.8321                        860.649.3477
(                   )                 (                   )
```

```
                     **** Patient Call In ****
38640.22  Priority 3   Contact 860.308.2050          **CLOSED**
Opened on      07.06.2009 at  03:41pm by  64 Kristens.
Last Assigned To  64 Kristens.
Closed on      07.07.2009 at  01:17pm by  64 Kristens.
Problems
 pt has written letter for Dr. Kage to sign for disability per Dr.
 Kage's request.Would like to E-mail it to us instead of fax,so we
 are able to make corrections directly in the letter,is this possible
 pt will be in to make payment 7.7.09.-ks
 ? which email address? can I use nurse@raic.us-no-RK pt informed-ks
Messages  Date    Time    Id   Information
      07.07.2009 10:09   64   lmtcb
```

Page 25

Liberty002818

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Visit 38640.22    Date 07.07.2009    *** Follow Up Remarks ***
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^A
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640    Haley   Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.21    Date: 05.05.2009

---

Age   31 years  7 months
Family Doctor      10119                 Referring Doctor 10072
Dr, Kristin Giannini                     Dr. James W. O'Brien
Suite N
520 Hartford Tpk                         353 Main St.
Vernon Rockville CT 06066                Manchester CT 06040
860.872.8321                             860.649.3477
(                   )                     (                        )

**** Patient Call In ****
38640.21  Priority 4   Contact 1-888.468.5539      **CLOSED**
Opened on     05.04.2009 at  03:27pm by  55 A.Masiuk.
Rx Called in  05.05.2009 at  08:45am by  55 A.Masiuk.
Last Assigned To  55 A.Masiuk.
Closed on     05.05.2009 at  08:45am by  55 A.Masiuk.
Problems
 Zoloft 50mg 1 tab a day. #90 . Per pt. next visit 06.22.09
 ID 97026397601
 er- per discussion with patient, she is taking 50mg qd. Per Dr BK
 please call in Zoloft 50mg #90 1 po qd no additional

Visit 38640.21    Date 05.05.2009    *** Follow Up Remarks ***
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^A
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640    Haley   Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.20    Date: 04.28.2009

---

Age   31 years  6 months
Family Doctor      10119                 Referring Doctor 10072
Dr. Kristin Giannini                     Dr. James W. O'Brien
Suite N
520 Hartford Tpk                         353 Main St.
Vernon Rockville CT 06066                Manchester CT 06040
860.872.8321                             860.649.3477
(                   )                     (                        )

Emergency        Description


Visit DX         Description
    443.0        RAYNAUD'S SYNDROME
                              Page 26

Liberty002819

```
                       18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
    346.20        VRNT MIGRNE WO NTRC MGRN
    782.1         NONSPECIF SKIN ERUPT NEC
    493.90        ASTHMA NOS
    279.9         IMMUNE MECHANISM DIS NOS
    719.04        JOINT EFFUSION-HAND
    530.11        REFLUX ESOPHAGITIS
    710.2         SICCA SYNDROME
    733.90        BONE & CARTILAGE DIS NOS
    281.1         B12 DEFIC ANEMIA NEC
    088.81        LYME DISEASE
    V01.1         TUBERCULOSIS CONTACT
    723.4         BRACHIAL NEURITIS NOS
```

## RHEUMATOLOGY

Chief Complaint
    Chief Complaint Achey all over, hands, feet, leg, neck and back 6/10 pain
                    and stiffness, fatigue 7-10+, insomnia-better, wgt gain
History Present Illness
HPI
    Location        Fatigue, Pain, cognitive dysfunction off/on, ID MD felt
                    she has Lyme & perhaps Babesia, HGE, etc, starting IV Azit
    Quality         hromax, Atovaquane, pt feels disabled d/t memory lapses
    Severity        see as per chief complaint; Neck pain & Rt parietal HA
    Timing          pain wakes the patient at night; Few yrs ago-"bulls eye"r
    Duration        ash'05;'05-started w/PUD,Diarrhea x2mos;GI scopes7.07-blee
    Context         ding ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                    Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
    Mod. Facts      in Winter, wears contacts;Raynaud's phenomenon-Mom
                    Thyroid nodules,saw Endo MD; Diarrhea-resolved now
    Assoc. Signs    Had 1.27.09-fMRI Brain-no cancer; Mat GM- UC dx @80+
                    Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                    intestinal colitis; Cognitive problems since Summer'08
    Impact/Function out of work d/t Migraines; transient rashes, hives
                    Thyroid nodules FNA x3: 11.04-OK '07-OK
Dog had Ehrlichiosis '05; pt started GI problems in '05, too.
ROS
    Constitutional  +fatigue,-fever,-chills,+night sweats,+weight loss& gain
    Musculoskeletal -Hands change color in the cold,+dry eyes,-dry mouth
                    +stiffness all day,+jaw pain+TMJ, + headache/migraines
    Eyes            +pain,-redness,+blurred/double vision, +floaters,-flashes
    Head,Nose,Throa -hair loss,-mouth ulcers,-nasal ulcers,+frequent sore thro
    Lymphatic       -lymphadenopathy.
    Cardiac         +chest tightness/ocas,+SOB-asthmatic, +cough,-coughing-mu
    Pulmonary       -chest tightness on taking deep breath,-cough,-wheeze
    GI              -heartburn,+abdomin.pain,+[Cdiarrhea,-nausea,+vomiting,-BP
    GU              -dysuria,-incontinence,-h/o miscarriage, +frequency
    Sinus           -recurrent sinus - ear infections,-bleeding gums,+ear pain
    Skin            -psoriasis,+skin rash upon sun exposure,-nodules/bumps
    Neurologic      +muscle weakness,+tingling,+numbness,-burning,-falls
    Psychiatric     +anxiety-improved,-depression; HEME:-anemia,+bruising easi
    Ear             +ringing in ears, +blocked hearing; -Height loss >1"
PMHx
    Medical         Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                    ro colitis asthma/allergies,nodules thyroid,fatty liver
    Surgical        Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                    thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
    Rheum. Meds.    Rocephin 2 gm /off. q d-started 3.2.09-to -3.30.09
                    Fish oil 1000mg bid, MVI qd, Vit B-6-7, Vit D 50,000-off
                    Vit B- 12 1000 mcg qd, Plaquenil 200mg bid
                    Folic acid qd, Topamax 100 mg qd, Zoloft 50mg qd
    Other Meds.     Maxalt 1-2 tabs-off, Frova 1-2 tabs PRN, Prevacid 30mg bid
                         Page 27

Liberty002820

```
                    18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
                    Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN
                    Zyrtec PRN, Advair 250/50 bid, zythromax iv 500mg qdx12wks
                    Asacol 2 tabs BID - since 10.07; EpiPen -w/her,allimax6qd
                    Migranal NS for migranes 1sp each each nostril prn
                    Papsmear 6/08-normal; Off Pamelor;Off Entecort-didn't work
                    Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
     Allergy        Colonoscopy 6/07-microscopic colitis
                    E-MYCIN-vomit
                    Off; Hydrocodone, Neurontin, Amitiza
2wk after zythromax-mepron 750mg bid? 1wk later Rifampin 100mg
bid?
FMHX/SHX
     FHX            Father 59 kidney removed enlarged, scolosis, HTN, discecto
                    Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                    Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                    no children
                    PU-CVA/TIA '58
     SHX            Denies smoking or ETOH, lives alone
                    drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
     BP             122/67
     PULSE          75
     TEMPERATURE    36.4
GENERAL APPEARANCE
     DEVELOPMENT    Patient in no acute distress,
     NUTRITION      well developed,
     DEFORMITIES    no obvious deformity,
     GROOMING       excellent grooming,
     COMMUNICATION S oriented to time, person and place
Gen Exam
     HEENT          PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                    dry oral mucosa, temporal artery 2+ pulse, NT (B)
     RS             Clear to auscultation
                    no costochondral joint tenderness
     CVS            RRR, no murmur, no rub, PDA pulse 2+ (B)
     ABD            Not tender, no HSM, no LAP, BS present.
     NS             Reflexes 2+ throughout, downgoing plantar reflexes (B)
     MS Gen.        erythematous raised maculopapular rash V-neck
                    no nail pitting
                    purple sl. puffy fingers
Test Results
Lab Review
     ESR            4-2.28.09
mm/hr
     C-RP           Vt B12 -658; Vit D-37
MG/DL
     ANA            neg; neg DNA Ab
     Hep C Ag       CSF 2.3.09-Borrelia Burg. IgG-detected-bands 4,39,30,18;Nega
     RF             tive CSF B.borg.IgM; ACE-6-ok; No
Impression-Rheumatology
     Impression     31 y.o. slender WF here w/the following problems since 8.08:
                    1. New onset Severe Migraine since 8.08, abnormal MRI Brain
                    & fMRI 1.27.09 at Yale;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                    2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                    3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                    on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                    4. Angioedema'04, w/u showed high Thyroglobulin Ab,
                    multinodular goiter since'04,few FNAS-WNL, euthyroid,no meds
                    5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
                    6. H/o Plantar fasciitis Summer'08, better now
                    7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
                    8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                    9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
                              Page 28
```

Liberty002821

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
>10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.28.09
The above suggests:
Pronounced migraine headaches triggered the extensive work-up,
the patient is currently treated for possible Neuroborreliosis
and possible coinfection with Babesia, HGE -ID w/u is pending.
The diagnosis of Lyme dis based on CSF Lyme test is not
irrefutable since
her Lyme serology 1.09
was normal, Lyme C6 test -negative. She was treated w/ Rocephin
1 gm/day 3.2.09 to
3.30.09, tolerated it well so
far. Somehow she was never checked for Babesia, her ID MD is
checking for it now & has started empirically the treatment with
Atovaquone & Azithromax.  Haley does recall having a bull-eye
rash in '05 that was left unaddressed in any way by her at that
point.
It is still unclear what is the significance of it, I will look
forward to her ID MD's assessment once her lab report becomes
available.

I still suspect a possibility of an  autoimmune inflammatory
disorder predominantly because of the
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity
(MGM w/UC).
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09 & 2.09, necessitating further observation re: possible
other causes.
High positive ANA,
arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil.

I will reevaluate her regarding any Connective Tissue Disease
once she completes her antibiotic regimen.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7, She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley continues to have mildly abnormal LFTs
of unclear origin. While her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.

Page 29

Liberty002822

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished.

Excerpt from Up-to-Date:
NEUROLOGIC LYME DISEASE...The diagnosis of neurologic Lyme
disease should not be made in patients who are seronegative; the
absence of detectable antibodies in the serum is strong evidence
against the diagnosis.

CSF analysis...Headache and neck stiffness are common early
symptoms in patients with erythema migrans. However, a
cerebrospinal fluid (CSF) pleocytosis is usually not present at
this time. In contrast, a pleocytosis and elevated protein
concentration are often seen in patients with severe headache
and mild neck stiffness several weeks into the infection,
especially those with objective neurologic abnormalities (eg,
facial nerve palsy). CSF analysis should be performed in these
patients to evaluate for meningitis.

A separate issue is the role of CSF analysis in patients with
facial nerve palsy. The Infectious Diseases Society of America
Lyme disease guidelines recommend lumbar puncture in such
patients if there is a strong clinical suspicion of central
nervous system involvement (eg, severe or prolonged headache or
neck stiffness). Lumbar puncture should also be considered in
patients with radiculoneuropathy thought to be due to Lyme
disease, but not in patients with peripheral neuropathy alone
who usually do not have a pleocytosis.

CSF Lyme antibodies...In patients with suspected early Lyme
meningitis or late Lyme encephalopathy, testing the CSF for
intrathecal production of antibodies to B. burgdorferi is useful
for establishing the diagnosis. However, a negative test for
Lyme antibodies in the CSF does not exclude neurologic Lyme
disease.

Given the lack of standardization of assays, it is difficult to
determine the sensitivity or specificity of CSF Lyme antibody
testing. In a patient with a clinical scenario suggesting Lyme
disease, a positive study from a reputable laboratory should be
viewed as significant evidence in favor of the diagnosis.
However, negative CSF studies should not eliminate neuurologic
Lyme disease from consideration if clinical circumstances
support the diagnosis.

Rheum Plan
Rheumatology Plan
     Plan                 1. F/u Infectious Disease MD
                          2. Biotene dry mouth dry eyes care line of products.
                          3. Avoid sun exposure, keep the entire body warm, avoid BCP
                          5. Use sunscreen SPF>30 when outside.
                                           Page 30

Liberty002823

                18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
             6. Plaquenil 200 mg twice a day.
             7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
             8. RTC in 6 weeks. BK
             9. Multivitamin 1 tab a day.
Procedures
Joint/BWSA 1
   Joint/bwse        MD/Patient face-face time: 42 min, 25 min spent on counsel
Referrals           Code     Description
                    2.1      RheumF/ULtrSent

Visit 38640.20    Date 04.28.2009    *** Follow Up Remarks ***
     Requested Next Visit Type ,
-------------------------------------------------------------------------
                **** Patient Call Back ****
38640.20          Date To Be Called  04.28.2009    **CLOSED**
Opened on    04.28.2009 at  04:04pm by
Closed on    05.06.2009 at  11:46am by Barbara Kage, M.D., F.A.C.R.
Contact CVS pharmacy didn't have
Reason Biotene is it called something
Remarks else?

*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                Rheumatology & Allergy Institute of CT

                            361 Main St.
                        Manchester CT 06040
                          860.646.9929

Patient   38640    Haley  Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.19   Date: 04.02.2009
_____
Age    31 years   6 months
Family Doctor       10119              Referring Doctor 10072
Dr. Kristin Giannini                   Dr. James W. O'Brien
Suite N
520 Hartford Tpk                       353 Main St.
Vernon Rockville CT 06066              Manchester CT 06040
860.872.8321                           860.649.3477
(                       )              (                       )

Emergency          Description




Visit DX          Description
    443.0         RAYNAUD'S SYNDROME
    346.20        VRNT MIGRNE WO NTRC MGRN
    782.1         NONSPECIF SKIN ERUPT NEC
    493.90        ASTHMA NOS
    279.9         IMMUNE MECHANISM DIS NOS
    719.04        JOINT EFFUSION-HAND
    530.11        REFLUX ESOPHAGITIS
    710.2         SICCA SYNDROME
    733.90        BONE & CARTILAGE DIS NOS
    281.1         B12 DEFIC ANEMIA NEC
                            Page 31

Liberty002824

```
                        18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
     088.81            LYME DISEASE
     V01.1             TUBERCULOSIS CONTACT
     723.4             BRACHIAL NEURITIS NOS
```

## RHEUMATOLOGY

Chief Complaint
    Chief Complaint Achey all over, hands, feet, leg, neck and back 6/10 pain
        and stiffness, fatigue 9-10/10, insomnia, wgt loss 4lbs
History Present Illness
HPI
| | |
|---|---|
| Location | Difficulty falling & staying asleepd/t feeling uncomfortab |
| | le;no response to Benadryl, Melatonin, Migraine; daily HA, |
| Quality | hurts in multiple joints, had 29 days of Rocephin |
| Severity | see as per chief complaint; Neck pain & Rt parietal HA |
| Timing | pain wakes the patient at night |
| Duration | '05 -started w/PUD, Diarrhea x 2mos; GI scopes 7.07-bleed |
| Context | ing ulcers, microscopic colitis; ANA 1:1280 h/s; Off BCP; |
| | Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse |
| Mod. Facts | in winter, wears contacts;Raynaud's phenomenon-Mom |
| | Thyroid nodules,saw Endo MD; Diarrhea-resolved now |
| Assoc. Signs | Awaits 1.27.09-fMRI Brain; Mat GM- UC dx in her 80-ies |
| | Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy- |
| | intestinal colitis; Cognitive problems since Summer'08 |
| Impact/Function | out of work d/t Migraines; transient rashes, hives |
| | Thyroid nodules FNA x3: 11.04-OK '07-OK |

ROS
| | |
|---|---|
| Constitutional | +fatigue,+fever,-chills,+night sweats,+weight loss |
| Musculoskeletal | +Hands change color in the cold,+dry eyes,-dry mouth |
| | +stiff varies,+jaw pain+TMJ, + headache in temples |
| Eyes | +pain,+redness,+blurred/double vision, +floaters,+flashes |
| Head,Nose,Throa | -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro |
| Lymphatic | -lymphadenopathy. |
| Cardiac | +chest pain,+SOB-asthmatic, +cough, +coughing-mucous |
| Pulmonary | +chest tightness on taking deep breath,-+cough,+wheeze |
| GI | -heartburn,+abdomin.pain,-diarrhea,-nausea,-vomiting,-BPR |
| GU | -dysuria,-incontinence,-h/o miscarriage, +frequency |
| Sinus | -recurrent sinus - ear infections,-bleeding gums,+earache |
| Skin | -psoriasis,+skin rash upon sun exposure,-nodules/bumps |
| Neurologic | +muscle weakness,+tingling,+numbness,+burning,-falls |
| Psychiatric | +anxiety,-depression; HEME:-anemia,+bruising easily |
| Ear | +ringing in ears, +blocked hearing; -Height loss >1" |

PMHx
| | |
|---|---|
| Medical | Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic |
| | ro colitis asthma/allergies,nodules thyroid,fatty liver |
| Surgical | Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur |
| | thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04 |

Current Meds.
Current Medications - Rheumatology
| | |
|---|---|
| Rheum. Meds. | Rocephin 2 gm I.V. q d-started 3.2.09-to -3.30.09 |
| | Fish oil 1000mg bid, MVI qd, Vit B-6-7, Vit D 50,000-off |
| | Vit B- 12 1000 mcg qd, Plaquenil 200mg bid |
| | Folic acid qd, Topamax 100 mg qd, Zoloft- not taking |
| Other Meds. | Maxalt 1-2 tabs-off, Frova 1-2 tabs PRN, Prevacid 30mg bid |
| | Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN |
| | Zyrtec PRN, Advair 250/50 bid |
| | Asacol 2 tabs BID - since 10.07; EpiPen -w/her |
| | Migranal NS for migranes 1sp each each nostril prn |
| | Papsmear 6/08-normal; Off Pamelor; Off Entecort-didn't wor |
| | Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer |
| Allergy | Colonoscopy 6/07-microscopic colitis |
| | E-MYCIN-vomit |
| | Off; Hydrocodone, Neurontin, Amitiza |

FMHx/SHx

Page 32

```
                        18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
    FHX                 Father 59 kidney removed enlarged, scolosis, HTN, discecto
                        Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                        Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                        no children
                        PU-CVA/TIA '58
    SHX                 Denies smoking or ETOH, lives alone
                        drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
    BP                  124/67
    PULSE               72
    TEMPERATURE         37.3 c
GENERAL APPEARANCE
    DEVELOPMENT         Patient in no acute distress,
    NUTRITION           well developed,
    DEFORMITIES         no obvious deformity,
    GROOMING            excellent grooming,
    COMMUNICATION S     oriented to time, person and place
Detailed Exam
Shoulder
    R Shoulder          2+ tender suprascapular notch
    R ROM               full ROM
    R Effusion          no effusion
    R Bursa             no subacromial bursa tenderness
    R Tendons           no supraspinatus tendonits
    L Shoulder          2+tender suprascapular notch
    L ROM               full ROM
    L Effusion          no effusion
    L Bursa             no SAB tenderness
    L Tendons           no tenderness of supraspinatus tendon
Spine
    C-Spine             1+(B)tenderness of the paracervical muscle column
    C ROM               full ROM without discomfort
    Th-Spine            no local tenderness, full ROM
    Th ROM              full ROM
    LS-Spine            no local tenderness,
    LS ROM              full ROM without pain
    SLR Test            negative SLR test bilaterally
    Kyphosis            absent
Muscles
    R UE Proximal       (B) No proximal muscle tenderness, no weakness
    R UE Distal         (B) no distal muscle tenderness or weakness
    R LE Proximal       (B) no LE proximal muscle tenderness or weakness
    L LE Distal         (B)no distal muscle tenderness or weakness
    Trigger Points      No trigger point tenderness.
Gen Exam
    HEENT               PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                        dry oral mucosa, temporal artery 2+ pulse, NT (B)
    RS                  Clear to auscultation
                        no costochondral joint tenderness
    CVS                 RRR, no murmur, no rub, PDA pulse 2+ (B)
    ABD                 Not tender, no HSM, no LAP, BS present.
    NS                  Reflexes 2+ throughout, downgoing plantar reflexes (B)
    MS Gen.             erythematous raised maculopapular rash V-neck
                        no nail pitting
                        purple sl. puffy fingers
Impression-Rheumatology
    Impression          31 y.o. slender WF here w/the following problems since 8.08:
                        1. New onset Severe Migraine since 8.08, abnormal MRI Brain
                        & fMRI 1.27.09 at Yale;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                        2. since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                        3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                        on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                        4. Angioedema'04, w/u showed high Thyroglobulin Ab,
                                         Page 33
```

Liberty002826

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
>10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; repeat ANA, DNA ab -2.28.09
The above suggests:
Pronounced migraine headaches triggered the extensive work-up,
the patient is currently treated for possible Neuroborreliosis.
This diagnosis based on CSF Lyme test is not irrefutable since
her Lyme serology 1.09
was normal. She was treated w/ Rocephin 1 gm/day 3.2.09 to
3.30.09, tolerated it well so
far.
An autoimmune inflammatory disorder is suspected due to
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA.
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09 & 2.09, necessitating further observation re: possible
other causes.
High positive ANA,
arthralgia, Raynaud's phenomenon, and sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil.
Haley should complete Rocephin and seek an evaluation by an
Infectious Disease specialist re: her LYME tests.
I will reevaluate her regarding any Connective Tissue Disease
once she completes her Rocephin treatment.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley continues to have mildly abnormal LFTs
of unclear origin. while her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished.

Excerpt from Up-to-Date:
NEUROLOGIC LYME DISEASE...The diagnosis of neurologic Lyme
disease should not be made in patients who are seronegative; the
Page 34

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
absence of detectable antibodies in the serum is strong evidence
against the diagnosis.

CSF analysis...Headache and neck stiffness are common early
symptoms in patients with erythema migrans. However, a
cerebrospinal fluid (CSF) pleocytosis is usually not present at
this time. In contrast, a pleocytosis and elevated protein
concentration are often seen in patients with severe headache
and mild neck stiffness several weeks into the infection,
especially those with objective neurologic abnormalities (eg,
facial nerve palsy). CSF analysis should be performed in these
patients to evaluate for meningitis.

A separate issue is the role of CSF analysis in patients with
facial nerve palsy. The Infectious Diseases Society of America
Lyme disease guidelines recommend lumbar puncture in such
patients if there is a strong clinical suspicion of central
nervous system involvement (eg, severe or prolonged headache or
neck stiffness). Lumbar puncture should also be considered in
patients with radiculoneuropathy thought to be due to Lyme
disease, but not in patients with peripheral neuropathy alone
who usually do not have a pleocytosis.

CSF Lyme antibodies...In patients with suspected early Lyme
meningitis or late Lyme encephalopathy, testing the CSF for
intrathecal production of antibodies to B. burgdorferi is useful
for establishing the diagnosis. However, a negative test for
Lyme antibodies in the CSF does not exclude neurologic Lyme
disease.

Given the lack of standardization of assays, it is difficult to
determine the sensitivity or specificity of CSF Lyme antibody
testing. In a patient with a clinical scenario suggesting Lyme
disease, a positive study from a reputable laboratory should be
viewed as significant evidence in favor of the diagnosis.
However, negative CSF studies should not eliminate neuurologic
Lyme disease from consideration if clinical circumstances
support the diagnosis.

Rheum Plan
Rheumatology Plan
    Plan              1. Consult Infectious Disease MD
                      2. Biotene dry mouth dry eyes care line of products.
                      3. Avoid sun exposure, keep the entire body warm, avoid BCP
                      4. Start Zoloft 25 mg/PM x 1 week, then 50 mg/PM.
                      5. Use sunscreen SPF>30 when outside.
                      6. Plaquenil 200 mg twice a day.
                      7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
                      8. (B) suprascapular nerve block w/US guidance
                      9. RTC in - weeks. BK
                      12. Multivitamin 1 tab a day.
Procedures

Page 35

Liberty002828

Case 3:11-cv-01807-VLB  Document 145-4  Filed 11/16/18  Page 53 of 501

                    18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Joint/BWSA 1
    Joint/bwse      (B) suprascapular nerve block w/US guidance
    shoulder


(B) SUPRASCAPULAR NERVE BLOCK with Ultrasound guidance

The suprascapular nerve is a branch of the  superior trunk of
the brachial plexus from the fifth & sixth cervical nerves.

After explaining possible complications and side effects of the
injection and the medicines used for the injections, a verbal
consent was obtained from the patient.
The spine of the scapula was identified, and a line vertical
through the midpoint of the spine and parallel to the vertebral
column was drawn. The upper & outer quadrants so formed were
bisected, and using the ultrasound the suprascuplar nerve/artery
bundle was identified. The 25 G 1.5" needle was inserted at a
right angle to
the skin at a distance of 2 cm along this line. The needle was
then advanced until the dorsal surface of the scapula was
contacted, and then walked along this dorsal surface until,using
the ultrasound, the
supraspinatus notch and the suprascuplar nerve/artery bundle was
again identified. At this point a total of 80
mg of DepoMedrol and 3 cc of Plain 2% Lidocaine was injected.
The entire procedure was repeated in the same manner on the
other side.
The patient tolerated the procedure very well.
Post-procedure instructions were given to the patient.

 The patient reported improvement in symptoms.
Postinjection instructions were given and all questions were
answered.
Meds - Code     Description
     12.24      Zoloft 50 mg
                        25 mg/PM x 1 week, then 50 mg/PM-[B-[A po qd
                        Dispense 30
                        Refills 3
                        Generic Allowed Yes
                 Doctor 1   Barbara Kage

Visit 38640.19    Date 04.02.2009    *** Follow Up Remarks ***
    Requested Next Visit Type ,,,,,,,
------------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
              Rheumatology & Allergy Institute of CT

                         361 Main St.
                      Manchester CT 06040
                        860.646.9929

Patient   38640    Haley Spears       DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.18    Date: 04.02.2009

Age   31 years  6 months
Family Doctor      10119              Referring Doctor 10072
Dr. Kristin Giannini                 Dr. James W. O'Brien
Suite N
520 Hartford Tpk                     353 Main St.
Vernon Rockville CT 06066            Manchester CT 06040
860.872.8321                         860.649.3477
                                     Page 36

Liberty002829

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
(                      )                (                      )

**** Patient Call In ****
38640.18  Priority 3  Contact disability carrier    **CLOSED**
Opened on      03.24.2009 at  08:33am by  11 E. Ruff
Last Assigned To   1 B.Kage
Closed on      04.02.2009 at  02:20pm by  64 KristenS.
Problems
 patient would like us to communicate to disability carrier that as
 of today, she has 'full-time restricted hours' meaning that she will
 not be able to work any hours, will be completely out of work. Per
 last ov note, plan was to continue decreased schedule.
 er- pt saw rheumatologist in New Haven today; pt is concerned that
 he feels that neg lab and pos fluid cancel each out and she
 does not have Lyme.
 He is going to review her reports and call patient tomorrow.
 Patient states that she and
 her family have been researching and are considering ID consult
 with a Lyme MD.

 1:01 PM 3/30/2009  er
 patient is seeking appt with Dr Donta (ID) in Boston. Dr Zagar
 has
 told pt he recommends pulling her PIC line if she cannot get in
 soon
 to this new MD, or if rheumatologist from New Haven decides not
 to continue tx.
 She has not heard from him regarding his plan.

  2:16 PM 4/2/2009-closed to check in pt-ks


Visit 38640.18    Date 04.02.2009    *** Follow Up Remarks ***
------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640    Haley  Spears       DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.16   Date: 03.20.2009

Age   31 years  5 months
Family Doctor     10119              Referring Doctor 10072
Dr. Kristin Giannini                Dr. James W. O'Brien
Suite N
520 Hartford Tpk                    353 Main St.
Vernon Rockville CT 06066           Manchester CT 06040
860.872.8321                        860.649.3477
(                      )            (                      )

**** Patient Call In ****
38640.16  Priority 3  Contact                    **CLOSED**
Opened on      03.13.2009 at  09:44am by  57 K.Taylor
Last Assigned To   1 B.Kage
Closed on      03.20.2009 at  11:29am by  11 E. Ruff
Problems
 Pt needs letter for Infectious Disease Doctor at Yale
 Also patient is asking if it is okay to continue with Guardasil
Page 37

Liberty002830

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

series?
er- per earlier discussion, please foward last ov note and labs
Dr Kage - the Guardasil?
7:34 AM 3/16/2009 BK - there are no rheumatic contraindications
to Guardasil at this point. Haley would be well advised to ask
her ID MD about it, too.
7:49 AM 3/16/2009 er
patient notified; records faxed
4:46 PM 3/17/2009-per pt states Dr.Zagars office called ID
clinic at Yale they stated they could not see pt due to her
symptoms,Dr. Zarfos has now referred Haley to the Lyme clinic at
Yale which is ran by Rheumatologists,pt would like to know what
to do next considering 3 of her doctors have referred her to see
ID.-ks (32 pages of Haleys chart were faxed to Yale infectious
disease clinic.)-ks
Pt also needs refill for Folic Acid 1mg #90 pt takes 1daily
Vitamin D 50,000IU #12, Plaquenil 200mg #180 pt takes 1 twice
daily would like these scripts written to be faxed to express
scripts for 90 day supply-ks
3:05 PM 3/18/2009 BK -It is OK to see Lyme Clinic run by
Rheumatology, they will give us a second opinion on her entire
situation and not just pertaining to the Lyme disease.
Regarding Vit D -once she completed her weekly Vit D 50K, she
can start Vitamin 1000 mg/day (OTC).
Other Rx -OK.

4:27 PM 3/18/2009-pt informed of above, she will see the lyme
clinic at Yale as advised, pt is asking if she still needs to
persue to see an infectious disease Dr. elsewhere? Pt concerned
with having all your findings faxed over to the new rheumatology
clinic if this is truely for a 2nd opinion,should records not be
faxed? Pt is a little leary of seeing another rheumatologist
would like to see an infectious disease doctor.-ks

lyme clinic-203.495.1888

10:24 AM 3/20/2009 er
per my discussion with Dr BK, pt to start with rheum consult re;
Lyme
If the rheumatologist at Yale recommends an ID consult, they
will be
more likely to be able to obtain appt there. Patient notified.

RHEUMATOLOGY

Test Results
Lab Review
    ESR                 4-2.28.09
mm/hr
    C-RP                Vt B12 -658; Vit D-37
MG/DL
    ANA                 neg; neg DNA Ab
    Hep C Ag            CSF 2.3.09-Borrelia Burg. IgG-detected-bands 4,39,30,18;Nega
    RF                  tive CSF B.borg.IgM; ACE-6-ok; No
Meds - Code         Description
       10.3         Plaquenil 200 mg
                            1 tab po bid
                            Dispense 180
                            Refills 1
                            Generic Allowed Yes
                    Doctor 1   Barbara Kage
                                    Page 38

Liberty002831

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
10.7   Folic Acid 1 mg
1 tab po qd
Dispense 100
Refills 1
Generic Allowed Yes
Do not take Folic acid on the Methotrexate day
Doctor 1   Barbara Kage

Visit 38640.16   Date 03.20.2009   *** Follow Up Remarks ***
------------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient  38640   Haley Spears   DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.15   Date: 03.12.2009
_____
Age / 31 years  5 months
Family Doctor    10119                Referring Doctor 10072
Dr. Kristin Giannini                  Dr. James W. O'Brien
Suite N
520 Hartford Tpk                      353 Main St.
Vernon Rockville CT 06066             Manchester CT 06040
860.872.8321                          860.649.3477
(                    )                (                    )

Emergency         Description


Visit DX          Description
    443.0         RAYNAUD'S SYNDROME
    346.20        VRNT MIGRNE WO NTRC MGRN
    782.1         NONSPECIF SKIN ERUPT NEC
    493.90        ASTHMA NOS
    279.9  .]     IMMUNE MECHANISM DIS NOS
    719.04 .-     JOINT EFFUSION-HAND
    530.11 A:     REFLUX ESOPHAGITIS
    710.2         SICCA SYNDROME
    733.90        BONE & CARTILAGE DIS NOS
    281.1         B12 DEFIC ANEMIA NEC
    088.81        LYME DISEASE
    V01.1         TUBERCULOSIS CONTACT

                        RHEUMATOLOGY
Chief Complaint
   Chief Complaint PPD check
Procedures
Joint/BWSA 1
   Joint/bwse      PPD right forearm 0x0mm redness/induration-DDuffy PAC
Orders
  Code    Description                    Status       Completed
  10.5    PPD CHECK 2009                 COMPLETED    03.12.09
 Visit 38640.15   Date 03.12.2009   *** Follow Up Remarks ***
    Requested Next Visit Type ,
------------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
Rheumatology & Allergy Institute of CT
Page 39

Liberty002832

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640    Haley Spears     DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.14   Date: 03.10.2009

---

Age   31 years  5 months
Family Doctor       10119                 Referring Doctor 10072
Dr. Kristin Giannini                      Dr. James W. O'Brien
Suite N
520 Hartford Tpk                          353 Main St.
Vernon Rockville CT 06066                 Manchester CT 06040
860.872.8321                              860.649.3477
(              )                          (              )

Emergency        Description


Visit DX              Description
    443.0             RAYNAUD'S SYNDROME
    346.20            VRNT MIGRNE WO NTRC MGRN
    782.1             NONSPECIF SKIN ERUPT NEC
    493.90            ASTHMA NOS
    279.9             IMMUNE MECHANISM DIS NOS
    719.04            JOINT EFFUSION-HAND
    530.11            REFLUX ESOPHAGITIS
    710.2             SICCA SYNDROME
    733.90            BONE & CARTILAGE DIS NOS
    281.1             B12 DEFIC ANEMIA NEC
    088.81            LYME DISEASE
    V01.1             TUBERCULOSIS CONTACT

                              RHEUMATOLOGY
Chief Complaint
    Chief Complaint PPD plant
Procedures
Joint/BWSA 1
    Joint/bwse       PPD planted right forearm-DDuffy PAC
Orders
    Code    Description                      Status      Completed
    10.1    Tuberculin Skin Test             COMPLETED   03.10.09

Visit 38640.14    Date 03.10.2009    *** Follow Up Remarks ***
    Requested Next Visit Type ,

*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
               Rheumatology & Allergy Institute of CT

                          361 Main St.
                       Manchester CT 06040
                         860.646.9929

Patient   38640    Haley Spears     DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.13   Date: 03.09.2009

---

Age   31 years  5 months
Family Doctor       10119
Dr. Kristin Giannini                      Referring Doctor 10072
                                          Dr. James W. O'Brien
                                          Page 40

Liberty002833

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Suite N
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                )                       (                )

Emergency        Description

Visit DX         Description
    443.0        RAYNAUD'S SYNDROME
    346.20       VRNT MIGRNE WO NTRC MGRN
    782.1        NONSPECIF SKIN ERUPT NEC
    493.90       ASTHMA NOS
    279.9        IMMUNE MECHANISM DIS NOS
    719.04       JOINT EFFUSION-HAND
    530.11       REFLUX ESOPHAGITIS
    710.2        SICCA SYNDROME
    733.90       BONE & CARTILAGE DIS NOS
    281.1        B12 DEFIC ANEMIA NEC
    088.81       LYME DISEASE

                        RHEUMATOLOGY
Chief Complaint
    Chief Complaint fatigue-10/10, headache,difficulty concentrating,memorylos
                achey legs & arms,face, neck, spine, feet
History Present Illness
HPI
    Location     Migraine HA, (B)foot pain,plantar fasciitis,sinus HAs but
                 dx as migraine but ENT; bad Migraine HA x4days,Maxalt not
    Quality      LP-possible Lyme dis, started Rocephin x 1 wk, tolerates
    Severity     Neurologist at Yale; see as per chief complaint
    Timing       calves stff & tight-yrs; no AMS
    Duration     '05 ~started w/PUD, Diarrhea x 2mos; GI scopes 7.07-bleed
    Context      ing ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                 Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
    Mod. Facts   in Winter, wears contacts;Raynaud's phenomenon-Mom
                 Thyroid nodules, awaits an appt w/Oberstein 1.09
    Assoc. Signs Awaits 1.27.09-fMRI Brain; Mat GM- UC dx in her 80-ies
                 Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                 intestinal colitis; Cognitive problems since Summer'08
    Impact/Function out of work d/t Migraines; transient rashes, hives
                 Thyroid nodules FNA x3: 11.04-OK '07-OK
ROS
    Constitutional +fatigue,-fever,+chills,+night sweats,+weight loss
    Musculoskeletal +Hands change color in the cold,+dry eyes,-dry mouth
                 +stiff in AM,+jaw pain+TMJ, + headache in temples
    Eyes         +pain,-redness,-blurred/double vision, +floaters,+flashes
    Head,Nose,Throa -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
    Lymphatic    -lymphadenopathy.
    Cardiac      -chest pain,+SOB-asthmatic, +cough, +coughing-mucous
    Pulmonary    +chest tightness on taking deep breath,-+cough,[D+wheeze-o
    GI           -heartburn,-abdomin.pain,+diarrhea,-nausea,-vomiting,-BPR
    GU           -dysuria,-incontinence,-h/o miscarriage
    Sinus        -recurrent sinus - ear infections,-bleeding gums,+earache
    Skin         -psoriasis,+skin rash upon sun exposure,-nodules/bumps
    Neurologic   +muscle weakness,+tingling,+numbness,-burning,-falls
    Psychiatric  +anxiety,-depression: HEME:-anemia,+bruising easily
    Ear          +ringing in ears, +blocked hearing; -Height loss >1"
PMHx
    Medical      Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                 ro colitis asthma/allergies,nodules thyroid,fatty liver
                        Page 41

Liberty002834

```
                              18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
   Surgical              Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                         thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
   Rheum. Meds.          Rocephin 2 gm I.V. q d-started 3.2.09
                         fish oil 1000 mg bid, MVI qd, Vit B 6-7, vit D 50,000 q w
                         Vit b 12 1000 mcg qd, Plaquenil 200 mg bid
                         folic acid qd, Topamax 100 mg qd, Zoloft- not taking
   Other Meds.           Maxalt 1-2 tabs PRN, Frova 1-2 tabs PRN, Prevacid 30mg bid
                         Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN
                         Zyrtec PRN,
                         Asacol 2 tabs BID - since 10.07; EpiPen -w/her
                         Migranal NS for migranes 1sp each each nostril prn
                         Papsmear 6/08-normal; Off Pamelor; Off Entecort-didn't wor
                         Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
   Allergy               Colonoscopy 6/07-microscopic colitis
                         E-MYCIN-vomit
                         Off; Hydrocodone, Neurontin, Amitiza
FMHx/SHx
   FHx                   Father 59 kidney removed enlarged, scolosis, HTN, discecto
                         Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                         Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                         no children
                         PU-CVA/TIA '58
   SHx                   Denies smoking or ETOH, lives alone
                         drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
   BP                    142/93
   PULSE                 76
   TEMPERATURE           36.0 c
   WEIGHT                54 kg
GENERAL APPEARANCE
   DEVELOPMENT           Patient in no acute distress,
   NUTRITION             well developed,
   DEFORMITIES           no obvious deformity,
   GROOMING              excellent grooming,
   COMMUNICATION S oriented to time, person and place
Gen Exam
   HEENT                 PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                         dry oral mucosa, temporal artery 2+ pulse, NT (B)
   RS                    Clear to auscultation
                         no costochondral joint tenderness
   CVS                   RRR, no murmur, no rub, PDA pulse 2+ (B)
   ABD                   Not tender, no HSM, no LAP, BS present.
   NS                    Reflexes 2+ throughout, downgoing plantar reflexes (B)
   MS Gen.               erythematous raised maculopapular rash V-neck
                         no nail pitting
                         purple sl. puffy fingers
Test Results
Lab Review
   ESR                   4-2.28.09
mm/hr
   C-RP                  Vt B12 -658; Vit D-37
MG/DL
   ANA                   neg; neg DNA Ab
   Hep C Ag              CSF 2.3.09-Borrelia Burg. IgG-detected-bands 4,39,30,18;Nega
   RF                    tive CSF B.borg.IgM; ACE-6-ok; No
Impression-Rheumatology
   Impression            31 y.o. slender WF here w/the following problems since 8.08:
                         1. New onset Severe Migraine since 8.08, abnormal MRI Brain
                         & fMRI 1.27.09 at Yale;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                         2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                         3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                                            Page 42
```

Liberty002835

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab,
multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA>1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
>10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; repeat ANA, DNA ab -2.28.09

The above suggests:
Pronounced migraine headaches triggered the extensive work-up,
the patient is currently treated for possible Neuroborreliosis.
This diagnosis based on CSF Lyme test is not irrefutable since
her Lyme serology 1.09
was normal. She was started on Rocephin & tolerates it well so
far.
An autoimmune inflammatory disorder is suspected due to
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA.
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09 & 2.09, necessitating further observation re: possible
other causes.
High positive ANA,
arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil.
Haley should complete Rocephin and seek an evaluation by an
Infectious Disease specialist re: her LYME tests.
I will reevaluate her regarding any Connective Tissue Disease
once she completes her Rocephin treatment.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley continues to have mildly abnormal LFTs
of unclear origin, While her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished.

Excerpt from Up-to-Date:
NEUROLOGIC LYME DISEASE...The diagnosis of neurologic Lyme
Page 43

Liberty002836

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

disease should not be made in patients who are seronegative; the absence of detectable antibodies in the serum is strong evidence against the diagnosis.

CSF analysis...Headache and neck stiffness are common early symptoms in patients with erythema migrans. However, a cerebrospinal fluid (CSF) pleocytosis is usually not present at this time. In contrast, a pleocytosis and elevated protein concentration are often seen in patients with severe headache and mild neck stiffness several weeks into the infection, especially those with objective neurologic abnormalities (eg, facial nerve palsy). CSF analysis should be performed in these patients to evaluate for meningitis.

A separate issue is the role of CSF analysis in patients with facial nerve palsy. The Infectious Diseases Society of America Lyme disease guidelines recommend lumbar puncture in such patients if there is a strong clinical suspicion of central nervous system involvement (eg, severe or prolonged headache or neck stiffness). Lumbar puncture should also be considered in patients with radiculoneuropathy thought to be due to Lyme disease, but not in patients with peripheral neuropathy alone who usually do not have a pleocytosis.

CSF Lyme antibodies...In patients with suspected early Lyme meningitis or late Lyme encephalopathy, testing the CSF for intrathecal production of antibodies to B. burgdorferi is useful for establishing the diagnosis. However, a negative test for Lyme antibodies in the CSF does not exclude neurologic Lyme disease.

Given the lack of standardization of assays, it is difficult to determine the sensitivity or specificity of CSF Lyme antibody testing. In a patient with a clinical scenario suggesting Lyme disease, a positive study from a reputable laboratory should be viewed as significant evidence in favor of the diagnosis. However, negative CSF studies should not eliminate neuurologic Lyme disease from consideration if clinical circumstances support the diagnosis.

Rheum Plan
Rheumatology Plan
  Plan
              1. Consult Infectious Disease MD
              2. Biotene dry mouth dry eyes care line of products.
              3. Avoid sun exposure, keep the entire body warm, avoid BCP
              4. Postpone starting Zoloft.
              5. Use sunscreen SPF>30 when outside.
              6. Plaquenil 200 mg twice a day.
              7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
              8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology
              as planned.
              9. Limited number of work-hours/week is advised - 4 hrs/day.
              10. RTC in 6 weeks. BK
                      Page 44

Liberty002837

                    18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
                    11. Vitamin B12 -1000 mcg/day
                    12. Multivitamin 1 tab a day.
Procedures
Joint/BWSA 1
    Joint/bwse        MD/Patient face-face time: 42 min, 25 min spent on counsel
Referrals             Code      Description
                      2.1       RheumF/ULtrSent

Visit 38640.13    Date 03.09.2009    *** Follow Up Remarks ***
     Requested Next Visit Type ,
-------------------------------------------------------------------------------
                  **** Patient Call Back ****
38640.13          Date To Be Called  03.09.2009   **CLOSED**
Opened on         03.09.2009 at  05:21pm by Barbara Kage, M.D., F.A.C.R.
Closed on         03.10.2009 at  12:23pm by
Contact Dr.Giannini, Pt
Reason fax the labs & OV note
Remarks to Dr.Giannini; ask Haley ot come for PPD
11:12 AM 3/10/2009-pt will come in for ppd today or tomorrow.-ks


*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*A
                    Rheumatology & Allergy Institute of CT

                         361 Main St.
                      Manchester CT 06040
                         860.646.9929

Patient   38640    Haley Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.12    Date: 02.27.2009

Age   31 years   4 months
Family Doctor      10119              Referring Doctor 10072
Dr. Kristin Giannini                 Dr. James W. O'Brien
Suite N
520 Hartford Tpk                     353 Main St.
Vernon Rockville CT 06066            Manchester CT 06040
860.872.8321                         860.649.3477
(                    )               (                    )

                   **** Patient Call In ****
38640.12  Priority 3   Contact 203.333.8056          **CLOSED**
Opened on    02.27.2009 at  01:06pm by  64 Kristens.
Last Assigned To   1 B.Kage
Closed on    02.27.2009 at  01:41pm by  64 Kristens.
Problems
 Per ellen at Dr. zagelos has ordered the Pic placement at MMH for
 March 5th. they are asking that we order the first dose because they
 are unable to do so because they are not in network. They will order
 the home treatments after.-ks
 VOID VOID VOID-pt will go to St. Vincents hospital-ks

Visit 38640.12    Date 02.27.2009    *** Follow Up Remarks ***
-------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*A
                    Rheumatology & Allergy Institute of CT

                         361 Main St.
                      Manchester CT 06040
                         860.646.9929

                         Page 45

Liberty002838

18326_708F5FF9-A5A2-A54E-ARD2-85920A23F40D
Patient   38640     Haley  Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.11   Date: 02.27.2009

Age   31 years   4 months
Family Doctor        10119                    Referring Doctor 10072
Dr. Kristin Giannini                          Dr. James W. O'Brien
Suite N
520 Hartford Tpk                              353 Main St.
Vernon Rockville CT 06066                     Manchester CT 06040
860.872.8321                                  860.649.3477
(                    )                         (                    )

**** Patient Call In ****
38640.11  Priority 3   Contact                        **CLOSED**
Opened on      02.16.2009 at  02:06pm by  57 K.Taylor
Last Assigned To    1 B.Kage
Closed on      02.27.2009 at  10:32am by   1 B.Kage
Problems
 pt would like to know if she should go ahead w/last installment
 gardasil vaccine last one was in December, but pcp sd it was
 okay to wait a couple of months d/t finances pt would like to know
 if alot of the issues she is having could be d/t vaccines has read
 about side effects w/RX pt also had Hep B vaccine. per Dr. Obrien
 says possibly vitamins could be causing nausea pt would like to
 know what dosage she could take that could help w/nausea. Also
 pt would like to know should she be seeing a hematologist. pt
 would also like to know if Zinc release cold tablets contain
 acidophilous says could be danger to people w/lupus?kt
 3:22 PM 2/17/2009
 pt tested positive for Lyme disease-spinal tap doesn't know if
 that would effect any treatment. Neurologist touching base
 w/Dr.Baehring to determine the next step should be, should she
 be placed on any IV treatment?kt

11:17 AM 2/18/2009 er
per Dr Bk-
If her neurologist is convinced that her spinal fluid shows Lyme
disease then he is dealing with the neurological
manifestation of the Lyme and it should be fully within his
expertise to treat it - the best way to treat is with
IV Rocephin. If he has any doubts then Yale has Lyme Clinic and
he should discuss her case with ID MD there. Any
infection, including Lyme dis needs to be treated regardless of
any rheumatic considerations.
Hence I do not quite understand what is her neurologist's
question to me but I would like to help in every
possible way and he is welcome to call me to discuss Haley's
case
directly with me. When he calls please e-mail his phone number
and I would call him within 24 hrs or so.
Zinc is OK.
Sent via BlackBerry from T-Mobile

I spoke with Dr Zagar's office - they will relay message and
call me with a number for Dr Kage to call, if necessary

relayed above information to patient - she is wondering if there
is
a PCP locally that you might recommend?

9:32 AM 2/25/2009-Dr.ZAGAR 203.333.8056,would like to speak to
Page 46

Liberty002839

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
you regarding patient.-Ks
BKage- I discussed w/Dr.Zagar Lyme Neuroborreliosis, he will
treat with Rocephin 2 gm qd x 30 days, I concur. Haley has
premorbid autoimmune concerns, hence I will reevaluate her re:
lupus after Lyme treatment. ANA, DNAs, etc may all be induced by
any infection. We will continue Plaquenil in the meantime.


Visit 38640.11   Date 02.27.2009    *** Follow Up Remarks ***
--------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
                 Rheumatology & Allergy Institute of CT

                            361 Main St.
                        Manchester CT 06040
                           860.646.9929

Patient   38640    Haley Spears       DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.10    Date: 02.10.2009

Age    31 years   4 months
Family Doctor       101.19            Referring Doctor 10072
Dr. Kristin Giannini                  Dr. James W. O'Brien
Suite N
520 Hartford Tpk                      353 Main St.
Vernon Rockville CT 06066             Manchester CT 06040
860.872.8321                          860.649.3477
(                 )                   (                    )

                    **** Patient Call In ****
38640.10  Priority 3   Contact pt                 **CLOSED**
Opened on     02.10.2009 at  08:53am by   1 B.Kage
Last Assigned To  64 KristenS.
Closed on     02.10.2009 at  04:39pm by  64 KristenS.
Problems
  Remaining labs are back -she also has Vitamin B6 deficiency ->pt to
  take Vitamin B6-50 mg a day x 1 month. Haley should continue with
  Multivitamin 1 tab a day.
  pt informed.-ks
Messages  Date   Time   Id  Information
    02.10.2009 09:44  64  1mtcb

                          RHEUMATOLOGY
Test Results
Lab Review
  ESR           1.7.09
mm/hr
  C~RP          Protein C total-64, nl>65; Repeat 1.30.09-Prot C-67-ok,B6-2L
MG/DL
  ACE           Vit B12-293; Folic acid-7.7; 1.30.09-RBC Folate-OK         U/L
  CK            +HLA B27 Ag; +IBD serology7 -c/w UC; Neg ANCA              U/L
  SSA           neg
  SSB           neg
  ANA           1:1280H/S; neg Antismooth Ab; DNA Ab-7.5, nl<5.0
                            Page 47

Liberty002840

```
                        18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
    Hep B S Ag      NR
    Hep C Ag      NR; 9.08-Fe study-low ferritin
    RF              '04 -C1 Esterase Inhibitor-9L; Per pt -neg celiac ab
Visit 38640.10    Date 02.10.2009   *** Follow Up Remarks ***
```
----------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^A
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640   Haley Spears         DOB REDACTED
Primary Provider: Barbara Kage, M.D., F.A.C.R.
Visit: 38640.9   Date: 02.09.2009

Age   31 years   4 months
Family Doctor      10119                Referring Doctor 10072
Dr. Kristin Giannini                    Dr. James W. O'Brien
Suite N
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                    )                  (                    )

**** Patient Call In ****
38640.9  Priority 3   Contact                       **CLOSED**
Opened on    02.09.2009 at  10:08am by  64 Kristens.
Last Assigned To  64 Kristens.
Closed on    02.09.2009 at  04:34pm by  55 A.Masiuk.
Problems
 pt states she agrees to working 4 hours daily per your discussion
 with her at last appt.-ks
 pt states her papers should state she needs to work morning hours
 so she can go home and rest in the afternoon-ks
 BKage -OK, Elizabeth, please write & I'll sign it; er- done
4:33 PM 2/9/2009  mailed to pt.am

Messages Date   Time   Id  Information
   02.09.2009 03:36  64  lmtcb

Visit 38640.9   Date 02.09.2009    *** Follow Up Remarks ***

*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^A
Rheumatology & Allergy Institute of CT

361 Main St.
Manchester CT 06040
860.646.9929

Patient   38640   Haley Spears         DOB REDACTED
Primary Provider: Barbara Kage, M.D., F.A.C.R.
Visit: 38640.8   Date: 02.05.2009

Age   31 years   4 months
Family Doctor      10119                Referring Doctor 10072
Dr. Kristin Giannini                    Dr. James W. O'Brien
Suite N
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                    )                  (                    )
                                        Page 48
```

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Emergency        Description


Visit DX         Description
    443.0        RAYNAUD'S SYNDROME
    346.20       VRNT MIGRNE WO NTRC MGRN
    782.1        NONSPECIF SKIN ERUPT NEC
    493.90       ASTHMA NOS
    279.9        IMMUNE MECHANISM DIS NOS
    719.04       JOINT EFFUSION-HAND
    530.11       REFLUX ESOPHAGITIS
    710.2        SICCA SYNDROME
    733.90       BONE & CARTILAGE DIS NOS
    281.1        B12 DEFIC ANEMIA NEC

                        RHEUMATOLOGY
Chief Complaint
    Chief Complaint fatigue-8/10, headache,difficulty concentrating,memory los
                    achey legs & arms,fatigue- 8/10, review bloodwork
History Present Illness
HPI
    Location         Migraine HA, (B)foot pain,plantar fasciitis,sinus HAs but
                     dx as migraine but ENT; bad Migraine HA x4days,Maxalt not
    Quality          helping w/vision problem, ER 8.28.08, MRI Brain-cyst, saw
    Severity         Neurologist at Yale; see as per chief complaint
    Timing           calves stff & tight-yrs; no AMS
    Duration         '05 -started w/PUD, Diarrhea x 2mos; GI scopes 7.07-bleed
    Context          ing ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                     Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
    Mod. Facts       in Winter, wears contacts;Raynaud's phenomenon-Mom
                     Thyroid nodules, awaits an appt w/Oberstein 1.09
    Assoc. Signs     Awaits 1.27.09-fMRI Brain; Mat GM- UC dx in her 80-ies
                     Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                     intestinal colitis; Cognitive problems since Summer'08
    Impact/Function  out of work d/t Migraines; transient rashes, hives
                     Thyroid nodules FNA x3: 11.04-OK '07-OK
ROS
    Constitutional   +fatigue,-fever,+chills,+night sweats,+weight loss/gain
    Musculoskeletal  +Hands change color in the cold,+dry eyes,+dry mouth
                     +stiff in AM,+jaw pain-TMJ, + headache in temples
    Eyes             +pain,-redness,+blurred/double vision, +floaters,+flashes
    Head,Nose,Throa  -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
    Lymphatic        -lymphadenopathy.
    Cardiac          -chest pain,+SOB-asthmatic, -cough, -coughing-mucous
    Pulmonary        +chest tightness on taking deep breath,-+cough,[D+wheeze-o
    GI               +heartburn,+abdomin.pain,+diarrhea,+nausea,-vomiting,-BPR
    GU               -dysuria,-incontinence,-h/o miscarriage
    Sinus            -recurrent sinus - ear infections,-bleeding gums
    Skin             -psoriasis,+skin rash upon sun exposure,-nodules/bumps
    Neurologic       +muscle weakness,+tingling,+numbness,-burning,-falls
    Psychiatric      +anxiety,-depression; HEME:-anemia,+bruising easily
    Ear              +ringing in ears, +blocked hearing; -Height loss >1"
PMHx
    Medical          Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                     ro colitis asthma/allergies,nodules thyroid,fatty liver
    Surgical         Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                     thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
    Rheum. Meds.     Hydrocodone 500mg 1-2 tabs PRN-since 9.08 Dr. Zachs (ENT)
                     Gabapentin 900mg tid-since 9/08 Dr.Silvers
                         Page 49

Liberty002842

```
                        18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
                        Vit b 12 1000 mcg I,M,qweek X 4, Plaquenil 200 mg bid
                        folic acid qd, Topamax 25 mg-taper dose to reach 100 mg
   Other Meds.          Maxalt 1-2 tabs PRN, Frova 1-2 tabs PRN, Prevacid 30mg bid
                        Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN
                        zyrtec PRN, Amitiza 2 tab tid -per GI MD-Dr. Obrien
                        Asacol 2 tabs BID - since 10.07; EpiPen -w/her
                        Migranal NS for migranes 1sp each each nostril
                        Papsmear 6/08-normal; Off Pamelor; Off Entecort-didn't wor
                        Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
   Allergy              Colonoscopy 6/07-microscopic colitis
                        E-MYCIN-vomit
FMHx/SHx
   FHx                  Father 59 kidney removed enlarged, scolosis, HTN, discecto
                        Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                        Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                        no children
                        PU-CVA/TIA '58
   SHx                  Denies smoking or ETOH, lives alone
                        drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
   BP                   121/65
   PULSE                65
   TEMPERATURE          35.8 c
   WEIGHT               57.5 kg
GENERAL APPEARANCE
   DEVELOPMENT          Patient in no acute distress,
   NUTRITION            well developed,
   DEFORMITIES          no obvious deformity,
   GROOMING             excellent grooming,
   COMMUNICATION S oriented to time, person and place
Gen Exam
   HEENT                PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                        dry oral mucosa, temporal artery 2+ pulse, NT (B)
   RS                   Clear to auscultation
                        no costochondral joint tenderness
   CVS                  RRR, no murmur, no rub, PDA pulse 2+ (B)
   ABD                  Not tender, no HSM, no LAP, BS present.
   NS                   Reflexes 2+ throughout, downgoing plantar reflexes (B)
   MS Gen.              erythematous raised maculopapular rash V-neck
                        no nail pitting
                        purple sl. puffy fingers
Test Results
Lab Review
   ESR                  1.7.09
mm/hr
   C-RP                 Protein C total-64, n1>65
MG/DL
   ACE                  Vit B12-293; Folic acid-7.7                                    U/L
   CK                   +HLA B27 Ag; +IBD serology7 -c/w UC; Neg ANCA                  U/L
   SSA                  neg
   SSB                  neg
   ANA                  1:1280H/S; neg Antismooth Ab; DNA Ab-7.5, n1<5.0
   Hep B s Ag           NR
   Hep C Ag             NR; 9.08-Fe study-low ferritin
   RF                   '04 -C1 Esterase Inhibitor-9L; Per pt -neg celiac ab
Impression-Rheumatology
   Impression           31 y.o. slender WF here w/the following problems since 8.08:
                        1. New onset Severe Migraine since 8.08, abnormal MRI Brain
                        & fMRI 1.27.09 at Yale; LP -2.5.09; Fatigue
                        2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
                        3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                        on Asacol since; abn1 LFT 10.08; Abd US 10.08 -fatty liver
                        4. Angioedema'04, w/u showed high Thyroglobulin Ab, pt has
                                        Page 50
```

Liberty002843

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (n1<5,abn1
>10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; Pending -Prot C,S

The above suggests:
An autoimmune inflammatory disorder is seen as evidenced by
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract,
thyroid, and high titer +ANA.
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease.
High positive ANA,
arthralgia, Raynaud's phenomenon, and Sicca syndrome warants a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome.
I am however concerned sufficiently enough to start Plaquenil,
and monitor her closely.
Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.
SLE may cause a
migraine, and a number of other CNS manifestations, e.g. stroke,
TIAs, CNS vasculitis, etc., however neurological causes must be
ruled out first. CSF study & fMRI should be helpful in examining
these options first.
Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley continues to have mildly abnormal LFTs
of unclear origin.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, will replenish.
 In view of the high complexity of her presentation and my
concern
regarding a possibility of a new onset Connective Tissue Disease
as above, I advised to start Plaquenil and
At this juncture I am not convinced that her MRI Brain
abnormalities are due to any Connective Tissue Disease or
vasculitis; in any
case she does not have any motoric deficit to warrant any more
aggressive therapy with a Disease Modifying Agents for Rheumatic
Disorders beside Plaquenil at present.


Rheum Plan

Page 51

Liberty002844

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Rheumatology Plan
    Plan                1. Labs in 4 weeks.
                        2. Biotene dry mouth dry eyes care line of products.
                        3. Avoid sun exposure, keep the entire body warm, avoid BCP
                        4. Start Zoloft 25 mg/PM x 1 week, then 50 mg/PM
                        5. Use sunscreen SPF>30 when outside.
                        6. Plaquenil 200 mg twice a day.
                        7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
                        8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology
                        as planned.
                        9. Limited number of work-hours/week is advised, Haley
                        will call me back with the number.
                        10. RTC in 4 weeks, BK
                        11. Vitamin B12 -1000 mcg IM once a week x 4, then oral
                        Vitamin B12 -1000 mcg/day. Repeat labs in 6 wks. Folic acid
                        1 mg/day. Multivitamin 1 tab a day.
Procedures
Joint/BWSA 1
    Joint/bwse         MD/Patient face-face time: 42 min, 25 min spent on counsel
Referrals             Code      Description
                      2.1       RheumF/ULtrSent

Meds - Code       Description
       12.24      Zoloft 50 mg
                            1 tab po qd
                            Dispense 100
                            Refills 1
                            Generic Allowed Yes
                  Doctor 1    Barbara Kage

Visit 38640.8    Date 02.05.2009    *** Follow Up Remarks ***
    Requested Next Visit Type ,
-----------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^A
                  Rheumatology & Allergy Institute of CT

                            361 Main St.
                          Manchester CT 06040
                            860.646.9929

Patient  38640    Haley Spears        DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.7   Date: 02.03.2009

Age   31 years   4 months
Family Doctor       10119                  Referring Doctor 10072
Dr. Kristin Giannini                       Dr. James W. O'Brien
Suite N
520 Hartford Tpk                           353 Main St.
Vernon Rockville CT 06066                  Manchester CT 06040
860.872.8321                               860.649.3477
(                    )                     (                    )

                  **** Patient Call In ****
38640.7  Priority 3   Contact 561.6164              **CLOSED**
Opened on     02.02.2009 at  04:44pm by  57 K.Taylor
Rx Called in  02.03.2009 at  04:48pm by  57 K.Taylor
Last Assigned To  57 K.Taylor
Closed on     02.03.2009 at  04:49pm by  57 K.Taylor
Problems
 pt would like lab results.chart in your bin.kt
 pt.will see you 02.05.09 at 11.00
 BK-some of the tests are still pending but her Vit D came back low
                            Page 52

Liberty002845

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
18, goal 40~100->pt to take Vitamin D 50,000 IU once a week
pt informed.kt

Meds - Code        Description
       34.16       Vitamin D 50,000 IU
                            50,000 IU po q week
                            Dispense 4
                            Refills 1
                            Generic Allowed Yes
                   Doctor 1  Barbara Kage

Visit 38640.7    Date 02.03.2009    *** Follow Up Remarks ***
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                   Rheumatology & Allergy Institute of CT

                            361 Main St.
                          Manchester CT 06040
                            860.646.9929

Patient  38640    Haley  Spears       DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.6  Date: 02.02.2009

Age   31 years  4 months
Family Doctor       10119                   Referring Doctor 10072
Dr. Kristin Giannini                        Dr. James W. O'Brien
Suite N
520 Hartford Tpk                            353 Main St.
Vernon Rockville CT 06066                   Manchester CT 06040
860.872.8321                                860.649.3477
(                     )                      (                          )

Visit DX           Description
     443.0         RAYNAUD'S SYNDROME
     346.20        VRNT MIGRNE WO NTRC MGRN
     782.1         NONSPECIF SKIN ERUPT NEC
     493.90        ASTHMA NOS
     279.9         IMMUNE MECHANISM DIS NOS
     719.04        JOINT EFFUSION-HAND
     530.11        REFLUX ESOPHAGITIS
     710.2         SICCA SYNDROME
     733.90        BONE & CARTILAGE DIS NOS
     281.1         B12 DEFIC ANEMIA NEC

                                   RHEUMATOLOGY
Chief Complaint
   Chief Complaint Vit b 12 1000 mcg I.M. given
Procedures
Joint/BWSA 1
   Joint/bwse       Vit B 12 1000 mcg I.M.given
Orders
 Code    Description                           Status      Completed
 3.4     IM/SQ Injection 2009                  COMPLETED   02.02.09

Visit 38640.6    Date 02.02.2009    *** Follow Up Remarks ***
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                   Rheumatology & Allergy Institute of CT

                            361 Main St.
                          Manchester CT 06040
                            860.646.9929
                              Page 53

Liberty002846

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Patient  38640   Haley Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.5  Date: 02.02.2009

Age  31 years  4 months
Family Doctor    10119                   Referring Doctor 10072
Dr. Kristin Giannini                     Dr. James W. O'Brien
Suite N
520 Hartford Tpk                         353 Main St.
Vernon Rockville CT 06066                Manchester CT 06040
860.872.8321                             860.649.3477
(                    )                    (                    )

                     **** Patient Call In ****
38640.5  Priority 3   Contact patient 930.0887      **CLOSED**
Opened on     01.30.2009 at  12:48pm by  11 E. Ruff
Last Assigned To   1 B.Kage
Closed on    02.02.2009 at  03:54pm by  57 K.Taylor
Problems
  would like to know if she should go ahead with last installment odf
  Gardasil vaccine (had 1 6.16-7.16, last one was due December but
  PCP said she could wait couple of months d/t finances) also had
  Hep B vaccine 5.16,6.16,11.15
  closed to check in patient.kt

Visit 38640.5   Date 02.02.2009    *** Follow Up Remarks ***
-----------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*
                 Rheumatology & Allergy Institute of CT

                          361 Main St.
                        Manchester CT 06040
                          860.646.9929

Patient  38640   Haley Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.4  Date: 01.26.2009

Age  31 years  3 months
Family Doctor    10119                   Referring Doctor 10072
Dr. Kristin Giannini                     Dr. James W. O'Brien
Suite N
520 Hartford Tpk                         353 Main St.
Vernon Rockville CT 06066                Manchester CT 06040
860.872.8321                             860.649.3477
(                    )                    (                    )

Visit DX        Description
   443.0        RAYNAUD'S SYNDROME
   346.20       VRNT MIGRNE WO NTRC MGRN
   782.1        NONSPECIF SKIN ERUPT NEC
   493.90       ASTHMA NOS
   279.9        IMMUNE MECHANISM DIS NOS
   719.04       JOINT EFFUSION-HAND
   530.11       REFLUX ESOPHAGITIS
   710.2        SICCA SYNDROME
   733.90       BONE & CARTILAGE DIS NOS
   281.1        B12 DEFIC ANEMIA NEC

                          RHEUMATOLOGY
Chief Complaint
   Chief Complaint for vit B 12 1000 mcg I.M.
                          Page 54

Liberty002847

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Procedures
Joint/BWSA 1
   Joint/bwse       vit b 12 1000 mcg I.M.
Orders
   Code    Description                          Status       Completed
   3.4     IM/SQ Injection 2009                 COMPLETED    01.26.09

Visit 38640.4    Date 01.26.2009    *** Follow Up Remarks ***
------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                  Rheumatology & Allergy Institute of CT

                              361 Main St.
                         Manchester CT 06040
                            860.646.9929

Patient   38640     Haley Spears          DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.3   Date: 01.19.2009

Age   31 years  3 months
Family Doctor      10119              Referring Doctor 10072
Dr. Kristin Giannini                 Dr. James W. O'Brien
Suite N
520 Hartford Tpk                     353 Main St.
Vernon Rockville CT 06066            Manchester CT 06040
860.872.8321                         860.649.3477
(                  )                 (                  )

Emergency        Description

Visit DX          Description
    443.0         RAYNAUD'S SYNDROME
    346.20        VRNT MIGRNE WO NTRC MGRN
    782.1         NONSPECIF SKIN ERUPT NEC
    493.90        ASTHMA NOS
    279.9         IMMUNE MECHANISM DIS NOS
    719.04        JOINT EFFUSION-HAND
    530.11        REFLUX ESOPHAGITIS
    710.2         SICCA SYNDROME
    733.90        BONE & CARTILAGE DIS NOS
    281.1         B12 DEFIC ANEMIA NEC

                          RHEUMATOLOGY
Chief Complaint
    Chief Complaint LBP off/on, fatigue 7/10, muscle tightness (B) calves
                    upper back pain through shoulder blades 5-10/10
History Present Illness
HPI
    Location      Migraine HA, (B)foot pain,plantar fasciitis,sinus HAs but
                  dx as migraine but ENT; bad Migraine HA x4days,Maxalt not
    Quality       helping w/vision problem, ER 8.28.08, MRI Brain-cyst, saw
    Severity      Neurologist at Yale; see as per chief complaint
    Timing        calves stff & tight-yrs; no AMS
    Duration      '05 -started w/PUD, Diarrhea x 2mos; GI scopes 7.07-bleed
    Context       ing ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                  Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
                                  Page 55

Liberty002848

```
                              18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
   Mod. Facts         in Winter, wears contacts;Raynaud's phenomenon-Mom
                      Thyroid nodules, awaits an appt w/Oberstein 1.09
   Assoc. Signs       Awaits 1.27.09-fMRI Brain; Mat GM- UC dx in her 80-ies
                      Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                      intestinal colitis; Cognitive problems since Summer'08
   Impact/Function    out of work d/t Migraines; transient rashes, hives
                      Thyroid nodules FNA x3: 11.04-OK '07-OK
ROS
   Constitutional     +fatigue,-fever,+chills,+night sweats,+weight loss/gain
   Musculoskeletal    +Hands change color in the cold,+dry eyes,+dry mouth
                      +stiff in AM,+jaw pain-TMJ, + headache in temples
   Eyes               +pain,-redness,+blurred/double vision, +floaters,+flashes
   Head,Nose,Throa    -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
   Lymphatic          -lymphadenopathy.
   Cardiac            -chest pain,+SOB-asthmatic, -cough, -coughing-mucous
   Pulmonary          +chest tightness on taking deep breath,-+cough,+wheeze-occ
   GI                 +heartburn,+abdomin.pain,+diarrhea,+nausea,+vomiting,-BPR
   GU                 -dysuria,-incontinence,-h/o miscarriage
   Sinus              +recurrent sinus - ear infections,-bleeding gums
   Skin               -psoriasis,-skin rash upon sun exposure,-nodules/bumps
   Neurologic         +muscle weakness,+tingling,+numbness,-burning,-falls
   Psychiatric        +anxiety,-depression; HEME:-anemia,+bruising easily
   Ear                +ringing in ears, -blocked hearing; +Height loss >1"
PMHx
   Medical            Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                      ro colitis asthma/allergies,nodules thyroid,fatty liver
   Surgical           Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                      thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
   Rheum. Meds.       Hydrocodone 500mg 1-2 tabs PRN-since 9.08 Dr. Zachs (ENT)
                      Gabapentin 900mg tid-since 9/08 Dr.Silvers
                      Vit b 12 1000 mcg I,M, q week X 4 wks
   Other Meds.        Maxalt 1-2 tabs PRN, Frova 1-2 tabs PRN, Prevacid 30mg bid
                      Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN
                      Zyrtec PRN, Amitiza 2 tab tid -per GI MD-Dr. Obrien
                      Asacol 2 tabs BID - since 10.07; EpiPen -w/her
                      Migranal NS for migranes 1sp each each nostril
                      Papsmear 6/08-normal; Off Pamelor; Off Entecort-didn't wor
                      Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
   Allergy            Colonoscopy 6/07-microscopic colitis
                      E-MYCIN-vomit
FMHx/SHx
   FHx                Father 59 kidney removed enlarged, scolosis, HTN, discecto
                      Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                      Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                      no children
                      PU-CVA/TIA '58
   SHx                Denies smoking or ETOH, lives alone
                      drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
   BP                 115/56
   PULSE              81
   TEMPERATURE        36.6 c
   WEIGHT             57.9 kg
GENERAL APPEARANCE
   DEVELOPMENT        Patient in no acute distress,
   NUTRITION          well developed,
   DEFORMITIES        no obvious deformity,
   GROOMING           excellent grooming,
   COMMUNICATION S    oriented to time, person and place
Gen Exam
   HEENT              PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                                       Page 56
```

Liberty002849

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

| | dry oral mucosa, temporal artery 2+ pulse, NT (B) |
|---|---|
| RS | Clear to auscultation |
| | no costochondral joint tenderness |
| CVS | RRR, no murmur, no rub, PDA pulse 2+ (B) |
| ABD | Not tender, no HSM, no LAP, BS present. |
| NS | Reflexes 2+ throughout, downgoing plantar reflexes (B) |
| MS Gen. | erythematous raised maculopapular rash V-neck |
| | no nail pitting |
| | purple sl. puffy fingers |
| | coated yellowish/orangy tongue (no help from Nystatin per pt |

Test Results
Lab Review

| ESR | 1.7.09 |
|---|---|
| mm/hr | |
| C-RP | Protein C total-64, nl>65 |
| MG/DL | |
| ACE | Vit B12-293; Folic acid-7.7 | U/L |
| CK | +HLA B27 Ag; +IBD serology7 -c/w UC; Neg ANCA | U/L |
| SSA | neg |
| SSB | neg |
| ANA | 1:1280H/S; neg Antismooth Ab; DNA Ab-7.5, nl<5.0 |
| Hep B s Ag | NR |
| Hep C Ag | NR; 9.08-Fe study-low ferritin |
| RF | '04 -C1 Esterase Inhibitor-9L; Per pt -neg celiac ab |

Impression-Rheumatology

Impression          31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain
   -await fMRI 1.27.09 at Yale; No LP yet; Fatigue
2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
   on Asacol since; abnl LFT 10.08; Abd US 10.08 -fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, pt has
   multinodular goiter since'04,few FNAS-WNL, euthyroid,no meds
5. Asthma, seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
   >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
   The above suggests:
An autoimmune inflammatory disorder is seen as evidenced by
multiorgan involvement and
polyclonal antibody production to antigens within GI tract,
thyroid, and +ANA.
Such a versatile activation of the immune system may suggest a
Connective Tissue
Disease.
High positive ANA, pehaps detectable DNA Antibodies, and
Raynaud's phenomenon, might direct us toward suspecting Systemic
Lupus Erythematosus, although at this point she does not meet
ACR criteria for diagnosing SLE.
Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome. SLE may cause a
migraine, and a number of other CNS manifestations, e.g. stroke,
TIAS, CNS vasculitis, etc., however neurological causes must be
ruled out first. CSF study & fMRI should be helpful in examining
these options first.
Microscopic colitis is known to occur in Connective Tissue

Liberty002850

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley continues to have mildly abnormal LFTs
of unclear origin.
Low/normal Vitamin B12 levels were found, will replenish.
 In view of the high complexity of her presentation and my
concern
regarding a possibility of a new onset Connective Tissue Disease
as above, I advised to start Plaquenil and avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.
At this juncture I am not convinced that her MRI Brain
abnormalities are due to any Connective Tissue Disease; in any
case she does not have any motoric deficit to warrant any more
aggressive therapy with a Disease Modifying Agents for Rheumatic
Disorders at present.


Rheum Plan
Rheumatology Plan
   Plan                1. Rheumatic laboratory profile in 2-3 weeks.
                       2. Biotene dry mouth dry eyes care line of products.
                       3. Avoid sun exposure, keep the entire body warm, avoid BCP
                       4. Await all other measures as before.
                       5. Use sunscreen SPF>30 when outside.
                       6. Start Plaquenil 200 mg/day x1 week, then 200 mg twice/day
                       7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
                       8. Pt to follow up w/DRS.O'Brien, Oberstein, Neurology
                       as planned.
                       9. If ongoing deficiency of Protein C-will advise hematology
                       consult re: possible hypercoagulable status.
                       10. RTC in 6 weeks. BK
                       11. Vitamin B12 -1000 mcg IM once a week x 4, then oral
                       vitamin B12 -1000 mcg/day. Repeat labs in 6 wks. Folic acid
                       1 mg/day. Multivitamin 1 tab a day.
Procedures
Joint/BWSA 1
   Joint/bwse        DEXA DONE MB RTR
   Shoulder          Vit B 12 1000 mcg I,M, given
   Elbow             MD/patient face-face time-45 min, 30 min spent on counsel
Orders
 Code      Description                              Status       Completed
 7.6       Dexa Only - NonMC                        COMPLETED    01.19.09
 3.4 .     IM/SQ Injection 2009                     COMPLETED    01.19.09

Referrals          Code     Description
                   2.1      RheumF/ULtrSent

Meds - Code        Description
       34.23       Vitamin B-12 1000 mcg
                             1000 mcg IM q week x 4
                             Dispense
                             Refills 3
                             Generic Allowed Yes
                   Doctor 1   Barbara Kage
       10.3        Plaquenil 200 mg
                             1 tab po bid
                             Dispense 60
                             Refills 3
                             Generic Allowed Yes
                                  Page 58

Liberty002851

```
                  18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
                 Doctor 1   Barbara Kage
        10.7     Folic Acid 1 mg
                           1 tab po qd
                           Dispense 100
                           Refills 1
                           Generic Allowed Yes
        Do not take Folic acid on the Methotrexate day
                 Doctor 1   Barbara Kage
```

Visit 38640.3 . Date 01.19.2009     *** Follow Up Remarks ***
   Requested Next Visit Type ,,,,,
-------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                  Rheumatology & Allergy Institute of CT

                            361 Main St.
                         Manchester CT 06040
                            860.646.9929

Patient   38640    Haley  Spears        DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.2   Date: 01.19.2009

---

Age    31 years  3 months
Family Doctor        10119                Referring Doctor 10072
Dr. Kristin Giannini                      Dr. James W. O'Brien
Suite N
520 Hartford Tpk                          353 Main St.
Vernon Rockville CT 06066                 Manchester CT 06040
860.872.8321                              860.649.3477
(                        )                (                        )

                     **** Patient Call In ****
38640.2  Priority 3   Contact Patient              **CLOSED**
Opened on     01.16.2009 at  10:41am by  34 D.Duffy
Last Assigned To  57 K.Taylor
Closed on     01.19.2009 at  08:21am by  57 K.Taylor
Problems
 Spoke with patient-1. Labs 1/7/09-mildly elevated liver function
 tests,Pt needs to follow up with Dr.Obrien(GI MD)re:these tests.
 2.Lowish vitamin B12-Pt to start vitamin B12 1000mcg(micrograms)per
 day.
 3.Slightly low Protein C-pt to make an appt w/a hematologist for
further evaluation. Please help arrange appt and fax over
report. Report in chart on Dr.B.Kage's desk.
 4. IBD7 Serology shows possible Ulcerative colitis, pt
instructed to follow up with Dr.Obrien. Pt states she has been
diagnosed with microscopic colitis.
***Please see if we can get pt in within next 1-2 weeks, pt
wants to come in to discuss labs and diagnosis with Dr.B.Kage.
Pt was informed that we will call her back on Monday 1/19/09
after checking with Dr.B.Kage.~DD
 8:34 AM 1/19/2009
scheduled patient.kt


Messages  Date    Time    Id  Information
      01.16.2009 11:02   34  Spoke with patient
                             Page 59
```

Liberty002852

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Visit 38640.2    Date 01.19.2009    *** Follow Up Remarks ***
-------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                        Rheumatology & Allergy Institute of CT

                                361 Main St.
                            Manchester CT 06040
                              860.646.9929

Patient  38640   Haley Spears        DOB REDACTED
Primary Provider: Barbara Kage, M.D., F.A.C.R.
Visit: 38640.1   Date: 01.06.2009

Age   31 years  3 months
Family Doctor      10119                 Referring Doctor 10072
Dr. Kristin Giannini                     Dr. James W. O'Brien
Suite N
520 Hartford Tpk                         353 Main St.
Vernon Rockville CT 06066                Manchester CT 06040
860.872.8321                             860.649.3477
(                )                        (                )

Emergency      Description

Visit DX       Description
  443.0        RAYNAUD'S SYNDROME
  346.20       VRNT MIGRNE WO NTRC MGRN
  782.1        NONSPECIF SKIN ERUPT NEC
  493.90       ASTHMA NOS
  279.9        IMMUNE MECHANISM DIS NOS
  719.04       JOINT EFFUSION-HAND
  530.11       REFLUX ESOPHAGITIS
  710.2        SICCA SYNDROME

                           RHEUMATOLOGY
Chief Complaint
    Chief Complaint +ANA, LBP off/on, fatigue 7/10, tightness (B) calves
                upper back pain through shoulder blades 5-10/10
History Present Illness
HPI
    Location        Migraine HA, (B)foot pain,plantar fasciitis,sinus HAs but
                    dx as migraine but ENT; bad Migraine HA x4days,Maxalt not
    Quality         helping w/vision problem, ER 8.28.08, MRI Brain-cyst, saw
    Severity        Neurologist at Yale; see as per chief complaint
    Timing          calves stff & tight-yrs; no AMS
    Duration        '05 -started w/PUD, Diarrhea x 2mos; GI scopes 7.07-bleed
    Context         ing ulcers, microsopic colitis; ANA 1:1280 h/s; Off BCP;
                    Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
    Mod. Facts      in Winter, wears contacts;Raynaud's phenomenon-Mom
                    Thyroid nodules, awaits an appt w/Oberstein 1.09
    Assoc. Signs    Awaits 1.27.09-fMRI Brain; Mat GM- UC dx in her 80-ies
                    Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                    intestinal colitis; Cognitive problems since Summer'08
    Impact/Function out of work d/t Migraines; transient rashes, hives
                    Thyroid nodules FNA x3: 11.04-OK '07-OK
ROS
    Constitutional  +fatigue,-fever,-chills,+night sweats,+weight loss/gain
    Musculoskeletal +Hands change color in the cold,+dry eyes,+dry mouth
                    -stiff in AM,+jaw pain-TMJ, + headache in temples
    Eyes            +pain,-redness,+blurred/double vision, +floaters,+flashes
                              Page 60

```
                              18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
       Head,Nose,Throa -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
       Lymphatic       -lymphadenopathy.
       Cardiac         -chest pain,+SOB-asthmatic, -cough, -coughing-mucous ,-he
       Pulmonary       +chest tightness on taking deep breath,-+ough,-wheeze
       GI              +heartburn,+abdomin.pain,+diarrhea,+nausea,-vomiting,-BPR
       GU              -dysuria,-incontinence,-h/o miscarriage
       Sinus           +recurrent sinus or ear infections,-bleeding gums
       Skin            -psoriasis,-skin rash upon sun exposure,-nodules/bumps
       Neurologic      +muscle weakness,+tingling,+numbness,-burning,-falls
       Psychiatric     +anxiety,-depression; HEME:-anemia,+bruising easily
       Ear             +ringing in ears, -blocked hearing; +Height loss >1"
PMHx
    Medical            Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                       ro colitis asthma/allergies,nodules thyroid,fatty liver
    Surgical           Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                       thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
    Rheum. Meds.       Hydrocodone 500mg 1-2 tabs PRN-since 9.08 Dr. Zachs (ENT)
                       Gabapentin 900mg tid-since 9/08 Dr.Silvers
    Other Meds.        Maxalt 1-2 tabs PRN, Frova 1-2 tabs PRN, Prevacid 30mg bid
                       Pepcid 2 tab qHS, Singular 5-10mg qhs, Zofran PRN
                       Zyrtec PRN, Amitiza 2 tab tid -per GI MD-Dr. Obrien
                       Asacol 2 tabs BID - since 10.07; EpiPen -w/her
                       Papsmear 6/08-normal; Off Pamelor; Off Entecort-didn't wor
                       Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
    Allergy            Colonoscopy 6/07-microscopic colitis
                       E-MYCIN-vomit
FMHx/SHx
    FHx                Father 59 kidney removed enlarged, scolosis, HTN, discecto
                       Mother 57 lumpectomy, pre osteoporois, sun damage eyes
                       1 brother age 33 allergies, polyps-nose
                       no children
                       PU-CVA/TIA '58
    SHx                Denies smoking or ETOH, lives alone
                       drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
    BP                 105/63
    PULSE              81
    TEMPERATURE        35.9 c
    HEIGHT             162 cm
    WEIGHT             57.5kg
GENERAL APPEARANCE
    DEVELOPMENT        Patient in no acute distress,
    NUTRITION          well developed,
    DEFORMITIES        no obvious deformity,
    GROOMING           excellent grooming,
    COMMUNICATION S oriented to time, person and place
Detailed Exam
Hand R 1
    General R          no tenderness, no synovitis, no deformity
    Range of Motion (B)full ROM
    Strength           (B)normal hand grip
    I CMCJ R           (B) no I CMCJ tenderness
Hand R 2
    II DIPJ R          non-tender, no synovitis
    III DIPJ R         non-tender, no synovitis
    IV DIP J R         non-tender, no synovitis
    V DIP J R          non-tender, no synovitis
Hand L 1
    General R          No synovitis or deformity, full ROM
    Range of Motion Full ROM
    Strength           Good hand grip
```

                                 Page 61

Liberty002854

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

Wrist
    R Wrist          no tenderness, no synovitis
    R ROM            full range of motion
    R Effusion       no effusion
    R Deformity      no deformity present
    L Wrist          no synovitis or tenderness
    L ROM            full ROM
    L Effusion       no swelling
    L Deformity      Tinel's Sx negative,
Elbow
    R Elbow          no local tenderness
    R ROM            full ROM
    R Epicondylus    no tenderness
    L Elbow          no synovitis, full ROM
    L ROM            no limitation of ROM
    L Epicondylus    no tenderness
Shoulder
    R Shoulder       no local tenderness.
    R ROM            full ROM
    R Effusion       no effusion
    R Bursa          no subacromial bursa tenderness
    R Tendons        no supraspinatus tendonits
    L Shoulder       no local tenderness
    L ROM            full ROM
    L Effusion       no effusion
    L Bursa          no SAB tenderness
    L Tendons        no tenderness of supraspinatus tendon
Hip
    RIGHT JOINT      no inguinal tenderness
    R Troch. Bursa   no tenderness
    R ROM            full ROM
    R Patrick Test   negative Patrick's test
    R scar/THR       absent
    LEFT JOINT       no inguinal tenderness
    L Troch. Bursa   no local tenderness
    L ROM            full ROM
    L Patrick Test   negative Patrick's test
    L scar/THR       absent
Knee
    R Knee Joint     No joint tenderness,
    R ROM            full ROM,
    R Effusion       no effusion
    R VV deform.     No angular deformity,
    R Stability      negative McMurray's and Appley's test
    R bursa          No prepatellar or anserine bursitis
    L Knee Joint     no local tenderness
    L ROM            full ROM
    L Effusion       no effusion
    L VV deform.     no angular deformity
    L bursa          no tenderness
Ankle
    R Ankle          not tender, no synovitis
    R ROM            full ROM without pain.
    R Lat Coll. Lig no tenderness
    R. Achilles Ten no tenderness
    L Ankle          no tender, no synovitis
    L ROM            full ROM without pain
    L Effusion       no effusion
    L Lat Coll. Lig no tenderness
    L Achilles Ten  no tenderness
Foot R
    General          No local tenderness or synovitis
    Plantar Fascia  No tenderness

                              Page 62

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D

```
Dupuytren's Con absent
Spine
  C-Spine           no local tenderness,
  C ROM             full ROM without discomfort
  Th-Spine          no local tenderness, full ROM
  Th ROM            full ROM
  LS-Spine          no local tenderness,
  LS ROM            full ROM without pain
  SLR Test          negative SLR test bilaterally
  Kyphosis          absent
Muscles
  R UE Proximal     (B) No proximal muscle tenderness, no weakness
  R UE Distal       (B) no distal muscle tenderness or weakness
  R LE Proximal     (B) no LE proximal muscle tenderness or weakness
  L LE Distal       (B)no distal muscle tenderness or weakness
  Trigger Points    No trigger point tenderness.
Gen Exam
  HEENT             PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                    dry oral mucosa, temporal artery 2+ pulse, NT (B)
  RS                Clear to auscultation
                    no costochondral joint tenderness
  CVS               RRR, no murmur, no rub, PDA pulse 2+ (B)
  ABD               Not tender, no HSM, no LAP, BS present.
  NS                Reflexes 2+ throughout, downgoing plantar reflexes (B)
  MS Gen.           erythematous raised maculopapular rash V-neck
                    no nail pitting
                    purple sl. puffy fingers
                    coated yellowish/orangy tongue (no help from Nystatin per pt
Test Results
Lab Review
  ESR               1-11.19.08
mm/hr
  ANA               1:1280H/S; neg Antismooth Ab
  Hep B s Ag        NR
  Hep C Ag          NR
  RF                '04 -C1 Esterase Inhibitor-9L; Per pt -neg celiac ab
Impression-Rheumatology
  Impression        31 y.o. slender WF here w/the following problems since 8.08:
                    1. New onset Severe Migraine since 8.08, abnormal MRI Brain
                    -await fMRI 1.27.09 at Yale; Fatigue
                    2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
                    3. Since'05 -GERD, gastric ulcer; dx'07-microscopic colitis,
                    on Asacol since; abnl LFT 10.08; Abd US 10.08 -fatty liver
                    4. Angioedema'04, w/u showed high Thyroglobulin Ab, pt has
                    multinodular goiter since'04, few FNAS- WNL, no thyroid meds
                    5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
                    6. H/o Plantar fasciitis Summer'08, better now
                    7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
                    8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                    The above suggests:
                    1. Immune-mediated inflammatory disorder, will do w/u for a
                    Connective Tissue Disease d/t Raynaud's, sicca, high +ANA.
Bad migraines warrant hypercoagulable work-up as well, will
request while awaiting further Neurology w/u.


Rheum Plan
Rheumatology Plan
  Plan              1. Rheumatic laboratory profile
                    2. Biotene dry mouth dry eyes care line of products.
                    3. Avoid sun exposure, keep the entire body warm, avoid BCP
                    4. Await all other measures as before.
                    5. Use sunscreen SPF>30 when outside.
                              Page 63
```

Liberty002856

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
6. RTC in 4 weeks. BK
7. Prevident toothpaste
8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology at HH
as planned.

Procedures
Joint/BWSA 1
    Joint/bwse


Rheumatology & Allergy Institute of CT, LLC
361 Main Street, Manchester, CT 06040
860.646.9929


Raynaud's Phenomenon
what is Raynaud's phenomenon?

Raynaud's phenomenon is a disorder of the small blood vessels
that feed the skin. During an attack of Raynaud's, these blood
vessels narrow briefly, limiting blood flow to the skin. The
skin first turns white, then blue. The skin turns red as the
vessels relax and blood flows again. Hands and feet are most
commonly affected, but Raynaud's phenomenon can affect other
areas such as the nose and ears.

Women between the ages of 15 and 50 are most often affected, but
anyone can have the problem.

How does it occur?

For most people, an attack is usually triggered by exposure to
cold or emotional stress. For example, reaching into a
refrigerator may trigger an attack.

There are 2 forms of Raynaud's phenomenon. Most people who have
Raynaud's phenomenon have the primary form (the milder version).
Primary Raynaud's usually affects both hands and both feet. Its
cause is not known.

Secondary Raynaud's phenomenon is caused by another disease or
condition and is a more serious disorder. It usually affects
either both hands or both feet. Connective tissue diseases are
the most common cause. Medical conditions that may cause
secondary Raynaud's phenomenon include:

    * Scleroderma (a thickening and hardening of the skin and
other body tissues). Raynaud's phenomenon is seen in
approximately 85 to 95% of people with scleroderma.
    * Systemic lupus erythematosus (a chronic inflammation of
the skin and organ systems).
    * Rheumatoid arthritis (a chronic inflammation and swelling
of tissue in the joints).
    * Blood flow reduction (problems that slow or stop blood
flow in a vessel, such as inflammation and hardening of the
arteries).
    * Pulmonary hypertension (high blood pressure in the lungs).
    * Sjogren's syndrome (a disorder in which immune cells
attack and destroy the glands that produce tears and saliva).
    * Polymyositis (a chronic disease that causes inflammation
and weakness of the muscles).
    * Dermatomyositis (a form of polymyositis with skin
symptoms).
    * Carpal tunnel syndrome (a painful disorder of the hand and
                        Page 64

Liberty002857

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
wrist caused by pressure on a nerve in the wrist).

Some drugs may cause Raynaud's phenomenon. Examples of such
drugs are beta blockers used to treat high blood pressure,
ergotamine medicines used for migraine headaches, anticancer
drugs, nonprescription cold medicines, and narcotics. Smoking
can also cause Raynaud's phenomenon.

Injuries from frostbite, surgery, or some jobs may also cause
Raynaud's phenomenon. Some workers in the plastics industry who
are exposed to vinyl chloride develop a sclerodermalike illness
and have Raynaud's phenomenon. Regular use of machinery such as
chain saws and vibrating drills can hurt blood vessels.

What are the symptoms?

Symptoms include changes in skin color (white to blue to red)
and skin temperature (the area feels cooler). Usually there is
no pain, but it is common for the area to feel numb or prickly,
as if it has fallen asleep.

How is it diagnosed?

Your health care provider will ask about your medical history
and examine you. You may have blood tests. Depending on your
history, your provider may check for diseases or other
conditions that cause secondary Raynaud's.

How is it treated?

Most health care providers recommend nondrug treatments and
self-help measures first, as described below in the section on
taking care of yourself.

Several kinds of medicines are sometimes used to treat severe
Raynaud's symptoms. They all improve circulation. Types of drugs
that might be prescribed are calcium channel blockers, alpha
blockers, and vasodilators. Nitroglycerin paste, which is
applied to the fingers, helps heal skin sores.

A drug may become less effective over time. Women of
childbearing age should know that the medicines used to treat
Raynaud's phenomenon might affect the baby. If you are pregnant
or are trying to become pregnant, talk with your health care
provider before taking these medicines.

If you are taking a medicine that seems to be causing Raynaud's
phenomenon, let your health care provider know. You may need to
change your medicine or dosage.
How long do the effects last?

Raynaud's phenomenon cannot be cured, but most people are able
to manage the symptoms.

How can I take care of myself?

    * Protect yourself from cold and keep all parts of your body
warm. When you are outdoors in the winter, wear scarves, warm
socks, boots, and mittens. (Mittens are better than gloves,
which allow too much heat to escape.) Make sure your wrists are
covered. Indoors, wear socks and comfortable shoes. When taking
food out of the refrigerator or freezer, use mittens, oven
mitts, or potholders.

Page 65

Liberty002858

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
    * Guard against cuts, bruises, and other injuries to the
areas affected by Raynaud's phenomenon.
    * If you smoke, quit.
    * You may be able to prevent or stop attacks using
biofeedback, a technique in which you are taught to "think" your
fingers or toes warm.
    * Control stress.
    * Exercise regularly, according to your health care
provider's recommendations.
    * See your health care provider if you have questions or
concerns.

For more information, you may wish to contact:

National Institute of Arthritis and Musculoskeletal and
Skin Diseases Information Clearinghouse
National Institutes of Health
1 AMS Circle
Bethesda, MD 20892-3675
Phone: 301-495-4484 or
877-22-NIAMS (226-4267) (free of charge)
TTY: 301-565-2966
Fax: 301-718-6366


Referrals          Code      Description
                   1.3       ConsLtrRheumSent

Meds - Code        Description
       28.100      Prevident 5000
                             brush tee BID
                             Dispense 200 cc
                             Refills 3
                             Generic Allowed Yes
                   Doctor 1  Barbara Kage

Visit 38640.1    Date 01.06.2009      *** Follow Up Remarks ***
    Requested Next Visit Type ,
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^

Page 66

Liberty002859

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.
### BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

*payment Request*

Liberty Mutual Insurance

FAXED

*payment Received*

Attn: Nancy Winterer
Re: Haley Spears
1-603-334-5708

Your request for medical records for Haley Spears _____ was received in our office on 10/20/2015 .

Connecticut General Statute §20-7c allows physicians to charge up to $.65 per page plus the cost of first class postage.

   67  pages x $.65 per page    =    $43.55

      1st class postage    =    $ ⌐

      Total Due    =    $43.55

Please forward a check, payable to Rheumatology and Allergy Institute of CT LLC, in the amount of $43.55. Medical records will be released within ten days of receipt.

Thank you for your prompt attention to this request.

Sincerely,

Elizabeth Ruff
Office Manager

Liberty002860

                        18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Chart - Export Date: 11.09.2015 p070  V12.6H
                     Rheumatology & Allergy Institute of CT

                            361 Main St.
                         Manchester CT 06040
                           860.646.9929

Patient   38640    Haley  Spears     DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.32   Date: 02.18.2011

Age   33 years  4 months
Family Doctor      10119                Referring Doctor 10072
Dr. Kristin Giannini                    Dr. James W. O'Brien
Suite N
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                )                       (                )

                     **** Patient Call In ****
38640.32  Priority 3   Contact pt 860.308.2050      **CLOSED**
Opened on      02.08.2011 at  04:01pm by  11 E. Ruff
Last Assigned To  11 E. Ruff
Closed on      02.18.2011 at  12:26pm by  11 E. Ruff
Problems
 pt recalls that at some point you mentioned that she may need to see
 a hematologist but does not recall why. I do not see any triage to t
 this effect - do you recall? (chart on your desk)
 2/18/2011 11:59pm-I reviewed her chart.She does not need to see a
 hematologist now.This was being considered d/t low Protein C test
 in Jan.2009, this was normal when repeated in August '09, so pt
 doesnt need to see hematologist.-DD

12:24 PM 2/18/2011 er
left detailed message for patient

Visit 38640.32    Date 02.18.2011    *** Follow Up Remarks ***
--------------------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
                     Rheumatology & Allergy Institute of CT

                            361 Main St.
                         Manchester CT 06040
                           860.646.9929

Patient   38640    Haley  Spears     DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.31   Date: 01.20.2011

Age   33 years  3 months
Family Doctor      10119                Referring Doctor 10072
Dr. Kristin Giannini                    Dr. James W. O'Brien
Suite N
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                )                       (                )

                     **** Patient Call In ****
                            Page 1

Liberty002861

```
                    18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
38640.31  Priority 3   Contact pt CVS WH - 561.6164  **CLOSED**
Opened on     01.18.2011 at  11:55am by  11 E. Ruff
Rx Called in  01.20.2011 at  04:19pm by  55 A.Masiuk.
Last Assigned To  55 A.Masiuk.
Closed on     01.20.2011 at  04:20pm by  55 A.Masiuk.
Problems
 per Dr BK, Vit D is 12 (goal 50-100); B12 is also low. Pt should che
 check if Lyme Drs would allow supplementation
. er- patient notified; she is agreeable to supplementation; per your
 documentation, pt advised to take OTC B12 1000mcg qd; please provide
 script for Vit D; also, FYI, Dr Gouin tested her saliva for cortisol
 and her morning level was O and remained very low throughout the
 day; she is on adrenal supplementation
```

                              RHEUMATOLOGY

```
Test Results
Lab Review
  ESR             1.2010
mm/hr
  C-RP            vit D25-12
MG/DL
Meds - Code      Description
       34.16     Vitamin D 50,000 IU
                         50,000 IU po q week
                         Dispense 8
                         Refills 1
                         Generic Allowed Yes
                 Doctor 1   Barbara Kage
```

Visit 38640.31    Date 01.20.2011    *** Follow Up Remarks ***
--------------------------------------------------------------------
*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A*A
                  Rheumatology & Allergy Institute of CT

                              361 Main St.
                          Manchester CT 06040
                             860.646.9929

Patient   38640    Haley  Spears      DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.30    Date: 12.23.2010

```
Age  33 years  2 months
Family Doctor       10119            Referring Doctor 10072
Dr. Kristin Giannini                Dr. James W. O'Brien
Suite N
520 Hartford Tpk                    353 Main St.
Vernon Rockville CT 06066           Manchester CT 06040
860.872.8321                        860.649.3477
(                 )                 (                 )

Emergency        Description
```

Visit DX         Description

                              Page 2

```
                    18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
   443.0           RAYNAUD'S SYNDROME
   346.20          VRNT MIGRNE WO NTRC MGRN
   782.1           NONSPECIF SKIN ERUPT NEC
   493.90          ASTHMA NOS
   279.9           IMMUNE MECHANISM DIS NOS
   719.04          JOINT EFFUSION-HAND
   530.11          REFLUX ESOPHAGITIS
   710.2           SICCA SYNDROME
   733.90          BONE & CARTILAGE DIS NOS
   281.1           B12 DEFIC ANEMIA NEC
   088.81          LYME DISEASE
   V01.1           TUBERCULOSIS CONTACT
   723.4           BRACHIAL NEURITIS NOS
   780.79          MALAISE AND FATIGUE NEC
```

## RHEUMATOLOGY

Chief Complaint
    Chief Complaint antibiotic for lym disease
                    achey (B)shoulders,neck,joints, fatigue varies 6-10/10
History Present Illness
HPI
    Location        Low grade fevers, chills in PM - rare;Fatigue-6-10/10
                    taking Azithromycin 500mg/day,Levaquin daily,Mepron BID
    Quality         Dr.Saul/Dr.Raxlen;Stiffness off/on throughout the day
    Severity        see as per chief complaint.Rt index finger soreness
    Timing          ?swelling,+Daytime somnolence.
    Duration        fatigue; nonrefreshed in AM, naps throughout the day
    Context         Dr.Zeger 2.2010-last Brain MRI 7.09-stable
                    Hasn't seen neuropsycg, re: Lyme cognitive changes
    Mod. Facts      awaiting a response from ID re? PICC speticemia;
                    was on Rocephin 2gm BID-restarted early 3.2010
    Assoc. Signs    Gallstones w/pain 4.2.2010 (Dr.O'Brien: US 4.10, no stones
                    per US 11.19.08: EGD-gastric polyps 5.2010 (no H.pylori),
                    stable Microscopic Colitis;Has to push herself
    Impact/Function Hasn't heard from disability yet;Has to limit ADL's
                    able to do light housekeeping(emptying dishwasher)
ROS
    Constitutional  +fatigue,+fever,chills,+night sweats,+weight stable
    Musculoskeletal -Hands change color in the cold,+dry eyes,+dry mouth
                    +stiffness/varies, +jaw pain+TMJ, +migraines/improved
    Eyes            -pain,-redness,+blurred/double vision/improved, +floaters,
    Head,Nose,Throa -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
    Lymphatic       -lymphadenopathy.
    Cardiac         +chest tightness,+SOB-asthmatic/better, -cough,-coughing
    Pulmonary       +chest tightness on taking deep breath,+cough,+wheeze/bett
    GI              er,-heartburn,-abdomin.pain,-diarrhea,+nausea,+vomiting-oc
    GU              -dysuria,-incontinence,-h/o miscarriage, -/+frequency
    Sinus           -recurrent sinus - ear infections,-bleeding gums,-ear pain
    Skin            +hives-face/chest,+skin rash upon sun exposure,-nodule
    Neurologic      +muscle weakness,-tingling,-numbness,-burning,-falls
    Psychiatric     +anxiety-improved,-depression; HEME:-anemia,?bruising easi
    Ear             +ringing in ears/improved, +blocked hearing; +memory loss
PMHx
    Medical         Lesion RT temporal lobe,cyst brain stem,gastric ulcer,mic-
                    ro colitis asthma/allergies,nodules thyroid,fatty liver
    Surgical        Birth mark bx, upper lip biopsy, colon bx; Hematuria,galls
                    tones; thyroid bx;H/o polyp sinus;allergies;angioedema'04,
Current Meds.
Current Medications - Rheumatology
    Rheum. Meds.    Tumeric qd, Bromeline 1 tab tid-(pain),levaquin 1tb qd,
                    Fish oil 1000mg bid
                    Plaquenil 200mg bid-hold since 12.11.09, Lexapro 20mg qd
                    Ultram tid

                            Page 3

Liberty002863

```
                             18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
    Other Meds.       Prevacid 30mg qd, Mepron 250mg 1tsp bid
                      Singular 5-10mg qhs,nebulizer prn
                      Zyrtec PRN, Zythromax 500mg-qd
                      Asacol 2 tabs BID-since 10.07; EpiPen -w/her
                      Migranal NS for migranes 1sp each each nostril prn
                      Papsmear 2010-normal; Off Pamelor;Off Entecort-didn't work
                      Endoscopy 4/10-normal 9/07-healed ulcer;Off-Folic Acid
    Allergy           Colonoscopy 6/07-microscopic colitis;Off-Doxycycline
                      E-MYCIN~vomit; Off-Frova/B12/MVI/Rocephin-3.10,Topamax
                      Off; Hydrocodone,Neurontin,Amitiza,Maxalt,Zoloft,Vit50K,
                      {see text}, Advair; Off-Pepcid,Allimax
2wk after zythromax-mepron 750mg bid? 1wk later Rifampin 100mg
bid?
FMHX/SHX
    FHx               Father 59 kidney removed enlarged, scolosis, HTN, discecto
                      Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                      Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                      no children
                      PU-CVA/TIA '58
    SHx               Denies smoking or ETOH, lives alone
                      drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
    BP                117/79
    PULSE             66
    TEMPERATURE       36.2
GENERAL APPEARANCE
    DEVELOPMENT       Patient in no acute distress,
    NUTRITION         well developed,
    DEFORMITIES       no obvious deformity,
    GROOMING          excellent grooming,
    COMMUNICATION S oriented to time, person and place
Detailed Exam
Hand R 1
    General R         Rt hand II PIPJ and DIPJ-1+ tenderness and synovitis
    Range of Motion (B)full ROM
    Strength          (B)normal hand grip
    I CMCJ R          (B) no I CMCJ tenderness
Wrist
    R Wrist           no tenderness, no synovitis
    R ROM             full range of motion
    R Effusion        no effusion
    R Deformity       no deformity present
    L Wrist           no synovitis or tenderness
    L ROM             full ROM
    L Effusion        no swelling
    L Deformity       Tinel's Sx negative,
Elbow
    R Elbow           no local tenderness
    R ROM             full ROM
    R Epicondylus     no tenderness
    L Elbow           no synovitis, full ROM
    L ROM             no limitation of ROM
    L Epicondylus     no tenderness
Shoulder
    R Shoulder        + tender suprascapular notch
    R ROM             full ROM
    R Effusion        no effusion
    R Bursa           no subacromial bursa tenderness
    R Tendons         no supraspinatus tendonits
    L Shoulder        +tender suprascapular notch
    L ROM             full ROM
    L Effusion        no effusion
    L Bursa           no SAB tenderness
                             Page 4
```

Liberty002864

```
                          18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
     L Tendons         no tenderness of supraspinatus tendon
Knee
     R Knee Joint      No joint tenderness,
     R ROM             full ROM,
     R Effusion        no effusion
     R VV deform.      No angular deformity,
     R Stability       negative McMurray's and Appley's test
     R bursa           No prepatellar or anserine bursitis
     L Knee Joint      no local tenderness
     L ROM             full ROM
     L Effusion        no effusion
     L VV deform.      no angular deformity
     L bursa           no tenderness
Spine
     C-Spine           1+(B)tenderness of the paracervical muscle column
     C ROM             full ROM without discomfort
     Th-Spine          no local tenderness, full ROM
     Th ROM            full ROM
     LS-Spine          no local tenderness,
     LS ROM            full ROM without pain
     SLR Test          negative SLR test bilaterally
     Kyphosis          absent
Muscles
     R UE Proximal     (B) No proximal muscle tenderness, no weakness
     R UE Distal       (B) no distal muscle tenderness or weakness
     R LE Proximal     (B) no LE proximal muscle tenderness or weakness
     L LE Distal       (B)no distal muscle tenderness or weakness
     Trigger Points    No trigger point tenderness.
Gen Exam
     HEENT             PEARL, no mouth or nasal ulcers, no LAP,NT
                       dry oral mucosa, temporal artery 2+ pulse, NT (B)
     RS                Clear to auscultation
                       no costochondral joint tenderness
     CVS               RRR, no murmur, no rub, PDA pulse 2+ (B)
     ABD               Not tender, no HSM, no LAP, BS present.
     NS                Reflexes 2+ throughout
     MS Gen.           no rash
                       no nail pitting
                       purplish warm fingers, not puffy
Test Results
Radiology Rev 1
   Image: 10027138.pdf     dexa
Impression-Rheumatology
   Impression          33 y.o. slender WF here w/the following problems since 8.08:
                       1.New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09
                       astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                       2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                       3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                       on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                       4. Angioedema'04, w/u: high Thyroglobulin Ab, multinodular
                       goiter since'04,few FNAs-WNL, euthyroid, no meds
                       5. Asthma, Seasonal allergies,possible nasal polyp'04,?hives
                       6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
                       7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
                       8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                       9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (n1<5,abnl
                       >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
                       Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.09,8.09,
also now normal Protein C, Protein S levels;
Positive ANA 1:320 in 5.2010, also low Serum Cortisol level. Pt
is following up with endocrinology.

The above suggests:
```

                                   Page 5

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Pronounced migraine headaches triggered an extensive work-up
which showed possible astrocytoma, possible tick-borne disease,
and perhaps rheumatic autoimmune disease:

1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal
bands, repeat MRI Brain at Yale 7.31.09 -reportedly stable
lesion per patient.

2. Neuroborreliosis -diagnosed and treated by ID MD, s/p IV
Antibiotics since 4.09 till recently
for possible Neuroborreliosis
and possible coinfection with Babesia, HGE, and Bartonella per
ID MD, Dr.Rexler.
The diagnosis of Lyme dis based on CSF Lyme test is not
irrefutable since
her Lyme serology 1.09
was normal, Lyme C6 test -negative.

 Haley does recall having a bulls-eye
rash in '05 that was left unaddressed in any way by her at that
point.

3. An  autoimmune inflammatory
disorder is suspected due to
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity
(MGM w/UC).
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09, 2.09, and 8.09, necessitating further observation re:
possible
other causes, e.g. Neuroborreliosis.
High positive ANA in 1.09,
arthralgia, Raynaud's phenomenon, and sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil in '08. Her
repeat rheumatic labs were normal hence I felt that the positive
ANA was clearly an epiphenomenon, but clearly she needs to be monitored.
She has been off of Plaquenil since 12.09 without worsening
hence will observe without the Plaquenil.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, the repeat tests for
protein C and Protein S were normal.
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, this improved to normal on
repeat test in 8.09. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders but primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
Page 6

Liberty002866

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley had mildly abnormal LFTs
of unclear origin. While her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished.
She was recently found to have gallstones, awaits an appt w/a
surgeon.
Iron deficiency was found per labs 5.2010, she will follow up
w/Dr.O'Brien & OB~Gyn.
Enteropathic reactive inflammatory arthritis with +HLA B27 may
be present here, too -mild now, does not require any Disease
Modyfying Agents for Rheumatic Diseases at present.

Rheum Plan
Rheumatology Plan
   Plan                  1. Daily exercising (walking).
                         Pt will discuss Vitamin D replacement with Dr.Guion,NP
                         2. Follow up with endocrinologist-Dr.Oberstein re:low
                         cortisol,thyroid
                         3. Use sunscreen SPF>30 when outside.
                         4. Follow up with Dr.O'Brien-GI MD
                         5. DEXA done today
                         6. Continue all other measures.
                         7. RTC in 4 months. BK
                         8. X-rays of hands
                         9 Follow up with Dr.Zegar as planned.
                         10. Labs now
                         11. Follow up with Dr.Saul and Raxlen as planned
Procedures
Joint/BWSA 1
   Joint/bwse          DEXA DONE MB RTR
Orders
  Code     Description                                    Status        Completed
  7.6      Dexa Only - NonMC                              COMPLETED     12.23.10

Instructions       Code       Description
                   11.1       Labslip

Referrals          Code       Description
                   2.1        RheumF/ULtrSent

Visit Documents    Code       Description

Page 7

```
                      18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
Visit 38640.30    Date 12.23.2010    *** Follow Up Remarks ***
    Requested Next Visit Type ,,,,,
```
--------------------------------------------------------------------------------
*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^
                  Rheumatology & Allergy Institute of CT

                               361 Main St.
                           Manchester CT 06040
                             860.646.9929

Patient   38640    Haley  Spears       DOB REDACTED
Primary Provider:  Barbara Kage, M.D., F.A.C.R.
Visit: 38640.29   Date: 05.06.2010
--------------------------------------------------------------------------------
Age   32 years  7 months
Family Doctor      10119                Referring Doctor 10072
Dr. Kristin Giannini                    Dr. James W. O'Brien
Suite N
520 Hartford Tpk                        353 Main St.
Vernon Rockville CT 06066               Manchester CT 06040
860.872.8321                            860.649.3477
(                       )               (                        )

Emergency         Description


Visit DX          Description
    443.0         RAYNAUD'S SYNDROME
    346.20        VRNT MIGRNE WO NTRC MGRN
    782.1         NONSPECIF SKIN ERUPT NEC
    493.90        ASTHMA NOS
    279.9         IMMUNE MECHANISM DIS NOS
    719.04        JOINT EFFUSION-HAND
    530.11        REFLUX ESOPHAGITIS
    710.2         SICCA SYNDROME
    733.90        BONE & CARTILAGE DIS NOS
    281.1         B12 DEFIC ANEMIA NEC
    088.81        LYME DISEASE
    V01.1         TUBERCULOSIS CONTACT
    723.4         BRACHIAL NEURITIS NOS
    780.79        MALAISE AND FATIGUE NEC

                          RHEUMATOLOGY
Chief Complaint
    Chief Complaint Ache and pain/improved,abdominal pain d/t gallstones
                    more memory loss short & long term, fatigue 8-9/10
History Present Illness
HPI
  Location        Low grade fevers, chills in PM - rare; Fatigue,Off PICC,
                  will start Doxycycline;unable to work d/t brain fog,decrea
  Quality         sed short-term memory, fatigue, perhaps long-term memory
  Severity        see as per chief complaint; excessive daytime somnolence
  Timing          gets fatigued easily, unable to drive long-distance d/t
  Duration        fatigue; nonrefreshed in AM, naps throughout the day
  Context         Dr.Zeger 2.2010-last Brain MRI 7.09-stable
                  Hasn't seen neuropsycg, re: Lyme cognitive changes
  Mod. Facts      awaiting a response from ID re? PICC speticemia;
                  was on Rocephin 2gm BID-restarted early 3.2010
  Assoc. Signs    Gallstones w/pain 4.2.2010 (Dr.O'Brien: US 4.10, no stones
                  per US 11.19.08: EGD-gastric polyps 5.2010 (no H.pylori),
                  stable Microscopic Colitis;
  Impact/Function Hasn't heard from disability yet; walkis daily, off/on can
                          Page 8
```

Liberty002868

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
not d/t fatigue & off/on pain;(B)shoulder/neck/muscle pain
ROS
  Constitutional   +fatigue,+fever,=chills,+night sweats,+weight stable
  Musculoskeletal  -Hands change color in the cold,-dry eyes,-dry mouth
                   +stiffness/better, +jaw pain+TMJ, +/- headache/migraines
  Eyes             -pain,-redness,+blurred/double vision/improved, +floaters,
  Head,Nose,Throa  -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
  Lymphatic        -lymphadenopathy.
  Cardiac          +chest tightness,+SOB-asthmatic/better, +cough,-coughing
  Pulmonary        +chest tightness on taking deep breath,+cough,+wheeze/bett
  GI               er,-heartburn,+abdomin.pain,+diarrhea,+nausea,+vomiting-oc
  GU               -dysuria,-incontinence,-h/o miscarriage, -frequency
  Sinus            -recurrent sinus ~ ear infections,-bleeding gums,-ear pain
  Skin             -skin rash-face/chest,+skin rash upon sun exposure,-nodule
  Neurologic       +muscle weakness,-tingling,-numbness,-burning,-falls
  Psychiatric      +anxiety-improved,-depression; HEME:-anemia,?bruising easi
  Ear              +ringing in ears/improved, +blocked hearing; -Height loss
PMHx
  Medical          Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                   ro colitis asthma/allergies,nodules thyroid,fatty liver
  Surgical         Birth mark bx, upper lip biopsy, colon bx; Hematuria,galls
                   tones; thyroid bx;H/o polyp sinus;allergies;angioedema'04,
Current Meds.
Current Medications - Rheumatology
  Rheum. Meds.     Tumeric Bromeline 1 tab tid-(pain)
                   Fish oil 1000mg bid,doxycycline 100mg bid-lyme
                   Plaquenil 200mg bid-hold since 12.11.09, Lexapro 20mg qd
                   Folic acid qd-off,Topamax 50mg AM 100mg-PM,,Ultram tid
  Other Meds.      Prevacid 30mg bid, Mepron 250mg 1tsp bid x3 wks then off 1
                   wk,the repeat dose-hold,Pepcid 2 tab qHS, Singular 5-10mg
                   qhs,Zyrtec PRN, Zythromax 250mg-bid,advair 250/50 1pff bid
                   Asacol 2 tabs BID-since 10.07; EpiPen -w/her,allimax6qd
                   Migranal NS for migranes 1sp each each nostril prn
                   Papsmear 6/08-normal; Off Pamelor;Off Entecort-didn't work
                   Endoscopy 6/07~bleeding ulcer 9/07-healed ulcer
  Allergy          Colonoscopy 6/07-microscopic colitis
                   E-MYCIN-vomit; Off-Frova/B12/MVI/Rocephin-3.10
                   Off; Hydrocodone,Neurontin,Amitiza,Maxalt,Zoloft,Vit5OK,
                   {see text}, Advair
2wk after zythromax-mepron 750mg bid? 1wk later Rifampin 100mg
bid?
FMHx/SHx
  FHx              Father 59 kidney removed enlarged, scolosis, HTN, discecto
                   Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                   Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                   no children
                   PU-CVA/TIA '58
  SHx              Denies smoking or ETOH, lives alone
                   drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
  BP               134/64, 2nd lt arm 115/69
  PULSE            79 73
  TEMPERATURE      36.5
GENERAL APPEARANCE
  DEVELOPMENT      Patient in no acute distress,
  NUTRITION        well developed,
  DEFORMITIES      no obvious deformity,
  GROOMING         excellent grooming,
  COMMUNICATION S  oriented to time, person and place
Gen Exam
  HEENT            PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                   dry oral mucosa, temporal artery 2+ pulse, NT (B)
  RS               Clear to auscultation
                            Page 9

Liberty002869

```
                    18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
                    no costochondral joint tenderness
    CVS             RRR, no murmur, no rub, PDA pulse 2+ (B)
    ABD             Not tender, no HSM, no LAP, BS present.
    NS              Reflexes 2+ throughout, downgoing plantar reflexes (B)
    MS Gen.         no rash
                    no nail pitting
                    purplish warm fingers, not uffy
Test Results
Lab Review
    ESR             2-5.3.2010
mm/hr
    C-RP            Vit D25-15L; Se Cortisol-3.9L (at 9.04 AM)
MG/DL
    ACE             Fe--26, %sat-8L, Ferritin-6L                                    U/L
    ANA             1:320H
    RF              TSH-1.49
Impression-Rheumatology
    Impression      32 y.o. slender WF here w/the following problems since 8.08:
                    1.New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09
                    astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                    2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                    3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                    on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                    4. Angioedema'04, w/u: high Thyroglobulin Ab, multinodular
                    goiter since'04,few FNAs-WNL, euthyroid, no meds
                    5. Asthma, Seasonal allergies,possible nasal polyp'04,?hives
                    6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
                    7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
                    8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                    9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (n1<5,abnl
                    >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
                    Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.09,8.09,
also now normal Protein C, Protein S levels;
Positive ANA 1:320 in 5.2010, also low serum Cortisol level
The above suggests:
Pronounced migraine headaches triggered an extensive work-up
which showed possible astrocytoma, possible tick-borne disease,
and perhaps rheumatic autoimmune disease:

1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal
bands, repeat MRI Brain at Yale 7.31.09 -reportedly stbale
lesion per patient.

2. Neuroborreliosis -diagnosed and treated by ID MD, s/p IV
Antibiotics since 4.09 till recently
for possible Neuroborreliosis
and possible coinfection with Babesia, HGE, and Bartonella per
ID MD, Dr.Rexler.
The diagnosis of Lyme dis based on CSF Lyme test is not
irrefutable since
her Lyme serology 1.09
was normal, Lyme C6 test -negative.

 Haley does recall having a bull-eye
rash in '05 that was left unaddressed in any way by her at that
point.

3. An  autoimmune inflammatory
disorder is suspected due to
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
                              Page 10
```

Liberty002870

18326_708F5FF9-A5A2-A54E-ABD2-85920A23F40D
thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity
(MGM w/UC).
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09, 2.09, and 8.09, necessitating further observation re:
possible
other causes, e.g. Neuroborreliosis.
High positive ANA in 1.09,
arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil in '08. Her
repeat rheumatic labs were normal hence I felt that the positive
ANA was an epiphenomenon, but clearly she needs to be monitored.
She has been off of Plaquenil since 12.09 without worsening



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| **Date:** December 10, 2015 | |
| **To:** WINONA ZIMBERLIN<br>ATTORNEY AT LAW<br>2 CONGRESS STREET<br>HARTFORD CT 06114-1024 | |
| **Attn:** | |
| **Fax:** (860) 247-4194 | |
| **From:** Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| **Total Pages**<br>**(Including Cover):** 2 | |
| **RE:**<br><br>**Claim #:** REDACTED<br>**Claimant:** Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

December 10, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears

Dear Winona Zimberlin:

I am in receipt of your letter dated December 7, 2015.  Thank you for submitting the completed
Training-Education-Experience Form.

Liberty Life did receive the CD of Dr. Raxlen's treatment records from your office, on November
25, 2015.

Your December 7, 2015 letter reports Ms. Spears last worked in August 2015 and has had a recent
decline in health.   Previously, you submitted Ms. Spears' earnings statements through May 2015.
At this time, we request Ms. Spears' earnings information from **June 1, 2015 through her last day
of work.**

Additionally, regarding the requested treatment records from all the physicians Ms. Spears listed on
the September 8, 2015 Claimant Information Form, as outlined in our letter dated November 24,
2015, no response has been received from **Dr. Donaldson** (although his January 20, 2009
consultation note is on file); from **Lori Fitts, MD; Gaurab Basu, MD; Taliarini Chiropractic**.
As you are aware, this documentation was requested by December 16, 2015. Should you require
additional time to submit this information, or any other medical information that you wish to submit
in support of Ms. Spears' claim, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty002873

# Winona W. Zimberlin

Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

December 7, 2015

*Facsimile: 1-603-422-7909, 3p.*
Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH 03820

Dear Ms. Winterer:

      RE:    Haley Spears
            DOB: REDACTED

      I am in receipt of your letter dated November 24, 2015. The letter states that you did not receive a response from Dr. Raxlen. We have already provided these records to you. We will follow up with your request to the additional medical providers. Please be advised that Ms. Spears is no longer working. She last worked in August 2015. She is seeking additional medical treatment. The October 21, 2015 letter implies that Liberty is only looking at a claim for the period of seven years. Based on Spears' recent decline in health, Liberty should not limit its consideration of this claim to a seven year period. If Spears had not been improperly terminated from disability benefits, she could have taken advantage of Liberty's work incentive/rehabilitation benefit program. That program is designed to return employees to active employment while they continue their disability benefits. That program could have assisted Spears in a gradual return to work through a modified work schedule, job adaptation or new skills training. Unfortunately, she did not have the advantage of this program when she attempted to return to work.

      Enclosed is the TEE form.

Very truly yours,

Winona W. Zimberlin

WWZ:
Enclosure

Liberty002874

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

 **Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO: 2500391

EMPLOYER/SPONSOR: UTC Choice

REDACTED

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                                   (If you have a resume, please attach)

Highest Grade Completed: ___Some college___          Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA MS CAGS PHD Degree: _____

Professional Training, License, Certificates(s): _excel, various HR things, sales_

Are you currently attending any classes: ☐ Y ☒ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work __Faith, Crafts, ⬛⬛⬛⬛⬛ Health+fitness_

Did you serve in the Armed Forces? ☐ Y ☒ N   From:_____ To: _____

Branch of Service: _____ Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: __Winter Wymans__ Department: _Contract_   From: _March 2014_ To: _8/2015_
   Job Title(s): _Corporate Recruiter_
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): _Recruiting, job offers, pre employment forms_

2. Company: __K force__ Department: _Contract_ From: _8/2014_ To: _roughly March 2015_
   Job Title(s): _corporate recruiter_
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): _Recruit, job offers, onboarding forms_

A Liberty Mutual Company

LMG                                  12/1/2015 12:07:34 PM   PAGE   4/004   Fax Server

3. Company: __UTC__   Department: __+ UTC military/Engine Dec.__   From: __Years__ To: ____
   pw aerospace
   Job Title(s): __Cuecutive Admin/admin__
   Supervisory Experience  ☐ Y  ☒ N
   Tasks/Duties (please be specific): __Various support work supporting executive staff + management - included but not limited to travel arrangements, expense reports, budget planning__

4. Company: __Kelly Services__   Department: __Major Markets__   From: __Aug 2002__ To: __Dec 2005__
   Job Title(s): __SR. Staffing Specialist__
   Supervisory Experience  ☒ Y  ☐ N
   Tasks/Duties (please be specific): __Recruiting, Hiring, managing ft + temp staff - general HR Sales, emma manage accounts, del HR paperwork + customer contact payroll__

5. Company: __Cigna Healthcare__   Department: __Pharmacy Services__   From: __June 1998__ To: __aug 2002__
   Job Title(s): __Call center/enrollment benefits, override__
   Supervisory Experience  ☐ Y  ☒ N  + deny Rx auths
   Tasks/Duties (please be specific): ____

__May have had other non-professional retail jobs PT sale job.__

**Computer Utilization:**

Computer Training/Courses, Certifications: __excel__

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____ | | |

How much time is spent daily on your work computer?  ☒ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours
                                                            80-2 hours roughly

Keyboarding/Typing Experience:  ☒ Yes  ☐ No   If yes, WPM (words per minute) __unknown__
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____ N/A ____ Work: ____

SIGNATURE: __Halee Cooper__   PHONE NO: __(860) - 930-0889__

2



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  December 1, 2015 | |
| To:  WINONA ZIMBERLIN<br>ATTORNEY AT LAW<br>2 CONGRESS STREET<br>HARTFORD CT 06114-1024 | |
| Attn: | |
| Fax:  (860) 247-4194 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):  4 | |
| RE:<br><br>Claim #:  REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty002877



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

December 1, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears

Dear Winona Zimberlin:

It has come to my attention that not all the usual LTD claimant forms were forwarded to you in July 2015, for Ms. Spears' completion.

In order for Liberty Life to fully assess Ms. Spears' eligibility for Long Term Disability benefits in accordance with the United Technologies Corporation Group Disability Income Policy, please have Ms. Spears complete the attached <u>Training-Education-Experience Form</u>, and return to my attention by **December 18, 2015**.

I apologize for any inconvenience this causes.  Thank you for your cooperation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   Training Education Experience

Liberty002878

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

 **Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: REDACTED

EMPLOYER/SPONSOR: UTC Choice                      DATE OF BIRTH: REDACTED

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                              **(If you have a resume, please attach)**

Highest Grade Completed: _____     Check if earned: ☐ GED   ☐ HS Diploma

Vocational Training: _____   Certificate Program completed: _____

Associates Degree: _____   College: number of years: _____

Bachelor's Degree:  BA /BS Major: _____   Graduate School: MA  MS  CAGS  PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes:  ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces?  ☐ Y   ☐ N       From:_____   To: _____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

Liberty002879

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

**Computer Utilization:**

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____  Work: _____

SIGNATURE: _____   PHONE NO: ( ___ ) _____

_____

2

Liberty002880

06/29/2009  15:08   2037954214          THE UPS STORE 5292          PAGE 02/85

*Attn: Sabrina*

**IMPORTANT - PLEASE READ**

This form is for patient use only. If you are an advocate, please login/register to obtain enrollment forms.

Patients:
Step 1. Enter the data requested below.
Step 2. Use the PRINT THIS FORM button to print the form for signature.

[ PRINT THIS FORM ]       [ BACK ]

ADVOCATES MUST CALL WITH A COMPLETED AND SIGNED FORM TO ENROLL EACH PATIENT. DO NOT MAIL UNTIL DIRECTED.

BRIDGES TO ACCESS
PO Box 29060 – Phoenix, AZ 85038-9060
1-866-PATIENT (728 4368)
www.BridgesToAccess.com

GSK Product Requested: 1 MEPRON  2
ICD 9 Code for Primary Diagnosis: 088.82  (R: ____ ___)  (L: ____ ___)
PATIENT ID #171099462

**SECTION 1 - PATIENT INFORMATION**

Patient Name (First): Haley   (Last): Spears   (M.I.): A
Street Address: 100B Trout Brook Dr
City: West Hartford  State: CT  ZIP Code: 06119
Phone #: 860-308-2050  860-930-0887

Drug Shipping Address (if different from above) C/O or Business Name:
Street Address:  City:  State:
ZIP Code:  Phone #:  Email Address: hspears2@yahoo.com

Social Security #: 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  Birth Date: 10/11/1977  Gender: M☐ F●  U.S. Resident: YES☐

Has the patient been legally disabled more than two years? YES☐ NO●   Veteran: YES☐ NO●  Race (Optional):

**HOUSEHOLD SIZE & INCOME:** List gross monthly income by income type for all people who contribute to or are dependent on patient's household

HOUSEHOLD SIZE: 1  (include number of people, including patient, who contribute to or are dependent on patient's household income.)

| Salary/Wages: 0 | Social Security Disability: 0 | Veterans Benefits: |
| Social Security Retirement: | Unemployment: | Pension/Retirement: |
| Supplemental Security Income: | Alimony/Child Support: | Other: 1200 gifts   TOTAL MONTHLY INCOME $: 1200 |

**INSURANCE INFORMATION:** Indicate if patient has prescription drug benefits through any insurer/payer/program and why the prescribed is covered.

Medicare – Is the patient eligible for Medicare? YES☐ NO●
If yes, has the patient enrolled in any Medicare plan that includes Part D drug coverage? YES☐ NO☐

| Does the patient have prescription drug benefits through any of the following insurers/payers/programs? (Y = Yes, N = No, P = Pending or wait listed) | | | | A | B | C | If "Y", circle the appropriate letter (A=Capitation limit B = GSK product not on formulary; O = Other - list reason) |
|---|---|---|---|---|---|---|---|
| Medicaid | Y● | N○ | P○ | A | B | C | O: |
| Private Insurance | Y○ | N● | P○ | A | B | C | O: Being Denied |
| AIDS Drug Assistance Program | Y○ | N● | P○ | A | B | C | O: |
| State Children's Insurance Program | Y○ | N● | P○ | A | B | C | O: |
| Other State Drug Assistance Program | | | | A | B | C | |

http://www.bridgestoaccess.com/PatientEnrollment?pageFunction=FORMPATIENT

Liberty002881

| 70 | Penicillin | ☐ |
| 93 | Tetracycline | ☐ |
| 00 | No known allergies | ☐ |
| 00 | Other (List) | ☐ |
| 00 | Unknown | ☐ |
| For Pharmacy Use Only | Health Conditions | "X" |
| 200 | Diabetes | ☐ |
| 300 | Hypertension | ☐ |
| 400 | Heart Disease | ☐ |
| 500 | Glaucoma | ☐ |
| 600 | Stomach Disorders | ☐ |
| 700 | Thyroid Disease | ☒ |
| 800 | Arthritis | ☐ |
| 000 | No known health conditions | ☐ |
| 000 | Other (List)  Colitis, lyme +  co-infections | ☒ |
| 00 | Unknown | ☐ |

**Patient Authorization to Release and Disclose Medical Information**

*By my signature I authorize GlaxoSmithKline, as well as McKesson Specialty Arizona Inc. (MSAZ) and any other GlaxoSmithKline uses to administer Bridges to Access (the "Program"), to do the following:*

1) Use any information that I provide in my application for the Program for the purpose of helping me receive GlaxoSmithKline products under the Program or to administer the program;

2) Receive and keep records of all prescriptions for the medications I receive under the Program, which will be used to admini

3) Contact my doctor, healthcare provider, or pharmacist about my application for the Program, and disclose to them informa my application, in order to help me receive GlaxoSmithKline products under the Program and ensure that Program guidelin

4) Request information from my insurer, doctor, healthcare provider, or pharmacist about the prescribed medications I recei under the Program and about my medical condition. This information will be used only to determine my eligibility for the administer the Program. By signing below, I also authorize my insurer, doctor, healthcare provider, or pharmacist to re about my prescribed medications and medical condition that is requested by GlaxoSmithKline, MHSA or any company that uses to run the Program.

5) Contact my insurer, other potential funding sources, social workers or patient advocacy organizations on my behalf in orde am eligible for health insurance coverage or other funds, and disclose to them information contained in my Progra information about my prescribed medications and medical condition that has been provided by my physician, health pharmacist.

6) Disclose any information obtained from the sources listed above to third parties if required by law.

I understand that this Authorization to Release and Disclose Medical Information will remain in effect for as long as I particips and for a period of 3 years after my participation in the Program ends.

I understand that my healthcare providers will not condition my medical treatment on my agreement to sign this Authorizatio Disclose Medical Information. I also understand that I have the right to revoke this authorization at any time by calling 1-8 mailing a signed written statement of my revocation to the Program. Such a revocation would end my eligibility to participat Revoking this authorization will prohibit disclosures after the date written revocation is received, except to the extent that actio in reliance on my authorization.

I understand that once medical information about me has been disclosed in reliance upon this Authorization, the information i protected by federal privacy laws and may be further disclosed.

I understand that GlaxoSmithKline does not charge a fee for participation in this Program. There is a co-payment for each pr a retail pharmacy. If my advocate charges a fee for enrollment or refills of my medicine, this money is not paid to GlaxoSmithK

I certify that I am not enrolled in any Medicare plan that includes Part D drug coverage. Furthermore, I certify that the inform this application is complete and accurate to the best of my knowledge and agree to notify GlaxoSmithKline of any change eligibility or financial status.

http://www.bridgestoaccess.com/PatientEnrollmentPageFunction=FORMAT...

Liberty002882

_Patient signature_          _6/29/09_                    Relationship (if other than pati

Date

**Prescriber Certification**

By my signature, I certify that the use of the indicated pharmaceutical product(s) is medically necessary. I have no knowledg
sell, barter or give this product to any person other than the patient for whom it has been prescribed. To the best of my know
has no medical/prescription insurance benefits for the indicated pharmaceuticals), including Medicaid or other public progra
indicated, and the patient has insufficient financial resources to pay for the prescribed therapy

Prescriber signature (Original signature required. Stamped signature not accepted)          _7/01/09_    Date

**Advocate Certification**

By my signature, I certify to the best of my knowledge, the information on this application is correct and complete. I have no f
intent to sell, barter or give this product to any person other than the patient for whom it has been prescribed. To the best of n
patient has no medical/prescription insurance benefit for the indicated pharmaceutical(s), including Medicaid or other publi
tion as indicated, and the patient has insufficient financial resources to pay for the prescribed therapy

Carolyn B. Welcome, PA-C
Advocate/signature (Original signature required  Stamped signature not accepted)          _7/01/09_    Date

Advocate # 503149

---

**IMPORTANT - PLEASE READ**

This form is for patient use only. If you are an advocate, please login/register to obtain enrollment
forms.

Patients:
Step 1. Enter the data requested below.
Step 2. Use the PRINT THIS FORM button to print the form for signature.

[ PRINT THIS FORM ]      [ BACK ]

http://www.bridgestoaccess.com/PatientEnrollment?pageFunction=FORMPATIENT

# Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC283415D
REQUISITION:  4862458

COLLECTED:  09/09/2009   12:30 ET
RECEIVED:   09/10/2009   01:44 ET
REPORTED:   09/10/2009   07:20 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
RAXLEN,MD

CLIENT INFORMATION
NE22229230                    60010000
WHOLE HEALTH ASSOCIATES
100 SIMSBURY RD STE 209
AVON, CT 06001-3793

PROVIDER:
GOULIN MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18 | L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31 | L | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 | | 35.0-45.0 % | |
| MCV | 89.8 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 214 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC283415D

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DX-82R2A. 7/01

Liberty002884

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  09/09/2009   12:30 ET
REPORTED:   09/10/2009   07:20 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
BAXLEN,MD

PROVIDER:
GOULIN MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2045 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2270 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 510 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 35 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.9 | | % | |
| LYMPHOCYTES | 45.4 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 2.8 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC2834150

Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-IPAFR. 7/01

Liberty002885

# Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**PATIENT INFORMATION**
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING; N

**SPECIMEN INFORMATION**
SPECIMEN:  WC060211D
REQUISITION: 4653769

ID:
PHONE: 860.308.2050

**REPORT STATUS FINAL REPRINT**

**ORDERING PHYSICIAN**
ZAGAR,DARIO

**CLIENT INFORMATION**
NE22103203                 60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED: 08/26/2009   17:15 ET
RECEIVED:  08/27/2009   02:46 ET
REPORTED:  08/27/2009   06:55 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 97 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.78 | | 0.50-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18   L | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.98 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 90.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC060211D

Page 1 - Continued on Page 2

Liberty002886



QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
ZAGAR, DARIO

COLLECTED: 08/26/2009 17:15 ET
REPORTED: 08/27/2009 06:55 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3069 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2117 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 11 L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 28 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.8 | | % | |
| LYMPHOCYTES | 37.8 | | % | |
| MONOCYTES | 6.7 | | % | |
| EOSINOPHILS | 0.2 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (860) 829-4244
A duplicate report has been faxed to the following:
Faxed to:  (860) 829-4244  on:  08/27/2009  8:16:23 AM

DUPLICATE REPORT WILL BE SENT TO:       CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

SPEARS,HALEY - WC060211D                                    Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. OR-BPGR. 7/01

Liberty002887

SEP. 3. 2009  3:21PM     PHCS SPECIALTY  860-632-3696                    NO. 3139   P. 2/3

PATIENT INFORMATION
SPEARS, HALEY

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378                DOB: REDACTED AGE: 31
                                             GENDER: F FASTING: U

SPECIMEN INFORMATION                         ID:
SPECIMEN:    WC169829D                       PHONE: 860.308.2050
REQUISITION: 4762638

COLLECTED:  09/02/2009   12:00 ET
RECEIVED:   09/02/2009   17:25 ET
REPORTED:   09/03/2009   07:48 ET

REPORT STATUS FINAL   REPRINT

SUPERVISING PHYSICIAN
RAXLEN

CLIENT INFORMATION
NE22200645                        60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

PROVIDER:
LAUREN GOUIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 0.66 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111      H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19       L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |

Quest
80.l

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P (860)246-8689 F (860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 3907206 | 10/29/09 | 1384063 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| JAMES OBRIEN, MD | REDACTED | 32 Y/F | (860) 308-2059 |

353 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 849-3477
FAX: (860) 649-0011

**Exam(s):** CT ABDOMEN WW/O CONTRAST - 74170

3907207  CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

History: Abdominal pain. Ulcerative colitis.
CT SCAN OF THE ABDOMEN and PELVIS:

Comparison: None

CT scan of the abdomen and pelvis was performed with and without the intravenous administration of 100 cc Ultravist. Oral contrast also given.

The lung bases are clear.
The liver is normal.
Gallbladder is normal.
Biliary ducts are not dilated.
spleen is normal
pancreas is normal
adrenal glands are normal
right kidney is normal
left kidney is normal
mesentery is normal.
No adenopathy.
No free fluid.

The mesentery, and pelvic soft tissues are normal. No pelvic adenopathy. The area the ileocecal valve is unremarkable. No inflammatory change free fluid or other abnormality seen. The bowel as visualized is unremarkable.

CONCLUSION:

Unremarkable CT scan of the abdomen and pelvis.

d: 10/29/2009 t: 1:09:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2            JPTDXRP - L    Printed on: 10/29/2009  1:10:18PM

Liberty002889

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **3907206** | **10/29/09** | **1384063** |

AT THE REQUEST OF
**JAMES OBRIEN, MD**

Exam(s): CT ABDOMEN WW/O CONTRAST - 74170

3907207  CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

Thank you for referring your patient to us,

Marc Glickstein, MD.

(Electronically Signed - 10/29/2009  1:09:58PM)

cc: BERNARD RAXLEN, MD
   123 WEST 79TH STREET
   FIRST FLOOR
   NEW YORK, NY  10024

d: 10/29/2009 t: 1:09:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty002890

## Procedure

### Chest w contrast

HALEY SPEARS

Final, Not Reviewed
Diagnosis:
Ordered by Kristin Glannini, MD on 4/15/2009 (Routine)
Performed on 4/15/2009 3:30 PM

Comments: See Note (EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Medical Imaging Report                                    REDACTED
PATIENT: SPEARS,HALEY A                          DOB#
ADMISSION DATE: 04/15/09                         MR#: Z349269
ACCT#: D02415266
LOCATION: MMH-CAT SCAN                           ROOM#:

ATTENDING PHYSICIAN: Giannini,Kristin
DICTATING PHYSICIAN: Shuler,Frederick            REPORT#: 0416-0081
ORDERING PHYSICIAN: Giannini,Kristin
EXAM SERVICE DATE: 04/15/09
EXAM: Chest w contrast
===============================================================
0955287

CT chest

INDICATION: Lymphadenopathy; shortness of breath, wheezing, night sweats

Helical scanning was performed through the chest during the intravenous
administration of 100 mL Omnipaque 350. There are no prior studies for
comparison.
The lungs are well expanded and essentially clear. There is a solitary
pulmonary nodule peripherally in the lateral right lower lobe (image #32)
measuring 4 mm in diameter. The pleural spaces are clear. The mediastinum is
unremarkable, without mass or adenopathy. A small amount of residual thymic
tissue is noted. There are small lymph nodes in the axilla without pathologic
enlargement. Previously described left thyroid nodule on ultrasound is not
evident on CT.

IMPRESSION:

4 mm right lower lobe solitary pulmonary nodule. Consideration could be given
to followup in 6 months.
The examination is otherwise unremarkable.

DICTATED BY: Shuler,Frederick          04/16/09 0944
TRANSCRIBED BY: PSCRIBE
REPORT STATUS: Signed                  04/16/09

Report is considered draft until signed, signified by completion of date and time stamp
above.
)

Liberty002891

04/21/2009 13:04 FAX ⬚009/009

## Procedure

## ABD/PEL w contrast

HALEY SPEARS

**Final, Not Reviewed**
Diagnosis:
Ordered by Kristin Giannini, MD on 4/15/2009 (Routine)
Performed on 4/15/2009 3:30 PM

Comments: See Note (EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Medical Imaging Report

REDACTED
PATIENT: SPEARS,HALEY A           DOB#
ADMISSION DATE: 04/15/09          MR#:  Z3ab2b9
ACCT#: D02415286
LOCATION: MMH-CAT SCAN            ROOM#:

ATTENDING PHYSICIAN: Giannini,Kristin
DICTATING PHYSICIAN: Shuler,Frederick
ORDERING PHYSICIAN: Giannini,Kristin       REPORT#: 0416-0088
EXAM SERVICE DATE: 04/15/09
EXAM: ABD/PEL w contrast
================================================================
0955286

CT abdomen and pelvis

INDICATION: Lymphadenopathy, abdominal pain and distention

Helical scanning is performed through the abdomen and pelvis during intravenous
administration of 100 mL Omnipaque 350. Comparison is made with ultrasound
examination dated 11/19/2008. The liver, spleen, pancreas, gallbladder, adrenal
glands, kidneys, aorta, inferior vena cava, uterus, right ovary and bladder
appear unremarkable. There is a thin walled cyst in the left ovary measuring 2.4
cm in greatest diameter which is likely physiologic. There is a trace of free
fluid in the pelvis which may also be physiologic. The bowel is incompletely
opacified but appears unremarkable without dilatation or focal inflammation. No
mass or adenopathy is evident.

IMPRESSION:

Left ovarian cyst and small amount of free fluid, likely physiologic.

No mass, adenopathy or focal inflammatory change is evident.

DICTATED BY: Shuler,Frederick       04/16/09 0847
TRANSCRIBED BY: PSCRIBE
REPORT STATUS: Signed               04/16/09

Report is considered draft until signed, signified by completion of date and time stamp
above.
)

Liberty002892

SEP. 3. 2009  3:21PM    PHCS SPECIALTY  860-632-3696                        NO. 3139   P. 3/3

PATIENT INFORMATION
**SPEARS,HALEY**

| | RE____T STATUS **FINAL    REPRINT** |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

SUPERVISING PHYSICIAN
**RAXLEN**

COLLECTED:  09/02/2009    12:00 ET
REPORTED:   09/03/2009    07:48 ET

PROVIDER:
**LAUREN GOUIN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 3006 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2154 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 660 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 150 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.1 | | % | |
| LYMPHOCYTES | 35.9 | | % | |
| MONOCYTES | 11.0 | | % | |
| EOSINOPHILS | 2.5 | | % | |
| BASOPHILS | 0.5 | | % | |

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
     CLIA: 07D0093126

          Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (860) 829-4244

ORIGINAL REPORT SENT TO:           ASSOCIATED NEUROLOGISTS
                                   75 KINGS HWY
                                   FAIRFIELD, CT 06825-4923

SPEARS,HALEY - WC169829D                        Page 2 - End of Report

Liberty002893

# JEFFERSON RADIOLOGY

## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME<br>**SPEARS, HALEY** | ACCESSION NUMBER<br>4086489 | DATE OF SERVICE<br>04/02/10 | MEDICAL RECORD NUMBER<br>1384063 |

AT THE REQUEST OF

**KRISTIN GIANNINI, MD**
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-5271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | (860) 308-2050 |

Exam(s): US ABDOMEN COMPLETE - 76700

History: Pain

Real-time ultrasound of the abdomen was performed.

Comparison: CT of 10/29/2009.

The liver is free of focal abnormalities. Echogenicity is normal.

Gallbladder contains sludge and small gallstones. These cannot be seen on previous CT scan. The gallbladder wall is of normal thickness. No pericholecystic fluid is present.

Biliary ductal system is unremarkable with nondilated intra and extrahepatic biliary ducts. Common bile duct measures approximately 3 mm.

Pancreas is unremarkable. It is of normal echotexture. No peripancreatic fluid collections are seen.

Right kidney is normal in size shape and position. It measures approximately 10.7 cm in length.

Left kidney is normal in size shape and position. It measures approximately 10.5 cm in length.

Spleen is normal in size without focal abnormalities. It measures approximately 9.7 cm in size.

Aorta is unremarkable without evidence of aneurysmal dilatation.

IVC unremarkable.

d: 4/2/2010 t: 3:29:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2                JPTDXRP - L        Printed on:  4/2/2010  3:30:16PM

Liberty002894

# JEFFERSON RADIOLOGY
## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 08107-2203 P(860)246-6500 F(860)290-4100 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4086489 | 04/02/10 | 1384063 |

AT THE REQUEST OF
**KRISTIN GIANNINI, MD**

Exam(s): US ABDOMEN COMPLETE - 76700

Impression: Multiple Tiny gallstones.


Thank you for referring your patient to us,

Marc Glickstein, MD.

(Electronically Signed - 4/2/2010 3:29:53PM)

cc: BERNARD RAXLEN, MD
123 WEST 79TH STREET
FIRST FLOOR
NEW YORK, NY 10024

d: 4/2/2010 t: 3:29:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty002895

Received:                                          May 14 2009 04:50pm                    PAGE:    4
                              IGeneX, Inc.
                           795 SAN ANTONIO ROAD
                           PALO ALTO, CA  94303
                              (800)832-3200

PATIENT: SPEARS, HALEY                          SAMPLE ID:    Z65501
DOB: REDACTED   AGE:      SEX: F


      DARIO ZAGAR, M.D.                         DRWN: 04/21/09
                                                RCVD: 04/27/09
      75 KINGS HIGHWAY CUTOFF                   PRNT: 05/12/09
      FAIRFIELD, CT
      06824                                     DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio, P Alto, CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
-------------------------------------------------------------------------------
TEST NAME              RESULT                   UNITS
-------------------------------------------------------------------------------

Multiplex B. Burgdorferi        .....
Sample: Serum
===================================================================REVISED 3/23/09==
     The Lyme Multiplex PCR test is a 3 step amplified nucleic acid assay that
detects Borrelia burgdorferi specific DNA sequences from Osp A plasmid and
flagellin gene, in a clinical sample. The Osp A plasmid and flagellin gene
fragments of Borrelia are first selected by hybridization with specific
probes. The probe-selected DNAs are amplified by 2 independent PCR assays
using Lyme Multiplex specific primers. Lastly, the amplified products are
detected by hybridization to Lyme Multiplex specific probes in dot-blot
assays.
     The primers and probes used are designed from published sequences.
(Mauritsen, et al, 1996, Clin Micro Infect Dis, 105:647 and Rosa, et al,
1991, J Clin Microb, 29:524).

     NEGATIVE: Implies only that B burgdorferi was not detected in sample.
     POSITIVE: Indicates that B burgdorferi specific DNA fragments (plasmid
               or genomic) were detected in the sample.

     This test was developed and its performance determined by IGeneX, Inc. It
has not been approved by the FDA. The FDA has determined that such approval
is not necessary. This test is used for clinical purposes and should not be
regarded as investigational or for research. This laboratory is licensed by
CMS and NYS to perform high complexity clinical testing.

     Sample is considered positive if either genomic or plasmid is positive.
=================================================================================

     GENOMIC - B BURGDORFERI        NEGATIVE

     PLASMID - B BURGDORFERI        NEGATIVE




               Continued on next page

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Received:                                        May 14 2009 04:61pm                    PAGE:    5

IGeneX, Inc.
795 SAN ANTONIO ROAD
PALO ALTO, CA  94303
(800)832-3200

PATIENT: SPEARS, HALEY                           SAMPLE ID:    265501
DOB: REDACTED7    AGE:    SEX: F

    DARIO ZAGAR, M.D.                            DRWN: 04/21/09
                                                 RCVD: 04/27/09
    75 KINGS HIGHWAY CUTOFF                      PRNT: 05/12/09
    FAIRFIELD, CT
    06824                                        DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio,P Alto,CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
-----------------------------------------------------------------------------
 TEST NAME              RESULT                   UNITS
-----------------------------------------------------------------------------

    MULTIPLEX B. BURGDORFERI      .....
    Sample: Whole Blood
=========================================================REVISED 3/23/09==
        The Lyme Multiplex PCR test is a 3 step amplified nucleic acid assay that
    detects Borrelia burgdorferi specific DNA sequences from Osp A plasmid and
    flagellin gene, in a clinical sample. The Osp A plasmid and flagellin gene
    fragments of Borrelia are first selected by hybridization with specific
    probes. The probe selected DNAs are amplified by 2 independent PCR assays
    using Lyme Multiplex specific primers. Lastly, the amplified products are
    detected by hybridization to Lyme Multiplex specific probes in dot-blot
    assays.
        The primers and probes used are designed from published sequences.
    (Mouritsen, et al, 1996, Clin Micro Infect Dis, 105:647 and Rosa, et al,
    1991, J Clin Microb, 29:524).

    NEGATIVE:  Implies only that B burgdorferi was not detected in sample.
    POSITIVE:  Indicates that B burgdorferi specific DNA fragments (plasmid
               or genomic) were detected in sample.

    This test was developed and its performance determined by IGeneX, Inc. It
    has not been approved by the FDA. The FDA has determined that such approval
    is not necessary. This test is used for clinical purposes and should not be
    regarded as investigational or for research. This laboratory is licensed by
    CMS and NYS to perform high complexity clinical testing.

    Sample is considered positive if either genomic or plasmid is positive.
=============================================================================

    Genomic - B burgdorferi      NEGATIVE

    Plasmid - B burgdorferi      NEGATIVE




                    Continued on next page

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Received:                                    May 14 2009 04:52pm
                        IGeneX, Inc.                                    PAGE:    7
                     795 SAN ANTONIO ROAD
                     PALO ALTO, CA  94303
                       (800)832-3200

PATIENT: SPEARS, HALEY
DOB: REDACTED      AGE:     SEX: F                SAMPLE ID:     265501


     DARIO ZAGAR, M.D.                          DRWN: 04/21/09
                                                RCVD: 04/27/09
     75 KINGS HIGHWAY CUTOFF                    PRNT: 05/12/09
     FAIRFIELD, CT
     06824                                DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio.P Alto.CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
-----------------------------------------------------------------------
TEST NAME               RESULT              UNITS
-----------------------------------------------------------------------
  BABESIA FISH (RNA)         NEGATIVE

                      *************************************REVISED 4/13/09
                         The Fluorescent In situ Hybridization Test
                      (FISH) provides a significant increase in
                      sensitivity and specificity over standard Geimsa-
                      stained smears for the presence of intraeryth-
                      rocytic parasites (piroplasts) in RBCs.  The
                      parasites exist as ring and/or merozoite forms.
                         A positive sample must show fluorescing rings
                      within 3 RBCs. A negative sample must show no
                      fluorescence within the RBCs.
                         This test was developed and its performance
                      determined by IGeneX,Inc. It has not been approved
                      by the FDA. The FDA has determined that such
                      approval is not necessary. The test is used for
                      clinical purposes and should not be regarded as
                      investigational or for research. This laboratory
                      is licensed by CMS and NYS to perform high
                      complexity clinical testing.
                      ***********************************************




                      Continued on next page

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Liberty002898

Received:                                      May 14 2009 04:53pm
                          IGeneX, Inc.                              PAGE:      8
                       795 SAN ANTONIO ROAD
                       PALO ALTO, CA  94303
                          (800)832-3200

PATIENT: SPEARS, HALEY                      SAMPLE ID:    265501
DOB: REDACTED   AGE:    SEX: F


    DARIO ZAGAR, M.D.                       DRWN: 04/21/09
                                            RCVD: 04/27/09
    75 KINGS HIGHWAY CUTOFF                 PRNT: 05/12/09
    FAIRFIELD, CT
    06824                                   DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio,P Alto,CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
-------------------------------------------------------------------------------
TEST NAME              RESULT              UNITS
-------------------------------------------------------------------------------


  B. HENSELAE ANTIBODY G/M     .....
  ++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                                                     REVISED 3/23/09
      Bartonella henselae is associated with cat-scratch disease (CSD), bacillary
  angiomatosis, peliosis hepatitis, and is a potential human tick-borne pathogen.
  IgG cross-reactivity between B quintana and B henselae may occur.
      In a study performed by Nadal et al [1995, J Eur J Pediatr, 154(11):906-8],
  20 of the children suspected of CSD had serum titers to B. henselae >/= 1:512.
  By contrast, in all but one of the controls (n=332) including subjects exposed
  to the same cats, patients with diseases other than CSD, and blood donors, the
  antibody titers were <1:256 (P<0.001). Based on this data, titers of >/= 1:256
  are currently considered to indicate recent or on-going infection. In a recent
  study performed by Massei et al (2003,CID 38:145-148), 508 unselected
  Italian children and adolescents, 313 (61.6%) had IgG antibody titers to
  B henselae of >/= 1:64, consistent with past infection. In a study performed
  in-house on patients positive for Borreliosis, Ehrlichiosis, Babesiosis, and
  normal controls by the B henselae IFA test, the IgG and IgM antibody titers for
  B henselae were <1:20 for IgM and <1:40 for IgG.
      Sero-conversion usually occurs two to four weeks after infection. Based on
  the studies described above, paired testing of acute and convalescent sera,
  collected six to eight weeks apart is recommened to determine active infection.

  INTERPRETATION:

  B henselae IgM Antibodies: Titers of < or = 1:20 should be considered negative.

  B henselae IgG Antibodies: Titers of < or = 1:40 should be considered negative.

  This test was developed and its peformance determined by IGeneX, Inc. It has not
  been approved by the FDA. The FDA has determined that such approval is not
  necessary. The test is used for clinical purposes and should not be regarded as
  investigational or for research. This laboratory is licensed by CMS and NYS to
  perform high complexity clinical testing.
  -------------------------------------------------------------------------------
    B. henselae IgM          <1:20 TITER

    B. henselae IgG          <1:40 TITER

            Continued on next page

  Diagnosis should not be based on laboratory tests alone. Results should be
  interpreted in conjunction with clinical symptoms and patient history.

Received:                          May 14 2009 04:53pm

IGeneX, Inc.                              PAGE:     9
795 SAN ANTONIO ROAD
PALO ALTO, CA  94303
(800)832-3200

PATIENT: SPEARS, HALEY                    SAMPLE ID:    265501
DOB: REDACTED   AGE:     SEX: F


    DARIO ZAGAR, M.D.                     DRWN: 04/21/09
                                          RCVD: 04/27/09
    75 KINGS HIGHWAY CUTOFF               PRNT: 05/12/09
    FAIRFIELD, CT
    06824                                 DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio,P Alto,CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
--------------------------------------------------------------------------
TEST NAME              RESULT              UNITS
--------------------------------------------------------------------------


  HME PANEL (monocytic)         .....
------------------------------------------------------2/20/09-----------
    Human ehrlichiosis is caused by rickettsial bacteria, which are transmitted
in part by the same ticks that carry Lyme disease.  There are two forms of
ehrlichiosis; Granulocytic (caused by Anaplasma phagocytophila) and Monocytic
(caused by Ehrlichia chaffeensis).  Clinical symptoms include high fever,
malaise, headache, myalgia, sweats and nausea.
    Antibody titers are determined by IFA. Seroconversion usually occurs two to
four weeks after infection. Paired testing of acute and convalescent sera,
collected six to eight weeks apart is recommended.
    Patiets diagnosed with ehrlichiosis should also be tested for Lyme disease,
since both diseases may be transmitted by the same tick, and co-infections are
known to occur.
                INTERPRETATION OF IgM and IgG Titers:

<1:20          IgM - Negative for IgM antibodies.
<1:40          IgG - Negative for IgG antibodies.
1:20(IgM) or
1:40(IgG)-1:160  May indicate progression of disease and/or treatment.
>1:160           May suggest disease states.
NOTE: In IFA testing, cross-reactions can occur among the rickettsial species,
including Rickettsia, Ehrlichia and A. phagocytophila.

This test was developed and its performance determined by IGeneX, Inc. It has
not been approved by the FDA. The FDA has determined that such approval is not
necessary. The test is used for clinical purposes and should not be regarded
as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to
perform high complexity clinical testing.
--------------------------------------------------------------------------

    E. chaffeensis IgM          <1:20 TITER
    E. chaffeensis IgG          <1:40 TITER


            Continued on next page

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Liberty002900

Received:                                    May 14 2008 04:54pm
                        IGeneX, Inc.                           PAGE:    10
                    795 SAN ANTONIO ROAD
                    PALO ALTO, CA  94303
                       (800)832-3200

PATIENT: SPEARS, HALEY                    SAMPLE ID:    265501
DOB: REDACTED    AGE:      SEX: F


     DARIO ZAGAR, M.D.                    DRWN: 04/21/09
                                          RCVD: 04/27/09
     75 KINGS HIGHWAY CUTOFF              PRNT: 05/12/09
     FAIRFIELD, CT
     06824                               DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio,P Alto,CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
-------------------------------------------------------------------------------
TEST NAME            RESULT              UNITS
-------------------------------------------------------------------------------

  HGE PANEL (granulocytic)      .....
...............................................................3/17/09.........
   Human ehrlichiosis is caused by rickettsial bacteria, which are transmitted
in part by the same ticks that carry Lyme disease. There are two forms of
ehrlichiosis: Granulocytic (caused by Anaplasma phagocytophilum) and Monocytic
(caused by Ehrlichia chaffeensis).  Clinical symptoms include high fever,
malaise, headache, myalgia, sweats, and nausea.
   Antibody titers are determined by IFA. Seroconversion usually occurs two to
four weeks after infection. Paired testing of acute and convalescent sera,
collected six to eight weeks apart, is recommended.
   Patients diagnosed with ehrlichiosis should also be tested for Lyme disease,
since both diseases may be transmitted by the same tick, and co-infections are
known to occur.
                     INTERPRETATION OF IgM and IgG TITERS:

<1:20              IgM - Negative for IgM antibodies.
<1:40              IgG - Negative for IgG antibodies.
1:20(IgM) or
1:40(IgG) - 1:160  May indicate progression of disease and/or treatment,
>1:160             May suggest disease states.
NOTE: In IFA testing, cross-reactions can occur among the rickettsial species,
including Rickettsia, Ehrlichia and A. phagocytophilum.

This test was developed and its performance determined by IGeneX, Inc. It has
not been approved by the FDA. The FDA has determined that such approval is not
necessary. The test is used for clinical purposes and should not be regarded as
investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to
perform high complexity clinical testing.
===============================================================================

   A. phagocytophilus IgM      <1:20 TITER  /

   A. phagocytophilus IgG      <1:40 TITER



              End of Report

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Received:                                    May 14 2009 04:50pm
                        IGeneX, Inc.                              PAGE:    3
                    795 SAN ANTONIO ROAD
                     PALO ALTO, CA  94303
                        (800)832-3200

PATIENT: SPEARS, HALEY                    SAMPLE ID:    265501
DOB: REDACTED    AGE:    SEX: F


    DARIO ZAGAR, M.D.                     DRWN: 04/21/09
                                          RCVD: 04/27/09
    76 KINGS HIGHWAY CUTOFF               PRNT: 05/12/09
    FAIRFIELD, CT
    06824                                 DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio, P Alto, CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
-------------------------------------------------------------------------
TEST NAME              RESULT              UNITS
-------------------------------------------------------------------------

LYME IgG WESTERN BLOT          .....
--------------------------------------------------------REVISED 05/22/06---
    IGeneX interpretation is based on internal validation studies. By IGeneX
criteria, IgG WB is reported positive if two or more of the double starred bands
below are present. IgG WB is negative if less than 2 starred bands are present.
A positive result suggests exposure to B burgdorferi.
    By CDC/NYS criteria, IgG WB is reported positive if 5 of the following bands
are present: 18,23-25,28,30,39,41,45,58,66,83-93kDa. The IgG WB is negative if
less than 5 bands are present.
    LIMITATION: Positive results for 31 and/or 34kDa may be present after
vaccination in uninfected persons. In a sample set of 165 well characterized
specimens with 36% positivity rate, the assay specificity and sensitivity was
96% & 63% by IGeneX criteria; 100% and 38% by CDC/NYS criteria respectively.
****PRESENCE OF ONLY ONE DOUBLE STARRED BAND OR INDETERMINATE DOUBLE STARRED
BANDS IN A NEGATIVE REPORT MAY INDICATE CLINICAL SIGNIFICANCE. THEREFORE, WE
RECOMMEND TESTING WITH ANOTHER METHOD AND/OR RETEST IN 4-6 WEEKS.****
    BAND INTENSITY: Negative(-): No visible band present. Indeterminate (IND):
Band present with intensity < Weak (1+) Positive Control. Positive (1+ to 4+):
Band present at an intensity >/= Weak (1+) Positive Control.
=========================================================================
    IGENEX-IGG-RESULT          NEGATIVE
    CDC/NYS-RESULT             NEGATIVE
              18 kDa           -
              22 kDa           -
        **23-25 kDa            -
              28 kDa           -
              30 kDa           -
        **31 kDa              IND ✓
        **34 kDa              -
        **39 kDa              -
        **41 kDa              IND ✓
              45 kDa           -
              58 kDa           -
              66 kDa           -
              73 kDa           -
        **83-93 kDa            -
    ****FOR IND SEE NOTE ABOVE****


              Continued on next page

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Bridget Patterson-Marshall, M.D.
970 Summer Street
Stamford, CT 06905

SPEARS, HALEY                    Gender: F   DOB:              Phone: (860)308-2050

Dr Bernard Raxlen                                    Examination Date: 01/28/10

**Medical History:**
I had the pleasure of seeing your patient for a neurological consultation. I will review her history here briefly. The patient beleivas that she may have been symptomatic for many years. More recently she has had intractable migraines, white matter lesion on brain MRI felt by some to be MS plaque or Lyme, decreased concentration and poor cognition. Has been extensively worked up and diagnosed with Lyme's disease  Carries co infections of Bartonella and Babesia. Has had multiple antibiotics including seven months of IV Rocephin with some significant improvement in symptoms. Is interested in pursuing whether further antibiotics will continue to help her residual symptoms.

**Medications:**
Currently not on any antibiotics

**Examination:**
Generally unremarkable.

**Conclusion:**
This patient has been treated with antibiotics including seven months of IV antibiotics with significant improvement in her symptoms. I would request a further two month treatment of pulse dose IV Rocephin for further response.

Electronically Signed by Dr. Bridget Patterson-Marshall

Liberty002903

To: Raxlen_Bernard  MD From: Zagar_Dario_M_MD 2033333926 Page 2 of 2



# Associated Neurologists
## of Southern Connecticut, P.C.

3/26/2010

Joachim Baehring MD
800 Howard Ave
New Haven, CT 06519

Re: Spears, Haley

Dear Dr. Baehring:

I had the pleasure of seeing your patient Haley Spears on 3/19/2010. Below are the results of my evaluation.

**History of Present Illness:**
Haley Spears is a 32 year old female.
Stopped all antibiotics in December of 2009 as per Dr. Raxlen. She felt that she "hit a plateau" prior to that. Was doing fairly well for some time. "Nowhere near normal, but slight energy increase". "Totall crashed" after about 5 weeks. Difficulty with speech, stuttering, memory issues, coming and going.

Migraines well controlled on Topamax overall. Occasional headache preceded by visual aura. Migranal usually helps, but had to lie down and felt "out of it" when needed last week. Occasional neck/shoulder pain, severe enough at one point she was nauseated. Considering restarting antibiotics. Total of 7 months of antibiotics over the last year

**Assessment:**
- Lyme disease
- Common migraine (without aura) which is well-controlled
- Insomnia

**Plan:**
- Follow-up for re-examination in 4 months
We spoke at length once again about issues in ID treatment, and symptomatic treatment vs long term antibiotics, etc. I informed them that since it has been one year at this point, I no longer feel comfortable facilitating their antibiotic treatments as prescribed by Dr. Raxlen. (At the onset I had told them that I would be willing to help for a limited period of time, but not longer then that, which they understood). I did not discourage them from continuing this if they feel it is necessary, but recommend that someone else locally, either another ID physician, or her PMD, if they feel comfortable. I will prescribe for one more month until this can be arranged. I will be happy to continue to assist with symptomatic treatments in any regard.
- Continue current medication: Topamax 50/100. We spoke about behavioral approaches to her pain that may be utilized, and we will help to arrange that.

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff | Fairfield, Connecticut 06824 | tel:203-333-1123 | fax:203.333.3337
670 Boston Post Road | Milford, Connecticut 06460 | tel.:203.877.1414 | fax:203.877.3144
www.ansctneuro.com

Liberty002904



75 Kings Highway Cutoff
Fairfield, CT 06824
Phone (203) 333-1133
Fax    (203) 333-3926

Associated Neurological and Nutritional Connecticut, P.C.

| | |
|---|---|
| **To: Raxlen_Bernard_MD** | **Fax: 2127992377** |
| **From:** Zagar_Dario_M_MD | **Date:** 3/26/2010 |
| **Re: Follow-up Note** | |
| **CC:** | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

**Notes:**

ATTENTION: This message and accompanying documents are covered by the Electronic Communications Privacy
Act, 18 U.S.C. 2510-2521, and contain information intended for specified individuals only. The information is
confidential and may be privileged. If you are not the intended recipient or an agent responsible for delivering to the
intended recipient, you are hereby informed that you have received this document in error and that any review,
dissemination, copying or the taking of any action based on the contents of this information is strictly prohibited. If
you have received this communication in error, please notify us immediately by telephone at (203) 333-1133, and
return the original document to us immediately by mail at 75 Kings Highway Cutoff, Fairfield, CT 06824.

Received:                                                    May 14 2009 04:51pm

                           IGeneX, Inc.                              PAGE:    6
                        795 SAN ANTONIO ROAD
                        PALO ALTO, CA  94303
                           (800)832-3200

PATIENT: SPEARS, HALEY                      SAMPLE ID:    265501
DOB: REDACTED    AGE:    SEX: F


     DARIO ZAGAR, M.D.                      DRWN: 04/21/09
                                            RCVD: 04/27/09
     75 KINGS HIGHWAY CUTOFF                PRNT: 05/12/09
     FAIRFIELD, CT
     06824                                  DIRECTOR: JYOTSNA SHAH, PhD


Tests performed at 795 San Antonio, P Alto, CA 94303, except portion of process
of PCR & RWB which is performed at 797 San Antonio, P Alto, CA 94303
--------------------------------------------------------------------------------
TEST NAME              RESULT                   UNITS
--------------------------------------------------------------------------------


   B. MICROTI ANTIBODY G/M        .....
...........................................................REVISED 3/23/09....
     Babesiosis is caused by an intraerythrocytic parasite, Babesia microti. The
clinical symptoms include fatigue, malaise, headache, myalgia, arthralgia,
chills, and high fever.  The disease is particularly life-threatening in
splenectomized patients.
     Antibody titers are determined by IFA. According to Krause, et al(1994, J.
Infect. Dis. 169:923), Babesia specific antibody titers generally rise to
>1:1024 during the first weeks of an acute illness and then decline gradually
over 6 months to titers of 1:16 to 1:256.  Titers may remain detectable at low
levels for a year or more. Based upon this information, paired testing of acute
and convalescent sera collected six to eight weeks apart is recommended.

                INTERPRETATION OF IgM AND IgG TITERS:
   <1:20         IgM ~ Suggests no evidence of infection.
   <1:40         IgG ~ Suggests no evidence of infection.
   1:20(IgM) or
   1:40(IgG) 1:160   May suggest evidence of infection. If sample within last 6
                     months had titer of 1:640 or >, patient may be recovering.
   >1:160 to 1:640   Suggests an infection of unknown duration.
   >1:640            May suggest an active infection.

     Since Babesiosis, Lyme Disease and Ehrlichiosis may be transmitted by the
same tick species, patients positive for Babesiosis should also be tested for
Lyme Disease and Ehrlichiosis. A negative IFA test does not totally rule out
the possibility of a Babesia infection.  Where the clinical symptoms suggest a
possible Babesia infection, but the IFA is negative, a PCR and/or FISH test is
suggested.
     This test was developed and its performance determined by IGeneX,Inc. It has
not been approved by the FDA. The FDA has determined that such approval is not
necessary. The test is used for clinical purposes and should not be regarded as
investigational or for research. This laboratory is licensed by CHS and NYS to
perform high complexity clinical testing.

     B. microti, IgM               1:20 TITER
     B. microti, IgG              <1:40 TITER


                  Continued on next page

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Liberty002906

05/15/2009  09:08    480656?932                    FRY LABS

# Fry Laboratories, LLC

15720 N. Greenway-Hayden Loop  Suite 3
Scottsdale, AZ  85260
(480)292-8560 phone   (480)656-4923 fax
CLIA ID# 03D1026968

CORRECTED

| Patient: | Spears, Haley | | | Acc #: | 3145 | |
|---|---|---|---|---|---|---|
| Patient #: | 5937 | Birth: | REDACTED | | | |
| Doctor: | Zagar, Dario | Age: | 31 years | Collection Date: | 4/23/2009 12:03 PM | LB |
| | | Gender: | Female | Received in Lab: | 4/24/2009 12:03 PM | LB |

| Test Name | Result | Units | Flag | Reference Range | |
|---|---|---|---|---|---|
| [C] Special Stains | | | | | Run by: JV on 5/8/2009 4:07 PM |
| [C] 88342 Special Stains | | | | | |



**Notes:** Many coccobacilli adherent to erythrocytes - indicated by yellow arrow[s]. This is suggestive of Hemobartonella[1], Hemoplasma[2], or Protozoan[3].

**References:** (1)Harrison's Principles of Internal Medicine 15th edition, 2001. Boulouis HJ, Gang C, Henn J, Kasten R, Chomel BB. Factors associated with the rapid emergence of zoonotic Bartonella infections. Vet. Res. 36(2005) Pages 383-410 Walker TS, Winkler HH. Bartonella bacilliformis: Colonial Types and Erythrocyte Adherence. Infect Immun. 1981 Jan; 31 (1):480-486 Tilley LP, Smith FWK. The 5-minute Veterinary Consult 2nd edition. Williams and Wilkins 2001 Page 750 Nelson RW, Couto CS. Small Animal Internal Medicine 3rd edition. Page 1253. (2)Hemotrophic mycoplasmas (hemoplasmas): a review and new insights into pathogenic potential. Vet. Clin. Path. 33(2004) Pages 2-13 Massick JB. From Haemobartonella to hemoplasma: Molecular methods provide new insights. Vet. Microbio. 125(2007) Pages 197-209 Willi B, et al. (3)Molecular and enrichment studies by Fry Laboratories show that these organisms could be Protozoal, Phylum unknown.

This stain is not FDA approved and is for research use only.

Reviewed by: Dr. Stephen E. Fry, M.S., M.D., Laboratory Director

| | |
|---|---|
| Originally Printed On: 5/8/2009 4:07 PM | Accession: 3145  Patient ID: 5937 |
| Printed:    5/15/2009 9:12 AM | Lab Results For: Haley Spears |
| Page 1 of 1 | STAT[S] Corrected [C] Amended [A] | |

Liberty002907

 **Radiology Associates of Hartford, P.C.**

35 Nod Road, Suite 101. Avon, CT 06001
TEL: (860) 409-1952   FAX: (860) 409-1942

9 Cranbrook Blvd, Suite 102, Enfield, CT 06082
TEL: (860) 714-9410   FAX: (860) 714-9409

31 Sycamore Commons, Suite 101
Glastonbury, CT 06033
TEL: (860) 714-9710   FAX: (860) 714-8185

Patient Name: SPEARS, HALEY

DOB:   REDACTED          Sex: F          Patient Status:      O          Patient Type: C
Visit #: 000103758953                    Patient Location:    RGLAS
Accession:  1901681                      Completed:           09/02/2008 2:03 PM
Exam:  (RJV) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST

---

Requesting Provider:    LISHNAK, TIMOTHY S          MRN:   0000977290

Attending Provider:     LISHNAK, TIMOTHY             Signs & Symptoms: PERSISTENT HA'S ASSOCIATED W/
                        99 WOODLAND STREET                               NAUSEAU/VOMITING
                        HARTFORD, CT 06015           History:     NAUSEAU/VOMITING

Report To:              SCHIFF, EVAN L

---

MRI brain with and without contrast.

Clinical History: Infrequent headaches x4 months, severe headaches x2 weeks.

Comparison: CT brain 8/28/2008.

Technique: Multiplanar T1 and T2-weighted images were acquired before and after administration of IV
gadolinium. 15 cc Optimark IV administered without incident.

Findings: Within the white matter of the right temporal lobe there is a 1.7 x 0.8 cm lobulated lesion
demonstrating increased signal on T2-weighted images and slight decreased signal on T1-weighted images. It
does not enhance following contrast administration. No other lesions are present. There is no associated edema.

Incidentally noted is a developmental venous anomaly in the posterior right parietal lobe.

The ventricles are normal in size, position and configuration for patient's age. There is no evidence of
obstructive hydrocephalus. The cerebellar tonsils are in normal position.

The sella and parasellar regions are unremarkable. The pituitary gland is normal.

The calvarium, skull base, orbits, paranasal sinuses and mastoid air cells are normal.

There are normal flow-voids within the internal carotid, vertebral and basilar arteries.

IMPRESSION:
1. Lobulated lesion in the white matter of the right temporal lobe which does not enhance following contrast
administration. This may represent an inactive demyelinating plaque. A low-grade glioma is less likely. A
followup MRI with contrast is recommended in 3 months.

---

Liberty002908



## Associated Neurologists
## of Southern Connecticut, P.C.

10/26/2009

Joachim Baehring MD
800 Howard Ave
New Haven, CT 06519

Re: Spears, Haley

Dear Dr. Baehring:

I had the pleasure of seeing your patient Haley Spears on 10/26/2009. Below are the results of my evaluation.

History of Present Illness:
Haley Spears is a 32 year old female.
Last here in June. Overall, feels that she is improving. Speech/ conversation better. Other issues, such as short term memory "are challenging". Fatigue still an issue, sleeping from 8-13 hours/day or more; may have trouble sleeping at night at times. She is "shot" for a few days if she is particularly busy. Some improvement in back/neck pain, but still some residual issues.

Migraines down to about 2/month on average. Migranal works when needed as an abortive.

PICC line had been kinked and was replaced; within a few days she developed sepsis and was in hospital for four days. Line was pulled and improved; another line placed.

Still on ceftriaxone, plaquenil, asacol, mepron, azithromycin. Was restarted on doxycycline, but has developed nausea and hasn't been consistent with it for that reason. On abx since 2/09. Was not able to have neuropsych testing because of insurance reasons. Recently started on Armour Thyroid, increased Lexapro from 10 to 20 mg, for feeling "overwhelmed". By her report, recent follow up MRI of the brain unchanged,.

Assessment:
• Lyme disease
• Common migraine (without aura) which is well-controlled
• Insomnia

Plan:
We once again spoke at length regarding the symptoms which often persist after Lyme disease treatment, and that it is unclear if they represent ongoing infection or rather a post-infectious process; I favor the latter. She has been on IV antibiotics for 6-8 months at this point, with minimal improvement above and beyond the decrease in migraines that Topamax has afforded.

I remain concerned about potential for further adverse effects, such as the line sepsis she recently incurred. I remain willing to assist in their care as recommended by Dr. Raxlen, with an artificial deadline of perhaps one year at the most, at which time I will no longer be willing to facilitate such care. It will be completely up to them what they would like to do at that point, since they have done their own research, and understand the controversies regarding diagnosis and treatment of Lyme disease and associated infections. They understand my great reservations.

I have recommended further symptomatic treatment regardless of ongoing antibiotic therapy. We discussed options such as Provigil and Ritalin for fatigue, and Cymbalta rather than Lexapro for

75 Kings Highway Cutoff | Fairfield, Connecticut 06824 | tel:203-333-3133 | fax:203.333.3937
670 Boston Post Road | Milford, Connecticut 06460 | tel:203.877.1419 | fax:203.877.3199
www.ansconeuro.com

Liberty002909

 **Associated Neurologists**
**of Southern Connecticut, P.C.**

pain/mood, as well as acupuncture, other herbal, and behavioral approaches. They will consider these and let me know what they would like to pursue next.
• Follow-up for re-examination in 2-3 months
• Scheduled for consultation with a psychologist -encephalopathy, Lyme disease (have patient talk to Andrea)
• Clinical social work - Relaxation Training/Sleep Hygiene

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Darío M. Zagar, MD

Liberty002910

Haley Spears (cont'd)

4/21/09 steroid nose spray. horrible migraines
(no medicine worked)
Cat scan -> MRI :- +ve
pain meds (oxycodone) dude of work
- night sweats : have to change shirt
- palpitations : 140 - cardiologist
TE irregular beats.
thickening mitral valve
- pulmonologist - obstructive

Rx : IV Zithromax 500 mgm
Rifampin 300 x 2.
Mepron 750 x 2
Nutraceuticals

CONFIDENTIAL - Do not copy without appropriate authorization
Print Date/Time: January 28, 2009  Printed by: Alanne Ashley Montone

Page 1

**Yale New Haven Hospital - Medical Oncology Clinic**
800 Howard Ave  New Haven, CT 06511
Phone: 203-785-4191  Fax: 203-737-2191

Patient: HALEY SPEARS
MRN: 2264654
DOB: ↑REDACTED
SEX: Female

01/27/2009 - Imaging Report: MNBRNC/MRS MRI BRAIN WO/W CONTRAST Final Result
Provider: SYS SYSTEM
Location of Care: Yale-New Haven Hospital

MNBRNC/MRS MRI BRAIN WO/W CONTRAST Final Result
UNOFFICIAL COPY

MRI BRAIN WITH AND WITHOUT CONTRAST MRI BRAIN SPECTROSCOPY.  HISTORY: 31-year-old
female with a right temporal lobe lesion. History of a pineal cyst.  DATE OF
ADMISSION: 1/27/2009   COMPARISON: There are no comparison studies available.
TECHNIQUE: MRI of the brain with and without contrast was performed.  Gradient echo
cine flow images were obtained.  In addition, single  and multi- voxel spectroscopy for
the bilateral temporal lobes were also performed.  The patient was administered 0.1
mmol/kg of Magnavist.   FINDINGS:  Brain MRI:  There is focal T2 prolongation
centered in the white matter of the fusiform gyrus of the right temporal lobe without
mass effect or enhancement. There is no significant associated edema.  Noted is 7 mm
cyst in the pineal region without enhancement,  consistent with a pineal cyst.  The
ventricles and sulci are normal in size and configuration. The  basal cisterns are
patent. There is no abnormal enhancement.  CSF flow cine demonstrates normal CSF flow
through the foramina of  Monroe, prepontina cistern extending to the cervical spine,
the  fourth ventricle to the foramen of Magendie, and posterior to the  cerebellum to
the cervical spine. CSF flow through the aqueduct is  not well visualized.
Spectroscopy: The focal T2 prolongation area was selected for single  voxel
spectroscopy. A contralateral control site was also selected.  In addition, multi voxel
spectroscopy was performed through the bilateral temporal regions. Spectroscopy
demonstrates increased  choline with decreased creatine and NAA in the T2 prolongation
area  in the right temporal lobe with Cho/Cr of 1.2.   IMPRESSION:  1.  Nonenhancing
focal T2 prolongation centered in the white matter  of the fusiform gyrus of the right
temporal bone. Based on its signal  characteristics on MRI and spectroscopy, the
findings are concerning  for a low-grade tumor such as low-grade astrocytoma. 2. 0.7 cm
pineal cyst. No hydrocephalus. 3. CSF flow is not well visualized in the region of the
aqueduct.

Signed by Radiologist: JAMES 02 ABRAHAMS, M.D.

Signed before import by SYS SYSTEM
Filed automatically on 01/27/2009 at 4:00 PM

PAGE  44/57

LYME RESOURCE

09/18/2008 14:47  EEG -H  Prasad, Avinash (MD (H))
HARTFORD HOSPITAL EEG STUDY
NAME: SPEARS, HALEY A
MR#: 000003032575    ACCOUNT#: 000014778484
REQUESTING PHYSICIAN: David S Silvers, MD*
PROCEDURE: Outpatient sleep-deprived EEG
EEG: 111645
DATE OF SERVICE: 09/17/2008        NURSING UNIT: Outpatient
AGE: 30                  ARCHIVED: Volume 08-03
INDICATIONS FOR PROCEDURE:
This outpatient sleep-deprived EEG was performed on a 30-year-old female
with a history of suspected seizure disorder.  She is on no CNS medication.
REMARKS ON THE TRACING:
During the EEG tracing, the patient was awake and in light sleep.  During
maximal alertness, bilaterally symmetrical, synchronous 9.5-10 Hz
posteriorly dominant alpha rhythm was seen that was reactive to eye
opening.  Low amplitude beta activity was symmetrical in the anterior head
region.  Stage I and II sleeps were recorded.  Sleep patterns were
symmetrical.  Occasional SP2 electrode artifacts were seen.  Rare
independent polymorphic delta slowing was seen in both temporal regions.  A
single borderline right frontotemporal sharp wave was seen.
Hyperventilation produced diffuse buildup of background activities.  Photic
stimulation did not add to the tracing.  Heart rate was approximately 72
per minute.
IMPRESSION:
This outpatient sleep-deprived EEG, obtained in awake and light sleep
states, demonstrates rare independent polymorphic delta slowing in both
temporal regions.  MRI is recommended to rule out a structural abnormality.
A single borderline right frontotemporal sharp wave was seen that raises a
question of potential epileptogenicity; however, this finding is not
definitive.  A 24-hour ambulatory EEG may be helpful if suspicion of
epilepsy persists.

Avinash Prasad, MD*
CC: David S Silvers, MD*
AP:Spherls77732
D: 09/18/08 12:33 T: 09/18/08 14:47 DOCUMENT: 200809180992373000
Preliminary

Liberty002913

CONFIDENTIAL – Do not copy without appropriate authorization
Print Date/time: January 28, 2009 Printed by: Alanna Ashley Morrone

Page 1

## Yale New Haven Hospital - Medical Oncology Clinic
800 Howard Ave New Haven, CT 06511
Phone: 203-785-4191 Fax 203-737-2191

Patient: HALEY SPEARS
MRN: 2284654
DOB: REDACTED
SEX: Female

01/27/2009 - Imaging Report: MNBRNC/MRS MRI BRAIN WO/W CONTRAST Final Result
Provider: SYS SYSTEM
Location of Care: Yale-New Haven Hospital

MNBRNC/MRS MRI BRAIN WO/W CONTRAST Final Result
UNOFFICIAL COPY

MRI BRAIN WITH AND WITHOUT CONTRAST MRI BRAIN SPECTROSCOPY    HISTORY: 31-year-old
female with a right temporal lobe lesion. History of a pineal cyst.   DATE OF
ADMISSION: 1/27/2009    COMPARISON: There are no comparison studies available.
TECHNIQUE: MRI of the brain with and without contrast was performed.   Gradient echo
cine flow images were obtained.   In addition, single  and multi- voxel spectroscopy for
the bilateral temporal lobes were also performed.   The patient was administered 0.1
mmol/kg of Magnavist.    FINDINGS:  Brain MRI:  There is focal T2 prolongation
centered in the white matter of the fusiform gyrus of the right temporal lobe without
mass  effect or enhancement.  There is no significant associated edema.   Noted is 7 mm
cyst in the pineal region without enhancement,  consistent with a pineal cyst.   The
ventricles and sulci are normal in size and configuration. The  basal cisterns are
patent. There is no abnormal enhancement.   CSF flow cine demonstrates normal CSF flow
through the foramina of  Monroe, proportine cistern extending to the cervical spine,
the  fourth ventricle to the foramen of Magendie, and posterior to the  cerebellum to
the cervical spine.  CSF flow through the aqueduct is  not well visualized.
Spectroscopy: The focal T2 prolongation area was selected for single  voxel
spectroscopy. A contralateral control site was also selected.  In addition, multi voxel
spectroscopy was performed through the  bilateral temporal regions. Spectroscopy
demonstrates increased  choline with decreased creatine and NAA in the T2 prolongation
area  in the right temporal lobe with Cho/Cr of 1.2.    IMPRESSION:  1.  Nonenhancing
focal T2 prolongation centered in the white matter  of the fusiform gyrus of the right
temporal lobe. Based on its signal  characteristics on MRI and spectroscopy, the
findings are concerning  for a low-grade tumor such as low-grade astrocytoma. 2. 0.7 cm
pineal cyst. No hydrocephalus. 3. CSF flow is not well visualized in the region of the
aqueduct.

Signed by Radiologist: JAMES O2 ABRAHAMS, M.D.

Signed before import by SYS SYSTEM
Filed automatically on 05/27/2009 at 4:08 PM



**Radiology Associates of Hartford, P.C.**

35 Nod Road, Suite 101, Avon, CT 06001
TEL: (860) 409-1952  FAX: (860) 409-1942

9 Cranbrook Blvd, Suite 102, Enfield, CT 06082
TEL: (860) 714-9410  FAX: (860) 714-9409

31 Sycamore Commons, Suite 101
Glastonbury, CT 06033
TEL: (860) 714-9710  FAX: (860) 714-8185

Patient Name: SPEARS, HALEY

DOB: REDACTED  Sex: F  Patient Status: O  Patient Type: C
Visit #: 000103758953  Patient Location: RGLAS
Accession: 1901681  Completed: 09/02/2008 2:03 PM
Exam: (RJV) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST

Requesting Provider:   LISHNAK, TIMOTHY S      MRN:  0000977290

Attending Provider:   LISHNAK, TIMOTHY     Signs & Symptoms: PERSISTENT HA'S ASSOCIATED W/
                      99 WOODLAND STREET                   NAUSEAU/VOMITING
                      HARTFORD, CT 06015    History:   NAUSEAU/VOMITING

Report To:        SCHIFF, EVAN L

MRI brain with and without contrast.

Clinical History: Infrequent headaches x4 months, severe headaches x2 weeks.

Comparison: CT brain 8/28/2008.

Technique: Multiplanar T1 and T2-weighted images were acquired before and after administration of IV
gadolinium. 15 cc Optimark IV administered without incident.

Findings: Within the white matter of the right temporal lobe there is a 1.7 x 0.8 cm lobulated lesion
demonstrating increased signal on T2-weighted images and slight decreased signal on T1-weighted images. It
does not enhance following contrast administration. No other lesions are present. There is no associated edema.

Incidentally noted is a developmental venous anomaly in the posterior right parietal lobe.

The ventricles are normal in size, position and configuration for patient's age. There is no evidence of
obstructive hydrocephalus. The cerebellar tonsils are in normal position.

The sella and parasellar regions are unremarkable. The pituitary gland is normal.

The calvarium, skull base, orbits, paranasal sinuses and mastoid air cells are normal.

There are normal flow-voids within the internal carotid, vertebral and basilar arteries.

IMPRESSION:
1. Lobulated lesion in the white matter of the right temporal lobe which does not enhance following contrast
administration. This may represent an inactive demyelinating plaque. A low-grade glioma is less likely. A
followup MRI with contrast is recommended in 3 months.

Liberty002915


**Quest Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| --- | --- | --- |
| | SPEARS,HALEY | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

ORDERING PHYSICIAN
ZAGAR,DARIO

SPECIMEN INFORMATION
SPECIMEN:    WC780230B
REQUISITION: 3424450

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22103203                    60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  06/09/2009   15:45 ET
RECEIVED:   06/10/2009   00:38 ET
REPORTED:   06/10/2009   06:55 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 28 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.6 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.1 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 287 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC780230B

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. CN-9747R.  7/01

06/18/09  01:01  447170   1/3

Liberty002916

*Bernard D. Raxlen, M.D., P.C.*
*Carolyn B. Welcome, PA-C*
*Neuropsychiatry Nutritional Medicine*
*Systemic Lyme Disease / Tick-borne Illnesses*

October 26, 2009

Re: Haley Spears
    DOB REDACTED

To Whom It May Concern:

Ms. Haley Spears has been a patient in our practice since April 21, 2009.

At the time of her initial visit she presented with symptoms including but not limited to fatigue, migraine headaches, visual disturbances, sensitivity to smells, slurred speech, sensitivity to sound, neck pain, drenching night sweats, fevers, recurrent infections, heart palpitations, gastrointestinal problems, joint pain, muscle weakness and fasciculations, neuropathy, sleep disturbance, depression, anxiety, and neurocognitive deficits including brain fog, confusion, and memory problems.

She had previously been diagnosed with Borreliosis (Lyme disease) and has been diagnosed by Dr. Raxlen with multiple co-infections.

Chronic persistent Borreliosis often presents with waxing and waning symptoms. Co-infection with Bartonella, Babesiosis, and Mycoplasma considerably complicates the clinical picture for patients like Haley. It is frequently necessary to treat with extended courses of oral and intravenous antibiotic therapy, changing antibiotic families every several months.

Due to the duration of her illness, the multi-systemic nature of her symptoms, and the extent of neurological involvement, an extended course of intravenous antibiotic therapy is medically necessary for Haley Spears. A recent 3-year NIH study by Dr. Brian Fallon of Columbia University (Fallon BA, Keilp JG, Corbera KM et al. A randomized, placebo-controlled trial of repeated IV antibiotic therapy for Lyme encephalopathy, *Neurology:* published online before print October 10, 2007), showed strong clinical evidence for extended intravenous antibiotic therapy (*past 4 weeks*) in the treatment of chronic relapsing Lyme disease.

As you know, to date Haley has been treated with courses of IV Zithromax 500 mg daily and IV Rocephin 2 g daily. In addition, a variety of oral medications have been prescribed for her.

*123 W. 79⁴ Street*
*1ˢᵗ Floor*
*New York, NY 10024*
*T 212.799.1121*
*F 212.799.2377*
*www.raxlen-lyme.com*

*Board of Directors ILADS*
*International Lyme and Associated Diseases Society*
*www.ilads.org*

Liberty002917

Currently she is on IV Rocephin 2 g daily and oral Doxycyline 200 mg bid. Unfortunately, she has experienced only partial relief of symptoms.

A course of IV Doxycycline 100 mg q 12 hrs for 12 weeks is under consideration as a next step. Another possible treatment option is IM Bicillin LA 1.2 million units twice weekly for 16 weeks. Further recommendations will be made after her next appointment.

Please contact our office if you have further questions.

Sincerely,

Bernard D. Raxlen, MD

Carolyn B. Welcome, PA-C

Liberty002918

# HARTFORD HOSPITAL
## IMAGING CENTER
80 Seymour St.   P.O. Box 5037
Hartford, CT. 06102-5037   Phone: (860) 545-2861

*Thank you for choosing the*
*Imaging Center of Hartford Hospital*
*www.harthosp.org*

| | |
|---|---|
| MRN: | 3032575 |
| PATIENT: | SPEARS, HALEY |
| ACCOUNT #: | 000017816844 |
| BIRTHDATE: | REDACTED    SEX    F |

| | | | |
|---|---|---|---|
| ORDER #: | 3673245 | ADMITTING PHYSICIAN : | DARIO ZAGAR |
| ORDER DATE: | 8/28/2009 | ATTENDING PHYSICIAN : | DARIO ZAGAR |
| REQUESTING SERVICE: | 022 | REQUESTING PHYSICIAN: | DARIO ZAGAR |

REASON: RULE OUT KINK IN LINE ON BLOCKAGE IN LEFT ARM PICC LINE CATHETHER

********

| EXAMS: | PERFORMED | 8/28/2009 | 71010 | | CHEST 1V AP/PA |
|---|---|---|---|---|---|
| | PERFORMED | 8/28/2009 | 73060 | | HUMERUS 2+ VIEWS |

*****   **Verified**   *****                    0

Examination: Single PA view the chest. Left humerus 3 views.

Indication: Left arm PICC placement. Evaluate for kink in tubing.

Comparison: AP chest 3/3/2009.

Findings:
Chest: Small portion of the lung apices is obscured by overlying mask. The distal tip of the left PICC terminates within the left innominate vein. No focal lung consolidation is seen. There is no pleural effusion or pneumothorax. The cardiac silhouette is normal in size. Osseous and extrathoracic soft tissues are normal.

Left humerus: The proximal portion of left PICC is kinked within the distal arm region. Articulations and relationships are anatomic. No acute osseous abnormality is identified. Soft tissues are unremarkable.

IMPRESSION:
1. The distal to the left PICC terminates within the innominate vein. Proximally, the PICC is kinked within distal arm region.
2. No acute pulmonary abnormality.


Resident: Robert Hynecek, M.D.

| | | |
|---|---|---|
| RESIDENT: | ROBERT L. HYNECEK, MD | TRANSCRIBED: H143214 08/28/2009 19:06 |
| DICTATING PHYSICIAN: | ANAL C. PATEL, MD | TECH : HDMD |
| ELECTRONICALLY SIGNED BY | ANAL C. PATEL, MD | RESULT ID / ADDENDUM: 1658996 / 0 |
| VERIFIED ON: | 2009/08/28 19:06:54.00 | |

Page 1 of 1

Liberty002919

*Bernard D. Raxlen, M.D., P.C.*
*Carolyn B. Welcome, PA-C*
*Neuropsychiatry Nutritional Medicine*
*Systemic Lyme Disease / Tick-borne Illnesses*

June 22, 2009

Re: Haley Spears
      DOB REDACTED

To Whom It May Concern:

Ms. Haley Spears is a 31-year-old female who has been a patient in our practice since April 21, 2009. Her most recent appointment with Dr. Raxlen took place on June 16, 2009. She had previously been diagnosed with Borreliosis (Lyme disease) and has been diagnosed by Dr. Raxlen with multiple co-infections.

At the time of her initial visit she presented with symptoms including but not limited to fatigue, migraine headaches, visual disturbances, sensitivity to smells, slurred speech, sensitivity to sound, neck pain, drenching night sweats, fevers, recurrent infections, heart palpitations, gastrointestinal problems, joint pain, muscle weakness and fasciculations, neuropathy, sleep disturbance, depression, anxiety, and neurocognitive deficits including brain fog, confusion, and memory problems.  Please find her Complete Lyme Disease Symptom Check enclosed.

Dr. Raxlen has recommended IV Zithromax 500 mg daily and prescribed oral medications for Ms. Spears including Rifampin 300 mg bid, and Mepron 750mg/5mL bid. This protocol will be followed for a minimum of three months.

At this time it is not possible for Ms. Spears to work full-time or part-time, and disability leave is medically necessary for her. Due to the duration of her illness and the extensive, multi-systemic nature of her symptoms, particularly the neurological involvement, her treatment is very likely to last for a minimum of 12 months. Her condition will be reassessed periodically.

Please call our office if you need further assistance regarding Ms. Haley Spears.

Sincerely,

Bernard D. Raxlen, MD

*Carolyn B. Welcome, PA-C*
Carolyn B. Welcome, PA-C

*123 W. 79ᵗʰ Street*
*1ˢᵗ Floor*
*New York, NY 10024*
*T 212.799.1121*
*F 212.799.2377*
*www.raxlen-lyme.com*

*Board of Directors ILADS*
*International Lyme and Associated Diseases Society*
*www.ilads.org*

Liberty002920

*Bernard D. Raxlen, M.D., P.C.*
*Carolyn B. Welcome, PA-C*
*Neuropsychiatry Nutritional Medicine*
*Systemic Lyme Disease / Tick-borne Illnesses*

June 23, 2009

Re: Haley Spears
    DOB REDACTED

To Whom It May Concern:

Haley Spears, a 31-year-old female who has been a patient at Lyme Resource Medical, P.C., since April 21, 2009, has been diagnosed with multiple tick-borne infections, including Babesiosis.

At the time of her most recent appointment on June 16, 2009, Dr. Raxlen prescribed Mepron 750 mg/5mL, one teaspoon to be taken orally twice daily.

Mepron is an antiparasitic which is effective against the red blood cell parasite, Babesia microti. Mepron in combination with Zithromax (azithromycin) is a treatment of choice for Babesiosis. (See Gelfand, JA and Callahan, MV Babesiosis: An Update on Epidemiology and Treatment **Current Infectious Disease Reports** 2003 5:53-58.) A minimum of four months of treatment is necessary for many patients or relapse occurs and retreatment becomes necessary.

This medication is medically necessary for Ms. Spears at this time.  Her condition will be reassessed every 2-3 months.

Please contact our office if you have further questions.

Sincerely,

*Bernard D. Raxlen M.D.*

Bernard D. Raxlen, MD

*Carolyn B. Welcome, PA-C*

Carolyn B. Welcome, PA-C

*123 W. 79ᵗʰ Street*
*1ˢᵗ Floor*
*New York, NY 10024*
*T 212.799.1129*
*F 212.799.2371*
*www.raxlenlyme.com*

*Board of Directors ILADS*
*International Lyme and Associated Diseases Society*
*www.ilads.org*

Liberty002921

ant #_____

Page_____

Name _Haley Spears_      Birthdate_____    Sex _F_

| DATE | PROGRESS NOTES |
|---|---|
| 2/16/2010 | - Pt. rode in Mardi Gras parade x 4 hours on 2/13! |
| | - Sleep better, but still erratic |
| Sineqlani 5mg daily | - Feels okay if able to sleep 13 hours! |
| | - not depressed or anxiety |
| Lexapro 20mg | - off antibiotics x 2 mos. |
| Topamax 50mg | - GI tract is much better |
| 100mg/pm | - pain migrates all over - neck, shoulders |
| Armour Thyroid 60mg | - vision problems |
| | - stuttering |
| Cimetidine 20mg x 2 | - antibiotic holiday since 12/4/10 |
| Previacid 30 | - ↑sx after 6 weeks off antibiotics |
| Recetin 40mg x 2 bid | - on disability since March 2009 |
| | - case was closed prematurely by insurance. |
| | - documentation was submitted by Dr. Kaye (rheumatologist) |
| Dr Barbard Kaye, rheumatologist | - night sweats for several days in January and |
| Dr. Fosar, neurologist | again x 2 days ago |
| | - HAs controlled by migranol |
| | - tingling in (R) temporal lobe |
| | (R) foot tingling, and (L) forearm |
| | - no "electric shock" sensations |
| | - slight improvement in energy for 4-5 weeks |
| | after stopping antibiotics, then d/d ash |
| | Δ: Consider pulse IV Rocephin x 2 mos. |
| | as per Dr. Patterson - Marshall (see note of |
| | 1/28/2010 from Dr. P-M) |
| | - Klunesta 3 mg qhs prn |
| | - FU in 2 mos. |
| | - Carolyn B. Welcome, PA-C |

Liberty002922

Patient # ________

Page ________

Name Haley Spears Birthdate 10/11/1977 Sex F

| DATE | PROGRESS NOTES |
| --- | --- |
| 4/22/10 | - c/o feeling exhausted x one week |
| | - sleeping 12-14 hours |
| | - worsening nausea |
| | - heightened sense of smell triggers extreme nausea |
| | - only partial relief from Zofran |
| | - low grade fever |
| | - pain is more manageable |
| | - holding IV Rocephin x 2 weeks 2° to gallstones |
| | - started oral doxycycline 100 mg bid as per |
| | Dr. Patterson-Marshall to add Zithromax 250 mg |
| 5'5½" | bid next week as tolerated |
| 116 lbs. | - inconsistent with supplements due to ↑ sleep |
| | - will have endoscopy on 4/27/10 |
| | - night sweats have increased and chills |
| | - wt is better - 7-lb gain |
| | A/P - Rx: Actigall 300 mg PO bid |
| | - PICC evaluation - blood cultures x2 |
| | - Continue hydration 3x weekly |
| | - F/U c GI on 4/27/10 |
| | - Continue IV abx holiday |
| | - Doxycycline 100 mg PO bid as per |
| | Dr. Patterson-Marshall - add Zithromax |
| | 250 mg PO bid as tolerated |
| | - Consider IV Zithromax 500 mg daily |
| | - Carolyn B. Delcome, PA-C |

Liberty002923

# Quest Diagnostics

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>SPEARS,HALEY | REPORT STATUS FINAL REPRINT |
| | | ORDERING PHYSICIAN |
| COLLECTED: 06/09/2009  15:45 ET | DOB: REDACTED AGE: 31 | ZAGAR,DARIO |
| REPORTED: 06/10/2009  06:55 ET | GENDER: F FASTING: U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2948 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1917 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 464 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 38 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.6 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 8.6 | | % | |
| EOSINOPHILS | 0.7 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
             Queued to:  8606675406FAX

DUPLICATE REPORT WILL BE SENT TO:         CCC PROFESSIONAL HOME CARE
                                          104 SEBETHE DR STE 3
                                          CROMWELL, CT 06416-1038

                                          DR RAKIEN


                                          DR GOUIN


                                          HALEY SPEARS
                                          1008 TROUT BROOK DR.
                                          WEST HARTFORD,CT

SPEARS,HALEY - WC780230B                                      Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DX-XPATH.  7/01

Liberty002924

*Bernard D. Raxlen, M.D., P.C.*
*Carolyn B. Welcome, PA-C*
*Neuropsychiatry Nutritional Medicine*
*Systemic Lyme Disease / Tick-borne Illnesses*

September 9, 2010

Re: Haley Spears
    DOB REDACTED

To Whom It May Concern:

Ms. Haley Spears has been a patient in our practice since April 21, 2009. Her last office visit took place on July 8, 2010.

At the time of her initial visit she presented with symptoms including but not limited to fatigue, migraine headaches, visual disturbances, sensitivity to smells, slurred speech, sensitivity to sound, neck pain, drenching night sweats, fevers, recurrent infections, heart palpitations, gastrointestinal problems, joint pain, muscle weakness and fasciculations, neuropathy, sleep disturbance, depression, anxiety, and neurocognitive deficits including brain fog, confusion, and memory problems.

Ms. Spears has been seen by multiple physicians and specialists. Prior to her initial visit she had been diagnosed with Borreliosis (Lyme disease), confirmed by positive spinal tap in January 2009. In addition, she has been diagnosed by Dr. Raxlen with multiple co-infections.

Chronic persistent Borreliosis often presents with waxing and waning symptoms. Co-infection with Bartonella, Babesiosis, and Mycoplasma considerably complicate the clinical picture for patients like Haley Spears. It is frequently necessary to treat with extended courses of oral and intravenous antibiotic therapy, changing antibiotic families every several months, as has been the case for Ms. Spears.

Unfortunately Ms. Spears has had only partial improvement in response to extensive treatment. She continues to suffer from debilitating physical and neurocognitive symptoms consistent with TAPOS (Tick-associated Poly-organic Syndrome). Her prognosis remains uncertain, and she will be unable to sustain employment for the foreseeable future.

A neuropsychological evaluation was performed in July 2010 by Marian Rissenberg, Ph.D. A marked decline in overall intellectual functioning was among the findings. Ms. Spears' scores exhibit the variability typical of patients with Neuroborreliosis (Lyme disease in the central

123 W. 79ᵗ Street
1ˢ Floor
New York, NY 10024
T 212.799.1121
F 212.799.2377
www.raxlen-lyme.com

*Board of Directors ILADS*
*International Lyme and Associated Diseases Society*
*www.ilads.org*

Liberty002925

nervous system). Dr. Rissenberg's evaluation strongly supports Ms. Spears' eligibility for full-time disability benefits.

Please contact our office if you have further questions.

Sincerely,

Bernard D. Raxlen, MD

Carolyn B. Welcome, PA-C

Haley Spears

pain 1'a x 10
over whole body
hands elbows knees hips.
feel like heat with warm sand but in chest
- lot / jos.
- can't handle anything
- can't stand up + talk
burn lug
drumm tartd
get lost
head bops / twitched gets / chokes.
* Catheter ablation of heart. March / 09.)
Flucon agole x3 days / wk.
*diarrhea fur 1year straight now smaller
suk loss of appetite — nauseated
- period skipped completely
progesterone 2/3 mon/2x for 12 days
photo of abdominal thrush
breasts
legs.
hands r feet freezing. free all over body.

℞   Rifampin  2V     370 x2
     mepron    750 x 2.
    - Zithromax  250 x 2

    Stop  ZV Receptor
          Levaquin

5/2/09   Oral Rifampin  1x daily — 1WK
         mepron bid —  4/18/09
         zithromax  250 bid  4/18/09

Diarrea   2 x 3x  daily    / all along has had
(Sol.t) watery  by end of  day  / since before Rifampin
                              / has been Stronger

Liberty002927

Patient # _____

Page _____

Name **Haley Spears**  Birthdate **10/11/77**  Sex **F**

| DATE | PROGRESS NOTES |
|---|---|

**8/21/09**
Learning to use a pump
"occlusion said 'E machine.
- 3 months 3- Thrsman

**9/11/09** - Pt admitted to hospital to r/o out PKC line infection
- C/o fever and chills worsening X 2 days
- Tmax 101.7°
- blood cultures have been drawn x 2
- pt given 1000 mL NS → feeling better
(P) Pt to be managed in hospital
F/U after results of blood cultures are known.
Carolyn B. Welcome, PA-C

**10-14-09** general symptoms
up & down
couple of weeks problem of energy
Thyroid hasn't helped much ( 1 grain ) Then
dropped rt.
- slurred speech + stuttering has definitely improved
- was reversals
- neck pain improving
- jaw pain → now mild. feet + pain hurting
- uttram seem to help
- plantar fasciitis ( smaller aches )
- smell abnormalities ?
- temp fluctuation
- light + sound sensitivity

1 rhepron 750
2 plaquenil 200
3 3-thomax 100
4 Thyroid 1 grain

recommend for I.m.
( I.v. Doxycycline 100 mg x 2 )

Liberty002928

Nov 19 2015 13:49:22 Via Fax          →          8602474194 Vonage          Page 006 Of 074

Patient #_____

Page_____ _____

Name _Haley Spears_____          Birthdate _10/11/77_____          Sex _____

| DATE | PROGRESS NOTE |
|---|---|

6/4/09

① april 28 - Z. thromax
② may 5 - rifampin
       pain and Fatigue
③ have good and worse days
   sleeping pattern off
   take a shower Exhausted
 - had bad headache - migraine - like
 - vision loss
④ hydrocodone - 5 - 500.
⑤

Topamax:
↑ 150 mgm. new

6/fran 50 x 3
tumeric
bromelain

wheat grass

8/21/09

having to use a pump.
" occlusion " in line used actiwase
 - now has been 3 months on Z. thromax
✓ stretch of better days longer.
 - slight improvement neuro cognitive
 - solid meals no acute pain
 - night sweats - another week of drenching sweats
   ✓ duration a lot shorter
✓ - lower Thyroid. - has picked her up?
 - sleep regime .
   ① Drug holiday
   ② Zithromax 250 x 2
   ③ plaquenil
   ④ trypan
✓ ⑤ Rifampin  stop
   ⑥ Lamisil Per line
   ⑦ Benertin 3 mgm.

Liberty002929

Patient # _____

Page _____

Name _____ Haley Spears _____          Birthdate _10_/_11_/_77_          Sex _____

| DATE | PROGRESS NOTES |
|------|---------------|
| 12/11/09 | I.V. Doxycycline 100 x 2 |
| | slurred speech improved |
| | PID ↓   ↓ tingling in body - improved |
| | spine pain ↓ → 7-8 |
| | cramling ↓   spine pain back |
| | ( brought to tears ) |
| | sleep a major problem still was ( 5 ) |
| | - no full blown migraine |
| | - week off Mepron feels worse |
| Autistion | ~ still some ADD issues / word search / |
| 10 mg m | will do moratorium on I.V. therapy |
| | continue on nutritionals |
| " Lexapro | |
| 2. | |
| | P |

Haley  Spears  (Cont'd)

| | |
|---|---|
| 4/24/09 | stuous hose spray.   horrible migrainer |
| | (no medicene worked) |
| | Cat scan -> MRI :   FVE |
| | pain meds (oxycodine) didn't work |
| | - night sweats -  have to change shirt |
| | - palpitations!  140  - cardiologist |
| | T↓   irregular  beats |
| | Thickening  mitral valve |
| | - pulmonologist  -  obstructive |
| | • |
| | •   R/ 1   IV. Zithromax   520 mg iv |
| | -   Rifampin  300 x L. |
| | -   Heprin  750 x 2. |
| | -   Nutraceuticals |
| | - |
| | - |

Haley Spears

- sternal nose spray - horrible migraines
  (no medicine worked)
  (cat scan → MRI) - tve
    pain meds (oxycodone) didn't work
- night sweats - have to change shirt
- palpitations: 140 - cardiology e1
    Tʒ irregular beats
    thickening mitral valve
- pulmonologist - obstructive

Rₓ: I.V. Zithromax 500 mgm
    { Rifampin 300 × 1.
    { Mepron 750 × 2.
    { Nutraceuticals

| | |
|---|---|
| 5/19/09 | - Pt on IV Zithromax 500 mg daily × 3 weeks (since 4/28/09) |
| | - on Rifampin 300 mg PO bid ✓ |
| Dr. Eger | - went to ER on Friday, 5/15, due to blood in line |
| | (P)PICC line inserted on March 2, 2009 |
| | - on IV Rocephin 2g daily × 29 days |
| Mepron | - feeling worse × 3 days → ↑ fatigue, jt pain, HAs, cognition |
| | - had more energy after starting IV Zithro |
| | (↓ night sweats )(↓ clothes not drenched, but hair is wet |
| | - debilitating sx × 9 mos. → short-term benefits |
| | - claim was closed → working part-time from 1/08/09 |
| | through March 2009 (had been oel August - January 1/09 |
| | (↓performance and ↓energy interfered c̄ job performance |
| | (rheumatologist is sympathetic) |
| | (bu) |
| | |
| 5/28/09 | - on IV Zithromax 500 mg daily in week #5 |
| | - "all over the place" |
| | - today is not so bad - ↓ pain |
| | - sleep is an issue |
| | - frequent migraines but ↓ pain |
| | - naturopath recommended whole grains to be |
| | added to diet (GLUCOSE was 59 non-fasting) |
| | (P) Add Mepron 5 mL daily as per Dr. [illegible] |

ent #_____

Page_____

Name __Haley Spears__   Birthdate _____   Sex __F__

| DATE | PROGRESS NOTES |
|---|---|
| 2/16/2010 | - Pt. rode in Mardi Gras parade x 4 hours on 2/13 |
| | - Sleep better, but still erratic |
| Singular 5mg daily | - Feels okay if able to sleep 13 hours |
| Lexapro 20mg | - not depressed or anxiety |
| Topamax 50mg and 100mg Qbid | - off antibiotics x 2 mos. |
| | - GI tract is much better |
| | - pain migrates all over - neck, shoulders |
| Armour Thyroid 60½ daily | - vision problems |
| | - stuttering |
| Cimdetidine 30mg x 2 | - antibiotic holiday since 12/4/10 |
| Prevacid 30 | - ↑sx after 6 weeks off antibiotics |
| Acacyl 40mg x 2 bid | - on disability since March 2009 |
| | - case was closed prematurely by insurance |
| | - documentation was submitted by Dr. Kage (rheumatologist) |
| Dr. Eberhard Kage, rheumatology | - night sweats for several days in January and |
| Dr. Tsoss, neurologist | again x 2 days ago |
| | - HAs controlled by Maxeran? |
| | - tingling in (R) temporal lobe |
| | (R) foot tingling, and (L) forearm |
| | - no "electric shock" sensations |
| | - slight improvement in energy for 4-5 weeks |
| | after stopping antibiotics, then crash |
| | A/P: Consider pulse IV Rocephin x 2 mos. |
| | as per Dr. Patterson-Marshall (see note of |
| | 1/28/2010 from Dr. P-M) |
| | - Lunesta 3 mg qhs prn |
| | - RTO in 2 mos. |
| | _____Carolyn B. Welcome, PA-C_____ |

Liberty002933

Patient #_____

Page_____

Name  Haley Spears                    Birthdate  12/11/1987    Sex  F

| DATE | PROGRESS NOTES |
|------|----------------|
| 4/22/10 | - c/o feeling exhausted x one week |
| | - Sleeping 12-14 hours |
| | - worsening nausea |
| | - heightened sense of smell, triggers extreme nausea |
| | - only partial relief from Zofran |
| | - low grade fever |
| | - pain is more manageable |
| | - holding IV Rocephin x 2 weeks 2° to gallstones |
| | - started oral doxycycline 100 mg bid as per |
| | Dr. Patterson-Marshall to add Zithromax 250 mg |
| 5' 5½" | bid next week as tolerated |
| 116 lbs | - inconsistent with supplements due to ↑ sleep |
| | - will have endoscopy on 4/27/10 |
| | - night sweats have increased and chills |
| | - wt is better - 7-lb gain |
| | A/P - Rx: Actigall 300 mg PO bid |
| | - PICC evaluation - blood cultures x 2 |
| | - Continue hydration 3x weekly |
| | - F/U a GI on 4/27/10 |
| | - Continue IV abx holiday |
| | - Doxycycline 100 mg PO bid as per |
| | Dr. Patterson-Marshall: add Zithromax |
| | 250 mg PO bid as tolerated |
| | Consider IV Zithromax 500 mg daily |
| | - Draya B. Delcorne, PR-C |

Liberty002934

Page_____

Name _Haley Spears_____ Birthdate_____ Sex_____

| DATE | PROGRESS NOTES |
|---|---|

7/18/10

/ still has cognition issues, but turns off and on
- short term & long term memory
- friends recall events - she doesn't remember them
- repeats stories that she has already told people
- other times will retain some events
- can get overloaded easily - overwhelmed
- became confused at brother's wedding - again
  overwhelmed - couldn't follow wedding ceremony
- dizzy in car
  ↑ urinary frequency
- return of night sweat
- easy bruising
- some neck pain / stiffness
- joint pain generally improved
- more head pressure
- zones out during conversations

Rx  1. 3. ???  500.
    2. Mepron    750 x 2
    3. Coartem   8 2 2 x 5 x
    4. Omnicef   300 x 2

12/3/10  Rx  approved short-term ability
         1. urinary frequency
         2. easy bruising
         3. zoning out during conversations
         4. Bach or Meds
         5. 2 visits ū Dr. Saul
         6. Rx add Levaquin 500 mg x1
         7.              30

Liberty002935

Client #_____

Page_____

Name ___Haley Sellers_____   Birthdate_____   Sex____

**DATE**                          **PROGRESS NOTES**

2/11/11

generally has not noticed significant ✓
  — mg of sweats - sheets are wet
  - can vacuum
  brain is most probable system
- still have memory issues
- comprehension grasping
- neck, pain - spine
- neuropathy

L Zithromax 1D
L Omnicef 300 x 2
L Coartem 1 x 2

5/13/11
  - a little better and hard time in
    conversation
  - some knots throughout
  - no stabbing or crawling now

1 nithran°
2 borayo
3 mivelos                              - adrenal test
4 azacol
5° coprapentin            7/15/11.
                          GN region
6 hularon mya          Clindamycin
7 klenpin moya            Omnicef
3                       - had abdominal ultrasound.
                        - some uncomfortable symptoms
                -past week - pain got bad
                        spine, neck, shoulders
                        deep breast pain
                        had Lo one hydrocodone.
                - took fractuce then had symptoms — 1½ a k
                ◦ still night sweats; still in a fog.
                ◦ ringing in ears
                  cognitive/energy/sleep/pain still a problem

Nov 19 2015 14:00:25 Via Fax     →     8602474194 Vonage                    Page 014 Of 074

Patient # _____

Page ____

Name _Hailey Spears_                    Birthdate _____    Sex ____

**DATE** | **PROGRESS NOTES**

9/23/11 — seeing Zane Saul, M.D.
- T in pain / nausea / cognition/ — Herx reaction
- pain in feet more persistent ( tight feeling in foot
  ( probably Herx response )         can't flex or arch )
- nausea vomiting ↓↑ to-day
- can come out of nowhere. vomiting w/out nausea.
              perhaps CNS driven
- after vomiting pain was significantly lessened.
- pain / vomiting connection
              ( maybe migraine-type response? )

  R/ Continue Mepron 750 t2
            Zithromax 1ºº
            iv Rocellin 1-2 x2 wkly

            [initials]        6wks

12/20 —
Continuing on the Rocellin L.A
            - 9 treatments
            - Mepron 750 mg/
            - Zithromax 500 mg/

            [initials]

3/22 — generally feel well.
- some diuretic changes.
- nausea triggered by pain. CNS.
- 1-2 episodes only of throwing up
- pain up and down spine
- see chiropractor - knots in feet
- migraine returned 1-2 wks
- cognitive improvement on shots

Liberty002937

Name __Haley Speers_____ Birthdate_____ ___ Sex____

| DATE | PROGRESS NOTES |
|---|---|

3/22/12

inter mittent cognitive improvement
- ↓ in frequency & intensity.
- still cycling in symptoms
- some intermittent night sweats
  progesterone has helped.
. on a heart monitor
- still ringing in the ars :

1. Levaquin 250 x 2
2. Vy Ja are.
3. in Procillin every
   2 wk s
4. Zithromax / nepron / alternate :

- last dose 6 / (shot)

6/22/12
- some bouts of nausea comes on suddenly
- has had some GI issues - distension / bloating
- tendinitis : - ū Levaquin - 2 months
- neck pain - may be aggravating starting up.
  (upper back seem to be the location)

physical?
(reduce by 25 %)  * communication is better . (some memory issues)
attentive           forgets train of thought - some anxiety / frustrated
                  → shoulder blade pain ↓ ? (overwhelmed).
- distractability
  had nightmares / (not night sweats) /
  - sleep can be restorative

Rx  off / Zithromax
    2 Nepron
    3 · in Procillin
    4 physical.
anti Candida protocol.
            - olive leaf
            - grapefruit seed
            = candis stat

Haley Spears

(125/12)

Patient #

Page

Name _____ 860-308-2050 _____ Birthdate _____ Sex

| DATE | PROGRESS NOTES |
|---|---|
| 125/12 | Mon |
| | Headaches in same part of head |
| | that used to be before treatment |
| | *Blood sugar has been very lo |
| | should not be lower than 70 |
| | 70 is normal or hi for her |
| | 73 stop vit D₃ (4,000) for one week |
| | Naturopath thinks it is med related. |
| | Should blood sugar range be different |
| | during menses. |
| | |
| ✝ | 6TF |
| | bid |
| | address fluctuating sugar levels |
| | Protein snacks |

Liberty002939

Patient #_____

Page_____ _____

Name __HALEY SPEARS__    Birthdate_____    Sex____

**DATE**                          **PROGRESS NOTES**

8/3/12   1) - night sweats
         (seeing Dr. Saul)
         - drug holidays: have not gone backward — feeling well.
         - (usually backslides)
         - focusing problems from (Cortef) - became anxious; upset

         - shoulder blade pain ( not ease! )
         - going for Voltaren Gel. for shoulder pain.
         - no longer fluttering : as before
         - want in receipe for Repair

V - acuty/ system)          Will see endocrinologist
V.                          energy level better — as mac on a day.
                            2 good walks / day.
1) A-L complex :  -
2) Allimed       -

              Xen

10/05/12  - saw endocrinologist → goiters increasing in size, tenderness
          - recommended evaluation by surgeon
          - goiters increasing in size over time
          - ultrasound showed note goiters (compared to 8 months ago)
          on 10/05/12
          - (L) side is more solid, (R) side fluid
          (P) Consider surgical consult
          FU c BDR
          - Xen

Liberty002940

Nov 19 2015 14:06:05 Via Fax      ->      8682474194 Vonage                Page 010 Of 074

Patient #_____

Page_____

Name _Haley Spears_                          Birthdate _10/11/1977_          Sex _F_

| DATE | PROGRESS NOTES |
|---|---|
| 11/09/12 | - feeling stable at around 70% |
|  | - off antibiotics × 4½ months |
|  | - neck pain relieved by Tizanol (Flexeril causes constipation) |
|  | - occasional night sweats |
|  | - vivid dreams |
|  | - on progesterone |
|  | - menstrual cycle is irregular → has period 2-3 days, |
| Ultram 1-2 | stops, then starts again |
|  | - Hashimoto's thyroiditis: endocrinologist thinks |
| Tizanol prn | levels are fine, no thyroid prescribed |
|  | - OB/gyn prescribed vaginal US |
|  | - infrequent UTIs relieved by good hydration |
| pseudoprog. 40 mg | - hoping to start working in the next few months |
|  | - returned to work in January 2009 part time; had to |
| Famciclovir 30 mg × 2 gtts | stop after a few months (executive administrative assistant) |
|  | has been doing more |
| montelukast ths | - active in church with Bible study and various groups |
|  | - exercise has helped → elliptical, pilates, yoga |
|  | - sleep has improved → falling asleep before |
| Entec 3mg | midnight at times |
|  | - walks dogs every day; longer walks during day |
| nebulizer prn (Xopenex) | - intermittent (R) wrist pain & aggravated by driving |
|  | - some abdominal distention |
|  | - ↓ Ultram → less pain |
| ↓ Foster (100mg) | - asthma under control → cold, mold are triggers |
| Saccharomyces boulardii | dry air (hot or cold), pollen |
| ↓ Entavolite | - 8 months of Bicillin helped a lot |
| Iron 25 mg | - occasional scapular pain |
| Calcium/mag Bingo 1 13gm? | - brain function has improved but still has word |
| CoQ-H daily | retrieval problems |
| Artemisinin | - irritability |
| 100mg |  |
| Sweet wormwood 30mg | o/o antifungal protocol as per BDR × 3 weeks |
|  | - Add oil of oregano (see e-mail) |
| Mg Taurate daily | - then consider minocycline 100mg/bid |
| Allimax (nimbrel m. dose) | - Adjust supplements to once daily as |
| daily | discussed |
|  | - F/U in 2-3 mos   - Carolyn B. Welcome, JA? |

Page 819 Of 874

B68247414 Vonage

Nov 19 2015 14:07:51 Via Fax

MAR. 16. 2010 12:37PM    PHCS SPECIALTY 860-632-3696    NO.9598    P. 2/4



# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5698
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-929-4244



**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4452
AR. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | 1REDACTED | | F | 2010316104519 | 22917162 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| CBC WITH DIFF | | | | |
| WBC | 6.2 | 4.0-10.5 | x10E3/uL | |
| RBC | 4.31 | 3.80-5.10 | x10E6/uL | |
| HGB | 11.5 | 11.5-15.0 | g/dL | |
| HCT | 36.4 | 34.0-44.0 | % | |
| MCV | 85 | 80-98 | fL | |
| MCH | 26.7 L | 27.0-34.0 | pg | |
| MCHC | 31.6 L | 32.0-36.0 | g/dL | |
| PLATELET | 260 | 140-415 | x10E3/uL | |
| NEUTROPHIL % | 39 L | 40-74 | % | |
| LYMPHOCYTE % | 43 | 14-46 | % | |
| MONOCYTE % | 13 | 4-13 | % | |
| EOSINOPHIL % | 4 | 0-7 | % | |
| BASOPHIL % | 1 | 0-3 | % | |
| ABSOLUTE NEUTROPHIL | 2.4 | 1.8-7.8 | x10E3/uL | |
| ABSOLUTE LYMPHOCYTE | 2.7 | 0.7-4.5 | x10E3/uL | |
| ABSOLUTE MONOCYTE | 0.8 | 0.1-1.0 | x10E3/uL | |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | |
| ABSOLUTE BASOPHIL | 0.1 | 0.0-0.2 | x10E3/uL | |
| NRBC | | | | |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty002942

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5659
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3735
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-1452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | 10-11-1977(33) | F | 2010319104519 | 22917162 |
| Collected | Received | Nurse | | Physician | | |
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | | ZAGAR, DARIO | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | | Expected | Units | | Prior Results |
|---|---|---|---|---|---|---|
| HEMATOLOGY COMMENTS | | | | | | |
| COMPREHENSIVE PANEL | | | | | | |
| SODIUM | 138 | | 133-145 | mmol/L | | |
| POTASSIUM | 4.0 | | 3.5-5.2 | mmol/L | | |
| CARBON DIOXIDE | 22 | | 22-29 | mmol/L | | |
| CHLORIDE | 101 | | 96-108 | mmol/L | | |
| GLUCOSE | 77 | | 74-106 | mg/dL | | |
| BUN | 18 | | 6-20 | mg/dL | | |
| CREATININE | 0.64 | | 0.50-1.00 | mg/dL | | |
| BUN/CREAT RATIO | 28 H | | 8-27 | | | |
| TOTAL GLOBULIN | 2.2 | | 1.5-4.5 | g/dL | | |
| A/G RATIO | 2.1 | | 1.1-2.5 | | | |
| GLOM FILT RATE | >59 | | >59 | mL/min/1.73 | | |
| IF AFRICAN AMERICAN | >59 | | >59 | mL/min/1.73 | | |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

MAR. 16. 2010 12:37PM     PROS SPECIALTY    860-632-3696     NO. 9593    P. 3/4

866247419 Vonage     Nov 19 2015 14:88:39 Via Fax

MAR. 16. 2010 12:37PM    PHCS SPECIALTY    860-632-3696    NO. 9598    P. 4/4

8662474194 Vonage

Nov 19 2015 14:09:23 Via Fax

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
All Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|
| SPEARS, HALEY | 10-11-1977(33) | F | 2010316104515 | 22917162 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be effected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| CALCIUM | 9.2 | 8.4-10.2 | mg/dL | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | |
| ALKALINE PHOSPHATASE | 35 | 35-104 | U/L | |
| SGOT (AST) | 27 | 0-31 | U/L | |
| SGPT (ALT) | 20 | 0-31 | U/L | |
| TOTAL BILIRUBIN | 0.2 | 0.0-1.0 | mg/dL | |
| TOTAL PROTEIN | 6.9 | 6.4-8.3 | g/dL | |

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | ZAGAR, DARIO | 203-333-3537 | 03-16-2010 11:46 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low

Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty002944

Page 822 Of 874

B6B2474194 Vonage

Nov 19 2015 14:18:03 Via Fax

## LabProfile® - Laboratory Report



ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

**HOME HEALTHCARE LABORATORY**
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|
| SPEARS, HALEY | REDACTED33) | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | Mar, 16 10 | 4.6 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/L | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10 | 4.51 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar, 16 10 | 11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar, 16 10 | 36.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/cL | Mar, 16 10 | 31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar, 16 10 | 260 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar, 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar, 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar, 16 10 | 4 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty002945

Page 823 Of 874

B6B2474194 Vonage

↑

Nov 19 2015 14:18:51 Via Fax

# LabProfile® - Laboratory Report



ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3736
FAX: 860-829-4244

**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
220 FREMER COURT. SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED33) | | F | 2010316104519 | 23005485 |
| Collected | Received | Nurse | | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1.8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0.5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0.1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| BILIRUBIN,DIRECT | | | | | |
| BILIRUBIN,DIRECT | 0.1 | 0.0-0.3 | mg/dL | | |
| SGOT (AST) | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| SGPT (ALT) | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| BILIRUBIN,TOTAL | | | | | |
| BILIRUBIN,TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| PROTEIN, TOTAL | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty002946

Page 824 Of 874

B6B2474194 Vonage

Nov 19 2015 14:11:34 Via Fax

## LabProfile® - Laboratory Report



ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

**Home Healthcare Laboratory**
*of America*

HOME HEALTHCARE LABORATORY
329 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED33) | | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| PRINT | DR LAUREN GOUIN | 860-649-6951 | |
| PRINT | RAXLEN, BERNARD | 212-799-2377 | |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 3 of 3
The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty002947

Nov 19 2015 14:12:18 Via Fax     →        8602474194 Vonage

Page 025 Of 074



**Quest Diagnostics®**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  03/24/2010    11:15 ET
REPORTED:   03/25/2010    06:28 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
RAXLEN,BERNARD D

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|

HARD COPY TO FOLLOW

Endnote 1
        WE RECEIVED YOUR HANDWRITTEN TEST ORDER AND PERFORMED
        THE AMA DEFINED HEPATIC FUNCTION PANEL. IF THIS IS NOT
        WHAT YOU INTENDED TO ORDER, PLEASE CONTACT YOUR LOCAL
        CLIENT SERVICE REPRESENTATIVE IMMEDIATELY SO THAT WE MAY
        ADJUST OUR BILLING APPROPRIATELY. YOU MAY ALSO INQUIRE
        ABOUT ALTERNATIVE OR ADDITIONAL TESTING.

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
        Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                          104 SEBETHE DR STE 3
                                          CROMWELL, CT 06416-1038

---

SPEARS,HALEY - WC741398G                          Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DX-RPRPR.  2/01
03/25/10 03:31 01460759  2/2

Liberty002948



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC741398G
REQUISITION: 7005236

COLLECTED:  03/24/2010   11:15 ET
RECEIVED:   03/25/2010   02:29 ET
REPORTED:   03/25/2010   06:28 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN, BERNARD B

CLIENT INFORMATION
NEZ22170668                      60010000
BERNARD BAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | | QWA |
| PROTEIN, TOTAL | 6.4 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1 | L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | | 32 | L | 33-115 U/L | |
| AST | 14 | | | 10-30 U/L | |
| ALT | 11 | | | 6-40 U/L | |
| | * Endnote 1 | | | | |
| | | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.2 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.31 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | | 35.0-45.0 % | |
| MCV | 83.8 | | | 80.0-100.0 fL | |
| MCH | 28.0 | | | 27.0-33.0 pg | |
| MCHC | 33.5 | | | 32.0-36.0 g/dL | |
| RDW | | 16.5 | H | 11.0-15.0 % | |
| PLATELET COUNT | 249 | | | 140-400 Thousand/uL | |
| MPV | 8.6 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2691 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2703 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 527 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 248 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | | 0-200 cells/uL | |
| NEUTROPHILS | 43.4 | | | % | |
| LYMPHOCYTES | 43.6 | | | % | |
| MONOCYTES | 8.5 | | | % | |
| EOSINOPHILS | 4.0 | | | % | |
| BASOPHILS | 0.5 | | | % | |

SPEARS, HALEY - WC741398G

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DK-RPZR,  7/01

03/25/10 04:34 01420259  1/2

Liberty002949

This is a medical lab report from Quest Diagnostics.

Nov 19 2015 14:13:24 Via Fax    ->    8602474194 Vonage        Page 027 Of 074

 **Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC325656H
REQUISITION: 8379741

COLLECTED:  04/26/2010   14:45 ET
RECEIVED:   04/26/2010   22:32 ET
REPORTED:   04/27/2010   10:46 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.645.9997

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
RAXLEN,BERNARD D

CLIENT INFORMATION
NE22170068                    60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 79 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.68 | | 0.58-1.00 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| SODIUM | 141 | | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19 | L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | | 33-115 U/L | |
| AST | 17 | | | 10-30 U/L | |
| ALT | 14 | | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.8 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.23 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | | 35.0-45.0 % | |
| MCV | 84.9 | | | 80.0-100.0 fL | |
| MCH | 28.0 | | | 27.0-33.0 pg | |

SPEARS,HALEY - WC325656H

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-RPBFR, 7/01
04/27/10  10:47  #1533535  1/3

Liberty002950

Nov 19 2015 14:13:59 Via Fax      ->        8602474194 Vonage           Page 828 Of 874


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:      WC989919G
REQUISITION: 8110189

COLLECTED: 04/07/2010   08:40 ET
RECEIVED:  04/07/2010   23:07 ET
REPORTED:  04/08/2010   05:49 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
UNKNOWN PHYSICIAN

CLIENT INFORMATION
NE22100001            69690200
THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD, CT 06492

COMMENTS: FAX 860-677-5406 FAX 860-829-4244

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.0 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.26 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 83.6 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.3 H | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2477 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 3066 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 243 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |
| NEUTROPHILS | 38.7 | | % | |
| LYMPHOCYTES | 47.9 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

SPEARS,HALEY - WC989919G                          Page 1 - Continued on Page 2‖

Quest, Quest Diagnostics, its associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 19-87ATR. 7/01
R-713
04/08/10 05:16 #1461204 1/3

Liberty002951

Nov 19 2015 14:14:37 Via Fax     →     8602474194 Vonage                Page 829 Of 874

 Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  04/07/2010    08:40 ET
REPORTED:   04/08/2010    05:49 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED  AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
UNKNOWN PHYSICIAN

---

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

       Your request to have a duplicate copy faxed has been acknowledged.
                  Queued to:  (203) 324-2340

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

                                         DR.BRIDGET MARSHALL
                                         1425 BEDFORD STREET
                                         STAMFORD,CT 06905

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DV-BP8P2.  7/01
04/08/10  06:16  B14C6204   2/3

Liberty002952

Nov 19 2015 14:14:58 Via Fax      →        8602474194 Vonage        Page 030 Of 074

 **Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 04/26/2010   14:45 ET
REPORTED:  04/27/2010   10:46 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
BAXLEN,BERNARD D

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|-----------|----------|--------------|---|-----------------|-----|
| MCHC | 33.0 | | | 32.0-36.0 g/dl | |
| RDW | | 16.8 | H | 11.0-15.0 % | |
| PLATELET COUNT | 241 | | | 140-400 Thousand/uL | |
| MPV | 8.7 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2564 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2372 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 568 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 255 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 41 | | | 0-200 cells/uL | |
| NEUTROPHILS | 44.2 | | | % | |
| LYMPHOCYTES | 40.9 | | | % | |
| MONOCYTES | 9.8 | | | % | |
| EOSINOPHILS | 4.4 | | | % | |
| BASOPHILS | 0.7 | | | % | |

=============================

CULTURE, BLOOD                                                                QWA

MICRO NUMBER:      10243315
TEST STATUS:       PRELIMINARY
SPECIMEN SOURCE:   CENTRAL LINE
SPECIMEN QUALITY:  ADEQUATE
RESULT:            GRAM POSITIVE BACILLI FROM AEROBIC BOTTLE ONLY

TRANSPORT MEDIA:   AEROBIC AND ANAEROBIC BOTTLE RECEIVED.

HARD COPY TO FOLLOW

PATIENT RESULTS CONTAINED IN A FACSIMILE OR ELECTRONIC
MEDICAL REPORT ARE PROVIDED ONLY UPON THE REQUEST OF THE
PHYSICIAN OR AUTHORIZED PERSON. FACSIMILE OR ELECTRONIC
MEDICAL REPORTS THAT ARE CREATED BEFORE FINAL RESULTS
ARE REPORTED ARE CONSIDERED TO BE INTERIM RESULTS ONLY
AND ARE SUBJECT TO CHANGE BY THE LABORATORY.

SPEARS,HALEY - WC325656H                         Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QR-SPRPR. 7/01

04/27/10  10:47  #1531596  2/3

Liberty002953

Nov 19 2015 14:15:30 Via Fax   →   8602474194 Vonage   Page 031 Of 074



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  04/26/2010   14:45 ET
REPORTED:   04/27/2010   10:46 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
RAXLEN,BERNARD D

---

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:      CCC PROFESSIONAL HOME CARE
                                       104 SEBETHE DR STE 3
                                       CROMWELL, CT 06416-1038

                                       HALEY SPEARS
                                       1008 TROUTBROOK DRIVE
                                       WEST HARTFORD,CT 06119

SPEARS,HALEY - WC325656H                          Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QN-RPPR. 7/01
04/27/10 10:47 #1531556   3/3

Nov 19 2015 14:15:50 Via Fax        →        8602474194 Vonage                    Page 032 Of 074


**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC325656H
REQUISITION: 8379741

COLLECTED:  04/26/2010   14:45 ET
RECEIVED:   04/26/2010   22:32 ET
REPORTED:   04/28/2010   12:23 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED Age: 32
GENDER: F  FASTING: U

ID:
PHONE: 860.645.9997

REPORT STATUS PARTIAL

ORDERING PHYSICIAN
RAXLEN,BERNARD B

CLIENT INFORMATION
NE22170668                        60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 79 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.68 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| | | | | |
|---|---|---|---|---|
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19 | L 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.23 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 84.9 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |

SPEARS,HALEY - WC325656H                                    Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DZ-EP688. 7/01
04/28/10 12:24 #1553129  1/5

Liberty002955

 Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   04/26/2010   14:45 ET
REPORTED:    04/28/2010   12:23 ET

PATIENT INFORMATION          REPORT STATUS PARTIAL
SPEARS,HALEY
                             ORDERING PHYSICIAN
DOB: REDACTED  AGE: 32       RAXLEN,BERNARD D
GENDER: F  FASTING: U

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | | 16.8    H | 11.0-15.0 % | |
| PLATELET COUNT | 241 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2564 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2372 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 568 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 255 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 41 | | 0-200 cells/uL | |
| NEUTROPHILS | 44.2 | | % | |
| LYMPHOCYTES | 40.9 | | % | |
| MONOCYTES | 9.8 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.7 | | % | |

================================

CULTURE, BLOOD                                                                   QWA

MICRO NUMBER:       10243315
TEST STATUS:        PRELIMINARY
SPECIMEN SOURCE:    CENTRAL LINE
SPECIMEN QUALITY:   ADEQUATE
RESULT:             GRAM POSITIVE BACILLI FROM AEROBIC BOTTLE ONLY
=>RESULT:           NO GROWTH TO DATE. CULTURE IS CONTINUOUSLY
                    MONITORED FOR A TOTAL OF 120 HOURS INCUBATION.
                    A CHANGE IN STATUS WILL RESULT IN A PHONE REPORT
                    FOLLOWED BY AN UPDATED PRINTED CULTURE REPORT.

TRANSPORT MEDIA:    AEROBIC AND ANAEROBIC BOTTLE RECEIVED.

=> Indicates changed Result(s)

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

SPEARS,HALEY - WC3256566H                               Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QR-EP&PR. 7/01

04/28/10  12:24  b1326529  2/5

Liberty002956

Nov 19 2015 14:16:58 Via Fax       ->       8602474194 Vonage



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  04/26/2010   14:45 ET
REPORTED:   04/28/2010   12:23 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS PARTIAL

ORDERING PHYSICIAN
RAXLEN,BERNARD D

---

DUPLICATE REPORT WILL BE SENT TO:       CCC PROFESSIONAL HOME CARE
                                        104 SEBETHE DR STE 3
                                        CROMWELL, CT 06416-1038

                                        HALEY SPEARS
                                        1008 TROUTBROOK DRIVE
                                        WEST HARTFORD,CT 06119

SPEARS,HALEY - WL3Z6656H                          Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 09-8262R.  7/01

04/28/10 12:24 R1536625  3/5

Liberty002957



## Quest Diagnostics®

**QUEST DIAGNOSTICS INCORPORATED**
**CLIENT SERVICE 1-866-697-8378**

**SPECIMEN INFORMATION**
**SPECIMEN:** WC325657H
**REQUISITION:** 8379752

**COLLECTED:** 04/26/2010    14:45 ET
**RECEIVED:** 04/26/2010    22:34 ET
**REPORTED:** 04/28/2010    12:23 ET

**PATIENT INFORMATION**
SPEARS, HALEY

**DOB:** REDACTED **AGE:** 32
**GENDER:** F **FASTING:** U

**ID:**
**PHONE:** 860.645.9997

**REPORT STATUS PARTIAL**

**ORDERING PHYSICIAN**
RAXLEN, BERNARD D

**CLIENT INFORMATION**
NE22170668                          60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|

=======**==============**===========

**CULTURE, BLOOD**                                                                      QWA

**MICRO NUMBER:**    10243325
**TEST STATUS:**     PRELIMINARY
**SPECIMEN SOURCE:** PERIPHERAL
**SPECIMEN QUALITY:** ADEQUATE
**RESULT:**          NO GROWTH TO DATE. CULTURE IS CONTINUOUSLY
                     MONITORED FOR A TOTAL OF 120 HOURS INCUBATION.
                     A CHANGE IN STATUS WILL RESULT IN A PHONE REPORT
                     FOLLOWED BY AN UPDATED PRINTED CULTURE REPORT.

**TRANSPORT MEDIA:**   AEROBIC AND ANAEROBIC BOTTLE RECEIVED.


**PERFORMING LABORATORY INFORMATION**
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

**DUPLICATE REPORT WILL BE SENT TO:**          CCC PROFESSIONAL HOME CARE
                                               104 SEBETHE DR STE 3
                                               CROMWELL, CT 06416-1038

                                               HALEY SPEARS
                                               1008 TROUTBROOK DRIVE
                                               WEST HARTFORD, CT 06119


SPEARS, HALEY - WC325657H                                    Page 1 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-RPAIR.  7/01
04/28/10  12:24  #1538529   4/5

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 04/14/2010   23:45 ET
REPORTED:  04/15/2010   08:49 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FAX COPY

SUPERVISING PHYSICIAN
RAXLEN,BERNARD D

PROVIDER:
LAUREN GOVIN_____

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0001, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:      CCC PROFESSIONAL HOME CARE
                                       104 SEBETHE DR STE 3
                                       CROMWELL, CT 06416-1038

SPEARS,HALEY - WC131715H                      Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QN-SPAF8, 7/01
04/15/10 09:06 81493595  2/2

Liberty002959



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC131715H
REQUISITION: 8215383

COLLECTED:  04/14/2010   23:45 ET
RECEIVED:   04/15/2010   05:13 ET
REPORTED:   04/15/2010   08:49 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS FAX COPY

SUPERVISING PHYSICIAN
RAXLEN,BERNARD D

CLIENT INFORMATION
NE22170668                    60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

PROVIDER:
LAUREN GOVIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 7.0 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.7 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.25 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 84.9 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.9 | | 32.0-36.0 g/dL | |
| RDW | | 15.9    H | 11.0-15.0 % | |
| PLATELET COUNT | 226 | | 140-400 Thousand/uL | |
| MPV | 9.1 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2232 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2958 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 558 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 222 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 37.2 | | % | |
| LYMPHOCYTES | 49.3 | | % | |
| MONOCYTES | 9.3 | | % | |
| EOSINOPHILS | 3.7 | | % | |
| BASOPHILS | 0.5 | | % | |

        HARD COPY TO FOLLOW

SPEARS,HALEY - WC131715H                      Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 09-9292R, 7/01
04/15/10 01:06 21633533  1/2

Liberty002960

Nov 19 2015 14:18:40 Via Fax   →   8602474194 Vonage   Page 038 Of 074

MAY-11-2010 16:39 From:SWNB,LLC   8606448590   To:12127992377   P.3/4



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 05/03/2010   09:04 ET
REPORTED: 05/05/2010   18:22 ET

PATIENT INFORMATION
SPEARS,HALEY A
DOB: REDACTED  AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | AMD |
| VITAMIN D, 25 OH, TOTAL | | 15  L | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 15 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and supplementation. 25-OHD2 is an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD. with levels <20 ng/mL indicative of Vitamin D deficiency while levels between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels are > or = 30ng/mL.

| | | | | |
|---|---|---|---|---|
| MAGNESIUM, RBC | | 3.8  L | 4.0-6.4 mg/dL | OMD |
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.49 | | mIU/L | QWA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester  0.20-4.70
Second trimester  0.30-4.10
Third trimester  0.40-2.70

| | | | | |
|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 20 mm/h | QWA |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | | 26  L | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 326 | | 250-450 mcg/dL | |
| % SATURATION | | 8  L | 15-50 % (calc) | |
| FERRITIN | | 6  L | 10-154 ng/mL | QWA |

SPEARS,HALEY A - WC448510H

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 35-RPAT4. 7/01
(b016)
05/05/10 18:35 6155565  2/3

Liberty002961

Nov 19 2015 14:19:14 Via Fax    →    8602474194 Vonage              Page 039 Of 074

MAY-11-2010 16:39 From:SWNB,LLC          8606448590          To:12127992377          P.4/4



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  05/03/2010  09:04 ET
REPORTED:   05/05/2010  18:22 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED  AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| VITAMIN B12 | 447 | | 200-1100 pg/mL | QUA |
| ANA IFA SCREEN W/REFL TO TITER AND PATTERN, IFA | | | | QWA |
| ANA SCREEN, IFA | | POSITIVE | NEGATIVE | |
| ANTINUCLEAR ANTIBODIES TITER AND PATTERN | | | | QWA |
| ANA PATTERN | | HOMOGENEOUS | | |
| ANA TITER | | 1:320   H | titer | |

Reference Range
<1:40      Negative
1:40-1:80  Low Antibody Level
>1:80      Elevated Antibody Level

| DHEA SULFATE | 62 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | | 3.9   L | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

*Follow up → Dr. Oberstein*

PERFORMING LABORATORY INFORMATION
AMB  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
     Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0893126

A duplicate report has been faxed to the following:
Faxed to:  (212) 799-2377  on:  05/05/2010  6:12:51 PM

④ DHEA 10mg
hru nutrients

③ Chewable iron
by Carlson's
2 Tab /day

5/11/10
R - advised
① Vitamin D 5000iu
Carlson's

② Magnesium glycinate
3x/day

Page 3 - End of Report

SPEARS,HALEY A - WC448510H

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved.  XX.XXXX.  1/01

MAY-11-2010 16:39 From:SWNB,LLC          8605446590        To:12127992377        P.2/4

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC448510H
REQUISITION: 0000224

COLLECTED:  06/03/2010   09:04 ET
RECEIVED:   05/03/2010   18:59 ET
REPORTED:   05/05/2010   18:22 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 32
GENDE:

ID:    1839-1
PHONE: 860.308.2050

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

CLIENT INFORMATION
NE22231886                  60010000
CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
272 MAIN ST
MANCHESTER, CT 06042-3536

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 181 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 57 | | > 40 mg/dL | QWA |
| TRIGLYCERIDES | 112 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 102 | | <130 mg/dL (calc) | QWA |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.2 | | < OR = 5.0 (calc) | QWA |
| COMPREHENSIVE METABOLIC PANEL, W/EGFR | | | | QWA |
| GLUCOSE | 88 | | 65-99 mg/dL | |

Fasting reference interval

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 21 | | 7-25 mg/dL |
| CREATININE | 0.83 | | 0.58-1.06 mg/dL |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) |

Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| | | |
|---|---|---|
| SODIUM | 139 | 135-146 mmol/L |
| POTASSIUM | 3.7 | 3.5-5.3 mmol/L |
| CHLORIDE | 105 | 98-110 mmol/L |
| CARBON DIOXIDE | 22 | 21-33 mmol/L |
| CALCIUM | 9.4 | 8.6-10.2 mg/dL |
| PROTEIN, TOTAL | 7.1 | 6.2-8.3 g/dL |
| ALBUMIN | 4.6 | 3.6-5.1 g/dL |
| GLOBULIN | 2.5 | 2.2-3.9 g/dL (calc) |

SPEARS,HALEY A - WC448510H

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. RA-XXXX, 7/01
05/??/10 18:25 #1315465  D?

Nov 19 2015 14:20:27 Via Fax     ->        8602474194 Vonage            Page 041 Of 074



**Laboratory Report**

DUSHYANT PARIKH, M.D.
146 HAZARD AVENUE
ENFIELD, CT   06082

100577          04-40-15

**Quest Diagnostics**

Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.982.6810

# REDACTED

```
* NON-FASTING REFERENCE RANGE    65 TO 125 MG/DL
  FASTING REFERENCE RANGE        65 TO 109 MG/DL
```

| | | | |
|---|---|---|---|
| UREA NITROGEN | 11 | 6-26 | MG/DL |
| CREATININE | 0.7 | 0.5-1.3 | MG/DL |
| BUN/CREATININE RATIO | 16 | 7-23 | |
| SODIUM | 141 | 135-145 | MMOL/L |
| POTASSIUM | 4.7 | 3.5-5.3 | MMOL/L |
| CHLORIDE | 105 | 96-109 | MMOL/L |
| CARBON DIOXIDE | 22 | 20-31 | MMOL/L |
| CALCIUM | 9.5 | 8.6-10.4 | MG/DL |
| ALKALINE PHOSPHATASE | 41 | 30-110 | U/L |
| AST | 15 | 0-30 | U/L |
| ALT | 13 | 0-34 | U/L |
| BILIRUBIN, TOTAL | 0.3 | 0.2-1.5 | MG/DL |
| PROTEIN, TOTAL | 7.1 | 6.2-8.2 | G/DL |
| ALBUMIN | 4.1 | 3.5-5.0 | G/DL |
| GLOBULIN, CALCULATED | 3.0 | 2.1-3.8 | G/DL |
| A/G RATIO | 1.4 | 1.0-1.9 | |
| TSH W/FREE T4 RFX | | | |
|   TSH | 1.13 | 0.35-5.50 | MIU/ML |
| IMMUNOGLOBULINS(IGG,A,M),SER | | | |
|   IGA, SERUM | 197 | 70-410 | MG/DL |
|   IGG, SERUM | 1220 | 595-1626 | MG/DL |
|   IGM, SERUM | 89 | 34-240 | MG/DL |

```
              * END OF FINAL REPORT *
```

Liberty002964

860-783-5798          4/2/2010 3:31:13 PM   PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)240-9582 F(860)280-4100  www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| **PATIENT NAME**<br>**SPEARS, HALEY** | **ACCESSION NUMBER**<br>4086489 | **DATE OF SERVICE**<br>04/02/10 | **MEDICAL RECORD NUMBER**<br>1384063 |
| **AT THE REQUEST OF**<br>**KRISTIN GIANNINI, MD**<br>SUITE N<br>620 HARTFORD TURNPIKE<br>VERNON, CT 06066<br>Phone: (860) 872-8321<br>FAX: (860) 875-8271 | **DATE OF BIRTH**<br>REDACTED | **AGE/SEX**<br>32 Y/F | **PATIENT PHONE**<br>(860) 308-2050 |

Exam(s):  US ABDOMEN COMPLETE – 76700

History: Pain

Real-time ultrasound of the abdomen was performed.

Comparison: CT of 10/29/2009.

The liver is free of focal abnormalities. Echogenicity is normal.

Gallbladder contains sludge and small gallstones. These cannot be seen on previous CT scan. The gallbladder wall is of normal thickness. No pericholecystic fluid is present.

Biliary ductal system is unremarkable with nondilated intra and extrahepatic biliary ducts. Common bile duct measures approximately 3 mm.

Pancreas is unremarkable. It is of normal echotexture. No peripancreatic fluid collections are seen.

Right kidney is normal in size shape and position. It measures approximately 10.7 cm in length.

Left kidney is normal in size shape and position. It measures approximately 10.5 cm in length.

Spleen is normal in size without focal abnormalities. It measures approximately 9.7 cm in size.

Aorta is unremarkable without evidence of aneurysmal dilatation.

IVC unremarkable.

d: 4/2/2010 l: 3:22:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2                    JFTDXRP - L   Printed on: 4/2/2010 3:30:09PM

Liberty002965

860-783-5799    4/2/2010 3:31:13 PM  PAGE  2/002    Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

641 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6845 F(860)296-4109  www.jeffersonradiology.com

PATIENT NAME
**SPEARS, HALEY**

ACCESSION NUMBER
4006499

DATE OF SERVICE
04/02/10

MEDICAL RECORD NUMBER
1384063

AT THE REQUEST OF
**KRISTIN GIANNINI, MD**

Exam(s): US ABDOMEN COMPLETE - 76700

Impression: Multiple Tiny gallstones.

Thank you for referring your patient to us,

Marc Glickstein, MD.

[Electronically Signed - 4/2/2010  3:20:03PM]

cc: BERNARD RAXLEN, MD
123 WEST 79TH STREET
FIRST FLOOR
NEW YORK, NY  10024

at 4/2/2010 at  3:20:00PM

### CONFIDENTIALITY NOTICE
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 2 of 2                    JFTDXRP - 1    Printed on:  4/2/2010  3:30:09PM



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC325656H
REQUISITION: 8379741

COLLECTED:  04/26/2010  14:45 ET
RECEIVED:   04/26/2010  22:32 ET
REPORTED:   05/04/2010  06:39 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED  AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.645.9997

REPORT STATUS FINAL   REPRINT

ORDERING PHYSICIAN
RAXLEN, BERNARD D

CLIENT INFORMATION
COPY-TO (2 | HALEY SPEARS)
HALEY SPEARS
1008 TROUTBROOK DRIVE
WEST HARTFORD, CT 06119

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 79 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.68 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

       Bun/Creatinine ratio is not reported when the BUN
       and creatinine values are within normal limits.

| | | | | |
|---|---|---|---|---|
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19    L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.23 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 84.9 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |

Liberty002967

Nov 19 2015 14:23:06 Via Fax       →       8602474194 Vonage                    Page 045 Of 074

 **Quest Diagnostics**

| | |
|---|---|
| | PATIENT INFORMATION<br>**SPEARS,HALEY** |
| QUEST DIAGNOSTICS INCORPORATED | |
| | DOB: REDACTED    AGE: 32 |
| COLLECTED: 04/26/2010    14:45 MT | GENDER: F FASTING: U |
| REPORTED: 05/04/2010    06:39 ET | |

REPORT STATUS **FINAL    REPRINT**

ORDERING PHYSICIAN
**RAXLEN,BERNARD D**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | | 16.8    H | 11.0-15.0 % | |
| PLATELET COUNT | 241 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2564 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2372 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 568 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 255 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 41 | | 0-200 cells/uL | |
| NEUTROPHILS | 44.2 | | % | |
| LYMPHOCYTES | 40.9 | | % | |
| MONOCYTES | 9.8 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.7 | | % | |

==========================================

CULTURE, BLOOD                                                                                        QWA

| | |
|---|---|
| MICRO NUMBER: | 10243315 |
| TEST STATUS: | FINAL |
| SPECIMEN SOURCE: | CENTRAL LINE |
| SPECIMEN QUALITY: | ADEQUATE |
| RESULT: | BACILLUS SPECIES, NOT B. ANTHRACIS<br>FROM AEROBIC BOTTLE ONLY |
| TRANSPORT MEDIA: | AEROBIC AND ANAEROBIC BOTTLE RECEIVED. |

PERFORMING LABORATORY INFORMATION

QWA   QUEST DIAGNOSTICS WALLINGFORD-CT 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NERMA SINGH, MD
   CLIA: 07D0093126

ORIGINAL REPORT SENT TO:

BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © 2011 Diagnostics Incorporated. All rights reserved. ©2000 MRL Reference SCK- 115531.

Liberty002968



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:      WC325657H
REQUISITION:   8379752

COLLECTED:  04/26/2010   14:45 ET
RECEIVED:   04/26/2010   22:34 ET
REPORTED:   05/04/2010   06:39 ET

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED    AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.645.9997

| REPORT STATUS | **FINAL**    REPRINT |
|---|---|

ORDERING PHYSICIAN
**RAXLEN,BERNARD D**

CLIENT INFORMATION
COPY-TO(2|HALEY SPEARS)
HALEY SPEARS
1008 TROUTBROOK DRIVE
WEST HARTFORD,CT 06119

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

CULTURE, BLOOD                                                        QWA

MICRO NUMBER:      10243325
TEST STATUS:       FINAL
SPECIMEN SOURCE:   PERIPHERAL
SPECIMEN QUALITY:  ADEQUATE
RESULT:            NO GROWTH AFTER 5 DAYS

TRANSPORT MEDIA:   AEROBIC AND ANAEROBIC BOTTLE RECEIVED.

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
     CLIA: 07D0093126

ORIGINAL REPORT SENT TO:
                                    BERNARD RAXLEN, M.D.
                                    123 W 79TH ST
                                    NEW YORK, NY 10024-6400

SPEARS,HALEY - WC325657H                              Page 1 - End of Report

Liberty002969

Nov 19 2015 14:24:13 Via Fax  →  8602474194 Vonage  Page 047 Of 074

AUG. 4. 2009 11:16AM  PHCS SPECIALTY 860-632-3696  NO. 2523  P. 2/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:  WC664359C
REQUISITION: 4298647

COLLECTED:  08/03/2009  16:15 ET
RECEIVED:  08/04/2009  01:27 ET
REPORTED:  08/04/2009  06:48 ET

| | |
|---|---|
| PATIENT INFORMATION | |
| SPEARS,HALEY | |
| DOB: REDACTED AGE: 31 | |
| GENDER:  FASTING: U | |
| ID: | |
| PHONE: 203.388.2050 | |

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NE22103203  60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

PROVIDER:
PHCS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:  0.79-1.33
FEMALE:  0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | | | | |
|---|---|---|---|---|
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19 L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31 L | 33-115 U/L | |
| AST | 23 | | 10-40 U/L | |
| ALT | 22 | | 6-60 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.82 L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.6 L | 13.2-15.5 g/dL | |

SPEARS,HALEY -- WC664359C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. Re-RPAFD. 1/01
08/04/09 08:05 WX8131 1/2

Liberty002970

Nov 19 2015 14:24:40 Via Fax     →        8602474194 Vonage              Page 040 Of 074

AUG. 4. 2009 11:16AM    PHCS SPECIALTY  860-632-3696                NO. 2523   P. 3/3

## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  08/03/2009  16:15 ET
REPORTED:   08/04/2009  08:40 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER:   FASTING: 0

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAN,DARIO

PROVIDER:
PHCS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 34.3     L | 38.5-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 30.3 | | 27.0-33.0 pg | |
| MCHC | 33.8 | | 32.0-36.0 g/dL | |
| RDW | 15.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 243 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2041 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1651 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 424 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 67 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 48.6 | | % | |
| LYMPHOCYTES | 39.3 | | % | |
| MONOCYTES | 10.1 | | % | |
| EOSINOPHILS | 1.6 | | % | |
| BASOPHILS | 0.4 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:      HALEY SPEARS
                                       1000 TROUT BROOK DR
                                       WEST HARTFORD,CT 06119

SPEARS,HALEY - VC664359C                    Page 2 - End of Report

Liberty002971

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6500 F(860)260-4108 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
| **SPEARS, HALEY** | **4202471** | **07/10/10** | **1384063** |

AT THE REQUEST OF
**KRISTIN GIANNINI, MD**

Exam(s):  US ABDOMEN COMPLETE - 76700

Thank you for referring your patient to us,

Devika Jajoo, MD.

(Electronically Signed - 7/10/2010  4:03:07PM)

cc: JAMES OBRIEN, MD
    353 MAIN STREET
    MANCHESTER, CT  06040
cc: BERNARD RAXLEN, MD
    123 WEST 79TH STREET
    FIRST FLOOR
    NEW YORK, NY  10024
cc: LAUREN GOUIN, ND
    1330 SULLIVAN AVENUE
    SOUTH WINDSOR, CT  06074

d: 7/10/2010 l: 4:03:00PM

### CONFIDENTIALITY NOTICE

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

JPTDXRP - L     Printed on: 7/10/2010  4:03:28PM

Liberty002972

Nov 19 2015 14:25:41 Via Fax    →    8602474194 Vonage                Page 050 Of 074



## Quest Diagnostics®

| | |
|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | **PATIENT INFORMATION**  SPEARS,HALEY A |
| | DOB: REDACTED AGE: 32 |
| COLLECTED:   05/03/2010   09:04 ET | GENDER: F |
| REPORTED:    05/05/2010   18:22 ET | ID: 1859-1 |

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 14 | | 0-40 U/L | |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | AMD |
| VITAMIN D, 25 OH, TOTAL | | 15   L | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 15 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD,
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
> or = 30ng/mL.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MAGNESIUM, RBC | | 3.8   L | 4.0-6.4 mg/dL | AMD |
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.49 | | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 20 mm/h | QWA |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | | 26   L | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 306 | | 250-450 mcg/dL | |
| % SATURATION | | 8   L | 15-50 % (calc) | |
| FERRITIN | | 6   L | 10-154 ng/mL | QWA |

SPEARS,HALEY A - WC448510H                    Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DF-8748. 7/01
05/05/10  18:23  #1565465   2/2

Liberty002973



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| COLLECTED: 05/03/2010   09:04 ET | |
| REPORTED:  05/05/2010   18:22 ET | |

PATIENT INFORMATION
SPEARS, HALEY A

DOB: REDACTED AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN, LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN B12 | 447 | | 200-1100 pg/mL | QWA |
| ANA IFA SCREEN W/REFL TO TITER AND PATTERN, IFA | | | | QWA |
| ANA SCREEN, IFA | | POSITIVE ✓ | NEGATIVE | QWA |
| ANTINUCLEAR ANTIBODIES TITER AND PATTERN | | | | |
| ANA PATTERN | | HOMOGENEOUS | | |
| ANA TITER | | 1:320   H | titer | |

Reference Range
<1:40        Negative
1:40-1:80    Low Antibody Level
>1:80        Elevated Antibody Level

| | | | | |
|---|---|---|---|---|
| DHEA SULFATE | 62 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | | 3.9  L | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

*Follow up ⊆ Dr. Oberstein*

PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
     Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

        A duplicate report has been faxed to the following:
        Faxed to:  (212) 799-2377  on:  05/05/2010   6:12:51 PM

*8/4/10*
*TL - advised*
*① Vitamin D 5000 IU*
*   Carlson's*
*② Magnesium Glycinate*
*   3x/day*

④ DHEA 10mg
   vital nutrients

③ Chewable Iron
   by carlson's
   2 Tab/day

Page 3 - End of Report

SPEARS, HALEY A - WC448510H

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. SB-12462.  7/01
05/05/10 18:23 #1565463  2/7

Liberty002974

# JEFFERSON RADIOLOGY
### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)200-4100  www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
| **SPEARS, HALEY** | 4202471 | 07/10/10 | 1384063 |

| | | | |
|---|---|---|---|
| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
| **KRISTIN GIANNINI, MD** | REDACTED | **32 Y/F** | **(860) 308-2050** |
| SUITE N | | | |
| 520 HARTFORD TURNPIKE | | | |
| VERNON, CT 06066 | | | |
| Phone: (860) 872-8321 | | | |
| FAX: (860) 875-6271 | | | |

**Exam(s):** US ABDOMEN COMPLETE - 76700

EXAM: ABDOMINAL ULTRASOUND.

Indication: Abdominal pain. Evaluate for gallbladder disease.

Comparison: Abdominal ultrasound dated 04/02/2010.

Findings:
Real time abdominal ultrasound is performed. The liver is normal in size. Echogenicity is normal . No focal liver lesions are seen. There is no intrahepatic ductal dilatation.

The previously seen multiple tiny gallstones are no longer visualized. Instead, there is a small amount of echogenic bile suggested within the gallbladder neck. The gallbladder is otherwise unremarkable. The common bile duct is normal in size, measuring 0.3 cm.

The pancreas is normal in appearance .

Both kidneys are normal in size and echogenicity. The right kidney measures 11.3 cm. The left kidney measures 10.3 cm. There is no mass, calcification or hydronephrosis.

The spleen is normal in appearance and measures 10.2 cm.

The proximal abdominal aorta and IVC are normal in appearance.

CONCLUSION:

1. Small amount of residual echogenic bile within the gallbladder neck. Previously seen multiple tiny gallstones no longer visualized in the gallbladder.
2. Otherwise unremarkable exam.

d: 7/10/2010 t: 4:03:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

JPTDXRP - L    Printed on: 7/10/2010  4:03:28PM

Liberty002975



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC166555N
REQUISITION: 0011482

COLLECTED:  01/07/2011   11:10 ET
RECEIVED:   01/08/2011   01:11 ET
REPORTED:   01/11/2011   06:23 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F

ID:   1839-1
PHONE: 860.308.2050

REPORT STATUS PARTIAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

CLIENT INFORMATION
NE22170668                    60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| CREATININE W/eGFR | | | | QWA |
|   CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| PTH, INTACT AND CALCIUM | | | | |
|   PTH, INTACT | | | | QWA |
|     PARATHYROID HORMONE, INTACT | 63 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|--|-----------|---------|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
|   Primary | Normal or High | High |
|   Secondary | High | Normal or Low |
|   Tertiary | High | High |
| Non-Parathyroid | | |
|   Hypercalcemia | Low or Low Normal | High |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | QTE |
|   VITAMIN D, 25 OH, TOTAL | | 12 L | 30-100 ng/mL | |
|   VITAMIN D, 25 OH, D3 | 12 | | ng/mL | |
|   VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| MAGNESIUM | 2.1 | | 1.5-2.5 mg/dL | QWA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | | 2.5-4.5 mg/dL | QWA |

SPEARS,HALEY A - WC166555N

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DB-BPAPR.  7/01
01/11/11  06:23  #2421004  1/5



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 01/07/2011  11:10 ET
REPORTED:  01/11/2011  06:23 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS PARTIAL REPRINT

ORDERING PHYSICIAN
KAGE,DARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QWA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
|   PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QWA |
|   PROTEIN ELECTROPHORESIS | | PENDING | | |
|   IMMUNOGLOBULINS | | | | QWA |
|     IMMUNOGLOBULIN A | 186 | | 81-463 mg/dL | |
|     IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
|     IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 33-115 U/L | QWA |
| GGT | 15 | | 3-50 U/L | QWA |
| AST | 18 | | 10-30 U/L | QWA |
| ALT | 11 | | 6-40 U/L | QWA |
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QWA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 100 | | 76-181 ng/dL | QWA |
| T3 UPTAKE | 34 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| SED RATE BY MODIFIED | | | | QWA |
|   WESTERGREN | 2 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
|   WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
|   RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
|   HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
|   HEMATOCRIT | 35.3 | | 35.0-45.0 % | |
|   MCV | 90.8 | | 80.0-100.0 fL | |
|   MCH | 30.8 | | 27.0-33.0 pg | |
|   MCHC | 33.9 | | 32.0-36.0 g/dL | |
|   RDW | 13.9 | | 11.0-15.0 % | |
|   PLATELET COUNT | 236 | | 140-400 Thousand/uL | |

SPEARS,HALEY A ~ WC166555N

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. TH-5786A, 7/01

01/11/11 05:23 #2421004  2/5

Liberty002977



**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
SPEARS,HALEY A

REPORT STATUS PARTIAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

DOB: REDACTED AGE: 33
COLLECTED:  01/07/2011   11:10 ET       GENDER: F
REPORTED:   01/11/2011   06:23 ET       ID: 1839-1

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2935 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |
| FERRITIN | 11 | | 10-154 ng/mL | QWA |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | QWA |
| VITAMIN B12 | 277 | | 200-1100 pg/mL | |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

| | | | | |
|---|---|---|---|---|
| FOLATE, SERUM | 12.9 | | ng/mL | |

Reference Range
Low:          <3.4
Borderline:   3.4-5.4
Normal:       >5.4

IMMUNOFIXATION, SERUM                    PENDING

PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

SPEARS,HALEY A - WC166555N

Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. OH-RP4FR.  7/01
01/11/11  06:23 #2421004  3/5

Liberty002978


Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  01/07/2011   11:10 ET
REPORTED:   01/11/2011   06:23 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTEDAGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS PARTIAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

---

QTE  QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE  , TETERBORO, NJ  07608-1011
     Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D0696246

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

ORIGINAL REPORT SENT TO:          RHEUMATOLOGY & ALLERGY INST.
                                  361 MAIN ST
                                  MANCHESTER, CT 06040-4127

---

SPEARS,HALEY A - WC166555N                          Page 4 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. CM-SPM2.  7/01
01/11/11 05:23 H2421694  4/5

Liberty002979

*HALEY SPEARS*



75 Kings Highway Cutoff
Fairfield, CT 06824
Phone (203) 333-1133
Fax    (203) 333-3926

## Associated Neurologists of Southern Connecticut, P.C.

| To: Raxlen_Bernard_MD | Fax: 2127992377 |
|---|---|
| From: Zagar_Dario_M_MD | Date: 3/2/2011 |
| Re: Follow-up Note | |
| CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Notes:**

ATTENTION: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for specified individuals only. The information is confidential and may be privileged. If you are not the intended recipient or an agent responsible for delivering to the intended recipient, you are hereby informed that you have received this document in error and that any review, dissemination, copying or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (203) 333-1133, and return the original document to us immediately by mail at 75 Kings Highway Cutoff, Fairfield, CT 06824.

To: Raxlen_Bernard_MD From: Zagar_Dario_M_MD 2033333926 Page 2 of 3



# Associated Neurologists
# *of Southern Connecticut, P.C.*

3/2/2011

Joachim Baehring MD
800 Howard Ave
New Haven, CT 06519

       Re: Spears, Haley

Dear Dr. Baehring:

I had the pleasure of seeing your patient Haley Spears on 2/18/2011. Below are the results of my evaluation.

**History of Present Illness:**
Haley Spears is a 33 year old female.
Continues to have trouble with cognition. Issues with sleep, wakes up, not restful sleep.
Continues to have neck and back pain, though not having severe superimposed stabbing pains. "I'm not fighting Bartonella anymore, and that causes that type of pain". Tries Flexeril once, which made her feel "not right" after. Did not try venlafaxine b/c of concerns about overstimulation; still on Lexapro.

"I think I have neuropathy". Pain in feet. Headaches have been well controlled. Sleep study as mentioned; they had recommended sleep restriction and maintaining a regular sleep schedule. In past has been on melatonin, Ambien, Lunesta.

Started on vitamin D and B12. In acupuncture, chiropractic treatment, which has been somewhat helpful. On adrenal support as recommended by a naturopath.
· Patient accompanied by a family member Chris (mother).
· Vit D 12, B12 290s · Reviewed polysomnography: sleep onset and sleep maintenance insomnia, PLMS (index 48/hour, arousal index 16/hour)

**Assessment:**
· Myofascial pain syndrome ✓
· Classic migraine (with aura) which is well-controlled ✓
· Lyme disease ✓
· Insomnia ✓
· Cognitive disorder ✓
· Organic periodic limb movement sleep disorder ✓

**Plan:**
· Follow-up for re-examination in 4 months
CBT would be a good option for her insomnia. She continues to have issues with insomnia, and was also found on sleep study to have PLMS, which could be a side effect of SSRIs. Could consider tapering Lexapro to off depending on how she is doing. My hope is that by improving sleep, other issues such as energy and cognition may also be improved.
· Continue current medication vitamin supplementation (B12, D).
· Plan - start medication Can try valerian root 450 mg qhs for sleep.

75 Kings Highway Cutoff | Fairfield, Connecticut 05824 | tel:203-333-1133 | fax:203.333.3937
670 Boston Post Road | Milford, Connecticut 06460 | tel.:203.877.1414 | fax:203.877.2144
www.anacneuro.com

Liberty002981



## Associated Neurologists
### *of* Southern Connecticut, P.C.

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Dario M. Zagar, MD

Liberty002982

Nov 19 2015 14:33:02 Via Fax      →      8602474194 Vonage                    Page 860 Of 874

 Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC801453Q
REQUISITION: 4212524

COLLECTED:  05/27/2011
RECEIVED:   05/28/2011   05:27 ET
REPORTED:   05/31/2011   18:15 ET

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED AGE: 33 | SAUL,ZANE K |
| GENDER: F FASTING: U | |
| | CLIENT INFORMATION |
| ID: | NE22222841              60010000 |
| PHONE: 203.308.2050 | SAUL,MILJKOVIC & LOBO MD'S |
| | 2876 MAIN ST STE U |
| | STRATFORD, CT 06614-4984 |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | QWA |
| GLUCOSE | | 57      L | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.74 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | 106 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 123 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 5.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 21-33 mmol/L | |
| CALCIUM | 9.7 | | 8.6-10.2 mg/dL | |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | 31 | | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 31 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| HEPATIC FUNCTION PANEL | | | | QWA |
|---|---|---|---|---|
| PROTEIN, TOTAL | 7.1 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.3 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 46 | | 33-115 U/L | |

SPEARS,HALEY - WC801453Q

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QW-R2598.  7/01
03/01/11  08:33  02304239  1/5

Liberty002983



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   05/27/2011
REPORTED:    05/31/2011    18:15 ET

PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
SPEARS,HALEY

DOB: REDACTED AGE: 33        ORDERING PHYSICIAN
GENDER: F FASTING: U         SAUL,ZONE K

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| AST | 24 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| TSH, 3RD GENERATION | 1.96 | | mIU/L | QUA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 6.9 | | 4.5-12.0 mcg/dL | QUA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.2 | | 0.8-1.8 ng/dL | QUA |
| T3, TOTAL | 92 | | 76-181 ng/dL | QUA |
| T3 UPTAKE | 31 | | 22-35 % | QUA |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.35 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.9 | | 35.0-45.0 % | |
| MCV | 89.6 | | 80.0-100.0 fL | |
| MCH | 29.5 | | 27.0-33.0 pg | |
| MCHC | 32.9 | | 32.0-36.0 g/dL | |
| RDW | | 15.2 | H | 11.0-15.0 % | |
| PLATELET COUNT | 319 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3704 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1226 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 351 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 86 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 68.6 | | % | |
| LYMPHOCYTES | 22.7 | | % | |
| MONOCYTES | 6.5 | | % | |
| EOSINOPHILS | 1.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| VITAMIN B12 | | >2000 | H | 200-1100 pg/mL | QUA |

SPEARS,HALEY - WC8014530                     Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.   All rights reserved. GH-RPAPR.   7/01
06/01/11  09:53  82364359  2/5

Liberty002984

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   05/27/2011
REPORTED:    05/31/2011    18:15 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 33
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SAUL,ZANE K

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| DUPLICATE REPORT REQUEST | | | | QWA |

> Quest Diagnostics was unable to send the duplicate
> report(s) as you requested because of incomplete or
> illegible mailing information.  The US Postal Service
> requires the following information:
>     Name
>     Street with number
>     City, state and zip code (5-9 digits)
> Please check your records to identify the specific
> information that was missing and assist us by
> forwarding this report to the appropriate physician.
>
> You will need to forward this report if necessary.
>
>
>    HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QTE  QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE  , TETERBORO, NJ  07608-1011
     Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D0696246

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        HALEY SPEARS
                                         1008 TROUT BROOK DRIVE
                                         WEST HARTFORD,CT 06119


SPEARS,HALEY - WC801453Q                      Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QE-8PAFR.  7/01

06-FAX
06/01/11  08:53  #2964253  1/3

Nov 19 2015 14:35:00 Via Fax      →      8602474194 Vonage                Page 063 Of 074

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WCB01453Q
REQUISITION: 4212524

COLLECTED:  05/27/2011
RECEIVED:   05/28/2011   05:27 ET
REPORTED:   05/31/2011   18:15 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 33
GENDER: F FASTING: U

ID:
PHONE: 203.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SAUL,ZANE K

CLIENT INFORMATION
NE22222841                60010000
SAUL,MILJKOVIC & LOBO MD'S
2876 MAIN ST STE D
STRATFORD, CT 06614-4984

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ILLEGIBLE FAX NUMBER(S) | | | | QWA |

      Quest Diagnostics was unable to send the Fax report(s)
as you requested, because we were unable to read the
handwritten number provided or the Fax number was
incomplete. Please check your records to clarify the
Fax number(s) and assist us by forwarding this report
to the appropriate physician.

PERFORMING LABORATORY INFORMATION
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0001, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

SPEARS,HALEY - WCB01453Q                          Page 4 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. GR-9FAER.  7/81

Nov 19 2015 14:35:33 Via Fax      →      8602474194 Vonage                    Page 064 Of 074
860-703-5799        6/3/2011 2:53:01 PM  PAGE  1/001   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

041 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)240-0099 F(860)200-1109 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME **SPEARS, HALEY** | ACCESSION NUMBER **4628279** | DATE OF SERVICE **06/03/11** | MEDICAL RECORD NUMBER **1384063** |
| AT THE REQUEST OF **JAMES OBRIEN, MD** 353 MAIN STREET MANCHESTER, CT 06040 Phone: (860) 649-3477 FAX: (860) 649-0011 | DATE OF BIRTH REDACTED | AGE/SEX **33 Y/F** | PATIENT PHONE **(860) 308-2050** |

Exam(s): US ABDOMEN COMPLETE - 76700

INDICATION: Abdominal pain and bloating

COMPARISON: Abdominal ultrasound 10/01/2010 and 04/02/2010

The current ultrasound shows normal size and echogenicity to the liver with no focal findings. The gallbladder is normal in appearance. There is no stone or cholecystitis. The gallbladder wall was not thickened and there is no pericholecystic fluid. There is no intra or extrahepatic bile duct dilatation. The common bile duct measures between 2 and 4 mm. The pancreas is unremarkable.

Right kidney measures 10.5 cm longitudinally. Left kidney measures 10.6 cm longitudinally. There is normal cortical thickness and echogenicity of the kidneys. There is no hydronephrosis, mass, or stone. The spleen is normal in size with no focal findings. The visualized abdominal aorta and inferior vena cava are unremarkable.

IMPRESSION: sonography of the abdomen is currently within normal limits. The tiny gallstones seen on the prior studies are no longer identified and there is no new finding.

Thank you for referring your patient to us,

Margaret Szerejko, MD.

(Electronically Signed - 6/3/2011 2:51:43PM)
cc: ZANE SAUL, MD
     2890 MAIN STREET
     STRATFORD, CT 06614
cc: BERNARD RAXLEN, MD
     123 WEST 79TH STREET
     FIRST FLOOR
     NEW YORK, NY 10024

d: 6/3/2011 t: 2:51:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 1            JPTDXRP - L    Printed on: 6/3/2011 2:52:10PM

Liberty002987

Nov 19 2015 14:36:22 Via Fax → 8662474194 Vonage Page 065 Of 074
DEC-14-2011 11:56 From:8602367708 Advanced Home Health Care

Case 3:11-cv-01807-VLB Document 145-4 Filed 11/16/18 Page 212 of 501

# A DVANCED HOME HEALTH CARE AGENCY

104 Park Road, West Hartford, CT 06119
Phone: 860-236-7701, Fax: 860-236-7708

## PHYSICIAN'S TELEPHONE/FAX ORDERS

PATIENT NAME: _Haley Spears_          D.O.B: _10 | 11 | 1977_

CERT. DATES: _12/15/11 -- 2/12/12_

PT ADDRESS: _1008 Trout Brook Dr_
_West Hartford CT 06119_

PHYSICIAN NAME & ADDRESS: _Dr Bernard Raxlen_
_123 W. 79th St. Lobby 1_
_New York NY 10024_

Dear Dr. _Raxlen_ ,

The above named client is currently receiving home care services from Advanced Home Health Care Agency.

_Per Conversation with Gayle, order should be:_
_Bicillin 1.2 million units in 2050 2cc x2 injections IM_
_weekly starting 12/15/11_

PRIMARY CARE NURSE SIGNATURE: _Nancy Morrow RN 12/14/11_
_Melissa Kuten LT_ DATE: _12/14/11_

PHYSICIAN'S SIGNATURE: _____ DATE: _____

Liberty002988

Nov 19 2015 14:37:00 Via Fax   ->   8602474194 Vonage   Page 066 Of 074
DEC-14-2011 11:56   From:8602357708   Advanced Home Health Care   Page:1/2

Advanced Home Health Care Agency, INC.
104 Park Road
West Hartford, CT 06119
Phone (860) 236-7701
Fax (860) 236-7708

# Fax

| To: Dr. Raxlen | From: AHHCA - Angela |
|---|---|
| Fax: 212.799.2377 | Pages: 2 |
| Phone: | Date: 12/14/11 |
| Re: Haley Spears | CC: |

☑ Urgent   ☑ For Review   ☐ Please Comment   ☑ Please Reply   ☐ Please Recycle

Please sign documents and fax back ASAP.

Thank you,

Advanced Home Health Care Agency Inc.

*Please note: We are unable to accept rubber stamped signatures or signatures of a PA/APRN. The state of CT requires orders have original signatures of the treating physician. Thank you

FACIMILE CONFIDENTIALITY STATEMENT: This message is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agency responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone so that we can arrange for the return of the original documents to us at no cost to you.

Liberty002989

Case 3:11-cv-01807-VLB   Document 145-4   Filed 11/16/18   Page 214 of 501

**DEPARTMENT OF**
**HUMAN & LEISURE SERVICES**

Wednesday, December 14, 2011

Patrick Sullivan, OPM
Rent Rebate Program
Capitol Avenue, Hartford, CT

Dear Mr. Sullivan,

I am writing to request an extension for completing my application for the 2010 Rent Rebate Program. I have been under extensive, on-going medical care by my physician, Bernard Raxlen, during the past several months. I am now well enough to follow up on my application and, therefore, I am seeking your permission to file my 2010 Rent Rebate application beyond the September 15, 2011 deadline.

Please consider this request and let me know of your decision as soon as possible. Thanks for your consideration and I look forward to hearing from you.

Sincerely,

Haley A. Spears
1008 Troutbrook Drive
West Hartford, CT   06119

*To Whom It May Concern,*

*I, Bernard Raxlen, MD, hereby certify that the above statement related to my care of Ms. Haley Spears during the past several months, is true.*

*Sincerely,*

*Bernard Raxlen*

*Bernard Raxlen*



TOWN OF WEST HARTFORD

**TOWN OF WEST HARTFORD**
50 SOUTH MAIN STREET
WEST HARTFORD, CONNECTICUT 06107-2431
(860) 561-7561  FAX: (860) 561-7577
www.westhartford.org
*An Equal Opportunity/Affirmative Action Employer*

Liberty002990

 **Quest Diagnostics**    Page 1 of 2        10/15/2013   06:27:47 AM          Report Status:
                                                                      SPEARS, HAL.

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br>DOB: REDACTED   AGE: 36<br>Gender:  F<br>Phone:  860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED | Specimen:  WC166548N<br>Requisition: 0025545<br><br>Collected:  10/11/2013 / 08:41 EDT<br>Received:  10/11/2013 / 19:46 EDT<br>Reported:  10/15/2013 / 06:21 EDT<br>(* A Copy From) | Client #: 22170668     60010000<br>BERNARD RAXLEN, M.D.<br>123 W 79TH ST<br>NEW YORK, NY 10024-6480 |

COMMENTS:   FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | QWA |
| TSH | | 5.91 H | mIU/L | QWA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.26-2.66
Second trimester  0.55-2.73
Third trimester   0.43-2.91

| T4, FREE | 1.4 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | | 72 L | 76-181 ng/dL | QWA |
| THYROGLOBULIN PANEL | | | | QWA |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | |
| THYROGLOBULIN | | 1.6 L | 2.0-35.0 ng/mL | |

This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

| METHYLMALONIC ACID | 93 | | 87-318 nmol/L | AMD |
| CORTISOL, A.M. | 20.7 | | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

CLIENT SERVICES: 1.866.697.8378        SPECIMEN: WC166548N                PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty002991

Nov 19 2015 14:38:35 Via Fax      →      8602474194 Vonage                    Page 069 Of 074

| Quest Diagnostics    Page 2 of 2 | 10/15/2013   06:27:47 AM | Report Status: Partial |
|---|---|---|
| | | SPEARS, HALEY A |

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>DOB: REDACTED       AGE: 36<br>Gender:   F<br>Patient ID: REDACTED<br>Health ID: 8573003460641040 | Specimen:    WC166548N<br>Collected:    10/11/2013 / 08:41 EDT<br>Received:    10/11/2013 / 19:46 EDT<br>Reported:    10/15/2013 / 06:21 EDT<br>(* A Copy From) | Client #: 22170668 |

### VITAMIN D, 25-HYDROXY, LC/MS/MS

VITAMIN D, 25-HYDROXY, LC/MS/MS                                        Lab: QTE

| Test Name | Results | Reference Range |
|---|---|---|
| VITAMIN D, 25 OH, TOTAL | 20 L | 30-100 ng/mL |
| VITAMIN D, 25 OH, D3 | 20 | ng/mL |
| VITAMIN D, 25 OH, D2 | <4 | ng/mL |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

**PENDING TESTS:**

PERNICIOUS ANEMIA DIAGNOSTIC PANEL

**PERFORMING SITE:**

AMD    QUEST DIAGNOSTICS NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2226 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221891
QTE    QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: JANET PINCTELLI, MD, CLIA: 31D0966216
QWA    QUEST DIAGNOSTICS WALLINGTON CL 0031, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0043376

* ROBERT LANG,MD,PC has requested a copy of this report be sent to you. Ordering Physician: LANG, ROBERT

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty002992

Quest
Diagnostics    Page 1 of 1    10/12/2013    06:20:24 AM

Report Status:

SPEARS, HAL

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SPEARS, HALEY A | Specimen: WC166548N<br>Requisition: 0025545 | Client #: 22170668    60010000<br>BERNARD RAXLEN, M.D.<br>123 W 79TH ST<br>NEW YORK, NY 10024-6480 |
| DOB: REDACTED    AGE: 36<br>Gender: F<br>Phone: 860.308.2050<br>Patient ID: REDACTED<br>Health ID: $REDACTED | Collected: 10/11/2013 / 08:41 EDT<br>Received: 10/11/2013 / 19:46 EDT<br>Reported: 10/12/2013 / 06:22 EDT<br>(* A Copy From) | |

COMMENTS:    FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | QWA |

PENDING TESTS:

| | |
|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | T3, TOTAL |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | THYROGLOBULIN PANEL |
| TSH | METHYLMALONIC ACID |
| T4, FREE | CORTISOL, A.M. |

PERFORMING SITE:

QWA  QUEST DIAGNOSTICS WALLINGFORD CT, 0991, 4 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: REENA SINGH, MD, CLIA: 07D0993126

* ROBERT LANG, MD, PC has requested a copy of this report be sent to you. Ordering Physician: LANG, ROBERT

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty002993

Patient #_____

Page_____

Name  Haley R. Spears    Birthdate  10 | 11 | 77    Sex_____

| DATE | PROGRESS NOTES |
|------|----------------|
| 4/21/09 | Dr. Zagar |
| | I.V.  29 days Rocephin |
| | had headache |
| | had seizures |
| | couldn't walk up stairs |
| | wanted to sleep. |
| | pain everywhere |
| | no appetite |

eye pain                              1st smell sensitivity
blurred vision            — non-restorative sleep
                          — insomnia up 24 hrs
                            1 / month
— laying in bed whole body going numb.
— head + neck.
— multiple joint pain
— clearing up
   — speaking / slurred speech /
   — reading like a foreign language
   — University Hartford.
* Began complaining severe stomach problems
           · diarrhea couple months
      (suddenly diagnosed chronic asthma  2001)
   → weight loss; blood in stool ·
                V.endoscopy    } microscopic colitis
                  colonoscopy /   IBS
                                ulcerative colitis
                                proximal / ascol. )
— urgency + bowel.
—      ( travelled France / Italy )  2003 / 4 )
*  eyes had swelled up; face swollen.
—  Hashimoto's → Jan / Feb
—  2006 / 07 ) — 6 miscarriages
·  fist a problem arose  1998
  current job
       constant migraines in August

steroid nose spray. horrible migraines
(no medicine worked)
Cat scan → MRI :- TVE
pain meds (oxycodone) didn't work
- night sweats - have to change shirt
- palpitations: 140 - cardiologist
- ↑'d irregular beats
- blockening mitral valve
- pulmonologist - obstructive

R/ : IV Zithromax 500 mg w
     Rifampin 300 x 2.
     Heprin 750 x 2
     Nutraceuticals

---

**5/19/09**
- Pt on IV Zithromax 500 mg daily x 3 weeks (since 4/28/09)
- on Rifampin 300 mg PO bid

**Dr. Edgar**
- went to ER on Friday, 5/15, due to blood in line
- PICC line inserted on March 2, 2009
- on IV Rocephin 2g daily x 29 days

**Migrenol**
- feeling worse x 3 days → ↑ fatigue, jt pain, HAs, cognition
- had more energy after starting IV Zithro
- ↓ night sweats - clothes not drenched, but hair is wet
- debilitating six x 9 mos. → short-term benefits
- claim was closed → working Part-time from 1/08/09
  through March 2009 (had been on August - January 7/09)
- ↑performance and energy interfered c̄ job performance
- rheumatologist is sympathetic
              (Bn)

---

**5/28/09**
- on IV Zithromax 500 mg daily in week #5
- "all over the place"
- today is not so bad - ↓ pain
- sleep is an issue
- frequent migraines but ↓ pain
- naturopath recommended whole grains to be
  added to diet (GLUCOSE was 59 non-fasting)
- (P) Add Heprin 5 ml daily as per Dr. Harper

CBr Liberty002995

Nov 19 2015 14:42:50 Via Fax      ->        8602474194 Vonage          Page 073 Of 074

Patient # _____

Page _____

Name: *Haley Greene*          Birthdate: _____ Sex: ___

| Date | Progress Notes |
|---|---|

1/24/13
- ↓ night sweats
  (can regrow / minocycline)
- don't feel like getting worse
- "all energy sucked out" ↓
- But low blood sugar.
  neck pain not as bad.
- upper shoulder blade; neck;

. Physical therapy
  a Benadryl 12×1 wkly
  Enterive nepras 10×2
        Zithro 500

4/27/13
- stuck w/ a needle
- herx - 2 wks in shots
- some energy issues
- amplified cognition
- exercise elliptical, aerobic pvi)
- sleep has improved - (better disciplined)
- peaks of night sweats
- jt pain ( transient )  wrist (color) forearm
- floaters : back. no changes WRT
  irritated lymph node

off nepras 712
Continue → Benadryl  ✓
        twice cy else

Liberty002996

Case 3:11-cv-01807-VLB   Document 145-4   Filed 11/16/18   Page 221 of 501

will have surgery 27

6/4/18

- off shit
- little foot pain
- clarity in cognition
- weaning off tramadol - ½ pill
- exercising most days
  ( elliptical )
- drove back from Boston
- asthma is better
- thyroid operation

(1)  trodiase  500 mgm x 2 daily
     1 month

(2)  Lumbrokinase

(3)  Nattokinase

(4)  ACS   10 sprays x 2 daily

(5)  progestirone

Liberty002997

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindo...

11/24/2015





NANCY WINTERER
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS    LTR    1 OF 1

SHIP TO:
WINONA W. ZIMBERLIN
ATTORNEY AT LAW
2 CONGRESS STREET
HARTFORD  CT 06114-1073

CT 061 9-03

UPS 2ND DAY AIR    2
TRACKING #: 1Z 248 96X 02 9847 0010

BILLING: P/P

Office/Dept Number: 009603304

Liberty002998



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

November 24, 2015

Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

**RE:     Haley Spears**
**Long Term Disability Benefits**
**UTC Choice**
**Claim #:** REDACTED

Dear Winona W. Zimberlin:

As we discussed on the telephone on November 19, 2015, enclosed is a copy of the medical documentation received in response to Liberty Life's October 20, 2015 requests to Ms. Spears' attending physicians for copies of their treatment records.

Liberty Life did not receive a response from **Dr. Raxlen**, although his treatment records from April 21, 2009 through July 8, 2010 are on file.  No response from **Dr. Donaldson** was received; his January 20, 2009 consultation note is on file.   Additionally, Liberty Life has received no response from **Lori Fitts, MD; Gaurab Basu, MD; Taliarini Chiropractic**.

Liberty Life requests that these records be submitted for this appeal review **on or before December 16, 2015**.  We will continue with the appeal review at that time, and base the appeal decision on the medical documentation contained in Ms. Spears' disability claim file as of **December 16, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination.  If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision.[1]  The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period.  Therefore, the days from October 20, 2015 through December 16, 2015, are days tolled and not counted in the 90 day Appeal timeframe.

---

[1] Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim.  (Tolled:  accumulation of time is suspended.)

Should you have any questions regarding this letter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909

Liberty003000

J. William Healy, M.D.
Zachary P. Macinski, M.D.
Keshav R. Rao, M.D.
Peter B. Wade, M.D.
Barry J. Gordon, D.O

NEUROLOGY
1000 ASYLUM AVENUE, SUITE #4304
HARTFORD, CT 06105
TELEPHONE: (860) 522-3711
FAX: (860) 493-1885

November 3, 2008.

Evan Schiff, M.D.
44 South Main Street
West Hartford, CT 06105

Re:Spears, Haley
DOB: REDACTED

Dear Dr. Schiff,

It was a pleasure to see your patient Haley Spears, here for follow-up regarding her headaches and abnormal MRI.

As you may recall, Haley is a 30-year-old woman who I last saw on October 1. At that time, she had daily tension type headache, classic migraine, nonspecific MRI abnormality and nonspecific EEG abnormality. She was to maintain on Neurontin 600 mg b.i.d. She was sent for 24-hour EEG recording. She was sent for followup MRI brain with contrast.

Today, the patient reports she continues to have daily headache. Over the past 5 days she reports daily migraine headache. Typically, the headache is posterior. There is a distortion of vision. There is associated dizziness. She would typically medicate with Frova and then with hydrocodone.

Today, the patient reports that she has episodes where she "zones out." during these episodes she is awake but not responsive. She does not recall conversations during these episodes. She reports that these episodes have decreased in frequency while on Neurontin.

REVIEW OF SYSTEMS: She reports insomnia. ~~Chills~~ reports noticing some paranoid like behavior. The patient and her family has noticed an increase in her stuttering. She denies any fever, rash, nausea, vomiting. She does report some constipation.

Liberty003001

RE: SPEARS, HALEY
PAGE 2

PAST MEDICAL HISTORY: Microscopic colitis, migraine headache, thyroid disorder.

MEDICATIONS: Neurontin 600 mg b.i.d., Frova p.r.n. headache, hydrocodone p.r.n. headache, Zofran p.r.n. nausea, famotidine 20 mg, Asacol a head milligrams b.i.d., Prevacid 30 mg b.i.d., Singulair. She has no known drug allergies.

PHYSICAL EXAMINATION: The patient is awake alert and cooperative. Her visual fields are full. Her speech and lipid function are normal. During the interview she does stutter. Motor exam reveals no drift or tremor. Finger-to-nose testing is intact bilaterally. Double simultaneous stimulation is intact. Her gait and station are normal. Romberg test is negative.

DATA: To follow up MRI of brain from October 6 reveals no change in her right temporal lobe lesion. She has a nonspecific white matter lesion in the right temporal lobe which does not enhance with contrast. This is unchanged from previous exam in September. A 24-hour EEG recording is normal. The abnormality seen on the previous routine EEG was deemed not significant. Blood work from October 1 including a Lyme titer was negative. Her liver enzymes are slightly elevated again, consistent with readings back in September.

IMPRESSION: 30-year-old woman with the following:

1. Status Migrainosis with common migraine.

2. Frequent tension type headache.

3. Nonspecific white matter lesion. I believe this represents a "scar." The patient was reassured. We agreed to check an MRI in 6 months as recommended in the radiology report.

4. Episodes of "zone and out" I believe these represent fatigue.

We agreed on the plan as outlined below.

RECOMMENDATIONS: She will continue with Neurontin 600 mg b.i.d. as she believes this is helping with her zone out spells. I added Pamelor with 25 mg at bedtime. We discussed side effects and benefits of Pamelor therapy. I believe this will help decrease her migraine frequency and may also help her sleep. She was given samples of Treximet (6 tablets) with instructions to take 1 tablet twice a day for the next 3 days and effort to stop her status Migrainosis. She will continue to use her hydrocodone as needed (5-500). She will monitor her symptoms and come back for follow up in 2 weeks. We will check her liver enzymes in 2 months.

Liberty003002

RE: SPEARS, HALEY
PAGE 3

Thanks for this referral.

Sincerely,

Barry Gordon D.O.

cc:James O'Brien, M.D. fax 860-643-4891

Document authenticated by Barry Gordon, D.O. on 11/03/2008 16:35:44 (EST).

Liberty003003

Fax Server                    10/8/2008 4:13:15 PM  PAGE    2/003    Fax Server



**SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

**Patient Name:** SPEARS, HALEY

**DOB:** REDACTED    **Sex:** F    **Patient Status:** O    **Patient Type:** C
**Visit #:** 000103796017    **Patient Location:**
**Accession:** 1936240    **Completed:** 10/06/2008 5:10 PM
**Exam:** (MRI1) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST

| Admit Diagnosis: 723.1 | CERVICALGIA | |
| 784.0 | HEADACHE | |

| **Requesting Provider:** | GORDON, BARRY | **MRN:** 0000977290 |
| **Attending Provider:** | GORDON, BARRY<br>1000 ASYLUM AVE<br>SUITE 4304<br>HARTFORD, CT 06105 | **Signs & Symptoms:**\784.0 723.1<br>**History:**      HEADACHE, NECK PAIN |
| **Report To:** | SHETH, NIRAV R | |

Exam: MRI of the brain with one of 15 cc of IV Optimark.

Indication: Headache, neck pain.

Comparison: MRI of the brain, 9/2/2008.

Findings:

The white matter lesions in the right temporal lobe is stable and measures 1.7 cm x 0.7 cm. It does not enhance. There are no new lesions. There is no associated edema.

The ventricles, cisterns and other CSF-containing spaces are normal in size, shape and position. There is no evidence of acute infarct, hemorrhage, mass lesion or extra-axial fluid collection. There are no abnormally enhancing structures. The brainstem is normal. There are normal signal flow-voids within the internal carotid and basilar arteries.

Impression:

Stable nonenhancing white matter lesion in the right temporal lobe. The differential diagnosis favors demyelinating plaque over a low grade glioma but continued surveillance is recommended with a repeat MRI in 6 months.

No new lesions or abnormal areas of enhancement are identified.

This case was dictated by Dr. West with the images and report reviewed by Dr. Firestone.

Liberty003004

 **SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

---

**Patient Name:** SPEARS, HALEY

**DOB:** REDACTED       **Sex:** F       **Patient Status:**   O              **Patient Type:** C
**Visit #:** 000103796017                  **Patient Location:**
**Accession:** 1936240                     **Completed:**        10/06/2008 5:10 PM
**Exam:** (MRI1) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST

---

**Admit Diagnosis:** 723.1        CERVICALGIA
                     784.0        HEADACHE

---

**End of diagnostic report for accession:**      1936240

**Transcribed By:**     Interface, IDXrad                10/08/2008 4:11 PM
**Edited By:**          FIRESTONE, MICHAEL              10/08/2008 4:11 PM
**Signed By:**          FIRESTONE, MICHAEL              10/08/2008 4:11 PM
**Performing Provider:** Sapiain, Erick, MRI Technologist

Liberty003005

Fax Server                10/8/2008 4:12:22 PM  PAGE   2/003   Fax Server

 **SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

**Patient Name:** SPEARS, HALEY

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** REDACTED | **Sex:** F | **Patient Status:** | O | **Patient Type:** C | |
| **Visit #:** 000103796017 | | **Patient Location:** | | | |
| **Accession:** 1936241 | | **Completed:** | 10/06/2008 5:11 PM | | |

**Exam:** (MRI1) MRCSPINEWW - MRI C-SPINE W/ & W/O CONTRAST

**Admit Diagnosis:** 723.1     CERVICALGIA
                     784.0     HEADACHE

| | | |
|---|---|---|
| **Requesting Provider:** | GORDON, BARRY | **MRN:** 0000977290 |
| **Attending Provider:** | GORDON, BARRY | **Signs & Symptoms:**\784.0 723.1 |
| | 1000 ASYLUM AVE | **History:**     HEADACHE, NECK PAIN |
| | SUITE 4304 | |
| | HARTFORD, CT 06105 | |
| **Report To:** | SHETH, NIRAV R | |

Exam: MRI cervical spine with and without 15 cc of IV Optimark.

Indication: Headache, neck pain.

Comparison: None

Findings:

The craniovertebral junction is normal. Cerebellar tonsils are in appropriate position.

Course, caliber and signal of the spinal cord are normal.

There straightening of the normal cervical lordosis. The remaining vertebral body heights, alignment and marrow signal are normal.

Disc signal is normal.

There is no significant narrowing of the spinal canal or neural foramina at any level.

There are bilateral nodules of the thyroid gland, evaluation with ultrasound is recommended.

There are no other abnormal areas of enhancement.

Impression:

Fax Server                    10/8/2008 4:12:22 PM   PAGE   3/003   Fax Server

 **SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

---

**Patient Name:** SPEARS, HALEY

**DOB:** REDACTED     **Sex:** F     **Patient Status:**  O          **Patient Type:** C
**Visit #:** 000103796017          **Patient Location:**
**Accession:** 1936241             **Completed:**      10/06/2008 5:11 PM
**Exam:** (MRI1) MRCSPINEWW - MRI C-SPINE W/ & W/O CONTRAST

---

Admit Diagnosis: 723.1        CERVICALGIA
                 784.0        HEADACHE

No evidence of abnormal cord signal.

Bilateral thyroid nodules that should be further evaluated with ultrasound.

This case was dictated by Dr. West with the images and report reviewed by Dr. Firestone.

**End of diagnostic report for accession:**      1936241

**Transcribed By:**     Interface, IDXrad              10/08/2008 4:11 PM
**Edited By:**          FIRESTONE, MICHAEL            10/08/2008 4:11 PM
**Signed By:**          FIRESTONE, MICHAEL            10/08/2008 4:11 PM
**Performing Provider:** Sapiain, Erick, MRI Technologist

---

J. William Healy, M.D.
Zachary P. Macinski, M.D.
Keshav R. Rao, M.D.
Peter B. Wade, M.D.
Barry J. Gordon, D.O

NEUROLOGY
1000 ASYLUM AVENUE, SUITE #4304
HARTFORD, CT 06105
TELEPHONE: (860) 522-3711
FAX: (860) 493-1885

October 1, 2008.

Evan Schiff, M.D.
44 South Main Street
West Hartford, CT 061105

RE: Spears, Haley
DOB: REDACTED

Dear Dr. Schiff,

It was a pleasure to see your patient Haley Spears, here for neurological
consultation regarding her headaches and abnormal MRI.

As you may recall, Haley is a 30-year-old right-handed woman who reports that
she was recently diagnosed with headaches. Initially, she sought evaluation of
an ENT doctor diagnosed her with migraine. This consisted of a headache
associated with visual distortion, with nausea and vomiting. She was given a
production for Maxalt which he found was not effective. More recently, she
developed daily headache. She has headache localized behind the eyes.

She also has an episode of blackout spells. She reports that she was sent for a
routine EEG which was abnormal.

PAST MEDICAL HISTORY: Microscopic colitis, migraine headache, thyroid
disorder. She does report a history of a number of head traumas.

MEDICATIONS: She was originally started on gabapentin 600 mg b.i.d. for her
headaches, famotidine 20 mg, Asacol 400 mg 2 tablets b.i.d., Prevacid 30 mg
b.i.d., Singulair, hydrocodone p.r.n., Zofran p.r.n. nausea. Frova p.r.n. severe
headache. She has no known drug allergies. She has environmental allergies.

SOCIAL HISTORY: She works as an administrative assistant. She denies any
tobacco use. She admits to rare alcohol use.

Liberty003008

RE: SPEARS, HALEY
PAGE 2

FAMILY HISTORY: Mother is alive and well but she suffers with migraine, syncope, heart disease. Father is also alive and well but he also has migraine. She has a recent cousin who was diagnosed with a brain tumor.

REVIEW OF SYSTEMS: A complete review of systems including eyes, ears, nose, throat, cardiovascular, respiratory, gastrointestinal, genitourinary, musculoskeletal, integumentary, neurologic, psychiatric, endocrine, hematologic/lymphatic, allergic/immunologic and constitutional symptoms are otherwise unremarkable.

PHYSICAL EXAM: A blood pressure is 118/62. The pulse is 80 and regular. Respiratory rate is 12. She reports her height to be 5 feet 5 inches and her weight the 122 pounds.

HEENT: There are no bruits about the head or neck. The neck is supple. The cervical range of motion is full.

Cardiovascular: The rate is regular, without ectopy.

Mental status: The patient is awake, alert and oriented in three spheres. The speech is fluent and intact. The affect is appropriate.

Cranial nerves: The visual fields are full by confrontation. The pupils are equal round and reactive to light and accommodation. The extraocular movements are full. The funduscopic exam is normal. The face is symmetric with sensation intact. Hearing is intact. The tongue is midline. The palate elevates symmetrically. The shoulder shrug is symmetric.

Motor examination: There is full power with normal bulk and tone in all four extremities. There is no drift or tremor.

Sensory examination: The sensation is intact to cold, vibration, touch and double simultaneous stimulation in all extremities.

Deep tendon reflexes: The DTRs are 2+ and symmetric. The toes are downgoing bilaterally.

Coordination: Finger-to-nose testing is intact bilaterally.

Gait: The patient is able to tandem walk without difficulty. Romberg testing is negative.

DATA: MRI of the brain from the September 2 was reviewed this office. There is a abnormality of the white matter in the right internal capsule. There was no abnormal enhancement following contrast. An EEG recording from a September

Liberty003009

RE: SPEARS, HALEY
PAGE 3

18 is abnormal. Laboratory studies including B12, folate, thyroid panel, liver function are all unremarkable.

IMPRESSION: 30-year-old woman with the following:

1. Daily tension type headache.

2. Classic migraine headache.

3. Nonspecific MRI abnormality.

4. The nonspecific EEG abnormality.

We discussed the above impressions. We agreed to proceed with a 24-hour EEG recording which is already planned for next week. Would also agreed to continue with Neurontin at 600 mg b.i.d. at this may help with both headaches and potential seizure. She was sent for blood work to include Lyme titer. She will have a followup MRI of brain with contrast. She will followup with me in one month.

Thanks for this referral.

Sincerely,

Barry Gordon D.O.

cc: Todd Zachs, M.D.

Document authenticated by Barry Gordon, D.O. on 10/02/2008 16:21:44 (EDT).

Liberty003010

PATIENT
**HALEY SPEARS**
DOB   REDACTED
AGE   38 yrs
SEX   Female
PRN   SPEHA000

FACILITY
**IM/ID Assoc.**
T   (203) 383-4466
F   (203) 383-4499
3241 Main Street
Stratford, CT 06614

---

## Patient Identifying details and demographics

| FIRST NAME | HALEY | SEX | Female | ETHNICITY | Not Hispanic or |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | REDACTED | | Latino |
| LAST NAME | SPEARS | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | REDACTED | PRN | SPEHA000 | RACE | White |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1008 TROUT | CONTACT BY | - | SEND VOICE | Yes |
|---|---|---|---|---|---|
| | BROOK DR | EMAIL | - | NOTIFICATIONS | |
| ADDRESS LINE 2 | - | HOME PHONE | (860)308-2050 | SEND TEXT | Yes |
| CITY | WEST HARTFORD | MOBILE PHONE | 860-9300887 | NOTIFICATIONS | |
| STATE | CT | OFFICE PHONE | - | SEND EMAIL | No |
| ZIP CODE | 06119 | OFFICE | - | NOTIFICATIONS | |
| | | EXTENSION | | | |

### FAMILY INFORMATION

| NEXT OF KIN | chris baumann | PATIENT'S MOTHER'S | - |
|---|---|---|---|
| RELATION TO PATIENT | Mother | MAIDEN NAME | |
| PHONE | 8606459997 | | |
| ADDRESS | 39 lynwood dr | | |
| | vernon, CT 06066 | | |

### PATIENT NOTES

beacon pharmacy new britain

Liberty003011    1/14

10/23/2015   Patient chart - Patient: HALEY SPEARS DOB: PRN: SPEHA000

## Insurance

### PRIMARY PAYER

| | | | |
|---|---|---|---|
| PAYER | HUSKY | INSURED ID NUMBER | 003062502 |
| PRIORITY | Primary | GROUP NUMBER | d |
| TYPE | Other | EMPLOYER NAME | - |
| RELATIONSHIP TO INSURED | Self | INSURANCE PAYMENT TYPE | Copay |
| START DATE | 02/06/2014 | PAYMENT TYPE | Fixed |
| END DATE | - | COPAY AMOUNT | 0.00 |
| | | STATUS | Active |

### PAYMENT INFORMATION

| | | | |
|---|---|---|---|
| PAYMENT PREFERENCE | Primary Insurance | DATE OF BIRTH | - |
| GUARANTOR'S RELATIONSHIP TO PATIENT | - | SEX | - |
| | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| Unspecified acquired hypothyroidism | | |
| Lyme Disease | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

Liberty003012

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|------------|-----|------------|---------------|
| Cefdinir 300 mg oral capsule | | - | - |
| ▬ ERefill: 02/17/14 Prescriber: Zane Saul MD Refills: 0 Quantity: 60 | | | |
| Nystatin 100000 units/mL oral suspension | | - | - |
| ▬ ERefill: 02/11/14 Prescriber: Zane Saul MD Refills: 0 Quantity: 120 | | | |
| Nystatin 100000 units/mL oral suspension | 5cc four timees daily | 02/10/14 - | - |
| ▬ EScript: 02/10/14 Prescriber: Zane Saul MD Refills: 0 Quantity: 120 | | | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|------------|-----|------------|---------------|
| No historical medications recorded | | | |

Liberty003013   3/14

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **HALEY SPEARS** | **IM/ID Assoc.** | NOTE TYPE SOAP Note |
| DOB   REDACTED | T   (203) 383-4466 | SEEN BY   Zane Saul MD |
| AGE   38 yrs | F   (203) 383-4499 | DATE       06/09/2014 |
| SEX   Female | 3241 Main Street | Electronically signed by Zane Saul MD |
| PRN   SPEHA000 | Stratford, CT 06614 | at 06/09/2014 04:25 pm |

## Chief complaint

(Appt time: 1:30 PM) (Arrival time. 1:52 PM)

## Vitals for this encounter

No vitals recorded

### SUBJECTIVE

Doing quite well off all antibiotics. Energy level is better. Thinking about trying to find work. Thyroid being regulated by Endo

### OBJECTIVE

General: Normotensive, in no acute distress,   Nose: Mucosa normal, no obstruction.   Throat: Clear, no exudates, no lesions.   Neck: Supple, no masses, no thyromegaly, no bruits.   Incision intact Chest: Lungs clear, no rales, no rhonchi, no wheezes,   Heart: RR, no murmurs, no rubs, no gallops,   Abdomen: Soft, no tenderness, no masses, BS normal. Extremities: FROM, no deformities, no edema, no erythema.

### ASSESSMENT

1. Lyme, now stable off therapy
2. Hypothyroid.

### PLAN

1. Follow up off antibiotics
2. Follow TFT with Endo.
3. Will see pRN

practice fusion
Free cloud based EHR

10/23/2015     Patient Chart - Patient: HALEY SPEARS DOB: REDACTED PRN: SPEHA000

PATIENT
**HALEY SPEARS**
DOB    REDACTED
AGE    38 yrs
SEX    Female
PRN    SPEHA000

FACILITY
**IM/ID Assoc.**
T  (203) 383-4466
F  (203) 383-4499
3241 Main Street
Stratford, CT 06614

ENCOUNTER
NOTE TYPE SOAP Note
SEEN BY    Zane Saul MD
DATE    12/06/2013
Electronically signed by Zane Saul MD
at 12/08/2013 08:02 pm

## Chief complaint
(Appt time: 10:00 AM) (Arrival time: 10:35 AM)

| Vitals for this encounter | |
|---|---|
| | 12/06/13 |
| Height | 65 in |
| Weight | 132 lb |
| BP | 110/70 mmHg |
| BMI | 21.97 |
| Temperature | 98 °F |
| Pulse | 80 bpm |
| Respiratory rate | 18 bpm |

### SUBJECTIVE
Doing very well off antibiotics now 6 months. She feel swell. Little intermittent Lyme like symptoms which resolve on its own. Thyroid meds being titrated. Doing vitamins and natural therapy

### OBJECTIVE
General: Normotensive, in no acute distress. Nose: Mucosa normal, no obstruction. Throat: Clear, no exudates, no lesions. Neck: Supple, no masses, no thyromegaly, no bruits. Incision intact Chest: Lungs clear, no rales, no rhonchi, no wheezes. Heart: RR, no murmurs, no rubs, no gallops. Abdomen: Soft, no tenderness, no masses, BS normal. Extremities: FROM, no deformities, no edema, no erythema.

### ASSESSMENT
1. Lyme off treatment.
2. Hypothyroid

### PLAN
1. Continue to follow off treatment.
2. Will see in 6 months or sooner if needed



Free cloud based EHR

Liberty003015

7/14

10/23/2015
Patient chart - Patient: HALEY SPEARS DOB: REDACTED PRN: SPEHA000

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **HALEY SPEARS** | **IM/ID Assoc.** | **NOTE TYPE** SOAP Note |
| **DOB** REDACTED | **T** (203) 383-4466 | **SEEN BY** Zane Saul MD |
| **AGE** 38 yrs | **F** (203) 383-4499 | **DATE** 03/07/2014 |
| **SEX** Female | 3241 Main Street | Electronically signed by Zane Saul MD |
| **PRN** SPEHA000 | Stratford, CT 06614 | at 03/07/2014 04:52 pm |

## Chief complaint

(Appt time: 11:15 AM) (Arrival time: 11:45 AM)

## Vitals for this encounter

No vitals recorded

#### SUBJECTIVE

Has been doing relatively well. Had a bite by a tick that tested positive for Lyme in 12/13. Still on Omnicef.Feel sok. Looking to go back to school and get a job. Still tired and a little achy at times

#### OBJECTIVE

General: Normotensive, in no acute distress.  Nose: Mucosa normal, no obstruction.   Throat: Clear, no exudates, no lesions.  Neck: Supple, no masses, no thyromegaly, no bruits.  Incision intact Chest: Lungs clear, no rales, no rhonchi, no wheezes.  Heart: RR, no murmurs, no rubs, no gallops.  Abdomen: Soft, no tenderness, no masses, BS normal. Extremities: FROM, no deformities, no edema, no erythema.

#### ASSESSMENT

1.Lyme with new tick bite  2.    Hypothyroid.

#### PLAN

1. Can DC antibiotics now as symptoms are much better
2. Follow TFT with Endo

practice fusion
Free cloud based EHR

Liberty003016
8/14

10/23/2015

Patient chart - Patient HALEY SPEARS DOB: REDACTED PRN: SPEHA000

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **HALEY SPEARS** | **IM/ID Assoc,** | NOTE TYPE SOAP Note |
| DOB    REDACTED | T  (203) 383-4466 | SEEN BY    Zane Saul MD |
| AGE    38 yrs | F  (203) 383-4499 | DATE    07/01/2013 |
| SEX    Female | 3241 Main Street | Electronically signed by Zane Saul MD |
| PRN    SPEHA000 | Stratford, CT 06614 | at 07/01/2013 04:05 pm |

## Chief complaint

No chief complaint recorded

### Vitals for this encounter

|  | 07/01/13 |
|---|---|
| Height | 64 in |
| Weight | 130 lb |
| BP | 110/70 mmHg |
| BMI | 22.31 |
| Temperature | 98 °F |
| Pulse | 80 bpm |
| Respiratory rate | 18 bpm |

### SUBJECTIVE

Doing very well now off all antibiotics and supplements. Just had thyroidectomy and no recurrence of lym,e symptoms. Still tired, but able to do more. thinking about going to school. Little constipated

### OBJECTIVE

General: Normotensive, in no acute distress.  · Nose: Mucosa normal, no obstruction.  Throat: Clear, no exudates, no lesions.  Neck: Supple, no masses, no thyromegaly, no bruits.  Incision intact Chest: Lungs clear, no rales, no rhonchi, no wheezes.  Heart: RR, no murmurs, no rubs, no gallops,  Abdomen: Soft, no tenderness, no masses, BS normal. Extremities: FROM, no deformities, no edema, no erythema.

### ASSESSMENT

1.Lyme off treatment

### PLAN

1.Continue to follow off treatment
2. Will see in 9/13 if needed
3.Slowly resume activity


Free cloud based EHR

Liberty003017

NAME: Speers Haley

DATE: 4.12.13

DOB: REDACTED

INSURANCE: mc EOB

Reason for visit: Follow up visit—

**PHYSICAL EXAM**

Weight: 128

B/P: 120/90

MEDICATIONS: Ht - 5'5

Bicillin
MINO
Mepron

Medical History:
Lyme
Babesia
Thyroid dysp
Hashimotos

Social Hx: 2, ENDO AT
will have → sub-total
Colo: Thyroidectomy

Family Hx:

Gyn/Mammo:

Dexa:

Allergies:

Vaccination:

Last PSA: Drs both Now IFs ↑ Exac 5 yhmk, Bexk up will N [illegible]

**REVIEW OF SYSTEMS:**

| | | Fever | Chills |
|---|---|---|---|
| (Fatigue) | Brain Fog | Diarrhea | Vision |
| Headaches | Sore Throat | Neck Pain | Chest Pain |
| Palpitations | Cough | SOB | Sputum |
| (Appetite) | Abd Pain | Nausea | Vomiting |
| (Bowels Regular) | Melena | Dysuria | Frequency |
| Nocturia | EDS | (Myalgia) | (Arthralgia) |
| Rash | Sleep Disturbance | Depression | |

Liberty003018

PHYSICAL EXAM:
GENERAL

Heent: _(illegible handwriting)_

Neck: _(illegible handwriting)_

Heart: _(illegible handwriting)_

Lungs: _(illegible handwriting)_

ABD: _(illegible handwriting)_

GU/GYN:

Extremities: _(illegible handwriting)_

Pulses:

Neuro:

EKG:

IMPRESSION: _(illegible handwriting)_

PLAN: _(illegible handwriting)_

Liberty003019

NAME: Speers, Haley

DATE: 2/15/13

DOB: 10.11.73

INSURANCE: mc
EΔ

Reason for visit: Follow up visit—

PHYSICAL EXAM

Weight: 131

B/P: 120/70

MEDICATIONS: Ht - 5'5"

Medical History:

Pt was doing well ol
was off Anthalic from
6/12 → 12/12 she slow
worse without tx

Social Hx: ___ ? N—(( pen ) ___ Family Hx: ⊕ N, H, Su

Colo: fun for NYC      Gyn/Mammo:      Dexa:

Was told to start ___ which she did
Allergies: MINOCIN id Mycin ___ st (
Not a ___ yet ___ IM- IV tx

Last PSA: GI ___ off Adml ___ Cyst

REVIEW OF SYSTEMS:      Fever      (Chills)

(Fatigue)      (Brain Fog)      Diarrhea      Vision

Headaches      Sore Throat      (Neck Pain)      Chest Pain

Palpitations      Cough      SOB      Sputum

(Appetite)      Abd Pain      Nausea      Vomiting

(Bowels Regular)      Melena      Dysuria      Frequency

Nocturia      EPS      (Myalgia)      (Arthalgias)

Rash      Sleep Disturbance      Depression

Liberty003020

PHYSICAL EXAM:

GENERAL

Heent: —

Neck: *[illegible]*

Heart: *[illegible]* No M/G *[illegible]*

Lungs: Clear *[illegible]*

ABD: *[illegible]* BS ⊕

GU/GYN:

Extremities: *[illegible]*

Pulses: *[illegible]*

Neuro:

EKG:

IMPRESSION: Lyme
Babesia
Hypoglycem *[illegible]*
Multiple Thyroid Cyst
Hashimoto's

PLAN: *[illegible]* Bicillin 2.4
*[illegible]*
— *[illegible]* MINO / *[illegible]*
— *[illegible]*
*[illegible]*

Liberty003021

Name: Haley Spears
DOB: 10-11-73

Date: 6/29/12
Insurance: MC/Eds

Reason for visit:

Physical Exam

Weight: 126

BP: 106/84

Medical History:
Has come off MMG
Now → on – 4 wk
off all suppl + vita
Feels off still w/fa
Cough diff - lfty
0 – all day gets – ll

Medications:

Social Hx:

Family Hx:

Colo

Gyn/Mammo:

Dexa:

Allergies:

Vaccination:

Review of Systems:

| | | | |
|---|---|---|---|
| Fatigue | Brain Fog (Some) | Diarrhea | Vision |
| Headaches | Sore Throat | Neck Pain | Chest Pain |
| Palpitations | Cough | SOB | Sputum |
| Appetite (↓) | Abd Pain | Nausea | Vomiting |
| Bowels Regular | Melena | Dysuria | Frequency |
| Nocturia | EDS | Myalgias | Arthalgias |
| Rash | Sleep Disturbance | Depression | |

Oct. 25. 2015 11:10AM
No. 3129 P. 13/36

Physical Exam:
General

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

Impression: —⟶ lyme

Plan: —⟶ as long as possible

Liberty003023

Name: Spears Hailey          Date: 3·30·12
DOB: 10·11·77              Insurance: mc

Reason for visit: Follow up visit ___ PDS

Physical Exam

Weight: 126          BP: 120/70

Medical History:          Medications:

Has had much improvement with
current tx — Bicillin/ Mg/ Zithromax —
still sees _____ — follow
up he is immune response —

Social Hx: Now Bicillin q 2     Family Hx:
Still some cognitive issues. Also on Cortef/
Some word choice issues.

Colo:          Gyn/Mammo:          Dexa: Vyvanse

Allergies:          Vaccination:
Now ____ regular ____

Review of Systems:

| | | | |
|---|---|---|---|
| (Fatigue) | (Brain Fog) | Diarrhea | Vision |
| Headaches (No) | Sore Throat | Neck Pain | Chest Pain |
| (Palpitations) | Cough | SOB | Sputum |
| (Appetite) off | Abd Pain | Nausea | Vomiting |
| Bowels Regular | Melena | Dysuria | Frequency |
| Nocturia | EDS | Myalgias | (Arthalgias) |
| Rash | Sleep Disturbance | Depression | |

Liberty003024

Name: Spears, Halle
DOB: ~~REDACTED~~

Date: 3.30.12
Insurance: mc

Reason for visit: Follow up visit BPS

Physical Exam

Weight: 126                    BP: 120/70

Medical History:
His had much improvement with
current tx — Bicillin/Mepron/Zithromax —
10 dys
Still sees Reflem —, follow
up her immune response —

Medications:

Social Hx: Now Bicillin q 2
Still some cognitive issues
Some word choice issues. Also on Cortef/
Vyvanse

Family Hx:

Colo:                    Gyn/Mammo:                    Dexa:

Allergies:                    Vaccination:

Review of Systems:

| | | | |
|---|---|---|---|
| (Fatigue) | (Brain Fog) | Diarrhea | Vision |
| No Headaches | Sore Throat | Neck Pain | Chest Pain |
| (Palpitations) | Cough | SOB | Sputum |
| Appetite ↑ll | Abd Pain | Nausea | Vomiting |
| Bowels Regular | Melena | Dysuria | Frequency |
| Nocturia | EDS | Myalgias | (Arthalgias) |
| Rash | Sleep Disturbance | Depression | |

Liberty003025

Physical Exam:
General

Hcent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities

Pulses:

Neuro:

EKG:

Impression: Lyme, chlth

Plan: will foll up
2 wks
Cont tt per Dr Nylen

Liberty003026

Name: Spears, Haley

DOB: REDACTED

Date: 10/26/11

Insurance: mc

Reason for visit: *Follow up visit*

## Physical Exam

Weight: 7

BP: 110/70

Medical History:

*[handwritten notes, illegible]*

Medications:

Social Hx: *[handwritten]*

Family Hx:

Colo: *[handwritten]*

Gyn/Mammo:

Dexa:

Allergies:

Vaccination:

## Review of Systems:

(Fatigue)         (Brain Fog)         Diarrhea         Vision

(Headaches)       Sore Throat         Neck Pain        Chest Pain

(Palpitations)    Cough               SOB              Sputum

(Appetite)        Abd Pain            Nausea           Vomiting

Bowels Regular    Melena              Dysuria          Frequency

Nocturia          EDS                 (Myalgias)       (Arthalgias)

Rash              (Sleep Disturbance)          Depression

Liberty003027

**Physical Exam:**
**General**

Heent ⟨—⟩

Neck: _(handwritten)_

Heart: _(handwritten)_

Lungs: _(handwritten)_

ABD: _(handwritten)_ , ⊘ _(handwritten)_ BS

GU/GYN:

Extremities: N ð _(handwritten)_ full
Muscle _(handwritten)_

Pulses:

Neuro:

EKG:

Impression: ⟶ CNS Lyme

Plan: ⟶ Will _(handwritten)_ t tx
Flp 6 — f _(handwritten)_
Vo _(handwritten)_ Cnl t _(handwritten)_
TO _(handwritten)_

Liberty003028

Name: Spears Haley                              Date: 9/1/11
DOB: REDACTED                                   Insurance: MC

Reason for visit: Follow up visit, pain & very forgetful & others →

**Physical Exam**

Weight: 130                    BP: 110/70

Medical History: _(illegible handwriting)_          Medications: _(illegible handwriting)_

Social Hx: _(illegible handwriting)_          Family Hx: _(illegible handwriting)_

Colo: _(illegible handwriting)_          Gyn/Mammo: _(illegible)_          Dexa:

Allergies: _(illegible handwriting)_          Vaccination:

**Review of Systems:**

| | | | |
|---|---|---|---|
| (Fatigue) | (Brain Fog) | ~~Diarrhea~~ | ~~Vision~~ |
| Headaches | ~~Sore Throat~~ | Neck Pain | Chest Pain |
| Palpitations | Cough | SOB | Sputum |
| Appetite | Abd Pain | Nausea | Vomiting |
| Bowels Regular | Melena | Dysuria | Frequency |
| Nocturia | EDS | (Myalgias) | (Arthalgias) |
| Rash | Sleep Disturbance | Depression | |

Liberty003029

**Physical Exam:**
**General**

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

**Impression:** CNS Lyme

**Plan:** Will cut pt ≠
Flo Lochir
C+ Bicith

Liberty003030

Name: Spears, Haley

DOB: REDACTED

Date: 5/22/11

Insurance: Cigna mc

Reason for visit: Follow up up visit —

**Physical Exam**

Weight: 130          BP: 110/70

Medical History:          Medications:

On Zithel M_ 10m_ _
still not slee_ 15 m_ _
Not on to slee_ +/ 5 m_ —
slee_ till 2-3.
_ _ lip on bl_k
Social Hx:          Family Hx:

Colo:          Gyn/Mammo:          Dexa:
ΔOm_          (IUD/)          +

Allergies:          Vaccination:

**Review of Systems:**

| | | | |
|---|---|---|---|
| Fatigue | Brain Fog | Diarrhea | Vision |
| Headaches | Sore Throat | Neck Pain | Chest Pain |
| Palpitations | Cough | SOB | Sputum |
| Appetite | Abd Pain | Nausea | Vomiting |
| Bowels Regular | Melena | Dysuria | Frequency |
| Nocturia | EDS | Myalgias | Arthalgias |
| Rash | Sleep Disturbance | Depression | |

Liberty003031

**Physical Exam:**
**General**

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

**Impression:** Lyme
Sleep Dist

**Plan:** Discussed Sleep

Liberty003032

# REDACTED

Date: 4·8/11
Insurance: Cigna/EDS

*up visit on Lyme—*

## Physical Exam

Weight: 7                    BP: 110/70

Medical History:                    Medications:

*Some New food allergies—*
*with just ⊕ of*
*Gluten ? [illegible]*
*on 24 k 1 Mg/1 oz well*
*2 roads in 5 dys COMTEM*

Social Hx: *will do 1 m*                    Family Hx:
*⊕ night sweats —,*
*⊕ Sweaty ⊕ muscle pain*

Colo:                    Gyn/Mammo:                    Dexa:
*few sleep MDS*
*3 Adderall Suggests,*

Allergies:                    Vaccination:

## Review of Systems:

(Fatigue)          (Brain Fog)     ~~Diarrhea~~        ~~Vision~~

(Headaches)        ~~Sore Throat~~  ~~Neck Pain~~      ~~Chest Pain~~

~~Palpitations~~    ~~Cough~~        ~~SOB~~            ~~Sputum~~

(Appetite OK)      ~~Abd Pain~~     ~~Nausea~~         ~~Vomiting~~

~~Bowels~~ Regular  ~~Melena~~       ~~Dysuria~~        ~~Frequency~~

~~Nocturia~~        ~~EDS~~          (Myalgias)        Arthalgias

~~Rash~~            (Sleep Disturbance)   Depression

Liberty003033

**Physical Exam:**
**General**

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

**Impression:** Chronic Lyme
_(illegible handwriting)_

**Plan:** Will follow up
_(illegible handwriting)_

Liberty003034

Name: Spears, Halen

DOB: REDACTED

Date: 2-18-11

Insurance: aetna

Reason for visit: Follow up visit — EOS

## Physical Exam

Weight: ?

BP: 100/70

Medical History: _[handwritten, illegible]_ Medications: _[handwritten, illegible]_

Social Hx: _[handwritten, illegible]_ Family Hx:

Colo: _[handwritten, illegible]_ Gyn/Mammo: _[handwritten, illegible]_ Dexa:

Allergies: COARTEM _[handwritten]_ Vaccination: _[handwritten]_
NALOXONE

_[handwritten, illegible]_ — OSA

## Review of Systems:

| | | | |
|---|---|---|---|
| (Fatigue) | Brain Fog | Diarrhea | Vision |
| Headaches | Sore Throat | Neck Pain | Chest Pain |
| (Palpitations) | Cough | SOB | Sputum |
| (Appetite) | Abd Pain | Nausea | Vomiting |
| Bowels Regular | Melena | Dysuria | Frequency |
| Nocturia | EDS | (Myalgias) | (Arthalgias) |
| Rash | (Sleep Disturbance) | Depression | |

Liberty003035

**Physical Exam:**
**General**

Heent: [illegible]

Neck: [illegible]

Heart: [illegible]

Lungs: [illegible]

ABD: [illegible]

GU/GYN:

Extremities: [illegible]

Pulses:

Neuro:

EKG:

**Impression:** [illegible]

**Plan:** [illegible handwriting]

Liberty003036

Name: Spears, Haley                 Date: 1-7-11
DOB: REDACTED                       Insurance: Cigna
                                                 EDS
Reason for visit: Follow up visit -

**Physical Exam**

Weight: ?                    BP: 120/70

Medical History:                    Medications:

It's been a long time
...

Social Hx:                          Family Hx:

Colo:            Gyn/Mammo:         Dexa:

Allergies:                          Vaccination:

**Review of Systems:**

Fatigue          Brain Fog       Diarrhea        Vision

Headaches        Sore Throat     Neck Pain       Chest Pain

Palpitations     Cough           SOB             Sputum

Appetite ↓       Abd Pain        Nausea          Vomiting

Bowels Regular   Melena          Dysuria         Frequency

Nocturia         EDS             Myalgias        Arthalgias

Rash             Sleep Disturbance    Depression

Liberty003037

**Physical Exam:**
**General**

Heent: ⊖

Neck: Suppl

Heart: NL

Lungs: Clear

ABD: [illegible]

GU/GYN:

Extremities: ⊖ [illegible]

Pulses:

Neuro:

EKG:

**Impression:** Lyme

**Plan:** - D/C Levaquin
- Start Omnicef 300 BID
- f/u Labs
Stop StH

3

Liberty003038

**Name:** Haley Spears
**DOB:** REDACTED

**Date:** 11/19/10
**Insurance:** CT care

Reason for visit: *Follow up visit -*

## Physical Exam

Weight: 22          BP: 170/70

Medical History: *[handwritten, illegible]*

Medications:

Social Hx: *[handwritten, illegible]*          Family Hx:

Colo:          Gyn/Mammo:          Dexa:

Allergies:          Vaccination:

## Review of Systems:

| | | | |
|---|---|---|---|
| (Fatigue) | ~~Brain Fog~~ | ~~Diarrhea~~ | Vision |
| (Headaches) | ~~Sore Throat~~ | (Neck Pain) | Chest Pain |
| Palpitations | ~~Cough~~ | SOB | Sputum |
| Appetite | ~~Abd Pain~~ | Nausea | Vomiting |
| Bowels Regular | ~~Melena~~ | Dysuria | Frequency |
| Nocturia | ~~EDS~~ | Myalgias | Arthalgias |
| Rash | ~~Sleep Disturbance~~ | Depression | |

Liberty003039

**Physical Exam:**
**General**

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

**Impression:** Lyme
Br...

**Plan:**

Liberty003040

# REDACTED

## Physical Exam

Weight: ?                    BP: 110/70

Medical History:                    Medications:

*[handwritten notes, illegible]*

Social Hx:                    Family Hx:

*[handwritten notes, illegible]*

Colo:          Gyn/Mammo:          Dexa:

*[handwritten notes, illegible]*

Allergies:                    Vaccination:

## Review of Systems:

Fatigue          Brain Fog          Diarrhea          Vision

Headaches          Sore Throat          Neck Pain          Chest Pain

Palpitations          Cough          SOB          Sputum

Appetite ↑↓          Abd Pain          Nausea          Vomiting

Bowels Regular          Melena          Dysuria          Frequency

Nocturia          EDS          Myalgias          Arthalgias

Rash          Sleep Disturbance          Depression

Liberty003041

**Physical Exam:**
General

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

**Impression:** Lyme

**Plan:**

Liberty003042

**Name:** Spears, Haley          **Date:** 9-3-10
**DOB:** REDACTED              **Insurance:** C+Care

Reason for visit: Follow on lyme & its symptoms

## Physical Exam

Weight: 119          BP: 110/70

Medical History:                    Medications:

It's been off M[illegible] since
[illegible] visit — at 7/10 — [illegible] ↑↑
[illegible] Now progressive — ↑↑
[illegible], [illegible] Drug, [illegible] sleep p
Social Hx: INSOMNIA          Family Hx:
O[illegible] — feels worse
        since # has be
Colo: [illegible]   Gyn/Mammo: [illegible]   Dexa:
since that [illegible]
Allergies: [illegible]   NO   Vaccination:
No [illegible] form'd

## Review of Systems:

(Fatigue)        (Brain Fog)        ~~Diarrhea~~        ~~Vision~~

(Headaches)      ~~Sore Throat~~    ~~Neck Pain~~       Chest Pain

~~Palpitations~~  Cough             ~~SOB~~             ~~Sputum~~
          ↓
(Appetite)        ~~Abd Pain~~       Nausea             ~~Vomiting~~

(Bowels Regular)  ~~Melena~~         Dysuria            Frequency

~~Nocturia~~       ~~EDS~~            ~~Myalgias~~        (Arthalgias)

~~Rash~~           ~~Sleep Disturbance~~   Depression

Liberty003043

**Physical Exam:**
**General**

Heent:

Neck:

Heart:

Lungs:

ABD:

GU/GYN:

Extremities:

Pulses:

Neuro:

EKG:

**Impression:** Lyme
                y Co-inf

**Plan:** SLt Z+H Mg
         Cat lmg
         Melat + Slp

Liberty003044

Referred / Dr Bernard for Lyme + myco...

**Office Visit:**
**Patient Name:** Haley Spears
Date of visit: 3/15/10    GNT
PoP nucotin
Orannu

**VITALS: Weight:** 115   **Temp:** ___   **BP:** 110/70   **HR:** Vernon, (

**Significant PMH:** 33 yr WF

Bleeding PUD
Asthma?
Sleep

Neck / shoulder,
calf / knee pain
Bulls eye rash 2007
Hurt all over

**Chief Complaint (s):** 8/

✓ Bad symptoms 1/2008 — 1ˢᵗ HA
? cognitive problem, vision loss, ? pain fac
? GNT told A⁵ migraine — steroid nosepr...
WHS
✓ 1ˢᵗ HA → ER Hartford 2008 : CT → MRI @ temp
Neurologist Yale Joachim Behring    ? white less...
✓ seizures from 2008 — ?Absence, EEG   pineal cy?
goes blank, stutters    mild 3/10.

✓ Ig Geni x 4/09 lyme IgG ? 3/10
                                    ( ?34, 39,41,8)
Babesia 1:20                            IgM
Ar Tiagas :                    IgG 31, 41
✓ Labs 5/10

**ROS:**
**General :**   Vit D 15, ESR 2, TSH 1.5
**Head/Neck:**   Ferritin 6, ANA ⊕ ; 320.
**Chest:**
**Abdomen:**   US abd 4/10
**Uro-Genital:**
**Neuromusc:**
**Other:**    Sleep problems
            insomnia ++ onset
            & day at Yale

**Notable Recent Investigations:**

Meds Topamax
Mucol, Prevacid.
Gabapentin
qC Armour thyroid
3-4 mths

**Routine**
1. Colonoscopy/Stool OB: _____
2. Mammogram: _____
3. Gyn/PAP: _____
4. Bone densitometry: _____
5. PSA/Rectal: _____
6. **Vaccines:** ☐ Fluvax _____
   ☐ Pneumovax ___ ; ☐ Hepatitis ___ ;
   ☐ Shingles _____ ; ☐ HPV ___
7. Physical : _____

**Physical Examination:**
1. HB ENT: ☐ Normal ; _____
2. CVS:      ☐ Normal; _____
3. RS :      ☐ Normal; _____
4. Abdomen: ☐ Normal; _____
5. Musculoskel: ☐ Normal; _____
6. Neurologic: ☐ Normal; _____
7. Skin: ☐ Normal; _____

**Assessment:** — Past bulls eye rash 2007
— Multiple somatic symptoms since 2008
— HA, ? cognition, ? absence Sx, sleep
   abnormalities, stuttering, fatigue
— multiple specialists       ⊕ white matter lesions
— ? low cortisol, ? ⊕ CSF lyme 1/09, ⊕ ANA
        — on abx for lyme from 3/09
**Followup:** with ? some benefit

**Plan:**
① labs, LF from Zagan
② information from Endocrino
   Rheum, Neurology

Will review all records
then make an assessment

LoBo M...

? lyme v/s Psych issues
R/O Addisons / Endocrine / adrenal
                        LonDue

SHP 1/09 ? Dr Zaga
√ (Neuro zagari) Behring
√ GI problem — microscopic coulls
   Dr Anna suppola
      ↳ James OBrien, manchester
      S/S diarrhea, abd cramp
      On Asacol/ Prevacid
      √ Ds 1 liver — (rheum)
      Barbara Kage, manchester
⊗  (Endocrinologist) — Oberstein
    Goita, Mashimoto's              Hartford

√ Naturopath — Loren Bown
   Supplements          √ cardiologist
                          ECG & echo normal
[Lyme ⊕]
  ⊕ Dr Raxlen from 4/09.

IV Ceftriaxone ] 3/09 — 29 days
   Azithro   ] GI 1mth
               ↓
Dr Raxlen: IV Azithro 3 mth
         ↳ Ceftrax 3 mth
         ū 6 mths till 12/09
[√ ringing ear, Stuttering /slurred speech
 √ HA 5-7 days /wk — 2x/mth
 joint pain?]
      ↳ PO meds
      Rifampin etc
   Off meds 12/09
   3/10 Back on meds

√ Spleen poor
  Stuttering
  3/10
  Dr Bridget Patterson
               Marshall
  IV 4gm Ceftriaxone
              2 wks
   Stamford
      — Gallstones
        Line w/yo
         ↓
      PO Azithro etc
3/10 — D/C and 7/10.

low energy
HA, Brain fog worse
? memory problems
more joint pain
shoulder neck spine

lives alone
work — doesn't
      hasn't worked 3/09

Used to work 5 yr
            adm asst, Pratt
Traveled France, Italy
        Jerry ......
      Louisiana, AK
           tu K.

Liberty003046

860-783-5799          10/1/2010 3:56:29 PM   PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6590 F(860)200-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4307487** | **10/01/10** | **1384063** |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| **KRISTIN GIANNINI, MD** | REDACTED | **32 Y/F** | **(860) 308-2050** |

SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

Exam(s):  US ABDOMEN COMPLETE - 76700

Indication: Abdominal pain. History of gallbladder disease.

Comparison: 07/10/2010.

Abdominal ultrasound: The liver is of normal size and slight diffuse increased ▇▇▇▇▇nicity without focal lesions nor intrahepatic ductal dilation. The common duct is not dilated and m▇▇▇▇s 1 mm. A normal gallbladder is identified. There is no gallbladder wall thickening or pericholec▇▇▇▇▇id.

The abdominal aorta and IVC are normal. Limited views of the pancreatic head and body do not reveal abnormalities. The spleen is of normal size and echogenicity measuring 8.9 cm in long axis.

Both kidneys are of normal size and echogenicity without hydronephrosis o▇ ## REDACTED
measures 10.0 cm in long axis. The left measures 10.2 cm.

There is no abdominal free fluid.

Impression: Liver of slight diffuse increased echogenicity. This is nonspecific, but consistent with diffuse fatty infiltration; otherwise, unremarkable abdominal ultrasound.


Thank you for referring your patient to us,
William Poole, MD.
(Electronically Signed - 10/1/2010   3:45:21PM)


d: 10/1/2010 t:  3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2                    JPTDXRP - L    Printed on: 10/1/2010   3:45:37PM

9/14/2010 9:05 PM   FROM: Fax   TO: 5.11609756271.528850   PAGE: 001 OF 003

# Yale Brain Tumor Center
## A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208092
New Haven, CT 06520-8082

(203) 706-7294 phone
(203) 737-2581 fax

**Surgical Oncology**
Joseph M. Piepmeier MD
Ketan R. Bulsara MD
*Skull Base Tumors*
Khalid M. Abbed MD
*Spine Tumors*

**Medical Neuro-Oncology**
Joachim M. Baehring MD, DSc

**Medical Oncology**
Jill Lacy MD

**Radiation Oncology**
Jonathan P. Knisely MD
Kenneth B. Roberts MD

**Gamma Knife Center**
Veronica L. Chiang MD

**Neuropathology**
Anita Huttner MD, PhD
Alexander Vortmeyer MD, PhD

**Neuroradiology**
Robert K. Fulbright MD

**Clinical Coordinator**
Betsey L'Andrea RN

**Physician Assistant**
Monika Lautans, PA-C

| | |
|---|---|
| **PATIENT NAME:** | Spears, Haley |
| **PATIENT ID:** | 2264654 |
| **DATE OF BIRTH:** | REDACTED |
| **DATE OF VISIT:** | 07/30/2010 |

Haley returns to the Yale Neurology Clinic for followup of a right temporal lobe signal abnormality and a pineal region cyst.

Since we have seen her last on July 31, 2009, Haley's headaches have not worsened in frequency or intensity. The cephalgic episodes occur in cycles with headache free periods lasting now weeks to months. Her last "migraine" she reports was in May 2010. She usually takes Migranal to prevent the headaches, if she has one. from worsening. She has not suffered any headaches with acute onset and intense severity preceded by postural change. She denies any nausea or vomiting. Apparently, she has been diagnosed with babesiosis, Bartonella, and borreliosis infections; she is under the care of Dario Zagar, M.D. associated neurologist of Southern Connecticut for these issues.

**MEDICATIONS:**
Include Topamax, Singulair, Prevacid, famotidine, Plaquenil, Rifampin, Mepron and Zithromax. She used to have a PICC line, but that has been removed.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Temperature is 98.0. Heart rate is 67. Respirations are 18 breaths per minutes. Blood pressure is 116/69. Oxygen saturation is 100% on room air. Her weight is 53.3 kg.

On neurologic exam, she is fully awake, alert and oriented. Her language is fluent. There are no cognitive deficits. Pupils are equal round and reactive to light. There is no papilledema. There are no cranial nerve abnormalities. There is no drift of the outstretched arms. Muscle strength, bulk and tone are normal and symmetric. There is no extinction. No dysmetria. Reflexes are symmetric. Gait is normal-based and steady.

Clinic No

*DIGITALLY SIGNED SEP 14, 2010, 00:09- SIGNER: JOACHIM M. BAEHRING M.D. (4D535744)*

Liberty003048

7H317150003

**PATIENT NAME:**     Spears, Haley
**PATIENT ID:**          2264654
**DATE OF BIRTH:**     REDACTED
**DATE OF VISIT:**      07/30/2010

We have reviewed her MRI scan from today and compared it with previous study. Again noted is an area of increased T2 signal adjacent to the temporal horn of the right lateral ventricle. This is entirely unchanged in size and appearance and is of unknown etiology. The benign pineal cyst has a regular wall. It is not enhancing and flow through the aqueduct is open.

Ms. Spears remains asymptomatic. Therefore, we keep the intervals between the scans of one year. The etiology of the right temporal lesions remains uncertain. But with every MRI passing without an increase in the size of this lesion, the diagnosis of an infiltrative tumor becomes less and less likely. She seems to be entirely asymptomatic from her pineal region cyst, which remains to display very benign imaging characteristics. Haley will return to the office in a year after her next scan.

_____
James Mark Lazenby, APRN
Joachim M. Baehring, M.D., D. Sc.

Addendum: I agree with the above note, assessment and plan. I was present during the crucial elements of the patient's history, review of systems and physical/neurologic examination and performed critical portions thereof myself. I personally reviewed pertinent imaging and laboratory results, and an updated medication list. I generated the treatment plan and communicated this to the patient with their full understanding.

_____
Joachim M. Baehring, M.D., DSc

JML/rct

cc:     Dario M. Zagar, M.D.
        75 Kings Highway Cutoff
        Fairfield, CT  06824
        Fax −203-333-3937

        Kristin A. Giannini, MD, Healthwise Rockville Family Physicians
        520 Hartford Turnpike, Suite N
        Vernon Rockville, CT 06066-5037
        Fax +860-875-6271

*DIGITALLY SIGNED SEP 14, 2010, 00:09- SIGNER: JOACHIM M. BAEHRING M.D. [4D536744]*

**New England Cardiology Associates**

257 East Center Street
Manchester, CT. 06040

**Holter ECG Report**



## Report Summary

**BASIC RHYTHM**

| | | |
|---|---|---|
| Rhythm: | | |
| Total Beats: | 104862 | |
| Avg Rate: | 73 | |
| Min Rate: | 45 at 09:20D2 | |
| Max Rate: | 124 at 10:59D2 | |
| Branch Block beats: | absent | |
| Arrh beats: | absent | |
| Paced beats: | absent | |

**VENTRICULAR ECTOPY**

| | | | | |
|---|---|---|---|---|
| Total beats: | | Isolated Beats | |
| Avg/Hour: | 0 | Paired Beats | |
| Avg/1000: | 0.0 | R on T | 0 |
| | | Trigeminy Beats | 0 |
| Bigeminy Runs: | 0 | Bigeminy Beats | 0 |
| VTach Runs: | 0 | VTach Beats | 0 |

**ST ANALYSIS**

| Type | Max | CH | Lgth | Time |
|---|---|---|---|---|
| HOR: | -3.1 | | 225 m | 14.41D2 |
| UP: | 2.1 | | 21 m | 14.29D2 |

No ST elevation

| | |
|---|---|
| Median CH1 | -0.29 |
| Median CH2 | 0.0T |
| Median CH3: | 0.10 |

**SUPRAVENTRICULAR ECTOPY**

| | | | |
|---|---|---|---|
| Total beats: | 12 | Isolated SVE | 6 |
| Avg/Hour: | 0.0 | Paired: | 16 |
| Avg/1000: | 0.Z | | |
| SVT runs | 0 | S V beats: | 0 |

**HEART RATE VARIABILITY**

| | | | |
|---|---|---|---|
| SDNN: | 163 | SDNNS: | 63 | PNN50: | 3 |
| TRIA: | 767 | SDANN: | 158 | RMSSD: | 16 |
| Night Heart Rate: | | | 71 |

**BRADYCARDIA ( 50 bpm)**

| | | |
|---|---|---|
| Bradycardia events/beats: | 192 / 920 | Min rate: 45 bpm at 09:20D2 |
| Longest run: 18 beats at 48 bpm at 09:38D2 | | |
| PAUSES >2.0 sec. | | absent |

**Interpretation:**

Holter monitor was performed to evaluate for cardiac arrhythmia. The patient's underlying rhythm was sinus rhythm. Heart rate ranged from 45 to 124 beats per minute with a few premature ventricular complexes and premature atrial complexes. The patient reported symptoms of choking on water on one occasion and this correlated with sinus rhythm without any significant arrhythmias.

SUMMARY: The findings of the Holter monitor will be explained to the patient and will be advised to avoid any stimulants and to report any symptoms to us. If she has any more symptoms, then a cardiac event monitoring will be needed.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
=SN/ins=
D: 8/3/10  T: 8/5/10

SPEARS, Haley      7/27/10      cc: Dr. Giannini

Signed: _____      Date: 8|5|10

Diagnostic Monitoring, A Biotc. Company      Holter Win P-V ver 3.60      Columbia, S C, USA

Liberty003050

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester. CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer. M.D.. FACC. FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike. Suite N

 HALEY
REDACTED

I saw Ms. Spears today for cardiac evaluation.  She does have occasional palpitations.
She denies any fainting or near fainting episodes. No chest pains.

Today, her blood pressure is 112/72.  Neck veins are fl   Chest is clear to auscultation.
Heart sounds are regular.  The extremities are free of ed

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter
monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow
her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated
by her other physicians.

Sincerely yours,

*[signature]*

Saqib Naseer, MD, FACC, FASNC

 Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC243759K
REQUISITION: 0000295

COLLECTED:  08/05/2010   08:47 ET
RECEIVED:   08/05/2010   11:34 ET
REPORTED:   08/09/2010   06:55 ET

PATIENT INFORMATION
**SPEARS, HALEY A**

DOB: REDACTED   AGE: 32
GENDER: F

ID:   1839-1
PHONE: 860.308.2050

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**GOUIN, LAUREN J**

CLIENT INFORMATION
COPY-TO(2)KRISTIN GIANNINI M.D.)
KRISTIN GIANNINI M.D.
520 HARTFORD TPKE STE N
VERNON ROCKVILLE, CT 06066

COMMENTS: FASTING

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| | | | | | QWA |
| ELECTROLYTE PANEL | | | | | |
| SODIUM | 138 | | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | | 21-33 mmol/L | |
| VITAMIN D, 25-HYDROXY, | | | | | AMD |
| LC/MS/MS | | | | | |
| VITAMIN D, 25 OH, TOTAL | | 23 | L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 23 | | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | | ng/mL | |

   25-OHD3 indicates both endogenous production and
   supplementation. 25-OHD2 is an indicator of
   exogenous sources such as diet or supplementation.
   Therapy is based on measurement of Total 25-OHD,
   with levels <20 ng/mL indicative of Vitamin D
   deficiency while levels between 20 ng/mL and 30
   ng/mL suggest insufficiency. Optimal levels are
   > or = 30ng/mL.

| | | | | | QWA |
|---|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | | |
| PROTEIN, TOTAL | 6.6 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 36 | | | 33-115 U/L | |
| AST | 20 | | | 10-30 U/L | |
| ALT | 15 | | | 6-40 U/L | |
| GGT | 13 | | | 3-50 U/L | QWA |

SPEARS, HALEY A - WC243759K

Page 1 - Continued on Page 2

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY A**

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**GOUIN, LAUREN J**

COLLECTED:  08/05/2010    08:47 ET
REPORTED:   08/09/2010    06:55 ET

DOB: REDACTED    AGE: 32
GENDER: F
ID: 1839-1

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH, 3RD GENERATION | | 5.30  H | mIU/L | QWA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester     0.20-4.70
Second trimester    0.30-4.10
Third trimester     0.40-2.70

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.7 | | 4.5-12.5 mcg/dL | QWA |
| T3, TOTAL | 103 | | 76-181 ng/dL | QWA |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.08 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 90.3 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 15.3  H | 11.0-15.0 % | |
| PLATELET COUNT | 210 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2513 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2684 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 549 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 323 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.2 | | % | |
| LYMPHOCYTES | 44.0 | | % | |
| MONOCYTES | 9.0 | | % | |
| EOSINOPHILS | 5.3 | | % | |
| BASOPHILS | 0.5 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 64 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | | 249  L | 250-450 mcg/dL | |
| % SATURATION | 26 | | 15-50 % (calc) | |
| FERRITIN | 13 | | 10-154 ng/mL | QWA |
| VITAMIN B12 | 430 | | 200-1100 pg/mL | QWA |

SPEARS, HALEY A - WC243759X

Page 2 - Continued on Page 3



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 08/05/2010  08:47 ET
REPORTED: 08/09/2010  06:55 ET

PATIENT INFORMATION
**SPEARS, HALEY A**

DOB: REDACTED    AGE: 32
GENDER: F
ID: 1939-1

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
**GOUIN, LAUREN J**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| DHEA SULFATE | 84 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | 12.9 | | mcg/dL | QWA |

Reference Range
9 a.m. (7-9 a.m.) Specimen: 4.0-22.0

**PERFORMING LABORATORY INFORMATION**

AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2278, Laboratory Director:  KENNETH L. SISCO, MD
CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL C091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
CLIA: 07D0091126

ORIGINAL REPORT SENT TO:

CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
PO BOX 8228
MANCHESTER, CT 06040-0228

SPEARS, HALEY A - WC243759K

Page 3 - End of Report

Liberty003054

7H317150003

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.  She does have occasional palpitations. She denies any fainting or near fainting episodes. No chest pains.

Today, her blood pressure is 112/72.  Neck veins are flat.  Chest is clear to auscultation. Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor. In the meantime, she is to report any symptoms to us. Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

860-783-5799          7/14/2010 2:38:52 PM   PAGE    1/002    Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 08107-2203 P(860)246-6690 F(860)200-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4202471** | **07/10/10** | **1384063** |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| **KRISTIN GIANNINI, MD** | REDACTED | **32 Y/F** | (860) 308-2050 |

SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 08066
Phone: (860) 872-8321
FAX: (860) 875-8271

**Exam(s):  US ABDOMEN COMPLETE - 76700**

EXAM: ABDOMINAL ULTRASOUND.

Indication: Abdominal pain. Evaluate for gallbladder disease.

Comparison: Abdominal ultrasound dated 04/02/2010.

Findings:
Real time abdominal ultrasound is performed. The liver is normal in size. Echogenicity is normal. No focal liver lesions are seen. There is no intrahepatic ductal dilatation.

The previously seen multiple tiny gallstones are no longer visualized. Instead, there is a small amount of echogenic bile suggested within the gallbladder neck. The gallbladder is otherwise unremarkable. The common bile duct is normal in size, measuring 0.3 cm.

The pancreas is normal in appearance.

Both kidneys are normal in size and echogenicity. The right kidney measures 11.3 cm. The left kidney measures 10.3 cm. There is no mass, calcification or hydronephrosis.

The spleen is normal in appearance and measures 10.2 cm.

The proximal abdominal aorta and IVC are normal in appearance

CONCLUSION:

1. Small amount of residual echogenic bile within the gallbladder neck. Previously seen multiple tiny gallstones no longer visualized in the gallbladder.
2. Otherwise unremarkable exam.

d: 7/10/2010 t: 4:03:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2          JPTDXRP - L    Printed on: 7/14/2010  2:37:59PM

<div align="center">

**Winona W. Zimberlin**

Attorney at Law
2 Congress Street
Hartford, CT  06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

June 23, 2010

</div>

Kristin A. Giannini, M.D.
Rockville Family Physicians
520 Hartford Turnpike
Vernon, CT 06066

Dear Dr. Giannini:

      RE:   Haley Spears
             DOB: REDACTED

      Please be advised that I represent the above individual regarding both a social security disability claim and an LTD matter.   At this time, I would like to request that you review and complete the enclosed Physical Residual Functional Capacity Questionnaire and a Medical Source Assessment (Mental) form.

      It is not necessary for you to provide an opinion as to whether the patient is or is not disabled.  This is the function of the Administrative Law Judge.  Please note that the Judge will consider the reports of many different doctors in determining whether or not your patient meets social security's requirements for disability.

      If you are no longer treating this patient, please fill out the forms for the time period in which you treated the patient.  I will consider your response to be a draft.

      *If you are unable to complete the forms or there is a charge to complete the forms, please let me know at your earliest convenience prior to filling out these forms.   If you have any questions regarding these forms, please call me.*



Winona W. Zimberlin

WWZ:rlc
Enclosure



Liberty003057

## Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

## AUTHORIZATION

Date: __6/23/10__

To: __Kristin A. Giannini, M.D.__

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE:   __Haley Spears__

DOB:   REDACTED

SS#:   REDACTED

PURPOSE:   Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes:  Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

# REDACTED                    REDACTED

7H317150003

## PHYSICAL RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

To:

Re: _Haley Spears_ (Name of Patient)

_____ (Social Security No.)

Please answer the following questions concerning your patient's impairments.   Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.

1.  Frequency and length of contact: _Started (see pt 3/10/09_

2.  Diagnoses: _Chronic Lyme, Babesia every 3-6 mos_

3.  Prognosis: _Fair_, _Bartonella_

4.  List your patient's symptoms, including pain, dizziness, fatigue, etc:
_ringing in ears Chronic headaches, memory loss_
_dizziness, joint pains Fatigue sleep problems_
_nausea, vomiting concentration problems, both lightheadedness + insomnia_

5.  If your patient has pain, characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain:
_Mover joint pains, chronic headaches_
_No specific precipitation factors. Pain_
_is severe_

6.  Identify the clinical findings and objective signs:

_____

7.  Describe the treatment and response including any side effects of medication that may have implications for working. e.g., drowsiness, dizziness, nausea, etc:
_Has been on Rocephrin IV, Abx and_
_Ones symptoms have gotten better but_
_not to the point where she can function at work_

8.  Have your patient's impairments lasted or can they be expected to last at least twelve months?     ✓ Yes     ___ No

9.  Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?     ✓ Yes     ___ No

10. Identify any psychological conditions affecting your patient's physical condition:

    ☑ Depression                    ___ Anxiety
    ___ Somatoform disorder          ___ Personality disorder
    ___ Psychological factors affecting   ___ Other:
        physical condition

11. Are your patient's impairments (physical impairments plus any emotional impairments) reasonably consistent with the symptoms and functional limitations described in this evaluation?     ✓ Yes     ___ No

    If no, please explain: _____

-1-

Liberty003059

12. How often during a typical workday is your patient's experience of pain or other symptoms severe enough to interfere with attention and concentration needed to perform even simple work tasks?

___ Never      ___ Rarely      ___ Occasionally      ___ Frequently      ✓ Constantly

*For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

13. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation*.

a.  How many city blocks can your patient walk without rest or severe pain? (0)

b.  Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc.

Sit:      0 5 10 15 20 30 45                    (1) 2   More than 2
                    Minutes                              Hours

but varies but extern symptoms

c.  Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc.

Stand:    0 5 (10) 15 20 30 45                  1  2   More than 2
                    Minutes                              Hours

d.  Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

          Sit      Stand/walk
          ✓        ✓          less than 2 hours
          ___      ___        about 2 hours
          ___      ___        about 4 hours
          ___      ___        at least 6 hours

e.  Does your patient need to include periods of walking around during an 8-hour working day?
                                              ___ Yes          ✓ No

cannot sit a stand for extended period

1)  If yes, approximately how often must your patient walk?
          (1)/5 10 15 20 30 45 60 90
                    Minutes
    every

2)  How long must your patient walk each time?
          (1) 2 3 4 5 6 7 8 9 10 11 12 13 14 15
                    Minutes
    then needs to

Needs to sit or lay down

f.  Does your patient need a job that permits shifting positions at will from sitting, standing or walking?                              ✓ Yes          ___ No

g.  Will your patient sometimes need to take unscheduled breaks during an 8-hour working day?                              ✓ Yes          ___ No

If yes,   1) how often do you think this will happen?    at least every hour
          2) how long (on average) will your patient
             have to rest before returning to work?      5 minutes

-2-

7H317150003

h.  With prolonged sitting, should your patient's leg(s) be elevated?   ___ Yes   ✓ No

    If yes,   1)  how *high* should the leg(s) be elevated?   _____
             2)  if your patient had a sedentary job, *what percentage of time* during an 8 hour working day should the leg(s) be elevated?   _____

i.  While engaging in occasional standing/walking, must your patient use a cane or other assistive device?   ___ Yes   ✓ No

j.  How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | — | — | ✓ | — |
| 10 lbs. | — | ✓ | — | — |
| 20 lbs. | ✓ | — | — | — |
| 50 lbs. | ✓ | — | — | — |

k.  How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Look down (sustained flexion of neck) | ✓ | — | — | — |
| Turn head right or left | — | ✓ | — | — |
| Look up | — | ✓ | — | — |
| Hold head in static position | — | — | — | ✓ |

l.  How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | — | — | ✓ | — |
| Stoop (bend) | — | ✓ | — | — |
| Crouch/ squat | — | ✓ | — | — |
| Climb ladders | ✓ | — | — | — |
| Climb stairs | ✓ | — | — | — |

m.  Does your patient have significant limitations with reaching, handling or fingering?   ___ Yes   ✓ No

If yes, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities:

| | HANDS: Grasp, Turn Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching (incl. Overhead) |
|---|---|---|---|
| Right: | 50 % | 50 % | 50 % |
| Left: | 50 % | 50 % | 50 % |

14.  Are your patient's impairments likely to produce "good days" and "bad days"?   ✓ Yes   ___ No

-3-

Liberty003061

15.   Please estimate, on the average, how many days per month your patient is likely to be absent from
      work as a result of the impairments or treatment:

      ___ Never
      ___ About one-four days per month
      ___ About five days per month
      _✓_ More than five days per month

16.   What other limitations (such as psychological limitations, limited vision, difficulty hearing, need to
      avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that
      would affect your patient's ability to work at a regular job on a sustained basis?

      She has trouble ē loud noise has decreased/
      blurry vision at times, easily fatigued.
      HA will dampen her ability to concentrate
      Must avoid temperature extremes, humidity,
      noise, fumes, gases

17.   What is the earliest date that the description of symptoms and limitations in this questionnaire
      applies?

                                            9 / 08
                                    This is first date onto work
                                                    Sick from symptoms

      Date   7/9/10                      Signature

             Printed/Typed Name:  Kristin Quinn MD

             Address:  20 Hartford Tpke Suite M
                       Vernon CT 06066

7-2Ea
§258.1

-4-

ZH317150003

## MEDICAL SOURCE ASSESSMENT (MENTAL)

NAME: _Haley Spears_

SOCIAL SECURITY NUMBER: _____

### 1. SUMMARY CONCLUSIONS

This section is for recording summary conclusions derived from the evidence in file. Each mental activity is to be evaluated within the context of the individual's capacity to sustain that activity over a normal workday and workweek, on an ongoing basis. Your detailed explanation of the degree of limitation for each category (A through D) as well as any other assessment information you deem appropriate, is to be recorded in Section II (Functional Capacity Assessment).

### DEFINITIONS OF RATING TERMS

1: able to perform designated task or function with no observable limits

2: able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) no more than 10 percent of the work day or work week (i.e., one hour or less/day or one-half day or less/week

3: able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) from 11-20 percent of the work day or work week (i.e., more than one hour/day or more than one-half day/week)

4: able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) more than 20 percent of the work day or work week (i.e., more than one hour and up to two hours/day or one-half day/week)

5: not able to perform designated task or function on regular, reliable, and sustained schedule.

### A. UNDERSTANDING AND MEMORY

1. remember locations and work-like procedures

   1. [ ]        2. [ ]        3. [ ]        4. [ ]        5. [✓]

2. understand and remember very short, simple instructions

   1. [ ]        2. [ ]        3. [ ]        4. [ ]        5. [✓]

3. understand and remember detailed instructions

   1. [ ]        2. [ ]        3. [ ]        4. [ ]        5. [✓]

HALEY SPEARS DOB REDACTED
Liberty003063

## B. SUSTAINED CONCENTRATION AND PERSISTENCE

4. carry out very short and simple instructions

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

5. carry out detailed instructions

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

6. maintain attention and concentration for extended periods of time

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

7. perform activities within a schedule

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

maintain regular attendance, and /or

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

be punctual within customary tolerances

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

8. sustain ordinary routine without special supervision

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

9. work in coordination with or proximity to others without being distracted by them

1. [  ]        2. [  ]        3. [✓]        4. [  ]        5. [  ]

10. make simple work-related decisions

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

11. complete a normal workday and workweek without interruptions from psychological based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

2

## II GENERAL FUNCTIONAL CAPACITY ASSESSMENT

Record in this section the elaborations on the preceding capacities. Complete this section ONLY after the SUMMARY CONCLUSIONS section has been completed. Explain your summary conclusions in narrative form. Include any information which clarifies limitation or function.

Due to all of Haley's symptoms she is unable to complete a work day due to extreme cognitive dysfunction and fatigue. She can be fine one minute and severely fatigued and needing to go to bed the next. She has minimal to no ability to concentrate, stay on task, focus or remember even simple things at this point. She is unable to work at this time and for likely the next several years and probably beyond.

What is the earliest date that the description of symptoms and limitations in this questionnaire apply? _____ 5/08 - first signs of symptoms

9/08 first date could work

_____
Signature

Grannis
Printed Name

Date: 7/9/10

*Evaluations/Medical Source Assessment Mental*

4

MMH
4·15·09

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Turnpike**
**Vernon, CT 06066**
**Phone:(860) 872-8321  Fax: (860) 979-0056**

## Procedure Order

**Ordering Site**

Rockville Family Physicians
520 Hartford Turnpike
Vernon, CT 06066
(860) 872-8321
Fax: (860) 979-0056

Report Date:  04/09/2009

**Patient Information**

HALEY SPEARS
1008 TROUT BROOK DR
WEST HARTFORD, CT 06119
(860) 308-2050
Gender:  Female        Date of Birth: REDACTED        SSN: REDACTED

**Patient Insurance Information**

CONNECTICARE (800) 828-3407
Group #002250
Plan #97026397601

**Procedures Ordered**

**CT ABDOMEN W/DYE (74160)**
  *Note: Has multiple immune and ID issues—evaluate lymph nodes of the chest, abdomen, and pelvis*
  Diagnosis: OTALGIA NOS (388.70)
  Ordered by: Kristin Giannini, MD
**CT THORAX W/DYE (71260)**
  Diagnosis: OTALGIA NOS (388.70)
  Ordered by: Kristin Giannini, MD
**CT PELVIS W/DYE (72193)**
  Diagnosis: OTALGIA NOS (388.70)
  Ordered by: Kristin Giannini, MD

**End of Procedures Ordered**

NIA / CTcare
auth#
abd: 9099C073
chest: 9099C074
pelv: 9099C075

# REDACTED

Kristin Giannini MD

| HALEY SPEARS | | ID: 9251330 |
| --- | --- | --- |
| Thursday, April 9, 2009 | | |

Liberty003066

7H317150003



## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

**********************************************************************************

| | | |
|---|---|---|
| To: **Desiree Minor** | Date: | **April 9, 2009** |
| Physician: **Dr. Kristin A. Giannini** | Fax Number: | **18606457534** |
| RE: **Radiology Preauthorization Request - Approval** | (PAGE 1 of 1) | |

**********************************************************************************

| | |
|---|---|
| **Member Name:** | **Haley A Spears** |
| ID #: | 97026397601 |
| Date of Birth: | REDACTED |
| Requesting Provider: | **Dr. Kristin A. Giannini** |
| Place of Service: | **MANCHESTER MEMORIAL HOSPITAL** |
| Requested Procedure/Service: | **Pelvis CT** |

Dear Dr. Kristin A. Giannini:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Connecticare ('s) benefit plan.

On Apr 09, 2009 we received the above request for services. NIA has approved one (1) service/unit of the following:

| | |
|---|---|
| **Requested Procedure/Service:** | **Pelvis CT** |
| **Authorization Number:** | **9099C075** |
| **Authorization Timeframe:** | **From Apr 09, 2009 to May 09, 2009** |

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are tendered.

This authorization may be extended by calling ConnectiCare's Provider Service line at 1-800-828-3407.

Your cooperation in working with us to improve quality of care and utilization management is greatly appreciated.

Sincerely,

Clinical Operations Department
National Imaging Associates, Inc.

### ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6464 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

ConnectiCare Approval fax—11-17-08

Liberty003067

RightFax                4/9/2009 8:36 AM  PAGE   2/002   Fax Server



## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET
**********************************************************************************

To:  **Desiree Minor**                        Date:        **April 9, 2009**
Physician:    **Dr. Kristin A. Giannini**       Fax Number:  **18606457534**
RE:   **Radiology Preauthorization Request - Approval**   (PAGE 1 of 1)

**********************************************************************************

**Member Name:**           **Haley A Spears**
**ID #:**                  97026397601
**Date of Birth:**         REDACTED
**Requesting Provider:**   Dr. Kristin A. Giannini
**Place of Service:**      MANCHESTER MEMORIAL HOSPITAL
**Requested Procedure/Service:**   **Chest CT**

Dear Dr. Kristin A. Giannini:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Connecticare ('s) benefit plan.

On Apr 09, 2009 we received the above request for services. NIA has approved one (1) service/unit of the following:

**Requested Procedure/Service:**    **Chest CT**

**Authorization Number:**          9099C074

**Authorization Timeframe:**       **From Apr 09, 2009 to May 09, 2009**

This determination has been made for benefit and coverage purposes.  Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

This authorization may be extended by calling ConnectiCare's Provider Service line at 1-800-828-3407.

Your cooperation in working with us to improve quality of care and utilization management is greatly appreciated.

Sincerely,

Clinical Operations Department
National Imaging Associates, Inc.

### ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original.  This fax and any files transmitted with it contain information that may be legally confidential and/or privileged.  The information is intended solely for the individual or entity named and access by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

ConnectiCare Approval fax—11-17-08



## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

**************************************************************************

To:  **Desiree Minor**                              Date:          **April 9, 2009**
Physician:    **Dr. Kristin A. Giannini**            Fax Number:    **18606457534**
RE:   **Radiology Preauthorization Request - Approval**   (PAGE 1 of 1)

**************************************************************************

Member Name:              **Haley A Spears**
ID #:                     REDACTED
Date of Birth:
Requesting Provider:      **Dr. Kristin A. Giannini**
Place of Service:         **MANCHESTER MEMORIAL HOSPITAL**
Requested Procedure/Service:  **Abdomen CT**

Dear Dr. Kristin A. Giannini:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Connecticare ('s) benefit plan.

On Apr 09, 2009 we received the above request for services. NIA has approved one (1) service/unit of the following:

**Requested Procedure/Service:**     **Abdomen CT**

**Authorization Number:**            **9099C073**

**Authorization Timeframe:**         **From Apr 09, 2009 to May 09, 2009**

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

This authorization may be extended by calling ConnectiCare's Provider Service line at 1-800-828-3407.

Your cooperation in working with us to improve quality of care and utilization management is greatly appreciated.

Sincerely,

Clinical Operations Department
National Imaging Associates, Inc.

ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful.

ConnectiCare Approval fax—11-17-08

**HEALTHWISE MEDICAL ASSOCIATES, LLP**
**REVIEW OF RELEASE OF INFORMATION FORM**

To be completed by Medical Record Clerk:
Patient Name: Halel Spears

Date of Birth: REDACTED

Sent
6/1/10 or
6/7/10
CBe

The above identified patient is requesting the following information be made available to

█████████████████████████████████████

Is the receiver of the information a: (Circle one)
Physician     Dentist     Hospital     Outpatient Center     Clinic     Nursing Home
Hospice     Other: lawyer

\*\*\*If records are being released to the patient-See HIPAA Policy 0006

To be completed by physician:
*(If patient is a minor-please consult HIPAA Policy #0004)*

Information to be released:     Please check all applicable records to release          Restrict

☐ Entire Medical Record     Dates of Service:     From_____     Yes No
  (Including all lab work, diagnostic testing, reports from consultants)
☐ Immunization Records     Dates of Service:     From_____ to_____     Yes No
☐ Mental Health Record     Dates of Service:     From_____ to_____     Yes No
☐ HIV Status/Lab     Dates of Service:     From_____ to_____     Yes No
☐ Drug/Alcohol Records     Dates of Service:     From_____ to_____     Yes No
☐ Reproductive Counseling     Dates of Service:     From_____ to_____     Yes No

☐ Other     Dates of Service:     From_____ to_____

Approval: I have reviewed the documentation photocopied from the patient's medical record and authorize its
release:                                                         Date: _____
      Physician Signature

To be completed by person completing the release of record:_____     Name/Title
How was the information transferred?:_____
Sent by mail:_____ Date Certified? _____ #_____ Faxed to #:_____
On _____ (date)
By Courier-(name)_____ on_____ (date)
Picked-up by:_____ (name) on_____ (date)
Verification of Identification performed: Yes No

28

7/17/03  JRJ
Revised  3/4/03 JRJ
HealthWise Medical Associates, LLP may alter, amend or repeal their Policies & Procedures or portions of their Compliance Plan at any time.

7H317150003

**Winona W. Zimberlin**
Attorney at Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

Kristin A. Giannini, M.D.
Rockville Family Physicians
Attention: Medical Records
520 Hartford Turnpike
Vernon, CT 06066

## REQUEST FOR PATIENT RECORDS

DATE: May 4, 2010

    RE:   Haley Spears
    DOB:  REDACTED

This office represents the above patient regarding a social security matter. Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter. Please call this office in advance if there will be a charge. Enclosed please find a 1696.

**Please note that the above-named client is a social security client and may not recall or remember specific dates and times of treatment.**

Thank you for your attention to this matter.

Rocquel L. Cigal
Paralegal

rlc
Enclosure

Liberty003071

7H31Z150003

### Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

Date: 5/4/10                    AUTHORIZATION

To:        Kristin A. Giannini, M.D., Rockville Family Physicians

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE:   Haley Spears

DOB:   REDACTED

SS#:   REDACTED

PURPOSE:    Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R. Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes:  Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

# REDACTED                    REDACTED

Liberty003072

Social Security Administration
Please read the instructions before cor~~REDACTED~~

Form Approved
OMB No. 0960-0527

Name (Claimant) (Print or Type)
Haley Spears

Wage Earner (If Different)

**Part I**                    **APPOINTMENT OF REPRESENTATIVE**

I appoint this person, Winona W. Zimberlin, 2 Congress ██████ Hartford CT

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

[X] Title II    [X] Title XVI    [ ] Title XVIII    [ ] Title VIII

(RSDI)      (SSI)      (Medicare Coverage)    (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

[X] I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

[ ] I appoint, or I now have, more than one repres~~entative~~. My main representative is

~~REDACTED~~

**Part II**              **ACCEPTANCE OF APPOINTMENT**

I, Winona W. Zimberlin , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one: [X] I am an attorney. [ ] I am a non-attorney who is participating in the direct fee payment demonstration project.

[ ] I am a non-attorney . I am not participating in the direct fee payment demonstration project.

I have been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. [ ] Yes  [X] No

I have been disqualified from participating in or appearing before a Federal program or agency. [ ] Yes [X] No

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| Signature (Representative) | Address  2 Congress Street Hartford, CT  06114 | |
|---|---|---|
| Telephone Number (with Area Code) ( 860  249-5291 | Fax Number (with Area Code) ( 860  247-4194 | Date 3/26/10 |

**Part III** (Optional)                **WAIVER OF FEE**

I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|

**Part IV** (Optional)          **WAIVER OF DIRECT PAYMENT**
by Attorney or Non-Attorney Eligible to Receive Direct Payment

I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

| Signature (Representative Waiving Direct Payment) | Date |
|---|---|

Form SSA-1696-U4 (05-2008) ef (05-2008)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS
(4 Copies: File, Claimant, Representative, ODAR)

# PRESCRIPTION REFILL REQUEST



**BEACON**
PRESCRIPTIONS

*The Difference is Caring*

This order is only valid if faxed to:

**DATE:** 6/7/10

**Beacon Prescriptions**
New Britain, CT 06053
543 West Main Street
860-225-6487

**DOCTOR:** K. Giannini

**PATIENT:** Haley Spears

REDACTED

**D.O.B:** ___

|  | **RX#1** | **RX#2** | **RX#3** |
|---|---|---|---|
| **DRUG** | Zyrtec 1mg | Singulair 5mg | |
| **QTY** | $90 | 180 | |
| **DIRECTION** | | | |
| **DAYS SUPPLY** | | | |
| **LAST REFILL** | | | |
| | REFILL ___ TIMES | REFILL ___ TIMES | REFILL ___ TIMES |

**MD SIGNATURE:** _____ **DATE** _____

Any dissemination, distribution or copying of this communication other than the intended recipient is strictly prohibited. This message is only for the use of the addressee and may contain confidential information. If you have received this communication in error, please notify us immediately by telephone and destroy all copies of this communication. Thank you.

BEACON                    2294686    17:11   06/07/2010

**DIGESTIVE HEALTH SPECIALISTS OF EASTERN CONNECTICUT**
**353 MAIN STREET**
**MANCHESTER, CT 06040**
Phone: 860-649-3477  Fax: 860-649-0011

Peter S. Buoh, M.D.                                       Michele Kaczmarczyk, PA-C
James W. O'Brien, M.D.                               Sarah Thibodeau, A.P.R.N.

April 28, 2010

Dr. Kristin Giannini
Fax #: 875-6271

RE: Haley Spears

Dear Dr. Giannini,

I have had the continuing pleasure of evaluating Ms. Spears, your 32-year-old
patient with epigastric abdominal pain and dyspepsia. Because of her previous
history of a gastric ulcer, I did perform endoscopy. I found mild gastritis but no
evidence of recurrent ulcer disease. Biopsies showed no H. pylori. Incidental
note of small polyps in the stomach were also made but these appeared innocent
and biopsies show that they are hyperplastic polyps of no clinical consequence.

At this point, the only positive finding on recent non-invasive testing of her
abdomen is that she has multiple small gallstones seen on ultrasonography that
was done on April 2$^{nd}$. While it is not at all clear to me that her symptoms are
related to this, there is a possibility that her symptoms are in fact being caused by
her gallbladder and I have therefore recommended that she sit down with a
surgeon to discuss whether or not to consider cholecystectomy. In the meantime,
symptomatic therapy for her abdominal symptoms is warranted. She is currently
also being treated for a line infection of her PICC line.

Thank you for the pleasure of working with Ms. Spears. I am hopeful that we will
be able to give her some relief from her symptoms.

Sincerely yours,

James O'Brien, M.D.

JO/db

HALEY SPEARS DOB REDACTED

Liberty003075

APR. 22. 2010  11:11AM     FHCS SPECIALTY  860-632-3696          NC. 0351   P. 2/2

| PATIENT INFORMATION | REPORT STATUS   **Final** |
|---|---|

**SPEARS, HALEY**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 966.697.8378

SPECIMEN INFORMATION
SPECIMEN:        WC255485H
REQUISITION: 9322342
LAB REF NO:

DOB: REDACTED        Age: 32
GENDER: F       Fasting: U

PHONE: 8606459997

ORDERING PHYSICIAN
PATTERSON-MARSHALL,
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBEIRE DR STE 3
CROMWELL, CT 06415-1038

| | |
|---|---|
| COLLECTED: 04/21/2010 | 01:30 |
| RECEIVED:  04/22/2010 | 05:25 |
| REPORTED:  04/22/2010 | 08:16 |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | B. PATTERSON MARSHALL. M.D. | | |
| | | 970 SUMMER ST FL 1 | | |
| | | STAMFORD, CT 06905-5542 | | |
| HEPATIC FUNCTION PANEL | | | | OWA |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN. DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | | 0.1 L | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | OWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.9-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.16 | | 3.80-5.10 Million/uL | |
| **HEMOGLOBIN** | | 11.6 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 85.6 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| **RDW** | | 16.0 H | 11.0-15.0 % | |
| PLATELET COUNT | 267 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3110 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2975 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 689 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 291 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.8 | | % | |
| LYMPHOCYTES | 41.9 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 4.1 | | % | |
| BASOPHILS | 0.5 | | % | |

----------------------------------------------------------------

**Performing Laboratory Information:**

 OWA  Quest Diagnostics, LLC Wallingford Ct 0061 3 Starling Dr Wallingford CT 06492 Laboratory Director: Maria Minch M.D.

SPEARS, HALEY – WC255485H

Page 1 – End of Report

Printed by Care360 AutoReceive on 04/22/10 at 09:06am.

Liberty003076



APR. 15. 2010  1:27PM    FHCS SPECIALTY  860-632-3696                      NO. 0234   P. 2/3

Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC131715H
REQUISITION: 8215393

COLLECTED:  04/14/2010   23:45 ET
RECEIVED:   04/15/2010   05:13 ET
REPORTED:   04/15/2010   12:13 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS FAX COPY

SUPERVISING PHYSICIAN
RAKLEN,BERNARD B

CLIENT INFORMATION
NEZ2170668                    60010000
BERNARD RAKLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

PROVIDER:
LAUREN GOVIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 7.0 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.7 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.25 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 84.9 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.9 | | 32.0-36.0 g/dL | |
| RDW | | 15.9  H | 11.0-15.0 % | |
| PLATELET COUNT | 226 | | 140-400 Thousand/uL | |
| MPV | 9.1 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2232 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2958 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 558 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 222 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 37.2 | | % | |
| LYMPHOCYTES | 49.3 | | % | |
| MONOCYTES | 9.3 | | % | |
| EOSINOPHILS | 3.7 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

SPEARS,HALEY - WC131715H

Page 1 - Continued on Page 2||

HALEY SPEARS DOB REDACTED

7H317150003

APR. 15. 2010  1:27PM     PHCS SPECIALTY  860-632-3696                      NO. 0234   P. 3/3



**Quest**
**Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FAX COPY |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | SPEARS,HALEY | SUPERVISING PHYSICIAN |
| | DOB: REDACTED AGE: 32 | RAXLEN,BERNARD D |
| COLLECTED:  04/14/2010  23:45 ET | GENDER: F FASTING: U | |
| REPORTED:   04/15/2010  12:13 ET | | PROVIDER: |
| | | LAUREN GOVIN |

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
    Laboratory Director:  NEENA SINGH, MD. CLIA: 07D0093126

                A duplicate report has been faxed to the following:
        Faxed to:  (860) 677-5406  on:  04/15/2010   9:09:38 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC131715H                          Page 2 - End of Report

Apr. 8. 2019 11:11AM                                             No. 2194   P. 2/3

| PATIENT INFORMATION | REPORT STATUS  Final |
|---|---|
| **SPEARS, HALEY** | |

| QUEST DIAGNOSTICS INCORPORATED | ORDERING PHYSICIAN |
|---|---|
| CLIENT SERVICE 356.697.8378 | UNKNOWN PHYSICIAN |

DOB: REDACTED     Age: 32
GENDER: F     Fasting: U

| SPECIMEN INFORMATION | CLIENT INFORMATION |
|---|---|
| SPECIMEN:    WC989919G | 22290645 |
| | CCC PROFESSIONAL HOME CARE |
| REQUISITION: 8110189 | 104 SEBETHE DR STE 3 |
| LAB REF NO: | CROMWELL, CT 06416-1038 |

PHONE: 86093C0887

| COLLECTED: | C4/07/2010 | 08:40 |
|---|---|---|
| RECEIVED: | C4/08/2010 | 01:30 |
| REPORTED: | C4/08/2010 | 05:53 |

COMMENTS:     FAX 860-677-5406 FAX 860-829-4244

| Test Name | In Range | | Reference Range | Lab |
|---|---|---|---|---|

COPY RECEIVED FROM:

THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD. CT 06492

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **HEPATIC FUNCTION PANEL** | | | | QWA |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.0 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| **CBC (INCLUDES DIFF/PLT)** | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.26 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 83.6 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.3 H | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2477 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 3065 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 243 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |
| NEUTROPHILS | 38.7 | | % | |
| LYMPHOCYTES | 47.9 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

SPEARS, HALEY - WC989919G                        Page 1 - Continued on Page 2

Liberty003079

Apr. 8. 2010 11:12AM                                        No. 2194   P. 3/3

| PATIENT INFORMATION | REPORT STATUS  **Final** |
|---|---|
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED ▮▮▮▮

ORDERING PHYSICIAN
**UNKNOWN PHYSICIAN**

COLLECTED:  04/07/2010    08:40
REPORTED:   04/08/2010    05:53

SPEARS, HALEY - WC989919G                          Page 2 - End of Report

04/02/2010  11:25   2127992377          LYME RESOURCE          PAGE  01/01

**LYME RESOURCE MEDICAL, PC**
123 West 79th Street, New York, NY 10024
(212) 799-1121
(212) 799-2377

# Fax

TO: Dr Gianasi          FROM:

COMPANY:                DATE: 4/2/10

FAX: (860) 875-6224     TOTAL NO. OF PAGES (INCLUDING COVER:

PHONE:

RE:

COMMENTS:



- [ ] Urgent
- [ ] Please review
- [ ] Please comment
- [ ] For your records

Liberty003081

880-783-5799          4/2/2010 3:31:13 PM   PAGE    1/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

141 FARMINGTON AVENUE. WEST HARTFORD. CT 06107-2203 P(860)246-5589 F(860)290-4108  www.Jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4086489 | 04/02/10 | 1384063 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| KRISTIN GIANNINI, MD | REDACTED | 32 Y/F | (860) 308-2050 |

SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-8271

**Exam(s): US ABDOMEN COMPLETE - 76700**

History: Pain

Real-time ultrasound of the abdomen was performed.

Comparison: CT of 10/29/2009.

The liver is free of focal abnormalities. Echogenicity is normal.

Gallbladder contains sludge and small gallstones. These cannot be seen on previous CT scan. The gallbladder wall is of normal thickness. No pericholecystic fluid is present.

Biliary ductal system is unremarkable with nondilated intra and extrahepatic biliary ducts. Common bile duct measures approximately 3 mm.

Pancreas is unremarkable. It is of normal echotexture. No peripancreatic fluid collections are seen.

Right kidney is normal in size shape and position. It measures approximately 10.7 cm in length.

Left kidney is normal in size shape and position. It measures approximately 10.5 cm in length.

Spleen is normal in size without focal abnormalities. It measures approximately 9.7 cm in size.

Aorta is unremarkable without evidence of aneurysmal dilatation.

IVC unremarkable.

e· 4/2/2010 l: 3:29:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 1 of 2**         PTDXRP -1.   Printed on: 4/2/2010  3:30:00PM

Liberty003082

860-783-5799          4/2/2010 3:31:13 PM  PAGE   2/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-5799 F(860)290-4168  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4086489 | 04/02/10 | 1384063 |

AT THE REQUEST OF
**KRISTIN GIANNINI, MD**

**Exam(s):** US ABDOMEN COMPLETE - 76700

Impression: Multiple Tiny gallstones.

Thank you for referring your patient to us,

Marc Glickstein, MD.

(Electronically Signed - 4/2/2010  3:29:53PM)

cc: BERNARD RAXLEN. MD
    123 WEST 79TH STREET
    FIRST FLOOR
    NEW YORK, NY 10024

d: 4/2/2010 t: 3:29:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 2 of 2**          JPTDXRP - L     Printed on: 4/2/2010  3:30:09PM

Liberty003083

## LabProfile® · Laboratory Report

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEHETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860 829-4244

**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4452
Alt. Customer Service: (800) 733-0011
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED(33) | | F | 2010316104519 | 23005485 |
| Collected | Received | Nurse | | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | | Expected | Units | | Prior Results | |
|---|---|---|---|---|---|---|---|
| BASOPHIL % | 1 | | 0-3 | % | Mar, 16 10 | 1 | |
| ABSOLUTE NEUTROPHIL | 1.6 L | | 1.8-7 8 | x10E3/uL | Mar, 16 10 | 2.4 | |
| ABSOLUTE LYMPHOCYTE | 1.9 | | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 | |
| ABSOLUTE MONOCYTE | 0.5 | | 0.1-1.0 | x10E3/uL | Nar, 16 10 | 0.8 | |
| ABSOLUTE EOSINOPHIL | 0.2 | | 0.0-0.4 | x10E3/uL | Nar, 16 10 | 0.2 | |
| ABSOLUTE BASOPHIL | 0.0 | | 0.0-0.2 | x10E3/uL | Nar, 16 10 | 0.1 | |
| NRBC | | | | | Mar, 16 10 | | |
| HEMATOLOGY COMMENTS | | | | | Mar, 16 10 | | |
| BILIRUBIN,DIRECT | | | | | | | |
| BILIRUBIN,DIRECT | 0.1 | | 0.0-0.3 | mg/dL | | | |
| SGOT (AST) | | | | | | | |
| SGOT (AST) | 20 | | 0-31 | U/L | Mar, 16 10 | 27 | |
| SGPT (ALT) | | | | | | | |
| SGPT (ALT) | 16 | | 0-31 | U/L | Mar. 16 10 | 20 | |
| BILIRUBIN,TOTAL | | | | | | | |
| BILIRUBIN,TOTAL | 0.1 | | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 | |
| PROTEIN, TOTAL | | | | | | | |
| PROTEIN, TOTAL | 7.0 | | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 | |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 2 of 8

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty003084

## LabProfile® - Laboratory Report



**ACCOUNT NUMBER: 5858**
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT D6416
PHONE: 800-253-3738
FAX: 860-829-4244

## HOME HEALTHCARE LABORATORY
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.O.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Carrier | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | F | 2010316104518 | 23005485 |
| Collected | Received | Name | | Physician | | |
| 03-31-2010 15:55 | 04-01-2010 09:32 | JESKE, STEVEN | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3.4-4.6 | g/dL | Mar, 16 10 | 4.8 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/L | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10 | 4.31 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar, 16 10 | 11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar, 16 10 | 38.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar, 16 10 | 31.6 L |
| PLATELET | 235 | 140-415 | x10E3/uL | Mar, 16 10 | 280 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar, 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar, 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar, 16 10 | 4 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

10/21/2015 03:16 pm

NO. 9946 — F. 3/4 —

HALEY SPEARS DOI

REDACTED

FHCS SPECIALTY 860-632-3696

APR. 2. 2010 10:55AM

211/507

7H1317L50003

10/21/2015 03:16 pm

NO. 9946   P. 4/4

HALEY SPEARS DOB
REDACTED

PHCS SPECIALTY   860-632-3696

APR. 2. 2010 10:55AM

212/507

## LabProfile® - Laboratory Report



ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 960-829-4244

**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchel, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | | F | 2010316104519 | 23005485 |
| Collected | Received | Nurse | | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | DR LAUREN GOUIN | 860-649-5951 | 04-01-2010 11:39 |
| SENT | RAXLEN, BERNARD | 212-799-2377 | 04-01-2010 11:43 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty003086

7 I 31715 0003

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**
*of America*

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3735
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 622-4482
AL Customer Service: (800) 753-0511
www.hrla.com
Medical Director: W.M. Mitchel, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED ) | F | 2010316164519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | | Prior Results |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1.8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0.5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.7 |
| ABSOLUTE BASOPHIL | 0 0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0.1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| | | | | | |
| BILIRUBIN, DIRECT | | | | | |
| BILIRUBIN, DIRECT | 0.1 | 0.0-0.3 | mg/dL | | |
| SGOT (AST) | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| SGPT (ALT) | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| BILIRUBIN, TOTAL | | | | | |
| BILIRUBIN, TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| PROTEIN, TOTAL | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 622-4452
Alt. Customer Service: (800) 763-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | F | 2010316104519 | 23005485 |
| Collected | Received | Nurse | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | Mar, 16 10 | 4.6 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/L | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10 | 4.31 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar, 16 10 | 11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar, 16 10 | 35.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar, 16 10 | 31.8 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar, 16 10 | 260 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar, 16 10 | 39 L |
| LYMPHOCYTE % | 48 | 14-46 | % | Mar, 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10 | 13 |
| EOSINOPHR. % | 4 | 0-7 | % | Mar, 16 10 | 4 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty003088

10/21/2015 03:16 pm

HALEY SPEARS DOB

REDACTED

215/507

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY** *of America*

ACCOUNT NUMBER: 5656
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service (888) 522-4452
Alt. Customer Service (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | F | 2010316104519 | 23005485 |
| Collected | Received | Nurse | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | RAXLEN, BERNARD | | |

Valid patient results are dependant on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | | Expected | Units | Prior Results |
|---|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | DR LAUREN GOUIN | 860-649-6951 | 04-01-2010 11:39 |
| SENT | RAXLEN, BERNARD | 212-799-2377 | 04-01-2010 11:43 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

APR. 1. 2010  2:52PM          HHLA SPECIALTY  860-632-5696          NO. 9917   P. 4/4

7H31715003

Liberty003089

# PrescriptionSolutions

| | |
|---|---|
| Hours of Operation: | Address: |
| M-F 5am - 7pm* | 3515 Harbor Blvd |
| Sat. 6am - 3pm (PST) | M/S CA-106-0286 |
| **Date:** 08/16/11 | Costa Mesa, CA 92626 |

| To: | KRISTIN GIANNINI | From: | Prescription Solutions |
|---|---|---|---|
| Phone: | (860)872-8321 | Phone: | 1-800-711-4555 |
| Fax: | 8608756271 | Fax: | 1-800-527-0531 |
| Reference #: | PA-5202489 | Specialty Fax: | 1-800-853-3844 |
| RE: | Prior Authorization Request | | |

Patient Name: HALEY SPEARS

Patient ID#: 9816158801

Medication Name: SINGULAIR

Patient DOB: REDACTED

Decision Made: Denied

GPI/NDC: 44505050100520

## Decision Notes:

Singulair 5mg (chew 1-2 tablets daily: #60 per month) is denied for not meeting the quantity limit requirement. Your plan allows you to receive #1 per day (or #31 per 31 days). Medication authorization exceeding your benefit's monthly limit requires one of the following:
(1) For titration purposes; OR
(2) requested strength/dose is commercially unavailable; OR
(3) patient is on a dose alternating schedule.
Reviewed by: PDB, D.Ph.
Note: Singulair 10mg (take one tablet daily) will process at the pharmacy without prior authorization.

*Specialty Pharmacy is available by phone M-F 5am – 7pm (PST)*

Confidentiality Notice: This electronic fax transmission, including any attachments, contains information from Prescription Solutions that may be confidential and/or privileged, the disclosure of which is governed by applicable law. The information contained in this facsimile is intended only for the sole use of the individual(s) or entity named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited and will be vigorously prosecuted.

If you have received this electronic fax transmission in error, please notify the sender immediately and return the document(s) by mail to Prescription Solutions Privacy Office, 2300 Main St., M/S CA134-0501, Irvine, CA 92614.

Health care information is personal and sensitive information related to a person's health care. If health care information is included with this fax, it is being faxed to you after appropriate authorization or under circumstances that do not require authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without the additional consent of such person whose health care information is attached or as permitted by law is strictly prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

1

MAR. 25. 2010  2:29PM    FHCS SPECIALTY  860-632-3696                    NO. 9778   P. 2/3



| PATIENT INFORMATION | | | REPORT STATUS  **Final** |
|---|---|---|---|
| **SPEARS, HALEY** | | | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:     WC741398G
REQUISITION: 7905236
LAB REF NO:

DOB: REDACTED    Age: 32
GENDER: F

PHONE: 8603082050

ORDERING PHYSICIAN
**RAXLEN, BERNARD D**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:  03/24/2010    11:15
RECEIVED:   03/25/2010    03:38
REPORTED:   03/25/2010    06:34

| Test Name | | | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |

BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| | | | | QWA |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1 L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | | 32 L | 33-115 U/L | |
| AST | 14 | | 10-30 U/L | |
| ALT | 11 | | 6-40 U/L | |

WE RECEIVED YOUR HANDWRITTEN TEST ORDER AND PERFORMED
THE AMA DEFINED HEPATIC FUNCTION PANEL. IF THIS IS NOT
WHAT YOU INTENDED TO ORDER, PLEASE CONTACT YOUR LOCAL
CLIENT SERVICE REPRESENTATIVE IMMEDIATELY SO THAT WE MAY
ADJUST OUR BILLING APPROPRIATELY. YOU MAY ALSO INQUIRE
ABOUT ALTERNATIVE OR ADDITIONAL TESTING.

| | | | | QWA |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | 6.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.31 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 83.8 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.5 H | 11.0-15.0 % | |
| PLATELET COUNT | 249 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2691 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2703 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 527 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 249 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.4 | | % | |
| LYMPHOCYTES | 43.6 | | % | |

SPEARS, HALEY - WC741398G

Page 1 - Continued on Page 2

Liberty003091

MAR. 25. 2010  2:33PM    PHCS SPECIALTY  860-632-3696                    NO. 9778   P. 3/3

|  | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS  **Final** |  |
|---|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | DOB: REDACTED      Age: 32 | ORDERING PHYSICIAN<br>**RAXLEN, BERNARD D** | |
| COLLECTED:  03/24/2010    11:15 | Fasting: U | | |
| REPORTED:  03/25/2010    06:34 | | | |

| Test Name | | | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT)  (Continued) | | | | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.0 | | % | |
| BASOPHILS | 0.5 | | % | |

---

**Performing Laboratory Information:**

QWA   Quest Diagnostics, INC-Wallingford CT 8001 J Sterling Dr Wallingford CT 06492 Laboratory Director: Prasa Singh M D.

Liberty003092  218/507

From: Endocrinology - Retreat Ave - Connecticut Multispecialty Group - (60(Page 2 of 4          Sent On: 03:45 PM, Friday, March 12, 2010



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD
Jennifer Lloyd, APRN   Ruth Ferrarotti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 03/12/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
Pt notes a bit better but maybe not
is missing the armour frequently including the past 4 days  maybe >1/2 of doses over past 2 months.

**ROS**
No tremor
no palp.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY: RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed. RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Singulair 10 MG Oral Tablet;: RPT
EpiPen 0.3 MG/0.3ML (1 1000) Intramuscular Device,INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Ultram 50 MG Oral Tablet;: RPT
Migranal 4 MG/ML Nasal Solution;;; RPT
Lunesta 1 MG Oral Tablet;; RPT
Armour Thyroid 60 MG Oral Tablet;; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT.
**PMH**

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 08106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

1

Liberty003093

From: Endocrinology - Retreat Ave - Connecticut Multispecialty Group - (86)Page 3 of 4          Sent On: 03:45 PM, Friday, March 12, 2010

## RE: SPEARS, HALEY A.

No change to PMH.

**Vital Signs**
Recorded by Carrero,Katherine on 12 Mar 2010 03:00 PM
BP:106/64,  RUE,  Sitting,
HR: 64 b/min,  R Radial, Norm,
Height: 64.25 in, Weight: 113 lb. BMI: 19.2 kg/m2.
BSA Calculated: 1.54 ,
BMI Calculated: 19.25.

**Physical Exam**
    Patient was not observed to be obese
    General appearance: normal.
    A tremor was seen.

**Results**
Reviewed related lab results during this encounter
tsh 2.3 and 2.2 before and after armour.

**Assessment**
    • Hashimoto's thyroiditis  (245.2)
Well.
no need for the med prior and no sign of need now
Would recommend staying off the armour
TSH in 2 months and then yearly if normal

nodule is likely smaller
f/u the u.s. at f/u in late october

cc Dr Giannini.

**Orders**
TSH - 11661; Requested for: 12 Mar 2010.
Free T4 - 11778; Requested for: 12 Mar 2010.
T3, Total - 11779, Requested for: 12 Mar 2010.
Follow-up visit other; Requested for: 12 Mar 2010.

**Past Meds**
Folic Acid 1 MG Oral Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED
FOR PAIN; Qty20; R0; RPT.
Hydroxychloroquine Sulfate 200 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Qty60; R0; RPT.
Iophen C-NR 100-10 MG/5ML Oral Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS
NEEDED; Qty240; R0, RPT.
Maxalt-MLT 10 MG Oral Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY
REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); Qty12; R0; RPT.
Naprelan 500 MG Oral Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; Qty30; R0; RPT.
Topamax 25 MG Oral Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS.3TABS AT
BEDTIME X7DAYS; Qty42, R0, RPT.
~~Armour Thyroid 60 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; Qty30, R0, RPT.~~
~~Chemet 100 MG Oral Capsule; TAKE 5 CAPSULES EVERY 8 HOURS; Qty15; R0; RPT.~~
~~Doxycycline Hyclate 100 MG Oral Tablet;; Qty28; R0; RPT.~~
~~Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Lunesta 3 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME; Qty5; R0; RPT.~~
~~Motrin 750 MG/5ML Oral Suspension;TK ONE 1 EA PO BID; Qty255; R0; RPT~~
~~Singulair 5 MG Oral Tablet Chewable;TAKE 1 TABLET TWICE DAILY; Qty60; R0; RPT.~~
~~Vitamin D 50000 UNIT CAPS;TAKE 1 CAPSULE EVERY WEEK; Qty4; R0; RPT.~~

**Signature**

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT 06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

Liberty003094

10/21/2015 03:16 pm

MAR. 16. 2010 12:33PM FHCS SPECIAL'Y 860-632-3696 NO. 9596 P. 2/4

# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY *of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|
| SPEARS, HALEY | REDACTED ) | F | 2010318104519 | 22917162 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-15-2010 09:30 | 03-16-2010 10:46 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| **CBC WITH DIFF** | | | | |
| WBC | 6.2 | 4.0-10.5 | x10E3/uL | |
| RBC | 4.31 | 3.80-5.10 | x10E6/uL | |
| HGB | 11.5 | 11.5-15.0 | g/dl | |
| HCT | 36.4 | 34.0-44.0 | % | |
| MCV | 85 | 80-98 | fL | |
| MCH | 26.7 L | 27.0-34.0 | pg | |
| MCHC | 31.6 L | 32.0-36.0 | g/dL | |
| PLATELET | 260 | 140-415 | x10E3/uL | |
| NEUTROPHIL % | 39 L | 40-74 | % | |
| LYMPHOCYTE % | 43 | 14-46 | % | |
| MONOCYTE % | 13 | 4-13 | % | |
| EOSINOPHIL % | 4 | 0-7 | % | |
| BASOPHIL % | 1 | 0-3 | % | |
| ABSOLUTE NEUTROPHIL | 2.4 | 1.8-7.8 | x10E3/uL | |
| ABSOLUTE LYMPHOCYTE | 2.7 | 0.7-4.5 | x10E3/uL | |
| ABSOLUTE MONOCYTE | 0.8 | 0.1-1.0 | x10E3/uL | |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | |
| ABSOLUTE BASOPHIL | 0.1 | 0.0-0.2 | x10E3/uL | |
| NRBC | | | | |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

HALEY SPEARS REDACTED

7H317150003

# LabProfile® - Laboratory Report



**ACCOUNT NUMBER: 5658**
PROFESSIONAL HOME CARE SERVICES; CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL, CT 06416
PHONE: 800-253-3736
FAX: 860-829-4244

**HOME HEALTHCARE OF AMERICA**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 622-4452
All Customer Service: (800) 753-0611
www.hhla.com
Medical Director: W.U. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---------|--|--|---------------|--|--------|-----------|-----------------|
| SPEARS, HALEY | | | REDACTED | | F | 201031610451? | 22917162 |

| Collected | Received | Nurse | Physician |
|-----------|----------|-------|-----------|
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|------|----------------|----------|-------|---------------|
| HEMATOLOGY COMMENTS | | | | |
| **COMPREHENSIVE PANEL** | | | | |
| SODIUM | 138 | 133-145 | mmol/L | |
| POTASSIUM | 4.0 | 3.5-5.2 | mmol/L | |
| CARBON DIOXIDE | 22 | 22-29 | mmol/l | |
| CHLORIDE | 101 | 96-108 | mmol/L | |
| GLUCOSE | 77 | 74-106 | mg/dl | |
| BUN | 18 | 6-20 | mg/dL | |
| CREATININE | 0.64 | 0.50-1.00 | mg/dl | |
| BUN/CREAT RATIO | 28 H | 8-27 | | |
| TOTAL GLOBULIN | 2.2 | 1.5-4.5 | g/dL | |
| A/G RATIO | 2.1 | 1.1-2.5 | | |
| GLOM FILT RATE | >59 | >59 | mL/min/1.73 | |
| IF AFRICAN AMERICAN | >59 | >59 | mL/min/1.73 | |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty003096

# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES-CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3736
FAX: 860-829-4244

**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
All. Customer Service: (800) 783-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | F | 2010315104519 | 22917162 |
| Collected | Received | Nurse | | Physician | | |
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | | ZAGAR, DARIO | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| CALCIUM | 9.2 | 8.4-10.2 | mg/dL | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | |
| ALKALINE PHOSPHATASE | 35 | 35-104 | U/L | |
| SGOT (AST) | 27 | 0-31 | U/L | |
| SGPT (ALT) | 20 | 0-31 | U/L | |
| TOTAL BILIRUBIN | 0.2 | 0.0-1.0 | mg/dL | |
| TOTAL PROTEIN | 6.8 | 6.4-8.3 | g/dL | |

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | ZAGAR, DARIO | 203-333-3937 | 03-16-2010  11:48 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty003097



State of Connecticut
Department of Social Services

Medical Report
(For Medicaid Disability and SAGA Cash Benefits)

W-300
(Rev. 11/08)

Dear Medical Provider:

The individual named on page three has applied for assistance with the Department of Social Services. He or she has acknowledged physical and/or mental health problems that prevent employment. Please complete this form so that we may verify eligibility for Medicaid disability or State Administered General Assistance (SAGA) unemployability benefits. To qualify, the individual must have a severe mental or physical impairment, or a combination of impairments that will preclude employment for at least six months (SAGA) or twelve months (Medicaid).

Instructions for completing the form:

- Complete Section A., General Information. Complete other sections only if they are relevant to the conditions for which you are providing treatment.

  **Medical providers, please take note.** If this individual is applying for the Medicaid for the Employed Disabled (MED) program, he or she may be eligible even if he or she is employed as long as there is a significant impairment that would normally be considered disabling. You will need to complete the form in full for an MED applicant.

  This individual is applying for MED.  ☐ Yes  ☐ No

- Please provide objective medical evidence, including copies of any diagnostic test results that substantiate the listed conditions. If you recently submitted this information to the Social Security Administration, or if your progress notes provide this information, you may substitute copies of those materials.

- Please tell us how the patient's symptoms, including possible side effects of medication, affect his or her ability to perform activities of daily living and function in the workplace. Specifically, what can the patient no longer do as a result of his or her health problems?

- Please tell us about how the combined effect of multiple conditions impacts this patient's ability to work, if applicable.

- If this patient has chronic conditions that have deteriorated over time, please tell us how and over what period of time the condition has worsened. What is the prognosis for the future?

- If you know of other providers that are treating this patient, please let us know so that we may contact them.

- If you know of diagnostic tests that have been taken but you do not know the results, please let us know from whom the results may be obtained.

- Return the completed form to the DSS worker named on page 2 of this form. Please feel free to contact the worker if you have any questions.

Thank you for taking the time to provide information on behalf of your patient.

| Medical Report | Patient Name  HALEY SPEARS | Page 2 of 10 |

| Please return this form to: | CCC use only |
|---|---|
| DSS Worker: | Date Received: |
| Address: | Date Due: |
| Phone:          Fax: | Tracking Number: |

## Release of Information

Name of Doctor, Clinic or Hospital: _____

I hereby authorize the medical professional named above to release or disclose to the state of Connecticut, Department of Social Services and/or Colonial Cooperative Care, Inc. the following information:

All medical records or other information regarding my treatment, hospitalization and/or outpatient care for my condition including: psychological and psychiatric impairments, drug and alcohol abuse, sickle cell anemia, AIDS, sexually transmitted diseases, tests for HIV, and how my health problems affect my activities of daily living and my ability to work.

I authorize a photocopy or fax of this release to be accepted with the same authenticity as the original. I understand that I may withdraw this authorization in writing at any time, except for action already taken. Unless I have cancelled it, this authorization will expire when a determination is made with regard to my eligibility for Medicaid disability and/or SAGA unemployability benefits.

_____          _____
Signature of Patient or Other Legal Representative          Date

## Billing and Payment Instructions

Please access the Automated Eligibility Verification System (AEVS) for confirmation of eligibility.

If SAGA eligibility is confirmed, you will need to be enrolled as a CHNCT provider in order to be paid. Please call CHNCT Provider Relations at (800) 440-5071 to enroll and for billing instructions.

Submit claims for all other eligibility categories to EDS, P.O. Box 2941, Hartford, Ct. 06104. Submit your claim on a CMS 1500 form.

Important: You must attach form W-513, "Request for Medical Payment" to the CMS 1500 in order to be paid.

Medical Report                                                                Page 3 of 10

Patient Name: *Haley Spears*                    DSS Client ID #: REDACTED _____

Telephone # *860.308.2050*                      Date of Birth: REDACTED _____

Gender:        ☐ Male      ☒ Female

---

**Section A.   General Information**

3. How long do you expect that the patient will be unable to work?
   ☐ Less than 2 months              ☐ 2 months or more, but less than 6 months
   ☐ 6 months or more               ☒ 12 months or more

   If you checked either that the patient will be unable to work "Less than 2 months" or "2 months or more, but less than 6 months", **stop**.  Proceed to page 10 and complete the signature section.

---

4. Please tell us how the patient's diagnosis, symptoms and prognosis impact his or her ability to work.  Consider the effects of medications the patient may be taking for these conditions.

5. If this condition has recently deteriorated, please explain.

   N/A

---

Medical Report       Patient Name   *HALEY S SPEARS*       Page 4 of 10

**Please note:** If the patient has mental health or substance abuse issues only, with no significant physical involvement, skip to Section D., "Mental Status Information" on page 6.

## Section B. Clinical Information

1. Date first seen:   3/10/09

2. Date last seen:   1/20/10

3. Height 64.25 in   Weight 113   Blood pressure 106/60

4. Are there indications of mental health issues or substance abuse? ☐ Yes ☑ No ☐ Unknown

5. Please provide objective clinical findings in the following table (or substitute office notes).

| Diagnosis | Supporting Symptoms | Objective Findings | Supportive Test Results (enter test, date of test and results or attach actual test results) |
|---|---|---|---|
| Primary: Chronic Lyme Onset: / / | | | |
| Secondary: HA Onset: / / | | | |
| Secondary: fatigue Onset: / / | | | |
| Other: memory loss Onset: / / | | | |

## Section C. Physical Capacities Evaluations

1. In terms of the patient's ability to perform during an 8-hour workday with normal breaks, the patient can:

| Activity | Never | 1 Hour | 2 Hours | 3 Hours | 4 Hours | 5 Hours | 6 Hours | 7 Hours | 8 Hours |
|---|---|---|---|---|---|---|---|---|---|
| Sit | | | ✓ | | | | | | |
| Stand | ✓ | | | | | | | | |
| Walk | ✓ | | | | | | | | |

Medical Report       Patient Name  HALEY SPEARS                Page 5 of 10

**2. The patient can lift:**

| Weight patient can lift | Never | Occasionally (1-33% of time on job) | Frequently (34-66% of time on job) | Continuously (67-100% of time on job) |
|---|---|---|---|---|
| Up to 5 lbs. | | X | | |
| 6-10 lbs. | ✓ | | | |
| 11-20 lbs. | ✓ | | | |
| 21-25 lbs. | ✓ | | | |

**3. The patient can carry:**

| Weight patient can carry | Never | Occasionally (1-33% of time on job) | Frequently (34-66% of time on job) | Continuously (67-100% of time on job) |
|---|---|---|---|---|
| Up to 5 lbs. | | X | | |
| 6-10 lbs. | ✓ | | | |
| 11-20 lbs. | ✓ | | | |
| 21-25 lbs. | ✓ | | | |

**4. The patient can use hands for repetitive action such as: (check yes or no)**

| Hand | Simple Grasping? | | Push and Pull Arm Controls? | | Fine Manipulation? | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| Right | X | X | X | X | X | X |
| Left | X | | X | | X | |

**5. The patient can use feet repetitively for pushing and pulling leg controls:**

| Foot | Yes | No | Comments |
|---|---|---|---|
| Right | X | | |
| Left | X | | |

**6. The patient is able to:**

| Activity | Never | Occasionally (1-33% of time on job) | Frequently (34-66% of time on job) | Continuously (67-100% of time on job) |
|---|---|---|---|---|
| Bend | | X | | |
| Squat | | X | | |
| Crawl | | X | | |
| Climb | X | | | |
| Reach | X | | | |

Liberty003102

Medical Report        Patient Name___HALEY SPEARS___        Page 6 of 10

7. To what extent can the patient be involved in the following activities?

| Activity | Never | Occasionally (1-33% of time on job) | Frequently (34-66% of time on job) | Continuously (67-100% of time on job) |
|---|---|---|---|---|
| Unprotected heights | X | | | |
| Being around moving machinery | X | | | |
| Exposure to marked changes in temperature and humidity | | | | X |
| Driving automotive equipment | X | | | |
| Exposure to dust and fumes | X | | | |

8. Please list any assistive equipment (cane, walker, etc.) required to perform any activities listed in this section (Physical Capacities Evaluations) of the form.

_None_

## Section D. Mental Status Information

Complete this section if this patient has mental health issues that affect his or her ability to work. These may range from situational anxiety or mild depression to clinical depression or chronic, severe mental illness, and/or substance abuse. Some individuals seek treatment for these conditions from their primary care physician or general practitioner rather than mental health clinicians. If you are not a mental health clinician, you may skip question 5 unless you have access to this information.

1. Does this patient have mental health or substance abuse issues that impact his or her ability to work?    ☐ Yes    ☑ No    ☐ Unknown

   If you checked "No" or "Unknown" go directly to section F. on page 9.

2. If you answered "Yes", please summarize the patient's diagnosis, symptoms and prognosis as they affect his or her ability to work. Consider the effects of medications that patient may be taking for this condition.

_____

3. This disorder is:    ☑ a single episode    ☑ an exacerbation of a chronic illness

4. If it is a recurrence, is there a cyclical pattern?    ☐ Yes    ☐ No
   If yes, how frequent? _____

5. Please provide all five axes of a DSM-IF diagnosis, if you know:

   Axis I _____    Axis II _____    Axis III _____    Axis IV _____

   Axis V GAF score:    current _____    highest level in past year _____

Medical Report        Patient Name: HALEY SPEARS        Page 7 of 10

## Section E. Mental Residual Functional Capacity Assessment

### 1. Understanding and Memory

| Function | No Evidence of Limitation in this Category | Not Significantly Limited (can consistently and usefully perform) | Moderately Limited (capacity to perform the activity is diminished) | Markedly Limited (cannot usefully perform or sustain the activity) |
|---|---|---|---|---|
| Remember locations & work-like procedures | | | | X |
| Understand and remember very short, simple instructions | | | | X |
| Understand and remember detailed instructions | | | | X |

### 2. Sustained Concentration and Persistence

| Function | No Evidence of Limitation in this Category | Not Significantly Limited (can consistently and usefully perform) | Moderately Limited (capacity to perform the activity is diminished) | Markedly Limited (cannot usefully perform or sustain the activity) |
|---|---|---|---|---|
| Carry out very short, simple instructions | | | X | |
| Carry out detailed instructions | | | | X |
| Maintain attention and concentration for extended periods | | | | X |
| Perform activities within a schedule, maintain regular attendance, be punctual within customary tolerances | | | | X |
| Sustain an ordinary routine without special supervision | | | | X |
| Work in coordination with or proximity to others without being distracted by them | | | | X |
| Make simple work-related decisions | | | X | |
| Complete a normal workday/workweek without interruptions from psychologically based symptoms. Perform at a consistent pace without an unreasonable number and length of rest periods | | | | X |

Medical Report          Patient Name  HALEY SPEARS          Page 8 of 10

## 3. Social Interaction

| Function | No Evidence of Limitation in this Category | Not Significantly Limited (can consistently and usefully perform) | Moderately Limited (capacity to perform the activity is diminished) | Markedly Limited (cannot usefully perform or sustain the activity) |
|---|---|---|---|---|
| Interact appropriately with the general public | X | | | |
| Ask simple questions or request assistance | | | X | |
| Accept instructions and respond appropriately to criticism from supervisors | X | | X | X |
| Get along with co-workers or peers without distracting them or exhibiting behavioral extremes | X | | | |
| Maintain socially appropriate behavior and adhere to basic standards of neatness and cleanliness | X | | | |

## 4. Adaptation

| Function | No Evidence of Limitation in this Category | Not Significantly Limited (can consistently and usefully perform) | Moderately Limited (capacity to perform the activity is diminished) | Markedly Limited (cannot usefully perform or sustain the activity) |
|---|---|---|---|---|
| Respond appropriately to changes in the work setting | | | X | |
| Be aware of normal hazards and take appropriate precautions | | | X | |
| Travel in unfamiliar places or use public transportation | | | | X |
| Set realistic goals or make plans independently of others | | | | X |

7H317150003

Medical Report           Patient Name   HALEY SPEARS           Page 9 of 10

## Section F. Hospitalizations and In-patient Treatment

Please list hospitalizations and other in-patient admissions within the last five (5) years. Please include both medical and mental health admissions.

| Dates of Admission | Facility | Reason for Admission and Treatment Received |
|---|---|---|
| 9/11/09 | Hartford Hospital | Sepsis |
| 2/09 | Bridgeport St Vincents | Picc line insert & blood cultures |
| 9/09 | Hartford Hospital | Picc Line insert x rays |
| 1/09 + 6/09 | Yale | MRI |
| 8/08 + 10/08 | St. Francis | MRI(s) |
| | t | |

## Section G. Outpatient Treatment

Please indicate outpatient treatments received within the last five (5) years. Please do not include routine office visits.

| Treatment | Date(s) | Description/Comments |
|---|---|---|
| Rehabilitation (PT,OT, speech, etc.) | 12/08 - 2/09 | PT |
| Counseling | | |
| Dialysis | | |
| Chemotherapy | | |
| Radiation | | |
| Other: | 11/08 | abdominal ultrasound, thyroid ultrasound |
| Other: | 9/09, 3/09 | PICC line inserted + xrays |
| Other: | 2/09 | Spinal tap |

Liberty003106

**Medical Report**  Patient Name: HALEY SPEARS  Page 10 of 10

## Section H. Medications

Please list all prescribed drugs that alone, or in combination with other drugs, may affect the patient's ability to work.

| Medication | Is patient compliant with medications? | Please note any effects of this medication that impact this patient's ability to work. For example, significantly high dosage, severe side effects, etc. |
|---|---|---|
| ultram | ☒ Yes ☐ No ☐ Unknown | |
| prevacid | ☒ Yes ☐ No ☐ Unknown | |
| asacol | ☒ Yes ☐ No ☐ Unknown | |
| famotidine | ☒ Yes ☐ No ☐ Unknown | |
| topamax | ☒ Yes ☐ No ☐ Unknown | |
| singulair | ☒ Yes ☐ No ☐ Unknown | |
| lexapro | ☒ Yes ☐ No ☐ Unknown | |

## Signature Instructions

Thank you for taking the time to complete this form on behalf of your patient who has applied for assistance.  Please print (or stamp) your name and sign below.  This form may be signed by a licensed M.D., D.O., Psychologist, Optometrist, or, for diseases or injuries of the foot, a Podiatrist.  If you are another type of medical professional, for example, a nurse practitioner or a Physician's Assistant, you may complete this form but it must be co-signed by a licensed M.D., D.O., Psychologist, Optometrist or Podiatrist.

Kristin G _____  
Name of person completing this form (print)

MD  
Title

_____  
Signature

Name of person co-signer, if required (print)

Title

Signature

FP  
Provider type (specialty)

039739  
License Number

1/20/10  
Date

860 872-8324  
Telephone Number

860 979-0026  
Fax Number

HALEY SPEARS DOB REDACTED

Liberty003107

DEC. 16. 2009  3:05PM      FHCS SPECIALTY  860-632-3696                    NO. 7013    P. 2/3

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC020178F
REQUISITION: 6452831

COLLECTED:  12/15/2009    12:16 ET
RECEIVED:   12/16/2009    02:36 ET
REPORTED:   12/16/2009    06:51 ET

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|
| SPEARS,HALEY | |

SUPERVISING PHYSICIAN
DOB: REDACTED AGE: 32      ZAGAR,DARIO
GENDER: F FASTING: U

ID:                        CLIENT INFORMATION
PHONE: 860.930.0887        NE22103203              60010000
                           ASSOCIATED NEUROLOGISTS
                           76 KINGS HWY
                           FAIRFIELD, CT 06825-4823

                           PROVIDER:
                           BAXLEN MD

COMMENTS: GOUIN LAUREN,    FHCS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 86 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.00 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 21 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.83 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.0  L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.2  L | 35.0-45.0 % | |
| MCV | 86.7 | | 80.0-100.0 fL | |
| MCH | 28.7 | | 27.0-33.0 pg | |
| MCHC | 33.1 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 275 | | 140-400 Thousand/uL | |

SPEARS,HALEY - WC020178F                    Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 00-10APS.  7/01
12/16/09  04:14  8180T021  1/3

Liberty003108

DEC. 16. 2009 3:06PM FHCS SPECIALTY 860-632-3695 NO. 7013 P. 3/3

Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 12/15/2009 12:15 ET
REPORTED: 12/16/2009 06:51 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

SUPERVISING PHYSICIAN
ZAGAR,DARIO

PROVIDER:
RAXLEN MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1526 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2210 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 563 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 171 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 33.9 | | % | |
| LYMPHOCYTES | 49.1 | | % | |
| MONOCYTES | 12.5 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492
Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

SPEARS,HALEY - WC020178F Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved.
12/16/09 09:11 [illegible] 3/3

7H317150003

DEC. 9. 2009 11:32AM     FHCS SPECIALTY  860-632-3699                    NC. 6809   P. 2/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC894394E
REQUISITION: 6337044

COLLECTED: 12/08/2009   15:20 ET
RECEIVED:  12/09/2009   02:22 ET
REPORTED:  12/09/2009   10:07 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.645.9997

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NEZ2103203                    60010000
ASSOCIATED NEUROLOGISTS
76 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QUA |
| GLUCOSE | 68 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.65 | | 0.58-1.00 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 100 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15   L | 21-33 mmol/L | |
| | | | VERIFIED BY REPEAT ANALYSIS | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1   L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2   L | 35.0-45.0 % | |
| MCV | 87.2 | | 80.0-100.0 fL | |
| MCH | 29.1 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | 11.0-15.0 % | |

SPEARS.HALEY - WC894394E

Liberty003110

7H317150003

DEC. 9.2009 11:32AM     PHCS SPECIALTY  860-632-3696                    NO. 6309   P. 3/3

 **Quest Diagnostics**

|                                          | PATIENT INFORMATION         | REPORT STATUS FAX COPY     |
|                                          | SPEARS,HALEY                |                            |
| QUEST DIAGNOSTICS INCORPORATED           | DOB: REDACTED AGE: 32       | ORDERING PHYSICIAN         |
|                                          | GENDER: F FASTING: U        | ZAGAR,DARIO                |

COLLECTED:  12/08/2009     15:20 ET
REPORTED:   12/09/2009     10:07 ET

| Test Name             | In Range | Out of Range | Reference Range       | Lab |
|-----------------------|----------|--------------|-----------------------|-----|
| PLATELET COUNT        | 255      |              | 140-400 Thousand/uL   |     |
| MPV                   | 9.0      |              | 7.5-11.5 fL           |     |
| ABSOLUTE NEUTROPHILS  | 1793     |              | 1500-7800 cells/uL    |     |
| ABSOLUTE LYMPHOCYTES  | 1835     |              | 850-3900 cells/uL     |     |
| ABSOLUTE MONOCYTES    | 403      |              | 200-950 cells/uL      |     |
| ABSOLUTE EOSINOPHILS  | 147      |              | 15-500 cells/uL       |     |
| ABSOLUTE BASOPHILS    | 21       |              | 0-200 cells/uL        |     |
| NEUTROPHILS           | 42.7     |              | %                     |     |
| LYMPHOCYTES           | 43.7     |              | %                     |     |
| MONOCYTES             | 9.6      |              | %                     |     |
| EOSINOPHILS           | 3.5      |              | %                     |     |
| BASOPHILS             | 0.5      |              | %                     |     |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0003126

SPEARS,HALEY - WCB94594E                          Page 2 - End of Report‖

Liberty003111

7H317150003

DEC. 2.2009 11:32AM     FHCS SPECIALTY  860-632-3696                    NO. 6557   P. 2/3

| PATIENT INFORMATION | REPORT STATUS  **Final** |
|---|---|
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:    WC759212E
REQUISITION: 6217477
LAB REF NO:

DOB: REDACTED      Age: 32
GENDER: F      Fasting: U

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
2220C645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1C38

COLLECTED:  12/01/2009     13:00
RECEIVED:   12/02/2009     01:52
REPORTED:   12/02/2009     06:49

| Test Name | | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS | | |
| | | 75 KINGS HWY | | |
| | | FAIRFIELD, CT 06825-4823 | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 9C | | 65-99 mg/dL | |
| | | | INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | C.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 11C | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 17 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 40 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.42 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.2 | | 35.0-45.0 % | |
| MCV | 95.4 | | 80.0-100.0 fL | |
| MCH | 28.8 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 289 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3033 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2904 | | 850-3900 cells/uL | |

SPEARS,HALEY - WC759212E                          Page 1 - Continued on Page 2

Liberty003112

DEC. 2.2009 11:32AM     FHCS SPECIALTY 860-632-3696            NO. 6557   P. 3/3

| | | |
|---|---|---|
| **PATIENT INFORMATION**<br>**SPEARS, HALEY** | | **REPORT STATUS    Final** |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED ▮▮▮▮

**ORDERING PHYSICIAN**
**ZAGAR, DARIO**

COLLECTED:   12/01/2009   13:00
REPORTED:    12/02/2009   06:49

| Test Name | ▮▮▮▮ | Reference Range | Lab |
|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | |
| ABSOLUTE MONOCYTES | 831 | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 320 | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 43 | 0-200 cells/uL | |
| NEUTROPHILS | 42.3 | % | |
| LYMPHOCYTES | 40.9 | % | |
| MONOCYTES | 11.7 | % | |
| EOSINOPHILS | 4.5 | % | |
| BASOPHILS | 0.6 | % | |

-----------------------------------------------------------------------------

Performing Laboratory Information:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SPEARS,HALEY - WC756212E                              Page 2 - End of Report

▮▮▮▮▮▮▮▮▮

NOV. 25. 2009 11:53AM   FHCS SPECIALTY 860-632-3696      NO. 6468 P. 2/3

| | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS  **Final** |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 866.697.8378 | DOB: REDACTED   Age: 32<br>     Fasting: U | ORDERING PHYSICIAN<br>**ZAGAR, DARIO**<br>CLIENT INFORMATION |
| SPECIMEN INFORMATION<br>SPECIMEN:  WC663256E<br>REQUISITION: 6140820<br>LAB REF NO: | PHONE: 8609300887 | 22200645<br>CCC PROFESSIONAL HOME CARE<br>104 SEDETHE DR STE 3<br>CROMWELL, CT 06416-1038 |
| COLLECTED:  11/24/2009   12:45<br>RECEIVED:  11/25/2009   01:27<br>REPORTED:  11/25/2009   06:54 | | **RAXLEN MD/G.LAUREN** |

| Test Name | | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS<br>75 KINGS HWY<br>FAIRFIELD, CT 06825-4823 | | |
| COMPREHENSIVE METABOLIC<br>PANEL W/EGFR | | | | CWA |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN<br>AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 96-110 mmol/L | |
| **CARBON DIOXIDE** | | 20 L | 21-33 mmol/L | |
| **CALCIUM** | | 8.4 L | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | CWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
| **HEMOGLOBIN** | | 11.5 L | 11.7-15.5 g/dL | |
| **HEMATOCRIT** | | 34.4 L | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1732 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2480 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC663256E

Page 1 - Continued on Page 2

10/21/2015 03:16 pm     HALEY SPEARS DOB REDACTED     Liberty003114

NOV. 25. 2009 11:53AM    PHCS SPECIALTY  860-632-3696          NO. 6468    P. 3/3

| | PATIENT INFORMATION **SPEARS, HALEY** | | REPORT STATUS   **Final** |
|---|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | | | ORDERING PHYSICIAN |
| | DOB: REDACTED        Age: 32 | | **ZAGAR, DARIO** |
| COLLECTED:  11/24/2009   12:45 | | Fasting: U | |
| REPORTED:  11/25/2009   06:54 | | | **RAXLEN MD/G. LAUREN** |

| Test Name | | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT)  (Continued) | | | | |
| ABSOLUTE MONOCYTES | 624 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 328 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 33.3 | | % | |
| LYMPHOCYTES | 47.7 | | % | |
| MONOCYTES | 12.0 | | % | |
| EOSINOPHILS | 6.3 | | % | |
| BASOPHILS | 0.7 | | % | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Performing Laboratory Information:**

QMA   Quest Diagnostics, LLC Wallingford CL 031: ) Staffing Dr Wallingford CT  05492 Laboratory Director: Neena Singh M.D.

SPEARS,HALEY - WC66325€B                                        Page 2 - End of Report

NOV. 18. 2009 10:53AM    FHCS SPECIALTY 860-632-3696    NO. 6155    P. 2/3

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC531264E
REQUISITION: 6030453

COLLECTED:  11/17/2009   11:45 ET
RECEIVED:   11/17/2009   20:50 ET
REPORTED:   11/18/2009   06:54 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN

CLIENT INFORMATION
NE22103203                   60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | | QWA |
| PANEL W/EGFR | | | | | |
| GLUCOSE | 78 | | | 65-99 mg/dL | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | | 7-25 mg/dL | |
| CREATININE | 0.67 | | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | | |
| SODIUM | 139 | | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20 | L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | | 33-115 U/L | |
| AST | 18 | | | 10-30 U/L | |
| ALT | 17 | | | 6-40 U/L | |
| | | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.7 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.84 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.3 | L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.6 | L | 35.0-45.0 % | |
| MCV | 87.6 | | | 80.0-100.0 fL | |
| MCH | 29.4 | | | 27.0-33.0 pg | |
| MCHC | 33.6 | | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | | 11.0-15.0 % | |
| PLATELET COUNT | 269 | | | 140-400 Thousand/uL | |
| MPV | 8.7 | | | 7.5-11.5 fL | |

SPEARS,HALEY - WC531264E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CD-XPAP8. 7/01

11/18/09  06:16  099203  1/3

Liberty003116

7H317150003

NOV. 18 2009 10:55AM    FHCS SPECIALTY  860-632-3696              NO. 6155   P. 3/3


Quest
Diagnostics.

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|
| SPEARS,HALEY | |

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
DOB: REDACTED AGE: 32    BAXLEN

COLLECTED:  11/17/2009    11:45 ET    GENDER: F FASTING: U
REPORTED:   11/18/2009    06:54 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 1589 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2327 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 555 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 268 | | 15-600 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 32.1 | | % | |
| LYMPHOCYTES | 49.5 | | % | |
| MONOCYTES | 11.8 | | % | |
| EOSINOPHILS | 5.7 | | % | |
| BASOPHILS | 0.9 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (212) 799-2377
Queued to:  (860) 677-5405

DUPLICATE REPORT WILL BE SENT TO:          CCC PROFESSIONAL HOME CARE
                                            104 SEBETHE DR STE 3
                                            CROMWELL, CT 06416-1038

SPEARS,HALEY - WC531254E                              Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved, (c)-2009.  VT1

Liberty003117

7H317150003

NOV. 12. 2009 10:53AM   FHCS SPECIALTY   860-632-3699                NC. 5947   P. 2/3


Quest
Diagnostics

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | **PATIENT INFORMATION**  SPEARS,HALEY |
| CLIENT SERVICE 1-866-697-8378 | **DOB:** REDACTED **AGE:** 32 |
| | **GENDER:** F **FASTING:** N |

**REPORT STATUS FAX COPY**

**ORDERING PHYSICIAN**
DARIO LAGAR MD

**CLIENT INFORMATION**
NE22100001                         60690200
THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD, CT 06492

**SPECIMEN INFORMATION**
SPECIMEN:  WC428241E            **ID:**
REQUISITION: 5943634             **PHONE:**

COLLECTED:  11/11/2009   17:30 ET
RECEIVED:   11/11/2009   21:57 ET
REPORTED:   11/12/2009   08:31 ET

**COMMENTS: ALSO FAX 8606775406**

| Test Name | | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.63 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15    L | 21-33 mmol/L | |
| | | | VERIFIED BY REPEAT ANALYSIS | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 7.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.87 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2   L | 35.0-45.0 % | |
| MCV | 88.2 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |

SPEARS,HALEY - WC428241E                          Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated icon and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. W-IPAPL  7/01

11/12/09  08:31 A372230   1/1

Liberty003118

7H317150003

NOV. 12. 2009 10:51AM    PHC3 SPECIALTY 860-632-3696           NO. 5947   P. 3/3


**Quest**
**Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 11/11/2009    17:30 ET
REPORTED: 11/12/2009    08:31 ET

PATIENT INFORMATION          REPORT STATUS FAX COPY
SPEARS, HALEY

DOB: REDACTED AGE: 32        ORDERING PHYSICIAN
GENDER: F FASTING: N         DARIO LAGAR MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 288 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 4375 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1841 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 615 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 126 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 62.5 | | % | |
| LYMPHOCYTES | 26.3 | | % | |
| MONOCYTES | 8.8 | | % | |
| EOSINOPHILS | 1.8 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QUA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 5 STERLING DRIVE, WALLINGFORD, CT 06492
     Laboratory Director: NEENA SINGH, MD, CLIA: 07D0003126

     Your request to have a duplicate copy faxed has been acknowledged.
     Queued to: (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:      DARIO LAGAR MD
                                        45 KINGS HIGHWAY CUTOFF
                                        FAIRFIELD.CT 06840

SPEARS,HALEY - WC428241E                              Page 2 - End of Report||

Note1, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DS-4PUR  7/11

segment



7H317150003

NOV. 4 2009  4:07PM    PHCS SPECIALTY  860-632-3696

NO. 5592   P. 2/3

## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC271559E
REQUISITION: 5791424

COLLECTED:  11/03/2009
RECEIVED:   11/03/2009   21:37 ET
REPORTED:   11/04/2009   06:22 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0867

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN,BERNARD

CLIENT INFORMATION
NEZZ170668                 60010000
BERNARD BAXLEN, M.D.
123 W 79TH ST
NEW YORK. NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111 H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17 L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 4.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.0 | | 35.0-45.0 % | |
| MCV | 87.5 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 239 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC271559E

Page 1 - Continued on Page 2

HALEY SPEARS DOB REDACTED

NOV. 4.2009 4:07PM   FHCS SPECIALTY 860-632-3696          NC. 5692   P. 3/3


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 11/03/2009
REPORTED: 11/04/2009   06:22 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN, BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2167 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1545 | | 950-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 552 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 313 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 23 | | 0-200 cells/uL | |
| NEUTROPHILS | 47.1 | | % | |
| LYMPHOCYTES | 33.6 | | % | |
| MONOCYTES | 12.0 | | % | |
| EOSINOPHILS | 6.8 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

       Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to: (860) 677-5406

SPEARS, HALEY - WC271539E                        Page 2 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 10/12/09. 7/01
11/04/09  04:21  #142017  1/3

OCT. 28. 2009 11:42AM    FHCS SPECIALTY  860-632-3696                    NO. 5297——P. 2/3

Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC146428E
REQUISITION: 5669343

COLLECTED:  10/27/2009    15:45 ET
RECEIVED:   10/27/2009    23:57 ET
REPORTED:   10/28/2009    05:46 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER:    FASTING: U

ID:
PHONE:

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
DR. BAND ZAGAR

CLIENT INFORMATION
NE22100001                69502200
THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD. CT 06492

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | | 63  L | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.64 | | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:    0.79-1.33
FEMALE:  0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | | | |
|---|---|---|---|
| SODIUM | 137 | | 135-146 mmol/L |
| POTASSIUM | 4.7 | | 3.5-5.3 mmol/L |
| CHLORIDE | 105 | | 98-110 mmol/L |
| CARBON DIOXIDE | | 18  L | 21-33 mmol/L |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL |
| PROTEIN. TOTAL | 6.6 | | 6.2-8.3 g/dL |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL |
| GLOBULIN | 2.3 | | 2.1-3.9 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) |
| BILIRUBIN. TOTAL | 0.3 | | 0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L |
| AST | 17 | | 10-40 U/L |
| ALT | 15 | | 6-60 U/L |

| | | | | |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 4.02  L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.7  L | 13.2-15.5 g/dL | |

SPEARS.HALEY - WC146428E                         Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-09PM. 7/01

7H317150003

OCT. 28. 2009 11:42AM     FHCS SPECIALTY  860-632-3696                    NO. 5297    P. 3/3

 Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  10/27/2009    15:45 ET
REPORTED:   10/28/2009    05:46 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 32
GENDER:   FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
DR. DANO ZAGAR

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| HEMATOCRIT | | 35.6 | L | 38.5-45.0 % | |
| MCV | 88.5 | | | 80.0-100.0 fL | |
| MCH | 29.1 | | | 27.0-33.0 pg | |
| MCHC | 32.9 | | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | | 11.0-15.0 % | |
| PLATELET COUNT | 265 | | | 140-400 Thousand/uL | |
| MPU | 8.8 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3416 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1873 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 601 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 267 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 43 | | | 0-200 cells/uL | |
| NEUTROPHILS | 55.1 | | | % | |
| LYMPHOCYTES | 30.2 | | | % | |
| MONOCYTES | 9.7 | | | % | |
| EOSINOPHILS | 4.3 | | | % | |
| BASOPHILS | 0.7 | | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        HALEY SPEARS
                                         1008 TROUT BROOK DR
                                         WEST HARTFORD.CT

                                         DR. DANO ZAGAR
                                         75 KINGS HWY CUT OFF
                                         FAIRFIELD,CT 06824

SPEARS.HALEY - WC146428E                              Page 2 - End of Report|

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  all rights reserved. October. 2002
ISDB
10/10/09 05:21 #14735  3/3

Liberty003123

7H317150003

OCT. 21. 2009  11:36AM    PHCS SPECIALTY  360-632-3696          NO. 5006   P. 2/3

| | | |
|---|---|---|
| PATIENT INFORMATION<br>**SPEARS, HALEY** | | REPORT STATUS  **Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:    WC010833E
REQUISITION: 5550940
LAB REF NO:

COLLECTED:  10/20/2009    13:45
RECEIVED:   10/20/2009    23:27
REPORTED:   10/21/2009    07:01

DOB: REDACTED            Age: 32
GENDER: F      Fasting: U

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
22200645
COC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 2
CROMWELL, CT 06416-1038

**DR. BERNARD RAXLEN**

| Test Name | In Range | | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | ASSOCIATED NEUROLOGISTS<br>75 KINGS HWY<br>FAIRFIELD, CT 06825-4823 | | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 84 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 18 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 38 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QMA |
| WHITE BLOOD CELL COUNT | 4.3 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| **HEMATOCRIT** | | 34.5 L | 35.0-45.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.3 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 292 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2075 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1698 | | 850-3500 cells/uL | |

SPEARS, HALEY - WC010833E

Page 1 - Continued on Page 2

Printed by Care360 Auto Receive on 10/21/09 at 04:28am.

Liberty003124

7H317150003

OCT. 21. 2009 11:06AM     PHCS SPECIALTY  860-632-3696                    NO. 5006    P. 3/3

| | PATIENT INFORMATION | REPORT STATUS   **Final** |
|---|---|---|
| | **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

| | DOB: REDACTED      Age: 32 | ORDERING PHYSICIAN |
|---|---|---|
| COLLECTED:  10/20/2009   13:45 | GENDER: F     Fasting: U | **ZAGAR, DARIO** |
| REPORTED:   10/21/2009   07:01 | | DR. BERNARD RAXLEN |

| Test Name | In Range | ▇▇▇▇ | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 414 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 288 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 46.1 | | % | |
| LYMPHOCYTES | 37.5 | | % | |
| MONOCYTES | 9.2 | | % | |
| EOSINOPHILS | 6.4 | | % | |
| BASOPHILS | 0.8 | | % | |

-------------------------------------------------------------------------

**Performing Laboratory Information:**

QWA   Quest Diagnostics, Inc Wallingford CT 2001 J Sterling Dr Wallingford CT  06152 Laboratory Director: Meena Singh M.D.

SPEARS, HALEY - WC010833E                          Page 2 - End of Report

Liberty003125

OCT. 14. 2009  9:54AM        PHCS SPECIALTY  860-632-3696                    NO. 4634    P. 2/3

**Quest Diagnostics**

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | **PATIENT INFORMATION**<br>SPEARS, HALEY | **REPORT STATUS FINAL REPRINT** |
| LIENT SERVICE 1-866-697-8378 | **DOB:** REDACTED **AGE:** 32<br>**GENDER:** F **FASTING:** U | **SUPERVISING PHYSICIAN**<br>ZAGAR, DARIO |
| **SPECIMEN INFORMATION**<br>**SPECIMEN:** WC8857460<br>**REQUISITION:** 5444108 | **ID:**<br>**PHONE:** 860.308.2050 | **CLIENT INFORMATION**   60010000<br>NE22103203<br>**ASSOCIATED NEUROLOGISTS**<br>75 KINGS HWY<br>FAIRFIELD, CT 06825-4823 |

| | | |
|---|---|---|
| **COLLECTED:** 10/13/2009   10:15 ET | | |
| **RECEIVED:** 10/13/2009   23:53 ET | | **PROVIDER:** |
| **REPORTED:** 10/14/2009   06:48 ET | | DR. RAXLEN/DR. GOUIN |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC** | | | | QVA |
| **PANEL W/EGFR** | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | THE ABOVE TEST WAS PERFORMED; HOWEVER, | |
| | | | THE SPECIMEN WAS HEMOLYZED. | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19   L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 35 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| | | | | |
| **CBC (INCLUDES DIFF/PLT)** | | | | QVA |
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.70   L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.1   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 32.9   L | 35.0-45.0 % | |
| MCV | 89.0 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 13.3 | | 11.0-15.0 % | |

SPEARS, HALEY - WC8857460                              **Page 1 - Continued on Page 2**

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CH-RPAPR. 7/03
10/14/01 01:28 1163133  1/3

Liberty003126

OCT. '4. 2009  9:54AM      PHCS SPECIALTY  860-632-3696                    NO. 4634  P. 3/3


Quest
Diagnostics

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>SPEARS.HALEY |

REPORT STATUS FINAL REPRINT

COLLECTED: 10/13/2009    16:15 ET
REPORTED:  10/14/2009    06:48 ET

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

SUPERVISING PHYSICIAN
ZAGAR.DARIO

PROVIDER:
DR.RAXLEN/DR.GOUIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 241 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2918 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1927 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 257 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.2 | | % | |
| LYMPHOCYTES | 33.8 | | % | |
| MONOCYTES | 10.0 | | % | |
| EOSINOPHILS | 4.5 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director: NEENA SINGH.MD. CLIA: 07D0093126

       Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to: (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. ®-MARK. LOL.
10/14/09 03:19 HH7UC  2/3

SEP. 30. 2009  10:08AM     PHCS SPECIALTY  860-632-3699          NO. 3995   P. 2/3

PATIENT INFORMATION
SPEARS, HALEY

| REPORT STATUS **FINAL**   REPRINT |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC641582D
REQUISITION: 5192999

DOB: REDACTED   AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

SUPERVISING PHYSICIAN
ZAGAR, DARIO

CLIENT INFORMATION
NE22200645                60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:  09/29/2009   11:15 ET
RECEIVED:   09/30/2009   02:42 ET
REPORTED:   09/30/2009   07:48 ET

PROVIDER.
DR. RAM LHN

| Test Name | In Range | | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 74 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19   L | 21-33 mmol/L | |
| CALCIUM | 9.5 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.9 | | 35.0-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 12.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 300 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SPEARS.HALEY · WC641582D

Page 1 - Continued on Page 2

HALEY SPEARS DOB REDACTED

Liberty003128

7H317150003

SEP. 30. 2009 10:03AM    PHCS SPECIALTY  860-632-3696           NO 3995   P. 3/3

| | |
|---|---|
| PATIENT INFORMATION<br>SPEARS, HALEY | REPORT STATUS **FINAL**   REPRINT |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

SUPERVISING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:  09/29/2009    11:15 ET
REPORTED:   09/30/2009    07:48 ET

PROVIDER:
DR.RAX LEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2313 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2335 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 605 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 314 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.3 | | % | |
| LYMPHOCYTES | 41.7 | | % | |
| MONOCYTES | 10.8 | | % | |
| EOSINOPHILS | 5.6 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING LABORATORY INFORMATION**
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492. Laboratory Director:  NEENA SINGH,MD
CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (860) 829-4244

ORIGINAL REPORT SENT TO:                ASSOCIATED NEUROLOGISTS
                                        75 KINGS HWY
                                        FAIRFIELD, CT 06825-4803

SPEARS,HALEY - WC641582D                        Page 2 - End of Report

10/21/2015 03:16 pm                HALEY SPEARS DOB REDACTED

Liberty003129

SEP. 23. 2009 11:03AM      PHCS SPECIALTY  860-632-3696                    VO. 3788   P. 2/3

**Quest Diagnostics**

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION | REPORT STATUS FAX COPY |
| CLIENT SERVICE 1-866-697-8378 | SPEARS,HALEY | ORDERING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | RAXLEN,BERNARD |
| SPECIMEN INFORMATION | GENDER: F FASTING: U | |
| SPECIMEN:    WC5137600 | | CLIENT INFORMATION |
| REQUISITION: 5084468 | ID: | WEZ2170668                    60010000 |
| | PHONE: 860.308.2050 | BERNARD RAXLEN. M.D. |
| | | 123 W 79TH ST |
| | | NEW YORK. NY 10024-6480 |

COLLECTED:  09/22/2009   14:45 ET
RECEIVED:   09/23/2009   02:50 ET
REPORTED:   09/23/2009   09:49 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | Qua |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.70 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16     L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.9     L | 35.0-45.0 % | |
| MCV | 88.6 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 305 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC5137600                              Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. all rights reserved DN-EP498    1/01
09/23 PM 09:49 0196548   1/3

7H317150003

SEP. 25. 2009 11:03AM    PHCS SPECIALTY  860-632-3695                VO 3788   P. 3/3

**Quest**
**Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

⌐COLLECTED:  09/22/2009   14:45 ET
└REPORTED:   09/23/2009   09:49 ET

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FAX COPY |
| SPEARS.HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED AGE: 31 | RAXLEN.BERNARD |
| GENDER: F FASTING: U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2820 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1560 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 25 | | 0-200 cells/uL | |
| NEUTROPHILS | 56.4 | | % | |
| LYMPHOCYTES | 31.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE. WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD. CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
               Queued to:  (860) 871-7857

⌐SPEARS.HALEY - WC5137600                       Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 09-R?aPR  1/0;
09-25-09 09:49 1298349  2/3

7H317150003

SEP. 16. 2009  10:41AM    FHCS SPECIALTY  860-632-3696                     NO. 3570   P. 2/3

**Quest Diagnostics**

| | PATIENT INFORMATION<br>SPEARS,HALEY | REPORT STATUS FINAL REPRINT |

QUEST DIAGNOSTICS INCORPORATED
/IENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC3800655D
REQUISITION: 4957370

COLLECTED:  09/15/2009    12:30 ET
RECEIVED:   09/15/2009    19:53 ET
REPORTED:   09/16/2009    06:48 ET

DOB: REDACTEDAGE: 31
GENDER:   FASTING: U

ID:
PHONE: 860.308.2050

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NE22103203              60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 80 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | mg/dL | |
| AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR. | | | | |
| | | | | |
| REFERENCE RANGE | | | | |
| MALE:    0.79-1.33 | | | | |
| FEMALE:  0.58-1.06 | | | | |
| | | | | |
| UNABLE TO FLAG APPROPRIATELY DUE | | | | |
| TO GENDER NOT PROVIDED. | | | | |
| | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-140 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18    L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 21 | | 10-40 U/L | |
| ALT | 22 | | 6-60 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.9 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 4.15   L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 12.4   L | 13.2-15.5 g/dL | |

SPEARS,HALEY - WC3800655D                     Page 1 - Continued on Page 2||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. CI-USPR  2/01

SEP. 16. 2009 10:41AM    FHCS SPECIALTY 860-632-3696                NO. 357C    P. 3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  09/15/2009    12:30 ET
REPORTED:   09/16/2009    06:48 ET

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| SPEARS.HALEY | |
| | **ORDERING PHYSICIAN** |
| DOB: REDACTED AGE: 31 | ZAGAR.DARIO |
| GENDER:  FASTING: U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 36.5    L | 38.5-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.0 | | 32.0-36.0 g/dL | |
| RDW | 13.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 222 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3168 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1782 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 631 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 283 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 35 | | 0-200 cells/uL | |
| NEUTROPHILS | 53.7 | | % | |
| LYMPHOCYTES | 30.2 | | % | |
| MONOCYTES | 10.7 | | % | |
| EOSINOPHILS | 4.8 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

              A duplicate report has been faxed to the following:
              Faxed to:  (860) 677-5406  on:  09/16/2009    8:05:42 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

SPEARS.HALEY - WC300065D                              Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CH-DFWR  2/4:
09/16/09 09:29 07285J7  2/3

Liberty003133

9/15/2009 9:13 AM          HHCC -> 918609790056          Page 1 of 1



# HARTFORD HOSPITAL

80 Seymour Street
P.O. Box 5037
Hartford, CT

## Discharge Notice

**To:**   **KRISTIN GIANNINI**              **From:**   **Hartford Hospital**
Company:                                   Company:
Fax.    9-1-860-979-0056                   Fax:
Voice.                                     Voice:
E-mail:                                    E-mail:   hh_autofax@harthosp.org

Date      9/15/2009 9:13 AM
Pages:    1 (Including Cover Page)
=========================================================================

TO:     KRISTIN GIANNINI
        PHONE: 860-872-8321
        FAX:     9-1-860-979-0056

You have been identified as the primary care physician for the following patient who has been
discharged from Hartford Hospital by Dr. MADHAVI BHOOMAGOUD

    Patient Full Name:  HALEY SPEARS
        Date Of Birth:  REDACTED
           Admit Date:  09/11/2009
       Discharge Date:  09/13/2009

If you have privileges at Hartford Hospital:
* Clinical Information is available on Sunrise Clinical Manager(SCM) accessed through Hartford
  Hospital's portal (portal.harthosp.org). Access to the portal may be arranged by contacting
  Luisa Machado, Physician Liaison at (860)545-1891 or by e-mail at Lmachad@harthosp.org.

For all Physicians:
* You should recieve a fax of the discharge summary as soon as it is available
* To be sure you are in our fax database or if you have any questions regarding the Patient's
  discharge please contact Health Information Management at (860)545-2540.

If you are Not this patient's primary care provider, please fax this form back to the Hartford Hospital
Privacy Office at (860)545-1026 so we can correct the patient's record.

***CONFIDENTIAL NOTICE***
The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and
may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this
information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized
need has been fulfilled. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the
message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly
prohibited. If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on
returning the original message to us at our expense. Thank you.

9/11/2009 9 04 AM          HHCC -> 918609790056          Page 1 of 1



**HARTFORD HOSPITAL**

80 Seymour Street
P.O. Box 5037
Hartford, CT

## Admission Notice

| To: | **KRISTIN GIANNINI** | | From: | **Hartford Hospital** |
|---|---|---|---|---|
| Company: | | | Company: | |
| Fax. | 9-1-860-979-0056 | | Fax: | |
| Voice: | | | Voice: | |
| E-mail: | | | E-mail: | hh_autofax@harthosp.org |

Date:      9/11/2009 9.04 AM
Pages:    1 (Including Cover Page)
=========================================================================

TO:     KRISTIN GIANNINI
        PHONE  860-872-8321
        FAX:      9-1-860-979-0056

You have been identified as the primary care physician for the following patient who was admitted to
Hartford Hospital by  Dr. MADHAVI BHCOMAGOUD    .

   Patient Full Name:  HALEY SPEARS
        Date Of Birth:  REDACTED
        Admit Date:  09/11/2009

If you have privileges at Hartford Hospital:
* Clinical information is available on Sunrise Clinical Manager(SCM) accessed through Hartford
  Hospital's portal (portal harthosp.org). Access to the portal may be arranged by contacting
  Luisa Machado, Physician Liaison at (860)545-1891 or by e-mail at Lmachad@harthosp.org.

For all Physicians:
* You should recieve a fax of the discharge summary as soon as it is available.
* To be sure you are in our fax database or if you have any questions regarding this Patient's
  admission please contact Health Information Management at (860)545-2540.

If you are Not this patient's primary care provider, please fax this form back to the Hartford Hospital
Privacy Office at (860)545-1026 so we can correct the patient's record.

***CONFIDENTIAL NOTICE***
The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and
may contain information that is privileged, confidential and exempt from disclosure by applicable law.  The authorized recipient of this
information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized
need has been fulfilled   If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the
message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly
prohibited  If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on
returning the original message to us at our expense  Thank you.

7H317150003

SEP. 10. 2009 11:40AM    PHCS SPECIALTY  860-632-3696                    NO. 3329   P. 2/3


Quest
Diagnostics

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INCORPORATED**<br>**CLIENT SERVICE 1-866-697-8378** | **PATIENT INFORMATION**<br>SPEARS,HALEY | **REPORT STATUS FINAL REPRINT** |
| | **DOB:** REDACTED AGE: 31<br>**GENDER: F FASTING: U** | **SUPERVISING PHYSICIAN**<br>BAKLEN,MD |
| **SPECIMEN INFORMATION**<br>**SPECIMEN:**  WC283415D<br>**REQUISITION:** 4862458 | **ID:**<br>**PHONE:** 860.308.2050 | **CLIENT INFORMATION**<br>NE22229230                   60010000<br>WHOLE HEALTH ASSOCIATES<br>100 SIMSBURY RD STE 209<br>AVON, CT 06001-3793 |
| **COLLECTED:** 09/09/2009   12:30 ET<br>**RECEIVED:**  09/10/2009   01:44 ET<br>**REPORTED:**  09/10/2009   07:20 ET | | **PROVIDER:**<br>GOULIN MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC** | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18 | L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31 | L | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| **CBC (INCLUDES DIFF/PLT)** | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 | | 35.0-45.0 % | |
| MCV | 89.8 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 214 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC283415D                              Page 1 - Continued on Page 2||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. On-Demo.  7/01
09/10/09 08:31 H721125  V2

Liberty003136

SEP. 10. 2009 11:41AM     PHCS SPECIALTY  860-632-3696                    NO. 3329   P. 3/3

**Quest Diagnostics**

| | | |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| QUEST DIAGNOSTICS INCORPORATED | SPEARS,HALEY | SUPERVISING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | RAKLEN,MD |
| COLLECTED:  09/09/2009   12:30 ET | GENDER: F FASTING: U | |
| REPORTED:   09/10/2009   07:20 ET | | PROVIDER: |
| | | GOULIN MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2045 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2270 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 510 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 35 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.9 | | % | |
| LYMPHOCYTES | 45.4 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 2.8 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - UC2834150                          Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved EM-0000R   7/01

| | PATIENT INFORMATION | REPORT STATUS **FINAL**   REPRINT |
|---|---|---|
| | **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     REDACTED
REQUISITION: 4762638

COLLECTED:  09/02/2009   12:00 ET
RECEIVED:   09/02/2009   17:25 ET
REPORTED:   09/03/2009   07:48 ET

DOB: REDACTED     AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

SUPERVISING PHYSICIAN
**RAXLEN**

CLIENT INFORMATION
NR22200645                        60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

PROVIDER:
**LAUREN GOUIN**

| Test Name | | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 0.66 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111    H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19     L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 56 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.5 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.2 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC169829D

Page 1 - continued on Page 2

SEP. 3. 2009  3:24PM    FHCS SPECIALTY  860-632-3696                    NO. 3739    P. 3/3

| | | |
|---|---|---|
| | **PATIENT INFORMATION**<br>**SPEARS, HALEY** | **REPORT STATUS FINAL    REPRINT** |
| QUEST DIAGNOSTICS INCORPORATED | | **SUPERVISING PHYSICIAN**<br>**RAXLEN** |
| COLLECTED:  09/02/2009   12:00 ET | DOB: REDACTED    AGE: 31<br>GENDER: F FASTING: U | |
| REPORTED:  09/03/2009   07:48 ET | | **PROVIDER:**<br>**LAUREN GOUIN** |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3006 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2154 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 660 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 150 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.1 | | % | |
| LYMPHOCYTES | 35.9 | | % | |
| MONOCYTES | 11.0 | | % | |
| EOSINOPHILS | 2.5 | | % | |
| BASOPHILS | 0.5 | | % | |

**PERFORMING LABORATORY INFORMATION**
DNA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE, WALLINGFORD, CT  06492. Laboratory Director:  REENA SINGH,MD
CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (860) 629-4244

ORIGINAL REPORT SENT TO:                    ASSOCIATED NEUROLOGISTS
                                            76 KINGS HWY
                                            FAIRFIELD, CT 06825-4823

SPEARS, HALEY - REDACTED                         Page 2 - End of Report

AUG. 27. 2009 12:07PM      PHCS SPECIALTY  860-632-3696                    NO. 2980    P. 2/3

**Quest Diagnostics**

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | **PATIENT INFORMATION**<br>SPEARS,HALEY | **REPORT STATUS FINAL REPRINT**<br><br>ORDERING PHYSICIAN<br>ZAGAR,DARIO |

**SPECIMEN INFORMATION**
SPECIMEN:  VC0602110
REQUISITION: 4653769

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.328.2050

**CLIENT INFORMATION**
NE22103203                    60010000C
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  08/26/2009   17:15 ET
RECEIVED:   08/27/2009   02:46 ET
REPORTED:   08/27/2009   06:55 ET

| Test Name | | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 97 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.78 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 18 L | | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.98 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 90.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 14.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - VC0602110                                      Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DS-BMGN.  7/01
61/7??1  ,0.36 17094t  1/1



AUG. 27. 2009 12:07FM    P+CS SPECIALTY  860-632-3696        VD 298C   P. 3/3
Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
SPEARS, HALEY

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR, DARIO

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

CULLECTED: 08/26/2009    17:15 ET
REPORTED:  08/27/2009    06:55 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3069 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2117 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EUSINOPHILS | | 11  L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 20 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.8 | | % | |
| LYMPHOCYTES | 37.8 | | % | |
| MONOCYTES | 6.7 | | % | |
| EOSINOPHILS | 0.2 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE, WALLINGFORD. CT  0649Z
Laboratory Director: NEENA SINGH.MD. CLIa: 07D0093120

Your request to have a duplicate copy faxed has been acknowledged.
Queued to: (860) 829-4244
A duplicate report has been faxed to the following:
Faxed to: (860) 829-4244  on: 08/27/2009   8:16:23 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
104 SEBETME DR STE 3
CROMWELL. CT 06416-1038

SPEARS.HALEY - WC860311D                    Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. Dr-0fd9. 7/01
08/27/09 18:26 878944 2/3

7H317150003

AUG. 19. 2009  11:34AM    PHCS SPECIALTY  860-632-3696              NO. 2793   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL  CT  06416
Phone: 800-253-3738   Fax: 860-829-4244



**Professional Home Care Services Inc.**

Bernard Reelen MD 212-799-2377
Kristin Gianuinio 860-979-0056
Laurel Gowin NP 860-871-7857
Send copy weekly to patients ✱

To: Dr. Zagar          From: PHCS Pharmacy

Fax: 1-203-333-3937     Pages:

Phone:                  Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

◆Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at  800-253-3738.

AUG. 19. 2009  11:34AM    FHCS SPECIALTY  860-632-3696                        NO. 2793    P.  2/3

**Quest Diagnostics®**

| | PATIENT INFORMATION | REPORT STATUS **FINAL**    REPRINT |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | **SPEARS, HALEY** | |
| CLIENT SERVICE 1-866-697-8378 | | ORDERING PHYSICIAN |
| | DOB: REDACTED  AGE: 31 | **DR.D.ZAGAR** |
| SPECIMEN INFORMATION | GENDER: F FASTING: N | CLIENT INFORMATION |
| SPECIMEN:   WC916704C | ID: | NZ22200645                    60010000 |
| REQUISITION: 4536494 | PHONE: 860.308.2050 | CCC PROFESSIONAL HOME CARE |
| | | 104 SEBETHE DR STE 3 |
| | | CROMWELL, CT 06416-1038 |

COLLECTED:  08/18/2009    11:45 ET
RECEIVED:   08/19/2009    00:03 ET
REPORTED:   08/19/2009    07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 65 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.3 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.5 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.0 | | 35.0-45.0 % | |
| MCV | 91.2 | | 80.0-100.0 fL | |
| MCH | 30.1 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 9.2 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC916704C                                    Page 1 · Continued on Page 2

Except Quest Diagnostics, its associated logo and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. NG0000-NTL Formset 50B. ECIN - 1 5178

Liberty003143

AUG. 19. 2009 11:35AM    PHCS SPECIALTY  860-632-3696                    NO. 2793    P. 3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| PATIENT INFORMATION | |
|---|---|
| **SPEARS, HALEY** | |

| REPORT STATUS **FINAL** | REPRINT |
|---|---|

| ORDERING PHYSICIAN |
|---|
| **DR.D.ZAGAR** |

COLLECTED:  08/18/2009   11:45 ET
REPORTED:   08/19/2009   07:48 ET

DOB: REDACTED  AGE: 31
GENDER: F  FASTING: N

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2613 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2046 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 472 | | 200-950 cells/uL | |
| ABSOLUTE EOEINOPHILS | 127 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 49.3 | | % | |
| LYMPHOCYTES | 38.6 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 2.4 | | % | |
| BASOPHILS | 0.8 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
      CLIA: 07D0093126

           A duplicate report has been faxed to the following:
           Faxed to:  (860) 829-4244  on:  08/19/2009   6:10:04 AM

ORIGINAL REPORT SENT TO:                    THIS IS YOUR ORIGINAL REPORT
                                            YOU'RE NOT CURRENTLY AN ACTIVE
                                            CLIENT. IF YOU POSSESS FURTHER
                                            TESTING PLEASE CALL SALES DEPT
                                            WALLINGFORD, CT 06492

SPEARS,HALEY - WC9167040                    Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QUIKSERV-ATL. Serion 936. RCP- 1/30M.

**Quest Diagnostics**

| | |
|---|---|
| | **PATIENT INFORMATION**<br>SPEARS,HALEY | **REPORT STATUS FINAL REPRINT** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**ORDERING PHYSICIAN**
ZAGAR,DARIO

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

SPECIMEN INFORMATION
SPECIMEN:   WC828573C
REQUISITION: 4454504

ID:
PHONE: 860.308.2050

**CLIENT INFORMATION**
NE22103203                60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  08/11/2009
RECEIVED:   08/13/2009   02:52 ET
REPORTED:   08/13/2009   06:46 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20   L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.2 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 34 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 20 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.36 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.2 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 39.9 | | 35.0-45.0 % | |
| MCV | 91.4 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | 11.0-15.0 % | |
| PLATELET COUNT | 240 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC828573C                              Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. all rights reserved. 04-APR1. 2/01
(logo)
CDFC709 00:07 0141352  1/3

Liberty003145

7H317150003



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   08/11/2009
REPORTED.    08/13/2009   06:46 ET

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED AGE: 31 | ZAGAR,DARIU |
| GENDER: F FASTING: U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2180 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2170 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 555 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 65 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.6 | | % | |
| LYMPHOCYTES | 43.4 | | % | |
| MONOCYTES | 11.1 | | % | |
| EOSINOPHILS | 1.3 | | % | |
| BASOPHILS . | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

                                         BERNARD RAXLEN MD.PC.
                                         123 W. 79 TH ST 1ST.FL.
                                         NEW YORK.NY 10024

                                         HALEY SPEARS
                                         1008 TROUTBROOK DR
                                         WEST HARTFORD,CT

SPEARS.HALEY - WC828573C                          Page 2 - End of Report||

Liberty003146

# DONTA
# INFECTIOUS
# DISEASES

PHONE: 508-539-6666
FAX: 508-540-0133

Sam T. Donta, MD
Professor of Medicine (ret)
Maureen T. McKay, RN, ANP

Mailing Address:
P.O. Box 944
Falmouth, MA 02541

Boston Office
5 Whittier Place, Ste 102
Boston, MA 02114

Falmouth Office
314 Gifford Street
Falmouth, MA, 02540

Spears, Haley
DOB:  REDACTED Telephone: 860-308-2050
Date: 7-18-09

Ms. Spears is a 31-year old woman and former executive administrator for United
Technologies who comes in for further evaluation and management of possible Lyme
Disease. Her history is somewhat complicated and may date back to 2000 or earlier when
she was in middle school. She was born in Louisiana and moved to Connecticut when she
was 11 years old. She recalls having problems with her knees with swelling while in high
school. She had TMJ issues while in middle school and developed shingles on the left side
of her trunk when she was 15 years old. She has remained active throughout the years but
had a tick bite in 2000 and in 2004 developed a rash over her left forearm and has been more
symptomatic in the last 2 years. She has had ongoing issues with fatigue, pains in muscles
and joints, shoulders, spine, neck, fingers with occasional swelling in her hands, calves
feeling knotty, numbness and tingling in her hands, head, feet, and occasionally throughout
her body. She has headaches, especially behind her eyes with some blurring of vision. She
has ear ringing, jaw pain, mental concentration, and memory problems. She has had
diarrhea, lightheadedness, balance problems, palpitations, and occasional tachycardia. She
has had numerous evaluations and recommendations for treatments. Neurologic evaluation
with EEG in September of 2008 was obtained due to temporal lobe type seizure activity
which showed a rare delta wave in the temporal area. MRI on 2 occasions showed an area of
signal intensity in the right temporal lobe, corresponding to the area on the EEG. She also
has a pineal cyst. Lyme testing in February of this year showed no reactions by IgM or IgG
Western Blot but LP evaluation around the same time showed IgG reactions to the 18, 30,
39, and 41 KD proteins. She then was treated with Ceftriaxone 2g qd for 29 days with an
increase in headaches. Symptoms increased and she discontinued the medication but
symptoms continued. She was then evaluated by Dr. Rexlen who treated her with
Azithromycin, recently adding Mepron and Rifampin. She felt somewhat better but has had
ups and downs since. She was evaluated by a rheumatologist who put her on Plaquenil
200mg bid in January. Antibodies for the co infections; Babesia, Bartonella, and Ehrlichia
were negative but she apparently had a blood test that showed Babesia organisms. She
continues to have a PICC line in place.

She has had no pregnancies. Menstrual periods are irregular and she has no increase in
symptoms perimenstrually. Past history and review of systems are otherwise negative or
noncontributory.

## CONTINUED ON PAGE 2

**Page 2 of 2  Spears, Haley 7-18-09F**

Current medications include: Plaquenil, Azithromycin, Mepron, Rifampin, Topamax, Famotidine, Prevacid, Aasacol, Singulair , Zoloft 5mg qd, Fioricet, vitamin D, vitamin B12, vitamin B6, folic acid, Coenzyme Q with vitamin E, Advair, Provental, in addition to a number of supplements.

Physical examination reveals a pleasant, alert, young woman in no acute distress. Her Romberg is negative. Pulse is 72 and regular. Head and neck exam are unremarkable. Her mouth is clear. She does have some posterior cervical adenopathy. Her chest is clear, heart is without murmur, and abdomen is soft, no organomegaly, masses, or tenderness. Her extremities are without edema, good ROM, good muscle strength, no joint swelling. Her neurologic is physiologic and on brief mental exam it took her a while to spell the word "world" backwards and did successfully do serial 3 subtractions.

**IMPRESSION/PLAN:** My impression is she has chronic multi-symptom illness consistent with a chronic fatigue and fibromyalgia syndrome of longstanding duration that may well be due to Lyme Disease in part or in whole. She has had no obvious overall improvement which may be due to her not having as effective treatment for Chronic Lyme Disease as is possible. In reviewing options, I have recommended that she change the Azithromycin to Clarithromycin to take in conjunction with the Plaquenil 200mg bid and discontinue the Mepron and Rifampin as there is no evidence that she has a chronic Babesiosis or Bartonellosis. I have asked to her discontinue all supplemental C and B vitamins and all antioxidants, as these would interfere with the treatment regimen and might well support the Lyme bacteria. I have recommended that she have the PICC line removed and that she update me in 3-4 months. We will make a decision at that time about continuing this course of treatment which is the likely course of action through the end of the year and then consider a course of Tetracycline after that. We plan to alternate courses of Plaquenil and Biaxin with Tetracycline over the next 2 years and we will know better how much improvement she receives after the first few months of treatment.

I'll be happy to see her in the future as needed.

Sam T. Donta, MD
SD/tw
C: Kristin Giannini, MD, 520 Hartford Turnpike, Ste N, Vernon, CT 06066

7H317150003

AUG. 4. 2009 11:19AM    PHCS SPECIALTY 860-632-3696                    NO. 2523   P. 2/3

**Quest Diagnostics**

| | |
|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | **PATIENT INFORMATION** ----- **REPORT STATUS-FINAL REPRINT**<br>SPEARS,HALEY |
| **CLIENT-SERVICE 1-866-697-8378** | |

| | | |
|---|---|---|
| | DOB. REDACTED AGE. 31<br>GENDER:   FASTING: U | SUPERVISING PHYSICIAN<br>ZAGAR,DARIO |

| SPECIMEN INFORMATION | | CLIENT INFORMATION | |
|---|---|---|---|
| SPECIMEN:   WC664359C | ID: | NE22103203 | 60010000 |
| REQUISITION: 4Z90647 | PHONE: 203-308.2050 | ASSOCIATED NEUROLOGISTS<br>75 KINGS HWY<br>FAIRFIELD. CT 06825-4823 | |

| | | |
|---|---|---|
| COLLECTED:  08/03/2009    16:15 ET | | |
| RECEIVED:   08/04/2009    01:27 ET | | |
| REPORTED:   08/04/2009    06.40 CT | | PROVIDER.<br>PHCS |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL--- | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | mg/dL | |
| AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR. | | | | |
| | | | | |
| REFERENCE RANGE | | | | |
| MALE:    0.79-1.33 | | | | |
| FEMALE:  0.58-1.06 | | | | |
| | | | | |
| UNABLE TO FLAG APPROPRIATELY DUE | | | | |
| TO GENDER NOT PROVIDED. | | | | |
| | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19      L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31      L | 33-115 U/L | |
| AST | 23 | | 10-40 U/L | |
| ALT | 22 | | 6-60 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.82    L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.6    L | 13.2-15.5 g/dL | |

SPEARS,HALEY - WC664359C

Page 1 - Continued on Page 2

Liberty003149

AUG. 4. 2009  1:19AM    PHCS SPECIALTY  860-632-3696              NO. 2523   P. 3/3

**Quest Diagnostics**

| | |
|---|---|
| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| | SPEARS, HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | SUPERVISING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | ZAGAR, DARIO |
| COLLECTED: 08/03/2009   10:15 ET | GENDER:   FASTING: U | |
| REPORTED:  08/04/2009   06:48 ET | | |
| | | PROVIDER: |
| | | PHCS |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 34.3    L... | 39.5-45.0 % | ... |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 30.3 | | 27.0-33.0 pg | |
| MCHC | 33.8 | | 32.0-36.0 g/dL | |
| RDW | 15.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 243 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2041 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1651 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 424 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 67 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 48.6 | | % | |
| LYMPHOCYTES | 39.3 | | % | |
| MONOCYTES | 10.1 | | % | |
| EOSINOPHILS | 1.6 | | % | |
| BASOPHILS | 0.4 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        HALEY SPEARS
                                         1008 TROUT BROOK DR
                                         WEST HARTFORD,CT 06119

SPEARS,HALEY - WC664359C                            Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved.  DX-UFAP4.  V01
08/04/09  06:49  0630131  2/3

AUG. 3. 2009 2.26PM    THCC OPICIALTY 860 602 3096                          NO. 2711  P. 2/6

**Quest**
**Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| | SPEARS, HALEY | |

QUEST DIAGNOSTICS INCORPORATED                                      ORDERING PHYSICIAN
CLIENT SERVICE 1-866-697-8378         DOB: REDACTED AGE: 31
                                      GENDER: F FASTING: U

SPECIMEN INFORMATION                                               CLIENT INFORMATION
SPECIMEN:   WC574998C   --            ID: 1800184                  NE22222358              60010000
REQUISITION: 4198697                  PHONE: 860.308.2050          RHEUMATOLOGY & ALLERGY INST...
                                                                   361 MAIN ST
                                                                   MANCHESTER, CT 06040-4127

COLLECTED:  07/28/2009   13:00 ET
RECEIVED:   07/29/2009   02:47 ET
REPORTED:   08/03/2009   11:19 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS -- ...... | | | | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | OWA |
| ALBUMIN | 4.0 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | NORMAL PATTERN | | | |
| BETA 2 GLYCOPROTEIN I AB (IGG, IGA, IGM) | | | | |
| BETA2 GLYCOPROTEIN I AB | | | | AMD |
| (IGG) | <20 | | <20 U/mL | |
| BETA2 GLYCOPROTEIN I AB | | | | AMD |
| (IGM) | <10 | | <10 U/mL | |
| BETA2 GLYCOPROTEIN I AB | | | | AMD |
| (IGA) | <10 | | <10 U/mL | |

        Beta2-Glycoprotein I (IgG)
        Reference range:
           <20 U/mL  Negative
           20-30 U/mL  Equivocal - Found in small percentage
                    of the healthy population; may be reactive
           >30 U/ml  Positive - Risk factor for thrombosis
                    and pregnancy loss

        Beta2-Glycoprotein I (IgM)
        Reference range:
           <10 U/mL  Negative
           10-20 U/mL  Equivocal - Found in small percentage
                    of the healthy population; may be reactive
           >20 U/mL  Positive - Risk factor for thrombosis
                    and pregnancy loss

        Beta2-Glycoprotein I (IgA)
        Reference range:
           <10 U/mL  Negative
           10-20 U/mL  Equivocal - Found in small percentage

SPEARS, HALEY - WC574998C                              Page 1 - Continued on Page 2|

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DB-8P0PL  1/01
08/03/09 11:41 163854  V7

AUG. 3. 2009  2:26PM    PHCS SPECIALTY  860-632-3695                    NO. 251    P. 3/6


Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  07/28/2009    13:00 ET
REPORTED:   08/03/2009    11:10 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U
ID: 1800184

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

of the healthy population; may be reactive
>20 U/mL  Positive - Risk factor for thrombosis

The Antiphospholipid Antibody Syndrome (APS) is a
clinical-pathologic correlation that includes a
clinical event (e.g. thrombosis, pregnancy loss,
thrombocytopenia) and persistent positive
Antiphospholipid Antibodies (IgM or IgG ACA >40
MPL/GPL, IgM or IgG anti-B2GP1 antibodies, or a Lupus
Anticoagulant). The IgA isotype has been implicated
in smaller studies, but have not yet been incorporated
into the APS criteria. International consensus
guidelines suggest waiting at least 12 weeks before
retesting to confirm antibody persistence.
Reference J Thromb Haemost 2006; 4: 295

| | | | | |
|---|---|---|---|---|
| CREATINE KINASE, TOTAL | 61 | | 29-143 U/L | QWA |
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | | 36  L | 65-99 mg/dL VERIFIED BY REPEAT ANALYSIS | |

WHOLE BLOOD OR UNSPUN GEL BARRIER TUBE RECEIVED.
A FALSE ELEVATION OF X, PHOS, LD AND IRON AS WELL AS
A FALSE DECREASE IN GLUCOSE MAY OCCUR DUE TO PROLONGED
CONTACT WITH RED CELLS.

| | | | FASTING REFERENCE INTERVAL | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | | | | |
|---|---|---|---|---|
| SODIUM | 142 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16  L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |

SPEARS.HALEY - WC574998C

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DS-3040.  3/91
08/03/01  11:41  1424:4  2/7

10/21/2015 03:17 pm

HALEY SPEARS DOB REDACTED

Liberty003152278/507

AUG. 3. 2009  2:27PM    PHCS SPECIALTY  360-632-3696                    VO. 2511  P. 4/6

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  07/28/2009    13:00 ET
REPORTED:   08/03/2009    11:19 ET

**PATIENT INFORMATION**
SPEARS,HALEY

**DOB:** REDACTED **AGE:** 31
**GENDER:** F **FASTING:** U
**ID:** 1800184

**REPORT STATUS FINAL REPRINT**

**ORDERING PHYSICIAN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |

| | | | | AMU |
|---|---|---|---|---|
| LUPUS ANTICOAGULANT EVALUATION WITH REFLEX | | | | |

```
**********************************
* TEST NOT PERFORMED.            *
* NO SUITABLE SPECIMEN RECEIVED. *  -
**********************************
```

| | | | | QUA |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | | 3.4 L | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.82 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.5 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2 L | 35.0-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | | 15.2 H | 11.0-15.0 % | |
| PLATELET COUNT | 234 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1537 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1445 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 323 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 78 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.2 | | % | |
| LYMPHOCYTES | 42.5 | | % | |
| MONOCYTES | 9.5 | | % | |
| EOSINOPHILS | 2.3 | | % | |
| BASOPHILS | 0.5 | | % | |

| | | | | QUA |
|---|---|---|---|---|
| CARDIOLIPIN AB SCREEN W/REFLEX TO IGG AND IGM CARDIOLIPIN ANTIBODY SCREEN | NEGATIVE | | NEGATIVE | |

SPEARS,HALEY - WC574098C

Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. EA-85878  2/01

1609/09 1141 14161X  V1

Liberty003153

AUG. 3. 2009  2:27PM    FPCS SPECIALTY  860-632-3696              VO. 251'  P. 5/6

**Quest Diagnostics**

PATIENT INFORMATION
SPEARS, HALEY

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  07/28/2009  13:00 ET
REPORTED:   08/03/2009  11:19 ET

DOB: REDACTED  AGE: 31
GENDER: F  FASTING: U
ID: 1800184

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ANACHOICE(TM) SCREEN | | | | QWA |
| W/REFL TO TITER, IFA | | | | |
| ANACHOICE(TM) SCREEN | NEGATIVE | | NEGATIVE | |

A NEGATIVE ANACHOICE(TM) INDICATES THE ABSENCE OF
DETECTABLE ANTIBODIES TO COMPONENT ANALYTES
CONSISTING OF DSDNA, CHROMATIN, RNP, SM/RNP, SM, SSA,
SSB, JO-1, CENTROMERE B, SCL-70 AND RIBOSOMAL P.

A NEGATIVE ANACHOICE(TM) SHOULD BE INTERPRETED IN THE
CONTEXT OF THE CLINICAL AND LABORATORY FINDINGS, AND
DOES NOT RULE OUT AUTOIMMUNE DISEASE CHARACTERIZED BY
OTHER AUTOANTIBODY SPECIFICITIES INCLUDING AUTOIMMUNE
HEPATITIS AND PRIMARY BILIARY CIRRHOSIS.

| DNA (DS) ANTIBODY | 3 | | IU/mL | QUA |
|---|---|---|---|---|

IU/mL    INTERPRETATION
< OR = 4   NEGATIVE
5 - 9      INDETERMINATE
> OR = 10  POSITIVE

| COMPLEMENT COMPONENT C3C | 90 | | 90-180 mg/dL | QWA |
| COMPLEMENT COMPONENT C4G | | 13  L | 16-47 mg/dL | QWA |
| IMMUNOFIXATION, SERUM | | | | QWA |
| INTERPRETATION | NORMAL PATTERN, NO MONOCLONAL PROTEINS DETECTED. | | | |
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 201 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 857 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 91 | | 48-271 mg/dL | |
| SM AND SM/RNP ANTIBODIES | | | | QWA |
| SM ANTIBODY | <1.0 NEG | | <1.0 NEG AI | |
| SM/RNP ANTIBODY | <1.0 NEG | | <1.0 NEG AI | |
| SJOGREN'S ANTIBODY (SS-A) | <1.0 NEG | | <1.0 NEG AI | QUA |
| SJOGREN'S ANTIBODY (SS-B) | <1.0 NEG | | <1.0 NEG AI | QUA |
| VITAMIN B12/FOLATE, | | | | QUA |
| SERUM PANEL | | | | |
| VITAMIN B12 | 447 | | 200-1100 pg/mL | |

SPEARS,HALEY - WC574099C

Page 4 - Continued on Page 5



AUG. 3. 2009  2:27PM    PHCS SPECIALTY  860-632-3696                    NO. 25··  P. 6/6

## Quest Diagnostics®

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS,HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | |
| COLLECTED:  07/28/2009   13:00 ET | GENDER: F FASTING: U | |
| REPORTED:   08/03/2009   11:19 ET | ID: 1800184 | |

| Test Name | In Range | | Lab |
|---|---|---|---|
| FOLATE. SERUM | >24.0 | ng/mL | |

REFERENCE RANGE:
LOW:        < 3.4
BORDERLINE:  3.4-5.4
NORMAL:     > 5.4

VITAMIN D. 25-HYDROXY.                                                         AMD
LC/MS/MS
VITAMIN D, 25 OH. TOTAL        24           20-100 ng/mL
VITAMIN D, 25 OH. D3           20           ng/mL
VITAMIN D, 25 OH. D2            4           ng/mL

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
>30 ng/mL.

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
     Laboratory Director:  KENNETH SISCO, MD , CLIA: 49D0221801

QWn  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                        Queued to:  (212) 799-2377
                        Queued to:  (860) 829-8244

DUPLICATE REPORT WILL BE SENT TO:        GOVIN,LAUREN MD

                              HALEY SPEARS
                              1008 TROUTBROOK DRIVE
                              WEST HARTFORD,CT

                              BERNARD RAXLEN, M.D.

Page 5 - Continued on Page 6

7H31 7150003

JUL. 22. 2009 10:45AM    DICS SPECIALTY  860 632 3696                      NO: 2336·· P. 2/3·

**Quest**
**Diagnostics**

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | PATIENT INFORMATION<br>SPEARS.HALEY |
| | DOB: REDACTED AGE: 31<br>GENDER: F FASTING: N |

SPECIMEN INFORMATION
SPECIMEN:    UC452572C
REQUISITION: 4096899

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZALLAH,DARIO

CLIENT INFORMATION
NEZ2103203                 0001000B
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

ID:
PHONE: 860.308.2050

COLLECTED:  07/21/2009   13:00 ET
RECEIVED:   07/21/2009   20:31 ET
REPORTED:   07/22/2009   06:51 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 77 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17      L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 44 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.02 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS.HALEY - UC452572C                                    Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DA-APP#. 7/01
07/21/09  08:06  1381732  U3

Liberty003156

7H317150003

JUL. 22. 2009 10:46AM  PHCS SPECIALTY  860-632-3696  NO.2336  P. 3/3


Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 07/21/2009  13:00 ET
REPORTED: 07/22/2009  06:51 ET

PATIENT INFORMATION
SPEARS,HALEY
DOB: REDACTED AGE: 31
GENDER: F FASTING: N

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO   .

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2787 | | 1500-7800 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 0  L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 26 | | 0-200 cells/uL | |
| NEUTROPHILS | 53.6 | | % | |
| LYMPHOCYTES | 35.7 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 0.0 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CT 0001, 3 STERLING DRIVE, WALLINGFORD, CT , 06492
   Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

SPEARS,HALEY - WC452572C

Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. OM-UPLFR.  3/01
07/22/01 06:04 4388211  2/3

Liberty003157

7H317150003

JUL. 15. 2009  1:13PM    PHCS SPECIALTY  860-632-3696              NO. 2233  P. 2/3


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC341038C
REQUISITION: 3969191

COLLECTED:  07/14/2009   14:45 ET
RECEIVED:   07/15/2009   00:32 ET
REPORTED:   07/15/2009   06:47 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB:  REDACTED      AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NE22103203              00010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 20 | | 7-25 mg/dL | |
| CREATININE | 0.85 | | 0.50-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18  L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 21 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.39 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.9 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 273 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC341038C

Page 1 - Continued on Page 2||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-REPOR.  7/01
(HI-IG)
07/15/01  00:01  356401  1/3

JUL 15, 2009  1 13PM    FFCS SPECIALTY  863-632-3699              NO. 2239  P. 3/3

**Quest** Diagnostics ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  07/14/2009   14:45 ET
REPORTED:   07/15/2009   06:47 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2326 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2095 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 434 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 235 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 10 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.6 | | % | |
| LYMPHOCYTES | 41.1 | | % | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.6 | | % | |
| BASOPHILS | 0.2 | | % | |
| TSH, 3RD GENERATION | 1.53 | | mIU/L | QWa |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER    0.20-4.70
SECOND TRIMESTER   0.30-4.10
THIRD TRIMESTER    0.40-2.70

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWa  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MO. CLIA: 07D0093126

SPEARS,HALEY - UC341038C                           Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. QH-RPath. 7/01
07/15/09 09:86 134485  1/3

JUL. 8.2009 3:01PM       PHCS SPECIALTY 860-632-3696                          NO. 2100   P. 2/3

Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | |
|---|---|
| PATIENT INFORMATION | **SPEARS, HALEY** |

| | |
|---|---|
| REPORT STATUS **FINAL** | **REPRINT** |

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

OTHER INFORMATION
SPECIMEN:      HG0003167
REQUISITION: 3856403

TO:
PHONE:

CLIENT INFORMATION
NE00300648           60010090
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:   07/07/2009   16:16 ET
RECEIVED:    07/08/2009   05:19 ET
REPORTED:    07/08/2009   11:49 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19    L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 21 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.13 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.0 | | 35.0-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 29.8 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 280 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC228316C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QEZ88547L Revised 560s 9314 1/05PD.

7H317150003

JUL. 8.2009  3:02PM        PHCS SPECIALTY  860-632-3696                          NO. 2100   P. 3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

~ `LECTED:` 07/07/2009    16:15 ET
`ORTED:` 07/08/2009    11:49 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED  AGE: 31
GENDER: F FASTING: N

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
**ZAGAR, DARIO**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2510 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1720 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 575 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 55 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.2 | | % | |
| LYMPHOCYTES | 34.4 | | % | |
| MONOCYTES | 11.5 | | % | |
| EOSINOPHILS | 2.8 | | % | |
| BASOPHILS | 1.1 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 3091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NERMA SINGH MD
CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                         ASSOCIATED NEUROLOGISTS
                                                 75 KINGS HWY
                                                 FAIRFIELD, CT 06825-4633

SPEARS, HALEY - WC226316C                        Page 2 - End of Report

Liberty003161

7H317150003

JUL. 1. 2009 12:26PM   PHCS SPECIALTY  860-632-3696

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC121809C
REQUISITION: 3751139

COLLECTED:  06/30/2009   15:30 ET
RECEIVED:   06/30/2009   20:46 ET
REPORTED:   07/01/2009   09:56 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED  AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

NO. 2019   P. 2/3
| REPORT STATUS **FINAL**   REPRINT |

ORDERING PHYSICIAN
**ZAGAR, DARIO**

CLIENT INFORMATION
NB22200645              60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.74 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 136 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17 | L | 21-33 mmol/L | |
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 27 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.15 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.0 | | 35.0-45.0 % | |
| MCV | 89.3 | | 80.0-100.0 fL | |
| MCH | 29.2 | | 27.0-33.0 pg | |
| MCHC | 32.7 | | 32.0-36.0 g/dL | |
| RDW | 14.2 | | 11.0-15.0 % | |
| PLATELET COUNT | 321 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC121809C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated Quest logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD2000-NTL Revised 1998, BC.W - 11/98.

10/21/2015 03:17 pm

HALEY SPEARS DOB REDACTED

Liberty00316288/507

JUL. 1. 2009 12:27PM     PHCS SPECIALTY  860-632-3696                    NC. 2019    P. 3/3

**Quest**
**Diagnostics**®

| | | |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS **FINAL**   REPRINT |
| QUEST DIAGNOSTICS INCORPORATED | **SPEARS, HALEY** | ORDERING PHYSICIAN |
| COLUMBIA... | DOB: REDACTED   AGE: 31 | **ZAGAR, DARIO** |
| REPORTED:   07/01/2009   09:56 ET | GENDER: F FASTING: N | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2492 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2531 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 420 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 112 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |

PERK
QWA

ORIGINAL REPORT SENT TO:                    ASSOCIATED NEUROLOGISTS
                                            75 KINGS HWY
                                            FAIRFIELD, CT 06825-4823

SPEARS, HALEY - WC121809C                           Page 2 - End of Report

Liberty003163

JUN. 24. 2009 10:45AM    PHCS SPECIALTY  360-632-3696              NO. 1911   P. 2/3

**Quest**
**Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:       WC007530C
REQUISITION: 3659645

COLLECTED:  06/23/2009    16:15 ET
RECEIVED:   06/23/2009    22:27 ET
REPORTED:   06/24/2009    08:03 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
ME22103283                      60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 95 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18     L | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 23 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.99 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 | | 35.0-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | 13.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 248 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC007530C                              Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. all rights reserved. 3a-0PWA. 1/01

JUN. 24. 2009 10:45AM    PHCS SPECIALTY  860-632-3696                    NO. 19··  F. 3/3

**Quest Diagnostics**

PATIENT INFORMATION          REPORT STATUS FAX COPY
SPEARS.HALEY
                             ORDERING PHYSICIAN
QUEST DIAGNOSTICS INCORPORATED                    ZACAR.DARIO

                             DOB: REDACTED  AGE: 31
COLLECTED:  06/23/2009    16:15 ET    GENDER: F FASTING: N
REPORTED:   06/24/2009    08:02 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2530 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1704 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 538 | | 200-950 cells/uL | |
| ABSOLUTE EUSINOPHILS | | 0    L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | 0-200 cells/uL | |
| NEUTROPHILS | 52.7 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 11.2 | | % | |
| EOSINOPHILS | 0.0 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492
    Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

SPEARS.HALEY - WC007530C                Page 2 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. all rights reserved. DS-37692. 7/01
06/24/09 1F38 M5)332  2/3

Liberty003165 291/507

$ 30/Box   Ultra meal
12 bars

# Bernard D. Raxlen, MD
# Carolyn B. Welcome, PA-C

123 W. 79th Street
1st Floor
New York, NY 10024
T – 212.799.1121
F – 212.799.2377

- High Potency, Hypoallergenic
- Pharmaceutical Grad Nutrients
- Convenient, Easy Ordering
- Excellent Value

## PATIENT ORDER FORM

Haley Spears

Please order those nutriceuticals which are checked-off below by calling Emerson Ecologics at 1.800.654.4432 or visiting their website – www.emersonecologics.com

| ORDER | Nutriceutical Name and Description | RE FILL | B | S | Schedule L | S | D | BED |
|---|---|---|---|---|---|---|---|---|
|  | Acetyl-L-Carnitine 500mg (Pure Encapsulations) A potent form of carnitine which supports the nervous system, heart and brain      Product Code = ACET5 |  |  |  |  |  |  |  |
| X | Super-Artemisinin (Allergy Research)  Product Code = ART29 |  | ① |  |  | ① |  |  |
|  | Alpha Lipoic Acid 100 mg (AMNI) A powerful antioxidant excellent for supporting the immune system, liver and glucose levels Product Code = LPA |  |  |  |  |  |  |  |
|  | Basic Preventative Junior (AMNI) A chewable, highly absorbable multivitamin/mineral for children Product Code = BPJ |  |  |  |  |  |  |  |
|  | Basic Preventative 5 (AMNI) A superior formulated, iron-free multivitamin/mineral for teens and adults Product Code = BP5.D |  |  |  |  |  |  |  |
|  | Brainwave Plus (Allergy Research) A unique and potent blend of nutrients and herbs to support optimal brain function   Product Code = REMIN |  |  |  |  |  |  |  |
|  | Cordyceps Sinensis-MRL 500mg (Mycology Research Labs) A specialized mushroom extract to enhance the immune and energy systems Product Code = tabs – CORDY   powder – CORD7 |  |  |  |  |  |  |  |
| X | CoQH-CF (Allergy Research) A multipurpose nutrient to support cardiovascular health, energy metabolism, immune support and weight loss   100mg/day Product Code = CQH60 |  | ① |  |  |  |  |  |

cK

cK

| | | BBK | B? | ? | IUN? | SWA? | D? | B?Bed |
|---|---|---|---|---|---|---|---|---|
| | DHEA 25 mg (Scientific Consulting Ser) An adrenal hormone which helps regulate fat and mineral metabolism, endocrine and reproductive function and energy levels    Product Code = DHEA8 | | | | | | | |
| | EFA Blend For Children (Nature's Way) A better tasting source of omega fatty acids to support brain and nervous system function   Product Code = ATTE3 | | | | | | | |
| ✗ | Daily EFA 1200mg (Oakmont Labs) A potent source of fatty acids for adults to enhance brain function Product Code = DA120 or DA121 | | ① | | | | ③ | |
| | ENADA NADH _2.5mg  _5mg A patented form of NAHD to increase energy and alertness Product Code = 2.5 mg – ENADA / 5mg – ENAD2 | | | | | | | |
| ✗ | Ester C 1000mg (Bio-Nutritional Formulas) Non acidic vitamin C with bioflavonoid and magnesium, used for a variety of conditions   Product Code = ESTE9 | | ① | | | | ① | |
| | Glucosamine/MSM with joint comfort herbs (Pure Encapsulations)  A unique blend of nutrients and herbs specially formulated to support joint function  and minimize connective tissue pain    Product Code = GLU68 | | | | | | | |
| | InflaMed (Allergy Research) A synergistic blend of herbs, nutrients, and proteolytic enzymes which provide nutritional support for connective tissue and joint tissue   Product Code = INFL8 | | | | | | | |
| | HomoCysteine Metabolism (Allergy Research) A special blend of  B Vitamins to support heart health Product Code = HOMOC | | | | | | | |
| ✗ | Magnesium Taurate 125 mg (Ecological Formulas) An important mineral complex designed for maximum bioavailability to support various body systems including muscle, bone, cells, tissues and cardiovascular Product Code = MAGTA | | ① | | | | ① | |
| | Matrixx (Allergy Research) Supports the elastin and glycosaminoglycan components of connective tissue, the tissue that holds cells together. Product Code = MATRI | | | | | | | |
| | N-Acetyl-Cysteine 600mg (pure Encapsulations) A multipurpose nutrient that acts as a powerful free radical scavenger and supports the body's natural defense system Product Code = NACE6 | | | | | | | |
| ✗ | Oralmat (Allergy Research)  Product Code = ORALM | | ① | | | | | |
| | Osteo-guard One-to-One (AMNI) Excellent nutrition for the bones Product Code = OSG1 | | | | | | | |
| | Perm A Vite Powder 300gms (Allergy Research) A blend of nutrients to support intestinal integrity Product Code = PERMA | | | | | | | |

CK
HAVE
B-100.

CK

HALEY SPEARS DOB REDACTED

| | Before break fast | Break fast | Lunch | Lunch | Snack | Dinner | Before bed |
|---|---|---|---|---|---|---|---|

**Pregnenolone 150mg (Allergy Research)**
A natural hormone linked to improve immunity, memory and mood
Product Code = PREG4

**ProstActive Plus (Nature's Way)**
A clinically proven formula of botanical extracts to sustain prostate health
Product Code = SAW17

**Quercetin-Bromelain Complex (AMNI)**
Assists in immune function, reduces inflammation and decreases allergy symptoms
Product Code = QBC

**Red Yeast Rice (Nature's Way)**
An effective nutrient for lowering cholesterol levels
Product Code = RED39

*Probiotic*  ✗ **Saccharomyces boulardii 250mg (Pure Encapsulations)**
A probiotic, healthy yeast which supports the gastrointestinal tract
Product Code = SACC1    ① ①

**2 Sambucol Black Elderberry Lipid Extract 4oz (Nature's Way)**
A standardized liquid extract of Elderberry to boost the immune System against cold, flu and virus
Product Code = SAMBU

**SAM-e 200mg (Douglas Laboratories)**
An effective mood enhancing nutrient which also supports muscle and joint inflammation
Product Code = SAME7

**SymBiotics with FOS 140gms (Allergy Research)**
A variety of probiotic strains with fructooligosaccharides to support digestive tract health
Product Code = SYMBI

**Steady On (Allergy Research)**
Product Code = _300gm – TOTA3/_ 900gm – TOT11

**Thisilyn Pro 175mg (MMS Pro)**
A standardized extract of milk thistle flavonoids to benefit healthy liver function
Product Code = THIS2    CK

**Vitamin B12 Sublingual 1000mcg (AuMed)**
A highly absorbable form of B12 to support energy, neurocognitive and cardiovascular function
Product Code = B12S7    CK

**Tricycline (Allergy Research)**
Supports intestinal balance
Product Code = TRICY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Wobenzym N Clear (Mucos Pharma)** A highly researched enzyme formula used to decrease the symptoms of inflammation Osteo-arthritis, Rheumatoid Arthritis, sprains and cardiovascular disease    Product Code = B1287 | | | | | | | | |
| **Zinc Picolinate 25mg (Allergy Research)** A highly absorbable form of zinc to boost the immune system, aid in wound healing, enhance insulin function and support the prostate Product Code = ZIN12 | | | | | | | | |
| **Samento Liquid 1oz (Nutramedix)** Product Code = SAM19 | | | | | | | | |
| **Culturelle with Lactobacillus GG (CAG Functional Foods)** Potent acidophilus bifidus by 2 Harvard Gastroenterologist doctors Product Code = LACT6 | | | ② | | ① | | | |
| **Artemisinin 100mg (Allergy Research)** Product Code – ARTE4 | | | | | | | | |
| **Milk Thistle 175mg (AMNI)** An effective liver regenerators and anti-inflammatory Product Code = MLK | | | | | | | | |
| **Green-Lipped Mussel Extract 1050mg (Amino Acid & Botanical Su)** Product Code = GRE13 | | | | | | | | |
| **Marine Care (Sea Cucumber) 500mg (Nutriceutical Research)** Product Code = SEAC3 | | | | | | | | |
| **Allicidin (garlic) 180mg (Designs For Health)** Product Code = ALL23 | | | | | | | | |
| **A.I. Formula (Pure Encapsulations)** Quercetin, curcumin, Bromelain and ginger extracts for inflammation Product Code = AIFOR | | | | | | | | |
| **Arabinogalactan 600mg (Pure Encapsulations)** Immune support fiber Product C= ARAB2ode | | | | | | | | |
| **Calcium d-Glucarate 500mg (AMNI)** Detox support for cellular health especially against cancer Product Code = CDG | | | | | | | | |
| **CholestePure (Pure Encapsulations)** Phystosterol complex to decrease LDL levels Product Code = CHOL6 | | | | | | | | |
| **Cognitive Aminos (Pure Encapsulations)** DI-phenylalanine, taurine, l-tyrosine, acetyl-l-carnitine to promote brain health Product Code = COGN7 | | | | | | | | |

## PLEASE ORDER THE FOLLOWING PRODUCTS THROUGH WELLNESS
### PHARMACY – 1.800.227.2667

| | | | | | |
|---|---|---|---|---|---|
| Halo Yummi Bears<br>Chewable multi vitamin/minerals for children | | | | | |
| Kirkman Spectrum<br>Complete multi-vitamin<br>_ 300 caps<br>_ 454 grams powder | | | | | |
| ProEFA<br>Better tasting,essential fatty acids for children<br>1000mg soft gel capsules - lemon | | | | | |
| ProEFA Liquid<br>Potent source of essential fatty acids for children<br>4oz glass bottle - lemon | | | | | |
| DHA Junior<br>Enhances brain function and helps ADD-like symptoms<br>250mg chewable small soft gel capsules - strawberry | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7H317150003

PHCS            Fax:8608294244          Jun 19 2009  16:39    P.02


Quest
Diagnostics

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| .ENT SERVICE 1-800-097-8378 | SPEARS,HALEY | |
| | | ORDERING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | RAXLEN,BERNARD |
| | GENDER: F FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:   WC913301B | ID: | NE22170668        60010080 |
| REQUISITION: 3568235 | PHONE: 860.930.0887 | BERNARD RAXLEN, M.D. |
| | | 123 W 79TH ST |
| | | NEW YORK, NY 10024-6480 |

COLLECTED:  06/17/2009   09:30 ET
RECEIVED:   06/17/2009   20:39 ET
REPORTED:   06/18/2009   06:24 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.50-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18 | L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 91.9 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

6/19/09
1/S

FAXED

SPEARS,HALEY - WC913301B                    Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. pn:XTXPR. 1/0.

06/18/09  01:04  #26371  1/3

Liberty003171

oki

7H317150003

PHCS          Fax:8608294244          Jun 19 2009  16:40   P.03


Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 06/17/2009  09:30 ET
REPORTED:  06/18/2009  06:24 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
RAKLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2160 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2033 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 636 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.0 | | % | |
| LYMPHOCYTES | 46.9 | | % | |
| MONOCYTES | 9.9 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| TSH, 3RD GENERATION | 2.50 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER   0.20-4.70
SECOND TRIMESTER  0.30-4.10
THIRD TRIMESTER   0.40-2.70

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
              Queued to:  (860) 677-5406

SPEARS,HALEY - WC9133018                          Page 2 - End of Report

7H317150003

PHCS                    Fax:8608294244          Jun 19 2009  16:40   P.04



**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | |
|---|---|
| **PATIENT INFORMATION**<br>**SPEARS, HALEY** | **REPORT STATUS FINAL   REPRINT** |

SPECIMEN INFORMATION
SPECIMEN:    WC780230B
REQUISITION: 3424450

DOB: [REDACTED]   AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.300.2050

**ORDERING PHYSICIAN**
**ZAGAR, DARIO**

CLIENT INFORMATION
NE22200645                    60010C00
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:  06/09/2009   15:45 ET
RECEIVED:   06/10/2009   00:38 ET
REPORTED:   06/10/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | | NOT APPLICABLE | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 28 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.6 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.1 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 287 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC78023CB

Page 1 - Continued on Page 2

FAXED

Liberty003173

7H317150003

PHCS          Fax:8608294244          Jun 19 2009  16:40     P.05


**Quest Diagnostics®**

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED     AGE: 31
GENDER: F FASTING: U

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**ZAGAR, DARIO**

C   2CTED:  06/09/2009    15:45 ET
REPORTED:   06/10/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2948 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1917 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 464 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 38 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.6 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 8.6 | | % | |
| EOSINOPHILS | 0.7 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
CLIA: 07D0093176

         Your request to have a duplicate copy faxed has been acknowledged.
                         Queued to:  (212) 799-2377
                         Queued to:  (860) 829-4244
                         Queued to:  8606675406FAX

ORIGINAL REPORT SENT TO:                ASSOCIATED NEUROLOGISTS
                                        75 KINGS HWY
                                        FAIRFIELD, CT 06825-4822

SPEARS, HALEY - WC780230B                    Page 2 - End of Report

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.  © Quest Diagnostics Incorporated. All rights reserved. 100000011791 Phrase 009 6759 - 775075.

Liberty003174

PHCS                    Fax:8608294244              Jun 19 2009  16:41    P.06


Quest
Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC660151B
REQUISITION: 3295600

COLLECTED:  06/02/2009    14:16 ET
RECEIVED:   06/02/2009    21:32 ET
REPORTED:   06/03/2009    06:48 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NZZZ103203                      00010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 26825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 73 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 143 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111    H | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L | |
| AST | 27 | | 10-30 U/L | |
| ALT | 36 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.75    L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 10.9    L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.1    L | 35.0-45.0 % | |
| MCV | 88.3 | | 80.0-100.0 fL | |
| MCH | 29.2 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 285 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

*[handwritten: Faxed 6/3, initials]*

SPEARS.HALEY - WC660151B                               Page 1 - Continued on Page 2||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CU-DPePR   2/01
04/03/01 00:0. 0029M3  1/3



PHCS                    Fax:8608294244              Jun 19 2009  16:41    P.07

Quest
Diagnostics

—QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  06/02/2009    14:15 ET
REPORTED:   06/03/2009    06:48 ET

PATIENT INFORMATION            REPORT STATUS FINAL REPRINT
SPEARS.HALEY

DOB: REDACTED AGE: 31          ORDERING PHYSICIAN
GENDER: F FASTING: N           2ACAR.DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 1963 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2203 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 509 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 91 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.9 | | % | |
| LYMPHOCYTES | 45.9 | | % | |
| MONOCYTES | 10.6 | | % | |
| EOSINOPHILS | 1.9 | | % | |
| BASOPHILS | 0.7 | | % | |

        HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0991. 3 STERLING DRIVE,-WALLINGFORD; CT  26492---  -- ----   ------ .--------
      Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

                                         DR RAXLEY


                                         DR GOUIN


                                         HALEY SPEARS
                                         1008 TROUT BROOK DRIVE
                                         WEST HARTFORD.CT

SPEARS.HALEY - WC660151B                              Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  all rights reserved. IN-RPaPd.  WDL

06/03/09 06:01 MZ3443 2/3

**ADVANCED ORTHOPAEDICS & SPORTS MEDICINE, P.C.**
www.advsports.com
**Pedro A. Romero, M.D.**
Shoulder & Hand   - Sports Medicine-Orthopaedics
155 Main Street, Manchester, CT 06042, (860) 647-1493
Fax: 860-643-6709

June 9, 2009

Kristin A. Giannini, MD
Ste N 520 Hartford Tpke
Vernon Rockville, CT 06066

RE:  Haley Spears

Dear Kristin:

Ms. Spears is a 31-year-old female who sustained an injury to her left index on 06/05/2009.  She slammed the tip of her left index with the car door.  The patient did not seek medical attention.  Her mother who is a patient in this office referred her for further follow up.  The patient has swelling, pain, and decoloration of the left index.

REVIEW OF SYSTEMS:  This patient has evidence of tremors, headaches, and loss of concentration.  This is secondary to Lyme disease.

SOCIAL HISTORY:  She is single.  At this point, she is on leave of absence from Pratt & Whitney where she works as an executive administrator.  She does not smoke.  She does not drink.

PAST MEDICAL HISTORY:  The patient has Lyme disease with a neurological component.  She has a cyst in the brainstem, Hashimoto's disease, hepatomegaly, ulcerative colitis, and history of bleeding ulcer.

MEDICATIONS:  She has numerous medications taking at this point including supplements.

She has had neurological deficits and she has had these neurological problems for a couple of years. . This was diagnosed by a neurologist at Yale-New Haven after she had a spinal tap and she has been seen by a Lyme disease specialist in Manhattan. Her neurologist currently is in Fairfield County.  She also has depression.  She is taking multiple antibiotics including rifampin and Mepron.  She has taken also Zithromax IV daily.  She is also taking Plaquenil and she is taking probiotics, folic acid, multiple vitamins, and immune booster.

OBJECTIVE:  On physical examination, she stands 5 feet 6 inches and weighs 114 pounds.  The left index decoloration.  The left index nail plate has an elevation and appears to be angulated.  This is because the base of the nail has detached from the matrix.

The x-rays taken today shows evidences of oblique fracture of the tip of the distal phalanx.  We performed Allen test.  There is good circulation in all the regions of the hand.  We performed Allen test for the left index and these are negative.  Capillary filling occurs immediately at 1 second after pressure of the digit.

Liberty003177

**RE:**  Haley Spears
**Date**
June 9, 2009

DIAGNOSES:
1.  Open fracture of the left index.
2.  Crush injury to the left index.
3.  Lyme disease with neurological components.
4.  Cyst in the brainstem.
5.  Hashimoto's disease.
6.  Hepatomegaly.
7.  Ulcerative colitis.
8.  History of bleeding ulcer.

MEDICAL DECISION MAKING:  The patient is taking heparin flush on a daily basis and at this point the patient will continue with ice packs and we will advise to wash the digit three times a day and use hydrogen peroxide.   We did not put the patient on any antibiotics, she is taking so many, and then we will use alcohol in order to eliminate the Gram negatives and the MRSA.  She is already on multiple antibiotics and she was advised to return to this office if there is any problem with the capillary filling test, which was rehearsed with her in the office today.   Next appointment will be on June 22, 2009.  New x-rays of the left index should be taken at that point.   She was advised to go to the emergency room immediately if she has any problems with the circulation of the left index.

We will keep you informed of this patient's progress.

Sincerely,

Pedro A. Romero, M.D.

PR/zydoctranscriptionservice/Jun10/2586590/raj/ejp

Liberty003178



**Quest Diagnostics**

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| **CLIENT SERVICE 1-866-697-8378** | SPEARS,HALEY | |
| | | **ORDERING PHYSICIAN** |
| **SPECIMEN INFORMATION** | **DOB:** REDACTED **AGE:** 31 | **DB.ZAGAN** |
| **SPECIMEN:** WC366510B | **GENDER:** F **FASTING:** U | |
| **REQUISITION:** 2948956 | | **CLIENT INFORMATION** |
| | **ID:** | NE22103203          60010000 |
| | **PHONE:** 860.308.2050 | **ASSOCIATED NEUROLOGISTS** |
| | | 75 KINGS HWY |
| | | FAIBFIELD, CT 06825-4823 |

```
COLLECTED:   05/13/2009    13:30 ET
RECEIVED:    05/14/2009    00:18 ET
REPORTED:    05/14/2009    06:46 ET
```

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC** | | | | **QUA** |
| **PANEL W/EGFR** | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.67 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 27 | | 6-40 U/L | |
| | | | | |
| **CBC (INCLUDES DIFF/PLT)** | | | | **QUA** |
| WHITE BLOOD CELL COUNT | 5.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.15 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.0 | | 35.0-45.0 % | |
| MCV | 86.8 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | 14.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 295 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC366510B

Page 1 - Continued on Page 2|

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-IPAPR. 1/01
05/14/09 08:08 #164202  L/3


**Quest**
**Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  05/13/2009    13:30 ET
REPORTED:   05/14/2009    06:46 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB:  REDACTED        AGE: 31
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
DR.ZAGAN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2882 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1887 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 561 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 143 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 28 | | 0-200 cells/uL | |
| NEUTROPHILS | 52.4 | | % | |
| LYMPHOCYTES | 34.3 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                 Queued to:  (860) 829-4244

DUPLICATE REPORT WILL BE SENT TO:        BERNARD RAXLEN. M.D.
                                         123 W 79TH ST
                                         NEW YORK. NY 10024-6480

                                         DR.LAUREN GOUIN


                                         CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

                                         HALEY SPEARS
                                         1008 TROUTBROOK DR
                                         WEST HARTFORD.CT

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DN-EPAPR.  7/01
REDACTED
05/14/09  08:01  #164202  2/3

Liberty003180

7H317150003



**F A X   C O V E R   S H E E T**

Fax No.: 18609790056                              Date: 05/14/2009 8:00 AM

WARNING:  THIS FAX CONTAINS CONFIDENTIAL MEDICAL INFORMATION.

The medical information in this FAX message is confidential
and protected by both State and Federal Law.  It is unlawful
for unauthorized persons to review, copy, disclose, or disseminate
confidential medical information.  If the reader of this warning is
not the intended FAX recipient or the intended recipient's agent, you
are hereby notified that you have received this FAX message in error
and that review or further disclosure of the information contained in
this FAX is strictly prohibited.  If you have received this FAX in
error, please notify us immediately at the telephone number indicated
below and either destroy these documents or return the originals to us
by mail.  Thank you.

QUEST DIAGNOSTICS INCORPORATED

Attn: Client Services Manager

3 STERLING DRIVE
WALLINGFORD, CT  06492
800-982-6810

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-IP4PR.  7/01
05/14/09 08:01 0164202  1/1

Liberty003181

7H317150003

MAY. 1.2009    4:03PM                                                        NO.906   P.2/5

Mailing Address
175 Scott Swamp Road
P.O. Box 4050
Farmington, CT 06034-4050

# ConnectiCare, Inc. & Affiliates

May 1, 2009

Haley A. Spears                                    Kristin Giannini, MD.
1008 Troutbrook Drive                              Rockville Family Physicians
West Hartford, CT 06119                            520 Hartford Turnpike, Suite N
                                                   Vernon, CT 06066

Member Name:  Haley A. Spears
ID #:         970263976-01

Dear Ms. Spears:

ConnectiCare reviews all requests for out-of-network services to ensure that its members receive
medically necessary services in a timely manner. In so doing, we use objective medical necessity criteria,
which have been developed with assistance and input from practicing physicians. We also review the
requests according to the terms of your benefit plan.

To be Medically Necessary, treatment must be something that a health care practitioner, exercising
prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating,
diagnosing or treating an illness, injury, disease or its symptoms, and that are **in accordance with
generally accepted standards of medical practice; clinically appropriate**, in terms of type, frequency,
extent, site and duration and considered effective for the patient's illness, injury or disease; **not primarily
for the convenience** of the patient, physician or other health care provider; and **not more costly than an
alternative service or sequence of services at least as likely to produce equivalent therapeutic or
diagnostic results** as to the diagnosis or treatment of that patient's illness, injury or disease. 'Generally
accepted standards of medical practice' means standards that are based on credible scientific evidence
published in peer-reviewed medical literature generally recognized by the relevant medical community or
otherwise consistent with the standards set forth in policy issues involving clinical judgment. (Refer to
your Summary Plan Description.)

The information provided to us indicates that you have been diagnosed with Lyme Disease. You are
requesting authorization to an out-of-network practitioner, Bernard D. Raxlen, MD in New York for
evaluation, consultation and/or treatment.

We have completed a review of your request and based on the information available and according to the
terms of your benefit plan, ConnectiCare is unable to authorize payment to Bernard D. Raxlen, MD.

You have a benefit plan that requires the use of participating providers except in limited circumstances,
for example: emergencies, urgent or prior authorized services or when we have determined, at our
discretion, that medically necessary services are not readily available in the ConnectiCare Network. All
health care services and supplies must be ordered, rendered and supplied by a participating provider or the
service or supply will not be covered. Refer to the Using Participating Providers and Non-Participating
Providers section of your benefit plan. The requested medical opinion and/or treatment for possible Lyme
disease is available within the ConnectiCare network utilizing a participating provider. After reviewing
the request for services from the non-participating provider, it was determined that medically necessary
services are available within the ConnectiCare network from Louis Reik, MD, Lyme Disease Specialist,
UConn Health Center, 263 Farmington Avenue, Farmington, CT 06030 (860) 679-7692 or Janine Evans,
MD, Yale Rheumatology, 60 Temple Street, Suite 6A, New Haven, CT 06510 (203) 737-5430.

LG000009

10/21/2015 03:17 pm              HALEY SPEARS DOB REDACTED                        308/507

Liberty003182

Haley A. Spears
970263976-01
May 1, 2009

Medically necessary services are reasonably available from a participating provider. Therefore, we cannot authorize payment for services from Bernard D. Raxlen, MD in New York.

ConnectiCare recognizes that the final decision to receive the service(s) is between you and the physician.

A copy of the criteria used to make this determination is available free of charge by sending a request to the following address or contacting us by telephone:

> ConnectiCare, Inc.
> 175 Scott Swamp Road
> Farmington, CT 06034-4050
> Attention: Clinical Review Department
> Member Services 1-800-251-7722

ConnectiCare makes available to physicians a physician reviewer to discuss by telephone determinations based on medical appropriateness. Your physician can contact a physician reviewer to discuss a medical necessity determination at (860) 674-2292.

You or your authorized representative can appeal this denial by writing to ConnectiCare Member Appeals at the address given in the enclosed Appeals Process or by calling Member Services at 1-800-251-7722 or fax (860) 674-2866 or 1-800-319-0089.

If you are covered by a governmental self-insured plan, you may contact the Connecticut Insurance Department at Post Office Box 816, Hartford, CT 06142-0816 or by Telephone (860) 297-3910. The state external appeals process is not available to members who are covered under a non-governmental self-insured plan.

If the state external appeal process is available to you, in accordance with Connecticut state law, you or your authorized representative must first exhaust all of ConnectiCare's internal appeals process before you may exercise your right to request an external appeal through the State of Connecticut. An external appeal must be filed with the Connecticut Insurance Department within 60 days of the final internal appeal decision.

You may contact the Connecticut Insurance Department at Post Office Box 816, Hartford, CT 06142-0816 or by Telephone (860) 297-3910. The state external appeals process is not available to members who are covered under a non-governmental self-insured plan.

If your plan is subject to the Employee Retirement Income Security Act (ERISA), you have the right to bring a civil action under Section 502(a) of ERISA when all appeals under the plan have been completed and the appeal has not been approved.

Sincerely,

John F. Harper, MD, PhD
Medical Director
Attachment

cc:   Kristin Giannini, MD

/dag

ZH317150003

# MEDICAL NECESSITY APPEALS PROCESS
## SELF-FUNDED PLAN

If you or your authorized representative are not satisfied with a decision ConnectiCare or its delegated programs has made regarding health services, benefits, pre-authorization, pre-certification or claims, then you or your representative may request an appeal.

The appeal request may be initiated orally, electronically or by mail by either calling, faxing or writing ConnectiCare as follows:

### Telephone: 1-800-346-8578

### Facsimile: 1-800-319-0089 or (860) 674-2866

### ConnectiCare
### Member Appeals
### PO Box 4061
### Farmington, Connecticut 06034-4061

For urgent or expedited behavioral health reviews, contact our behavioral health delegated program at:

### Telephone:  1-888-946-4658

### Facsimile:  1-800-322-9104

### Appeals Coordinator
### UBH-Schaumburg
### 1900 East Golf Road, Suite 300
### Schaumburg, IL 60173-6088

---

When contacting ConnectiCare or our behavioral health delegated program, you should explain why you feel the original decision should be overturned and submit any additional comments, documents or other information you think is relevant.

The appeal must be made as soon as possible after you receive the original decision, but no later than 6 months after the preauthorization request was denied or 6 months after the claim for benefits was denied, whichever comes first.  If you fail to submit your request within the 6 months, you lose your right to your appeal.

---

### Independent Review Organization

If you disagree with a decision regarding the medical necessity of a particular health service, such as a denial of a request for pre-certification of an inpatient admission or the pre-authorization of a certain surgical procedure, you may appeal that decision. ConnectiCare's appeal process is designed to resolve appeals quickly and impartially through the use of an independent review organization of medical practitioners, except for behavioral health expedited and urgent appeals, which are reviewed by an appropriately licensed specialist through our behavioral health delegated program.

1.  The independent review organization will arrange to have this appeal reviewed by a board-certified physician specialist in the field related to the condition that is the subject of the appeal who was not involved in the original decision.

2.  You or your authorized representative and your practitioner will be sent a written decision no later than 30 calendar days after receipt of the request for the appeal if you have not yet received the service at issue, or no later than 60 calendar days after receipt of the appeal if you have already received the service at issue.

SF COMML CICI FID FOR ALL
9/07

---

Liberty003184

7H317150003

MAY. 1.2009   4:03PM                                                                    NO.906   P.5/5

## Urgent Review of Certain Denials

You may file an appeal on an urgent basis if you or your covered dependent have an emergency or life-threatening situation, if a delay in treatment could seriously jeopardize your or your covered dependent's life or health or ability to regain maximum function, or you or your covered dependent would be subject to severe pain that could not be adequately managed. A decision on an urgent appeal will be made within two business days of receipt of all necessary information, but in no event later than 72 hours after receipt of the urgent appeal request. Please note that a behavioral health urgent appeal is reviewed by an appropriately licensed specialist through our behavioral health delegated program, and not an independent review organization.

## Expedited Review of Certain Denials

If you have been diagnosed with a condition that creates a life expectancy of less than 2 years and coverage has been denied because the service, supply or drug requested is experimental or investigational, an expedited review of that denial may be requested. The decision will be made within 2 business days of receipt of all necessary information, but in no event later than 72 hours after receipt of the expedited review request. Please note that a behavioral health expedited appeal is reviewed by an appropriately licensed specialist through our behavioral health delegated program, and not an independent review organization.

SF COMML CICI FID FOR ALL
9/07

Liberty003185

04/08/2009 10.30 FAX                                                    ☎001/001

## HEALTHWISE MEDICAL ASSOCIATES, LLP
## AUTHORIZATION FOR RELEASE OF INFORMATION

Patient Printed Name: __Haley Spears__ Date of Birth: __12__ REDACTED
I authorize __Robert Schoen__ __203-495-1888__
to release from my entire medical record to include (Office Notes, Results of Diagnostic Testing (i.e., x-rays EKG, laboratory testing), correspondence from other providers, and past medical records- different provider also request that the following information be released: (check) ☐ HIV Testing and related treatment ☐ Psychiatric notes ☐ Drug and/or alcohol Counseling/Testing ☐ Genetic Counseling and/or testing to:

Name of Physician or Entity: _____
Address: _____
ROCKVILLE FAMILY PHYSICIANS
008 HARTFORD TPKE. SUITE N
VERNON, CT 06066

To be used for the purpose of: _____
Special Mailing Instructions: _____

Per HEALTHWISE MEDICAL ASSOCIATES, LLP HIPAA Policy 0003-*The charge for copying of Medical Records is $0.45 per page plus the cost of first class postage. If special mailing is required, an additional charge of $15.00 will be assessed.*

Signature: __Haley A. Spears__                    Date: __4/8/09__
(Signature of person granting authorization on behalf of patient, Parent or guardian if patient is under 18 years of age)

Witness: _____                    Date: _____

HIV Related Information: "This information is disclosed to you from records whose confidentiality is protect by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is not sufficient for this purpose." Conn. Gen. Stat. § 19a-583,585.

Drug and/or Alcohol: I may revoke this authorization at any time, except to the extent that action has been taken thereon. This authorization, unless expressly revoked earlier, expires six months from the date of this request. PL9-282 Sec. 52-146

Psychiatric: The confidentiality of a psychiatric record is required under Connecticut General Statutes. This information shall not be transmitted to anyone else without written consent or other authorization as provided by CGS. CGS Sec 52-146

To the Patient: The information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by HIPAA.

You have the right to revoke this authorization, so long as the release has not been completed. PL9=282 Sec. 52-146

This authorization, unless expressly revoked by earlier, expires six months from the date of this request. PL9-282 Sec. 52-146

Liberty003186



## Associated Neurologists of Southern Connecticut, P.C.
75 Kings Highway Cutoff
Fairfield, CT 06824
Phone: 203.333.1133
Fax:    203.333-8926

# Fax

To: Dr. Schoen                  Fax: (203)495-1888

From: Marisol                   Date: 4/13/09

Re: Haley Spears                Pages: 1

CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

• Comments: RE- Haley Spears- D.O.B.
Dr Dario Zagar is looking for any
recent blood-work + records.

                    thank You!

                        Marisol

ATTENTION: This message is intended only for the individual to whom it is addressed. It contains information that may be confidential under law. If you are not the intended recipient or agent responsible for delivering this message, do not read, copy or distribute this information. If you have received this message in error, notify the sender immediately by phone call and return the message by mail to the address above. Thank you.

# NEW HAVEN RHEUMATOLOGY, P.C.

60 TEMPLE STREET, SUITE 6A, NEW HAVEN, CONNECTICUT 06510
PHONE (203) 789-2255  FAX (203) 495-1888

CHARLES A. DiSABATINO, JR., M.D.
ROBERT T. SCHOEN, M.D., F.A.C.P.
ANNE LIEBLING, M.D.

ELISE M.S. CARLSON, M.D.
JANINE EVANS, M.D.

March 26, 2009

Dr. Kristin Giannini
520 Hartford Turnpike
Vernon Rockville, CT 06066

Dear Dr. Giannini:

**HALEY SPEARS** was seen on March 26, 2009.

**REASON FOR VISIT:** The patient is a 31 year old woman who comes for evaluation of "I may have neural Lyme disease."

**HISTORY:** The patient reports that over the past year she has had multiple problems. About a year ago she developed self-limited diarrhea and flu-like symptoms. This was followed by an episode of asthma in the spring of last year. At one point she had flu like symptoms and was thought possibly to have pneumonia. She developed pain in her feet and was told of bilateral plantar fasciitis. She developed migraine type headaches in May, June and July of 2008. She was evaluated with an MRI scan of the brain.

She was ultimately found to have a non-enhancing focal T2 prolongation centered in the white matter of the fusiform gyrus of the right temporal lobe consistent with a low grade astrocytoma and a 0.7 cm pineal cyst on MRI scan testing at Yale New Haven Hospital. She is being followed for this by Dr. Baehring at Yale.

She continued to have headaches. She saw multiple physicians and was told of various different diagnoses. She ultimately saw Dr. Zagar. She had negative Lyme disease serologic testing in the peripheral blood but she did have a lumbar puncture, which showed reactive IgM Western blot bands at 41, 39, 20 and 18 kd. Because of this finding, central nervous system Lyme disease was considered and the patient was given a month of ceftriaxone therapy. This will be completed several days from now. The patient reports that she has tolerated this adequately, although she currently has symptoms of a yeast infection. She also saw Dr. Kage. There is a history of possible Hashimoto's thyroiditis and because of Raynaud's type symptomatology and apparently a positive ANA (these records are not available), the patient was started on hydroxychloroquine. She really doesn't feel any different now than she did several weeks ago. She continues to have headache, neck pain, difficulty with insomnia, cognitive concerns and generalized body pain.

The patient recalls that she may have had an unspecified rash on the arm but she does not recall the details of this.

**MEDICATION:** The current medications are Topamax, hydroxychloroquine, Prevacid, Asacol, folic acid, Singular and vitamins.

HALEY SPEARS DOB REDACTED

Liberty003188

**RE: HALEY SPEARS**
**March 26, 2009**
**Page Two**

**PHYSICAL EXAMINATION:** On exam the weight was 116 pounds. The skin was clear. The head, eyes, ears, nose and throat, including fundoscopic examination, were normal. The neck was supple. There was no lymphadenopathy. The lungs were clear. The cardiac exam revealed S1 and S2, no murmurs. The abdomen was soft.

The joint exam revealed good range of motion without synovitis. The neurologic examination revealed normal cranial nerves. Motor strength was 5:5. Deep tendon reflexes were symmetrically present. Sensation was intact.

**DIAGNOSIS:** The problems are:

1. Headache, fatigue, arthralgias.
2. Abnormal MRI scan of the brain.
3. Positive Lyme disease Western blot bands on CSF with negative peripheral blood serology.

I had a lengthy discussion with the patient and her mother. My best estimation is that she does not have and has not had Lyme disease as the cause for her symptoms. She reports disturbed sleep, diarrhea, migraine type headaches, neck pain, generalized body pain, Raynaud's type symptomatology and an abnormal ANA. I don't think these are from Lyme disease. She has also been found to have an abnormal MRI scan of the brain with a possible astrocytoma and pineal cyst. This is not from Lyme disease. Although she had several bands on IgG Western blot CSF testing, her peripheral serology was negative, which is also against the diagnosis of Lyme disease. She has now received treatment for the possibility of central nervous system Lyme disease - four weeks of ceftriaxone therapy. My opinion would be that this is sufficient treatment and I recommended to the patient and her mother that she go off this treatment now. They may get another opinion but I would stop the antibiotic therapy at present. I think that she will need to pursue other diagnostic avenues, certainly following up with Yale neuro-oncology, Dr. Zagat for her persistent headaches, as well as rheumatology, Dr. Kage and endocrinology.

Once I have complete records, which I have requested, I will discuss the situation further with the patient and/or her mother and Dr. Zager. They would like my opinion prior to Sunday when antibiotic therapy is due to be completed.

Sincerely yours,


Robert T. Schoen, M.D.
RTS/kbg

Cc: Dr. Baehring
     Dr. Barbara Kage
     Dr. Zagar

# NEW HAVEN RHEUMATOLOGY, P.C.

60 TEMPLE STREET, SUITE 6A, NEW HAVEN, CONNECTICUT 06510
PHONE (203) 789-2255  FAX (203) 495-1888

CHARLES A. DI SABATINO, JR., M.D.
ROBERT T. SCHOEN, M.D., F.A.C.P.
ANNE LIEBLING, M.D.

ELISE M.S. CARLSON, M.D.
JANINE EVANS, M.D.

March 30, 2009

**RE: HALEY SPEARS**

I spoke to Dr. Zagar on March 30, 2009. I Indicated that, in my opinion, the patient does
not have central nervous system Lyme disease and she has been treated adequately for this
possibility. He indicated that the patient and her mother were dissatisfied with my opinion.
I indicated that would support their decision to get an additional opinion, if they wish.

Robert T. Schoen, M.D.
RTS/kbg

HALEY SPEARS DOB REDACTED

Liberty003190



**Quest Diagnostics**

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.933.2009

SPECIMEN INFORMATION
SPECIMEN:    AE2725121
REQUISITION: 1039270007125
LAB REF NO:

COLLECTED:  03/26/2009      10:21
RECEIVED:   03/26/2009      12:33
REPORTED:   04/01/2009      11:44

| PATIENT INFORMATION | | REPORT STATUS   **Final** |
| --- | --- | --- |
| **SPEARS,HALEY A A** | | |
| DOB: REDACTED    Age: 31 | | ORDERING PHYSICIAN |
| GENDER: F | | **ROBERT T SCHOEN,MD** |
| | | CLIENT INFORMATION |
| | | 103927 |
| ID: 18391 | | ROBERT T. SCHOEN. M.D. |
| PHONE: (860) 555-0242 | | GROUP #13:692 |
| | | CLINICAL DIAGNOSTICS |
| | | 60 TEMPLE STREET  #5A |
| | | NEW HAVEN, CT  06510 |

COMMENTS:    NON-FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| CBC (Includes Diff/Plt) | | | | QWA |
| WBC | 4.9 | | 3.8-10.8 Thous/uL | |
| RBC | 4.13 | | 3.90-5.10 Million/uL | |
| Hemoglobin | 12.3 | | 11.7-15.5 g/dL | |
| Hematocrit | 36.5 | | 35.0-45.0 % | |
| MCV | 88.4 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 33.8 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| Platelet Count | 266 | | 140-400 Thous/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |
| Neutrophils,Absolute | 2705 | | 1500-7800 cells/uL | |
| Lymphocytes,Absolute | 1539 | | 850-3900 cells/uL | |
| Monocytes,Absolute | 573 | | 200-950 cells/uL | |
| Eosinophils,Absolute | 54 | | 15-500 cells/uL | |
| Basophils,Absolute | 29 | | 0-200 cells/uL | |
| Total Neutrophils,% | 55.2 | | % | |
| Total Lymphocytes,% | 31.4 | | % | |
| Monocytes,% | 11.7 | | % | |
| Eosinophils,% | 1.1 | | % | |
| Basophils,% | 0.6 | | % | |
| Comp Metabolic Panel w/eGFR | | | | QWA |
| Glucose | 80 | | 65-99 * mg/dL | |
| | | | Fasting reference interval | |
| Urea Nitrogen | 13 | | 7-25 mg/dL | |
| Creatinine | 0.73 | | 0.58-1.06 mg/dL | |
| EGFR Non-Afr. American | >60 | | >OR=60 * NOTE | |
| | | | Units of measure (GFR Estimated): mL/min/1.73m2 | |
| EGFR African American | >60 | | >OR=60 * NOTE | |
| | | | Units of measure (GFR Estimated): mL/min/1.73m2 | |
| Sodium | 139 | | 135-146 mmol/L | |
| Potassium | 3.8 | | 3.5-5.3 mmol/L | |
| Chloride | 105 | | 98-110 mmol/L | |
| Carbon Dioxide | 21 | | 21-33 mmol/L | |
| Calcium | 9.3 | | 8.6-10.2 mg/dL | |
| Alkaline Phosphatase | 68 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 28 | | 6-40 U/L | |
| Bilirubin,Total | 0.2 | | 0.2-1.2 mg/dL | |

SPEARS,HALEY A A - AE2725121

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/02/09 at 07:68am.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. CDEXXX-HTL RXXXM 9/06 32.IK - | DSPL

 **Quest Diagnostics**

Quest Diagnostics Incorporated

| | | |
|---|---|---|
| | PATIENT INFORMATION<br>SPEARS, HALEY A A | REPORT STATUS   **Final** |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| | DOB: REDACTED    Age: 31 | ROBERT T SCHOEN. MD |
| REPORTED:   04/01/2009   11:44 | GENDER: F | |
| COLLECTED:  03/26/2009   10:21 | ID: 18391 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **Comp Metabolic Panel w/eGFR (Continued)** | | | | |
| Protein. Total | 7.5 | | 6.2-8.3 g/dL | |
| Albumin | 5.0 | | 3.6-5.1 g/dL | |
| Globulin.Calculated | 2.5 | | 2.2-3.9 g/dL | |
| A/G Ratio | 2.0 | | 1.0-2.1 | |
| **T4.Total** | 7.2 | | 4.5-12.8 mcg/dL | QWA |
| **TSH.3rd Generation** | 1.56 | | mIU/L | QWA |
| | Reference ranges (TSH) in mIU/L: | | | |
| | 1-19 years | | 0.50 to 4.30 | |
| | > or = 20 years | | 0.40 to 4.50 | |
| | Pregnancy: | | | |
| | First Trimester | | 0.20 to 4.70 | |
| | Second Trimester | | 0.30 to 4.10 | |
| | Third Trimester | | 0.40 to 2.70 | |
| **C3. Serum** | 97 | | 90-180 mg/dL | QWA |
| **C4. Serum** | | 14 L | 16-47 mg/dL | QWA |
| **ANAchoice Scr.w/refl Titer IFA** | | | | QWA |
| ANAchoice(TM) Screen | NEGATIVE | | NEGATIVE | |

A negative ANAchoice(TM) indicates the absence of detectable
antibodies to component analytes consisting of dsDNA. Chromatin. RNP.
Sr/RNP. Sm. SSA. SSB. Jo-1. Centromere B, Scl-70 and Ribosomal P.

A negative ANAchoice(TM) should be interpreted in the context of the
clinical and laboratory findings. and does not rule out autoimmune
disease characterized by other autoantibody specificities including
autoimmune hepatitis and primary biliary cirrhosis.

| | | | | |
|---|---|---|---|---|
| **DNA (DS) Abs** | | | | QWA |
| DNA (DS) Antibody | 4 | | NONE IU/mL | |
| | IU/mL | Interpretation | | |
| | -------- | ---------------- | | |
| | < or = 4 | Negative | | |
| | 5 to 9 | Indeterminate | | |
| | > or = 10 | Positive | | |

| | | | | |
|---|---|---|---|---|
| **Borrelia burgdorferi Antibody Screen w/IgG and IgM by Western Blot** | | | | |
| Lyme Disease Screen | | | | QWA |
| Lyme Disease Screen | <0.91 | | < OR = 0.90 Index | |

SPEARS.HALEY A A - AE2725121

Page 2 - Continued on Page 3

Printed by Care360 AutoReceive on 04/01/09 at 07:58am.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics  © Quest Diagnostics Incorporated All rights reserved. 2003.XX-NTL. 01.XXXX-00.



**Quest Diagnostics**

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY A A**

REPORT STATUS **Final**

DOB: REDACTED     Age: 31
GENDER: F
ID: 18391

ORDERING PHYSICIAN
**ROBERT T SCHOEN, MD**

REPORTED:   04/01/2009   11:44
COLLECTED:  03/26/2009   10:21

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| Borrelia burgdorferi Antibody Screen w/IgG and IgM by Western Blot (Continued) | | | | |
| Lyme Disease Screen (Continued) | | | | |
| Lyme Disease Interpret. | NEGATIVE | | NOTE | |

Reference ranges:
< or = 0.90     Negative
0.91 to 1.09    Equivocal
> or = 1.10     Positive

Due to recommendations by the Food and Drug Administration
(FDA), all positive or equivocal Borrelia burgdorferi antibody EIA
(screening) tests will be followed by the Western blot. The screening
test for B. burgdorferi has a low predictive value for a negative
result when used to detect early infection and a low predictive value
for a positive result when exposure history, symptoms, and clinical
findings are not consistent with Lyme disease. Positive or equivocal
results should not be interpreted as true positives until a
second-step testing of the specimen is done using a method that is
more specific for antibodies to B. burgdorferi (e.g. Western blot).

| | | | | |
|---|---|---|---|---|
| Lyme Disease IgG and IgM,WB | | | | CWA |
| Lyme Disease Screen | <0.91 | | < OR = 0.90 Index | |
| Lyme Disease Interpret. | NEGATIVE | | NOTE | |

Reference ranges:
< or = 0.90     Negative
0.91 to 1.09    Equivocal
> or = 1.10     Positive

Due to recommendations by the Food and Drug Administration
(FDA), all positive or equivocal Borrelia burgdorferi antibody EIA
(screening) tests will be followed by the Western blot. The screening
test for B. burgdorferi has a low predictive value for a negative
result when used to detect early infection and a low predictive value
for a positive result when exposure history, symptoms, and clinical
findings are not consistent with Lyme disease. Positive or equivocal
results should not be interpreted as true positives until a
second-step testing of the specimen is done using a method that is
more specific for antibodies to B. burgdorferi (e.g. Western blot).

| | | | | |
|---|---|---|---|---|
| Lyme Disease (IgG),WB | NEGATIVE | | NEGATIVE | |
| 18 kD (IgG) band | | NON-REACTIVE | | |
| 23 kD (IgG) band | | NON-REACTIVE | | |
| 28 kD (IgG) band | | NON-REACTIVE | | |
| 30 kD (IgG) band | | NON-REACTIVE | | |
| 39 kD (IgG) band | | NON-REACTIVE | | |
| 41 kD (IgG) band | | NON-REACTIVE | | |
| 45 kD (IgG) band | | NON-REACTIVE | | |
| 58 kD (IgG) band | | NON-REACTIVE | | |
| 66 kD (IgG) band | | NON-REACTIVE | | |

SPEARS, HALEY A A - AE2725121

Page 3 - Continued on Page 4

Printed by CemaBC AutoReceive on 04/03/09 at 07:53am.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated All rights reserved. CD0380-HTL Rev(09/04) SCIX - 11378.


**Quest Diagnostics**

Quest Diagnostics Incorporated

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>**SPEARS,HALEY A A** |
| **REPORTED:** 04/01/2009   11:44<br>**COLLECTED:** 03/26/2009   10:21 | DOB: REDACTED   Age: 31<br>GENDER: F<br>ID: 18391 |

REPORT STATUS   **Final**

ORDERING PHYSICIAN
**ROBERT T SCHOEN,MD**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

Borrelia burgdorferi Antibody Screen w/IgG and IgM by Western Blot (Continued)
Lyme Disease IgG and IgM,WB (Continued)

| | | | | |
|---|---|---|---|---|
| 93 kD (IgG) band | | NON-REACTIVE | NOTE | |

IgG Western Blot strips which have 5 (or more) of the 10 significant
bands are considered positive for specific antibody to B. burgdorferi.
The diagnosis of Lyme disease must include careful clinical evaluation
and should not be based only on detection of antibodies to
B. burgdorferi. A negative western blot interpretation does not
exclude the possibility of infection with B. burgdorferi. (Ref:
Dressler F, Whalen JA, Reinhardt BN, and Steere AC, Western Blotting
in the Serodiagnosis of Lyme Disease, J.Infect. Dis. 1993, 167:392-400
and the Recommendations of the Second Conference of Lyme Disease,
Dearborn, Michigan, 1994.)

| | | | | |
|---|---|---|---|---|
| Lyme Disease (IgM),WB | | NEGATIVE | NEGATIVE | |
| 23 kD (IgM) band | | NON-REACTIVE | | |
| 39 kD (IgM) band | | NON-REACTIVE | | |
| 41 kD (IgM) band | | NON-REACTIVE | NOTE | |

IgM Western Blot strips which have a minimum of 2 of the 3 significant
bands are considered positive for specific antibody to B. burgdorferi.
The diagnosis of Lyme disease must include careful clinical evaluation
and should not be based only on detection of antibodies to
B. burgdorferi. A negative western blot interpretation does not
exclude the possibility of infection with B. burgdorferi. (Ref:
Dressler F, Whalen JA, Reinhardt BN, and Steere AC, Western Blotting
in the Serodiagnosis of Lyme Disease, J Infect. Dis. 1993, 167:392-400
and the Recommendations of the Second Conference of Lyme Disease,
Dearborn, Michigan, 1994).

The State of CT. asks us to remind all physicians to report all cases
of Lyme disease. Please call them at 860-509-7994 for reporting forms.

| | | | | |
|---|---|---|---|---|
| Urinalysis,Complete | | | | CMA |
| Color | YELLOW | | YELLOW | |
| Appearance | CLEAR | | CLEAR | |
| Specific Gravity | 1.021 | | 1.001-1.035 | |
| pH | 6.0 | | 5.0-8.0 | |
| Glucose,QL | NEGATIVE | | NEGATIVE | |
| Protein,Total,QL | NEGATIVE | | NEGATIVE | |
| Blood | NEGATIVE | | NEGATIVE | |
| Ketones | NEGATIVE | | NEGATIVE | |
| Bilirubin,Urine | NEGATIVE | | NEGATIVE | |
| Leukocyte Esterase | NEGATIVE | | NEGATIVE | |
| Nitrite | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | 0-5 cells/HPF | |
| RBC | NONE SEEN | | 0-3 cells/HPF | |
| Squamous Epithelial Cells | NONE SEEN | | 0-5 cells/HPF | |
| Transitional Epithelials | NONE SEEN | | 0-5 cells/HPF | |
| Renal Epithelial Cells | NONE SEEN | | 0-3 cells/HPF | |
| Bacteria | NONE SEEN | | NONE SEEN  /HPF | |
| Calcium Oxalate Crystals | NONE SEEN | | NONE SEEN  /HPF | |

SPEARS,HALEY A A - AE2725121

Page 4 - Continued on Page 5

Printed by Cares'465 AuteRees via on Oct C2/09 at 07:58am

©1993, Quest Diagnostics, the associated disc and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QDREXP-WR, Version 065.6CSK - 11/5/6.

Liberty003194


Quest Diagnostics

Quest Diagnostics Incorporated

| | | | |
|---|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS | **Final** |
| | **SPEARS, HALEY A A** | | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN: | |
| | DOB: REDACTED   Age: 31 | **ROBERT T SCHOEN, MD** | |
| REPORTED:   04/01/2009   11:44 | GENDER: F | | |
| COLLECTED:  03/26/2009   10:21 | ID: 16391 | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| Urinalysis, Complete (Continued) | | | | |
| Uric Acid Crystals | NONE SEEN | | NONE SEEN   /HPF | |
| Triple Phosphate Crystals | NONE SEEN | | NONE SEEN   /HPF | |
| Amorphous Crystals | NONE SEEN | | NONE SEEN   /HPF | |
| Other Crystals | NONE SEEN | | NONE SEEN   /HPF | |
| Hyaline Cast | NONE SEEN | | NONE SEEN   /LPF | |
| Granular Casts | NONE SEEN | | NONE SEEN   /LPF | |
| Other Casts | NONE SEEN | | NONE SEEN   /LPF | |
| Yeast | NONE SEEN | | NONE SEEN   /HPF | |
| Culture, Urine, Routine | | | | CWA |
| Source | SEE NOTE | | | |
| | Urine | | | |
| Status | FINAL | | | |
| Organism 1 | SEE NOTE | | | |
| | No growth | | | |

---

**Performing Laboratory Information:**

CWA   Quest Diagnostics Incorporated CL 0091 3 Sterling Drive Wallingford CT 06492 Laboratory Director: Neena Singh, M.D.

SPEARS, HALEY A A - AE2725121                                                                Page 5 - End of Report

Printed by Care360 AutoReceive on 04/02/09 at 07.56a.m.

Quest Quest Diagnostics the associated design and all logos Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. SDX3094-RTL.PPE01 M.S. SCX- 7633S.

Liberty003195

## Quest Diagnostics

**QUEST DIAGNOSTICS INCORPORATED**
**CLIENT SERVICE 1-866-697-8378**

**SPECIMEN INFORMATION**
**SPECIMEN:** WC929317A
**REQUISITION:** 2331940

**COLLECTED:** 04/09/2009   10:30 ET
**RECEIVED:** 04/09/2009   14:26 ET
**REPORTED:** 04/10/2009   08:06 ET

**PATIENT INFORMATION**
SPEARS, HALEY

**DOB:** REDACTED **AGE:** 31
**GENDER:** F **FASTING:** Y

**ID:**
**PHONE:** 860.645.9997

**REPORT STATUS FINAL**

**SUPERVISING PHYSICIAN**
NASEER, SAQIB

**CLIENT INFORMATION**
NE22216274                  60010000
NEW ENGLAND CARDIOLOGY ASSOC
257 E CENTER ST
MANCHESTER, CT 06040-5214

**PROVIDER:**
PHCS 22200645

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| TRIGLYCERIDES | 89 | | <150 mg/dL | QWA |
| CHOLESTEROL, TOTAL | 157 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 50 | | > OR = 46 mg/dL | QWA |
| LDL-CHOLESTEROL | 89 | | <130 mg/dL (calc) | QWA |

DESIRABLE RANGE <100 MG/DL FOR PATIENTS WITH CHD OR
DIABETES AND <70 MG/DL FOR DIABETIC PATIENTS WITH
KNOWN HEART DISEASE.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.1 | | < OR = 5.0 (calc) | QWA |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | QWA |
| CREATININE W/EGFR | | | | QWA |
| CREATININE | 0.66 | | 0.58-1.05 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| GLUCOSE | 65 | | 65-99 mg/dL | QWA |
| | | | FASTING REFERENCE INTERVAL | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1 L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.3 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 21 | | 6-40 U/L | |
| ELECTROLYTE PANEL | | | | QWA |
| SODIUM | 130 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |

SPEARS, HALEY - WC929317A

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 19-03091.  1/01



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  04/09/2009   10:30 ET
REPORTED:   04/10/2009   08:06 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: Y

REPORT STATUS FINAL

SUPERVISING PHYSICIAN
NASEER,SAQIB

PROVIDER:
PHCS 22200645

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (860) 646-7999
                    Queued to:  (860) 979-0056
                    Queued to:  860329424486097900566

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

                                         HALEY SPEARS


                                         HALEY SPEARS

SPEARS,HALEY - WC929317A                            Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 24-0000. V01
CM03
08/10PH 08:19 4360354  045

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

**Pulmonary Report**

PATIENT: SPEARS,HALEY A
ADMISSION DATE:

MR#:    Z346259
ACCT#: D02405257
ROOM#:
DOB:    REDACTED

LOCATION: MMH-PULMONARY

ATTENDING PHYSICIAN: Naseer,Saqib
PROVIDER:           Wasserstein,David A
PROVIDER TYPE:      MD

REPORT#: 0402-0020

================================================================================
DATE OF SERVICE: 04/01/2009

REQUESTING PHYSICIAN:
Saqib Naseer, MD, FACC, FASNC

INDICATION:
Shortness of breath.

RESULTS:
Spirometry shows a normal forced vital capacity and FEV1.  The FEV1/FVC ratio is
at the lower limits of normal.  The FEF 25-75 is at the lower limits of normal.
Following bronchodilator, flow rates do increase.  Static lung volume shows an
elevated TLC, RV, RV to TLC ratio and FRC.  Diffusion capacity is normal.

IMPRESSION:
This study shows mild reversible airways obstruction with air trapping and
normal diffusion capacity.  This can be seen in asthma.  Clinical correlation
suggested.

DAW / de
DD: 04/02/2009 13:51:16     DT: 04/02/2009 15:15:59
Document:11006413
Voice Job Number: 279231                 cc DR Grianini

CC: Saqib Naseer MD. FACC, FASNC

Dictating: Wasserstein,David A
           Signature on File
Date signed:  04/02/09

Time signed:  1524

Distribution:
          PARDU   Parikh,Dushyant
          NASSA   Naseer,Saqib

Eastern Connecticut Health Network,Inc (PCI: OE Database ECHN)

Run: 04/09/09-11:17 by Rossick,Rebecca                    Page 1 of 1

7H317150003

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Diseases*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

March 30, 2009

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT  06066

RE:    **SPEARS, Haley**  DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 31 year-old female
who has not been feeling well in the past two to three years. She states that she thinks that
she got Lyme disease at some point in the past two to three years and she started having
numerous symptoms including hand, wrist, and feet pains. She also has some GI
symptoms and was seen by Dr. O'Brien for that and he referred her to Dr. Kage, a
rheumatologist where she had extensive blood work. She was also seen by a neurologist.
She was found to have a cyst in the brain stem area and also a lesion in the right temporal
lobe. She has been followed up by a neurologist, Dr. Zagar, for that. She also has a
history of hypothyroidism and has been followed up by Dr. Oberstein. The reason she
was in our office was because of some palpitations and racing of her heart beat that has
been going on since November of last year. She states that occasionally, she has dyspnea
on exertion and atypical chest discomfort. She also has symptoms of asthma and has
been taking some medications for that.

CURRENT MEDICATIONS: Include vitamins. She does have a PIC line and has been
getting Rocephin antibiotics IV for the past one month. She is also on Topamax,
Plaquenil, Prevacid, Singulair, Advair inhaler, Protonix.

PAST MEDICAL HISTORY: As above. She has a history of asthma since her high
school days. This initially was only sports related asthma, but later on in the past one
year or so, it has become more pronounced and she has been taking inhalers for that and
occasionally nebulizer treatments. She also has a history of hypothyroidism, cyst on her
brain stem, right temporal lobe lesion. She also has a history of colitis, probably
ulcerative colitis and she is probably suffering from Lyme disease for which she has been
getting treatment.

SOCIAL HISTORY: The patient is a nonsmoker and denies alcohol or drug abuse. She
used to work as an administrative assistant, but now she is on disability because of her
recent illnesses.

Liberty003199

**SPEARS, Haley**
Page 2

FAMILY HISTORY: The patient's aunt on the father's side had an enlarged heart, and also has a pacemaker and she is 47 years old at this time. Her grandfather on her father's side died of a myocardial infarction in his 60s.

PHYSICAL EXAMINATION: Today her weight is 114 pounds. Her blood pressure was 120/80. Neck veins are flat. There are good carotid pulses. No carotid bruit. Chest was clear to auscultation. Cardiovascular exam revealed S1, S2 regular. There is no S3 or pericardial rub. Extremities were free of edema. There is no calf tenderness.

Electrocardiogram today revealed sinus rhythm at 77 beats per minute. No acute changes were noted.

In summary, Ms. Spears has been having a lot of different symptoms including palpitations, dyspnea on exertion and atypical chest discomfort. She has been evaluated by a number of different specialists.

In an effort to correlate her symptoms with any specific arrhythmia, a Holter monitor will be needed. An echocardiogram and a regular treadmill test will also be scheduled. I have advised the patient to see a pulmonologist since she does have many pulmonary symptoms. She is to discuss with her physicians whether they would also want to consider CT scan of the chest and abdomen. Pulmonary function tests will also be ordered. She was given a prescription to check fasting lipids, LFT's, electrolytes, BUN & creatinine if they have not been checked in the past few months. The patient is to report any symptoms to us. Otherwise, I will follow her up after the basic cardiac workup.

Sincerely yours,

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C
SN/jns

## HEALTHWISE MEDICAL ASSOCIATES, LLP
## AUTHORIZATION FOR RELEASE OF INFORMATION

Patient Printed Name: **Haley Spears**  Date of Birth: REDACTED

I authorize **Evan Schiff**    56/ -7272

to release from my entire medical record to include (Office Notes, Results of Diagnostic Testing {i.e., x-rays EKG, laboratory testing}, correspondence from other providers, and past medical records- different provider also request that the following information be released: (check) □ **HIV Testing and related treatment** □ **Psychiatric notes** □ **Drug and/or alcohol Counseling/Testing** □ **Genetic Counseling and/or testing to:**

      Name of Physician or Entity: _____

      Address: _____  ROCKVILLE FAMILY PHYSICIANS
                             620 HARTFORD TPKE, SUITE K
                             VERNON, CT 06066

To be used for the purpose of: _____

Special Mailing instructions: _____

Per HEALTHWISE MEDICAL ASSOCIATES, LLP HIPAA Policy 0003-*The charge for copying of Medical Records is $0.45 per page plus the cost of first class postage. If special mailing is required, an additional charge of $15.00 will be assessed.*

Signature: _____                                      Date: **4/8/09**
(Signature of person granting authorization on behalf of patient. Parent or guardian if patient is under 18 years of age)

Witness: _____                                        Date: _____

**HIV Related Information:** "This information is disclosed to you from records whose confidentiality is protect by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is not sufficient for this purpose." Conn. Gen. Stat. § 19a-583,585.

**Drug and/or Alcohol:** I may revoke this authorization at any time, except to the extent that action has been taken thereon. This authorization, unless expressly revoked earlier, expires six months from the date of this request PL9-282 Sec. 52-146

**Psychiatric:** The confidentiality of a psychiatric record is required under Connecticut General Statutes. This information shall not be transmitted to anyone else without written consent or other authorization as provided by CGS. CGS Sec 52-146

**To the Patient:** The information used or disclosed pursuant to this authorization may be subject to re-disclosur by the recipient and may no longer be protected by HIPAA.

You have the right to revoke this authorization, so long as the release has not been completed, PL9=282 Sec. 52-146

This authorization, unless expressly revoked by earlier, expires six months from the date of this request. PL9-282 Sec 52-146

Liberty003201

7H317150003

## HEALTHWISE MEDICAL ASSOCIATES, LLP
## AUTHORIZATION FOR RELEASE OF INFORMATION

Patient Printed Name: Haley Spears ___ Date of Birth: REDACTED ___

I authorize ___ Jorge Diaz ___ 738-0480 ___

to release from my entire medical record to include (Office Notes, Results of Diagnostic Testing (i.e., x-rays EKG, laboratory testing), correspondence from other providers, and past medical records- different provider also request that the following information be released: (check) ☐ **HIV Testing and related treatment** ☐ Psychiatric notes ☐ Drug and/or alcohol Counseling/Testing ☐ Genetic Counseling and/or testing to:

Name of Physician or Entity: _____
Address: _____

To be used for the purpose of: _____
Special Mailing instructions: _____

Per HEALTHWISE MEDICAL ASSOCIATES, LLP HIPAA Policy 0003 *The charge for copying of Medical Records is $0.45 per page plus the cost of first class postage. If special mailing is required, an additional charge of $15.00 will be assessed.*

███████████████████████████   Date: **4/8/09**

Witness: _____   Date: _____

**HIV Related Information:** "This information is disclosed to you from records whose confidentiality is protect by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is not sufficient for this purpose." Conn. Gen. Stat. § 19a-583,585

**Drug and/or Alcohol:** I may revoke this authorization at any time, except to the extent that action has been taken thereon. This authorization, unless expressly revoked earlier, expires six months from the date of this request. PL9-282 Sec. 52-146

**Psychiatric:** The confidentiality of a psychiatric record is required under Connecticut General Statutes. This information shall not be transmitted to anyone else without written consent or other authorization as provided by CGS. CGS Sec 52-146

**To the Patient:** The information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by HIPAA.

You have the right to revoke this authorization, so long as the release has not been completed. PL9-282 Sec. 52-146

This authorization, unless expressly revoked by earlier, expires six months from the date of this request. PL9-282 Sec. 52-146

## HEALTHWISE MEDICAL ASSOCIATES, LLP
## AUTHORIZATION FOR RELEASE OF INFORMATION

Patient Printed Name: Haley Spears          Date of Birth: REDACTED

I authorize Robert Schoen          203-495-1888

to release from my entire medical record to include (Office Notes, Results of Diagnostic Testing (i.e., x-rays EKG, laboratory testing), correspondence from other providers, and past medical records- different provider also request that the following information be released: (check) ☐ HIV Testing and related treatment ☐ Psychiatric notes ☐ Drug and/or alcohol Counseling/Testing ☐ Genetic Counseling and/or testing to:

Name of Physician or Entity:_____

Address:_____  ROCKVILLE FAMILY PHYSICIANS
                          920 HARTFORD TPKE, SUITE N
To be used for the purpose of:_____  VERNON, CT 06066

Special Mailing instructions:_____

Per HEALTHWISE MEDICAL ASSOCIATES, LLP HIPAA Policy 0003 *The charge for copying of Medica Records is $0.45 per page plus the cost of first class postage. If special mailing is required, an additional charge of $15.00 will be assessed.*

Signature: Haley A. Deen          Date: 4/8/09
(Signature of person granting authorization on behalf of patient. Parent or guardian if patient is under 18 years of age)

Witness:_____          Date:_____

HIV Related Information. "This information is disclosed to you from records whose confidentiality is protect by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is not sufficient for this purpose." Conn. Gen. Stat. § 19a-583,585.

Drug and/or Alcohol  I may revoke this authorization at any time, except to the extent that action has been taken thereon. This authorization, unless expressly revoked earlier, expires six months from the date of this request. PL9-282 Sec. 52-146

Psychiatric: The confidentiality of a psychiatric record is required under Connecticut General Statutes. This information shall not be transmitted to anyone else without written consent or other authorization as provided by CGS. CGS Sec 52-146

To the Patient: The information used or disclosed pursuant to this authorization may be subject to re-disclosur by the recipient and may no longer be protected by HIPAA.

You have the right to revoke this authorization, so long as the release has not been completed. PL9=282 Sec. 52-146

This authorization, unless expressly revoked by earlier, expires six months from the date of this request. PL9-282 Sec. 52-146

Liberty003203

7H317150003

04/09/2008 10:28 FAX                                            ☑C01/001

## HEALTHWISE MEDICAL ASSOCIATES, LLP
## AUTHORIZATION FOR RELEASE OF INFORMATION

Patient Printed Name: Haley Spears          Date of Birth: REDACTED

I authorize  Evan Schiff            561 - 7272

to release from my entire medical record to include (Office Notes, Results of Diagnostic Testing (i.e., x-rays
EKG, laboratory testing), correspondence from other providers, and past medical records- different provider
also request that the following information be released: (check) ☐ HIV Testing and related
treatment ☐ Psychiatric notes ☐ Drug and/or alcohol Counseling/Testing ☐ Genetic
Counseling and/or testing to:

Name of Physician or Entity: _____

Address: _____    ROCKY LEE FAMILY PHYSICIANS
                                 520 HARTFORD TPKE, SUITE N
                                 VERNON, CT 06066

To be used for the purpose of: _____

Special Mailing instructions: _____

Per HEALTHWISE MEDICAL ASSOCIATES, LLP HIPAA Policy 0003-*The charge for copying of Medica
Records is $0.45 per page plus the cost of first class postage. If special mailing is required, an additional
charge of $15.00 will be assessed.*

Signature: _____          Date: 4/8/09
(Signature of person granting authorization on behalf of patient. Parent or guardian if patient is
under 18 years of age)

Witness: _____           Date: _____

**HIV Related Information**: "This information is disclosed to you from records whose confidentiality is protect
by state law. State law prohibits you from making any further disclosure of it without the specific written
consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for
the release of medical or other information is not sufficient for this purpose." Conn. Gen. Stat. § 19a-583,585.

**Drug and/or Alcohol**: I may revoke this authorization at any time, except to the extent that action has been
taken thereon. This authorization, unless expressly revoked earlier, expires six months from the date of this
request. PL9-282 Sec. 52-146

**Psychiatric**: The confidentiality of a psychiatric record is required under Connecticut General Statutes. This
information shall not be transmitted to anyone else without written consent or other authorization as provided
by COS. CGS Sec 52-146

**To the Patient**: The information used or disclosed pursuant to this authorization may be subject to re-disclosur
by the recipient and may no longer be protected by HIPAA.

You have the right to revoke this authorization, so long as the release has not been completed. PL9=282 Sec.
52-146

This authorization, unless expressly revoked by earlier, expires six months from the date of this request. PL9-
282 Sec. 52-146

10/21/2015 03:17 pm          HALEY SPEARS DOB REDACTED                    330/507

Liberty003204



## HARTFORD MEDICAL GROUP

| | DATE | MEDICATION | | |
|---|---|---|---|---|
| DRUG ALLERGIES | | | | |
| ☑ NKDA (Check this box if there are no known drug allergies.) | | | | |
| | | | | |
| | | | | |

## PERMANENT PROBLEM LIST

| PATIENT NAME | Haley Spears | | DATE OF BIRTH | REDACTED | SEX F. |
|---|---|---|---|---|---|

| DATE | PROBLEM | NO. | DATE | PROBLEM |
|---|---|---|---|---|
| | Endo Colonoscopy 6/07 | 20 | | Hx Thyroid disorder |
| | colorless stool | 21 | | |
| | Microscopic colitis | 22 | | |
| | Arthers | 23 | | |
| | Amenorr | 24 | | |
| | | 25 | | |
| | | 26 | | |
| | | 27 | | |
| | | 28 | | |
| | | 29 | | |
| | | 30 | | |
| | | 31 | | |
| | | 32 | | |
| | | 33 | | |
| | | 34 | | |
| | | 35 | | |
| | | 36 | | |
| | | 37 | | |
| | | 38 | | |

| | | | | FLEX SIG | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00's | | | | PAP | 6/07 | | | | |
| | | | | MAMMOGRAM | | | | | |
| | | | | EKG | | | | | |
| | | | | CHOLESTEROL | | | | | |
| | | | | PDA | | | | | |
| | | | | CBC/SMAC | | | | | |
| | | | | OTHER | | | | | |

HALEY SPEARS DOB REDACTED

10/21/2015 03:17 pm

Liberty003205

# HARTFORD MEDICAL GROUP

AN AFFILIATE OF HARTFORD HOSPITAL

## PHYSICAL EXAMINATION

Name of Patient _Spears, Haley_     D.O.B. REDACTED     Date _5 / 16 / 08_

TO BE FILLED OUT BY MEDICAL PERSONNEL

UA color _____ glucose _____ bili _____ ketones _____
sp.gr. _____     blood _____ pH _____
protein _____ nitrates _____ leuk _____
LMP _3 USES 10-7-0_

Ht _5" 4½_ wt _124_  Pulse _86_  Resp _16_  BP _131/84_
Vision: (uncorrected) R: 20/ _____  L: 20/ _____  Both: 20/ _____
            (corrected)   R: 20/ _____  L: 20/ _____  Both: 20/ _____

**Comments/Abnormal Findings**

1. General _____ ☑ WNL
   a. appearance   c. mental
   b. gait         development
                   d. hygiene

2. Skin _____ ☑ WNL
   a. rashes   d. nails
   b. sores    e. color/texture
   c. nevi     f. scars

3. Head _____ ☑ WNL
   a. scalp   c. hair
   b. sinuses pattern

4. Eyes _____ ☑ WNL
   a. pupils          R    L
   b. extraocular
      movement        R    L
   c. conjunctiva     R    L
   d. fundi           R    L
   e. peripheral
      vision          R    L

5. Ears _____ ☑ WNL
   a. canals          R    L
   b. tympanic
      membrane        R    L
   c. hearing         R    L

6. Nose/Throat _____ ☑ WNL
   a. mucosa   c. pharynx
   b. septum   d. dentition

7. Neck _____ ☑ WNL
   a. range of motion  d. bruits
   b. supple           e. adenopathy
   c. thyroid

8. Chest/Lungs _____ ☑ WNL
   a. symmetry
   b. adventitious sounds
   c. air entry
   d. percussion

9. Heart _____ ☑ WNL
   a. rate    d. ectopic
   b. rhythm  beats
   c. murmurs e. PMI

10. Breasts _____ ☐ WNL
    a. lesions/
       masses       R    L
    b. nipple
       discharge    R    L

11. Abdomen _____ ☑ WNL
    a. appearance
    b. organomegaly
    c. bowel sounds
    d. hernia

12. Genitalia _____ ☐ WNL
    Male
    a. penis discharge
    b. testes
    c. hernia

13. Gyn _____ ☐ WNL
    Female
    a. vulva
    b. urethra
    c. vagina
    d. cervix
    e. adnexa
    f. uterus

14. Rectal _____ ☐ WNL
    a. masses
    b. hemorrhoids
    c. sphincter tone
    d. prostate
    e. guaiac  ☐

15. Musculoskeletal _____ ☑ WNL

|  | UE | LE |
|---|---|---|
| a. range of motion | R L | R L |
| b. strength/tone | R L | R L |
| c. edema | R L | R L |
| d. cyanosis/clubbing | R L | R L |
| e. spine | R L | R L |
| f. deformities | R L | R L |

16. Neurological _____ ☑ WNL

    a. reflexes
    b. cranial nerves
    c. motor/sensory
    d. mental status
    e. Rhomberg

17. Peripheral Vascular _____ ☑ WNL
    a. pulses

18. Lymphadenopathy _____ ☑ WNL

Other
Special
Findings

Patient Education:
Check box if topic
Discussed.

☐ tobacco
☐ alcohol / drugs
☐ STDs / HIV / hepatitis
☐ Family Planning

☑ diet / exercise
☑ seatbelt/helmet use/dom. Violence
☑ cancer screening
☑ sun exposure/skin self exam

☑ BSE / mammo
☑ PAP
☐ bone density test
☐ mammogram/estrogen

☐ calcium/vit/herbals
☐ immune/TB screening
☐ 1 Living will/DNR
☐ Other

Print Name _____     Signed _____

HH Forms 579002
Printed by the Digital Print Center @ HH

Liberty003206

7H317150003

# HARTFORD MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

## MEDICAL HISTORY
### Primary Care

Date _____

| Last Name | First Name | M.I. | Sex | Date of Birth |
|---|---|---|---|---|
| SPEARS | HALEY | A | F | REDACTED |

Name of Person to contact in case of emergency: Chris Baumann  Relationship: mother  Phone: (C) 860·305-3609  (W)860·645-9997  (W) 860·642·4137

Who do you live with? alone  (c) 318·349·6490  David Spears  father  Marital Status: Single

Date of Exam: 968  Physician's Name  Reason for Exam

Last Physical Exam

### SOCIAL

Do you smoke? NO
If yes, how much?
If no, have you ever smoked? NO

How Much Alcohol Do You Drink? None

Any History of Alcohol or Drug Abuse? NO

Do you exercise regularly?

Present Occupation: Administrative Assistant / Student   Prior Occupations: recruiter / sales CSR

Have these jobs exposed you to any hazards? NO
(chemicals, radiation, noise)

### FAMILY HISTORY

Please list any illnesses in your family members:

Parents: allergies, GERD,   mitral valve prolapse — mother

Siblings: allergies   kidney ??? — ??? (father)

Children:

Spouse:

Are there any other illnesses in your family?
mother: tumor in breast   brain cancer — ???

### MEDS

What medications do you take? (Include over the counter, vitamins, herbal and contraceptives)
on file

List all allergies to medicines, foods, insect bites, other: _____

HH Form 575017 New 11-04   Printed by the Digital Print Center @ HH   [1]

ZH31715 0003

## MEDICAL HISTORY (continued)

### PREVENTIVE MEDICINE

| Date of your last: | | | |
|---|---|---|---|
| | | Stool guaiac cards | N/A |
| | | Sigmoidoscopy or colonoscopy | 6/07 |
| Tetanus shot | 2003 | Rectal exam | N/A |
| Flu shot | N/A | Women only: Pap smear | 6/07 |
| Pneumonia shot | N/A | Mammogram | N/A |
| Hepatitis B shot | N/A | Bone Density test | N/A |
| Measles shot | 7 | Men only: PSA test | |
| TB test | 1996 ? | | |
| Cholesterol test | 2007 | If you were born after 1956: | |
| EKG | ? | Have you had a measles | |
| Dental exam | 3/08 | booster shot? | Yes |
| Eye exam | 3/08 | Have you had chicken pox? | NO |

### MEDICAL HISTORY / TRAUMA

Hospitalization / Surgeries Trauma: [List all operations and hospitalizations in your entire life]

| Year | M.D. | Reason |
|---|---|---|
| 2006 | Cipola | Endoscopy & Colonoscopy |
| Year | M.D. | Reason |
| Year | M.D. | Reason |
| Year | M.D. | Reason |

Have you had any other serious disease or chronic illness?

asthma, microscopic collitus, Bleeding ulcer growth on Thyroid

### SPECIALIST CARE

Specialist Care: List any Specialist you have seen in the past 5 years.

| Date | M.D. | Reason for Visit |
|---|---|---|
| fall 07 | Cipola | Stomach pain / rectal Bleeding |
| March 08 | O'Brien | Stomach pain |
| | Greenwald | Sch |
| Date | M.D. | Reason for Visit |
| Date | M.D. | Reason for Visit |

[2]

HALEY SPEARS DOB REDACTED

Liberty003208


**HARTFORD**
MEDICAL GROUP

I, _Haley Spears_____, was given and have read the Vaccine
Information Statement on the following vaccinations:

☐ Adacel (diphtheria tetanus & a-pertussis)      ☐ Meningiococcal
☐ DPT (diphtheria tetanus & pertussis)                 (☐ Menactra or ☐ Menomune)
☐ Influenza                                                                     ☐ Polio
☐ Gardasil (HPV vaccine)                                        ☐ Pneumococcal conjugate
☐ Hepatitis A                                                              ☐ Pneumococcal vaccine
☒ ~~Hepatitis B~~                                                     ☐ Tetanus diphtheria
☐ Hemophilus Influenza (HIB)                              ☐ Varicella (chicken pox)
☐ Measles mumps rubella (MMR)                         ☐ Zostavax (shingles)

I have been provided with updated information and have had the opportunity to ask questions
about the benefits and risks of the vaccination. I understand that there is no guarantee that I will
become immune and there is a possibility that I will experience an adverse side effect from the
vaccine.

For women: I have been advised that studies have not been conducted to determine the effect of
the vaccine on a developing fetus. Therefore, the safety of the vaccine in pregnancy is not
known. To the best of my knowledge I am not pregnant at this time, and will not become
pregnant in the next 90 days.

┌─────────────────────────────────────────────────────────────────────────┐
│ **I request that the vaccine be given to me.**                            │
│                                                                           │
│ _Haley Spears_                               _5/16/08_                     │
│ Signature of Patient                          Date                        │
└─────────────────────────────────────────────────────────────────────────┘

┌─────────────────────────────────────────────────────────────────────────┐
│ **I request that the vaccine NOT be given to me.**                        │
│                                                                           │
│ Signature of Patient                          Date                        │
└─────────────────────────────────────────────────────────────────────────┘

Signature of Witness                            Date

**Single dose vaccine administration**
Date:_____ Admin. by:_____ Site:_____ Manufacturer:_____ Lot#:_____
Date:_____ Admin. by:_____ Site:_____ Manufacturer:_____ Lot#:_____
Date:_____ Admin. by:_____ Site:_____ Manufacturer:_____ Lot#:_____

**Multiple dose vaccine administration**
HepB  1st Date: 5/16/08   Admin. by: _____ Site: _____ Manufacturer: Merck   Lot#: 1410U
#2  2nd Date: 6/16/08   Admin. by: _____ Site: 2dell   Manufacturer: _____ Lot#: 1 8374
HepB  3rd Date: 11/5/08  Admin. by: _____ Site: deltoid Manufacturer: Merck   Lot#: 0844Y

10/21/2015 03:17 pm            HALEY SPEARS DOB REDACTED            335/507
                                                                                    Liberty003209

# HARTFORD
## MEDICAL GROUP

I, _Haley Spear_____, was given and have read the Vaccine
Information Statement on the following vaccinations:

- ☐ Adacel (diphtheria tetanus & a-pertussis)
- ☐ DPT (diphtheria tetanus & pertussis)
- ☐ Influenza
- ☒ Gardasil (HPV vaccine)
- ☐ Hepatitis A
- ☐ Hepatitis B
- ☐ Hemophilus Influenza (HIB)
- ☐ Measles mumps rubella (MMR)

- ☐ Meningococcal
  - (☐ Menactra or ☐ Menomune)
- ☐ Polio
- ☐ Pneumococcal conjugate
- ☐ Pneumococcal vaccine
- ☐ Tetanus diphtheria
- ☐ Varicella (chicken pox)
- ☐ Zostavax (shingles)

I have been provided with updated information and have had the opportunity to ask questions about the benefits and risks of the vaccination.  I understand that there is no guarantee that I will become immune and there is a possibility that I will experience an adverse side effect from the vaccine.

For women: I have been advised that studies have not been conducted to determine the effect of the vaccine on a developing fetus.  Therefore, the safety of the vaccine in pregnancy is not known.  To the best of my knowledge I am not pregnant at this time, and will not become pregnant in the next 90 days.

**I request that the vaccine be given to me.**

Signature of Patient _Haley a Spear_          Date _6/16/08_

**I request that the vaccine NOT be given to me.**

Signature of Patient _____          Date _____

Signature of Witness _____          Date _____

Single dose vaccine administration
Date: _6/16/08_ Admin. by: _____ Site: _Left_ Manufacturer _Merck_ Lot#: _14-86U_
Date: ___ Admin. by: ___ Site: ___ Manufacturer: ___ Lot#: ___
Date: ___ Admin. by: ___ Site: ___ Manufacturer: ___ Lot#: ___
Multiple dose vaccine administration
1st Date: ___ Admin. by: ___ Site: ___ Manufacturer: ___ Lot#: _1486U_
2nd Date: _7/16/08_ Admin. by: _____ Site: _Deltd_ Manufacturer: _Merck_ Lot#: _1486U_ OK per Dr Ettman
3rd Date: ___ Admin. by: ___ Site: ___ Manufacturer: ___ Lot#: ___

F:\DATA\HMG\Clinical\Vaccine information\vaccine permission form.doc          06/15/2007

**HARTFORD**
MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** Spears, Haley

**D.O.B.** ___REDACTED

**Primary Care**

Medications: Singulair
Allegra

Allergies: NKDA

Date: 5/18/07
BP 120/70
P 68 RR 16
97.8 wt
Smoker ⊖
LMP 5/18/07

Pt c/o abdominal pain, and diarrhea —
business trip

5) Diarrhea x 2 mos (8/05 - 10/05)
(solid) continuous
after stool loose since then - on/off
blood c wiping. HC cream helped
+ urg/lns
sudden need "stuck/cramp"
coffee → diarrhea
prior PCP - ? colitis (6ERD
occas. nausea / in throat.
eating out / hot food → worse
no worse c lactose fuds.
tried Lopramide / Aciphex
c ? butter
? Pt Ethnic
immodium helps.
microscopic colitis - Grandaughter (age 81)
Pulls/c ostoma / allergies.
thyroid nodule → drained x 3
(2004 - 2005). bx x 2 ⊖

x NAD, looks well
And soft RBS
NT/ND
y HSM
thyroid - NL

A/P: Diarrhea: ? IBS, IBD, doubt lactose intol
? celiac.
↓ B/w
refered to D. Lipolle

MKGltj

181 Forms 578012 New 11-04    Printed by the Digital Print Center @ 181

FAXED
MAY 3-1-2007

**Patient Name:** _Spears, Haley_

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**D.O.B.** ___REDACTED___

**Primary Care**

| | Medications: | Allergies: |
|---|---|---|

Date: ___
BP ___/___
P ___ RR ___
T ___ Wt ___
Smoker ___
LMP ___

6/4/07   NO ~~Sheet~~   SA
~~Cancelled~~ + rescheduled

---

Date 6/8/07
BP 109/60
P 76 RR 16
T 98.4 (m)
Smoker NO
LMP 3 weeks
Dr ap

zyrtec, Benedryl,
chlorpheniramine 4mg,
Singulair 5mg qhs
Albuterol MDI

e-urysin
B6 skin.
Dust, mold, mildew,

6/8/07,

25 y.o. f M c Hx of Asthma. seek for 5 day
started as a ?virus - nasal drip/dryness,
head stuffiness, now has chest congestion

S: 25 y.o female with sinus congestion and
cough x 5 days. Denies any new headache. ⊕
sinus pain, ⊕ runny nose, ⊕ non-productive
cough. Ear pain a few days ago but it has
since subsided. Denies difficulty breathing or
shortness of breath. ⊕ itchy watery eyes
Has tried Zyrtec, Benadryl with mild relief.
Has ⊕ hx of seasonal allergies

**PMH**
Asthma
Seasonal allergies

**Soc hx**
⊖ tobacco

O: Alert + oriented x3    NAD
HEENT - Frontal + maxillary Sinuses non-tender to
   palpation. sclera mildly injected without drainage.
   TM's pearly gray without erythema. Turbinates
   pink + moist. OP mildly erythematous without
   discharge/exudate.
Neck supple without lymphadenopathy

**HARTFORD**
MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Spears Halley_

**D.O.B.** ____/____/____

**Primary Care**

| | |
|---|---|
| Date: | Medications: | Allergies: |
| BP ____/____ | | |
| P____ RR____ | | |
| T____ Wt____ | | |
| Smoker____ | | |
| LMP____ | | |

Lungs clear to auscultation bilaterally without
wheezes, rales or rhonchi.
Cardiac - RRR without murmurs, rubs or gallops

A/P   1. Allergic rhinitis
      2. seasonal allergies
         - Continue c̄ Benadryl prn
         - Allegra-D 1 tab BID
         - Can use either Robitussin DM or
      Mucinex DM for cough suppressant + mucous thinner
         - Can use Optivar eye drops 1 gtt BID prn
         - Return if not improving/worsening

appt c̄ abm
          present c̄
            Ecrael c̄                    Birge DeBbra
             PAS                         PA-Student

                           WilliamsPAC

IH Forms 575013 Rev 11-04   Printed by the Digital Print Center @ HH

7H31715003

**Patient Name:** _Spears, Haley_

**D.O.B.** —— REDACTED ——

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

*Primary Care*

Pg. 2

**Patient Name:** _Spears, Haley_

HARTFORD
MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

REDACTED

Date: _____
BP ____ / ____
P ____ RR ____
T ____ Wt ____
Smoker _____
LMP _____

1/12/07

TM fr Sarah — Pt getting BW done for Dr. Cipoll
& would also like Dr. ES to order tests for her
cholesterol & anything additional he wants, she
said Dr. Cipolla said it would need to be ordered
by her PCP. Do you want to order anyth—
I mailed lab slip to pt — (SA)

Meds: EKD

This past Sun awoke c̄ vomiting & diarrhea,
⊕ nausea. Still nauseous, ↓ appetite & some
sinus pressure c̄ S.T.

Date 2/13/08
BP 138/80
P 76 RR 16
T 98 Wt 122
Smoker ⊘
LMP 2 wks ago
Dx ____

Initially vomit eat today — resolved

Fever to 100°

⊕ ear — that pm
Now _____ TMT.

Sinus pain
Non yellow old green. watery stool now

O: NAD XXXX OP w/o erythema ⊕ PND ww/k
RM+
Cx ⊕⊕
TG ND ⊕BS
AT ⊕ ↑ URI — S. ____
— _____

2) Diarrhea — ? associated f w/ ____
· Lomotil, Tylenol + fluids GE
— Can't ∆ ↑ lorazepam
— Rx Bral___

_____

HH Forms 575013 New 11-04    Printed by the Digital Print Center @ HH

7H317150003

# Chart

## HALEY SPEARS

**DOB:** REDACTED
From 09/01/2008 to 03/31/2015

Liberty003216

# Encounters

**Encounter 18** Date 11/25/2013
**Diagnosis** Td VACCINE (V06.5)

**Encounter 17** Date 12/10/2012
**Diagnosis**

**Encounter 16** Date 11/19/2012
**Diagnosis** ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), OTALGIA NOS (388.70)

**Encounter 15** Date 10/01/2012
**Diagnosis** ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

**Encounter 14** Date 08/23/2012
**Diagnosis** SEBACEOUS CYST (706.2)

**Encounter 13** Date 11/14/2011
**Diagnosis** ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

**Encounter 12** Date 02/15/2011
**Diagnosis** SORE THROAT (462.)

**Encounter 11** Date 11/22/2010
**Diagnosis** SYMPTOM, COUGH (786.2)

**Encounter 10** Date 11/16/2010
**Diagnosis** URI (465.9)

**Encounter 9** Date 11/15/2010
**Diagnosis** SYMPTOM, COUGH (786.2)

**Encounter 8** Date 07/09/2010
**Diagnosis** LYME DISEASE (088.81)

**Encounter 7** Date 06/08/2010
**Diagnosis** ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)

**Encounter 6** Date 01/20/2010
**Diagnosis** LYME DISEASE (088.81)

**Encounter 5** Date 06/18/2009
**Diagnosis** Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0), ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

**Encounter 4** Date 06/10/2009
**Diagnosis**

**Encounter 3** Date 04/22/2009
**Diagnosis**

**Encounter 2** Date 04/08/2009
**Diagnosis** OTALGIA NOS (388.70)

**Encounter 1** Date 03/10/2009
**Diagnosis** ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90), LYME DISEASE (088.81), Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)

Liberty003217

# History & Physical Report #18

***HALEY SPEARS***
11/25/2013 4:38 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: English / Race: White
Female

History of Present Illness (Sandra Sudduth; 11/25/2013 4:48 PM)

The patient is a 36 year old female who presents for a nursing visit. Patient is here for immunizations. Reaction to previous immunizations: no reaction to previous immunizations. Note for " nursing visit": Tetanus booster given IM to left deltoid per pt request and consent.

Assessment & Plan (Sandra Sudduth; 11/25/2013 4:38 PM)
Td VACCINE (V06.5)
Current Plans
- Immunization: Td VACCINE ADULT: TD VACCINE 7 or > (90714)
- IMMUNIZATION ADMIN, 1st VACCINE (90471)

Signed electronically by Sandra Sudduth (11/25/2013 4:50 PM)

## Procedures

**Td VACCINE ADULT: TD VACCINE 7 or > (90714)** Performed: 11/25/2013 (Final, Reviewed)
**IMMUNIZATION ADMIN, 1st VACCINE (90471)** Performed: 11/25/2013 (Final, Reviewed)

Liberty003218

7H317150003

# History & Physical Report #17

***HALEY SPEARS***
12/10/2012 3:56 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: English / Race: White
Female

The patient is a 35 year old Female.

Signed electronically by Felicia A Pelton (12/10/2012 8:57 PM)

Liberty003219

7H317150003

# History & Physical Report #16

***HALEY SPEARS***
11/19/2012 5:05 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: English / Race: White
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 11/19/2012 11:43 PM)
    Patient words: Her ears have been bothering her for weeks. She has been sneezing a lot and she does have a lot of allergies and she has been getting a lot of post nasal drip. She has been getting pressure in the ears and pain and she has no trouble hearing. She has been using Singulair and she has been using the Zyrtec as well. She has rarely used a nose spray. She was using nose sprays in the past that were steroid and they may have made her sicker when she was diagnosed with the tick borne illnesses.

    The patient is a 35 year old female who presents with ear problems. Patient came alone to this appointment. The pain is felt in both sides. The onset of the ear problems has been gradual and has been occurring for weeks. The course has been constant. The ear problems is described as a mild (To moderate) dull aching, sharp pain and pressure. The ear problems is described as being located in the inner ear. The patient has been using OTC meds (Zyrtec). Previous evaluations have included none.

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 11/19/2012 11:46 PM)
**NONTOXIC MULTINODULAR GOITER (241.1)**
**HASHIMOTO'S DISEASE CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)**
**ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)**
**COLITIS, ULCERATIVE NOS (SS6.9 | K51.919)**
**LYME DISEASE (088.81 | A69.20)**
**NEOP, NOS, BRAIN (239.6)**
**CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0 | RS1)**
**PATIENT REFERRALS.** Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD
**ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)**

Allergies (Mindy Richards; 11/19/2012 5:05 PM)
**ERYTHROMYCIN, NOS.** VOMITING

Social History (KRISTIN A GIANNINI, MD; 11/19/2012 5:44 PM)
**Caffeine Use.** 3-5 TEA OR COFFEE A WEEK
**Tobacco Use.** Never smoker.
**Alcohol Use.** Occasional alcohol use. 1 a month
**Non Smoker/No Tobacco Use**
**Non Drinker/No Alcohol Use**

Medication History (KRISTIN A GIANNINI, MD; 11/19/2012 5:44 PM)
Xopenex HFA (45MCG/ACT Aerosol, 2 (two) Inhalation four times daily, as needed, Taken starting 10/01/2012) Active.
Singulair (5MG Tablet Chewable, 1-2 Oral daily, Taken starting 09/05/2012) Active.
Ipratropium-Albuterol (0.5-2.5 (3)MG/3ML Solution, 1 (one) Inhalation every four hours, as needed, Taken starting 04/09/2012) Active.
ZyrTEC Allergy (10MG Tablet, 1 (one) Oral daily, Taken starting 04/02/2012) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/12/2012) Active.
Nebulizer (1 as needed, Taken starting 11/14/2011) Active. (portable, Dx:  493.90)
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device, 1 Intramuscular as needed, Taken starting 10/19/2011) Active.
Levaquin (500MG Tablet, 1 Oral daily, Taken starting 02/15/2011) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
Prevacid (30MG Capsule DR, 1 Oral two times daily) Active.
Asacol (400MG Tablet DR, 2 Oral two times daily) Active.
TraMADol HCl (50MG Tablet, 1 Oral three times daily) Active.
Mepron (750MG/5ML Suspension, 2 tsp Oral daily) Active.

Liberty003220

Allimax--OTC capsules (1 daily) Active.
Mepron (750MG/5ML Suspension, 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet, 2 Oral two times daily) Active.

Review of Systems (KRISTIN A GIANNINI, MD; 11/19/2012 11:42 PM)
**General:** Not Present- Appetite Loss and Fever.
**Skin:** Not Present- Rash.
**HEENT:** Present- Ear Pain and Sore Throat. Not Present- Eye Redness, Ear Discharge and Nasal Congestion.
**Neck:** Not Present- Neck Pain and Neck Stiffness.
**Respiratory:** Not Present- Cough.
**Gastrointestinal:** Not Present- Diarrhea and Vomiting.
**Psychiatric:** Not Present- Change in Sleep Pattern.

Vitals (Mindy Richards; 11/19/2012 5:09 PM)
11/19/2012 5:05 PM
**Weight:** 131 lb  **Height:** 64.25 in
**Body Surface Area:** 1.64 m²  **Body Mass Index:** 22.31 kg/m²
**Temp.:** 97.8° F **Pulse:** 101 (Regular)  **P.OX:** 98% (Room air)
**BP:** 102/66    (Sitting, Left Arm, Standard)

Physical Exam (KRISTIN A GIANNINI, MD; 11/19/2012 11:44 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Not in acute distress. **Build & Nutrition** - Well nourished. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  - no rashes and no petechiae. **Color** - normal coloration of skin. **Temperature** - normal warmth is noted. **Mobility & Turgor** - normal mobility and turgor.

**Head and Neck**
**Neck**
**Global Assessment** - supple. no lymphadenopathy.

**Eye**
**Sclera/Conjunctiva** - **Left** - No conjunctival erythema. **Right** - No conjunctival erythema.

**ENMT**
**Ears: Pinna and mastoid** - **Left** - normal. no localized tenderness observed. **Right** - normal. no localized tenderness observed.
**External Auditory Canal** - **Left** - normal. **Right** - normal. **Tympanic Membrane** - **Bilateral** - TM is retracted.
**Nose and Sinuses**
**Nasal Mucosa** - **Bilateral** - congested.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions or exudate.
**Tonsils: Characteristics** - **Bilateral** - without lesions, exudate or hypertrophy.

**Chest and Lung Exam**
**Inspection: Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.

**Cardiovascular**
**Auscultation: Rhythm** - normal.

**Neuropsychiatric**
The patient's mood and affect are described as  - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self.

Assessment & Plan (KRISTIN A GIANNINI, MD; 11/19/2012 11:47 PM)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
Current Plans
- Started Astepro 0.15%, 1 (one) Spray(s) each nostril daily, 1 Solution, 11/19/2012, No Refill.
  [Samples Given]
  Instructions written down

OTALGIA NOS (388.70)

Note: continue Zyrtec since it seems to be helping

---

Liberty003221

Signed electronically by KRISTIN A GIANNINI, MD (11/19/2012 11:48 PM)

 HALEY SPEARS DOB REDACTED

Liberty003222

# History & Physical Report #15

***HALEY SPEARS***
10/1/2012 6:37 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 34 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD; 10/1/2012 6:42 PM)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
Current Plans
  • Started Xopenex HFA 45MCG/ACT, 2 (two) Puff(s) four times daily, as needed, 1 Aerosol, 10/01/2012, Ref. x3.

Note: she has shakiness with the regular albuterol and she cannot sleep if she uses it at night--will change to Xopenex

Signed electronically by KRISTIN A GIANNINI, MD (10/1/2012 6:42 PM)

Liberty003223

# History & Physical Report #14

***HALEY SPEARS***
8/23/2012 5:12 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (Racquel Fisher, LPN; 8/23/2012 5:17 PM)
     The patient is a 34 year old female who presents with lumps. The onset of the lumps has been sudden (hard, tender to touch lump in back of head) and has been occurring for 1 week. The course has been decreasing. The lumps are described as mild.

Allergies (Racquel Fisher, LPN; 8/23/2012 5:16 PM)
**ERYTHROMYCIN, NOS**. VOMITING

Social History (Racquel Fisher, LPN; 8/23/2012 5:16 PM)
**Caffeine Use**. 3-5 TEA OR COFFEE A WEEK
**Non Drinker/No Alcohol Use**
**Non Smoker/No Tobacco Use**

Vitals (Racquel Fisher, LPN; 8/23/2012 5:15 PM)
8/23/2012 5:14 PM
**Weight:** 125.03 lb
**Temp.:** 97.8° F **Pulse:** 108 (Regular)  **P.OX:** 98% (Room air)
**BP:** 140/78    (Sitting, Left Arm, Standard)

Physical Exam (HYOUNGSUP PARK, MD; 8/23/2012 5:21 PM)
The physical exam findings are as follows:

**Integumentary**

Note: Sebaceous cyst on nape - 0.5 cm diameter. Freely movable, minimum tenderness

Assessment & Plan (HYOUNGSUP PARK, MD; 8/23/2012 5:20 PM)
SEBACEOUS CYST (706.2)

Note: It doesn't look irritated. Observe for now.

Signed electronically by HYOUNGSUP PARK, MD (8/23/2012 5:22 PM)

Liberty003224

# History & Physical Report #13

***HALEY SPEARS***
11/14/2011 4:20 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 34 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD; 11/14/2011 4:21 PM)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
Current Plans
- Nebulizer, 1 Device as needed, 1 Device, 11/14/2011, No Refill. Active.
  portable, Dx: 493.90



Signed electronically by KRISTIN A GIANNINI, MD (11/14/2011 4:21 PM)

# History & Physical Report #12

***HALEY SPEARS***
2/15/2011 3:29 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)

Patient words: For the past 4 days has had a sore throat and noticed white spots on tonsils.

The patient is a 33 year old female presenting with a complaint of a sore throat. The onset of the sore throat has been sudden and has been occurring for 4 days. It is aggravated by swallowing.

Allergies (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
**ERYTHROMYCIN, NOS.** VOMITING

Social History (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
**Caffeine Use.** 3-5 TEA OR COFFEE A WEEK
**Non Drinker/No Alcohol Use**
**Non Smoker/No Tobacco Use**

Medication History (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:46 PM)
Prevacid (30MG Capsule DR 1 Oral two times daily) Active.
Asacol (400MG Tablet DR 2 Oral two times daily) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active.
Mepron (750MG/5ML Suspension 2 tsp Oral daily) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 01/20/2010) Active.
Hydromet (5-1.5MG/5ML Syrup 1-2 tsp Oral every four hours, as needed, Taken starting 11/16/2010) Active.
Ipratropium-Albuterol (0.5-2.5 (3)MG/3ML Solution 1 (one) Inhalation every four hours, as needed, Taken starting 11/16/2010) Active.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 06/08/2010) Active.
Allimax--OTC capsules (1 daily) Active.
Mepron (750MG/5ML Suspension 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet 2 Oral two times daily) Active.

Review of Systems (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
**General:** Present- Fever. Not Present- Dietary Changes.
**Skin:** Not Present- Rash.
**HEENT:** Present- Sore Throat (3 days with white patches). Not Present- Headache and Nasal Congestion.
**Neck:** Not Present- Swollen Glands.
**Respiratory:** Not Present- Cough.
**Cardiovascular:** Not Present- Chest Pain and Shortness of Breath.
**Gastrointestinal:** Not Present- Abdominal Pain, Diarrhea, Nausea and Vomiting.

Vitals (Sara Ward; 2/15/2011 3:32 PM)
2/15/2011 3:31 PM
**Weight:** 124 lb
**Temp.:** 97.9° F (Tympanic)  **Pulse:** 69 (Regular)
**BP:** 110/80    (Sitting, Left Arm, Standard)

Physical Exam (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:47 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Not in acute distress. **Build & Nutrition** - Well nourished. **Hydration** - Well hydrated. **Voice** - Normal.

Liberty003226

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses and Neck: no visible lesions or palpable masses.
**General Characteristics:** Overall examination of the patient's skin reveals - no rashes and no petechiae. **Color** - normal coloration of skin. **Temperature** - normal warmth is noted. **Mobility & Turgor** - normal mobility and turgor.

**Head and Neck**
**Neck**
**Global Assessment** - supple and lymphadenopathy (left tonsillar node enlargment).
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - non-tender.

**Eye**
**Sclera/Conjunctiva - Left** - No conjunctival erythema. **Right** - No conjunctival erythema.

**ENMT**
**Ears: Tympanic Membrane - Left** - normal. **Right** - normal.
**Nose and Sinuses**
**Nasal Mucosa - Bilateral** - no congestion observed.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - diffuse pharyngeal erythema noted and presence of white exudate noted. no erythema, lesions or exudate.
**Tonsils: Characteristics - Bilateral** - without lesions, exudate or hypertrophy.

**Chest and Lung Exam**
**Inspection: Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.

**Cardiovascular**
**Auscultation: Rhythm** - normal.

Assessment & Plan (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:48 PM)
SORE THROAT (462.)
**Impression:** rapid strep neg
Current Plans
- HMA RAPID STREP TEST (87880)
- Follow up if no improvement or if symptoms worsen
- Levaquin 500MG, 1 Tablet daily, #7, 02/15/2011, No Refill. Active.

Signed electronically by Joseph Bartoszek, Jr., PA-C (2/15/2011 5:48 PM)

## Laboratories

**HMA RAPID STREP TEST (87880)** Final, Reviewed (Collected: 02/15/2011)
Diagnosis: SORE THROAT (462 | J02.9)
   HMA RAPID STREP TEST **NEG**    Result Note:
                    Result Annotation:

Liberty003227

# History & Physical Report #11

**HALEY SPEARS**
11/22/2010 12:22 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 33 year old Female.

Assessment & Plan (SUSAN C IZZO, APRN; 11/22/2010 12:23 PM)
SYMPTOM, COUGH (786.2)
Current Plans
- Tessalon 200MG, 1 Capsule every eight hours, as needed, #20, 11/22/2010, No Refill. Active.

Signed electronically by SUSAN C IZZO, APRN (11/22/2010 12:23 PM)

Liberty003228

# History & Physical Report #10

**HALEY SPEARS**
11/16/2010 3:00 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (SUSAN C IZZO, APRN; 11/16/2010 3:09 PM)
   The patient is a 33 year old female who presents with a cough. The onset of the cough has been gradual and has been occurring for 1 month. The cough is characterized as dry.

Additional complaint:

 Cold symptoms  is described as the following :
The has been occurring for other (1 month). The patient has been taking the following medications anti-tussives.

Problem List/Past Medical (SUSAN C IZZO, APRN; 11/16/2010 3:10 PM)
**ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)**
**Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)**
**Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)**
**NEOP, NOS, BRAIN (239.6)**
**NONTOXIC MULTINODULAR GOITER (241.1)**
**LYME DISEASE (088.81)**
**Patient referrals.** Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD
**COLITIS, ULCERATIVE NOS (556.9)**
**ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)**

Allergies (SUSAN C IZZO, APRN; 11/16/2010 3:10 PM)
**ERYTHROMYCIN, NOS.** VOMITING

Medication History (SUSAN C IZZO, APRN; 11/16/2010 3:12 PM)
Topamax (100MG Tablet 1½ (one and a half) Oral daily, Taken 06/18/2009 to 11/16/2010) Inactive.
Plaquenil (200MG Tablet 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active.
Asacol (400MG Tablet DR 2 Oral two times daily) Active.
Famotidine (20MG Tablet 2 Oral at bedtime, Stopped taking 11/16/2010) Inactive.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 06/08/2010) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Active.
Advair Diskus (250-50MCG/DOSE Misc 1 Inhalation two times daily, Taken 05/27/2010 to 11/16/2010) Inactive.
Lexapro (20MG Tablet 1 Oral daily) Active.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active.
Zithromax (500MG Tablet 1 Oral daily) Active.
Rifampin (600MG For Solution 1 Intravenous daily, Stopped taking 11/16/2010) Inactive.
Mepron (750MG/5ML Suspension 2 tsp Oral daily) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 01/20/2010) Active.
ZyrTEC Allergy (10MG Tablet 1 (one) Oral daily, Taken starting 06/08/2010) Active.
Tessalon (200MG Capsule 1 (one) Oral three times daily, as needed, Taken starting 11/15/2010) Active.
Omnicef (300MG Capsule 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
Mepron (750MG/5ML Suspension 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet 2 Oral two times daily) Active.
Allimax--OTC capsules (1 daily) Active.

Review of Systems (SUSAN C IZZO, APRN; 11/16/2010 3:10 PM)
**General:** Present- Fatigue and Fever. Not Present- Chills.
**Skin:** Not Present- Rash.
 **HEENT:** Present- Nasal Congestion, Sinus pressure/pain and Sore Throat. Not Present- Headache, Eye Redness, Ear Pain,

Liberty003229

Hoarseness and Voice Changes.
**Neck:** Not Present- Neck Stiffness and Swollen Glands.
**Respiratory:** Present- Cough, phlegm, Shortness of breath and Wheezing. Not Present- Decreased Exercise Tolerance, Difficulty
Breathing, Post- tussive emesis, Snoring and Sputum Production.
**Cardiovascular:** Not Present- Chest Pain and Shortness of Breath.
**Gastrointestinal:** Not Present- Diarrhea and Vomiting.
**Musculoskeletal:** Not Present- Joint Pain.
**Neurological:** Not Present- Dizziness.

Vitals (Sara Ward; 11/16/2010 3:06 PM)
11/16/2010 3:05 PM
**Weight:** 124.2 lb
**Temp.:** 98.4° F (Tympanic)   **Pulse:** 88 (Regular)   **P.OX:** 100% (Room air)
**BP:** 110/70   (Sitting, Left Arm, Standard)

Physical Exam (SUSAN C IZZO, APRN; 11/16/2010 3:16 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. Not in acute distress. **Build & Nutrition** - Well nourished. **Gait** -
Normal. **Hydration** - Well hydrated.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  · no rashes.

**Head and Neck**
**Neck**
**Global Assessment** - supple. non-tender.

**Eye**
**Sclera/Conjunctiva - Bilateral** - No conjunctival erythema.

**ENMT**
**Ears: Tympanic Membrane - Left** - normal. **Right** - normal.
**Nose and Sinuses**
**Nasal Mucosa - Bilateral** - congested.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions or exudate.
**Tonsils: Characteristics - Bilateral** - without lesions, exudate or hypertrophy.

**Chest and Lung Exam**
**Inspection: Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.

Note: congested cough
**Cardiovascular**
**Auscultation: Rhythm** - normal.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

Assessment & Plan (SUSAN C IZZO, APRN; 11/16/2010 3:21 PM)
URI (465.9)
Current Plans
- Levaquin 500MG, 1 (one) Tablet daily, #7, 7 days starting 11/16/2010, No Refill. Active.
- Hydromet 5-1.5MG/5ML, 1-2 tsp Syrup every four hours, as needed, 4 ounces, 11/16/2010, No Refill. Active.
- Follow up if no improvement or if symptoms worsen
- Ipratropium-Albuterol 0.5-2.5 (3)MG/3ML, 1 (one) Solution every four hours, as needed, 1 box(s), 11/16/2010, Ref. x4.
  Active.

Note: rest, fluids

Signed electronically by SUSAN C IZZO, APRN (11/16/2010 3:23 PM)

Liberty003230

# History & Physical Report #9

***HALEY SPEARS***
11/15/2010 3:53 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 33 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD; 11/15/2010 3:54 PM)
SYMPTOM, COUGH (786.2)
Current Plans
- Tessalon 200MG, 1 (one) Capsule three times daily, as needed, #30, 11/15/2010, No Refill. Active.

Signed electronically by KRISTIN A GIANNINI, MD (11/15/2010 3:54 PM)

Liberty003231

# History & Physical Report #8

**HALEY SPEARS**
7/9/2010 11:49 AM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 7/11/2010 7:10 PM)
    Patient words: Would like to discuss maybe going on Intol for her asthma. Discussed with her that Intal comes only nebulized now and that if she is not really using her Advair anyway she can just stop that and may not have to go on anything else. She is here to fill out disability papers. She has been trated for chronic Lyme and becauseof this is not able to work. She has had neuroLyme and has serious enough symptoms related to this that she is unable to hold down a job. Cannot focus, poor concentration, cannot perform simple tasks. Can be fine 1 minute and then extreme fatigue and has to go lay down. Also has dizzines, nausea, vomiting, chronic headaches.

    The patient is a 32 year old female who presents with a complaint of Fill out disability and social security forms..

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 7/11/2010 7:11 PM)
**Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)**
**NEOP, NOS, BRAIN (239.6)**
**ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)**
**Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)**
**NONTOXIC MULTINODULAR GOITER (241.1)**
**COLITIS, ULCERATIVE NOS (556.9)**
**ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)**
**LYME DISEASE (088.81)**
**Patient referrals.** Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD

Allergies (KRISTIN A GIANNINI, MD; 7/11/2010 7:11 PM)
**ERYTHROMYCIN, NOS.** VOMITING

Social History (KRISTIN A GIANNINI, MD; 7/11/2010 7:11 PM)
**Non Smoker/No Tobacco Use**
**Non Drinker/No Alcohol Use**
**Caffeine Use.** 3-5 TEA OR COFFEE A WEEK

Medication History (KRISTIN A GIANNINI, MD; 7/11/2010 7:11 PM)
Omnicef (300MG Capsule 1 Oral two times daily) Active.
Mepron (750MG/SML Suspension 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet 2 Oral two times daily) Active.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 06/08/2010) Active.
ZyrTEC Allergy (10MG Tablet 1 (one) Oral daily, Taken starting 06/08/2010) Active.
Advair Diskus (250-50MCG/DOSE Misc 1 Inhalation two times daily, Taken starting 05/27/2010) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 01/20/2010) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Active.
Topamax (100MG Tablet 1½ (one and a half) Oral daily, Taken starting 06/18/2009) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
Plaquenil (200MG Tablet 1 Oral two times daily) Active.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active.
Asacol (400MG Tablet DR 2 Oral two times daily) Active.
Famotidine (20MG Tablet 2 Oral at bedtime) Active.
Lexapro (10MG Tablet 1 Oral daily) Active.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active.
Zithromax (500MG For Solution 1 Intravenous daily) Active.
Rifampin (600MG For Solution 1 Intravenous daily) Active.
Allimax--OTC capsules (1 daily) Active.

Liberty003232

Review of Systems (KRISTIN A GIANNINI, MD; 7/11/2010 7:11 PM)
**General:** Not Present- Chills, Fatigue and Fever.
**Skin:** Not Present- Rash.
**HEENT:** Not Present- Head Injury, Blurred Vision, Double Vision, Eye Pain, Excessive Tearing, Visual Disturbances, Ear Pain, Ringing in the Ears, Spinning Sensation, Nasal Congestion, Nose Bleed, Sinus pressure/pain and Teeth grinding.
**Neck:** Not Present- Neck Stiffness.
**Respiratory:** Not Present- Cough.
**Gastrointestinal:** Not Present- Abdominal Pain, Change in Bowel Habits, Nausea and Vomiting.
**Musculoskeletal:** Not Present- Back Pain, Joint Pain and Muscle Weakness.
**Neurological:** Present- Dizziness, Headaches, Memory changes and Trouble concentrating. Not Present- Auras, Change in Mentation, Incontinence Urine, Incoordination, Loss of Consciousness and Seizures.
**Psychiatric:** Not Present- Anxiety, Depression and Insomnia.
**Endocrine:** Not Present- Cold Intolerance and Heat Intolerance.


Vitals (Sara Ward; 7/9/2010 11:54 AM)
7/9/2010 11:53 AM
 **Weight:** 116.2 lb
 **Temp.:** 98° F (Tympanic)   **Pulse:** 96 (Regular)
 **BP:** 102/70    (Sitting, Left Arm, Standard)


Physical Exam (KRISTIN A GIANNINI, MD; 7/11/2010 7:12 PM)
The physical exam findings are as follows:


**General**
**Mental Status** - Alert. **General Appearance** - Cooperative and Well groomed. Not in acute distress or Sickly. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  - no rashes and no petechiae. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted.

**Eye**
**Fundi** - **Left** - Normal. **Right** - Normal. **Sclera/Conjunctiva** - **Left** - Normal. **Right** - Normal. **Bilateral** - Normal.

**ENMT**
**Ears: Tympanic Membrane** - **Bilateral** - normal.
**Nose and Sinuses**
**Nasal Mucosa** - **Bilateral** - no congestion observed.
**Frontal Sinuses** - **Bilateral** - no tenderness observed. **Maxillary Sinuses** - **Bilateral** - no tenderness observed.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions,hypertrophy or exudate.

**Chest and Lung Exam**
**Inspection: Shape** - Symmetric. **Movements** - Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.

**Cardiovascular**
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
**Inspection:** - Inspection Normal.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - soft, Non Tender, No hepatosplenomegaly, No Palpable abdominal masses and No CVA tenderness.

**Peripheral Vascular**
**Lower Extremity: General** - **Left** - Normal color - no edema or lesions. **Right** - Normal color - no edema or lesions.

**Neurologic**
**Sensory:** - Normal.
**Motor:** - Normal.

**Neuropsychiatric**
Mental status exam performed with findings of - Oriented X3 with appropriate mood and affect and demonstrates appropriate judgment and insight. **Thought Processes/Cognitive Function** - attention deficit, reading comprehension impaired, word comphrehension impaired and concentration impaired (during conversation in office had trouble staying on task and following conversation. Could not remember dates.).

Liberty003233

**Musculoskeletal**
**Global Assessment**
**Right Lower Extremity** - normal range of motion without pain. **Left Lower Extremity** - normal range of motion without pain.
**Head**
**TMJ:** Examination of the temporomandibular joint reveals - no tenderness to palpation, no pain and normal strength and tone, no laxity.

**Lymphatic**
**Head & Neck**
**General Head & Neck Lymphatics:**
**Left: Description** - Normal.
**Right: Description** - Normal.

Assessment & Plan (KRISTIN A GIANNINI, MD; 7/9/2010 12:43 PM)
LYME DISEASE (088.81)

Signed electronically by KRISTIN A GIANNINI, MD (7/11/2010 7:13 PM)

Liberty003234

# History & Physical Report #7

***HALEY SPEARS***
6/8/2010 5:35 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 32 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD; 6/8/2010 5:36 PM)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
Current Plans
- ZyrTEC Allergy 10MG, 1 (one) Tablet daily, #90, 06/08/2010, Ref. x3. Active.



Signed electronically by KRISTIN A GIANNINI, MD (6/8/2010 5:36 PM)

# History & Physical Report #6

**HALEY SPEARS**
1/20/2010 2:48 PM
Location: Rockville Family Physicians
Patient ID: 92S1330
DOB: REDACTED
Undefined / Language: Undefined / Ethnicity: Undefined
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 1/20/2010 4:14 PM)

Patient's words: Here to have forms completed for state assistants.Needs efill on Ventolin,Zyrtek,Singular.  Has definitely improved overall.  Has been off of antibiotics since 12/11.  Specialist wanted the spirochetes to come out and then kill them after another few weeks.  Memory still not very good.  Symptoms not as frequent, often, severe.  Has been severely fatigued.  Sleep still not good.  Taking Melatonin

The patient is a 32 year old female who presents for a  recheck of  medication check.  Reason for medication (s): other (Asthma).  Compliance: taking medications as prescribed.  Effectiveness of medicaton(s): works well.

Allergies (KRISTIN A GIANNINI, MD; 1/20/2010 4:33 PM)
ERYTHROMYCIN, NOS.  VOMITING

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 1/20/2010 4:33 PM)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD
NONTOXIC MULTINODULAR GOITER (241.1)
Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (24S.2)
COLITIS, ULCERATIVE NOS (SS6.9)
LYME DISEASE (088.81)
Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)
NEOP, NOS, BRAIN (239.6).  temporal lobe and cyst in brain
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

Social History (KRISTIN A GIANNINI, MD; 1/20/2010 4:33 PM)
Non Drinker/No Alcohol Use
Non Smoker/No Tobacco Use
Caffeine Use.  3-S TEA OR COFFEE A WEEK

Medication History (KRISTIN A GIANNINI, MD; 1/20/2010 4:33 PM)
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Ordered - Hx Entry.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 09/30/2009) Ordered - Hx Entry.
Topamax (100MG Tablet 1½ (one and a half) Oral daily, Taken starting 06/18/2009) Ordered - Hx Entry.
ZyrTEC (10MG Tablet 1 Oral daily, Taken starting 06/16/2009) Ordered - Hx Entry.
Singulair (SMG Tablet Chewable 1-2 Oral daily, Taken starting 04/08/2009) Ordered - Hx Entry.
Advair Diskus (2S0-S0MCG/DOSE Misc 1 Inhalation two times daily, Taken starting 03/26/2009) Ordered - Hx Entry.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Ordered - Hx Entry.
Plaquenil (200MG Tablet 1 Oral two times daily) Active - Hx Entry.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active - Hx Entry.
Asacol (400MG Tablet DR 2 Oral two times daily) Active - Hx Entry.
Famotidine (20MG Tablet 2 Oral at bedtime) Active - Hx Entry.
Allimax--OTC capsules (1 daily) Active - Hx Entry.
Lexapro (10MG Tablet 1 Oral daily) Active - Hx Entry.
TraMADol HCl (S0MG Tablet 1 Oral three times daily) Active - Hx Entry.
Zithromax (S00MG For Solution 1 Intravenous daily) Active - Hx Entry.
Rifampin (600MG For Solution 1 Intravenous daily) Active - Hx Entry.
Mepron (7S0MG/SML Suspension 2 tsp Oral daily) Active - Hx Entry.

Liberty003236

Review of Systems (KRISTIN A GIANNINI, MD; 1/20/2010 4:33 PM)
**General:** Not Present- Chills, Fatigue and Fever.
**Skin:** Not Present- Rash.
**HEENT:** Not Present- Head Injury, Blurred Vision, Double Vision, Eye Pain, Excessive Tearing, Visual Disturbances, Ear Pain, Ringing in the Ears, Spinning Sensation, Nasal Congestion, Nose Bleed, Sinus pressure/pain and Teeth grinding.
**Neck:** Not Present- Neck Stiffness.
**Respiratory:** Not Present- Cough.
**Gastrointestinal:** Not Present- Abdominal Pain, Change in Bowel Habits, Nausea and Vomiting.
**Musculoskeletal:** Not Present- Back Pain, Joint Pain and Muscle Weakness.
**Neurological:** Present- Headaches. Not Present- Auras, Change in Mentation, Dizziness, Incontinence Urine, Incoordination, Loss of Consciousness and Seizures.
**Psychiatric:** Not Present- Anxiety, Depression and Insomnia.
**Endocrine:** Not Present- Cold Intolerance and Heat Intolerance.


Vitals (Mindy Richards; 1/20/2010 3:53 PM)
1/20/2010 3:50 PM
**Weight:** 113 lb
**Temp.:** 99.6° F  **Pulse:** 62 (Regular)
**BP:** 106/60     Manual (Sitting, Left Arm, Standard)


Physical Exam (KRISTIN A GIANNINI, MD; 1/20/2010 4:34 PM)
The physical exam findings are as follows:


**General**
**Mental Status** - Alert. **General Appearance** - Cooperative and Well groomed. Not in acute distress or Sickly. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  - no rashes and no petechiae. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head**
**Temporal artery - Bilateral** -  no local erythema , pulse normal and  is non tender.
**Face**
**Global Assessment** - atraumatic. **Strength and Tone** - facial muscle strength and tone is normal.
**Neck**
**Global Assessment** - supple and full range of motion. non-tender and no lymphadenopathy.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules. non-tender.

**Eye**
**Fundi - Left** - Normal. **Right** - Normal. **Sclera/Conjunctiva - Left** - Normal. **Right** - Normal. **Bilateral** - Normal.

**ENMT**
**Ears: Tympanic Membrane - Bilateral** - normal.
**Nose and Sinuses**
**Nasal Mucosa - Bilateral** - no congestion observed.
**Frontal Sinuses - Bilateral** - no tenderness observed. **Maxillary Sinuses - Bilateral** - no tenderness observed.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions,hypertrophy or exudate.

**Chest and Lung Exam**
**Inspection: Shape** - Symmetric. **Movements** - Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.

**Cardiovascular**
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
**Inspection:** - Inspection Normal.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - soft, Non Tender, No hepatosplenomegaly, No Palpable abdominal masses and No CVA tenderness.

**Peripheral Vascular**
**Lower Extremity: General - Left** - Normal color - no edema or lesions. **Right** - Normal color - no edema or lesions.

Liberty003237

**Neurologic**
**Sensory:** - Normal.
**Motor:** - Normal.

**Neuropsychiatric**
Mental status exam performed with findings of - Oriented X3 with appropriate mood and affect and demonstrates appropriate judgment and insight.

**Musculoskeletal**
**Global Assessment**
**Right Lower Extremity** - normal range of motion without pain. **Left Lower Extremity** - normal range of motion without pain.
**Head**
**TMJ:** Examination of the temporomandibular joint reveals - no tenderness to palpation, no pain and normal strength and tone, no laxity.

**Lymphatic**
**Head & Neck**
**General Head & Neck Lymphatics:**
**Left: Description** - Normal.
**Right: Description** - Normal.

Assessment & Plan (KRISTIN A GIANNINI, MD; 1/20/2010 4:39 PM)
**LYME DISEASE (088.81)**
   *Plans:*
      Ventolin HFA 108 (90 Base)MCG/ACT, 2 puffs Aerosol Soln four times daily, as needed, 2 Aerosol Soln, 01/20/2010, Ref.
x3. Ordered.
Singulair 5MG, 1-2 Tablet Chewable daily, #180, 01/20/2010, Ref. x3, Mail Order #180, Ref. x3. Ordered.
ZyrTEC 10MG, 1 Tablet daily, #90, 01/20/2010, Ref. x3, Mail Order #90, Ref. x3. Ordered.
Note: forms filled out

Signed electronically by KRISTIN A GIANNINI, MD (1/20/2010 4:39 PM)

# History & Physical Report #5

**HALEY SPEARS**
6/18/2009 3:24 PM
Location: Rockville Family Physicians
Patient ID: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Ethnicity: Undefined
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 6/18/2009 7:35 PM)

Patient's words: Headaches were stable for a while but then got really bad so increased her Topamax to 150 mg QD.  There is improvment since the increase.  Was taking her rescue migraine med every day to every other day.  Ashtma is doing fine.She has bartenella and babesia DX by Dr.Raxden in May  came back positive on the blood work .  On other antibiotics.  Also needs to talk to you about calling her insurance and getting it aproved that she can see Dr.Raxden.  Broke her index finger in the car door.  Has been needing to use the Zyrtec every day.

The patient is a 31 year old female who presents for a  recheck of  headaches.

Additional complaint:

Recheck of  Asthma

Allergies (KRISTIN A GIANNINI, MD; 6/18/2009 3:52 PM)
ERYTHROMYCIN, NOS.  VOMITING

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 6/18/2009 3:52 PM)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD
NONTOXIC MULTINODULAR GOITER (241.1)
Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)
COLITIS, ULCERATIVE NOS (556.9)
LYME DISEASE (088.81)
Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)
NEOP, NOS, BRAIN (239.6).  temporal lobe and cyst in brain
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

Social History (KRISTIN A GIANNINI, MD; 6/18/2009 3:52 PM)
Non Drinker/No Alcohol Use
Non Smoker/No Tobacco Use
Caffeine Use.  3-5 TEA OR COFFEE A WEEK

Medication History (KRISTIN A GIANNINI, MD; 6/18/2009 3:58 PM)
Lexapro (10MG Tablet 1 Oral daily) Active - Hx Entry.
Topamax (100MG Tablet 1½ (one and a half) Oral daily, Taken starting 06/18/2009) Ordered - Hx Entry.
ZyrTEC (10MG Tablet 1 Oral daily, Taken starting 06/16/2009) Ordered - Hx Entry.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 04/08/2009) Ordered - Hx Entry.
Advair Diskus (250-50MCG/DOSE Misc 1 Inhalation two times daily, Taken starting 03/26/2009) Ordered - Hx Entry.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Ordered - Hx Entry.
Allimax--OTC capsules (1 daily) Active - Hx Entry.
Rocephin (2GM For Solution 1 Intravenous daily) Active - Hx Entry.
Plaquenil (200MG Tablet 1 Oral two times daily) Active - Hx Entry.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active - Hx Entry.
Asacol (400MG Tablet DR 2 Oral two times daily) Active - Hx Entry.
Famotidine (20MG Tablet 2 Oral at bedtime) Active - Hx Entry.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed) Active - Hx Entry.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active - Hx Entry.
Zithromax (500MG For Solution 1 Intravenous daily) Active - Hx Entry.
Rifampin (600MG For Solution 1 Intravenous daily) Active - Hx Entry.

Liberty003239

Mepron (750MG/5ML Suspension 2 tsp Oral daily) Active - Hx Entry.


Review of Systems (KRISTIN A GIANNINI, MD; 6/18/2009 4:16 PM)
**General:** Not Present- Chills, Fatigue and Fever.
**Skin:** Not Present- Rash.
**HEENT:** Not Present- Head Injury, Blurred Vision, Double Vision, Excessive Tearing, Eye Pain, Visual Disturbances, Ear Pain, Ringing in the Ears, Spinning Sensation, Nasal Congestion, Nose Bleed, Sinus pressure/pain and Teeth grinding.
**Neck:** Not Present- Neck Stiffness.
**Respiratory:** Not Present- Cough.
**Gastrointestinal:** Not Present- Abdominal Pain, Change in Bowel Habits, Nausea and Vomiting.
**Musculoskeletal:** Not Present- Back Pain, Joint Pain and Muscle Weakness.
**Neurological:** Present- Headaches. Not Present- Auras, Change in Mentation, Dizziness, Incontinence Urine, Incoordination, Loss of Consciousness and Seizures.
**Psychiatric:** Not Present- Anxiety, Depression and Insomnia.
**Endocrine:** Not Present- Cold Intolerance and Heat Intolerance.


Vitals (Mindy Richards; 6/18/2009 3:29 PM)
6/18/2009 3:25 PM
**Weight:** 114 lb
**Temp.:** 99° F  **Pulse:** 48 (Regular)
**BP:** 106/74     Manual (Sitting, Left Arm, Standard)


Physical Exam (KRISTIN A GIANNINI, MD; 6/18/2009 4:17 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Cooperative and Well groomed. Not in acute distress or Sickly. **Build & Nutrition** · Well nourished and Well developed. **Posture** - Normal posture. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  - no rashes and no petechiae. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head**
**Temporal artery** - **Bilateral** -  no local erythema ,  pulse normal and  is non tender.
**Face**
**Global Assessment** - atraumatic. **Strength and Tone** - facial muscle strength and tone is normal.
**Neck**
**Global Assessment** - supple and full range of motion. non-tender and no lymphadenopathy.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules. non-tender.

**Eye**
**Fundi** - **Left** - Normal. **Right** - Normal. **Sclera/Conjunctiva** - **Left** - Normal. **Right** - Normal. **Bilateral** - Normal. **Pupil** - **Bilateral** - Normal, Direct reaction to light normal, Equal and Regular.

**ENMT**
**Ears: Tympanic Membrane** - **Bilateral** - normal.
**Nose and Sinuses**
**Nasal Mucosa** - **Bilateral** - no congestion observed.
**Frontal Sinuses** - **Bilateral** - no tenderness observed. **Maxillary Sinuses** - **Bilateral** - no tenderness observed.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions,hypertrophy or exudate.

**Chest and Lung Exam**
**Inspection: Shape** - Symmetric. **Movements** - Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.

**Cardiovascular**
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
**Inspection:** - Inspection Normal.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - soft, Non Tender, No hepatosplenomegaly, No Palpable abdominal masses and No CVA tenderness.

Liberty003240

**Peripheral Vascular**
**Lower Extremity: General - Left** - Normal color - no edema or lesions. **Right** - Normal color - no edema or lesions.

**Neurologic**
**Sensory:** - Normal.
**Motor:** - Normal.

**Neuropsychiatric**
Mental status exam performed with findings of - Oriented X3 with appropriate mood and affect and demonstrates appropriate judgment and insight.

**Musculoskeletal**
**Global Assessment**
**Right Lower Extremity** - normal range of motion without pain. **Left Lower Extremity** - normal range of motion without pain.
**Head**
**TMJ:** Examination of the temporomandibular joint reveals - no tenderness to palpation, no pain and normal strength and tone, no laxity.

**Lymphatic**
**Head & Neck**
**General Head & Neck Lymphatics:**
**Left: Description** - Normal.
**Right: Description** - Normal.


Assessment & Plan (KRISTIN A GIANNINI, MD; 6/18/2009 7:34 PM)
**Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)**
   *Plans:*
      Follow up in 3 months or sooner if needed

**ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)**
**ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)**
Note: wrote a letter to see if she can get her visits to Lyme MD in NY approved.
continue current meds


Signed electronically by KRISTIN A GIANNINI, MD (6/18/2009 7:36 PM)

Liberty003241

# History & Physical Report #4

**HALEY SPEARS**
6/10/2009 4:31 PM
Location: Rockville Family Physicians
Patient ID: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Ethnicity: Undefined
Female

The patient is a 31 year old Female.

Signed electronically by Felicia A Pelton (6/10/2009 4:31 PM)

Liberty003242

# History & Physical Report #3

***HALEY SPEARS***
4/22/2009 12:28 PM
Location: Rockville Family Physicians
Patient ID: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Ethnicity: Undefined
Female

The patient is a 31 year old Female.


Problem List/Past Medical (KRISTIN A GIANNINI, MD; 4/22/2009 12:29 PM)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD


Signed electronically by KRISTIN A GIANNINI, MD (4/22/2009 12:29 PM)

Liberty003243

# History & Physical Report #2

**HALEY SPEARS**
4/8/2009 2:50 PM
Location: Rockville Family Physicians
Patient ID: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Ethnicity: Undefined
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 4/8/2009 3:34 PM)
    Patient's words: Felt muffled for many months. First noticed last spring when she had a bronchitis and ears looked unusual. Now ears more painful and she has ringing in her ears. Has been on rocephin through her PICC line for LYme so unlikely to be infection. Gets severe pain in her ears at least once a day. SOmetimes room feels like it is spinning and she gets nauseaou, but no vomiting. Feels weak. Cardiologist suggested CT scans of chest/abdomen/pelvis for evaluation of lymph nodes and other structures given history.

    The patient is a 31 year old female who presents with ear problems. Accompanied by: no one - comes alone. The pain is felt in both sides. The onset of the  ear problems has been gradual and has been occurring for 3 weeks. The course has been increasing (Constant and recurrant). The  ear problems is described as a other (It varries) sharp pain, stabbing, pressure, ear pain and other (Ringing,Blocked,Popping). The  ear problems is described as being located in the inner ear. The patient has been using no medications.   Previous evaluations have included none.

Allergies (KRISTIN A GIANNINI, MD; 4/8/2009 3:26 PM)
ERYTHROMYCIN, NO5.  VOMITING

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 4/8/2009 3:26 PM)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo
NONTOXIC MULTINODULAR GOITER (241.1)
Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITI5 (245.2)
COLITI5, ULCERATIVE NOS (556.9)
LYME DI5EA5E (088.81)
Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)
NEOP, NOS, BRAIN (239.6).  temporal lobe and cyst in brain
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATU5 ASTHMATICU5 (493.90)

Social History (KRISTIN A GIANNINI, MD; 4/8/2009 3:26 PM)
Non Drinker/No Alcohol Use
Non 5moker/No Tobacco Use
Caffeine Use.  3-5 TEA OR COFFEE A WEEK

Medication History (KRISTIN A GIANNINI, MD; 4/8/2009 3:26 PM)
Allimax--OTC capsules (1 daily) Active - Hx Entry.
Zoloft (50MG Tablet 1 Oral daily) Active - Hx Entry.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 03/26/2009) Ordered - Hx Entry.
Advair Diskus (250-50MCG/DOSE Misc 1 Inhalation two times daily, Taken starting 03/26/2009) Ordered - Hx Entry.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Ordered - Hx Entry.
Topamax (100MG Tablet 1 Oral daily) Active - Hx Entry.
Rocephin (2GM For Solution 1 Intravenous daily) Active - Hx Entry.
Plaquenil (200MG Tablet 1 Oral two times daily) Active - Hx Entry.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active - Hx Entry.
Asacol (400MG Tablet DR 2 Oral two times daily) Active - Hx Entry.
Famotidine (20MG Tablet 2 Oral at bedtime) Active - Hx Entry.
Vitamin D (50000UNIT Capsule 1 Oral once a week) Active - Hx Entry.
ZyrTEC (10MG Tablet 1 Oral daily) Active - Hx Entry.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed) Active - Hx Entry.

Review of Systems (KRI5TIN A GIANNINI, MD; 4/8/2009 3:32 PM)

---

Liberty003244

**General:** Not Present- Appetite Loss and Fever.
**Skin:** Not Present- Rash.
**HEENT:** Present- Ear Pain. Not Present- Eye Redness, Ear Discharge, Nasal Congestion and Sore Throat.
**Neck:** Not Present- Neck Pain and Neck Stiffness.
**Respiratory:** Not Present- Cough.
**Gastrointestinal:** Not Present- Diarrhea and Vomiting.
**Psychiatric:** Not Present- Change in Sleep Pattern.

Vitals (Mindy Richards; 4/8/2009 2:53 PM)
4/8/2009 2:50 PM
**Weight:** 112 lb
**Temp.:** 98.4° F  **Pulse:** 87 (Regular)
**BP:** 132/76      Manual (Sitting, Left Arm, Standard)

Physical Exam (KRISTIN A GIANNINI, MD; 4/8/2009 3:32 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Not in acute distress. **Build & Nutrition** - Well nourished. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  - no rashes and no petechiae. **Color** - normal coloration of skin. **Temperature** - normal warmth is noted. **Mobility & Turgor** - normal mobility and turgor.

**Head and Neck**
**Neck**
**Global Assessment** - supple and full range of motion. no lymphadenopathy.

**Eye**
**Sclera/Conjunctiva** - **Left** - No Discharge or conjunctival erythema. **Right** - No Discharge or conjunctival erythema.

**ENMT**
**Ears: Tympanic Membrane** - **Left** - normal. **Right** - normal.
**Nose and Sinuses**
**Nasal Mucosa** - **Bilateral** - congested.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions,hypertrophy or exudate.
**Tonsils: Characteristics** - **Bilateral** - without lesions, exudate or hypertrophy.

**Chest and Lung Exam**
**Inspection: Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.

**Cardiovascular**
**Auscultation: Rhythm** - normal.

Assessment & Plan (KRISTIN A GIANNINI, MD; 4/8/2009 3:53 PM)
**OTALGIA NOS (388.70)**
    **Plans:**
        Singulair 5MG, 1-2 Tablet Chewable daily, #180, 04/08/2009, Ref. x3, Mail Order #180, Ref. x3. Ordered.
CT ABDOMEN W/DYE (74160) - Routine (Has multiple immune and ID issues--evaluate lymph nodes of the chest, abdomen, and pelvis)
CT THORAX W/DYE (71260) - Routine
CT PELVIS W/DYE (72193) - Routine
Note: restart Zyrtec

Signed electronically by KRISTIN A GIANNINI, MD (4/8/2009 3:53 PM)

7H317150003

## Procedures

**CT ABDOMEN W/DYE (74160)** Performed: 04/08/2009 (Ordered)
**CT THORAX W/DYE (71260)** Performed: 04/08/2009 (Ordered)
**CT PELVIS W/DYE (72193)** Performed: 04/08/2009 (Ordered)

Liberty003246

# History & Physical Report #1

**HALEY SPEARS**
3/10/2009 2:26 PM
Location: Rockville Family Physicians
Patient ID: 9251330
**DOB:** REDACTED
Undefined / Language: Undefined / Ethnicity: Undefined
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 3/10/2009 3:03 PM)
     Patient's words: HERE TODAY TO MEET YOU HAS A LOT OF MEDICAL PROBLEMS.
HAS A CYST JUST ABOVE BRAIN STEM AND A LESION RIGHT TEMPORAL LOBE OF THE BRAIN.  has been seeing Yale's brain
tumor doctors and has had MRIs and flow cytometry of CSF.  Had been having a lot of headaches.  Just monitoring for now--
significant size, but not blocking CSF.  Had spinal tap for Lyme and was told she had it even though her lab testing normal.
MULTIPLE SOLID NODULES ON HER THYROID.  Has multinodular goiter.  had it biopsied by Dr. Oberstein.  No cancer.  Will be
seeing him in a year.
ALSO AS HASHIMOTO'S DISEASE DX WITH THAT ABOUT A MONTH AGO. POSSIBLE UNDERACTIVE THYROID.
DX WITH LYME DIEASE IN NEUOLOGIGAL SYSTOM WITCH SHE HAS A PICK LINE IN RIGHT ARM.
HAS MICROSCOPIC OR POSSIBLE ULCERATIVE COLITIS.  Has been on antibiotics for only about a week.
DR.KAGE IS QUESTIONING AUTOIMMUNE DISEASE. INLARGE LIVER.

     The patient is a 31 year old female

Allergies (Mindy Richards; 3/10/2009 2:32 PM)
ERYTHROMYCIN, NOS.  VOMITING

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 3/10/2009 3:14 PM)
NONTOXIC MULTINODULAR GOITER (241.1)
Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)
NEOP, NOS, BRAIN (239.6).  temporal lobe and cyst in brain
Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)
LYME DISEASE (088.81)
COLITIS, ULCERATIVE NOS (556.9)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

Social History (Mindy Richards; 3/10/2009 2:32 PM)
Non Drinker/No Alcohol Use
Non Smoker/No Tobacco Use
Caffeine Use.  3-5 TEA OR COFFEE A WEEK

Medication History (KRISTIN A GIANNINI, MD; 3/10/2009 3:14 PM)
Topamax (100MG Tablet 1 Oral daily) Active - Hx Entry.
Rocephin (2GM For Solution 1 Intravenous daily) Active - Hx Entry.
Plaquenil (200MG Tablet 1 Oral two times daily) Active - Hx Entry.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active - Hx Entry.
Asacol (400MG Tablet DR 2 Oral two times daily) Active - Hx Entry.
Famotidine (20MG Tablet 2 Oral at bedtime) Active - Hx Entry.
Vitamin D (50000UNIT Capsule 1 Oral once a week) Active - Hx Entry.
Singulair (5MG Tablet Chewable 1-2 Oral daily) Active - Hx Entry.
ZyrTEC (10MG Tablet 1 Oral daily) Active - Hx Entry.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed) Active - Hx Entry.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed) Active - Hx Entry.

Review of Systems (KRISTIN A GIANNINI, MD; 3/10/2009 3:03 PM)
**General:** Not Present- Chills, Fatigue and Fever.
**Skin:** Not Present- Rash.
**HEENT:** Not Present- Head Injury, Blurred Vision, Double Vision, Excessive Tearing, Eye Pain, Visual Disturbances, Ear Pain,
Ringing in the Ears, Spinning Sensation, Nasal Congestion, Nose Bleed, Sinus Pressure/Pain and Teeth grinding.

Liberty003247

**Neck:** Not Present- Neck Stiffness.
**Respiratory:** Not Present- Cough.
**Gastrointestinal:** Not Present- Abdominal Pain, Change in Bowel Habits, Nausea and Vomiting.
**Musculoskeletal:** Not Present- Back Pain, Joint Pain and Muscle Weakness.
**Neurological:** Present- Headaches. Not Present- Auras, Change in Mentation, Dizziness, Incontinence Urine, Incoordination, Loss of Consciousness and Seizures.
**Psychiatric:** Not Present- Anxiety, Depression and Insomnia.
**Endocrine:** Not Present- Cold Intolerance and Heat Intolerance.

Vitals (Mindy Richards; 3/10/2009 2:31 PM)
3/10/2009 2:26 PM
 **Weight:** 117 lb  **Height:** 64.25 in
 **Body Surface Area:** 1.55 m²  **Body Mass Index:** 19.93 kg/m²
 **Temp.:** 98.4° F  **Pulse:** 80 (Regular)
 **BP:** 138/74     Manual (Sitting, Left Arm, Standard)

Physical Exam (KRISTIN A GIANNINI, MD; 3/10/2009 3:23 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Cooperative and Well groomed. Not in acute distress or Sickly. **Build & Nutrition** - Well nourished and Well developed. **Posture** - Normal posture. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals  - no rashes and no petechiae. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted.

**Head and Neck**
**Head**
**Temporal artery** - **Bilateral** -  no local erythema , pulse normal and  is non tender.
**Face**
**Global Assessment** - atraumatic. **Strength and Tone** - facial muscle strength and tone is normal.
**Neck**
**Global Assessment** - supple and full range of motion. non-tender and no lymphadenopathy.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules. non-tender.

**Eye**
**Fundi** - **Left** - Normal. **Right** - Normal. **Sclera/Conjunctiva** - **Left** - Normal. **Right** - Normal. **Bilateral** - Normal. **Pupil** - **Bilateral** - Normal, Direct reaction to light normal, Equal and Regular.

**ENMT**
**Ears: Tympanic Membrane** - **Bilateral** - normal.
**Nose and Sinuses**
**Nasal Mucosa** - **Bilateral** - no congestion observed.
**Frontal Sinuses** - **Bilateral** - no tenderness observed. **Maxillary Sinuses** - **Bilateral** - no tenderness observed.
**Mouth & Throat**
**Oral Cavity/Oropharynx: Oropharynx** - no erythema, lesions,hypertrophy or exudate.

**Chest and Lung Exam**
**Inspection: Shape** - Symmetric. **Movements** - Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.

**Cardiovascular**
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
**Inspection:** - Inspection Normal.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - soft, Non Tender, No hepatosplenomegaly, No Palpable abdominal masses and No CVA tenderness.

**Peripheral Vascular**
**Upper Extremity: Inspection** - **Bilateral** - Normal - No Clubbing, No Cyanosis, No Edema, Pulses Intact.
**Palpation: Temperature** - **Bilateral** - Normal.
**Lower Extremity: Inspection** - **Bilateral** - Inspection Normal.
**Palpation: Temperature** - **Bilateral** - Normal. **Tenderness** - **Bilateral** - Non Tender. **Edema** - **Bilateral** - No edema.

Liberty003248

**Neurologic**
**Sensory:** - Normal.
**Motor:** - Normal.
**Coordination** - Normal.

**Neuropsychiatric**
Mental status exam performed with findings of - Oriented X3 with appropriate mood and affect and demonstrates appropriate judgment and insight.

**Musculoskeletal**
**Global Assessment**
**Right Lower Extremity** - normal range of motion without pain. **Left Lower Extremity** - normal range of motion without pain.
**Head**
**TMJ:** Examination of the temporomandibular joint reveals - no tenderness to palpation, no pain and normal strength and tone, no laxity.

**Lymphatic**
**Head & Neck**
**General Head & Neck Lymphatics:**
**Left: Description** - Normal.
**Right: Description** - Normal.

Assessment & Plan (KRISTIN A GIANNINI, MD; 3/10/2009 3:35 PM)
**ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)**
  *Plans:*
      Proventil HFA 108 (90 Base)MCG/ACT, 2 puffs  Aerosol Soln four times daily, as needed, #1, 03/10/2009, Ref. x5.
Ordered.
Follow up in 3 months or sooner if needed

**LYME DISEASE (088.81)**
**Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)**

Signed electronically by KRISTIN A GIANNINI, MD (3/10/2009 3:35 PM)

Liberty003249

## Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|------|-------|-------------|----------|
| 1 | 06/18/2014 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 2 | 06/17/2014 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 3 | 04/18/2014 | Incoming Fax | Richards, Mindy | No |
| 4 | 04/18/2014 | Incoming Fax | Richards, Mindy | No |
| 5 | 02/03/2014 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 6 | 11/27/2013 | HIPAA | Richards, Mindy | No |
| 7 | 11/06/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 8 | 10/18/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 9 | 07/15/2013 | Consult Documentation | GIANNINI, KRISTIN A MD | No |
| 10 | 06/26/2013 | Labs | GIANNINI, KRISTIN A MD | No |
| 11 | 06/20/2013 | Labs | GIANNINI, KRISTIN A MD | No |
| 12 | 06/13/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 13 | 05/06/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 14 | 04/30/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 15 | 04/23/2013 | Refill Requests | No | |
| 16 | 04/23/2013 | Refill Requests | No | |
| 17 | 04/23/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 18 | 02/07/2013 | Labs | GIANNINI, KRISTIN A MD | No |
| 19 | 01/10/2013 | ANS SERVICE MSG | No | |
| 20 | 11/21/2012 | ENDO | No | |
| 21 | 11/21/2012 | ENDO | No | |
| 22 | 11/21/2012 | ENDO | No | |
| 23 | 11/21/2012 | ENDO | No | |
| 24 | 11/20/2012 | Meaningful Use Demographics | No | |
| 25 | 11/20/2012 | HIPAA | No | |
| 26 | 11/20/2012 | ENDO | GIANNINI, KRISTIN A MD | No |
| 27 | 11/19/2012 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 28 | 08/14/2012 | Labs | GIANNINI, KRISTIN A MD | No |
| 29 | 08/11/2012 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 30 | 06/20/2012 | ORTHO | GIANNINI, KRISTIN A MD | No |
| 31 | 04/25/2012 | Refill Requests | No | |
| 32 | 04/19/2012 | Home Care Equipment | No | |
| 33 | 04/10/2012 | Refill Requests | No | |
| 34 | 03/10/2012 | Incoming Fax | Callahan, Ashley | No |
| 35 | 02/10/2012 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 36 | 11/17/2011 | Home Care Equipment | No | |
| 37 | 11/16/2011 | Refill Requests | No | |
| 38 | 10/05/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 39 | 09/12/2011 | Refill Request - Prior Authorization | Callahan, Ashley | No |
| 40 | 08/29/2011 | Refill Request - Prior Authorization | No | |
| 41 | 08/18/2011 | Refill Request - Prior Authorization | No | |
| 42 | 08/17/2011 | Refill Request - Prior Authorization | No | |
| 43 | 08/16/2011 | Refill Request - Prior Authorization | Callahan, Ashley | No |
| 44 | 04/30/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 45 | 03/26/2011 | Incoming Fax | No | |
| 46 | 03/24/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 47 | 02/17/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 48 | 02/11/2011 | NEURO ONC | GIANNINI, KRISTIN A MD | No |
| 49 | 01/20/2011 | Labs | GIANNINI, KRISTIN A MD | No |
| 50 | 01/14/2011 | Labs | GIANNINI, KRISTIN A MD | No |
| 51 | 12/29/2010 | Bone Density-DEXA | GIANNINI, KRISTIN A MD | No |
| 52 | 12/28/2010 | Echocardiogram | GIANNINI, KRISTIN A MD | No |
| 53 | 10/15/2010 | CARDIO | GIANNINI, KRISTIN A MD | No |
| 54 | 10/12/2010 | ENDO | GIANNINI, KRISTIN A MD | No |
| 55 | 10/05/2010 | Ultrasound | GIANNINI, KRISTIN A MD | No |
| 56 | 09/15/2010 | NEUROLOGY | GIANNINI, KRISTIN A MD | No |
| 57 | 08/17/2010 | HOLTER MONITOR | GIANNINI, KRISTIN A MD | No |
| 58 | 08/17/2010 | CARDIO | GIANNINI, KRISTIN A MD | No |
| 59 | 08/13/2010 | Labs | GIANNINI, KRISTIN A MD | No |

Liberty003250

| | | | |
|---|---|---|---|
| 60 | 08/13/2010 Cardiology | GIANNINI, KRISTIN A MD | No |
| 61 | 07/15/2010 Ultrasound | No | |
| 62 | 07/09/2010 Legal communications | Callahan, Ashley | No |
| 63 | 06/23/2010 Lab/Procedure Order Slips | Minor, Desiree | No |
| 64 | 06/23/2010 Insurance related forms | Minor, Desiree | No |
| 65 | 06/17/2010 Request for Records/Records Release | No | |
| 66 | 06/07/2010 Incoming Fax | No | |
| 67 | 05/07/2010 GASTRO | GIANNINI, KRISTIN A MD | No |
| 68 | 04/22/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 69 | 04/15/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 70 | 04/08/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 71 | 04/06/2010 Miscellaneous Forms | No | |
| 72 | 04/05/2010 Ultrasound | GIANNINI, KRISTIN A MD | No |
| 73 | 04/02/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 74 | 04/01/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 75 | 03/30/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 76 | 03/25/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 77 | 03/16/2010 ENDO | GIANNINI, KRISTIN A MD | No |
| 78 | 03/16/2010 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 79 | 01/22/2010 Disability Forms | No | |
| 80 | 12/16/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 81 | 12/09/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 82 | 12/02/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 83 | 11/25/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 84 | 11/18/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 85 | 11/12/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 86 | 11/04/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 87 | 10/28/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 88 | 10/21/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 89 | 10/14/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 90 | 09/30/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 91 | 09/23/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 92 | 09/16/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 93 | 09/15/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 94 | 09/11/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 95 | 09/10/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 96 | 09/03/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 97 | 08/27/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 98 | 08/19/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 99 | 08/13/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 100 | 08/06/2009 INFECTIOUS DISEASE | GIANNINI, KRISTIN A MD | No |
| 101 | 08/04/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 102 | 08/03/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 103 | 07/22/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 104 | 07/15/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 105 | 07/08/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 106 | 07/01/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 107 | 06/24/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 108 | 06/22/2009 Records recevied from previous provider | No | |
| 109 | 06/19/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 110 | 06/15/2009 ORTHO | No | |
| 111 | 05/14/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 112 | 05/05/2009 Insurance related forms | No | |
| 113 | 04/24/2009 Records recevied from previous provider | No | |
| 114 | 04/15/2009 Labs | No | |
| 115 | 04/15/2009 Pulmonary Testing | No | |
| 116 | 04/15/2009 Consult Documentation | GIANNINI, KRISTIN A MD | No |
| 117 | 04/14/2009 Request for Records/Records Release | No | |
| 118 | 04/14/2009 Records recevied from previous provider | No | |
| 119 | 04/14/2009 Records recevied from previous provider | No | |
| 120 | 04/10/2009 Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 121 | 04/09/2009 Consult Documentation | No | |

---

10/21/2015 03:13 pm  HALEY SPEARS DOB REDACTED  Page 36/507

Liberty003251

| | | | |
|---|---|---|---|
| 122 | 04/09/2009 Records recevied from previous provider | No | |
| 123 | 04/06/2009 Referrals | No | |
| 124 | 03/27/2009 Consult Documentation | GIANNINI, KRISTIN A MD | No |
| 125 | 03/11/2009 Review of Systems | Callahan, Ashley | No |
| 126 | 03/11/2009 HIPAA | Callahan, Ashley | No |
| 127 | 03/11/2009 Patient Reg. Form | Callahan, Ashley | No |
| 128 | 03/11/2009 Bone Density-DEXA | GIANNINI, KRISTIN A MD | No |
| 129 | 03/11/2009 Consult Documentation | GIANNINI, KRISTIN A MD | No |
| 130 | 03/11/2009 Labs | GIANNINI, KRISTIN A MD | No |

Liberty003252



## Emergency Visit Encounter Information

**Date**     6/18/2014 1:36 PM

TO:    Dr Kristin Giannini
FAX:   860-979-0056

Dear Dr. Giannini,

Your patient, HALEY SPEARS (dob: REDACTED) was treated in the Hartford Hospital Emergency Department on 06/18/2014.

Since you have been identified as the primary care provider for this patient, we are providing you with a copy of the Emergency Department facesheet for your records and for follow-up with the patient.

* If this information has reached you in error, please fax this notification to Hartford Hospital's Health Information Management Department at 860-545-6446.

***CONFIDENTIAL NOTICE***

The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized need has been fulfilled. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense. Thank you.

From: HCNTENTFAX03SIP     Page: 2/4     Date: 6/18/2014 2:03:38 PM

# Hartford Hospital - Hartford, CT 06102

| | | | |
|---|---|---|---|
| **Patient:** | HALEY A SPEARS | **DOB:** | REDACTED |
| **MR #:** | 3032575 | **Age/Gender:** | 36y F |
| **DOS:** | 6/17/2014 03:15 | **Acct #:** | 000036459014 |
| **Private Phys:** | GIANNINI, KRISTIN | **ED Phys:** | Kevin OToole, MD |

*(The information contained in this document has been extracted from the medical chart to provide a summary overview
and is NOT intended to replace the complete Medical Record. Please refer to the medical chart for the complete Medical Record.)*

**CHIEF COMPLAINT:**          **Encounter Type:**          **ACUITY:**
Allergic reaction(s)               Initial                     Level 3

## DIAGNOSIS
Allergic reaction

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 del | ETCO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| KATWE 6/17/2014 03:17 | 96.5 | *Tympanic | 67 | 16 | 149 | 75 | S | 98 | ***RA | |
| TBROC 6/17/2014 06:00 | | | 59 | 16 | 113 | 69 | S | 100 | ***RA | |

Notes: resolution of orbital swelling noted with llp swelling gone - L eye lid remains focally swollen possible insect bite
site. < entered by <TBROC 06-17-2014 06:00>

## FINAL DISPOSITION
PCP chart text: The patient has been instructed to follow up at PCP. Follow up should be within without fail; call for
appointment appropriate to your problem during office hours..
The purpose of the referral is for further management.
Other instructions:
USE CETIRIZINE DAILY FOR SWELLING/EDEMA -- USE MOIST WASHCLOTH TO FACE

    The patient is ready to be discharged on -Tuesday, June 17, 2014 07:09
Disposition is Discharged - Routine

Discharged to home . The patient is alert and oriented, is in no respiratory distress, has vital signs within normal limits and
has no active bleeding . Discharge mode is ambulatory . Patient accompanied by self . Aftercare instructions were given to
the patient. The patient/responsible party expressed understanding of discharge instructions. Patient teaching given on the
use and side effects of medication(s).

## VISIT SUMMARY

## PROGRESS NOTES
First patient exam time on:Tuesday, June 17, 2014 04:06

## Attending Note
I have personally performed a History and Physical Exam on this patient and personally directed the management of the
patient..
36f lyme/thyroid; swelling to eyes at rest -- began itching worsened; similar remote; unk antigen; no vision
change/DIB/SOB/fever; +scratchy throat; no rash/neck swelling; no DV: 100%ra 16RR obvious OU edema PERRL4 no
conjunctivitis TM/nares/oroph clear +injected no chemosis trach m/l no JVD/stridor clean thyroid scar CTA bilat good effort
s1s2-m nontend abd no HSM no backt end 3+ pulse 5/5 power no edema/rash/hives/urticaria cap<2s; plan IM dexameth/PO

*Printed By User N. Interface on 6/18/2014 12:16 AM*

**PCP Chart**

Liberty003254

From: HCNTENTFAX03SIP     Page. 3/4     Date: 6/18/2014 2:03:38 PM

# Hartford Hospital - Hartford, CT 06102

| | | | |
|---|---|---|---|
| **Patient:** | HALEY A SPEARS | **DOB:** | REDACTED |
| **MR #:** | 3032575 | **Age/Gender:** | 36y F |
| **DOS:** | 6/17/2014 03:15 | **Acct #:** | 000036459014 |
| **Private Phys:** | GIANNINI, KRISTIN | **ED Phys:** | Kevin OToole, MD |

antihistamines tx allergic rxn unk antigen looks well will observe advised not contacts over next 96hrs while IGE response is being suppressed

HPI:
Vital signs per nurses notes.
Historian: patient.
The patient presents with a complaint of Allergy. Location of the complaint is: ambulatory from home wears contacts; lives with multiple dogs; went inside last night noted redness to L eye; began itching her eyes then got worse; scratchy throat; worsening swelling took benadryl PO to ED; no SOB/DIB; states prior similar years ago completely resolved. The onset was sudden. The symptoms have been increasing. hour(s). The pain is severe. Context/precipitation: L eye swelling itched became worse. Modifying factors include: Took benadryl. Prior related problems include: +eye/face swelling.
ROS:
CONSTITUTIONAL: (-) fever. (-) chills,
ENT: (-) right ear pain. (-) right ear discharge. (-) hearing loss - right ear, (-) left ear pain. (-) left ear discharge. (-) hearing loss - left ear, (-) mouth swelling, (-) mouth pain. (-) tongue pain. (-) difficulty chewing. (+) nasal congestion. (+) nasal discharge. (-) nasal bleeding, (-) throat pain, (-) throat swelling. (-) throat hoarse. (-) difficulty swallowing (+) right eye pain, (-) right eye discharge, (+) right eye redness, (-) visual changes - right eye (-) left eye discharge, (+) left eye pain, (+) left eye redness, (-) visual changes - left eye
CARDIOVASCULAR: All Negative.
RESPIRATORY: All Negative.
GASTROINTESTINAL: All Negative
GENITOURINARY: All Negative.
MUSCULOSKELETAL: All Negative
INTEGUMENTARY: (-) lesion(s), (-) rash.
NEURO: All Negative
ENDOCRINE:(-) cold intolerance. (-) heat intolerance,
Except as noted elsewhere in the record. all other systems are negative.


ATTENDING NOTE:
MEDICATIONS: Nurse notes reviewed and confirmed.
ALLERGIES/INTOLERANCES: Nurse notes reviewed and confirmed.
MEDICAL HISTORY: Chronic --> reported lyme babesia AND bartonella by an MD in NYC ("DR RAXLAN" ID SPECIALIST IN THESE PROBLEMS). thyroid, asthma. ulcer, migraine
FAMILY HISTORY: Thyroid
SOCIAL HISTORY: Domestic violence screen was negative.
No tobacco use. No alcohol use. No drug use. Living situation: lives alone Disability related to ?lyme: LMP2wk
SURGICAL HISTORY: Thyroid
Physical Exam:
CONSTITUTIONAL: Distress: Mild. Patient appears WDWN. Patient is alert. Swollen OU speaking full no wheeze
EYES: PERRL. Lids: Normal. Conjunctivae: Normal Right pupil size: 4 mm. Left pupil size: 4 mm. +injected no chemosis no conjunctivitis EOMI Moderate periorbital swelling
ENT: TM's: Normal\Clear. Pharynx: Normal. Teeth: Normal. Clear nares/oroph no macroglossia midline slim uvula
CARDIOVASCULAR: Rate: Regular rate. Rhythm: Regular. Gallop: None. Capillary refill time: <2 seconds. Right Carotid Pulses: NL. Left Carotid Pulses: NL. Right Femoral Pulses: NL. Left Femoral Pulses: NL. Right Dorsal Pulses: NL. Left Dorsal Pulses: NL. Murmur: None.

*Printed By User N. Interface on 6/18/2014 12:16 AM*

**PCP Chart**

Liberty003255

## Hartford Hospital - Hartford, CT 06102

| Patient: | HALEY A SPEARS | DOB: | REDACTED |
|---|---|---|---|
| MR #: | 3032575 | Age/Gender: | 36y F |
| DOS: | 6/17/2014 03:15 | Acct #: | 000036459014 |
| Private Phys: | GIANNINI, KRISTIN | ED Phys: | Kevin OToole, MD |

RESPIRATORY: Respiratory Distress: No: Wheezing: Absent. Rales: Absent. Rhonchi: Absent. Diminished BS: None. No wheeze
GI/ABDOMEN: No focal tend Palpation: Soft, non-tender, no guarding or rebound tenderness. Organomegaly/Mass: No organomegaly, or pulsatile mass. Bowel Sounds: normal.
MUSCULOSKELETAL/EXTREMITIES: Tenderness: Non-tender. ROM: Normal ROM. Pedal Edema: No pedal edema on exam.. Calf Tenderness: No calf tenderness on exam.
Neck Exam: Trach m/l no JVD/swelling clean thyroid scar no stridor
INTEGUMENTARY: Color: Color normal for race. Temp Sensation: Warm and dry to touch. Rash: No rash. No urticaria/hives/rash
NEURO: Oriented x 3. Cranial Nerves: Cranial nerves normal as tested. Motor/Sensory: No motor or sensory deficit. 5/5 power
HEME/LYMPH: no palpable or tender nodes,

### Prescriptions
Zyrtec 10mg; Ten (10); Take one tablet daily for the next five days, then daily as needed for itching or hives  < Kevin OToole, MD 6/17/2014 07:08>

## HISTORY OF PRESENT ILLNESS

## ROS

## EXAM

From: HCNTENTFAX03SIP    Page: 1/1    Date 6/17/2014 9:36:31 AM



## EMERGENCY VISIT NOTIFICATION

**Date**    6/17/2014 9:32 AM

TO:    Dr Kristin Giannini
FAX:   9-1-860-979-0056

Dear Dr. Giannini,

Your patient, HALEY SPEARS (dob: REDACTED was treated in the Hartford Hospital Emergency Department on 06/17/2014.

As the primary care provider for this patient, you should receive a copy of the Emergency Department face sheet for this encounter.

* If this information has reached you in error, please fax this notification to Hartford Hospital's Health Information Management Department at 860-545-6446.

* If you do not receive a copy of the Emergency Department face sheet within 24 hours please contact Health Information Management at 860-972-2540.

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message, including any attachments.

***CONFIDENTIAL NOTICE***
The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized need has been fulfilled. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense. Thank you.

Liberty003257

From: 8602294488     Page: 1/1     Date: 4/18/2014 10:58:14 AM

S (3@ &f1SLEY

PATIENT REQUESTS REFILL 04/18/14

```
----------------------------------------------|-------------------------------------------
                                              |
FROM:     BEACON PHARMACY                     |
          543 West Main Street                | ORIG FILL:  04/19/13
          New Britain,CT 06053                | ORIGINAL REFILLS: 3
          860-225-6487 860-229-4488           | LAST FILL:  07/10/13
                                              |
TO:       GIANNINI, KRISTIN                   |
          520 HARTFORD TURNPIKE               | PLEASE REVIEW,SIGN
          VERNON, CT 06066                    | AND FAX BACK TO:
          860-872-8321 860-979-005€           | FAX#  860-229-4488
          NPI: 1881662443                     |
                                              |
PATIENT:  SPEARS, HALEY                       |
          1008 TROUTBROOK RD                  | DATE:_____
          West Hartford, CT 06119             |
          860-308-2050   REDACTED             | REFILLS:
                                              | THIS TIME +_____
DRUG: XOPENEX HFA 45 MCG INHALER              |
QUANTITY: 30    1143395 DOB: REDACTED         |
DIRECTIONS: INHALE 2 PUFFS BY MOUTE FOUR      | Dr._____Dr._____.
            TIMES DAILY AS NEEDED             |    Substitution     D.A.W.
                                              |
                                              |
                                              |
----------------------------------------------|-------------------------------------------
```

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

FAX#
** 860-229-4488 **

The documents accompanying this fax are CONFIDENTIAL. Information contained in this
transmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p:
The information acommpanying this fax transmission is intended only for the use of 1
individual (or facility) identified as "recipient". The Recipient of this informati<
is prohibited from disclosing, copying, distributing or using this information exce]
as permitted by current law governing privacy of information issues. Such informati<
be destroyed after its stated need has been fulfilled, unless otherwise prohibited ]
If you have received this fax transmission in error, please notify the "sende:" imm<
&f0S &a90p0c0Rructions.
Ea0R

7H317150003

From: 8602294488     Page: 1/1     Date: 4/18/2014 11:02:11 AM

S (3@ &f1SLEY

PATIENT REQUESTS REFILL 04/18/14

----------------------------------------------------------------------

| FROM: |  BEACON PHARMACY |
| | 543 West Main Street |
| | New Britain,CT 06053 |
| | 860-225-6487 860-229-4488 |

ORIG FILL:  04/19/13
ORIGINAL REFILLS: 3
LAST FILL:  07/10/13

TO:       GIANNINI, KRISTIN
          520 HARTFORD TURNPIKE           PLEASE REVIEW,SIGN
          VERNON, CT 06066                AND FAX BACK TO:
          860-872-8321 860-979-0056       FAX#  860-229-4488
          NPI: 1881662443

PATIENT:  SPEARS, HALEY
          1008 TROUTBROOK RD              DATE:_____
          West Hartford, CT 06119
          860-308-2050   REDACTED         REFILLS:
                                          THIS TIME +_____
DRUG: XOPENEX HFA 45 MCG INHALER
QUANTITY: 30     1143395 DOB: REDACTED
DIRECTIONS: INHALE 2 PUFFS BY MOUTE FOUR    Dr._____Dr._____
            TIMES DAILY AS NEEDED              Substitution    D.A.W.

----------------------------------------------------------------------

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

FAX#
** 860-229-4488 **

The documents accompanying this fax are CONFIDENTIAL. Information contained in this
transmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p:
The information acommpanying this fax transmission is intended only for the use of 1
individual (or facility) identified as "recipient". The Recipient of this informatic
is prohibited from disclosing, copying, distributing or using this information excep
as permitted by current law governing privacy of information issues. Such informatic
be destroyed after its stated need has been fulfilled, unless otherwise prohibited 1
If you have received this fax transmission in error, please notify the "sender" imm
&f0S &a90p0c0Rructions.
Ea0R

Liberty003259

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101    Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:    SPEARS, HALEY
      DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty003260

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Tpke, Ste N**
**Vernon, CT 06066**
**Phone:(860) 872-8321 Fax: (860) 979-0056**

HIPAA Privacy Restrictions Questionnaire
Healthwise Medical Associates, LLP

Patient Name: HALEY SPEARS    Patient Date of Birth: REDACTED

May we send reminder cards to your home? ~~Yes~~ (No)   none
If no, what address should be used: _____

May we call you at work?                              Yes    No   (N/A)
May we call you at home?                          (Yes)   No   N/A
May we call your cell phone? cell #_____        (Yes)   No   N/A - for last minute cancellations
If no to any of the above, what number should we call?                    or other emergency only

May we leave messages (including laboratory results) on your answering machine?   (Yes)  No
May we leave general messages on your answering machine?                          (Yes)  No
May we speak with your spouse or significant other regarding your treatment?       Yes  (No)
May we send you a fax? fax #_____                                                  Yes  (No)
May we contact you via email?                                                     Yes  (No)
If yes, please provide email address: _____

**Please list to whom we may speak with regarding your treatment.**

David & W. Spears          Chris P. Baumann
D. Shane B Spears

_Haley asse_                      11/25/13
Patient signature (or legal representative)        Date
Parent or legal guardian if patient is under 18 years age

**For restrictions to your protected health information (PHI) other than noted above, please submit your request to the**
**Compliance/Privacy Officer utilizing our "Restriction of Use or Disclosure of Protected Health Information (PHI)**

**\*NOTE: NO RESTRICTION IS EFFECTIVE UNTIL ACCEPTED BY HEALTHWISE MEDICAL ASSOCIATES, LLP**

**ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES**

_Haley asse_                      11/25/13
Signature of patient or legal representative       Date

**Patient's Name:** HALEY SPEARS  **Patient's Date of Birth:** REDACTED

------OFFICE USE ONLY------

On 11/25/2013, Healthwise Medical Associates, LLP attempted to obtain a written acknowledgement of receipt of the Notice of Privacy Practices from the above-named patient. We were unable to obtain this acknowledgement because:
[ ] Patient declined to sign this written acknowledgement
[ ] Patient did not understand the request to sign the written acknowledgement
[ ] Notice mailed to patient on _____.
[ ] Other (please specify

Employee Signature & Date

Monday, November 25, 2013                                Page 1 / 1

Endocrinology - Bloomfield - Connecticut Multispecialty Group
100 Retreat Ave, Suite 400
Hartford,CT 06106
(860) 547-1278

## CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:**          **11/6/2013**
**Pages:**         **3**

**To:**            **Kristin Giannini**
**Fax Number:**    **(860)979-0056**

**From:**          **Oberstein, Robert (Endocrinology - Bloomfield - Connecticut Multispecialty Group)**
**Phone:**         **(860) 547-1278**

**Comment:**

## CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

Liberty003262

From: (860)547-1278     Page. 2/4     Date. 11/6/2013 4.17:31 PM



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

**Division of Endocrinology**
Paul Labinson, DO  Robert Oberstein, MD  Deepti Rawal, MD  Sameera Tallapureddy, MD
Jennifer Lloyd, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 11/06/2013

**History of Present Illness**
Patient presents for follow up of thyroid dysfunction
feeling ok in general

**Active Problems**
- Allergic Rhinitis 477.9
- Asthma 493.90
- Autoimmune Disease 279.49
- Bloating (Symptom) 787.3
- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Oral Thrush 112.0
- Plantar Fasciitis 728.71
- Postsurgical Primary Hypothyroidism 244.0
- Systemic Lupus Erythematosus 710.0
- Ulcerative Colitis 556.9

**Review of Systems**

Cardiovascular: no palpitations/racing heart beat.
Neurological: tremor not present.

**Allergies**
- No Known Drug Allergies

**Current Meds**
- Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily, Therapy. 05Feb2013 to (Evaluate:06May2013); Last Rx:05Feb2013
- Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY Therapy; 05Feb2013 to (Evaluate:06May2013); Last Rx:05Feb2013
- Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy; (Recorded:29Jan2013) to
- Colostrum CAPS; 40% IgG 1 DAILY; Therapy; (Recorded:29Jan2013) to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278   *Fax.* (860) 547-1301
Other Clinical Sites: 533 College Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003263

From: (860)547-1278     Page. 3/4     Date. 11/6/2013 4.17:31 PM

## RE: SPEARS. HALEY A.

- EpiPen 0.3 MG/0.3ML (1 1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; Therapy: 02May2008 to  Requested for: 13Feb2009
- Famotidine 20 MG Oral Tablet, TAKE 2 TABLET DAILY; Therapy. (Recorded.29Jan2013) to
- Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded 29Jan2013) to
- Pantoprazole Sodium 40 MG Oral Tablet Delayed Release. TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
- Progesterone CREA; take 15 days prior menses; Therapy  (Recorded:22Feb2013) to
- Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:12Jun2013) to
- Supplements; SACCHAROMYCES BOULARDI: 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:30Aug2013) to
- Synthroid 100 MCG Oral Tablet, TAKE 1 TABLET DAILY. Therapy  12Jun2013 to (Evaluate 25Dec2013); Last Rx 26Sep2013
- Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to

## Vitals
### CMG-Vitals [Data Includes: Current Encounter]

|  | 06Nov2013 03:44PM |
|---|---|
| BMI Calculated | 22.2 |
| BSA Calculated | 1.63 |
| Weight | 130 lb |
| Systolic | 112, RUE. Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

## Results/Data
At this visit reviewed: lab reports tsh 1.28; TG pending.

## Assessment
- Hashimoto's Thyroiditis 245.2
- Postsurgical Primary Hypothyroidism 244.0

## Plan
- Free T4  -  11778  Requested for: 06Nov2013
- Thyroglobulin Panel  -  60698  Requested for  06Nov2013
- TSH  - 11667  Requested for. 06Nov2013
- Follow- up visit in 8 months Evaluation and Treatment  Follow-up  Requested for. 06Nov2013

## Discussion/Summary

Euthyroid  continue this dose  would like the tsh to stay 0.5 to 1.5

*Main Office:* 100 Retreat Avenue, Suite 400. Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites:  533 Cottage Grove Road. Bloomfield. CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

From: (860)547-1278      Page. 4/4      Date. 11/6/2013 4:17.31 PM

RE: SPEARS, HALEY A.

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Nov. 6 2013  4:12PM

Main Office: 100 Retreat Avenue, Suite 400.  Hartford, CT  06106  Phone: (860) 547-1278    Fax. (860) 547-1301
Other Clinical Sites:  533 Cottage Grove Road, Bloomfield  CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

From: (860)522-2377      Page: 1/5      Date: 10/18/2013 8:27:28 AM

Neph - Access Center - Connecticut Multispecialty Group
3580 Main Street
Hartford,CT 06120
(860) 522-2377

## CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

| | |
|---|---|
| **Date:** | **10/18/2013** |
| **Pages:** | **4** |
| | |
| **To:** | **Kristin Giannini** |
| **Fax Number:** | **(860)979-0056** |
| | |
| **From:** | **Korkutovic, Senija (Neph - Access Center - Connecticut Multispecialty Group)** |
| **Phone:** | **(860) 522-2377** |

**Comment:**

## CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

Liberty003266

From: (860)522-2377      Page: 2/5      Date: 10/18/2013 8:27:28 AM



**Connecticut Multispecialty Group, P.C.**
Leaders in Integrated Medical Care

## Division of Nephrology - Access Center
Terrence Oder, MD  Scott Benson, DO

**Amb Follow - Integrative**

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/17/2013

**Reason For Visit**
HALEY SPEARS is here today for Follow-up.
**Active Problems**
Allergic Rhinitis (477.9)
Asthma (493.90)
Bloating (Symptom) (787.3)
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6), TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Hypoglycemia (251.2)
Migraine Headache (346.90), new in fall 08
Plantar Fasciitis (728.71); ? separate from other conditions
Postsurgical Primary Hypothyroidism (244.0); 4mm microcarcinoma; papillary;  Dr Udelsman at Yale
Systemic Lupus Erythematosus (710.0)
Ulcerative Colitis (556.9).
**Mind/Body**
With whom do you live? Self
What pets do you live with? 2 dogs
Do you feel safe in your home? Yes
Are you, or were you, married or partnered? partnered
Who are the most important people in your life? Jesus, family and friends.
**HPI**
Haley is here one month post op from complete thyroidectomy for goiters, which showed carcinoma on the path
She has been on supplementation which is being managed by Dr. Oberstein.

She has asthma which is stable on singulair but she recently developed increase sinus congestion with post nasal
drainage.

She was feeling a lot of fatigue after her surgery, but that is better now.  She has some night sweats at this point and
wonders if it is related to her thyroid med

She frequently has abdominal bloating, reflux, cough and difficulty concentrating.  She has occasional muscle aches
and dizziness as well.

SHe sees an ND but has not had food sensitivity testing done

**Main Office:** CMG Division of Nephrology - The Access Center
3580 Main Street, Hartford, CT  06120
**Phone:** (860) 522-2377  **Fax:** (860) 727-1200

**RE patient:** HALEY A. SPEARS

S/P recent treatment for lyme disease

There is a R axillary LN that swells on a monthly basis- may be related to her menstrual cycle.
**ROS**
**Systemic:** Night sweats.
**Otolaryngeal:** Not constantly clearing throat.
**Pulmonary:** No cough.
**Gastrointestinal:** Abdominal swelling and diarrhea.
**Musculoskeletal:** Muscle aches.
**Neurological:** No dizziness, no decrease in concentrating ability, and no memory lapses or loss.
**Psychological:** Anxiety assoc w/ low thyroid.
**Skin:** Rash:.
**Allergic and Immunologic:** Complaint of seasonal allergic reaction.
**Lifestyle/Behavior**
What are the major stressors in your life? family dinamics and financial
How do you relax/relieve stress? exercise Prayer, readig, bib:e, talking, singing, time with loved ones
What physical activity do you participate in. How often? aerobics, elliptical, 4-7 times per week
What leisure activities/hobbies do you enjoy? crafts, reading, games, adventure explore outside, walking music.
What brings meaning to your life? Jesus
Describe your sleep patterns. irregular
Describe your overall energy level. varied since surgerybut Ive had alot going on. Better with consistent excercise.
**Nutrition**
How many meals do you eat per day? 2-4
Who does the food shopping in your home? self
Who prepares the food in your home? self
How often do you cook? 2-4 times per week
Which meals do you regularly eat outside your home? dinner sometimes
Are you currently on a special diet? no
Do you have any sensitivities to food or avoid any foods?
rarely less than 1x a month

Which foods do you regularly crave? sweet recently salty
How would you describe your relationship with food? necessary, I get cranky if I dont eat enough

Current diet overview. Amount consumed
FRUITS: 0-2 sevings per day
VEGETABLES: 0-2 sevings per day
BEANS: 0-2 sevings per day
SALAD GREENS: 0-2 sevings per day
NUTS/SEEDS: 0-2 sevings per wk
GRAINS:0-2 sevings per wk
OILS:0-2 sevings per wk
BEVERAGES: 3-4 sevings per wk
DAIRY: 0
FISH:0-2 sevings per wk
MEATS: 0-2 sevings per wk
BREADS: 0
CEREALS. 0
PASTA: 0
SOY PRODUCTS. 0  SNACKS: 0-2 sevings per wk
**Allergies**
No Known Drug Allergy.
**Current Meds**
EpiPen 0.3 MG/0.3ML (1:1000) DEVEINJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release,TAKE 1 TABLET EVERY DAY, RPT
Cetirizine HCl 10 MG Oral Tablet;1 tablet bid; RPT

Main Office: CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT 06120
Phone: (860) 522-2377  Fax: (860) 727-1200

Liberty003268

7H317150003

From: (860)522-2377      Page: 4/5      Date: 10/18/2013 8:27:29 AM

RE patient: HALEY A. SPEARS

Colostrum CAPS;40% IgG 1 DAILY; RPT
Vitamin D3 2000 UNIT Oral Capsule;TAKE 1 CAPSULE DAILY, RPT
Calcium-Magnesium-Vitamin D CAPS;TAKE 1 CAPSULE DAILY; RPT
Gentle Iron CAPS;25 mg daily; RPT
Famotidine 20 MG Oral Tablet;TAKE 2 TABLET DAILY; RPT
Bayer Contour Test In Vitro Strip;USE 2 STRIP Daily; Rx
Bayer Microlet Lancets Miscellaneous;TEST 2X'S A DAY; Rx
Progesterone CREA;take 15 days prior menses; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Supplements;SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C 1000MG DAILY; RPT
Synthroid 100 MCG Oral Tablet;TAKE 1 TABLET DAILY.; Rx.
**PMH**
Acute Gastric Ulcer Resolved (531.30)
Nontoxic Multinodular Goiter (241.1)
Thyroid Cyst (246.2)
**Family Hx**
Denied Family history of Autoimmune Disease
Family history of Osteoporosis; mother
Denied Family history of Thyroid Disorder.
**Personal Hx**
Caffeine Use
Daily Coffee Consumption (___ Cups/Day); 1 a month
Marital History - Single
MU - Never A Smoker
Occupation:; adminst.
**Vital Signs**
CMG-Vitals Recorded by Lopes, Susana on October 17,2013 03:04 PM
Height: 64.25 in. Weight: 131 lb. BMI: 22.36 , BSA: 1.64
BP: 112/90 mm Hg
Temp: 97.6 F

**Physical Exam**
**General Appearance:**
    º Oriented to time, place, and person.  º In no acute distress.
**Eyes:**
    General/bilateral:
        External. º Eyelids showed no abnormalities.  º Conjunctiva exhibited no abnormalities.
**Ears, Nose, Throat:**
    • ENT:  thrush tongue
**Nose:**
    General/bilateral:
        Discharge: • Nasal discharge seen.
        Cavity: • Nasal mucosa abnormal.  º Nasal mucosa not pale, swollen, and edematous.
**Pharynx:**
    Nasopharynx: • Had inflammation.  º Had no polypoid mass.
    Oropharynx: º Cropharyngeal structures visualized (Mallampati Classification) not specified.  º Had no exudate.
**Lymph Nodes:**
    º Cervical lymph nodes were not enlarged.  º Supraclavicular lymph nodes were not enlarged.
**Lungs:**
    º Clear to auscultation.  º No decrease in breath sounds was heard.  º No wheezing was heard.
**Cardiovascular:**
    Heart Rate And Rhythm: º Normal.
    Heart Sounds: º No S3 heard.  º No S4 heard.  º No gallop was heard.
    Murmurs: º No murmurs were heard.

Main Office:  CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT  06120
Phone: (860) 522-2377  Fax: (860) 727-1200

Liberty003269

From: (860)522-2377      Page: 5/5      Date: 10/18/2013 8:27.29 AM

**RE patient:** HALEY A. SPEARS

Arterial Pulses: ° Equal bilaterally and normal / extremities.
Edema: ° Not present.
**Abdomen:**
Auscultation: ° Bowel sounds were normal.
Palpation: ° Abdominal palpation revealed no abnormalities.  ° No abdominal tenderness.
**Musculoskeletal System:**
General/bilateral ° Musculoskeletal system  normal.
Fingers:
    General/bilateral: ° No cyanosis of the fingers.
Lower Leg:
    General/bilateral: ° No localized swelling of the leg.
**Neurological:**
Motor: ° Strength was normal.
Reflexes: ° Normal
**Psychiatric:**
Affect: ° Normal
**Skin:**
    ° General appearance was normal.  ° Normal except as noted.  ° Color and pigmentation were normal.  ° No
      skin lesions.
**Assessment**
    • Asthma  (493.90)
    • Oral thrush   (112.0)
    • Autoimmune disease  (279.49)
**Plan**
Felt much better on elimination diet but sxs resumed when added back milk/cream- now holding off on all milk
products, encouraged her regarding the improvements in health she is experiencing abstaining from milk
- asthmas sxs improved and hopes she can continue to reduce meds
- adding back sugar at the present time and then will try eggs
- many questions about how to add back foods

Also had questions about Paleo diet that she is trying at the behest of her Chiropractor
- discussed benefits of eating a diet consisting of Whole foods
- talked about the immunogenicity of processed food and wheat/ gluten

Appeared to have early thrush on tongue- says this occurred after drinking wine
- has Nystatin sw and sw


**Signature**
Electronically signed by : Terrence  Oder  M.D ; 10/17/2013 3:59 PM EST

Main Office:  CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT  06120
Phone: (860) 522-2377  Fax: (860) 727-1200

# Yale University School of Medicine
## Department of Surgery

### Clinic Note

| | | | |
|---|---|---|---|
| **Name:** | Haley Spears | **Primary Provider:** | Robert Udelsman, MD, MBA |
| **Address:** | 1008 Trout Brook Drive<br>West Hartford, CT 06119 | **Referring Physician:** | Robert Oberstein, M.D. |
| **Phone:** | 860 308-2050 | **Visit Date:** | July 1, 2013 |
| **DOB:** | REDACTED | **Location:** | Smilow Cancer Center |
| **Sex:** | Female | **MR #:** | 2315066 |

**Thyroidectomy Post op Note:** Ms. Haley Spears returns for follow up, status post total thyroidectomy performed on 6/27/13. She has recovered well postoperatively. The patient has been taking Calcium and Rocaltrol supplements, but has been having mild signs of hypocalcemia, and we will obtain calcium and PTH levels this morning. The sutures were removed and the incision is healing well. The patient has begun Synthroid 88 mcg as prescribed by her Endocrinologist. We will contact the patient and referring physician as soon as the results are available. Ms. Haley Spears plans follow up with Dr Oberstein.

Calcium    10.9 mg/dL       (reference range 8.8-10.2)
PTH         <3 pg/mL        (reference range 10-69)

*will ↓ calcium / needs PTH recheck*

**Robert Udelsman, MD, MBA**

*incidental micro papillary Ca.*

*R.U*

Cc:    Robert Oberstein, M.D.
       100 Retreat Avenue
       Hartford, CT 06106

       Bernard Raxlan, M.D.
       123 W 79th Street 1st floor
       New York, NY 10024

       Zane Saul, M.D.
       2600 Post Road
       Southport, CT 06890

       Kristen Giannini, M.D.
       520 Hartford Turnpike
       Vernon Rockville, CT 06066

MEDICAL RECO  S

NOTE PAPER

Spears, Haley
MRN: 892336066   CSN: 87262569
DOB: REDACTED   (35 yrs) Sex: X050309 - 296/
Pt Ader: 1008 TROUT BROOK DRIVE WEST HAR

Appt Date: 6/27/2013
Prov: 5354 (Udelsman, Robert, MD)



87262569

(PLEASE DATE EACH ENTRY)

ATTENDING OPERATIVE NOTE

6/27/13

PREOP DX: MNG
POSTOP DX: Same
PROCEDURE: Total Thyroidectomy
SURGEONS: Udelman, Hoono
FINDINGS: as shown
EBL: min?
COMP: ∅
DISPO: ∅ AR rbsc



HALEY SPEARS DOB REDACTED

Liberty003272

 YALE-NEW HAVEN HOSPITAL

 DEPARTMENT OF PATHOLOGY

 YALE SCHOOL OF MEDICINE

20 York Street, EP 2-421
New Haven, CT 06504

Phone: (203) 785-7782
Fax: (203) 785-7146

## SURGICAL PATHOLOGY REPORT

*Patient:* **SPEARS, HALEY**
MR #: MR2315066 (YNHH=2264654)
*DOB/Age/Sex:* REDACTED (Age: 35) F
*YNHH Visit #:* 87262569 (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* **S13-16068**
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

**Clinical History and Impression:**
(Not Available)

**Specimen(s) Received:**
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

THYROID, TOTAL THYROIDECTOMY:

- INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,
    SEE SYNOPTIC SUMMARY
- MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE HYPERPLASTIC
    ADENOMATOID NODULES. SOME WITH HURTHLE CELL CHANGE
- FIVE BENIGN LYMPH NODES (0/5)

### SYNOPTIC SUMMARY

**MALIGNANT NEOPLASM OF THE THYROID**

| | |
|---|---|
| **Procedure:** | Total thyroidectomy |
| **Tumor Focality:** | Unifocal |
| **Tumor Location:** | Isthmus |
| **Tumor Size:** | 0.4 cm |
| **Histologic Type:** | Papillary thyroid microcarcinoma |
| **Tumor Capsule:** | No capsule identified |
| **Tumor Extension** | |
| **Lymphovascular Invasion:** | Not identified |
| **Extrathyroidal Extension:** | Not identified |
| **Surgical Margins:** | Close |
| **Closest Margin:** | Posterior |
| **Distance from margin:** | Less than 1 mm |
| **Lymph Nodes (Total)** | |
| **Lymph Nodes Examined (Total):** | 5 |
| **Lymph Nodes Involved (Total):** | 0 |
| **Staging** | |
| **Stage (AJCC 7th Ed):** | pT1a N0, at least Stage I |

SPEARS, HALEY

Page 1 of 2

Printed from Relay on 02/07/2013 07:06 AM

SPEARS, HALEY (2264654)                    SURGICAL PATHOLOGY REPORT                    S13-16068

Additional Findings:

Molecular Studies                Parathyroid tissue, 4 mm associated with left lower lobe
Performed on:
BRAF Mutation:                   Prior specimen: ON13-507
                                 Insufficient material for diagnosis

                        Pathologist:   Manju L. Prasad, M.D.
                                       * Report Electronically Signed Out *

This electronic signature indicates that the pathologist has personally reviewed the available gross and/or microscopic material and has
based the diagnosis on that evaluation.



Gross Specimen



RI And I Nodules

**Gross Description:** (Alison Van Dyke, M.D., Ph.D ; Steven Hardee, M.D.)
Received fresh in container labeled with the patient's name, unit number and "total thyroidectomy" is a 22.3 g, 6.5 x 4.5 x
1.9 cm total thyroidectomy specimen consisting of a right lobe (5 x 2 x 2 cm), left lobe (4.1 x 2.5 x 2 cm), and isthmus (3 x
2.8 x 0.8 cm) with attached pyramidal lobe (3.6 cm in length). There is a suture on the right superior pole. The thyroid
capsule appears grossly nodular and intact. Parathyroids are not grossly appreciated. The anterior aspect is inked blue, and
the posterior aspect is inked black. The specimen is sectioned to reveal 5 nodules (N1-N5). N1 is located in the right lower
lobe slices 7-9, is a white, solid, well circumscribed encapsulated lesion measuring 1.5 x 1.2 x 1.1 cm that abuts both the
anterior and posterior surfaces. N2 is located in the isthmus slices 1-3  less than 3 mm from N1. N2 has a similar
appearance to N1, measures 0.9 x 0.3 x 0.3 cm, abuts the anterior surface, and comes to within 3 mm of the posterior
surface. N3 is in the left upper lobe slices 1-3, is a salmon pink, well circumscribed, solid, nodule measuring 1.9 x 1.5 x 0.9
cm that abuts both the anterior and posterior surfaces. N4 is located 4 mm from N3 in the left lower lobe slices 5 and 6, is a
black, glassy, homogeneous, solid, well delineated nodule measuring 1 x 0.5 x 0.5 cm that abuts both the anterior and
posterior surfaces. N5 is 0.5 cm away from N4 in slices 6 and 7 of the left lower lobe. N5 has a similar appearance to N4,
measures 1 x 0.6 x 0.5 cm, and abuts the anterior and posterior surfaces. The remaining background thyroid parenchyma is
reddish-brown and homogeneous without additional lesions. Gross photographs are taken. Representative sections are
submitted in 14 cassettes as follows with N1 in cassettes #3-4, N2 in cassettes #5-6, N3 in cassettes #8-9, N4 in cassettes
#12-13, and N5 in #13 and 14: #1-#4 = right lobe, #5-#7 = isthmus, #8-#14 = left lobe. (avd)

Summary of Tissue Submitted for Microscopic Examination

| Part 1] TOTAL THYROIDECTOMY | # Blocks | Designation | # | Description |
|---|---|---|---|---|
| | 14 | I | (3) | Isthmus |
| | | LL | (7) | Left Lobe |
| | | RL | (4) | Right Lobe |

Printed from Relay on 02/07/2013 07:06 AM

Spears, Haley (MR # MR2315066)                                                    Page 1 of 1

**Edi, Lab In Hiseven**
Sent:  Mon July 01, 2013 1:02 PM
To:   Robert Udelsman, MD

| | Range | 12:04 PM (07/01/13) | 3d ago (06/26/13) | 3d ago (06/26/13) | 4d ago (06/27/13) | 3wk ago (06/07/13) | 1yr ago (06/29/12) |
|---|---|---|---|---|---|---|---|
| ⚠ Calcium | 8.8 - 10.2 mg/dL | ~██████ | ██████ | ██████ | ~██████ | 9.0 | 9.5 R |
| Resulting Agency | | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | BH LAB |

Specimen Collected 07/01/13 12:04 PM   Last Resulted 07/01/13 1:02 PM

R=Reference range differs from displayed range

---

### Status of Other Orders

| | | Lab Status | Result Date | Provider Status |
|---|---|---|---|---|
| PTH, intact  (GH L Q YH) | | In process | 7/1/2013 | Ordered |

| Standing | Remaining | Last Release |
|---|---|---|
| Calcium | 0 of 1 | 7/1/2013 |
| Interval: PRN | | |
| PTH, intact  (GH L Q YH) | 0 of 1 | 7/1/2013 |
| Interval: PRN | | |

Spears, Haley (MR # MR2315066) Printed by Udelsman, Robert, MD [UDELSMRO] at 7/1/13 2...   Page 1 of 1

Spears, Haley (MR # MR2315066)                                                      Page 1 of 1

**Edi, Lab In Hlseven**
Sent:   Mon July 01, 2013  1:02 PM
To:   Robert Udelsman, MD



|  | Value |  | Range |
|---|---|---|---|
| **PTH** | ▓▓▓▓ |  | 10 - 69 pg/mL |
| Resulting Agency | YALE-NEW HAVEN HOSPITAL LABORATORY |  |  |

Specimen Collected: 07/01/13 12:04 PM     Last Resulted 07/01/13 3:28 PM

## Previously Reviewed Results

## Status of Other Orders

| Standing | Remaining | Last Release |
|---|---|---|
| **Calcium**<br>Interval: PRN | 0 of 1 | 7/1/2013 |
| **PTH, Intact   (GH L Q YH)**<br>Interval: PRN | 0 of 1 | 7/1/2013 |

Spears, Haley (MR # MR2315066)

## Patient Information

| Patient Name | | Sex | DOB | SSN |
|---|---|---|---|---|
| Spears, Haley | | Female | REDACTED | REDACTED |

### Operative Note signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM

| Author: | Udelsman, Robert, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 6/27/2013 12:56 PM | Note Time: | 6/27/2013 11:47 AM | Trans.ID: | 569502363 |
| Trans Status: | Available | | | | |
| Dictation Time: | 6/27/2013 11:47 AM | Trans Time: | 6/27/2013 12:21 PM | Trans Doc Type: | Operative Note |

YALE-NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Name: SPEARS, HALEY
Service: PERIOP SRV
Unit No: MR2315066
CSN: 87262569
Service Area: Sur
Date of Birth: REDACTED
Date of Adm: 06/27/2013

Dictated: 06/27/2013 11:47:16      Dictated by: Robert Udelsman, M.D.
Transcribed: 06/27/2013 12:21:00      mmodl/t180307/569502363

DATE OF PROCEDURE/SURGERY: 06/27/2013

OPERATION:
Total thyroidectomy.

OPERATOR:
Robert Udelsman. M.D.

ASSISTANT:
Hasly Harsono, M.D.

ANESTHESIOLOGIST:

ANESTHESIA:

PREOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

POSTOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

Liberty003277