# EXHIBIT A

# Part 3

Spears, Haley (MR # MR231506)

DRAINS: None.

COMPLICATION: None.

PREPARATION: ChloraPrep.

BRIEF PATIENT HISTORY: The patient is a 35-year-old female with multiple thyroid nodules, and a Hurthle cell neoplasm in her left lobe.

PROCEDURE: The patient underwent satisfactory general endotracheal anesthesia and was prepped and draped on the operating table in the reverse Trendelenburg position with a thyroid pillow placed upon her back and her head extended in a head ring. All extremities were carefully padded to protect for neurovascular injury. Operative loupes of 2.5 times were utilized for the case. All extremities were carefully padded to protect for neurovascular injury. Pneumatic stockings were employed. A formal time-out was performed. Antibiotics were not administered due to the clean nature of the case. The skin was prepped and draped with ChloraPrep. A Kocher incision was made. Subplatysmal flaps were elevated superiorly to the thyroid notch, inferiorly to the sternal notch and bilaterally beyond the medial borders of the sternocleidomastoid muscles. The median raphe was mobilized bilaterally demonstrating the thyroid gland contained several nodules mainly a dominant nodule in the left thyroid lobe and a small nodule in the isthmus. Also the thyroid gland was blue in color suggesting the patient had to receive tetracycline as a child. The left thyroid lobe was mobilized initially. The superior pole vessels were approached through the cricothyroid space and ligated directly in the thyroid capsule carefully protecting the external branch of superior laryngeal nerve. The inferior pole vessel was ligated in the thyroid capsule. The soft tissues near the lower pole slipped off the thyroid capsule maintaining the parathyroid gland intact. The terminal branch of the inferior thyroid were ligated in the thyroid capsule. The left recurrent nerve was identified in the normal anatomic position deep to the inferior thyroid artery and was preserved throughout its course. The ligament of Berry was transected and the gland was mobilized from left-to-right. The pyramidal lobe and isthmus was resected in continuity with the specimen. The right thyroid lobe was mobilized. The superior pole vessels were approached through the cricothyroid space and ligated directly in the thyroid capsule. On the right side, both parathyroid glands were clearly visualized. The right upper parathyroid gland was immediately posterior to the upper pole and was peeled off the capsule maintaining its blood supply intact. The right lower parathyroid gland was located just inferior to lower pole. It too was peeled off the capsule maintaining its blood supply. There was no clear note of the right recurrent nerve and it is possible that the right recurrent nerve was a non-recurrent nerve, as I could see another structure superiorly that appeared to be more consistent with the nerve. Nonetheless, by maintaining dissection on thyroid capsule, the right thyroid lobe was removed. External branch of the inferior thyroid were ligated in the thyroid capsule. The middle thyroid vein was transected. The ligament of Berry was transected and the gland was removed. Hemostasis was assured. The median raphe was reapproximated with a 3-0 Vicryl suture. The platysma closed in a likewise fashion. A subcuticular closure of 5-0 Prolene was placed.

The blood loss was minimal. I was present for the entire operation. I have drawn an operative illustration to accompany this note.

Electronically signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM.

Revision history:

7H317150003

Spears, Haley (MR # MR231506 ·

> 6/27/2013 12:56 PM Operative Note signed by Udelsman, Robert, MD
  6/27/2013 12:36 PM Operative Note filed by Udelsman, Robert, MD

## Chart Review Routing History

| Recipient | Method | Report | Sent By | Sent | Filed |
|---|---|---|---|---|---|
| Robert Udelsman, MD<br>Phone: 203-785-2697 | In Basket | IP Auto Routed Trans | Robert Udelsman, MD [UDELSMRO] | 06/27/2013 | 06/27/2013 |

## Routing History                                                                 ⑧

| Date/Time | From | To | Method |
|---|---|---|---|
| 6/27/2013 12:56 PM | Udelsman, Robert, MD | Udelsman, Robert, MD | In Basket |

Spears, Haley (MR # MR2315066) Printed by Szeniak, Marzena [12741] at 7/3/13 2:40 PM          Page 3 of 3

Liberty003279

Quest Diagnostics       Page 1 of 1         06/26/2013   01:00:45 PM

**Report Status: Final**
**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY**<br><br>DOB: REDACTED7   AGE: 35<br>Gender:   F<br>Phone:   860.308.2050<br>Patient ID: 10146776<br>Health ID: 8573003460641040 | Specimen:   WC693737K<br>Requisition: 0024317<br><br>Collected:   06/19/2013 / 15:14 EDT<br>Received:   06/20/2013 / 03:50 EDT<br>Reported:   06/26/2013 / 02:27 EDT<br>(* A Copy From) | Client #: 22129954      60010000<br>ROCKVILLE FAMILY PHYSICIAN<br>520 HARTFORD TPKE STE M<br>VERNON ROCKVILLE, CT<br>06066-5044 |

COMMENTS:   CC: DR GIANNA, ZANE, UDELSMAEN, RAXLIN
COLLECTION REQUIREMENTS NOT MET  PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 299 | | 200-1100 pg/mL | B2 |

Please note: although the reference range for Vitamin B12 is
200-1100 pg/mL, it has been reported that between 5 and 10%
of patients with values between 200 and 400 pg/mL may
experience neuropsychiatric and hematologic abnormalities
due to occult B12 deficiency; less than 1% of patients with
values above 400 pg/mL will have symptoms.

| | | | | |
|---|---|---|---|---|
| METHYLMALONIC ACID, GC/MS/MS | 165 | | 87-318 nmol/L | E2 |
| INTRINSIC FACTOR BLOCKING ANTIBODY | NEGATIVE | | | E2 |
| | | | Reference Range:<br>ADULTS:  NEGATIVE | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | CTE |
| VITAMIN D, 25 OH, TOTAL | | 20 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 20 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | QWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| | | | | |
|---|---|---|---|---|
| T3, TOTAL | | 74 L | 76-181 ng/dL | QWA |
| T3 UPTAKE | 33 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 109 | | 87-318 nmol/L | AMD |

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0921801
E2     QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA: 05D0643352
CTE    QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-30.1 Laboratory Director: JANET PISCITELLI, MD, CLIA: 31D0696744
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 009°, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0393126

* ROBERT LANG,MD,PC has requested a copy of this report be sent to you. Ordering Physician: ZABROCKY, FRANCES

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC693737K          PAGE 1 OF 1

Liberty003280

 **Quest Diagnostics**   Page 1 of 1          06/20/2013   01:00:53 PM          **Report Status: Partial**
                                                                                                **SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY**<br><br>**DOB:** REDACTED    AGE: 35<br>Gender:   F<br>Phone:    860.308.2050<br>Patient ID: 10146776<br>Health ID: 8573003460641040 | Specimen:   WC693737K<br>Requisition: 0024317<br><br>Collected:   06/19/2013 / 15:14 EDT<br>Received:    06/20/2013 / 03:50 EDT<br>Reported:    06/20/2013 / 12:54 EDT<br>(* A Copy From) | Client #: 22129954      60010000<br>ROCKVILLE FAMILY PHYSICIAN<br>520 HARTFORD TPKE STE M<br>VERNON ROCKVILLE, CT<br>06066-5044 |

**COMMENTS:**        CC: DR GIANNA, ZANE, UDELSMAEN, RAXLIN
                     COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | CWA |
| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dL | CWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | CWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| T3, TOTAL | | 74 L | 76-181 ng/dL | CWA |
| T3 UPTAKE | 33 | | 22-35 ↓ | CWA |

**PENDING TESTS:**

| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | METHYLMALONIC ACID |
|---|---|
| VITAMIN D, 25-HYDROXY, LC/MS/MS | |

**PERFORMING SITE:**
CWA   QUEST DIAGNOSTICS WALLINGFORD-CL 2091, 3 STERLING DRIVE, WALLINGFORD, CT 84492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0992126

\* ROBERT LANG,MD,PC has requested a copy of this report be sent to you. Ordering Physician: ZABROCKY, FRANCES

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

Liberty003282

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease.
She recently had a negative exercise Cardiolite stress test. An echocardiogram also
showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy. I have advised her to stop her fish oil
about 10 days before the surgery. She is also to stop other nutrition supplements as
instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery. A Cardiology
consultation can be obtained if needed during the hospitalization. Otherwise, I will be
happy to follow her up in the office after this surgery. A copy of the echocardiogram
and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc: Robert Udelsman, M.D.

10/21/2015 03:14 pm          HALEY SPEARS DOB REDACTED                Liberty003283          68/507

From: 8605339747    Page: 1/2    Date: 5/6/2013 11:17:05 AM





**ICAEL**

## NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.
### SUN KING WAN, M.D., F.A.C.C.
### SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.
### 257 EAST CENTER STREET
### MANCHESTER, CONNECTICUT 06040
### TELEPHONE: (860) 643-5101
### FAX: (860) 533-9747

## EXERCISE CARDIOLITE STRESS TEST

Date: 4/24/13

Patient Name: **SPEARS, Haley**    Date of Birth: REDACTED    Age: 35   Sex: Female

PCP: Dr. Giannini

Medications: Singulair, Xopenex, Dexilant, Bicillin, Minocycline, Floraster, Ultram, Zyrtec, supplements.

Indication: Pre-op thyroid surgery

CLINICAL HISTORY:   Hashimoto's thyroiditis, asthma, Lyme disease.

35 Year old woman with no known coronary artery disease.   Cardiac risk factors include none.

EXERCISE PROTOCOL:  **BRUCE** -          HR: 68          **BP: 122/80**

PREDICTED MHR FOR AGE:   100% 185       85% PMHR: 157       70% PMHR: 130

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 101 | 128/78 | 5 |
| 3-6 | II | 2.5 | 12% | 116 | 136/76 | 7 |
| 6-9 | III | 3.4 | 14% | 147 | 154/66 | 10 |
| 9-12 | IV | 4.2 | 16% | 167 | 168/58 | 13 |
| 12-13 | V | 5.0 | 18% | 179 | 180/54 | |
| | | | (Achieved target) | | | |
| | | | R1 | 149 | 172/84 | |
| | | | R3 | 108 | 146/82 | |
| | | | R5 | 90 | 134/86 | |

Continued

**SPEARS, Haley**
Page 2

PROCEDURE:

The patient performed treadmill exercise using Bruce protocol, completing 13 minutes and
completing an estimated workload of 13 METS. The heart rate was 68 beats per minute at
baseline and increased to 179 beats per minute at peak exercise, which was 97% of the maximum
predicted heart rate. Patient's resting blood pressure was sinus rhythm and the peak blood
pressure was 122/80.  The patient had no significant symptoms during the stress test.  The
resting electrocardiogram demonstrated sinus rhythm and during the stress test no significant ST-
changes were noted.  Patient had no significant cardiac arrhythmias.  The stress test was stopped
because of achievement of target heart rate.

Myocardial perfusion imaging was performed at rest following the intravenous injection of 22.8
mCi of Tc-99m Sestamibi.  At peak exercise, the patient was given intravenous injection of 27.6
mCi of Tc-99m Sestamibi and exercise was continued for one minute. Gating post stress
tomographic imaging was performed.

FINDINGS: Increased subdiaphragmatic radioisotope uptake was noted.  There are mild
decreased counts seen in the anterior wall which is probably due to soft tissue attenuation. The
gated SPECT images reveal left ventricular ejection fraction which is estimated to be around 60-
65%.

SUMMARY:  Myocardial perfusion imaging revealed no evidence of ischemia.  The left
ventricular ejection fraction is estimated to be around 60-65%.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/13  T: 4/26/13

PHYSICIAN PERFORMING STRESS TEST:

Sun King Wan, MD, FACC
SKW/jns
D: 4/24/13  T: 4/26/13

C: Dr. Giannini

From: 8605339747     Page: 4/5     Date: 4/30/2013 2:01:21 PM



**NEW ENGLAND CARDIOLOGY ASSOCIATES, PC**
**SUN KING WAN, MD, FACC**
**SAQIB NASEER, MD, FACC, FASNC**
**257 EAST CENTER STREET, MANCHESTER, CT  06040**
TELEPHONE (860) 643-5101/FAX (860) 533-9747

**2D & M-Mode ECHOCARDIOGRAM REPORT**
**COLOR FLOW DOPPLER REPORT**

Patient Name: **SPEARS, Haley**     Date of Birth: REDACTED     Gender:  Female   AGE: 35
Date: 4/19/13
Primary Care Physician:  Dr. Giannini
Indication:  Lyme disease
Height:  5'5"         Weight: 127 lbs.     BSA: 1.63   BP:  110/76
Sonographer: BW
Tape: 32

A combined M-mode and 2-D mode Doppler study performed.

### 2D & M-MODE MEASUREMENTS (normal ranges within parentheses)

| Left Ventricle: | Normal: | Aorta/Left Atrium | Normal |
|---|---|---|---|
| IVSd (2D):    0.7 | (0.7-1.1 cm) | Aortic Root (Mmode): 2.3 | (2.4-3.7 cm) |
| LVPWd (2D): 0.6 | (0.7-1.1 cm) | Left Atrium (2D): | (1.9-4.0 cm) |
| LVIDd (2D):   4.9 | (3.4-5.7 cm) | Left Atrium (Mmode): 2.1 | (1.9-4.0 cm) |
| LVIDd (2D):   2.7 | | LA area/volume: | |
| | | AV opening:  1.7 | |
| | | Pericardium/IVC: | |
| LV FS (2D) 45% | (>25%) | **Right Ventricle:** | |
| LV EF (2D) 55-60% | (>50%) | RVd (2D): 1.8 | |
| | | IVC: | |

**SPECTRAL DOPPLER ANALYSIS:**
**Aortic Valve:**
AoV Max Velocity:              AoV Peak PG:  5.8          AoV Mean PG:
**Tricuspid Valve and PA/RV Systolic Pressure:**
TR Max Velocity:               RA Pressure:  10          RVSP/PASP:  17 mmHg
**Pulmonic Valve:**
PV Max Velocity:               PV Max PG: 1.5           PV Mean PG:
**Mitral Valve:**
MV E Max: 69.6     A max: 47.9       E/A:  1.5      DT: 135       P1/2: 39

**PHYSICIAN INTERPRETATION:**
LV: Dimension is within normal limits.  The left ventricular ejection fraction is estimated at 55-60%.
RV: Dimension is within normal limits.
LA: Dimension is within normal limits.
RA: Dimension is within normal limits.
AORTIC ROOT: Dimension is within normal limits.
AORTIC VALVE: Opening well.
MITRAL VALVE: Redundant mitral valve leaflets with very mild mitral regurgitation.

Liberty003286

**SPEARS, Haley**
Page 2


TRICUSPID REGURGITATION:  Very mild tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg.
PULMONIC VALVE:  No significant pulmonic regurgitation.
PERICARDIUM:  No significant pericardial effusion.


## CONCLUSION:

1. Normal left ventricular dimension.  The left ventricular ejection fraction is estimated at 55-60%.
2. Redundant mitral valve leaflets with very mild mitral and trace tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg which is in the normal range.

*Snaseer*

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/19/13  T: 4/22/13

C: Dr.  Giannini

Liberty003287

APR/22/2013/MON 10:45 AM                  FAX No.                    P. 001/001

S (30 LISLEY

PATIENT REQUESTS REFILL 04/19/13

FROM:    BEACON PHARMACY                   | ORIG FILL: 01/29/13
         549 West Main Street              | ORIGINAL REFILLS: 5
         New Britain,CT 06053              | LAST FILL:  04/09/13
         860-225-6487 860-229-4488         |

TO:      Giannini, Kristin                 |
         29 Naek Road                      | PLEASE REVIEW,SIGN
         Vernon, CT 06066                  | AND FAX BACK TO:
         860-872-8321 860-875-6271         | FAX#  860-229-4488
         NPI: 1881662443                   |
                                           | DATE: 4/22/13
PATIENT: SPEARS, HALEY                     |
         1008 TROUTBROOK RD                |
         West Hartford, CT 06119           | REFILLS:
         860-308-2050   REDACTED           | THIS TIME +_____3_____

DRUG: IPRAT-ALBUT 0.5-3(2.5) MG/3          |
QUANTITY: 90      1121299 DOB: REDACTED    | Dr._____Dr._____
DIRECTIONS: INHALE CONTENTS OF ONE VIAL VIA| Substitution     D.A.W.
            NEBULIZER EVERY 4 HOURS AS     |
            NEEDED DX:496                  | DX code: 493.90

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

                        FAX#
                  ** 860-229-4488 **

ie documents accompanying this fax are CONFIDENTIAL. Information contained in this
ransmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p
ie information acommpanying this fax transmission is intended only for the use of
idividual (or facility) identified as "recipient". The Recipient of this informati
: prohibited from disclosing, copying, distributing or using this information exce
permitted by current law governing privacy of information issues. Such informati
destroyed after its stated need has been fulfilled, unless otherwise prohibited
you have received this fax transmission in error, please notify the "sender" imm
r0s ta90pDc0Rructions.
a0R

FAXED APR 22 m

Liberty003288

C4-19-13 12:38   "BEACON PHARMACY"  860-229-4488 --> 860-875-6271      Page 2 of 2

S  (3@ &f1SLEY

PATIENT REQUESTS REFILL 04/19/13

FAXED APR 22 2013

---

| FROM: | BEACON PHARMACY | ORIG FILL: 01/29/13 |
| | 543 West Main Street | ORIGINAL REFILLS: 6 |
| | New Britain, CT 06053 | LAST FILL: 04/09/13 |
| | 860-225-6487 860-229-4488 | |

TO:   Giannini, Kristin
      29 Nack Road
      Vernon, CT 06066          PLEASE REVIEW, SIGN
      860-872-8321 860-875-6271 AND FAX BACK TO:
      NPI: 1881662443           FAX# 860-229-4488

PATIENT: SPEARS, HALEY
         1008 TROUTBROOK RD
         West Hartford, CT 06119    DATE: 4/22/13
         860-308-2050   REDACTED

DRUG: IPRAT-ALBUT 0.5-3(2.5) MG/3     REFILLS:
QUANTITY: 90     1121289 DOB: REDACTED   THIS TIME + 3
DIRECTIONS: INHALE CONTENTS OF ONE VIAL VIA
            NEBULIZER EVERY 4 HOURS AS      Dr. _____ Dr. _____
            NEEDED DX:496                   Substitution      D.A.W.

---

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

FAX#
** 860-229-4488 **

he documents accompanying this fax are CONFIDENTIAL. Information contained in this
ransmission belongs to the (pharmacy/ pharmacist) sending the data and is legally p
he information acommpanying this fax transmission is intended only for the use of
ndividual (or facility) identified as "recipient". The Recipient of this informati
s prohibited from disclosing, copying, distributing or using this information exc
s permitted by current law governing privacy of information issues. Such informati
e destroyed after its stated need has been fulfilled, unless otherwise prohibited
f you have received this fax transmission in error, please notify the "sender" imm
&f0S &a90p0c0Rructions.
EaOR

From: 1234567      Page: 1/4      Date: 4/23/2013 11:57:42 AM

This is an Outbound fax service only Contact sender's office with issues

# FAX

| To: | Kristin Giannini, MD | From: | Szeniak, Marzena |
|---|---|---|---|
| Fax: | 860-979-0056 | Pages: | 4 (Including Coversheet) |
| Phone: | | Date: | 4/23/2013 11:55:50 AM |
| Re: | | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:**

This message originates from Yale New Haven Health System. The information contained
in this fax may be privileged and confidential. If you are the intended recipient you must
maintain this fax in a secure and confidential manner. If you are not the intended recipient,
please notify the sender immediately and destroy this fax. Thank you.
For further assistance please contact the fax server administrator @ (203) 502 - 4911

Liberty003290

This is an Outbound fax service only Contact sender's office with issues

# Yale SCHOOL OF MEDICINE
## *Department of Surgery*

**Section of Endocrine Surgery**
Endocrine Neoplasia Program

April 22, 2013

Robert Oberstein, MD
100 Retreat Ave
Endocrinology
Hartford CT 06106

Patient:        Haley Spears
MR Number:  MR2315066
Date of Birth:  REDACTED
Date of Visit:  4/22/2013

Dear Dr. Oberstein:

Thank you for referring Haley Spears to me for evaluation. Attached is my progress note from the visit.

**Name:** Haley Spears              **Primary Provider:** Robert Udelsman, MD, MBA

**Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119  **Referring Physician:** Robert Oberstein, MD

**Phone:** (860)308-2050          **Visit Date:** 4/22/2013

**DOB:** REDACTED                  **Location:** Smilow Cancer Center

**Sex:** Female          **Unit:** MR2315066

**INITIAL CONSULTATION**

**REFERRING PHYSICIAN:** Dr. Robert Oberstein, MD

**CHIEF COMPLAINT:** Bilateral thyroid nodule.

**HISTORY OF PRESENT ILLNESS:**
Ms. Spears is a 35 y.o. female who presents with a bilateral thyroid nodules which was noted 7 years ago and a history of Hashimoto's thyroiditis. . She has no complaints of  hoarseness, difficulty swallowing, difficulty breathing, or compressive symptoms.   She has no symptoms of hyperthyroidism.  She has no history of radiation to the head or neck.  She has had multiple thyroid aspirations (5-7 times).  An FNA demonstrated an indeterminate isthmic nodule and a Hurthle cell neoplasm in the left lobe. Laboratory and imaging are listed below.

**Laboratory values:** Not available today.
TSH

RE: Spears, Haley -- MR#: MR2315066                                        Page 1 of 3

Liberty003291

From: 1234567     Page: 3/4     Date. 4/23/2013 11:57:43 AM

This is an Outbound fax service only Contact sender's office with issues

T4
Free T4
Serum calcium

**Diagnostic Imaging:**
Ultrasound shows multiple bilateral thyroid nodules.
I have reviewed all laboratory and imaging results in detail.

**PAST MEDICAL HISTORY:** Haley Spears has a past medical history of Disease of thyroid gland:
Hypoglycemia; Migraine headache: Systemic lupus erythematosus; Ulcerative colitis; Plantar fasciitis; Migraine
headache; Lyme disease: and Brain lesion.

**PAST SURGICAL HISTORY:** She has no past surgical history on file.

**SOCIAL HISTORY:** Ms. Spears reports that she has never smoked. She does not have any smokeless
tobacco history on file.

**FAMILY HISTORY:** Her family history includes Diabetes in her paternal grandfather: Hyperparathyroidism in
her maternal grandmother: and Thyroid disease in an other family member. Specifically, there is no family
history of thyroid cancer.

**MEDICATIONS:** atovaquone, 750 mg, Oral, Q12H: butalbital-acetaminophen-caffeine, 1 tablet, Oral, Q4H
PRN: calcium & magnesium carbonates, Take by mouth.; cetirizine, Take by mouth.; cholecalciferol, 2,000
Units, Oral, Daily: diabetic supplies, miscellan., by Misc.(Non-Drug: Combo Route) route See Admin
Instructions. Use as directed.; EPINEPHrine. 0.3 mg. Intramuscular, Once PRN; famotidine, 20 mg, Oral. BID
IRON BIS-GLYCINAT/VIT C/FA/B12 (GENTLE IRON ORAL), Take by mouth.: levalbuterol, 1-2 puff,
Inhalation, Q4H PRN; minocycline, 100 mg, Oral, BID; montelukast, 5 mg, Oral, Nightly: ondansetron. 4 mg,
Oral, Q8H PRN: penicillin G benzathine, Inject 1.2 Million Units into the muscle.: PROGESTERONE, BULK.
MISC, by Misc.(Non-Drug; Combo Route) route.; saccharomyces boulardii, 250 mg, Oral, BID: selenium,
Take by mouth.
traMADol, 50 mg, Oral, Q6H PRN; albuterol, 1 ampule. Nebulization, Q6H PRN: pantoprazole, 40 mg, Oral,
Daily

**ALLERGIES:** Biaxin

**REVIEW OF SYSTEMS:**
| | |
|---|---|
| Constitutional: | No fever, weight loss, or night sweats. |
| Eyes: | No visual changes or eye pain. |
| Ears/nose/mouth/throat: | No sore throat, sinus pain, or ear pain. |
| Cardiovascular: | No chest pain or palpitations. |
| Respiratory: | No cough. wheeze, or shortness of breath. |
| Gastrointestinal: | No abdominal pain, nausea, or vomiting. |
| Endocrine: | As above only. |
| Musculoskeletal: | No musculoskeletal pain or joint swelling. |
| Neurological: | No changes in special senses: no headaches. |
| Allergic/Immunologic: | No swollen lymph nodes. |
| Hematologic/lymphatic: | No easy bruising or history of excessive bleeding. |
| Integumentary: | No rashes or skin lesions. |
| All other: | Negative. |

**PHYSICAL EXAM:**
Physical exam reveals a well-developed female.

RE: Spears, Haley -- MR#: MR2315056                                    Page 2 of 3

Liberty003292

This is an Outbound fax service only Contact sender's office with issues

BP 136/81 | Pulse 70 | Temp(Src) 97.9 °F (36.6 °C) | Resp 17 | Ht 5' 5.35" (1.66 m) | Wt 129 lb 4.8 oz (58.65 kg) | BMI 21.28 kg/m2 | SpO2 100%
Eyes: Conjunctiva are not injected. No scleral icterus.
Cardiovascular: Regular rate and rhythm without murmurs, rubs, or gallops. No carotid bruits.
Respiratory: Lungs are clear to percussion and auscultation.
Musculoskeletal: No muscular atrophy. Gait normal.
Skin: Normal skin turgor, no obvious bruising.
Neurologic: Oriented x 3. Motor and sensory grossly intact.
Ears, Nose, Mouth, and Throat: Examination of the neck reveals multiple bilateral thyroid nodules.
Hematologic/Lymphatic/Immunologic: There is no cervical or supraclavicular lymphadenopathy.

**Procedure:**
Indirect laryngoscopy demonstrates normal vocal cord motion bilaterally.

**IMPRESSION**: Bilateral thyroid nodules with indeterminate cytology.
**PLAN**: Total thyroidectomy. I explained the procedure as well as the risks, benefits, and potential complications to the patient and her family. We will proceed to surgery at a time convenient for the patient. Dr. Oberstein is thanked for involving me in the care of this interesting patient.

Robert Udelsman, MD, MBA

Sincerely,

*Electronically signed by Robert Udelsman, MD*

CC

RE: Spears, Haley -- MR#: MR2315066                                    Page 3 of 3

Liberty003293



| Quest Diagnostics | Page 1 of 2 | 02/07/2013  06:57:43 PM | Report Status: Final |
|---|---|---|---|
| | | | SPEARS, HALEY A |

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED   **AGE: 35**<br>Gender:   F<br>Phone:   860.308.2050<br>Patient ID: 1800184<br>Health ID: 8573003460641040 | Specimen:   WC008159H<br>Requisition: 0014421<br><br>Collected:   02/06/2013 / 14:11 EST<br>Received:   02/07/2013 / 03:55 EST<br>Reported:   02/07/2013 / 14:34 EST<br>(* A Copy From) | Client #: 22129954      60010000<br>ROCKVILLE FAMILY PHYSICIAN<br>520 HARTFORD TPKE STE M<br>VERNON ROCKVILLE, CT<br>06066-5044 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QWA |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | 0.50-1.10 mg/dL | |
| eGFR NON-AFR. AMERICAN | 102 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 118 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 19-30 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 46 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 13 | | 6-40 U/L | |
| GLUCOSE TOLERANCE TEST, 3 SPECIMENS, (75G) | | | | QWA |
| FASTING SPECIMEN | 69 | | 65-99 mg/dL | |
| 1 HOUR SPECIMEN | 113 | | mg/dL | |
| 2 HOUR SPECIMEN | 101 | | <140 mg/dL | |

2009 American Diabetes Association
Diagnostic Criteria for Diabetes Mellitus
Glucose Value (mg/dL)

| Interpretation | Fasting | 1 Hr Tolerance | 2 Hr Tolerance |
|---|---|---|---|
| Normal | <100 | Not Established | <140 |
| Impaired Fasting | 100-125 | | |
| Impaired Tolerance | | | 140-199 |
| Diabetes | >OR=126* | | >OR=200* |

* Must be confirmed by testing on a subsequent day.

| HEMOGLOBIN A1c | 5.4 | | <5.7 % of total Hgb | QWA |

Decreased risk of diabetes
<5.7       Decreased risk of diabetes
5.7-6.0   Increased risk of diabetes
6.1-6.4   Higher risk of diabetes
> or = 6.5 Consistent with diabetes

Standards of Medical Care in Diabetes-2010.
Diabetes Care, 33(Supp 1): S1-S61,2010.

| TSH | 1.64 | | mIU/L<br>Reference Range | QWA |

> or = 20 Years   0.40-4.50

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC008159H          PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 **Quest**
**Diagnostics**      Page 2 of 2          02/07/2013   06:57:43 PM          **Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** <br><br> **DOB:** REDACTED   **AGE:** 36 <br> Gender:   F <br> Patient ID: 1800184 <br> Health ID: 8573003460641040 | Specimen:   WC008159H <br> Collected:   02/06/2013 / 14:11 EST <br> Received:   02/07/2013 / 03:55 EST <br> Reported:   02/07/2013 / 14:34 EST <br> (* A Copy From) | Client #: 22129954 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | Pregnancy Ranges | |
| | | | First trimester    0.26-2.66 | |
| | | | Second trimester   0.55-2.73 | |
| | | | Third trimester    0.43-2.91 | |
| T4, FREE | 0.9 | | 0.8-1.8 ng/dL | QWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| T3, TOTAL | 87 | | 76-181 ng/dL | QWA |
| INSULIN | <2 | | <23 uIU/mL | QWA |

Insulin analogues may demonstrate non-linear
cross-reactivity in this assay. Interpret results
accordingly.

**PERFORMING SITE:**

QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 66492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0993126

* CT MULTI/ENDO ALL SITES has requested a copy of this report be sent to you. Ordering Physician: SALERNO, ANITA L

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC008159H          PAGE 2 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

（右上）7H317150003

Date/Time : 1/7/2013 6:90:46 PM ANSWERMED
********************** ACCOUNT: 9206  PAGE: 001 **********************

>> MSG: 4032 IN> JL Mon 1/7 5:29pm EDT

Coverage Links >  9206, 9273, 9281, 9315, 9388 + 5390

FOR.: OFC - TUE                FROM..: HALEY SPEARS                DOB..

REDACTED
PHONE..:860-308-2050                ID:860 308-2050   REG DR.:  DR
GIANNINI
MSG.:PLS CALL TUE AM, WLD LIKE TO BE SEEN   LM @ 7:55amPe  1/8/13

********************** Send Complete **********************

Liberty003296



Electronically signed by Robert Oberstein MD. Feb 18 2009 3:56PM EST

PATIENT INFORMATION
SPEARS, HALEY A

REPORT STATUS Final

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED Age: 31
GENDER: F

ORDERING PHYSICIAN
OBERSTEIN, ROBERT

CLIENT INFORMATION
73305
CT MULTISPECIALTY/ENDOCRINE
100 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

SPECIMEN INFORMATION
SPECIMEN: WC423913A
REQUISITION: 0003185
LAB REF NO:

ID: 1800184
PHONE: 8603082050

COLLECTED: 02/17/2009 13:16
RECEIVED: 02/17/2009 13:16
REPORTED: 02/18/2009 02:23

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 2.34 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER 0.20-4.70
SECOND TRIMESTER 0.30-4.10
THIRD TRIMESTER 0.40-2.70

Performing Laboratory Information:

QWA [illegible]

SPEARS, HALEY A - WC423913A

Page 1 - End of Report

Printed by Care360 ... on 02/18/09 at ...

NO. 879 P. 24

8605471301



REDACTED

Liberty003298

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 06119 1244

Age/Sex/DOB: 34 yrs F  REDACTED
EMRN: 1200184
OMRN: 1200184
Home: (860) 308-2050
Work:

---

### Results

Lab Accession # WC4696101
Ordering Provider: Oberstein,Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected: 10/7/2010 5:17:00PM
Received: 10/8/2010 6:00:00AM
Verified By: Oberstein, Robert
Auto Verify: N

**TSH - 3RD GENERATION**

Stage: Final

| Test | Result | Units |
|------|--------|-------|
| TSH, 3RD GENERATION | 2.02 | mIU/L |

Reference Range

> or = 20 Years 0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

Printed by: jdeloreo  |  6/26/2012 12:05:00PM

Page 1 of 1

NO. 879   P. 26

NOV. 17. 2012  8:41AM

Liberty003299

## Endocrinology – Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 34 yr F   REDACTED
  KMRN: 1800184
  QMRN: 1800184
  Home: (860) 308-2050
  Work:

### Results

Lab Accession #   WC469610L
Ordering Provider:  Oberstein,Robert
Performing Location: Quest Diagnostics-Wallingford
  3 Sterling Drive
  Wallingford, CT 06492

Collected:  10/7/2010  5:17:00PM
Resulted:   10/8/2010  6:00:00AM
Verified By:  Oberstein, Robert
Auto Verify:  N

Free T4 - 11778

Stage:  Final

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|---------------------|
| T4, FREE | 1.0 | ng/dL | 0.3-1.8 |

Printed by: jdelorso | 6/26/2012 12:05:00PM

Page 1 of 1

NO. 879   P. 27

CMG EDOCRE/ENCO DIV 8605471301

FAX 8:47PM   NOV. 21, 2012

Liberty003300

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1005 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 24 yrs   F                    REDACTED
         EMRN: 1800184
         CMRN: 1800184
         Home: (860) 308-2050
         Work:

## Results

Lab Accession #   WC4696410L
Ordering Provider:   Oberstein, Robert
Performing Location: Quest Diagnostics - Wallingford
              3 Sterling Drive
              Wallingford, CT 06492

Collected:   10/7/2010   5:17:00PM
Resulted:    10/8/2010   6:00:00AM
Verified By: Oberstein, Robert
Auto Verify: N

T3, Total - 11779

Stage:   Final

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| T3, TOTAL | 99 | ng/dL | | 76-181 |

Printed by: Kdebrsu  |  6/26/2012 12:05:00PM

Page 1 of 1

NOV. 21. 2012  8:41AM      CMG EDOCREN860 DIV 8605471501      NO. 875   P. 28

# Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 347-2278

Patient: SPEARS, HALEY A
1003 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

REDACTED

Age/Sex/DOB: 34 yrs F
EMRN: 1800184
OMRN: 1800184
Home: (860) 308-2050
Work:

## Results

Lab Accession #        WC779413U
Ordering Provider:     Oberstein,Robert
Performing Location:   Quest Diagnostics-Wallingford
                       3 Sterling Drive
                       Wallingford, CT 06492

Collected:    10/26/2011  4:42:00PM
Resulted:     10/27/2011  9:00:00AM
Verified By:  Oberstein, Robert
Auto Verify:  N

**TSH (3rd Generation)**

Status:   Final

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|
| TSH, 3RD GENERATION | 7.26 | mIU/L | |
| Reference Range | | | |

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

Printed by: jdeluro  |  6/26/2012  12:06:00PM

Page 1 of 1

NOV. 2. 2012  8:41AM     CMG EDOCRE/NDO DIV 5695471501

NO. 879     P. 29

# Endocrinology – Retreat Ave – Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1272

Patient: SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

REDACTED

Age/Sex/DOB:  34 yrs  F
EMRN:  1200184
OMRN:  1200184
Home:  (860) 508-2060
Work:

## Results

Lab Accession #   WC779413U
Ordering Provider:  Oberstein,Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected:  10/26/2011  4:42:00PM
Resulted:  10/27/2011  9:90:00AM
Verified By:  Oberstein, Robert
Auto Verify:  N

Free T4 – 11778

Stage:    Final

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|
| T4, FREE | 1.0 | ng/dL | 0.8-1.8 |

NOV. 21. 2012  3:41AM    CMG EDOCR:ENDO DIV 8695471301    NO. 879    P. 30

HALEY SPEARS DOB REDACTED

Liberty003303

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1003 TROUT BROOK DRIVE
WEST HARTFORD. CT 061191294

Age/Sex/DOB: 34 yrs  F   REDACTED
EMRN: 1800184
OMRN: 1800184
Home: (860) 503-2050
Work:

## Results

Lab Accession #       WC675544W
Ordering Provider:    Oberstein, Robert
Performing Location:  Quest Diagnostics-Wallingford
                      3 Sterling Drive
                      Wallingford, CT 06492

Collected:    1/31/2012  9:57:00PM
Resulted:     2/1/2012  10:00:00AM
Verified By:  Oberstein, Robert
Auto Verify:  N

### TSH (3rd Generation)

Stage:    Final

REPORT COMMENT:
CC;SOLIN MD/SAUL MD/PT

| Test | Result | Units |
|------|--------|-------|
| TSH, 3RD GENERATION | 1.69 | mIU/L |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

15  :d    628 'ON

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1778

Patient: SPEARS, HALEY A
1608 TROUT BROOK DRIVE
WEST HARTFORD, CT 061391244

Age/Sex/DOB: 34 yrs F          REDACTED
EMRN: 1800184
OMRN: 1806184
Home: (860) 308-2050
Work:

## Results

Lab Accession # WC675544W
Ordering Provider: Oberstein,Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected: 1/31/2012  3:37:00PM
Resulted: 2/1/2012 10:09:00AM
Verified By: Oberstein, Robert
Auto Verify: N

__Free T4 - 11778__

Stage:     Final

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| T4, FREE | 0.9 | ng/dL | | 0.8-1.8 |

NOV. 21. 2012  8:41AM    CMG EDOCRENDO DIV 8665471501    NO. 879    P. 32

ROBERT OBERSTEIN, M.D.
CT MULTISPECIALTY GROUP
100 RETREAT AVENUE
SUITE 400
HARTFORD, CT 06106



Clinical Laboratory Partners, LLC
CT LICENSE CL-0355 / CLIA 07D0094387
129 Patricia M. Genova Drive
Newington, CT 06111
1-800-286-9800
860-696-8020

| Patient Name SPEARS,HALEY | | Sex F | Age 34 | | |
|---|---|---|---|---|---|
| Patient ID 1800184 | Patient Birth Date REDACTED | | Patient Phone Number 860-308-2050 | Physician OBERSTEIN,ROBERT | |
| Accession Number AN028035 | Requisition Number 2595873 | | Collection Date & Time 08/10/2012 15:47 | Report Date & Time 08/13/2012 00:20 | Report Status FINAL |

| TEST | IN RANGE | OUT OF RANGE | REFERENCE RANGE | UNITS | TEST LOC |
|---|---|---|---|---|---|
| Reprinted on: 11/06/2012 08:38 Non-Fasting Specimen | | | | | |
| TSH, Highly Sensitive | 1.72 | | 0.27-4.20 | mIU/L | |
| T4, Free | 1.15 | | 0.80-1.90 | ng/dL | |
| T3, Total | 98 | | 80-200 | ng/dL | |

CC to: KRISTIN GIANNINI, MD

Separate Copy Sent to Patient

ZANE K SAUL, MD

BERNARD RAXLEN, MD

Testing Location(s):
Clinical Laboratory Partners - 129 Patricia M. Genova Drive   Newington, CT 06111 860-696-8020 CLIA #:07D0094387 CL-0355
    Bradford Sherburne, MD Medical Director

Phlebotomy charge applied

| SPEARS,HALEY | Page: 1 |
|---|---|

NO. 079    P. 33                                                   NOV. 27, 2012  8:41AM

Liberty003306



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinology
Paul Lebinson, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN, Anita Salomo, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/10/2012

**History of Present Illness**
Patient presents for follow up of thyroid dysfunction
not noting much change in neck but less heart recing then in the past and energy is better
Was given adrenal support but felt crazy after it. also given iodine tabs but stopped

**Active Problems**
Considered Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

**Review of Systems**

no dysphagia but feels the sense of swallowing
no voice chagnes

**Allergies**
No Known Drug Allergies

**Current Meds**
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 15Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI: INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime: Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY; Therapy: 02May2008 to  Requested for: 13Feb2009
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY:
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010) Requested for: 09Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)

*Main Office;* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

Voltaren 1 % Transdermal Gel: APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
Zofran 8 M:G Oral Tablet; As needed; Therapy:.21Jan2009 to  Requested for: 21Jan2009

**Past Medical History**

No change In PNH since last visit, in feb 2012.

**Vitals**
**CMG-Vitals [Data includes: Current Encounter]**

|                | 10Aug2012 03:09PM |
|----------------|-------------------|
| BMI Calculated | 20.49             |
| BSA Calculated | -1.61             |
| Weight         | 128 lb            |
| Systolic       | 110, RUE, Sitting |
| Diastolic      | 70, RUE, Sitting  |
| Heart Rate     | 88, R Radial      |
| Pulse Quality  | Normal, R Radial  |

**Physical Exam**

Neck: thyroid abnormal (right upper 1.5 cm nodule and cobbly texture elsewhere), but no cervical
adenopathy and no supraclavicular adenopathy.

**Assessment**
Hashimoto's Thyroiditis 245.2
Nontoxic Multinodular Goiter 241.1

**Plan**
Follow-up visit other Evaluation and Treatment  Follow-up  Requested for: 10Aug2012
Free T4 – 11778  Requested for: 10Aug2012
TSH - 11681  Requested for: 10Aug2012

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Aug 10 2012  3:37PM

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278  *Fax* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

2

10/21/2015 03:14 pm                    HALEY SPEARS DOB REDACTED                    93/507

Liberty003308



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO    Robert Oberstein, MD    Deepti Rawal, MD
Jennifer Loyd, APRN   Ruth Ferraiotti, APRN  Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/05/2012

**History of Present Illness**
Patient presents for follow up of thyroid nodules
here to check u.s. as thyroid may be larger

**Active Problems**
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fascitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

**Review of Systems**

ENT: feeling of tightness in the throat, but no difficulty swallowing.
Neurological: tremor not present.

**Allergies**
No Known Drug Allergies

**Current Meds**
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI: INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY AS NEEDED; Therapy: 02May2008 to Requested for: 05Oct2012
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release: TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010) Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)
Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

1

NOV. 21. 2012  9.40AM    CMG EDOCREENDO DIV E605471501    NO. 879   P. 18

RE: SPEARS, HALEY A.

Xopenex HFA 45 MCG/ACT Inhalation Aerosol; As needed: Therapy: 02Oct2012 to
Zofran 8 MG Oral Tablet; As needed: Therapy: 21Jan2009 to  Requested for: 21Jan2009
ZyrTEC Allergy 10 MG Oral Capsule; TAKE 1 CAPSULE DAILY: Therapy: 05Oct2012 to

**Past Medical History**
History of Acute Gastric Ulcer 531.30

No change in PMH since last visit.

**Vitals**
**CMG-Vitals [Data includes: Current Encounter]**

|                | 05Oct2012 03:25PM |
|----------------|-------------------|
| BMI Calculated | 21.14 |
| BSA Calculated | 1.63 |
| Weight | 126 lb 14.4 oz |
| Systolic | 120, RUE, Sitting |
| Diastolic | 80, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

**Physical Exam**

Neck: no cervical adenopathy and no supraclavicular adenopathy.

**Results/Data**
**Selected Results**
**10Aug2012 03:37PM**
Free T4 - 11779
  Free T4: 1.15 ng/dl Reference Range 0.80-1.90
TSH - 11661
  TSH. Highly Sensitive: 1.72 mIU/L Reference Range 0.27-4.20
T3, Total - 11779
  T3, Total: 98 ng/dl Reference Range 80-200
**05Oct2012 03:30PM**
US Soft Tissue Head/Neck Thyroid - OFFICE
  US Soft Tissue Head/Neck Thyroid - OFFICE: Realtime Ultrasound - High ResolutionIndication:  9u
cysts/nodulesThe right lobe is 6.6 x 1.6 x 1.4 cmThe left lobe is 6.8 x 2.0 x 2.1 cmThe gland is enlarged with
several cysts and nodules and the remaining tissue is heterogenous
in texture.  There are numerous subcentimeter nodules which are mostly diffuse and not
definable as distinct nodules in addition to the four described below.The right lobe contains a large complex nodule
which is mostly cystic in the lower pole.  There
are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x 1.5 x 1.6 cm
(compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on the right is a smaller
complex nodule which is similarly more cystic than solid with smooth borders and measures 1.0
x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).The left lobe contains 2 definable nodules.  The larger is mid
lobe and mostly solid.  Isoecholic
with a small central cystic area and no calcifications.  The nodule is 2.4 x 1.5 x 1.5 cm (compared
with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lobe and spongiform in texture
measuring 1.3 x 0.8 x 1.05 cm (compared with 1.2 x 0.7 x 0.9 cm).  Summary:  Multinodular goiter as described
with nodules and cysts which are slowly but
continually growing.Performed and interpreted by R.Oberstein, MD

*Main Office:* 100 Retreat Avenue. Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-130:
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

NOV. 21. 2012  8:45AM    CMG EDOCKENDO DIV 8656471301

NO. 879   P. 19

## RE: SPEARS, HALEY A.

06 Oct 2012 3:30 PM
US Soft Tissue Head/Neck Thyroid - OFFICE
   US Soft Tissue Head/Neck Thyroid - OFFICE Realtime Ultrasound - High Resolution
Indication: f/u cysts/nodules
The right lobe is 6.6 x 1.8 x 1.4 cm
The left lobe is 5.3 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is heterogenous in texture. Th
## Assessment
   Nontoxic Multinodular Goiter 241.1

### Plan
   US Soft Tissue Head/Neck Thyroid - OFFICE Status: Resulted - Requires Verification Done: 01Jan0001 12:00AM
   Ordered; For: Nontoxic Multinodular Goiter (241.1); Ordered By: Oberstein, Robert  Due: 29Nov2012

### Discussion/Summary

Euthyroid. no new medication needed.
MNG is growing and certainly could be causing symptoms. As it is continuing to grow, excision is reasonable. Would
meet with surgeon to discuss. Names given.
I noted that I do not agree with the use of adrenal glandular extract tabs and I'm glad she is off of them.

### Signatures
Electronically signed by : Robert Oberstein, M.D.; Nov 19 2012  4:39PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-130*
                    Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

3

10/21/2015 03:14 pm                    HALEY SPEARS DOB REDACTED                    96/507
                                                                                  Liberty003311

# REDACTED

31)

SPECIMEN #:   B09-877
CLP MRN #:
ACCOUNT #:   B09877
CLIENT PATIENT ID: 3032575

HARTFORD HOSPITAL
(860) 545-2886   CT REG #BP0254

Cytopathology Report

DIAGNOSIS
FNA LEFT THYROID NODULE 88173:
THYROID FOLLICULAR LESION WITHOUT ATYPIA, CONSISTENT WITH
HYPERPLASTIC / ADENOMATOID NODULE.
NO / MINIMAL RISK OF MALIGNANCY.

***Electronically Signed Out***


Clinical Diagnosis and History:

Treatment History:
Not Entered
Cancer Treatment:
Not Entered
FNA LEFT THYROID NODULE
ICD9  241.1

Tissue(s) Submitted:
FNA THYROID 88173/LEFT

Gross Description:
RECEIVED 30 MLS RED IN CYTOLYT PLUS 3 SMEARED SLIDES IN ETOH, JAR
LABELED.
1 SLIDE MADE FROM FLUID

Automated prefreatment of all liquid based specimens is performed by the ThinPrep Imaging System or PrepStain, unless otherwise stated. The Pap test is a screening test, with an inherent false negative rate.
Unless noted, this case was reviewed at Hartford Hospital. 80 Seymour St, Hartford, CT 06102. CT Reg #BP0264. 860-545-2886.

SPEARS, HALEY A                         END OF REPORT                    Page: 2

Liberty003312

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

160 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1008 TROUT BROCK DRIVE
WEST HARTFORD, CT 06119 1244

Age/Sex/DOB: 34 yrs F    REDACTED
KMRN: 1800194
OMRN: 1800184
Home: (860) 308-2050
Work:

## Results

Lab Accession #    0001
Ordering Provider:   Oberstein, Robert
Performing Location: Office

Collected:   2/28/2012 10:22:00AM
Resulted:    2/28/2012 11:22:00AM
Verified By: Oberstein, Robert
Auto Verify: N

US Soft Tissue Head/Neck Thyroid - OFFICE                Stage:    Final

| Test | Result | Units | Ehe Reference Range |
|------|--------|-------|---------------------|
US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime Ultrasound
Indication:  f/u nodules
Right lobe:  again shows multiple <3mm cysts and nodules.  there is a predominantly cystic mass in the low-mid pole measuring 1.4 x 1.5 x 1.7 cm.  In the upper pole is a hypoechoic mass which measures 0.7 x 0.6 x 0.9 cm with smooth borders and no calcifications.  Left lobe:  several <6mm cysts and nodules.  In the upper lobe is an iso-echoic nodule measuring 1.6 x 1.3 x 2.05 cm with no calcifications and smooth borders.  In the medial mid lobe is a hypoechoic nodule measuring 0.9 x 0.7 x 1.2 cm with no calcifications and smooth borders.
Summary:  Multinodular goiter revealing nodules which are slowly growing.
Performed and interpreted by R.Oberstein, MD

Printed by: jdelore |  6/26/2012 12:04:00PM                          Page 1 of 1

NOV. 27. 2012  8:43AM    CHG EDCCREENDO DIV 8605471361    NO. 879    P. 22

# Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

REDACTED

Patient: SPEARS, HALEY A
      1008 TROUT BROOK DRIVE
      WEST HARTFORD, CT 06119-1244

Age/Sex/DOB: 34 yrs F
   EMRN: 1500184
  OMRN: 1800184
  Home: (860) 308-2050
  Work:

## Results

Lab Accession #   0001
Ordering Provider:  Oberstein,Robert
Performing Location: Office

Collected:  10/8/2010 12:17:00PM
Resulted:  10/8/2010 12:17:00PM
Verified By:  Oberstein, Robert
Auto Verify:  N

US Soft Tissue Head/Neck Thyroid - OFFICE

Stage:   Final

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|
| US Soft Tissue Head/Neck Thyroid - OFFICE | | | |

Realtime ultrasound
Indication: f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm. Additionally,
there is a right sided cystic nodule measuring 1.1 x 1.2 x 1.5 cm without
calcifications and almost entirely cystic. On the left is a solid, isoechoic nodule
with smooth borders and a halo without calcifications which is superficial in the mid
lobe. It measures 1.3 x 1.0 x 1.7 cm. There is a complex nodule more inferiorly on
the left which is 0.8 x 0.6 x 1.0 cm.
Summary: MNG without significant change.
Performed and interpreted by R. Oberstein, MD

Printed by: jdelosso  |  6/26/2012 12:03:00PM

Page 1 of 1

NO. 879    P. 23      CMG EDCG&ENDO DIV 8605471501      NOV. 21, 2012 8:40AM

HALEY SPEARS DOB REDACTED

Liberty003314



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Lublinan, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Ferraroti, APRN   Anita Salomo, APRN

**Name: HALEY A. SPEARS**
**DOB:** REDACTED
**Date of Appt:** 03/12/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up.
**Active Problems**
Considered Demyelinating Disorders (341.9); uml lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
Pt notes a bit better but maybe not
is missing the atenolol frequently including the past 4 days.  maybe >1/2 of doses over past 2 months.

**ROS**
No tremor
no palp.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Singular 10 MG Oral Tablet; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Intramuscular Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
RPT
ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Ultram 50 MG Oral Tablet;; RPT
Migranal 4 MG/ML Nasal Solution:; RPT
Lunesta 1 MG Oral Tablet;; RPT
Armour Thyroid 60 MG Oral Tablet; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT.
**PMH**

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

1

10/21/2015 03:14 pm          HALEY SPEARS DOB REDACTED          Liberty003315

100/507

7H317150003

## RE: SPEARS, HALEY A.

No change to PMH.

**Vital Signs**
Recorded by Carnero,Katherine on 12 Mar 2010 03:00 PM
BP: 106/64, RUE, Sitting,
HR: 64 b/min, R Radial, Norm.
Height: 64.25 in, Weight: 113 lb, BMI: 19.2 kg/m2
BSA Calculated: 1.56 ,
BMI Calculated: 19.25.

**Physical Exam**
Patient was not observed to be obese.
General appearance: normal
A tremor was seen.

**Results**
Reviewed related lab results during this encounter
tsh 2.3 and 2.2 before and after armour.

**Assessment**
• Hashimoto's thyroiditis (245.2).

Well...
no need for the med prior and no sign of need now
Would recommend staying off the armour
TSH in 2 months and then yearly if normal

nodule is likely smaller
For the u.s. or flu in late october

cc Dr Giumini.

**Orders**
TSH - 11661; Requested for: 12 Mar 2010.
Free T4 - 11778; Requested for: 12 Mar 2010.
T3, Total - 11779; Requested for: 12 Mar 2010.
Follow-up visit other; Requested for: 12 Mar 2010.

**Plan**
TIME SPENT (face to face) : 30 minutes
Greater than 50% of time spent counseling/discussion. Amended : Robert Oberstein M.D.; 03/12/2010 3:46 PM
EST.

**Past Meds**
Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet; TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED
FOR PAIN; Qty20; R0; RPT.
Hydroxychloroquine Sulfate 200 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY; Qty60; R0; RPT.
Iophen C-NR 100-10 MG/5ML Oral Liquid; TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS
NEEDED; Qty240; R0; RPT.
Maxalt-MLT 10 MG Oral Tablet Dispersible; TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY
REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); Qty12; R0; RPT.
Naprelan 500 MG Oral Tablet Extended Release 24 Hour; TAKE 2 TABLETS AS NEEDED; Qty30; R0; RPT.
Topamax 25 MG Oral Tablet; 1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT
BEDTIME X7DAYS; Qty42; R0; RPT.
~~Armour Thyroid 60 MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Cleocin 100 MG Oral Capsule; TAKE 1 CAPSULE EVERY 8 HOURS; Qty15; R0; RPT.~~
~~Doxycycline Hyclate 100 MG Oral Tablet; Qty28; R0; RPT.~~
~~Lexapro 20 MG Oral Tablet; TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Lunesta 3 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME; Qty 5; R0; RPT.~~

*Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106 Phone: (860) 547-1278   Fax: (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002*

2

NOV. 21. 2012 8:33AM   CHG EDOCSERNDO DIV 8605471301   NO. 829   P. 10

Liberty003316

## RE: SPEARS, HALEY A.

~~Motrin 750 MG/5ML Oral Suspension;TK ONE TEA PO BID; Qty:245; RO; RPT.~~
~~Singulair 5 MG Oral Tablet Chewable;TAKE 1 TABLET TWICE DAY; T; Qty:60; RO; RPT.~~
~~Vitamin D 50000 UNIT CAPS;TAKE 1 CAPSULE EVERY WEEK; Qty:4; RO; RPT.~~
**Signature**
Electronically signed by : Robert Obermein M.D.; 03/12/2010 3:44 PM EST.
Electronically signed by : Robert Obersrein M.D.; 03/12/2010 3:46 PM EST.

Main Office; 100 Retreat Avenue, Suite 400, Hartford, CT 06103 Phone: (860) 547-1778   Fax: (860) 547-1701
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

3

NOV. 21. 2012  8:39AM        CWG EDGCREENDO DIV EE054713C1        NO. 379    P. 11



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinology
Paul Luber, DO  Robert Oberstein, MD  Deepti Reddi, MD
Jennifer Lloyd, APRN  Ruth Ferraroti, APRN  Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/08/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up. She would also like to discuss labs.

**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).

**HPI**
No change in neck but feels like she has heavier swallow when the fluid comes back in the nodule. and it goes away after the drainage.

**ROS**
No voice changes lately.

**Allergies**
No Known Drug Allergy.

**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Lunesta 1 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT.

**PMH**
No change to PMH.

**Vital Signs**

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

1

10/21/2015 03:14 pm        HALEY SPEARS DOB REDACTED        Liberty003318

## RE: SPEARS, HALEY A.

Recorded by Carrero, Katherine on 08 Oct 2010 11:52 AM
BP: 120/74, RUE, Sitting.
HR: 76 b/min. R Radial. Regular.
Weight: 121.6 lb.
**Physical Exam**
    The thyroid had a nodule on left, 1cm and min palp on right lower.
    The cervical lymph nodes were not enlarged.
    No tremor was seen.
    The affect was normal.
**Results**
T3, Total - 11779   07 Oct 2010 05:17 PM
- T3, TOTAL: 99  76-181  N
Free T4 - 11778  07 Oct 2010 05:17 PM
- T4, FREE: 1.0  0.8-1.9  N
TSH - 3RD GENERATION   07 Oct 2010 05:17 PM
- TSH, 3RD GENERATION: 2.02   N.
US Soft Tissue Head/Neck Thyroid - OFFICE   08 Oct 2010 12:17 PM
- US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime ultrasound
Indication: f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm.  Additionally, there is a right sided cystic nodule measuring 1.1 x 1.2 x 1.5 cm without calcifications and almost entirely cystic.  On the left is a solid isoechoic nodule with smooth borders and a halo without calcifications which is superficial in the mid lobe.  It measures 1.3 x 1.8 x 1.7 cm.  There is a complex nodule more inferiorly on the left which is 0.8 x 0.6 x 1.0 cm.
Summary:  MNG without significant change.
Performed and interpreted by: K. Otterstein, MD.
**Assessment**
    • Hashimoto's thyroiditis  (245.2)
    • Nontoxic multinodular goiter  (241.1)
MNG is stable without signif change.  no further w/u now
Thyroid function indicated low level in august but now back to normal.
**Orders**
TSH - 11661; Requested for: 08 Oct 2010.
Free T4 - 11773; Requested for: 08 Oct 2010.
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 08 Oct 2010.
Follow-up visit other; Requested for: 08 Oct 2010.
**Plan**
Lab in 2 mo as the tft's are fluctuating
Likely will need LT4 soon

Call if any change in neck
U.S. next year.
**Signature**
Electronically signed by : Robert Oberstein M.D.; 10/08/2010 12:22 PM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106  Phone: (860) 547-1278    Fax: (860) 547-1304
Other Clinical Sites: 533 College Grove Road, Bloomfield, CT 06002

2

HALEY SPEARS DOB REDACTED

10/21/2015 03:14 pm

Liberty003319



**Connecticut Multispecialty Group, P.C.**
*leaders in Integrated Medical Care*

Division of Endocrinology
Paul Larsmon, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/28/2012

**Reason For Visit**
Patient is being seen today for thyroid follow-up. She would also like to discuss labs.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto'S Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9)
**HPI**
No change in neck.
**ROS**
No dysphagia.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Rec: 28Feb2012. List Reconciled and Reviewed.
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Bicillin L-A 1200000 UNIT/2ML Intramuscular Suspension;inject every 10 days; RPT
Lyrica 100 MG Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Voltaren 1 % Transdermal Gel;APPLY 1 INCH AS DIRECTED; RPT
Tretinoin 0.025 % External Cream; RPT
Butalbital-APAP 50-325 MG Oral Tablet;TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR COMFORT.; RPT
Hydroquinone 4 % External Cream;apply at bedtime; RPT.
*Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106 Phone: (860) 547-1278    Fax: (860) 547-1391*
*Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002*

1

10/21/2015 03:14 pm    HALEY SPEARS DOB REDACTED    105/507    Liberty003320

## RE: SPEARS, HALEY A.

**Vital Signs**
Recorded by Carrero, Katherine on 28 Feb 2012 09:40 AM
BP:130/70, R/UE, Sitting.
HR: 68 b/min, R Radial, Normal.
Height: 65.000000 in, Weight: 126.000000 lb, BMI: 21 kg/m2.
BSA Calculated: 1.62 ,
BMI Calculated: 20.99.
**Results**
Free T4 - 11778  31 Jan 2012 03:57 PM
- T4, FREE: 0.9   Reference Range: 0.8-1.8   Flag: N
TSH (3rd Generation)  31 Jan 2012 03:57 PM
- TSH, 3RD GENERATION: 1.69   Flag: N.
US Soft Tissue Head&Neck Thyroid - OFFICE  28 Feb 2012 10:22 AM
» US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime Ultrasound
Indication: f/u nodules
Right lobe: again show multiple <3mm cyts and nodules. there is a predominantly cystic mass in the low-mid pole measuring 1.4 x 1.5 x 1.7 cm. In the upper pole is a hypoechoic mass which measures 0.7 x 0.6 x 0.9 cm with smooth borders and no calcifications. Left lobe: several <5mm cysts and nodules. In the upper lobe is an iso-echoic nodule measuring 1.6 x 1.3 x 2.05 cm with no calcifications and smooth borders. In the medial mid lobe is a hypoechoic nodule measuring 0.9 x 0.7 x 1.2 cm with no calcifications and smooth borders.
Summary: Multinodular goiter revealing nodules which are slowly growing.
Performed and interpreted by R.Oberstein,MD.
**Assessment**
    • Nontoxic multinodular goiter  (241.1)
Nodules are starting to get concerning

euthyroid.
**Orders**
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 28 Feb 2012.
Follow-up visit other; Requested for: 28 Feb 2012.
**Plan**
F/u sooner than later.
6 months and likely fna if left nodules not shrinking.
**Signature**
Electronically signed by : Robert Oberstein M.D.; 02/28/2012 11.28 AM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 08106  Phone: (860) 547-1278   Fax: (850) 547-7301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

HALEY SPEARS DOB REDACTED

10/21/2015 03:14 pm

Liberty003321



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinolcrinology
Paul Lathrom, DO   Robed Oberstein, MD   Decell Rowai, MD
Jenofer Lloyd, APRN   Ruth Ferrancli, APRN Anita Salomo, APRN

**Name:** HALEY A. SPEARS
**DOB:** 1 REDACTED
**Date of Appt:** 01/21/2008

**Consult Letter**
Dear Dr. Evan Schiff
Thank you for asking me to see HALEY SPEARS today in consultation for thyroid nodules.
**Active Problems**
    Ulcerative colitis   (556.9).
    Fatty liver   (571.8).
    Thyroid cyst   (246.2).
    Systemic lupus erythematosus   (710.0).
    Plantar fasciitis   (728.71), ? separate from other conditions.
    Migraine headache   (346.90); new in fall 08.
    Considered demyelinating disorders   (341.9); mri lesion is concerning.
**HPI**
First ed noted to have a goiter in 2004 during work-up for severe, acute swelling condition.  Nodules noted by exam but no u.s. by Dr Diez and then went to Dr Grey.  3 samplings but 2 cytologies for cyst and they were 'normal.'  All 3 aspirations were on the left.
More recently U.S. showed multinodular goiter with cysts and a solid nodule on left (U.S. done as f/u to MRI incidentally).
**ROS**
Very poor energy
and poor memory and concentration.
gi issues ongoing
some dryness
hair subtle
vision:  blurred on and off with migraine or movement
migraines on and off
hearing seems clogged on occ
ringing in ears on occ
menses normal in past but very irreg for 4 months
clac neg.
**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily; Qty0; R0; RPT.
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY: Qty0; R0; RPT.
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; Qty0; R0; RPT.
Gabapentin 100 MG Capsule; TAKE 3 CAPSULE DAILY; Qty0; R0; RPT.
Zofran 8 MG Tablet;As needed; Qty0; R0; RPT.
B12 Liquid Health Booster 1000 MCG/1SML Liquid;injection 1 weely; Qty0; R0; RPT.
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; Qty0; R0; RPT.
Fiora 2.5 MG Tablet;As needed; Qty0; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Main Office: 100 Robert Avenue, Suite 400, Hartford, CT  06106  Phone: (860) 547-1278   Fax: (860) 547-1301
Other Clinical Sites   533 Cottage Grove Road, Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

Zomig TABS;As needed; Qty0; R0; RPT.
Imitrex 100 MG Tablet;As needed; Qty0; R0; RPT.
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Singulair 10 MG Tablet; Qty0; R0; RPT.

**PMH**
    History of acute gastric ulcer which is resolved (531.30).

**Family Hx**
    No thyroid disorder
    Osteoporosis mother
    No autoimmune disease.

**Personal Hx**
Behavioral history: Daily coffee consumption 1 a month.
Work: Occupation administr.
Marital: Single.

**Vital Signs**
Recorded by ymominlvo on 21 Jan 2009 11:06 AM
HR: 70 b/min, R Radial.
Height: 64.5 in, Weight: 124.8 lb, BMI: 21 kg/m2.

**Physical Exam**
Standard Measurements:
    ° Patient was not overweight.
General appearance:
    ° Normal.

**Neck:**
    Thyroid: ° Showed abnormalities cobblestone texture without distinct dominant nodule.

**Eyes:**
    General/bilateral:
        Extraocular Movements: ° Normal.
        Anterior Orbit / Periorbit: ° No proptosis.
        External Eye: ° No lid lag was seen.

**Lungs:**
    ° Clear to auscultation.

**Cardiovascular system:**
    Heart Rate And Rhythm: ° Normal.
    Edema: ° Not present.

**Neurological:**
    Motor: ° No tremor was seen.
    Reflexes: ° Knee jerk was normal bilaterally.

**Psychiatric Exam:**
    ° Affect was normal.

**Results**
Reviewed related lab results during this encounter.
Reviewed related radiology results during this encounter.
Reviewed related office notes from referring provider  during this encounter.

**Assessment**
    • Endocrine lab tests revealed nonspecific abnormal findings  (794.6). TPO ab elevated
    • Hashimoto's thyroiditis  (245.2)
    • Nontoxic multinodular goiter  (241.1)
She does have hashimoto's based on the antibody testing and should have periodic testing of TSH going forward.
The nodule may be solid on the left but I'm concerned that it may not be.  I will get the films before proceeding but
she will likely need an FNA of the 1.3 cm nodule.
We discussed these issues in detail

    *Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
        Other Clinical Sites: 639 Cottage Grove Road, Bloomfield, CT 06002

2

NO. 979   P. 3

### RE: SPEARS, HALEY A.

I doubt that adrenal insufficiency could be contributing to any of her GI symptoms, but we'll get an AM cortisol level to make sure.
**Orders**
Follow-up visit in 1 month.
25- Hydroxy Vitamin D, EIA - 10711.
Cortisol, AM - 11662.
**Plan**
Dear Dr Schiff
Thank you again for allowing me to participate in Ms. SPEARS's care. If you have any questions, please feel free to contact.
Sincerely
Rob

Copy of this report was sent to the health care provider requesting this consultation as well as to the patient's  Dr Kage and Dr O'brian.
**Signature**
Signed By: Robert Oberstein M.D.; 01/21/2009 11:57 AM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford. CT 06106  Phone: (850) 547-1278   Fax (860) 547-1305
Other Clinical Sites  533 Cottage Grove Road. Bloomfield. CT 06002

3

10/21/2015 03:14 pm                    HALEY SPEARS DOB REDACTED                           109/507

Liberty003324



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinolology
Paul Luthman, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Famoroti, APRN, Anita Saluno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/13/2009

**Reason For Visit**
Patient is being seen today for thyroid follow-up.

**Active Problems**
Considered Demyellnating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9):

**HPI**
Patient just had lumbar puncture and other testing,
some ongoing breathing issues, mostly nasal.

**ROS**
No change in neck
no no new thyroid symptoms.

**Allergies**
No Known Drug Allergy.

**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily; RPT
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Tablet;As needed; RPT
B12 Liquid Health Booster 1000 MCG/1ML Liquid;injection 1 wesly; RPT
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; RPT
Freva 2.5 MG Tablet;As needed; RPT
Zomig TABS;As needed; RPT
Imitrex 100 MG Tablet;As needed; RPT
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY.; RPT
Singulair 10 MG Tablet; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Solution;USE 1 VIAL VIA NEBULIZER, 4 TIMES A DAY; RPT
Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution;INHALE 2 PUFS EVERY 4-6 HOURS AS NEEDED; RPT
Iophen C-NR 100-10 MG/5ML Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS NEEDED; RPT

*Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106  Phone: (860) 547-1278   Fax: (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002*

1

10/21/2015 03:14 pm   HALEY SPEARS DOB REDACTED   110/507
Liberty003325

RE: SPEARS, HALEY A.

Maxalt-MLT 10 MG Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY
REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); RPT
Advair Diskus 100-50 MCG/DOSE Miscellaneous;INHALE 1 PUFF EVERY 12 HOURS; RPT
Hydrocodone-Acetaminophen 5-500 MG Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED FOR
PAIN; RPT
Naprelan 500 MG Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; RPT
Nortriptyline HCl 25 MG Capsule;TAKE 1 CAPSULE AT BEDTIME; RPT
Topamax 25 MG Tablet;1 TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,2TABS AT BEDTIME
X7DAYS; RPT
Topamax 100 MG Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Migranal 4 MG/ML Solution;USE 1 SPRAY IN EACH NOSTRIL, REPEAT IN 10-15 MINUTES; RPT.
PMH
No other changes to PMH.
Vital Signs
Recorded by ymontalvo on 13 Feb 2009 03:10 PM
BP:112/78, RUE, Sitting.
HR: 74 b/min, R Radial,
Weight: 126 lb.
Results
U.s. films reviewed with patient and mom.
Assessment
  • Hashimoto's thyroiditis  (245.2)
  • Nontoxic multinodular goiter  (241.1)
Explained and discussed issues with pt and mom
f/u next week
tsh with other labs in 3 weeks.
Orders
TSH Reflex to Free T4 - 11619.
Plan
FNA by U.S. Guidance of left nodule. Risks were explained to the patient. Standard technique was used with ethyl
chloride spray for topical anesthesia and 2 passes of 25 ga needle under direct visualization. The yield was limited.
Fluid obtained was  The patient tolerated the procedure well and there were no complications.  Patient to call in 2
days to review results.
Past Meds
Azithromycin 250 MG Tablet;TAKE 2 TABLETS TODAY THEN, TAKE 1 TABLET EVERY DAY FOR 4
DAYS; Qty:6; R0; RPT.
Fluticasone Propionate 50 MCG/ACT Suspension;USE 2 SPRAYS EACH NOSTRIL DAILY; Qty16; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty6; R0; RPT.
Gabapentin 600 MG Tablet;TAKE 1/2 TABLET 2 TIMES A DAY FOR 1 WEEK THEN TAKE 1 TABLET 2
TIMES A DAY AS TOLERATED; Qty53; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Nasacort AQ 55 MCG/ACT Aerosol Solution;USE 2 PUFFS PER NOSTRIL ONCE A DAY EVERY MORNING;
Qty17; R0; RPT.
PredniSONE 10 MG Tablet;SEE ATTACHED SHEET FOR INSTRUCTIONS; Qty37; R0; RPT.
PredniSONE 20 MG Tablet;USE ATTACHED SHEET FOR DIRECTIONS; Qty20; R0; RPT.
Signature
Signed By: Robert Oberstein M.D.; 02/13/2009 4:09 PM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106  Phone: (860) 547-1278   Fax (860) 547-1301
Other Clinical Sites 502 Cottage Grove Road, Bloomfield, CT 02002

2

10/21/2015 03:14 pm          HALEY SPEARS DOB REDACTED                        Liberty003326



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinology
Paul Latimson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Ferraotti, APRN Anita Balomo, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/26/2008

**Reason For Visit**
Patient is being seen today for thyroid follow-up.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Normal Routine History And Physical Adult (V70.0)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9)
**HPI**
Generally doing well
started the armour 3 wks ago and has a 2+mo supply left
noted increase in energy

notes the neck is about the same
**ROS**
Occ palpitations but also had it before and was told it is from the lyme disease
no tremor.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Folic Acid 1 MG Oral Tablet;TAKE 1 TABLET DAILY.; RPT
Singular- 10 MG Oral Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Intramuscular Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Iophen C-NR 100-10 MG/5ML Oral Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS NEEDED; RPT
Maxalt-MLT 10 MG Oral Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE.MAY

*Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06103  Phone: (860) 647-1278   Fax: (860) 547-1301*
*Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002*

1

## RE: SPEARS, HALEY A.

REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); RPT
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED FOR PAIN; RPT
Naproxen 500 MG Oral Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; RPT
Topamax 25 MG Oral Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT BEDTIME X7DAYS; RPT
Topamax 100 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Ultram 50 MG Oral Tablet;; RPT
Migranal 4 MG/ML Nasal Solution;; RPT
Lexapro 10 MG Oral Tablet;; RPT
Lunesta 1 MG Oral Tablet; RPT
Armour Thyroid 60 MG Oral Tablet;; RPT.
**PMH**
No change to PMH.
**Vital Signs**
Recorded by Aponte, Gladys on 26 Aug 2009 02:42 PM
BP:110/54,
HR: 80 b/min,
Weight: 113 lb.
**Results**
Tsh 1.54 in feb 09 and 2.3 in june 09 and ND gave her armour after that.
**Assessment**
- Nontoxic multinodular goiter   (241.1)
- Thyroid cyst  (246.2)
Discussed why i don't usually use armour and issues around it being off the market.  for the cyst. no difference on or off.  as not hypothyroid prior to tx, not likely a real benefit on it.  would recheck level and go from there.
**Orders**
T3, Total - 11779; Requested for: 26 Aug 2009.
Free T4 - 11778; Requested for: 26 Aug 2009.
TSH - 11661; Requested for: 26 Aug 2009.
Follow-up visit in 6 months; Requested for: 26 Aug 2009.
**Signature**
Electronically signed by : Robert Oberstein  M.D.; 08/26/2009 3:18 PM EST.

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

2

NOV. 21. 2012  8:38AM      CMG EDOCREGND DIV 8605471201      NO. 879   P. 8

10/21/2015 03:14 pm          HALEY SPEARS DOB REDACTED          Liberty003328

### HEALTHWISE FAMILY CARE

#### ROCKVILLE FAMILY PHYSICIANS

### CORE ELEMENTS-MEANINGFUL USE

In 2009 Congress passed the HITECH Act to create uniformity among electronic health records. Asking for your language ensures you and your healthcare providers will be able to communicate clearly. We will be asking about race & ethnicity because some groups are at higher risk of developing certain diseases. This information will be updated in your medical record and will remain confidential.

RACE:  *PLEASE CIRCLE ONE*) : (AMERICAN INDIAN OR ALASKA NATIVE )  ( ASIAN)

(BLACK OR AFRICAN AMERICAN)     (NATIVE HAWAIIAN)     (WHITE)

(OTHER PACIFIC ISLANDER)     OR     (MORE THAN ONE RACE)

ETHNICITY: *PLEASE CIRCLE ONE*:     (Hispanic or Latino)     ( Not Hispanic or Latino)

LANGUAGE: (PRIMARY)  English

Patient Name:  Haley Spears

Date of Birth:  REDACTED

Date:  11/19/12

Liberty003329

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Tpke, Ste N**
**Vernon, CT 06066**
**Phone:(860) 872-8321  Fax: (860) 979-0056**

HIPAA Privacy Restrictions Questionnaire
Healthwise Medical Associates, LLP

Patient Name: HALEY SPEARS    Patient Date of Birth: REDACTED

May we send reminder cards to your home?  (Yes)  No
If no, what address should be used: _____

May we call you at work?                              Yes    No   (N/A)
May we call you at home?                            (Yes)   No    N/A
May we call your cell phone?  cell # _____     Yes    No    N/A  Only if
If no to any of the above, what number should we call?

May we leave messages (including laboratory results) on your answering machine?   (Yes)  No
May we leave general messages on your answering machine?                                     (Yes)  No
May we speak with your spouse or significant other regarding your treatment?          Yes    No   N/A
May we send you a fax?  fax # _____                                                         Yes   (No)
May we contact you via email?                                                                                   Yes   (No)
If yes, please provide email address: _____

**Please list to whom we may speak with regarding your treatment.**

_____    _____

[REDACTED]                                              Date [REDACTED]

**For restrictions to your protected health information (PHI) other than noted above, please submit your request to the**
**Compliance/Privacy Officer utilizing our "Restriction of Use or Disclosure of Protected Health Information (PHI)"**

**\*NOTE: NO RESTRICTION IS EFFECTIVE UNTIL ACCEPTED BY HEALTHWISE MEDICAL ASSOCIATES, LLP**

Signa[REDACTED]                                         /2

[REDACTED]

-------------------------------OFFICE USE ONLY-------------------------------

On 11/16/2012, Healthwise Medical Associates, LLP attempted to obtain a written acknowledgement of receipt of the Notice of Privacy Practices from the above-named patient. We were unable to obtain this acknowledgement because:
[ ] Patient declined to sign this written acknowledgement
[ ] Patient did not understand the request to sign the written acknowledgement
[ ] Notice mailed to patient on _____.
[ ] Other (please specify

_____    _____
Employee Signature & Date         Witness Signature & Date



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinology
Paul Lebinson, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/05/2012

**History of Present Illness**
Patient presents for follow up of thyroid nodules
here to check u.s. as thyroid may be larger

**Active Problems**
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

**Review of Systems**

ENT: feeling of tightness in the throat, but no difficulty swallowing.
Neurological: tremor not present.

**Allergies**
No Known Drug Allergies

**Current Meds**
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet: TAKE 1 TABLET DAILY AS NEEDED; Therapy:
15Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI: INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A-DAY AS NEEDED; Therapy: 02May2008 to  Requested for: 06Oct2012
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010) Requested for: 08Oct2010
Trefinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 28Aug2009 to
(Evaluate:25Sep2009)
Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

Liberty003331

## RE: SPEARS, HALEY A.

Xopenex HFA 45 MCG/ACT Inhalation Aerosol: As needed: Therapy: 02Oct2012 to
Zofran 8 MG Oral Tablet; As needed: Therapy: 21Jan2009 to  Requested for: 21Jan2009
ZyrTEC Allergy 10 MG Oral Capsule: TAKE 1 CAPSULE DAILY: Therapy: 05Oct2012 to

**Past Medical History**
History of Acute Gastric Ulcer 531.30

No change in PMH since last visit.

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

|  | 05Oct2012 03:26PM |
|---|---|
| BMI Calculated | 21.14 |
| BSA Calculated | 1.63 |
| Weight | 126 lb 14.4 oz |
| Systolic | 120, RUE, Sitting |
| Diastolic | 80, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

**Physical Exam**

Neck: no cervical adenopathy and no supraclavicular adenopathy.

**Results/Data**
  **Selected Results**
  **10Aug2012 03:37PM**
  Free T4 - 11778
    Free T4: 1.15 ng/dl Reference Range 0.80-1.90
  TSH - 11681
    TSH, Highly Sensitive: 1.72 mIU/L Reference Range 0.27-4.20
  T3, Total - 11779
    T3, Total: 98 ng/dl Reference Range 80-200
  **05Oct2012 03:30PM**
  US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE: Realtime Ultrasound - High Resolution Indication: f/u
  cysts/nodules The right lobe is 6.6 x 1.8 x 1.4 cm The left lobe is 5.8 x 2.0 x 2.1 cm The gland is enlarged with
  several cysts and nodules and the remaining tissue is heterogeneous
  in texture. There are numerous subcentimeter nodules which are mostly diffuse and not
  definable as distinct nodules in addition to the four described below. The right lobe contains a large complex nodule
  which is mostly cystic in the lower pole.  There
  are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x 1.5 x 1.6 cm
  (compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on the right is a smaller
  complex nodule which is similarly more cystic than solid with smooth borders and measures 1.0
  x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).The left lobe contains 2 definable nodules.  The larger is mid
  lobe and mostly solid, isoechoic
  with a small central cystic area and no calcifications.  The nodule is 2.4 x 1.6 x 1.6 cm (compared
  with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lobe and spongiform in texture
  measuring 1.3 x 0.8 x 1.06 cm (compared with 1.2 x 0.7 x 0.9 cm).  Summary:  Multinodular goiter as described
  with nodules and cysts which are slowly but
  continually growing. Performed and interpreted by R.Oberstein, MD

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1371
Other Clinical Sites 833 Cottage Grove Road, Bloomfield, CT 06002

2

NOV. 9, 2012  5:10PM      CMG ECCCXEENDO DIA 8605471301        NO. 701   P. 3

RE: SPEARS, HALEY A.

05 Oct 2012 3:30 PM
US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE Realtime Ultrasound - High Resolution
Indication:  f/u cysts/nodules
The right lobe is 6.6 x 1.6 x 1.4 cm
The left lobe is 5.9 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is heterogenous in texture. Th
**Assessment**
. Nontoxic Multinodular Goiter 241.1

**Plan**
US Soft Tissue Head/Neck Thyroid - OFFICE  Status: Resulted - Requires Verification  Done: 01Jan0001 12:00AM
Ordered:  For: Nontoxic Multinodular Goiter (241.1); Ordered By: Oberstein. Robert  Due: 29Nov2012

**Discussion/Summary**

Euthyroid. no new medication needed.
MNG is growing and certainly could be causing symptoms. As it is continuing to grow, excision is reasonable. Would
meet with surgeon to discuss. Names given.
I noted that I do not agree with the use of adrenal glandular extract tabs and I'm glad she is off of them.

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Nov 19 2012 4:39PM

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

3

10/21/2015 03:15 pm          HALEY SPEARS DOB REDACTED          118/507
                                                                    Liberty003333

7H317150003

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group
150 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

### CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

| | |
|---|---|
| **Date:** | **11/19/2012** |
| **Pages:** | **1** |
| | |
| **To:** | **Kristin Giannini** |
| **Fax Number:** | **(860)979-0056** |
| | |
| **From:** | **Oberstein, Robert (Endocrinology - Retreat Ave - Connecticut Multispecialty Group)** |
| **Phone:** | **(860) 547-1278** |

**Comment:**

### CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

7H317150003

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford,CT 06106
(860) 547-1278

**Patient:** SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

**Age/Sex/DOB:** 35 yrs  F  REDACTED
**EMRN:** 1800184
**OMRN:** 1800184
**Home:** (860) 368-2050
**Work:**

### Results

**Lab Accession #** 0001
**Ordering Provider:** Oberstein,Robert
**Performing Location:** Office

**Collected:** 10/5/2012  3:30:00PM
**Resulted:** 11/19/2012  8:52:00AM
**Verified By:** Oberstein, Robert
**Auto Verify:** N

**US Soft Tissue Head/Neck Thyroid - OFFICE**

**Stage:** Final

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|

US Soft Tissue Head/Neck Thyroid - OFFICE
Real-time Ultrasound - High Resolution
Indication:  f/u cysts/nodules
The right lobe is 6.6 x 1.6 x 1.4 cm
The left lobe is 5.8 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is
heterogenous in texture.  There are numerous subcentimeter nodules which are mostly
diffuse and not definable as distinct nodules in addition to the four described below.
The right lobe contains a large complex nodule which is mostly cystic in the lower pole
There are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x
1.5 x 1.6 cm (compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on
the right is a smaller complex nodule which is similarly more cystic than solid with
smooth borders and measures 1.0 x 0.6 x 0.9 cm (compared with 0.9 x 0.6 x 0.7 cm).
The left lobe contains 2 definable nodules.  The larger is mid lobe and mostly solid,
isoechoic with a small central cystic area and no calcifications.  The nodule is 2.4 x
1.5 x 1.5 cm (compared with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lob
and spongiform in texture measuring 1.3 x 0.8 x 1.0b cm (compared with 1.2 x 0.7 x 0.9
cm).
Summary:  Multinodular goiter as described with nodules and cysts which are slowly but
continually growing.
Performed and interpreted by R.Oberstein., MD

Printed by: roherst  |  11/19/2012  4:33:00PM

Page 1 of 1

Liberty003335

From CLP MODEM 9          Sat 11 Aug 2012 07:08:31 AM EDT          Page 4 of 4

KRISTIN GIANNINI, MD
ROCKVILLE FAMILY PHYSICIANS
520 HARTFORD TURNPIKE
VERNON, CT  06066

Clinical Laboratory Partners, LLC
CT LICENSE CL-0585 / CLIA# 07D0659494

129 Patricia M. Genova Drive
Newington, CT 06111
1-800-286-0800
860-696-8020

| Patient Name: |
| --- |
| **SPEARS, HALEY** |

| Physician: | OBERSTEIN, ROBERT | Sex: | Date of Birth: | Age: |
| --- | --- | --- | --- | --- |
| Accession: | ANC26035 | FEMALE | REDACTED | 34 |
| Req. #: | 2595873 | Patient Phone: | Patient ID #: | Med. Rec. #: |
| Collected: | 08/10/2012  15:47 | (8603082050) | AN026035 | 1800184 |
| Reported: | 08/11/2012  05:10 | | | |
| Unit/Floor: | CORELAB | | | |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
| --- | --- | --- | --- | --- |

Reprinted on: 08/11/2012 07:04

**Non-Fasting Specimen**          **FINAL REPORT**

| TSH, Highly Sensitive | 1.72 | mIU/L | 0.27-4.20 |
| T4, Free | 1.15 | ng/dL | 0.80-1.90 |
| T3, Total | 98 | ng/dL | 80-200 |

CC to: KRISTIN GIANNINI, MD.  Test(s) originally ordered by: ROBERT OBERSTEIN, M.D.

CC to: Separate Copy Sent to Patient
    SANG K SAUL, MD
    BERNARD RAXLEN, MD

Testing Location(s):
Clinical Laboratory Partners - 129 Patricia M. Genova Drive    Newington, CT 06111 860-696-8020 CLIA #:07D0094387 CL-0585
Bradford Sherburne, MD Medical Director

Phlebotomy charge applied

| SPEARS, HALEY | Route: 9000 | Page: 1 (last) |
| --- | --- | --- |

Liberty003336

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group
100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

### CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

| | |
|---|---|
| **Date:** | 8/10/2012 |
| **Pages:** | **2** |
| | |
| **To:** | **Kristin Giannini** |
| **Fax Number:** | **(860)979-0056** |
| | |
| **From:** | **Oherstein, Robert (Endocrinology - Retreat Ave - Connecticut Multispecialty Group)** |
| **Phone:** | **(860) 547-1278** |

**Comment:**

## CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

From: Endocrinology - Retreat Ave - Connecticut Multispecialty Group - (86(Page 2 of 3                    Sent On: 03:37 PM, Friday, August 10, 2012



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinolcrinology
Paul Labinson DO   Robert Obersten, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferraroti APRN  Anita Sa erno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED'
**Date of Appt:** 08/10/2012

### History of Present Illness
Patient presents for follow up of thyroid dysfunction
not noting much change in neck but less heart racing than in the past and energy is better
Was given adrenal support but felt crazy after it also given iodine tabs but stopped

### Active Problems
Considered Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

### Review of Systems

no dysphagia but feels the sense of swallowing
no voice chagnes

### Allergies
No Known Drug Allergies

### Current Meds
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet TAKE 1 TABLET DAILY AS NEEDED Therapy:
16Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED
Therapy: 02May2008 to Requested for: 13Feb2009
Hydroquinone 4 % External Cream apply at bedtime; Therapy (Recorded:28Feb2012) to
Iprotropium-Albuterol 0.6-2.5 (3) MG/3ML Inhalation Solution: USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY; Therapy 02May2008 to Requested for: 13Feb2009
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy 21Jan2009 to
(Evaluate:16Jan2010) Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy. 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet TAKE 1 TABLET 3 TIMES DAILY, Therapy. 26Aug2009 to
(Evaluate:25Sep2009)

*Main Office:* 100 Retreat Avenue, Suite 400  Hartford, CT 06106  *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

1

Liberty003338

From: Endocrinology - Retreat Ave - Connecticut Multispecialty Group - (86(Page 3 of 3         Sent On: 03:37 PM, Friday, August 10, 2012

### RE: SPEARS, HALEY A.

Voltaren 1 % Transdermal Gel, APPLY 1 INCH AS DIRECTED, Therapy. 02Sep2011 to
Zofran 8 MG Oral Tablet; As needed; Therapy. 21Jan2009 to Requested for: 21Jan2009

**Past Medical History**

No change in PMH since last visit, in feb 2012.

**Vitals**
**CMG-Vitals [Data includes: Current Encounter]**

|  | 10Aug2012 03:09PM |
|---|---|
| BMI Calculated | 20.49 |
| BSA Calculated | 1.61 |
| Weight | 123 lb |
| Systolic | 110, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 68, R Radial |
| Pulse Quality | Normal, R Radia |

**Physical Exam**

Neck: thyroid abnormal (right upper 1.5 cm nodule and cobbly texture elsewhere), but no cervical
adenopathy and no supraclavicular adenopathy

**Assessment**
Hashimoto's Thyroiditis 245.2
Nontoxic Multinodular Goiter 241.1

**Plan**
Follow-up visit other Evaluation and Treatment  Follow-up  Requested for: 10Aug2012
Free T4 - 11778  Requested for: 10Aug2012
TSH - 11661  Requested for: 10Aug2012

**Signatures**
Electronically signed by : Robert Oberstein, M.D., Aug 10 2012  3:37PM

*Main Office:* 100 Retreat Avenue, Suite 400  Hartford CT 06106  *Phone:* (860) 547-1276   *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

2

**ADVANCED ORTHOPAEDICS & SPORTS MEDICINE, P.C.**
Pedro A. Romero, M.D.
Sports Medicine — Hand Surgery — Joint Replacement
155 Main Street, Manchester, CT 06042, Telephone: (860) 647-1493
31 Sycamore Commons, Suite 202, Glastonbury, CT 06033, Telephone: (860) 633-1980
FAX: (860) 643-6709

June 12, 2012

RE: Haley Spears

CC: Painful right wrist and right foot.

HISTORY: The patient has multiple comorbidities. She has chronic Lyme disease, Bartonella infection and mycoplasma infection, so she has been taking Levaquin intravenously and the patient has had severe pain and discomfort. She is afraid that this is a reaction to the Levaquin. The patient also has intermittent pain in the right foot aggravated with walking. In the last 24 hours, this has improved. She also had pain in the right wrist with certain motions.

REVIEW OF SYSTEMS: We have reviewed 15 systems on this patient (please see separate page).

MEDICATIONS: We have a list of all her medications on file.

SOCIAL HISTORY: The patient is single.

PAST MEDICAL HISTORY: She has hypothyroidism and the infectious diseases already listed.

ALLERGIES: Azithromycin. She cannot take corticosteroids because is flares up her chronic Lyme disease.

PHYSICAL EXAMINATION:
Vital signs: H: 5 feet 1/2 inch. W: 126 pounds. BP: 130/80. P: 80. R: 20. T: 98.1.
The patient has some tenderness on the extensor tendons of the right wrist with dorsiflexion. However, strength is almost normal. The extensor digitorum is tender in the area from the wrist going to the mid forearm. The rest of the examination of the right hand is entirely normal, color, temperature and turgor. Phalen test and Tinel tests are negative.
Examination of the right foot shows there is tenderness in the metatarsals diffusely. There is no particular area of pain. She also has pain on the origin of the plantar fascia. Circulation of the toes and sensory are normal. Dorsalis pedis and posterior tibialis are normal. The ankle joint is entirely normal.

X-RAYS: X-rays of the right wrist, three views, AP, lateral, and oblique are negative for fracture, dislocation, subluxation, or abnormal calcifications.

X-rays of the right foot, three views, are essentially negative for fracture, dislocation, or subluxation.

Liberty003340

Page Two
RE: Haley Spears
June 12, 2012

DIAGNOSIS:
1. Extensor tenosynovitis of the right foot.
2. Tendinitis of the right foot secondary to the use of Levaquin, gastroesophageal reflux, chronic pain syndrome, chronic Lyme disease, chronic Bartonella infection, chronic myoplasma infection.

MEDICAL DECISION MAKING: This patient does not need any anti-inflammatories. She will use a wrist immobilizer and will use ice packs. She will return to this office in six weeks if she still has significant symptoms in the right wrist. Specific instructions for management of her pain and discomfort were given to her.

Pedro A. Romero, M.D.
PAR/A+/vt

cc:   Kristin Giannini, M.D.
      520 Hartford Turnpike
      Vernon Rockville, CT 06068

Liberty003341

7H317150003

APR-19-2012  12:23      HEALTH COMPLEX                    2037537779   P. 02

RX DEPARTMENT

P A Y E D
APR 1 8 2012



84 Progress Lane * Waterbury, CT 06705
Phone # 203-753-7778 * **Fax # 203-753-7779**

## PHYSICIAN'S ORDER FOR NEBULIZER COMPRESSOR & ACCESSORIES

PATIENT NAME: Haley Spears                      DATE: 4/18/12

ADDRESS: 1008 Trout Brook Drive

West Hartford CT 06119               D.O.B: REDACTED

DIAGNOSIS: 493.90 Asthma

EQUIPMENT ORDERED:            ____ **NEBULIZER COMPRESSOR**

ACCESSORIES ORDERED: __X__ A7013 -Disposable Filter (1 per month)        __X__ A7003 -Disposable Nebulizer (1 per month)

__X__ A7005 -Non Disposable Nebulizer (one every 6 months)      ____ A7015 -Aerosol Mask (1 per month)

____ A7525 -Trach Mask (1 per month)

Others _____

→ **\*\* LENGTH OF NEED:**   99   (99=Lifetime) **\*\***

→

PHYSICIAN'S  SIGNATURE   (NOT A STAMP)        DATE    4/20/12
Kristin Giannini, MD                         860-872-8321   1881662443
PHYSICIAN'S NAME                              TELEPHONE NUMBER  /  NPI NUMBER
520 Hartford Tpk.                             Vernon  CT  06066
PHYSICIAN STREET ADDRESS   Suite N            CITY – STATE – ZIP CODE

TOTAL P.02

04/19/2012 12:55 pm              HALEY SPEARS DOB REDACTED                    1/2

Liberty003342

APR-13-2012  16:57     HEALTH COMPLEX MED                    2033467593    P.01/01

CUSTOMER SERVICE



# Health Complex
### Respiratory Care Services

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, distribution, or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify Health Complex immediately by telephone and mail the original to us at the address below.

## PHYSICIAN'S ORDER FOR NEBULIZER COMPRESSOR & ACCESSORIES

PATIENT NAME: _Haley Spears_        DATE: _4-13-12_

ADDRESS: _1005 Trout Brook Dr._

_West Hartford   CT_     D.O.B: REDACTED __?_

DIAGNOSIS: _493.90_

EQUIPMENT ORDERED :     ___ NEBULIZER COMPRESSOR

ACCESSORIES ORDERED:     ✓ Disposable Filter              ✓ Disposable Nebulizer

                         ✓ Non Disposable Nebulizer      ✓ Aerosol Mask

                         ___ Trach Mask

Other: _____

## **LENGTH OF NEED:** _99_ (99=Lifetime) **

PHYSICIAN'S SIGNATURE  (NOT A STAMP)        DATE _4/17/12_

_K. GIANNINI_                                _1881662443_
PHYSICIAN'S NAME              TELEPHONE NUMBER  /  NPI NUMBER

_520  Hartford TPK_          _Vernon   CT_
PHYSICIAN STREET ADDRESS        CITY - STATE - ZIP CODE

84 Progress Lane * Waterbury, CT 06705
Phone # 203-753-7778 * Fax # 203-753-7779

TOTAL P.01

APR/06/2C:2/3RI 02:06 PM                    FAX No.                        P.001/001

## FAXED **PRESCRIPTION REFILL REQUEST**

APR 0 9 2012



This order is only valid if faxed to:                   Date: ___4/6/12___

      **Beacon Prescriptions**
      543 West Main Street                    Doctor: _K . Giannini_

      New Britain, CT 06053
      **Fax: (860) 229-4488 Phone: (860) 225-6487**        Fax: _8dv 875 - 6271_

Patient: _Haley Spears_                           ( Transfer f. CVS )

DOB: ___REDACTED___

|                       | Rx # 1              | Rx # 2 | Rx # 3 |
|-----------------------|---------------------|--------|--------|
| Drug Name/Strength:   | Duo Neb             |        |        |
| Quantity:             | 2 box               |        |        |
| Directions:           | 1 vial by Nebulizer Q4° pm |        |        |
| Day Supply:           | 14                  |        |        |
| Additional Refills:   |                     |        |        |

MD Signature: _____        Date: 4/9/12

*Any dissemination, distribution, or copying of this communication to anyone other than the intended recipient is strictly prohibited. This message is only for the use of the addressee and may contain confidential information. If you have received this communication in error, please notify us immediately by telephone and destroy all copies of this communication. Thank you.*

Liberty003344

2012-03-09 17:29  BEACON PRESCRW.MAIN          1 >> te ID          P 1/1

*Pt has not had looking filled here and is looking for a refill. Please fill in sig and refills. Sign at bottom*

**BEACON**
Beacon Prescriptions-New Britain
543 West Main Street
New Britain, CT 06053
Phone: (860) 225-6487
Fax: (860) 229-4488

DATE: 3/9/12

Patient: Haley Spears          Doctor: De. Giannini

DOB: REDACTED          Fax: 860 ~~808-1000~~ 979-0056

**THIS IS FOR A GROUP HOME. PATIENT IS BILLED ON A 4 WEEK CYCLE. CAN WE HAVE REFILLS FOR 6 MONTHS?**

| Drug Name | Quantity | SIG | Additional Refills |
|-----------|----------|-----|--------------------|
| Ventolin | # 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MD Signature: _____          Date: _____

**VALID ONLY IF RECEIVED BY FAX TO (860) 229-4488**

*Any dissemination, distribution, or copying of this communication other than by the intended recipient is strictly prohibited. This message is only for the use of the addressee and may contain confidential information. If you have received this communication in error, please notify us immediately by telephone and destroy all copies of this communication. Thank you.*

10/21/2015 03:15 pm          HALEY SPEARS DOB REDACTED          130/507

Liberty003345

02/10/2012 10:53 FAX  860 242 7548      DR JENNIFER PENNOYER                    ☑ 001/002



**JENNIFER W. PENNOYER, M.D.**
*Medical & Surgical Dermatology*
*Laser & Cosmetic Skin Care*

Lynn M. Fairchild, P.A.-C
Jesse E. Hill. P.A.-C

Haley A Spears   DOB: REDACTED

1/23/12
PROBLEM:  Pigmented nevi
PROBLEM:  Melasma
PROBLEM:  Verruca
PROBLEM:  Congenital nevus – left dorsal hand

S: Patient here for full body skin cancer monitoring. She has a mole that she was born with on the back of her left hand. This was biopsied as benign approximately 10 years ago. She has a wart on her right hand that she would like to have removed and is concerned about pigment on her forehead. She is on oral antibiotics every 10 days for a tick born infectious disease. No personal or family history of atypical moles or skin cancers. Patient reports no recent illness, fever, chills, or malaise. Patient has no other dermatologic concerns and has not noticed any other new suspicious lesions. Medical history, medications and drug allergies have been reviewed and updated.
O: Examination shows well appearing, oriented female in no acute distress. Total body skin exam performed except for genitalia. Moderate solar damage noted. 15 to 20 pigmented macules and papules noted on the scalp, face, chest, abdomen, upper left and right extremities, back and lower left and right extremities. All evenly pigmented throughout and uniformly shaped. No suspicious lesions on today's examination. On the left dorsal hand she has a light and medium brown somewhat irregularly shaped 2.5 cm. plaque. Photos taken. Light brown patchy hyperpigmentation on the forehead and to a lesser extent on the cutaneous lip. 3 mm. verrucous papule on the right 5th DIP.

A/P: Reviewed warnings signs and risk factors for skin cancer and melanoma as well as sun protection practices. Patient was counseled to perform monthly skin self examination. If there are any new or changing moles noted before next appointment, patient will call our office. Single verruca treated with liquid nitrogen therapy. Wound care instructions reviewed. We will continue to monitor congenital nevus for changes annually. Discussed melasma on the forehead. Prescribed Tretinoin .025% cream mixed with hydroquinone 4% at night topically. Also discussed importance for sunscreen in the morning.
RTC, 1 year, sooner prn problems. LMF/sd

DICTATED BUT NOT READ.

cc: Dr. Christian Giannini

860 -979- 0056

701 Cottage Grove Road Building E. Suite 110  Bloomfield. CT 06002  Telephone (860) 243-3020  Fax (860) 243-3002

Liberty003346

HEALTHWISE MEDICAL ASSOCIATES, LLP
ROCKVILLE FAMILY PHYSICIANS
KRISTIN GIANNINI, MD
SUSAN IZZO, APRN
ANDREA SADOWSKI, PA-C
NICOLE GRILLI, PA-C

520 HARTFORD TURNPIKE, SUITE M
VERNON, CONNECTICUT
06066

## FACSIMILE TRANSMITTAL SHEET

TO: Health Complex            FROM:

COMPANY:                      DATE: 11/16/2011
FAX NUMBER:                   SENDER'S FAX #
    1800 221 3003

                              860-875-6271

# REDACTED                    SENDERS PHONE NUMBER:

                              860-872-8321

                              TOTAL PAGES:   2

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY

NOTES/COMMENTS:

        860 930-0887 cell
        860 308-2050
    Delivery for 11/17/2011

FAXED
NOV 17 2011         FAXED
                    NOV 16 2011

Liberty003347

HEALTHWISE MEDICAL ASSOCIATES, LLP
ROCKVELLE FAMILY PHYSICIANS
KRISTIN GIANNINI, MD
SUSAN IZZO, APRN
ANDREA SADOWSKI, PA-C
NICOLE GRILLI, PA-C

F A X E D.

NOV 14 2011

520 HARTFORD TURNPIKE, SUITE M
VERNON, CONNECTICUT
06066

## FACSIMILE TRANSMITTAL SHEET

TO: Prompt care                   FROM: Linnette

COMPANY:                          DATE: 11/14/2011
FAX NUMBER:                       SENDER'S FAX #

65 # 8655
860 655-4661          860-875-6271

# REDACTED

SENDERS PHONE NUMBER:

860-872-8321

TOTAL PAGES: 2

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY

NOTES/COMMENTS:

nebulizer order

Liberty003348

10-04-11;04:54PM;                                          ;8606490011          #   1/   1



Peter S. Buch, M.D. / James W. O'Brien, M.C. / Dawn M.S. Garcia, NP, APRN / Irm Khan, PA-C / Marissa J. Fistola, M.S., PA-C

Date _10/3/11_

Dear _Haley Spears_     REDACTED

I have tried to reach you regarding your Asacol.

Please call the office at 860-649-3477
open Monday – Friday 9:00am – 5:00 pm.  Thank you.         - -          The office is

Sincerely,

_Edy_

cc: _Dr. K. Giannini_
      _979-0056_

333 Main Street, Manchester, CT 06040 / Phone: 860.649.3477 / Fax: 860.649.0011 / www.digestivehealthspecialstect.com

Liberty003349

Fax Server
O:Unknown   COMPANY:               9/9/2011 3:04:52 PM  PAGE   1/001    Fax Server

# PrescriptionSolutions

Hours of Operation:
M-F 5am - 7pm*
Sat. 6am - 3pm (PST)
Date: 09/09/11

Address:
3515 Harbor Blvd
M/S CA-106-0286
Costa Mesa, CA 92626

| To: | KRISTIN GIANNINI | From: | Prescription Solutions |
| Phone: | (860)872-8321 | Phone: | 1-800-711-4555 |
| Fax: | 8608756271 | Fax: | 1-800-527-0531 |
| Reference #: | PA-5276585 | Specialty Fax: | 1-800-853-3844 |
| RE: | Prior Authorization Request | | |

Patient Name: HALEY SPEARS
Patient ID#: 9816158801
Medication Name: SINGULAIR

Patient DOB: REDACTED
Decision Made: Approved
GPI/NDC: 44505050100520

**Decision Notes:**

Singulair 5mg, take as directed alternating from one daily to two daily is approved through 09/09/2012.
Reviewed by: SPB, Pharm.D.

** Note that authorization approval dates are subject to and contingent upon any changes in member's eligibility, plan design, medication formulary status, and/or applicable laws and regulations **

*Specialty Pharmacy is available by phone M-F 6am – 7pm (PST)
Confidentiality Notice: This electronic fax transmission, including any attachments, contains information from Prescription Solutions that may be confidential and/or privileged, the disclosure of which is governed by applicable law. The information contained in this facsimile is intended only for the sole use of the individual(s) or entity named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited and will be vigorously prosecuted.

If you have received this electronic fax transmission in error, please notify the sender immediately and return the document(s) by mail to Prescription Solutions Privacy Office, 2300 Main St., M/S CA134-0601, Irvine, CA 92614.

Health care information is personal and sensitive information related to a person's health care. If health care information is included with this fax, it is being faxed to you after appropriate authorization or under circumstances that do not require authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without the additional consent of such person whose health care information is attached or as permitted by law is strictly prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Page   1   of   1

**HEALTHWISE MEDICAL ASSOCIATES, LLP**
ROCKVILLE FAMILY PHYSICIANS
KRISTIN GIANNINI, MD
SUSAN IZZO, APRN
ANDREA SADOWSKI, PA-C
NICOLE GRILLI, PA-C

*Urgent*

F A X 52D HARTFORD TURNPIKE, SUITE M
VERNON, CONNECTICUT
AUG 2 5 2011               06066

### FACSIMILE TRANSMITTAL SHEET

TO: UnitedHeathcare          FROM:

COMPANY:                     DATE: 8/25/2011

FAX NUMBER:                  SENDER'S FAX #
86609407328
                             860-875-6271

RECIPIENT PHONE NUMBER:      SENDERS PHONE NUMBER:
       REDACTED              860-872-8321

RE: Haley Spears            TOTAL PAGES: 2

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY

NOTES/COMMENTS:

Please resubmit prior auth
Pt currently on alternating dose
of singular 5mg 1-2 tab QD

---

FAXED

FAXED

**SINGULAIR**
PRIOR AUTHORIZATION REQUEST FORM

Fax Server          8/16/2011 9:15:48 AM   PAGE   1/001   Fax Server

O:Unknown   COMPANY:

# PrescriptionSolutions

| | | Hours of Operation: | Address: |
| | | M-F 5am - 7pm* | 3515 Harbor Blvd |
| | | Sat. 6am - 3pm (PST) | M/S CA-106-0286 |
| | | **Date:** 08/16/11 | Costa Mesa, CA 92625 |

| To: | KRISTIN GIANNINI | From: | Prescription Solutions |
| Phone: | (860)872-8321 | Phone: | 1-800-711-4555 |
| Fax: | 8608756271 | Fax: | 1-800-527-0531 |
| Reference #: | PA-5202489 | Specialty Fax: | 1-800-853-3844 |
| RE: | Prior Authorization Request | | |

Patient Name: HALEY SPEARS            Patient DOB: REDACTED
Patient ID#: 9816158801               Decision Made: Denied
Medication Name: SINGULAIR            GPI/NDC: 44505050100520

### Decision Notes:

Singulair 5mg (chew 1-2 tablets daily: #60 per month) is denied for not meeting the quantity limit requirement. Your plan allows you to receive #1 per day (or #31 per 31 days). Medication authorization exceeding your benefit's monthly limit requires one of the following:
(1) For titration purposes; OR
(2) requested strength/dose is commercially unavailable; OR
(3) patient is on a dose alternating schedule.
Reviewed by: PDB, D.Ph.
Note: Singulair 10mg (take one tablet daily) will process at the pharmacy without prior authorization.



If you have received this electronic fax transmission in error, please notify the sender immediately and return the document(s) by mail to Prescription Solutions Privacy Office, 2300 Main St., M/S CA134-0501, Irvine, CA 92614.

Health care information is personal and sensitive information related to a person's health care. If health care information is included with this fax, it is being faxed to you after appropriate authorization or under circumstances that do not require authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without the additional consent of such person whose health care information is attached or as permitted by law is strictly prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Page   1   of   1

10/21/2015 03:15 pm          HALEY SPEARS DOB REDACTED

Liberty003353   138/507

Fax Server          8/16/2011  9:07:25 AM   PAGE   1/004   Fax Server

DEPARTMENT OF HEALTH AND HUMAN SERVICES                                    Form Approved
CENTERS FOR MEDICARE & MEDICAID SERVICES                                   OMB No. 0938-0976

# PrescriptionSolutions

 A UnitedHealth Group Company

## Notice of Denial of Medicare Prescription Drug Coverage

8/16/2011

HALEY SPEARS                          Member ID number: 9816158801
1008 TROUT BROOK DR                   Request Reference #: PA-5202489

WEST HARTFORD, CT 06119

We have denied coverage or payment for the following prescription drug or drugs that you or your prescriber
requested: SINGULAIR

We denied this request because:

Based on the clinical information provided by you or your prescriber, it has been determined that you do not
meet the established criteria for receiving SINGULAIR.

This determination was made based upon our review of your health condition in relation to one or more of
these reasons:
- Prior Authorization: Plan approval is required to guide appropriate use of certain drugs or to make
  sure that the requested drug is covered by Medicare rules.
- Step Therapy: In some cases, the plan requires you to first try certain drugs to treat your medical
  condition before the plan will cover another drug for that condition.
- Quantity Limits: For certain drugs, coverage is limited to a certain quantity that the plan will cover
  for a single co-pay or within a defined period of time.

Please talk to your prescriber about this prescription and your medication needs.

Singulair 5mg (chew 1-2 tablets daily: #60 per month) is denied for not meeting the quantity limit
requirement. Your plan allows you to receive #1 per day (or #31 per 31 days). Medication authorization
exceeding your benefit's monthly limit requires one of the following:
(1) For titration purposes; OR
(2) requested strength/dose is commercially unavailable; OR
(3) patient is on a dose alternating schedule.
Reviewed by: PDB, D.Ph.
Note: Singulair 10mg (take one tablet daily) will process at the pharmacy without prior authorization.

Form No. CMS-10146
Y0066_110216_155738 File & Use 02222011

OVA                           H                           I                           FOTOED

Liberty003354   139/507

*In Dr's Bin (G)*
*8/15/2011*

Prior Authorization Assistance by

# BEACON
# PRESCRIPTIONS

*Insurance Denied*

Pharmacy Address:
543 WEST MAIN STREET
NEW BRITAIN CT 06053

tel      860-225-6487
fax      860-229-4488
email    JLOVELAND@BEACONRX.COM

**COMPLETE THIS FORM ONLINE**



## Your patient is unable to start your prescription for Singulair.

## Action requested by 8/15/11.

Dear Prior Authorization staff,

I started the Prior Authorization (PA) form and notified your patient that the medication cannot be dispensed until your office completes the form and submits it to the plan. Please complete the form I started online using the instructions below.

**To complete the PA for Haley Spears:**

1. Go to www.covermymeds.com and click *Enter a key*.

2. Enter the patient's last name and date of birth and the key.

   **Key:** Q93R84
   **Patient Last Name:** Spears
   **DOB:** REDACTED

3. Complete the form and click 'Fax request'. You will need a free CoverMyMeds account to add a digital signature and efax the form directly to the plan. Follow the prompts to sign-up.

When you receive a response from the plan, log in to CoverMyMeds and click Archive from your Dashboard to mark the outcome. This will send an automated email to our pharmacy notifying us of the outcome.



FAXED
AUG 18 2011

This information is intended solely for the addressee. If you have received this in error, please contact JACK LOVELAND at 860-225-6487 and dispose of this information.

FAXED
AUG 15 2011

**SINGULAIR**
**PRIOR AUTHORIZATION REQUEST FORM**
Complete ENTIRE form and fax to 866-940-7328

United Healthcare

Page 1 of 2

**Today's Date:**

**SECTION A - PATIENT INFORMATION**
First Name: Haley   Last Name: Spears   REDACTED
Address: 1008 TROUTBROOK RD
City: WEST HARTFORD   State: CT   Zip: 06119
Phone: 860-308-2050   DOB: REDACTED   Allergies:
Primary Insurance:   Policy #:   Group #:

Is the requested medication NEW ☐ or a CONTINUATION of THERAPY ☒ If so, start date: 3/26/0009

Is this patient currently hospitalized? ☐ Yes ☒ No

**SECTION B - PHYSICIAN INFORMATION**
First Name: K   Last Name: Gruberrica   MD/DO
Address: 22 Meek Road So. Hartford Vernon   City: Vernon   State: CT   Zip: 06066
Phone: 860-875-8321   Fax: 860-875-6271   NPI #: 1881662443   Specialty: Family Medicine
Office Contact Name / Fax Attention to:

**SECTION C - MEDICAL INFORMATION**
Medication: Singulair 5mg tablet   Strength: 5MG
Directions for use: take daily

Diagnosis: lung disease   ICD-9 Code: 568.8
Asthma, allergic rhinitis   493-9   493-90

• Has the patient been previously treated with an inhaled corticosteroid? yes
• Did the patient experience an intolerance/adverse reactions, or has a documented contraindication, to treatment with an inhaled corticosteroid? no
• Has the patient been previously treated with a second generation antihistamine (e.g. cetirizine, loratadine) and an intranasal corticosteroid (e.g. fluticasone, flunisolide)? Zyrtec
• Did the patient experience an intolerance/adverse reactions, or has a documented contraindication, to treatment with a second generation antihistamine and an intranasal corticosteroid? No

**Other Medications tried:**

| Medications | Strength | Directions | Course of Therapy | Reason for failure / discontinuation |
|---|---|---|---|---|
| Advair | 250/50 | 1 puff daily | 3/09 -5/10 | |
| | | | | |
| | | | | |

Physician's Signature:   Date: 8/11/11

Confidentiality Notice...
Phone: 800-310-6826   Fax: 866-940-7328   Web: www.myuhc.com

From 8068857926   To Kristin Giannini   Page 1/3   Date 4/29/2011 5:22:01 PM

# Sleep Medicine Associates, LLC
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street       Phone (860) 432-5600
Manchester, CT 06040       Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 04/29/2011

CHIEF COMPLAINT: Haley Spears is here for a follow up visit because of difficulty sleeping

REFERRING PHYSICIAN: Dr. Kristin Giannini

She started waking at 1 or 1:30pm about 2 weeks, then went to about 12 to 12:30pm. She states that she then started going to bed much later. She would watch TV all night feeling unable to fall asleep.

Some afternoons she takes a 3 hour nap.

She has normally taken hydrocortisone upon awakening.

She has tried to take 3 consistent meals, but states that she cannot always meet that.

Continues occasional night sweats, after which she does not want to get out of bed.

There are no new medical problems since last visit.

She has seasonal significant nasal congestion; no cough, sputum, some wheeze, no shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
    MEDICAL: Arthritis, Hashimoto thyroiditis, gastric ulcers. CNS Lyme. Anxiety. On adrenal replacement.

CURRENT MEDICATION LIST:
    LEXAPRO ORAL TABLET 20 MG, EVERY DAY
    SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
    ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
    TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
    PREVACID ORAL PACK 15 MG, 2 Every Morning
    AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
    CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY
    COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
    HYDROCORTISONE 20MG, EVERY DAY
    LOW DOSE NALTREXONE, EVERY DAY
    VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
    BIAXIN
    ERYTHROMYCIN DERIVATIVES

Page 1 of 3

From 5088152636   To <Kevin Cummin>   Page 2/3   Date 4/29/2011 5:21:01 PM

## Sleep Medicine Associates, LLC
### Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
### Navasuma Havaligi, MD, MPH
### David R. Hatch, MD, FCCP

112 Spencer Street          Phone (860) 432-5600
Manchester, CT 06040        Fax: (860) 432-5622

PatientID:  08181E
Patient Name:  HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service:  04/29/2011

PHYSICAL EXAM:
    VITALS:
        VITAL SIGNS:
            VS-PULSE:  68 Right Radial, Regular
            VS-BLOOD PRESSURE: 114/60 Right Arm Sitting
            VS-RESPIRATION: 16
            VS-HEIGHT:  5ft5.25in
            VS-WEIGHT:  126lbs8oz
            BMI:  20.89
        EPWORTH TOTAL:12
    CONSTITUTIONAL:
        GENERAL APPEARANCE· Patient is female. Alert, well developed, well nourished. Affect is normal
and positive. In no acute distress.
    EARS, NOSE, MOUTH AND THROAT:
        EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
        ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
    NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness,
or mass of the thyroid noted, no cervical lymphadenopathy.
    RESPIRATORY: Normal respiratory effort. Lungs are clear. There are no wheezes, rales or rhonchi. Breath
and chest excursions are symmetrical.
    CARDIOVASCULAR:
        AUSCULATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or
abnormal heart sounds.
        EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
    GASTROINTESTINAL:
        GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
    MUSCULOSKELETAL EXAM:
        HEAD AND NECK: Normal to inspection.  No erythema, swelling, or tenderness.
    PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able
to give personal history.

ASSESSMENT:
    327.00-ORGANIC INSOMNIA UNSPECIFIED
        ASSESSMENT:  Generalized illness and body pain are likely contributors.

    327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
        ASSESSMENT:  May relate to irregular sleep and to chronic pain.

Page 2 of 3

This fax was sent with GFI FAXmaker fax server. For more information, visit http://www.gfi.com

Liberty003358

From: 608850628    To: Kevin Gerrehr    Page: 3/3    Date: 4/29/2011 5:27:01 PM

# Sleep Medicine Associates, LLC
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                 Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 04/29/2011

> 327.23–OBSTRUCTIVE SLEEP APNEA
> ASSESSMENT: AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore. AHI was 0 per the Medicare hypopnea definition. Clinical relevance doubtful.
>
> 327.33–CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
> ASSESSMENT: A substantial issue. Her internal clock has no regularity. She often sleeps at times when people are normally awaken, and often awake at times people normally sleep. Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
 We reviewed basic strategies for shifting the internal clock, including approaches that either advance or delay the internal clock in an effort to shift back to a more normal sleep schedule.

She will be referred to a sleep psychologist, who can work much more intensively with her in hopes of achieving greater success.

RETURN VISIT:    There is no need to schedule follow-up at this time. I would be happy to see her in the future should the need arise.

Electronically Signed by: Richard Shoup, M.D. on Friday, April 29, 2011 at 05:20 pm

Page 3 of 3

This fax was sent with GFI FAXmaker fax server. For more information, visit http://www.gfi.com

03-26-11 12:46   "BEACON PHARMACY"  860-229-4488 --> 979-0056      Page 1 of 1

S {3@ &f1SLEY

PATIENT REQUESTS REFILL 03/26/11

```
-----------------------------------------------|----------------------------------------
                                               |
FROM:     BEACON PHARMACY                       |
          543 West Main Street                  |  ORIG FILL:  02/25/11
          New Britain, CT 06053                 |  ORIGINAL REFILLS: 5
          860-225-6487 860-229-4488             |  LAST FILL:  03/26/11
                                               |
TO:       Giannini, Kristin                     |
          29 Naek Road                          |  PLEASE REVIEW, SIGN
          Vernon, CT 06066                      |  AND FAX BACK TO:
          860-872-2289 979-0056                 |  FAX#  860-229-4488
          NPI: 1881662443                       |
                                               |
PATIENT:  SPEARS, HALEY                         |
          1008 TROUTBROOK RD                     |  DATE:_____
          West Hartford, CT 06119               |
          860-308-2050   REDACTED               |  REFILLS:
                                               |  THIS TIME +_____
DRUG: SINGULAIR 5 MG TABLET CHEW                |
QUANTITY: 56     962691  DOB: REDACTED          |
DIRECTIONS: CHEW 1-2 TABLETS BY MOUTH EVERY     |  Dr._____Dr._____
          DAY                                   |    Substitution    D.A.W.
                                               |
                                               |
-----------------------------------------------|----------------------------------------
```

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

FAX#
** 860-229-4488 **

The documents accompanying this fax are CONFIDENTIAL. Information contained in this
transmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p:
The information acommpanying this fax transmission is intended only for the use of 1
individual (or facility) identified as "recipient". The Recipient of this informatic
is prohibited from disclosing, copying, distributing or using this information excep
as permitted by current law governing privacy of information issues. Such informatic
be destroyed after its stated need has been fulfilled, unless otherwise prohibited 1
If you have received this fax transmission in error, please notify the "sender" imme
for return instructions.

Liberty003360

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street              Phone (860) 432-5600
Manchester, CT 06040            Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

CHIEF COMPLAINT:  Haley Spears is here for a 5 week follow up visit.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She has tried keeping a regular wake up time, but states this has been really hard.  She stats she is often waking up
between noon and 2pm, and her sleep diary sheets show 2:30pm as the most common time.

She reports having more consistency with her sleep compared to before.  Her sleep diaries demonstrate a consistent
sleep phase delay as a primary issue.  She sleeps fairly soundly most nights, but has ongoing pain issues that interfere
with sleep.

She has ongoing pain and some nights she has not been able to sleep.

She denies significant nasal congestion; cough, sputum, wheeze, shortness of breath; chest pain, palpitations; nausea,
vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
    MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.  CNS Lyme.  Anxiety.  About to start adrenal
        replacement.

CURRENT MEDICATION LIST:
    LEXAPRO ORAL TABLET 20 MG, EVERY DAY
    SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
    ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
    TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
    PREVACID ORAL PACK 15 MG, 2 Every Morning
    AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
    CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY
    COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
    HYDROCORTISONE 20MG, EVERY DAY
    LOW DOSE NALTREXONE, EVERY DAY
    VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
    BIAXIN
    ERYTHROMYCIN DERIVATIVES

PHYSICAL EXAM:
    VITALS:

Page 1 of 4

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

VITAL SIGNS:
VS-PULSE: 84 Right Radial, Regular
VS-BLOOD PRESSURE: 124/62 Right Arm Sitting
VS-RESPIRATION: 16
VS-HEIGHT: 5ft5.25in
VS-WEIGHT: 125lbs8oz
BMI: 20.72
EPWORTH TOTAL:16
CONSTITUTIONAL:
GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Lungs are clear. There are no wheezes, rales or rhonchi. Breath and chest excursions are symmetrical.
CARDIOVASCULAR:
AUSCULATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
GASTROINTESTINAL:
GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
MUSCULOSKELETAL EXAM:
DIGITS/NAILS: No clubbing or cyanosis.
HEAD AND NECK: Normal to inspection. No erythema, swelling, or tenderness.
PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

ASSESSMENT:
327.00-ORGANIC INSOMNIA UNSPECIFIED
ASSESSMENT: Generalized illness and body pain are likely contributors.

327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
ASSESSMENT: May relate to irregular sleep and to chronic pain.

327.23-OBSTRUCTIVE SLEEP APNEA
ASSESSMENT: AHI – 6.5 (per non-Medicare hypopnea definition) and she did not snore. AHI was

Page 2 of 4

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                              Phone (860) 432-5600
Manchester, CT 06040                         Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

0 per the Medicare hypopnea definition. Clinical relevance doubtful.

327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE

ASSESSMENT: A substantial issue. Her internal clock has no regularity. She often sleeps at times
when people are normally awaken, and often awake at times people normally sleep. Etiology likely
multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has
been on disability and not able to work.

RECOMMENDATIONS:

She should start trying to get up at 1 pm consistently as the next step in regulating her internal clock, to try
advancing her sleep phase more slowly. She was unable to succeed with a larger change. She should obtain
outdoor bright light for about 1/2 hour upon awakening. After 2 weeks of waking up successfully at 1pm, she
can move the time back to noon. She can advance her sleep by 1 hour every 2 weeks, provided she is
consistently waking up at the new time. She was given additional sleep diary sheets to help track her progress.

She was advised to take her hydrocortisone upon awakening, and to maintain this pattern as she works to move
her sleep time gradually to earlier in the day.

She was instructed to start taking 3 meals a day and to time them to match her sleep pattern, such that breakfast
should be daily within the first hour upon awakening, supper about 4 to 5 hours before going to bed at night,
and lunch in the middle. This will help additionally to entrain her internal clock.

She was instructed to have dim lights for the last hour or so before bedtime to allow normal dim light melatonin
onset. Included was the information to avoid even a computer screen during this time, as that is enough light to
affect the internal sleep clock.

She should also establish and maintain a regular bedtime routine for about the last hour before going to sleep.

The possibility of melatonin before bed was discussed briefly, but deferred, as by far the major stimulus to reset
the internal clock is light, and melatonin has been shown to add only a small amount of help. Currently she
takes a lot of medications and supplements.

Time with patient over 35 minutes with more than 30 minutes counseling time.

RETURN VISIT: Patient instructed to return in 2 to 3 months.

Page 3 of 4

Liberty003363

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID:  08181E
Patient Name:  HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service:  03/24/2011

Electronically Signed by: Richard Shoup, M.D. on Thursday, March 24, 2011 at 05:08 pm

Page 4 of 4

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street
Manchester, CT 06040

Phone (860) 432-5600
Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

### SLEEP MEDICINE CONSULTATION

REFERRED BY: Dr. Kristin Giannini

Dear Dr. Giannini,

Today I had the opportunity to evaluate your patient, Haley Spears, in Sleep Medicine consultation.

CHIEF COMPLAINT: Haley Spears is seen as a new patient. The patient complains of difficulty falling and staying asleep.

HISTORY:

The patient has infrequent snoring from time to time. She sleeps alone. She has not been told she has breathing pauses in her sleep. She does not awaken with gasping sensations.

She reports daytime sleepiness. She often feels "exhausted" but cannot fall asleep. Other times she may fall asleep and sleep 12 hours. She reports occasional drowsiness with driving and denies having had a motor vehicle accident from drowsiness.

The patient denies cataplexy. She has experience sleep paralysis in the past (at least 3 years ago). She does not walk in sleep, but does talk in sleep.

She denies restless legs syndrome symptoms.

She has drenching night sweats that may occur several nights a week for several weeks, and then these will go away for several weeks.

She has been on Ambien 10mg, Lunesta 3mg which have not helped. Melatonin has not helped, nor has Benadryl.

SLEEP STATUS:

Typical bedtime is between 11pm to 8am. Her bedtime is so varied because she cannot fall asleep. Some nights she does not bother to go to bed because she is sure she will not be able to sleep. Other times she tosses and turns an hour or 2 and then gets out of bed.
The patient usually sleeps on his/her sides and back. Once asleep she normally sleeps from 7 to 14 hours. Some nights she sleep 3 hours and has had difficulty falling back to sleep.
She states she has no sleep routine, and this in part is related to the fact that she is not working.

Page 1 of 6

Liberty003365

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                                Phone (860) 432-5600
Manchester, CT 06040                         Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

She sleeps in the daytime hours at least 3 or 4 days a week. This depends on if she has doctor's appointments to get to.

She report having this irregular sleep pattern about 2 years. Before then she slept nightly for about 6 to 8 hours a night, and could fall asleep easily almost anywhere. Her sleep changed when she developed migraine headaches and cognitive problems. She eventually underwent a lumbar puncture that demonstrated evidence for CNS Lyme. She states that multiple doctors have agreed that her symptoms have been consistent. She was treated on Rocephin for via a PIC line. She has also been on multiple courses of oral antibiotics.

She had a great deal pain when she was initially treated for CNS lyme.

She may sleep from 3 to 6 hours at a time for several days in a row, and then will sleep about 12 hours the next night.

She does not drink caffeinated beverages or take chocolate on a regular basis.

PAST MEDICAL HISTORY:
 MEDICAL: Arthritis, Hashimoto thyroiditis, gastric ulcers. CNS Lyme. Anxiety. About to start adrenal replacement.
 SURGICAL: No previous surgery.

CURRENT MEDICATION LIST:
 LEXAPRO ORAL TABLET 20 MG, EVERY DAY
 SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
 ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
 TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
 PREVACID ORAL PACK 15 MG, 2 Every Morning
 AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
 CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY

CURRENT ALLERGY LIST:
 BIAXIN
 ERYTHROMYCIN DERIVATIVES

SOCIAL HISTORY:
 MARITAL STATUS: Single. Lives alone. No children.
 TOBACCO USE: Has no smoking history.

Page 2 of 6

Liberty003366

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                   Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

> ALCOHOL: The patient consumes 1 beverage yearly.
> Previously administrative assistant. On disability.

FAMILY HISTORY:
> FATHER: The father is living. Troubles sleeping.
> MOTHER: The mother is living. No snoring with either parent.

REVIEW OF SYSTEMS:
> GENERAL: Normal activity, no change in appetite.
> EYES: No discharge from the eyes, no dryness noted.
> EARS/NOSE/MOUTH/THROAT: No infections, drainage, or ear pain, no significant nasal congestion, stuffiness, dryness, discharge, blockage,.
> RESPIRATORY: No cough, no shortness of breath, no wheezing. Coughs with eating or drinking.
> CARDIAC: No chest discomfort noted, no chest pain, denies chest pressure, sputum, no dyspnea on exertion, no edema, no orthopnea, no palpitations, no tachyarrhythmia.
> GI: No complaints of abdominal pain, no abdominal distention, no bloating, no change in bowel habits, no heartburn, no indigestion, no loss of appetite, no nausea, normal stools, no swallowing difficulties, no vomiting.
> MUSCULOSKELETAL: No joint complaints, no muscle complaints. Various pains in neck and back affect sleep. Has other pains that are variable.
> NEUROLOGICAL: No decrease in ability to concentrate, no headaches, no loss of consciousness, no memory loss, no complaints of muscle weakness, no seizures. Seizures before treated for CNS Lyme.
> PSYCHIATRIC: No change in personality, no mood swings.
> ENDOCRINE: No history of excessive thirst or hunger, no history of excessive urination, no temperature intolerances, denies significant weight gain, denies significant weight loss. Usually warmer than colder.
> HEMATOLOGIC/LYMPHATIC: There are no swollen, painful or tender lymph nodes.
> ALLERGIC/IMMUNOLOGIC: No allergic symptoms, no environmental or seasonal allergies, **spring allergies, fall allergies.**
> Ten years ago she weighed about the same as now.

PHYSICAL EXAM:
> VITALS:
>> VITAL SIGNS:
>>> VS-PULSE: 80 Right Radial, Regular
>>> VS-BLOOD PRESSURE: 132/88 Right Arm Sitting
>>> VS-RESPIRATION: 16
>>> VS-HEIGHT: 5ft5.25in
>>> VS-WEIGHT: 120lbs6oz
>>> BMI: 19.88

Page 3 of 6

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

EPWORTH TOTAL:9-16
NECK CIRCUMFRENCE:  12  inches
CONSTITUTIONAL:
GENERAL APPEARANCE:  Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
HEAD/FACE:  Sinuses are not tender, red or swollen.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL EARS AND NOSE:  External ear exam normal with no scars, lesions or masses.
External nose exam normal with no scars, lesions or masses.
EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE:  No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and oropharynx.
NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Clear to auscultation without wheezes, rales or rhonchi. Breath sounds are symmetrical. Percussion tones resonant and symmetrical. Chest excursions are symmetrical.
CARDIOVASCULAR:
PALPATION & AUSCULTATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities of the extremities.
GASTROINTESTINAL:
GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
MUSCULOSKELETAL EXAM:
DIGITS/NAILS: No clubbing or cyanosis.
HEAD AND NECK:  Normal to inspection and palpation.  No erythema, swelling, or tenderness. Trachea midline.
SPINE/RIBS/PELVIS:  No kyphosis, lordosis, or tenderness.
NEUROLOGIC:
CRANIAL NERVES: CNs II-XII grossly intact, gait and station are normal. No evident muscle atrophy fasciculations or spasticity.
PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

LAB DATA: Polysomnogram demonstrates no OSA per Medicare standards and very mild OSA per non-Medicare hypopnea definition.  There were numerous PLMS.

ASSESSMENT:
327.23-OBSTRUCTIVE SLEEP APNEA

Page 4 of 6

Liberty003368

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

| | |
|---|---|
| 112 Spencer Street | Phone (860) 432-5600 |
| Manchester, CT 06040 | Fax: (860) 432-5622 |

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

ASSESSMENT:  AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore.  AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

327.00-ORGANIC INSOMNIA UNSPECIFIED
ASSESSMENT:  Generalized illness and body pain are likely contributors.

327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
ASSESSMENT:  May relate to irregular sleep and to chronic pain.

327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally sleep.  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:

We discussed strategies for starting to bring stability to her internal clock.  She should start by picking a regular morning wake-up time and the sticking with it very strictly.  It was suggested this be between 6 and 9am.

She was instructed to obtain about 30 minutes of outdoor bright light each morning just after getting up for the day.

She was instructed to start taking her newly-prescribed Cortef (hydrocortisone) when she wakes up in the morning and not later in the day.

She should keep a sleep diary and bring it to her next visit.  This will document how she well she is able to keep a regular wake up time.  It will also help show how the rest of her sleep pattern begins to adjust to the new regular wake up point.  There will be no attempt to restrict afternoon napping at this point.

She was told that these steps are just the initial start in a process that may take a while.  It may make sense eventually for a trial of treating periodic limb movements.  At this time, however, she is about to start several new medications for other reasons, so PLM evaluation can wait.

Thank you for the opportunity to participate in the care of your patient.  I plan to see Haley Spears in follow up in 5 weeks, and will keep you informed of your patient's progress.

Sincerely,

Page 5 of 6

Liberty003369

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navusuma Huvaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

Richard M. Shoup, M.D.
Diplomate, American Board of Sleep Medicine

Electronically Signed by: Richard Shoup, M.D. on Thursday, February 17, 2011 at 05:16 pm

Page 6 of 6

7H317150003

2/7/2011 9:14 PM  FROM: Fax   TO: 9.18608756271.328850   PAGE: 001 OF 003

# Yale Brain Tumor Center
### A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208082
New Haven, CT 06520-8082

(203) 785-7294 phone
(703) 737-2891 fax

**Surgical Oncology**
Joseph M. Piepmeier MD
Ketan R. Bulsara MD
*Skull Base Tumors*
Khalid M. Abbed MD
*Spine Tumors*

**Medical Neuro-Oncology**
Joachim M. Baehring MD, D Sc

**Medical Oncology**
Jill Lacy MD

**Radiation Oncology**
Jonathan F. Knisely MD
Kenneth B. Roberts MD

**Gamma Knife Center**
Veronica L. Chiang MD

**Neuropathology**
Anita Huttner MD, PhD
Alexander Vortmeyer MD, PhD

**Neuroradiology**
Robert K. Fulbright MD

**Clinical Coordinator**
Betsey D'Andrea RN

**Physician Assistant**
Marita Lazzaro, PA-C

**PATIENT NAME:**   Spears, Haley
**PATIENT ID:**   2264654
**DATE OF BIRTH:**   REDACTED
**DATE OF VISIT:**   07/30/2010

Haley returns to the Yale Neurology Clinic for followup of a right temporal lobe signal abnormality and a pineal region cyst.

Since we have seen her last on July 31, 2009. Haley's headaches have not worsened in frequency or intensity. The cephalgic episodes occur in cycles with headache free periods lasting now weeks to months. Her last "migraine" she reports was in May 2010. She usually takes Migranal to prevent the headaches if she has one from coming on if it occurs. She has not suffered any headaches or an acute onset and intense severity preceded by postural change. She denies any nausea or vomiting. Apparently, she has been diagnosed with babesiosis and bartonella infections and borreliosis and she is under the care of Dario Zagar, M.D. associated neurologist of Southern Connecticut for these issues.

**MEDICATIONS:**
Include Topamax, Singulair, Prevacid, famotidine, Plaquenil, Rifampin, Mepron and Zithromax. She used to have a PICC line, but that has been removed.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Temperature is 98.0. Heart rate is 67. Respirations are 18 breaths per minutes. Blood pressure is 116/69. Oxygen saturation is 100% on room air. Her weight is 53.3 kg.

On neurologic exam, she is fully awake, alert and oriented. Her language is fluent. There are no cognitive deficits. Pupils are equal, round and reactive to light. There is no papilledema. There are no cranial nerve abnormalities. There is no drift of the outstretched arms. Muscle strength, bulk and tone are normal and symmetric. There is no extinction. No dysmetria. Reflexes are symmetric. Gait is normal-based and steady.

**Clinic Note**

*DIGITALLY SIGNED FEB 07, 2011, 02:42- SIGNER; JOACHIM M. BAEHRING M.D. (4D535740)*

Liberty003371

2/7/2011 9:14 PM  FROM: Fax   TO: 9,18608756271,336850   PAGE: 002 OF 003

PATIENT NAME:      Spears, Haley
PATIENT ID:        2264654
DATE OF BIRTH:     REDACTED
DATE OF VISIT:     07/30/2010

We have reviewed her MRI scan from today and compared it with previous study.  Again noted
is an area of increased T2 signal adjacent to the temporal horn of the right lateral ventricle.  This
is entirely unchanged in size and appearance and is of unknown etiology.  The benign pineal cyst
has a regular wall.  It is not enhancing and flow is open.

Ms. Spears remains asymptomatic.  Therefore, we keep the intervals between the scans of one
year.  The etiology of the right temporal lesions remains uncertain.  But with every MRI passing
without an increase in the size of this lesion, the diagnosis of an infiltrative tumor becomes less
and less likely.  She seems to be entirely asymptomatic from her pineal region cyst, which
remains to display very benign imaging characteristics.  Haley will return to the office in a year
after her next scan.

_____
James Mark Lazenby, APRN
Joachim M. Baehring, M.D., D. Sc.

JML/rct

Addendum: I agree with the above note, assessment and plan. I was present during the crucial
elements of the patient's history, review of systems and physical/neurologic examination and
performed critical portions thereof myself. I personally reviewed pertinent imaging and
laboratory results, and an updated medication list. I generated the treatment plan and
communicated this to the patient with their full understanding.

_____
Joachim M. Baehring, M.D., DSc

cc:     Dario M. Zagar, M.D.
        75 Kings Highway Cutoff
        Fairfield, CT  06824
        Fax +203-333-3937

        Kristin A. Giannini, MD, Healthwise Rockville Family Physicians
        520 Hartford Turnpike, Suite N
        Vernon Rockville, CT 06066-5037
        Fax +860-875-6271

*DIGITALLY SIGNED FEB 07, 2011, 02:42- SIGNER: JOACHIM M. BAEHRING M.D. (4D535744)*

 **Quest Diagnostics**

| | |
|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | |
| CLIENT SERVICE 1-866-697-8378 | |
| | |
| SPECIMEN INFORMATION | |
| SPECIMEN:   WC166555N | |
| REQUISITION: 0011482 | |

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED  AGE: 33
GENDER: F

ID:  1839-1
PHONE: 860.308.2050

**REPORT STATUS FINAL REPRINT**

**ORDERING PHYSICIAN**
KAGE,BARBARA

**CLIENT INFORMATION**
NE22222358                60010000
RHEUMATOLOGY & ALLERGY INST.
361 MAIN ST
MANCHESTER, CT 06040-4127

COLLECTED:  01/07/2011   11:10 ET
RECEIVED:   01/08/2011   01:11 ET
REPORTED:   01/13/2011   14:22 ET

**COMMENTS: FASTING**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE W/eGFR | | | | QUA |
|   CREATININE | 0.80 | | 0.58-1.05 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| PTH, INTACT AND CALCIUM | | | | |
|   PTH, INTACT | | | | QUA |
|    PARATHYROID HORMONE, | | | | |
|     INTACT | 63 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
|   Primary | Normal or High | High |
|   Secondary | High | Normal or Low |
|   Tertiary | High | High |
| Non-Parathyroid | | |
|   Hypercalcemia | Low or Low Normal | High |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | QUA |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
|   VITAMIN D, 25 OH, TOTAL | | 12  L | 30-100 ng/mL | |
|   VITAMIN D, 25 OH, D3 | 12 | | ng/mL | |
|   VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | | 1.5-2.5 mg/dL | QUA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | | 2.5-4.5 mg/dL | QUA |

SPEARS,HALEY A - WC166555N

Page 1 - Continued on Page 2

7H317150003



**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 01/07/2011   11:10 ET
REPORTED: 01/13/2011   14:22 ET

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED   AGE: 33
GENDER: F
ID: 1830-1

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QUA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
|   PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QUA |
|   PROTEIN ELECTROPHORESIS | | | | QUA |
|     ALBUMIN | 4.2 | | 3.6-4.7 g/dL | |
|     ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
|     ALPHA-2-GLOBULINS | 0.5 | | 0.6-1.0 g/dL | |
|     BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
|     GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
|     INTERPRETATION | | | | |

      Normal Pattern

| | | | | |
|---|---|---|---|---|
| IMMUNOGLOBULINS | | | | QUA |
|   IMMUNOGLOBULIN A | 186 | | 81-463 mg/dL | |
|   IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
|   IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 33-115 U/L | QUA |
| GGT | 15 | | 3-50 U/L | QUA |
| AST | 18 | | 10-30 U/L | QUA |
| ALT | 11 | | 6-40 U/L | QUA |
| | | | | |
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QUA |

Reference Range

   &gt; or = 20 Years  0.40-4.50

      Pregnancy Ranges
    First trimester   0.20-4.70
    Second trimester  0.30-4.10
    Third trimester   0.40-2.70

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | QUA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | QUA |
| T3, TOTAL | 100 | | 76-181 ng/dL | QUA |
| T3 UPTAKE | 34 | | 22-35 % | QUA |
| | | | | |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| | | | | |
| SED RATE BY MODIFIED | | | | QUA |
|   WESTERGREN | 2 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |

SPEARS,HALEY A - UC166555N

Page 2 - Continued on Page 3||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. SN-0P2FN. 7H1

01/13/11 16:00 0240977  2/5

Liberty003374



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 01/07/2011   11:18 ET
REPORTED: 01/13/2011   14:22 ET

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.3 | | 35.0-45.0 % | |
| MCV | 90.8 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2936 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON | | | | QWA |
| BINDING CAPACITY | | | | |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |
| FERRITIN | 11 | | 10-154 ng/mL | QWN |
| VITAMIN B12/FOLATE, | | | | QWA |
| SERUM PANEL | | | | |
| VITAMIN B12 | 277 | | 200-1100 pg/mL | |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL. It has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency: less than 1%
of patients with values above 400 pg/mL will have symptoms.

Liberty003375



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  01/07/2011   11:10 ET
REPORTED:   01/13/2011   14:22 ET

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|
| SPEARS,HALEY A | |
| DOB: REDACTED  AGE: 33 | ORDERING PHYSICIAN |
| GENDER: F | KAGE,BARBARA |
| ID: 1839-1 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FOLATE, SERUM | 12.9 | | ng/mL | |

Reference Range
Low:                   <3.4
Borderline:       3.4-5.4
Normal:             >5.4

IMMUNOFIXATION, SERUM                                                                                    QWA
  INTERPRETATION

        Normal pattern. No monoclonal proteins detected.


        HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
        Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE , TETERBORO, NJ  07608-1011
        Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D2696246

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
        Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:          ROCKVILLE FAMILY PHYSICIAN
                                                                520 HARTFORD TPKE STE N
                                                                VERNON ROCKVILL, CT 06066-6044

                                                                ASSOCIATED NEUROLOGISTS
                                                                75 KINGS HWY
                                                                FAIRFIELD, CT 06825-4823

                                                                SAUL & MILJKOVIC, M.D.'S
                                                                2600 POST RD
                                                                SOUTHPORT, CT 06890-1258

                                                                HERNAND HAXLEN, M.D.
                                                                123 W 79TH ST
                                                                NEW YORK, NY 10024-6480


SPEARS,HALEY A - WC166555N                                    Page 4 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved  p-draft.  2/01
01/19/11  16:34  0249777  4/5

Liberty003376



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | |
|---|---|
| **PATIENT INFORMATION**<br>SPEARS,HALEY A | **REPORT STATUS FINAL REPRINT** |

**SPECIMEN INFORMATION**
SPECIMEN:    WC166555N
REQUISITION: 0011482

DOB: REDACTED AGE: 33
GENDER: F

ID:  1839-1
PHONE: 860.308.2050

**ORDERING PHYSICIAN**
KAGE,BARBARA

**CLIENT INFORMATION**
NE22129954                    60010000
ROCKVILLE FAMILY PHYSICIAN
528 HARTFORD TPKE STE N
VERNON ROCKVILL, CT 06066-5044

COLLECTED:  01/07/2011   11:10 ET
RECEIVED:   01/08/2011   01:11 ET
REPORTED:   01/13/2011   18:57 ET

**COMMENTS: FASTING**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE W/eGFR | | | | QWA |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| PTH, INTACT AND CALCIUM | | | | QWA |
| PTH, INTACT | | | | |
| PARATHYROID HORMONE, | | | | |
| INTACT | 63 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
| Primary | Normal or High | High |
| Secondary | High | Normal or Low |
| Tertiary | High | High |
| Non-Parathyroid | | |
| Hypercalcemia | Low or Low Normal | High |

| | | | | |
|---|---|---|---|---|
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 12     L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 12 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| | | | | |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | | 1.5-2.5 mg/dL | QWA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | | 2.5-4.5 mg/dL | QWA |

SPEARS,HALEY A - WC166555N

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-EMAR.  2/01

01/13/11  18:58  0N33787  1/3



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 01/07/2011   11:10 ET
REPORTED: 01/13/2011   18:57 ET

| | | |
|---|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT | |
| SPEARS,HALEY A | | |
| DOB: REDACTED AGE: 33 | ORDERING PHYSICIAN | |
| GENDER: F | KAGE,BARBARA | |
| ID: 1839-1 | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QWA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.2 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | | | | |

Normal Pattern

| | | | | |
|---|---|---|---|---|
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 186 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 33-115 U/L | QWA |
| GGT | 15 | | 3-50 U/L | QWA |
| AST | 18 | | 10-30 U/L | QWA |
| ALT | 11 | | 6-40 U/L | QWA |
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

| Pregnancy Ranges | |
|---|---|
| First trimester | 0.20-4.70 |
| Second trimester | 0.30-4.10 |
| Third trimester | 0.40-2.70 |

| | | | | |
|---|---|---|---|---|
| T4 (THYBOXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 100 | | 76-181 ng/dL | QWA |
| T3 UPTAKE | 34 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| SED RATE BY MODIFIED | | | | QWA |
| WESTERGREN | 2 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |

SPEARS,HALEY A - WC166555N                              Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 33-07429.   7/01

07/13/11  18:59  (141)809   2/3



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  01/07/2011   11:10 ET
REPORTED:   01/13/2011   18:57 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED  AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.3 | | 33.0-45.0 % | |
| MCV | 90.8 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2936 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |
| FERRITIN | 11 | | 10-154 ng/mL | QWA |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | QWA |
| VITAMIN B12 | 277 | | 200-1100 pg/mL | |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

SPEARS,HALEY A - WC166555N

Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. M-D509. 7/6:



**Quest Diagnostics®**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 01/07/2011  11:10 ET
REPORTED: 01/13/2011  18:57 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED  AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| FOLATE, SERUM | 12.9 | | ng/mL | |

Reference Range
Low:          <3.4
Borderline:   3.4-5.4
Normal:       >5.4

IMMUNOFIXATION, SERUM                                                                    QWA
  INTERPRETATION

      Normal pattern. No monoclonal proteins detected.


PERFORMING LABORATORY INFORMATION
AND  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228
     Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801

QTE  QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE  , TETERBORO, NJ 07608-1011
     Laboratory Director: WILLIAM E. TABB, MD, CLIA: 31D0696246

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492
     Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                    RHEUMATOLOGY & ALLERGY INST.
                                            361 MAIN ST
                                            MANCHESTER, CT 06040-4127

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 28-07471, 7/8:

10/21/2015 03:15 pm                    HALEY 5PEAR5 DOB REDACTED                    Liberty003380   165/507

DEC-28-2010 12:59 FROM:RHEUM.& ALL.INST.CT   +8606467999                TO:8608756271        P.1/3

*6·27·10*

# Rheumatology & Allergy Institute of CT, LLC
### 361 Main Street
### Manchester, CT 06040

Phone: 860-646-9929                                                          Fax: 860-646-7999

## Bone Density Report

Name:    **SPEARS, Haley A**                    Sex:           Female
Patient ID: 38640                               Ethnicity:     White
Age:     33                                     Date of Birth: REDACTED

**Referring Physician:** BARBARA KAGE, MD, FACR
**Study:** Bone densitometry was performed.
**Accession number:** 38640.1

**Indication:** This patient has the following osteoporosis risk factors:
- Postmenopausal female
- Vitamin D deficiency
- Chronic use of inhaled steroids;
- Osteopenia
- Unspecified disorder of bone & cartilage;
- Hyperparathyroidism/ Hyperthyroidism
- Low dietary calcium intake

**Current therapy:**
None
**Bone Density:**

| Region | Exam Date | BMD (g/cm²) | T-Score | Z-Score | Classification |
|---|---|---|---|---|---|
| AP Spine (L1-L4) | 12/23/2010 | 0.860 | -1.7 | -1.7 | Osteopenic |
| Femoral Neck (Left) | 12/23/2010 | 0.627 | -2.0 | -1.9 | Osteopenic |
| Total Hip (Left) | 12/23/2010 | 0.787 | -1.3 | -1.2 | Osteopenic |

*T-Score reflects BMD compared to a Caucasian person, 20-25 years of age in the NHANES III database.) World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above -1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5). A Z-score of -2.0 or lower is defined as "below the expected range for age" and a Z-score above -2.0 is "within the expected range for age."*

A spine fracture indicates 5X risk for subsequent spine fractures and 2X risk for subsequent hip fractures.

**Impression:**
- _ Normal Bone Mineral Density
- _ Osteopenia
- _ Osteoporosis         *within*
- ✓ Bone Mineral Density is below expected range for age  *(pr Z-score)*
- ✓ Significant decrease in hip bone mineral density is seen.

*12/23/2010
Pt sent for
labs for 2°
Causes*

10/21/2015 03:15 pm                     HALEY SPEARS DOB REDACTED                         166/507

Liberty003381

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9929                                              Fax: 860-646-7999

Name:     **SPEARS, Haley A**              Sex:         Female
Patient ID: 38640                          Ethnicity:   White
Age:      33                               Date of Birth: REDACTED

**Recommendations:**

1. Calcium supplementation.
2. Vitamin D supplementation
3. Other treatment recommended: _____ Yes ___✓___ No
   ___Actonel, ___Fosamax, ___Boniva, ___Evista, ___Miacalcin spray, ___Fortao, ___Reclast
4. Patient should be evaluated for secondary causes of BMD loss. ___✓ Yes, ____ No
5. Repeat DXA scan ___ in 24 month

**Previous Exams:**

| Region | Exam Date | Age | BMD (g/cm²) | T-Score | BMD Change % Baseline | BMD Change % Prev (yrs) |
|--------|-----------|-----|-------------|---------|----------------------|-------------------------|
| AP Spine (L1-L4) | 12/23/2010 | 33 | 0.860 | -0.7 | -3.1% * | -3.1% * |
|                  | 01/19/2009 | 31 | 0.887 | -1.5 |       |       |
| Total Hip (Left) | 12/23/2010 | 33 | 0.787 | -1.3 | -8.0% * | -8.0% * |
|                  | 01/18/2009 | 31 | 0.856 | -0.7 |       |       |

* indicates significant change.

Reported by: Barbara Kage, MD, FACR on 12/23/2010 10:27:00 AM.

Dr. Giannini.......PCP FAX # 860-875-8271_____ Sent: _____

167/507

10/21/2015 03:15 pm          HALEY SPEARS DOB REDACTED          Liberty003382

7H317150003

DEC-28-2010 12:59 FROM:RHEUM.& ALL.INST.CT  +8606467999       TO:9603756271        P.3/3

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9929

Fax: 860-646-7999

| Name: | SPEARS, Haley A | | Sex: | Female | Height: | 160.6 cm |
| Patient ID: | 38640 | | Ethnicity: | White | Weight: | 54.6 kg |
| Age: | 33 | | Date of Birth | REDACTED | | |

Scan Date: December 23, 2010
Scan ID: A12231009



Scan Type: f Left Hip

Scan Date: December 23, 2010
Scan ID: A12231008



Scan Type: f Lumbar Spine

Results:

| | BMD (g/cm²) | T-Score | PR (%) | Z-Score | AM (%) |
|---|---|---|---|---|---|
| Left Hip (Neck) | 0.627 | -2.0 | 74 | -1.9 | 77 |
| Left Hip (Total) | 0.787 | -1.3 | 84 | -1.2 | 84 |
| Spine (Total) | 0.860 | -1.9 | 82 | -1.7 | 82 |

Total BMD CV 1%

Summary:

| | Classification |
|---|---|
| Left Hip BMD (Neck) | Osteopenic |
| Left Hip BMD (Total) | Osteopenic |
| Spine BMD (Total) | Osteopeak |

*A spine fracture indicates 5X risk for subsequent spine fracture and 2X risk for subsequent hip fracture.*

*World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above -1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5).*

HOLOGIC

Liberty003383



# NEW ENGLAND CARDIOLOGY ASSOC., P.C.
## Sun King Wan, M.D., F.A.C.C.
## Saqib Naseer, M.D., F.A.C.C.C., F.A.S.N.C.
### 257 East Center Street
### Manchester, CT 06040
### Telephone (860) 643-5101 - Fax: (860) 533-9747

## ECHOCARDIOGRAM

Name: SPEARS, Haley            DOB: REDACTED        Date of Study: 10/8/10
Age: 32        Sex: F Ht: 5'5" WT: 121 lbs     BSA: 1.60m²
Indication:      Chest pain
Referring Physician:
Tape # :           69
Previous Echo:
Type of Study:     2-D ☒      M-Mode ☒      Doppler ☒     Color ☒     Limited Study ☐

| | | Normal |
|---|---|---|
| Aortic Root | 2.0 | 2.0 - 3.7 cm |
| Aortic Valve Opening | 1.6 | 1.5 - 2.6 cm |
| Left Atrium | 2.3-2.7 | 1.9 - 4.0 cm |
| LV End Diastole | 4.3 | 4.5 - 5.7 cm |
| LV End Systole | 3.1 | 2.2 - 4.0 cm |
| Septal Thickness | 0.6 | 0.6 - 1.1 cm |
| Posterior Wall | 0.8 | 0.6 - 1.1 cm |
| Right Ventricle | 1.9 | 0.9 - 2.7 cm |
| EF | 50-55% | 50 - 75% |

LV         Dimension is measured to be within normal limits. The endocardium was not well-visualized in the apical views. The left ventricular ejection fraction is estimated at 50 to 55%.
RV         Dimension is within normal limits.
LA         Dimension is within normal limits.
RA         Dimension is within normal limits.
AO Root    Dimension is within normal limits.
Aortic Valve   Opening well.
Mitral Valve   Redundant mitral valve leaflets with trace mitral regurgitation.
Tricuspid Valve   Trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be 26 mmHg.
Pulmonic Valve   No significant pulmonic regurgitation.
Pericardium   No significant pericardial effusion.

**CONCLUSION:** A combined M-mode and 2-D mode Doppler study performed.

**IMPRESSION:**
1. Technically, this is a difficult and limited study.
2. Left ventricular dimension is measured to be within normal limits. It is difficult to assess the left ventricular systolic function accurately, though, the left ventricular ejection fraction is estimated to be around 50 to 55%. The patient was already called in so more images could be acquired to assess the left ventricular systolic function more accurately.
3. Redundant mitral valve leaflets with trace mitral and tricuspid regurgitation. The right ventricular systolic pressure was calculated to be 26 mmHg which is in the normal range.

*Snaseer*

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 10/8/10  T: 10/11/10

S: BW
cc: Dr. Giannini

Liberty003384

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06010
Telephone (860) 643 5101   Fax: (860) 533 9747

Sun King Wan. M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

October 08, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, #N
Vernon, CT 06066

RE:    SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she saw another specialist of Lyme disease and she was started on Zithromax and Mepron antibiotics and she is actually feeling better now. She denies any chest pain, shortness of breath, palpitation or dizziness.

Today her blood pressure is 112/68. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm 63 beats per minute without any acute change.

In summary, Ms. Spears denies any cardiac symptoms. She is discussed about risk factor modification. She will report any symptoms to us. Otherwise, I will follow her up in one year. She told me that her blood work has been monitored by her primary care physician.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

7H317150003

From: Endocrinology - Retreat Ave - Connecticut Multispecialty Group - (86&Page 2 of 3          Sent On: 12:22 PM, Friday, October 08, 2010



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endoorinolorinology
Paul Lebirson, DO  Robert Oberstein, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN  Anita Salemp, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/08/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up. She would also like to discuss labs.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6): TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71), ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
No change in neck but feels like she has heavier swallow when the fluid comes back in the nodule. and it goes away after the drainage.
**ROS**
No voice changes lately.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Lunesta 1 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP ; RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromyein 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT.
**PMH**
No change to PMH.
**Vital Signs**

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road  Bloomfield, CT 06002

1.

Liberty003386

### RE: SPEARS, HALEY A.

Recorded by Carrero.Katherine on 08 Oct 2010 11:52 AM
BP: 120/74, RUE, Sitting,
HR: 76 b/min, R Radial, Regular,
Weight: 121.6 lb.
**Physical Exam**
    The thyroid had a nodule on left , 1cm and min palp on right lower.
    The cervical lymph nodes were not enlarged.
    No tremor was seen.
    The affect was normal.
**Results**
T3, Total - 11779  07 Oct 2010 05:17 PM
- T3, TOTAL: 99  76-181  N
Free T4 - 11778  07 Oct 2010 05:17 PM
- T4, FREE. 1.0  0.8-1.8  N
TSH - 3RD GENERATION  07 Oct 2010 05:17 PM
- TSH, 3RD GENERATION: 2.02   N.
US Soft Tissue Head/Neck Thyroid - OFFICE  08 Oct 2010 12:17 PM
- US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime ultrasound
Indication: f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm. Additionally, there is a right sided cystic
nodule measuring 1.1 x 1.2 x 1.5 cm without calcifications and almost entirely cystic. On the left is a solid,
isoechoic nodule with smooth borders and a halo without calcifications which is superficial in the mid lobe. It
measures 1.3 x 1.0 x 1.7 cm. There is a complex nodule more inferiorly on the left which is 0.8 x 0.6 x 1.0 cm.
Summary: MNG without significant change.
Performed and interpreted by R. Oberstein, MD.
**Assessment**
    · Hashimoto's thyroiditis  (245.2)
    · Nontoxic multinodular goiter  (241.1)
MNG is stable without signif change.  no further w/u now
Thryoid function indicated low level in august but now back to normal.
**Orders**
TSH - 11661: Requested for: 08 Oct 2010.
Free T4 - 11778; Requested for: 08 Oct 2010.
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 08 Oct 2010.
Follow-up visit: other; Requested for: 08 Oct 2010.
**Plan**
Lab in 2 mo as the tft's are fluctuating
Likely will need LT4 soon

Call if any change in neck
U.S. next year.
**Signature**
Electronically signed by : Robert Oberstein  M.D.; 10/08/2010 12:22 PM EST.

2

**Patient Name:** _Haley Spears_

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**D.O.B.** ___ REDACTED ___

**Primary Care**

Date: 4/20/08

BP 130 / 80

P 84  RR 24

T 99' m

Smoker ___ θ

LMP 3wksago

SpO₂ 100%

Duoneb
nebulizer
begin @ 1445
@ 4 bpm
@ 1450
...
4 bpm
BP 130/80
pt noted mild
lightheadedness
@ 80 pm

**Medications:** Singulaire; Zyrtec; Albuterol Inhaler
Asacol; Prevacid; Mucinex DM; Chlotrimeton
Tegretol

**Allergies:** NKA

4/20/08 12⁰ - Pt calls requesting medication for her nebulizer -
↑ allergy sx over past few days causing exacerbation of asthma -
Albuterol Inhaler last used 15 min ago c minimal results -
Wheeziness in chest - Reviewed c Dr. Weiss - pt to be seen
today for further eval. - ✗ By LR

s/ PT with upper respiratory
infection manifested by cough,
wheeze and SOB for last
week

PMH see hx chart

ROS (-)

social seenotes

o/ uncomfortable mild respiratory distress
TM - clear bilaterally
post phar injected
neck (PT shotty adenopathy
hyp - end exp - wheeze
hrt mm

2nd exam (after duoneb treatment)
feels better
hyp clear bilaterally

# / asthmatic bronchitis

P/- z pak
- Rotacaps usn AC # 807.
- Ventolin inhaler
(pt does not want prednisone)
Smith

Pg. 2

**HARTFORD**
MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Haley Spears_

**D.O.B.** ___REDACTED___

**Primary Care**

| Date: | **Medications:** | **Allergies:** |
|---|---|---|
| BP | | |
| P | | |
| T | | |
| Sn | | |
| LM | | |

**Comment History:**

04/21/2008 11:34 AM      BOLTON,ELIZABETH
TASK CREATED
Caller: Self; Other; (860)308-2050 (Home)
patient called today. after seeing Dr. Weiss yesterday. she decided that she would start the perdisone treatment She may be reached at
860-308-2050. She uses CVS on S. Main Street here in W. Hartford

Rx E-Rx by me. Please inform pt
→ put up c this location

4-21-08 hapt a none (T)

**Comment History:**

04/23/2008 02:19 PM      Goncalves,Sandra
TASK CREATED
Caller: Self; Call Back; (860)308-2050 (Home)
PT SAW DR WEISS ON SATURDAY AND IS NOT ON DAY 4 OF MEDICATION. SHE PUT HER ON PREDNISONE AND ZPACK
AND STILL HAS A FEVER, WHEEZING. WONDERING IF THAT IS NORMAL? LAST NIGHT SHE STARTED GETTING REALLY
HOT AND HER EYES WERE DIALATING AND WAS MORE TIRED THAN NORMAL.

| Date of message | Time of message | Pt Name | Urgent | Primary Physician | |
|---|---|---|---|---|---|
| 4/23/08 | 3:30 PM | Spears, Haley | | Dr Schiff | Will wait another day. |

Who Called: Self   Reachable at: DOB: 10/2/07   Pt Age
Pharmacy Phone No.

Medication
Allergy
Message: Ret'd pt call. Pt started Prednisone
2 days ago. Also on Zpak not
feeling much better. using
Flovent. If any problems
breathing need to re-go to ER

Reviewed above c/o
Better today. w/ same
symptoms.

Chart ☐ Prednisone 60 mg X 3 day

Bolton RN

Person Taking Message   Call Back Time Available   Call Back No:   Handled by:
AM   Cell 930-0_ _
PM   Home   Work
Form 2097 © 1995 & 1998 Corporation, Des Moines, IA 50368  (800) 643-3940  PRINTED IN U.S.A.  BE Reorder#

40 mg ?? 2 day
20 mg X3 day
10 mg X4 day

**Patient Name:** _Spears, Haley_

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**D.O.B.** _____REDACTED

Medications: _prednisone_     Allergies:     **Primary Care**

Date: 4/24/08 p
BP 124/60
P 88  RR
T 98.7  Wt
Smoker _No_
LMP _last week_

_AAO.Y.SpO₂_

GAR

4/24/08, 34 y/o F is here for f/u p, SH/U has
severe congestion, wheezings, Congn, SOB

URI / Asthma exac 4/24/08
    - unresol c/ Duoneb
R/ Zpack, albuterol, Deferred Prednisone
    → not upresp
    - start Prednisone 4/24/08
        60 mg × 3 days
        took 20 mg today on own
    - cont cough + wheeze
    - mild SOB
    - DFK

O: HEENT ⊖
    CLAD
    exp wheezes (B)   — ⊕ unresol c/o med
    RNGA

A/P: Asthma Exacerbatn
    - x-ray
    - Duoneb given
    - Solumedrol 125, IM ×1
    - Restart Prednisone Taper  60 × 3
                                40 × 3
                                20 × 3
                                10 × 4
    - Duoneb above q 4° prn
    RTC u/ 1-2 days if not better
                                Sw

Solumedrol
125 g @glut
ERL
Duoneb — ERL

Pg. 2

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** Spears, Haley

**D.O.B.** __REDACTED__

**Primary Care**

**Medications:** ZORTEC
PREDNIO

**Allergies:**

| Date: | |
|---|---|
| BP | / |
| P___ RR | |

See prog notes 4/20 + 4/24

**Comment History:**

S 04/29/2008 12:07 PM   THOMPSON, JODIE
TASK CREATED
LI Caller: Self; Call Back; (860)308-2050 (Home)
PATIENT HAS BEEN IN TWICE FOR SAME SITUATION - STILL NOT IMPROVING WITH MULTIPLE PRESCRIPTIONS AND
BREATHING TREATMENTS. SHE WOULD LIKE TO SPEAK TO A NURSE. PLEASE CALL. TRY CELL FIRST AT 860-930-088
IF NOT REACHABLE THERE, THEN TRY 860-565-0242

4/29/08 Still c̄ extreme tightness in chest + cough. Usually neb
but recuing out. Has been on prednisone. Saw Dr. Schiff 4/24
↑ prednisone, had solumedrol feels ↑ better. Last night last night
worse, tight chest + c̄ burning. Started c̄ temp again temp H₂
(low grade) 99-100. Also who 3pack, prednisone × 8 day - neb H₂
needs of neb H₂ continue will need additional refill.
Also would prefer Nebulon inhaler (ordered by Dr. Weiss)
instead of albuterol inhaler Dr. Schiff ordered — Cell
needs re-eval. - schedule c̄ Dr. Schiff 4/30
                                                      (JM)
                                                      4/29/08

4/29/08 pt states prednisone not working
still having chest tightness & cough
refusing ED. Appt tonight 7³⁰ (JM)

| Date 4/29/08 | | 7:38p PT   c/o CHEST CONGESTION, COUGHING - |
|---|---|---|
| BP 150/84 | | NIGHT SWEATS × 1 WK |
| P 98 RR | | Still c̄ cough ... - ... ... |
| T98.7 | | - Peak flow - ... |
| Service | | ① 330   ② 280   ③ 200   ... |
| LMP | | |
| Dx | | |

| | P5 SPIROMETRY - | PE ... WOMAN ... |
| | | ... |
| | | |

98% RA

**HARTFORD** MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** Spears, Haley

**D.O.B.** __REDACTED__

**Primary Care**

Date:

BP_____/_____

Medications:

Allergies:

Comment History:

Haley Spears   10-11-77

05/01/2008 09:57 AM          BOLTON,ELIZABETH
TASK CREATED
Caller: Self; Call Back; (860)308-2050 (Home)
PATIENT WAS SEEN THE OTHER DAY BY JILL AND SHE IS RUNNING OUT OF MEDICATION THAT JILL GAVE HER, CAN
SHE GET MORE? ALSO, SHE NEEDS A REFILL ON HER EPI-PIN(MULTI PACK). THE EPI-PIN SHE HAS NEVER GOTTEN
FROM DR. SCHIFF BEFORE, PLEASE GIVE HER A CALL BACK AT 930-0887

*[handwritten notes]* Epipen expired in December - needs reorder per pt
Will run out of duonebs next day or so - please order
additional to last for a while) Can wait for mo tming EM

OK for EPI-PEN #3 DNEB
Duoneb  q4  prn
#1 pack 5mb.

5/2/08 Erxes done, pt aware (M)

5/5/8   Rx rchg
                  Nebone
          Us, Dotted + Rchd...
          On Cath "4 bags of flem..
          Flov Atrrn   10/10  + B42 - called w-
          this  PAT  Mid-w - will Fl, Den

Pg. 2

**HARTFORD**
MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** Spears, Haley

**D.O.B.** ___REDACTED

Primary Care

Medications: see list.

Allergies: ? ASA

Date: 5/16/08
BP 138/84
P 86  RR 16
T 98.5  Wt 124
Smoker: �) [no]
LMP 3 wks ago
Ht 5'4½"

30 yo ♀ P30

Asthma - Well @ base - ↓ w/s w/o
- cough debris impose
- On Advair 100/50 + BID.

Allergies - Uses Zyrtec
- Tried Zyrtec D → insomnia
- Now just using Sudafed during day
- On Nasonex
- & Singulair p o.s.
- occ Chlor-Trimeton
- See Allergist in past

ENT -

CV -
GI / Htn - On Aciphil 40 - now on 4g AM + Ts PM.
- Seen Dr. OBrien
- Prevacid T c↑ 30 BID.

Diet - Healthy
Exercise - ◯

Going through Varicose vein Rx - injections
- wear stockings too

Single

A/P: ① Asthma - Advair 104 N → BID
- refill prn  continue 200/50 → S + T
- Advair / nebs
② Allegra - Zyrtec, Sudafed, Fluticasone (Called in).
- Singulair
③ Colitis - Microscopic - Dr. Aciphil prn, ASA+
④ Htn - Htn BP ↑. (with Gonzalez)
Labs.
F/U [illegible]

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Spear Haley_

**D.O.B.** ——————— REDACTED ———————

**Primary Care**

**Medications:**
E - R+

**Allergies:**
ERYTHROMYCINS

| Date: | |
|---|---|
| BP ___/___ | |
| P ___ RR ___ | |
| T ___ Wt ___ | |
| Smoker ___ | |
| LMP ___ | |

6/16/08  Pt here for 2nd step b vaccine.
No problem w/previous vaccine. Else
regular exam. Guardasil ever [illegible] signs
of age. Okay per PM. Rediscuss will start
series later letter [illegible] [illegible]

Date 7/16/8Y
BP 124/78
P 7Y  RR
T 98  Wt
Smoker (C)
LMP
Dx

6:02  PT IS HERE FOR VACCINE . PT ALSO
c/o SHOOTING PAINS IN BOTH FEET , LRANIRING
& PAINFUL X 10 YRS                         (S)

☒ PN 7NR   FASCIITIS   AND   Med   DISORDERS
   Footwear   Arch   education
   Arch   Supports   TAUGHT
   +EED   Stretches   TAUGHT
   Flu   Prv

**Comment History:**

ph. (800)247-4435 - Wilkes Barr PA

09/03/2008 10:38 AM             THOMPSON, JODIE  need info - sent for Adcongts  [illegible]  ? 10mg  daily  14 XXL 5/09.
TASK CREATED  Haley Spears 10/16/07
Caller: Self; Renew Medication; (860)308-2930 (Home); (860)390-0887 (Mobile Phone)
PATIENT MEDICATION AT CAREMARK PHARMACY - SINGULAR (WRITTEN AS - 5MG TWICE A DAY) HAS RUN OUT -
CAN IT PLEASE BE CALLED BACK IN. PATIENT CAN BE REACHED AT WORK 860-565-0242 OR 860-930-0887 CELL -
PATIENT WOULD LIKE TO FIND OUT IF WE HAVE SOME SAMPLES HERE THAT SHE CAN PICK UP IN CASE SHE RUNS
OUT BEFORE THEY SEND IT TO HER - ALSO SOME SAMPLES OF PREVACID 30 MG. THANK YOU PLEASE CALL
PATIENT.                                                          D. OBrien  GI — 30mg BID

ALSO PLEASE CALL WHEN RESULTS OF MRI TAKEN YESTERDAY ORDERED BY DR. SCHIFF COME IN '
9/8/08 - Pt called for refill of Prevacid at Caremark
but likely will run out - [illegible]
Pt has ?4 days supply left -
9/3/08- Fax # (800)378 - 0933 —

HALEY SPEARS DOB REDACTED

Liberty003394

## SOUTH MAIN OFFICE / HARTFORD MEDICAL GROUP

445 South Main St
West Hartford,CT 06110
(860) 561-7111



**ALLSCRIPTS**
Inform. Connect. Transform.

### Task Details

| | | | |
|---|---|---|---|
| Patient: | SPEARS,HALEY | AKA: | |
| MRN: | 1698883 | Home Phone: | (860)308-2050 |
| Other: | | Work Phone: | |
| SSN: | REDACTED | Allergy: | NKDA |
| Sex: | F | Directives: | Presented |
| Age: | 30 yrs | PCP: | Schiff, Evan |
| DOB: | REDACTED | | |

| | |
|---|---|
| Task ID: | 67311 |
| Assigned To: | SM Clinical Support Team |
| Delegated: | No |
| Task: | Call Back |
| Status: | Active |
| Priority: | Routine |
| Created: | 09/04/2008  12:13PM |
| Created By: | BOLTON, ELIZABETH |
| Overdue: | No |

### Comment History:

09/04/2008  12:13 PM          BOLTON,ELIZABETH
TASK CREATED
Caller: Self; Call Back; (860)308-2050 (Home)
PATIENT CALLED THIS AFTERNOON LOOKING FOR THE RESULTS FROM HER MRI. SHE MAY BE REACHED AT 565-0242
UNTIL 5:00PM TODAY. THANK YOU

*9/4/08 Result not available sept. Pt has appt*
*w/ neurologist Dr Gordon 10/1/08. when all*
*result are in please fax to Dr. Gordon*
*@ 893-1888*

Liberty003395

7H317150003

# SOUTH MAIN OFFICE / HARTFORD MEDICAL GROUP

445 South Main St
West Hartford,CT 06110
(860) 561-7111



**ALLSCRIPTS**
Inform. Connect. Transform.

## Task Details

| | | | | |
|---|---|---|---|---|
| Patient: | SPEARS,HALEY | | AKA: | |
| MRN: | 1698883 | | Home Phone: | (860)308-2050 |
| Other: | | | Work Phone: | |
| SSN: | REDACTED | | Allergy: | NKDA |
| Sex: | F | | Directives: | Presented |
| Age: | 30 yrs | | PCP: | Schiff, Evan |
| DOB: | REDACTED | | | |

| | |
|---|---|
| Task ID: | 66526 |
| Assigned To: | SM Clinical Support Team |
| Delegated: | No |
| Task: | Call Back |
| Status: | Active |
| Priority: | Routine |
| Created: | 08/29/2008 12:03PM |
| Created By: | Arcari, Margaret |
| Overdue: | No |

## Comment History:

08/29/2008 12:03 PM          Arcari,Margaret
TASK CREATED
Caller: Self; Call Back; (860)308-2050 (Home)  ( 8|28 ED visit)
WENT TO E.R. LAST NIGHT FOR MIGRANE.  THEY GAVE HER MEDS, I.V.,ETC SINCE SHE WAS VOMITING.  CAT SCAN
SHOWED ABNORMAL SWELLING IN HEAD.  WANTED TO RUN MRI.  PLEASE SET UP AN MRI ASAP. WITH ST. FRANCIS
HOSPITAL.  LET PT. KNOW WHERE SHE IS TO HAVE THE MRI.  THEY WANT HER TO HAVE IT NO LATER THAN NEXT
TUESDAY.  PT. CAN BE REACHED AT 860-308-2050.  E.R. SUGGESTED THAT SHE SEE A NEUROLOGIST SINCE THE
HEADACHES COME ON SO STRONGLY AND VIOLENTLY.

*[handwritten notes]*
8/28/08 ED at S.F.H. Pt spoke to ___ Dr. Schiff re: ENT. Was having migraines
per ENT, who put to ____ Monday. Had dizziness vision. As
+ HA took ____, Tylenol to help. Vomiting. Still c HA, intensity
Weins ____, but comes back. Went to ED last night. See above.
Had labs & negative CT scan done - ? swelling temporal lobe L brain.
Did not do MRI there - wanted PCP to order. MRI of brain to r/o
aneurysm. 1st 8/29/08 LM @ St Francis & victor for ____
cell 930-0887 pt would like order today if possible (EP)

- OK to order MRI to f/u abnormal head CT done @ St. Francis.
Rec. MRI through St. Francis ( ? Radiology Associates of HHd)
8/29/08 Done - pt advise to book appt  ___

Printed By:   HMGRANTOSZ                    1 of 1                    08/29/2008 12:04 PM

HARTFORD MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** Spears Haley

**D.O.B.** REDACTED

**Primary Care**

Date: 9/8/08
BP ___/___
P ___ RR ___
T ___ Wt ___
Smoker ___
LMP ___

**Medications:**

**Allergies:**

Here for discussion of MRI results:
(1) HA + vomiting
- was seen by ENT for migraine / sinusitis
but HA cont so went to ED.
CT abnormal - low att. change in (R) temporal lobe
MRI done after consult to do in ED
MRI (+) (R) temporal lobe
→ ? reactive demyelinating dz
vs. low grade glioma less likely

Discussed implications of MS, demyelination, or tumor.
HA ↓
doing ok now
↑ fatigue.
I got in touch w/ Dr. Silvers - neuro
- he will call her + make appt ASAP
for eval + Rx. Will fax records + await
for recommendation

[signature]

Date ___ BP ___ P ___ RR ___ T ___ Wt ___ Smoker ___ LMP ___ Dx ___

| Date of message | Time of message | Pt. Name | Urgent | Primary Physician |
|---|---|---|---|---|
| 9/8/08 | 6:45 PM | Haley Spears | | [illegible] |

Who Called: ___ Relation to pt: DOB: 10/[illegible] Temp. ___ Pt. Age ___

Medication: ___ Pharmacy Phone No. ___

Allergy: ___

Message: Pt had appt today w/ Dr. Silvers neuro. Will be scheduled for EEG. Also need sample of Singulair 5mg until able to be billed and

Person Taking Message ___ Call Back Times Available ___ AM/PM Call Back Nos.: Home ___ Cell ___ Work 930-0887

Physician's orders / Follow up action: Sent by Cassandra will give a sample of 10 mg. Original script for Singulair 5mg + BID. [illegible] up sample Tuesday

Chart ☐ Handled by: ___ Charted [signature] Date ___ Time ___ AM/PM

Form 2097 © 1988 Briggs Corporation, Des Moines, IA 50306 (800) 243-2646 PRINTED IN U.S.A. 299 Reveal

HH Forms 575013 New 11-04 Printed by the Digital Print Center @ HH

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Spears, Haley_

**D.O.B.** _REDACTED_

**Primary Care**

Medications:

Allergies:

| | |
|---|---|
| Date: | |
| BP_____/_____ | |
| P_____ RR_____ | |
| T_____ Wt_____ | |
| Smoker _____ | |
| LMP _____ | |

9/9/08

Spoke to pt.
Saw Dr. Silvers 9/8 has EEG planned
+ F/U 10/08/08 c/him
pt. just got a call from UCONN - Dr. Greenspan
can see her 9/10 @ 9am.
Should she get opinion from ucconn too?
I advised her to not got to UCONN
appt. + let Dr. Silver w/u her condition
pt who wants to make sure she is proactive
w. dr + meds, I told her 2nd opinion
helps, again I felt that
Dr. Silvers should assess her
condition before a 2nd opinion
would be sought.

09/10/2008 07:14 PM          Koziura, Ashley
TASK CREATED _Haley Spears_
Caller: Self; Other; (860)308-2050 (Home)
PT WANTS TO SPEAK WITH DR. SCHIFF ABOUT HER NEUROLOGIST APPT AND HER WORK ALSO WANTS HER TO HAVE
AN FLMA FILLED OUT FOR FUTURE APPTS THAT SHE MAY HAVE FOR HER PROTECTION. NEUROLOGIST IS HAVING
HER DO LABS FOR HER APPT AND SHE WAS WONDERING IF SHE CAN GET THE LABS FOR HER PHYSICAL SENT TO HER
~ THAT SHE CAN GET IT ALL DONE AT THE SAME TIME. SHE CAN BE REACHED ON HER CELL PHONE AT 860-930-0887.
.HANK YOU.

① Copy FMLA for patient → done 9/11/08 → y/s
② Give labs to patient ✓

9/12/08 - n⁰ Am - pt has need to review findings ← Dr. Schiff - aware lab
slip and FMLA at reception desk - _[signature]_

9/12/08 - Saw Dr. Silvers - Planning EEG + bloodwork.
· pt concerned new appt. said she may be
~ pt to await results of above + of ⊖
+ no further testing suggestions
yet + she goes then I would
recommend 2nd opinion

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Spears, Haley_

**D.O.B.** _____REDACTED_

*Primary Care*

| Date: | Medications: | Allergies: |
|---|---|---|
| BP _____/_____ | | |
| P_____ RR_____ | | |

09/15/2008 04:09 PM _____ REDACTED
TASK CREATED _Haley Spears_
Caller: Self; Medical Complaint; (860)308-2050 (Home)
YESTERDAY PT GOT BACK HEADACHE AND EXTREME NAUSEA AND WAS WONDERING IF THERE WAS SOMETHING SHE COULD BE PRESCRIBED FOR THE NAUSEA. SHE WOULD LIKE AN ONGOING PRESCRIPTION FOR THE NAUSEA THAT DOES NOT HAVE FATIGUE AS A SIDE EFFECT. SHE CAN BE REACHED AT 930-0887. THANK YOU.

_- all antihistamine cause fatigue_
_- Zofran 8mg TID as needed_
_#30 prn_

_9/15/08 6pm_
_ERX'd to Main_
_CVS S. Main_
_pt aware._
_-Ellen_

HH Forms 576613 New 11-04    Printed by the Digital Print Center @ HH

Liberty003399

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

Patient Name: _Spears Haley_

D.O.B. ___REDACTED

Primary Care

Medications: _See ERx_

Allergies: →

Date: 9/20/08
BP 110/70
P 72 RR
T 98.3 wt 123
Smoker No
LMP 9/15/08

Here to d/c lab results. Also continues ē
H.A's

HA - quac -/ nausea
    - tens HA
        - vom tide ac 6h
            → helps
    - HA's come
        - gtst in frst ley (R) side occiptal
        - stuttery prch -/ tbb
O. non focal new
    no D/s in exam

A/P: ① HA's - And effo results
        = throat colds msce - -/ urn 2 xgn
        - F/U Neuro
    ② TFT - And (B) labs (wnl tests)
        - Urn Mylerl (am / 1y
        - doll thy y lomt thie

I spent 30 m consel pt
                                        J.L

3032575 / 000014778484          **SPEARS, HALEY**                    014 EEG

09/18/2008 14:47 EEG -H Prasad, Avinash (MD (H))
HARTFORD HOSPITAL EEG STUDY
NAME: SPEARS, HALEY A
MR#: 000003032575     ACCOUNT#: 000014778484
REQUESTING PHYSICIAN: David S Silvers, MD*
PROCEDURE: Outpatient sleep-deprived EEG
EEG: 111845
DATE OF SERVICE: 09/17/2008        NURSING UNIT: Outpatient
AGE: 30                 ARCHIVED: Volume 08-03
INDICATIONS FOR PROCEDURE:
This outpatient sleep-deprived EEG was performed on a 30-year-old female
with a history of suspected seizure disorder. She is on no CNS medication.
REMARKS ON THE TRACING:
During the EEG tracing, the patient was awake and in light sleep. During
maximal alertness, bilaterally symmetrical, synchronous 9.5-10 Hz
posteriorly dominant alpha rhythm was seen that was reactive to eye
opening. Low amplitude beta activity was symmetrical in the anterior head
region. Stage I and II sleeps were recorded. Sleep patterns were
symmetrical. Occasional SP2 electrode artifacts were seen. Rare
independent polymorphic delta slowing was seen in both temporal regions. A
single borderline right frontotemporal sharp wave was seen.
Hyperventilation produced diffuse buildup of background activities. Photic
stimulation did not add to the tracing. Heart rate was approximately 72
per minute.
IMPRESSION:
This outpatient sleep-deprived EEG, obtained in awake and light sleep
states, demonstrates rare independent polymorphic delta slowing in both
temporal regions. MRI is recommended to rule out a structural abnormality.
A single borderline right frontotemporal sharp wave was seen that raises a
question of potential epileptogenicity; however, this finding is not
definitive. A 24-hour ambulatory EEG may be helpful if suspicion of
epilepsy persists.

Avinash Prasad, MD*
CC: David S Silvers, MD*
AP:Spharis77732
D: 09/18/08 12:33 T: 09/18/08 14:47 DOCUMENT: 200809180902373000
Preliminary



# SOUTH MAIN OFFICE / HARTFORD MEDICAL GROUP

445 South Main St
West Hartford, CT 06110
(860) 561-7111


**ALLSCRIPTS™**
Inform. Connect. Transform.

## Task Details

| | | | | |
|---|---|---|---|---|
| Patient: | SPEARS,HALEY | | AKA: | |
| MRN: | 1698883 | | Home Phone: | (860)308-2050 |
| Other: | | | Work Phone: | |
| SSN: | REDACTED | | Allergy: | NKDA |
| Sex: | F | | Directives: | Presented |
| Age: | 30 yrs | | PCP: | Schiff, Evan |
| DOB: | REDACTED | | | |

| | |
|---|---|
| Task ID: | 70129 |
| Assigned To: | SM Clinical Support Team |
| Delegated: | No |
| Task: | Renew Medication |
| Status: | Active |
| Priority: | Routine |
| Created: | 09/22/2008 02:00PM |
| Created By: | Goncalves, Sandra |
| Overdue: | No |

*[handwritten notes:]* Spoke w/ Haley pt states no medication (? consider 10) + PT for meds 20° EEG 10/27/08 Hes

## Comment History:

09/22/2008 02:00 PM          Goncalves,Sandra
TASK CREATED *Haley Spears 10/4/27*
Caller: Self; Renew Medication; (860)308-2050 (Home)   *— 20 from 8mg TTL print 30 on 9/15/08*
PT NEEDS A ~~REFILL~~ FOR HER ZOFRAN. SHE WAS GIVEN A DAY SUPPLY BUT HER INSURANCE COVERS A 34 DAY
SUPPLY IF THAT COULD BE CALLED IN AGAIN TO CVS 561-6164 — *needs refill auth.*
DR SCHIFF PRESCRIBED HER HYDROCODONE AND HAS ONLY TAKEN 1 SO FAR. ALSO DR SCHIFF REQUESTED
~~ADD~~DITIONAL TESTS AND WONDERING IF THEY WERE BACK YET? — ?  *9/22/08 - LMOM - 5 PM - Xfreshman
blood work*

*[handwritten:]* 860-930-0887
9/22/08 - 8⁴⁵ PM pt states Zova working but Insurer will allow only #9 in one
month - using 1-2 day - will need prior auth for more to be given
(888) 413-2783 - Maxalt worked initially but pt spaced working has not tried
Imitrex but content to Zova's relief only had effect - original order by H. Zacks
but not seeing him again - preferred not to deal w/ issues (new) office unless
necessary. Prefers not to use hydrocodone - 24° EEG ordered 10/7/08 would
like to have it sooner - pt may check w/Baer + SFM - 15 min. conversation -
Xfreshman FC

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Haley Spears_

| Date of message | Time of message | Pt. Name | | | | | Urgent | Primary Physician |
|---|---|---|---|---|---|---|---|---|
| 9/23/08 | 11:45 | Spears, Haley | | M F | Temp | Pt. Age | | Schiff |
| Who Called | | Relation to pt | | | | | Physician's orders / Follow-up action | |
| Chris Baumann - Pts mother | | | | Pharmacy Phone No. | | | ↑ in need of medication for | |
| Allergy | | | | | | | | |
| Message | | | | | | | | |

Mother calls & is emphatic that the pt.
NOT be told that she has spoken w/ us - She is
very concerned for her daughter - "not handling the
situation well" - "crying & calling me at 1:30 AM" -
? diagnosis - still has tests - Probably EEG
10/7/08 - mother is concerned that she is

anxiety / ? depression - Mother
wants us to know that
she suffered from Anxiety &
Bipolar Disorder following

| Chart ☐ | | Chart # | | |
|---|---|---|---|---|
| Handled by: | | Date | | Time |
| | | | | AM PM |

Person Taking Message | Call Back Times Available | Call Back No. | Cell 305-3609

Form 2897 © 1988 Briggs Corporation, Des Moines, IA 50306 (800) 245-5346 PRINTED IN U.S.A. HB

---

| Date of message | Time of message | Pt. Name | | | | | Urgent | Primary Physician |
|---|---|---|---|---|---|---|---|---|
| 9/23/08 | 11:45 | Spears, Haley | | M F | Temp | Pt. Age | | Schiff |
| Who Called | | Relation to pt | | | | | | us to call pt & let her |
| Medication | | | | Pharmacy Phone No. | | | | know that she has spoken |
| Allergy | | | | | | | | |
| Message | | | | | | | | |

9/23/08 (Cont) "a sexual assault by grandfather @
age 13" - "I'm afraid that this is causing her
to feel anxious again" "She is not acting right" -
denies suicidal ideation - Advised mother of HIPAA
can't share info - her & she does not want

us - ? what to do - Advised
mother to encourage pt to call
us - to ER for crisis
intervention if appropriate

| Chart ☐ | | |
|---|---|---|
| Handled by: | Date | Time |
| | | AM PM |

Person Taking Message | Call Back Times Available | Call Back No. | Cell | Work

Form 2897 © 1988 Briggs Corporation, Des Moines, IA 50306 (800) 242-5046 PRINTED IN U.S.A. HB

H-I Forms 67501S New 11-04   Printed by the Digital Print Center @ HH

**Patient Name:** _Spears Haley_

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**D.O.B.** ___REDACTED___

**Primary Care**

| Date: | Medications: | Allergies: |
|-------|--------------|------------|
| BP_____/_____ | | |
| P_____ | | |
| T_____ | | |
| Smoker | | |
| LMP_____ | | |

REDACTED

Cell 930-0867  Gertru - RX

Form 3697 © 1990 Briggs Corporation, Des Moines IA 50301 (800) 247-2343 PRINTED IN U.S.A.

10/2/07 TC to both AIM + Cigna told unable to do
back date of prior auth due to ~~length of time~~
Spent 20 min on phone c both companies. Told pt who
said this was to have been done in hospital c't the pt but staff
had already left for day due to late hr. TC to RAH who
performed MRI explained what pt had said + told them this
once claim submitted would be denied + need to go thru
appeals process. JLC/DX

7H317150003

**HARTFORD**
**MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _Haley Spears_

**D.O.B.** —REDACTED—

**Primary Care**

Date: _____  Medications:                    Allergies:

BP _____ / _____

11/05/2008 02:39 PM          Jimenez, Milagros

TASK CREATED
Caller: Self; Call Back; (860)308-2050 (Home)
PATIENT WOULD LIKE CALL FROM "DR. SCHIFF'S NURSE" - HAS SOME QUESTIONS - PLEASE CALL HER AT 860-308-2

11/5/08, Mom left pt call Rallesk
11/6/08 Lmom —(ER)                          no

11/6/08 pt called concerned if she should have her HIV + HepB
all this interact i new meds that she is on that were given
by neurologist. Pt to drop off new med list unable to give
names on phone. Also has questions of MRI taken last month
that report she will also drop off. ℗

Waiting for pt to dropoff report + med list. ℗

HH Forms 575013 New 11-04  Printed by the Digital Print Center @ HH

Liberty003405

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

Patient Name: _____

---

Date of message: 11.12.08   Time of message: 10:15   Pt Name: Spears, Haley

Who Called: Dr. Gordon + Dr. Silbert - Neuro

Not on Advair or Aerosol
1) Gabapentin 600mg 2 pills qan + 6pm x10 days
2) Nortriptyline HCl 25mg cap q hs
3) Hydrocodone APAP 5/500 as needed 1 tab q4° (max) (Migraine)
Naprelan 500mg 1 Sig. Pt use ___
Waiting for clarification Honda

---

Date of message: 11.14.08   Time of message: 10:15   Pt Name: Spears, Haley

Pt saw endocrine (in past for)
Thyroid nodules (spine str.)
Nodule US recommended? Would
Pt has order... US for the 1 endo... (Needs new one)
Pt cannot sleep (won speak - Silber)
She will speak to neuro regarding...
Won't take... called for labs reports she did
not get in... report...

---

OK to get ultrasound + fax reports
Fld'd Endo. Dr. Wexler 547-1278.

HARTFORD MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** Spears, Haley

**D.O.B.** —REDACTED —

Primary Care

Allergies: E-mycin: vomiting

[redacted]

T____ Wt 187
Smoker Ø
LMP____

[illegible] for F/up

Seen 2 Neurologists [illegible] [illegible]
[illegible]
[illegible]
[illegible]

- Had [illegible] [illegible]
- [illegible]
- Seen Dr O'Brien -
[illegible]

Had another MRI Ø change.

[illegible]
- [illegible]
- [illegible]

O: NAD

A/Plan ① Thyroid Nodule - [illegible]
- U/S [illegible]
- F/U Endo
② [illegible] - [illegible]
- U/S [illegible]
③ MRI [illegible] - F/U Neuro - I'm not [illegible] 2 [illegible]
④ [illegible] - [illegible]

11/20/08 Pt aware of Thyroid US. Will contact Dr Oberstein (endocrine). Copy faxed to endo. Pt has appt 1/09. Will call to make sooner appt. Copy of result also faxed to pt per her verbal request @ [illegible] [illegible]

HH Form 5750 [illegible] New 11-04 Printed by the Digital Print Center @ HH

**HARTFORD**
MEDICAL GROUP
AN AFFILIATE OF HARTFORD HOSPITAL

**Patient Name:** _____

**D.O.B.** _____ / _____ / _____

**Primary Care**

| Date: | Medications: | Allergies: |
|---|---|---|
| BP __/__ | | |

| Date of message | Time of message | Pt. Phone | Urgent | Primary Physician |
|---|---|---|---|---|
| 12/12/08 | 3:30 | Haley Spears | | SS |

Who Called D+ | Relation to pt | C M P | Foresp. | Pt. Age | Physician's orders / Follow-up action

Medication | Pharmacy Phone No.

Allergy

Called, on disability, would like
to get samples of Singulair 5mg ~~BID~~
until end of year.
Only 10mg tabs in cabinet.
Do you want to give

~~don't want~~
~~we don't have~~
samples of S~~

Person Taking Message YC | Call Back Times Available | Call Back No. (   )930-0887 AM PM Home Cell | Chart ☐ | Chart # | Handled by: 12/12/08 3:53 pt aware, Rx | Date | Time

done to local pharm (YC)   561464

Form 2897 © 1994 Bibbero...

12/15/2008 02:31 PM        BOLTON,ELIZABETH
TASK CREATED *Haley Spears* –
Caller: Self; Call Back; (860)308-2050 (Home)
PATIENT IS DUE TO HAVE 3RD HPV SHOT, SHE WOULD LIKE TO KNOW WHAT IS HER WINDOW TO HVAE THIS 3 RD
SHOT. SHE NEEDS TO PAY OUT-OF-POCKET, SHE MAYBE REACHED 930-0887.
1st 6/16  2nd 7/10/08 – 3rd 12/16 anytime pt – Lmom ō details –Kirchman R

**Comment History:**

01/13/2009 01:48 PM        REIS,KAREN
TASK CREATED        *Haley Spears*
Caller: Self; Medical Complaint; (860)308-2050 (Home); (860) 930-887 (Mobile Phone)
patient wouldn't say, but would like to speak w/a nurse today. she can be reached at the above
numbers

1-13-09 4:16p TC to pt, concerned whether she should get Flu
shot or not because of health problems. Please let pt know
after review. (YC)     (too far advanced) (BT)   4:53

1-14-09 11:35A. pt aware ok to ~~take~~ get flu vaccine, also
reminded pt to have 3rd HPV done (B).

Pg. 2

**Patient Name:** Haley Spears

**HARTFORD MEDICAL GROUP**
AN AFFILIATE OF HARTFORD HOSPITAL

**D.O.B.** REDACTED

**Primary Care**

Medications:

Allergies:

Date:

BP _____/_____

**Comment History:**

01/15/2009 03:43 PM          THOMPSON, JODIE
TASK CREATED Haley Spears REDACTED
S Caller: Self; Call Back; (860)308-2050 (Home)
PATIENT IS STILL AWAITING A CALLBACK FROM QUESTION ON MONDAY - WOULD DR. SCHIFF THINK IT IS OK FOR
U HER TO HAVE A FLU SHOT WITH THE "NEUROLOGICAL STUFF THAT IS GOING ON WITH HER RIGHT NOW" AND IF HE
SAYS IT IS OK, DO WE HAVE ANY.  PLEASE CALL PATIENT AT 860-930-0887

_see 1/19/09 note_

127#

1/30/09

2/09 -

# MANCHESTER MEMORIAL HOSPITAL

An Affiliate of Eastern Connecticut Health Network, Inc.

Page: 1

| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4186<br>Phone: (850) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092969<br>CAP#  1184601-01 |
|---|---|

Report for Schiff,Evan L

Report Recipients:
O'Brien,James
HALEY SPEARS
Schiff,Evan L
Kage,Barbara

**FINAL REPORT**
**COPY**

REDACTED

| Specimen: 0130:C00507R | COMP | Collected: 01/30/09-1130 | Received: | 01/30/09-1202 |
|---|---|---|---|---|

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| VITAMIN E | | | NG/ML |

CONVERSION FACTOR:  NANOGRAMS/ML X 4.046 = NANOMOLES/L

TEST(S) PERFORMED AT:
QUEST DIAGNOSTICS-NICHOLS INST
R LEE REITZ, MD, LAB DIRECTOR
33608 ORTEGA HIGHWAY
SAN JUAN CAPISTRANO, CA 92675

| Specimen: 0130:C00508R | COMP | Collected: 01/30/09-1130 | Received: | 01/30/09-1202 |
|---|---|---|---|---|

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| FAT, FAST | YES | | |
| ESTIMATED GFR | 78 | | > 60 ML/MIN/1.73m2 |

The estimated GFR (eGFR) calculation pertains to the
Caucasian population.  Due to a higher average muscle mass,
the result should be multiplied by 1.21 for
African-Americans.

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| CREAT | 0.9 | | 0.5-1.3 MG/DL |
| PROTEIN, T | 6.5 | | 6.0-7.9 G/DL |
| ALBUMIN | 3.9 | | 3.4-4.8 G/DL |
| BILI, TOTAL | 0.6 | | 0.2-1.3 MG/DL |
| BILI, CONJ | 0.1 | | 0.0-0.2 MG/DL |
| UNCON BILI | 0.5 | | 0.0-1.0 MG/DL |
| ALK PHOS | 502 | | 38-126 IU/L |
| ALT (SGPT) | | H | 10-40 IU/L |
| AST (SGOT) | 35 | | 10-42 IU/L |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

| SPEARS,HALEY / 2346259 | | Run Date & Time  02/09/09 - 0855 |
|---|---|---|

# MANCHESTER MEMORIAL HOSPITAL

An Affiliate of Eastern Connecticut Health Network, Inc.

Page: 2

| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |
|---|---|

Report for Schiff, Evan L

Report Recipients:
O'Brien, James
HALEY SPEARS
Schiff, Evan L
Kage, Barbara

**FINAL REPORT**
**COPY**

REDACTED

| Specimen: 0130:C00500R | Collected: 01/30/09-1130 | (Continued) |
|---|---|---|

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL | 149 | | | 128-199 MG/DL |
| TRIG | 68 | | | <150 MG/DL |
| 150-199 BORDERLINE HIGH | | | | |
| 200-499 HIGH | | | | |
| >= 500  VERY HIGH | | | | |
| HDL | 40 | | | >= 40 MG/DL |
| LDL | 95 | | | <160 MG/DL |
| LDL GOALS (MG/DL): | | | | |
| CHD OR CHD RISK EQUIVALENT      <100 | | | | |
| MULTIPLE (2+) RISK FACTORS   <130 | | | | |
| 0-1 RISK FACTOR              <160 | | | | |
| Reference: Third Report of the NCEP Expert Panel on | | | | |
| Detection, Evaluation, and Treatment of High Blood | | | | |
| Cholestrol in Adults; JAMA Vol. 285  May 16, 2001 | | | | |
| IRON | | | | 40-190 ug/DL |
| IRON BINDING | 347 | | | 225-450 UG/DL |
| SATURATION | | | | 20-55% |
| FOLIC ACID RBC | 480 | | | 280-790 NG/MLRBC | SP |
| HOMOCYSTEINE | | | | 3.2-10.7 UMOL/L | SP |

PLEASE NOTE: METHODOLOGY CHANGED TO CHEMILUMINESCENCE FOR
ALL
SAMPLES RECEIVED AS OF 05/07/08

THE ESTABLISHED UPPER REFERENCE RANGE CUT-OFF (HIGH FLAG)
LISTED IN THIS REPORT IS GENDER SPECIFIC, AND BASED ON THE
95TH PERCENTILE FOR A HEALTHY 20-39 YEAR OLD POPULATION
(EXCLUDING PREGNANT WOMEN) WITH AMPLE SERUM FOLATE AND B12

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

SPEARS, HALEY / 2346259                    Run Date & Time: 02/09/09 - 0655

# MANCHESTER MEMORIAL HOSPITAL

Page: 3

*An Affiliate of Eastern Connecticut Health Network, Inc.*

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester. Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill. M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

### Report for Schiff, Evan L

Report Recipients:
O'Brien, James
HALEY SPEARS
Schiff, Evan L
Kage, Barbara

**FINAL REPORT**
**COPY**

REDACTED

---

| Specimen: 0130:C00508R | Collected: 01/30/09-1130 | (Continued) |
| --- | --- | --- |

| Test | Normal | Abnormal | Flag Reference |
| --- | --- | --- | --- |
| | LEVELS AND ANY EVIDENCE OF RENAL DISEASE. EXPECTED RANGE | | |
| | FOR HOMOCYSTEINE VARY BY AGE, GENDER, RACE. NUTRITIONAL | | |
| | STATUS (FOLATE AND B12 LEVELS), RENAL FUNCTION AND ALSO BY | | |
| | HORMONAL STATUS. PREGNANCY OR INSULIN RESISTANCE. HIGH | | |
| | VALUES ARE SEEN IN ABOUT HALF OF PATIENTS TESTED FROM OLDER | | |
| | AGE GROUPS. HIGHER SERUM HOMOCYSTEINE LEVELS ARE ASSOCIATED | | |
| | WITH INCREASED RISK OF CORONARY HEART DISEASE. | | |
| METHYLMALONIC A | 0.10 | | < 0.40 umol/L | SP |
| TRANSFERRIN | 248 | | 192-102 MG/DR | SP |

---

| Specimen: 0130:C00509R | COMP | Collected: 01/30/09-1130 | Received: 01/30/09-1202 |
| --- | --- | --- | --- |

| Test | Normal | Abnormal | Flag Reference |
| --- | --- | --- | --- |
| CORTISOL BLOOD | 8 | | MCG/DL |
| | REFERENCE INTERVAL FOR (7AM-9AN) = 6.7-22.4 MCG/DL | | |
| | REFERENCE INTERVAL FOR (4PM-6PN) = 0-10 MCG/DL | | |
| VIT.D 25-HYDROX | **PLEASE INTERPRET RESULTS ACCORDINGLY** | L | 30.0-100.0 ng/mL |
| | Interpret the guidelines for Vitamin D (25-Hydroxy): | | |
| | Deficiency       < 10 ng/mL (< 25 nmol/L) | | |
| | Insufficiency   10-30 ng/mL (25-75 nmol/L) | | |
| | Sufficiency      30-100 ng/mL (75-250 nmol/L) | | |
| | Toxicity         > 100 ng/mL (> 240 nmol/L) | | |
| | Result ranges vary considerably for selected patient | | |
| | populations. The result categories are based on historical | | |
| | data and the manufacturer's recommendations, but many | | |
| | authorities now regard Vitamin D levels of 50-80 ng/ml as | | |
| | "optimal". Appropriate clinical consideration is suggested | | |
| | when interpreting these results for a particular patient. | | |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES. 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

---

| SPEARS, HALEY / 2346259 | | Run Date & Time: 02/09/09 - 0555 |
| --- | --- | --- |

Liberty003412

# MANCHESTER MEMORIAL HOSPITAL

An Affiliate of Eastern Connecticut Health Network, Inc.

Page: 4

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237   Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Schiff,Evan L

Report Recipients:
O'Brien,James
HALEY SPEARS
Schiff,Evan L
Kaye,Barbara

**FINAL REPORT**
**COPY**

REDACTED

---

Specimen: 0130:H00469R     COMP     Collected: 01/30/09-1130     Received: 01/30/09-1202

| Test | Normal | Abnormal | Flag | Reference |
|------|--------|----------|------|-----------|
| WBC | 6.6 | | | 4.0-10.5 K/uL |
| RBC | 4.07 | | | 4.0-5.4 M/uL |
| HGB | 12.1 | | | 12.1-15.7 G/DL |
| HCT | | 35.7 | L | 36-46 % |
| MCV | 87 | | | 80-100 fL |
| MCH | 30 | | | 27-34 PG |
| MCHC | 34 | | | 32-36 G/DL |
| PLATELET COUNT | 269 | | | 150-450 K/uL |
| RDW | 13 | | | 11.5-14.0 % |
| MPV | 8 | | | 6-10 fL |
| GRANULOCYTES | 65 | | | 35-80 % |
| LYMPHS | 22 | | | 15-48 % |
| MONOCYTES | 9 | | | 0-12 % |
| EOSINOPHILS | 3 | | | 0-6 % |
| BASOPHILS | 1 | | | 0-2 % |
| ABSOL.GRAN. | 4.3 | | | 1.8-8.0 K/uL |
| ABSOLUTE LYMPHS | 1.5 | | | 1.2-4.5 K/uL |
| ABSOL.MONOS | 0.6 | | | 0.2-1.0 K/uL |
| ABSOL.EOSIN | 0.2 | | | 0-0.7 K/uL |
| ABSOL.BASOS | 0.0 | | | 0-0.2 K/uL |
| SED RATE | | | | 0-30 MM/HR |
| PROTEIN C ANT | 67 | | | 65-140 % | SP |
| PROTEIN C ACTIV | 83 | | | 70-140 % | SP |

---

Specimen: 0130:800068R     COMP     Collected: 01/30/09-1130     Received: 01/30/09-1202

| Test | Normal | Abnormal | Flag | Reference |
|------|--------|----------|------|-----------|
| ANTI-DNA DS | | < 5.0 | | < 5.0 IU/ML | SP |

REFERENCE RANGE FOR DSDNA AUTOABS:
LESS THAN 5.0 IU/ML     NOT DETECTED

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

SPEARS HALEY / 2346259                           Run Date & Time: 02/09/09  0655

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 5

| | |
|---|---|
| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Schiff, Evan L

Report Recipients:
O'Brien, James
HALEY SPEARS
Schiff, Evan L
Kage, Barbara

**FINAL REPORT**
**COPY**

REDACTED

Specimen: 0130:S00068R          Collected: 01/30/09-1130          (Continued)

| Test | Normal | Abnormal | Flag  Reference |
|---|---|---|---|
| | 5.0 - 10.0 IU/ML | | INDETERMINATE |
| | GREATER THAN 10.0 IU/ML | | DETECTED |
| CRYOGLOBULINS | NOT DETECTED | | NOT DETECT. | SP |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

SPEARS, HALEY / 2346259                              Run Date & Time: 02/09/09   0655

7H317150003

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 1

| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
|---|---|
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Baehring, Joachim M

Report Recipients:
Baehring, Joachim M
O'Brien, James
SPEARS, HALEY
SCHIFF, EVAN
Silvers, David S
Kage, Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

Specimen: 0107:C00373R    RES    Collected: 01/07/09-1345    Received:  01/07/09-1403

| Test | Result | Flag | Reference | |
|---|---|---|---|---|
| MTHFR GENOTYPE | PENDING | | | |
| > PROTEIN,T | 7.4 | | 6.0-7.9 G/DL | |
| > ALBUMIN | 4.4 | | 3.2-4.8 G/DL | |
| > BILI,TOTAL | 0.6 | | 0.2-1.3 MG/DL | |
| > BILI, CONJ. | 0.1 | | 0.0-0.2 MG/DL | |
| > UNCON BILI | 0.5 | | 0.0-1.0 MG/DL | |
| > ALK PHOS | 55 | | 38-126 IU/L | |
| > ALT (SGPT) | 55 | H | 10-40 IU/L | |
| > AST (SGOT) | 43 | H | 10-42 IU/L | |
| > CK | 73 | | 26-140 IU/L | |
| > TSH | 1.23 | | 0.34-5.60 uIU/ML | |
| > ANGIO.CONV.ENZ | 28 | | 15-60 UNITS | SP |
| > FOLATE,SERUM | 8.8 | | > 5.2 NG/ML | |
| > VITAMIN B12 | 293 | | 180-914 PG/ML | |
| G-6-PD QUANT. | PENDING | | | |

Specimen: 0107:H00404R    RES    Collected: 01/07/09-1345    Received:  01/07/09-1403

| Test | Result | Flag | Reference | |
|---|---|---|---|---|
| > WBC | 4.8 | | 4.0-10.5 K/uL | |
| > RBC | 4.30 | | 4.0-5.4 M/uL | |
| > HGB | 12.9 | | 12.1-15.7 G/DL | |
| > HCT | 37.7 | | 36-46 % | |
| MCV | 88 | | 80-100 fL | |
| MCH | 30 | | 27-34 PG | |
| MC | 34 | | 32-36 G/DL | |
| LET COUNT | 296 | | 150-450 K/uL | |
| | 13 | | 11.5-14.0 % | |
| | 9 | | 6-10 fL | |
| TES | 60 | | 25-80 % | |

RMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
91355-5386

Liberty003415

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 2

| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
|---|---|
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Baehring.Joachim M

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

| Test | Result | Flag | Reference | |
|---|---|---|---|---|
| > LYMPHS | 31 | | 15-48 % | |
| > MONOCYTES | 7 | | 0-12 % | |
| > EOSINOPHILS | 2 | | 0-6 % | |
| > BASOPHILS | 1 | | 0-2 % | |
| > ABSOL.GRAN. | 2.9 | | 1.8-8.0 K/uL | |
| > ABSOLUTE LYMPHS | 1.5 | | 1.5-4.5 K/uL | |
| > ABSOL.MONOS | 0.3 | | 0.2-1.0 K/uL | |
| > ABSOL.EOSIN | 0.1 | | 0-0.7 K/uL | |
| > ABSOL.BASOS | 0.0 | | 0-0.2 K/uL | |
| > SED RATE | 6 | | 0-20 MM/HR | |
| PRO G20210A | | | | |
| FAC II MUTATION | PENDING | | | |
| FAC II COMMENT | PENDING | | | |
| APCR | | | | |
| > APCR INTERPRETA | NEGATIVE | | | 6P |
| > APCR RATIO | 3.01 | | > 2.22 | SP |
| LUPUS ANTICOAG. | NOT DETECTED | | NOT DETECT. | SP |
| > PROTEIN C ANT | 64 | L | 65-140 % | SP |
| > PROTEIN S ANT | 79 | | 70-140 % | SP |
| > PROTEIN S FREE | 80 | | 50-130 % | 6P |

| Specimen: 0107:S00050R | RES | Collected: 01/07/09-1345 | Received:  01/07/09-1403 |
|---|---|---|---|

| Test | Result | Flag | Reference | |
|---|---|---|---|---|
| > ANA | POSITIVE | H | NEGATIVE | |
| ANATP | | | | |
| > ANA TITER | > 1:1280 | | | |
| > ANA PATTERN | HOMOGENEOUS/SPECKLED | | | |
| > CARDIOLIPIN IGG | < 11 | | < 11 GPL U/mL | SP |

*REFERENCE RANGE FOR CARDIOLIPIN IGG AUTOABS:*

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
    VALENCIA, CA 91355-5386



# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 3

---

Department of Laboratory and Pathology Services          Director: Dennis G. O'Neill, M.D.
71 Haynes St, Manchester, Ct 06040-4188                  CLIA# 07D0092869
Phone: (860) 872-5237  Fax: (860) 872-8238               CAP# 1194601-01

---

Report for Baehring,Joachim M

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**PARTIAL REPORT**
**COPY**

<div style="text-align:center"><strong>REDACTED</strong></div>

| Test | Result | Flag | Reference | |
|---|---|---|---|---|
| | LESS THAN 11 GPL U/ML . . . . . . . NEGATIVE | | | |
| | 11 - 19 GPL U/ML . . . . . . . . . INDETERMINATE | | | |
| | 20 - 80 GPL U/ML . . . . . . . . . LOW-MEDIUM POSITIVE | | | |
| | GREATER THAN 80 GPL U/ML . . . . . STRONG POSITIVE | | | |
| > CARDIOLIPIN IGM | < 10 | | <10 MPL U/mL | SP |
| | | | | |
| | REFERENCE RANGE FOR CARDIOLIPIN IGM AUTOABS: | | | |
| | LESS THAN 10 MPL U/ML . . . . . . . NEGATIVE | | | |
| | 10 - 19 MPL U/ML . . . . . . . . . INDETERMINATE | | | |
| | 20 - 80 MPL U/ML . . . . . . . . . LOW-MEDIUM POSITIVE | | | |
| | GREATER THAN 80 MPL U/ML . . . . . STRONG POSITIVE | | | |
| > CARDIOLIPIN IGA | < 13 | | < 13 APL U/mL | SP |
| > CENTROMERE ABS | < 7.5 | | < 7.5 IU/mL | SP |
| > ANTI-DNA DS | 7.5 | H | < 5.0 IU/mL | SP |
| | | | | |
| | REFERENCE RANGE FOR DSDNA AUTOABS: | | | |
| | LESS THAN 5.0 IU/ML . . . . . . NOT DETECTED | | | |
| | 5.0 - 10.0 IU/ML . . . . . . INDETERMINATE | | | |
| | GREATER THAN 10.0 IU/ML . . . DETECTED | | | |
| ANTI-ENA | | | | |
| >   ANTI-RNP IGG | < 5.0 | | < 5.0 UNITS | SP |
| >   ANTI SM IGG AB | < 5.0 | | < 5.0 UNITS | SP |
| | | | | |
| | REFERENCE RANGE FOR NRNP/SM & SM AUTOABS | | | |
| | LESS THAN 5.0      . . . . . . NEGATIVE | | | |
| | 5.0 - 10.0   . . . . . . . BORDERLINE | | | |
| | GREATER THAN 10.0   . . . . . POSITIVE | | | |
| | | | | |
| | THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN | | | |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES. 27027 TOURNEY ROAD
       VALENCIA, CA 91355-5386



Liberty003417

# MANCHESTER MEMORIAL HOSPITAL

Page: 4

*An Affiliate of Eastern Connecticut Health Network, Inc.*

| | |
|---|---|
| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237   Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Baehring,Joachim M

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

*CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE*
*CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY*
*SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR*
*DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY*
*ESTABLISHED MEANS.*

| | | | | |
|---|---|---|---|---|
| ANTI-NEUT.CY.AB | | | | |
| > ANCA TOT ABS | <1:20 | | <1:20 FIU | SP |
| > ANCA, PATTERN | ... | | | SP |

*NO C- OR P-ANCA PATTERN DETECTED BY IFA*

| | | | | |
|---|---|---|---|---|
| > ANTINUC.AB(ANA) | 75.0 | H | < 7.5 IU/ML | SP |

IU/ML METHOD OF REPORTING    TITER METHOD OF REPORTING
<7.5                         NOT DETECTED
8                            1:40 - 1:80
15                           1:80 - 1:320
30                           1:160 - 1:640
50                           1:320 - 1:1280
75                           1:1280 - 1:5120
100                          1:2560 - 1:10240
>=200                        >= 1:10240

CONVERSION TABLE:
THE TABLE COMPARES PREVIOUSLY REPORTED ANA TITERS FROM
SPECIALTY WITH THE STANDARDIZED INTERNATIONAL UNIT FORMAT
OF REPORTING. TITERS FROM OTHER LABORATORIES CANNOT BE
DIRECTLY EQUATED TO THE IU SYSTEM EMPLOYED BY SPECIALTY.

| | | | | |
|---|---|---|---|---|
| > ANA PATTERN | ... | | | SP |

SPECKLED
HOMOGENEOUS PATTERN ALSO DETECTED

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

Umo V1.2/LOW (486-T2:40 S/456A                                                    Page 68 of 81

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 5

---

| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0C92869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for SPEARS,HALEY

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kago,Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

| ...st | Result | Flag | Reference | |
|---|---|---|---|---|
| > PROTEINASE 3 AB | < 3.5 | | < 3.5 U/uL | SP |
| > MYELOPEROX. AB | < 9.0 | | < 9.0 U/uL | SP |
| > SCL-70 ANTIBODY | < 5.0 | | < 5.0 UNITS | SP |

*REFERENCE RANGE FOR SCL-70 AUTOABS:*
*LESS THAN 5.0 . . . . . . NEGATIVE*
*5.0 - 10.0 . . . . . . . BORDERLINE*
*GREATER THAN 10.0 . . . . . POSITIVE*

*THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY
ESTABLISHED MEANS.*

| ANTI-SJOGREN | | | | |
|---|---|---|---|---|
| SS-A IGG AB | < 5.0 | | < 5.0 UNITS | SP |
| > SS-B IGG AB | < 5.0 | | < 5.0 UNITS | SP |

*REFERENCE RANGE FOR SS-A & SS-B AUTOABS:*
*LESS THAN 5.0 . . . . . . NEGATIVE*
*5.0 - 10.0 . . . . . . . BORDERLINE*
*GREATER THAN 10.0 . . . . . POSITIVE*

*THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY
ESTABLISHED MEANS.*

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386



---

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 6

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237   Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for SPEARS,HALEY

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Fago,Barbara

**PARTIAL REPORT
COPY**

REDACTED

| | Result | Flag | Reference | |
|---|---|---|---|---|
| B2 GLYCO AB PNL | | | | |
| > B2 GLYCO IGG AB | < 4 | | < 20 U/ML | SP |
| > B2 GLYCO IGM AB | < 4 | | < 10 U/ML | SP |
| > B2 GLYCO IGA AB | < 4 | | < 10 U/ML | SP |
| > CRP | < 0.5 | | < 1.0 MG/DL | |
| IBD SEROLOGY | PENDING | | | |
| > HLA B27 | DETECTED | H | | SP |

HLA-B27 TESTING WAS PERFORMED BY FLOW CYTOMETRY USING
ANTI-HLA-B27 MAB CLONE FD705.

| | Result | | Reference | |
|---|---|---|---|---|
| MONOCLONAL PROT | | | | |
| > IFE PARAPROTEIN | NOT DETECTED | | NOT DETECT. | SP |
| > IG A BLOOD | 255 | | 66-430 mg/dL | |
| > IG G BLOOD | 1181 | | 600-1600 mg/dL | |
| > IG M BLOOD | 91.0 | | 40.0-280.0 mg/dL | |
| LYME AB SCREEN | NEGATIVE | | NEGATIVE | |

Physician Reminder: Report all cases of Lyme disease.
                     Call 860-509-7994 for reporting forms.

| | Result | | Reference | |
|---|---|---|---|---|
| PHOS SERINE ABS | | | | |
| > PHOS.SER.AB.IGG | < 11.0 | | < 11.0 GPS U/mL | SP |
| > PHOS.SER.AB.IGM | < 25.0 | | < 25.0 MPS U/mL | SP |
| > PHOS.SER.AB.IGA | < 20.0 | | < 20.0 APS U/mL | SP |

---

**Specimen:** 0107:U00034R   COMP   **Collected:** 01/07/09-1345   **Received:** 01/07/09-1403

| Test | Result | Flag | Reference | |
|---|---|---|---|---|
| > COLOR | YELLOW | | YELLOW | |
| > APPEARANCE | CLEAR | | CLEAR | |
| > GLUCOSE | NEGATIVE | | NEG. MG/DL | |
| > BILIRUBIN | NEGATIVE | | NEG. | |
| > KETONES | NEGATIVE | | NEG. MG/DL | |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386



---

Date 1/27/2009 Time 12:42:32 PM

Page 1 of 51

# MANCHESTER MEMORIAL HOSPITAL

Page: 7

*An Affiliate of Eastern Connecticut Health Network, Inc.*

| | |
|---|---|
| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for SPEARS,HALEY

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kago,Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

| | | | | |
|---|---|---|---|---|
| > SPECIFIC GRAV | >=1.030 | H | 1.002-1.030 | |
| > BLOOD | NEGATIVE | | NEGATIVE | |
| > PH | 5.5 | | 5.0-8.0 | |
| > PROTEIN | NEGATIVE | | NEG. MG/DL | |
| > UROBILINOGEN | 0.2 | | 0-1.0 MG/DL | |
| > NITRITE | NEGATIVE | | NEG. | |
| > LEUK. ESTERASE | NEGATIVE | | NEG | |

| | | | |
|---|---|---|---|
| Specimen: 09:B0000636R    COMP | Collected: 01/07/09-1345 | Received:    01/07/09-1403 | |
| | Source:    URINE | Sp Descrip: CLEAN CATC | |

Procedure                         Result

URINE CULTURE  Final
     NO GROWTH AT < 1000 CFU/ML

URINE CULTURE  Preliminary (changed)
     NO GROWTH AT < 1000 CFU/ML



Liberty003421



CT. LIC.# CL-0623

Saint Francis Campus
114 Woodland Street
Hartford, Connecticut
06105-1299

DEPARTMENT OF PATHOLOGY
AND LABORATORY MEDICINE

FOR INFORMATION/RESULTS CALL: (860) 7:4-6103

PATIENT NAME   SPEARS, HALEY
PATIENT #      977290
DOCTOR         GORDON, BARRY

AGE/SEX   30Y   F        LOC    LGEN
D.O.B.    REDACTED

W67458   COLL: 10/01/2

LIVER PROFILE
  TOTAL PROTEIN
  ALBUMIN
  ALB GLOB RATIO
  ALK PHOS
  SGOT (AST)
  SGPT (ALT)
  TOTAL BILIRUBIN
  DIRECT BILIRUBIN

LYME AB SCREEN
  LYME IgM/IgG

LYME W. BLOT, SERUM

SPECIMEN / RESULT NOTES: 1.) TEST WITH-OUT A LO-HI RANGE OR PATIENT AGE ARE NOT SUBJECT TO FLAGGING

* - ABNORMAL (HIGH OR LOW) TEST RESULT

10/09/2005   08:05        1

PATIENT:
PRINTED: DATE           TIME        PAGE

1718329  3/00

Liberty003422

CLP - Report (Specimen=AG287771)    *660 1010*    Page 1 of 4



EVAN SCHIFF,M.D.
445 SOUTH MAIN STREET
WEST HARTFORD, CT 06110

Clinical Laboratory Partners Inc
CT LICENSE CL-0385 / CLIA# 07D0094387

FAXED
129 Patricia M. Genova Drive
Newington, SEP 2 5 2008
1-800-286-9800
860-696-5020

| Requesting Physician: **E SCHIFF MD** | Patient Name |  |  |
|---|---|---|---|
| Accession: AG287771 | **SPEARS,HALEY** |  |  |
| Requisition #: | Sex: | Date of Birth: | Age: |
| Collected: 09/18/2008 10:45 | **Female** | REDACTED | **30** |
| Reported: 09/24/2008 16:43 | Patient Phone: | Patient ID #: | Med Rec #: |
|  | **860-930-0887** | **AG287771** |  |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| Amended on: 09/24/2008 15:00, | | | | |
| Reprinted on: 09/24/2008 20:06 | | | | |
| | | | | |
| **Complete Blood Count, without Differential** | | | | |
| White Blood Cell Count | 4.4 | THOU/uL | 4.0-11.0 | |
| Platelet Count | 295 | THOU/uL | 150-450 | |
| Hemoglobin | 13.0 | g/dL | 11.7-15.7 | |
| Hematocrit | 38.6 | % | 35.0-47.0 | |
| Red Blood Count | 4.51 | MIL/uL | 4.00-5.40 | |
| MCV | 85.5 | fL | 80.0-100.0 | |
| MCH | 28.9 | PG | 27.0-31.0 | |
| MCHC | 33.8 | g/dL | 30.0-36.0 | |
| RDW | 13.0 | % | 11.5-14.5 | |
| MPV | 9.6 | fL | 7.4-10.4 | |
| Comment | No comment | | No comment | |
| Gamma Glutamyl Trans (GGT) | 22 | U/L | 7-32 | |
| Mononucleosis Screen | Negative | | Negative | |
| Test performed by latex agglutination. | | | | |
| **Cytomegalovirus (CMV) Antibody, IgG & IgM** | | | | |
| Cytomegalovirus (CMV) Antibody IgM | 0.34 | Index Value | <0.90 | |

A negative result does not exclude the possibility of CMV infection. The
sample may have been collected before the appearance of IgM antibody. If
infection is suspected, recommend testing of a second specimen in 10-14
days to look for seroconversion or a doubling of the index value of IgM
which is indicative of primary infection.
Reinfections or reactivation of latent infections may not be positive for
specific IgM antibodies. Therefore, a negative result does not
necessarily preclude a current reinfection or reactivation.

| Index Value | Interpretation |
|---|---|
| <0.90 | Negative for anti-CMV IgM. |
| 0.90-1.09 | Equivocal for anti-CMV IgM. |
| > or = 1.10 | Positive for anti-CMV IgM. |

CLP - Report (Specimen=AG287771)                                           Page 2 of 4

Cytomegalovirus (CMV) Antibody IgG          0.74        Index Value    <0.80  FAXED

A negative result does not exclude the possibility of CMV infection.  The
sample may have been collected before the appearance of IgG antibody  If            SEP 2 5 2008
infection is suspected, recommend testing of a second specimen in 10-14
days.                                                                               By____

| Index Value | Interpretation |
|---|---|
| <0.80 | Negative for anti-CMV IgG. |
| 0.8-0.99 | Equivocal for anti-CMV IgG. |
| > or = 1.00 | Positive for anti-CMV IgG. |

**Lipid Panel**

| | | | |
|---|---|---|---|
| Cholesterol, Total | 180 | mg/dL | 0-199 |
| Triglycerides | 59 | mg/dL | <150 |
| Cholesterol, HDL | 51 | mg/dL | >39 |
| Cholesterol/HDL Ratio | | | |
| Est. LDL | 117 H | mg/dL | 0-99 |
| Cholesterol/HDL Ratio | 3.5 | Ratio | 0.0-5.0 |

| Relative Risk | Ratio - Male | Ratio - Female |
|---|---|---|
| 0.5 | 3.4 | 3.3 |
| 1.0 | 5.0 | 4.4 |
| 2.0 | 9.6 | 7.1 |
| 3.0 | 23.4 | 11.0 |

**TSH Reflex to Free T4**

| | | | |
|---|---|---|---|
| TSH, Highly Sensitive | 1.26 | mIU/L | 0.27-4.20 |

**Vitamin B12 & Folate**

| | | | |
|---|---|---|---|
| Folate, Serum | 11.6 | ug/L | 4.2-19.9 |
| Vitamin B12 | 438 | ng/L | 243-894 |

**Iron Profile**

| | | | |
|---|---|---|---|
| Iron | 81 | ug/dL | 59-151 |

**Iron Binding Capacity Profile w/o Iron**

| | | | |
|---|---|---|---|
| Unsaturated Iron Binding Capacity | 197 | ug/dL | 112-346 |
| Total Iron Binding Capacity | 278 | ug/dL | 100-400 |
| % Saturation | 29 | % | 20-50 |
| Ferritin | 14 L | ug/L | 15-150 |

**Hepatitis Panel, Acute**

**Hepatitis Panel Interpretation**

Panel Interpretation:

These results are inconsistent with acute Hepatitis A, B or C Virus
infection, consider other viral agents.

| | | | |
|---|---|---|---|
| Hepatitis B Core Antibody IgM | Negative | | Negative |

Test performed by enzyme immunoassay.

| | | | |
|---|---|---|---|
| Hepatitis A Antibody IgM | Negative | | Negative |

Test performed by enzyme immunoassay.

**Hepatitis B Surface Ag Scr, Reflex Confirmation**

| | | | |
|---|---|---|---|
| Hepatitis B Surface Ag Screen | Negative | | Negative |

7H317150003

CLP - Report (Specimen=AG287771)

Page 3 of 4

FAXED
SEP 25 2008
By __ ___

Test performed by enzyme immunoassay.

| | | | |
|---|---|---|---|
| Hepatitis C Antibody | 0.23 | S/CO ratio | 0.00-0.79 |
| Negative | | | |

**Basic Metabolic Panel with BUN/Creat Ratio**

| | | | |
|---|---|---|---|
| BUN / Creatinine Ratio | 14 | RATIO | 10.0-25.0 |
| Creatinine with eGFR | | | |
| Creatinine | 0.8 | mg/dL | 0.4-1.1 |
| eGFR | >59 | | >59 |

MDRD in mL/min/1.73 sq meters.  For African Americans, multiply by 1.21.

| | | | |
|---|---|---|---|
| Blood Urea Nitrogen (BUN) | 11 | mg/dL | 8-21 |
| Calcium | 9.0 | mg/dL | 8.4-10.2 |
| Glucose | 85 | mg/dL | 65-99 |

Fasting: <100 mg/dL, Non-Fasting: <200 mg/dL (ADA 2005)

| | | | |
|---|---|---|---|
| Potassium | 4.4 | mmol/L | 3.4-5.3 |
| Carbon Dioxide | 25 | mmol/L | 22-33 |
| Sodium | 139 | mmol/L | 136-145 |
| Chloride | 104 | mmol/L | 98-107 |

**Hepatic Function Panel C**

**Albumin / Globulin Ratio**

| | | | |
|---|---|---|---|
| Albumin/Globulin Ratio | 1.7 | RATIO | 1.0-3.0 |
| Globulin | 2.6 | g/dL | 1.5-3.5 |
| Albumin | 4.4 | g/dL | 3.5-5.0 |
| Alkaline Phosphatase | 46 | U/L | 32-122 |
| Bilirubin, Total | 0.3 | mg/dL | 0.2-1.0 |
| Protein, Total | 7.0 | g/dL | 6.3-8.3 |
| Aspartate Aminotrans (AST) | 89 H | U/L | 10-50 |
| Alanine Aminotrans (ALT) | 177 H | U/L | 10-50 |
| Bilirubin, Direct | 0.1 | mg/dL | 0.0-0.2 |

Add On Acceptable

Signature Request - Add On

Please Note:

Dear Doctor.

A federal regulation (Final Rule, Federal Register, Vol. 57, No.40, February 28, 1992 - Subpart J) now requires all laboratories to obtain written authorization for any lab test requested.

Please review the following verbal request made by your office on this patient and sign where indicated.

Return to:
Specimen Management
Clinical Laboratory Partners, LLC
129 Patricia Genova Drive
Newington, Ct 06111
or fax to 860-696-8123

_____        _____
Authorized signature           Date

H31750003

CLP - Report (Specimen=AG287771)                                                    Page 4 of 4



FAXED
SEP 2 5 2008
By

**Assay(s) Added:**
  HEP PANEL GGT CYTOMEGALOVIRUS AB IRON PROFILE
**Note:**
  The additional test(s) listed below are in process.
**Assay(s) Added:**
  HEP PANEL GGT CYTOMEGALOVIRUS AB IRON PROFILE

### ABNORMAL SUMMARY

| Est. LDL | 117 H | mg/dL | 0-99 |
|---|---|---|---|
| Ferritin | 14 L | ug/L | 15-150 |
| Aspartate Aminotrans (AST) | 89 H | U/L | 10-50 |
| Alanine Aminotrans (ALT) | 177 H | U/L | 10-50 |

Please note: The abnormal summary is supplied as a tool for identifying abnormals results. All results must still be
reviewed as some abnormal results will not be included due to their interpretative or textual nature

Bradford Sherburne, MD  Medical Director, CT

** FINAL REPORT **

| SPEARS,HALEY | AG287771 |
|---|---|

ret of VmN
MD Reviewed
Date 9/ /  Init
Patient Aware
Date  9/25/08 Init
51/5/09 FVP
2/25/08 LH to CB

Liberty003426

CLP - Report (Specimen=AG287771)                                                    Page 1 of 4



EVAN SCHIFF, M.D.
445 SOUTH MAIN STREET
WEST HARTFORD, CT 06110

Clinical Laboratory Partners...

129 Patricia M. Genova Drive
Newington, CT 06111
1-800-286-9800
860-696-4020

CT LICENSE CL-0385 / CLIA# 07D0094387

| Requesting Physician: E SCHIFF MD | Patient Name | | |
|---|---|---|---|
| Accession: AG287771 | SPEARS, HALEY | | |
| Requisition #: | Sex: | Date of Birth: REDACTED | Age: |
| Collected: 09/18/2008 10:45 | Female | | 30 |
| Reported: 09/19/2008 09:48 | Patient Phone: 860-930-0887 | Patient ID #: AG287771 | Med Rec #: |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| **Amended on: 09/20/2008 13:46** | | | | |
| **Complete Blood Count, without Differential** | | | | |
| White Blood Cell Count | 4.4 | THOU/uL | 4.0-11.0 | |
| Platelet Count | 295 | THOU/uL | 150-450 | |
| Hemoglobin | 13.0 | g/dL | 11.7-15.7 | |
| Hematocrit | 38.6 | % | 35.0-47.0 | |
| Red Blood Count | 4.51 | MIL/uL | 4.00-5.40 | |
| MCV | 85.5 | fL | 80.0-100.0 | |
| MCH | 28.9 | PG | 27.0-31.0 | |
| MCHC | 33.8 | g/dL | 30.0-36.0 | |
| RDW | 13.0 | % | 11.5-14.5 | |
| MPV | 9.6 | fL | 7.4-10.4 | |
| Comment | No comment | | No comment | |
| Gamma Glutamyl Trans (GGT) | 22 | U/L | 7-32 | |
| Mononucleosis Screen | Negative | | Negative | |
| Test performed by latex agglutination. | | | | |
| **Cytomegalovirus (CMV) Antibody, IgG & IgM** | | | | |
| Cytomegalovirus (CMV) Antibody IgM | PENDING | | | |
| Cytomegalovirus (CMV) Antibody IgG | PENDING | | | |
| **Lipid Panel** | | | | |
| Cholesterol, Total | 180 | mg/dL | 0-199 | |
| Triglycerides | 59 | mg/dL | <150 | |
| Cholesterol, HDL | 51 | mg/dL | >39 | |
| Cholesterol/HDL Ratio | | | | |
| Est. LDL | 117  H | mg/dL | 0-99 | |
| Cholesterol/HDL Ratio | 3.5 | Ratio | 0.0-5.0 | |

| Relative Risk | Ratio - Male | Ratio - Female |
|---|---|---|
| 0.5 | 3.4 | 3.3 |
| 1.0 | 5.0 | 4.4 |
| 2.0 | 9.6 | 7.1 |
| 3.0 | 23.4 | 11.0 |

TSH Reflex to Free T4

http://10.74.2.7/csp/cwr/wReport1.csp?CSPToken=1RXZngyT7fK0WwsH_H6TjV9CuQj...   9/22/2008

CLP - Report (Specimen=AG287771)                                                     Page 2 of 4

| | | | |
|---|---|---|---|
| TSH reflex to Free T4 | | | |
| TSH, Highly Sensitive | 1.26 | mIU/L | 0.27-4.20 |
| **Vitamin B12 & Folate** | | | |
| Folate, Serum | 11.6 | ug/L | 4.2-19.9 |
| Vitamin B12 | 438 | ng/L | 243-894 |
| **Iron Profile** | | | |
| Iron | 81 | ug/dL | 59-151 |
| **Iron Binding Capacity Profile w/o Iron** | | | |
| Unsaturated Iron Binding Capacity | 197 | ug/dL | 112-346 |
| Total Iron Binding Capacity | 278 | ug/dL | 100-400 |
| % Saturation | 29 | % | 20-50 |
| Ferritin | 14  L | ug/L | 15-150 |
| **Hepatitis Panel, Acute** | | | |
| Hepatitis Panel Interpretation | | | |
| Panel Interpretation: | | | |
| These results are inconsistent with acute Hepatitis A, B or C Virus | | | |
| infection, consider other viral agents. | | | |
| Hepatitis B Core Antibody IgM | Negative | | Negative |
| | | | |
| Test performed by enzyme immunoassay. | | | |
| Hepatitis A Antibody IgM | Negative | | Negative |
| | | | |
| Test performed by enzyme immunoassay. | | | |
| Hepatitis B Surface Ag Scr, Reflex Confirmation | | | |
| Hepatitis B Surface Ag Screen | Negative | | Negative |
| | | | |
| Test performed by enzyme immunoassay. | | | |
| Hepatitis C Antibody | 0.23 | S/CO ratio | 0.00-0.79 |
| Negative | | | |
| **Basic Metabolic Panel with BUN/Creat Ratio** | | | |
| BUN / Creatinine Ratio | 14 | RATIO | 10.0-25.0 |
| Creatinine with eGFR | | | |
| Creatinine | 0.8 | mg/dL | 0.4-1.1 |
| eGFR | >59 | | >59 |
| MDRD in mL/min/1.73 sq meters.  For African Americans, multiply by 1.21. | | | |
| Blood Urea Nitrogen (BUN) | 11 | mg/dL | 8-21 |
| Calcium | 9.0 | mg/dL | 8.4-10.2 |
| Glucose | 85 | mg/dL | 65-99 |
| Fasting: <100 mg/dL, Non-Fasting: <200 mg/dL (ADA 2005) | | | |
| Potassium | 4.4 | mmol/L | 3.4-5.3 |
| Carbon Dioxide | 25 | mmol/L | 22-33 |
| Sodium | 139 | mmol/L | 136-145 |
| Chloride | 104 | mmol/L | 98-107 |
| **Hepatic Function Panel C** | | | |
| Albumin / Globulin Ratio | | | |
| Albumin/Globulin Ratio | 1.7 | RATIO | 1.0-3.0 |
| Globulin | 2.6 | g/dL | 1.5-3.5 |
| Albumin | 4.4 | g/dL | 3.5-5.0 |

http://10.74.2.7/csp/cwr/wReport1.csp?CSPToken=1RXZngyT7fK0WwsH_H6TjV9CuQj...   9/22/2008

EVAN SCHIFF, M.D.
HARTFORD MEDICAL GROUP
445 SOUTH MAIN STREET
WEST HARTFORD, CT 06110



Clinical Laboratory Partners LLC
CT LICENSE CL-0533 / CLIA# 07D404430F

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8020

| | | | | |
|---|---|---|---|---|
| Requesting Physician: | | | | |
| Accession: | | **REDACTED** | | |
| Requisition #: | | | | |
| Collected: | | | | |
| Reported: | | | | |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|

Reprinted on: 09/19/2008 05:38
Fasting Specimen

_____ ABNORMAL SUMMARY _____

| | | | | |
|---|---|---|---|---|
| Thyroid Peroxidase Antibody | 38 | H | IU/mL | <35 |
| Aspartate Aminotrans (AST) | 69 | H | U/L | 10-50 |
| Alanine Aminotrans (ALT) | 177 | H | U/L | 10-50 |

PLEASE NOTE: The abnormal summary is supplied as a tool for identifying abnormal results. All results must still be
reviewed as some abnormal results will not be included due to their interpretative or textual nature.

Bradford Sherburne, MD   Medical Director

FINAL REPORT

Additional Copy.   Test(s) originally ordered by: DAVID S. SILVERS, M.D.

*[handwritten annotations]*

MD Reviewed
Date 9/19/08 Init M

Patient Aware
Date 9/19/08 Init DL
Pt aware mono ⊖
and waiting for additional test

Next app 11/7/08

EVAN SCHIFF, M.D.
HARTFORD MEDICAL GROUP
445 SOUTH MAIN STREET
WEST HARTFORD, CT 06110



Clinical Laboratory Partners LLC

129 Patricia M. Genova Dr
Newington, CT 06111
1-800-286-9800
860-696-8020

Requesting Physician:
Accession:
Requisition #:
Collected:
Reported:

**REDACTED**

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| Reprinted on: 09/19/2008 05:38 | | | | |
| **Fasting Specimen** | | | | |
| Erythrocyte Sediment Rate (ESR) | 4 | MM/HR | 0-20 | |
| T4 (Thyroxine) | 5.9 | ug/dL | 4.0-12.0 | |
| TSH, Highly Sensitive | 1.26 | mIU/L | 0.27-4.20 | |
| T3, Total | 121 | ng/dL | 80-200 | |
| **Thyroid Antibody (ATA, TPO)** | | | | |
| Thyroid Peroxidase Antibody | 38 | H | IU/mL | <35 | |
| Thyroglobulin Antibody | <10 | | IU/mL | <115 | |
| Performed by Roche Electrochemiluminescence Immunoassay (ECLIA) method. Anti-Tg values obtained by different testing methods may not be comparable. | | | | |
| **Vitamin B12 & Folate** | | | | |
| Vitamin B12 | 438 | ng/L | 243-894 | |
| Folate, Serum | 11.6 | ug/L | 4.2-19.9 | |
| Calcium, Ionized | 1.27 | mmol/L | 1.17-1.33 | |
| **Hepatic Function Panel C** | | | | |
| Bilirubin, Direct | 0.1 | mg/dL | 0.0-0.2 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.2-1.0 | |
| Aspartate Aminotrans (AST) | 89 | H | U/L | 10-50 | |
| Alanine Aminotrans (ALT) | 177 | H | U/L | 10-50 | |
| Alkaline Phosphatase | 46 | U/L | 32-122 | |
| Protein, Total | 7.0 | g/dL | 6.3-8.3 | |
| Albumin | 4.4 | g/dL | 3.5-5.0 | |
| Albumin / Globulin Ratio | | | | |
| Globulin | 2.6 | g/dL | 1.5-3.5 | |
| Albumin/Globulin Ratio | 1.7 | RATIO | 1.0-3.0 | |

CONTINUED....

SPEARS HALEY          Route: 9          Page: 1

Spirometry Report
Puritan-Bennett Renaissance II
S/N:        S-20021270174
Version:    1.1.11

HARTFORD MEDICAL G

BEST 3 FVC/FVL REPORT

Session Date:     29APR2008
Session Time:      07:07PM
Last Cal Check:   04APR2008

| ID: | L698883 | | Height: | 65" | Physician. | | Sensor Code: | 347331 |
| Name: | SPEARS.HALEY | | Age: | 38YRS | Technician: | | Temperature: | 72F |
| Gender: | FEMALE | | Weight: | 123LBS | | | Barometric Press: | 601mmHg |
| Medication: | | | Smoker: | NO | | | BTPS Correction: | 1.120 |
| Dosage: | | | Ethnicity/Correction: | CAUCASIAN | | 25.2% | Normals: | KNUDSON 83 |

Clinical Format:     PREMED - 07:09PM     * Indicates Best Value
                     Best Criteria:       VAL

                                          < Indicates Below LLN

| MEASUREMENT | QC | Trial 4 | %Pred | Trial 3 | Trial 2 | Pred | LLN |
|---|---|---|---|---|---|---|---|
| FVC (L) | F | 4.64* | 127 | 4.21 | 3.98 | 3.62 | 2.79 |
| FEV1 (L) | 0 | 3.61* | 116 | 3.43 | 3.27 | 3.09 | 2.17 |
| FEV1% | | 78 | 92 | 81 | 82 | 85 | 73 |
| FEF25-/b (L/S) | | 3.41* | 94 | 3.40 | 3.37 | 3.62 | |
| PEF (L/S) | | 4.46* | 67 | 6.21 | 4.76 | 6.60 | |
| FET (S) | | 7.74* | | 6.91 | 6.89 | | |

BEST FEV1%        78*

Report Summary:
Pre Med:    Tests 4  Acceptable 1  Reproducible 0  FVC VAR:    425mL  FEV1 VAR:    180mL  PEF VAR:    1743mL/S

Interpretation:              PREMED - Normal Spirometry



PREMED

Page 1 of 2

Liberty003431

 **HARTFORD HOSPITAL**
80 Seymour Street  P.O. Box 5037  Hartford, CT  06102-5037
(860) 545-2866  CT REG #HP0254

## Surgical Pathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | **SPEARS, HALEY** | SPEC #: | **807-26134** |
| MED. REC. #: | 3032575 | SEX: | F |
| ACCOUNT #: | 000011621471 | DOB (AGE): | REDACTED Age: 29) |
| DATE OBTAINED: | 9/14/2007 | LOCATION: | 025/GI UNIT |
| DATE RECEIVED: | 9/14/2007 | SUBMITTING MD: | DONNA CIPOLLA, MD |
| CC: | EVAN SCHIFF | | |

---

## DIAGNOSIS

**STOMACH, ANTRUM, BIOPSY: ANTRAL MUCOSA WITH MILD REACTIVE SURFACE CHANGES (FOVEOLAR ELONGATION AND MUCIN DEPLETION); UNREMARKABLE OXYNTIC MUCOSA. NO CHRONIC GASTRITIS OR MICROORGANISMS ON H&E.**

td/8/15/2007

\*\*\*Electronically Signed Out\*\*\*
REBECCA N. WILLIAMS, M.D.

**COMMENT**
88305

---

**Clinical Diagnosis and History:**
Indications: Dyspepsia, established gastric ulcer, follow up of gastric ulcer.
Impressions: Normal esophagus.
Non bleeding erythematous gastropathy. Healed ulcer.
Normal examined duodenum.

**Tissue(s) Submitted:**
GASTRIC ANTRUM

**Gross Description:**
The specimen is received in formalin labeled gastric antrum and consists of two, 0.2 cm, tan, irregular soft tissues. The specimen is submitted in toto labeled 1A.

CAL

MD Reviewed

Date 9/17/7 Init

Patient Aware

Date Init

---

SPEARS, HALEY                          Physician Hardcopy                          Page 1 of 1

Quest Diagnostics          000-000-0000                    Sat Jun 30 09:15:05 2007 Page 1 Of 11

**Laboratory Report**

* CARBON COPY TO: *

JILL ARCARI, APRN
HARTFORD MEDICAL GROUP
GROUP# 220346
445 S MAIN ST
WEST HARTFORD, CT   06110
224773              6001-0000



Quest
Diagnostics

Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.982-6810
203.949.5500

| | | | | |
|---|---|---|---|---|
| Patient Name | | Accession No | | |
| SPEARS, HALEY A | REDACTED | AA899018 | REDACTED | |

Patient Telephone No.          Requesting physician
(860) 308-2050    AMY COATES APRN

| 10:23 | 06/27/2007 | 06/27/2007 | 06/30/2007 | |
|---|---|---|---|---|

| Test | Out of Range | Within Range | Reference Range | Units |
|---|---|---|---|---|
| Celiac Disease Panel | | | | |
| Tissue Transglutaminase Ab IgA | | | | |
| tTG IgA Ab | | <3 | NOTE | U/mL |
| Reference ranges (tTG Antibody, IgA) in U/mL: | | | | |
| Negative        Less than 5 | | | | |
| Equivocal       5 to 8 | | | | |
| Positive        Greater than 8 | | | | |
| | | | | |
| IgA, Serum | | 305 | 81-463 | mg/dL |
| Gliadin Ab (IgA) | | 4 | <11 * | U/mL |
| Reference ranges (Gliadin Antibody, IgA) in U/mL: | | | | |
| Less than 11      Negative | | | | |
| 11 to 17          Equivocal | | | | |
| Greater than 17   Positive | | | | |

COPY REQUESTED BY:
AMY COATES, A.P.R.N.
GROUP #226083
CT G.I.
256 NORTH MAIN STREET
MANCHESTER, CT  06040
228891             3172-0592

* END OF FINAL REPORT *

MD Reviewer
Date 2/11/0   Init
Patient Aware
Date          Init

QUEST DIAGNOSTICS                                   WED JUN 27 19:28:20 2007 PAGE 4 OF 5

## Laboratory Report

EVAN L. SCHIFF, M.D.
GROUP # 220346
445 SOUTH MAIN STREET
WEST HARTFORD, CT  06110

226905          6001-0000


**Quest Diagnostics**

Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.982-6810
203.949.6500

| Patient Name | Patient ID | Accession No. | Age / Date of Birth | Sex | Social Security # |
|---|---|---|---|---|---|
| SPEARS, HALEY A | REDACTED | AA8989981 | REDACTED | F | |

| Patient Telephone No. | | | | Pag |
|---|---|---|---|---|
| (860) 308-2050 | EVAN L SCHIFF MD | | REDACTED | 2 |

| Time Collected | Date Collected | Date Received | Date Reported |
|---|---|---|---|
| 10:25 | 06/27/2007 | 06/27/2007 | 06/27/2007 |

| Test | Results Out of Range | Within Range | Reference Range | Units |
|---|---|---|---|---|
| Sodium | | 137 | 135-146 | mmol/L |
| Potassium | | 4.6 | 3.5-5.3 | mmol/L |
| Chloride | | 103 | 98-110 | mmol/L |
| Carbon Dioxide | | 24 | 21-33 | mmol/L |
| Calcium | | 9.5 | 8.6-10.2 | mg/dL |
| Hepatic Function Panel | | | | |
| Alkaline Phosphatase | | 42 | 33-115 | U/L |
| AST | | 17 | 10-30 | U/L |
| ALT | | 13 | 6-40 | U/L |
| Bilirubin,Total | | 0.3 | 0.2-1.2 | mg/dL |
| Bilirubin,Direct | | 0.1 | < OR = 0.2 | mg/dL |
| Protein,Total | | 7.5 | 6.2-8.3 | g/dL |
| Albumin | | 4.5 | 3.6-5.1 | g/dL |
| Globulin,Calculated | | 3.0 | 2.2-3.9 | g/dL |
| A/G Ratio | | 1.5 | 1.0-2.1 | |
| Urinalysis,Reflex | | | | |
| Color | | YELLOW | YELLOW | |
| Appearance | | CLEAR | CLEAR | |
| Specific Gravity | | 1.025 | 1.001-1.035 | |
| pH | | 6.5 | 5.0-8.0 | |
| Glucose,QL | | NEGATIVE | NEGATIVE | |
| Protein,Total,QL | | NEGATIVE | NEGATIVE | |
| Blood | | NEGATIVE | NEGATIVE | |
| Ketones | | NEGATIVE | NEGATIVE | |
| Bilirubin,Urine | | NEGATIVE | NEGATIVE | |
| Leukocyte Esterase | | NEGATIVE | NEGATIVE | |
| Nitrite | | NEGATIVE | NEGATIVE | |

* END OF FINAL REPORT *

MD Reviewed
6/28/07  LMDVM    Date 6/11/07  Init
            CB
                    Patient Aware
                Date 6/28/07  Init

Referred to Quest Diagnostics Incorporated   Referred to Quest Diagnostics Incorporated   Referred to Quest Diagnostics Incorporated   Referred to Quest Diagnostics Incorporated
Three Sterling Olive, Wallingford, CT 06492   205 Lurossdin Blvd, Teterboro, NJ   One Malcolm Avenue, Teterboro, NJ

Quest Diagnostics     800-000-0000         Wed Jun 27 19:28:20 2007 Page 3 of 5

## Laboratory Report

EVAN L. SCHIFF, M.D.
GROUP # 220346
445 SOUTH MAIN STREET
WEST HARTFORD, CT  06110

226905          6001-0000



Quest
Diagnostics

Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.5500

| Patient Name | Date/Sex/ID | Accession No. | | | By / F |
|---|---|---|---|---|---|
| SPEARS,HALEY A | REDACTED | A898998 | REDACTED | | |
| Patient Telephone No. | | | | | Page |
| (860) 308-2050 | EVA | | | | 1 |
| Time Collected | Date Collected | | | | |
| 10:25 | 06/27/2007 | 06 | | | |

| Test | | | Reference Range | Units |
|---|---|---|---|---|

```
REPORTING COMMENTS: FASTING

Lipid Panel
  Cholesterol,Total              151         125-200        mg/dL
  HDL Cholesterol                 58         > OR = 40      mg/dL
  Cholesterol/HDL Ratio           2.6        < OR = 5.0
  Triglycerides                   54         <150           mg/dL
  LDL Cholesterol,Calc            82         <130 *         mg/dL
      Desirable range <100 mg/dL for patients with CHD or diabetes and <70
      mg/dL for diabetic patients with known heart disease.

CBC (H/H,RBC,Indices,WBC,Plt)
  WBC                             6.4         3.8-10.8       Thous/uL
  RBC                             4.45        3.80-5.10      Million/uL
  Hemoglobin                     13.5        11.7-15.5       g/dL
  Hematocrit                     40.6        35.0-45.0       %
  MCV                            91.2        80.0-100.0      fL
  MCH                            30.4        27.0-33.0       pg
  MCHC                           33.3        32.0-36.0       g/dL
  RDW                            13.2        11.0-15.0       %
  Platelet count                 305        140-400         Thous/uL
  MPV                             8.5         7.5-11.5       fL
Basic Metabolic Panel w/eGFR
  Glucose                         89         65-99 *        mg/dL
      * Specimen exhibits slight hemolysis. Potassium, LDH, Magnesium, AST,
      Total Protein, CK and Inorganic Phosphorus may be falsely elevated.
      Glucose may be falsely decreased. Please use caution when interpreting
      result.

      Fasting reference interval

  Urea Nitrogen                   17         7-25           mg/dL
  Creatinine                      0.8        0.5-1.2        mg/dL
  GFR Estimated                  >60         >OR=60 *       NOTE
      Units of measure (GFR Estimated): mL/min/1.73m2
      If patient is African-American, multiply reported result by 1.21.

  BUN/Creatinine Ratio            21         6-22
```

PAGE 1: CONTINUED ON PAGE 2

EVAN SCHIFF, M.D.
HARTFORD MEDICAL GROUP
445 SOUTH MAIN STREET
WEST HARTFORD, CT   06110



Clinical Laboratory Partners

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8070

**REDACTED**

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---------|--------|-------|---------|----------|
| **Complete Blood Count, with Differential** | | | | |
| White Blood Count | 7.8 | THOU/uL | 4.0-11.0 | |
| Red Blood Count | 4.08 | MIL/uL | 4.00-5.40 | |
| Hemoglobin | 12.6 | g/dL | 11.7-15.7 | |
| Hematocrit | 36.7 | % | 35.0-47.0 | |
| MCV | 90.0 | fL | 80.0-100.0 | |
| MCH | 31.0 | PG | 27.0-31.0 | |
| MCHC | 34.4 | g/dL | 30.0-36.0 | |
| RDW | 12.6 | % | 11.5-14.5 | |
| Platelet Count | 276 | THOU/uL | 150-450 | |
| MPV | 9.6 | fL | 7.4-10.4 | |
| Granulocytes | 57.8 | % | 44.0-77.0 | |
| Granulocyte, ABS. | 4.49 | THOU/uL | 2.0-7.5 | |
| Lymphocytes | 32.5 | % | 20.0-53.0 | |
| Lymphocyte, ABS. | 2.52 | THOU/uL | 1.5-4.5 | |
| Monocytes | 5.4 | % | 1.0-12.0 | |
| Monocyte, ABS. | 0.42 | THOU/uL | 0.2-1.0 | |
| Eosinophils | 3.8 | % | 0.0-10.0 | |
| Eosinophil, ABS. | 0.30 | THOU/uL | 0.0-0.7 | |
| Basophils | 0.5 | % | 0.0-1.0 | |
| Basophil, ABS. | 0.04 | THOU/uL | 0.0-0.2 | |
| Comment | No comment | | No comment | |
| **Erythrocyte Sedimentation Rate (ESR)** | | | | |
| ESR | 10 | MM/HR | 0-20 | |
| **Comprehensive Metabolic Panel** | | | | |
| Glucose | 83 | mg/dL | 65-99 | |

   Glucose Reference Ranges (ADA recommendations 2005)
   Fasting          <100 mg/dL
   Non-Fasting    <200 mg/dL
   Criteria for the diagnosis of Diabetes mellitus
   1.  Non-Fasting glucose >200 mg/dL PLUS symptoms of diabetes
   2.  Fasting glucose > or =126 mg/dL

| | | | | |
|---------|--------|-------|---------|----------|
| Urea Nitrogen, Blood (BUN) | 11 | mg/dL | 8-21 | |
| Creatinine, Serum | 0.6 | mg/dL | | |

FAXED
JUN 1 3 2007
By____

FAXED
Entered in by Coosta
MAY 2 1 2007
By____

CONTINUED....

Route:

EVAN SCHIFF, M.D.
HARTFORD MEDICAL GROUP
445 SOUTH MAIN STREET
WEST HARTFORD, CT   06110



Clinical Laboratory Partners llc
CT LICENSE CL-0385 / CLIA# 07D0094387

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8020

Requesting

Requ                                           REDACTED

Comprehensive Metabolic Panel (continued)
   eGFR                          >60
      The eGFR provides an approximation of glomerular filtration rate according
      to the MDRD formula in mL/min/1.73 square meters.  For African Americans.
      multiply the value by 1.21.
   Sodium                        141              mmol/L           136-145
   Potassium                     4.1              mmol/L           3.4-5.0
   Chloride, Serum               105              mmol/L           98-107
   Carbon Dioxide                23               mmol/L           22-33
   Calcium, Serum                8.6              mg/dL            8.4-10.2
      Note new reference range effective April 9, 2007.
   Alkaline Phosphatase          39               U/L              32-122
   AST (SGOT)                    21               U/L              10-50
   ALT (SGPT)                    12               U/L              10-50
   Bilirubin, Total              0.2              mg/dL            0.2-1.0
   Protein, Total                6.9              g/dL             6.3-8.3
   Albumin, Serum                4.4              g/dL             3.5-5.0

   TSH, Highly Sensitive         1.43             mIU/L            0.27-4.20

   C-Reactive Protein            <0.10            mg/dL            0.00-0.49

Bradford Sherburne, MD  Medical Director

                    FINAL REPORT

         5/21/07 Linovm
                 to C18

         FAXED
         MAY 21 2007
         By

                    MD Reviewed
              Date     Init
                    Patient Aware
              Date 5/21/07 Init

    Faxed to pt per her request's
              Dr. Capulle

    1. pt fac 660-1010

SPEARS, HALEY        Route:              Page: 2 (last)

7H317150003

Jan 28 2009 11:06AM   HP LHSERJET FHX                                        p.5

CONFIDENTIAL - Do not copy without appropriate authorization
Print Date/Time: January 28, 2009  Printed by: Alterna Ashley Morrione

Page 1

## Yale New Haven Hospital - Medical Oncology Clinic
800 Howard Ave  New Haven, CT 06511
Phone: 203-785-4191 Fax 203-737-2191

**Patient:** HALEY SPEARS
**MRN:** 2264654
**DOB:** REDACTED
**SEX:** Female

**01/27/2009 - Imaging Report: MNBRNC/MRS MRI BRAIN WO/W CONTRAST Final Result**
**Provider: SYS SYSTEM**
**Location of Care: Yale-New Haven Hospital**

MNBRNC/MRS MRI BRAIN WO/W CONTRAST Final Result
UNOFFICIAL COPY

MRI BRAIN WITH AND WITHOUT CONTRAST MRI BRAIN SPECTROSCOPY   HISTORY: 31-year-old
female with a right temporal lobe lesion. History of a pineal cyst.   DATE OF
ADMISSION: 1/27/2009   COMPARISON: There are no comparison studies available.
TECHNIQUE: MRI of the brain with and without contrast was performed.  Gradient echo
cine flow images were obtained.  In addition, single and multi- voxel spectroscopy for
the bilateral temporal lobes were also performed.  The patient was administered 0.1
mmol/kg of Magnevist.     FINDINGS:  Brain MRI: There is focal T2 prolongation
centered in the white matter of the fusiform gyrus of the right temporal lobe without
mass effect or enhancement. There is no significant associated edema.  Noted is 7 mm
cyst in the pineal region without enhancement,  consistent with a pineal cyst.  The
ventricles and sulci are normal in size and configuration. The basal cisterns are
patent. There is no abnormal enhancement.  CSF flow cine demonstrates normal CSF flow
through the foramina of Monroe, prepontine cistern extending to the cervical spine,
the  fourth ventricle to the foramen of Magendie, and posterior to the  cerebellum to
the cervical spine. CSF flow through the aqueduct is  not well visualized.
Spectroscopy: The focal T2 prolongation area was selected for single  voxel
spectroscopy. A contralateral control site was also selected.  In addition, multi voxel
spectroscopy was performed through the  bilateral temporal regions. Spectroscopy
demonstrates increased  choline with decreased creatine and NAA in the T2 prolongation
area  in the right temporal lobe with Cho/Cr of 1.2.   IMPRESSION:  1.  Nonenhancing
focal T2 prolongation centered in the white matter of the fusiform gyrus of the right
temporal bone. Based on its signal  characteristics on MRI and spectroscopy, the
findings are concerning  for a low-grade tumor such as low-grade astrocytoma. 2. 0.7 cm
pineal cyst. No hydrocephalus. 3. CSF flow is not well visualized in the region of the
aqueduct.

Signed by Radiologist: JAMES C2 ABRAHAMS, M.D.

**Signed before import by SYS SYSTEM**
**Filed automatically on 01/27/2009 at 4:08 PM**

Liberty003438

7H317150003

**Evergreen Imaging Center**
*An affiliate of Eastern Connecticut Health Network*
**2800 Tamarack Drive**
**South Windsor, CT  06074**

JAN

Phone: (860) 533-4600                              Fax: (860) 533-4601

Patient Name: SPEARS,HALEY                DOB: REDACTED
MRN: E018697                              Account #: L00027440
Visit Type: REG CLI                       Patient Location: EULTR
                                          Patient Phone #: 860-308-2050

Ordering Physician:  Evan L Schiff
Consulting Physician:  ;
Additional Copies To: Schiff,Evan L; Oberstein,Robert;

F-5491-1301

Report Status: Signed                          Exam Date: 11/19/08

Exam Procedures: US US Thyroid/Neck

08163025

Ultrasound thyroid

INDICATION: Thyroid nodule

Ultrasound examination of the thyroid is performed and interpreted without previous for comparison.
The gland is enlarged. The right lobe measures 6.2 x 1.5 x 1.9 cm. The left lobe measures 5.7 x
1.4 x 1.7 cm. There are numerous solid and complex cystic nodules in both lobes, most of which
measure less than a centimeter in size. There is a dominant mildly hypoechoic ovoid circumscribed
nodule anteriorly in the midpole of the left lobe measuring 1.8 cm in greatest diameter. The largest
nodule on the right is at the lower pole, measuring 11 mm.

IMPRESSION:

Multinodular goiter.

Clinical and laboratory correlation is recommended. Further evaluation by radionuclide thyroid scan
could be considered.

Dominant left lobe nodule as discussed. This would be amenable to ultrasound guided needle core
biopsy, if clinically indicated.

P/U Evbeers tot
ac discussed
11/19/08  DL

Dictated By: Shuler, Frederick  11/19/08 ; 242
Signed By: Frederick Shuler  11/18/08 1248
Transcriptionist: PSCRIBE
Technologist: Gail Dumaine
Routing: Schiff, Evan L ;  ; Schiff,Evan L; Oberstein,Robert;
Report #: 1119-0238       Department's copy                              EGWDIAG

Liberty003439

Page 1 of 1

### Evergreen Imaging Center
*An affiliate of Eastern Connecticut Health Network*
### 2800 Tamarack Drive
### South Windsor, CT  06074

Phone: (860) 533-4600                    Fax: (860) 533-4601

Patient Name: SPEARS,HALEY                DOB: REDACTED
MRN: E018697                              Account #: L00027440
Visit Type: REG CLI                       Patient Location: EULTR
                                          Patient Phone #: 860-308-2050

Ordering Physician:  Evan L Schiff
Consulting Physician:  ;
Additional Copies To: Schiff,Evan L; Oberstein,Robert;

Report Status: Signed                     Exam Date: 11/19/08



Exam Procedures: US US Thyroid/Neck

08163025

Ultrasound thyroid

INDICATION: Thyroid nodule

Ultrasound examination of the thyroid is performed and interpreted without previous for comparison.
The gland is enlarged. The right lobe measures 6.2 x 1.5 x 1.9 cm. The left lobe measures 5.7 x
1.4 x 1.7 cm. There are numerous solid and complex cystic nodules in both lobes, most of which
measure less than a centimeter in size. There is a dominant mildly hypoechoic ovoid circumscribed
nodule anteriorly in the midpole of the left lobe measuring 1.8 cm in greatest diameter. The largest
nodule on the right is at the lower pole, measuring 11 mm.

IMPRESSION:

Multinodular goiter.

Clinical and laboratory correlation is recommended. Further evaluation by radionuclide thyroid scan
could be considered.

Dominant left lobe nodule as discussed. This would be amenable to ultrasound guided needle core
biopsy, if clinically indicated.

Dictated By: Shuler, Frederick  11/19/08 1242
Signed By: Frederick Shuler  11/19/08 1246
Transcriptionist: PSCRIBE
Technologist: Gail Dumaine
Routing: Schiff, Evan L ; ; Schiff, Evan L; Oberstein,Robert;
Report #: 1119-0238      Department's copy                    EGWDIAG

Liberty003440



**SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

---

**Patient Name:** SPEARS, HALEY

**DOB:** REDACTED          **Sex:** F          **Patient Status:** O          **Patient Type:** C
**Visit #:** 000103796017                  **Patient Location:**
**Accession:** 1936241                      **Completed:**          10/06/2008 5:11 PM
**Exam:** (MRI1) MRCSPINEWW - MRI C-SPINE W/ & W/O CONTRAST

| Admit Diagnosis: | 723.1 | CERVICALGIA |
| | 784.0 | HEADACHE |

| **Requesting Provider:** | GORDON, BARRY | **MRN:** 0000977290 |
| **Attending Provider:** | GORDON, BARRY | **Signs & Symptoms:** \784.0 723.1 |
| | 1000 ASYLUM AVE | **History:**          HEADACHE, NECK PAIN |
| | SUITE 4304 | |
| | HARTFORD, CT 06105 | |

**Report To:**          SHETH, NIRAV R

---

Exam: MRI cervical spine with and without 15 cc of IV Optimark.

Indication: Headache, neck pain.

Comparison: None

Findings:

The craniovertebral junction is normal. Cerebellar tonsils are in appropriate position.

Course, caliber and signal of the spinal cord are normal.

There straightening of the normal cervical lordosis. The remaining vertebral body heights, alignment and marrow signal are normal.

Disc signal is normal.

There is no significant narrowing of the spinal canal or neural foramina at any level.

There are bilateral nodules of the thyroid gland, evaluation with ultrasound is recommended.

There are no other abnormal areas of enhancement.

Impression:

---

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

**SAINT FRANCIS**
- Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

---

**Patient Name: SPEARS, HALEY**

| | | | | |
|---|---|---|---|---|
| **DOB:** REDACTED | **Sex:** F | **Patient Status:** | O | **Patient Type:** C |
| **Visit #:** 000103796017 | | **Patient Location:** | | |
| **Accession:** 1936241 | | **Completed:** | 10/06/2008 5:11 PM | |
| **Exam:** (MRI1) MRCSPINEWW - MRI C-SPINE W/ & W/O CONTRAST | | | | |

---

**Admit Diagnosis:** 723.1     CERVICALGIA
             784.0      HEADACHE

No evidence of abnormal cord signal.

Bilateral thyroid nodules that should be further evaluated with ultrasound.

This case was dictated by Dr. West with the images and report reviewed by Dr. Firestone.

End of diagnostic report for accession:     1936241

| | | |
|---|---|---|
| **Transcribed By:** | Interface, IDXrad | 10/08/2008 4:11 PM |
| **Edited By:** | FIRESTONE, MICHAEL | 10/08/2008 4:11 PM |
| **Signed By:** | FIRESTONE, MICHAEL | 10/08/2008 4:11 PM |
| **Performing Provider:** | Sapizin, Brick, MRI Technologist | |

396/507

HALEY SPEARS DOB REDACTED

10/21/2015 03:18 pm             Liberty003442



**SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford, Connecticut
06105-1299

(860) 714-4830

**Patient Name:** SPEARS, HALEY

| | | | | |
|---|---|---|---|---|
| **DOB:** REDACTED | **Sex:** F | **Patient Status:** | O | **Patient Type:** C |
| **Visit #:** 000103796017 | | **Patient Location:** | | |
| **Accession:** 1936240 | | **Completed:** | 10/06/2008 5:10 PM | |

**Exam:** (MRII) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST

| **Admit Diagnosis:** 723.1 | CERVICALGIA | | |
|---|---|---|---|
| 784.0 | HEADACHE | | |
| **Requesting Provider:** | GORDON, BARRY | **MRN:** 0000977290 | |
| **Attending Provider:** | GORDON, BARRY | **Signs & Symptoms:**\784.0 723.1 | |
| | 1000 ASYLUM AVE | **History:** HEADACHE, NECK PAIN | |
| | SUITE 4304 | | |
| | HARTFORD, CT 06105 | | |
| **Report To:** | SHETH, NIRAV R | | |

Exam: MRI of the brain with one of 15 cc of IV Optimark.

Indication: Headache, neck pain.

Comparison: MRI of the brain, 9/2/2008.

The white matter lesions in the right temporal lobe is stable and measures 1.7 cm x 0.7 cm. It does not enhance. There are no new lesions. There is no associated edema.

The ventricles, cisterns and other CSF-containing spaces are normal in size, shape and position. There is no evidence of acute infarct, hemorrhage, mass lesion or extra-axial fluid collection. There are no abnormally enhancing structures. The brainstem is normal. There are normal signal flow-voids within the internal carotid and basilar arteries.

Impression:

Stable nonenhancing white matter lesion in the right temporal lobe. The differential diagnosis favors demyelinating plaque over a low grade glioma but continued surveillance is recommended with a repeat MRI in 6 months.

No new lesions or abnormal areas of enhancement are identified.

This case was dictated by Dr. West with the images and report reviewed by Dr. Firestone.

 **SAINT FRANCIS**
Hospital and Medical Center

**MRI IMAGING**

Department of Radiology and Imaging Services

114 Woodland Street
Hartford , Connecticut
06105-1299

(860) 714-4830

**Patient Name: SPEARS, HALEY**

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** REDACTED | **Sex: F** | **Patient Status:** | O | **Patient Type: C** | |
| **Visit #:** ~~~~~~~~~~17 | | **Patient Location:** | | | |
| **Accession:** 1936240 | | **Completed:** | 10/06/2008 5:10 PM | | |

**Exam: (MRI1) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST**

| Admit Diagnosis: 723.1 | CERVICALGIA |
|---|---|
| 784.0 | HEADACHE |

**End of diagnostic report for accession:** 1936240

| **Transcribed By:** | Interface, IDXrad | 10/08/2008 4:11 PM |
|---|---|---|
| **Edited By:** | FIRESTONE, MICHAEL | 10/08/2008 4:11 PM |
| **Signed By:** | FIRESTONE, MICHAEL | 10/08/2008 4:11 PM |

**Performing Provider:** Saplain, Erick, MRI Technologist



10/21/2015 03:18 pm                    HALEY SPEARS DOB REDACTED                    398/507

Liberty003444



**HARTFORD HOSPITAL**
80 Seymour Street P.O. Box 5037 Hartford, CT 06102-5037
(860) 545-2866  CT REG #HPO254

## Surgical Pathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | **SPEARS, HALEY** | SPEC #: | **S07-18609** |
| MED. REC. #: | 3320873 | SEX: | F |
| ACCOUNT #: | 000011019353 | DOB (AGE): | REDACTED **(Age: 29)** |
| DATE OBTAINED: | 6/29/2007 | LOCATION: | 025/GI UNIT |
| DATE RECEIVED: | 6/29/2007 | SUBMITTING MD: | DONNA CIPOLLA, M.D. |
| CC: | DEBORAH KEIGHTLEY, M.D. | | |

---

### DIAGNOSIS

**#1. ILEUM, BIOPSY: FRAGMENT OF ILEAL MUCOSA; NO EVIDENCE OF INFLAMMATORY DISEASE.**

**#2. RANDOM COLON BIOPSIES: INFLAMMATORY CHANGES CHARACTERISTIC OF MICROSCOPIC COLITIS; NO EVIDENCE OF INFLAMMATORY BOWEL DISEASE. SEE COMMENT.**

**#3. DUODENUM, BIOPSY: DUODENAL MUCOSA WITH WELL-PRESERVED VILLI; NO EVIDENCE OF INFLAMMATORY DISEASE.**

**#4. STOMACH, BIOPSY: GASTRIC ANTRAL AND FUNDIC MUCOSA; NO EVIDENCE OF GASTRITIS; A DISCRETE ULCER IS NOT IDENTIFIED.**

**#5. STOMACH, BIOPSY OF GASTRIC BODY: GASTRIC FUNDIC MUCOSA; NO EVIDENCE OF GASTRITIS; A DISCRETE ULCER IS NOT IDENTIFIED.**

\*\*\*Electronically Signed Out\*\*\*
MARK E. LUDWIG, M.D.

mel/6/30/2007

### COMMENT

The colonic biopsies show a mild to moderate lymphocytic infiltrate of the overlying surface epithelium associated with decreased mucin production. The lamina propria reveals a mild increase in cellularity but there is no architectural distortion or granulomas. There is no acute cryptitis. The changes present are characteristic of microscopic colitis and do not suggest conventional inflammatory bowel disease.
88305 x 5

---

### Clinical Diagnosis and History:
INDICATIONS: Clinically significant diarrhea of unexplained origin. Hematochezia. Weight loss. Rule out IBD. Dyspepsia. Failure to respond to medication. Protonix.
IMPRESSIONS: The colon is normal and biopsied. The terminal ileum is normal and biopsied. Internal hemorrhoids were found. Normal esophagus. Clean based gastric ulcer. Normal examined duodenum, biopsied to rule out celiac sprue.

### Tissue(s) Submitted:
1: ILEUM
2: ENTIRE COLON
3: ENTIRE DUODENUM
4: STOMACH, ANTRUM AND BODY
5: STOMACH, GASTRIC BODY, ULCER

### Gross Description:
Specimen #1 is received in formalin labeled ileum and consists of a 0.4 cm tan irregular soft tissue. The specimen is submitted in toto labeled 1A.

Specimen #2 is received in formalin labeled colon and consists of four tan irregular soft tissues ranging from 0.2 cm to 0.4 cm. The specimen is submitted in toto labeled 2A.

---

SPEARS, HALEY                     Physician Hardcopy                     Page 1 of 2

SPEARS, HALEY                    **Surgical Pathology Report**                    S07-18609

Specimen #3 is received in formalin labeled duodenum and consists of a 0.4 tan irregular soft tissue. The specimen is submitted in toto labeled 3A.

Specimen #4 is received in formalin labeled antrum and body and consists of two tan irregular soft tissues averaging 0.3 cm. The specimen is submitted in toto labeled 4A.

Specimen #5 is received in formalin labeled gastric body and consists of two tan irregular soft tissues averaging 0.3 cm. The specimen is submitted in toto labeled 5A.

MB

SPEARS, HALEY                    Physician Hardcopy
                                 END OF REPORT                                    Page 2 of 2

Liberty003446

Fax Server          9/5/2008 1:04:15 PM   PAGE   2/003 · Fax Server



35 Nod Road, Suite 101, Avon, CT 06001
TEL: (860) 409-1952   FAX: (860) 409-1942

9 Cranbrook Blvd, Suite 102, Enfield, CT 06082
TEL: (860) 714-9410   FAX: (860) 714-9409

Radiology Associates of Hartford, P.C.

31 Sycamore Commons, Suite 101
Glastonbury, CT 06033
TEL: (860) 714-9710   FAX: (860) 714-8185

**Patient Name:** SPEARS, HALEY

**DOB:** REDACTED      **Sex:** F       **Patient Status:**  O        **Patient Type:** C
**Visit #:** 000103758953              **Patient Location:** RGLAS
**Accession:** I901681              **Completed:**    09/02/2008 2:03 PM
**Exam:** (RJV) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST

---

**Requesting Provider:**   LISHNAK, TIMOTHY S       **MRN:**  0000977290

**Attending Provider:**    LISHNAK, TIMOTHY        **Signs & Symptoms:** PERSISTENT HA'S ASSOCIATED W/
                           99 WOODLAND STREET                           NAUSEAU/VOMITING
                           HARTFORD, CT 06015      **History:**   NAUSEAU/VOMITING

**Report To:**             SCHIFF, EVAN L

SEP 0 5 2008
By

---

MRI brain with and without contrast.

Clinical History: Infrequent headaches x4 months, severe headaches x2 weeks.

Comparison: CT brain 8/28/2008.

Technique: Multiplanar T1 and T2-weighted images were acquired before and after administration of IV
gadolinium. 15 cc Optimark IV administered without incident.

Findings: Within the white matter of the right temporal lobe there is a 1.7 x 0.8 cm lobulated lesion
demonstrating increased signal on T2-weighted images and slight decreased signal on T1-weighted images. It
does not enhance following contrast administration. No other lesions are present. There is no associated edema.

Incidentally noted is a developmental venous anomaly in the posterior right parietal lobe.

The ventricles are normal in size, position and configuration for patient's age. There is no evidence of
obstructive hydrocephalus. The cerebellar tonsils are in normal position.

The sella and parasellar regions are unremarkable. The pituitary gland is normal.

The calvarium, skull base, orbits, paranasal sinuses and mastoid air cells are normal.

There are normal flow-voids within the internal carotid, vertebral and basilar arteries.

IMPRESSION:
1. Lobulated lesion in the white matter of the right temporal lobe which does not enhance following contrast
administration. This may represent an inactive demyelinating plaque. A low-grade glioma is less likely. A
followup MRI with contrast is recommended in 3 months.

---

FAX SERVER                    9/9/2008 1:04:10 PM    PAGE    9/003    FAX SERVER



Radiology Associates of Hartford, P.C.

35 Nod Road, Suite 101, Avon, CT 06001
TEL: (860) 409-1952   FAX (860) 409-1942

9 Cranbrook Blvd, Suite 102, Enfield, CT 06082
TEL: (860) 714-9410   FAX: (860) 714-9409

31 Sycamore Commons, Suite 101
Glastonbury, CT 06033
TEL. (860) 714-9710   FAX. (860) 714-8185

**Patient Name: SPEARS, HALEY**

**DOB:** REDACTED       **Sex:** F       **Patient Status:**   O          **Patient Type: C**
**Visit #: 000103758953**                **Patient Location:** RGLAS
**Accession: 1901681**                   **Completed:**       09/02/2008 2:03 PM
**Exam: (RJV) MRBRAINWW - MRI BRAIN WITH AND WITHOUT CONTRAST**

---

End of diagnostic report for accession:        1901681

**Transcribed By:**      Interface, IDXrad              09/02/2008 2:42 PM
**Edited By:**           MCKEON, SEAN                   09/02/2008 2:42 PM
**Signed By:**           MCKEON, SEAN                   09/02/2008 2:42 PM
**Performing Provider: ROWE, LISA,**



08/28/2008 14:38 FAX 800 714 8034     SFH-MEDICAL REC                    @005/011



Page 4 of 8

# Saint Francis Hospital and Medical Center - Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED | |
|---|---|---|---|---|
| MR #: | 00977290 | | Age/Gender: | 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: | 103757824 |
| Private Phys: | | | ED Phys: | Thomas W. Turbiak, MD |

| | | | | | |
|---|---|---|---|---|---|
| ESTIMATED GFR | BASED ON CREATININE CLEARANCE (CrCl).^ | | - | |
| ESTIMATED GFR | BOTH eGFR AND CrCl IN THE SETTING OF^ | | - | |
| ESTIMATED GFR | A CHANGING SERUM CREATININE ARE^ | | - | |
| ESTIMATED GFR | INACCURATE ESTIMATES OF RENAL FUNCTION^ | | - | |
| ESTIMATED GFR | AND CLINICAL ASSESSMENT IS ADVISED.^ | | - | |
| SODIUM | 137 | | MMOL/L 135-145 | F |
| POTASSIUM | 4.1 | | MMOL/L 3.5-5.5 | F |
| CHLORIDE | 101 | | MMOL/L 98-107 | F |
| CO2 | 25 | | MMOL/L 24-32 | F |
| RANDOM GLUCOSE | 88 | | MG/DL - | F |



## RADIOLOGY

CT Head without Contrast-SF < User N. Interface, SA 8/28/2008 22:25>
   Result 8/28/2008 23:45 < User N. Interface, SA 8/28/2008 11:45 PM>
*CT Head without Contrast-SF*


CT head without contrast

History: HEADACHE. .

Comparison: None.

Technique: Axial images of the brain were acquired without IV
contrast administration.

Findings: There is no intra-axial or extra-axial fluid collection,
midline shift, or hydrocephalus. There is no large vessel infarct.
Low attenuation changes are present in the white matter of the right
temporal lobe.

Bone windows demonstrate no fracture. The visualized paranasal and
mastoid sinuses are clear.

Impression:
1. Low attenuation changes in the white matter of the right temporal
lobe may represent gliosis or edema. A followup brain MRI is
recommended.

   Reviewed By: Thomas W. Turbiak, MD 8/29/2008 00:41

MRI Brain with and without Contrast-SF < User N. Interface, SA 8/29/2008 00:09>


## RESULTS

Lab

---

*Printed By Tracey L. Cook on 8/29/2008 2:28 PM*
**Medical Chart with Audits**

---

10/21/2015 03:18 pm          HALEY SPEARS DOB REDACTED                    403/507

Liberty003449

CLP - Report (Specimen=AG287771)                                    Page 3 of 4

| | | | |
|---|---|---|---|
| Alkaline Phosphatase | 46 | U/L | 32-122 |
| Bilirubin, Total | 0.3 | mg/dL | 0.2-1.0 |
| Protein, Total | 7.0 | g/dL | 6.3-8.3 |
| Aspartate Aminotrans (AST) | 89 H | U/L | 10-50 |
| Alanine Aminotrans (ALT) | 177 H | U/L | 10-50 |
| Bilirubin, Direct | 0.1 | mg/dL | 0.0-0.2 |

Add On Acceptable

Signature Request - Add On

Please Note:

Dear Doctor,

A federal regulation (Final Rule, Federal Register, Vol. 57, No.40,
February 28, 1992 - Subpart J) now requires all laboratories to obtain
written authorization for any lab test requested.

Please review the following verbal request made by your office on
this patient and sign where indicated.

Return to:
Specimen Management
Clinical Laboratory Partners, LLC
129 Patricia Genova Drive
Newington, CT 06111
or fax to 860-696-8123

_____        _____
Authorized signature                Date

Assay(s) Added:
HEP PANEL GGT CYTOMEGALOVIRUS AB IRON PROFILE
Note:
The additional test(s) listed below are in process.
Assay(s) Added:
HEP PANEL GGT CYTOMEGALOVIRUS AB IRON PROFILE

**ABNORMAL SUMMARY**

| | | | |
|---|---|---|---|
| Est. LDL | 117 H | mg/dL | 0-99 |
| Ferritin | 14 L | ug/L | 15-150 |
| Aspartate Aminotrans (AST) | 89 H | U/L | 10-50 |
| Alanine Aminotrans (ALT) | 177 H | U/L | 10-50 |

Please note: The abnormal summary is supplied as a tool for identifying abnormal results. All results must still be
reviewed as some abnormal results will not be included due to their interpretative or textual nature.

Bradford Sherburne, MD  Medical Director, CT

http://10.74.2.7/csp/cwr/wReport1.csp?CSPToken=1RXZngvT7fK0WwsH H6TiV9CuOi...   9/22/2008

Liberty003450

7H317150003

08/29/2008 14:39 FAX 560 714 8014          SFH-MEDICAL REC                         ☑011/011

Saint Francis Hospital and Medical Center
114 Woodland Street,
Hartford, CT 06105
8607144001

Patient: SPEARS, HALEY
Date:       29-Aug-2008
Physician:       Thomas W. Turbink, MD

### General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended
complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing c
If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health ca
provider, you should return to the Emergency Department. We are available 24 hours a day.

Your diagnosis is
**Primary Diagnosis:** Migraine headache
**Secondary Diagnosis:**
**Tertiary Diagnosis:**



What to do:
**Have MRI scan of brain**
•   Follow the instructions on the Aftercare Sheet or Sheets you were given:
Migraine Headache - English
•   Please follow up with Primary Care Physician  in  1 day

•   Take all sheets with you when you go to your follow-up care.

•   <u>Unless otherwise directed</u>, you may continue your current medications and add those that may have beer
    prescribed today. Any changes or additions to long term medications are being done on a temporary basi
    You should see the provider you are being referred to for follow-up and re-evaluation of your medications



If the emergency provider performed an on-the-spot interpretation of your x-rays, a specialist will do a final
interpretation. If a change in your diagnosis or treatment is needed, we will contact you. For that reason, it is critic
that we have a current phone number for you.



Culture results take at least 48 hours to come back. If cultures were done, your results will be available to the follc
up doctor. The Emergency Department will contact you if the results require a change in your treatment.

I UNDERSTAND THE INSTRUCTIONS AND WILL ARRANGE FOR FOLLOW-UP CARE

_____<PtSig>_____
Patient Signature

_____<RepSig>_____
Representative Signature

_____<StaffSig>_____
Staff Signature

☐ Glastonbury
860-714-9710

REDACTED   Date: 8/29/08

cc: Schiff, Evan

Insurance: _____ Insurance ID #: _____ Precertification #: _____

CLINICAL INFORMATION: (please specify signs/symptoms)

30 yo O+ c̄ persistent HAs associated c̄ nausea + vomiting.
Seen in EDC SFH 8/28/08 c̄ CT done. CT read as abnormal
c̄ recommendation that MRI be done to follow up.

Referring Physician Signature: _Lishock, Timothy S_ (required)

Previous Films: ☒ Yes  ☐ No   Location of Films: _CT of head done @ SFH 8/28/08_

**Clinical Questions:**

Does the patient have impaired renal function?  ☐ Yes  ☒ No   BUN: _11_
Serum Creatinine (required for CT patients over 60 years old or diabetic): _____ Date Drawn: _____
Glomerular Filtration Rate (GFR) (required for patients having MRI with contrast): _760_ Date Drawn: _5/07_
Is patient diabetic?  ☐ Yes  ☒ No   If yes, list medications: _____
Previous reaction to contrast?  ☐ Yes  ☒ No   If yes, explain: _____
Does patient have any allergies?  ☐ Yes  ☒ No   If yes, specify allergy: _____
LMP: _____ Is patient pregnant?  ☐ Yes  ☐ No
Is patient taking blood thinners?  ☐ Yes  ☒ No   If yes, list medications: _____
(e.g. Coumadin, Aspirin, Plavix, etc.)

**EXAMS:**

| ◇ MRI | ◇ CT | ◇ Ultrasound | ◇ Mammography | ◇ Bone Density | ◇ General X-ray |
|---|---|---|---|---|---|
| ☒ Head | ☐ Head | ☐ Abdomen | ☐ Diagnostic | ☐ Hip and Spine | ☐ Chest PA and LAT |
| ☐ C-Spine | ☐ Sinus | ☐ Aorta | ☐ Screening | | ☐ Abdomen |
| ☐ L-Spine | ☐ Abdomen | ☐ Breast | | | ☐ Cervical Spine |
| ☐ Shoulder | ☐ Abdomen/Pelvis | ☐ Deep Venous Leg | | | ☐ Dorsal Spine |
| ☐ Knee | ☐ Pelvis | ☐ Pelvis | | | ☐ Lumbar Spine |
| ☐ Hip | ☐ Chest | ☐ Pregnancy | ◇ Surgical | | ☐ Hip |
| ☐ Wrist | ☐ Lumbar Spine | ☐ (1st trimester) | ☐ USG Breast Biopsy | | ☐ Pelvis |
| ☐ Pelvis | ☐ Other | ☐ Renal | ☐ Sclerotherapy | | ☐ Foot |
| ☐ Other | | ☐ Testicular | ☐ Endovenous Laser Treatment | | ☐ Ankle |
| | ◇ CTA | ☐ Thyroid | ☐ Thyroid Biopsy | | ☐ Knee L☐ R☐ |
| ◇ MRA | ☐ Head | ☐ Transvaginal | ☐ Other | | ☐ Hand |
| ☐ Head | ☐ Neck | ☐ Other | | | ☐ Wrist |
| ☐ Neck | ☐ Chest | | | | ☐ Shoulder |
| ☐ Carotid | ☐ Abdomen | | | | ☐ Other |
| | ☐ Pelvis | | | | |

☐ with contrast   ☐ without contrast   ☒ with and without contrast

☐ Other exam order: _____
(please print)

☐ 35 Nod Road • Suite 101 • Avon, CT 06001 • (860) 409-1952 • FAX (860) 409-1942
☐ 9 Cranbrook Blvd • Suite 102 • Enfield, CT 06082 • (860) 714-9410 • FAX (860) 714-9489
☐ 33 Sycamore Street • Suite 102 • Glastonbury, CT 06033 • (860) 714-9710 • FAX (860) 714-8185

*Please visit our website for additional information regarding any procedure.*   www.rahxray.com

08/29/2008 14:57 FAX 860 714 80**   SFH-MEDICAL REC                    ☒001/011

# Saint Francis Hospital and Medical Center - Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED |
|---|---|---|---|
| MR #: | 00977290 | | Age/Gender: 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: 103757824 |
| Private Phys: | | | ED Phys: Thomas W. Turbiak, MD |

**CHIEF COMPLAINT:**               Enc. Type:               **ACUITY:**
Headache, migraine                 Initial                  Level 3

Physicians caring for patient:
Thomas W. Turbiak, MD

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| NAG 8/28/2008 20:48 | 97.6 | O | 62 | 18 | 116 | 65 | S | 100 ra | | 10 |
| CXS1 8/28/2008 23:38 | | | | | | | | | | 6 |
| DAV 8/29/2008 00:08 | | | 83 | 20 | 114 | 65 | S | 100 ra | | |
| TXR5 8/29/2008 02:06 | | | 71 | 16 | 89 | 53 | L | 100 RA | | 5 |

## TRIAGE

Patient ready for registration. <HAG 08/28/08 20:50>
Patient arrived via private auto , from home , accompanied by a non-family member < HAG 8/28/2008 20:50>
Complaint per patient: C/O migraine headache since Monday, unrelieved by her usual medication.
<HAG 08/28/08 20:51 >
Other PCP : Schiff <HAG 08/28/08 20:51 >
Pt is allergic to the following medicine(s) reaction(s) : Erythromycin base < HAG 8/28/2008 20:51>
There is no evidence of Abuse, Neglect or Domestic Violence <HAG 08/28/08 20:51 >
Fall Assessment: <HAG 08/28/08 20:51 >
  The patient is not at risk for falling. <HAG 08/28/08 20:51 >
Current meds: Maxalt, Albuterol and PRN Singulair < HAG 8/28/2008 20:52> <HAG 08/28/08 20:52 >
Medications were taken prior to arrival to the ED. <HAG 08/28/08 20:52 >
  Albuterol syrup taken PTA in ED <HAG 08/28/2008 20:52>  <HAG 08/28/08 20:52 >
  Patient took usual prescription medications prior to arrival in ED. <HAG 08/28/08 20:52 >
Medical and surgical history obtained. <HAG 08/28/08 20:52>
Patcint states last menstrual period Approximately Thursday, August 21, 2008  <HAG 08/28/08 20:53 >
Triage interventions not applicable. <HAG 08/28/08 20:53 >
Patient triaged to Med X <HAG 08/28/08 20:53 >

## PAST HISTORY

**Past Medical/Surgical History**
  The patient's pertinent past medical history is as follows: Asthma
  Migraine < HAG 8/28/2008 20:53>

## NURSING NOTES

| 08/28/08 20:48 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 97.6 | O | 62 | 18 | 116 | 65 | S | 100 ra | | 10 |

08/28/08 22:50   Care documentation Entered: <CXS1 8/28/2008 22:50>
                 Note:
                 <CXS1 08-28-2008 22:53>pt with ha since Monday . photophobia nausea without vomiting neuro
                 intact . pt texting on phone when enter room . family member present at bedside
                 Note:

*Printed By Tracey L. Cook on 8/29/2008 2:28 PM*
**Medical Chart with Audits**

08/29/2008 14:38 FAX 860 714 80**    SFH-MEDICAL REC    ☒003/011

# Saint Francis Hospital and Medical Center - Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED |
|---|---|---|---|
| MR #: | 00977290 | Age/Gender: | 30y F |
| DOS: | 8/28/2008 19:59 | Acct #: | 103757824 |
| Private Phys: | | ED Phys: | Thomas W. Turbiak, MD |

<CXS1 08-28-2008 22:54>toradol 30 mg ivp and reglan 10mg ivp
Note:

<CXS1 08-28-2008 23:59>after hanging fluid pt sts did vomiting earlier today ... pt sts pain is a 6/10 with lying but when she sits up feel pain to right eye
Note:

<CXS1 08-29-2008 00:00>pt iv stopped now per provider .
Note:

<CXS1 08-29-2008 00:48>report call to sw nurse

08/28/08 22:53  IV placement/lab specimen:IV site # 1 22 gauge angiocath was inserted in the right antecubital area Number of attempts made 1 . Lab was drawn and Physician aware sent to lab. . The patient tolerated the procedure well. The procedure was done without complications. Entered: <CXS1 8/28/2008 22:53>

08/28/08 22:54  Patient in radiology: Patient in CT department. Entered: <CXS1 8/28/2008 22:54>

08/28/08 23:02  Patient has returned from CT Scan Entered: <CXS1 8/28/2008 23:02>

08/28/08 23:02  Specimen/POC Entered: <CXS1 8/28/2008 23:02>

08/28/08 23:02  Urine pregnancy POC : [Red Line in Control Region: Background - no interference] Result: Negative
[Normal Range: Negative]. Entered: <CXS1 8/28/2008 23:02>

08/28/08 23:17  Respiratory exam Entered: <CXS1 8/28/2008 23:17>

08/28/08 23:17  Respiratory status: Breath sounds are clear and bilaterally Entered: <CXS1 8/28/2008 23:17>

08/28/08 23:17  Mental status: The patient is awake, alert and cooperative with an affect that is calm . The patient is oriented x 3 and speaking coherently. Entered: <CXS1 8/28/2008 23:17>

| | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/08 23:38 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | 6 |
| 08/29/08 00:08 | Temp(F) | Rt. | 83 | 20 | 114 | 65 | S | 100 ra | | |

08/29/08 01:20  Patient has been seen by Thomas Turbiak, M.D.
Entered: <MIP 8/29/2008 01:20>

| | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FSBS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/08 02:06 | Temp(F) | Rt. | 71 | 16 | 89 | 53 | L | 100 RA | | 5 |

08/29/08 02:17  Nursing - Assessment Note:
<MIP 08-29-2008 02:17>Pt resting quietly. No acute distress noted. Pt informed that there is no MRI tech here at this time. Dr Turbiak to be made aware as well.

08/29/08 02:33  Nursing - Assessment Note:
<MIP 08-29-2008 02:33>Dr Turbiak paged on call radiologist to get MRI to be done tonight. Pt informed of status. No acute distress noted.

08/29/08 03:08  Nursing - Assessment Note:
<MIP 08-29-2008 03:08>Dr Turbiak in to talk with pt and explain plan of care.

**ORDERS**

**LAB**

*Printed By Tracey L. Cook on 8/28/2008 2:18 PM*
**Medical Chart with Audits**

08/29/2008 14:38 FAX 860 714 80?4     SFH-MEDICAL REC                    @004/011

## Saint Francis Hospital and Medical Center – Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED | |
|---|---|---|---|---|
| MR #: | 00977290 | | Age/Gender: | 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: | 103757824 |
| Private Phys: | | | ED Phys: | Thomas W. Turbiak, MD |

CBC with Auto Diff-SF < User N. Interface, SA 8/28/2008 22:24>
Result 8/28/2008 23:07 < User N. Interface, SA 8/28/2008 11:07 PM>



| Test | | Result | Units | Ref Range | Status |
|---|---|---|---|---|---|
| WBC | | 8.6 | K/UL | 4.0-10.5 | F |
| RBC | | 4.65 | M/UL | 4.2-5.4 | F |
| HGB | | 13.4 | GM/DL | 12.5-16.0 | F |
| HCT | | 39.8 | % | 37-47 | F |
| MCV | | 85.4 | FL | 78-100 | F |
| MCH | | 28.7 | PG | 27-31 | F |
| MCHC | | 33.6 | GM/DL | 32-36 | F |
| RDW | | 12.9 | % | 11.5-14.5 | F |
| PLT | | 305 | K/UL | 150-450 | F |
| MPV | | 7.8 | FL | 6.0-9.5 | F |
| NEUTRO | H | 82.4 | % | 25-62 | F |
| LYMPH | L | 12.7 | % | 20-48 | F |
| MONO | | 4.6 | % | 2-12 | F |
| EOSIN | | 0.1 | % | 0-6 | F |
| BASO | | 0.2 | % | 0-2 | F |
| ABS NEUTRO | | 7.1 | K/UL | 1.8-7.8 | F |
| ABS LYMPH | | 1.1 | K/UL | 1.0-4.8 | F |
| ABS MONO | | 0.4 | K/UL | 0.0-0.8 | F |
| ABS EOS | | 0.0 | K/UL | 0.0-0.5 | F |
| ABS BASO | | 0.0 | K/UL | 0.0-0.2 | F |

Chem 7 Profile/Random < User N. Interface, SA 8/28/2008 22:24>
Result 8/28/2008 23:36 < User N. Interface, SA 8/28/2008 11:36 PM>

| Test | | Value | Units | Ref Range | Status |
|---|---|---|---|---|---|
| BUN | | 11 | MG/DL | 7-17 | F |
| CREATININE | | 0.6 | MG/DL | 0.5-1.0 | F |
| CREATININE | | **PLEASE NOTE** NEW REFERENCE RANGE^ | | | |
| ESTIMATED GFR | | >60.0 | | | F |
| ESTIMATED GFR | | ESTIMATED GFR <15 INDICATES RENAL FAILURE.^ | | | |
| ESTIMATED GFR | | FOR AFRICAN AMERICANS, MULTIPLY ESTIMATED GFR x 1.21.^ | | | |
| ESTIMATED GFR | | UNITS: mL/min/1.73m2^ | | | |
| ESTIMATED GFR | | THIS REPORTED eGFR IS NOT INTENDED FOR USE^ | | | |
| ESTIMATED GFR | | IN DOSING MEDICATIONS IN RENAL IMPAIRMENT^ | | | |
| ESTIMATED GFR | | WITHOUT CORRELATION WITH RECOMMENDATIONS^ | | | |

*Printed By Tracey L. Cook on 8/29/2008 2:28 PM*
**Medical Chart with Audits**

7H317150003

08/29/2008 14:38 FAX 860 714 801?   SFE-MEDICAL REC   @008/011

# Saint Francis Hospital and Medical Center - Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED |
|---|---|---|---|
| MR #: | 00977290 | | Age/Gender: 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: 103757824 |
| Private Phys: | | | ED Phys: Thomas W. Turbiak, MD |

CBC with Auto Diff-SF HANSFORD, ROBIN M.



| WBC | | 8.6 | K/UL | 4.0-10.5 | F |
|---|---|---|---|---|---|
| RBC | | 4.65 | M/UL | 4.2-5.4 | F |
| HGB | | 13.4 | GM/DL | 12.5-16.0 | F |
| HCT | | 39.8 | % | 37-47 | F |
| MCV | | 85.4 | FL | 78-100 | F |
| MCH | | 28.7 | PG | 27-31 | F |
| MCHC | | 33.6 | GM/DL | 32-36 | F |
| RDW | | 12.9 | % | 11.5-14.5 | F |
| PLT | | 305 | K/UL | 150-450 | F |
| MPV | | 7.8 | FL | 6.0-9.5 | F |
| NEUTRO | H | 82.4 | % | 25-62 | F |
| LYMPH | L | 12.7 | % | 20-48 | F |
| MONO | | 4.6 | % | 2-12 | F |
| EOSIN | | 0.1 | % | 0-6 | F |
| BASO | | 0.2 | % | 0-2 | F |
| ABS NEUTRO | | 7.1 | K/UL | 1.8-7.8 | F |
| ABS LYMPH | | 1.1 | K/UL | 1.0-4.8 | F |
| ABS MONO | | 0.4 | K/UL | 0.0-0.8 | F |
| ABS EOS | | 0.0 | K/UL | 0.0-0.5 | F |
| ABS BASO | | 0.0 | K/UL | 0.0-0.2 | F |

Chem 7 Profile/Random HANSFORD, ROBIN M.

Result 8/28/2008 23:36 < User N. Interface, BA 8/28/2008 11:36 PM>

| BUN | 11 | | MG/DL | 7-17 | F |
|---|---|---|---|---|---|
| CREATININE | 0.6 | | MG/DL | 0.5-1.0 | F |
| CREATININE | **PLEASE NOTE** NEW REFERENCE RANGE^ | | | | |
| ESTIMATED GFR | >60.0 | | | | F |
| ESTIMATED GFR | ESTIMATED GFR <15 INDICATES RENAL FAILURE.^ | | | | |
| ESTIMATED GFR | FOR AFRICAN AMERICANS, MULTIPLY ESTIMATED GFR x 1.21.^ | | | | |
| ESTIMATED GFR | UNITS: mL/min/1.73m2^ | | | | |
| ESTIMATED GFR | THIS REPORTED eGFR IS NOT INTENDED FOR USE^ | | | | |

Printed By Tracey L. Cook on 8/29/2008 2:28 PM
**Medical Chart with Audits**

Liberty003456

08/29/2008 14:38 FAX 860 714 80      SFH-MEDICAL REC                          ☒007/011



Page 6 of 8

# Saint Francis Hospital and Medical Center – Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED | |
|---|---|---|---|---|
| MR #: | 00977290 | | Age/Gender: | 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: | 103757824 |
| Private Phys: | | | ED Phys: | Thomas W. Turbiak, MD |

| | | | |
|---|---|---|---|
| ESTIMATED GFR | IN DOSING MEDICATIONS IN RENAL IMPAIRMENT^ | - | |
| ESTIMATED GFR | WITHOUT CORRELATION WITH RECOMMENDATIONS^ | - | |
| ESTIMATED GFR | BASED ON CREATININE CLEARANCE (CrCl).^ | - | |
| ESTIMATED GFR | BOTH eGFR AND CrCl IN THE SETTING OF^ | - | |
| ESTIMATED GFR | A CHANGING SERUM CREATININE ARE^ | - | |
| ESTIMATED GFR | INACCURATE ESTIMATES OF RENAL FUNCTION^ | - | |
| ESTIMATED GFR | AND CLINICAL ASSESSMENT IS ADVISED.^ | | |
| SODIUM | 137 | MMOL/L 135-145 | F |
| POTASSIUM | 4.1 | MMOL/L 3.5-5.5 | F |
| CHLORIDE | 101 | MMOL/L 98-107 | F |
| CO2 | 25 | MMOL/L 24-32 | P |
| RANDOM GLUCOSE | 88 | MG/DL - | F |

**Radiology**
CT Head without Contrast-SP HANSFORD, ROBIN.

Result 8/28/2008 23:45 < User N. Imerfluz, SA 8/28/2008 11:45 PM>
*CT Head without Contrast-SP*

CT head without contrast

History:  HEADACHE, .

Comparison: None.

Technique: Axial images of the brain were acquired without IV
contrast administration.

Findings: There is no intra-axial or extra-axial fluid collection,
midline shift, or hydrocephalus. There is no large vessel infarct.
Low attenuation changes are present in the white matter of the right
temporal lobe.

Bone windows demonstrate no fracture. The visualized paranasal and
mastoid sinuses are clear.

Impression:
1. Low attenuation changes in the white matter of the right temporal
lobe may represent gliosis or edema. A followup brain MRI is
recommended.

Reviewed By: Thomas W. Turbiak, MD 8/29/2008 00:41

**PROGRESS NOTES**
Registration Completed CXN 08/28/08 20:59 < CXN 8/28/2008 20:59>

*Printed By Tracey L. Cook on 8/29/2008 2:26 PM*
**Medical Chart with Audits**

Liberty003457

08/29/2008 14:38 FAX 860 714 801?     SFH-MEDICAL REC     ☒008/011

## Saint Francis Hospital and Medical Center – Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED |
|---|---|---|---|
| MR #: | 00977290 | | Age/Gender: 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: 103757824 |
| Private Phys: | | | ED Phys: Thomas W. Turbiak, MD |

### DIAGNOSIS
Migraine headache
<TXT1:Thomas W. Turbiak, MD 08/29/08 02:50>
<TXT1:Thomas W. Turbiak, MD 08/29/08 02:53>
<TXT1:Thomas W. Turbiak, MD 08/29/08 03:14>



### DISPOSITION
Nursing
    The patient was discharged to home, ambulatory accompanied by a significant other , The patien is, alert and oriented., The patient is in and There is no respiratory distress noted . Aftercare instructions were given to the patient. Patient verbalized understanding of discharge instructions. < MJP 8/29/2008 03:46>
    IV/Hep Lock was removed and pressure was applied to the site. <MJP 08/29/08 03:46 >
Physician
    The patient is discharged to home . The patient is to follow up with Urgent Medical Clinic (Gengras Bldg., 1000 Asylum Ave.) [Open Monday through Friday only. No appointment needed. Please come as early as possible after 8 a.m. If you come in the afternoon, you might not get seen that day.] in 1 days needed if symptoms persist . Patient's condition is satisfactory
    <TXT1:08/29/2008 02:53> < TXT1 8/29/2008 02:50>
    The patient is discharged to home . The patient is to follow-up with Primary Care Physician in1 day . Patient's condition is satisfactory
    < TXT1 8/29/2008 03:14>
    Rx <TXT1:08/29/2008 02:53> <TXT1 08/29/08 02:51 >
    Work/School note <TXT1 08/29/08 03:15>
    AfterCare <TXT1:08/29/2008 02:53> <TXT1 08/29/08 02:51 >
    After Care <TXT1 08/29/08 03:15 >
    Aftercare instructions were given for general ED discharge instructions in English. <TXT1:08/29/2008 02:53> <TXT1 08/29/08 02:52 >
    Aftercare instructions were given for general ED discharge instructions in English. <TXT1 08/29/08 03:16 >
Notes:
    <TXT1 08-29-2008 03:18>Initial radiologist advised MRI scan tonight- when no tech had come in to do the scan I called Dr Posterro who advised that it was safe to have the scan done within one week- patient does not wish to stay --headache is better- she will call her PCP to have an MRI ordered in the AM

Work/School
Work Note : SPEARS, HALEY (Patient), Given on 8/29/2008 3:14:53 AM by Physician Turbiak,Thomas W.,MD
Return: with restrictions: Includes comments: No work 1 day <TXT1 08/29/08 03:15 >

### PRESCRIPTIONS
Benadryl 50 mg tabs. - Disp. #20 - Sig: 1 tab. q6h - No refill -- (Sedation precautions) < Thomas W. Turbiak, MD 8/29/2008 02:51>

### AFTER CARE INSTRUCTIONS
Migraine Headache - English <TXT1 08/29/08 03:15 >
Nonspecific Rash- English <TXT1:08/29/2008 02:53> <TXT1 08/29/08 02:51 >

Bed Assignments:
MN-WR UNIT 8/28/2008 20:09

*Printed By Tracey L. Cook on 8/29/2008 2:28 PM*
**Medical Chart with Audits**

7H1317150003

08/29/2008 14:38 FAX 860 714 8014      SFH-MEDICAL REC                                                        ☑009/011

# Saint Francis Hospital and Medical Center - Hartford, CT 06105

| Patient: | HALEY SPEARS | DOB: | REDACTED | |
|----------|--------------|------|----------|--|
| MR #: | 00977290 | | Age/Gender: | 30y F |
| DOS: | 8/28/2008 19:59 | | Acct #: | 103757824 |
| Private Phys: | | | ED Phys: | Thomas W. Turbiak, MD |

*MX-WR HAG 8/28/2008 20.53*
*MX-07 CXS1 8/28/2008 21:20*
*EW-22 LAT 8/29/2008 00:04*
**Status Activity:**
*Status: MD Evaluating, CXS1 8/25/2008 00:10*
**Chart Documented By:**
*HAG: Harvey A. Ginsberg, RN*
*NAG: Nicola A. Ruggiero, EDT*
*DAF: David A. Vega, EDT*
*CXS1: Chovungkn X. Shaw, RN*
*TXT1: Thomas W. Turbiak, MD*
*MP: Michelle I. Picton, RN*
*UNI: User N. Interface, SA*
*CXN: Constantina Ntyerica, REO*
*TXR5: Theodore X. Rogers, EDT*

**Release Information:**
*Patient released 8/29/2008 03:46*
*Released by Michelle I. Picton, RN*
**Transfers:**
*Patient care transferred from Robin M. Hansford, PA to Thomas W. Turbiak*
*This chart has been electronically signed by Robin M. Hansford, PA. The receiving Physician accepted the transfer. 8/29/2008 00:11*
**Signatures:**
*Nursing Data electronically signed by: Harvey A. Ginsberg, RN 8/28/2008 20:53*
*Nursing Data electronically signed by: Chovungkn X. Shaw, RN 8/28/2008 23:17*

Liberty003459

7H317150003

**Saint Francis Hospital and Medical Center**
**114 Woodland Street,**
**Hartford, CT 06105**
**8607144001**

Patient:   SPEARS, HALEY                    MR#:  00977290
Physician:  Thomas W. Turbiak, MD           Acct #: 103757824
                                            DOB:  REDACTED

## MIGRAINE HEADACHE:

Your exam shows you have a migraine headache.  Symptoms of migraines include
a throbbing headache, made worse by activity. Sometimes only one side of the
head hurts.  Nausea, vomiting and sinus pain or stuffiness are common with
migraines.  Visual symptoms such as light sensitivity, blind spots, or
flashing lights may also occur.  Loud noises can also be very irritating in
migraine headaches.  Migraine headaches are caused by changes in the size of
the blood vessels in the head and neck. Many factors are associated with
this problem including:



* Emotional stress, lack of sleep, and menstrual periods.
* Alcohol and some drugs (such as birth control pills).
* Diet factors (fasting, caffeine, food preservatives, chocolate).
* Environmental factors (weather changes, bright lights, odors, smoke).
* Jarring motions and loud noises.

Treatment may require medicines for pain, inflammation, and vomiting. In-
jections for pain and IV fluids can be used if the headache is very severe,
or if you are vomiting repeatedly. Get plenty of rest over the next 24 hours.
Lie down in a quiet, dark place and try to get some sleep.  Prevention of
migraines includes dealing with the trigger factors.  Medicines to prevent
the blood vessel changes may be prescribed.  For people with frequent mi-
graines. other medicines such as beta blockers and antidepressants can be
very helpful. Please see your doctor if you are not better in 1-2 days. You
should be seen right away if you have any of these more serious symptoms:

* A high fever, repeated vomiting, dehydration, or extreme weakness.
* Fainting, worsening headache, confusion, or seizures.

<PtSig>
_____
Patient Signature

<RepSig>
_____
Representative Signature

<StaffSig>
_____
Staff Signature

Date/Time:          29-Aug-2008 03:15                    Page 1 of 1



Fax Server          9/5/2008 12:43:00 PM  PAGE   2/003   Fax Server

35 Nod Road, Suite 101, Avon, CT 06001
TEL: (860) 409-1952  FAX: (860) 409-1942

9 Cranbrook Blvd, Suite 102, Enfield, CT 06082
TEL: (860) 714-9410  FAX: (860) 714-9409

Radiology Associates of Hartford, P.C.

31 Sycamore Commons, Suite 101
Glastonbury, CT 06033
TEL: (860) 714-9710  FAX: (860) 714-8185

**Patient Name:** SPEARS, HALEY

**DOB:** REDACTED  **Sex:** F  **Patient Status:** O  **Patient Type:** C
**Visit #:** 000103758953  **Patient Location:** RGLAS
**Accession:** 1901681  **Completed:** 09/02/2008 2:03 PM
**Exam:** (RJV) MRBRAINWW – MRI BRAIN WITH AND WITHOUT CONTRAST

**Requesting Provider:** LISHNAK, TIMOTHY S  **MRN:** 0000977290

**Attending Provider:** LISHNAK, TIMOTHY  **Signs & Symptoms:** PERSISTENT HA'S ASSOCIATED W/
99 WOODLAND STREET  NAUSEAU/VOMITING
HARTFORD, CT 06015  **History:** NAUSEAU/VOMITING

*should have been in hospital*

**Report To:** SCHIFF, EVAN L

MRI brain with and without contrast.

Clinical History: Infrequent headaches x4 months, severe headaches x2 weeks.

Comparison: CT brain 8/28/2008.

Technique: Multiplanar T1 and T2-weighted images were acquired before and after administration of IV gadolinium. 15 cc Optimark IV administered without incident.

Findings: Within the white matter of the right temporal lobe there is a 1.7 x 0.8 cm lobulated lesion demonstrating increased signal on T2-weighted images and slight decreased signal on T1-weighted images. It does not enhance following contrast administration. No other lesions are present. There is no associated edema.

Incidentally noted is a developmental venous anomaly in the posterior right parietal lobe.

The ventricles are normal in size, position and configuration for patient's age. There is no evidence of obstructive hydrocephalus. The cerebellar tonsils are in normal position.

The sella and parasellar regions are unremarkable. The pituitary gland is normal.

The calvarium, skull base, orbits, paranasal sinuses and mastoid air cells are normal.

There are normal flow-voids within the internal carotid, vertebral and basilar arteries.

IMPRESSION:
1. Lobulated lesion in the white matter of the right temporal lobe which does not enhance following contrast administration. This may represent an inactive demyelinating plaque. A low-grade glioma is less likely. A followup MRI with contrast is recommended in 3 months.

# HARTFORD
## MEDICAL GROUP

AN AFFILIATE OF HARTFORD HOSPITAL

## XRAY EXAMINATION REQUEST

REDACTED

**Clinical Information:** *Cough, Wheez* _____
_____ *not improving in Prednisone* _____

**HMG Reading:** ☑ Negative                    ☐ PLEASE CALL
☐ Abnormal: _____

_____ HMG Medical Staff Name

**Technologist Comments:** _____

☐ **DICTATED REPORT REQUIRED:** Please ___ *Fax* ___ *Mail* report to office checked below
Radiologist please check that dictation done

Attention: _____
Medical Staff Name

**Radiologist Reading:** ☑ Negative.   ☐ Agree with HMG reading - no other significant findings.
☐ Other significant findings noted, and written report dictated.

**Comments:** _____

_____ Radiologist Name/Date Read

| ☐ Bishops Corner | ☐ East Hartford | ☐ South Main | ☐ Manchester | ☐ Avon | ☐ Windsor |
|---|---|---|---|---|---|
| 336 North Main Street | 263 Ellington Road | 440 South Main Street | 256 N. Main Street | 100 Simsbury Road | 1060 Day Hill Rd. #203 |
| W. Hartford, CT 06117 | East Hartford, CT 06108 | West Hartford, CT 06110 | Manchester, CT 06042 | Avon, CT 06001 | Windsor, CT 06095 |
| Phone: 860-232-4891 | Phone: 860-569-4400 | Phone: 860-561-7111 | Phone: 860-646-8595 | Phone: 860-284-5111 | Phone: 860-683-2690 |
| Fax: 860-236-1016 | Fax: 860-291-2788 | Fax: 860-561-7272 | Fax: 860-645-3216 | Fax: 860-284-5114 | Fax: 860-683-2670 |
| ☐ Wethersfield | ☐ OMS | ☐ OMS | | | |
| 1260 Silas Deane Hwy. | 1260 Silas Deane Hwy. | 1060 Day Hill Rd. #200 | | | |
| Wethersfield, CT 06109 | Wethersfield, CT 06109 | Windsor, CT 06095 | | | |
| Phone: 860-529-4100 | Phone: 860-571-7253 | Phone: 860-688-8383 | | | |
| Fax: 860-721-9552 | Fax: 860-258-1917 | Fax: 860-688-0403 | | | |

HH Forms 575016 R05/04   Printed by the Digital Print Center @ HH



# Associated Neurologists
## of Southern Connecticut, P.C.

3/17/2009

Joachim Baehring MD
300 Howard Ave
New Haven, CT 06519

Re: Spears, Haley

Dear Dr. Baehring:

I had the pleasure of seeing your patient Haley Spears on 3/16/2009. Below are the results of my evaluation.

**History of Present Illness:**
Haley Spears is a 31 year old female.
• Patient accompanied by a family member Mom.
Had a severe headache with visual aura yesterday, treated with Migranal/Fioricet. Were doing better on Topamax, but now again some increase; over the last two weeks about 3/week, often occipital with neck pain. Other times may have more neck pain radiating to the right shoulder, and foot pain at times as she has previously.

On ceftriaxone 2 g IV via PICC line for her Lyme IgG WB positivity on CSF. Rash she was previously having is improving on treatment. Having more fatigue and cognitive issues over the last couple of weeks, work has noted a problem, even though she is only working 4 hours a day. Sleeps most of the day when not at work.

**Assessment:**
• Lyme disease
• Common migraine (without aura) which is mildly exacerbated
• Possible systemic lupus erythematosus
• Possible astrocytoma (grades I & II) of the brain

**Plan:**
• Follow-up for re-examination in 6 weeks
Her recent worsening in headaches and other symptoms could be a result of the ceftriaxone treatment, possibly as a Jarisch-Herxheimer reaction, this could suggest efficacy of our treatment. For that reason, we will keep her other meds unchanged for now; if headaches do not improve in the next month or so, we will increase Topamax. She will be seeing an specialist at Yale for her Lyme positivity, I will send a summary of her course to them. We spoke about the possibility of her taking medical leave from work because of her worsening symptoms, which would probably be a good idea to allow her to improve
• Continue current medication: ceftriaxone 2 g IV daily for total of 4 weeks, Topamax 100 qhs, Migranal/Fioricet prn.

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel:203-333-1133  |  fax:203.333.3937
670 Boston Post Road  |  Milford, Connecticut 06460  |  tel :203.877.1414  |  fax:203.877.1144
www.ansceneuro.com

Liberty003463

[ 91E13000-2209-4E72-A613-2C7664DB3E62-33991566-OF ] From: 2009/02/26 08:02:18   ET 2 of 2



# Associated Neurologists
## of Southern Connecticut, P.C.

2/26/2009

Joachim Baehring MD
800 Howard Ave
New Haven, CT 06519

Re: SPEARS, HALEY

Dear Dr. Baehring:

I had the pleasure of seeing your patient Haley Spears on 2/17/2009 11:45:00 AM. Below are the results of my evaluation.

**History of Present Illness:**
   Haley Spears is a 31 year old female.
   • Reviewed cerebrospinal fluid analysis positive for IgG WB.
   • Reviewed an MRI of the head: with MR SPECT of her right parietal white matter lesion was felt to be most consistent with a low grade glioma.

We started Topamax, which she has increased to 100 mg daily, and tapered off gabapentin. She had LP done, and had increase in headache post LP. They improved lying down, but did not resolve. Epidural blood patch was performed, and within a few days started to feel better. Since that time, she has had no recurrence of headache.

Rheumatological evaluation was felt to be most consistent with SLE and UC, though repeat studies are being performed. She notes that headaches seemed to start soon after she got Hep B and Gardasil vaccine.

**Assessment:**
   • Common migraine (without aura) which is well-controlled
   • Probable systemic lupus erythematosus
   • Possible astrocytoma (grades I & II) of the brain
   • Probable Lyme disease

**Plan:**
   • Follow-up for re-examination in 1 month
   It is unclear to me how this latest finding fits in with her complicated picture; given her subjective cognitive issues and headache starting last year, it is possible Lyme disease is playing a role, though no evident signs of primary infection were seen. Next course of action will likely be IV ceftriaxone x 4 weeks. Serum Lyme titers including WB are negative (no bands).
   • Continue current medication: Topamax 100 mg daily.

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel: 203-333-1133  |  fax: 203.333.2037
670 Boston Post Road  |  Milford, Connecticut 06460  |  tel.: 203.877.1414  |  fax: 203.877.3144
www.ansoneuro.com

Liberty003464

7H317150003



# UCONN MEDICAL GROUP
## NEUROLOGY ASSOCIATES

January 20, 2009

Evan Schiff, MD
Hartford Medical Group
445 South Main Street
West Hartford, CT 06110

RE: HALEY SPEARS
MRN: 690592
DOB: REDACTED

Dear Dr. Schiff:

It was good to speak with you today concerning Ms. Spears whom I saw last week for the question of whether or not she might have multiple sclerosis and secondarily concerning her headaches. As you know, she is a 31-year-old right-handed woman who is in the process of being worked up for rheumatologic and GI problems. She has an elevated ANA of 1 to 1280. She also has been told she has both Crohn disease and ulcerative colitis. In the midst of things, she ha developed headaches but is usually not a headache person. Last May she had just one headache and the same in June, but then in August her headaches went out of control. They usually occur in the afternoon or night, at first they were more in the morning but she does not think she grinds her teeth. She is not bothered by bright light but noise and odors do bother her as well movements seem to aggravate her headaches. Sometimes, she wants someone to massage her neck and her mother will occasionally do this, but relief lasts only as long as the massage does. Her muscles are tight and at first the massage is painful.

Ms. Spears impresses me as someone who looks depressed. She was not wearing any makeup and just looked tired. Indeed, she sleeps. Her sleep is "horrible." Sometimes she has been up for 27 hours without being able to get to sleep. Her energy is very low, previously she was a 10+ on a scale of 1 to 10 and now she is 5 on a good day and usually wants to take a nap, sometimes she will cry. As I said, she doubts she grinds her teeth but she has an overbite.

Ms. Spears was born in Treeport, Louisiana and attended high school hardly there and then graduated here from Suffield High School in 1996. Then she worked at a Call Center and a medical approval team and now at Pratt & Whitney. She has done all sorts of jobs. She has never married and has no children. Her father is 59 years of age and have a nonfunctioning kidney removed and he has also had back problems. Her mother is 57 and had a premalignant breast process and has mitral valve prolapse. She has a 33-year-old brother who just has sinus problems.

ORIGINAL

Liberty003465

Patient Name: SPEARS, HALEY
MRN: 690592

Her current medications are Prevacid, Amitiza, Neurontin, Asacol, Zofran, folic acid,
Plaquenil, and B12 shots. She has been told she has elevated liver enzymes and I saw a
test that showed that she has a fatty liver on ultrasound even though she is a skinny thing
and not an overweight prediabetic with a fatty liver.

In the course of workup of her headaches, a brain MRI was done which showed a 1.7 x
0.7 cm patch in her right temporal lobe which looks like gliosis or it is possible even that
this could be a low-grade glioma. The second scan showed no change. The MRI of her
neck was normal. I reviewed this scan with her and pointed out the normal anatomy and
the fact that this was a lesion that was not expanding with mass effect and there was no
edema around it. Basically, I think that this is a patch of gliosis. I also pointed out to her
that she did not have lesions in the corpus collasum or in other areas, which would favor
a diagnosis of MS. I basically did my best to try to convince her that I did not think that
this was MS. Clearly, the lesion that was discovered needs to be followed and my usual
progression on something like this is to repeat a CAT scan in 6 months and then in an
year and then in 2 years if there is no change.

Her headaches, I believe are muscle contraction tension headaches. I certainly
understand why Dr. Gordon prescribed nortriptyline. I would have probably used
amitriptyline. Both would work about the same and would help her headache and her
sleep. However, she said she had palpitations. Her father who is a pharmacist took her
pulse and it was 110, this was certainly not 160 and might be worth another trial.
Otherwise another antidepressant might do the trick.

I do not think I will need to see Ms. Spears again, but if either of you wish me to reassess
this, please call me at 679-4888.

Sincerely,

_James O. Donaldson, III, MD_    Date 2/2/09

James O. Donaldson, III, MD

Dictated By: James O. Donaldson, III, MD
D: 01/26/2009 03 48 T: 01/27/2009 02 11 Job#: 200134522 9910056

CC: Mary G. Hayden
    Liberty Life Assurance Company
    P. O. Box 5031
    Wallingford, CT 06492-7531

LETTER
Page 2 of 2
ORIGINAL

HALEY SPEARS DOB REDACTED

Liberty003466

7H317150003

# MANCHESTER MEMORIAL HOSPITAL

Page: 1

*An Affiliate of Eastern Connecticut Health Network, Inc.*

| | |
|---|---|
| **Department of Laboratory and Pathology Services**<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | **Director: Dennis G. O'Neill, M.D.**<br>CLIA# 07D0092869<br>CAP# 1184601-01 |

**Report for Schiff, Evan L**

**Report Recipients:**
O'Brien, James
HALEY SPEARS
Schiff, Evan L
Kage, Barbara



**PARTIAL REPORT**
**COPY**

REDACTED

[black redaction box]

Specimen: 0130:C00509R     RES     Collected: 01/30/09-1130     Received: 01/30/09-1202

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| FAT, FAST | YES | | | |
| ESTIMATED GFR | 78 | | | > 60 |
| | | | | ml/min/1.73m2 |

The estimated GFR (eGFR) calculation pertains to the
Caucasian population.  Due to a higher average muscle mass,
the result should be multiplied by 1.21 for
African-Americans.

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| CREAT | 0.9 | | | 0.6-1.3 mg/dl |
| PROTEIN, T | 6.5 | | | 6.0-7.9 G/DL |
| ALBUMIN | 3.9 | | | 3.2-4.8 G/DL |
| BILI, TOTAL | 0.6 | | | 0.2-1.3 MG/DL |
| BILI, CONJ | 0.1 | | | 0.0-0.3 MG/DL |
| UNCON BILI | 0.5 | | | 0.0-1.0 MG/DL |
| ALK PHOS | 50 | | | 38-126 IU/L |
| ALT (SGPT) | | 119 | H | 10-40 IU/L |
| AST (SGOT) | 35 | | | 10-42 IU/L |
| **LIPID PANEL** | | | | |
| CHOLESTEROL | 149 | | | 128-199 MG/DL |
| TRIG | 68 | | | <150 MG/DL |
| | 150-199 BORDERLINE HIGH | | | |
| | 200-499 HIGH | | | |
| | >=500 VERY HIGH | | | |
| HDL | 40 | | | >= 40 MG/DL |
| LDL | 95 | | | <160 MG/DL |
| | LDL GOALS (MG/DL) | | | |
| | CHD OR CHD RISK EQUIVALENT   <100 | | | |
| | MULTIPLE (2+) RISK FACTORS   <130 | | | |
| | 0-1 RISK FACTOR   <160 | | | |

SPEARS, HALEY / 2346259                                    Run Date & Time: 02/02/09   0655

HALEY SPEARS DOB REDACTED

Liberty003467

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 2

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP#  1184601-01 |

**Report for Schiff, Evan L**

Report Recipients:
O'Brien, James
HALEY SPEARS
Schiff, Evan L
Kage, Barbara

**PARTIAL REPORT
COPY**

REDACTED

Specimen: 0130:C00508R        Collected: 01/30/09-1130                    (Continued)

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| | Reference:Third Report of the NCEP Expert Panel on<br>Detection, Evaluation, and Treatment of High Blood<br>Cholestrol in Adults, JAMA Vol. 285 May 16,2001 | | | |
| > IRON | | | | 40-170 ng/DL |
| > IRON BINDING | 347 | | | 225-450 UG/DL |
| > SATURATION | | | L | 20-55 % |
| FOLIC ACID RBC | PENDING | | | |
| HOMOCYSTEINE | PENDING | | | |
| METHYLMALONIC A | PENDING | | | |
| TRANSFERRIN | 248 | | | 192-382 NG/DL |

Specimen: 0130:C00509R    COMP    Collected: 01/30/09-1130    Received:  01/30/09-1202

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| > CORTISOL BLOOD | 8.7 | | | MCG/DL |
| | REFERENCE INTERVAL FOR (7AM-9AM) = 8.7-22.4 MCG/DL<br>REFERENCE INTERVAL FOR (4PM-6PM) = 0-10 MCG/DL | | | |
| | ***PLEASE INTERPRET RESULTS ACCORDINGLY*** | | | |
| > VIT.D 25-HYDROX | | | L | 30.0-100.0 ng/mL |
| | Interpretive guidelines for Vitamin D (25-Hydroxy):<br>  Deficiency      < 10 ng/mL (< 25 nmol/L)<br>  Insufficiency   10-30 ng/mL (25-75 nmol/L)<br>  Sufficiency     30-100 ng/mL (75-250 nmol/L)<br>  Toxicity        > 100 ng/mL (> 250 nmol/L)<br>Result ranges vary considerably for selected patient<br>populations. The result categories are based on historical<br>data and the manufacturer's recommendations, but many<br>authorities now regard Vitamin D levels of 50-80 ng/mL as<br>"optimal". Appropriate clinical consideration is suggested<br>when interpreting these results for a particular patient. | | | |

SPEARS, HALEY / 2346259                                    Run Date & Time: 02/02/09 / 0855

Liberty003468

# MANCHESTER MEMORIAL HOSPITAL

Page: 3

*An Affiliate of Eastern Connecticut Health Network, Inc.*

| | |
|---|---|
| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Schiff, Evan L

Report Recipients:
O'Brien, James
HALEY SPEARS
Schiff, Evan L
Kage, Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

**Specimen: 0130:H00469R    RBS    Collected: 01/30/09-1130    Received: 01/30/09-1202**

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| WBC | | | | 4.0-10.5 K/uL |
| > RBC | 4.07 | | | 4.0-5.4 M/uL |
| > HGB | 12.1 | | | 12.1-14.7 G/DL |
| > HCT | | | L | 36-46 % |
| MCV | 87 | | | 80-100 fL |
| > MCH | 30 | | | 27-34 PG |
| > MCHC | 34 | | | 32-36 G/DL |
| > PLATELET COUNT | 269 | | | 150-450. K/uL |
| > RDW | | | | 11.5-14.0 % |
| > MPV | 8 | | | 6-10 fL |
| GRANULOCYTES | 65 | | | 35-80 % |
| LYMPHS | 22 | | | 15-48 % |
| MONOCYTES | 9 | | | 0-12 % |
| > EOSINOPHILS | 3 | | | 0-6 % |
| BASOPHILS | 1 | | | 0-2 % |
| ABSOL.GRAN. | 4.3 | | | 1.8-8.0 K/uL |
| > ABSOLUTE LYMPHS | 1.5 | | | 1.5-4.5 K/uL |
| > ABSOL.MONOS | 0.6 | | | 0.2-1.0 K/uL |
| > ABSOL.EOSIN | 0.2 | | | 0-0.7 K/uL |
| > ABSOL.BASOS | 0.0 | | | 0-0.2 K/uL |
| SED RATE | | | | 0-20 MM/HR |
| PROTEIN C ANT | PENDING | | | |
| PROTEIN C ACTIV | | | | 70-140 % |

**Specimen: 0130:S00068R    RBS    Collected: 01/30/09-1130    Received: 01/30/09-1202**

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| ANTI-DNA DS | <5.0 | | | <5.0 IU/ML |

REFERENCE RANGE FOR DSDNA AUTOABS:
LESS THAN 5.0 IU/ML = NOT DETECTED

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
      VALENCIA, CA 91355-5386

SPEARS, HALEY / Z346269                          Run Date & Time: 02/02/09  0655

Liberty003469

7H317150003

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 4

| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |
|---|---|

Report for Schiff,Evan L

Report Recipients:
O'Brien,James
HALEY SPEARS
Schiff,Evan L
Kage,Barbara

**PARTIAL REPORT**
**COPY**

REDACTED

| Specimen: 0130:800068R | Collected: 01/30/09-1130 | (Continued) |
|---|---|---|

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| | | 0.0 - 10.0 IU/ML | INDETERMINATE |
| | | GREATER THAN 10.0 IU/ML . . . DETECTED | |
| CRYOGLOBULINS | PENDING | | |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386



MD Reviewed

Date_____      Init_____

Date_____  Patient Aware

Init_____

| SPEARS/HALEY / 8346259 | Run Date & Time: 02/02/09 - 0855 |
|---|---|

Liberty003470



256 North Main Street · Manchester, CT 06040 · Telephone: (860) 643-3054 · Fax: (860) 533-2008

Avrum H. Blitzer, M.D.
Joseph A. Cappa, M.D.
Kyung H. Chung, M.D.
Donna Cipolla, M.D., R.D.
Thomas A. Feldman, M.D.
Robert Flescher, M.D.
Jeffrey S. Gelwan, M.D.
Michael J. Golioto, M.D.
Joseph L. Ianello, M.D.
Jonathan Israel, M.D.
Michael S. Karasik, M.D.
Theodore Loewenthal, M.D.
James R. Murray, M.D.
Jeffry Nestler, M.D.
Angela Petronio, M.D.
Kiran Sachdev, M.D.
Paul A. Shapiro, M.D.
Richard Slater, M.D.
Michelle V. Smedley, M.D.
Jeffrey S. Weiser, M.D.
Lisa S. Baker, A.P.R.N.
Wendi Carroll, A.P.R.N.
Amy Coates, A.P.R.N.
Carol Gallagher, A.P.R.N.
Kristin Marcoux, P.A.-C.
Gina Paternostro, A.P.R.N.
Kristin Wetherbee, P.A.-C

*Offices:*
Avon
Bloomfield
Enfield
Glastonbury
Granby
Hartford
Manchester
Putnam
Rocky Hill
South Windsor
Stafford Springs
West Hartford
Wethersfield
Windsor

June 14, 2007

Jill Arcari-Couture, N.P.
445 S. Main St.
West Hartford, CT 06110

RE:   Haley Spears
DOB:  ˙REDACTED

Dear Jill:

I had the opportunity to see Haley Spears in the office in consultation on March 13, 2007. Her chief complaint is diarrhea. She tells me that she started having diarrhea approximately 2 years ago following what she described as a bad breakup. At the time, she had diarrhea up to 10 times a day and had a significant weight loss. She was seen by her primary care physician at the time and had some blood work done, but no other evaluation. Her symptoms improved after a few months, but have never returned to normal. Her bowel movements are now soft with an irregular pattern occurring anywhere from 0 to 4 times a day. She does have increased stool frequency when she is under stress. She has some rectal burning and some bright red blood on the toilet paper and in the water, but no abdominal pain. She does not have any abdominal symptoms and Imodium does help. She also has a history of intermittent heartburn for the past two years and has been on Aciphex in the past with some good results. She has intermittent epigastric burning and a hollow sensation in the epigastrium, which is not necessarily associated with her heartburn. She can identify some dietary triggers for her symptoms including orange juice, tomatoes and certain coffees, which all cause diarrhea.

ALLERGIES: Haley has no known drug allergies. However, she has allergies to dust, mold and mildew.

MEDICATIONS: Include Singulair, Allegra and Zyrtec.

PAST MEDICAL HISTORY: Significant for asthma. She has had a thyroid nodule that has been drained on three separate occasions, although she tells me that her thyroid function has remained normal and she has been evaluated by two different endocrinologists. She has also had some skin and lip biopsies, which have also been normal.

Liberty003471

June 14, 2007
Jill Arcari-Couture, N.P.
RE: Haley Spears
Page 2

SOCIAL HISTORY: Haley works as an administrative assistant at Pratt & Whitney. She drinks alcohol socially and denies any tobacco or recreational drug use.

FAMILY HISTORY: There is a family history of colon cancer and her grandmother also has microscopic colitis. There is no stomach or esophageal cancer, liver or pancreatic disease in the family.

REVIEW OF SYSTEMS: Haley denies any neurologic symptoms. She has no cardiac problems. She does have some mild asthma, which is well controlled at this point. She denies any urinary or musculoskeletal complaints.

PHYSICAL EXAMINATION: Reveals a well-developed, well-nourished 29-year-old woman in no acute distress. Blood pressure 120/72. Pulse 76. Respirations 14. Temperature 97.5. Weight 124 pounds. She is 5' 5" tall. Her skin is without rashes or lesions. Sclerae are white. Conjunctivae pink. Mucous membranes are moist and intact. Her neck is supple without lymphadenopathy, thyromegaly, carotid bruits or jugulovenous distention. Her oropharynx is within normal limits. The chest is clear to auscultation and percussion. Her cardiac examination reveals $S_1$, $S_2$, regular rate and rhythm with no murmurs, rubs or gallops. Her abdomen is soft and nontender to palpation with positive bowel sounds in all four quadrants. No mass, bruits or hepatosplenomegaly.

IMPRESSION AND PLAN

Haley has a 2-year history of diarrhea, which is worse when she is under stress or when she has certain foods. Additionally, she has intermittent GERD symptoms and epigastric discomfort, and these symptoms were responsive to a proton pump inhibitor in the past. She also has bright red rectal bleeding and anal burning, which are likely hemorrhoidal. Given the constellation of her symptoms, irritable bowel syndrome is most likely, but we need to rule out inflammatory bowel disease. I have given her Protonix for her reflux symptoms and Anusol HC cream for her hemorrhoid symptoms. She may use Imodium as needed for the diarrhea. I will be obtaining blood work from your office and if it has not been done, I will add a celiac panel. She is being scheduled for an endoscopy and colonoscopy with Dr. Cipolla.

Dear Jill, thank you for the referral of this pleasant and interesting patient. We will keep you informed as to any further developments and procedure reports will be forthcoming following her endoscopy and colonoscopy with Dr. Cipolla.

Sincerely,

*Amy C. Coates aprn*

Amy Coates, A.P.R.N.
Donna Cipolla, M.D., R.D.
AC/DC:MMT/ic
D 06/14/07, T 06/15/07

ZH317150003

# HARTFORD NEUROLOGY, LLC

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302
BLOOMFIELD CT 06002

2928 MAIN STREET, 1ST FLOOR
GLASTONBURY CT 06033

NEUROLOGIC FOLLOW UP          RE: HALEY SPEARS
November 14, 2008
Page 1

PROBLEM LIST: 1. Migraine with aura, 2. H/o "blackouts", 3. Asthma, 4. Colitis, 5. Peptic ulcer disease

INTERVAL HISTORY: Haley Spears comes in for a follow-up. She is now on Neurontin recently increased and now on 1200-mg twice daily. She also saw Dr. Barry Gordon and in early October went on Pamelor 25-mg at bedtime. Headaches have improved partially. She describes having a significant headache about four times per week. These tend to be posteriorly located on the head, mostly on the left side and may be either steady or throbbing. There's nauseousness but no vomiting. She does get smell but no light or sound sensitivity. Headaches are generally rated as over 10/10 in intensity. They occur during the day or can awaken her. Triggers are not generally clear. She currently treats these headaches with a combination of Naprelan, usually one tablet, as well as Frova. If there is nauseousness, she will use Zofran. She says that she generally has to repeat a dose of the Frova. The headache can last anywhere from 4-8 or perhaps more hours. She also uses Hydrocodone. She estimates her Frova use as being several days per week and Hydrocodone as being three days per week. She also gets these mini blackout spells. She again notes a sense of sometimes not seemingly there or stuttering. She had a 24-hour EEG that was negative. Dr. Gordon ordered an MRI of the neck which showed some thyroid nodules which may need to be followed up on. She also suffers from insomnia. She is now also finishing a Prednisone taper which she does feel is helping a bit. She does get headaches on other days but less severe she says.

Liberty003473

NEUROLOGIC FOLLOW UP          RE: HALEY SPEARS
November 14, 2008
Page 2

Additional complaints include a sense of blockage in the ears, persistent elevations of liver function tests, some transient right-sided flank pain.. She corrects me and tells me that she is no longer irritable as was written in my first note.

MEDICATIONS: Neurontin 1200-mg b.i.d., Pamelor 25-mg at bedtime, Singulair, Prevacid, Asacol, Citracal, and p.r.n. Naprelan,. Prova, Zofran and Vicodin. She also takes a B-Complex. She takes another over-the-counter supplement that starts with a C which she says is used for improving brain power.

PHYSICAL EXAM: Comfortable. Blood pressure 130/75, pulse 100.

IMPRESSION: I saw Haley Spears on 11/14/08. She has frequent migraine, blackouts of unclear etiology but doubt epilepsy. Additional complaints including insomnia, stuttering, question of a role that stress may be playing here. I told her that she can follow-up either with myself or Dr. Gordon. For now will continue on Neurontin 1200-mg b.i.d., increase after a couple of weeks if headaches are not improving. She can also add on Riboflavin and Magnesium 400-mg daily for prophylaxis. She can check in with Dr. Gordon about possibly increasing Pamelor if necessary. Perhaps this would also help her insomnia. She should check with her gastroneurologist about elevations of liver function tests and other GI symptoms (i.e., constipation), although this may be medication related. She can make a three-month follow-up if she wishes.

David S. Silvers, M.D.          TIME OF VISIT: 35 minutes

DSS/dg

Cc: Evan Schiff, M.D.
445 So. Main St.
West Hartford, CT 06117
Cc: Barry Gordon, M.D.
1000 Asylum Ave., STE 4304
Hartford, CT 06106



10/02/2008 THU 17:00  FAX                                                          @001/003

J. William Healy, M.D.
Zachary P. Macinski, M.D.
Keshav R. Rao, M.D.
Peter B. Wade, M.D.
Barry J. Gordon, D.O

NEUROLOGY
1000 ASYLUM AVENUE SUITE 84304
HARTFORD, CT 06105
TELEPHONE: (860) 522-3711
FAX: (860) 493-1885

October 1. 2008.




Evan Schiff, M.D.
44 South Main Street
West Hartford, CT 061105

RE: Spears. Haley
DOB: REDACTED

Dear Dr. Schiff,

It was a pleasure to see your patient Haley Spears, here for neurological
consultation regarding her headaches and abnormal MRI.

As you may recall, Haley is a 30-year-old right-handed woman who reports that
she was recently diagnosed with headaches. Initially, she sought evaluation of
an ENT doctor diagnosed her with migraine. This consisted of a headache
associated with visual distortion, with nausea and vomiting. She was given a
production for Maxalt which he found was not effective. More recently, she
developed daily headache. She has headache localized behind the eyes.

She also has an episode of blackout spells. She reports that she was sent for a
routine EEG which was abnormal.

PAST MEDICAL HISTORY: Microscopic colitis, migraine headache, thyroid
disorder. She does report a history of a number of head traumas.

MEDICATIONS: She was originally started on gabapentin 600 mg b.i.d. for her
headaches, famotidine 20 mg, Asacol 400 mg 2 tablets b.i.d., Prevacid 30 mg
b.i.d., Singulair. hydrocodone p.r.n., Zofran p.r.n. nausea. Frova p.r.n. severe
headache. She has no known drug allergies. She has environmental allergies.

SOCIAL HISTORY: She works as an administrative assistant. She denies any
tobacco use. She admits to rare alcohol use.

Liberty003475

IU/ UZ/ ZUU0 IHU 11:UU  FAA                                        002/003

RE:  SPEARS, HALEY
PAGE 2

FAMILY HISTORY: Mother is alive and well but she suffers with migraine,
syncope, heart disease. Father is also alive and well but he also has migraine.
She has a recent cousin who was diagnosed with a brain tumor.

REVIEW OF SYSTEMS: A complete review of systems including eyes, ears,
nose, throat, cardiovascular, respiratory, gastrointestinal, genitourinary,
musculoskeletal, integumentary, neurologic, psychiatric, endocrine,
hematologic/lymphatic, allergic/immunologic and constitutional symptoms are
otherwise unremarkable.

PHYSICAL EXAM: A blood pressure is 118/62. The pulse is 80 and regular.
Respiratory rate is 12. She reports her height to be 5 feet 5 inches and her
weight the 122 pounds.

HEENT: There are no bruits about the head or neck. The neck is supple. The
cervical range of motion is full.

Cardiovascular: The rate is regular, without ectopy.

Mental status: The patient is awake, alert and oriented in three spheres. The
speech is fluent and intact. The affect is appropriate.

Cranial nerves: The visual fields are full by confrontation. The pupils are equal
round and reactive to light and accommodation. The extraocular movements are
full. The funduscopic exam is normal. The face is symmetric with sensation
intact. Hearing is intact. The tongue is midline. The palate elevates
symmetrically. The shoulder shrug is symmetric.

Motor examination: There is full power with normal bulk and tone in all four
extremities. There is no drift or tremor.

Sensory examination: The sensation is intact to cold, vibration, touch and double
simultaneous stimulation in all extremities.

Deep tendon reflexes: The DTRs are 2+ and symmetric. The toes are downgoing
bilaterally.

Coordination: Finger-to-nose testing is intact bilaterally.

Gait: The patient is able to tandem walk without difficulty. Romberg testing is
negative.

DATA: MRI of the brain from the September 2 was reviewed this office. There is
a abnormality of the white matter in the right internal capsule. There was no
abnormal enhancement following contrast. An EEG recording from a September

RE: SPEARS, HALEY
PAGE 3

18 is abnormal. Laboratory studies including B12, folate, thyroid panel, liver function are all unremarkable.

IMPRESSION: 30-year-old woman with the following:

1. Daily tension type headache.

2. Classic migraine headache.

3. Nonspecific MRI abnormality.

4. The nonspecific EEG abnormality.

We discussed the above impressions. We agreed to proceed with a 24-hour EEG recording which is already planned for next week. Would also agreed to continue with Neurontin at 600 mg b.i.d. at this may help with both headaches and potential seizure. She was sent for blood work to include Lyme titer. She will have a followup MRI of brain with contrast. She will followup with me in one month.

Thanks for this referral.

Sincerely,

Barry Gordon D.O.

cc: Todd Zachs, M.D.

Document authenticated by Barry Gordon, D.O. on 10/02/2008 16:21:44 (EDT).

**HARTFORD NEUROLOGY, LLC**

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302                          2928 MAIN STREET, 1ST FLOOR
BLOOMFIELD CT 06002                                      GLASTONBURY CT 06033

September 08, 2008


Evan Schiff, M.D.
445 So. Main St.
West Hartford, CT   06117

RE: Haley Spears

Dear Evan:

I saw Haley Spears on 09/08/08. She presents with a
probable history of migraine with aura with more headaches
recently. She's also had spells where she "blacks out".
She had a recent MRI performed, which showed apparent
abnormality in the right temporal lobe. At this point,
I'll need to review the MRI and probably go over it with
one of our radiologists. Further decisions will be made
depending upon these findings. I'm also ordering an EEG,
sleep deprived. I've asked her to not drive while the
work-up is preceding. There's certainly nothing in the
history that would suggest demyelinating disease; thus,
there would be probably no strong reason to suspect a
demyelinating lesion. In any event, I'll be calling her
later this week.

Sincerely,

David S. Silvers, M.D.

David S. Silvers, M.D.

DSS/dg

Addendum ( Reviewed MRI - Non specific Δ (R)
temporl lobe.
Uc - Repeat MRI, ~ 6 mo.

NEUROLOGIC CONSULTATION     RE: HALEY SPEARS
September 08, 2008
Page 1

CHIEF COMPLAINT: Episodes of "blacking out"/headaches

PRESENT ILLNESS: This is a 30-year-old right-handed woman
with a h/o asthma, h/o migraine with aura who presents with
recent spells of "blacking out" and more headaches.    She
says that she has had some degree of headaches beginning
around May.    They seem to be located in various places on
the head..    They are by the eyes posteriorly on the head.
They can feel like a pressure, generally steady.    She
states they would come on "occasionally" prior to some
weeks ago when they became even constant at times, although
punctuated with worsening.    When she would get what she
calls her migraine headache, she would get blurry or
distorted vision, perhaps even double vision, occasionally
with spins.    These "aura" symptoms may last 10-30 minutes
and generally be followed by the headache, which could last
for a couple of hours.    She had been treating the headaches
with Maxalt, which would generally help relieve the
headache within a couple of hours.    Most were moderate, 4-
6/10 in intensity, occasionally more severe.    She did have
a severe headache towards the end of August, which led to
her having a CAT scan followed by an MRI.

She has also had occasional spells where she reports
"blacking out".    For example, she may not respond
immediately or remember what had been said.    They can be
brief, generally seconds or perhaps up to about a minute or
so..    She's had probably "numerous" episodes.    Her mother
states that she also seems somewhat irritable.    Mood has
been also cn the low side.

With headaches, she may get some nausea, rarely vomiting,
no significant photo or phonophobia or smell sensitivity.
Most headaches she remains functional; occasionally she
will have to lie.down.    She also notes some pressure in the
facial region around the sinuses for which she saw Dr.
Lehmann, an ENT physician.    She was also prescribed
?Miramist.

She finds that she has been generally forgetful and has
more problems with concentrating.    Stuttering is also
noted..    She has not had spells of monocular visual lcss or
any kind of sustained double vision or L'Hermitte symptom.

Liberty003479

NEUROLOGIC CONSULTATION      RE: HALEY SPEARS
September 08, 2008
Page 2

There's no difficulty with swallowing, changes in strength
or balance, alterations of bladder or bowel functioning.

There are no obvious systemic symptoms including fevers,
chills, sweats. Sometimes she does get some chest pain and
shortness of breath (with asthma), abdominal discomfort.
She has poor appetite but is not sure that she's lost any
weight. She sleeps poorly.

Her head CT scan from St. Francis Emergency Room showed a
decreased density in the right temporal lobe. This was
followed by an MRI scan of the brain with and without
gadolinium. The report makes note of a ?lovulated lesion
in the white-matter in the right temporal lobe non-
enhancing without mass effect. It was read on the report
as possibly representing an inactive "demyelinating plaque"
with a low-grade glioma being less likely.

Routine bloodwork including CBC and renal function was
normal.

PAST MEDICAL HISTORY: Notable for "migraine" and asthma as
well as microscopic colitis and peptic ulcer disease. H/o
plantarfasciitis.

MEDICATIONS: Asacol, Singulair, Prevacid, Nasacort and
p.r.n. Zyrtec/Albuterol.

PAST SURGICAL HISTORY: Please refer to patient form.

FAMILY HISTORY: She does have a cousin with a brain tumor.

SOCIAL HISTORY: Rare alcohol use, no tobacco use. Works as
an administrative assistant.

REVIEW OF SYSTEMS: Please refer to Patient Form.

PHYSICAL EXAM: A pleasant, comfortable, thin woman who
appears somewhat anxious but otherwise in no distress.
Blood pressure 125/80, pulse 72. No carotid bruits.
Cardiac exam a regular rate and rhythm SI/SII. No
left/right body asymmetry.

Liberty003480

NEUROLOGIC CONSULTATION        RE: HALEY SPEARS
September 08, 2008
Page 3

NEUROLOGIC EXAM:

MENTAL STATUS: She was alert.  She was oriented to place
and time, attentive to months of the year forwards and
backwards.  Language was fluent.  Recall of three two-part
items, 3/3 after a few-minute delay.  Naming intact,
calculations normal, clock normal.  Able to place in the
hands to read "ten after eleven".  Normal copying of cube.
Normal luria sequencing, Go-No-Go.

CRANIAL NERVES: II - XII were normal.  She did not have an
r-APD.  Normal eye movements pursuits/saccades.  Intact
visual fields.  The rest of the cranial nerves normal.

MOTOR EXAM: Normal tone.  No tremor.  Strength +5/5 upper
and lower extremities.

SENSORY EXAM: Normal to pin, vibration, and joint position
sense.

REFLEXES: The deep tendon reflexes were +2 throughout and
the toes were downgoing.

COORDINATION:  Normal  to  finger-to-nose,  fine  finger
movements, and rapid alternating movements.

GAIT: Negative Romberg, normal tandem.  No posturing on
stress gait.

DSS/dg

Spears, Haley (MR # MR2315066)

## Patient Information

| Patient Name | | Sex | DOB | SSN |
|---|---|---|---|---|
| Spears, Haley | | Female | REDACTED | REDACTED |

### Operative Note signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM

| | | | | | |
|---|---|---|---|---|---|
| Author: | Udelsman, Robert, MD | Service: | (none) | Author Type: | Physician |
| Filed: | 6/27/2013 12:56 PM | Note Time: | 6/27/2013 11:47 AM | Trans.ID: | 569502363 |
| Trans Status: | Available | | | | |
| Dictation Time: | 6/27/2013 11:47 AM | Trans Time: | 6/27/2013 12:21 PM | Trans Doc Type: | Operative Note |

YALE-NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Name: SPEARS, HALEY
Service: PERIOP SRV
Unit No: MR2315066
CSN: 87262569
Service Area: Sur
Date of Birth: REDACTED
Date of Adm: 06/27/2013

Dictated: 06/27/2013 11:47:16      Dictated by: Robert Udelsman, M.D.
Transcribed: 06/27/2013 12:21:00      mmodl/1180307/569502363


DATE OF PROCEDURE/SURGERY: 06/27/2013

OPERATION:
Total thyroidectomy.

OPERATOR:
Robert Udelsman, M.D.

ASSISTANT:
Hasly Harsono, M.D.

ANESTHESIOLOGIST:

ANESTHESIA:

PREOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

POSTOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

**Certification of Health Care Provider**
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

7/11/08
original left
@ front desk
labeled in
OMB No: 1215-0181
Expires: 08-30-2010

*(When completed, this form goes to the employee, Not to the Department of Labor.)*

| 1. Employee's Name | 2. Patient's Name *(if different from employee)* |
|---|---|
| Drear Haley | |

3. Page 4 describes what is meant by a "serious health condition" under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____ (2) _____ (3) _____ (4) ✓ (5) _____ (6) _____ , or None of the above _____

4. Describe the medical facts which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

Headache + vomiting

Initial Dx Migraine but

now @ CT Leen. / DMRI

— undergoing testing to evaluate

5. a. State the approximate date the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present incapacity[2] if different):

St worsing on 2008

b. Will it be necessary for the employee to take work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described in Item 6 below)?

If yes, give the probable duration:

c. If the condition is a chronic condition (condition #4) or pregnancy, state whether the patient is presently incapacitated[2] and the likely duration and frequency of episodes of incapacity[2]:

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

Page 1 of 4

HALEY SPEARS DOB REDACTED

Liberty003483

437/507

8. a. If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for transportation?

b. If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?

c. If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:

Signature of Health Care Provider

Type of Practice

_8b₁ 5b₁ - 714_

Address

Evan Schiff, M.D.
Hartford Medical Group
445 South Main Street
West Hartford, CT 06110

Telephone Number

_9/11/03_

Date

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

Employee Signature

Date

HALEY SPEARS DOB REDACTED

Liberty003484

**Hartford Hospital**
*GI Endoscopy*

September 14, 2007

Evan L. Schiff MD
Hartford Medical Group
445 West Main Street
West Hartford, CT 06110

Re : Upper GI endoscopy procedure for Haley Spears

Dear Dr. Schiff



This procedure was performed on Friday, September 14, 2007.  My impressions and recommendations are as follows:

<u>Impressions</u> :
- Normal esophagus.
- Non-bleeding erythematous gastropathy.  Healed ulcer.
- Normal examined duodenum.

<u>Recommendations</u> :
- The patient was discharged to home (ambulatory).
- Await pathology results.
- Ok to d/c Prevacid (lansoprazole) if no alcohol consumption, or if after stopping it, sx's recur.

My findings are described in the full report, which is enclosed here.

Thank you for referring this patient to me.  If I can be of further assistance, please feel free to contact me.

Sincerely,

Donna M Cipolla
MD



Donna Cipolla, MD
Signed Date: 09/14/2007 11:56:09
This report has been signed electronically.

7H317150003

**Hartford Hospital**
*GI Endoscopy*

| | | | |
|---|---|---|---|
| **Patient Name:** | Haley Spears | **Gender:** | F |
| **Procedure Date:** | 9/14/2007 11:40 am | **MRN:** | 3032575 |
| **SSN:** | REDACTED | **Date of Birth:** | REDACTED |
| **Age:** | 29 | **Admit Type:** | Outpatient |
| **Room:** | 329 | **Account #:** | 000011621471 |
| **Note Status:** | Finalized | **Attending MD:** | Donna Cipolla |
| **Procedure Date:** | 9/14/2007 | | |

| | |
|---|---|
| **Procedure:** | Upper GI endoscopy |
| **Indications:** | Dyspepsia, Established gastric ulcer, Follow-up of gastric ulcer |
| **Providers:** | Donna Cipolla MD |
| **Referring MD(s):** | Evan L. Schiff MD |
| **Medicines:** | See anesthesia note |
| **Complications:** | No immediate complications |

**Procedure:**   A History and Physical has been performed, and patient medication allergies have been reviewed. The patient's tolerance of previous anesthesia has been reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and Informed consent was obtained. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. The anesthesia plan was to use propofol sedation. Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives. The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy or pulmonary ventilation, and response to care were monitored throughout the procedure. The physical status of the patient was re-assessed after the procedure.

After informing the patient of the benefits and risks of the procedure including perforation and bleeding, Informed consent was obtained. The endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.  The Endoscope was introduced through the mouth, and advanced to the second part of duodenum. The upper GI endoscopy was accomplished without difficulty.  The patient tolerated the procedure well.

**Findings:**

The examined esophagus was normal.

Localized erythematous mucosa with no bleeding was found in the gastric antrum.  Biopsies were taken with a cold forceps for histology.  No ulcers seen.



The examined duodenum was normal.

| | |
|---|---|
| **Impression:** | - Normal esophagus.<br>- Non-bleeding erythematous gastropathy.  Healed ulcer.<br>- Normal examined duodenum. |
| **Recommendation:** | - The patient was discharged to home (ambulatory).<br>- Await pathology results.<br>- Ok to d/c Prevacid (lansoprazole) if no alcohol consumption, or if after stopping it, sx's recur. |

Liberty003486

**Hartford Hospital**
*GI Endoscopy*

June 29, 2007

Evan L. Schiff MD
Hartford Medical Group
445 West Main Street
West Hartford, CT 06110

Re : Upper GI endoscopy procedure for Haley Spears

Dear Dr. Schiff

This procedure was performed on Friday, June 29, 2007. My impressions and recommendations are as follows:

Impressions :
- Normal esophagus.
- Clean based gastric ulcer.
- Normal examined duodenum. This was biopsied to exclude celiac sprue.

Recommendations :
- The patient was discharged to home (ambulatory).
- Await pathology results.
- D/C protonix. Use Prilosec (omeprazole) at 20 mg PO daily. Hold ASA/NSAID's.
- Repeat the upper endoscopy for surveillance in 8 weeks.

My findings are described in the full report, which is enclosed here.

Thank you for referring this patient to me. If I can be of further assistance, please feel free to contact me.

Sincerely,

Donna Cipolla, MD
Signed Date: 06/29/2007 14:46:25
This report has been signed electronically.

7H317150003

**Hartford Hospital**
*GI Endoscopy*

| | | | |
|---|---|---|---|
| **Patient Name:** | Haley Spears | **Gender:** | F |
| **Procedure Date:** | 6/29/2007 2:10 pm | **MRN:** | 3320873 |
| **SSN:** | REDACTED | **Date of Birth:** | REDACTED |
| **Age:** | 28 | **Admit Type:** | Outpatient |
| **Room:** | 329 | **Account #:** | 000011019353 |
| **Note Status:** | Finalized | **Attending MD:** | Donna Cipolla |
| **Procedure Date:** | 6/29/2007 | | |

| | |
|---|---|
| **Procedure:** | Upper GI endoscopy |
| **Indications:** | Dyspepsia, Diarrhea, Failure to respond to medication (protonix) |
| **Providers:** | Donna Cipolla MD |
| **Referring MD(s):** | Evan L. Schiff MD |
| **Medicines:** | Propofol administered by Anesthesia |
| **Complications:** | No immediate complications |



**Procedure:** A History and Physical has been performed, and patient medication allergies have been reviewed. The patient's tolerance of previous anesthesia has been reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and informed consent was obtained. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. The anesthesia plan was to use propofol sedation. Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives. The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy of pulmonary ventilation, and response to care were monitored throughout the procedure. The physical status of the patient was re-assessed after the procedure.

After informing the patient of the benefits and risks of the procedure including perforation and bleeding, informed consent was obtained. The endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Endoscope was introduced through the mouth, and advanced to the second part of duodenum.

**Findings:**
The examined esophagus was normal.

One non-bleeding linear gastric ulcer with no stigmata of bleeding was found in the gastric body along a fold. The lesion was 10 mm in largest dimension. Biopsies were taken with a cold forceps for Helicobacter pylori of the ulcer and the antrum.

The examined duodenum was normal. Biopsies were taken with a cold forceps for histology.

| | |
|---|---|
| **Impression:** | - Normal esophagus<br>- Clean based gastric ulcer.<br>- Normal examined duodenum. This was biopsied to exclude celiac sprue. |
| **Recommendation:** | - The patient was discharged to home (ambulatory).<br>- Await pathology results.<br>- D/C protonix. Use Prilosec (omeprazole) at 20 mg PO daily. Hold ASA/NSAID's.<br>- Repeat the upper endoscopy for surveillance in 8 weeks. |

Liberty003488

Jan 28 2009 11:06AM   HP LASERJET FAX                                    P.1

# Yale Brain Tumor Center
### A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208032
New Haven, CT 06520-8082

(203) 785-2791 phone
(203) 785-3042 fax

**Surgical Oncology**
Joseph M. Piepmeier MD

**Medical Neuro-Oncology**
Joachim M. Baehring MD

**Medical Oncology**
Jill Lacy MD

**Radiation Oncology**
Jonathan P. Knisely MD
Kenneth B. Roberts MD

**Clinical Coordinator**
Betsey D'Andrea RN

**PATIENT NAME:**      Spear, Haley
**PATIENT ID:**          2254654
**DATE OF VISIT:**       11/25/2008

Ms. Spear presents to the Yale Neurology Clinic seeking another opinion on a recently identified abnormality on a brain MRI. She was referred to me by Dr. Demetrios Braddock in Pathology.

Since this summer, Haley has been suffering from a series of headaches. On August 20th, while getting ready for work, she experienced the sudden onset of headache accompanied by dizziness and vomiting. This occurred when getting up after bending down. She felt that she was not thinking right and at times felt "delirious." She presented at the Emergency Department at St. Francis at Hartford at that time. Prior to this event in August, she had very infrequent headaches. She had come off birth control pills in the late spring. In June and July, she only experienced one headache episode each. Since August, she has been experiencing headaches at fluctuating frequencies. She has had headaches several days in a row followed by weeks, during which she only experienced a couple. In early October, she had headache accompanied by vision loss. This occurred while she was in a store. She states that her vision was not "completely gone," but recovered within 30 minutes. Apparently, her vision loss preceded the headache by at least several minutes.

Today, Haley states that since the headache episode of August, she has not been herself. Her speech is off. She has been noticing "memory gaps." She reports word finding difficulties and has been stuttering, which I noticed on a couple of occasions during her visit as well. She has been writing sentences with words in reverse order. Basic math skills have been poor. She forgets parts of conversations. Her ears feel blocked and she has been experiencing tingling dysesthesias in her entire body.

She has been evaluated by Dr. Gordon, a neurologist at St. Francis Hospital, and Dr. Silver, a neurologist at Hartford Hospital.

**REVIEW OF SYSTEMS:**
Negative for unexplained fever, night sweats, chills, unintended weight loss, nausea, vomiting, diarrhea, melena or hematochezia. All other systems were reviewed and found negative unless stated otherwise above.

**Clinic Note**

## Yale Medical Group
THE PHYSICIANS OF YALE UNIVERSITY



7H317150003

**PATIENT NAME:**       Spear, Haley
**PATIENT ID:**         2264654
**DATE OF VISIT:**      11/25/2008

**PAST MEDICAL HISTORY:**
Otherwise remarkable for asthma, colitis and a "bleeding ulcer."

**MEDICATIONS:**
Neurontin, prednisone taper over the course of 10 days, Naprosyn, hydrocodone, carnitine. Pamelor and Frova as needed.

**ALLERGIES:**
She has had adverse reactions to erythromycin "(I felt sick)."

**SOCIAL HISTORY:**

She works as an executive administrative assistant.

**FAMILY HISTORY:**
Remarkable for migraine in her mother who accompanied her to the office today. On her father's side, there is a history of heart disease, high blood pressure, hypercholesterolemia and asthma. She does not drink alcohol. She does not smoke.

**PHYSICAL EXAMINATION:**
Temperature is 98.7. Heart rate is 92. Respiratory rate is 20. Weight is 58.7 kg. She is 166 cm tall. Blood pressure is 134/89. Pulse oximetry is 100% on room air.

On neurologic examination, she is fully awake, alert and oriented. Language is fluent. There are no cognitive deficits. Pupils are equal, round and reactive to light. Extraocular movements are intact without nystagmus. Funduscopic examination reveals sharp disc margins and normal venous pulsations. Facial sensation is normal. Facial movements are normal and symmetric. Head turn and shoulder shrug are normal. Tongue and uvula are on the midline. There is no drift of the outstretched arms. Muscle strength, bulk and tone are normal and symmetric. Deep tendon reflexes are symmetric. There is no impairment of primary sensory modalities nor is there extinction of double simultaneous sensory stimuli. There is no dysmetria, intention tremor or dysdiadochokinesis. Her gait is normal-based and steady.

I reviewed an MRI scan of the brain from October 6, 2008 and compared it to a prior study from September 2, 2008. The most recent study demonstrates an ovoid-shaped lesion measuring 2 x 0.7 cm in its largest axial diameter lateral to the temporal horn of the right lateral ventricle. This lesion appears hyperintense on FLAIR sequences and hypointense on precontrast T1 weighted sequences.

**Clinic Note**

HALEY SPEARS DOB REDACTED
Liberty003490

**PATIENT NAME:**     Spear, Haley
**PATIENT ID:**       2264654
**DATE OF VISIT:**    11/25/2008

Water diffusion is increased within the lesion. There is no enhancement after administration of gadolinium. Compared to the prior study, there has been no significant interval change. In addition, a small cyst measuring 1 x 0.5 cm is identified within the pineal region. The wall enhances minimally with contrast dye. There is no focal nodular thickening. There is minimal mass effect on the tectal plate. The aqueduct of Sylvius appears patent. Ventricular size is normal. Again, compared to the prior study, there has been no significant interval change.

I reviewed pertinent laboratory results. ANA is positive at a titer of 1/1280. ALT was mildly elevated at 60. Iron was low at 32 as was ferritin. Laboratory data were from November 19th. ESR was 1 after the first hour.

An abdominal ultrasound from November 19th demonstrate probable mild fatty infiltration of the liver. Blood count from September was normal. Comprehensive metabolic panel from the same day demonstrated AST at 89 and ALT 177. Hepatitis serology was negative. Thyroid function test including T4, T3 and TSH from September 18th were within normal limits. The thyroid peroxidase antibody titer was minimally elevated at 38. Thyroglobulin antibody was negative.

I reviewed an MRI scan of the cervical spine from October 6, 2008. There is straightening of the cervical lordosis. Bilateral nodules of the thyroid gland are seen.

**IMPRESSION:**
1. Right temporal lobe signal abnormality of unknown etiology. Differential diagnosis includes an old demyelinative plaque, scar tissue from an ischemic or infectious process, or a developmental abnormality.
2. Pineal region cyst. This appears entirely benign. The slight mass effect on the tectum warrants a CSF flow study through the aqueduct of Sylvius.
3. Headache of unknown etiology. Haley's headaches are likely multifactorial. While many of her headaches carry features of tension type headaches, the episodes experienced in October of 2008 seem most consistent with complicated migraine. The positional dependence of some of her headaches further underline the need for CSF flow study in order to rule out any relationship to the pineal region cyst.

I discussed these issues in detail with Haley and her mother. I proposed we obtain another MRI scan in January, three months after our last imaging study, in order to determine stability of her right temporal lesion and the pineal region cyst. The likelihood of an infiltrative brain tumor as the basis for the right temporal lobe signal abnormality is rather small, although, this can only be confirmed by serial MR imaging. At the time of our next scan, MR spectroscopy will be obtained. In addition, we will perform a CSF flow study through the aqueduct of Sylvius.

**Clinic Note**

From  Endocrinology - Bloomfield - Connecticut Multispecialty Group - (860)Page 2 of 4          Sent On: 11:58 AM, Wednesday, January 21, 2009

### RE: SPEARS, HALEY



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

**Name:** HALEY SPEARS
**DOB:** REDACTED
**Date of Appt:** 01/21/2009
**Consult Letter**
Dear Dr. Evan Schiff
Thank you for asking me to see HALEY SPEARS today in consultation for thyroid nodules.
**Active Problems**
    Ulcerative colitis  (556.9).
    Fatty liver  (571.8).
    Thyroid cyst  (246.2).
    Systemic lupus erythematosus  (710.0).
    Planter fasciitis  (728.71); ? separate from other conditions.
    Migraine headache  (346.90); new in fall 08.
    Considered demyelinating disorders  (341.9); mri lesion is concerning.
**HPI**
Firsted noted to have a goiter in 2004 during work-up for severe, acute swelling condition.  Nodules noted by exam but no u.s. by Dr Diaz and then went to Dr Grey.  3 samplings but 2 cytologies for cyst and they were 'normal.' All 3 aspirations were on the left.
More recently U.S. showed multinodular goiter with cysts and a solid nodule on left (U.S. done as f/u to MRI incidentally).
**ROS**
Very poor energy
and poor memory and concentration
gi issues ongoing
some dryness
hair stable
vision:  blurred on and off with migraine or movement
migraines on and off
hearing seems clogged on occ
ringing in ears on occ



menses normal in past but very irreg for 4 months
else neg.
**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily; Qty0; R0; RPT.
Asacol 400 MG Tablet Delayed Release,TAKE 2 TABLETS TWICE DAILY; Qty0; R0; RPT
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; Qty0, R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Zofran 8 MG Tablet;As needed; Qty0; R0; RPT.
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weely; Qty0; R0; RPT.
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; Qty0; R0; RPT.
Frova 2.5 MG Tablet;As needed; Qty0; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Zomig TABS;As needed; Qty0; R0; RPT.
Imitrex 100 MG Tablet;As needed; Qty0; R0; RPT.
Folic Acid 1 MG Tablet,TAKE 1 TABLET DAILY, Qty0, R0; RPT.
Singulair 10 MG Tablet;: Qty0; R0; RPT.
**PMH**
    History of acute gastric ulcer  which is resolved  (531.30).
**Family Hx**
    No thyroid disorder

## RE: SPEARS, HALEY

    Osteoporosis  mother
    No autoimmune disease.

**Personal Hx**
Behavioral history: Daily coffee consumption  t a month.
Work: Occupation  administ.
Marital: Single.

**Vital Signs**
Recorded by ymontalvo on 21 Jan 2009 11:06 AM
HR: 70 b/min, R Radial,
Height: 64.5 in, Weight: 124.8 lb, BMI: 21.1 kg/m2

**Physical Exam**
**Standard Measurements:**
    ° Patient was not overweight.
**General appearance:**
    ° Normal.
**Neck:**
    Thyroid: • Showed abnormalities  cobblestone texture without distinct dominant nodule.
**Eyes:**
    General/bilateral:
        Extraocular Movements: ° Normal.
        Anterior Orbit / Periorbit: ° No proptosis.
        External Eye: ° No lid lag was seen.
**Lungs:**
    ° Clear to auscultation.
**Cardiovascular system:**
    Heart Rate And Rhythm: ° Normal.
    Edema: ° Not present.
**Neurological:**
    Motor: ° No tremor was seen.
    Reflexes: ° Knee jerk was normal  bilaterally.
**Psychiatric Exam:**
    ° Affect was normal.

**Results**
Reviewed  related lab results during this encounter
Reviewed related radiology results during this encounter
Reviewed related office notes from referring provider  during this encounter.

**Assessment**
    • Endocrine lab tests revealed nonspecific abnormal findings  (794.6); TPO ab elevated
    • Hashimoto's thyroiditis  (245.2)
    • Nontoxic multinodular goiter  (241.1)
She does have hashimoto's based on the antibody testing and should have periodic testing of TSH going forward.  The
nodule may be solid on the left but I'm concerned that it may not be.  I will get the films before proceeding but she will
likely need an FNA of the 1.8 cm nodule.
We discussed these issues in detail
I doubt that adrenal insufficiency could be contributing to any of her GI symptoms, but we'll get an AM cortisol level to
make sure.

**Orders**
Follow-up visit in 1 month
25- Hydroxy Vitamin D, EIA - 10711.
Cortisol, AM - 11662.

**Plan**
Dear Dr Schiff
Thank you again for allowing me to participate in  Ms. SPEARS's care.  If you have any questions, please feel free to
contact.
Sincerely
Rob

7H317150003

JAN-19-2009 14:25 FROM:RHEUM.& ALL. INST.CT  +8606467999          TO:5617272                    P.1/2

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

January 19, 2009

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 01.19.2009, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain
-await fMRI 1.27.09 at Yale; No LP yet; Fatigue
2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
on Asacol since; abnl LFT 10,08; Abd US 10.08 -fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab. pt has
multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
>10):Protein C deficiency.+HLA B27 Ag:IBD serology 7.c/w UC
The above suggests:
An autoimmune inflammatory disorder is seen as evidenced by multiorgan involvement and polyclonal antibody production to antigens within GI tract, thyroid. and +ANA. Such a versatile activation of the immune system may suggest a Connective Tissue Disease. High positive ANA, pehaps detectable DNA Antibodies, and Raynaud's phenomenon, might direct us toward suspecting Systemic Lupus Erythematosus, although at this point she does not meet ACR criteria for diagnosing SLE. Protein C deficiency, however mild, can cause hypercoagulable status. she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, hence will repeat RBC Folate & homocysteine level. She did not have antibodies suggestive of Antiphospholipid syndrome. SLE may cause a migraine, and a number of other CNS manifestations. e.g. stroke, TIAs, CNS vasculitis, etc., however neurological causes must be ruled out first. CSF study & fMRI should be helpful in examining these options first. Microscopic colitis is known to occur in Connective Tissue Disorders: primary Inflammatory Bowel Disorder: needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care. Haley continues to have mildly abnormal LFTs of unclear origin. Low/normal Vitamin B12 levels were found, will replenish. In view of the high complexity of her presentation and my concern regarding a possibility of a new onset Connective Tissue Disease as above, I advised to start Plaquenil and avoid prothrombotic agents. e.g. estrogens in BCPs.,Haley

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

Liberty003494

JAN-19-2009 14:25 FROM:RHEUM.& ALL.INST.CT  +8606467993        TO:5617272        P.2/2

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

**BARBARA KAGE, MD, FACR** – BOARD CERTIFIED IN RHEUMATOLOGY
**REINHARD KAGE, MD, PhD** – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

... avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. At this juncture I am not convinced that her MRI Brain abnormalities are due to any Connective Tissue Disease; in any case she does not have any motoric deficit to warrant any more aggressive therapy with a Disease Modifying Agents for Rheumatic Disorders at present.

As a result, I have made the following recommendations:

1. Rheumatic laboratory profile in 2-3 weeks.
2. Biotene dry mouth dry eyes care line of products.
3. Avoid sun exposure, keep the entire body warm, avoid BCP
4. Await all other measures as before.
5. Use sunscreen SPF>30 when outside.
6. Start Plaquenil 200 mg/day x1 week, then 200 mg twice/day
7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology
as planned.
9. If ongoing deficiency of Protein C-will advise hematology
consult re: possible hypercoagulable status.
10. RTC in 6 weeks. BK
11. Vitamin B12 -1000 mcg IM once a week x 4, then oral
Vitamin B12 -1000 mcg/day. Repeat labs in 6 wks. Folic acid
1 mg/day. Multivitamin 1 tab a day.
Thank you for allowing me the opportunity to participate in the care of Spears.

Sincerely,

Barbara Kage, MD, F.A.C.R

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

[ 2865B5D4-E/EE-4DEE-B/UF-UCFU4FUU9414-33/64994-0F ] From: 2009/01/13 08:33:07  ET 2 of 3



## Associated Neurologists
## *of* Southern Connecticut, P.C.

1/13/2009

Evan Schiff MD
445 South Main Street
West Hartford, CT 06110

Re: SPEARS, HALEY

Dear Dr. Schiff:

I had the pleasure of seeing your patient Haley Spears on 1/12/2009 10:30:00 AM. Below are the results of my evaluation.

**History of Present Illness:**
Haley Spears is a 31 year old female.
Saw an ENT several months ago for frontal pain, their conclusion was migraine headache. She has had them proceeded by visual aura. Had severe headache lasting 4 days with nausea/vomiting, requiring an ED visit. Maxalt helped a bit, but she had a recurrence soon after. More recently has worked, but always requires a second dose. Main trigger seems to be position change, going from bent over to standing position. No clear relationship to period. Prior to August, had only had a handful of migraines.

Over the last 2 weeks about 2/week, previously were 3-7/week. Have improved since being started on Neurontin by Dr. Behring. She was on nortriptyline briefly in December but developed palpitations and insomnia. (Doesn't usually have trouble sleeping).

Saw Dr. Behring at Yale, will be doing MR SPECT and flow study; they recommended she come here for management for her migraines.

Has had various other problems including back pain, stomach ulcers, fatty liver, and by her report an autoimmune disorder is suspected; her ANA was elevated by her report.

Asthma/allergies starting in childhood. Thyroid nodules, benign. GI problems starting in 2005 with stomach pain and diarrhea; diagnosis by endoscopy was "microscopic colitis". Now constipated from gabapentin. Muscle aches, particularly in the legs before bedtime; no improvement with walking.
• Reviewed an MRI of the head Not well circumscribed white matter lesion in the right temporal lobe. No enhancement. No brain stem cyst is visible to me.

**Assessment:**
• Common migraine (without aura) which is inadequately controlled
• Lumbago
• Possible systemic lupus erythematosus
• Possible complex partial seizures

**Plan:**
• Follow-up for re-examination in 6-8 weeks
Given her multiple issues and markedly positive ANA with homogeneous pattern, SLE is a possible underlying cause of her symptoms. With this in mind, the white matter lesion in the right temporal lobe may be related to this as well, as it does not look typical for MS, and her symptomatology is not consistent with that either. Low grade glioma is another possibility, though this would be giving her two rare diagnoses. Dr. Behring has ordered some additional imaging; I feel that lumbar puncture is necessary as well.
• Maintain a symptom diary

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel:203-333-1133  |  fax:203.333.3937
670 Boston Post Road  |  Milford, Connecticut 06460  |  tel.:203.877.1414  |  fax:203.877.3144
www.ansconeuro.com

HALEY SPEARS DOB REDACTED

Liberty003496

[ 2665B5D4-E7EE-4DEE-B7DF-DCF04F009414-33764994-DF ]   From:  2009/01/13 08:33:07   ET 3 of 3



# Associated Neurologists
## of Southern Connecticut, P.C.

· Continue current medication  if side effects of gabapentin do not improve, we may consider changing to Topamax.
· Plan - start medication: will try Migranal nasal spray as an abortive treatment.

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel.:203-333-1133  |  fax:203.333.3937
670 Boston Post Road  |  Milford, Connecticut 06460  |  tel.:203 877.1414  |  fax:203.877.3144
www.ansconeuro.com

**Hartford Hospital**
*GI Endoscopy*

June 29, 2007

Deborah A. Keightley MD
445 South Main Street
West Hartford, CT 06110-1646

Re : Colonoscopy procedure for Haley Spears

Dear Dr. Keightley

This procedure was performed on Friday, June 29, 2007.  My impressions and recommendations are as follows:

Impressions :
- The colon is normal.  This was biopsied.
- The terminal ileum is normal.  This was biopsied.
- Internal hemorrhoids were found.

Recommendations :
- The patient was discharged to home (ambulatory).
- High fiber diet indefinitely.
- Await pathology results.
- Perform upper GI endoscopy to further evaluate the cause of symptoms.

My findings are described in the full report, which is enclosed here.

Thank you for referring this patient to me.  If I can be of further assistance, please feel free to contact me.

Sincerely.

Donna M. Cipolla
MD

Donna Cipolla, MD
Signed Date: 06/29/2007 14:31:46
This report has been signed electronically.

**Hartford Hospital**
*GI Endoscopy*

| | | | |
|---|---|---|---|
| **Patient Name:** | Haley Spears | **Gender:** | F |
| **Procedure Date:** | 6/29/2007 2:10 pm | **MRN:** | 3320873 |
| **SSN:** | REDACTED | **Date of Birth:** | REDACTED |
| **Age:** | 29 | **Admit Type:** | Outpatient |
| **Room:** | 329 | **Account #:** | 000011019353 |
| **Note Status:** | Finalized | **Attending MD:** | Donna Cipolla |
| **Procedure Date:** | 6/29/2007 | | |

| | |
|---|---|
| **Procedure:** | Colonoscopy |
| **Indications:** | Clinically significant diarrhea of unexplained origin, Hematochezia, Weight loss, R/O IBD |
| **Providers:** | Donna Cipolla MD |
| **Referring MD(s):** | Deborah A. Keightley MD |
| **Medicines:** | Propofol administered by Anesthesia |
| **Complications:** | No immediate complications |

**Procedure:** A History and Physical has been performed, and patient medication allergies have been reviewed. The patient's tolerance of previous anesthesia has been reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and informed consent was obtained. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. The anesthesia plan was to use propofol sedation. Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives. The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy of pulmonary ventilation, and response to care were monitored throughout the procedure. The physical status of the patient was re-assessed after the procedure.

The Colon

After informing the patient of the benefits and risks of the procedure including perforation and bleeding, informed consent was obtained. The colonoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Colonoscope was introduced through the anus and advanced to the ileum. The colonoscopy was accomplished without difficulty. The patient tolerated the procedure well. The quality of the prep was good. The total duration of the procedure was 10 minutes. The total cecal withdrawal time was 6 minutes. The risks of missing an underlying, pre-existing lesion such as a polyp or even a cancer were discussed with the patient who fully understands and agrees to still precede with the colonoscopy. NBI was used upon withdrawal of the colonoscope from the cecum.

**Findings:**

The colonic mucosa (entire examined portion) was normal. Biopsies were taken with a cold forceps for histology.

The terminal ileum was normal. Biopsies were taken with a cold forceps for histology.

Internal, non-bleeding, small hemorrhoids were found during retroflexion.

The retroflexed view of the anal verge was normal and showed no anal or rectal abnormalities except for internal hemorrhoids.

The colon was examined using NBI. No polyps, masses, lesions, AVM's, or mucosal abnormalities were visualized other than those described above.

10/21/2015 03:18 pm          HALEY SPEARS DOB REDACTED          453/507

Liberty003499

**Hartford Hospital**
*GI Endoscopy*

| | | | |
|---|---|---|---|
| **Patient Name:** | Haley Spears | **Gender:** | F |
| **Procedure Date:** | 6/29/2007 2:10 pm | **MRN:** | 3320873 |
| **SSN:** | REDACTED | **Date of Birth:** | REDACTED |
| **Age:** | 29 | **Admit Type:** | Outpatient |
| **Room:** | 329 | **Account #:** | 000011019353 |
| **Note Status:** | Finalized | **Attending MD:** | Donna Cipolla |
| **Procedure Date:** | 6/29/2007 | | |

**Add'l Images:**

  

 Cecum     Ileo-cecal Valve    3 Rectum | Hemorrhoids

**Impression:**    – The colon is normal.  This was biopsied.
– The terminal ileum is normal.  This was biopsied.
– Internal hemorrhoids were found.

**Recommendation:**    – The patient was discharged to home (ambulatory).
– High fiber diet indefinitely.
– Await pathology results.
– Perform upper GI endoscopy to further evaluate the cause of symptoms.


*Donna M Cipolla*
*M /*

Donna  Cipolla, MD
Signed Date: 06/29/2007 14:31:46
Number of Addenda: 0
This report has been signed electronically.
Note generated on: 6/29/2007 2:11 pm

Powered by ProVation MD

*Page 2*

Liberty003500



**CONNECTICUT Gi P.C.**

258 North Main Street • Manchester, CT 06040 · Telephone: (860) 643-3054 · Fax: (860) 533-2008

Avrum H. Blitzer, M.D.
Joseph A. Cappa, M.D.
Kyung H. Chung, M.D.
Donna Cipolla, M.D., R.D.
Thomas A. Feldman, M.D.
Robert Flescher, M.D.
Jeffrey S. Gelwan, M.D.
Michael J. Golioto, M.D.
Joseph L. Ianello, M.D.
Jonathan Israel, M.D.
Michael S. Karasik, M.D.
Theodore Loewenthal, M.D.
James H. Murray, M.D.
Jeffry Nestler, M.D.
Angela Petronio, M.D.
Kiran Sachdev, M.D.
Paul A. Shapiro, M.D.
Richard Slater, M.D
Michelle V. Smedley, M.D.
Jeffrey S. Weiser, M.D.
Lisa S. Baker, A.P.R.N.
Wendi Carroll, A.P.R.N.
Amy Costes, A.P.R.N.
Carol Gallagher, A.P.R.N.
Kristin Marcous, P.A.-C.
Gina Paternostro, A.P.R.N.
Kristin Wetherbee, P.A.-C

*Offices:*
Avon
Bloomfield
Enfield
Glastonbury
Granby
Hartford
Manchester
Putnam
Rocky Hill
South Windsor
Stafford Springs
West Hartford
Wethersfield
Windsor

June 14, 2007

Jill Arcari-Couture, N.P.
445 S. Main St.
West Hartford, CT  06110

RE:   Haley Spears
DOB:   REDACTED

Dear Jill:

I had the opportunity to see Haley Spears in the office in consultation on March 13, 2007. Her chief complaint is diarrhea. She tells me that she started having diarrhea approximately 2 years ago following what she described as a bad breakup. At the time, she had diarrhea up to 10 times a day and had a significant weight loss. She was seen by her primary care physician at the time and had some blood work done, but no other evaluation. Her symptoms improved after a few months, but have never returned to normal. Her bowel movements are now soft with an irregular pattern occurring anywhere from 0 to 4 times a day. She does have increased stool frequency when she is under stress. She has some rectal burning and some bright red blood on the toilet paper and in the water, but no abdominal pain. She does not have any abdominal symptoms and Imodium does help. She also has a history of intermittent heartburn for the past two years and has been on Aciphex in the past with some good results. She has intermittent epigastric burning and a hollow sensation in the epigastrium, which is not necessarily associated with her heartburn. She can identify some dietary triggers for her symptoms including orange juice, tomatoes and certain coffees, which all cause diarrhea.

ALLERGIES:  Haley has no known drug allergies. However, she has allergies to dust, mold and mildew.

MEDICATIONS:  Include Singulair, Allegra and Zyrtec.

PAST MEDICAL HISTORY:  Significant for asthma. She has had a thyroid nodule that has been drained on three separate occasions, although she tells me that her thyroid function has remained normal and she has been evaluated by two different endocrinologists. She has also had some skin and lip biopsies, which have also been normal.

7H317150003

June 14, 2007
Jill Arcari-Couture, N.P.
RE: Haley Spears
Page 2

SOCIAL HISTORY: Haley works as an administrative assistant at Pratt & Whitney. She drinks alcohol socially and denies any tobacco or recreational drug use.

FAMILY HISTORY: There is a family history of colon cancer and her grandmother also has microscopic colitis. There is no stomach or esophageal cancer, liver or pancreatic disease in the family.

REVIEW OF SYSTEMS: Haley denies any neurologic symptoms. She has no cardiac problems. She does have some mild asthma, which is well controlled at this point. She denies any urinary or musculoskeletal complaints.

PHYSICAL EXAMINATION: Reveals a well-developed, well-nourished 29-year-old woman in no acute distress. Blood pressure 120/72. Pulse 76. Respirations 14. Temperature 97.5. Weight 124 pounds. She is 5' 5" tall. Her skin is without rashes or lesions. Sclerae are white. Conjunctivae pink. Mucous membranes are moist and intact. Her neck is supple without lymphadenopathy, thyromegaly, carotid bruits or jugulovenous distention. Her oropharynx is within normal limits. The chest is clear to auscultation and percussion. Her cardiac examination reveals $S_1$, $S_2$, regular rate and rhythm with no murmurs, rubs or gallops. Her abdomen is soft and nontender to palpation with positive bowel sounds in all four quadrants. No mass, bruits or hepatosplenomegaly.

IMPRESSION AND PLAN

Haley has a 5-year history of diarrhea, which is worse when she is under stress or when she has certain foods. Additionally, she has intermittent GERD symptoms and epigastric discomfort, and these symptoms were responsive to a proton pump inhibitor in the past. She also has bright red rectal bleeding and anal burning, which are likely hemorrhoidal. Given the constellation of her symptoms, irritable bowel syndrome is most likely, but we need to rule out inflammatory bowel disease. I have given her Protonix for her reflux symptoms and Anusol HC cream for her hemorrhoid symptoms. She may use Imodium as needed for the diarrhea. I will be obtaining blood work from your office and if it has not been done, I will add a celiac panel. She is being scheduled for an endoscopy and colonoscopy with Dr. Cipolla.

Dear Jill, thank you for the referral of this pleasant and interesting patient. We will keep you informed as to any further developments and procedure reports will be forthcoming following her endoscopy and colonoscopy with Dr. Cipolla.

Sincerely,

Amy L. Coates APRN

Amy Coates, A.P.R.N.
Donna Cipolla, M.D., R.D.
AC/DC:MMT/ic
D 06/14/07, T 06/15/07

Liberty003502



**CONNECTICUT GI P.C.**

256 North Main Street • Manchester, CT 06040 • Telephone: (860) 643-3054 • Fax (860) 533-2008

Avrum H. Blitzer, M.D.
Joseph A. Cappa, M.D.
Kyung H. Chung, M.D.
Donna Cipolla, M.D., R.D.
Thomas A. Feldman, M.D.
Robert Flescher, M.D.
Jeffrey S. Gelwan, M.D.
Michael J. Golioto, M.D.
Joseph L. Ianello, M.D.
Jonathan Israel, M.D.
Michael S. Karasik, M.D.
Theodore Loewenthal, M.D.
James H. Murray, M.D.
Jeffry Nestler, M.D.
Angela Petronio, M.D.
Kiran Seohdev, M.D.
Paul A. Shapiro, M.D.
Richard Slater, M.D.
Michelle V. Smedley, M.D.
Jeffrey S. Weiser, M.D.
Lisa S. Baker, A.P.R.N.
Wendi Carroll, A.P.R.N.
Amy Coates, A.P.R.N.
Carol Gallagher, A.P.R.N.
Kristin Marcous, P.A.-C.
Gina Paternostro, A.P.R.N.
Kristin Wetherbee, P.A.-C

Offices:
Avon
Bloomfield
Enfield
Glastonbury
Granby
Hartford
Manchester
Putnam
Rocky Hill
South Windsor
Stafford Springs
West Hartford
Wethersfield
Windsor

June 14, 2007

Jill Arcari-Couture, N.P.
445 S. Main St.
West Hartford, CT 06110

RE:   Haley Spears
DOB:   REDACTED

Dear Jill:

I had the opportunity to see Haley Spears in the office in consultation on March 13, 2007. Her chief complaint is diarrhea. She tells me that she started having diarrhea approximately 2 years ago following what she described as a bad breakup. At the time, she had diarrhea up to 10 times a day and had a significant weight loss. She was seen by her primary care physician at the time and had some blood work done, but no other evaluation. Her symptoms improved after a few months, but have never returned to normal. Her bowel movements are now soft with an irregular pattern occurring anywhere from 0 to 4 times a day. She does have increased stool frequency when she is under stress. She has some rectal burning and some bright red blood on the toilet paper and in the water, but no abdominal pain. She does not have any abdominal symptoms and Imodium does help. She also has a history of intermittent heartburn for the past two years and has been on Aciphex in the past with some good results. She has intermittent epigastric burning and a hollow sensation in the epigastrium, which is not necessarily associated with her heartburn. She can identify some dietary triggers for her symptoms including orange juice, tomatoes and certain coffees, which all cause diarrhea.

ALLERGIES:  Haley has no known drug allergies. However, she has allergies to dust, mold and mildew.

MEDICATIONS:  Include Singulair, Allegra and Zyrtec.

PAST MEDICAL HISTORY:  Significant for asthma. She has had a thyroid nodule that has been drained on three separate occasions, although she tells me that her thyroid function has remained normal and she has been evaluated by two different endocrinologists. She has also had some skin and lip biopsies, which have also been normal.

June 14, 2007
Jill Arcari-Couture, N.P.
RE: Haley Spears
Page 2

SOCIAL HISTORY: Haley works as an administrative assistant at Pratt & Whitney. She drinks alcohol socially and denies any tobacco or recreational drug use.

FAMILY HISTORY: There is a family history of colon cancer and her grandmother also has microscopic colitis. There is no stomach or esophageal cancer, liver or pancreatic disease in the family.

REVIEW OF SYSTEMS: Haley denies any neurologic symptoms. She has no cardiac problems. She does have some mild asthma, which is well controlled at this point. She denies any urinary or musculoskeletal complaints.

PHYSICAL EXAMINATION: Reveals a well-developed, well-nourished 29-year-old woman in no acute distress. Blood pressure 120/72. Pulse 76. Respirations 14. Temperature 97.5. Weight 124 pounds. She is 5' 5" tall. Her skin is without rashes or lesions. Sclerae are white. Conjunctivae pink. Mucous membranes were moist and intact. Her neck is supple without lymphadenopathy, thyromegaly, carotid bruits or jugulovenous distention. Her oropharynx is within normal limits. The chest is clear to auscultation and percussion. Her cardiac examination reveals $S_1$, $S_2$, regular rate and rhythm with no murmurs, rubs or gallops. Her abdomen is soft and nontender to palpation with positive bowel sounds in all four quadrants. No mass, bruits or hepatosplenomegaly.

IMPRESSION AND PLAN

Haley has a 2-year history of diarrhea, which is worse when she is under stress or when she has certain foods. Additionally, she has intermittent GERD symptoms and epigastric discomfort, and these symptoms were responsive to a proton pump inhibitor in the past. She also has bright red rectal bleeding and anal burning, which are likely hemorrhoidal. Given the constellation of her symptoms, irritable bowel syndrome is most likely, but we need to rule out inflammatory bowel disease. I have given her Protonix for her reflux symptoms and Anusol HC cream for her hemorrhoid symptoms. She may use Imodium as needed for the diarrhea. I will be obtaining blood work from your office and if it has not been done, I will add a celiac panel. She is being scheduled for an endoscopy and colonoscopy with Dr. Cipolla.

Dear Jill, thank you for the referral of this pleasant and interesting patient. We will keep you informed as to any further developments and procedure reports will be forthcoming following her endoscopy and colonoscopy with Dr. Cipolla.

Sincerely,

*Amy L. Coates APRN*

Amy Coates, A.P.R.N.
Donna Cipolla, M.D., R.D.
AC/DC:MMT/ic
D 06/14/07, T 06/15/07

Liberty003504



**Quest Diagnostics**

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INCORPORATED**<br>**CLIENT SERVICE 1-866-697-8378** | **PATIENT INFORMATION**<br>SPEARS,HALEY | **REPORT STATUS FAX COPY** |
| | **DOB:** REDACTED **AGE:** 31<br>**GENDER:** F **FASTING:** Y | **SUPERVISING PHYSICIAN**<br>NASEER,SAQIB |
| **SPECIMEN INFORMATION**<br>**SPECIMEN:**   WC929317A<br>**REQUISITION:** 2331940 | **ID:**<br>**PHONE:** 860.645.9997 | **CLIENT INFORMATION**<br>NE22216274                  60010000<br>NEW ENGLAND CARDIOLOGY ASSOC<br>257 E CENTER ST<br>MANCHESTER, CT 06040-5214 |
| **COLLECTED:**  04/09/2009    10:30 ET<br>**RECEIVED:**   04/09/2009    14:26 ET<br>**REPORTED:**   04/10/2009    08:01 ET | | **PROVIDER:**<br>PHCS 22200645 |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **LIPID PANEL** | | | | |
| TRIGLYCERIDES | 89 | | <150 mg/dL | QUA |
| CHOLESTEROL, TOTAL | 157 | | 125-200 mg/dL | QUA |
| HDL CHOLESTEROL | 50 | | > OR = 46 mg/dL | QUA |
| LDL-CHOLESTEROL | 89 | | <130 mg/dL (calc) | QUA |
| DESIRABLE RANGE <100 MG/DL FOR PATIENTS WITH CHD OR<br>DIABETES AND <70 MG/DL FOR DIABETIC PATIENTS WITH<br>KNOWN HEART DISEASE. | | | | |
| CHOL/HDLC RATIO | 3.1 | | < OR = 5.0 (calc) | QUA |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | QUA |
| CREATININE W/EGFR | | | | QUA |
| CREATININE | 0.66 | | 0.58-1.05 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| GLUCOSE | 65 | | 65-99 mg/dL | QUA |
| | | | FASTING REFERENCE INTERVAL | |
| **HEPATIC FUNCTION PANEL** | | | | QUA |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1       L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.3 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 21 | | 6-40 U/L | |
| **ELECTROLYTE PANEL** | | | | QUA |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |

SPEARS,HALEY - WC929317A

Page 1 - Continued on Page 2

 **Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| COLLECTED: | 04/09/2009   10:30 ET |
| REPORTED: | 04/10/2009   08:01 ET |

**PATIENT INFORMATION**
SPEARS,HALEY

**DOB:** REDACTED AGE: 31
GENDER: F FASTING: Y

**REPORT STATUS FAX COPY**

SUPERVISING PHYSICIAN
NASEER,SAQIB

PROVIDER:
PHCS 22200645

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

      Your request to have a duplicate copy faxed has been acknowledged.
                   Queued to:  (860) 646-7999

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

                                         HALEY SPEARS

                                         HALEY SPEARS

SPEARS,HALEY - WC929317A                                    Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DN-IPAPR. 7/81
04/10/09 08:01 025SRAL  2/3

From: Endocrinology - Connecticut Multispecialty Group - (860) 547-1278    Page 2 of 3                     Sent On: 11:51 AM Thursday, April 09, 2009



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinology

Paul Labinson, DO  Jennifer Lloyd, APRN  Robert Oberstein, MD  Ruth Ferrarotti, APRN

**Name:** HALEY SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/13/2009

**Reason For Visit**
Patient is being seen today for thyroid follow-up.
**Active Problems**
Considered Demyelinating Disorders (341.9): mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9)
**HPI**
Patient just had lumbar puncture and other testing
some ongoing breathing issues, mostly nasal.
**ROS**
No change in neck
no no new thyroid symptoms.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily, RPT
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY, RPT
Zofran 8 MG Tablet,As needed; RPT
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weekly. RPT
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; RPT
Prova 2.5 MG Tablet;As needed; RPT
Zomig TABS;As needed; RPT
Imitrex 100 MG Tablet;As needed; RPT
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY.; RPT
Singulair 10 MG Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Device:INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution;INHALE 2 PUFS EVERY 4-6 HOURS AS NEEDED, RPT
Iophen C-NR 100-10 MG/5ML Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS NEEDED;
RPT
Maxalt-MLT 10 MG Tablet: Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY REPEAT IN

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT 06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

Liberty003507

From: Endocrinology - Connecticut Multispecialty Group - (860) 547-1278    Page 3 of 3                    Sent On: 11:51 AM, Thursday, April 09, 2009

RE: SPEARS, HALEY

2 HOURS AS NEEDED (LIMIT 2/D); RPT
Advair Diskus 100-50 MCG/DOSE Miscellaneous;INHALE 1 PUFF EVERY ; 2 HOURS; RPT
Hydrocodono-Acetaminophen 5-500 MG Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED FOR PAIN;
RPT
Naprelan 500 MG Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED, RPT
Nortriptyline HCl 25 MG Capsule;TAKE 1 CAPSULE AT BEDTIME, RPT
Topamax 25 MG Tablet;1 TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT BEDTIME
X7DAYS, RPT
Topamax 100 MG Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Migranal 4 MG/ML Solution;USE 1 SPRAY IN EACH NOSTRIL, REPEAT IN 10-15 MINUTES, RPT.
**PMH**
No other changes to PMH.
**Vital Signs**
Recorded by ymontalvo on 13 Feb 2009 03:10 PM
BP:112/78, RUE, Sitting,
HR 74 b/min, R Radial,
Weight: 126 lb.
**Results**
U.s films reviewed with patient and mom.
**Assessment**
        • Hashimoto's thyroiditis   (245.2)
        • Nontoxic multinodular goiter   (241.1)
Explained and discussed issues with pt and mom
f/u next week
tsh with other labs in 3 weeks.
**Orders**
TSH Reflex to Free T4  -  11619.
**Plan**
FNA by U.S. Guidance of left nodule: Risks were explained to the patient. Standard technique was used with ethyl
chloride spray for topical anesthesia and 2 passes of 25 ga needle under direct visualization. The yield was limited.
Fluid obtained was  The patient tolerated the procedure well and there were no complications.  Patient to call in 2 days
to review results.
**Past Meds**
Azithromycin 250 MG Tablet;TAKE 2 TABLETS TODAY THEN, TAKE 1 TABLET EVERY DAY FOR 4 DAYS;
Qty6; R0; RPT.
Fluticasone Propionate 50 MCG/ACT Suspension,USE 2 SPRAYS EACH NOSTRILDAILY; Qty16; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Gabapentin 600 MG Tablet,TAKE 1/2 TABLET 2 TIMES A DAY FOR 1 WEEK THEN TAKE 1 TABLET 2 TIMES A
DAY AS TOLERATED; Qty53; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Nasacort AQ 55 MCG/ACT Aerosol Solution;USE 2 PUFFS PER NOSTRIL ONCE A DAY EVERY MORNING;
Qty17; R0; RPT.
PredniSONE 10 MG Tablet;SEE ATTACHED SHEET FOR INSTRUCTIONS; Qty37; R0; RPT.
PredniSONE 20 MG Tablet;USE ATTACHED SHEET FOR DIRECTIONS, Qty20, R0, RPT.
**Signature**
Signed By: Robert Oberstein M.D.; 02/13/2009 4:09 PM EST.

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

2

Liberty003508

From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278    Page 2 of 4          Sent On: 11:55 AM. Thursday, April 09. 2009



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Jennifer Lloyd, APRN   Robert Oberstein, MD   Ruth Ferrarotti, APRN

**Name:** HALEY SPEARS
**DOB:** REDACTED
**Date of Appt:** 01/21/2009

**Consult Letter**
Dear Dr. Evan Schiff
Thank you for asking me to see HALEY SPEARS today in consultation for thyroid nodules.
**Active Problems**
    Ulcerative colitis  (556.9).
    Fatty liver  (571.8).
    Thyroid cyst  (246.2).
    Systemic lupus erythematosus  (710.0).
    Plantar fasciitis  (728.71); 7 separate from other conditions.
    Migraine headache  (346.90); new in fall 08.
    Considered demyelinating disorders  (341.9); mri lesion is concerning.
**HPI**
First ed noted to have a goiter in 2004 during work-up for severe, acute swelling condition. Nodules noted by exam but to u.s. by Dr Diez and then went to Dr Grey. 3 samplings but 2 cytologies for cyst and they were 'normal.' All 3 aspirations were on the left.
More recently U.S. showed multinodular goiter with cysts and a solid nodule on left (U.S. done as f/u to MRI incidentally).
**ROS**
Very poor energy
and poor memory and concentration  .
gi issues ongoing
some dryness
hair stable
vision: blurred on and off with migraine or movement
migraines on and off
hearing seems clogged on occ
ringing in ears on occ
menses normal in past but very irreg for 4 months
else neg.
**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily; Qty0; R0; RPT.
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; Qty0; R0; RPT.
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; Qty0; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Zofran 8 MG Tablet;As needed; Qty0; R0; RPT.
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weely; Qty0; R0; RPT.
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; Qty0; R0; RPT.
Frova 2.5 MG Tablet;As needed; Qty0; R0, RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.

*Main Office:* 100 Retreat Avenue. Suite 400. Hartford, CT 06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road. Bloomfield. CT 06002

1

From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278    Page 3 of 4                                    Sent On: 11:55 AM, Thursday, April 09, 2009

RE: SPEARS HALEY

Zomig TABS;As needed; Qty0; R0; RPT.
Imitrex 100 MG Tablet;As needed; Qty0; R0; RPT.
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Singulair 10 MG Tablet;; Qty0; R0; RPT.
**PMH**
    History of acute gastric ulcer which is resolved (531.30).
**Family Hx**
    No thyroid disorder
    Osteoporosis  mother
    No autoimmune disease.
**Personal Hx**
Behavioral history: Daily coffee consumption 1 a month.
Work Occupation  administ.
Marital: Single.
**Vital Signs**
Recorded by ymontalvo on 21 Jan 2009 11:06 AM
HR: 70 b/min,  R Radial,
Height: 64.5 in, Weight: 124.8 lb, BMI: 21.1 kg/m2.
**Physical Exam**
**Standard Measurements:**
    ° Patient was not overweight.
**General appearance:**
    ° Normal.
**Neck:**
    Thyroid: • Showed abnormalities  cobblestone texture without distinct dominant nodule.
**Eyes:**
    General/bilateral:
        Extraocular Movements: ° Normal.
        Anterior Orbit / Periorbit: ° No proptosis.
        External Eye: ° No lid lag was seen.
**Lungs:**
    ° Clear to auscultation.
**Cardiovascular system:**
    Heart Rate And Rhythm: ° Normal.
    Edema: ° Not present.
**Neurological:**
    Motor: ° No tremor was seen.
    Reflexes: ° Knee jerk was normal  bilaterally.
**Psychiatric Exam:**
    ° Affect was normal.
**Results**
Reviewed  related lab results during this encounter
Reviewed related radiology results during this encounter
Reviewed related office notes from referring provider  during this encounter.
**Assessment**
    • Endocrine lab tests revealed nonspecific abnormal findings  (794.6); TPO ab elevated
    • Hashimoto's thyroiditis  (245.2)
    • Nontoxic multinodular goiter  (241.1)
She does have hashimoto's based on the antibody testing and should have periodic testing of TSH going forward.  The
nodule may be solid on the left but I'm concerned that it may not be.  I will get the films before proceeding but she will
likely need an FNA of the 1.8 cm nodule.
We discussed these issues in detail
I doubt that adrenal insufficiency could be contributing to any of her GI symptoms, but we'll get an AM cortisol level to
make sure.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278     *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

Liberty003510

RE: SPEARS, HALEY

**Orders**
Follow-up visit in 1 month.
25- Hydroxy Vitamin D, EIA - 10711.
Cortisol, AM  -  11662.
**Plan**
Dear Dr Schiff
Thank you again for allowing me to participate in  Ms. SPEARS's care.  If you have any questions, please feel free to contact.
Sincerely
Rob

Copy of this report was sent to the health care provider requesting this consultation as well as to the patient's  Dr Kage and Dr O'brien.
**Signature**
Signed By: Robert Oberstein  M.D.; 01/21/2009 11:57 AM EST.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford  CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

3

Liberty003511

7H317150003

# NEW HAVEN RHEUMATOLOGY, P.C.

## 60 TEMPLE STREET, SUITE 6A, NEW HAVEN, CONNECTICUT 06510
### PHONE (203) 789-2255 FAX (203) 495-1888

CHARLES A. Di SABATINO, JR., M.D.
ROBERT T. SCHOEN, M.D., F.A.C.P.
ANNE LIEBLING, M.D.

ELISE M.S. CARLSON, M.D.
JANINE EVANS, M.D.

March 26, 2009

Dr. Kristin Giannini
520 Hartford Turnpike
Vernon Rockville, CT 06066

Dear Dr. Giannini:

**HALEY SPEARS** was seen on March 26, 2009.

**REASON FOR VISIT:** The patient is a 31 year old woman who comes for evaluation of "I may have neural Lyme disease."

**HISTORY:** The patient reports that over the past year she has had multiple problems. About a year ago she developed self-limited diarrhea and flu-like symptoms. This was followed by an episode of asthma in the spring of last year. At one point she had flu like symptoms and was thought possibly to have pneumonia. She developed pain in her feet and was told of bilateral plantar fasciitis. She developed migraine type headaches in May, June and July of 2008. She was evaluated with an MRI scan of the brain.

She was ultimately found to have a non-enhancing focal T2 prolongation centered in the white matter of the fusiform gyrus of the right temporal lobe consistent with a low grade astrocytoma and a 0.7 cm pineal cyst on MRI scan testing at Yale New Haven Hospital. She is being followed for this by Dr. Baehring at Yale.

She continued to have headaches. She saw multiple physicians and was told of various different diagnoses. She saw Dr. Zagar. She had negative Lyme disease serologic testing in the peripheral blood but she did have a lumbar puncture, which showed reactive IgM Western blot bands at 41, 39, 20 and 18 kd. Because of this finding, central nervous system Lyme disease was considered and the patient was given a month of ceftriaxone therapy. This will be completed several days from now. The patient reports that she has tolerated this adequately, although she currently has symptoms of a yeast infection. She also saw Dr. Kage. There is a history of possible Hashimoto's thyroiditis and because of Raynaud's type symptomatology and apparently a positive ANA (these records are not available), the patient was started on hydroxychloroquine. She really doesn't feel any different now than she did several weeks ago. She continues to have headache, neck pain, difficulty with insomnia, cognitive concerns and generalized body pain.

The patient recalls that she may have had an unspecified rash on the arm but she does not recall the details of this.

**MEDICATION:** The current medications are Topamax, hydroxychloroquine, Prevacid, Asacol, folic acid, Singular and vitamins.

HALEY SPEARS DOB REDACTED

Liberty003512

**RE: HALEY SPEARS**
**March 26, 2009**
**Page Two**

**PHYSICAL EXAMINATION:** On exam the weight was 116 pounds. The skin was clear. The head, eyes, ears, nose and throat, including fundoscopic examination, were normal. The neck was supple. There was no lymphadenopathy. The lungs were clear. The cardiac exam revealed S1 and S2, no murmurs. The abdomen was soft.

The joint exam revealed good range of motion without synovitis. The neurologic examination revealed normal cranial nerves. Motor strength was 5:5. Deep tendon reflexes were symmetrically present. Sensation was intact.

**DIAGNOSIS:** The problems are:

1. Headache, fatigue, arthralgias.
2. Abnormal MRI scan of the brain.
3. Positive Lyme disease Western blot bands on CSF with negative peripheral blood serology.

I had a lengthy discussion with the patient and her mother. My best estimation is that she does not have and has not had Lyme disease as the cause for her symptoms. She reports disturbed sleep, diarrhea, migraine type headaches, neck pain, generalized body pain, Raynaud's type symptomatology and an abnormal ANA. I don't think these are from Lyme disease. She has also been found to have an abnormal MRI scan of the brain with a possible astrocytoma and pineal cyst. This is not from Lyme disease. Although she had several bands on IgG Western blot CSF testing, her peripheral serology was negative, which is also against the diagnosis of Lyme disease. She has now received treatment for the possibility of central nervous system Lyme disease - four weeks of ceftriaxone therapy. My opinion would be that this is sufficient treatment and I recommended to the patient and her mother that she go off this treatment now. They may get another opinion but I would stop the antibiotic therapy at present. I think that she will need to pursue other diagnostic avenues, certainly following up with Yale neuro-oncology, Dr. Zagar for her persistent headaches, as well as rheumatology, Dr. Kage and endocrinology.

Once I have complete records, which I have requested, I will discuss the situation further with the patient and/or her mother and Dr. Zager. They would like my opinion prior to Sunday when antibiotic therapy is due to be completed.

Sincerely yours,

Robert T. Schoen, M.D.
RTS/kbg

Cc: Dr. Baehring
    Dr. Barbara Kage
    Dr. Zagar

7H317150003

From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278    Page 2 of 3          Sent On: 12:13 PM, Thursday, April 09, 2009



-13-2009 12:19 FROM:RHEUM.& ALL.INST.CT  +8605467989        TO:860_5471301      P.1/2
Electronically signed by:Robert  Oberstein M.D.  Mar 16 2009 10:24PM EST

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9629                                              Fax: 860-646-7999

## Bone Density Report

Name:   SPEARS, Haley A                          Sex:        Female
Patient ID: 38640                                Ethnicity:  White
Age:    31                                       Date of Birth:  REDACTED

Referring Physician: BARBARA KAGE, MD, FACR
Study: Bone densitometry was performed.
Accession number: 38640

Indication: This patient has the following osteoporosis risk factors:
- Family history of osteoporosis
- Asthma
- Chronic use of inhaled steroids;
- Osteopenia
- Unspecified disorder of bone & cartilage;
- Low dietary calcium intake

Current therapy:
None.

Bone Density:

| Region | Exam Date | BMD (g/cm$^2$) | T-Score | Z-Score | Classification |
|---|---|---|---|---|---|
| AP Spine (L1-L4) | 01/19/2009 | 0.887 | -1.6 | -1.4 | |
| Femoral Neck (Left) | 01/19/2009 | 0.646 | -1.8 | -1.7 | |
| Total Hip (Left) | 01/19/2009 | 0.656 | -0.7 | -0.7 | |

T-Score reflects BMD compared to a Caucasian person, 20-29 years of age in the NHANES III database.) World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above –1.0), Osteopenic (T-score between –1.0 and –2.5), or Osteoporotic (T-score at or below –2.5). A Z-score of -2.0 or lower is defined as "below the expected range for age" and a Z-score above -2.0 is "within the expected range for age."

A spine fracture indicates 5X risk for subsequent spine fractures and 2X risk for subsequent hip fractures

Impression:

    _X_ Bone mineral density within expected range for patient age

Recommendations:

1. Calcium supplementation.
2. Vitamin D supplementation.
3. Other treatment recommended: ____Yes __x_No
   ____Actonel, ____Fosamax, ___Boniva, ___Evista, ___Miacalcin spray, ___Forteo, ___Zometa
4. Patient should be evaluated for secondary causes of BMD loss. ____Yes, _x_No
5. Repeat DXA scan in __24__ months.

Reported by: Barbara Kage, MD, FACR on 01/19/2009 8:46:00 AM

   Dr. Giannini..PCP FAX #__875 6271__ .. Dr. Oberstein...FAX# __547-1301__ Sent: _____

---

10/21/2015 03:19 pm                    HALEY SPEARS DOB REDACTED                         468/507

Liberty003514

From: Endocrinology - Connecticut Multispecialty Group - (860)647-1278   Page 3 of 3                    Sent On: 12:13 PM, Thursday, April 09, 2009

MAR-18-2009 12:19 FROM:RHEUM.& ALL.INST.CT  +8606467939          TO:860 5471301          P.2/2

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9929                                              Fax: 860-646-7999

| Name: | SPEARS, Haley A | Sex: | Female | Height: | 165.5 cm |
|---|---|---|---|---|---|
| Patient ID: #38040 | | Ethnicity: White | | Weight: | 57.9 kg |
| Age: A0 | 31 | Date of Birth: REDACTED | | | |

Scan Date: January 19, 2009
Scan ID: A01190904



Scan Type: f Left Hip

Scan Date: January 19, 2009
Scan ID: A01190903

Scan Type: f Lumbar Spine



Results:

| | BMD (g/cm²) | T-Score | PR (%) | Z-Score | AM (%) |
|---|---|---|---|---|---|
| Left Hip (Neck) | 0.846 | -1.6 | 78 | -1.7 | 77 |
| Left Hip (Total) | 0.856 | -0.7 | 91 | -0.7 | 91 |
| Spine (Total) | 0.987 | -1.3 | 83 | -1.4 | 83 |

Total BMD CV 1%

Summary:

| | Classification |
|---|---|
| Left Hip BMD (Neck) | Osteopenic |
| Left Hip BMD (Total) | Normal |
| Spine BMD (Total) | Osteopenic |

A spine fracture indicates 4X risk for subsequent spine fracture and 2X risk for subsequent hip fracture.

World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above -1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5).



HOLOGIC

From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278   Page 2 of 4                    Sent On: 12:00 PM, Thursday, April 09, 2009



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC515888A
REQUISITION: 1661346

PATIENT INFORMATION
**SPEARS,HALEY A**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS **FINAL     REPRINT**

ORDERING PHYSICIAN
**KAGE,BARBARA**

CLIENT INFORMATION
COPY TO(3)DR OBERSTEIN)
DR OBERSTEIN

COLLECTED:   NOT GIVEN
RECEIVED:    02/28/2009   21:08 ET
REPORTED:    03/05/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | QWA |
| ALKALINE PHOSPHATASE | 52 | | 33-115 U/L | QWA |
| CREATININE W/EGFR | | | | QWA |
|   CREATININE | 0.97 | | 0.50-1.20 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| GGT | 19 | | 3-50 U/L | QWA |
| AST | 30 | | 10-30 U/L | QWA |
| ALT | 38 | | 6-40 U/L | QWA |
| COMPLEMENT, TOTAL (CH50) | 61 | | 31-68 U/mL | AMD |

Elevated values of CH50 are associated with
inflammation or infection. Reduced values may
result from consumption of complement by immune
complexes or a hereditary deficiency of a
complement component. Patients with certain
rheumatic diseases, especially with active SLE,
may have a low total complement level. Because
some complement components are unstable during
processing, shipment or storage, it is prudent
to confirm an unexpectedly low value of CH50 by
repeating the test on a new sample.

| | | | | |
|---|---|---|---|---|
| SED RATE BY MODIFIED | | | | QWA |
|   WESTERGREN | 4 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
|   WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
|   RED BLOOD CELL COUNT | 4.35 | | 3.80-5.10 Million/uL | |
|   HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
|   HEMATOCRIT | 38.6 | | 35.0-45.0 % | |
|   MCV | 88.7 | | 80.0-100.0 fL | |
|   MCH | 29.2 | | 27.0-33.0 pg | |
|   MCHC | 32.9 | | 32.0-36.0 g/dL | |
|   RDW | 14.1 | | 11.0-15.0 % | |

SPEARS,HALEY A - WC515888A                                   Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. COSERED HTL Approved 6/98 SC/M - I/CESB.

Liberty003516



From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278   Page 3 of 4                    Sent On  12:00 PM, Thursday, April 09, 2009

## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  NOT GIVEN
REPORTED:   03/05/2009   07:48 ET :

PATIENT INFORMATION
**SPEARS, HALEY A**

DOB: REDACTED   AGE: 31
GENDER: F FASTING: U

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**KAGE, BARBARA**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 263 | | 140-400 Thousand/uL | |
| MPV | 8.2 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3230 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 850 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 830 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 75 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 15 | | 0-200 cells/uL | |
| NEUTROPHILS | 64.6 | | % | |
| LYMPHOCYTES | 17.0 | | % | |
| MONOCYTES | 16.6 | | % | |
| EOSINOPHILS | 1.5 | | % | |
| BASOPHILS | 0.3 | | % | |
| ANACHOICE(TM) SCREEN | | | | QWA |
| W/REFL TO TITER, IFA | | | | |
| ANACHOICE(TM) SCREEN | NEGATIVE | | NEGATIVE | |

A NEGATIVE ANACHOICE(TM) INDICATES THE ABSENCE OF
DETECTABLE ANTIBODIES TO COMPONENT ANALYTES
CONSISTING OF DSDNA, CHROMATIN, RNP, SM/RNP, SM, SSA,
SSB, JO-1, CENTROMERE B, SCL-70 AND RIBOSOMAL P.

A NEGATIVE ANACHOICE(TM) SHOULD BE INTERPRETED IN THE
CONTEXT OF THE CLINICAL AND LABORATORY FINDINGS, AND
DOES NOT RULE OUT AUTOIMMUNE DISEASE CHARACTERIZED BY
OTHER AUTOANTIBODY SPECIFICITIES INCLUDING AUTOIMMUNE
HEPATITIS AND PRIMARY BILIARY CIRRHOSIS.

| | | | | |
|---|---|---|---|---|
| DNA (DS) ANTIBODY | 4 | | IU/mL | QWA |

| IU/mL | INTERPRETATION |
|---|---|
| ===== | =============== |
| < OR = 4 | NEGATIVE |
| 5 - 9 | INDETERMINATE |
| > OR = 10 | POSITIVE |

| | | | | |
|---|---|---|---|---|
| COMPLEMENT COMPONENT C3C | 106 | | 90-180 mg/dL | QWA |
| COMPLEMENT COMPONENT C4C | 21 | | 16-47 mg/dL | QWA |
| CENTROMERE B ANTIBODY | <1.0 NBO | | <1.0 NEG AI | QWA |
| VITAMIN B12/FOLATE, | | | | QWA |
| SERUM PANEL | | | | |
| VITAMIN B12 | 658 | | 200-1100 pg/mL | |

SPEARS, HALEY A - WC515888A                         Page 2 - Continued on Page 3

Quest, Quest Diagnostics, The associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics   ©Quest Diagnostics Incorporated  All rights reserved   QDI038 7H11  Revised 3/06  ECW + 11/1108

From: Endocrinology - Connecticut Multispecialty Group - (860)647-1278   Page 4 of 4                    Sent On: 12:00 PM, Thursday, April 09, 2009

**Electronically signed by:Robert Oberstein M.D. Mar 22 2009 9:53PM EST**



Diagnostics

| | | |
|---|---|---|
| | **PATIENT INFORMATION** | **REPORT STATUS FINAL    REPRINT** |
| | **SPEARS, HALEY A** | |
| QUEST DIAGNOSTICS INCORPORATED | | **ORDERING PHYSICIAN** |
| COLLECTED:  NOT GIVEN | **DOB:** REDACTED    **AGE:** 31 | **KAGE, BARBARA** |
| REPORTED:   03/05/2009   07:48 ET | **GENDER:** F **FASTING:** U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FOLATE, SERUM | >24.0 | | ng/mL | |

REFERENCE RANGE:
LOW:            <  3.4
BORDERLINE:   3.4-5.4
NORMAL:       >  5.4

| | | | | |
|---|---|---|---|---|
| VITAMIN D, 25-HYDROXY, | | | | AMD |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | 37 | | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 10 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | 27 | | ng/mL | |

    25-OHD3 indicates both endogenous production and
    supplementation. 25-OHD2 is an indicator of
    exogenous sources such as diet or supplementation.
    Therapy is based on measurement of Total 25-OHD,
    with levels <20 ng/mL indicative of Vitamin D
    deficiency while levels between 20 ng/mL and 30
    ng/mL suggest insufficiency. Optimal levels are
    >30 ng/mL.

**PERFORMING LABORATORY INFORMATION**

AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20153-2230. Laboratory Director:  KENNETH SISCO, MD
     CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 2091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
     CLIA: 07D0053176

ORIGINAL REPORT SENT TO:                    RHEUMATOLOGY & ALLERGY INST.
                                            161 MAIN ST
                                            MANCHESTER, CT 06040-4127

    NO COLLECTION DATE RECEIVED. WE HAVE USED
    THE DATE THE SPECIMEN WAS RECEIVED BY THIS
    LABORATORY AS THE COLLECTION DATE. IF THIS
    IS INCORRECT, PLEASE CONTACT CLIENT SERVICES.
    PHONE NUMBER: 1-866-697-8378

SPEARS, HALEY A · WC515868A                            Page 1 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated All rights reserved. WCX500 NTL, Rev:03/06, DCSE - FIXED.

From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278   Page 2 of 2

Sent On: 12:04 PM, Thursday, April 09, 2009

.Electronically signed by: Robert Oberstein M.D.  Feb 18 2009  3:56PM EST

PATIENT INFORMATION
**SPEARS, HALEY A**

REPORT STATUS  **Final**

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED      Age: 31
GENDER: F

ORDERING PHYSICIAN
**OBERSTEIN, ROBERT**
CLIENT INFORMATION
22175305
CT MULTISPECIALTY/ENDOCRINE
100 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

SPECIMEN INFORMATION
SPECIMEN:     WC425913A
REQUISITION:  0043185
LAB REF NO:

ID: 1800164
PHONE: 8603082050

COLLECTED:  02/17/2009    13:16
RECEIVED:   02/17/2009    13:16
REPORTED:   02/18/2009    02:23

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.54 | | mIU/I. | QWA |
| | REFERENCE RANGE: | | | |
| | > OR = 20 YEARS: 0.40-4.50 | | | |
| | PREGNANCY RANGES | | | |
| | FIRST TRIMESTER    0.20-4.70 | | | |
| | SECOND TRIMESTER   0.30-4.10 | | | |
| | THIRD TRIMESTER    0.40-2.70 | | | |

Performing Laboratory Information:

QWA   Quest Diagnostics, LLC-Wallingford 3 Sterling Dr Wallingford CT  06492 Laboratory Director: Heena Singh M.D.

SPEARS, HALEY A - WC425913A

Page 1 - End of Report

Printed by Care360 AutoReceive on 02/18/09 at 00:02am.

From: Endocrinology - Connecticut Multispecialty Group - (860)547-1278   Page 2 of 2                    Sent On: 12:10 PM, Thursday, April 09, 2009

ient 02/18/2009 at 11:24:39 - from  to  - 860 5471301 p3/4
.Electronically signed by:Robert  Oberstein M.D.  Feb 18 2009  3:55PM EST
.Electronically signed by:Robert ARTFORD/HOSPITAL 2009 10:10PM EST

**HARTFORD**
**HOSPITAL**

80 Seymour St   P.O. Box 5037   Hartford, CT  06102-5037
(860) 545-2888   CT REG #HP0254

## Cytopathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | **SPEARS, HALEY A.** | SPEC #: | **B09-877** |
| MED. REC. #: | 3032575 | SEX: | F |
| ACCOUNT #: | 0000160544413 | DOB (AGE): | REDACTED (Age: 31) |
| DATE OBTAINED: | 2/13/2009 | LOCATION: | 091 |
| DATE RECEIVED: | 2/16/2009 | SUBMITTING MD: | ROBERT OBERSTEIN, M.D. |
| DATE REPORTED: | 2/17/2009 08:53 | CC: | |

## DIAGNOSIS

FNA LEFT THYROID NODULE 88173:
THYROID FOLLICULAR LESION WITHOUT ATYPIA, CONSISTENT WITH HYPERPLASTIC / ADENOMATOID NODULE
NO / MINIMAL RISK OF MALIGNANCY.

***Electronically Signed Out***
BAVERIO LIGATO, M.D.
Wendy Weszczak, CT(ASCP), IAC

**Clinical Diagnosis and History:**
FNA LEFT THYROID NODULE
ICD9 241.1

**Tissue(s) Submitted:**
FNA THYROID 88173/LEFT

**Gross Description:**
RECEIVED 50 MLS RED IN CYTOLYT PLUS 3 SMEARED SLIDES N ETOH, JAR LABELED.
1 SLIDE MADE ROM FLUID

Liberty003520

From: Endocrinology - Connecticut Multispecialty Group – (860)547-1278   Page 2 of 2          Sent On: 12:07 PM, Thursday, April 09, 2009

 **HARTFORD HOSPITAL**
80 Seymour St.   P.O. Box 5037   Hartford, CT  06102-5037
(860) 545-2888   CT REG #HP0254

## Cytopathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | SPEARS, HALEY A. | SPEC #: | B09-877 |
| MED. REG. #: | 3032575 | SEX: | F |
| ACCOUNT #: | 000016054413 | DOB (AGE): | REDACTED Age: 31) |
| DATE OBTAINED: | 2/13/2009 | LOCATION: | 091 |
| DATE RECEIVED: | 2/16/2009 | SUBMITTING MD: | ROBERT OBERSTEIN, M.D. |
| DATE REPORTED: | 2/17/2009 08:53 | CC: | |

## DIAGNOSIS

FNA LEFT THYROID NODULE 88173:
THYROID FOLLICULAR LESION WITHOUT ATYPIA, CONSISTENT WITH HYPERPLASTIC / ADENOMATOID NODULE.
NO / MINIMAL RISK OF MALIGNANCY.

***Electronically Signed Out***
SAVERIO LIGATO, M.D.
Wendy Wszeczak, CT(ASCP), IAC

**Clinical Diagnosis and History:**
FNA LEFT THYROID NODULE
ICD9 241.1

**Tissue(s) Submitted:**
FNA THYROID 88173/LEFT

**Gross Description:**
RECEIVED 30 MLS RED IN CYTOLYT PLUS 3 SMEARED SLIDES IN ETOH, JAR LABELED.
1 SLIDE MADE FROM FLUID

Liberty003521

HEALTHWISE MEDICAL ASSOCIATES, LLP
ROCKVILLE FAMILY PHYSICIANS
KRISTIN GIANNINI, MD
DAVID WOLPAW, MD
ANDREA SADOWSKI, PA-C
SUSAN CZARNECKI, APRN
NICOLE GRILLI, PA-C

520 HARTFORD TPKE   SUITE N
VERNON CT 06066

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: _Dr. Robert Schoen_ | FROM: |
| COMPANY: | DATE: |
| FAX NUMBER _203 495-1888_ | SENDER'S FAX # 860-875-6271 |
| RECIPIENT PHONE NUMBER | SENDER'S PHONE # 860 872-8321 |
| RE: _Haley Spears_ | TOTAL PAGES: |

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY

NOTES/COMMENTS:

_labs a bone density_
_per pt's request_

F A X E D

## MEDICATIONS

Drug allergies:  ☐ No   ☐ Yes   To what? _____

Type of reaction: _____
→ Advair

**PRESENT MEDICATIONS** (List any medications you are taking. Include such items as aspirin, vitamins, laxatives, calcium and other supplements, etc.)

| Name of Drug | Dose (include strength & number of pills per day) | How long have you taken this medication | Please check: Helped? A Lot | Some | Not At All |
|---|---|---|---|---|---|
| 1. Tramadol | 100 mg 1 PM | 1/30/09 | ☒ Do Not Know | | |
| 2. Hydroxychloroquine | 200 mg BID (1) | 1/19/09 | ☐ Do Not Know | | |
| 3. Vitamin B | 1.25 mg 1/week | 2/2/09 | ☐ | ☒ | ☐ |
| 4. Pepcid | 30 mg 1 BID | 2006 ? | ☒ | ☐ | ☐ |
| 5. Asacol | 400 mg 2 BID | 2006 ? | ☒ | ☐ | ☐ |
| 6. Vitamin B-6 | 50 mg 1/day | 1/19/09 | ☐ | ☐ | ☐ |
| 7. B-12 1000 mcg | 1 daily | 1/19/09 | ☐ | ☐ | ☐ |
| 8. Fumagine | 20 mg 2 PM | 1/09 | ☒ | ☐ | ☐ |
| 9. Folic Acid | M8 daily | 1/19/09 | ☐ | ☐ | ☐ |
| 10. Singulair | 5 mg 1-2 day | 8 v/h13 | ☒ | ☐ | ☐ |

**PAST MEDICATIONS** Please review this list of "arthritis" medications. As accurately as possible, try to remember which medications you have taken, how long you were taking the medication, the results of taking the medication and list any reactions you may have had. Record your comments in the spaces provided.

| Drug name(s)/Dosage | Length of time | Please check: Helped? A Lot | Some | Not At All | Reactions |
|---|---|---|---|---|---|
| **Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)** | | ☐ | ☐ | ☐ | |

Circle any you have taken in the past

Ansaid (flurbiprofen)     Arthrotec (diclofenac + misoprostil)     Aspirin (including coated aspirin)     Celebrex (celecoxib)     Clinoril (sulindac)

Daypro (oxaprozin)     Disalcid (salsalate)     Dolobid (diflunisal)     Feldene (piroxicam)     Indocin (indomethacin)     Lodine (etodolac)

Meclomen (meclofenamate)     Motrin/Rufen (ibuprofen)     Nalfon (fenoprofen)     Naprosyn (naproxen)     Orudis (ketoprofen)

Tolectin (tolmetin)     Trilisate (choline magnesium trisalicylate)     Vioxx (rofecoxib)     Voltaren (diclofenac)

| **Pain Relievers** | | | | | |
|---|---|---|---|---|---|
| Acetaminophen (Tylenol) | 500 mg RX | ☐ | ☐ | ☐ | |
| Codeine (Vicodin, Tylenol 3) | | ☐ | ☐ | ☐ | |
| Propoxyphene (Darvon/Darvocet) | | ☐ | ☐ | ☐ | |
| Other: Butalbital | | ☐ | ☐ | ☐ | |
| Other: Hydrocodone | | ☐ | ☐ | ☐ | |
| **Disease Modifying Antirheumatic Drugs (DMARDS)** | | | | | |
| Auranofin, gold pills (Ridaura) | | ☐ | ☐ | ☐ | |
| Gold shots (Myochrysine or Solganol) | | ☐ | ☐ | ☐ | |
| Hydroxychloroquine (Plaquenil) | 200 mg BID | ☐ | ☐ | ☐ | |
| Penicillamine (Cuprimine or Depen) | | ☐ | ☐ | ☐ | |
| Methotrexate (Rheumatrex) | | ☐ | ☐ | ☐ | |
| Azathioprine (Imuran) | | ☐ | ☐ | ☐ | |
| Sulfasalazine (Azulfidine) | | ☐ | ☐ | ☐ | |
| Quinacrine (Atabrine) | | ☐ | ☐ | ☐ | |
| Cyclophosphamide (Cytoxan) | | ☐ | ☐ | ☐ | |
| Cyclosporine A (Sandimmune or Neoral) | | ☐ | ☐ | ☐ | |
| Etanercept (Enbrel) | | ☐ | ☐ | ☐ | |
| Infliximab (Remicade) | | ☐ | ☐ | ☐ | |
| Prosorba Column | | ☐ | ☐ | ☐ | |
| Other: | | ☐ | ☐ | ☐ | |
| Other: | | ☐ | ☐ | ☐ | |

Patient's Name  Haley Spears     Date  3/25/09     Physician Initials _____
Patient History Form © 1999 American College of Rheumatology

HALEY SPEARS DOB REDACTED
10/21/2015 03:19 pm

Liberty003523

PAST MEDICATIONS Continued

| Osteoporosis Medications | | | | | |
|---|---|---|---|---|---|
| Estrogen (Premarin, etc.) | | ☐ | ☐ | ☐ | |
| Alendronate (Fosamax) | | ☐ | ☐ | ☐ | |
| Etidronate (Didronel) | | ☐ | ☐ | ☐ | |
| Raloxifene (Evista) | | ☐ | ☐ | ☐ | |
| Fluoride | | ☐ | ☐ | ☐ | |
| Calcitonin injection or nasal (Miacalcin, Calcimar) | | ☐ | ☐ | ☐ | |
| Residronate (Actonel) | | ☐ | ☐ | ☐ | |
| Other: | | ☐ | ☐ | ☐ | |
| Other: | | ☐ | ☐ | ☐ | |
| Gout Medications | | | | | |
| Probenecid (Benemid) | | ☐ | ☐ | ☐ | |
| Colchicine | | ☐ | ☐ | ☐ | |
| Allopurinol (Zyloprim/Lopurin) | | ☐ | ☐ | ☐ | |
| Other: | | ☐ | ☐ | ☐ | |
| Other: | | ☐ | ☐ | ☐ | |
| Others | | | | | |
| Tamoxifen (Nolvadex) | | ☐ | ☐ | ☐ | |
| Tiludronate (Skelid) | | ☐ | ☐ | ☐ | |
| Cortisone/Prednisone | | ☐ | ☐ | ☐ | |
| Hyalgan/Synvisc Injections | | ☐ | ☐ | ☐ | |
| Herbal or Nutritional Supplements | | ☐ | ☐ | ☐ | |
| Please list supplements: | | | | | |

Have you participated in any clinical trials for new medications? ☐ Yes ☑ No

If yes, list:

_____

_____

_____

other Symptoms continued:
- Ringing in ears, blocked ears as though on a plane 'muffled', popping, pain in ears
- jaw pain, sinus area, severe burning, feels like sinuses facial pain, have literally been stripped.

- Abdominal pain
- Shooting / stabbing pains
- slurred speech / stuttering, Dyslexia, memory loss, confusion concentrating difficulties, word reversal when speaking
- sensory abnormalities
- hypersensitivity to sound

Patient's Name _Haley Spears_ Date _3/25/09_ Physician Initials _____

Patient History Form © 1999 American College of Rheumatology

HALEY SPEARS DOB REDACTED
10/21/2015 03:19 pm
Liberty003524

## ACTIVITIES OF DAILY LIVING

| Are you able to: | Without Any Difficulty | With Some Difficulty | With Much Difficulty | Unable to Do |
|---|---|---|---|---|
| Dress yourself, including shoelaces and buttons? | ☒ | ☒ | ☐ | ☐ |
| Shampoo your hair? | ☐ | ☐ | ☐ | ☒ |
| Get in and out of bed? | ☒ | ☐ | ☒ | ☐ |
| Stand up from a straight chair? | ☒ | ☐ | ☐ | ☐ |
| Lift a full cup or glass to your mouth? | ☒ | ☐ | ☐ | ☐ |
| Cut your meat? | ☒ | ☐ | ☐ | ☐ |
| Open a new milk carton? | ☒ | ☒ | ☐ | ☐ |
| Walk outdoors on flat ground? | ☒ | ☐ | ☐ | ☐ |
| Climb up five steps? | ☐ | ☒ | ☒ | ☐ |

Please mark the boxes beside any aids or assistive devices that you usually use for any of the above activities:

☐ Cane  ☐ Crutches  ☐ Walker  ☐ Wheelchair  ☐ Built up or special utensils  ☐ Special or built up chair

☐ Devices used for dressing (button hook, zipper pull, long handled shoe horn, etc.)  ☐ Other (please specify)_____

Please mark the box beside any categories for which you usually need help from another person:

☒ Dressing and grooming  ☒ Arising  ☒ Eating  ☒ Walking *on occasion cooking for me, encouraging to eat*

How much pain have you had because of your illness in the past week? Place an X in the box that best describes the severity of your pain on a scale of 0-100.

0 ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ 100 ☒ Severe Pain
No Pain

How much pain have you had with your stomach (i.e., nausea, heartburn, bloating, pain, etc.) in the past week? Place an X in the box that best describes the severity of your stomach problems on a scale of 0-100.

0 ☐☐☐☐☐☐☐☐☐☐☒☐☐☐☐☐☐☐☐ 100 Severe Stomach Problems
No Stomach Problems

How satisfied are you with your health now?

☐ Very satisfied  ☐ Somewhat satisfied  ☐ Neither satisfied nor dissatisfied  ☐ Somewhat dissatisfied  ☒ Very dissatisfied

Considering all the ways that your illness affects you, rate how you are doing on the following scale. Place an X in the box below that best describes how you are doing on a scale of 0-100.

0 ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☒ 100 Very Poorly
Very Well

Patient's Name **Haley Spears**   Date **3 25 09**   Physician Initials_____

Patient History Form © 1999 American College of Rheumatology

HALEY SPEARS DOB REDACTED

| In the Past Week Have You Been Able To: | Without Any Difficulty | With Some Difficulty | With Much Difficulty | Unable to Do | Have |
|---|---|---|---|---|---|
| Wash and dry your body? | ☐ | ☐ | ☒ | ☐ | |
| Take a tub bath? | ☒ | ☐ | ☒ | ☐ | |
| Get on and off the toilet? | ☒ | ☒ | ☐ | ☐ | |
| Bend down to pick up clothing from the floor? | ☒ | ☐ | ☐ | ☐ | |
| Reach and get down a 5 pound object (such as a bag of sugar) from just above your head? | ☐ PICC line can't do plus energy (fuel too low) | ☐ | ☐ | ☐ | |
| Turn faucets on and off? | ☒ | ☐ | ☐ | ☐ | |
| Open jars which have been previously opened? | ☐ | ☒ | ☐ | ☐ | |
| Open car doors? | ☒ | ☒ | ☐ | ☐ | |
| Get in and out of a car? | ☒ | ☒ | ☐ | ☐ | |
| Run errands and shop? | ☐ | ☐ | ☐ | ☒ | |
| Do chores such as vacuuming or yardwork? | ☐ | ☐ | ☐ | ☒ | |

AT THIS MOMENT, are you able to:

| | Without Any Difficulty | With Some Difficulty | With Much Difficulty | Unable to Do |
|---|---|---|---|---|
| Walk two miles? | ☐ | ☐ | ☐ | ☒ |
| Participate in sports and games as you would like? | ☐ | ☐ | ☐ | ☒ |
| Get a good night's sleep? | ☐ | ☐ | ☐ | ☒ |
| Deal with feelings of anxiety and being nervous? | ☐ | ☒ | ☐ | ☐ |
| Deal with feelings of depression or feeling blue? | ☐ | ☒ | ☐ | ☐ |

Please mark the boxes beside any aids or assistive devices that you usually use for any of the above activities:
☐ Bathtub bar  ☐ Raised toilet seat  ☐ Jar opener for jars previously opened  ☐ Long-handled appliances in the bathroom

☐ Other (please specify) _____

Please mark the box beside any categories for which you usually need help from another person:
☒ Hygiene  ☒ Reach  ☒ Gripping and opening things  ☒ Errands and chores

How much problem has fatigue or tiredness been for you in the past week? Place an X in the box below that best describes the severity of your fatigue on a scale of 0-100.

0                                        100
Fatigue Is No Problem  ○☐☐☐○☐☐○☐☐☐☐○☐☐☐○☐☐☒Fatigue Is A Major Problem

Patient's Name _Haley Spears_   Date _3/25/09_   Physician Initials _____

Patient History Form © 1999 American College of Rheumatology

HALEY SPEARS DOB REDACTED

480/507

Liberty003526

## SOCIAL HISTORY

Do you drink caffinated beverages?

Cups/glasses per day? _2-3 / week_

Do you smoke? ☐ Yes ☒ No ☐ Past – how long ago? _____

Do you drink alcohol? ☐ Yes ☒ No Number per week _____

Has anyone ever told you to cut down on your drinking?

☐ Yes ☒ No

Do you use drugs for reasons that are not medical? ☐ Yes ☒ No
If yes, please list: _____

Do you exercise regularly? ☐ Yes ☒ No

Type _____

Amount per week _____

How many hours of sleep do you get at night? _8+_

Do you get enough sleep at night?  ☐ Yes ☒ No

Do you wake up feeling rested?  ☐ Yes ☒ No

### Previous Operations

| Type | Year | Reason |
|------|------|--------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

Any previous fractures? ☒ No ☐ Yes  Describe _____

Any other serious injuries? ☒ No ☐ Yes  Describe _____

## PAST MEDICAL HISTORY

Do you now or have you ever had: ( check if 'yes')

☐ Cancer       ☐ Heart problems   ☒ Asthma
☒ Goiter       ☐ Leukemia         ☐ Stroke
☐ Cataracts    ☐ Diabetes         ☐ Epilepsy
☐ Nervous breakdown  ☒ Stomach ulcers  ☐ Rheumatic fever
☒ Bad headaches ☐ Jaundice        ☒ Colitis
☐ Kidney disease ☐ Pneumonia      ☐ Psoriasis
☒ Anemia       ☐ HIV/AIDS         ☐ High Blood Pressure
☐ Emphysema    ☐ Glaucoma         ☐ Tuberculosis

Other significant illness (please list) _____

Natural or Alternative Therapies (chiro vac ty, magnets, massage,
over-the-counter preparations, etc.)

_____
_____
_____

## FAMILY HISTORY:

| | | IF LIVING | | IF DECEASED | |
|---|---|---|---|---|---|
| | Age | Health | Age at Death | Cause | |
| Father | 59 | BACK ISSUES – KIDNEY DISEASE | – kidney removed | | |
| Mother | 57 | osteoporosis , cystic Breasts | | | |

Number of siblings _1_   Number living _1_ '   Number deceased _____

Number of children _____  Number living _____  Number deceased _____  List ages of each _____

Health of children: _____

Do you know of any blood relative who has or had: (check and give relationship)

☒ Cancer _maternal grandfather_   ☒ Heart disease _grandfather_   ☐ Rheumatic fever: _____   ☐ Tuberculosis _____
☐ Leukemia _____   ☒ High blood pressure _father_   ☒ Epilepsy _maternal uncle_   ☒ Diabetes _paternal grandfather_
☒ Stroke _paternal uncle_   ☐ Bleeding tendency _____   ☐ Asthma _Brother, paternal cousins_   ☐ Goiter _____
☐ Colitis _____   ☒ Alcoholism _maternal aunts_   ☐ Psoriasis _____

Patient's Name _____   Date _____   Physician Initials _____
Patient History Form © 1999 American College of Rheumatology

10/21/2015 03:19 pm     HALEY SPEARS DOB REDACTED     Liberty003527

## ACTIVITIES OF DAILY LIVING

Do you have stairs to climb? ☒ Yes ☐ No  If yes, how many?  Varies

How many people in household? _____ Relationship and age of each _____

Who does most of the housework?  Me   Who does most of the shopping?  Me   Who does most of the yard work? _____

On the scale below, circle a number which best describes your situation; *Most of the time, I function...*

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| VERY POORLY | POORLY | OK | WELL | VERY WELL |

Because of health problems, do you have difficulty:
(Please check the appropriate response for each question.)

| | Usually | Sometimes | No |
|---|---|---|---|
| Using your hands to grasp small objects? (buttons, toothbrush, pencil, etc.) | ☐ | ☒ | ☒ |
| Walking? | ☐ | ☒ | ☐ |
| Climbing stairs? | ☒ | ☐ | ☐ |
| Descending stairs? | ☐ | ☒ | ☐ |
| Sitting down? | ☐ | ☒ | ☐ |
| Getting up from chair? | ☐ | ☒ | ☐ |
| Touching your feet while seated? | ☐ | ☒ | ☐ |
| Reaching behind your back? | ☐ | ☒ | ☐ |
| Reaching behind your head? | ☐ | ☒ | ☐ |
| Dressing yourself? | ☒ | ☒ | ☐ |
| Going to sleep? | ☒ | ☐ | ☐ |
| Staying asleep due to pain? | ☒ | ☐ | ☐ |
| Obtaining restful sleep? | ☒ | ☐ | ☐ |
| Bathing? | ☒ | ☒ | ☐ |
| Eating? | ☒ | ☐ | ☐ |
| Working? | ☒ | ☐ | ☐ |
| Getting along with family members? | ☐ | ☒ | ☐ |
| In your sexual relationship? | ☐ | ☐ | ☐ |
| Engaging in leisure time activities? | ☒ | ☐ | ☐ |
| With morning stiffness? | ☐ | ☒ | ☒ |

Do you use a cane, crutches, a walker or a wheelchair? (circle one) _____ ☐ ☐ ☒

What is the hardest thing for you to do? numerous things cognitive skills, taking care of myself, dealing with pain + exhaustion, being able to sleep.

Are you receiving disability? ........................ Yes ☒  No ☐

Are you applying for disability? ..................... Yes ☐  No ☐

Do you have a medically related lawsuit pending? ......... Yes ☐  No ☒

Patient's Name  Haley Spears   Date  3/25/09   Physician Initials _____

Patient History Form © 1989 American College of Rheumatology.

HALEY SPEARS DOB REDACTED

10/21/2015 03:19 pm                                        Liberty003528

## SYSTEMS REVIEW

As you review the following list, please check any of those problems which have significantly affected you.

Date of last mammogram ___/___/___   Date of last eye exam ___/___/___   Date of last chest x-ray ___/___/___

Date of last Tuberculosis Test ___/___/___   Date of last bone densitometry ___/___/___

**Constitutional**
- ☑ Recent weight gain — *was 130 + +*
  - amount — *have been between*
  - *114-130*
- ☑ Recent weight loss + -
  - amount — *4 16.*
- ☑ Fatigue
- ☑ Weakness
- ☑ Fever
- Eyes
- ☑ Pain
- ☑ Redness
- ☑ Loss of vision
- ☑ Double or blurred vision
- ☑ Dryness
- ☐ Feels like something in eye
- ☐ Itching eyes

**Ears–Nose–Mouth–Throat**
- ☑ Ringing in ears — *sounds muffled*
- ☑ Loss of hearing *Blocked – like ear blood*
- ☑ Nosebleeds — *Drastic*
- ☑ Loss of smell *increase in smell*
- ☑ Dryness in nose
- ☑ Runny nose
- ☐ Sore tongue
- ☐ Bleeding gums
- ☐ Sores in mouth
- ☑ Loss of taste
- ☑ Dryness of mouth
- ☐ Frequent sore throats
- ☑ Hoarseness
- ☑ Difficulty in swallowing

**Cardiovascular**
- ☑ Pain in chest
- ☑ Irregular heart beat
- ☑ Sudden changes in heart beat
- ☐ High blood pressure
- ☐ Heart murmurs

**Respiratory**
- ☑ Shortness of breath
- ☑ Difficulty in breathing at night
- ☑ Swollen legs or feet
- ☑ Cough
- ☐ Coughing of blood
- ☑ Wheezing (asthma)

**Gastrointestinal**
- ☑ Nausea
- ☐ Vomiting of blood or coffee ground material
- ☑ Stomach pain relieved by food or milk *more than past*
- ☑ Jaundice
- ☑ Increasing constipation
- ☑ Persistent diarrhea
- ☐ Blood in stools
- ☑ Black stools
- ☐ Heartburn

**Genitourinary**
- ☑ Difficult urination
- ☐ Pain or burning on urination
- ☐ Blood in urine
- ☐ Cloudy, "smoky" urine
- ☐ Pus in urine
- ☑ Discharge from penis/vagina
- ☑ Getting up at night to pass urine
- ☐ Vaginal dryness
- ☑ Rash/ulcers
- ☐ Sexual difficulties
- ☐ Prostate trouble

*For Women Only:*
- Age when periods began: 14
- Periods regular? ☑ Yes ☑ No
- How many days apart? ___
- Date of last period? ___/___/___
- Date of last pap? ___/___/___
- Bleeding after menopause? ☐ Yes ☐ No
- Number of pregnancies? ___
- Number of miscarriages? ___

**Musculoskeletal**
- ☑ Morning stiffness *yes but sifting in other things* all day
  - Lasting how long? ___ Minutes ___ Hours
- ☑ Joint pain
- ☑ Muscle weakness + pain
- ☑ Muscle tenderness
- ☑ Joint swelling + stiffness too
- List joints affected in the last 6 mos.
  - *hands   elbows*
  - *ear   wrists*
  - *toes   tops*
  - *arms   ankles*
  - *knees   neck*

**Integument ary (skin and/or breast)**
- ☑ Easy bruising
- ☑ Redness
- ☑ Rash
- ☐ Hives
- ☐ Sun sensitivity (sun allergy)
- ☑ Tightness
- ☑ Nodules/lumps
- ☐ Hair loss
- ☑ Color changes of hands or feet in the cold

**Neurological System**
- ☑ Headache
- ☑ Dizziness
- ☐ Fainting
- ☑ Muscle spasm *Black outs*
- ☑ Loss of consciousness
- ☑ Sensitivity or pain of hands and/or feet
- ☑ Memory loss
- ☑ Night sweats

**Psychiatric**
- ☑ Excessive worries
- ☑ Anxiety
- ☑ Easily being tempered
- ☐ Depression
- ☑ Agitation
- ☑ Difficulty falling asleep
- ☑ Difficulty staying asleep

**Endocrine**
- ☑ Excessive thirst

**Hematologic/Lymphatic**
- ☐ Swollen glands
- ☐ Tender glands
- ☑ Anemia
- ☐ Bleeding tendency
- ☐ Transfusion/when ___

**Allergic/Immunologic**
- ☐ Frequent sneezing
- ☑ Increased susceptibility to infection

Patient's Name ___   Date ___   Physician Initials ___
Patient History Form © 1999 American College of Rheumatology

HALEY SPEARS DOB REDACTED

10/21/2015 03:19 pm

Liberty003529

7H317150003



REDACTED

ny time have you or a blood relative had any of the following? (check if "yes")

| urself | | Relative Name/Relationship | Yourself | | | Relative Name/Relationship |
|---|---|---|---|---|---|---|
| | Arthritis (unknown type) | | | ✓ | Lupus or "SLE" | Possibly |
| | Osteoarthritis | Oline Gremmo / Grandmother | | | Rheumatoid Arthritis | Cathy / Maternal aunt |
| | Gout | | | | Ankylosing Spondylitis | |
| | Childhood arthritis | | | | Osteoporosis | mother + mary - maternal aunt |

er arthritis conditions:

n's Name  Haley Spears     Date  3/26/09     Physician Initials _____

Patient History Form © 1998 American College of Rheumatology

Liberty003530

REDACTED

EYES: ☒Blurred Vision ☒Double Vision ☒Pain ☐Itching ☐Redness ☐Glasses - Comments: _____
EARS: ☐Hearing Loss ☒Ringing ☐Pain ☐Itching ☐Hearing Aid– Comments: ___Blocked ears - as though on ong____
NOSE: ☐Bleeding ☐Running ☐Pain ☒Sense of Smell Change - Comments: _____
MOUTH: ☐Dental/Gum Problems ☐Sores ☐Sense of Taste Change - Comments: _____
SINUS: ☒Pain ☒Pressure ☐Congestion ☐Snoring - Comments: _____
THROAT: ☐Pain ☒Hoarseness ☒Difficulty Swallowing ☐Swollen Glands ☒Voice Change – Comments: _____
HEART: ☒Chest Pain or Pressure ☒Palpitations ☐Racing Heart ☐Irregular Pulse ☐Fainting  Cold Sweats – Comments: _____

LUNGS: ☐Difficulty Breathing ☐Shortness of Breath ☒Coughing ☒Wheezing ☒Phlegm – Comments: _____
GI: ☐Abdominal Pain ☐Nausea ☐Vomiting ☐Spitting Up Blood ☐Diarrhea ☐Constipation ☐Black Stools ☐Bloody Stools
☐Heartburn ☒Hemorrhoids – Comments: _____
URINARY: ☐Excessive Urination ☐Leaking ☐Burning ☐Blood in Urine ☐Painful Urination ☐Difficulty ☐Urgency ☐Waking
up at night to Urinate – Comments: _____
EXTREMITIES: ☐Arm/Leg Swelling ☐Cold Extremities ☐Cramping - Comments: _____
FEMALE: ☐Painful Periods ☒Irregular Periods ☐Heavy Periods ☐Bleeding Between Periods ☐Discharge ☐Sores ☐Sexually
Transmitted Disease ☐Infertility ☐Pregnancy ☐Menopause ☐Hot Flashes ☐Painful Intercourse ☐Bleeding following Intercourse
☐Abnormal Pap ☐Decreased Sexual Desire ☐Form of Birth Control_____ LMP_____ # of Pregnancies_____
# Births_____ Comments: _____
MALE: ☐Discharge ☐Sores ☐Infertility ☐Hernias ☐Testicular Lumps ☐Swelling ☐Pain ☐Sexually Transmitted Disease
☐Difficulty Ejaculating ☐Difficulty with Erection ☐Difficulty Maintaining Erection ☐Decreased Sexual Desire –
Comments: _____
PSYCH: ☐Depression ☐Nervousness ☐Hallucinations ☐Emotional Instability – Comments: _____
PAST SURGICAL HISTORY: List any Surgeries you have had_____

PAST MEDICAL HISTORY: List any past illnesses you have had _____

PLEASE LIST NAMES OF OTHER HEALTHCARE PROVIDERS WHOSE CARE YOU ARE UNDER:_____

SOCIAL HISTORY: ☐Cigarettes Packs Per Day___ # of Years_____ Caffeine ☐Yes Cups Per Day_____
☐History of Tobacco Packs Per Day: _____ # of Years ____ Quit Date_____
☐Alcohol - Drinks Per Day_____ Drinks Per Week_____ ☐History of Alcohol Abuse- Quit Date_____
Living Arrangements:_____ Cultural and Linguistic Needs: Languages Spoken in Home_____
☐Interpreter Needed ☐Refusal of Blood Products ☐Alternative Healing Regimes Explain:_____
FAMILY HISTORY: ☒Cancer _____ ☐Stroke ☐Diabetes ☐Heart Disease ☐Alcohol Abuse ☐TB
☒Kidney Disease ☐Liver Disease ☐Alzheimer's ☐Blood Disorders ☐Other:_____
Emergency Contact Name:_____ Phone Number:_____ ☐Friend ☐Relative_____

To the best of my knowledge the questions on this form have been accurately answered  I understand that providing incorrect information can be dangerous to my health.
It is my responsibility to inform the doctor's office of any changes in my medical status.  I also authorize the healthcare staff to perform the necessary health care services I may
need.

_Patient Signature_    _Date_ 3/10/09

## HIPAA PRIVACY RESTRICTIONS QUESTIONNAIRE
### HEALTHWISE MEDICAL ASSOCIATES, LLP

Patient Name: Haley Spears    Patient Date of Birth: REDACTED
(Please Print)

May we send statements and reminder cards to your home? (Yes) No
If no, what address should be used:

May we call you at work?    Yes (No)    May we call you at home? (Yes) No
May we call your cell phone? (Yes) No
If no to both of the above, what number should we call?

May we leave messages (including laboratory results) on your answering machine? (Yes) No
May we leave general messages on your answering machine? (Yes) No
May we speak with your spouse or significant other regarding your treatment? (Yes) No
May we send you a fax? (Yes) No
May we contact you via email? Yes (No)

PATIENT SIGNATURE    Date 3/10/09
or Signature of person granting authorization on behalf of patient.
Parent or guarding if patient is under 18 years age

**For restrictions to your protected health information (PHI) other than noted above, please submit your request to the Compliance/Privacy Officer utilizing our "Restriction of Use or Disclosure of Protected Health Information (PHI) Form."**

*NOTE: NO RESTRICTION IS EFFECTIVE UNTIL ACCEPTED BY HEALTHWISE MEDICAL ASSOCIATES, LLP

### ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES

Signature of patient or legal representative    Date 3/10/09

Haley Spears REDACTED
Printed Name-Date of Birth

### To be completed if unable to obtain written acknowledgement from patient:

On _____, HEALTHWISE MEDICAL ASSOCIATES, LLP attempted to obtain a written acknowledgement of receipt of the Notice of Privacy Practices from the above-name patient. We were unable to obtain this acknowledgement because:

[ ] Patient declined to sign this written acknowledgement
[ ] Patient did not understand the request to sign the written acknowledgement
[ ] Notice Mailed to patient on _____
[ ] Other (please specify)_____

Signature & Date Employee    Signature & Date Witness

**Health Wise** MEDICAL ASSOCIATES, LLP

**Please Print**
**PATIENT INFORMATION**

RETURN THIS FORM TO THE RECEPTIONIST WITH YOUR INSURANCE CARDS AND PHOTO IDENTIFICATION

## PATIENT INFORMATION (please print)

Patient Name: __Haley Spears__ Account number: ____

Address: __1008 Trout Brook Drive__ Home phone: __860-308-2050__

City: __West Hartford__ State: __CT__ Zip: __06119__ Work phone: __cell 860-930-0887__

Date of Birth: __REDACTED__ SocSec#: __REDACTED__ Driver's Lic#: ____

Sex: M (F) (Please circle)   Marital Status: (S) M D W Separated (Please circle)   Employment Status: (FT) PT Self Ret NOT (Please circle)

Student Status: FT PT (N/A Please circle)

Employer: __United Technologies__ Address: __Main Street East Hartford CT__

Emergency Contact: __Chris Baumann__ Relationship to Patient: __mom__

(C) 860-305-3109 (W) 860-643-4133
Telephone: (H) 860-645-9997 Who referred you to us? __Dr. Kage__

Primary Care Physician: __David Spears - father__ (C) 318-8399-6990
(H) 318-865-0221
(W) 318-221-5119

## INSURANCE INFORMATION

| Primary Insurance | Secondary Insurance |
|---|---|
| Name of Insurance Co: __ConnectiCare__ | Name of Insurance Co: ____ |
| ID#: __REDACTED__ | ID#: ____ |
| Group #: __002250__ | Group #: ____ |
| Name of Insured: __Haley Spears__ | Name of Insured: ____ |
| Soc Sec #: __REDACTED__ | Soc Sec #: ____ D.O.B. ____ |
| Employer: __Br United Technologies__ | Employer: ____ |

Relationship to Insured: Self Spouse Child Other (Please circle)     Relationship to Insured: Self Spouse Child Other (Please circle)

## ASSIGNMENT AND RELEASE

I, the undersigned, assign directly to HealthWise Medical Associates all medical benefits, if any, otherwise payable to me for services rendered. I understand that I am financially responsible for all charges whether or not paid by insurance. I hereby authorize the doctor to release all information necessary to secure the payment of benefits. I authorize the use of this signature on all my insurance submissions.

Patient Signature: __Haley A Spears__ Date: __3/10/09__

## MEDICARE AUTHORIZATION

I request the payment of authorized Medicare benefits be made either to me or on my behalf to HealthWise Medical Associates for any services furnished to me by that physician. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services. I understand my signature requests that payment be made and authorizes the release of medical information necessary to pay the claim. If "other health insurance" is indicated in item 9 of the HCFA-1500 form, or elsewhere on other approved claim forms or electronically submitted claims, my signature authorizes releasing of the information to the insurer or agency shown. For Medicare assigned cases the physician or supplier agrees to accept the charge determination of the Medicare carrier as the full charge, and the patient is responsible only for the deductible, coinsurance, and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier.

Beneficiary Signature: _____ Date: _____

Liberty003533

7H317150003

MAR-18-2009 12:18 FROM:RHEUM.& ALL.INST.CT  +08064G7999      TO:8756271        P.1/2

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9929                                              Fax: 860-646-7999

## Bone Density Report

Name:    **SPEARS, Haley A**                     Sex:            **Female**
Patient ID: 38840                               Ethnicity:       **White**
Age:     **31**                                  Date of Birth:  1 REDACTED

**Referring Physician:** BARBARA KAGE, MD, FACR
**Study:** Bone densitometry was performed.
**Accession number:** 38640

**Indication:** This patient has the following osteoporosis risk factors:
- Family history of osteoporosis
- Asthma
- Chronic use of inhaled steroids;
- Osteopenia
- Unspecified disorder of bone & cartilage;
- Low dietary calcium intake

**Current therapy:**
None.

**Bone Density:**

| Region | Exam Date | BMD (g/cm²) | T-Score | Z-Score | Classification |
|---|---|---|---|---|---|
| AP Spine (L1-L4) . | 01/19/2009 | 0.887 | -1.6 | -1.4 | |
| Femoral Neck (Left) | 01/19/2009 | 0.846 | -1.8 | -1.7 | |
| Total Hip (Left) | 01/19/2009 | 0.856 | -0.7 | -0.7 | |

*T-Score reflects BMD compared to a Caucasian person, 20-29 years of age in the NHANES III database.) World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above -1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5). A Z-score of -2.0 or lower is defined as "below the expected range for age" and a Z-score above -2.0 is "within the expected range for age."*

*A spine fracture indicates 5X risk for subsequent spine fractures and 2X risk for subsequent hip fractures.*

**Impression:**

_X_ **Bone mineral density within expected range for patient age**

**Recommendations:**

1. Calcium supplementation.
2. Vitamin D supplementation
3. Other treatment recommended: _____Yes __x_No
   ___Actonel, _____Fosamax, ___Boniva, ___Evista, ___Miacalcin spray, ___Fortleo ___Zometa
4. Patient should be evaluated for secondary causes of BMD loss. _____Yes, _x_No
5. Repeat DXA scan in __24__ months.

**Reported by:** Barbara Kage, MD, FACR on 01/19/2009 8:46:00 AM.

..Dr. Giannini..PCP FAX #__875.6271__ ...Dr. Oberstein...FAX# __547-1301__ Sent: _____

Page 1 of 2

Liberty003534

7H317150003

MAR-10-2009 12:10 FROM:RHEUM.& ALL.INST.CT  +8606467999          TO:8756271          P.2/2

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9929                                                        Fax: 860-646-7999

| Name: SPEARS, Haley A | Sex: | Female | Height: | 165.5 cm |
|---|---|---|---|---|
| Patient ID: 58640 | Ethnicity: | White | Weight: | 57.9 kg |
| Age: 31 | Date of Birth: | REDACTED | | |



Scan Date: January 19, 2009
Scan ID: A01190904



Scan Type: f Left Hip

Scan Date: January 19, 2009
Scan ID: A01190903




Scan Type: f Lumbar Spine



**Results:**

| | BMD (g/cm²) | T-Score | PR (%) | Z-Score | AM (%) |
|---|---|---|---|---|---|
| Left Hip (Neck) | 0.666 | -1.8 | 76 | -1.7 | 77 |
| Left Hip (Total) | 0.850 | -0.7 | 91 | -0.7 | 91 |
| Spine (Total) | 0.857 | -1.5 | 85 | -1.4 | 85 |

Total BMD CV 1%

**Summary:**

| | Classification |
|---|---|
| Left Hip BMD (Neck) | Osteopenic |
| Left Hip BMD (Total) | Normal |
| Spine BMD (Total) | Osteopenic |

A spine fracture indicates 5X risk for subsequent spine fracture and 2X risk for subsequent hip fracture.

World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above -1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5).



HOLOGIC

Liberty003535

**Rheumatology & Allergy Institute of CT**
**361 Main St.**
**Manchester CT 06040**
**860.646.9929**

| | | | |
|---|---|---|---|
| Patient    38640 | Haley  Spears | 1   Barbara Kage | |
| | 1008 Trout Brook Drive | 03.09.2009 | |
| | West Hartford CT 06119 | Visit 38640.13 | |
| | H: 860.930.0887 W: | | |

09:50:52 10 MAR 2009 p012 f0                        v12.6H Page  1 of  6
Age   31 years  5 months
Family Doctor    10072                   Referring Doctor 10072
Dr. James W. O'Brien                     Dr. James W. O'Brien

353 Main St.                             353 Main St.
Manchester CT 06040                      Manchester CT 06040
860.649.3477                             860.649.3477
(                      )                  (                      )

Emergency        Description


Visit DX         Description
   443.0         RAYNAUD'S SYNDROME
   346.20        VRNT MIGRNE WO NTRC MGRN
   782.1         NONSPECIF SKIN ERUPT NEC
   493.90        ASTHMA NOS
   279.9         IMMUNE MECHANISM DIS NOS
   719.04        JOINT EFFUSION-HAND
   530.11        REFLUX ESOPHAGITIS
   710.2         SICCA SYNDROME
   733.90        BONE & CARTILAGE DIS NOS
   281.1         B12 DEFIC ANEMIA NEC
   088.81        LYME DISEASE

                       **RHEUMATOLOGY**
Chief Complaint
   Chief Complaint fatigue-10/10, headache,difficulty concentrating,memorylos
            achey legs & arms,face, neck, spine, feet
History Present Illness
HPI
   Location      Migraine HA, (B)foot pain,plantar fasciitis,sinus HAs but
                 dx as migraine but ENT; bad Migraine HA x4days,Maxalt not
   Quality       LP-possible Lyme dis, started Rocephin x 1 wk, tolerates
   Severity      Neurologist at Yale; see as per chief complaint
   Timing        calves stff & tight-yrs; no AMS
   Duration      '05 -started w/PUD, Diarrhea x 2mos; GI scopes 7.07-bleed
   Context       ing ulcers, microscopic colitis; ANA 1:1280 h/s; Off BCP;
                 Raynaud's phenomenon x years; Dry mouth, Eyes-yrs, worse
   Mod. Facts    in Winter, wears contacts;Raynaud's phenomenon-Mom
                 Thyroid nodules, awaits an appt w/Oberstein 1.09
   Assoc. Signs  Awaits 1.27.09-fMRI Brain; Mat GM- UC dx in her 80-ies
                 Low Back pain, Rt CM pain, US-fatty liver; Colonoscopy-
                 intestinal colitis; cognitive problems since Summer'08
   Impact/Function out of work d/t Migraines; transient rashes, hives
                 Thyroid nodules FNA x3: 11.04-OK '07-OK

10/21/2015 03:19 pm          HALEY SPEARS DOB REDACTED                          490/507
                                                              Liberty003536

**Rheumatology & Allergy Institute of CT**
**361 Main St.**
**Manchester CT 06040**
**860.646.9929**

Patient    38640  Haley Spears                    1   Barbara Kage
                  1008 Trout Brook Drive          03.09.2009
                  West Hartford CT 06119          Visit 38640.13
                  H: 860.930.0887 W:
09:50:52 10 MAR 2009 p012 f0                       v12.6H Page   2 of   6

ROS
    Constitutional   +fatigue,-fever,+chills,+night sweats,+weight loss
    Musculoskeletal  +Hands change color in the cold,+dry eyes,-dry mouth
                     +stiff in AM,+jaw pain+TMJ, + headache in temples
    Eyes             +pain,-redness,-blurred/double vision, +floaters,+flashes
    Head,Nose,Throa  -hair loss,-mouth ulcers,-nasal ulcers,-frequent sore thro
    Lymphatic        -lymphadenopathy,
    Cardiac          -chest pain,+SOB-asthmatic, +cough, +coughing-mucous
    Pulmonary        +chest tightness on taking deep breath,-+cough, [D+wheeze-o
    GI               -heartburn,-abdomin.pain,+diarrhea,-nausea,-vomiting,-BPR
    GU               -dysuria,-incontinence,-h/o miscarriage
    Sinus            -recurrent sinus - ear infections,-bleeding gums,+earache
    Skin             -psoriasis,+skin rash upon sun exposure,-nodules/bumps
    Neurologic       +muscle weakness,+tingling,+numbness,-burning,-falls
    Psychiatric      +anxiety,-depression; HEME;-anemia,+bruising easily
    Ear              +ringing in ears, +blocked hearing; -Height loss >1"
PMHx
    Medical          Lesion RT temporal lobe,cyst brain stem,gastric ulcer, mic
                     ro colitis asthma/allergies,nodules thyroid,fatty liver
    Surgical         Biopsy birth mark, upper lip biopsy, colon biopsy; Hematur
                     thyroid biopsy;H/o polyp in sinus; allergies;angioedema'04
Current Meds.
Current Medications - Rheumatology
    Rheum. Meds.     Rocephin ,2 gm I.V. q d-started 3.2.09
                     fish oil 1000 mg bid, MVI qd, Vit B 6-?, vit D 50,000 q w
                     Vit b 12 1000 mcg qd, Plaquenil 200 mg bid
                     folic acid qd, Topamax 100 mg qd, Zoloft- not taking
    Other Meds.      Maxalt 1-2 tabs PRN, Frova 1-2 tabs PRN, Prevacid 30mg bid
                     Pepcid 2 tab qHS, Singular 5-10mg qhs, Eofran PRN
                     Zyrtec PRN,
                     Asacol 2 tabs BID - since 10.07; EpiPen -w/her
                     Migranal NS for migranes 1sp each each nostril prn
                     Papsmear 6/08-normal; Off Pamelor; Off Entecort-didn't wor
                     Endoscopy 6/07-bleeding ulcer 9/07-healed ulcer
    Allergy          Colonoscopy 6/07-microscopic colitis
                     E-MYCIN-vomit
                     Off; Hydrocodone, Neurontin, Amitiza
PMHx/SHx
    FHx              Father 59 kidney removed enlarged, scolosis, HTN, discecto
                     Mother 57 lumpectomy, pre osteoporois, sun damage eyes,
                     Mom-Raynaud's phenomenon;1 brother age33 allergies, polyps
                     no children
                     PU-CVA/TIA '58
    SHx              Denies smoking or ETOH, lives alone
                     drink ETOH till-8/08-very rare; illicit drugs-never
VITALS
    BP               142/93

MAR-10-2009 10:22 FROM:RHEUM.& ALL.INST.CT  +8506467999          TO:8756271          P.15/18

## Rheumatology & Allergy Institute of CT
### 361 Main St.
### Manchester CT 06040
### 860.646.9929

Patient   38640   Haley Spears                          1    Barbara Kage
                  1008 Trout Brook Drive                03.09.2009
                  West Hartford CT 06119                Visit 38640.13
                  H: 860.930.0887 W:

09:50:52 10 MAR 2009 p012 f0                            v12.6H Page   3 of   6

| | |
|---|---|
| PULSE | 76 |
| TEMPERATURE | 36.0 c |
| WEIGHT | 54 kg |

GENERAL APPEARANCE
    DEVELOPMENT      patient in no acute distress.
    NUTRITION        well developed,
    DEFORMITIES      no obvious deformity,
    GROOMING         excellent grooming,
    COMMUNICATION S  oriented to time, person and place

Gen Exam
    HEENT            PEARL, no mouth or nasal ulcers, no LAP, thyroid palpable,NT
                     dry oral mucosa, temporal artery 2+ pulse, NT (B)
    RS               Clear to auscultation
                     no costochondral joint tenderness
    CVS              RRR, no murmur, no rub, PDA pulse 2+ (B)
    ABD              Not tender, no HSM, no LAP, BS present.
    NS               Reflexes 2+ throughout, downgoing plantar reflexes (B)
    MS Gen.          erythematous raised maculopapular rash V-neck
                     no nail pitting
                     purple sl. puffy fingers

Test Results
Lab Review
    ESR              4-2.28.09
    C-RP             Vt B12 -658; Vit D-37
    ANA              neg; neg DNA Ab
    Hep C Ag         CSF 2.3.09-Borrelia Burg, IgG-detected-bands 4,39,30,18;Nega
    RF               tive CSF B.borg.IgM; ACE-6-ok; No

Impression-Rheumatology
    Impression       31 y.o. slender WF here w/the following problems since 8.08:
                     1. New onset severe Migraine since 8.08, abnormal MRI Brain
                     & fMRI 1.27.09 at Yale;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
                     2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
                     3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
                     on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
                     4. Angioedema'04, w/u showed high Thyroglobulin Ab,
                     multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
                     5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
                     6. H/o Plantar fasciitis Summer'08, better now
                     7. 11.08- ANA 1:1280 H/S. antismooth Ab-neg; Neg HBV/HCV
                     8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
                     9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
                     >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
                     Repeat DNA Ab-neg 1.09; repeat ANA, DNA ab -2.28.09

The above suggests:
Pronounced migraine headaches triggered the extensive work-up,
the patient is currently treated for possible Neuroborreliosis.
This diagnosis based on CSF Lyme test is not irrefutable since

Liberty003538

**Rheumatology & Allergy Institute of CT**
**361 Main St.**
**Manchester CT 06040**
**860.646.9929**

Patient   38640   Haley Spears                          1   Barbara Kage
                  1008 Trout Brook Drive                 03.09.2009
                  West Hartford CT 06119                 Visit 38640.13
                  H: 860.930.0887 W:
09:50:52 10 MAR 2009 p012 f0                            v12.6H Page   4 of   6

her Lyme serology 1.09
was normal. She was started on Rocephin & tolerates it well so
far.
An autoimmune inflammatory disorder is suspected due to
multiorgan involvement (thyroid, GI tract, sicca, Raynaud's
phenomenon, migraines, arthralgia), and
polyclonal antibody production to antigens within GI tract (ANCA
tests had pattern of Ulcerative Colitis),
thyroid Antibodies, and high titer +ANA.
Such a versatile activation of the immune system may suggest a
Connective Tissue Disease, however a repeat ANA was negative in
1.09 & 3.09, necessitating further observation re: possible
other causes.
High positive ANA,
arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a
consideration of Systemic Lupus Erythematosus, will monitor for
features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an
Overlap Syndrome, I was
 concerned sufficiently enough to start Plaquenil.
Haley should complete Rocephin and seek an evaluation by an
Infectious Disease specialist re: her LYME tests.
I will reevaluate her regarding any Connective Tissue Disease
once she completes her Rocephin treatment.

Protein C deficiency, however mild, can cause hypercoagulable
status, she never had thromboembolic event, will repeat the
test. She also has 1 allele of MTHFR
mutation that is not associated with vascular thrombosis, but
her Folic Acid level was low/normal, hence will repeat RBC
Folate & homocysteine level. She did not have antibodies
suggestive of Antiphospholipid syndrome.
I did advise her to avoid prothrombotic
agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI
Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema.

Microscopic colitis is known to occur in Connective Tissue
Disorders; primary Inflammatory Bowel Disorder needs to be
considered in this HLA B27 positive host with positive IBD
serology 7. She is doing very well on Asacol & PPIs under
Dr.O'Brien's care.  Haley continues to have mildly abnormal LFTs
of unclear origin. While her ANCA test showed pattern suggestive
of Ulcerative Colitis, this is not diagnostic of Ulcerative
Colitis, this was explained to Haley.
Low/normal Vitamin B12 and low level Vitamin D levels were
found, now replenished.

Liberty003539

MAR-10-2009 10:23 FROM:RHEUM.& ALL.INST.CT  +8606467999        TO:8756271          P.17/18

**Rheumatology & Allergy Institute of CT**
**361 Main St.**
**Manchester CT 06040**
**860.646.9929**

Patient    38640   Haley  Spears                     1    Barbara Kage
                   1008 Trout Brook Drive            03.09.2009
                   West Hartford CT 06119            Visit 38640.13
                   H: 860.930.0887 W:
09:50:52 10 MAR 2009 p012 f0                          v12.6H Page   5 of   6

Excerpt from Up-to-Date:
NEUROLOGIC LYME DISEASE...The diagnosis of neurologic Lyme
disease should not be made in patients who are seronegative; the
absence of detectable antibodies in the serum is strong evidence
against the diagnosis.

CSF analysis...Headache and neck stiffness are common early
symptoms in patients with erythema migrans. However, a
cerebrospinal fluid (CSF) pleocytosis is usually not present at
this time. In contrast, a pleocytosis and elevated protein
concentration are often seen in patients with severe headache
and mild neck stiffness several weeks into the infection,
especially those with objective neurologic abnormalities (eg,
facial nerve palsy). CSF analysis should be performed in these
patients to evaluate for meningitis.

A separate issue is the role of CSF analysis in patients with
facial nerve palsy. The Infectious Diseases Society of America
Lyme disease guidelines recommend lumbar puncture in such
patients if there is a strong clinical suspicion of central
nervous system involvement (eg, severe or prolonged headache or
neck stiffness). Lumbar puncture should also be considered in
patients with radiculoneuropathy thought to be due to Lyme
disease, but not in patients with peripheral neuropathy alone
who usually do not have a pleocytosis.

CSF Lyme antibodies...In patients with suspected early Lyme
meningitis or late Lyme encephalopathy, testing the CSF for
intrathecal production of antibodies to B. burgdorferi is useful
for establishing the diagnosis. However, a negative test for
Lyme antibodies in the CSF does not exclude neurologic Lyme
disease.

Given the lack of standardization of assays, it is difficult to
determine the sensitivity or specificity of CSF Lyme antibody
testing. In a patient with a clinical scenario suggesting Lyme
disease, a positive study from a reputable laboratory should be
viewed as significant evidence in favor of the diagnosis.
However, negative CSF studies should not eliminate neurologic
Lyme disease from consideration if clinical circumstances
support the diagnosis.

7H317150003

MAR-10-2009 10:23 FROM:RHEUM.& ALL.INST.CT +8606467999          TO:8756271          P.18/18

## Rheumatology & Allergy Institute of CT
### 361 Main St.
### Manchester CT 06040
### 860.646.9929

Patient   38640   Haley  Spears                           1   Barbara Kage
                  1008 Trout Brook Drive                  03.09.2009
                  West Hartford CT 06119                  Visit 38640.13
                  H: 860.930.0887 W:
09:50:52 10 MAR 2009 p012 f0                              v12.6H Page   6 of   6

Rheum Plan
Rheumatology Plan
    Plan                1. Consult Infectious Disease MD
                        2. Biotene dry mouth dry eyes care line of products.
                        3. Avoid sun exposure, keep the entire body warm, avoid BCP
                        4. Postpone starting Zoloft.
                        5. Use sunscreen SPF>30 when outside.
                        6. Plaquenil 200 mg twice a day.
                        7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
                        8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology
                           as planned.
                        9. Limited number of work-hours/week is advised - 4 hrs/day.
                        10. RTC in 6 weeks. BK
                        11. Vitamin B12 -1000 mcg/day
                        12. Multivitamin 1 tab a day.
Procedures
Joint/BWSA 1
    Joint/bwse         MD/Patient face-face time: 42 min, 25 min spent on counsel
Referrals             Code      Description
                      2.1       RheumF/ULtrSent

Visit 38640.13    Date 03.09.2009    *** Follow Up Remarks ***
      Requested Next Visit Type ,
------------------------------------------------------------------------
              **** Patient Call Back ****
38640.13          Date To Be Called  03.09.2009   **OPEN**
Opened on    03.09.2009 at   05:21pm by Barbara Kage, M.D., F.A.C.R.
Contact Dr.Giannini, Pt
Reason fax the labs & OV note
Remarks to Dr.Giannini; ask Haley ot come for PPD

Liberty003541

## EASTERN CONNECTICUT HEALTH NETWORK
### Manchester Memorial Hospital
### 71 Haynes Street Manchester, Connecticut 06040

**Patient Name:** SPEARS, HALEY
**MRN:** Z346259          **Visit Number:** D02350235
**Patient DOB:** REDACTED          **Patient Sex:** F
**Patient Phone:** 860-308-2050
**Patient Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119

**Submitting Provider:** Kage, Barbara

**Collection Date:** 01/30/2009 1130
**Received Date:** 01/30/2009 1202
**Specimen Type:** VITAMIN B 6

**Copies To:** O'Brien, James; Schiff, Evan; PATIENT,; Kage, Barbara

```
> VITAMIN B 6                    |            |    2.0    | L  12.1-21.7 NG/ML
                                 |
                                 |
                                 | CONVERSION FACTOR:   NANOGRAMS/ML X 4.046 = NANOMOLES/L
                                 |
                                 |
                                 |     TEST(S) PERFORMED AT:
                                 |         QUEST DIAGNOSTICS-NICHOLS INST
                                 |         R. E. REITZ, MD, LAB DIRECTOR
                                 |         13608 ORTEGA HIGHWAY
                                 |         SAN JUAN CAPISTRANO, CA 92675
```

10/21/2015 03:19 pm          HALEY SPEARS DOB REDACTED          Liberty003542

https://mdportal.cchn.org/LabReportCommentaspx?pId=5cc6965c-9c...

# EASTERN CONNECTICUT HEALTH NETWORK
*Manchester Memorial Hospital*
*71 Haynes Street Manchester, Connecticut 06040*

**Patient Name:** SPEARS, HALEY
**MRN:** 2346259     **Visit Number:** D02350235
**Patient DOB:** REDACTED     **Patient Sex:** F
**Patient Phone:** 860-308-2050
**Patient Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119

**Submitting Provider:** Kage, Barbara

**Collection Date:** 01/30/2009 1130
**Received Date:** 01/30/2009 1202
**Specimen Type:** FOLIC ACID RBC

**Copies To:** O'Brien, James; Schiff, Evan; PATIENT,; Kage, Barbara

| | | | | |
|---|---|---|---|---|
| > PAT. FAST | YES | | | |
| > ESTIMATED GFR | 78 | | | > 60 |
| | | | | ml/min/1.73m2 |

The estimated GFR (eGFR) calculation pertains to the Caucasian population.  Due to a higher average muscle mass, the result should be multiplied by 1.21 for African-Americans.

| | | | | |
|---|---|---|---|---|
| > CREAT. | 0.9 | | | 0.6-1.3 mg/dL |
| > PROTEIN, T | 6.5 | | | 6.0-7.9 G/DL |
| > ALBUMIN | 3.9 | | | 3.2-4.8 G/DL |
| > BILI, TOTAL | 0.6 | | | 0.2-1.3 MG/DL |
| > BILI. CONJ. | 0.1 | | | 0.0-0.2 MG/DL |
| > UNCON BILI | 0.5 | | | 0.0-1.0 MG/DL |
| > ALK PHOS | 50 | | | 38-126 IU/L |
| > ALT (SGPT) | | 45 | H | 10-40 IU/L |
| > AST (SGOT) | 35 | | | 10-42 IU/L |
| LIPID PANEL | | | | |
| >   CHOLESTEROL | 149 | | | 128-199 MG/DL |
| >   TRIG | 68 | | | <150 MG/DL |
| | 150-199 BORDERLINE HIGH | | | |
| | 200-499 HIGH | | | |
| | >= 500  VERY HIGH | | | |
| >   HDL | 40 | | | >= 40 MG/DL |
| >   LDL | 95 | | | <160 MG/DL |
| | LDL GOALS (MG/DL) | | | |
| | CHD OR CHD RISK EQUIVALENT | <100 | | |
| | MULTIPLE (2+) RISK FACTORS | <130 | | |
| | 0-1 RISK FACTOR | <160 | | |
| | Reference:Third Report of the NCEP Expert Panel on | | | |
| | Detection, Evaluation, and Treatment of High Blood | | | |
| | Cholestrol in Adults; JAMA Vol. 285  May 16,2001 | | | |
| > IRON | 32 | | | 40-170 ug/DL |

3/9/2009 10:11 AM

P.3/18     TD18756271

10/21/2015 03:19 pm     HALEY SPEARS DOB REDACTED     Liberty003543

https://mdportal.ecbn.org/LabReportComment.aspx?ptid=5ce6965c-9c...

https://mdportal.ecbn.org/LabReportComment.aspx?ptid=5ce6965c-9c...

| > IRON BINDING | 347 | | | |225-450 UG/DL |
| > %SATURATION | | |  | L |20-55 % |
| > FOLIC ACID RBC | 480 | | | |280-790 NG/HLRBC |
| > HOMOCYSTEINE | 5.2 | | | |3.3-10.4 UMOL/L |

PLEASE NOTE: METHODOLOGY CHANGED TO CHEMILUMINESCENCE FOR ALL

SAMPLES RECEIVED AS OF 05/07/08

THE ESTABLISHED UPPER REFERENCE RANGE CUT-OFF (HIGH FLAG)
LISTED IN THIS REPORT IS GENDER SPECIFIC AND BASED ON THE
95TH PERCENTILE FOR A HEALTHY 20-39 YEAR OLD POPULATION
(EXCLUDING PREGNANT WOMEN) WITH AMPLE SERUM FOLATE AND B12
LEVELS, AND NO EVIDENCE OF RENAL DISEASE. EXPECTED RANGES
FOR HOMOCYSTEINE VARY BY AGE, GENDER, RACE, NUTRITIONAL
STATUS (FOLATE AND B12 LEVELS), RENAL FUNCTION AND ALSO BY
HORMONAL STATUS, PREGNANCY OR INSULIN RESISTANCE. HIGH
VALUES ARE SEEN IN ABOUT HALF OF PATIENTS TESTED FROM OLDER
AGE GROUPS. HIGHER SERUM HOMOCYSTEINE LEVELS ARE ASSOCIATED
WITH INCREASED RISK OF CORONARY HEART DISEASE.

| > METHYLMALONIC A | < 0.10 | | | |< 0.40 umol/L |
| > TRANSFERRIN | 248 | | | |192-382 MG/DL |

3/9/2009 10:11 AM

MAR-10-2009 10:21 FROM:RHEUM,& ALL,INST,CT  +8096467699          TO:1875671          P.4/10

## EASTERN CONNECTICUT HEALTH NETWORK
### Manchester Memorial Hospital
### 71 Haynes Street Manchester, Connecticut 06040

**Patient Name:** SPEARS, HALEY
**MRN:** Z346259                    **Visit Number:** D02350235
**Patient DOB:** REDACTED          **Patient Sex:** F
**Patient Phone:** 860-308-2050
**Patient Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119

**Submitting Provider:** Oberstein, Robert

**Collection Date:** 01/30/2009 1130
**Received Date:** 01/30/2009 1202
**Specimen Type:** CORTISOL BLOOD

**Copies To:** O'Brien, James; Schiff, Evan; Oberstein, Robert; Kage, Barbara; KRUDYSZ, KRYSTYNA M

```
> CORTISOL BLOOD          |    8.7       |                    (   |NCG/DL
                          | REFERENCE INTERVAL FOR (7AM-9AM) = 8.7-22.4 MCG/DL
                          | REFERENCE INTERVAL FOR (4PM-6PM) = 0-10 MCG/DL

                          | ****PLEASE INTERPRET RESULTS ACCORDINGLY****
                          |                          (   18.8    )   | L |30.0-100.0 ng/mL
                          | Interpretive guidelines for Vitamin D (25-Hydroxy):
                          |          Deficiency        < 10 ng/mL (< 25 nmol/L)
                          |          Insufficiency    10-30 ng/mL (25-75 nmo/L)
                          |          Sufficiency      30-100 ng/mL (75-250 nmol/L)
                          |          Toxicity          > 100 ng/mL (> 250 nmol/L)
                          | Result ranges vary considerably for selected patient
                          | populations. The result categories are based on historical
                          | data and the manufacturer's recommendations, but many
                          | authorities now regard Vitamin D levels of 50-80 ng/mL as
                          | "optimal". Appropriate clinical consideration is suggested
                          | when interpreting these results for a particular patient.
```

3/9/2009 1(

HALEY SPEARS DOB REDACTED

7H317150003

https://mdportal.echn.org/LabReportCommentaspx?pid=5ce6965c-9c..

https://mdportal.echn.org/LabReportCommentaspx?pid=5ce6965c-9c..

# EASTERN CONNECTICUT HEALTH NETWORK
## Manchester Memorial Hospital
### 71 Haynes Street Manchester, Connecticut 06040

**Patient Name:** SPEARS, HALEY
**MRN:** Z346259                          **Visit Number:** D02350235
**Patient DOB:** 1 REDACTED          **Patient Sex:** F
**Patient Phone:** 860-308-2050
**Patient Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119

**Submitting Provider:** Kage, Barbara

**Collection Date:** 01/30/2009 1130
**Received Date:** 01/30/2009 1202
**Specimen Type:** CRYOGLOBULINS

**Copies To:** O'Brien, James; Schiff, Evan; PATIENT,; Kage, Barbara

```
> ANTI-DNA DS          |    < 5.0      |            |  |< 5.0 IU/ML
                       |
                       |
                       |   REFERENCE RANGE FOR DSDNA AUTOABS:
                       |     LESS THAN 5.0 IU/ML . . . . . NOT DETECTED
                       |     5.0 - 10.0 IU/ML  . . . . . . INDETERMINATE
                       |     GREATER THAN 10.0 IU/ML . . . DETECTED
> CRYOGLOBULINS        |   NOT DETECTED    |           |  |NOT DETECT.
```

3/9/2009 10:12 AM

Liberty003546

7H317150003

[ 1Z9442C5-8AEA-4C6F-86AD-BEE5969283EC-35826239-0F ] From: 2009/02/17 15:30:07  ET 2 of 5



Quest
Diagnostics                    Quest Diagnostics Incorporated         **Laboratory Report**

DARIO EAGAR, MD                                          Quest Diagnostics Incorporated
GROUP #103203                                            Regional Headquarters
ASSOCIATED NEUROLOGISTS                                  Three Sterling Drive
75 KINGS HWY CUTOFF  5TH                                 Wallingford CT 06492
FAIRFIELD, CT  06824                                     000.982.0810
225770         6001-0000                                 203 949.5600

REDACTED

(95)  Test(s) performed at Quest Diagnostics Nichols Institute
      14225 Newbrook Drive
      Chantilly, VA  20153

                    * End of Final Report *

Signed by DARIO M. EAGAR, MD on 02/06/2009 04:57 PM
- Notes: nl csf ivg synth, ock

203-3331133

Liberty003547

[ 129442C5-8AEA-4C6F-B6AD-BEE5969283EC-33826239-0F ] From: 2009/02/17 15:30:07  ET 3 of 5



**Quest Diagnostics**

Quest Diagnostics Incorporated

**Laboratory Report**

DARIO ZAGAR, MD
GROUP #103204
ASSOCIATED NEUROLOGISTS
75 KINGS HWY CUTOFF   5TH
FAIRFIELD, CT   06024
225770            6001-C000

Quest Diagnostics Incorporated
Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.6600

REDACTED

SPEARS, HALEY

8601 930-0987

2145  02/03/2009  02/03/2009  02/01/2009

| Test Name | Result | Reference |
|---|---|---|
| Cell Count w/Diff, CSF | | |
| Color | COLORLESS | COLORLESS |
| Appearance | CLEAR | CLEAR |
| WBC | 1 | 0-5 cells/uL |
| RBC | 0 | 0-1 cells/uL |
| Neutrophils | * | 0-4 % |

* Test not performed. This test cannot be performed due to an
  insufficient number of analyzable cells in the sample. Test has been
  cancelled.

Other          *
  * Analysis performed on tube 4

* End of Final Report *

Signed by DARIO M. ZAGAR, MD on 02/04/2009 11:27 AM
- Notes: CSF WBC 1

[ 129442C5-8AEA-4C6F-86AD-BEE5969283EC-33826239-OF ]  From: 2009/02/17 15:30:07  ET 4 of 5

<table>
<tr><td colspan="2">Quest Diagnostics Incorporated</td><td></td></tr>
<tr><td>Quest Diagnostics</td><td></td><td>**Laboratory Report**</td></tr>
<tr><td>DARIO ZAGAR, MD<br>GROUP #103203<br>ASSOCIATED NEUROLOGISTS<br>75 KINGS HWY CUTOFF 5TH<br>FAIRFIELD. CT 06824<br>225770          6001-0000</td><td></td><td>Quest Diagnostics Incorporated<br>Regional Headquarters<br>Three Sterling Drive<br>Wallingford, CT 06492<br>800.982.6810<br>203.949.5300</td></tr>
</table>

SPEARS HALEY

(818) 930-0887

| 00:00 | 02/03/2009 | 02/04/2009 | 02/05/2009 |

REDACTED

Cytology,Fluid/Brushings

SOURCE                CSF

SPECIMEN              10CC CLEAR COLORLESS FLUID

DIAGNOSIS            *Negative for malignant cells*
                     *White blood cells*

PATHOLOGIST:          DONNA ROSE,M.D.
                      ***Electronic Signature: Donna C. Rose, M.D.***
                              Board Certified in Anatomic Pathology,
                              Cytopathology and Clinical Pathology

                      Customer Service Note:
                      Please contact the Anatomic Pathology Customer Service
                      staff if you have any questions. Toll free at 1-800-982-6810
                      or locally at 949-5500. Ext. 4606 cytology or Ext. 5309
                      pathology, 8:30am to 5:00pm, Monday-Friday.

CYTOTECHNOLOGIST(S)   LFL

                          * End of Final Report *

─Signed by DARIO M. ZAGAR, MD on 02/06/2009 07:59 AM─
  - Notes: neg csf cytology

10/21/2015 03:19 pm          HALEY 5PEARS DOB REDACTED                    503/507

Liberty003549

[ 129442C5-8AEA-4C6F-86AD-BEE5969283EC-33826239-0F ] From: 2009/02/17 15:30:07 ET 5 of 5

**Quest Diagnostics Incorporated**

## Quest Diagnostics

DARIO ZAGAR, MD
GROUP #103203
ASSOCIATED NEUROLOGISTS
75 KINGS HWY CUTOFF  5TH
FAIRFIELD, CT  06824
225770         6001-0000

### Laboratory Report

Quest Diagnostics Incorporated
Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.852.6810
203.949.5600

REDACTED

CS
/dL
/dL

(95)

(95)   Test(s) performed at Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA  20153

* End of Final Report *

MAR-18-2009 18:21 FROM:RHEUM.& ALL.INST.CT +8606467999          TO:8756271          P.10/18

Quest Diagnostics Incorporated


Quest
Diagnostics

| | PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|---|
| | **SPEARS, HALEY A** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.533.2009          DOB: REDACTED     Age: 31          ORDERING PHYSICIAN
                                      GENDER: F     Fasting: U          **KAGE, BARBARA**
SPECIMEN INFORMATION                                                     CLIENT INFORMATION
SPECIMEN:   WC515888A                                                    22222354
REQUISITION: 1661346                   PHONE: 8603082050                  RHEUMATOLOGY   ALLERGY INST.
LAB REF NO:                                                              361 MAIN ST
                                                                         MANCHESTER, CT 06040-4157
COLLECTED:  00/00/0000      00:00
RECEIVED:   02/28/2009      21:40
REPORTED:   03/04/2009      13:29

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY(IES) SENT TO: | | | | |
| | | HALEY A SPEARS | | |
| | | 1008 TROUTBROOK RD | | |
| | | WEST HARTFORD, CT | | |
| | | 06119 | | |
| | | DR ZAGAR | | |
| | | DR OBERSTEIN | | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | CWA |
| ALKALINE PHOSPHATASE | 52 | | 33-115 U/L | CWA |
| CREATININE W/EGFR | | | | QWA |
|   CREATININE | 0.97 | | 0.60-1.20 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| GGT | 19 | | 0-80 U/L | QWA |
| AST | 30 | | 10-30 U/L | QWA |
| ALT | 18 | | 6-40 U/L | QWA |
| COMPLEMENT, TOTAL (CH50) | 61 | | 31-66 U/mL | AMD |

Elevated values of CH50 are associated with
inflammation or infection. Reduced values may
result from consumption of complement by immune
complexes or a hereditary deficiency of a
complement component. Patients with certain
rheumatic diseases, especially with active SLE,
may have a low total complement level. Because
some complement components are unstable during
processing, shipment or storage, it is prudent
to confirm an unexpectedly low value of CH50 by
repeating the test on a new sample.

| SED RATE BY MODIFIED WESTERGREN | 4 | | < OR = 20 mm/h | QRA |

SPEARS,HALEY A - WC515888A                        Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. AP0000-041 Revised VGL REM-11028

2H317150003

MAR-10-2009 10:22 FROM:RHEUM.& ALL.INST.CT +8686467999     TO:8756271     P.11/18

Quest Diagnostics Incorporated


Quest
Diagnostics
®

| | PATIENT INFORMATION<br>SPEARS, HALEY A | REPORT STATUS  **Final** |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| | DOB: REDACTED    Age: 31 | KAGE, BARBARA |
| REPORTED:    03/04/2009    13:29<br>COLLECTED:    00/00/0000    00:00 | GENDER: F    Fasting: U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | CWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.35 | | 3.90-5.10 Million/uL | |
| HEMOGLOBIN | 13.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.6 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.2 | | 27.0-33.0 pg | |
| MCHC | 32.9 | | 32.0-36.0 g/dL | |
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 263 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3230 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 850 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 830 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 75 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 15 | | 0-200 cells/uL | |
| NEUTROPHILS | 64.6 | | % | |
| LYMPHOCYTES | 17.0 | | % | |
| MONOCYTES | 16.6 | | % | |
| EOSINOPHILS | 1.5 | | % | |
| BASOPHILS | 0.3 | | % | |
| ANACHOICE(TM) SCREEN<br>W/REFL TO TITER, IFA | | | | CWA |
| ANACHOICE(TM) SCREEN | NEGATIVE | | NEGATIVE | |

A NEGATIVE ANACHOICE(TM) INDICATES THE ABSENCE OF
DETECTABLE ANTIBODIES TO COMPONENT ANALYTES
CONSISTING OF DSDNA, CHROMATIN, RNP, SM/RNP, SM, SSA,
SSB, JO-1, CENTROMERE B, SCL-70 AND RIBOSOMAL P.

A NEGATIVE ANACHOICE(TM) SHOULD BE INTERPRETED IN THE
CONTEXT OF THE CLINICAL AND LABORATORY FINDINGS, AND
DOES NOT RULE OUT AUTOIMMUNE DISEASE CHARACTERIZED BY
OTHER AUTOANTIBODY SPECIFICITIES INCLUDING AUTOIMMUNE
HEPATITIS AND PRIMARY BILIARY CIRRHOSIS.

| DNA (DS) ANTIBODY | 4 | | IU/mL | CWA |
|---|---|---|---|---|
| | | IU/mL<br>-----<br>< OR = 4<br>5 - 9<br>> OR = 10 | INTERPRETATION<br>--------------<br>NEGATIVE<br>INDETERMINATE<br>POSITIVE | |
| COMPLEMENT COMPONENT C3C | 106 | | 90-180 mg/dL | CWA |
| COMPLEMENT COMPONENT C4C | 21 | | 16-47 mg/dL | CWA |
| CENTROMERE B ANTIBODY | <1.0 NEG | | <1.0 NEG AI | CWA |
| VITAMIN B12/FOLATE,<br>SERUM PANEL | | | | CWA |
| VITAMIN B12 | 658 | | 200-1100 pg/mL | |

SPEARS, HALEY A - WC515088A                          Page 2 - Continued on Page 3

Ⓡ Quest, Quest Diagnostics the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © 2006 Diagnostics Incorporated. All rights reserved. CD09386-450. Specimen BRR. BDK. 11578.

Liberty003552

MAR-13-2009 10:22 FROM:RHEUM.& ALL.INST.CT +8606467999          TO:6756271          P.12/19

Quest Diagnostics Incorporated


Quest
Diagnostics

| | PATIENT INFORMATION | | REPORT STATUS   Final |
|---|---|---|---|

SPEARS, HALEY A

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED          Age: 31          ORDERING PHYSICIAN
GENDER: F          Fasting: U          KAGE, BARBARA

REPORTED:   03/04/2009   13:29
COLLECTED:  00/00/0000   00.00

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN B12/FOLATE, | | | | |
| SERUM PANEL (Continued) | | | | |
| FOLATE, SERUM | >24.0 | | ng/mL | |

REFERENCE RANGE:
LOW:            < 3.4
BORDERLINE:     3.4-5.4
NORMAL:         > 5.4

| VITAMIN D, 25-HYDROXY, | | | | |
| LC/MS/MS | | | | AMD |
| VITAMIN D, 25 OH, TOTAL | 37 | | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 10 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | 27 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD,
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
>30 ng/mL.

NO COLLECTION DATE RECEIVED. WE HAVE USED
THE DATE THE SPECIMEN WAS RECEIVED BY THIS
LABORATORY AS THE COLLECTION DATE. IF THIS
IS INCORRECT, PLEASE CONTACT CLIENT SERVICES.
PHONE NUMBER: 1-866-697-0378

------------------------------------------------------------

Performing Laboratory Information:

AMD   Quest Diagnostics Nichols Institute-Chantilly, VA 14225 Newbrook Dr Chantilly VA  20151
      Laboratory Director: Kenneth Simon M.D.

CMA   Quest Diagnostics, Inc-Wallingford 5 Sterling Dr Wallingford CT  06492 Laboratory Director: Nancy Steph M.D.

SPEARS, HALEY A - WC515898A                              Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks --- Are trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. CH01905-01, ED11N02-XX2 - 12/03

7H317150003

| Patient: | HALEY SPEARS | **Ordered:** | 2/15/2011 3:33 PM by Sara Ward on behalf of Joseph Bartoszek, Jr., PA-C |
|---|---|---|---|
| **Patient #:** | 9251330 | **Collected:** | 2/15/2011 3:33 PM |
| **Patient DDB:** | REDACTED (Female) | **Reported:** | 2/15/2011 4:55 PM |
| | | **Reviewed:** | 2/15/2011 5:21 PM by Joseph Bartoszek, Jr., PA-C |

| **Diagnosis:** | SORE THROAT (462 | J02.9 ) | **Site:** | LABORATORY |
|---|---|---|---|
| **Order Name:** | HMA RAPID STREP TEST (87880) | **Requisition:** | |
| **Status:** | Reviewed | **Accession:** | |

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| HMA RAPID STREP TEST | **NEG** | | | Reviewed |

Liberty003554

**Patient: HALEY SPEARS (9251330)**
Review Date: 11/25/2013 4:38 PM

Order Date: 11/25/2013 4:38 PM

Report Date: 11/25/2013 4:38 PM
Performed Date: 11/25/2013 4:38 PM
Procedure [Final, Reviewed]: IMMUNIZATION ADMIN, 1st VACCINE (90471) [
+Injection Codes ]
Diagnosis: Td VACCINE (V06.5)

**Patient DOB:** REDACTED
Reviewed by: Sudduth, Sandra
Ordered by: Sudduth, Sandra on behalf of ROCKVILLE
* Nurse

Liberty003555

7H317150003

**Patient: HALEY SPEARS (9251330)**
Review Date: 11/25/2013 4:47 PM

Order Date: 11/25/2013 4:38 PM

Report Date: 11/25/2013 4:47 PM
Performed Date: 11/25/2013 4:38 PM
Procedure [Final, Reviewed]: Td VACCINE ADULT: TD VACCINE 7 or >
(90714)
Diagnosis: Td VACCINE (V06.5)

**Patient DOB:** REDACTED
Reviewed by: Sudduth, Sandra
Ordered by: Sudduth, Sandra on behalf of ROCKVILLE *
Nurse

Liberty003556

**Patient: HALEY SPEARS (92S1330)**
Review Date: 1/26/2011 7:40 PM
Order Date: 1/19/2011 1:54 PM
Report Date: 1/26/2011 1:05 PM
Performed Date: 1/19/2011 1:54 PM
Procedure [Final, Reviewed]: SLEEP STUDY REPORT
Diagnosis: Unspecified Diagnosis

**Patient DOB:** REDACTED
Reviewed by: GIANNINI, KRISTIN A MD
Ordered by: GIANNINI, KRISTIN A MD

Comments: See Note

(

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report
PATIENT: SPEARS,HALEY A                     MR#: Z346259
ROOM#:                               ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                    DOB: REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.            SERVICE DATE:01/19/11
PROVIDER:       Havaligi,Navasuma         REPORT#: 0125-1134
PROVIDER TYPE:   MD
================================================================
REFERRING PHYSICIAN:
Dr.Saul

TEST PERFORMED:
Polysomnogram.

INDICATION:
A 33-year-old female with symptoms of insomnia and daytime sleepiness.

PAST MEDICAL HISTORY:
Lyme disease.

MEDICATIONS:
Azithromycin, Ultram, Lexapro, Prevacid, Asacol, adrenal support, selenium, iron
and fish oil.

ALLERGIES:
ERYTHROMYCIN.

SOCIAL HISTORY:
Not detailed.

PHYSICAL EXAMINATION:
GENERAL: Height 65 inches, weight 120 pounds, BMI 20. Blood pressure 122/82,
heart rate 66, respiratory rate 14, neck girth 13 inches. Epworth sleepiness
score of 16. CRANIOFACIAL AND OROPHARYNGEAL: Exams are normal. LUNG AND
CARDIOVASCULAR: Exams were normal. ABDOMEN, EXTREMITIES AND NEUROLOGIC: Exams
were indicated as normal.

RESULTS:
The patient's usual lights out occurs between 11:00 p.m. to 1:00 a.m. Study
lights out occurred at 11:16 p.m. There was a prolonged sleep onset latency of
86 minutes. The patient slept for 3.5 hours with a low sleep efficiency of 59%.
Sleep histogram revealed multiple brief awakenings. Sleep stage analysis
revealed an increased percentage of stage N1 sleep at 20%, normal percentages of
stages N2 and N3 sleep, and no stage R sleep. The arousal index was elevated at
47 per hour and wake after sleep onset was prolonged at 64 minutes. The patient
slept mostly on her sides and very briefly supine. In her post sleep
questionnaire, she reported sleeping slightly worse than average and feeling
slightly better than average. She felt she had obtained 2 to 3 hours of sleep.

RESPIRATORY EVENTS:
When scored using Medicare guidelines, no respiratory events were scored. When
scored using the alternate definition for hypopneas by the AASM, the respiratory

disturbance index was mildly elevated at 7 events per hour. The AHI was much

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report
PATIENT: SPEARS,HALEY A                    MR#:  Z346259
ROOM#:                                ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                      DOB:  REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.            SERVICE DATE:01/19/11
PROVIDER:        Havaligi,Navasuma       REPORT#: 0125-1134
PROVIDER TYPE:    MD
==============================================================
higher during supine sleep at 60 events per hour; however, she obtained only 4
minutes of supine sleep. Oxygen saturations remained above 89% for 99% of the
night, with a nadir of 93% in association with respiratory events. The
respiratory events observed were predominantly obstructive hypopneas. No
snoring was observed.

CARDIAC EVENTS:
EKG revealed normal sinus rhythm.

EMG:
Periodic limb movement index was 48 per hour and the PLM arousal index was 16
per hour. No REM sleep was observed during the study.

IMPRESSION:
1. Periodic limb movement disorder (ICD-9 327.51).
2. Sleep onset and sleep maintenance insomnia (ICD-9 780.52)
3. No snoring or obstructive sleep apnea observed by Medicare guidelines. Mild
obstructive sleep apnea observed by consensus criteria.

Navasuma Havaligi MD

NH / de
DD: 01/25/2011 13:54:48    DT: 01/25/2011 15:04:58
Document:11309180
Voice Job Number: 580358

CC: Kristin Giannini MD
CC: Zane Saul MD


Dictating: Havaligi,Navasuma

Date signed:  01/26/11

Time signed:  1302         _____
Signature on File

Report is considered draft until signed, signified by completion of date and time stamp
above.
)

**Patient: HALEY SPEARS (9251330)**
Review Date: 4/28/2010 6:38 PM
Order Date: 4/27/2010 3:00 PM
Report Date: 4/28/2010 3:34 PM
Performed Date: 4/27/2010 3:00 PM
Procedure [Final, Reviewed]: MMH CoPath Interfaced Reports
Diagnosis: Unspecified Diagnosis

**Patient DOB:** REDACTED
Reviewed by: GIANNINI, KRISTIN A MD
Ordered by: GIANNINI, KRISTIN A MD

Comments: See Note

(
PATIENT: SPEARS,HALEY A
ACCOUNT #: D02758451          EASTERN CONNECTICUT HEALTH NETWORK
MR#: Z346259                 MANCHESTER MEMORIAL HOSPITAL
AGE: 32      SEX: F             MANCHESTER,CT
DOB: REDACTED
PATIENT LOCATION:
COLLECTED: 04/27/10          PATHOLOGY REPORT
SUBMITTED BY: O'Brien,James
COPIES TO: Giannini,Kristin

SPECIMEN NUMBER: SP10-4686
======================================================================

Specimen

Stomach, biopsy and polypectomy

Clinical Diagnosis

Abdominal pain, bloating; gastritis and gastric polyp

Macroscopic Description

Received in formalin are 4 tan 3 mm tissue fragments. Totally submitted.
(RJD)

Microscopic Description
Sections of the stomach biopsy specimen demonstrate fragments of antral and
oxyntic-type gastric mucosa. Mild chronic inflammation and fibrosis are seen
within the lamina propria. There are associated reactive mucosal changes. One
antral mucosal fragment demonstrates marked foveolar hyperplasia, suggesting a
hyperplastic mucosal polyp. No adenomatous change or malignancy is identified.
No intestinal metaplasia is seen. No Helicobacter pylori is identified.

Special studies performed: Alcian blue/PAS stain. Immunostain for Helicobacter
pylori.

Final Diagnosis

Stomach, biopsy and polypectomy: Chronic gastritis and fragment consistent with
a hyperplastic mucosal polyp. No Helicobacter pylori or intestinal metaplasia
is seen. MS/khb

Monica Srodon, M.D.
Electronic Signature
)

---

**HALEY SPEARS**                    Patient #: 9251330                    **DOB:** REDACTED (38 years)

Liberty003559

**Patient: HALEY SPEARS (9251330)**
Review Date: 4/27/2010 6:11 PM
Order Date: 4/27/2010 10:00 AM
Report Date: 4/27/2010 2:27 PM
Performed Date: 4/27/2010 10:00 AM
Procedure [Final, Reviewed]: ENDOWORKS PROCEDURE REPORT
Diagnosis: Unspecified Diagnosis

**Patient DOB:** REDACTED
Reviewed by: GIANNINI, KRISTIN A MD
Ordered by: GIANNINI, KRISTIN A MD

Comments: See Note

(

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Procedure Report
PATIENT: SPEARS,HALEY A                        MR#: Z346259
ROOM#:                                ACCT#:D02758451
LOCATION:MMH-GI PROCEDURES,LASER,B          DOB: REDACTED

ATTENDING PHYSICIAN: O'Brien,James          SERVICE DATE:04/27/10
PROVIDER:        O'Brien,James          REPORT #: 0427-1409
================================================================
Version 1, electronically signed by Dr. James O'Brien on 04/27/2010
at 14:24.
Exam Type: Esophagogastroduodenoscopy

Exam Date: 04/27/2010

Accession #: A55270

Procedure Start Time:  Scope Model/Serial# GIF-H180-2902513

Indications: pain located in the epigastrium (789.06). Dyspepsia
(536.8). Surveillance of a gastric ulcer (531.9), seen endoscopically
in 2007.

Consent: The benefits, risks ( including but not limited to causing
bleeding, perforation, infection, aspiration, allergic reaction, and
pain) and alternatives to the procedure ( including but not limited
to doing nothing, barium x-ray testing )were discussed and informed
consent was obtained from the patient.

Physical Exam: See pre-procedure record.

Preparation:  EKG, pulse, pulse oximetry and blood pressure were
monitored throughout the procedure and oxygen was given. ASA
Classification: Class 2 - Patient has mild to moderate systemic
disturbance that may or may not be related to the disorder requiring
surgery.

Medications: The patient was given oxygen. Propofol by
anesthesiologist

Procedure:  The endoscope was passed with ease through the mouth
under direct visualization and advanced to the 2nd portion of the
duodenum. The scope was withdrawn and the mucosa was carefully
examined. The views were good. The patient's toleration of the
procedure was good. Retroflexion was performed in the cardia.

Estimated Blood Loss: 1 cc

Findings: Esophagus: The esophagus appeared to be normal  with no
evidence of visible esophagitis in the esophagus. Stomach: A few
small polyps were found in the body of the stomach,  and diffuse,
mild, chronic gastritis was found in the antrum.  Multiple biopsies
were taken.  There was no evidence of erosions or of ulcers in the
stomach. Duodenum: The duodenal bulb and 2nd portion of the duodenum

---

appeared to be normal.

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Procedure Report
PATIENT: SPEARS,HALEY A                    MR#: Z346259
ROOM#:                           ACCT#:D02758451
LOCATION:MMH-GI PROCEDURES,LASER,B          DOB: REDACTED

ATTENDING PHYSICIAN: O'Brien,James          SERVICE DATE:04/27/10
PROVIDER:      O'Brien,James          REPORT #: 0427-1409
===========================================================================

Unplanned Events: There were no immediate complications.

Recommendations: Discharge home when standard parameters are met.
Resume regular diet as tolerated. Continue current Prevacid 30 mg po
BID. Follow-up on the results of the biopsy specimens.

Summary: Normal esophagus. No evidence of esophagitis in the
esophagus. Polyps were found in the body of the stomach (211.1). Mild
chronic gastritis was found in the antrum (535.10). Multiple biopsies
taken. No evidence of erosions or of ulcers in the stomach. Normal
duodenal bulb and 2nd portion of the duodenum.

Procedure Codes: EGD with biopsy

CC1:

CC2:

CC3:

Entered by: O'Brien,James

Date Signed: 04/27/10
Time Signed: 1425          O'Brien,James
_____
<<Signature on File>>

Report is considered draft until signed, signified by completion of date and time stamp
above.

Distribution:
GIAKR   Giannini,Kristin
)

**Patient: HALEY SPEARS (9251330)**
Review Date: 4/22/2009 12:25 PM
Order Date: 4/15/2009 3:30 PM
Report Date: 4/16/2009 9:59 AM
Performed Date: 4/15/2009 3:30 PM
Procedure [Final, Reviewed]: Chest w contrast
Diagnosis: Unspecified Diagnosis

**Patient DOB:** REDACTED
Reviewed by: GIANNINI, KRISTIN A MD
Ordered by: GIANNINI, KRISTIN A MD

Comments: See Note

(EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Medical Imaging Report

PATIENT: SPEARS,HALEY A                    DOB#   REDACTED
ADMISSION DATE: 04/15/09                   MR#:  Z346259
ACCT#: D02415286
LOCATION: MMH-CAT SCAN                     ROOM#:

ATTENDING PHYSICIAN: Giannini,Kristin
DICTATING PHYSICIAN: Shuler,Frederick      REPORT#: 0416-0081
ORDERING PHYSICIAN: Giannini,Kristin
EXAM SERVICE DATE: 04/15/09
EXAM: Chest w contrast
=============================================================================
0955287

CT chest

INDICATION: Lymphadenopathy; shortness of breath, wheezing, night sweats

Helical scanning was performed through the chest during the intravenous
administration of 100 mL Omnipaque 350. There are no prior studies for
comparison.
The lungs are well expanded and essentially clear. There is a solitary
pulmonary nodule peripherally in the lateral right lower lobe (image #32)
measuring 4 mm in diameter. The pleural spaces are clear. The mediastinum is
unremarkable, without mass or adenopathy. A small amount of residual thymic
tissue is noted. There are small lymph nodes in the axilla without pathologic
enlargement. Previously described left thyroid nodule on ultrasound is not
evident on CT.

IMPRESSION:

4 mm right lower lobe solitary pulmonary nodule. Consideration could be given
to followup in 6 months.
The examination is otherwise unremarkable.

DICTATED BY: Shuler,Frederick          04/16/09 0944
TRANSCRIBED BY: PSCRIBE
REPORT STATUS: Signed                  04/16/09

Report is considered draft until signed, signified by completion of date and time stamp
above.
)

**Patient: HALEY SPEARS (9251330)**
Review Date: 4/22/2009 12:25 PM
Order Date: 4/15/2009 3:30 PM
Report Date: 4/16/2009 10:08 AM
Performed Date: 4/15/2009 3:30 PM
Procedure [Final, Reviewed]: ABD/PEL w contrast
Diagnosis: Unspecified Diagnosis

**Patient DOB:** REDACTED
Reviewed by: GIANNINI, KRISTIN A MD
Ordered by: GIANNINI, KRISTIN A MD

Comments: See Note

(EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Medical Imaging Report

PATIENT: SPEARS,HALEY A                      DOB#   REDACTED
ADMISSION DATE: 04/15/09                      MR#:  Z346259
ACCT#: D02415286
LOCATION: MMH-CAT SCAN                        ROOM#:

ATTENDING PHYSICIAN: Giannini,Kristin
DICTATING PHYSICIAN: Shuler,Frederick           REPORT#: 0416-0088
ORDERING PHYSICIAN:  Giannini,Kristin
EXAM SERVICE DATE: 04/15/09
EXAM: ABD/PEL w contrast
==============================================================================
0955286

CT abdomen and pelvis

INDICATION: Lymphadenopathy, abdominal pain and distention

Helical scanning is performed through the abdomen and pelvis during intravenous
administration of 100 mL Omnipaque 350. Comparison is made with ultrasound
examination dated 11/19/2008. The liver, spleen, pancreas, gallbladder, adrenal
glands, kidneys, aorta, inferior vena cava, uterus, right ovary and bladder
appear unremarkable. There is a thin walled cyst in the left ovary measuring 2.4
cm in greatest diameter which is likely physiologic. There is a trace of free
fluid in the pelvis which may also be physiologic. The bowel is incompletely
opacified but appears unremarkable without dilatation or focal inflammation. No
mass or adenopathy is evident.

IMPRESSION:

Left ovarian cyst and small amount of free fluid, likely physiologic.

No mass, adenopathy or focal inflammatory change is evident.

DICTATED BY: Shuler,Frederick          04/16/09 0947
TRANSCRIBED BY: PSCRIBE
REPORT STATUS: Signed                  04/16/09

Report is considered draft until signed, signified by completion of date and time stamp
above.
)

7H317150003

**Patient: HALEY SPEARS (9251330)**
Order Date: 4/8/2009 3:52 PM
Procedure [Ordered]: CT PELVIS W/DYE (72193) [ CT Scans Spine and Pelvis ]
Diagnosis: OTALGIA NOS (388.70)

**Patient DOB:** REDACTED
Ordered by: GIANNINI, KRISTIN A MD

7H317150003

**Patient: HALEY SPEARS (9251330)**
Order Date: 4/8/2009 3:51 PM
Procedure [Ordered]: CT THORAX W/DYE (71260) [ CT Scans Chest ]
Diagnosis: OTALGIA NOS (388.70)

**Patient DOB:** REDACTED
Ordered by: GIANNINI, KRISTIN A MD

Liberty003565

**Patient: HALEY SPEARS (9251330)**

Order Date: 4/8/2009 3:51 PM

**Patient DOB:** REDACTED
Ordered by: GIANNINI, KRISTIN A
MD

Procedure [Ordered]: CT ABDOMEN W/DYE (74160) [ CT Scans Abdomen ]
Diagnosis: OTALGIA NOS (388.70)
Order comment: Has multiple immune and ID issues--evaluate lymph nodes of the chest, abdomen,
and pelvis

Liberty003566

**Patient: HALEY SPEARS (9251330)**
Review Date: 2/15/2011 5:47 PM
Order Date: 2/15/2011 5:47 PM
Report Date: 2/15/2011 5:47 PM
Performed Date: 2/15/2011 5:47 PM
Procedure [Final, Reviewed]: FOLLOW UP IF NO IMPROVEMENT OR IF SYMPTOMS WORSEN
Diagnosis: SORE THROAT (462 | J02.9)

**Patient DOB:** REDACTED
Reviewed by: Joseph Bartoszek, Jr., PA-C
Ordered by: Joseph Bartoszek, Jr., PA-C

Liberty003567

**Patient: HALEY SPEARS (9251330)**
Review Date: 11/16/2010 3:20 PM
Order Date: 11/16/2010 3:20 PM
Report Date: 11/16/2010 3:20 PM
Performed Date: 11/16/2010 3:20 PM
Procedure [Final, Reviewed]: FOLLOW UP IF NO IMPROVEMENT OR IF SYMPTOMS WORSEN
Diagnosis: URI - Status is Inactive (465.9 | J06.9)

**Patient DOB:** REDACTED
Reviewed by: SUSAN C IZZO, APRN
Ordered by: SUSAN C IZZO, APRN

Liberty003568

**Patient: HALEY SPEARS (92S1330)**

Review Date: 6/18/2009 7:34 PM

Order Date: 6/18/2009 7:34 PM
Report Date: 6/18/2009 7:34 PM
Performed Date: 6/18/2009 7:34 PM
Procedure [Final, Reviewed]: FOLLOW UP IN 3 MONTHS
Diagnosis: CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE
(784.0 | R51)

**Patient DOB:** REDACTED
Reviewed by: KRISTIN A GIANNINI,
MD
Ordered by: KRISTIN A GIANNINI, MD

**Patient: HALEY SPEARS (9251330)**
Review Date: 3/10/2009 3:35 PM
Order Date: 3/10/2009 3:35 PM
Report Date: 3/10/2009 3:35 PM
Performed Date: 3/10/2009 3:35 PM
Procedure [Final, Reviewed]: FOLLOW UP IN 3 MONTHS
Diagnosis: ASTHMA, UNSPECIFIED ASTHMA SEVERITY, UNCOMPLICATED

**Patient DOB:** REDACTED
Reviewed by: KRISTIN A GIANNINI, MD
Ordered by: KRISTIN A GIANNINI, MD

Liberty003570

7H317150003

## Immunization Record for HALEY SPEARS

| Immunization Type | Immunization Order | Date Given | Medication | Funding | Comment |
|---|---|---|---|---|---|
| Td, preservative free (7 years and up) | Td, preservative free (7 years and up) (90714) | 11/25/2013 4:38 pm | | Private | |

Liberty003571

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Tpke, Ste M**
**Vernon, CT 06066**
**Phone:**(860) 872-8321 **Fax:** (860) 979-0056

**Patient Name:**     **HALEY SPEARS**

**Date of Birth:**     REDACTED

**Patient Problem Summary**
  **Active Problems**
  - HASHIMOTO'S THYROIDITIS (245.2 | E06.3)
  - MULTINODULAR GOITER (NONTOXIC) (241.1 | E04.2)
  - NEED FOR TD VACCINE (V06.5 | Z23)
  - ASTHMA, UNSPECIFIED ASTHMA SEVERITY, UNCOMPLICATED (493.90)
  - ALLERGIC RHINITIS (477.9 | J30.9)
  - OTALGIA NOS (388.70 | H92.09)
  - CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0 | R51)
  - NEOP, NOS, BRAIN  (239.6)
  - LYME DISEASE (088.81 | A69.20)
  - COLITIS, ULCERATIVE NOS (556.9 | K51.90)
  - SORE THROAT  (462 | J02.9)
  **Inactive Problems**
  - SEBACEOUS CYST - Status is Inactive (706.2 | L72.3)
  - SYMPTOM, COUGH - Status is Inactive (786.2 | R05)
  - URI - Status is Inactive (465.9 | J06.9)

**Patient Encounter Summary**
  - 11/25/2013  Nurse Visit (Sandra Sudduth): Td VACCINE (V06.5)
  - 12/10/2012  No Show (Felicia A Pelton)
  - 11/19/2012  Office Visit (KRISTIN A GIANNINI, MD): ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), OTALGIA NOS (388.70)
  - 10/01/2012  Phone Encounter (KRISTIN A GIANNINI, MD): ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
  - 08/23/2012  Office Visit (HYOUNGSUP PARK, MD): SEBACEOUS CYST (706.2)
  - 11/14/2011  Phone Encounter (KRISTIN A GIANNINI, MD): ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
  - 02/15/2011  Office Visit (Joseph Bartoszek, Jr., PA-C): SORE THROAT (462.)
  - 11/22/2010  Annotation/Addendum (SUSAN C IZZO, APRN): SYMPTOM, COUGH (786.2)
  - 11/16/2010  Office Visit (SUSAN C IZZO, APRN): URI (465.9)
  - 11/15/2010  Phone Encounter (KRISTIN A GIANNINI, MD): SYMPTOM, COUGH (786.2)
  - 07/09/2010  Office Visit (KRISTIN A GIANNINI, MD): LYME DISEASE (088.81)
  - 06/08/2010  Phone Encounter (KRISTIN A GIANNINI, MD): ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
  - 01/20/2010  Office Visit (KRISTIN A GIANNINI, MD): LYME DISEASE (088.81)
  - 06/18/2009  Office Visit (KRISTIN A GIANNINI, MD): Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0), ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
  - 06/10/2009  No Show OV (Felicia A Pelton)
  - 04/22/2009  Historical Summary (KRISTIN A GIANNINI, MD)
  - 04/08/2009  Office Visit (KRISTIN A GIANNINI, MD): OTALGIA NOS (388.70)
  - 03/10/2009  Office Visit (KRISTIN A GIANNINI, MD): ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90), LYME DISEASE (088.81), Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)

**Patient History Summary**

  **Allergy**
  - ERYTHROMYCIN, NOS []: VOMITING

**Problem List/Past Medical**
- ASTHMA, UNSPECIFIED ASTHMA SEVERITY, UNCOMPLICATED (493.90)
- PATIENT REFERRALS (V68.81) : Dr. Joachin Baehring--neurosurgeon Dr. Zagar--neurology Dr. O'Brien--GI Dr. Kage--rheum Dr. Oberstein--endo Dr. Lauren Gaouen--homeopathic MD
- NEOP, NOS, BRAIN  (239.6)
- LYME DISEASE (088.81 | A69.20)
- MULTINODULAR GOITER (NONTOXIC) (241.1 | E04.2)
- HASHIMOTO'S THYROIDITIS (245.2 | E06.3)
- ALLERGIC RHINITIS (477.9 | J30.9)
- COLITIS, ULCERATIVE NOS (556.9 | K51.90)
- CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0 | R51)

**Other Problems**
- OTALGIA NOS (388.70 | H92.09)
- SORE THROAT  (462 | J02.9) : rapid strep neg
- URI - Status is Inactive (465.9 | J06.9)  *Status is Inactive*
- SEBACEOUS CYST - Status is Inactive (706.2 | L72.3)  *Status is Inactive*
- SYMPTOM, COUGH - Status is Inactive (786.2 | R05)  *Status is Inactive*
- NEED FOR TD VACCINE (V06.5 | Z23)

**Medications**
- Singulair (10MG Tablet, 1 (one) Oral daily, Taken starting 11/11/2014) Active.
- Xopenex HFA (45MCG/ACT Aerosol, 2 (two) Inhalation four times daily, as needed, Taken starting 04/18/2014) Active.
- ZyrTEC Allergy (10MG Tablet, 1 (one) Oral daily, Taken starting 09/04/2013) Active.
- Ipratropium-Albuterol (0.5-2.5 (3)MG/3ML Solution, 1 (one) Inhalation every four hours, as needed, Taken starting 01/28/2013) Active.
- Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/12/2012) Active.
- Nebulizer (1 as needed, Taken starting 11/14/2011) Active. (portable, Dx: 493.90)
- EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device, 1 Intramuscular as needed, Taken starting 10/19/2011) Active.
- Levaquin (500MG Tablet, 1 Oral daily, Taken starting 02/15/2011) Active.
- Hydromet (5-1.5MG/5ML Syrup, 1-2 tsp Oral every four hours, as needed, Taken 11/16/2010 to 10/01/2012) Inactive.
- Tessalon (200MG Capsule, 1 (one) Oral three times daily, as needed, Taken 11/15/2010 to 02/15/2011) Inactive.
- Advair Diskus (250-50MCG/DOSE Misc, 1 Inhalation two times daily, Taken 05/27/2010 to 11/16/2010) Inactive.
- ZyrTEC (10MG Tablet, 1 Oral daily, Taken 01/20/2010 to 06/08/2010) Discontinued. (This order discontinued per Medi-Span.)
- Topamax (100MG Tablet, 1½ (one and a half) Oral daily, Taken 06/18/2009 to 11/16/2010) Inactive.
- Vitamin D (50000UNIT Capsule, 1 Oral once a week, Taken 06/18/2009 to 06/18/2009) Discontinued.
- Rocephin (2GM For Solution, 1 Intravenous daily, Taken 06/18/2009 to 06/18/2009) Discontinued.
- Zoloft (50MG Tablet, 1 Oral daily, Taken 06/18/2009 to 06/18/2009) Discontinued.
- Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
- Prevacid (30MG Capsule DR, 1 Oral two times daily) Active.
- Asacol (400MG Tablet DR, 2 Oral two times daily) Active.
- Omnicef (300MG Capsule, 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
- Rifampin (600MG For Solution, 1 Intravenous daily, Stopped taking 11/16/2010) Inactive.
- Mepron (750MG/5ML Suspension, 1 tsp Oral two times daily) Active.
- Coartem (20-120MG Tablet, 2 Oral two times daily) Active.
- Mepron (750MG/5ML Suspension, 2 tsp Oral daily) Active.
- Plaquenil (200MG Tablet, 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
- Famotidine (20MG Tablet, 2 Oral at bedtime, Stopped taking 11/16/2010) Inactive.
- Lexapro (20MG Tablet, 1 Oral daily, Stopped taking 02/15/2011) Inactive.
- Zithromax (500MG Tablet, 1 Oral daily, Stopped taking 02/15/2011) Inactive.
- TraMADol HCl (50MG Tablet, 1 Oral three times daily) Active.
- Allimax--OTC capsules (1 daily) Active.

**Social**
- Caffeine Use; 3-5 TEA OR COFFEE A WEEK
- Tobacco Use: Never smoker
- Alcohol Use: Occasional alcohol use; 1 a month
- Non Smoker/No Tobacco Use
- Non Drinker/No Alcohol Use


**Medication Summary**

---

- Singulair 10MG, 1 (one) Tablet daily, #90, starting 11/11/2014, No Refill, Mail Order #180, Ref. x3. Active.
- Xopenex HFA 45MCG/ACT, 2 (two) Puff(s) four times daily, as needed, 1 Inhaler, starting 04/18/2014, Ref. x3. Active.
- ZyrTEC Allergy 10MG, 1 (one) Tablet daily, #90, starting 09/04/2013, Ref. x2. Active.
- Ipratropium-Albuterol 0.5-2.5 (3)MG/3ML, 1 (one) Solution every four hours, as needed, 1 box(s), starting 01/28/2013, Ref. x6. Active.
- Astepro 0.15%, 1 (one) Spray(s) each nostril daily, 1 Solution, starting 11/19/2012, No Refill. Active.
- Coartem (20-120MG Tablet, 2 Oral two times daily) Active.
- Mepron (750MG/5ML Suspension, 1 tsp Oral two times daily) Active.
- Allimax--OTC capsules (1 daily) Active.
- Levaquin 500MG, 1 Tablet daily, #7, starting 02/15/2011, No Refill. Active.
- EpiPen 2-Pak 0.3 MG/0.3ML(1:1000), 1 as needed, starting 10/19/2011, Ref. x1. Active.
- Nebulizer, 1 Device as needed, 1 Device, starting 11/14/2011, No Refill. Active.
- Ventolin HFA 108 (90 Base)MCG/ACT, 2 puffs Aerosol Soln four times daily, as needed, 2 Aerosol Soln, starting 03/12/2012, Ref. x3. Active.
- Mepron 750MG/5ML, 2 tsp daily, No Refill. Active.
- TraMADol HCl 50MG, 1 three times daily, No Refill. Active.
- Proventil HFA 108 (90 Base)MCG/ACT, 2 puffs Aerosol Soln four times daily, as needed, 1 Aerosol Soln, starting 03/10/2009, Ref. x5. Active.
- Asacol 400MG, 2 two times daily, No Refill. Active.
- Prevacid 30MG, 1 two times daily, No Refill. Active.

Liberty003574

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**S20 Hartford Tpke, Ste M**
**Vernon, CT 06066**
**Phone:**(860) 872-8321 **Fax:** (860) 979-0056

---

**Patient Name:**          **HALEY SPEARS**

**Date of Birth:**          REDACTED

**Patient Problem Summary**
   **Active Problems**
- HASHIMOTO'S THYROIDITIS (245.2 | E06.3)
- MULTINODULAR GOITER (NONTOXIC) (241.1 | E04.2)
- NEED FOR TD VACCINE (V06.S | Z23)
- ASTHMA, UNSPECIFIED ASTHMA SEVERITY, UNCOMPLICATED (493.90)
- ALLERGIC RHINITIS (477.9 | J30.9)
- OTALGIA NOS (388.70 | H92.09)
- CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0 | R51)
- NEOP, NOS, BRAIN  (239.6)
- LYME DISEASE (088.81 | A69.20)
- COLITIS, ULCERATIVE NOS (SS6.9 | K51.90)
- SORE THROAT  (462 | J02.9)
   **Inactive Problems**
- SEBACEOUS CYST - Status is Inactive (706.2 | L72.3)
- SYMPTOM, COUGH - Status is Inactive (786.2 | R0S)
- URI - Status is Inactive (46S.9 | J06.9)

**Patient Encounter Summary**
- 11/25/2013  Nurse Visit (Sandra Sudduth): Td VACCINE (V06.5)
- 12/10/2012  No Show (Felicia A Pelton)
- 11/19/2012  Office Visit (KRISTIN A GIANNINI, MD): ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), OTALGIA NOS (388.70)
- 10/01/2012  Phone Encounter (KRISTIN A GIANNINI, MD): ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
- 08/23/2012  Office Visit (HYOUNGSUP PARK, MD): SEBACEOUS CYST (706.2)
- 11/14/2011  Phone Encounter (KRISTIN A GIANNINI, MD): ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
- 02/15/2011  Office Visit (Joseph Bartoszek, Jr., PA-C): SORE THROAT (462.)
- 11/22/2010  Annotation/Addendum (SUSAN C IZZO, APRN): SYMPTOM, COUGH (786.2)
- 11/16/2010  Office Visit (SUSAN C IZZO, APRN): URI (465.9)
- 11/15/2010  Phone Encounter (KRISTIN A GIANNINI, MD): SYMPTOM, COUGH (786.2)
- 07/09/2010  Office Visit (KRISTIN A GIANNINI, MD): LYME DISEASE (088.81)
- 06/08/2010  Phone Encounter (KRISTIN A GIANNINI, MD): ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
- 01/20/2010  Office Visit (KRISTIN A GIANNINI, MD): LYME DISEASE (088.81)
- 06/18/2009  Office Visit (KRISTIN A GIANNINI, MD): Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0), ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
- 06/10/2009  No Show OV (Felicia A Pelton)
- 04/22/2009  Historical Summary (KRISTIN A GIANNINI, MD)
- 04/08/2009  Office Visit (KRISTIN A GIANNINI, MD): OTALGIA NOS (388.70)
- 03/10/2009  Office Visit (KRISTIN A GIANNINI, MD): ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90), LYME DISEASE (088.81), Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)

**Patient History Summary**

   **Allergy**
- ERYTHROMYCIN, NOS []: VOMITING

---

HALEY SPEARS

Patient #:  92S1330

DOB:  REDACTED 38 years)

Wednesday, October 21, 201S

Page 1 / 3

Liberty003575

**Problem List/Past Medical**
- ASTHMA, UNSPECIFIED ASTHMA SEVERITY, UNCOMPLICATED (493.90)
- PATIENT REFERRALS (V68.81) : Dr. Joachin Baehring--neurosurgeon Dr. Zagar--neurology Dr. O'Brien--GI Dr. Kage--rheum Dr. Oberstein--endo Dr. Lauren Gaouen--homeopathic MD
- NEOP, NOS, BRAIN  (239.6)
- LYME DISEASE (088.81 | A69.20)
- MULTINODULAR GOITER (NONTOXIC) (241.1 | E04.2)
- HASHIMOTO'S THYROIDITIS (245.2 | E06.3)
- ALLERGIC RHINITIS (477.9 | J30.9)
- COLITIS, ULCERATIVE NOS (556.9 | K51.90)
- CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0 | R51)

**Other Problems**
- OTALGIA NOS (388.70 | H92.09)
- SORE THROAT (462 | J02.9) : rapid strep neg
- URI - Status is Inactive (465.9 | J06.9)  *Status is Inactive*
- SEBACEOUS CYST - Status is Inactive (706.2 | L72.3)  *Status is Inactive*
- SYMPTOM, COUGH - Status is Inactive (786.2 | R05)  *Status is Inactive*
- NEED FOR TD VACCINE (V06.5 | Z23)

**Medications**
- Singulair (10MG Tablet, 1 (one) Oral daily, Taken starting 11/11/2014) Active.
- Xopenex HFA (45MCG/ACT Aerosol, 2 (two) Inhalation four times daily, as needed, Taken starting 04/18/2014) Active.
- ZyrTEC Allergy (10MG Tablet, 1 (one) Oral daily, Taken starting 09/04/2013) Active.
- Ipratropium-Albuterol (0.5-2.5 (3)MG/3ML Solution, 1 (one) Inhalation every four hours, as needed, Taken starting 01/28/2013) Active.
- Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/12/2012) Active.
- Nebulizer (1 as needed, Taken starting 11/14/2011) Active. (portable, Dx: 493.90)
- EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device, 1 Intramuscular as needed, Taken starting 10/19/2011) Active.
- Levaquin (500MG Tablet, 1 Oral daily, Taken starting 02/15/2011) Active.
- Hydromet (5-1.5MG/5ML Syrup, 1-2 tsp Oral every four hours, as needed, Taken 11/16/2010 to 10/01/2012) Inactive.
- Tessalon (200MG Capsule, 1 (one) Oral three times daily, as needed, Taken 11/15/2010 to 02/15/2011) Inactive.
- Advair Diskus (250-50MCG/DOSE Misc, 1 Inhalation two times daily, Taken 05/27/2010 to 11/16/2010) Inactive.
- ZyrTEC (10MG Tablet, 1 Oral daily, Taken 01/20/2010 to 06/08/2010) Discontinued. (This order discontinued per Medi-Span.)
- Topamax (100MG Tablet, 1½ (one and a half) Oral daily, Taken 06/18/2009 to 11/16/2010) Inactive.
- Vitamin D (50000UNIT Capsule, 1 Oral once a week, Taken 06/18/2009 to 06/18/2009) Discontinued.
- Rocephin (2GM For Solution, 1 Intravenous daily, Taken 06/18/2009 to 06/18/2009) Discontinued.
- Zoloft (50MG Tablet, 1 Oral daily, Taken 06/18/2009 to 06/18/2009) Discontinued.
- Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
- Prevacid (30MG Capsule DR, 1 Oral two times daily) Active.
- Asacol (400MG Tablet DR, 2 Oral two times daily) Active.
- Omnicef (300MG Capsule, 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
- Rifampin (600MG For Solution, 1 Intravenous daily, Stopped taking 11/16/2010) Inactive.
- Mepron (750MG/5ML Suspension, 1 tsp Oral two times daily) Active.
- Coartem (20-120MG Tablet, 2 Oral two times daily) Active.
- Mepron (750MG/5ML Suspension, 2 tsp Oral daily) Active.
- Plaquenil (200MG Tablet, 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
- Famotidine (20MG Tablet, 2 Oral at bedtime, Stopped taking 11/16/2010) Inactive.
- Lexapro (20MG Tablet, 1 Oral daily, Stopped taking 02/15/2011) Inactive.
- Zithromax (500MG Tablet, 1 Oral daily, Stopped taking 02/15/2011) Inactive.
- TraMADol HCl (50MG Tablet, 1 Oral three times daily) Active.
- Allimax--OTC capsules (1 daily) Active.

**Social**
- Caffeine Use; 3-5 TEA OR COFFEE A WEEK
- Tobacco Use: Never smoker
- Alcohol Use: Occasional alcohol use; 1 a month
- Non Smoker/No Tobacco Use
- Non Drinker/No Alcohol Use

**Medication Summary**

---

Liberty003576

- Singulair 10MG, 1 (one) Tablet daily, #90, starting 11/11/2014, No Refill, Mail Order #180, Ref. x3. Active.
- Xopenex HFA 45MCG/ACT, 2 (two) Puff(s) four times daily, as needed, 1 Inhaler, starting 04/18/2014, Ref. x3. Active.
- ZyrTEC Allergy 10MG, 1 (one) Tablet daily, #90, starting 09/04/2013, Ref. x2. Active.
- Ipratropium-Albuterol 0.5-2.5 (3)MG/3ML, 1 (one) Solution every four hours, as needed, 1 box(s), starting 01/28/2013, Ref. x6. Active.
- Astepro 0.15%, 1 (one) Spray(s) each nostril daily, 1 Solution, starting 11/19/2012, No Refill. Active.
- Coartem (20-120MG Tablet, 2 Oral two times daily) Active.
- Mepron (750MG/5ML Suspension, 1 tsp Oral two times daily) Active.
- Allimax--OTC capsules (1 daily) Active.
- Levaquin 500MG, 1 Tablet daily, #7, starting 02/15/2011, No Refill. Active.
- EpiPen 2-Pak 0.3 MG/0.3ML(1:1000), 1 as needed, starting 10/19/2011, Ref. x1. Active.
- Nebulizer, 1 Device as needed, 1 Device, starting 11/14/2011, No Refill. Active.
- Ventolin HFA 108 (90 Base)MCG/ACT, 2 puffs Aerosol Soln four times daily, as needed, 2 Aerosol Soln, starting 03/12/2012, Ref. x3. Active.
- Mepron 750MG/5ML, 2 tsp daily, No Refill. Active.
- TraMADol HCl 50MG, 1 three times daily, No Refill. Active.
- Proventil HFA 108 (90 Base)MCG/ACT, 2 puffs Aerosol Soln four times daily, as needed, 1 Aerosol Soln, starting 03/10/2009, Ref. x5. Active.
- Asacol 400MG, 2 two times daily, No Refill. Active.
- Prevacid 30MG, 1 two times daily, No Refill. Active.

ن, CT 06066

$ 006.78°

TO:

Liberty Insuance Comp
P.O.B. 1213
London, Kentucky 40741-7213
ATTN: Lindsey Winterer



**UNITED STATES**
**POSTAL SERVICE**

USPS TRACKING #



9114 9999 5638 5064 3195 68

Liberty003578

ҙ 3
ₒn, CT 06066

**TO:**

Liberty Insuance Comp
P.O.B. 1213
London, Kentucky 40741-7213
ATTN: Lindsey Winterer



**UNITED STATES**
**POSTAL SERVICE**

**USPS TRACKING #**



9114 9999 5638 5064 3195 37

Liberty003579

3

7H3171 00003

, CT 06066

## TO:

Liberty Insuance Comp
P.O.B. 1213
London, Kentucky 40741-7213
ATTN: Lindsey Winterer



**USPS TRACKING #**



9114 9999 5638 5064 3195 44

Label400, 26 May, 2014
75960-17-000 1695

Liberty003580

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
1931 WOODBURY AVE
PORTSMOUTH ,NH 03801

Haley Spears
# 2500391

FOLD HERE



## Connecticut
## Multispecialty
## Group, P.C.

*Leaders in Integrated Medical Care*

11/11/15   **FAX COVER SHEET**

DATE: _____Liberty Mutual._____

SENT TO: _____

FAX: _____ - _____

FROM: _____

# OF PAGES INCLUDING COVER PAGE: _____15

RE: _____Haley Spears_____  **REDACTED**

_____

_____

_____

_____

_____

_____

NOTE: This facsimile may contain privileged and/or confidential information intended only for the use of the addressee. If you are not the addressee, or the person responsible for the delivering of this facsimile to the person addressed, you may not copy or deliver this document to anyone else. If you received this facsimile by mistake, please notify us immediately at the above address.

Thank You.

**Division of Pulmonary/ Critical Care and Internal Medicine**

Erika Cappelluti, M.D., Ph.D.
Michael M. Conway, M.D.
John R. McArdle, M.D.
Megan Panico, M.D.
J. Samuel Pope, M.D.
Francoise Roux, M.D., Ph.D.
John H. Russomanno, M.D.
Edward L. Salerno, M.D.
Eric T. Shore, M.D.
Natalya Thorevska, M.D.
Patrick Troy, M.D.
Jeffrey C. Nascimento, D.O.
Joan M. Biskup, P.A.-C.
Susan K. Peters, P.A.-C.
Deanne E. Rendock, A.P.R.N
Marc Uyekliong, A.P.R.N.

533 Cottage Grove Road
Bloomfield, Connecticut 06002
860-243-8131
Fax 860-286-7095

9 Cranbrook Blvd., Second Floor
Enfield, Connecticut 06082

11 South Road, Suite 240
Farmington, Connecticut 06032

704 Hebron Avenue, Suite 202
Glastonbury, Connecticut 06033

256 North Main Street
Manchester Connecticut 06040

85 Seymour Street, Suite 923
Hartford, Connecticut 06106
860-547-1876
Fax 860-520-1379

1260 Silas Deane Highway, Suite 109
Wethersfield, Connecticut 06109
860-547-1876
Fax 860-571-2972

www.cmgmds.com

Liberty003582



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Erika Cappelluti, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Erika Cappelluti:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED.
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

• **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty003583

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:  REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

2  of 2

Liberty003584



**Liberty Mutual.**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5023
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6111E
Fax No.: 1-203-294-8298

S.S. No.  REDACTED

DATE:

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

[signature]
Signature

REDACTED

9/8/15
Date

Liberty003585



**Connecticut
Multispecialty
Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Pulmonary Medicine

Erika Cappelluti, MD,PhD  Michael Conway, MD  John McArdle, MD  Jeffrey Nascimento, DO
Megan Panico, MD  Samuel Pope, MD  Francoise Roux, MD,PhD  John Russomanno, MD
Edward Salerno, MD  Eric Shore, MD  Natalya Thorevska, MD  Patrick Troy, MD
Joan Biskup, PAC  Susan Peters, PAC  Deanne Rendock, APRN  Marc Uyekliong, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 04/10/2014

**Reason For Visit**
HALEY SPEARS is here today for Follow-up.
**Active Problems**
Allergic rhinitis  (477.9)
Asthma  (493.90)
Autoimmune Disease  (279.49)
Bloating (Symptom)  (787.3)
Considered Demyelinating Disorders  (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings  (794.6); TPO ab elevated
Fatty liver  (571.8)
Hashimoto's thyroiditis  (245.2)
Hypoglycemia  (251.2)
Migraine headache  (346.90); new in fall 08
Oral thrush  (112.0)
Plantar fasciitis  (728.71); ? separate from other conditions
Postoperative hypothyroidism  (244.0); 4mm microcarcinoma; papillary; Dr Udelsman at Yale
Systemic lupus erythematosus  (710.0)
Ulcerative colitis  (556.9).
**HPI**
Her asthma has been acting up- had to use her rescue inhaler more in the past couple of weeks.

She has been pretty diligent about avoiding dairy-

Has had issues with her lips cracking- has not been taking her supplements regularly.
**ROS**
**Systemic:** Feeling tired (fatigue).  No night sweats, no recent weight loss, and no recent weight gain.
**Head:** No headache.
**Neck:** No neck pain.
**Eyes:** No blurry vision.
**Otolaryngeal:** No hearing loss, no tinnitus, no postnasal drip, and not constantly clearing throat.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal:** No polyphagia.  No heartburn, no belching, no nausea, and no vomiting.  Abdominal swelling
    and abdominal pain.  No flatus, no diarrhea, and no constipation.
**Genitourinary:** No genitourinary symptoms, no urinary symptoms, no hematuria, no change in urinary frequency,
    and no feelings of urinary urgency.  No dysuria  and no burning sensation during urination.
**Endocrine:** No endocrine symptoms, no polydipsia, no heat intolerance, and not to cold.  No feeling weak.
**Hematologic:** No tendency for easy bruising.

Liberty003586

## RE: SPEARS, HALEY A.

**Musculoskeletal:** No musculoskeletal symptoms and no lower back pain. No muscle aches and no localized soft tissue swelling of the leg. No muscle cramps, no muscle spasms, no localized joint pain, no localized joint swelling, and no localized joint stiffness.

**Neurological:** No neurological symptoms, no dizziness, no decrease in concentrating ability, no memory lapses or loss, no tingling, and no numbness.

**Psychological:** No anxiety, no depression, and no initial insomnia. A desire to continue living.

**Skin:** No rash.

**Allergic and Immunologic:** No allergic/immunologic symptoms, no complaint of seasonal allergic reaction, and not from ingested food. No complaint of recurrent infections.

### Allergies
No Known Drug Allergy.

### Current Meds
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Colostrum CAPS;40% IgG 1 DAILY; RPT
Vitamin D3 2000 UNIT Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Calcium-Magnesium-Vitamin D CAPS;TAKE 1 CAPSULE DAILY; RPT
Gentle Iron CAPS;25 mg daily; RPT
Famotidine 20 MG Oral Tablet;TAKE 2 TABLET DAILY; RPT
Bayer Contour Test In Vitro Strip;USE 2 STRIP Daily; Rx
Bayer Microlet Lancets Miscellaneous;TEST 2X'S A DAY; Rx
Progesterone CREA;take 15 days prior menses; RPT
Singulair 10 MG Oral Tablet (Montelukast Sodium);TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Supplements;SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C 1000MG DAILY; RPT
Synthroid 100 MCG Oral Tablet (Levothyroxine Sodium);TAKE 1 TABLET DAILY.; Rx.

### PMH
Acute Gastric Ulcer Resolved (531.30)
Nontoxic multinodular goiter (241.1)
Thyroid Cyst (246.2).

### Family Hx
Denied Autoimmune Disease
Osteoporosis; mother
Denied Thyroid Disorder.

### Personal Hx
Caffeine Use
Daily Coffee Consumption (___ Cups/Day); 1 a month
Marital History - Single
MU - Never A Smoker
Occupation:; adminst.

### Vital Signs
 Recorded by Lopes,Susana on 10 Apr 2014 03:19 PM
BP:120/80,
Temp: 99.7 F,
Height: 64.25 in, Weight: 134 lb, BMI: 22.8 kg/m2,
BMI Calculated: 22.82 ,
BSA Calculated: 1.65.

### Physical Exam
**General Appearance:**
  • Not oriented to time, place, and person. • In acute distress.
**Lungs:**
  ° Chest was not overinflated. ° Clear to auscultation. ° No decrease in breath sounds was heard. ° No

Liberty003587

## RE: SPEARS, HALEY A.

wheezing was heard. ° No rhonchi were heard. ° No rales/crackles were heard.

**Cardiovascular:**

Heart Rate And Rhythm: ° Normal.

Heart Sounds: ° No S3 heard. ° No S4 heard. ° No gallop was heard.

Murmurs: ° No murmurs were heard.

**Assessment**

Asthma (493.90).

Allergic rhinitis (477.9).

**Orders**

Levalbuterol HCl - 0.63 MG/3ML Inhalation Nebulization Solution(Xopenex);USE 1 VIAL VIA NEBULIZER
EVERY 4 HOURS AS NEEDED; Qty144; R6; Rx Amended By: Cappelluti, Erika 04/10/2014 16:03:14 PM EST.
EpiPen 2-Pak 0.3 MG/0.3ML Injection Device;INJECT 0.3 ML Once PRN anaphylaxis; Qty1; R3; Rx Amended
By: Cappelluti, Erika 04/10/2014 16:03:14 PM EST.

**Plan**

1-continue singulair, zyrtec and sinus rinse

2-will increase vit D3, B12, and vit C

3-will give her some samples advair 100

4-elimination diet handout

5-new script for neb treatment

TIME SPENT (face to face) : 45   minutes

Greater than 50% of time spent counseling/discussion.

**Signature**

Electronically signed by : Erika Cappelluti M.D.; 04/10/2014 3:59 PM EST.

Electronically signed by : Erika Cappelluti M.D.; 04/10/2014 4:11 PM EST.

*85 Seymour St, Ste 923, Hartford, CT 06106 Phone- (860) 547-1876 Fax- (860) 520-1379*
*533 Cottage Grove Rd, Bloomfield, CT 06002 Phone- (860) 243-8131 Fax- (860) 286-7095*
*704 Hebron Ave, Ste 201, Glastonbury, CT 06033 Phone- (860) 659-6272 Fax- (860) 520-1379*
*1260 Silas Deane Hgwy, Wethersfield, CT 06109*
*11 South Road, Suite 240, Farmington, CT 06032*

Liberty003588



**Connecticut Multispecialty Group, P.C.**

*Leaders in Integrated Medical Care*

## Division of Pulmonary Medicine

Erika Cappelluti, MD,PhD Michael Conway, MD John McArdle, MD Jeffrey Nascimento, DO
Megan Panico, MD Samuel Pope, MD Francoise Roux, MD,PhD John Russomanno, MD
Edward Salerno, MD Eric Shore, MD Natalya Thorevska, MD Patrick Troy, MD
Joan Biskup, PAC Susan Peters, PAC Deanne Rendock, APRN Marc Uyekliong, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 11/14/2013

**Reason For Visit**
HALEY SPEARS is here today for Follow-up.
**Active Problems**
Allergic Rhinitis (477.9)
Asthma (493.90)
Autoimmune Disease (279.49)
Bloating (Symptom) (787.3)
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Hypoglycemia (251.2)
Migraine Headache (346.90); new in fall 08
Oral Thrush (112.0)
Plantar Fasciitis (728.71); ? separate from other conditions
Postsurgical Primary Hypothyroidism (244.0); 4mm microcarcinoma; papillary; Dr Udelsman at Yale
Systemic Lupus Erythematosus (710.0)
Ulcerative Colitis (556.9).
**HPI**
Haley is here for a FUV; she saw Dr. Oder 1 mo. ago
She has lots of questions about results of food sensitivity - I reviewed with her
She has done an elimination diet in the past with improvement in asthma, GI and allergy symptoms but finds it too restrictive
She has abdominal bloating and pain, nasal congestion and cough if she eats the foods that she is sensitive to
She is concerned about her weight - does not cook, eats out frequently or eats prepared foods.
**ROS**
**Systemic:** Feeling tired (fatigue) and recent weight gain.
**Cardiovascular:** No chest pain or discomfort. Fast palpitations, occurring intermittently, and lasting 1-15 minutes.
**Gastrointestinal:** No heartburn and no vomiting. Abdominal swelling and constipation alternating with diarrhea.
**Genitourinary:** No genitourinary symptoms.
**Neurological:** Dizziness.
**Psychological:** Anxiety.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Rec: 28Feb2012. List Reconciled and Reviewed.
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT

Liberty003589

RE: SPEARS, HALEY A.

Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Colostrum CAPS;40% IgG 1 DAILY; RPT
Vitamin D3 2000 UNIT Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Calcium-Magnesium-Vitamin D CAPS;TAKE 1 CAPSULE DAILY; RPT
Gentle Iron CAPS;25 mg daily; RPT
Famotidine 20 MG Oral Tablet;TAKE 2 TABLET DAILY; RPT
Bayer Contour Test In Vitro Strip;USE 2 STRIP Daily; Rx
Bayer Microlet Lancets Miscellaneous;TEST 2X'S A DAY; Rx
Progesterone CREA;take 15 days prior menses; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Supplements;SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C
1000MG DAILY; RPT
Synthroid 100 MCG Oral Tablet;TAKE 1 TABLET DAILY.; Rx.

**PMH**
Acute Gastric Ulcer Resolved (531.30)
Nontoxic Multinodular Goiter (241.1)
Thyroid Cyst (246.2).

**Family Hx**
Denied Family history of Autoimmune Disease
Family history of Osteoporosis; mother
Denied Family history of Thyroid Disorder.

**Personal Hx**
Caffeine Use
Daily Coffee Consumption (___ Cups/Day); 1 a month
Marital History - Single
MU - Never A Smoker
Occupation:; adminst.

**Vital Signs**
Recorded by Lopes,Susana on 14 Nov 2013 03:58 PM
BP:110/62,
Temp: 99.1 F,
Height: 64.250000 in, Weight: 134.000000 lb, BMI: 22.8 kg/m2,
BSA Calculated: 1.65 ,
BMI Calculated: 22.88.

**Physical Exam**
**General Appearance:**
    ° Oriented to time, place, and person.  ° In no acute distress.
**Eyes:**
    General/bilateral:
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
**Nose:**
    General/bilateral:
        Discharge: ° No nasal discharge seen.
        Cavity: ° Nasal mucosa normal.
**Pharynx:**
    Oropharynx: ° Had no exudate.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.
**Lungs:**
    ° Clear to auscultation.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.

Liberty003590

## RE: SPEARS, HALEY A.

Arterial Pulses: ° Radial pulses were normal. ° Dorsalis pedis pulses were normal.
Edema: ° Not present.

**Abdomen:**

Auscultation: ° Bowel sounds were normal.

Palpation: ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.

Liver: ° Normal to palpation.

Spleen: ° Not palpable.

**Musculoskeletal System:**

Fingers:

General/bilateral: ° No cyanosis of the fingers.

**Psychiatric:**

Affect: • Showed worry.

**Nails:**

° No clubbing of the fingernails.

**Assessment**

• Bloating   (787.3)

• Asthma   (493.90)

• Hashimoto's thyroiditis   (245.2)

**Plan**

TIME SPENT (face to face) : 30   minutes

Greater than 50% of time spent counseling/discussion.


Encouaged Haley to follow elimination diet and monitor abd. bloating; I reviewed the benefits

Questions answered

Asthma is stable


RTO 6-12 mo. or prn.

**Signature**

Electronically signed by : Joan  Biskup  PA-C; 01/02/2014 3:47 PM EST.

*85 Seymour St, Ste 923, Hartford, CT 06106* **Phone***- (860) 547-1876* **Fax***- (860) 520-1379*
*533 Cottage Grove Rd, Bloomfield, CT 06002* **Phone***- (860) 243-8131* **Fax***- (860) 286-7095*
*704 Hebron Ave, Ste 201, Glastonbury, CT 06033* **Phone***- (860) 659-6272* **Fax***- (860) 520-1379*
*1260 Silas Deane Hgwy, Wethersfield, CT 06109*
*11 South Road, Suite 240, Farmington, CT 06032*

Liberty003591

## Connecticut
## Multispecialty
## Group, P.C.
*Leaders in Integrated Medical Care*

## Division of Pulmonary Medicine

Erika Cappelluti, MD,PhD  Michael Conway, MD  John McArdle, MD  Jeffrey Nascimento, DO
Megan Panico, MD  Samuel Pope, MD  Francoise Roux, MD,PhD  John Russomanno, MD
Edward Salerno, MD  Eric Shore, MD  Natalya Thorevska, MD  Patrick Troy, MD
Joan Biskup, PAC  Susan Peters, PAC  Deanne Rendock, APRN  Marc Uyakllong, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/02/2013

**Reason For Visit**
HALEY SPEARS is here today for mind/body consultation, andpersonalized health plan.
**Consult request**
Patient is here today for consultation requested by Dr. Oberstein. Amended : Erika  Cappelluti  M.D.; 08/02/2013
4:59 PM EST.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Hypoglycemia (251.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Postsurgical Primary Hypothyroidism (244.0)
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**Mind/Body**
With whom do you live? Self
What pets do you live with? 2 dogs
Do you feel safe in your home? Yes
Are you, or were you, married or partnered? partnered
Who are the most important people in your life? Jesus, family and friends.
**HPI**
Haley is here one month post op from complete thyroidectomy for goiters, which showed carcinoma on the path.
She has been on supplementation which is being managed by Dr. Oberstein.

She has asthma which is stable on singulair but she recently developed increase sinus congestion with post nasal
drainage.

She was feeling a lot of fatigue after her surgery, but that is better now.  She has some night sweats at this point and
wonders if it is related to her thyroid med.

She frequently has abdominal bloating, reflux, cough and difficulty concentrating.  She has occasional muscle aches
and dizziness as well.

SHe sees an ND but has not had food sensitivity testing done.

Liberty003592

RE: SPEARS, HALEY A.

S/P recent treatment for lyme disease.

There is a R axillary LN that swells on a monthly basis- may be related to her menstrual cycle.
**ROS**
**Systemic:** Night sweats.
**Otolaryngeal:** Constantly clearing throat.
**Pulmonary:** Cough.
**Gastrointestinal:** Heartburn and abdominal swelling.
**Musculoskeletal:** Muscle aches.
**Neurological:** Dizziness, decreased concentrating ability, and memory lapses or loss.
**Skin:** Rash:.
**Allergic and Immunologic:** Complaint of seasonal allergic reaction.
**Lifestyle/Behavior**
What are the major stressors in your life? family dinamics and financial
How do you relax/relieve stress? excercisePrayer, readig, bible, talking, singing, time with loved ones
What physical activity do you participate in. How often? aerobics, elliptical, 4-7 times per week
What leisure activities/hobbies do you enjoy? crafts, reading, games, adventure explore outside, walking music.
What brings meaning to your life? Jesus
Describe your sleep patterns. irregular
Describe your overall energy level. varied since surgerybut Ive had alot going on. Better with consistent excercise.
**Nutrition**
How many meals do you eat per day? 2-4
Who does the food shopping in your home? self
Who prepares the food in your home? self
How often do you cook? 2-4 times per week
Which meals do you regularly eat outside your home? dinner sometimes
Are you currently on a special diet? no
Do you have any sensitivities to food or avoid any foods?
rarely less than 1x a month

Which foods do you regularly crave? sweet recently salty
How would you describe your relationship with food? necessary, I get cranky if I dont eat enough

Current diet overview: Amount consumed
FRUITS: 0-2 sevings per day
VEGETABLES: 0-2 sevings per day
BEANS: 0-2 sevings per day
SALAD GREENS: 0-2 sevings per day
NUTS/SEEDS: 0-2 sevings per wk
GRAINS:0-2 sevings per wk
OILS:0-2 sevings per wk
BEVERAGES: 3-4 sevings per wk
DAIRY: 0
FISH:0-2 sevings per wk
MEATS: 0-2 sevings per wk
BREADS: 0
CEREALS: 0
PASTA: 0
SOY PRODUCTS: 0   SNACKS: 0-2 sevings per wk.
**Allergies**
No Known Drug Allergy.

Liberty003593

RE: SPEARS, HALEY A.

## Current Meds

EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Cetirizine HCl 10 MG Oral Tablet;1 tablet bid; RPT
Selenium 100 MCG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Supplements;SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN
CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; RPT
Colostrum CAPS;40% IgG 1 DAILY; RPT
Vitamin D3 2000 UNIT Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Calcium-Magnesium-Vitamin D CAPS;TAKE 1 CAPSULE DAILY; RPT
Gentle Iron CAPS;25 mg daily; RPT
Famotidine 20 MG Oral Tablet;TAKE 2 TABLET DAILY; RPT
Ondansetron 8 MG Oral Tablet Dispersible;TAKE 1 TABLET 3 TIMES DAILY AS NEEDED; RPT
Butalbital-Acetaminophen 50-325 MG Oral Tablet;TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT.; RPT
Bayer Contour Test In Vitro Strip;USE 2 STRIP Daily; Rx
Bayer Microlet Lancets Miscellaneous;TEST 2X'S A DAY; Rx
Progesterone CREA;take 15 days prior menses; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Synthroid 88 MCG Oral Tablet;TAKE 1 TABLET DAILY.; Rx.

## PMH

Acute Gastric Ulcer Resolved (531.30).

## Family Hx

Denied Family history of Autoimmune Disease
Family history of Osteoporosis; mother
Denied Family history of Thyroid Disorder.

## Personal Hx

Caffeine Use
Daily Coffee Consumption (___ Cups/Day); 1 a month
Marital History - Single
MU - Never A Smoker
Occupation:; adminst.

## Vital Signs

CMG-Vitals Recorded by Lopes, Susana on August 02,2013 01:13 PM
Height: 64.25 in, Weight: 129 lb, BMI: 22.02 , BSA: 1.63
BP: 100/62 mm Hg
HR: 64 b/min ;
Temp: 97.9 F

## Physical Exam

### General Appearance:

° Oriented to time, place, and person. ° In no acute distress.

### Neck:

Trachea: ° Showed no abnormalities.
Thyroid: ° Showed no abnormalities.

### Eyes:

General/bilateral:

Extraocular Movements: ° ENT evaluation of ocular movements was normal.
Pupils: ° PERRLA.
External: ° Eyelids showed no abnormalities. ° Conjunctiva exhibited no abnormalities.

### Nose:

General/bilateral:

Liberty003594

RE: SPEARS, HALEY A.

Discharge: • Nasal discharge seen.
Cavity: • Nasal mucosa abnormal. ° Nasal mucosa not pale, swollen, and edematous.

**Pharynx:**
Nasopharynx: • Had inflammation. ° Had no polypoid mass.
Oropharynx: ° Oropharyngeal structures visualized (Mallampati Classification) not specified. ° Had no exudate.

**Lymph Nodes:**
° Cervical lymph nodes were not enlarged. ° Supraclavicular lymph nodes were not enlarged.

**Lungs:**
° Chest was not overinflated. ° Clear to auscultation. ° No decrease in breath sounds was heard. ° No wheezing was heard. ° No rhonchi were heard. ° No rales/crackles were heard.

**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° No S3 heard. ° No S4 heard. ° No gallop was heard.
Murmurs: ° No murmurs were heard.
Arterial Pulses: ° Equal bilaterally and normal / extremities.
Edema: ° Not present.
Veins: ° Had no palpable cord.

**Abdomen:**
Auscultation: ° Bowel sounds were normal.
Palpation: ° Abdominal palpation revealed no abnormalities. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.

**Musculoskeletal System:**
General/bilateral: ° Musculoskeletal system: normal.
Fingers:
General/bilateral: ° No cyanosis of the fingers.
Lower Leg:
General/bilateral: ° No localized swelling of the leg.

**Neurological:**
Cranial Nerves: ° Normal.
Motor: ° Strength was normal.
Reflexes: ° Normal.

**Psychiatric:**
Affect: ° Normal.

**Skin:**
° General appearance was normal. ° Normal except as noted. ° Texture was normal. ° Color and pigmentation were normal. ° Temperature was normal. ° No skin lesions.

**Nails:**
° No clubbing of the fingernails.

**Assessment**
• Bloating   (787.3)
• Allergic rhinitis   (477.9)
• Asthma   (493.90)

**Plan**
Dear Rob:

Thank you for sending Haley to see me. Her asthma is under good control presently, although she has either mild allergies or an early URI.

Based on the comprehensive history and physical exam performed, the following wellness plan is recommended:

Liberty003595

RE: SPEARS, HALEY A.

-albuterol prn
-spirometry next visit
-Food sensitivity determination with US biotek
-Sinus rinse
-Astepro
-ok to increase Vit C use for the next few days

HALEY will return to CIHH in   2 mo

Thanks again

Erika

TIME SPENT (face to face) : 60    minutes
Greater than 50% of time spent counseling/discussion.

**Signature**
Electronically signed by : Erika Cappelluti M.D.; 08/02/2013 4:58 PM EST.
Electronically signed by : Erika Cappelluti M.D.; 08/02/2013 4:59 PM EST; Acknowledgement.
*85 Seymour St, Ste 923, Hartford, CT 06106 **Phone-** (860) 547-1876 **Fax-** (860) 520-1379*
*533 Cottage Grove Rd, Bloomfield, CT 06002 **Phone-** (860) 243-8131 **Fax-** (860) 286-7095*
*704 Hebron Ave, Ste 201, Glastonbury, CT 06033 **Phone-** (860) 659-6272 **Fax-** (860) 520-1379*
*1260 Silas Deane Hgwy, Wethersfield, CT 06109*
*11 South Road, Suite 240, Farmington, CT 06032*

Liberty003596

7G316150029

MADDALO CHIROPRACTIC
DR. CANDACE MADDALO
257 Cambridge Street
East Cambridge, MA 02141
617-547-4444

October 30, 2015

Liberty Mutual
PO Box  7213
London, KY 40742-7213

RE:  Haley Spears                                        Page 1 of 2
DOB:  REDACTED
Subject:  Requested Records

Attached are copies of the following on the above named patient.

1.  Daily office notes as follows:
    a. December 2014:          8th, 20th, 22nd, 29th,
    b. January 2015:            5th, 7th, 9th, 12th, 16th, 20th,
    c. February 2015:         6th,
    d. March 2015:             28th,
    e. May 2015:               1st, 9th,
    f. July 2015:               20th, 27th, 29th,
    g. August 2015:          7th, 10th, 11th, 24th, 26th,

2.  Subjective Complaint forms dates as follows:
    a. December 2014:          20th, 22nd, 29th,
    b. January 2015:            7th, 9th, 12th, 16th, 20th,
    c. February 2015:          6th,
    d. March 2015:             28th,
    e. May 2015:               1st, 9th,
    f. July 2015:               20th, 27th, 29th,
    g. August 2015:          7th, 10th, 11th, 24th, 26th,

3.  ABN notice dated 5/1/2015
4.  Revised Oswestry dated 3/28/2015 & 5/1/2015
5.  LCD signed 12/20/2014
6.  Roland morris dated 12/20/2014

7G316150029

RE:  Haley Spears                                          Page 2 of 2

7.  Patient paper work as follows:
    a.  Patient informtion dated 12/7/2014 – 2 pages
    b.  Emergency room, consent, privacy dated 12/7/2014
    c.  Referrals dated 12/7/2014
    e.  Maintenance care dated 12/7/2014
    f.  Medicare coverage dated 12/7/2014
    g. Group therapy consent dated 12/7/2014
8.  Continued patient paper work as follows:
    a.  Consent for treatment dated 12/20/2014
    b. Patient acknowledgment – 2 pages dated 12/20/2014
    c.  Ultra sound dated 12/20/2014
    d.  Therapies dated 12/20/2014
    e.  Our office policies – 2 pages dated 12/20/2014
9.  Itemized list to Greenacres Chiropractic Clinic
10. Personal Injury paper work as follows:
    a.  Disclosure with HMP and PPO dated 7/20/2015
    b.  Patient paper work – 6 pages  dated 7/20/2015
    c.  Attorney's lien dated 7/20/2015
    e.  Out of network dated 7/20/2015
    f.  Referrals dated 7/20/2015
    g.  Consent for group therapies dated 7/20/2015
    h.  Health Affidavit dated 7/20/2015
11. Updated Insurance information dated 1/5/2015 – 4 pages
12. Financial policies dated 8/26/2015 – 2 pages
13. Initial history report dated 12/8/2014 – 3 pages
14. Fax to Greenacres – 2 pages


If you need any additional information please do not hesitate to call.

Sincerely,

Roxanne Permatteo
Keeper of Records
Office Manager

Liberty003598

7G316150029

```
          TRANSMISSION VERIFICATION REPORT

                                TIME  : 01/13/2008 02:18
                                NAME  :
                                FAX   :
                                TEL   :
                                SER.# : H8N405637

      DATE,TIME            01/13  02:17
      FAX NO./NAME         13187474454
      DURATION             00:00:26
      PAGE(S)              01
      RESULT               OK
      MODE                 STANDARD
                           ECM
```

**Greenacres Chiropractic Clinic**
925 Benton Road
Bossier City, LA 71111
Phone: (318) 747-4433    Fax: (318) 747-4454

*Her fee will be completed by Friday 9/25/15*

Robert A. Rougeau, D.C.    Nathan A. Hamer, D.C.    Jennifer G. Hamer, D.C.

## Authorization to Disclose Protected Health Information

Haley Spears
Printed Name of Patient                    Previous Names, if applicable

REDACTED                                   860·930·0887
Date of Birth                              Daytime Telephone Number

**INFORMATION TO BE RELEASED FROM:**
Provider Name/Organization: Dr Maddalo

Address: 14 McGrath Hwy
         Somerville, MA  02143

Phone #: 617-666-2447          Fax: # 617-666-2842

☒ X-ray Report     ☐ CT Report     ☐ MRI Report     ☐ Nuc Med Report
Date of Service:
All treatment notes.

Liberty003599

7G316150029

*Her file will be Completed by Friday 9/25/15*

**Greenacres Chiropractic Clinic**
925 Benton Road
Bossier City, LA 71111
Phone: (318) 747-4433      Fax: (318) 747-4454

Robert A. Rougeau, D.C.      Nathan A. Hamer, D.C.      Jennifer G. Hamer, D.C.

## Authorization to Disclose Protected Health Information

Haley Spears
Printed Name of Patient

_____
Previous Names, if applicable

REDACTED
_____
Date of Birth

860·930·0887
Daytime Telephone Number

**INFORMATION TO BE RELEASED FROM:**
Provider Name/Organization: Dr Maddalo

Address: 14 McGrath Hwy
Somerville, MA  02143

Phone #: 617-666-2447          Fax: # 617-666-2842

☑ X-ray Report      ☐ CT Report      ☐ MRI Report      ☐ Nuc Med Report
Date of Service: _____

all treatment notes.

If the patient is unable to sign, please indicate such and the authority to act of the person who is signing for the patient. This form must be dated within 90 days of receipt, and may be revoked at any time, providing the information has not already been disclosed. Please see our Notice of Privacy Practices for instructions as to how to revoke this authorization. We will not condition treatment on the completion of the authorization. Also, please be aware that once we disclose this information per your instructions the information is subject to re-disclosure and may no longer be protected by the HIPAA of 1996.

9/14/15
Date

Haley a Spears
Signature or patient representative

self
Relationship

FAXED

7G316150029

# MADDALO CHIROPRACTIC
# & DOT Certification
## Dr. Candace Maddalo

| | | |
|---|---|---|
| **257 Cambridge Street** | **49 Mystic Ave** | **14 McGrath Hwy** |
| **East Cambridge, MA 02141** | **Medford, MA 021SS** | **Gold's Gym – TwinCityPlaza** |
| **(Phone) 617-547-4444** | **(Phone) 781-393-0055** | **Somerville, MA02143** |
| **(Fax) 617-576-2842** | **(Fax) 781-393-0057** | **(Phone) 617-666-2447** |
| | | **(Fax) 617-666-2842** |

---

| | | |
|---|---|---|
| **Patient Name:** | **Haley Spears** | **Page 1 of 3** |
| **Patient File #:** | **3455** | **Subject: Initial History** |

The above named patient entered the Medford Office on Monday, December 8, 2014, for a consultation and examination of the spinal region.

**Intial History:** Stated by the above named patient

She stated she just moved to Boston and has to continue with chiropractic.  She is having pain on the left side of

**Medications:** See list on entrance papers

**Past Medical History:**

1. Any Previous MVA's:        Multiple, she has PT for injuries to the neck
2. Slip and Falls:            No
3. Sports Injuries:           No
4. Heart Problems:            No   MILD, unsure DX
5. Lung Problems:             Asthma - medications and rescue inhaler
6. High Blood pressure:       No
7. Vascular Problems:         No
8. Bowel Problems:            No
9. Bladder Problems:          No
10. Thyroid Problems:         Yes - cancer, on medications  – full thyroidectomy
11. Eye Problems:             No
12. Wear Glasses:             Yes
13. ~~Chronic infections~~    ~~yes - for a long time~~
14. Chronic Lyme Disease      Yes
1S. Scoliosis                 Yes
16. Previous chiropractic care - ~~July~~ 2014
                              august

Liberty003601

7G316150029

**Patient Name:**   **Haley Spears**                          Page 2 of 3
**Patient File #:**   3455                          Subject: Initial History

17. She had x-rays of the spine - Yes
18. Injury to left wrist

**Family Past Medical History:**
1. Scoliosis is in the family - rods in the spine  - Father
   ↳ has been able to avoid surgery at this point.

**Current Chief Complaints:**
1. Lower back discomfort
2. Neck stiffness
3. Most of the discomfort is on the right side of the body

"I have reviewed the above information and to the best of my knowledge it represents a true and accurate accounting of my current health status".

Patient Signature: _Haley Spears_                          Date  12/20/14

7G316150029

| Patient Name: | **Haley Spears** | **Page 3 of 3** |
|---|---|---|
| Patient File #: | 3455 | Subject: Initial History |

**Post examiation and consultation with the Doctor:  The following information was reviewed with me after my examination and consultation.**

**Recommendations:**
1. Ice or heat as instructed by the doctor
2. Rest, limit or avoid all exercises during the initial treatment
3. X-rays - if warranted at this time or in the future
4. Ancillary test or referrals to other physicians if warranted

**Initial Working Diagnosis:**
1. 739.3 - Lumbar Segmental Dysfunction
2. 739.1 - Cervical Segmental Dysfunction

**Intial Treatment Plan:**

1. Initial treatment plan - until acute symptoms subside (approximately 2 to 4 times per week as needed)
2. Muscular and trigger point therapy if warranted
3. Adjunctive therapies if warranted
4. Re-evaluation for continued care and frequency
5. Exercises and stretches during the initial treatment plan when instructed
6. Home care instructions, activities of daily living, etc

**Continued Care:**

1. Additional chiropractic care if warranted
2. Ancillary care if warranted
3. Continued home care exercises and instructions for self care
4. Decrease frequency of care as needed

**Patient Responsibility**
1. Inform the office of any changes in symptoms
2. Keep schedule appointments
3. Follow home care instructions in a pain free range
4. When in doubt call and ask
5. Go to the Emergency Room when warranted

"I have reviewed the above information regarding my diagnosis, condition, doctor's recommendations and treatment plan.  I have a clear understanding of this information and will comply with the instructions and treatment plan recommended".

**Patient's Signature** _Haley apee_          **Date** 12/20/14

Liberty003008

# Maddalo Chiropractic, P.C.

Date **8/26/15**
File # **3455**

| 257 Cambridge Street | 49 Mystic Avenue | 14 McGrath Highway |
|---|---|---|
| Cambridge, MA 02144 | Medford, MA 02155 | Somerville, MA 02143 |
| 617-547-4444 | 781-393-0055 | 617-666-2447 |

Thank you for choosing us as your health care provider. We are committed to the success of your treatment. Please understand that payment of your bill is considered part of your treatment. The following is a statement of our financial policy, which we require you to read prior to any treatment. All patients must complete our registration and history forms before seeing the doctor. You must supply us with your insurance card, social security number and valid ID (i.e., driver's license) prior to your visit for verification.

## *F I N A N C I A L   P O L I C I E S*
### Effective January 1, 2015

- ALL PAYMENTS ARE DUE AT THE TIME OF CHECK-IN. WE ACCEPT CASH, CHECKS, MASTERCARD/VISA AND CARE CREDIT.

- YOU ARE CONSIDERED A CASH (SELF-PAY) PATIENT UNTIL YOU HAVE PRESENTED US WITH VALID INSURANCE CARD AND ID, AS SUCH YOU ARE REQUIRED TO PAY IN FULL AT THE TIME OF CHECK-IN.

- AS A COURTESY WE PROCESS AND SUBMIT YOUR CLAIMS. BUT WE ARE NOT RESPONSIBLE FOR ANY DENIAL BY YOUR INSURANCE FOR ANY TREATMENT.

- YOUR INSURANCE IS YOUR RESPONSIBILITY.

- MISSED APPOINTMENTS WILL BE BILLED $25.00 AND IS SOLELY YOUR RESPONSIBILITY. PLEASE HELP US SERVE YOU BETTER BY KEEPING YOU SCHEDULED APPOINTMENTS.

- A RETURNED CHECK FEE OF 28.00 WILL BE CHARGED. PAYMENT MUST BE MADE AND WE MAY NOT ACCEPT FURTHER PERSONAL CHECKS

- INTEREST OF 1.25% OR $6.00 WHICH EVER IS GREATER WILL BE BILLED PER MONTH TO ACCOUNTS OVER 30 DAYS.

- ACCOUNTS OVER 90 DAYS WILL BE SURCHARGED A COLLECTION FEE AND MAY BE PASSED ON TO OUR COLLECTION AGENCY (AMERICAN CREDIT BUREAU)

**Usual and Customary Charges**

Our practice is committed to providing the best treatment for our patients. We charge what is usual and customary for our area. You are responsible for payment regardless of any insurance company's arbitrary determination of usual and customary rtes. You will be responsible for payment if your insurance carrier authorized and certifies care. but fails to pay as agreed upon.

_____   _____
Signature                                    Date **8/26/15**

_____   _____
Patient's Representative or Legal Guardian Signature          Date

Liberty003604

7G31615 0029

Date____8|26|15

File #___3455

# *F I N A N C I A L P O L I C I E S* Continued

Effective January 1, 2015

Regarding insurance plans where we are a participating provider. Although we have contracted with your insurance company to provide care to their clients, your insurance policy is a contract between you and your insurance company. All co-pays, co-insurance and deductibles are due prior to treatment, along with a valid referral from your primary care provider, if your insurance plan requires it. Please note that if you require treatment that is not deemed medically necessary or is not a covered service with your insurance carrier, you will be responsible for payment in full prior to that treatment.

We will not accept insurance assignment, regardless of whether we are contracted provider for durable equipment. You will be responsible for payment in full at the time of purchase. We will give you the necessary forms so you may bill your insurance company, if you have the benefits for these supplies.

Regarding insurance plans where we are not a participating provider. You are responsible for payment of your office visits in full, but we will bill your insurance company. We cannot bill your insurance company unless you give us your insurance information. Your insurance policy is a contract between you and your insurance company. We are not a party to that contract.

If your insurance company has not paid your account in full within 45 days, you will be responsible for payment within 30 days upon receipt of bill.

**Minor Patients**

Adults must accompany a minor and the parents (or legal guardian of the minor) are responsible for payment at the time of service.

**Collections**

You may be dismissed from the practice if you fail to meet your financial responsibilities and/or we must use collection agency or other formal form of collection practices to bring your account up to date. If it is necessary to turn the account over to collections and you wish to return to the practice, you will be responsible for all charges, including those incurred to collect the amount owed, i.e. collection/court fees. Your account must be paid in full before you are able to return to the office.

_____
Signature

_8|26| 15_____
Date

_____
Patient's Representative or Legal Guardian Signature

_____
Date

Liberty003605

7G316150029

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA 02155            781-393-0055
14 McGrath Highway, Somerville, MA 02144   617-666-2447

Date  1/5/15
File # 3455

## Patient Information

Patient's First Name  Haley                    Patient's Last Name  Spears           MI  A

Address  74 Heath St            City  Somerville   ST  MA  Zip  02145

Marital Status: M S D W   DOB 10 11 77   Gender: Male (Female) Social Security #

Home phone  617-718-2055  Cell Phone 860-930-0889 Cell Provider

Work Phone                   Email address

*(optional) I give consent for text or email message reminders. I understand that this is optional and not a requirement. I further understand that it is my responsibility for appointments and not to depend on message reminders for appointments.

I would like to receive reminders  [X] Yes   [ ] No  Form of message requested  [X] Text   [ ] E-Mail

Signed consent  Haley A Spear

Work Status  [X] Full Time   [ ] Part Time   [ ] Unemployed   [ ] Other

Spouse or Guardian Name                          Phone Number

## Emergency Contact Information

First Name  Shane Spears  Last Name  Spears        Relationship  Brother

Home Phone                   Cell Phone 318-349-1768 Work Phone

## Reason for this Visit

[ ] Wellness  [ ] Auto Accident  [X] Workers' Compensation   [ ] Sports

[ ] Slip Fall   [ ] Chronic Discomfort   [ ] Other

When concern began?              Have you had this concern before? [ ] Yes   [ ] No  If yes, when?

Does the interfere with:  [ ] Work   [ ] Sleep   [ ] Daily Routine   [ ] Other, please specify  new injury stiff, uncomfortable, sore unsure impact yet

Liberty003606

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA 02155      781-393-0055
14 McGrath Highway, Somerville, MA 02144   617-666-2447

Date   1/5/15
File #   3455

**Patient Name** Haley Spears

**Accident Information**

Date and Time of Accident   1/5/14, 8:35 amish

Name of the location street on which you were traveling   1 Roundle Way  Burlington, MA

Where you the [ ] Driver   [ ] Front Passenger   [ ] Back Passenger   [ ] Right side   [ ] Left Side
walking not car accident, fell on ice entering building

Did the air bags inflate?   [ ] Yes   [ ] No   Were you wearing your seat belt?   [ ] Yes   [✓] No

Did the impact to the vehicle come from the:   [ ] Front   [ ] Back   [ ] Right   [ ] Left

During the impact, were you facing:   [ ] Forward   [ ] Right   [ ] Left   [ ] Backwards

In relation to the base of your skull, where was the headrest? _____

Did the accident render you unconscious?   [ ] Yes*   [ ] No

Did any part of your body strike the vehicle?   [ ] Yes*   [ ] No

*If yes, please explain _____

_____

_____

_____

Have you missed work?   [ ] Yes   [ ] No   Unable to work from _____ Until _____

Reduced work?   [ ] Yes   [ ] No   Reduced work from _____ Until _____

Liberty003607

7G316150029

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA 02155        781-393-0055
14 McGrath Highway, Somerville, MA 02144   617-666-2447

| Date | 1/5/15 |
|------|--------|
| File # | 3455 |

**Patient Name** Haley Spears

## Personal Insurance Information

Primary Insurance Name_____   _____   Phone _____   _____

ID Policy Number_____   _____   Group Number____   _____

Address _____   City _____   _____ ST____ Zip_____

Secondary Insurance Name_____   _____   Phone _____

ID Policy Number _____   _____   Group Number _____ ___

Address ___   _____   City __   _____   ST _____ Zip_____

## Third Party Insurance

fax: 877-786-5584

Insurance Name  Travelors   _____   Phone 508-946-6344

Claim Number  E2T0033   _____   Adjuster Name  Susan Kelly

Address_____   _____   City_____   _____ ST____ Zip_____

## Attorney Information

Attorney Name_____   _____   Phone _____   _____

Address__   _____   City_____   _____   ST____ Zip_____

## Chiropractic Experience

Have you ever received chiropractic Care?  [✓] Yes   [ ] No  Date of last visit?__   _____

If yes, what was the reason?_____

Doctor's name  Dr Maddalo   _____   Phone 617-666-2447

UR Fax 883-445-1117

Liberty003608

7G316150029

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA 02155         781-393-0055
14 McGrath Highway, Somerville, MA 02143   617-666-2447

Date 1/5/15
File # 2X 3455

**Patient Name** Haley Spears

**Current Condition** Just happened, versue of continued impact

Pain level rating - Scale 1 - 10 ( Where 1 is least pain and 10 is maximum pain)

At its best _____   At its worst_____   Current Level _____

Select frequency you experience pain from this condition? Always [X]  Hourly [  ]  Daily [  ]  Occasionally [  ]

Is the pain discomfort worse at certain times of the day? [  ] Yes   [  ] No  If yes, when? _____ _____

Has this condition affected your appetite? [  ] Yes   [  ] No

If yes, please explain _____ _____ _____ _____

---

I certify that I'm the patient or legal guardian listed above. I have read/understand the included information and certify it
to be true and accurate to the best of my knowledge. I consent to the collection and use of the above information to this
office of chiropractic. I authorize this office and its staff to examine and treat my condition as the doctors see fit. I hereby
authorize the doctor to release all information necessary to any insurance company, attorney, or adjuster for the purpose
of claim reimbursement of charges incurred by me. I grant the use of my signed statement or authorization with my
signature for required insurance submissions. I understand and agree that all services rendered to me will be charged to
me and I'm responsible for timely payment of such services. I understand and agree that health/accident insurance policies
are an arrangement between and insurance carrier and myself. I understand that fees for professional services will
become immediately due upon suspension or termination of my care or treatment.

Signature _____   Date 1/5/15

Liberty003609

 **MADDALO CHIROPRACTIC**

CANDACE M. MADDALO. D.C.

257 Cambridge Street, 2nd Floor
East Cambridge. MA 02141
Telephone: (617) 547-4444
Fax: (617) 576-2842

### DISCLOSURE CONCERNING YOUR HMO/PPO COVERAGE AND CORRDINATION OF BENEFITS WITH YOUR AUTOMOBILE INSURANCE.

According to Personal Injury Protection Law when you accumulate a total of $2,000.00 for any and all automobile accident related medical expenses, health providers must bill your private health insurance.

Your health insurance may cover the services which our office provides, but deny payment because our office is not a member provider for that particular health insurance plan. If that happens your auto insurer may also rightfully deny medical payments over $2,000.00.

I have read the above, and understand that my health insurance _Medicare_ may, according to my plan, deny payment for chiropractic car out of the network. I also understand that if that happens, my auto insurance carrier may deny payment for that chiropractic care. I agree to pay those amounts to MADDALO CHIROPRACTIC OFFICE out of third party settlement received by me. I understand that a copy of this agreement will be forwarded to my attorney, _____. I will expect him/her to honor this agreement and withhold any monies from settlement to pay my medical expenses in the total amount due.

SIGNED: _Haley C Spear_ DATE: 7/20/15

PRINT NAME: _Haley Spears_

3455

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141  617-547-4444

49 Mystic Avenue, Medford, MA 02155  781-393-0055

14 McGrain Highway, Somerville, MA 02144  617-666-2447

Date 7/20/15

File # 3455

## Patient Information

Patient's First Name **Haley**  Patient's Last Name **Spears**  MI ___

Address **74 Heath St**  City **Somerville**  ST **MA** Zip **02145**

Marital Status: M (S) D W  DOB **10 / 11 / 77**  Gender: Male /(Female)  Social Security# **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**

Home phone _____  Cell Phone **860-930-0887**  Cell Provider **Verizon**

Work Phone _____  Email address **hspears2@yahoo.com**

*(optional) I give consent for text or email message reminders. I understand that this is optional and not a requirement. I further understand that it is my responsibility for appointments and not to depend on message reminders for appointments.

I would like to received reminders  [ ] Yes  [ ] No  Form of message requested [X] Text  [ ] E-Mail

**Signed consent** _____

Work Status  [X] Full Time  [ ] Part Time  [ ] Unemployed  [ ] Other _____

Spouse or Guardian Name _____ Phone Number _____

## Emergency Contact Information

First Name **A Shane Spears** Last Name **Spears**  Relationship **brother**

Home Phone _____  Cell Phone **318-349-1768**  Work Phone _____

## Reason for this Visit

[ ] Wellness [ ] [X] Auto Accident  [ ] Workers' Compensation  [ ] Sports

[ ] Slip/Fall  [ ] Chronic Discomfort  [ ] Other _____

When concern began? _____ Have you had this concern before? [ ] Yes  [ ] No  If yes, when? _____

Does the interfere with:  [X] Work  [X] Sleep  [X] Daily Routine  [ ] Other, please specify _____

Liberty003611

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA02155             781-393-0055
14 McGrath Highway, Somerville, MA02144    617-666-2447

Date _7/20/15_
File # _3435_

Patient Name _Haley Spears_

## Personal Insurance Information

**Primary** Insurance Name _Medicare_ Phone _____

ID/Policy Number _REDACTED_ Group Number _____

Address _____ City _____ ST ___ Zip _____

**Secondary** Insurance Name _____ Phone _____

ID/Policy Number _____ Group Number _____

Address _____ City _____ ST ___ Zip _____

## Third Party Insurance

Insurance Name _____ Phone _____

Claim Number _____ Adjuster Name _____

Address _____ City _____ ST ___ Zip _____

## Attorney Information

Attorney Name _____ Phone _____

Address _____ City _____ ST ___ Zip _____

## Chiropractic Experience

Have you ever received chiropractic Care?   [   ] Yes     [   ] No   Date of last visit? _____

If yes, what was the reason? _____

Doctor's name _____ Phone _____

Liberty003612

7G316150029

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA02155          781-393-0055
14 McGrath Highway, Somerville, MA02144     617-666-2447

Date _7/20/15_

File # _3165_

**Patient Name** _Haley Spears_

**Accident Information**

---

Date and Time of Accident _July 9_

Name of the location/street on which you were traveling _Binney Street (intersection)_

Where you the:  [X] Driver   [ ] Front Passenger   [ ] Back Passenger   [ ] Right side   [ ] Left Side

Did the air bags inflate?   [ ] Yes   [X] No   Were you wearing your seat belt?   [ ] Yes   [ ] No

Did the impact to the vehicle come from the: [X] Front   [ ] Back   [ ] Right   [ ] Left

During the impact, were you facing: [X] Forward   [ ] Right   [ ] Left   [ ] Backwards
(guessing maybe right)
In relation to the base of your skull, where was the headrest? _Supported head in general_

Did the accident render you unconscious?   [ ] Yes*   [X] No

Did any part of your body strike the vehicle?   [ ] Yes*   [X] No

*If yes, please explain_____

_____

_____

_____

Have you missed work?   [ ] Yes   [ ] No   Unable to work from _____ Until_____

Reduced work?   [ ] Yes   [ ] No   Reduced work from _____ Until_____

---

**Emergency Room**

---

Please go to the Emergency room immediately for an evaluation including but not limited to the following:

1. Problems with or loss of bladder or bowel control.
2. Numbness, tingling, weakness or trouble with the use of your arms, hands, legs or feet.
3. Difficulty breathing, nausea, vomiting, sweats or difficulty focusing.
4. Increased intensity of pain or swelling of an extremity.
5. When in doubt, go to the emergency room.

**Patient Signature_____**

Liberty003613

7G316150029

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA02155        781-393-0055
14 McGrath Highway, Somerville, MA02144   617-666-2447

Date 7/29/15

File # 3455

**Patient Name** Haley Spanis

**Describe Accident**

In your own words, please describe the accident I was proceeding through an intersection a car proceeded to from opposite crossroad at fast speed. I stopped to try to avoid an accident but the car did not stop or avoid me and hit across the front of my car then driving out of the lane + onto the sidewalk stopping inches from hitting the building.

**Women Only – Circle all that apply**

Pregnant    Nursing  Taking Birth Control  Experience Painful Periods    Irregular Cycles

Breast Implants    Excessive Menstruation    Other _____

**Health Check List –** Circle all that apply

Allergies   Alcoholism   Anemia   Arteriosclerosis   Arthritis   Asthma   (Back Pain)  Bronchitis

Bruise Easily   Cancer   Chest Pain   Cold Extremities   Constipation   Cramps   Depression   Diabetes

Digestion Problems   Dizziness   Eye Pain or Difficulties   Fatigue   Frequent Urination   Headache

Hemorrhoids   High Blood Pressure   Hot Flashes   Insomnia   Irregular Heart beat   Kidney Function

Kidney Stones   Loss of Balance   Loss of Memory   Loss of Smell   Loss of Taste   Nose Bleeds   Pacemaker

Polio   Poor Posture   Prostate Trouble   Sciatica   Shortness of Breath   Sinus Infection

Liberty003614

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141  617-547-4444
49 Mystic Avenue, Medford, MA02155  781-393-0055
14 McGrath Highway, Somerville, MA02144  617-666-2447

| Date | 7/20/15 |
| File # | 3455 |

**Patient Name** _Haley Spears_

**History–** Circle all that apply

Have you ever experienced

Broken bones  (Sprains/Strains)  Hospitalized  (Surgery)  Illness  Auto Accident  Struck Unconscious  Stroke

If so, please explain ____ _finger_ ____ _Full thyroidectomy_ ____

Last Physical _____  PCP _____  Phone _____

Health Conditions _____

## Previous Treatment

Have you seen any other doctors or health care professional regarding this condition?  [  ] Yes    [  ] No

If yes, please explain _____

Have you had X-rays, MRI, CT scan or any other testing for this condition?  [  ] Yes    [  ] No

If yes, please explain _____

## Additional Information– Please use this space for any additional information or impact of life you would like us to know.

Liberty003615

# Maddalo Chiropractic, P.C.

257 Cambridge Street, Cambridge, Ma 02141   617-547-4444
49 Mystic Avenue, Medford, MA 02155    781-393-0055
14 McGrath Highway, Somerville, MA 02144   617-666-2447

Date ___7/20/15___
File # __3/55__

Patient Name __Haley Spears__

## Current Condition

Pain level rating - Scale 1 - 10 ( Where 1 is least pain and 10 is maximum pain)

At its best __5__     At its worst __8__     Current Level __6__

Select frequency you experience pain from this condition?   Always [  ]  Hourly [  ]  Daily [X]  Occasionally [  ]

Is the pain/discomfort worse at certain times of the day?   [  ] Yes    [  ] No   If yes, when? _I think it grows worse at times, depending on positioning._

Has this condition affected your appetite?   [  ] Yes    [  ] No

If yes, please explain _I think when the pain has reached high levels I don't want to eat at times._

I certify that I'm the patient or legal guardian listed above. I have read/understand the included information and certify it to be true and accurate to the best of my knowledge. I consent to the collection and use of the above information to this office of chiropractic. I authorize this office and its staff to examine and treat my condition as the doctors see fit. I hereby authorize the doctor to release all information necessary to any insurance company, attorney, or adjuster for the purpose of claim reimbursement of charges incurred by me. I grant the use of my signed statement of authorization with my signature for required insurance submissions. I understand and agree that all services rendered to me will be charged to me and I'm responsible for timely payment of such services. I understand and agree that health/accident insurance policies are an arrangement between and insurance carrier and myself. I understand that fees for professional services will become immediately due upon suspension or termination of my care or treatment.

Signature _____     Date __7/20/15__

Liberty003616

7G316150029

3455

### Maddalo Chiropractic, P.C.

**Patient Name:** Haley Spears
**Date :** 7/20/15
**Patient D.O.B.:** 10/11/77
**Patient Number:**

NOTICE OF IRREVOCABLE LIEN AND ASSIGNMENT OF BENEFITS AUTHORIZATION FOR RELEASE
OF TREATMENT RECORDS
PROVIDER'S LEGAL & EQUITABLE LIEN-ATTORNEY'S ACCEPTANCE

Patient Address: Haley Spears

Name of Insured (PIP): Haley Spears   Name of Insured (BI)

Date of Injury/Illness: 7/9/15

Name of Insurer(s) (PIP): _____ Name of Insurer(s) (BI) _____

Name of Law Office & Attorney: _____

In consideration of the agreement of the Provider named above to provide me with injury treatment services, I hereby to the extent of my treatment bills irrevocably assign to my Provider all my right, title and interest to and in all applicable insurance and indemnification reimbursement benefits of applicable insurance companies including but not limited to: automobile PIP (Personal Injury Protection) coverage; Medical Payment Coverage and health care coverage to which I may be entitled to pay my Provider for services rendered to treat me on and after the above date in connection with my injury or illness.

I further grant to my Provider an irrevocable Equitable Lien and an Official Legal Lien to any insurance benefits that may be due me and I furthermore authorize my Provider to provide my attorney and any applicable insurance companies involved with a full report concerning my condition and treatment, including but not limited to office notes, dates of visits, and charges incurred.

I hereby authorize and direct any and all applicable insurance companies to make immediate payment directly to my said Provider for all benefits and sums due me that may be due him or her upon receipt by you of my Provider's itemized statement for treatment services rendered to me.

It is further agreed that payment by any insurance company involved as herein directed to my Provider of any itemized statement shall be considered the same as if paid by the insurer directly to me.

I am aware that I remain personally responsible to my Provider for the full amount of my unpaid treatment bills and further direct any Attorney representing me to withhold from the proceeds upon any final settlement or final disposition of my case an amount equal to that to pay any outstanding unpaid balance of my bills. This includes any balance due as a result of an independent medical exam that discontinued my personal injury protection benefits and/or my medical payments benefit.

Patient's Signature: _____   Date: 7/20/15

Parent/Guardian Signature: _____   Date: _____

AGREEMENT OF ATTORNEY

I hereby agree to honor the above irrevocable Lien and Assignment and pay the Provider all sums received by me from insurers attributable to the Provider's bills and also agree to pay the Provider any lawful balance due from the proceeds of any settlement or recovery.

Attorney's Signature_____   Date: _____

A photocopy of this form can be accepted with the same authority as the original.

Liberty003617

7G316150029

3455

**Maddalo Chiropractic, P.C.**

**Patient Name:** Haley Spears
**Date:** 7/20/15
**Patient D.O.B.:** REDACTED
**Patient Number:**

NOTICE OF IRREVOCABLE LIEN AND ASSIGNMENT OF BENEFITS AUTHORIZATION FOR RELEASE
OF TREATMENT RECORDS
PROVIDER'S LEGAL & EQUITABLE LIEN-ATTORNEY'S ACCEPTANCE

Patient Address: 74 Heath St Somerville MA 02145

Name of Insured (PIP): Haley Spears     Name of Insured (BI)

Date of Injury/Illness: 7/4/15

Name of Insurer(s) (PIP): _____ Name of Insurer(s) (BI) _____

Name of Law Office & Attorney: _____

In consideration of the agreement of the Provider named above to provide me with injury treatment services, I hereby to the extent of my treatment bills irrevocably assign to my Provider all my right, title and interest to and in all applicable insurance and indemnification reimbursement benefits of applicable insurance companies including but not limited to: automobile PIP (Personal Injury Protection) coverage; Medical Payment Coverage and health care coverage to which I may be entitled to pay my Provider for services rendered to treat me on and after the above date in connection with my injury or illness.

I further grant to my Provider an irrevocable Equitable Lien and an Official Legal Lien to any insurance benefits that may be due me and I furthermore authorize my Provider to provide my attorney and any applicable insurance companies involved with a full report concerning my condition and treatment, including but not limited to office notes, dates of visits, and charges incurred.

I hereby authorize and direct any and all applicable insurance companies to make immediate payment directly to my said Provider for all benefits and sums due me that may be due him or her upon receipt by you of my Provider's itemized statement for treatment services rendered to me.

It is further agreed that payment by any insurance company involved as herein directed to my Provider of any itemized statement shall be considered the same as if paid by the insurer directly to me.

I am aware that I remain personally responsible to my Provider for the full amount of my unpaid treatment bills and further direct any Attorney representing me to withhold from the proceeds upon any final settlement or final disposition of my case an amount equal to that to pay any outstanding unpaid balance of my bills. This includes any balance due as a result of an independent medical exam that discontinued my personal injury protection benefits and/or my medical payments benefit.

Patient's Signature: Haley A Spear     Date: 7/20/15

Parent/Guardian Signature: _____ Date: _____

AGREEMENT OF ATTORNEY

I hereby agree to honor the above irrevocable Lien and Assignment and pay the Provider all sums received by me from insurers attributable to the Provider's bills and also agree to pay the Provider any lawful balance due from the proceeds of any settlement or recovery.

Attorney's Signature_____ Date: _____

A photocopy of this form can be accepted with the same authority as the original.

3455



## MADDALO CHIROPRACTIC

CANDACE M. MADDALO, D.C.

257 Cambridge Street, 2nd Floor
East Cambridge, MA 02141
Telephone: (617) 547-4444
Fax: (617) 576-2842

### OUT OF NETWORK   PPO-HMO BENEFITS

**If the plan does not have out-of network benefits,** but there
are chiropractors in the network and we are not in that
network:  Under these circumstances there are options
available **when the total of all medical expenses reach
$2,000.00.**

   a.  If the patient's response to treatment is
satisfactory at that time, we may refer to a physical
therapist who is a provider in the health insurer's network.

   b.  If the patient needs additional chiropractic care at
that time, we may refer to a chiropractor who is in the PPO
network.

   c.  If the patient wishes to continue treatment in this
office, we will await payment until settlement of the claim.
We will ask the patient to read and sign a disclosure and
send a copy to you.  (copy enclosed)

It will be important for this office to know if the patient
has had other medical expenses that will contribute to
his/her reaching the $2,000.00 PIP threshold before the
threshold is actually reached so that we may make the
appropriate referrals in a timely manner.  Your cooperation
in providing this information will be necessary.

If there are any questions or concerns, please feel free to
contact us at any time.


Sincerely,


Candace M. Maddalo, D.C.and staff

CMM/sw


*Please complete the back
of this page*

Liberty003619

7G316150029

345

## MADDALO CHIROPRACTIC
### DR. CANDACE MADDALO

**257 Cambridge Street**
**East Cambridge, MA 02141**
**617-547-4444**

**49 Mystic Ave**
**Medford, MA 02155**
**781-393-0055**

### Referral for Treatment, Consultation, X-rays, etc. – Outside This Office

Please understand that if you are being referred to an establishment outside this office, as with any medical referral, we are not responsible for their billing or scheduling procedures. Any questions regarding these or any of their business operations must be directed to the staff at the establishment.

We have will try to assist you with the place of referral, if so desired, for its quality reputation and as a convenience for our patients. However, you may choose your own place to be referred to or a recommendation from your primary physician. Please understand that the following applies to our association with any referred establishment, including but not limited to hospitals, clinics, testing facilities, blood work facilities, primary care physicians, etc.

    1. If this office makes a referral it is to a professional treatment facility. There is no financial or administrative connection between their practice and this office. The professional(s) at any referred practice have no affiliation with Maddalo Chiropractic and do not work out of or in conjunction with this office. Therefore, if for any reason you do not wish to seek care through the named referral, this office will refer you to another facility of your won choice or back to your primary care physician. However, you can refuse any and all recommendations.
    2. This office is not connected to and does not have an influence over the procedures or billings of any referred office. Therefore, please discuss any problems, questions or billing information, specific to the outside referral with the establishment's staff.
    ---Please treat this referral as you would a referral to see your primary care physician. It is ultimately up to the patient to continue care or discontinue. We can only recommend that you seek treatment. Once the referral has been made the procedures of the other professional's office is not directly or indirectly related to this office. Please contact that office's staff with regards to appointments, treatment procedures, etc.

    3. If you have any questions or need any additional clarification please ask our staff immediately.
    4. As always, we welcome your suggestions. Any quality referrals for additional medical facilities will be welcome at this office.

"I have reviewed the above information regarding referrals made to me outside of Maddalo Chiropractic. I have a clear understanding of this information and my options with regards to this or any future referral.

Patient Signature _____ Date: 7/20/15

Liberty003620

**MADDALO CHIROPRACTIC**
**DR. CANDACE MADDALO**

**257 Cambridge Street**
**East Cambridge, MA 02141**
**617-547-4444**

**49 Mystic Ave**
**Medford, MA 02155**
**781-393-0055**

## Therapy Room Treatment and Consent

It is the practice of this office to provide therapies, such as electric muscular stimulation (EMS), etc. within a semi-private, multiple patient room. This room may have as many as three patients receiving therapy treatment at a time.

For those patients wearing clothing items, which they believe to be too revealing while lying down for therapy treatment (ie. Shorts, mini skirts, etc) a blanket or covering will be provided for exposed areas of the torso and legs.

Since this is a semi-private, group area, no private or confidential medical information will be discussed during your time in this area, unless brought up by you (the patient). We ask that all patients refrain from discussing medical information until they are in private treatment room with the doctor.

While it is our practice to routinely offer this therapy treatment, as the patient, you may consent or withhold your consent to treatment. Therefore please indicate your preference by filing out the appropriate section below:

**I.                           CONSENT TO TREATMENT IN A GROUP SETTING:**

I AGREE TO BE PLACED IN THE MULTIPLE THERAPY ROOM AS WARRANTED. I HAVE BEEN INFORMED THAT THE THERAPY ROOM FROM TIME TO TIME WILL HAVE OTHER PATIENTS IN THE ROOM WITH ME. I HAVE BEEN INFORMED THAT IF I WEAR REVEALING CLOTHING, I WILL HAVE A LIGHT BLANKET COVERING ME. If at any time I am uncomfortable with the present arrangements I will inform the doctor or the receptionist.

      "I agree and understand the information above and that I have to respect the privacy and rights of the other patients while consenting to treatment within this group setting"

Signed _____Date_____

**II.                       WITHHOLD CONSENT**

I don not agree to treatment in a group setting. While I understand that this may slow or hamper my treatment, I find that even a semi-private setting to be too uncomfortable for me to participate in at this time. Therefore, I am with holding my consent and will not hold the doctor accountable for any interference with my health progress.

Patient Signature: _____ Date: 7/20/15

_____ Date:_____
If patient is a minor or unable to write – Guardian/Spouse's or Authorized Signature

Liberty003621

# Maddalo Chiropractic
## Dr. Candace Maddalo



3155
7/20/15

| 257 Cambridge Street | 49 Mystic Avenue | 14 McGrath Highway |
|---|---|---|
| Cambridge, MA 02141 | Medford, MA 02155 | Gold's Gym– Twin City |
| Ph 617-547-4444 | Ph 781-393-0055 | Ph 617-666-2447 |
| Fax 617-576-2842 | Fax 781-393-0057 | Fax 617-666-2842 |

### HEALTH INSURANCE AFFIDAVIT

Your claim for Personal Injury Protection benefits may be coordinated with your own personal Health Insurance per MGL c. 90, Sec. 34M. In order to properly determine what benefits are payable, it is necessary for you to provide us with the information requested below. Thank you very much.

1. Do you have Health Insurance?  (✓) YES  ( ) NO

A. If yes, please answer, or provide a copy of your health insurance card.

Plan Name: _Haley Spears_

Address: _74 Heath St_

Telephone: _860-930-0887_

Group Number:_____  Policy Number:_____

Subscriber Name:_____

ID Number:_____ *REDACTED*_____

B. If no,

Are you eligible for coverage under someone else's health plan? ( )YES (✗)NO

If you are eligible under someone else's health plan, please indicate their name and your relationship to the plan member, etc. below and complete the above information as it pertains to the plan.

Member Name:_____

Relationship:_____

Address of Member:_____

Member Phone:_____

Applicant's signature: _Haley Spears_   Date _7/20/15_

Liberty003622

7G316150029

# 3455

### MADDALO CHIROPRACTIC

### DR. CANDACE MADDALO

| 257 Cambridge Street | 49 Mystic Ave | 14 McGrath Hwy – Gold's Gym |
|---|---|---|
| East Cambridge, MA 02141 | Medford, MA 02155 | Somerville, MA 02143 |
| 617-547-4444 - Phone | 781-393-0055 - Phone | 617-666-2447 - Phone |
| 617-576-2842 – Fax | 781-393-0057 – Fax | 617-666-2842 – Fax |

Greenacres Chiropractic Clinic
925 Benton Road
Bossier City, IA  71111

RE:  Haley Spears
Subject:  Requested Records

To whom it may concern:

The following are copies of notes on the above named patient.

1.  Your request
2.  Daily office notes as follows:
    a.  August 2015:       26th, 24th, 11th, 10th, 7th,
    b.  July 2015:         29th, 27th, 20th,
    c.  May 2015:          9th,
    d.  March 2015:        28th,
    e.  February 2015:     6th,
    f.  January 2015:      20th, 16th, 12th, 9th, 7th, 5th,
    g.  December 2014:     29th, 20th, 8th,

3.  Initial report on December 8, 2014 – 3 pages
4.  The Roland Morris questionnaire dated 12/20/2014
5.  Medicare local coverage dated 12/20/2014
6.  Patient subjective complaints as follows – Same dates as above
7.  Oswestry low back 3/28/2015
8.  Additional subjective findings dated 8/24/2015 & 8/10/2015

If you need any other information or have any questions please do not hesitate to call.

Sincerely,

Roxanne Permatteo
Office Manager – Keeper of Records

Liberty003623

7G316150029

# INFORMED CONSENT FOR CHIROPRACTIC TREATMENT

Maddalo Chiropractic

I hereby request and consent to the performance of chiropractic treatments (also known as chiropractic adjustments or chiropractic manipulative treatments) and any other associated procedures: physical examination, tests, diagnostic x-rays, physio therapy, physical medicine, physical therapy procedures, etc. on me by the doctor of chiropractic named above and/or other assistants and/or licensed practitioners.

I understand, as with any health care procedures, that there are certain complications, which may arise during chiropractic treatments. Those complications include but are not limited to: fractures, disc injuries, dislocations, muscle strain, Homers' syndrome, diaphragmatic paralysis, cervical myelopathy and costovertebral strains and separations. Some types of manipulation of the neck have been associated with injuries to the arteries in the neck leading to or contributing to complications including stroke.

I do not expect the doctor to be able to anticipate all risks and complications, and I wish to rely upon the doctor to exercise judgment during the course of the procedure(s) which the doctor feels at the time, based upon the facts then known, that are in my best interest.

I have had an opportunity to discuss the nature, purpose and risks of chiropractic treatments and other recommended procedures. I have had my questions answered to my satisfaction. I also understand that specific results are not guaranteed.

If there is any dispute about my care, I agree to a resolution by binding arbitration according to the American Arbitration Association guidelines.

I have read (or have had read to me) the above explanation of the chiropractic treatments. I state that I have been informed and weighed the risks involved in chiropractic treatment at this health care office. I have decided that it is in my best interest to receive chiropractic treatment. I hereby give my consent to that treatment. I intend for this consent to cover the entire course of treatment for my present condition(s) and for any future conditions(s) for which I seek treatment.

**Sign only after you understand and agree to the above.**

_Haley Spears_
Printed name of Patient

x_Haley M Sp_       _12/20/14_
Signature of Patient                        Date

x_____       _____
Signature of Representative                  Date
(if patient is a minor or is handicapped)

x_____       _12/20/14_
Witness to Patient's Signature               Date

~~345~~
3455

Form copyright © 2008-2013 by ChiroCode Institute.
Form may only be copied and/or customized by ChiroCode DeskBook subscribers for use in his/her own office.

**Maddalo Chiropractic**                    **Doctor's Name:  Candace Maddalo, D.C.**

### Patient Acknowledgement and Disclaimer

I understand that I have entered this office for consultation and treatment of pain or injuries. Furthermore, it has been explained to me and I fully understand the following:

1. I have reviewed with a staff member, read and signed the informed consent information and am aware of the risks involved in receiving chiropractic care.
**Initials**_____

2. I have been informed and am aware that it is my responsibility to accept or reject the recommendations given by Dr. Maddalo and that missing appointments, not following through with home care instructions, exercises, and subsequent referrals is my decision and may delay my recovery and/or harm my health.  **Initials**_____

3. I am fully aware that I do not have to follow or complete Dr. Maddalo's recommendations. The ultimate decision is mine to continue care.  **Initials**_____

4. I am fully aware that there will be a fee charged for any missed appointment. I must cancel appointment prior to or the same day of appointment.  **Initials**_____

5. I have fully disclosed, to the best of my knowledge any pre-existing condition, previous accident or injury and any habits or symptoms, which may impact my condition.
**Initials**_____

6. I have reviewed the need for x-rays and have consented to these x-rays, as explained to me. **Initials**_____OR I am not consenting to x-rays, and understand it is ultimately my decision and risk not to have x-rays. **Initials**_____ For women: I am not pregnant, nor could I be pregnant and, therefore, am consenting to x-rays. **Initials**_____

7. I have reviewed the Emergency Room care instructions and have been given a copy of these instructions.  **Initials**_____

8. I agree to be an active participant in my treatment regime and will notify the doctor as to any changes in my condition in a timely fashion, so that I may receive the most efficient and appropriate medical/chiropractic treatment.  **Initials**_____

9. Dr. Maddalo will review my condition and progress with me at regular intervals and will advise me as to my progress and treatment options.  **Initials**_____

10. Dr. Maddalo will not be held accountable by me for any activities that I may participate in that are not directly related to treatment in Maddalo Chiropractic offices and which cause an exacerbation of symptoms or new symptomatology.  These activities may include, but are not limited to sports, recreational activities, housework and moving/traveling.
**Initials**_____

"I have read each statement as indicated by the initials.  I concur with each statement and agree to follow the course of treatment described; however, I acknowledge that I have the right to discontinue care at any time that I feel it is unreasonable or unnecessary".

Patient Signature:_____     Date:__12/20/14__

_____     Date:_____
If patient is a minor or unable to write – Guardian/Spouse's or Authorized Signature

Witness to Signature:_____     Date:__12/20/14__

3455

Liberty003625

7G316150029

**Maddalo Chiropractic**                    **Doctor's Name:  Candace Maddalo, D.C.**

### Patient Acknowledgement and Disclaimer – Insurance Information

I understand that I have entered this office for consultation and treatment of pain or injuries.  Furthermore, it has been explained to me and I fully understand the following:

1.  I have reviewed my health and/or accident policy and confirmed coverage with my insurance plan.  I am aware of the chiropractic benefits I have with my insurance company.  This includes participating chiropractors, covered charges, co-pays, deductibles, coinsurance and number of visits.  **Initials**_____

2.  Maddalo Chiropractic will submit any insurance paperwork necessary on my behalf.  However, I am fully responsible for the billing incurred from Maddalo Chiropractic.  **Initials**_____

3.  I hereby confirm that I have made any and all arrangements with my insurance carrier for referrals and/or preauthorization to be treated at Maddalo Chiropractic  **Initials**_____

4.  I understand that there are some insurance companies that do not cover all the services rendered at Maddalo Chiropractic.  This may include the number of chiropractic visits allowed; therefore, I understand that I am ultimately responsible for payment of any non-covered services rendered to me.  **Initials**_____

5.  In spite of any insurance or accident case I may have pending, I acknowledge that any Residual balance not covered or denied by my insurance is due forthwith and will be paid by me expeditiously.  **Initials**_____

6.  I understand that payment is owed to Maddalo Chiropractic in a timely fashion and I will make provisions to see that they are paid in such manner whether or not settlement is pending.  **Initials**_____

Signature _____ Date___ 12/20/14

Liberty003626

7G316150029

3155

Maddalo Chiropractic
Dr. Candace Maddalo
617-547-4444

Date: 12|20|14

## Authorization to Use the Ultra-Sound Unit

Explanation of Ultrasonic stimulator effect:

- Ultrasonic equipment generates high frequency sound waves (1MHz) that are transferred to a specific body area via a round-headed probe. The sound waves travel deep into tissue and create gentle heat. As the probe glides over the skin's surface, sound waves penetrate the skin's surface causing soft tissues to create deep heat. In turn the head induces vasodilatation: drawing blood into the target tissues. The generated deep heat is found to help relieve pain and reduce muscle spasms.

Contraindications: Since this machine can not be used for the following reasons, please inform the doctor immediately if there is a concern. Can not be used with

- implanted neurostimulation systems
- Malignancies (cancer)
- In regions with malignant tumors
- In patients with cardiac pacemakers
- Pregnant patients
- Ischemic tissue in patients with vascular disease
- Carotid sinus nerves or arteries, laryngeal or pharyngeal muscles (front of the neck)
- Hemorrhagic diatheses (bleeds easily or a bleeding disorder)
- In the area with a spinal cord laminectomy (back surgery)
- Anesthetic areas (areas without feeling)
- Metallic implants, or prostheses with a cement – matrix (hip, knee etc, replacements)

I have read and informed the doctor of any contraindications. (Initials) ~~[crossed out]~~

I give my consent to use the Ultrasonic unit (initials) ~~[crossed out]~~

I do not want to have the ultrasonic unit used on me today (initials) HNS

Liberty003627

7G316150029

3455

MADDALO CHIROPRACTIC          RE: Hiley Spears Date: 12-20-14

During the course of treatment you will receive the following. If warranted you may receive one or more adjunctive therapies in the same day to speed the healing process. There will be some days that no adjunctive therapies will be applied. During the course of treatment you will receive re-examinations and evaluations to evaluate your progress and review the results. When warranted we will review your work and home activities and may modify some of the ways you work or relax until you have reached maximum chiropractic improvement. At any time if you have any questions please do not hesitate to ask. You may at any time refuse the following adjunctive therapies.

**97124 – Massage Therapy**
Time of treatment – minimum 15 minutes
Reason for treatment –
- Effleurage – stroking
- Petrissage – Compression
- Tapotment – percussion

Massage: it is based on the subjective complaints and examination findings; massage therapy to help reduce muscle spasms and stiffness. Due to the nature of this patient's condition, manual kneeding, pressure and friction are indicated

**97101 – Hot or Cold Packs**
Time of Treatment - 10 to 30 minutes
Reason for treatment –
- Relaxation of spasticity – hot
- Increase Vasodialtion rates – hot
- Increase Local Circulation – hot
- Relieve pain and reduce spasm – cold
- Reduce swelling – cold
- Produce sedation/analgesia – cold

**97110 – Exercise –**
Time of Treatment – 15 minutes and above
Reason for treatment –
- To develop strength
- Endurance
- Range of motion
- Flexibility

*Decline*

**97035 – Ultra-sound**
Time of Treatment – 15 minutes or longer
Reason for Treatment –
- Heat
- High intensity micromassage
- Relaxing muscles
- Chronic inflammation

Ultrasound – is used to provide a deep penetrating heat effect within the tissue. It also introduces a micro-massage within the tissue by breaking down scar tissue and reducing edema. This mode of treatment also produces a mild sedative effect. Overall, ultrasound provides heat and micro-massage where muscles, tendons and ligaments attach to the bone.

**97032– Electrical Stimulation –**
Area: Cervical, Thoracic and Lumbar
Time: 22 minutes
Reason:          To help control pain                    To Relax tightened muscles
- To reduce edema                      To help with trigger points

Doctor has explained the above and patient agrees to treatment – please initial here *HAS* date *12/20/14*

*all but ultra-sound*

Liberty003628



**MADDALO CHIROPRACTIC**
257 CAMBRIDGE STREET  * CAMBRIDGE.  MA  02141

OUR FINANCIAL POLICY

Thank you for choosing Maddalo Chiropractic as your health care provider. We are committed to your treatment being successful. Please understand that payment of your bill is considered a part of your treatment. The following is a statement of our Financial Policy, which we require you read and sign prior to any treatment.

1. All patients must complete our Information and Insurance form before seeing the doctor.

2. FULL PAYMENT IS DUE AT TIME OF SERVICE.  WE ACCEPT Checks, Cash and the following credit cards:  Visa, MasterCard, Discover, and American Express

### 3. Regarding Health Insurance

*Health Insurance Policies:* We may accept assignment of insurance benefits after your second visit. However, we do require that you inform us of your co-pay and deductibles at the time of you visit. These charges must be paid at time of service. The balance is your responsibility whether your insurance company pays or not. We cannot bill your insurance company unless you provide us with complete and accurate insurance information. Your insurance policy is a contract between you and your insurance company. We are not a party to that contract.

In the event we do accept assignment of benefits we require that you be pre-approved on our extended payment plan or provide a credit card with authorization to bill that account for the balance. If you're insurance company has not paid your account in full within 45 days, the balance will be automatically transferred to your credit card or the extended payment plan. Please be aware that some, and perhaps all, of the services provided may be non-covered services and not considered reasonable and necessary under the Medicare Program and/or other medical insurance.

*Regarding In-network Provider Plans:* Plans where we are a participating provider. All co-pays and deductibles are due prior to treatment. In the event that your insurance coverage changes to a plan where we are not participating providers, refer to section #3.

### 4. Accident (Personal injury/MVA)

*Doctor's lien:* Maddalo Chiropractic accepts all types of personal injury case. When accepting a new case it is our policy to establish certain liens and guarantees of payment. Patients will be required to sign a Doctor's lien and an assignment of pay form, which provides the doctor the added protection of having all balances paid directly to this office prior to the patient's receiving any settlement monies.

Signing this doctor's lien DOES NOT mean that the doctor will get paid only if and when the patient gets paid. It does mean that the patient acknowledges the debt as their responsibility, this office will not make side arrangements with the patient, and that the patient will see that payment in full is made to this office, regardless of insurance approval/denial or settlement, judgment or award.

*Payment Plan:* All billing will be submitted to both the insurance company and the patient's attorney (if applicable). At the time the patient is released from care &/or in the event that we receive a denial of payment from your insurance company, a payment plan will be instituted in order to keep your account open, active and current while the patient is pursuing a settlement &/or legal course of action. This plan will be a monthly installment plan. Installment sums may amount to as much as 10% of the total balance. The patient understands that this payment plan is necessary to prevent any damage to their credit rating by preventing the account from falling into "collections." The activation of this payment plan does not waive the doctor's lien.

### 5. Usual and Customary Rates

Our practice is committed to providing the best treatment for our patients and we charge what is usual and customary for our area. You are responsible for payment regardless of any insurance company's arbitrary determination of usual and customary rates.

*Adult Patients:* Adult patients are responsible for full payment at time of service.

*Minor Patients:* The adult accompanying a minor and the parents (or guardians of the minor) are responsible for full payment. For unaccompanied minors, non-emergency treatment will be denied unless charges have been pre-authorized to an approved credit plan, Visa/MasterCard, or payment by cash or check at time of service has been verified.

### 6. Missed appointments

Unless canceled, at least 24 hours in advance, our policy is to charge for missed appointments at the rate of a normal office visit. Please help us serve you better by keeping scheduled appointments.

### 7. Interest

We reserve the right to charge interest in the amount of 12% as provide by state law.

### 8. Re-Billing Fee

On all balances carried over to the next billing cycle a re-billing fee will be added to your account. This rebilling fee is nominal and helps cover the administrative expenses for each billing cycle.

Liberty003629

7G316150029

Financial Policy continued

**Maddalo Chiropractic**
257 Cambridge Street, Cambridge MA 02141

345
3455

Thank you for understanding our Financial Policy. Please let us know if you have questions or concerns.

"I have read the Financial Policy. I understand and agree to this Financial Policy":

X _Hailey Ann_ _____ Date _12/20/14_
Signature of Patient of Responsible Party

X _____ Date _____
Signature of Co-Responsible Party

☐ **Cash Patients**: I understand and agree that all services rendered me are charged directly to me and that I am personally responsible for payment. I understand that payment is expected at the time of my visit unless otherwise arranged with this office.

☐ **Personal Injury And Worker's Comp Patients**: I understand and agree that the accident insurance policies are arrangements between an insurance carrier and myself. Furthermore, I understand that Maddalo Chiropractic will prepare any necessary reports and forms to assist me in making collections from the insurance company and that any amount authorized is to be paid directly to Maddalo Chiropractic and will be credited to my account upon receipt. I also give Maddalo Chiropractic limited power of attorney in order to endorse checks made out to me that are to be credited to my account as payment for treatment and services rendered. However, I clearly understand and agree that all services rendered me are charged directly to me and that I am personally responsible for payment. I also understand that if I suspend or terminate my care and treatment, any fee for professional services rendered me will be immediately due and payable.

Finally, I understand and acknowledge that payment in full of any outstanding balance owed to Maddalo Chiropractic is not dependent upon settlement of judgment in this injury case, that 90 days post final treatment I will be expected to begin a payment plan for any outstanding balances owed.

**All other insurance:** You have selected "insurance assignment" as the method of choice to take care of your financial obligation with this office. It is important for you to realized that in this office we offer the option of Insurance assignment strictly as a courtesy to our patients and as such our patients must understand and agree to the following:

1. You are considered a cash patient until you bring in completed insurance coverage forms and this office qualifies and accepts this coverage.
2. You are ultimately responsible for the full payment of any and all services rendered
3. You must pay all deductibles in full, at the time of service
4. Your co-insurance percentage must be paid at the time of service
5. If your carrier has not paid a claim within 60 days of submission, you are responsible to take an active part in the recovery of your claim and that after 90 days you will be responsible for payment in full of any outstanding balances
6. In the event that you discontinue your program of care prior to the doctor's consent, you are responsible for payment in full of any outstanding balance and the courtesy of insurance assignment is immediately discontinued.

**Acknowledgement:** "I have read the above terms and conditions and hereby acknowledge my understanding and consent to abide by them."

_Hailey Ann_ _____ _12/20/14_
Patient's Signature                          Date

Optional

**Easy Pay:** I authorize Maddalo Chiropractic to charge to my credit card listed the balance of charges not paid by my insurance and/or any cash payments within 90 days. I understand that the service charge for processing will be added to my day's charges. I authorize charges to my credit card on the following basis:

☐ **Weekly**        ☐ **Monthly**        ☐ **Per visit**

Patient's Name: _Mary_ ___ Card member's name (if different) _____

Type of card: _____

Card #: _____ Expiration date: _____

This payment method begins on _____ and will be reviewed and reauthorized on an annually basis.

"I assign my insurance benefits to the provider listed above. If no chiropractic coverage is available, I authorize the debit of my credit card for the full amount of treatment. I understand that this form is valid for one year, unless I cancel the authorization through written notice to the health care provider."

_Hailey ass_ _____ _12/20/14_
Signature                          Date

Liberty003630

**3455**

**Maddalo Chiropractic**          **Doctor's Name:  Candace Maddalo, D.C.**

Patient's Name: Haley Spears          Date: 12/7/14

Address 74 Heath St          City          State          Zip Code

Home Phone 617-718-2055   Cell Phone 860-930-0887   Work Phone

E-Mail (write clearly)          Cell Phone Provider (for text messages) Verizon

Social Security # REDACTED          Birth REDACTED  Age 37  Gender: M/F

Marital Status: M S D W   Occupation Recruiter   Employer Kforce

Have you ever received Chiropractic Care? Y N   If yes, when?

1. Date pain began:

2. Previous interventions, surgery, or care you've sought for your symptoms:
   Chiro

Date of Surgeries:                    Type of Surgeries

3. Past Health History:   Scoliosis

a. Previous Illnesses you have had in your life:
full thyroidectomy
former chronic nuerological tick borne diseases

b. Previous injuries or traumas:
injury to left wrist

c. Have you ever broken any bones?  Which?  No

d. Allergies:

e. Females/Pregnancies and outcomes
Pregnancies/Date of Delivery                    Outcome

What was the date of the beginning of your last menstrual period  12/4/14

2014 New Patient INSURANCE Paperwork  1st day

Liberty003 31

7G316150029

**Maddalo Chiropractic**              **Doctor's Name:  Candace Maddalo, D.C.** 3455

4. Family Health History:  (Associated health problems of relatives)

_father' scoliosis_

Deaths in immediate family
Cause of parents or siblings death            Age at death

5. Social and Occupational History

a. Job description
b. Work schedule
c. Recreational activities
d. Lifestyle (hobbies, level of exercise, alcolhol, tobacco and drug use, diet

6. Health Insurance Info-GIVE COPIES OF INSURANCE CARDS TO FRONT DESK

_Medicare_

Carrier                              Ins Co Phone#

Claims Address

ID#                                  Group#

Patient Relationship to the Insured:  Self    Spouse    Child    Other

Are you covered under another person's insurance:  Y   N   If yes, complete below

Name of Insured

Address of Insured

Phone# of Insured              Sex              DOB

Insured's Employer

2014 New Patient INSURANCE Paperwork 1" day

Liberty003032

7G316150029

3455

**Maddalo Chiropractic**                    **Doctor's Name:  Candace Maddalo, D.C.**

## EMERGENCY ROOM

Please go to the emergency room immediately for an evaluation including but not limited to the following:

1. Problems with or loss of bladder or bowel control.
2. Numbness, tingling, weakness or trouble with the use of your arms, hands, leg or feet.
3. Difficulty breathing, nausea, vomiting, sweats or difficulty focusing.
4. Increased intensity of pain or swelling of an extremity.
5. When in doubt, go to the Emergency Room.

_____                    12/7/14
Patient or person acting on patient's behalf                    Date

## CONSENT TO TREATMENT

"I the undersigned, understand that if Dr. Maddalo, or any physician of Maddalo Chiropractic accepts me as a patient, am authorizing them to proceed with any treatment necessary"

_____                    12/7/14
Patient or person acting on patient's behalf                    Date

## MY PRIVACY

I have received a copy of the Notice of Privacy Practices. I understand that I have certain rights to privacy regarding my protected health information. I understand that this information can and will be used to: Conduct, plan and direct my treatment and follow-up among the healthcare providers who may be directly and indirectly involved in providing my treatment; Obtain payment from third-party payors; Conduct normal healthcare operations such as quality assessments and accreditation.

_____                    12/7/14
Patient or person acting on patient's behalf                    Date

I have read all information and certify it to be true and correct to the best of my knowledge, and hereby authorize this office of Chiropractic to provide me with chiropractic care, in accordance with this state's statutes.

_____                    12/7/14
Patient or person acting on patient's behalf                    Date

_____                    12/7/14
Witness to Signature                    Date

2014 New Patient INSURANCE Paperwork-1" day

Liberty003333

7G316150029

3155

## MADDALO CHIROPRACTIC
### DR. CANDACE MADDALO

**257 Cambridge Street**
**East Cambridge, MA 02141**
**617-547-4444**

**49 Mystic Ave**
**Medford, MA 02155**
**781-393-0055**

### Referral for Treatment, Consultation, X-rays, etc. -- Outside This Office

Please understand that if you are being referred to an establishment outside this office, as with any medical referral, we are not responsible for their billing or scheduling procedures. Any questions regarding these or any of their business operations must be directed to the staff at the establishment.

We have will try to assist you with the place of referral, if so desired, for its quality reputation and as a convenience for our patients. However, you may choose your own place to be referred to or a recommendation from your primary physician. Please understand that the following applies to our association with any referred establishment, including but not limited to hospitals, clinics, testing facilities, blood work facilities, primary care physicians, etc.

1. If this office makes a referral it is to a professional treatment facility. There is no financial or administrative connection between their practice and this office. The professional(s) at any referred practice have no affiliation with Maddalo Chiropractic and do not work out of or in conjunction with this office. Therefore, if for any reason you do not wish to seek care through the named referral, this office will refer you to another facility of your won choice or back to your primary care physician. However, you can refuse any and all recommendations.

2. This office is not connected to and does not have an influence over the procedures or billings of any referred office. Therefore, please discuss any problems, questions or billing information, specific to the outside referral with the establishment's staff.

—Please treat this referral as you would a referral to see your primary care physician. It is ultimately up to the patient to continue care or discontinue. We can only recommend that you seek treatment. Once the referral has been made the procedures of the other professional's office is not directly or indirectly related to this office. Please contact that office's staff with regards to appointments, treatment procedures, etc.

3. If you have any questions or need any additional clarification please ask our staff immediately.

4. As always, we welcome your suggestions. Any quality referrals for additional medical facilities will be welcome at this office.

"I have reviewed the above information regarding referrals made to me outside of Maddalo Chiropractic. I have a clear understanding of this information and my options with regards to this or any future referral.

Patient Signature: _____     Date: 12/7/14

Liberty003034

7G316150029

Maddalo Chiropractic  3455

# MAINTENANCE CARE NOTICE

## NECESSITY FOR TREATMENT BY MEDICARE

**Medicare does not cover Maintenance Therapy for your spinal joint problems.**
**The official Medicare guidelines that define your benefits are reprinted below.**
**Your help is needed to bill Medicare properly.**

---

**Medicare Carriers Manual, Part 3, Chapter 2 - Section 2251.3 - Necessity for Treatment**

The patient must have a significant health problem in the form of a neuromusculoskeletal condition necessitating treatment, and the manipulative services rendered must have a direct therapeutic relationship to the patient's condition and provide reasonable expectation of recovery or improvement or function. The patient must have a subluxation of the spine as demonstrated by x-ray or physical exam.

Most spinal joint problems fall into the following categories.

- *Acute Subluxation* - A patient's condition is considered acute when the patient is being treated for a new injury, identified by x-ray or physical exam as specified above. The result of Chiropractic manipulation is expected to be an improvement in, or arrest of progression of the patient's condition.

- *Chronic Subluxation* - A patient's condition is considered chronic when it is not expected to significantly improve or be resolved with further treatment (as is the case with an acute condition), but where the continued therapy can be expected to result in **some functional improvement**. Once the clinical status has remained stable for a given condition, **without expectation of additional objective clinical improvements**, further manipulative treatment is considered maintenance therapy and is not covered.

- *Maintenance Therapy* – Maintenance therapy includes services that seek to prevent disease, promote health and prolong and enhance the quality of life, or maintain or prevent deterioration of a chronic condition. When further clinical improvement cannot reasonably be expected from continuous ongoing care, and the chiropractic treatment becomes supportive rather than corrective in nature, the treatment is then considered maintenance therapy.

---

In summary, when you have an **Acute** condition (e.g. injury or re-injury), or a **Chronic** condition that needs rehabilitation, it is covered by Medicare. However, Medicare does not cover **Maintenance Therapy** for keeping you well after you are stabilized. The decision making process in our office for placing you in one of these three categories above is based on:

1) Outcomes assessment scores,

2) Patient history and physical examination, and

3) "Global Impression of Change" by the patient

If you have questions or disagree with your clinical category, please discuss it with us.

Thank you.

## I have received a copy of the Maintenance Care Notice.

x _Halyn A Spe_                    _12/7/14_

Signature of patient or person acting on patient's behalf          Date

Liberty003635

7G316150029

**Maddalo Chiropractic**                                3455

## NOTICE OF MEDICARE COVERAGE FOR CHIROPRACTIC CARE

Your Medicare coverage of chiropractic care is limited. It does not pay for all services. It will only pay for your chiropractic adjustment (manipulative treatment) when it meets Medicare's specific rules. There are three categories of Medicare services: 1) non-covered 2) always-covered, and 3) perhaps-covered.

### NON-COVERED SERVICES

According to existing Medicare law, most of the services in our office are NON-COVERED. Hopefully, the U.S. Congress will change that someday and treat Doctors of Chiropractic like all other doctors. Until then, here is a summary:

#### Examples of Non-Covered Services

*All Services Other than Chiropractic Adjustments:*
- Office Visits - to evaluate and manage, re-evaluate, advise, or give counsel regarding your health.
- Physiotherapy - such as massage, traction, electrical stimulation, neuromuscular re-education, etc.
- X-rays, Laboratory, Supplies, Vitamins, etc.

*Various Chiropractic Adjustments or Treatments:*
- Non-spinal manipulation to the shoulder, arm, leg, etc.
- Maintenance Care - you are stable and not making any more improvement.
- Wellness Care - to promote better health.

### ALWAYS-COVERED SERVICES

A Medicare COVERED service is for when you are injured or when you are in pain due to a bad spinal condition. Medicare pays for your rehabilitation as long as you are improving. This phase of care is call "active treatment." It will be shown on your Medicare claim form and payment reports with your service code. For example, "98940-AT."

### PERHAPS-COVERED SERVICES

Your Chiropractic Adjustment must be clinically needed to correct a problem of the spine, according to Medicare rules. If Medicare determines that your condition is not "Medically Necessary" they will not pay. When we know or believe that your chiropractic adjustment is no longer covered, we will discuss this matter with you. We will also give you a Medicare form known as the Advance Beneficiary Notice (ABN) which will show your financial obligation for continued care.

---

### MY FINANCIAL RESPONSIBILITY

I have received the above Medicare information. I understand that I am personally financially responsible for all services not covered by Medicare. I am also responsible for applicable annual deductibles or copayments.

x _____                          12/7/14
Signature of patient or person acting on patient's behalf          Date

---

### MY AUTHORIZATION

I authorize the release of any medical or other information necessary to process my claims. I also request payment of government or private benefits either to myself or to the party who accepts assignment. This is a permanent authorization that I may revoke at any time by written notice.

x _____                          12/7/14
Signature of patient or person acting on patient's behalf          Date

---

*NOTE: Your health information will be kept confidential. Any information that we collect about you on this form will be kept confidential in our offices. If a claim is submitted to a payer, your health information on this form may be shared with the payer. Your health information which the payer sees will be kept confidential by the payer.*

© ChiroCode Institute, www.chirocode.com    Courtesy Form #CCIPMN (October 2008)    This form may be reproduced

Liberty003636

7G316150029

## MADDALO CHIROPRACTIC
### DR. CANDACE MADDALO

257 Cambridge Street
East Cambridge, MA 02141
617-547-4444

49 Mystic Ave
Medford, MA 12155
781-393-0055

### Therapy Room Treatment and Consent

It is the practice of this office to provide therapies, such as electric muscular stimulation (EMS), etc. within a semi-private, multiple patient room. This room may have as many as three patients receiving therapy treatment at a time

For those patients wearing clothing items, which they believe to be too revealing while lying down for therapy treatment (ie. Shorts, mini skirts, etc) a blanket or covering will be provided for exposed areas of the torso and legs

Since this is a semi-private, group area, no private or confidential medical information will be discussed during your time in this area, unless brought up by you (the patient). We ask that all patients refrain from discussing medical information until they are in private treatment room with the doctor

While it is our practice to routinely offer this therapy treatment, as the patient, you may consent or withhold your consent to treatment. Therefore please indicate your preference by filling out the appropriate section below

### I.              CONSENT TO TREATMENT IN A GROUP SETTING:

I AGREE TO BE PLACED IN THE MULTIPLE THERAPY ROOM AS WARRANTED. I HAVE BEEN INFORMED THAT THE THERAPY ROOM FROM TIME TO TIME WILL HAVE OTHER PATIENTS IN THE ROOM WITH ME. I HAVE BEEN INFORMED THAT IF I WEAR REVEALING CLOTHING I WILL HAVE A LIGHT BLANKET COVERING ME. If at any time I am uncomfortable with the present arrangements I will inform the doctor or the receptionist

"I agree and understand the information above and that I have to respect the privacy and rights of the other patients while consenting to treatment within this group setting"

Signed _____ Date _____

### II.              WITHHOLD CONSENT

I do not agree to treatment in a group setting. While I understand that this may slow or hamper my treatment, I find that even a semi-private setting to be too uncomfortable for me to participate in at this time. Therefore I am with holding my consent and will not hold the doctor accountable for any interference with my health progress.

Patient Signature: _____ Date _12/7/14_

_____ Date _____
If patient is a minor or unable to write – Guardian/Spouse's or Authorized Signature

Liberty003037

7G316150029

MADDALO CHIROPRACTIC

# THE ROLAND-MORRIS LOW BACK PAIN AND DISABILITY
## QUESTIONNAIRE

3455

346

Date 12/20/14   Patient Name _Haley Spears_   Date of Birth REDACTED

Please read instructions: When your back hurts, you may find it difficult to do some of the things you normally do. Mark only the sentences that describe you **today**.

- ☐ I stay at home most of the time because of my back.
- ☑ I change position frequently to try to get my back comfortable.
- ☑ I walk more slowly than usual because of my back.
- ☐ Because of my back, I am not doing any jobs that I usually do around the house.
- ☑ Because of my back, I use a handrail to get upstairs.
- ☐ Because of my back, I lie down to rest more often.
- ☐ Because of my back, I have to hold on to something to get out of an easy chair.
- ☐ Because of my back, I try to get other people to do things for me.
- ☐ I get dressed more slowly than usual because of my back.
- ☐ I only stand up for short periods of time because of my back.
- ☐ Because of my back, I try not to bend or kneel down.
- ☐ I find it difficult to get out of a chair because of my back.
- ☐ My back is painful almost all of the time.
- ☐ I find it difficult to turn over in bed because of my back.
- ☐ My appetite is not very good because of my back.
- ☐ I have trouble putting on my sock (or stockings) because of the pain in my back.
- ☐ I can only walk short distances because of my back pain.
- ☐ I sleep less well because of my back.
- ☐ Because of my back pain, I get dressed with the help of someone else.
- ☐ I sit down for most of the day because of my back.
- ☐ I avoid heavy jobs around the house because of my back.
- ☐ Because of back pain, I am more irritable and bad tempered with people than usual.
- ☐ Because of my back, I go upstairs more slowly than usual.
- ☐ I stay in bed most of the time because of my back.

Liberty003638

7G316150029

# MADDALO CHIROPRACTIC
### Dr. Candace Maddalo

| | | |
|---|---|---|
| 257 Cambridge Street | 49 Mystic Ave | 14 McGrath Hwy |
| East Cambridge, MA 02141 | Medford, MA 02155 | Gold's Gym – Twin City Plaza |
| (Phone) 617-547-4444 | (Phone) 781-393-0055 | Somerville, MA 02143 |
| (Fax) 617-576-2842 | (Fax) 781-393-0055 | (Phone) 617-666-2447 |
| | | (Fax) 617-666-2842 |

# Medicare

# Local Coverage Determination:

The manipulative services rendered must have a direct therapeutic relationship to the patient's condition, and the services must provide reasonable expectation of recovery or improvement of function.

Chiropractic **maintenance therapy** is not considered to be medically reasonable or necessary under the Medicare program, and is therefore ***not payable.*** Maintenance therapy includes services that see to:

- Prevent disease
- Promote health
- Prolong and enhance the quality of life
- Maintain or prevent deterioration of a chronic condition

When further clinical improvement cannot reasonably be expected from continuous ongoing care, and the chiropractic treatment becomes supportive rather than corrective in nature, the treatment is then considered maintenance therapy. This is not covered under Medicare.

I, the patient have read the above and understand the above. I, understand the maintenance aspect as stated above, however, I will continue my care as needed, with the knowledge that Medicare will not or may not cover the services rendered. I understand this will apply to every visit.

REDACTED

Patient's Signature: _____ Date of Birth _____

Date of Signature: _____12/20/14_____

Witness Signature or Intials _____

Liberty003639

7G316150029

# #3455

## REVISED OSWESTRY LOW BACK PAIN DISABILITY QUESTIONNAIRE

*PLEASE READ*: This questionnaire is designed to enable us to understand how much your low back pain has affected your ability to manage your everyday activities. Please answer each section by circling the ONE CHOICE that most applies to you. We realize that you may feel that more than one statement may relate to you, but *PLEASE JUST CIRCLE THE ONE CHOICE WHICH MOST CLOSELY DESCRIBES YOUR PROBLEM RIGHT NOW.*

### SECTION 1 - Pain Intensity

A  The pain comes and goes and is very mild.
B  The pain is mild and does not vary much.
C  The pain comes and goes and is moderate.
D  The pain is moderate and does not vary much.
E  The pain comes and goes and is severe.
F  The pain is severe and does not vary much.

### SECTION 2 - Personal Care

A  I would not have to change my way of washing or dressing in order to avoid pain.
B  I do not normally change my way of washing or dressing even though it causes some pain.
C  Washing and dressing increases the pain, but I manage not to change my way of doing it.
D  Washing and dressing increases the pain and I find it necessary to change my way of doing it.
E  Because of the pain, I am unable to do some washing and dressing without help.
F  Because of the pain, I am unable to do any washing or dressing without help.

### SECTION 3 - Lifting    N/R

A  I can lift heavy weights without extra pain.
B  I can lift heavy weights, but it causes extra pain.
C  Pain prevents me from lifting heavy weights off the floor.
D  Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, eg. on a table.
E  Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned.
F  I can only lift very light weights, at the most.

### SECTION 4 - Walking

A  Pain does not prevent me from walking any distance.
B  Pain prevents me from walking more than one mile.
C  Pain prevents me from walking more than 1/2 mile.
D  Pain prevents me from walking more than 1/4 mile.
E  I can only walk while using a cane or on crutches.
F  I am in bed most of the time and have to crawl to the toilet.

### SECTION 5 - Sitting

A  I can sit in any chair as long as I like without pain.
B  I can only sit in my favorite chair as long as I like.
C  Pain prevents me from sitting more than one hour.
D  Pain prevents me from sitting more than 1/2 hour.
E  Pain prevents me from sitting more than ten minutes.
F  Pain prevents me from sitting at all.

### SECTION 6 - Standing

A  I can stand as long as I want without pain.
B  I have some pain while standing, but it does not increase with time.
C  I cannot stand for longer than one hour without increasing pain.
D  I cannot stand for longer than 1/2 hour without increasing pain.
E  I cannot stand for longer than ten minute without increasing pain.
F  I avoid standing, because it increases the pain straight away.

### SECTION 7 - Sleeping

A  I get no pain in bed.
B  I get pain in bed, but it does not prevent me from sleeping well.
C  Because of pain, my normal night's sleep is reduced by less than one than one quarter.
D  Because of pain, my normal night's sleep is reduced by less than one-half.
E  Because of pain, my normal night's sleep is reduced by less than three-quarters.
F  Pain prevents me from sleeping at all.

### SECTION 8 - Social Life

A  My social life is normal and gives me no pain.
B  My social life is normal, but increases the degree of my pain.
C  Pain has no significant effect on my social life apart from limiting my more energetic interests. My e.g., dancing, etc.
D  Pain has restricted my social life and I do not go out very often.
E  Pain has restricted my social life to my home.
F  I have hardly any social life because of the pain.

### SECTION 9 - Traveling    N/A

A  I get no pain while traveling.
B  I get some pain while traveling, but none of my usual forms of travel make it any worse.
C  I get extra pain while traveling, but it does not compel me to seek alternative forms of travel.
D  I get extra pain while traveling which compels me to seek alternative forms of travel.
E  Pain restricts all forms of travel.
F  Pain prevents all forms of travel except that done lying down.

### SECTION 10 - Changing Degree of Pain

A  My pain is rapidly getting better.
B  My pain fluctuates, but overall is definitely getting better.
C  My pain seems to be getting better, but improvement is slow at present.
D  My pain is neither getting better nor worse.
E  My pain is gradually worsening.
F  My pain is rapidly worsening.

COMMENTS: _____

NAME: _Haley Spears_     DATE: _5/1/15_  SCORE: _16_

Fairbank J, Davies J, et al.  The Oswestry Low Back Pain Disability Questionnaire.  Physiother 1980; 66(18): 271-273.

Liberty003640

7G316150029

365 368/15

## REVISED OSWESTRY LOW BACK PAIN DISABILITY QUESTIONNAIRE

*PLEASE READ:* This questionnaire is designed to enable us to understand how much your low back pain has affected your ability to manage your everyday activities. Please answer each section by circling the ONE CHOICE that most applies to you. We realize that you may feel that more than one statement may relate to you, but *PLEASE JUST CIRCLE THE ONE. CHOICE WHICH MOST CLOSELY DESCRIBES YOUR PROBLEM RIGHT NOW.*

### SECTION 1 - Pain Intensity

A  The pain comes and goes and is very mild.
B  The pain is mild and does not vary much.
C  The pain comes and goes and is moderate.
D  The pain is moderate and does not vary much.
E  The pain comes and goes and is severe.
F  The pain is severe and does not vary much.

### SECTION 2 - Personal Care

A  I would not have to change my way of washing or dressing in order to avoid pain.
B  I do not normally change my way of washing or dressing even though it causes some pain.
C  Washing and dressing increases the pain, but I manage not to change my way of doing it.
D  Washing and dressing increases the pain and I find it necessary to change my way of doing it.
E  Because of the pain, I am unable to do some washing and dressing without help.
F  Because of the pain. I am unable to do any washing or dressing without help.

### SECTION 3 - Lifting

A  I can lift heavy weights without extra pain.
B  I can lift heavy weights, but it causes extra pain.
C  Pain prevents me from lifting heavy weights off the floor.
D  Pain prevents me from lifting heavy weights off the floor. but I can manage if they are conveniently positioned, eg. on a table.
E  Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned.
F  I can only lift very light weights, at the most.

### SECTION 4 - Walking

A  Pain does not prevent me from walking any distance.
B  Pain prevents me from walking more than one mile.
C  Pain prevents me from walking more than 1/2 mile.
D  Pain prevents me from walking more than 1/4 mile.
E  I can only walk while using a cane or on crutches.
F  I am in bed most of the time and have to crawl to the toilet.

### SECTION 5 - Sitting

A  I can sit in any chair as long as I like without pain.
B  I can only sit in my favorite chair as long as I like.
C  Pain prevents me from sitting more than one hour.
D  Pain prevents me from sitting more than 1/2 hour.
E  Pain prevents me from sitting more than ten minutes.
F  Pain prevents me from sitting at all.

### SECTION 6 - Standing

A  I can stand as long as I want without pain.
B  I have some pain while standing. but it does not increase with time.
C  I cannot stand for longer than one hour without increasing pain.
D  I cannot stand for longer than 1/2 hour without increasing pain.
E  I cannot stand for longer than ten minute without increasing pain.
F  I avoid standing, because it increases the pain straight away.

### SECTION 7 - Sleeping

A  I get no pain in bed.
B  I get pain in bed, but it does not prevent me from sleeping well.
C  Because of pain. my normal night's sleep is reduced by less than one than one quarter.
D  Because of pain, my normal night's sleep is reduced by less than one-half.
E  Because of pain, my normal night's sleep is reduced by less than three-quarters.
F  Pain prevents me from sleeping at all.

### SECTION 8 - Social Life

A  My social life is normal and gives me no pain.
B  My social life is normal. but increases the degree of my pain.
C  Pain has no significant effect on my social life apart from limiting my more energetic interests, My e.g.. dancing, etc.
D  Pain has restricted my social life and I do not go out very often.
E  Pain has restricted my social life to my home.
F  I have hardly any social life because of the pain.

### SECTION 9 - Traveling

A  I get no pain while traveling.
B  I get some pain while traveling, but none of my usual forms of travel make it any worse.
C  I get extra pain while traveling. but it does not compel me to seek alternative forms of travel.
D  I get extra pain while traveling which compels me to seek alternative forms of travel.
E  Pain restricts all forms of travel.
F  Pain prevents all forms of travel except that done lying down.

### SECTION 10 - Changing Degree of Pain

A  My pain is rapidly getting better.
B  My pain fluctuates, but overall is definitely getting better.
C  My pain seems to be getting better. but improvement is slow at present.
D  My pain is neither getting better nor worse.
E  My pain is gradually worsening.
F  My pain is rapidly worsening.

COMMENTS: Section 5- often have a hard time getting comfortable in a chair, repositioning often but this is upper back related as well.

NAME: Haley Spear    DATE 3/28/15 SCORE: _____

Fairbank J, Davies J, et al.  The Oswestry Low Back Pain Disability Questionnaire.  Physiother 1980; 66(18): 271-273.

Liberty003641

7G316150029

**A. Notifier: Maddalo Chiropractic**

**B. Patient Name:** Haley Spears   **C. Identification Number:** 3455

## Advance Beneficiary Notice of Noncoverage (ABN)

**NOTE:** If Medicare doesn't pay for **D.** Service below, you may have to pay.

Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **D.** Service below.

| D.  Service | E. Reason Medicare May Not Pay: | F. Estimated Cost |
|---|---|---|
| **Chiropractic Manipulative Therapy(CMT)**<br>• **98940**<br>• **98941 or**<br>• **98942** | **Medicare does not pay for chiropractic maintenance services as defined in the current Local Coverage Determination (LCD) #L27350** | **$50.00 - $70.00** |

### WHAT YOU NEED TO DO NOW:

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the **D.  Service** listed above.
  **Note:** If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

**G. OPTIONS:**   Check only one box. We cannot choose a box for you.

☑ **OPTION 1.** I want the **D.  Service** listed above.  You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN).  I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN.  If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2.**  I want the   **D.  Service** listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.**

☐ **OPTION 3.** I don't want the **D. Service** listed above.  I understand with this choice I am **not responsible for payment,** and **I cannot appeal to see if Medicare would pay.**

**H. Additional Information:**

*"Regular maintenance chiropractic care."*

**This notice gives our opinion, not an official Medicare decision.** If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048). Signing below means that you have received and understand this notice. You also receive a copy.

**I. Signature:**   **J. Date:** 5/11/15

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to CMS, 7500 Security Boulevard, Attn. PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

Form CMS-R-131 (03/11)                          Form Approved OMB No. 0938-0566

Liberty003642

7G316150029

## MADDALO CHIROPRACTIC - Somerville Office
### Patient Sign in Sheet

**Patient Name** _Haley Spears_ **File #** _3455_ **Date** _8_ / _7_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

REDACTED

**I, Agree to the above statements:** _Haley a_ **Date of Birth** _

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature** _Haley a_

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side          (Left) Back (Right)          (Right) Front (Left)          Left Side

Liberty003643

7G31615O029

# MADDALO CHIROPRACTIC
## Dr. Candace Maddalo

**257 Cambridge Street**
**East Cambridge, MA 02141**
**(Phone) 617-547-4444**
**(Fax) 617-576-2842**

**49 Mystic Ave**
**Medford, MA 02155**
**(Phone) 781-393-0055**
**(Fax) 781-393-0055**

**14 McGrath Hwy**
**Gold's Gym – Twin City Plaza**
**Somerville, MA 02143**
**(Phone) 617-666-2447**
**(Fax) 617-776-2842**

Name: _Haley Spears_     File# _3455_    Date _8/19/15_

| Symptom | Right | Left | 1-10 10 is worse | % of day | Radiates to | Worse in Morning | Worse in after-noon | Worse in evening | Pain wakes me up |
|---|---|---|---|---|---|---|---|---|---|
| Headache | | | 5 | | | | | | |
| Neck | | | 4 | | | | | | |
| Upper back | | | 6 | | | | | | |
| Mid – back | | | 5 | | | | | | X |
| Lower back | | | | | | | | | |
| (SI) Hip joint | | | | | | | | | |
| Shoulder | | | 6 | | | | | | |
| Elbow | | | | | | | | | |
| Arm | | | | | | | | | |
| (circle one) wrist  fingers | | | | | | | | | |
| Knee | | | | | | | | | |
| Leg | | | | | | | | | |
| Ankle | | | | | | | | | |
| (circle one) foot   toes | | | | | | | | | |

| Type of pain | Sharp | Dull | Achy | Shooting | Throbbing | Burning | Tingling | Other | other |
|---|---|---|---|---|---|---|---|---|---|
| Headache | | | X | | | | | | |
| Neck | | X | X | | | | | | |
| Upper back | | | | | | | | | |
| Mid back | | | | | X | | | | |
| Lower back | | | | | | | | | |
| (SI) hip joint | | | ✓ | | X | | | | |
| Shoulder | | | | | X | | | | |
| Leg | | | | | | | | | |

| What makes it worse | sitting | standing | walking | lifting | carrying | bending | Changing position | What makes it better -- heat, ice, stretching, chiro, massage, etc |
|---|---|---|---|---|---|---|---|---|
| Headache | | | | | | | | tylenol |
| Neck | | | | | | | | tylenol |
| Upper back | | | | | | | | |
| Mid back | | | | | | | | chiro |
| Low back | | | | | | | | |
| Hip joint | | | | | | | | |
| Shoulder | | | | | | | | |
| Leg | | | | | | | | |

Other information you want the doctor to know (what do you believe caused the problem or other symptoms not previously mention) _____

_____

_____

Signature: _____

Liberty003644

3455

# MADDALO CHIROPRACTIC – Medford Office
## Patient Sign in Sheet

Patient Name _Haley Spears_    File # _____    Date _8_ / _11_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit. this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _____    Date of Birth _____ **REDACTED**

I, the above named patient, here at Maddalo Chiropractic, do hereby certify. SIGNED UNDER THE PENALTIES OF PERJURY. on this date and henceforth. that treatment at Maddalo Chiropractic is **NOT** related to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature _____

This office visit is related to a motor vehicle accident (Signature) _____

This office visit is related to Workers' Compensation (Signature) _____

This office visit is related to a slip and fall (Signature) _____

Please mark the body below with a scale of 1-10 (10 being the worst)

Right Side    (Left)  Back  (Right)    (Right)  Front  (Left)    Left Side

# MADDALO CHIROPRACTIC - Somerville Office
## Patient Sign in Sheet

Patient Name _Haley Spears_  File # _3465_  Date _8_ /_24_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _Haley As_____ Date of Birth_ REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature _Haley As_____

This office visit is related to a Motor **Vehicle Accident** (Signature) _Haley____

This office visit is related to Workers' Compensation (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**

| Right Side | (Left) Back (Right) | (Right) Front (Left) | Left Side |

# MADDALO CHIROPRACTIC
## Dr. Candace Maddalo

257 Cambridge Street
East Cambridge, MA 02141
(Phone) 617-547-4444
(Fax) 617-576-2842

49 Mystic Ave
Medford, MA 02155
(Phone) 781-393-0055
(Fax) 781-393-0055

14 McGrath Hwy
Gold's Gym – Twin City Plaza
Somerville, MA 02143
(Phone) 617-666-2447
(Fax) 617-776-2842

Name: Haley Spears       File# 3455   Date 8/24/15

| Symptom | Right | Left | 1-10 10 is worse | % of day | Radiates to | Worse in Morning | Worse in after-noon | Worse in evening | Pain wakes me up |
|---|---|---|---|---|---|---|---|---|---|
| Headache | | | | | | | | | |
| Neck | | | | 80 | | | | | |
| Upper back | | | | | | | | | |
| Mid – back | | | | | | | | | |
| Lower back | | | | | | | | | |
| (SI) Hip joint | | | | 80 | | | | | |
| Shoulder | | | | 80 | | | | | |
| Elbow | | | | | | | | | |
| Arm | | | | | | | | | |
| (circle one) wrist  fingers | | | | | | | | | |
| Knee | | | | | | | | | |
| Leg | | | | | | | | | |
| Ankle | | | | | | | | | |
| (circle one) foot   toes | | | | | | | | | |

| Type of pain | Sharp | Dull | Achy | Shooting | Throbbing | Burning | Tingling | Other | other |
|---|---|---|---|---|---|---|---|---|---|
| Headache | | | | | | | | | |
| Neck | | | | | | | | | |
| Upper back | | | | | | | | | |
| Mid back | | | | | | | | | |
| Lower back | | | | | | | | | |
| (SI) hip joint | | | | | | | | | |
| Shoulder | | | | | | | | | |
| Leg | | | | | | | | | |

| What makes it worse | sitting | standing | walking | lifting | carrying | bending | Changing position | What makes it better – heat, ice, stretching, chiro, massage,  etc |
|---|---|---|---|---|---|---|---|---|
| Headache | | | | | | | | |
| Neck | | | | | | | | |
| Upper back | | | | | | | | |
| Mid back | | | | | | | | |
| Low back | | | | | | | | |
| Hip joint | | | | | | | | |
| Shoulder | | | | | | | | |
| Leg | | | | | | | | |

Other information you want the doctor to know (what do you believe caused the problem or other symptoms not previously mention) _____

Signature: _____

Liberty003647

## MADDALO CHIROPRACTIC - Somerville Office
### Patient Sign in Sheet

Patient Name _Hailey Spears_ File # _3455_ Date _8_ / _26_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _[signature]_ Date of Birth_ REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature _[signature]_

This office visit is related to a **Motor Vehicle Accident** (Signature) _[signature]_

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side      (Left)  Back  (Right)      (Right)  Front  (Left)      Left Side

Liberty003648

7G316150029

## MADDALO CHIROPRACTIC - Somerville Office
Patient Sign in Sheet

Patient Name _Haley Spears_____ File # _3455_ Date _5_ / _1_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _Haley Spears_____ Date of Birth _5/1_

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature _Haley Spears_____

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**

| Right Side | (Left)  Back  (Right) | (Right)  Front  (Left) | Left Side |



Liberty003649

## MADDALO CHIROPRACTIC - Somerville Office
Patient Sign in Sheet

Patient Name __Haley Spears__   File # _3455_   Date _5_ / _9_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _____   Date of Birth _REDACTED_

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature_____

This office visit is related to a Motor Vehicle Accident (Signature) _____

This office visit is related to Workers' Compensation (Signature) _____

This office visit is related to a Slip and Fall (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side        (Left)  Back  (Right)        (Right)  Front  (Left)        Left Side

Liberty003650

## MADDALO CHIROPRACTIC - Somerville Office
### Patient Sign in Sheet

Patient Name _Haley Spears_ File # _3455_ Date _7_ / _20_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statement** _(signature)_ _____ Date of Birth_ REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature_____

This office visit is related to a **Motor Vehicle Accident** (Signature)_ _Haley A Spears_

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**

|  Right Side  |  (Left) Back (Right)  |  (Right) Front (Left)  |  Left Side  |

Liberty003651

## MADDALO CHIROPRACTIC - Somerville Office
Patient Sign in Sheet

Patient Name _Hailey Spears_ File # _3455_ Date _7_/_27_/2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _____/Date of Birth_ REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature_____

_____

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**

Right Side     (Left)  Back  (Right)     (Right)  Front  (Left)     Left Side

**MADDALO CHIROPRACTIC** - Somerville Office
Patient Sign in Sheet

Patient Name __Hailey Spears__ File # __3455__ Date __7__ __29__ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statements:** _____ Date of Birth_ **REDACTED**

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature**_____

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side    (Left)  Back  (Right)    (Right)  Front  (Left)    Left Side

Liberty003653

## MADDALO CHIROPRACTIC - Somerville Office
### Patient Sign in Sheet

Patient Name _A la(1)11 S(2)(2)(2)3_   File # _31(5)_   Date _3_ / _28_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**REDACTED**

**I, Agree to the above statements:** _____ **Date of Birth** __

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature**_____

_____

This office visit is related to a **Motor Vehicle Accident (Signature)** _____

This office visit is related to **Workers' Compensation (Signature)** _____

This office visit is related to a **Slip and Fall (Signature)** _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side    (Left) Back (Right)    (Right) Front (Left)    Left Side

Liberty003654

7G316150029

## MADDALO CHIROPRACTIC – Somerville Office
### Patient Sign in Sheet

**Patient Name** Hilton Spocus   File # 3455   Date 2 / 6 /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statements:** _____   Date of Birth _____   REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature** _____

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side    (Left) Back (Right)    (Right) Front (Left)    Left Side

7G316150029

# MADDALO CHIROPRACTIC – Somerville Office
## Patient Sign in Sheet

Patient Name __Haley Spears__ File # __3455__ Date __1__/__7__/2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statements:** __Haley Spears__ Date of Birth_ REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature __Haley A Spears__

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) __Haley A Spears__

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side    (Left) Back (Right)    (Right) Front (Left)    Left Side

Liberty003656

7G316150029

## MADDALO CHIROPRACTIC - Somerville Office
### Patient Sign in Sheet

Patient Name __Haley Spears__   File # __3455__   Date __1__ / __12__ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit. this office will file insurance claim on the above patient's behalf.  The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit.  It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails.  If the patient does not call to cancel or change an appointment by the day of their scheduled appointment. there will be a charge of $25.00 to the above named patient.

REDACTED

**I, Agree to the above statements:** __Haley Spears__   Date of Birth_

I, the above named patient, here at Maddalo Chiropractic. do hereby certify. SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature** __Haley Spears__

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**

Right Side        (Left)  Back  (Right)        (Right)  Front  (Left)        Left Side

## MADDALO CHIROPRACTIC - Somerville Office
Patient Sign in Sheet

**Patient Name** _Haley Spears_ _____ File # _3455_ **Date** _1_ / _16_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statements:** _Haley Spears_ _____ **Date of Birth** _____

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature** _Haley Spears_ _____

This office visit is related to a **Motor Vehicle Accident** (Signature) _____  _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**

| Right Side | (Left)  Back  (Right) | (Right)  Front  (Left) | Left Side |



Liberty003658

## MADDALO CHIROPRACTIC – Medford Office
Patient Sign in Sheet

Patient Name _Talvij Spears_    File # _3455_    Date _1_ / _20_ /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

REDACTED

This office visit is related to a motor vehicle accident (Signature) _____

This office visit is related to Workers Compensation (Signature) _Hailey _____

This office visit is related to a slip and fall (Signature) _____

Please mark the body below with a scale of 1-10 (10 being the worst)

Right Side    (Left) Back (Right)    (Right) Front (Left)    Left Side



Liberty003659

**MADDALO CHIROPRACTIC** - Somerville Office
Patient Sign in Sheet

Patient Name  Haley Spear          File # 3455    Date  1 / 9 /2015

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.



REDACTED

The office visit is related to Workers' Compensation (Signature) _____

This office visit is related to a Slip and Fall (Signature) _____

Please mark the body below with a scale of 1-10 (10 being the worst)



Right Side      (Left)  Back  (Right)      (Right)  Front  (Left)      Left Side

Liberty003660

7G316150029

# MADDALO CHIROPRACTIC - Somerville Office
## Patient Sign in Sheet

**Patient Name** Hailey Spears          **File #** 3455   **Date** 12 / 20 /2014

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statements:** Hailey A.      **Date of Birth** REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature** Hailey A.

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)** 4



Right Side        (Left)  Back  (Right)        (Right)  Front  (Left)        Left Side

Liberty003661

## MADDALO CHIROPRACTIC – Somerville Office
### Patient Sign in Sheet

Patient Name _Haley Spears_   File # _3455_   Date _12_/_29_/2014

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

I, Agree to the above statements: _Haley Spears_   Date of Birth _REDACTED_

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

Signature _Haley Spears_

This office visit is related to a **Motor Vehicle Accident** (Signature)

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side    (Left) Back (Right)    (Right) Front (Left)    Left Side

REDACTED

## MADDALO CHIROPRACTIC - Somerville Office
### Patient Sign in Sheet

Patient Name _Haley Spears_ File # _3455_ Date _12_ / _22_ 2014

The above named patient confirms consent for treatment this day and all other days treatment is received from Maddalo Chiropractic.

If given correct insurance information from the above named patient at the time of visit, this office will file insurance claim on the above patient's behalf. The above named patient understands that there are some insurance companies that do not cover all services rendered at this office and agree that they are ultimately responsible for payment of any non-covered services rendered at this office on each visit. It is the patient's responsibility to contact their insurance company prior to their appointment to understand their chiropractic benefits.

The above named patient has been given the option of "reminder" appointments via text messaging or e-mails. If the patient does not call to cancel or change an appointment by the day of their scheduled appointment, there will be a charge of $25.00 to the above named patient.

**I, Agree to the above statements:** _[signature]_ __Date of Birth_ REDACTED

I, the above named patient, here at Maddalo Chiropractic, do hereby certify, SIGNED UNDER THE PENALTIES OF PERJURY, on this date and henceforth, that treatment at Maddalo Chiropractic is **NOT related** to a motor vehicle accident, workers' compensation or slip and fall, unless otherwise specified in writing.

**Signature** _[signature]_

This office visit is related to a **Motor Vehicle Accident** (Signature) _____

This office visit is related to **Workers' Compensation** (Signature) _____

This office visit is related to a **Slip and Fall** (Signature) _____

**Please mark the body below with a scale of 1-10 (10 being the worst)**



Right Side     (Left)  Back  (Right)     (Right)  Front  (Left)     Left Side

Liberty003663

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|
| Ins Co Amica | Pol # | Insured | 60002190861 |

**Date    08/26/2015**

**Provider   Candace M Maddalo-Somerville Office**

### Subjective:
She has been packing her belongings to move back home and lifting moving, packing, carrying is causing an increase pain in the right trap region but it has not caused spasms like she had on Monday. She is improving. Today the right SI is hurting and her hips feel "off".

### Objective:
Derifield's leg check revealed short leg right with legs extended, patient prone. Short leg became shorter with legs in flexion with no cervical syndrome.

Subluxations with hypomobility and end point tenderness were found at the following levels: right T1, right T2, left T3, left T4, C5, L5 and right sacrum.

Yeoman's test was performed. Haley indicated increased pain in the SI joint that was moderate on the right.

Iliac compression test was performed. Haley indicated increased pain in the SI joint that was mild on the right.

### Assessment:

Haley reported feeling better after the treatment.

### Plan:
Todays treatment included the following; manipulation, trigger point work and myofascial release.

We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return for treatment on Monday.

**Diagnosis**    847.0: 847.0  Cervical strain/sprain
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction
724.1: 724.1 Thoracalgia
847.1: 847.1 Thoracic sprain/strain
846.0: 846.0 Lumbosacral sprain/strain
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

---

Liberty003664

# Chart Notes

**Haley Spears**

**Maddalo Chiropractic PC**
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| | | | |
|---|---|---|---|
| **Patient:** Spears, Haley | **DOB:** REDACTED | | |
| **Ins Co** Amica | **Pol #** | **Insured** | 60002190861 |

**Date** 08/26/2015

| **Provider** Candace M Maddalo-Somerville Office | *** *continued from previous page* *** |
|---|---|

Liberty003665

7G316150029

# Chart Notes
‹ **Haley Spears**

Maddalo Chiropractic PC
49 Mystic Avenue
Medford, MA 021554613
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|
| Ins Co Amica | Pol # | **Insured** | 60002190861 |

**Date** 08/24/2015

**Provider** Candace M Maddalo-Somerville Office

### Subjective:
She has been packing her belongings to move back home and lifting moving, packing, carrying is causing an increase pain in the right trap region that gets tight and goes into a mild spasm. She has to continue to pack and she does not want to be in pain.

### Objective:
Derifield's leg check revealed short leg right with legs extended, patient prone. Short leg became shorter with legs in flexion with no cervical syndrome.

Subluxations with hypomobility and end point tenderness were found at the following levels: right T1, right T2, left T3, left T4, C5, L5 and sacrum.

### Assessment:
Haley has had an exacerbation. These are episodic marked deterioration of the patient's condition due to acute flareups of the presenting conditions - from packing up her home to move

Haley reported feeling better after the treatment.

### Plan:
Todays treatment included the following; manipulation, trigger point work and myofascial release.
The patient is now in the repair and regeneration stage. This is the 2nd stage of healing and is between 48-72 hours post injury up to 6 weeks if reinjury does not occur. Collagen is being laid down and is sstill fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Haley to her pre-clinical status
returning patient to her pre-accident status.

Liberty003666

# Chart Notes

**Haley Spears**

Maddalo Chiropractic PC
49 Mystic Avenue
Medford, MA 021554613
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|----------|---------------|-------------------|----------|--------------|
| Ins Co | Amica | **Pol #** | **Insured** | 60002190861 |

**Date    08/24/2015**

**Provider   Candace M Maddalo-Somerville Office**                    *** *continued from previous page* ***

We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return for treatment on Monday.

**Diagnosis**     847.0: 847.0  Cervical strain/sprain
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction
724.1: 724.1 Thoracalgia
847.1: 847.1 Thoracic sprain/strain
846.0: 846.0 Lumbosacral sprain/strain
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

Liberty003667

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
49 Mystic Avenue
Medford, MA 021554613
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|----------|---------------|------|----------|--------|-------------|
| Ins Co | Amica | Poi # | | Insured | 60002190861 |

**Date** 08/11/2015

**Provider** Candace M Maddalo-Medford Office

**Subjective:**
She called in for a treatment today because her upper back and neck area are really bothering her, more than her lower back.

Explained that the car accident was a lateral impact and she was thrown sided to side so to speak and she can develop intense pain in the upper thoracic and lower cervical region.

**Objective:**
Distraction test was performed and Haley indicated no pain.

Maximum Foramina Compression was performed. Haley indicated segmental level pain that is moderate at C5/C6 with radiation.

Shoulder Depression was performed. Haley indicated pain that was moderate on the left and right, greater on the right at C5/C6 with local pain that radiates.

Soto Hall test was performed. Haley indicated no pain.

Valsalva's Manuever was performed. Haley indicated no pain.

 An increase in pain was noted in the following cervical or lumbodorsal planes of motion; right lateral cervical flexion, left lateral cervical flexion, right cervical rotation and left cervical rotation.

**Assessment:**
 Haley's condition is the same since the last treatment.
 Haley continues to struggle with pain, discomfort and limitations while at work and performing activities of daily living.
 Haley reported feeling better after the treatment.

**Plan:**
 Todays treatment included the following; manipulation, trigger point work and myofascial release.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan. It is recommended that she return for treatment on Wednesday - she states she will not be able to come in for treatment on Wednesday because she had to work late.

Liberty003668

7G316150029

# Chart Notes

**Haley Spears**

**Maddalo Chiropractic PC**
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Amica | Pol # | insured | 60002190861 |

**Date**   08/11/2015

| **Provider** | **Candace M Maddalo-Medford Office** | *** *continued from previous page* *** |
|---|---|---|
| **Diagnosis** | 847.0: 847.0 Cervical strain/sprain | |
| | 739.1: 739.1 Cervical Segmental Dysfunction | |
| | 723.1: 723.1 Cervicalgia | |
| | 739.2: 739.2 Thoracic segmental dysfunction | |
| | 724.1: 724.1 Thoracalgia | |
| | 847.1: 847.1 Thoracic sprain/strain | |
| | 846.0: 846.0 Lumbosacral sprain/strain | |
| | 739.3: 739.3 Lumbar Segmental Dysfunction | |
| | 724.2: 724.2 Lumbalgia | |

Liberty003669

# Chart Notes

## Haley Spears

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: Spears, Haley | DOB: REDACTED | |
|---|---|---|
| Ins Co Amica | Pol # | Insured 60002180064 |

| Date | 08/10/2015 |
|---|---|

Provider   Candace M Maddalo-Somerville Office

### Subjective:

The patient rated the discomfort a 8 out of 10, on a scale from 0 to 10, with 10 being the worst. - for most of the day but by night time it is worse.

She states the pain in her neck is starting from the base of the skull to the end of the scapular

### Objective:
An increase in pain was noted in the following cervical or lumbodorsal planes of motion; cervical extension, right lateral cervical flexion, right lumbodorsal rotation and left lumbodorsal  rotation.

leg length did not show any deficiencies. Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels;  C7, T1, right pelvis and L5.

Active trigger points were discovered  in the gluteus medius and minimus regions.
The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.

Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

### Assessment:

Haley reported feeling better after the treatment.

Haley's condition is inadequately controlled at this time.

### Plan:
Todays treatment included the following; manipulation and trigger point work.
We will continue to treat Haley as per the examination findings and continue the existing

Liberty003670

7G316150029

# Chart Notes

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| | | | |
|---|---|---|---|
| **Patient:** Spears, Haley | | **DOB:** REDACTED | |
| Ins Co Amica | | Poi # | **Insured** 60002190861 |

**Date** 08/10/2015

**Provider Candace M Maddalo-Somerville Office**     *** *continued from previous page* ***

treatment plan. It is recommended that she return on Monday.

**Diagnosis**     847.0: 847.0 Cervical strain/sprain
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction
724.1: 724.1 Thoracalgia
847.1: 847.1 Thoracic sprain/strain
846.0: 846.0 Lumbosacral sprain/strain
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

Liberty003671

7G316150029

# Chart Notes

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|---|---|---|---|---|---|
| Ins Co | Amica | Pol # | | Insured | 00002100001 |

**Date**   08/07/2015

**Provider**   Candace M Maddalo-Somerville Office

### Subjective:

The patient rated the discomfort a 4 out of 10, on a scale from 0 to 10, with 10 being the worst. - for most of the day but by night time it is worse.

The patient rated the discomfort a 4 out of 10, on a scale from 0 to 10, with 10 being the worst - by the end of the day it is still a 6.

### Objective:

An increase in pain was noted in the following cervical or lumbodorsal planes of motion; right lumbodorsal rotation and left lumbodorsal rotation - same as on her last visit.

leg length did not show any deficiencies. Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels;  C7, T1, right pelvis and L5.

Active trigger points were discovered  in the gluteus medius and minimus regions.
The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.

Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

### Assessment:

Haley reported feeling better after the treatment.

Haley's condition is inadequately controlled at this time.

### Plan:

Todays treatment included the following; manipulation and trigger point work.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return on Monday.

Liberty003672

# Chart Notes

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|---|
| Ins Co | Amica | Pol # | Insured | 60002100001 |

**Date**  08/07/2015

**Provider**  Candace M Maddalo-Somerville Office  *** *continued from previous page* ***

**Diagnosis**   847.0: 847.0 Cervical strain/sprain
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction
724.1: 724.1 Thoracalgia
847.1: 847.1 Thoracic sprain/strain
846.0: 846.0 Lumbosacral sprain/strain
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

Liberty003673

# Chart Notes

**· Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|---|---|---|---|---|---|
| Ins Co | Amica | Poi # | | Insured | 60002190861 |

**Date    07/29/2015**

**Provider   Candace M Maddalo-Somerville Office**

## Subjective:

She feels that one leg the right leg is shorter than the other when she walks.  The pain is less and she wants to go back to the gym.  At this time I have recommended that she walk, swim or bike but no weights or gym type activities.

The patient rated the discomfort a 3 out of 10, on a scale from 0 to 10, with 10 being the worst. - for most of the day but by night time it is worse.

The patient rated the discomfort a 6 out of 10, on a scale from 0 to 10, with 10 being the worst - by the end of the day it is a 6.

## Objective:

An increase in pain was noted in the following cervical or lumbodorsal planes of motion; right lumbodorsal rotation and left lumbodorsal  rotation.

leg length did not show any deficiencies. Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels;  C7, T1, right pelvis and L5.

Active trigger points were discovered  in the gluteus medius and minimus regions.
The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.
Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

## Assessment:

Haley's condition is showing improvement.
Haley reported feeling better after the treatment.

## Plan:

Todays treatment included the following; manipulation and trigger point work.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return in one week.

---

Liberty003674

# Chart Notes

## Haley Spears

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Amica | Poi # | **Insured** | 60002190861 |

**Date** 07/29/2015

**Provider** Candace M Maddalo-Somerville Office

*** continued from previous page ***

**Diagnosis**
847.0: 847.0 Cervical strain/sprain
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction
724.1: 724.1 Thoracalgia
847.1: 847.1 Thoracic sprain/strain
846.0: 846.0 Lumbosacral sprain/strain
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

Liberty003675

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: Spears, Haley | DOB: REDACTED | |
|---|---|---|
| Ins Co Amica | Pol # | Insured  60002190964 |

Date    07/27/2015

Provider   Candace M Maddalo-Somerville Office

### Subjective:
She is feeling neck pain and upper back pain as well as lower back pain.  She is upset that the accident caused her problems that she was not having at the time and now she has to come in for treatment and be "afraid" in the future this will cause her problems she did not want.

### Objective:
Derifield's leg check revealed short leg right with legs extended, patient prone.  Short leg became shorter with legs in flexion with no cervical syndrome.

Subluxations with hypomobility and end point tenderness were found at the following levels: T1, T2, L5, sacrum, C2 and C3.

Her neck muscles are taut and tender on the right from C0 to T4

### Assessment:
  Haley's condition is the same since the last treatment.
  Haley continues to struggle with pain, discomfort and limitations while at work and performing activities of daily living.

### Plan:
  Todays treatment included the following; manipulation, trigger point work and myofascial release.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return for treatment on Wednesday.

| Diagnosis | 847.0: 847.0  Cervical strain/sprain |
|---|---|
| | 739.1: 739.1 Cervical Segmental Dysfunction |
| | 723.1: 723.1 Cervicalgia |
| | 739.2: 739.2 Thoracic segmental dysfunction |
| | 724.1: 724.1 Thoracalgia |
| | 847.1: 847.1 Thoracic sprain/strain |
| | 846.0: 846.0 Lumbosacral sprain/strain |
| | 739.3: 739.3 Lumbar Segmental Dysfunction |
| | 724.2: 724.2 Lumbalgia |

---

Liberty003676

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|
| Ins Co  Amica | Pol # | insured | 60002190861 |

**Date**   07/20/2015

**Provider**   Candace M Maddalo-Somerville Office

**Subjective:**
She stated she was involved in a car accident and has been experiencing in pain in the cervical, thoracic and lumbar spinal regions as well as the right and left traps, left shoulder and left lateral aspect of the lower back (flank region).

History:

Ms. Spears stated she was involved in a Motor Vehicle Accident on July 9, 2015, in the morning at approximately 9:15 or 9:30 in the morning.  She was driving in Cambridge, Massachusetts toward Kendall Square on Benny Street when she was in the intersection going toward Kendal Square when another vehicle came out of no where from the right side really fast.  Ms. Spears stated prior to the impact she had stopped at the stop sign and proceeded through the intersection, at that time she did not see any cars.  When she noticed the car she stopped but the other car continued hitting her car, jumping the sidewalk and stopped approximately one to two inches in front of the building.  The other vehicle hit Ms. Spear's vehicle with the front left of their car and then veered off on to the side walk in a different direction.

Initially, she was so shock up, but was able to exchange papers, someone called the police and the police told them to exchange papers and left the scene.  There was two witness, one that was on Ms. Spears side and one that was on the other drivers side.

She went to work after the accident and started to feel tight in the neck and upper back. One day while at work she had to take Tylenol.  When the pain gets bad she feels sick to her stomach.

CC:

1. Neck pain and restriction of motion to the right
2. Upper back pain and between the shoulder blades
3. Lower back pain
4. Sacral pain
5. Right and left trap pain
6. Right and left shoulder pain

**Objective:**
Distraction test was performed and Haley indicated relief of segmental level pain with mild to moderate intensity left and right, greater on the right sub-occipital to C7.

Shoulder Depression was performed.  Haley indicated pain that was mild to moderate on the left and right, greater on the right at C2/C3 with local pain that radiates.

Liberty003677

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|
| Ins Co Amica | Pol # | Insured | 60002100001 |

| Date | 07/20/2015 |
|---|---|

Provider   Candace M Maddalo-Somerville Office          *** continued from previous page ***

Maximum Foramina Compression was performed.  Haley indicated segmental level pain that is mild to moderate at C2/C3 with radiation.

Soto Hall test was performed.  Haley indicated no pain.

Goldthwait's sign was performed.  Haley indicated pain that was moderate on the left and right, greater on the right lumbo-sacral joint.

Fabere Patrick's test was performed.  Haley indicated no pain.

Braggards test was performed.  Haley indicated no increase of radicular pain.

Double Leg Raiser test was performed.  Haley indicated no pain.

Bechterew's test was performed.  Haley indicated no pain.

Kernig's sign was performed. Haley indicated pain that was mild on the left and right, greater on the right.

Straight Leg Raiser test was performed.  Haley indicated no pain.

Yeoman's test was performed.  Haley indicated increased pain in the SI joint that was mild on the left and right, greater on the right.

Iliac compression test was performed.  Haley indicated increased pain in the SI joint that was mild on the left and right, greater on the right.

Cervical AROM:

Cervical Flexion: 40 degrees with pain cervical

Cervical Extension: 20 degrees with pain cervical

Left Lateral Cervical Flexion: 20 degrees with pain cervical

Right Lateral Cervical Flexion: 20 degrees with pain cervical

Left Cervical Rotation: 50 degrees with pain cervical

Liberty003678

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| | | | | |
|---|---|---|---|---|
| **Patient:** | **Spears, Haley** | **DOB:** REDACTED | | |
| **Ins Co** | **Amica** | **Poi #** | **Insured** | **60002190861** |

**Date    07/20/2015**

**Provider   Candace M Maddalo-Somerville Office**          *** *continued from previous page* ***

Right Cervical Rotation: 60 degrees with pain cervical

Thoraco-Lumbar AROM:

Thoraco-Lumbar Flexion: 50 degrees with pain lumbosacral

Thoraco-Lumbar Extension: 30 degrees with pain lumbosacral

Left Lateral Thoraco-Lumbar Flexion: 20 degrees with pain lumbosacral

Right Lateral Thoraco-Lumbar Flexion: 20 degrees with pain lumbosacral

Left Thoraco-Lumbar Rotation: 20 degrees with pain lumbosacral

Right Thoraco-Lumbar Rotation: 20 degrees with pain lumbosacral

**Assessment:**

**Plan:**

**Diagnosis**    847.0: 847.0  Cervical strain/sprain
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction
724.1: 724.1 Thoracalgia
847.1: 847.1 Thoracic sprain/strain
846.0: 846.0 Lumbosacral sprain/strain
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

Liberty003679

7G316150029

## Chart Notes
**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | REDACTED |
|---|---|---|---|---|---|
| Ins Co | Medicare | Pol # | | insured | |

**Date    05/09/2015**

**Provider   Candace M Maddalo-Somerville Office**

### Subjective:
She was having pain behind the knees which caused her pain going up and down the stairs but she is feeling better but still feeling some tightness.  She has a bruise on her calf muscle.

Her lower back is feeling stiff and her neck is sore.

Treatment Effectiveness:

Ms. Spears returned today for continued plan of care.   Overall, Haley feels her condition has gotten slightly worse. She has been consistent when following our recommendations for care.  If Ms.  Spears continues to follow through in this way her progress should be better.

Diagnosis:

Re-evaluations will be performed on every 12th visit or within 2 months of the last evaluation. The current diagnosis was obtained upon thorough review of Ms. Spears's current treatment history, along with her complete subjective interview and objective chiropractic, neurological and orthopedic examinations, along with any analysis of supplemental testing results (including xray, neurological or electronic diagnostic tests if included), the following is a list of her most recent diagnostic impressions for her current condition:(739.3) 739.3 Lumbar Segmental Dysfunction, (724.2) 724.2 Lumbalgia, (739.1) 739.1 Cervical Segmental Dysfunction, (723.1) 723.1 Cervicalgia.  As always this diagnosis may change as Ms. Spears's condition changes during their course of care.

Ms. Spears's condition is subacute.

Pain Assessment Documented as Positive AND Follow Up Plan Documented:
I have assessed the patient for pain using a standardized tool, documented a positive assessment (pain was present), and also documented a follow up plan that specifically stated a planned reassessment of pain (future appointments, education, referrals, or notification of other care providers as applicable).

### Objective:
No positive test found on the knees

L4 was tender to the touch

Clark's sign was performed.  Haley indicated no pain.

Knee flexion stress test was performed.  Haley indicated no pain.

Liberty003680

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | | **DOB:** | REDACTED | | |
|---|---|---|---|---|---|---|
| Ins Co | Medicare | | **Pol #** | | Insured | 436336962A |

**Date    05/09/2015**

**Provider  Candace M Maddalo-Somerville Office**              *** *continued from previous page* ***

McMurray's test was performed.  No clicking was observed in the knee joint.

Patella grind test was performed.  Haley indicated no pain.

Patella apprehension test was performed.  Haley indicated no apprehension.

Kemp's Test was positive bilaterally.  With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medialward.  Low back pain radiating into the lower extremity indicates a positive test.  A positive test is indicative of a disk protrusion or prolapse.

**Assessment:**
Cause for knee pain is unknown

 Haley reported feeling better after the treatment of L4, T1/2 and C5 adjustment

**Plan:**
 Todays treatment included the following; manipulation.
Patient was advised to return PRN.

**Diagnosis**     739.3: 739.3 Lumbar Segmental Dysfunction
           724.2: 724.2 Lumbalgia
           739.1: 739.1 Cervical Segmental Dysfunction
           723.1: 723.1 Cervicalgia

Liberty003681

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|----------|---------------|------|----------|---|---|
| Ins Co | Medicare | Pol # | | Insured | 436336962A |

**Date   05/01/2015**

**Provider   Candace M Maddalo-Somerville Office**

### Subjective:

Current Functional Outcome Assessment and Care Plan Documented:
A functional assessment was performed and I have documented a care plan, including goals based on deficiencies found.
Treatment Effectiveness:

Ms. Spears returned today for continued plan of care.   Overall, Haley feels her condition has exacerbated from sitting on the office chairs incorrectly. She has been consistent when following our recommendations for care.  If Ms.  Spears continues to follow through in this way her progress should be better.

Diagnosis:

Re-evaluations will be performed on every 12th visit or within 2 months of the last evaluation. The current diagnosis was obtained upon thorough review of Ms. Spears's current treatment history, along with her complete subjective interview and objective chiropractic, neurological and orthopedic examinations, along with any analysis of supplemental testing results (including xray, neurological or electronic diagnostic tests if included), the following is a list of her most recent diagnostic impressions for her current condition:(739.3) 739.3 Lumbar Segmental Dysfunction, (724.2) 724.2 Lumbalgia, (739.1) 739.1 Cervical Segmental Dysfunction, (723.1) 723.1 Cervicalgia.  As always this diagnosis may change as Ms. Spears's condition changes during their course of care.

Ms. Spears's condition is subacute.

Pain Assessment Documented as Positive AND Follow Up Plan Documented:
I have assessed the patient for pain using a standardized tool, documented a positive assessment (pain was present), and also documented a follow up plan that specifically stated a planned reassessment of pain (future appointments, education, referrals, or notification of other care providers as applicable).

### Objective:

### Assessment:

### Plan:

---

Liberty003682

# Chart Notes

**Haley Spears**

**Maddalo Chiropractic PC**
**14 McGrath Highway**
**Somerville, MA 021434500**
**Phone: 617-547-4444**
**Fax: 617-576-2842**

| Patient: | Spears, Haley | DOB: | REDACTED | | REDACTED |
|---|---|---|---|---|---|
| Ins Co | Medicare | Pol # | | insured | |

**Date**    05/01/2015

**Provider**   Candace M Maddalo-Somerville Office         *** *continued from previous page* ***

     **Diagnosis**     739.3: 739.3 Lumbar Segmental Dysfunction
                        724.2: 724.2 Lumbalgia
                        739.1: 739.1 Cervical Segmental Dysfunction
                        723.1: 723.1 Cervicalgia

Liberty003683

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | REDACTED |
|---|---|---|---|---|---|
| Ins Co | Medicare | Pol # | | insured | |

Date     03/28/2015

Provider   Candace M Maddalo-Somerville Office

### Subjective:
Complaint since last visit: continued cervical, upper thoracic, lower thoracic and lumbar, sore and tender muscles, regressed, deep, dull, aching and intermittent. VAS reported:  5 (0 being no pain, 10 being extreme pain).

### Objective:
Cranial Nerves II to XII were examined and found to be within normal limits.

Romberg's test was done today.  When asked to close her eyes, no swaying was observed.

Subluxations with hypomobility and end point tenderness were found at the following levels: right T3, right T4, L5 and C6.

C and L ROM is with in normal limits

Tenderness of the spinous process at T4/5

### Assessment:
Haley reported feeling better after the treatment.

### Plan:
Todays treatment included the following; manipulation and trigger point work.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that she return once a month.

Use ice and heat to relax the muscles as needed

| Diagnosis | 739.3: 739.3 Lumbar Segmental Dysfunction |
|---|---|
| | 724.2: 724.2 Lumbalgia |
| | 739.1: 739.1 Cervical Segmental Dysfunction |
| | 723.1: 723.1 Cervicalgia |

Liberty003684

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

REDACTED

| ins Co | Travelers Casualty Insurance - Ended | Pol # | insured | E2T0033 |
|--------|--------|--------|--------|--------|

| Date | 02/06/2015 |
|------|------------|
| Provider | Candace M Maddalo-Somerville Office |

**Subjective:**

Since her last adjustment she has been doing well and has not had the pain she has had in the past.

Haley sought treatment today complaining of discomfort and or paresthesia in the following areas; cervical region, right mid thoracic area and lumbosacral region.
The patient rated the discomfort a 2 out of 10, on a scale from 0 to 10, with 10 being the worst.
Haley stated that the discomfort is noticed 10% of awake time.

**Objective:**

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels; C7, T1, L5 and sacrum.
Active trigger points were discovered in the upper trapezius regions.
The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.
Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.
Distraction test was performed and Haley indicated no pain.

Maximum Foramina Compression was performed. Haley indicated no pain.

Soto Hall test was performed. Haley indicated no pain.

Valsalva's Manuever was performed. Haley indicated no pain.

Gaenslen's test was performed. Haley indicated no pain.

Fabere Patrick's test was performed. Haley indicated no pain.

Braggards test was performed. Haley indicated no increase of radicular pain.

Bechterew's test was performed. Haley indicated no pain.

Liberty003685

# Chart Notes

## Haley Spears

**Maddalo Chiropractic PC**
49 Mystic Avenue
Medford, MA 021554613
Phone: 617-547-4444
Fax: 617-576-2842

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Spears, Haley | | **DOB:** REDACTED | | |
| **Ins Co** | Travelers Casualty Insurance - Ended | | **Pol #** | | **Insured**   E2T0033 |

| | |
|---|---|
| **Date** | 02/06/2015 |
| **Provider** | Candace M Maddalo-Somerville Office |

*** *continued from previous page* ***

Goldthwait's sign was performed. Haley indicated no pain.

It is my opinion that Ms. Spears has reached a pre-injury status and her workers compensation has ended today

**Assessment:**
Haley has reached maximum medical improvement. The goals of treatment are to prevent regression and maintain the patient's condition as can best be expected  - as it relates to the injuries sustained while working

Based upon the patient's current symptoms, and the improvement she has demonstrated on her computerized range of motion testing, computerized muscle testing, and follow up radiographic examinations, I feel confident that we can discharge the patient from ongoing care at this time.

**Plan:**
Todays treatment included the following; manipulation.

She has been released from care as she has reached a pre-injury status

| **Diagnosis** | 739.3: 739.3 Lumbar Segmental Dysfunction |
|---|---|
| | 724.2: 724.2 Lumbalgia |
| | 739.1: 739.1 Cervical Segmental Dysfunction |
| | 723.1: 723.1 Cervicalgia |

Liberty003686

# Chart Notes
**Haley Spears**

**Maddalo Chiropractic PC**
49 Mystic Avenue
Medford, MA 021554613
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Travelers Casualty Insurance - Ended | **Pol #** | insured | E2T0033 |

**Date** 01/20/2015

**Provider** Candace M Maddalo-Medford Office

### Subjective:
She has had the flu and is aching all over and feeling awful.  Complaint since last visit: continued sacral, lumbar and upper thoracic, gotten slightly worse- due to being sick her muscles are sore and tender to the touch;, deep, aching, pulling, tightness and intermittent. VAS reported:  5 (0 being no pain, 10 being extreme pain).

Haley sought treatment today complaining of discomfort and or paresthesia in the following areas; cervical region, right upper thoracic area, lumbar region and right lumbosacral area.

The patient rated the discomfort a 5 out of 10, on a scale from 0 to 10, with 10 being the worst.

Haley stated that the discomfort is noticed 50% of awake time.

### Objective:
Derifield's leg check revealed short leg right with legs extended, patient prone.  Short leg became shorter with legs in flexion with no cervical syndrome.

Joint Motion Palpation revealed restriction in the following regions; right T1, right T2, C5 and L5

Palpation of the muscles revealed  hypertonicity in the following areas; cervical region and right upper thoracic area.

Active trigger points were discovered in the upper trapezius and gluteus medius and minimus regions.

The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over-stimulated sarcomeres are chemically prevented from releasing from their interlocked state.
Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

Liberty003687

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|---|
| ins Co | Traveiers Casuaity Insurance - Ended | Pol # | | Insured   E2T0033 |

**Date    01/20/2015**

Provider   Candace M Maddalo-Medford Office                         *** *continued from previous page* ***

The Shoulder Depression test  was positive on the right. With the patient lying supine, the examiner, standing on the affected side, pushes the shoulder downward while laterally flexing the cervical spine to the opposite shoulder. With the shoulder still stabilized, rotation of the cervical spine to the opposite side follows the lateral flexion. Radicular pain, produced or aggravated by the first maneuver and confirmed by the second reveals a positive test. The significance of this test demonstrates adhesions of the dural sleeves, the spinal nerve roots or the adjacent structures of the joint capsule on the side opposite lateral flexion.
 Cervical Compression test was positive on the right. A Cervical Compression Test was performed on this patient in order to localize the cervical pain.  Downward pressure was applied to the top of the head.  This test was positive when it resulted in radiating spinal pain. Kemp's Test was positive on the right.  With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medialward.  Low back pain radiating into the lower extremity indicates a positive test.  A positive test is indicative of a disk protrusion or prolapse.
Ely's Heel to Buttock Test was positive on the right.  This test is a two stage test done with the patient in a prone position.  First the knee is flexed to the opposite buttock.  Then the thigh is hyperextended.  A positive test is indicative of one of the following: a hip lesion; irritation of the iliopsoas muscle or its sheath; inflammation of the lumbar nerve roots; or the presence of lumbar nerve root adhesions.

**Assessment:**
 Haley's condition has worsened since the last treatment - some of the discomfort has been exacerbated by the flu type of symptoms.  It is my opinion that her overall health is improving and should be nearing maximum chiropractic improving.  She will be re-evaluated on her next visit to either continue care of be released from care.

**Plan:**
 The patient is in the remodelling and maturation stage of healing. This is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands).

Treatment And Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception

7G316150029

# Chart Notes

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Spears, Haley | **DOB:** | REDACTED | | |
| Ins Co | Travelers Casualty Insurance - Ended | **Pol #** | | Insured | E2T0033 |

**Date    01/20/2015**

**Provider   Candace M Maddalo—Medford Office**      *** *continued from previous page* ***

decrease nociception
balance proprioceptive input from musculature to the spine through the use of repeated,
active movements under a variety of mechanical conditions in order to pattern the motor
system and create long lasting neuroplasticity
to prevent re-injury
to return to pre-clinical status
to discharge from care and place on maintenance.

Due to the presentation of the patient's condition, we are strongly encouraging her to use
heat along with her home exercise program. The heat could be applied as a sports cream, a
hot bath, or a jacuzzi tub. Heat will help draw fresh blood cells to the affected muscle groups
and facilitate quicker tissue healing and increased range of motion. The patient was
instructed to use heat on for 5 minutes and off for 240 Todays treatment included the
following; manipulation and massage to the cervical paraspinal region and the traps for 15
minutes to decrease themsucle tension.

Our goals of continued treatment include the following; maximum medical improvement.

We will continue to treat Haley as per the examination findings and continue the existing
treatment plan.  It is recommended that she return in one week for evaluation.

**Diagnosis**    739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia
739.4: 739.4 Sacral somatic or segmental dysfunction
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction

Liberty003689

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Spears, Haley | **DOB:** | REDACTED | | |
| **Ins Co** | Travelers Casualty Insurance - Ended | **Pol #** | | **Insured** | E2T0033 |

**Date**   01/16/2015

**Provider**   Candace M Maddalo–Somerville Office

**Subjective:**
Complaint since last visit: continued sacral, lumbar, upper thoracic and cervical, improved, dull and intermittent. VAS reported:  3 (0 being no pain, 10 being extreme pain).

Haley stated that the discomfort is noticed 25% of awake time.

**Objective:**
Active trigger points were discovered  in the gluteus medius and minimus regions.
The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.
Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.
 Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels;  C2, C3, T7, L5 and left pelvis.

**Assessment:**
 Haley is following his wellness plan and showing an increase in overall health and well-being.
 Haley reported feeling better after the treatment.

**Plan:**
 The patient is now in the repair and regeneration stage. This is the 2nd stage of healing and is between 48-72 hours post injury up to 6 weeks if reinjury does not occur. Collagen is being laid down and is sstill fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue.

Goals:
 decrease segmental dysfunction
 decrease pain
 decrease muscle spasms
 increase active and passive ROM

Liberty003690

# Chart Notes
Haley Spears

**Maddalo Chiropractic PC**
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Travelers Casualty insurance - Ended | Poi # | Insured | E2T0033 |

**Date**   01/16/2015

**Provider**   Candace M Maddalo-Somerville Office                    *** *continued from previous page* ***

increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Haley to his pre-clinical status
returning patient to his pre-accident status.
Our goals of continued treatment include the following; maximum medical improvement.
Todays treatment included the following; manipulation and trigger point work.

**Diagnosis**   739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia
739.4: 739.4 Sacral somatic or segmental dysfunction
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.2: 739.2 Thoracic segmental dysfunction

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|----------|---------------|------|----------|---------|---------|
| Ins Co | Travelers Casualty Insurance - Ended | Pol # | | Insured | E2T0033 |

**Date   01/12/2015**

**Provider   Candace M Maddalo-Somerville Office**

### Subjective:

Haley sought treatment today complaining of discomfort and or paresthesia in the following areas; cervical region and thoracic region.

The patient rated the discomfort a 5 out of 10, on a scale from 0 to 10, with 10 being the worst.

Haley stated that the discomfort is noticed 50% of awake time.

### Objective:

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels;  C5, C6, T6, L5 and sacrum.

Active trigger points were discovered  in the cervical musculature regions.

The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.

Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

### Assessment:

Haley's condition is showing improvement. She is mostly sore and hurting from the wait up and not as much in the lower back. Haley reported feeling better after the treatment.

### Plan:

Todays treatment included the following; manipulation and trigger point work.

Our goals of continued treatment include the following; return to preinjury status.

We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that he return for treatment on Friday.

| Diagnosis | 739.3: 739.3 Lumbar Segmental Dysfunction |
|-----------|-------------------------------------------|
| | 724.2: 724.2 Lumbalgia |
| | 739.4: 739.4 Sacral somatic or segmental dysfunction |
| | 739.1: 739.1 Cervical Segmental Dysfunction |
| | 723.1: 723.1 Cervicalgia |
| | 739.2: 739.2 Thoracic segmental dysfunction |

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Spears, Haley | **DOB:** | REDACTED | | |
| **Ins Co** | Travelers Casualty Insurance - Ended | **Pol #** | | **Insured** | E2T0033 |

**Date  01/12/2015**

**Provider  Candace M Maddalo-Somerville Office**                    *** *continued from previous page* ***

**Date  01/09/2015**

**Provider  Candace M Maddalo-Somerville Office**

### Subjective:
Haley sought treatment today complaining of discomfort and or paresthesia in the following areas; cervical region, thoracic region and lumbar region.
The patient rated the discomfort a 6 out of 10, on a scale from 0 to 10, with 10 being the worst.
Haley stated that the discomfort is noticed 50% of awake time.

### Objective:
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels;  C5, L5, sacrum, T11 and T12.
The posture evaluation revealed the following; high right shoulder.

### Assessment:
Haley's condition is showing improvement.
Haley continues to struggle with pain, discomfort and limitations while at work and performing activities of daily living.
Haley reported feeling better after the treatment.

### Plan:
Our goals of continued treatment include the following; relief care.
Todays treatment included the following; manipulation, massage and trigger point work.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that he return for treatment on Monday.

**Diagnosis**      739.3: 739.3 Lumbar Segmental Dysfunction
                     724.2: 724.2 Lumbalgia
                     739.4: 739.4 Sacral somatic or segmental dysfunction
                     739.1: 739.1 Cervical Segmental Dysfunction
                     723.1: 723.1 Cervicalgia
                     739.2: 739.2 Thoracic segmental dysfunction

7G316150029

# Chart Notes

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|---|
| Ins Co | Travelers Casualty Insurance - Ended | Pol # | Insured | E2T0033 |

| Date | 01/07/2015 |
|---|---|
| Provider | Candace M Maddalo-Somerville Office |

### Subjective:
She states she feels worse today, with pain and aches all over from the fall. Her neck, upper back, mid back and lower back is hurting her and she is uncomfortable but she wants to continue working, she will use the ice as recommended.

### Objective:
Palpation of the muscles revealed hypertonicity in the following areas; cervical region, thoracic region and lumbar region.

Palpation of the muscles revealed active trigger points: right cervical dorsal, left cervical dorsal, left mid thoracic, right mid thoracic, right sacroiliac and left sacroiliac - 15 minutes to reduce pain.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at the following levels; C2, C3, T2, T3, right pelvis and L5.
The Shoulder Depression test  was positive on the right. With the patient lying supine, the examiner, standing on the affected side, pushes the shoulder downward while laterally flexing the cervical spine to the opposite shoulder.  With the shoulder still stabilized, rotation of the cervical spine to the opposite side follows the  lateral flexion.  Radicular pain, produced or aggravated by the first maneuver and confirmed by the second reveals a positive test. The significance of this test demonstrates adhesions of the dural sleeves, the spinal nerve roots or the adjacent structures of the joint capsule on the side opposite lateral flexion.
Ely's Heel to Buttock Test was positive bilaterally.  This test is a two stage test done with the patient in a prone position.  First the knee is flexed to the opposite buttock.  Then the thigh is hyperextended.  A positive test is indicative of one of the following: a hip lesion; irritation of the iliopsoas muscle or its sheath; inflammation of the lumbar nerve roots; or the presence of lumbar nerve root adhesions.
Yeoman's Test was positive bilaterally.  This test is done with the patient in a prone position. The examiner exerts downward pressure over the suspected sacroiliac joint, while maximally flexing the ipsilateral knee.  Then the thigh is hyperextended while holding down the pelvis. Deep pain in both sacroiliac joints from the above action indicates a strain of the anterior sacroiliac ligaments.

### Assessment:
Haley's condition has worsened since the last treatment due to muscle soreness and decrease spinal range of motion.

Haley continues to struggle with pain, discomfort and limitations while at work and performing activities of daily living.

Liberty003694

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434600
Phone: 617-547-4444
Fax: 617-576-2842

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Spears, Haley | **DOB:** | REDACTED | | |
| Ins Co | Travelers Casualty Insurance - Ended | Pol # | | insured | EZT0033 |

| Date | 01/07/2015 | |
|---|---|---|
| Provider | Candace M Maddalo-Somerville Office | *** *continued from previous page* *** |

**Plan:**
 Our goals of continued treatment include the following; relief of symptoms.
 Todays treatment included the following; manipulation and trigger point work - 15 minutes.
We will continue to treat Haley as per the examination findings and continue the existing
treatment plan.  It is recommended that he return for treatment on Wednesday.

**Diagnosis**      739.3: 739.3 Lumbar Segmental Dysfunction
              724.2: 724.2 Lumbalgia
              739.4: 739.4 Sacral somatic or segmental dysfunction
              739.1: 739.1 Cervical Segmental Dysfunction
              723.1: 723.1 Cervicalgia
              739.2: 739.2 Thoracic segmental dysfunction

Liberty003695

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: REDACTED | | |
|---|---|---|---|---|
| Ins Co | Travelers Casualty insurance - Ended | Pol # | Insured | E2T0033 |

**Date** 01/05/2015

**Provider** Candace M Maddalo-Somerville Office

**Subjective:**
At approximately 8:30 am today, January 5, 2015, Ms. Spears was walking at work and she fell on an icy area on a rug.  She landed completely on her right side causing pain immediately when she hit the concrete.  She feel in front of a client and her employer.  She felt pain in the right SI region, lower back and upper thoracic area; however, as the day went on she felt pain on the right and left side of the SI joints, the lower back, mid back and neck.

**Objective:**
Gaenslen's test was performed.  Haley indicated no pain - she states the pain does not increase it stays exactly the same - tight, sore and painful

Fabere Patrick's test was performed.  Haley indicated no pain - she states the pain does not increase it stays exactly the same - tight, sore and painful

Braggards test was performed.  Haley indicated no increase of radicular pain - she states the pain does not increase it stays exactly the same - tight, sore and painful

Bechterew's test was performed.  Haley indicated no pain - she states the pain does not increase it stays exactly the same - tight, sore and painful

Goldthwait's sign was performed.  Haley indicated no pain - she states the pain does not increase it stays exactly the same - tight, sore and painful

Iliac compression test was performed.  Haley indicated increased pain in the SI joint that was moderate on the left and right, greater on the right.

Yeoman's test was performed.  Haley indicated increased pain in the SI joint that was moderate on the left and right, greater on the right.

Kernig's sign was performed. Haley indicated no pain - she states the pain does not increase it stays exactly the same - tight, sore and painful

Straight Leg Raiser test was performed.  Haley indicated pain that was mild - she states the pain does not increase it stays exactly the same - tight, sore and painful on the Left lumbo-sacral joint and sacro-iliac joint at 50 degrees.

Straight Leg Raiser test was performed.  Haley indicated pain that was moderate - she states the pain does not increase it stays exactly the same - tight, sore and painful on the Right lumbo-sacral joint and sacro-iliac joint at 40 degrees.

Liberty003696

## Chart Notes

**Haley Spears**

**Maddalo Chiropractic PC**
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | | |
|---|---|---|---|---|---|
| Ins Co | Travelers Casualty Insurance - Ended | Pol # | | Insured | E2T0033 |

**Date   01/05/2015**

**Provider   Candace M Maddalo-Somerville Office**          *** *continued from previous page* ***

Distraction test was performed and Haley indicated no pain.

Soto Hall test was performed.  Haley indicated no pain - she states the pain does not increase it stays exactly the same - tight, sore and painful especially in the upper traps and along the upper scapular boarder

Valsalva's Manuever was performed.  Haley indicated no pain.

Shoulder Depression was performed.  Haley indicated pain that was mild to moderate on the left and right, greater on the right at C5/C6 to T1/2 with local pain that radiates.

Maximum Foramina Compression was performed.  Haley indicated segmental level pain that is mild to moderate at C7/T1 to T1/2 with radiation.

**Assessment:**
Prognosis: Undetermined at this time.  She will be seen 3 times a week for the next two weeks and then evaluated.

**Plan:**
Before treatment was rendered, I reviewed with Haley the condition as I see it, the recommended treatment/schedule, options, relative risks, and financial obligations. All questions were addressed and Haley expressed an understanding.  Following the discussion a signed Informed Consent was completed.

Spinal subluxation level(s) adjusted today: sacrum, L2, C7, T2 and T3.  Adjustment technique(s): Diversified.

Patient consent, effleurage massage and trigger points along the lumbar paraspinal muscles and the upper traps for 15 minutes to decrease the pain.

Patient was advised to return on Wednesday and Friday.

**. Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: REDACTED | |
|----------|---------------|---------------|----------|
| Ins Co | | Poi # | Insured |

**Date    12/29/2014**

**Provider   Candace M Maddalo-Somerville Office**

**Subjective:**
Complaint since last visit: continued sacral, left sacroiliac, left lumbar and upper thoracic, improved, diffuse, dull and continuous. VAS reported:  4 (0 being no pain, 10 being extreme pain).

Treatment Effectiveness:

Mr. Spears returned today for continued plan of care.   Overall, Haley feels his condition has gotten slightly better. He has been very consistent when following our recommendations for care.  If Mr.  Spears continues to follow through in this way his progress should be better.

Diagnosis:

Re-evaluations will be performed on every 12th visit or within 2 months of the last evaluation. The current diagnosis was obtained upon thorough review of Mr. Spears's current treatment history, along with his complete subjective interview and objective chiropractic, neurological and orthopedic examinations, along with any analysis of supplemental testing results (including xray, neurological or electronic diagnostic tests if included), the following is a list of his most recent diagnostic impressions for his current condition:(739.1) 739.1 Cervical Segmental Dysfunction, (723.1) 723.1 Cervicalgia, (739.3) 739.3 Lumbar Segmental Dysfunction, (724.2) 724.2 Lumbalgia.  As always this diagnosis may change as Mr. Spears's condition changes during their course of care.

Mr. Spears's condition is subacute.

Pain Assessment Documented as Positive AND Follow Up Plan Documented:
I have assessed the patient for pain using a standardized tool, documented a positive assessment (pain was present), and also documented a follow up plan that specifically stated a planned reassessment of pain (future appointments, education, referrals, or notification of other care providers as applicable).

**Objective:**
Subluxations with hypomobility and end point tenderness were found at the following levels: left sacrum, left L5, L3, T12 and C7.

**Assessment:**
 Haley is following his wellness plan and showing an increase in overall health and well-being.
 Haley reported feeling better after the treatment.

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** REDACTED | | |
|---|---|---|---|---|
| Ins Co | Travelers Casualty Insurance - Ended | Pol # | **Insured** | **E2T0033** |

**Date** 01/05/2015

**Provider** **Candace M Maddalo-Somerville Office**   *** *continued from previous page* ***

**Diagnosis** 739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia
739.4: 739.4 Sacral somatic or segmental dysfunction
739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia

Liberty003699

7G316150029

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | **DOB:** | REDACTED | |
|---|---|---|---|---|
| Ins Co | | Pol # | | **Insured** |

**Date    12/22/2014**

**Provider   Candace M Maddalo-Somerville Office**

### Subjective:
Complaint since last visit: continued sacral, lumbar, upper thoracic, right cervical dorsal and left cervical dorsal, gotten slightly better, the pain is less intense, deep, aching, tightness and continuous. VAS reported:  6 (0 being no pain, 10 being extreme pain).

### Objective:
Derifield's leg check revealed short leg right with legs extended, patient prone.  Short leg became shorter with legs in flexion with no cervical syndrome.

Subluxations with hypomobility and end point tenderness were found at the following levels: sacrum, L5, L2, T2 and T3.

### Assessment:
 Haley's condition is showing improvement.
 Haley reported feeling better after the treatment.

### Plan:
 Todays treatment included the following; manipulation and massage.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that he return for treatment on Friday.

| Diagnosis | 739.1: 739.1 Cervical Segmental Dysfunction |
|---|---|
| | 723.1: 723.1 Cervicalgia |
| | 739.3: 739.3 Lumbar Segmental Dysfunction |
| | 724.2: 724.2 Lumbalgia |

7G316150029

# Chart Notes

**Haley Spears**

**Maddalo Chiropractic PC**
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | |
|---|---|---|---|---|
| Ins Co | | Poi # | | Insured |

**Date   12/29/2014**

**Provider   Candace M Maddalo-Somerville Office**                *** **continued from previous page** ***

### Plan:

Our goals of continued treatment include the following; decrease pain and improved fitness by stretching at least 3 times per week in a pain free range.

We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that he return in one week.

**Diagnosis**    739.1: 739.1 Cervical Segmental Dysfunction
723.1: 723.1 Cervicalgia
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

Liberty003701

7G316150029

**Chart Notes**

Haley Spears

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | DOB: | REDACTED | |
|---|---|---|---|---|
| Ins Co | | Poi # | | Insured |

| Date | 12/20/2014 |
|---|---|

**Provider   Candace M Maddalo-Somerville Office**

**Subjective:**
She stated she was too busy to come in since her last visit on December 8, 2014 because of work and our hours.  She was feeling well for a few days after her adjustment but the pain returned.  She understands she has to come in more often for the correction or decrease of pain to work or give it a chance to work.

She does not want any therapies such as EMS or US because she had cancer cells that were removed in 2013 and she is not sure if they got all the cells and is nervous.  So she understands that it will take a little longer because her muscle are taut and tender and the machine help decrease some of the tension and relax the muscles.  She stated she is okay with the process taking longer but she will take to her Dad.

**Objective:**
Palpation of the muscles revealed hypertonicity in the following areas; lumbar region.

Palpation of the muscles revealed active trigger points: right sacroiliac, left sacroiliac, left lumbar, right lumbar, upper thoracic, cervical, right cervical and left cervical

**Assessment:**
Haley has had an exacerbation. These are episodic marked deterioration of the patient's condition due to acute flareups of the presenting conditions.

Haley continues to struggle with pain, discomfort and limitations while at work and performing activities of daily living.

Haley reported feeling better after the treatment.

**Plan:**
Our goals of continued treatment include the following; relief care.
Todays treatment included the following; manipulation and trigger point work - lumbar paraspinal muscles to decrease the tension.
We will continue to treat Haley as per the examination findings and continue the existing treatment plan.  It is recommended that he return for treatment on Monday.

| Diagnosis | 739.1: 739.1 Cervical Segmental Dysfunction |
|---|---|
| | 723.1: 723.1 Cervicalgia |
| | 739.3: 739.3 Lumbar Segmental Dysfunction |
| | 724.2: 724.2 Lumbalgia |

Liberty003702

# Chart Notes
**Haley Spears**

**Maddalo Chiropractic PC**
**14 McGrath Highway**
**Somerville, MA 021434500**
**Phone: 617-547-4444**
**Fax: 617-576-2842**

| Patient: | Spears, Haley | **DOB:** REDACTED | |
| Ins Co | | Pol # | **Insured** |

**Date**   **12/20/2014**

**Provider   Candace M Maddalo-Somerville Office**          *** *continued from previous page* ***

Liberty003703

**Chart Notes**

**Haley Spears**

Maddalo Chiropractic PC
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient:   Spears, Haley | DOB:  REDACTED | |
|---|---|---|
| Ins Co | Pol # | Insured |

| Date | 12/08/2014 |
|---|---|

Provider   Candace M Maddalo-Somerville Office

**Subjective:**
She states she has been under chiropractic care for a long time for her neck, lower back and scopilisis pain and treatment.  Her last adjustment was in August 2014 because she had to move to Boston.  The SI joint is the most painful, she states it feels bruised.

PMH

1. Thyroid cancer - takes medication and gets examinations
2. Scoliosis
3. Previous chiropractic care
4. Several motor vehicle accidents - went to PT

**Objective:**
Gaenslen's test was performed.  Haley indicated pain that was mild on the left and right, greater on the right.

Goldthwait's sign was performed.  Haley indicated pain that was moderate on the left and right, greater on the right sacro-iliac joint.


Yeoman's test was performed.  Haley indicated increased pain in the SI joint that was mild on the left and right, greater on the right.

Iliac compression test was performed.  Haley indicated increased pain in the SI joint that was mild on the left and right, greater on the right.

Minor's sign was withing normal limits.

Lhermitte's sign was performed.  Haley indicated no pain.

Nachlas' test was performed.  Haley indicated no pain.

**Assessment:**
Prognosis: Undetermined at this time. However, since she repsonded favorably to other chiropractic care it is my opinion that she may respond favorable again..

**Plan:**
Cold facilitates healing and symptom management. Home cold packs was advised per instructions.  She is to use ice for 5 minutes each time only and let one hour go in between

## Chart Notes
**Haley Spears**

**Maddalo Chiropractic PC**
14 McGrath Highway
Somerville, MA 021434500
Phone: 617-547-4444
Fax: 617-576-2842

| Patient: | Spears, Haley | | **DOB:** REDACTED | |
|---|---|---|---|---|
| **Ins Co** | | | Pol # | **Insured** |

**Date**   **12/08/2014**

**Provider   Candace M Maddalo-Somerville Office**                    *** continued from previous page ***

Patient cannot return until next week due to her schedule.

**Diagnosis**     739.1: 739.1 Cervical Segmental Dysfunction
739.1: 739.1 Cervicalgia
739.3: 739.3 Lumbar Segmental Dysfunction
724.2: 724.2 Lumbalgia

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.
## BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

Liberty Mutual Insurance

Attn: Nancy Winturer
Re: Haley Spears
1-603-334-5708

Your request for medical records for _Haley Spears_ was received in our
office on _10|20|2015_.

Connecticut General Statute §20-7c allows physicians to charge up to \$.65 per page plus the cost of
first class postage.

_67_ pages x \$.65 per page      =      \$ 43.55

1st class postage      =      \$ _____

Total Due      =      \$ 43.55

Please forward a check, payable to Rheumatology and Allergy Institute of CT LLC, in the amount of
\$ 43.55. Medical records will be released within ten days of receipt.

Thank you for your prompt attention to this request.

Sincerely,

Elizabeth Ruff
Office Manager

Liberty003706

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 1 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 431 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group
100 Retreat Ave, Suite 400
Hartford,CT 06106
(860) 547-1278

---

## CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:**          11/9/2015

**Pages:**         92

**To:**

**Fax Number:**    (603)422-7909

**From:**          Melanie (Endo - Retreat Ave - Connecticut Multispecialty Group)

**Phone:**         (860) 547-1278

**Comment:**

## CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

Liberty003707

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 2 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 432 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology

Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD  Sameera Tallapureddy, MD
Jennifer Lloyd, APRN  Pranvera Dautaj, APRN  Kristina Amato, APRN  Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 11/06/2013

## History of Present Illness

Patient presents for follow up of thyroid dysfunction
feeling ok in general

## Active Problems

- Allergic Rhinitis 477.9
- Asthma 493.90
- Autoimmune Disease 279.49
- Bloating (Symptom) 787.3
- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Oral Thrush 112.0
- Plantar Fasciitis 728.71
- Postsurgical Primary Hypothyroidism 244.0
- Systemic Lupus Erythematosus 710.0
- Ulcerative Colitis 556.9

## Review of Systems

Cardiovascular: no palpitations/racing heart beat.
Neurological: tremor not present.

## Allergies

- No Known Drug Allergies

## Current Meds

- Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to
  (Evaluate:06May2013); Last Rx:05Feb2013
- Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to
  (Evaluate:06May2013); Last Rx:05Feb2013
- Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy:
  (Recorded:29Jan2013) to
- Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003708

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 3 of 93         Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 433 of 501

## RE: SPEARS, HALEY A.

- EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; Therapy: 02May2008 to  Requested for: 13Feb2009
- Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
- Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
- Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
- Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
- Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:12Jun2013) to
- Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:30Aug2013) to
- Synthroid 100 MCG Oral Tablet; TAKE 1 TABLET DAILY; Therapy: 12Jun2013 to (Evaluate:25Dec2013); Last Rx:26Sep2013
- Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to

## Vitals
## CMG-Vitals [Data Includes: Current Encounter]

|                 | 06Nov2013 03:44PM |
|-----------------|-------------------|
| BMI Calculated  | 22.2              |
| BSA Calculated  | 1.63              |
| Weight          | 130 lb            |
| Systolic        | 112, RUE, Sitting |
| Diastolic       | 70, RUE, Sitting  |
| Heart Rate      | 72, R Radial      |
| Pulse Quality   | Normal, R Radial  |

## Results/Data
At this visit reviewed: lab reports tsh 1.28; TG pending.

## Assessment
- Hashimoto's Thyroiditis 245.2
- Postsurgical Primary Hypothyroidism 244.0

## Plan
- Free T4  -  11778  Requested for: 06Nov2013
- Thyroglobulin Panel  -  60698  Requested for: 06Nov2013
- TSH - 11661  Requested for: 06Nov2013
- Follow- up visit in 8 months Evaluation and Treatment  Follow-up  Requested for: 06Nov2013

## Discussion/Summary

Euthyroid. continue this dose. would like the tsh to stay 0.5 to 1.5.

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax:** (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003709

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 4 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 434 of 501

RE: SPEARS, HALEY A.

**Signatures**
 Electronically signed by : Robert Oberstein, M.D.; Nov  6 2013  4:12PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax*: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

Liberty003710

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 5 of 93                                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 435 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/30/2013

### History of Present Illness
Patient presents for follow up of Post thyroid surgery.
feeling back to normal but not completely but also not yet exercising and such.

### Active Problems
- Allergic Rhinitis 477.9
- Asthma 493.90
- Bloating (Symptom) 787.3
- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Plantar Fasciitis 728.71
- Postsurgical Primary Hypothyroidism 244.0
- Systemic Lupus Erythematosus 710.0
- Ulcerative Colitis 556.9

### Allergies
- No Known Drug Allergies

### Current Meds
1. Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to
   (Evaluate:06May2013); Last Rx:05Feb2013
2. Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to
   (Evaluate:06May2013); Last Rx:05Feb2013
3. Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy:
   (Recorded:29Jan2013) to
4. Cetirizine HCl 10 MG Oral Tablet; 1 tablet bid; Therapy: 03Apr2012 to
5. Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to
6. EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
   Therapy: 02May2008 to  Requested for: 13Feb2009
7. Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
8. Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
9. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
   Therapy: 28Dec2011 to (Evaluate:28Jan2012)

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003711

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 6 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 436 of 501

RE: SPEARS, HALEY A.

10. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
11. Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy:
    (Recorded:12Jun2013) to
12. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C
1000MG DAILY; Therapy: (Recorded:30Aug2013) to
13. Synthroid 88 MCG Oral Tablet; TAKE 1 6 days a week; Therapy: 12Jun2013 to
    (Evaluate:28Nov2013)
14. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013)
    to

## Vitals
**CMG-Vitals [Data Includes: Current Encounter]**

|  | 30Aug2013 02:16PM |
|---|---|
| BMI Calculated | 22.71 |
| BSA Calculated | 1.65 |
| Weight | 133 lb |
| Systolic | 130 |
| Diastolic | 72 |
| Heart Rate | 62 |
| Pulse Quality | Normal, R Radial |

## Results/Data
At this visit reviewed: pathology reports 4mm microcancer.
**Selected Results**
**18Jul2013 02:19PM**
Free T4  -  11778
    T4, FREE: 1.2 ng/dL Reference Range 0.8-1.8
## Assessment
- Nontoxic Multinodular Goiter 241.1
- Hashimoto's Thyroiditis 245.2
- Thyroid Cyst 246.2
- Postsurgical Primary Hypothyroidism 244.0

## Plan
- Calcium Total  -  10203  Requested for: 30Aug2013
- Free T4  -  11778  Requested for: 30Aug2013
- TSH - 11661  Requested for: 30Aug2013

## Discussion/Summary

I spent better than 50% of 25 min with the patient andmom discussing the path.
I-131 and diagnositic tests not needed.
Need check tft's and make sure the levels are good
Patient very anxious, reassured.

***Main Office:*** 100 Retreat Avenue, Suite 400, Hartford, CT  06106  ***Phone:*** (860) 547-1278    ***Fax:*** (860) 547-1301
***Other Clinical Sites:*** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003712

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 437 of 501

RE: SPEARS, HALEY A.

**Signatures**
 Electronically signed by : Robert Oberstein, M.D.; Aug 30 2013  2:52PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278      *Fax*: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003713

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12 Page 8 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 438 of 501



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

## Division of Endocrinology

Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 06/12/2013

### History of Present Illness

Patient presents for follow up of thyroid dysfunction
june 27 is the surgery

### Active Problems

- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Nontoxic Multinodular Goiter 241.1
- Plantar Fasciitis 728.71
- Systemic Lupus Erythematosus 710.0
- Thyroid Cyst 246.2
- Ulcerative Colitis 556.9

### Allergies

- No Known Drug Allergies

### Current Meds

1. Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to (Evaluate:06May2013); Last Rx:05Feb2013
2. Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to (Evaluate:06May2013); Last Rx:05Feb2013
3. Butalbital-Acetaminophen 50-325 MG Oral Tablet; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR COMFORT; Therapy: (Recorded:29Jan2013) to
4. Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to
5. Cetirizine HCl 10 MG Oral Tablet; 1 tablet bid; Therapy: 03Apr2012 to
6. Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to
7. EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; Therapy: 02May2008 to  Requested for: 13Feb2009
8. Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
9. Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
10. Ondansetron 8 MG Oral Tablet Dispersible; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED; Therapy: (Recorded:29Jan2013) to
11. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;

***Main Office:*** 100 Retreat Avenue, Suite 400, Hartford, CT 06106   ***Phone:*** (860) 547-1278    ***Fax:*** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003714

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-12Page 9 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 439 of 501

RE: SPEARS, HALEY A.

Therapy: 28Dec2011 to (Evaluate:28Jan2012)
12. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
13. Selenium 100 MCG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:29Jan2013) to
14. Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:12Jun2013) to
15. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:29Jan2013) to
16. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

|  | 12Jun2013 03:15PM |
|---|---|
| BMI Calculated | 21.68 |
| BSA Calculated | 1.62 |
| Weight | 127 lb |
| Systolic | 104, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 64, R Radial |
| Pulse Quality | Normal, R Radial |

**Assessment**
- Hashimoto's Thyroiditis 245.2
- Nontoxic Multinodular Goiter 241.1

**Plan**
- Synthroid 88 MCG Oral Tablet; TAKE 1 TABLET DAILY; Therapy:  to (Evaluate:10Sep2013); Last Rx:12Jun2013
- Free T4  -  11778  Requested for: 12Jun2013
- TSH - 11661  Requested for: 12Jun2013
- Follow-up visit other Evaluation and Treatment  Follow-up  Requested for: 12Jun2013

**Discussion/Summary**

Discussed the upcoming surgery in detail
will f/u.

Face to face time spent with the patient was 15 minutes and greater than 50% of time was spent counseling/discussion.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax*: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003715

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 10 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 440 of 501

RE: SPEARS, HALEY A.

**Signatures**
 Electronically signed by : Robert Oberstein, M.D.; Jun 12 2013  3:55PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

Liberty003716

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 11 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 441 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/22/2013

### History of Present Illness
Patient presents for follow up of thyroid dysfunction
she is afraid of surgery but not sure what to do

### Active Problems
- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Nontoxic Multinodular Goiter 241.1
- Plantar Fasciitis 728.71
- Systemic Lupus Erythematosus 710.0
- Thyroid Cyst 246.2
- Ulcerative Colitis 556.9

### Allergies
- No Known Drug Allergies

### Current Meds
1. Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to
   (Evaluate:06May2013); Last Rx:05Feb2013
2. Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to
   (Evaluate:06May2013); Last Rx:05Feb2013
3. Bicillin L-A 1200000 UNIT/2ML Intramuscular Suspension; inject twice a week; Therapy:
   31Jan2012 to (Evaluate:13Apr2013)
4. Butalbital-Acetaminophen 50-325 MG Oral Tablet; TAKE 1 TABLET EVERY 3-4 HOURS AS
   NEEDED FOR COMFORT; Therapy: (Recorded:29Jan2013) to
5. Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy:
   (Recorded:29Jan2013) to
6. Cetirizine HCl 10 MG Oral Tablet; 1 tablet bid; Therapy: 03Apr2012 to
7. Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to
8. EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
   Therapy: 02May2008 to  Requested for: 13Feb2009
9. Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
10. Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
11. Mepron 750 MG/5ML Oral Suspension; TAKE 1 TEASPOONFUL TWICE DAILY; Therapy:

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax*: (860) 547-1301
*Other Clinical Sites:* 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003717

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 12 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 442 of 501

RE: SPEARS, HALEY A.

(Recorded:29Jan2013) to
12. Minocycline HCl 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 08Dec2012 to
13. Montelukast Sodium 5 MG Oral Tablet Chewable; TAKE 2 TABLET DAILY; Therapy: 03Oct2012 to
(Evaluate:31Oct2012)
14. Ondansetron 8 MG Oral Tablet Dispersible; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED;
Therapy: (Recorded:29Jan2013) to
15. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
16. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
17. Selenium 100 MCG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy:
(Recorded:29Jan2013) to
18. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN
CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:29Jan2013) to
19. TraMADol HCl 50 MG Oral Capsule; Therapy: (Recorded:29Jan2013) to
20. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013)
to

## Vitals
## CMG-Vitals [Data Includes: Current Encounter]

|  | 22Feb2013 02:18PM |
|---|---|
| BMI Calculated | 22.02 |
| BSA Calculated | 1.63 |
| Height | 5 ft 4.25 in |
| Weight | 129 lb |
| Systolic | 118, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 64, R Radial |
| Pulse Quality | Normal, R Radial |

## Results/Data
At this visit reviewed: pathology reports 2 nodules each with 5-15% chance cancer, follicular .

## Assessment
- Hashimoto's Thyroiditis 245.2
- Nontoxic Multinodular Goiter 241.1

## Discussion/Summary

1. multiple nodules which are growing and with FNA that is indeterminant follicular with 5-15%. But as growing and as she has hashimoto's, she is likely at the high end of that % risk. and this is for each nodule.
I strongly recommend excision, now.

I discussed the issues in detail including post surgical thyroid replacement and many 'what if's'.

**Main Office:** 100 Retreat Avenue, Suite 400, Hartford, CT 06106 **Phone:** (860) 547-1278   **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003718

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 13 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 443 of 501

RE: SPEARS, HALEY A.


Face to face time spent with the patient was 25 minutes and greater than 50% of time was spent counseling/discussion.

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Feb 22 2013  2:55PM

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax**: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

Liberty003719

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1: Page 14 of 93        Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 444 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology

Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 01/29/2013

### History of Present Illness
Patient presents for follow up of low blood sugars.
35 year old white female here today for urgent visit for concerns for low blood sugars. She has a hx of hashimoto's and positive lymes. She has been on mutliple supplments and antibiotic over the last 3 years. On Jan 16th went for a biopsy of thyroid with Dr. Fritz who will review the results with her.

Pump/Meter/Sensor Info: info downloaded and reviewed with the patient;see scanned documents. AC Dinner: 55-82 PC Dinner: 49-110

### Active Problems
1. Considered  Demyelinating Disorders 341.9
2. Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
3. Fatty Liver 571.8
4. Hashimoto's Thyroiditis 245.2
5. Migraine Headache 346.90
6. Nontoxic Multinodular Goiter 241.1
7. Plantar Fasciitis 728.71
8. Systemic Lupus Erythematosus 710.0
9. Thyroid Cyst 246.2
10. Ulcerative Colitis 556.9

### Allergies
1. No Known Drug Allergies

### Current Meds
1. Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR COMFORT; Therapy: 16Feb2012 to
2. Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy: 18Sep2010 to (Evaluate:18Oct2010)
3. EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; Therapy: 02May2008 to  Requested for: 13Feb2009
4. Hydroquinone 4% External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
5. Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Therapy: 02May2008 to  Requested for: 05Oct2012
6. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
7. Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to (Evaluate:16Jan2010)  Requested for: 08Oct2010
8. Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to

---

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003720

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 15 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 445 of 501

## RE: SPEARS, HALEY A.

(Evaluate:14Mar2012)
9. Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
   (Evaluate:25Sep2009)
10. Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
11. Xopenex HFA 45 MCG/ACT Inhalation Aerosol; As needed; Therapy: 02Oct2012 to
12. Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009
13. ZyrTEC Allergy 10 MG Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: 05Oct2012 to

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

|                | 29Jan2013 03:13PM |
|----------------|-------------------|
| BMI Calculated | 21.33             |
| BSA Calculated | 1.64              |
| Weight         | 128 lb            |
| Systolic       | 130, LUE, Sitting |
| Diastolic      | 80, LUE, Sitting  |
| Heart Rate     | 78, L Radial      |
| Pulse Quality  | Normal, L Radial  |

### Physical Exam

Constitutional: the patient was not overweight, well appearing, awake, alert,  oriented to person, place, and time and in no acute distress.
Neck: palpation of the neck revealed no abnormalities, no cervical adenopathy and thyroid normal.
Cardiovascular: heart rate and rhythm were normal, no murmurs, no edema and pulses not diminishes.
Respiratory: lungs were clear and respiration rhythm and depth was normal. cranial nerves intact
Psychiatric: normal affect and insight intact.

### Assessment
1. Hashimoto's Thyroiditis 245.2
2. Hypoglycemia 251.2

### Plan
Comprehensive Metabolic Panel - 10838  Requested for: 29Jan2013
Free T4  -  11778  Requested for: 29Jan2013
Glucose Tolerance, 2 Hour - 10603  Requested for: 29Jan2013
Hemoglobin A1C with Estimated Average Glucose - 11202  Requested for: 29Jan2013
Insulin - 10167  Requested for: 29Jan2013
T3, Total  -  11779  Requested for: 29Jan2013
TSH - 11661  Requested for: 29Jan2013

### Discussion/Summary

Patient has been on multple antibiotic for years. She currently takes multiple supplements and questions if something she is taking is causing low blood sugars.
Discussed hypoglycemia
Discussed with patient tracking blood sugars am fasting and 2 hours after a meal
instructed to eat small amounts of carb with protien through out the day
discussed appropriate snacks to bring up bloood sugar
will get labs

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278    **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003721

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 16 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 446 of 501

## RE: SPEARS, HALEY A.

see Dr. Friitz to review path report
has a follow up with Dr, Oberstein Feb 22

Face to face time spent with the patient was 30 minutes and greater than 50% of time was spent
counseling/discussion.

**Signatures**
Electronically signed by : Anita Salerno, APRN; Jan 29 2013  4:37PM

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax**: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003722

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 17 of 93        Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 447 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology

Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/05/2012

### History of Present Illness
Patient presents for follow up of thyroid nodules
here to check u.s. as thyroid may be larger

### Active Problems
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

### Review of Systems

ENT: feeling of tightness in the throat, but no difficulty swallowing.
Neurological: tremor not present.

### Allergies
No Known Drug Allergies

### Current Meds
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY AS NEEDED; Therapy: 02May2008 to  Requested for: 05Oct2012
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010)  Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
*Other Clinical Sites:* 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003723

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 18 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 448 of 501

## RE: SPEARS, HALEY A.

(Evaluate:25Sep2009)
Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
Xopenex HFA 45 MCG/ACT Inhalation Aerosol; As needed; Therapy: 02Oct2012 to
Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009
ZyrTEC Allergy 10 MG Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: 05Oct2012 to

### Past Medical History
History of  Acute Gastric Ulcer 531.30

No change in PMH since last visit,

### Vitals
### CMG-Vitals [Data Includes: Current Encounter]

|  | 05Oct2012 03:25PM |
|---|---|
| BMI Calculated | 21.14 |
| BSA Calculated | 1.63 |
| Weight | 126 lb 14.4 oz |
| Systolic | 120, RUE, Sitting |
| Diastolic | 80, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

### Physical Exam

Neck: no cervical adenopathy and no supraclavicular adenopathy.

### Results/Data
#### Selected Results
#### 10Aug2012 03:37PM
Free T4  -  11778
    Free T4: 1.15 ng/dl Reference Range 0.80-1.90
TSH - 11661
    TSH, Highly Sensitive: 1.72 mIU/L Reference Range 0.27-4.20
T3, Total  -  11779
    T3, Total: 98 ng/dl Reference Range 80-200
#### 05Oct2012 03:30PM
US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE: Realtime Ultrasound - High ResolutionIndication:  f/u
cysts/nodulesThe right lobe is 6.6 x 1.6 x 1.4 cmThe left lobe is 5.8 x 2.0 x 2.1 cmThe gland is enlarged with
several cysts and nodules and the remaining tissue is heterogenous
in texture.  There are numerous subcentimeter nodules which are mostly diffuse and not
definable as distinct nodules in addition to the four described below.The right lobe contains a large complex nodule
which is mostly cystic in the lower pole.  There
are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x 1.5 x 1.6 cm
(compared with 1.7 x 1.5 x 1.4cm in February 2012).   In the upper pole on the right is a smaller
complex nodule which is similarly more cystic than solid with smooth borders and measures 1.0
x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).The left lobe contains 2 definable nodules.  The larger is mid
lobe and mostly solid, isoechoic
with a small central cystic area and no calcifications.  The nodule is 2.4 x 1.5 x 1.5 cm (compared
with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lobe and spongiform in texture
measuring 1.3 x 0.8 x 1.05 cm (compared with 1.2 x 0.7 x 0.9 cm).  Summary:  Multinodular goiter as described

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003724

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 19 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 449 of 501

RE: SPEARS, HALEY A.

with nodules and cysts which are slowly but
continually growing.Performed and interpreted by R.Oberstein, MD

05 Oct 2012 3:30 PM
 US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE Realtime Ultrasound - High Resolution
Indication:  f/u cysts/nodules
The right lobe is 6.6 x 1.6 x 1.4 cm
The left lobe is 5.8 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is heterogenous in texture.  Th

## Assessment
 Nontoxic Multinodular Goiter 241.1

## Plan
 US Soft Tissue Head/Neck Thyroid - OFFICE  Status: Resulted - Requires Verification  Done: 01Jan0001 12:00AM
 Ordered; For: Nontoxic Multinodular Goiter (241.1); Ordered By: Oberstein, Robert  Due: 29Nov2012

## Discussion/Summary

Euthyroid. no new medication needed.
MNG is growing and certainly could be causing symptoms. As it is continuing to grow, excision is reasonable. Would
meet with surgeon to discuss. Names given.
I noted that I do not agree with the use of adrenal glandular extract tabs and I'm glad she is off of them.

## Signatures
 Electronically signed by : Robert Oberstein, M.D.; Nov 19 2012  4:39PM

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax**: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

Liberty003725

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 20 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 450 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/10/2012

### History of Present Illness
Patient presents for follow up of thyroid dysfunction
not noting much change in neck but less heart racing than in the past and energy is better
Was given adrenal support but felt crazy after it. also given iodine tabs but stopped

### Active Problems
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

### Review of Systems

no dysphagia but feels the sense of swallowing
no voice chagnes

### Allergies
No Known Drug Allergies

### Current Meds
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY; Therapy: 02May2008 to  Requested for: 13Feb2009
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010)  Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003726

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 21 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 451 of 501

### RE: SPEARS, HALEY A.

Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)
Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009

## Past Medical History

No change in PMH since last visit, in feb 2012.

## Vitals
**CMG-Vitals [Data Includes: Current Encounter]**

|                | 10Aug2012 03:09PM |
|----------------|-------------------|
| BMI Calculated | 20.49             |
| BSA Calculated | 1.61              |
| Weight         | 123 lb            |
| Systolic       | 110, RUE, Sitting |
| Diastolic      | 70, RUE, Sitting  |
| Heart Rate     | 68, R Radial      |
| Pulse Quality  | Normal, R Radial  |

## Physical Exam

Neck: thyroid abnormal (right upper 1.5 cm nodule and cobbly texture elsewhere), but no cervical
adenopathy and no supraclavicular adenopathy.

## Assessment
Hashimoto's Thyroiditis 245.2
Nontoxic Multinodular Goiter 241.1

## Plan
Follow-up visit other Evaluation and Treatment  Follow-up  Requested for: 10Aug2012
Free T4  -  11778 Requested for: 10Aug2012
TSH - 11661  Requested for: 10Aug2012

## Signatures
Electronically signed by : Robert Oberstein, M.D.; Aug 10 2012  3:37PM

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003727

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 22 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 452 of 501



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/28/2012

**Reason For Visit**
Patient is being seen today for thyroid follow-up.  She would also like to discuss labs.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto'S Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
No change in neck.
**ROS**
No dysphagia.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Rec: 28Feb2012.  List Reconciled and Reviewed.
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Bicillin L-A 1200000 UNIT/2ML Intramuscular Suspension;inject every 10 days; RPT
Lyrica 100 MG Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Voltaren 1 % Transdermal Gel;APPLY 1 INCH AS DIRECTED; RPT
Tretinoin 0.025 % External Cream;; RPT
Butalbital-APAP 50-325 MG Oral Tablet;TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR COMFORT.;

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003728

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 23 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 453 of 501

RE: SPEARS, HALEY A.

RPT
Hydroquinone 4 % External Cream;apply at bedtime; RPT.
**Vital Signs**
 Recorded by Carrero,Katherine on 28 Feb 2012 09:40 AM
BP:120/70,  RUE,  Sitting,
HR: 68 b/min,  R Radial, Normal,
Height: 65.000000 in, Weight: 126.000000 lb, BMI: 21 kg/m2,
BSA Calculated: 1.62 ,
BMI Calculated: 20.99.
**Results**
Free T4  -  11778   31 Jan 2012 03:57 PM
-  T4, FREE: 0.9   Reference Range: 0.8-1.8  Flag: N
TSH (3rd Generation)   31 Jan 2012 03:57 PM
-  TSH, 3RD GENERATION: 1.69   Flag: N.
US Soft Tissue Head/Neck Thyroid - OFFICE   28 Feb 2012 10:22 AM
-   US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime Ultrasound
Indication:  f/u nodules
Right lobe:  again show multiple <5mm cysts and nodules.  there is a predominantly cystic mass in the low-mid pole
measuring 1.4 x 1.5 x 1.7 cm.  In the upper pole is a hypoechoic mass which measures 0.7 x 0.6 x 0.9 cm with
smooth borders and no calcifications.  Left lobe:  several <5mm cysts and nodules.  In the upper lobe is an
iso-echoic nodule measuring 1.6 x 1.3 x 2.05 cm with no calcifications and smooth borders.  In the medial mid lobe
is a hypoechoic nodule measuring 0.9 x 0.7 x 1.2 cm with no calcifications and smooth borders.
Summary:  Multinodular goiter revealing nodules which are slowly growing.
Performed and interpreted by R.Oberstein,MD.
**Assessment**
    • Nontoxic multinodular goiter   (241.1)
Nodules are starting to get concerning

euthyroid.
**Orders**
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 28 Feb 2012.
Follow-up visit other; Requested for: 28 Feb 2012.
**Plan**
F/u sooner than later.
6 months and likely fna if left nodules not shrinking.
**Signature**
Electronically signed by : Robert  Oberstein  M.D.; 02/28/2012 11:28 AM EST.

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278      **Fax:** (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003729

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 24 of 93      Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 454 of 501



**Division of Endocrinology**
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/08/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up. She would also like to discuss labs.

**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).

**HPI**
No change in neck but feels like she has heavier swallow when the fluid comes back in the nodule. and it goes away after the drainage.

**ROS**
No voice changes lately.

**Allergies**
No Known Drug Allergy.

**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Lunesta 1 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT.

**PMH**
No change to PMH.

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106   *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003730

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 25 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 455 of 501

### RE: SPEARS, HALEY A.

**Vital Signs**
Recorded by Carrero,Katherine on 08 Oct 2010 11:52 AM
BP:120/74, RUE, Sitting,
HR: 76 b/min, R Radial, Regular,
Weight: 121.6 lb.

**Physical Exam**
The thyroid had a nodule on left , 1cm and min palp on right lower.
The cervical lymph nodes were not enlarged.
No tremor was seen.
The affect was normal.

**Results**
T3, Total - 11779   07 Oct 2010 05:17 PM
-  T3, TOTAL: 99  76-181  N
Free T4 - 11778   07 Oct 2010 05:17 PM
-  T4, FREE: 1.0  0.8-1.8  N
TSH - 3RD GENERATION   07 Oct 2010 05:17 PM
-  TSH, 3RD GENERATION: 2.02   N.
US Soft Tissue Head/Neck Thyroid - OFFICE   08 Oct 2010 12:17 PM
-   US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime ultrasound
Indication:  f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm.  Additionally, there is a right sided cystic
nodule measuring 1.1 x 1.2 x 1.5 cm without calcifications and almost entirely cystic.  On the left is a solid,
isoechoic nodule with smooth borders and a halo without calcifications which is superficial in the mid lobe.  It
measures 1.3 x 1.0 x 1.7 cm.  There is a complex nodule more inferiorly on the left which is 0.8 x 0.6 x 1.0 cm.
Summary:  MNG without significant change.
Performed and interpreted by R. Oberstein, MD.

**Assessment**
  • Hashimoto's thyroiditis   (245.2)
  • Nontoxic multinodular goiter   (241.1)
MNG is stable without signif change.  no further w/u now
Thryoid function indicated low level in august but now back to normal.

**Orders**
TSH - 11661; Requested for: 08 Oct 2010.
Free T4 - 11778; Requested for: 08 Oct 2010.
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 08 Oct 2010.
Follow-up visit other; Requested for: 08 Oct 2010.

**Plan**
Lab in 2 mo as the tft's are fluctuating
Likely will need LT4 soon


Call if any change in neck
U.S. next year.

**Signature**
Electronically signed by : Robert  Oberstein  M.D.; 10/08/2010 12:22 PM EST.


**Main Office:** 100 Retreat Avenue, Suite 400, Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003731

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 26 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 456 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 03/12/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up.

**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).

**HPI**
Pt notes a bit better but maybe not
is missing the armour frequently including the past 4 days.  maybe >1/2 of doses over past 2 months.
.

**ROS**
No tremor
no palp.

**Allergies**
No Known Drug Allergy.

**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Singulair 10 MG Oral Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Intramuscular Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Ultram 50 MG Oral Tablet;; RPT
Migranal 4 MG/ML Nasal Solution;; RPT
Lunesta 1 MG Oral Tablet;; RPT
Armour Thyroid 60 MG Oral Tablet;; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003732

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 27 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 457 of 501

## RE: SPEARS, HALEY A.

**PMH**
No change to PMH.
**Vital Signs**
 Recorded by Carrero,Katherine on 12 Mar 2010 03:00 PM
BP:106/64, RUE, Sitting,
HR: 64 b/min, R Radial, Norm,
Height: 64.25 in, Weight: 113 lb, BMI: 19.2 kg/m2,
BSA Calculated: 1.54 ,
BMI Calculated: 19.25.
**Physical Exam**
    Patient was not observed to be obese.
    General appearance: normal.
    A tremor was seen.
**Results**
Reviewed related lab results during this encounter
tsh 2.3 and 2.2 before and after armour.
**Assessment**
    • Hashimoto's thyroiditis   (245.2)
Well....
no need for the med prior and no sign of need now
Would recommend staying off the armour
TSH in 2 months and then yearly if normal

nodule is likely smaller
f/u the u.s. at f/u in late october

cc Dr Giannini.
**Orders**
TSH - 11661; Requested for: 12 Mar 2010.
Free T4 - 11778; Requested for: 12 Mar 2010.
T3, Total - 11779; Requested for: 12 Mar 2010.
Follow-up visit other; Requested for: 12 Mar 2010.
**Plan**
TIME SPENT (face to face) : 30 minutes
Greater than 50% of time spent counseling/discussion. Amended : Robert  Oberstein  M.D.; 03/12/2010 3:46 PM
EST.
**Past Meds**
Folic Acid 1 MG Oral Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED
FOR PAIN; Qty20; R0; RPT.
Hydroxychloroquine Sulfate 200 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Qty60; R0; RPT.
Iophen C-NR 100-10 MG/5ML Oral Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS
NEEDED; Qty240; R0; RPT.
Maxalt-MLT 10 MG Oral Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY
REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); Qty12; R0; RPT.
Naprelan 500 MG Oral Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; Qty30; R0; RPT.
Topamax 25 MG Oral Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT
BEDTIME X7DAYS; Qty42; R0; RPT.
~~Armour Thyroid 60 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Chemet 100 MG Oral Capsule;TAKE 5 CAPSULES EVERY 8 HOURS; Qty15; R0; RPT.~~
~~Doxycoline Hyclate 100 MG Oral Tablet;; Qty28; R0; RPT.~~

***Main Office:*** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  ***Phone:*** (860) 547-1278    ***Fax:*** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003733

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1; Page 28 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 458 of 501

RE: SPEARS, HALEY A.

~~Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Lunesta 3 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME; Qty5; R0; RPT.~~
~~Mepron 750 MG/5ML Oral Suspension;TK ONE TEA PO BID; Qty255; R0; RPT.~~
~~Singulair 5 MG Oral Tablet Chewable;TAKE 1 TABLET TWICE DAILY; Qty60; R0; RPT.~~
~~Vitamin D 50000 UNIT CAPS;TAKE 1 CAPSULE EVERY WEEK; Qty4; R0; RPT.~~
**Signature**
Electronically signed by : Robert  Oberstein  M.D.; 03/12/2010 3:44 PM EST.
Electronically signed by : Robert  Oberstein  M.D.; 03/12/2010 3:46 PM EST.

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax:** (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

Liberty003734

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 29 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 459 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/26/2009

**Reason For Visit**
Patient is being seen today for thyroid follow-up.

**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Normal Routine History And Physical Adult (V70.0)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).

**HPI**
Generally doing well
started the armour 3 wks ago and has a 2+mo supply left
noted increase in energy

notes the neck is about the same.

**ROS**
Occ palpatations but also had it before and was told it is from the lyme disease
no temor.

**Allergies**
No Known Drug Allergy.

**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Folic Acid 1 MG Oral Tablet;TAKE 1 TABLET DAILY.; RPT
Singulair 10 MG Oral Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Intramuscular Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Iophen C-NR 100-10 MG/5ML Oral Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS

**Main Office:** 100 Retreat Avenue, Suite 400, Hartford, CT 06106 **Phone:** (860) 547-1278 **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003735

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 30 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 460 of 501

### RE: SPEARS, HALEY A.

NEEDED; RPT
Maxalt-MLT 10 MG Oral Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY
REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); RPT
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED
FOR PAIN; RPT
Naprelan 500 MG Oral Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; RPT
Topamax 25 MG Oral Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT
BEDTIME X7DAYS; RPT
Topamax 100 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Ultram 50 MG Oral Tablet;; RPT
Migranal 4 MG/ML Nasal Solution;; RPT
Lexapro 10 MG Oral Tablet;; RPT
Lunesta 1 MG Oral Tablet;; RPT
Armour Thyroid 60 MG Oral Tablet;; RPT.

**PMH**
No change to PMH.

**Vital Signs**
Recorded by Aponte,Gladys on 26 Aug 2009 02:48 PM
BP:110/74,
HR: 80 b/min,
Weight: 113 lb.

**Results**
Tsh 1.54 in feb 09 and 2.3 in june 09 and ND gave her armour after that.

**Assessment**
- Nontoxic multinodular goiter   (241.1)
- Thyroid cyst   (246.2)

Discussed why i don't usually use armour and issues around it being off the market.  for the cyst, no difference on or
off.  as not hypothyroid prior to tx, not likely a real benefit on it.  would recheck level and go from there.

**Orders**
T3, Total  -  11779; Requested for: 26 Aug 2009.
Free T4  -  11778; Requested for: 26 Aug 2009.
TSH - 11661; Requested for: 26 Aug 2009.
Follow-up visit in 6 months; Requested for: 26 Aug 2009.

**Signature**
Electronically signed by : Robert  Oberstein  M.D.; 08/26/2009 3:18 PM EST.

**Main Office:** 100 Retreat Avenue, Suite 400, Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003736

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 31 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 461 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/13/2009

**Reason For Visit**
Patient is being seen today for thyroid follow-up.

**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).

**HPI**
Patient just had lumbar puncture and other testing
some ongoing breathing issues, mostly nasal.

**ROS**
No change in neck
no no new thyroid symptoms.

**Allergies**
No Known Drug Allergy.

**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily; RPT
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Tablet;As needed; RPT
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weely; RPT
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; RPT
Frova 2.5 MG Tablet;As needed; RPT
Zomig TABS;As needed; RPT
Imitrex 100 MG Tablet;As needed; RPT
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY.; RPT
Singulair 10 MG Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution;INHALE 2 PUFS EVERY 4-6 HOURS AS NEEDED;
RPT

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003737

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 32 of 93　　　　　Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 462 of 501

## RE: SPEARS, HALEY A.

Iophen C-NR 100-10 MG/5ML Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS NEEDED; RPT
Maxalt-MLT 10 MG Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); RPT
Advair Diskus 100-50 MCG/DOSE Miscellaneous;INHALE 1 PUFF EVERY 12 HOURS; RPT
Hydrocodone-Acetaminophen 5-500 MG Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED FOR PAIN; RPT
Naprelan 500 MG Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; RPT
Nortriptyline HCl 25 MG Capsule;TAKE 1 CAPSULE AT BEDTIME; RPT
Topamax 25 MG Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT BEDTIME X7DAYS; RPT
Topamax 100 MG Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Migranal 4 MG/ML Solution;USE 1 SPRAY IN EACH NOSTRIL, REPEAT IN 10-15 MINUTES; RPT.

### PMH
No other changes to PMH.

### Vital Signs
Recorded by ymontalvo on 13 Feb 2009 03:10 PM
BP:112/78,  RUE,  Sitting,
HR: 74 b/min,  R Radial,
Weight: 126 lb.

### Results
U.s. films reviewed with patient and mom.

### Assessment
- Hashimoto's thyroiditis   (245.2)
- Nontoxic multinodular goiter   (241.1)

Explained and discussed issues with pt and mom
f/u next week
tsh with other labs in 3 weeks.

### Orders
TSH Reflex to Free T4  -  11619.

### Plan
FNA by U.S. Guidance of left nodule:  Risks were explained to the patient.  Standard technique was used with ethyl chloride spray for topical anesthesia and 2 passes of 25 ga needle under direct visualization.  The yield was limited.  Fluid obtained was   The patient tolerated the procedure well and there were no complications.   Patient to call in 2 days to review results.

### Past Meds
Azithromycin 250 MG Tablet;TAKE 2 TABLETS TODAY THEN, TAKE 1 TABLET EVERY DAY FOR 4 DAYS; Qty6; R0; RPT.
Fluticasone Propionate 50 MCG/ACT Suspension;USE 2 SPRAYS EACH NOSTRILDAILY; Qty16; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Gabapentin 600 MG Tablet;TAKE 1/2 TABLET 2 TIMES A DAY FOR 1 WEEK THEN TAKE 1 TABLET 2 TIMES A DAY AS TOLERATED; Qty53; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Nasacort AQ 55 MCG/ACT Aerosol Solution;USE 2 PUFFS PER NOSTRIL ONCE A DAY EVERY MORNING; Qty17; R0; RPT.
PredniSONE 10 MG Tablet;SEE ATTACHED SHEET FOR INSTRUCTIONS; Qty37; R0; RPT.
PredniSONE 20 MG Tablet;USE ATTACHED SHEET FOR DIRECTIONS; Qty20; R0; RPT.

### Signature
Signed By: Robert  Oberstein  M.D.; 02/13/2009 4:09 PM EST.

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278    **Fax:** (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

Liberty003738

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 33 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 463 of 501



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN   Pranvera Dautaj, APRN   Kristina Amato, APRN   Alaine ZuWallack, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 01/21/2009

**Consult Letter**

Dear Dr. Evan Schiff

Thank you for asking me to see HALEY SPEARS today in consultation for thyroid nodules.

**Active Problems**

Ulcerative colitis   (556.9).
Fatty liver   (571.8).
Thyroid cyst   (246.2).
Systemic lupus erythematosus   (710.0).
Plantar fasciitis   (728.71); ? separate from other conditions.
Migraine headache   (346.90); new in fall 08.
Considered demyelinating disorders   (341.9); mri lesion is concerning.

**HPI**

Firsted noted to have a goiter in 2004 during work-up for severe, acute swelling condition.  Nodules noted by exam but no u.s. by Dr Diez and then went to Dr Grey.  3 samplings but 2 cytologies for cyst and they were 'normal.'  All 3 aspirations were on the left.
More recently U.S. showed multinodular goiter with cysts and a solid nodule on left (U.S. done as f/u to MRI incidentally).

**ROS**

Very poor energy
and poor memory and concentration
gi issues ongoing
some dryness
hair stable
vision:  blurred on and off with migraine or movement
migraines on and off
hearing seems clogged on occ
ringing in ears on occ
menses normal in past but very irreg for 4 months
else neg.

**Current Meds**

Amitiza 24 MCG Capsule;2 tablets 3 times daily; Qty0; R0; RPT.
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; Qty0; R0; RPT.
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; Qty0; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Zofran 8 MG Tablet;As needed; Qty0; R0; RPT.
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weely; Qty0; R0; RPT.
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; Qty0; R0; RPT.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

Liberty003739

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 34 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 464 of 501

## RE: SPEARS, HALEY A.

Frova 2.5 MG Tablet;As needed; Qty0; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Zomig TABS;As needed; Qty0; R0; RPT.
Imitrex 100 MG Tablet;As needed; Qty0; R0; RPT.
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Singulair 10 MG Tablet;; Qty0; R0; RPT.

**PMH**
    History of acute gastric ulcer  which is resolved  (531.30).

**Family Hx**
    No thyroid disorder
    Osteoporosis  mother
    No autoimmune disease.

**Personal Hx**
Behavioral history: Daily coffee consumption  1 a month.
Work: Occupation  adminst.
Marital: Single.

**Vital Signs**
Recorded by ymontalvo on 21 Jan 2009 11:06 AM
HR: 70 b/min,  R Radial,
Height: 64.5 in, Weight: 124.8 lb, BMI: 21.1 kg/m2.

**Physical Exam**
**Standard Measurements:**
    ° Patient was not overweight.
**General appearance:**
    ° Normal.
**Neck:**
    Thyroid: • Showed abnormalities  cobblestone texture without distinct dominant nodule.
**Eyes:**
    General/bilateral:
        Extraocular Movements: ° Normal.
        Anterior Orbit / Periorbit: ° No proptosis.
        External Eye: ° No lid lag was seen.
**Lungs:**
    ° Clear to auscultation.
**Cardiovascular system:**
    Heart Rate And Rhythm: ° Normal.
    Edema: ° Not present.
**Neurological:**
    Motor: ° No tremor was seen.
    Reflexes: ° Knee jerk was normal  bilaterally.
**Psychiatric Exam:**
    ° Affect was normal.

**Results**
Reviewed  related lab results during this encounter
Reviewed related radiology results during this encounter
Reviewed related office notes from referring provider   during this encounter.

**Assessment**
    • Endocrine lab tests revealed nonspecific abnormal findings   (794.6); TPO ab elevated
    • Hashimoto's thyroiditis   (245.2)
    • Nontoxic multinodular goiter   (241.1)
She does have hashimoto's based on the antibody testing and should have periodic testing of TSH going forward.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

Liberty003740

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 35 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 465 of 501

### RE: SPEARS, HALEY A.

The nodule may be solid on the left but I'm concerned that it may not be.  I will get the films before proceeding but she will likely need an FNA of the 1.8 cm nodule.
We discussed these issues in detail
I doubt that adrenal insufficiency could be contributing to any of her GI symptoms, but we'll get an AM cortisol level to make sure.

**Orders**
Follow-up visit in 1 month.
25- Hydroxy Vitamin D, EIA - 10711.
Cortisol, AM  -  11662.

**Plan**
Dear Dr Schiff
Thank you again for allowing me to participate in  Ms. SPEARS's care.  If you have any questions, please feel free to contact.
Sincerely
Rob

Copy of this report was sent to the health care provider requesting this consultation as well as to the patient's   Dr Kage and Dr O'brien.

**Signature**
Signed By: Robert  Oberstein  M.D.; 01/21/2009 11:57 AM EST.

**Main Office:** 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  **Phone:** (860) 547-1278     **Fax**: (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

Liberty003741

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 36 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 466 of 501

.Electronically signed by:Robert Oberstein M.D. Dec 14 2013 5:51PM EST 12/14/2013

```
        COLLABORATIVE LABORATORY SERVICES              To:
              LABORATORY RESULTS                  OBERSTEIN,ROBERT
       St. Francis Hospital and Medical Center    100 RETREAT AVE
       114 Woodland Street Hartford,CT 06105       SUITE 400
           Frank A. Bauer,MD, Director             HARTFORD,CT 06106
       (860)714-6103   CLIA# 07D0094176   CL-0623
```

----------------------------------------------------------------------

```
NAME: SPEARS,HALEY              MR#:  6879270        DOB:  REDACTED   AGE: 36Y   SEX: F
LOC: LWH                        ACCT#:653715362      ATTENDING MD: OBERSTEIN,ROBERT
```

----------------------------------------------------------------------

| TEST | RESULTS | REFERENCE RANGE | UNITS | SITE |
|------|---------|-----------------|-------|------|

----------------------------------------------------------------------

T64718  COLL: 11/05/2013 15:28    REC: 11/05/2013 15:29    **ORDERING MD: OBERSTEIN,ROBERT**

| **FREE THYROXINE** | 1.1 | [0.9-1.8] | NG/DL | [SF] |
| **TSH, ULTRASENSITIVE** | 1.28 | [0.35-5.50] | uIU/mL | [SF] |

**THYROGLOB,TUMOR MARKER**
   THYROGLOB,TUMOR MARKER     0.6
                        Unit: ng/mL
                        <<NOTE>>

    -- REFERENCE VALUE --
    <=33
    Athyrotic individuals
    normally have hTg values
    <=2.
THYROGLOBULIN AB SCN           <20
                    Reference range: <22
                    Unit: IU/mL
                    <<NOTE>>
The thyroglobulin testing method is an immunoenzymatic
assay manufactured by Beckman Coulter Inc. and
performed on the Unicel DXI 800.

The thyroglobulin antibody testing method is an
electrochemiluminescence assay manufactured by Roche
Diagnostics Inc. and performed on the Modular or Cobas
System.

Values obtained from different assay methods or kits
may be different and cannot be used interchangeably.

The results cannot be interpreted as absolute evidence
for the presence or absence of malignant disease.

Specimens with thyroglobulin concentrations greater
than 250,000 ng/mL may give falsely lower results.

Test Performed by:
Mayo Medical Laboratories New England
160 Dascomb Road, Andover, MA 01810
Laboratory Director: Lynn A. Cheryk, Ph.D.

----------------------------------------------------------------------

```
[SF] St Francis Hospital & Medical Center  114 Woodland Street  Hartford,CT 06105   CL-0623
[MS] Mt Sinai Campus  500 Blue Hills Avenue  Hartford,CT 06112   CL-0625
```

**NAME: SPEARS,HALEY**            END OF REPORT    PRINTED: 12/03/2013   16:40    PAGE 1

Liberty003742

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 37 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 467 of 501

 Quest Diagnostics

Electronically signed by:Robert Oberstein M.D. Dec 14 2013 5:51PM EST 12/14/2013

Report Status: Final

SPEARS, HALEY A

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED    **AGE:** 36<br>Gender:    F<br>Phone:    860.308.2050<br>Patient ID: **REDACTED**<br>Health ID: **REDACTED**    0 | Specimen:    WC166548N<br>Requisition: 0025545<br><br>Collected:    10/11/2013 / 08:41 EDT<br>Received:    10/11/2013 / 19:46 EDT<br>Reported:    10/18/2013 / 03:03 EDT<br>(* A Copy From) | Client #: 22175305    60010000<br>CT MULTI/ENDO ALL SITES<br>100 RETREAT AVE STE 400<br>HARTFORD, CT 06106-2528 |

**COMMENTS:**    FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 355 | | 200-1100 pg/mL | EZ |

Please note: although the reference range for Vitamin B12 is
200-1100 pg/mL, it has been reported that between 5 and 10%
of patients with values between 200 and 400 pg/mL may
experience neuropsychiatric and hematologic abnormalities
due to occult B12 deficiency; less than 1% of patients with
values above 400 pg/mL will have symptoms.

| | | | | |
|---|---|---|---|---|
| METHYLMALONIC ACID, | | | | EZ |
| GC/MS/MS | 132 | | 87-318 nmol/L | |
| INTRINSIC FACTOR BLOCKING | | | | EZ |
| ANTIBODY | NEGATIVE | | Reference Range: | |
| | | | ADULTS:   NEGATIVE | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | QWA |
| TSH | | 5.91 H | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester   0.26-2.66
Second trimester   0.55-2.73
Third trimester   0.43-2.91

| | | | | |
|---|---|---|---|---|
| T4, FREE | 1.4 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | | 72 L | 76-181 ng/dL | QWA |
| THYROGLOBULIN PANEL | | | | QWA |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | |
| THYROGLOBULIN | | 1.6 L | 2.0-35.0 ng/mL | |

This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

| | | | | |
|---|---|---|---|---|
| METHYLMALONIC ACID | 93 | | 87-318 nmol/L | AMD |
| CORTISOL, A.M. | 20.7 | | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

CLIENT SERVICES: 1.866.697.8378    SPECIMEN: WC166548N    **Liberty003743**
PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 38 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 468 of 501


Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED     **AGE:** 36<br>Gender:    F<br>Patient ID: **REDACTED**<br>Health ID: **REDACTED** | Specimen:    WC166548N<br>Collected:   10/11/2013 / 08:41 EDT<br>Received:    10/11/2013 / 19:46 EDT<br>Reported:    10/18/2013 / 03:03 EDT<br>(* A Copy From) | Client #: 22175305 |

### VITAMIN D, 25-HYDROXY, LC/MS/MS

**VITAMIN D, 25-HYDROXY, LC/MS/MS**                                                                 Lab: QTE

| Test Name | Results | Reference Range |
|---|---|---|
| VITAMIN D, 25 OH, TOTAL | 20 L | 30-100 ng/mL |
| VITAMIN D, 25 OH, D3 | 20 | ng/mL |
| VITAMIN D, 25 OH, D2 | <4 | ng/mL |

```
     25-OHD3 indicates both endogenous production and
     supplementation. 25-OHD2 is an indicator of exogenous
     sources such as diet or supplementation. Therapy is based on
     measurement of Total 25-OHD, with levels <20 ng/mL indicative
     of Vitamin D deficiency, while levels between 20 ng/mL and
     30 ng/mL suggest insufficiency. Optimal levels are
     > or = 30 ng/mL.
```

**PERFORMING SITE:**

AMD    QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221807

EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA: 05D0643352

QTE    QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE , TETERBORO, NJ 07608-1011 Laboratory Director: JANET PISCITELLI, MD, CLIA: 31D0696246

QWA    QUEST DIAGNOSTICS WALLINGFORD CT, 0.091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

* ROBERT LANG,MD,PC has requested a copy of this report be sent to you. Ordering Physician: LANG, ROBERT

Liberty003744

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 39 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 469 of 501

09/04/2013 WED 13:57  FAX 860 714 9919 CLS BILLING OFFICE                    ☑002/002
.Electronically signed by:Robert Oberstein M.D.  Sep 4 2013 1:49PM EST  9/4/2013

```
        COLLABORATIVE LABORATORY SERVICES              To:
             LABORATORY RESULTS
    St. Francis Hospital and Medical Center          OBERSTEIN,ROBERT
     114 Woodland Street Hartford,CT 06105           100 RETREAT AVE
        Frank A. Bauer,MD, Director                   SUITE 400
      (860)714-6103   CLIA# 07D0094176   CL-0623      HARTFORD, CT 06106
```

```
NAME: SPEARS,HALEY              MR#:  6879270      DOB:  REDACTED     AGE: 35Y  SEX: F
LOC:  LWH                       ACCT#:653669310    ATTENDING MD: OBERSTEIN,ROBERT
```

| TEST | RESULTS | REFERENCE RANGE | UNITS | SITE |
|------|---------|-----------------|-------|------|

```
T22133  COLL: 09/03/2013 12:30    REC: 09/03/2013 14:01    ORDERING MD: OBERSTEIN,ROBERT
        Cc  : SAUL,ZANE K
```

| TEST | | RESULTS | REFERENCE RANGE | UNITS | SITE |
|------|--|---------|-----------------|-------|------|
| CALCIUM | | 9.4 | [8.4-10.2] | MG/DL | [SF] |
| FREE THYROXINE | | 1.1 | [0.9-1.8] | NG/DL | [SF] |
| TSH, ULTRASENSITIVE | H | 15.40 | [0.35-5.50] | uIU/mL | [SF] |

```
[SF] St Francis Hospital & Medical Center  114 Woodland Street  Hartford,CT 06105
[MS] Mt Sinai Campus  500 Blue Hills Avenue  Hartford,CT 06112
```

NAME: SPEARS,HALEY              END OF REPORT     PRINTED: 09/04/2013   13:29    PAGE 1

CLIENT REPORT COMPLETED

Liberty003745

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 40 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 470 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

### 100 Retreat Ave, Suite 400
### Hartford,CT 06106
### (860) 547-1278

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC293854L | **Collected:** | 7/18/2013  2:19:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 7/19/2013  10:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Oberstein, Robert |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**Free T4  -  11778**

**Stage:**          **Final**

| Test | Result | | Units | | Flag | Reference Range |
|---|---|---|---|---|---|---|
| T4, FREE | 1.2 | | ng/dL | | | 0.8-1.8 |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

Liberty003746

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 41 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 471 of 501

# Yale University School of Medicine
## Department of Surgery
### Clinic Note

| | | | |
|---|---|---|---|
| **Name:** | Haley Spears | **Primary Provider:** | Robert Udelsman, MD, MBA |
| **Address:** | 1008 Trout Brook Drive<br>West Hartford, CT 06119 | **Referring Physician:** | Robert Oberstein, M.D. |
| **Phone:** | 860 308-2050 | **Visit Date:** | July 1, 2013 |
| **DOB:** | REDACTED | **Location:** | Smilow Cancer Center |
| **Sex:** | Female | **MR #:** | 2315066 |

**Thyroidectomy Post op Note:** Ms. Haley Spears returns for follow up, status post total thyroidectomy performed on 6/27/13. She has recovered well postoperatively. The patient has been taking Calcium and Rocaltrol supplements, but has been having mild signs of hypocalcemia, and we will obtain calcium and PTH levels this morning. The sutures were removed and the incision is healing well. The patient has begun Synthroid 88 mcg as prescribed by her Endocrinologist. We will contact the patient and referring physician as soon as the results are available. Ms. Haley Spears plans follow up with Dr Oberstein.

| | | |
|---|---|---|
| Calcium | 10.9 mg/dL | (reference range 8.8-10.2) |
| PTH | <3 pg/mL | (reference range 10-69) |

*will ↓ calcium / needs PTH recheck*

**Robert Udelsman, MD, MBA**

*Note incidental micro papillary Ca.*
*R.U*

Cc:    Robert Oberstein, M.D.
       100 Retreat Avenue
       Hartford, CT 06106

       Bernard Raxlan, M.D.
       123 W 79th Street 1st floor
       New York, NY 10024

       Zane Saul, M.D.
       2600 Post Road
       Southport, CT 06890

       Kristen Giannini, M.D.
       520 Hartford Turnpike
       Vernon Rockville, CT 06066

*Yale University School of Medicine, Department of Surgery*
*Room 102 FMB, 330 Cedar Street, New Haven, Connecticut 06520-8062*
*Telephone: 203-785-2697  Fax: 203-737-2116*

Liberty003747

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 42 of 93    Sent On: 03:25 PM, Monday, November 09, 2013

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 472 of 501

MEDICAL RECC    S

NOTE PAPER

Spears, Haley
MRN: MR2315066  CSN:87262569
DOB: REDACTED (35 yrs) Sex: R860;308 – 205(
Pt Addr: 1008 TROUT BROOK DRIVE WEST HART

Appt Date: 6/27/2013
Prov: 5394 [Udelsman, Robert, MD]

87262569



(PLEASE DATE EACH ENTRY)

### ATTENDING OPERATIVE NOTE

6/27/13

PREOP DX: MNG
POSTOP DX: Same
PROCEDURE: Total Thyroidectomy
SURGEONS: Udelsman, Hroro
FINDINGS: as Shown
EBL: min
COMP: ∅
DISPO: to RR stable



From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 43 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 473 of 501

Quest Diagnostics

Electronically signed by:Robert Oberstein M.D. Feb 22 2013 2:33PM EST 2/22/2013

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED      **AGE:** 35<br>Gender:    F<br>Phone:     860.308.2050<br>Patient ID: 1800184<br>Health ID: 8573003460641040 | Specimen:   WC008440H<br>Requisition: 0001546<br><br>Collected:   02/06/2013 / 14:24 EST<br>Received:    02/07/2013 / 04:38 EST<br>Reported:    02/09/2013 / 19:25 EST<br>(* A Copy From) | Client #: 22175305      60010000<br><br>CT MULTI/ENDO ALL SITES<br>100 RETREAT AVE STE 400<br>HARTFORD, CT 06106-2528 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| T3, FREE | 3.2 | | 2.3-4.2 pg/mL | QWA |
| T3 UPTAKE | 32 | | 22-35 % | QWA |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | QWA |
| THYROID PEROXIDASE | | | | QWA |
|   ANTIBODIES | | >1000 H | <35 IU/mL | |
| IODINE, SERUM/PLASMA | | 43 L | 52-109 mcg/L | AMD |
| SELENIUM | 151 | | 63-160 mcg/L | AMD |

**PERFORMING SITE:**

AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

* CONNECTICUT NATURAL HEALTH has requested a copy of this report be sent to you. Ordering Physician: YOUNG, LAUREN J

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC008440H                     **Liberty003749**  PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 44 of 93      Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 474 of 501

.Electronically signed by:Robert Oberstein M.D.   Feb 13 2013   3:57PM EST   2/13/2013



**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen: WC0084401H | Client #: 22175305   60010000 |
| | Requisition: 0001546 | CT MULTI/ENDO ALL SITES |
| **DOB: REDACTED   AGE: 35** | | 100 RETREAT AVE STE 400 |
| Gender:   F | | HARTFORD, CT 06106-2528 |
| Phone:   860.308.2050 | Collected:   02/06/2013 / 14:24 EST | |
| Patient ID: 1800184 | Received:   02/07/2013 / 04:38 EST | |
| Health ID: 8573003460641040 | Reported:   02/09/2013 / 19:28 EST | |
| | (* A Copy From) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| T3, FREE | 3.2 | | 2.3-4.2 pg/mL | QWA |
| T3 UPTAKE | 32 | | 22-35 % | QWA |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | QWA |
| THYROID PEROXIDASE | | | | QWA |
|   ANTIBODIES | | >1000 H | <35 IU/mL | |
| IODINE, SERUM/PLASMA | | 43 L | 52-109 mcg/L | AMD |
| SELENIUM | 151 | | 63-160 mcg/L | AMD |

**PERFORMING SITE:**

AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director KENNETH L. SISCO, MD, CLIA 49D0221801
QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 6691, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director NEENA SINGH, MD, CLIA 07D0093126

\* CONNECTICUT NATURAL HEALTH has requested a copy of this report be sent to you. Ordering Physician: YOUNG, LAUREN J

Liberty003750

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1 Page 45 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 475 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

### 100 Retreat Ave, Suite 400
### Hartford,CT 06106
### (860) 547-1278

**Patient:**   SPEARS, HALEY A                              **Age/Sex/DOB:** 38 yrs  F  REDACTED
             1008 TROUT BROOK DRIVE                         **EMRN:** 1800184
             WEST HARTFORD, CT 061191244                    **OMRN:** 1800184
                                                            **Home:**  (860) 308-2050
                                                            **Work:**

---

## Results

**Lab Accession #**        WC008159H                    **Collected:**   2/6/2013   2:11:00PM
**Ordering Provider:**     Salerno,Anita                **Resulted:**    2/7/2013   4:00:00AM
**Performing Location:**   Quest Diagnostics-Wallingford  **Verified By:**  Salerno, Anita
                           3 Sterling Drive             **Auto Verify:** N
                           Wallingford, CT 06492

**Comprehensive Metabolic Panel - 10838**                **Stage:**        Final

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| GLUCOSE | 70 | mg/dL | | 65-99 |
| _Fasting reference interval_ | | | | |
| UREA NITROGEN (BUN) | 10 | mg/dL | | 7-25 |
| CREATININE | 0.76 | mg/dL | | 0.50-1.10 |
| eGFR NON-AFR. AMERICAN | 102 | mL/min/1.73m2 | | > OR = 60 |
| eGFR AFRICAN AMERICAN | 118 | mL/min/1.73m2 | | > OR = 60 |
| BUN/CREATININE RATIO | NOT APPLICABLE | (calc) | | 6-22 |
| SODIUM | 138 | mmol/L | | 135-146 |
| POTASSIUM | 4.2 | mmol/L | | 3.5-5.3 |
| CHLORIDE | 102 | mmol/L | | 98-110 |
| CARBON DIOXIDE | 23 | mmol/L | | 19-30 |
| CALCIUM | 9.3 | mg/dL | | 8.6-10.2 |
| PROTEIN, TOTAL | 6.7 | g/dL | | 6.1-8.1 |
| ALBUMIN | 4.3 | g/dL | | 3.6-5.1 |
| GLOBULIN | 2.4 | g/dL(calc) | | 1.9-3.7 |
| ALBUMIN/GLOBULIN RATIO | 1.8 | (calc) | | 1.0-2.5 |
| BILIRUBIN, TOTAL | 0.5 | mg/dL | | 0.2-1.2 |
| ALKALINE PHOSPHATASE | 44 | U/L | | 33-115 |
| AST | 19 | U/L | | 10-30 |
| ALT | 13 | U/L | | 6-40 |

Liberty003751

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 46 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 476 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | |
|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** 1800184 |
| | | **Home:** (860) 308-2050 |
| | | **Work:** |

## Results

| | | | | |
|---|---|---|---|---|
| **Lab Accession #** | WC008159H | | **Collected:** | 2/6/2013  2:11:00PM |
| **Ordering Provider:** | Salerno,Anita | | **Resulted:** | 2/7/2013  9:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | | **Verified By:** | Salerno, Anita |
| | 3 Sterling Drive | | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | | |

**T3, Total  -  11779**                                    **Stage:**        **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| T3, TOTAL | 87 | ng/dL | | 76-181 |

Liberty003752

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 47 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 477 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC008159H | **Collected:** | 2/6/2013  2:11:00PM |
| **Ordering Provider:** | Salerno,Anita | **Resulted:** | 2/7/2013  9:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Salerno, Anita |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**Free T4  -  11778**                                                    **Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| T4, FREE | 0.9 | ng/dL | | 0.8-1.8 |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

Liberty003753

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 48 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 478 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC008159H | **Collected:** | 2/6/2013  2:11:00PM |
| **Ordering Provider:** | Salerno,Anita | **Resulted:** | 2/7/2013  9:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Salerno, Anita |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**TSH (3rd Generation)**                                          **Stage:**        **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TSH, 3RD GENERATION | 1.64 | mIU/L | | |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.26-2.66
Second trimester  0.55-2.73
Third trimester   0.43-2.91

Liberty003754

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 49 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 479 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC008159H | **Collected:** | 2/6/2013   2:11:00PM |
| **Ordering Provider:** | Salerno,Anita | **Resulted:** | 2/7/2013   9:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Salerno, Anita |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**Glucose, Fasting, 1 & 2 Hour - 10619**                                        **Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| FASTING SPECIMEN | 69 | mg/dL | | 65-99 |
| 2 HOUR SPECIMEN | 101 | mg/dL | | <140 |
| COMMENT | | | | |

```
                2009 American Diabetes Association
                Diagnostic Criteria for Diabetes Mellitus
                        Glucose Value (mg/dL)
     Interpretation     Fasting      1 Hr        2 Hr
                        Tolerance    Tolerance
     Normal        <100    Not Established   <140
     Impaired Fasting    100-125
     Impaired Tolerance             140-199
     Diabetes       >OR=126*       >OR=200*
     * Must be confirmed by testing on a subsequent day.
```

| | | | | |
|---|---|---|---|---|
| 1 HOUR SPECIMEN | 113 | mg/dL | | |

Liberty003755

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 50 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 480 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC008159H | **Collected:** | 2/6/2013  2:11:00PM |
| **Ordering Provider:** | Salerno,Anita | **Resulted:** | 2/7/2013  11:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Salerno, Anita |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**HGB - A1C - 12424**

**Stage:**     **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HEMOGLOBIN A1c | 5.4 | %oftotalHgb | | <5.7 |

Decreased risk of diabetes
<5.7      Decreased risk of diabetes
5.7-6.0   Increased risk of diabetes
6.1-6.4   Higher risk of diabetes
> or = 6.5 Consistent with diabetes

Standards of Medical Care in Diabetes-2010.
Diabetes Care, 33(Supp 1): S1-S61,2010.

Liberty003756

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 51 of 93      Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 481 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC008159H | **Collected:** | 2/6/2013  2:11:00PM |
| **Ordering Provider:** | Salerno,Anita | **Resulted:** | 2/7/2013  2:00:00PM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Salerno, Anita |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**Insulin - 10167**                                    **Stage:**        **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| INSULIN | <2 | uIU/mL | | <23 |

Insulin analogues may demonstrate non-linear
cross-reactivity in this assay. Interpret results
accordingly.

Liberty003757

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 52 of 93    Sent On: 03:25 PM, Monday, November 05, 2018

Case 3.11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 482 of 501

Electronically signed by:Robert Oberstein M.D. Mar 13 2013 12:51AM EST 3/13/2013

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen: WC675544W | Client #: 22175305   60010000 |
| | Requisition: 0010798 | OBERSTEIN, ROBERT M |
| **DOB: REDACTED    AGE: 34** | Lab Ref #: 2173688 | CT MULTI/ENDO HFD/BLOOM/ |
| Gender: F | | AVON |
| Phone: 860.308.2050 | Collected: 01/31/2012 / 15:57 EST | 100 RETREAT AVE STE 400 |
| Patient ID: 1800184 | Received: 02/01/2012 / 01:25 EST | HARTFORD, CT 06106-2528 |
| Health ID: 8573003460641040 | Reported: 02/01/2012 / 10:42 EST | |
| | (* A Copy Sent To) | |

**COMMENTS:**    CC:GOUIN MD/SAUL MD/PT

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | 1.69 | | mIU/L | QWA |
| | Reference Range | | | |
| | > or = 20 Years  0.40-4.50 | | | |
| | Pregnancy Ranges | | | |
| | First trimester   0.20-4.70 | | | |
| | Second trimester  0.30-4.10 | | | |
| | Third trimester   0.40-2.70 | | | |
| T4, FREE | 0.9 | | 0.8-1.8 ng/dL | QWA |

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director  NEENA SINGH, MD, CLIA  07D0090126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  12127992377

* Copy To Client: SAUL,MILJKOVIC & LOBO MD'S; CONNECTICUT NATURAL HEALTH; SPEARS HALEY A

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 53 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 483 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs F REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | CLP_AN026035 | **Collected:** | 8/10/2012 3:37:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 8/10/2012 11:59:00PM |
| **Performing Location:** | Clinical Lab Partners | **Verified By:** | Oberstein, Robert |
| | 129 Patricia M. Genova Drive | **Auto Verify:** | N |
| | Newington, CT 06111 | | |

**T3, Total - 11779**                                         **Stage:**      **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| T3, Total | 98 | ng/dl | | 80-200 |

Performed at 129 PatriciaMGenova Dr. Newington CT 06

Liberty003759

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 54 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 484 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | |
|---|---|---|
| **Patient:** | SPEARS, HALEY A | |
| | 1008 TROUT BROOK DRIVE | |
| | WEST HARTFORD, CT 061191244 | |

| | |
|---|---|
| **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| **EMRN:** | 1800184 |
| **OMRN:** | 1800184 |
| **Home:** | (860) 308-2050 |
| **Work:** | |

---

## Results

| | | | | |
|---|---|---|---|---|
| **Lab Accession #** | CLP_AN026035 | | **Collected:** | 8/10/2012  3:37:00PM |
| **Ordering Provider:** | Oberstein,Robert | | **Resulted:** | 8/10/2012  11:59:00PM |
| **Performing Location:** | Clinical Lab Partners | | **Verified By:** | Oberstein, Robert |
| | 129 Patricia M. Genova Drive | | **Auto Verify:** | N |
| | Newington, CT 06111 | | | |

**Free T4  -  11778**                                    **Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Free T4 | 1.15 | ng/dl | | 0.80-1.90 |

Performed at 129 PatriciaMGenova Dr. Newington CT 06

Liberty003760

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 55 of 93       Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 485 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | CLP_AN026035 | **Collected:** | 8/10/2012  3:37:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 8/10/2012 11:59:00PM |
| **Performing Location:** | Clinical Lab Partners | **Verified By:** | Oberstein, Robert |
| | 129 Patricia M. Genova Drive | **Auto Verify:** | N |
| | Newington, CT 06111 | | |

### TSH - 11661

**Stage:**　　**Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TSH, Highly Sensitive | 1.72 | mIU/L | | 0.27-4.20 |

Performed at 129 PatriciaMGenova Dr. Newington CT 06

Liberty003761

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 56 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 486 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC675544W | **Collected:** | 1/31/2012  3:57:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 2/1/2012  10:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Oberstein, Robert |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**Free T4  -  11778**                                            **Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| T4, FREE | 0.9 | ng/dL | | 0.8-1.8 |

Liberty003762

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 57 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 487 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC675544W | **Collected:** | 1/31/2012  3:57:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 2/1/2012  10:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Oberstein, Robert |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**TSH (3rd Generation)**                                              **Stage:**          **Final**

REPORT COMMENT:
CC;GOUIN MD/SAUL MD/PT

| **Test** | **Result** | **Units** | **Flag** **Reference Range** |
|---|---|---|---|
| TSH, 3RD GENERATION | 1.69 | mIU/L | |
| Reference Range | | | |

   > or = 20 Years  0.40-4.50

    Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

Liberty003763

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 58 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 488 of 501

Quest Diagnostics

Electronically signed by:Robert Oberstein M.D.   Dec 10 2011 10:28PM EST  12/10/2011

Report Status: Final

SPEARS, HALEY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY** | Specimen:  WC779369U | Client #: 22175305    60010000 |
| | Requisition: 0000783 | GOUIN, LAUREN |
| **DOB: REDACTED    AGE: 34** | | CT MULTI/ENDO HFD/BLOOM/ |
| Gender:  F | | AVON |
| Phone:  860.308.2050 | Collected:  10/26/2011 / 16:32 EDT | 100 RETREAT AVE STE 400 |
| Patient ID: 10146776 | Received:  10/27/2011 / 01:37 EDT | HARTFORD, CT 06106-2528 |
| Health ID: 85730034600641040 | Reported:  10/31/2011 / 08:27 EDT | |
| | (* A Copy From) | |

COMMENTS:    CC DR.OBERSTIEN / DR.SAUL
                        FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 164 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 49 | | > OR - 46 mg/dL | QWA |
| TRIGLYCERIDES | 71 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 101 | | <130 mg/dL (calc) | QWA |
| Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease. | | | | |
| CHOL/HDL RATIO | 3.3 | | < OR - 5.0 (calc) | QWA |
| COMPREHENSIVE METABOLIC PANEL | | | | QWA |
| GLUCOSE | 97 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE | 0.70 | | 0.50-1.05 mg/dL | |
| eGFR NON-AFR. AMERICAN | 113 | | > OR - 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 131 | | > OR - 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 136 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 97 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 12 | | 6-40 U/L | |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | QTE |
| **VITAMIN D, 25 OH, TOTAL** | | 25 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 25 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |
| 25-OHD3 indicates both endogenous production and supplementation. 25-OHD2 is an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD, with levels <20 ng/mL indicative of Vitamin D deficiency, while levels between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels are > or - 30 ng/mL. | | | | |

**PERFORMING SITE:**
QTE    QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE , TETERBORO, NJ 07608-1011 Laboratory Director: WILLIAM E. FARR, MD, CLIA: 31D0009246
QWA    QUEST DIAGNOSTICS-WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

CLIENT SERVICES: 1.866.697.8378          COLLECTED: 10/26/2011 16:32 EDT

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty003764

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1; Page 59 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 489 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

**Patient:**   SPEARS, HALEY A
            1008 TROUT BROOK DRIVE
            WEST HARTFORD, CT 061191244

**Age/Sex/DOB:** 38 yrs  F  REDACTED
  **EMRN:** 1800184
  **OMRN:** 1800184
   **Home:** (860) 308-2050
   **Work:**

## Results

**Lab Accession #**   WC779413U
**Ordering Provider:** Oberstein,Robert
**Performing Location:** Quest Diagnostics-Wallingford
                   3 Sterling Drive
                   Wallingford, CT 06492

**Collected:** 10/26/2011  4:42:00PM
**Resulted:** 10/27/2011  9:00:00AM
**Verified By:** Oberstein, Robert
**Auto Verify:** N

### Free T4  -  11778

**Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| T4, FREE | 1.0 | ng/dL | | 0.8-1.8 |

Liberty003765

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 60 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 490 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC779413U | **Collected:** | 10/26/2011  4:42:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 10/27/2011  9:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Oberstein, Robert |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**TSH (3rd Generation)**                                                     **Stage:**        **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TSH, 3RD GENERATION | 1.26 | mIU/L | | |

  Reference Range

  > or = 20 Years  0.40-4.50

  Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

Liberty003766

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1 Page 61 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 491 of 501

Quest
Diagnostics

Electronically signed by: Robert Oberstein M.D. Mar 9 2011 11:53PM EST 3/9/2011

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:      WC916727N
REQUISITION: 0011661

| | |
|---|---|
| **PATIENT INFORMATION** | |
| **SPEARS, HALEY A** | |
| DOB: REDACTED   AGE: 33 | |
| GENDER: F | |
| ID:   REDACTED | |
| PHONE: 860.308.2050 | |

| | |
|---|---|
| **REPORT STATUS FINAL   REPRINT** | |

ORDERING PHYSICIAN
**KAGE, BARBARA**

CLIENT INFORMATION
NE22175305                                   60010000
CT MULTI/ENDO
100 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

COLLECTED:  02/18/2011   16:12 ET
RECEIVED:   02/18/2011   23:54 ET
REPORTED:   02/21/2011   07:09 ET

COMMENTS: ATTENTION: DR. GOVIN, DR. OBERSTEIN, DR. GRANNINI. DR. ZEGAR
                              Volume: 1400/24

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM, 24 HOUR URINE | | | | QWA |
| (W/O CREATININE) | | | | |
| CALCIUM, 24 HOUR URINE | 112 | | mg/24 h | |

Reference Range  35-250
Low calcium diet 35-200

**PERFORMING LABORATORY INFORMATION**
QWA  QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
      CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                 RHEUMATOLOGY & ALLERGY INST.
                                          361 MAIN ST
                                          MANCHESTER, CT 06040-4127

SPEARS, HALEY A - WC916727N                          Page 1 - End of Report

Liberty003767

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 62 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 492 of 501



## Quest Diagnostics®

Electronically signed by Robert Oberstein M.D. Jan 22 2011 10:29PM EST 1/22/2011

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INCORPORATED**<br>CLIENT SERVICE 1-866-697-8378 | **PATIENT INFORMATION**<br>SPEARS,HALEY A | **REPORT STATUS FINAL REPRINT** |
| | **DOB:** REDACTED **AGE:** 33<br>**GENDER:** F | **ORDERING PHYSICIAN**<br>KAGE,BARBARA |
| **SPECIMEN INFORMATION**<br>**REQUISITION:** 0011482 | ID: 1859-1<br>PHONE: 860.308.2050 | **CLIENT INFORMATION**        000100000<br>RHEUMATOLOGY & ALLERGY INST.<br>361 MAIN ST<br>MANCHESTER, CT 06040-4127 |

| | | |
|---|---|---|
| **COLLECTED:** | 01/07/2011 | 11:10 ET |
| **RECEIVED:** | 01/08/2011 | 01:11 ET |
| **REPORTED:** | 01/13/2011 | 14:22 ET |

**COMMENTS: FASTING**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **CREATININE W/eGFR** | | | | QWA |
|   CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| **PTH, INTACT AND CALCIUM** | | | | |
|   PTH, INTACT | | | | QWA |
|     PARATHYROID HORMONE, | | | | |
|     INTACT | 63 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
|   Primary | Normal or High | High |
|   Secondary | High | Normal or Low |
|   Tertiary | High | High |
| Non-Parathyroid | | |
|   Hypercalcemia | Low or Low Normal | High |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY,<br>LC/MS/MS | | | | QTE |
|   VITAMIN D, 25 OH, TOTAL | | 12    L | 30-100 ng/mL | |
|   VITAMIN D, 25 OH, D3 | 12 | | ng/mL | |
|   VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | | 1.5-2.5 mg/dL | QWA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | | 2.5-4.5 mg/dL | QWA |

SPEARS,HALEY A - WC166555N

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-RPAPR.  7/01
IR-F8X
01/19/11 16:48 #2449990  1/5

Liberty003768

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 63 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 493 of 501



**Quest Diagnostics**

**PATIENT INFORMATION**          **REPORT STATUS FINAL REPRINT**
SPEARS,HALEY A

**QUEST DIAGNOSTICS INCORPORATED**

                                 DOB: REDACTEDAge: 33    **ORDERING PHYSICIAN**
**COLLECTED:** 01/07/2011  11:10 ET    **GENDER: F**          KAGE,BARBARA
**REPORTED:** 01/13/2011  14:22 ET    **ID: 1839-1**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QWA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.2 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | | | | |
| Normal Pattern | | | | |
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 186 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 33-115 U/L | QWA |
| GGT | 15 | | 3-50 U/L | QWA |
| AST | 18 | | 10-30 U/L | QWA |
| ALT | 11 | | 6-40 U/L | QWA |
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QWA |

                                 Reference Range

                                 > or = 20 Years  0.40-4.50

                                 Pregnancy Ranges
                                 First trimester    0.20-4.70
                                 Second trimester   0.30-4.10
                                 Third trimester    0.40-2.70

| T4 (THYROXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 100 | | 76-181 ng/dL | QWA |
| T3 UPTAKE | 34 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| SED RATE BY MODIFIED WESTERGREN | | | | QWA |
| | 2 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |

SPEARS,HALEY A - WC166555N                    Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DH-RPRPR,  7/01
(R-F4X)
01/19/11 16:48 02449590  2/5

Liberty003769

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 64 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 494 of 501



## Quest Diagnostics ®

**QUEST DIAGNOSTICS INCORPORATED**

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|
| SPEARS,HALEY A | |

| | | | |
|---|---|---|---|
| | DOB: REDACTED AGE: 33 | ORDERING PHYSICIAN | |
| COLLECTED: 01/07/2011 11:10 ET | GENDER: F | KAGE,BARBARA | |
| REPORTED: 01/13/2011 14:22 ET | ID: 1839-1 | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.3 | | 35.0-45.0 % | |
| MCV | 90.8 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2936 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |
| FERRITIN | 11 | | 10-154 ng/mL | QWA |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | QWA |
| VITAMIN B12 | 277 | | 200-1100 pg/mL | |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

SPEARS,HALEY A - WC166555N                    Page 3 - Continued on Page 4||

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 65 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-5    Filed 11/16/18    Page 495 of 501



**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

| | | | |
|---|---|---|---|
| COLLECTED: | 01/07/2011 | 11:10 ET | |
| REPORTED: | 01/13/2011 | 14:22 ET | |

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FOLATE, SERUM | 12.9 | | ng/mL | |

Reference Range
Low:        <3.4
Borderline:  3.4-5.4
Normal:     >5.4

IMMUNOFIXATION, SERUM                                                                    QWA
  INTERPRETATION

     Normal pattern. No monoclonal proteins detected.


     HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
     Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QTE  QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE  , TETERBORO, NJ  07608-1011
     Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D0696246

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:          ROCKVILLE FAMILY PHYSICIAN
                                           520 HARTFORD TPKE STE N
                                           VERNON ROCKVILL, CT 06066-5044

                                           ASSOCIATED NEUROLOGISTS
                                           75 KINGS HWY
                                           FAIRFIELD, CT 06825-4823

                                           SAUL & MILJKOVIC, M.D.'S
                                           2600 POST RD
                                           SOUTHPORT, CT 06890-1258

                                           BERNARD RAXLEN, M.D.
                                           123 W 79TH ST
                                           NEW YORK, NY 10024-6480


SPEARS,HALEY A - WC166555N                          Page 4 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-RPAPR. 7/01
TK-T2D
01/19/11 16:40 N2449990  4/5

Liberty003771

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 66 of 93                                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 496 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | WC469610L | **Collected:** | 10/7/2010  5:17:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 10/8/2010  6:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | **Verified By:** | Oberstein, Robert |
| | 3 Sterling Drive | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | |

**T3, Total  -  11779**                                                                 **Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| T3, TOTAL | 99 | ng/dL | | 76-181 |

Liberty003772

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 67 of 93        Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 497 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

**Patient:** SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

**Age/Sex/DOB:** 38 yrs  F  REDACTED
**EMRN:** 1800184
**OMRN:** 1800184
**Home:** (860) 308-2050
**Work:**

---

## Results

**Lab Accession #**       WC469610L
**Ordering Provider:**    Oberstein,Robert
**Performing Location:**  Quest Diagnostics-Wallingford
                          3 Sterling Drive
                          Wallingford, CT 06492

**Collected:**  10/7/2010  5:17:00PM
**Resulted:**   10/8/2010  6:00:00AM
**Verified By:** Oberstein, Robert
**Auto Verify:** N

**Free T4  -  11778**

**Stage:**       **Final**

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| T4, FREE | 1.0 | ng/dL | | 0.8-1.8 |

Liberty003773

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 68 of 93                    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 498 of 501

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | | |
|---|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | | **OMRN:** | 1800184 |
| | | | **Home:** | (860) 308-2050 |
| | | | **Work:** | |

## Results

| | | | | |
|---|---|---|---|---|
| **Lab Accession #** | WC469610L | | **Collected:** | 10/7/2010  5:17:00PM |
| **Ordering Provider:** | Oberstein,Robert | | **Resulted:** | 10/8/2010  6:00:00AM |
| **Performing Location:** | Quest Diagnostics-Wallingford | | **Verified By:** | Oberstein, Robert |
| | 3 Sterling Drive | | **Auto Verify:** | N |
| | Wallingford, CT 06492 | | | |

### TSH - 3RD GENERATION

**Stage:**        **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TSH, 3RD GENERATION | 2.02 | mIU/L | | |

  Reference Range

  > or = 20 Years  0.40-4.50

    Pregnancy Ranges
  First trimester   0.20-4.70
  Second trimester  0.30-4.10
  Third trimester   0.40-2.70

Liberty003774

05/19/2029  02:02



Electronically signed by:Robert. Oberstein M.D. Aug 31 2010 10:24PM EST  8/31/2010

**QUEST DIAGNOSTICS INCORPORATED**

| | |
|---|---|
| COLLECTED: | 08/05/2010   08:47 ET |
| REPORTED: | 08/07/2010   18:21 ET |

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED  **AGE:** 32
**GENDER:** F
**ID:** 1839-1

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| TSH, 3RD GENERATION | 1.49 | 5.30  H | mIU/L | | QWA |

Reference Range  *< 3*  _Oxmar  style  2/10_

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.7 | | 4.5-12.5 mcg/dL | QWA |
| T3, TOTAL | 103 | | 76-181 ng/dL | QWA |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.08 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 90.3 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 15.3  H | 11.0-15.0 % | |
| PLATELET COUNT | 210 | | 140-400 Thousand/uL | |
| MPV | 8.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2513 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2684 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 549 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 323 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.2 | | % | |
| LYMPHOCYTES | 44.0 | | % | |
| MONOCYTES | 9.0 | | % | |
| EOSINOPHILS | 5.3 | | % | |
| BASOPHILS | 0.5 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 64 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | | 249  L | 250-450 mcg/dL | |
| % SATURATION | 26 | | 15-50 % (calc) | |
| FERRITIN | 13 | | 10-154 ng/mL | QWA |
| VITAMIN B12 | 430 | | 200-1100 pg/mL | QWA |

SPEARS,HALEY A - WC2437599

824 JCCMWM

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. MI-RPAPR.  7/01

08/07/10 18:14 41873049  2/4

Liberty003775



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED AGE: 32

| COLLECTED: | 08/05/2010 | 08:47 ET |
|---|---|---|
| REPORTED: | 08/07/2010 | 18:21 ET |

GENDER: F
ID: 1830-1

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| DHEA SULFATE | 84 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | 12.9 | | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
         Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
         Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:       SPEARS HALEY A
                                                              1008 TROUTBROOK ROAD
                                                              WEST HARTFORD,CT 06119

                                                              KRISTIN GIANNINI M.D.
                                                              520 HARTFORD TPKE STE N
                                                              VERNON ROCKVILLE,CT 06066

                                                              BERNARD RAXLEN M.D.
                                                              123 W 79TH ST
                                                              NEW YORK,NY 10024

SPEARS,HALEY A - WC243759K                                   Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DB-RPRP.  7/01
08/07/10 18:24 #1093849  3/4

Liberty003776

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1 Page 71 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-5   Filed 11/16/18   Page 501 of 501

Electronically signed by:Robert Oberstein M.D. Jul 12 2010 10:40PM EST  7/12/2010
Electronically signed by:Robert Oberstein M.D. Mar 9 2011 11:53PM EST  3/9/2011

**Quest**
**Diagnostics**®

**QUEST DIAGNOSTICS INCORPORATED**
**CLIENT SERVICE 1-866-697-8378**

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED AGE: 32
GENDER: F

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN,LAUREN J

**SPECIMEN INFORMATION**
SPECIMEN:    WC448510H
REQUISITION: 0000224

ID:     1839-1
PHONE:  860.308.2050

**CLIENT INFORMATION**                    60010000
NE22231886
CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
272 MAIN ST
MANCHESTER, CT 06042-3536

COLLECTED:  05/03/2010    09:04 ET
RECEIVED:   05/03/2010    18:59 ET
REPORTED:   05/05/2010    18:22 ET

---

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 181 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 57 | | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 112 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 102 | | <130 mg/dL (calc) | QWA |

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.2 | | < OR = 5.0 (calc) | QWA |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 88 | | 65-99 mg/dL | |

Fasting reference interval

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 21 | | 7-25 mg/dL | |
| CREATININE | 0.83 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| | | | | |
|---|---|---|---|---|
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.7 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.1 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |

SPEARS,HALEY A - WC448510H

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. MI-RPMR.  7/91
05/05/18  18:23  61565465   1/7

Liberty003777