# EXHIBIT A

# Part 4



**Quest Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FINAL |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | SPEARS,HALEY A | |
| | | ORDERING PHYSICIAN |
| COLLECTED: 05/03/2010 09:04 ET | DOB: REDACTED AGE: 32 | GOUIN,LAUREN J |
| REPORTED: 05/05/2010 18:22 ET | GENDER: F | |
| | ID: 1839-1 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| VITAMIN D, 25-HYDROXY, | | | | AMD |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 15  L | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 15 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD,
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
> or = 30ng/mL.

| | | | | |
|---|---|---|---|---|
| MAGNESIUM, RBC | | 3.8  L | 4.0-6.4 mg/dL | AMD |
| | | | | QWA |
| TSH, 3RD GENERATION | | | | |
| W/REFLEX TO FT4 | 1.49 | | mIU/L | |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| | | | | |
|---|---|---|---|---|
| SED RATE BY MODIFIED | | | | QWA |
| WESTERGREN | 2 | | < OR = 20 mm/h | |
| | | | | |
| IRON AND TOTAL IRON | | | | QWA |
| BINDING CAPACITY | | | | |
| IRON, TOTAL | | 26  L | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 306 | | 250-450 mcg/dL | |
| % SATURATION | | 8  L | 15-50 % (calc) | |
| FERRITIN | | 6  L | 10-154 ng/mL | QWA |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-XPXPN. 7/01
05/05/10  18:21  81543463  2/7

Liberty003778



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

**PATIENT INFORMATION**
SPEARS, HALEY A

DOB: REDACTED AGE: 32
GENDER: F
ID: 1839-1

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN, LAUREN J

COLLECTED: 05/03/2010  09:04 ET
REPORTED: 05/05/2010  18:22 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN B12 | 447 | | 200-1100 pg/mL | QWA |
| ANA IFA SCREEN W/REFL TO TITER AND PATTERN, IFA | | | | QWA |
| ANA SCREEN, IFA | | POSITIVE | NEGATIVE | |
| ANTINUCLEAR ANTIBODIES TITER AND PATTERN | | | | QWA |
| ANA PATTERN | | HOMOGENEOUS | | |
| ANA TITER | | 1:320   H | titer | |

Reference Range
<1:40       Negative
1:40-1:80   Low Antibody Level
>1:80       Elevated Antibody Level

| | | | | |
|---|---|---|---|---|
| DHEA SULFATE | 62 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | | 3.9   L | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

*Follow up ≥ Dr. Oberstein*

PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

         A duplicate report has been faxed to the following:
         Faxed to:  (212) 799-2377  on:  05/05/2010   6:12:51 PM

*④ DHEA 10mg htrl nutrients*

*③ Chewable Iron by Carlson's 2 Tab /day*

*⑤/11/10 TC - advised*
*① Vitamin D 5000 IU Carlson's*
*② Magnesium Glycinate 3x /day*

SPEARS, HALEY A - WC448510H

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DN-RPAPK.  7/01

05/05/10 18:23 01565463  3/7

Liberty003779

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 74 of 93    Sent On: 03:25 PM, Monday, November 05, 2018

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 4 of 301

Electronically signed by Robert Oberstein M.D., M.D.

**Quest on Demand™**

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|

**SPEARS, HALEY A**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

DOB: REDACTED    Age: 32
GENDER: F

ORDERING PHYSICIAN
**OBERSTEIN, ROBERT M**
CLIENT INFORMATION
22175305

SPECIMEN INFORMATION
SPECIMEN:   WC448717H
REQUISITION: 0005944
LAB REF NO:

ID: 1839-1
PHONE: 8603082050

CT MULTISPECIALTY/ENDOCRINE
100 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

COLLECTED:  05/03/2010   09:17
RECEIVED:   05/03/2010   09:18
REPORTED:   05/03/2010   17:00

COMMENTS:    TSH AND T4 ON OTHER REQ CC PATIENT

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY(IES) SENT TO: | | SPEARS HALEY A<br>1008 TROUTBROOK ROAD<br>WEST HARTFORD, CT 06119 | | |
| T3, TOTAL | 78 | | 76-181 ng/dL | QWA |

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC-Wallingford CL 0091 3 Sterling Dr Wallingford CT 06492 Laboratory Director: Neena Singh M.D.

SPEARS, HALEY A - WC448717H

Page 1 - End of Report

Liberty003780

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 75 of 93    Sent On: 03:25 PM, Monday, November 08, 2010

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 5 of 301

OCT  7 2009 10:34AM    P4CS SPECIALTY  860-632-3696                    NO. 4363   P. 2/3

Electronically signed by:Robert  Oberstein M.D.  Oct 7 2009 5:26PM EST  10/7/2009

PATIENT INFORMATION
**SPEARS,HALEY**

REPORT STATUS **FINAL**   REPRINT

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB:  **REDACTED**    AGE: 31
GENDER:   FASTING: U

ORDERING PHYSICIAN
**ZAGAR,DARIO**

SPECIMEN INFORMATION
SPECIMEN:   WC758016D
REQUISITION: 5310672

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22200645                    60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:  10/06/2009    10:15 ET
RECEIVED:   10/06/2009    18:10 ET
REPORTED:   10/07/2009    07:49 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 79 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:   0.79-1.33
FEMALE:  0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19      L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 34 | | 33-115 U/L | |
| AST | 16 | | 10-40 U/L | |
| ALT | 16 | | 6-60 U/L | |
| TSH, 3RD GENERATION | 2.22 | | 0.40-4.50 mIU/L | QWA |
| T4, FREE | 0.9 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 127 | | 97-219 ng/dL | QWA |

SPEARS,HALEY ~ WC758016D

Page 1 - Continued on Page 2

rom: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1-Page:

OCT. 7. 2009 10:30AM   P+CS SPECIALTY  860-632-3696 ─ ─ ─ ─ ─ NO. 4363 ─ P. 3/3

|  | PATIENT INFORMATION | REPORT STATUS **FINAL** REPRINT |
|---|---|---|
|  | **SPEARS, HALEY** |  |
| QUEST DIAGNOSTICS INCORPORATED |  | ORDERING PHYSICIAN |
|  | DOB: REDACTED / AGE: 31 | ZAGAR, DARIO |
| LECTED: 10/06/2009  10:15 ET |  | FASTING: U |
| REPORTED: 10/07/2009  07:48 ET |  |  |

| Test Name |  | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) |  |  |  | QWA |
| WHITE BLOOD CELL COUNT | 5.7 |  | 3.8-10.8 Thousand/uL |  |
| RED BLOOD CELL COUNT |  | 3.90  L | 4.20-5.10 Million/uL |  |
| HEMOGLOBIN |  | 11.8  L | 13.2-15.5 g/dL |  |
| HEMATOCRIT |  | 34.7  L | 38.5-45.0 % |  |
| MCV |  |  | 80.0-100.0 fL |  |
| MCH |  | 2 | 27.0-33.0 pg |  |
| MCHC |  |  | 32.0-36.0 g/dL |  |
| RDW |  |  | 11.0-15.0 % |  |
| PLATELET COUNT | 255 |  | 140-400 Thousand/uL |  |
| MPV |  |  | 7.5-11.5 fL |  |
| ABSOLUTE NEUTROPHILS |  |  | 1500-7800 cells/uL |  |
| ABSOLUTE LYMPHOCYTES |  |  | 850-3900 cells/uL |  |
| ABSOLUTE MONOCYTES |  |  | 200-950 cells/uL |  |
| ABSOLUTE EOSINOPHILS |  |  | 15-500 cells/uL |  |
| ABSOLUTE BASOPHILS | 29 |  | 0-200 cells/uL |  |
| NEUTROPHILS |  |  | % |  |
| LYMPHOCYTES |  |  | % |  |
| MONOCYTES | 9.7 |  | % |  |
| EOSINOPHILS | 6.7 |  | % |  |
| BASOPHILS | 0.5 |  | % |  |

PERFORMING LABORATORY INFORMATION

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
    CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                    ASSOCIATED NEUROLOGISTS
                                            75 KINGS HWY
                                            FAIRFIELD, CT 06825-4813

SPEARS, HALEY - WC758016D                   Page 2 - End of Report

Liberty003782

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 77 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 7 of 301

06/19/2009  15:59   2127992377                  LYME RESOURCE                        PAGE  02/03
.Electronically signed by Robert Oberstein M.D. Jun 21 2009 11:05PM EST 6/21/2009

860-547-1301 Oberstein



**Quest Diagnostics®**

PATIENT INFORMATION                    REPORT STATUS FINAL REPRINT
SPEARS,HALEY

QUEST DIAGNOSTICS INCORPORATED          ORDERING PHYSICIAN
CLIENT SERVICE 1-866-697-8378           DOB: REDACTED AGE: 31       RAXLEN,BERNARD
                                        GENDER: F FASTING: U

SPECIMEN INFORMATION                                          CLIENT INFORMATION
SPECIMEN:    WC913301B                   ID:                  NE22170668                60010000
REQUISITION: 3568235                     PHONE: 860.930.0887   BERNARD RAXLEN, M.D.
                                                              123 W 79TH ST
                                                              NEW YORK, NY 10024-6480

COLLECTED:  06/17/2009   09:30 ET
RECEIVED:   06/17/2009   20:39 ET
REPORTED:   06/18/2009   06:24 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18        L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 91.9 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC913301B                        Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-R2APR. 7/01
06/19/09 13:03  8478873  1/2

Liberty003783

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 78 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 8 of 301

06/19/2009   15:59    2127992377                          LYME RESOURCE                                    PAGE  03/03



**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   06/17/2009    09:30 ET
REPORTED:    06/18/2009    06:24 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
RAXLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2160 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2533 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 535 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.0 | | % | |
| LYMPHOCYTES | 46.9 | | % | |
| MONOCYTES | 9.9 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| TSH, 3RD GENERATION | 2.30 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER    0.20-4.70
SECOND TRIMESTER   0.30-4.10
THIRD TRIMESTER    0.40-2.70

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

          A duplicate report has been faxed to the following:
          Faxed to:  (860) 677-5406  on:  06/18/2009   8:10:27 AM
          Faxed to:  (860) 829-4244  on:  06/18/2009   8:08:26 AM

SPEARS,HALEY - WC913301B                                    Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-RPAPR.  7/01

06/19/09  13:03  0478073   2/2

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 79 of 93     Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-6    Filed 11/16/18    Page 9 of 301

Electronically signed by:Robert Oberstein M.D. Mar 22 2009 9:53PM EST

# Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC515888A
REQUISITION: 1661346

PATIENT INFORMATION
**SPEARS,HALEY A**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
**KAGE,BARBARA**

CLIENT INFORMATION
COPY TO (3 | DR OBERSTEIN)
DR OBERSTEIN

COLLECTED: NOT GIVEN
RECEIVED:  02/28/2009   21:08 ET
REPORTED:  03/05/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | QWA |
| ALKALINE PHOSPHATASE | 52 | | 33-115 U/L | QWA |
| CREATININE W/EGFR | | | | QWA |
|   CREATININE | 0.97 | | 0.50-1.20 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| GGT | 19 | | 3-50 U/L | QWA |
| AST | 30 | | 10-30 U/L | QWA |
| ALT | 38 | | 6-40 U/L | QWA |
| COMPLEMENT, TOTAL (CH50) | 61 | | 31-66 U/mL | AMD |

> Elevated values of CH50 are associated with
> inflammation or infection. Reduced values may
> result from consumption of complement by immune
> complexes or a hereditary deficiency of a
> complement component. Patients with certain
> rheumatic diseases, especially with active SLE,
> may have a low total complement level. Because
> some complement components are unstable during
> processing, shipment or storage, it is prudent
> to confirm an unexpectedly low value of CH50 by
> repeating the test on a new sample.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SED RATE BY MODIFIED | | | | QWA |
|   WESTERGREN | 4 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
|   WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
|   RED BLOOD CELL COUNT | 4.35 | | 3.80-5.10 Million/uL | |
|   HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
|   HEMATOCRIT | 38.6 | | 35.0-45.0 % | |
|   MCV | 88.7 | | 80.0-100.0 fL | |
|   MCH | 29.2 | | 27.0-33.0 pg | |
|   MCHC | 32.9 | | 32.0-36.0 g/dL | |
|   RDW | 14.1 | | 11.0-15.0 % | |

SPEARS,HALEY A - WC515888A

Page 1 - Continued on Page 2

Liberty003785

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20000-HTL. Revised 5/08. SC2K - 115570.

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1 Page 80 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 10 of 301



**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   NOT GIVEN
REPORTED:    03/05/2009   07:48 ET

PATIENT INFORMATION
**SPEARS,HALEY A**

DOB: REDACTED   AGE: 31
GENDER: F FASTING: U

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**KAGE,BARBARA**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 263 | | 140-400 Thousand/uL | |
| MPV | 8.2 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3230 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 850 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 830 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 75 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 15 | | 0-200 cells/uL | |
| NEUTROPHILS | 64.6 | | % | |
| LYMPHOCYTES | 17.0 | | % | |
| MONOCYTES | 16.6 | | % | |
| EOSINOPHILS | 1.5 | | % | |
| BASOPHILS | 0.3 | | % | |

ANACHOICE(TM) SCREEN                                                          QWA
  W/REFL TO TITER, IFA
  ANACHOICE(TM) SCREEN          NEGATIVE                  NEGATIVE

        A NEGATIVE ANACHOICE(TM) INDICATES THE ABSENCE OF
        DETECTABLE ANTIBODIES TO COMPONENT ANALYTES
        CONSISTING OF DSDNA, CHROMATIN, RNP, SM/RNP, SM, SSA,
        SSB, JO-1, CENTROMERE B, SCL-70 AND RIBOSOMAL P.

        A NEGATIVE ANACHOICE(TM) SHOULD BE INTERPRETED IN THE
        CONTEXT OF THE CLINICAL AND LABORATORY FINDINGS, AND
        DOES NOT RULE OUT AUTOIMMUNE DISEASE CHARACTERIZED BY
        OTHER AUTOANTIBODY SPECIFICITIES INCLUDING AUTOIMMUNE
        HEPATITIS AND PRIMARY BILIARY CIRRHOSIS.

DNA (DS) ANTIBODY            4                       IU/mL            QWA

                  IU/mL        INTERPRETATION
                  =====        ==============
                  < OR = 4     NEGATIVE
                  5 - 9        INDETERMINATE
                  > OR = 10    POSITIVE

| COMPLEMENT COMPONENT C3C | 106 | | 90-180 mg/dL | QWA |
| COMPLEMENT COMPONENT C4C | 21 | | 16-47 mg/dL | QWA |
| CENTROMERE B ANTIBODY | <1.0 NEG | | <1.0 NEG AI | QWA |

VITAMIN B12/FOLATE,                                                           QWA
  SERUM PANEL
  VITAMIN B12                658                     200-1100 pg/mL

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 5/08. SC2K - 115570.

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 81 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 11 of 301



**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS,HALEY A**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

COLLECTED: NOT GIVEN
REPORTED:  03/05/2009   07:48 ET

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
**KAGE,BARBARA**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| FOLATE, SERUM | >24.0 | | ng/mL | |

REFERENCE RANGE:
LOW:        < 3.4
BORDERLINE: 3.4-5.4
NORMAL:     > 5.4

| | | | | |
|-----------|----------|--------------|-----------------|-----|
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | AMD |
| VITAMIN D, 25 OH, TOTAL | 37 | | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 10 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | 27 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD,
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
>30 ng/mL.

**PERFORMING LABORATORY INFORMATION**

AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228, Laboratory Director:  KENNETH SISCO, MD
     CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
     CLIA: 07D0093126

**ORIGINAL REPORT SENT TO:**            RHEUMATOLOGY & ALLERGY INST.
                                         361 MAIN ST
                                         MANCHESTER, CT 06040-4127

NO COLLECTION DATE RECEIVED. WE HAVE USED
THE DATE THE SPECIMEN WAS RECEIVED BY THIS
LABORATORY AS THE COLLECTION DATE. IF THIS
IS INCORRECT, PLEASE CONTACT CLIENT SERVICES.
PHONE NUMBER: 1-866-697-8378

SPEARS,HALEY A - WC515888A                         Page 3 - End of Report

Liberty003787

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20000-NTL Revised 5/06. SC2K - 115570.

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 82 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 12 of 301

Electronically signed by Robert Oberstein M.D. Feb 18 20 **Question Demand**™

| | |
|---|---|
| | PATIENT INFORMATION |
| | **SPEARS, HALEY A** |
| QUEST DIAGNOSTICS INCORPORATED | |
| | DOB: REDACTED        Age: 31 |
| | GENDER: F |
| SPECIMEN INFORMATION | |
| SPECIMEN:    WC425913A | ID: 1800184 |
| REQUISITION: 0003185 | PHONE: 8603082050 |
| LAB REF NO: | |

REPORT STATUS   **Final**

ORDERING PHYSICIAN
**OBERSTEIN, ROBERT**
CLIENT INFORMATION
22175305
CT MULTISPECIALTY/ENDOCRINE
100 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

COLLECTED: 02/17/2009    13:16
RECEIVED:  02/17/2009    13:16
REPORTED:  02/18/2009    02:23

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.54 | | mIU/L | QWA |
| | REFERENCE RANGE: | | | |
| | > OR = 20 YEARS: 0.40-4.50 | | | |
| | PREGNANCY RANGES | | | |
| | FIRST TRIMESTER   0.20-4.70 | | | |
| | SECOND TRIMESTER  0.30-4.10 | | | |
| | THIRD TRIMESTER   0.40-2.70 | | | |

--------------------------------------------------------------------------------

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC-Wallingford 3 Sterling Dr Wallingford CT  06492 Laboratory Director: Neena Singh M.D.

SPEARS, HALEY A - WC425913A                                    Page 1 - End of Report

Printed by Care360 AutoReceive on 02/18/09 at 02:30am.

Liberty003788

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1 Page 83 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 13 of 301

07/05 Electronically signed by Roberts Oberstein M.D. Surg 2013 9:17AM EST 7/5/2013      (FAX)                    P.004/010

 YALE-NEW HAVEN HOSPITAL

 DEPARTMENT OF
PATHOLOGY

 YALE SCHOOL OF MEDICINE

20 York Street, EP 2-631
New Haven, CT 06504

Phone (203) 785-2788
Fax (203) 785-7145

## SURGICAL PATHOLOGY REPORT

*Patient:* SPEARS, HALEY
*MR #:* MR2315066 (YNHH=2264654)
*DOB/Age/Sex:* REDACTED (Age: 35) F
*YNHH Visit #:* 87262569  (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* S13-16068
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

Clinical History and Impression:
(Not Available)

Specimen(s) Received:
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

THYROID, TOTAL THYROIDECTOMY:

- INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,
  SEE SYNOPTIC SUMMARY
- MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE HYPERPLASTIC
  ADENOMATOID NODULES, SOME WITH HURTHLE CELL CHANGE
- FIVE BENIGN LYMPH NODES (0/5)


SYNOPTIC SUMMARY

MALIGNANT NEOPLASM OF THE THYROID

| | |
|---|---|
| Procedure: | Total thyroidectomy |
| Tumor Focality: | Unifocal |
| Tumor Location: | Isthmus |
| Tumor Size: | 0.4 cm |
| Histologic Type: | Papillary thyroid microcarcinoma |
| Tumor Capsule: | No capsule identified |
| Tumor Extension | |
| Lymphovascular Invasion: | Not identified |
| Extrathyroidal Extension: | Not identified |
| Surgical Margins: | Close |
| Closest Margin: | Posterior |
| Distance from margin: | Less than 1 mm |
| Lymph Nodes (Total) | |
| Lymph Nodes Examined (Total): | 5 |
| Lymph Nodes Involved (Total): | 0 |
| Staging | |
| Stage (AJCC 7th Ed): | pT1a N0, at least Stage I |

Printed from Relay on 02/07/2013 07:05 AM

Liberty003789

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1: Page 84 of 93   Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 14 of 301

07/05/2013   07:31 Chairman's Office - Yale Surgery                         (FAX)                    P.005/010

SPEARS, HALEY (2264654)          SURGICAL PATHOLOGY REPORT                    S13-16066

Additional Findings:
                                  Parathyroid tissue, 4 mm associated with left lower lobe
Molecular Studies
Performed on:                     Prior specimen: ON13-507
BRAF Mutation:                    Insufficient material for diagnosis

Pathologist:  Manju L. Prasad, M.D.
              * Report Electronically Signed Out *

This electronic signature indicates that the pathologist has personally reviewed the available gross and/or microscopic material and has based the diagnosis on that evaluation.




Gross Specimen                                  RII And I Nodules

**Gross Description:** (Alison Van Dyke, M.D., Ph.D ; Steven Hardee, M.D.)
Received fresh in container labeled with the patient's name, unit number and "total thyroidectomy" is a 22.3 g, 6.5 x 4.5 x 1.9 cm total thyroidectomy specimen consisting of a right lobe (5 x 2 x 2 cm), left lobe (4.1 x 2.5 x 2 cm), and isthmus (3 x 2.8 x 0.8 cm) with attached pyramidal lobe (3.6 cm in length). There is a suture on the right superior pole. The thyroid capsule appears grossly nodular and intact. Parathyroids are not grossly appreciated. The anterior aspect is inked blue, and the posterior aspect is inked black. The specimen is sectioned to reveal 5 nodules (N1-N5). N1 is located in the right lower lobe slices 7-9, is a white, solid, well circumscribed encapsulated lesion measuring 1.5 x 1.2 x 1.1 cm that abuts both the anterior and posterior surfaces. N2 is located in the isthmus slices 1-3  less than 3 mm from N1.  N2 has a similar appearance to N1, measures 0.9 x 0.3 x 0.3 cm, abuts the anterior surface, and comes to within 3 mm of the posterior surface. N3 is in the left upper lobe slices 1-3, is a salmon pink, well circumscribed, solid, nodule measuring 1.9 x 1.5 x 0.9 cm that abuts both the anterior and posterior surfaces. N4 is located 4 mm from N3 in the left lower lobe slices 5 and 6, is a black, glassy, homogeneous, solid, well delineated nodule measuring 1 x 0.5 x 0.5 cm that abuts both the anterior and posterior surfaces. N5 is 0.5 cm away from N4 in slices 6 and 7 of the left lower lobe. N5 has a similar appearance to N4, measures 1 x 0.6 x 0.5 cm, and abuts the anterior and posterior surfaces. The remaining background thyroid parenchyma is reddish-brown and homogeneous without additional lesions. Gross photographs are taken. Representative sections are submitted in 14 cassettes as follows with N1 in cassettes #3-4, N2 in cassettes #5-6, N3 in cassettes #8-9, N4 in cassettes #12-13, and N5 in #13 and 14; #1-#4 = right lobe, #5-#7 = isthmus, #8-#14 = left lobe. (avd)

Summary of Tissue Submitted for Microscopic Examination          Block Detail

| | # Blocks | Designation | # | Description |
|---|---|---|---|---|
| Part 1] TOTAL THYROIDECTOMY | 14 | I | (3) | Isthmus |
| | | LL | (7) | Left Lobe |
| | | RL | (4) | Right Lobe |

Printed from Relay on 02/07/2013 07:06 AM

Liberty003790

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 85 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB    Document 145-6    Filed 11/16/18    Page 15 of 301

Electronically signed by:Robert  Oberstein M.D.  Feb 22 2013  2:32PM EST  2/22/2013

---

HH

## Patient Results

---

| SPEARS, HALEY | 022 Radiology | 35y | F | Sussman, Steven K |
|---|---|---|---|---|
| | | REDACTED | | 3032575 / 000030261366 |

| 01/16/2013 13:22 | CYTOLOGY | | Final Results |
|---|---|---|---|

CYTOLOGY                                                                                          Final

Specimen Source: FNA LT THYROID NODULE  MP 88173 AND CELL BLOCK 88305

CLINICAL LABORATORY PARTNERS. LLC. HARTFORD
80 Seymour St.  Hartford.  CT  06102-5037  (860) 696-8020
1-800-286-9800  CT REG HP-0332

Cytopathology Report

PATIENT NAME:  SPEARS. HALEY A.        SPEC #:  B13-134
MED REC #:  3032575      SEX:  F
ACCOUNT #:  000030261366      DOB (AGE):  REDACTED (Age: 35)
DATE OBTAINED:  1/16/2013      LOCATION:  RADIOLOGY 022
DATE RECEIVED:  1/16/2013      SUBMITTING MD:  LORI L. FRITTS. MD

DIAGNOSIS
1.  FNA LT THYROID NODULE  MP 88173 AND CELL BLOCK 88305.

FOLLICULAR LESION OF UNDETERMINED SIGNIFICANCE.
FOLLICULAR CELL GROUPS WITH MICROFOLLICLES AND LIMITED COLLOID.

THESE LESIONS HAVE APPROXIMATELY 5% - 15% RISK OF MALIGNANCY.
CLINICAL CORRELATION AND REPEAT FNA IF CLINICALLY APPROPRIATE.

2.  FNA LT THYROID NODULE LP 88173 AND CELL BLOCK 88305:

 ATYPIA OF UNDETERMINED SIGNIFICANCE.  SOME CELLS WITH CYTOLOGIC
ATYPIA.

 THESE LESIONS HAVE APPROXIMATELY 5% - 15% RISK  OF  MALIGNANCY.
 CLINICAL CORRELATION IS RECOMMENDED AND REPEAT FNA IF CLINICALLY
APPROPRIATE.

    ***Electronically Signed Out***
ka/1/17/2013 RICHARD MULLER. MD

---

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1:Page 86 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 16 of 301

HH

## Patient Results

| SPEARS, HALEY | 022 Radiology | 35y. | F | Sussman, Steven K |
|---|---|---|---|---|
| | DOB: REDACTED | | | 3032575 / 000030261366 |

| 01/16/2013 13:22 | CYTOLOGY | Final Results |
|---|---|---|

Clinical Diagnosis and History:
PART 1: LEFT THYROID NODULE - MID POLE

PART 2: LEFT THYROID NODULE LOWER POLE


Tissue(s) Submitted:
1: FNA LT THYROID NODULE MP 88173 AND CELL BLOCK 88305
2: FNA LT THYROID NODULE LP 88173 AND CELL BLOCK 88305

Gross Description:
PART 1: RECEIVED 10 SMEARED SLIDES IN LABELED ETOH JAR [FNA PASS
X1] PLUS ~23 MLS BLOODY FLUID AND WHITE TISSUE FRAGMENTS IN
CYTOLYT FOR CELL BLOCK PREPARATION (TIME IN FORMALIN 12:57)

IMMEDIATE ASSESSMENT: ADEQUATE (SH)

10 SLIDES TOTAL PLUS CELL BLOCK


PART 2: RECEIVED 9 SMEARED SLIDES IN LABELED ETOH JAR [FNA PASS
X1] PLUS ~23 MLS CLOUDY FLUID AND WHITE TISSUE FRAGMENTS IN
CYTOLYT FOR CELL BLOCK PREPARATION (TIME IN FORMALIN 12:57)

IMMEDIATE ASSESSMENT: ADEQUATE (SH)

9 SLIDES TOTAL PLUS CELL BLOCK

| Requested By: Carrero, Katherine (Staff (MD Office)) | | Printed from: Citrix - HH |
|---|---|---|
| 01/29/2013 11:38 | End of Report | Page: 2 |

/SunriseXA/HHProduction/hhresinf-rd - 1/29/2013

Liberty003792

From: Endo - Retreat Ave - Conc... Sent On: 03:25 PM, Monday, November...

01/29/2013  15:19 860 726 0022          Lori L. Fritts MD, LLC          #7722 P.002/003

# CLINICAL LABORATORY PARTNERS, LLC, HARTFORD
80 Seymour St., Hartford, CT 08102-5037 (860) 696-8020 1-800-286-9800 CT REG HP-0332

## Cytopathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | **SPEARS, HALEY A.** | SPEC #: | **B13-134** |
| MED. REC. #: | 3032575 | SEX: | F |
| ACCOUNT #: | 000030261366 | DOB (AGE): | REDACTED (Age: 35) |
| DATE OBTAINED: | 1/16/2013 | LOCATION: | RADIOLOGY 022 |
| DATE RECEIVED: | 1/16/2013 | SUBMITTING MD: | LORI L. FRITTS, MD |
| | | | STEVEN K. SUSSMAN, M.D. |
| DATE REPORTED: | 1/21/2013 17:01 | CC: | SETH COLLINS, PA-C |

## DIAGNOSIS

1. FNA LT THYROID NODULE  MP 88173 AND CELL BLOCK 88305:

FOLLICULAR LESION OF UNDETERMINED SIGNIFICANCE.
FOLLICULAR CELL GROUPS WITH MICROFOLLICLES AND LIMITED COLLOID.

THESE LESIONS HAVE APPROXIMATELY 5% - 15% RISK OF MALIGNANCY.
CLINICAL CORRELATION AND REPEAT FNA IF CLINICALLY APPROPRIATE.


2. FNA LT THYROID NODULE LP 88173 AND CELL BLOCK 88305:

ATYPIA OF UNDETERMINED SIGNIFICANCE.  SOME CELLS WITH CYTOLOGIC ATYPIA.

THESE LESIONS HAVE APPROXIMATELY 5% - 15% RISK OF MALIGNANCY.
CLINICAL CORRELATION IS RECOMMENDED AND REPEAT FNA IF CLINICALLY APPROPRIATE.


\*\*\*Electronically Signed Out\*\*\*
RICHARD MULLER, MD
STEVEN HENRY, CT(ASCP)

**Clinical Diagnosis and History:**
PART 1: LEFT THYROID NODULE - MID POLE

4/m 1/28/13  4:15 Pm.

PART 2: LEFT THYROID NODULE – LOWER POLE

**Tissue(s) Submitted:**
1: FNA LT THYROID NODULE  MP 88173 AND CELL BLOCK 88305
2: FNA LT THYROID NODULE LP 88173 AND CELL BLOCK 88305

**Gross Description:**
PART 1:  RECEIVED 10 SMEARED SLIDES IN LABELED ETOH JAR [FNA PASS X1] PLUS ~23 MLS BLOODY FLUID AND
WHITE TISSUE FRAGMENTS IN CYTOLYT FOR CELL BLOCK PREPARATION (TIME IN FORMALIN 12:57)

IMMEDIATE ASSESSMENT: ADEQUATE (SH)

10 SLIDES TOTAL PLUS CELL BLOCK

Liberty003793

**SPEARS, HALEY A.**                    **Cytology Report**                    **B13-134**

PART 2:  RECEIVED 9 SMEARED SLIDES IN LABELED ETOH JAR [FNA PASS X1] PLUS ~23 MLS CLOUDY FLUID AND
WHITE TISSUE FRAGMENTS IN CYTOLYT FOR CELL BLOCK PREPARATION (TIME IN FORMALIN 12:57).

IMMEDIATE ASSESSMENT:  ADEQUATE (SH)

9 SLIDES TOTAL PLUS CELL BLOCK

Liberty003794

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 89 of 93          Sent On: 03:25 PM, Monday, November 05, 2018



# HARTFORD HOSPITAL
80 Seymour St.  P.O. Box 5037  Hartford, CT  06102-5037
(860) 545-2886  CT REG #HP0254

## Cytopathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | SPEARS, HALEY A. | SPEC #: | B09-877 |
| MED. REC. #: | 3032575 | SEX: | F |
| ACCOUNT #: | 000016054413 | DOB (AGE): | REDACTED (Age: 31) |
| DATE OBTAINED: | 2/13/2009 | LOCATION: | 091 |
| DATE RECEIVED: | 2/16/2009 | SUBMITTING MD: | ROBERT OBERSTEIN, M.D. |
| DATE REPORTED: | 2/17/2009 08:53 | CC: | |

## DIAGNOSIS

FNA LEFT THYROID NODULE 88173:
THYROID FOLLICULAR LESION WITHOUT ATYPIA, CONSISTENT WITH HYPERPLASTIC / ADENOMATOID NODULE.
NO / MINIMAL RISK OF MALIGNANCY.

***Electronically Signed Out***
SAVERIO LIGATO, M.D.
Wendy Waszczak, CT(ASCP), IAC

### Clinical Diagnosis and History:
FNA LEFT THYROID NODULE
ICD9  241.1

### Tissue(s) Submitted:
FNA THYROID 88173/LEFT

### Gross Description:
RECEIVED 30 MLS RED IN CYTOLYT PLUS 3 SMEARED SLIDES IN ETOH, JAR LABELED.
1 SLIDE MADE ROM FLUID

Liberty003795

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 90 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB  Document 145-6  Filed 11/16/18  Page 20 of 301
ent 02/18/2009 at 11:24:39 - from  to - 860 5471301 p3/4

.Electronically signed byRobert Oberstein M.D.  Feb 18 2009  3:55PM EST

.Electronically signed byRobert Oberstein M.D.  Feb 21 2009 10:10PM EST

# HARTFORD HOSPITAL
80 Seymour St.  P.O. Box 5037  Hartford, CT  06102-5037
(860) 545-2886  CT REG #HP0254

## Cytopathology Report

PATIENT NAME:  **SPEARS, HALEY A.**   SPEC #:  **B09-877**
MED. REC. #:  3032575   SEX:  F
ACCOUNT #:  000016054413   DOB (AGE):  REDACTED(Age: 31)
DATE OBTAINED:  2/13/2009   LOCATION:  091
DATE RECEIVED:  2/16/2009   SUBMITTING MD:  ROBERT OBERSTEIN, M.D.
DATE REPORTED:  2/17/2009 08:53   CC:

## DIAGNOSIS

FNA LEFT THYROID NODULE 88173:
THYROID FOLLICULAR LESION WITHOUT ATYPIA, CONSISTENT WITH HYPERPLASTIC / ADENOMATOID NODULE.
NO / MINIMAL RISK OF MALIGNANCY.

***Electronically Signed Out***
SAVERIO LIGATO, M.D.
Wendy Waszczak, CT(ASCP), IAC

**Clinical Diagnosis and History:**
FNA LEFT THYROID NODULE
ICD9  241.1

**Tissue(s) Submitted:**
FNA THYROID 88173/LEFT

**Gross Description:**
RECEIVED 30 MLS RED IN CYTOLYT PLUS 3 SMEARED SLIDES IN ETOH, JAR LABELED.
1 SLIDE MADE ROM FLUID

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1; Page 91 of 93    Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 21 of 301

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | 0001 | **Collected:** | 10/5/2012  3:30:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 11/19/2012  8:52:00AM |
| **Performing Location:** | Office | **Verified By:** | Oberstein, Robert |
| | | **Auto Verify:** | N |

**US Soft Tissue Head/Neck Thyroid - OFFICE**                **Stage:**        **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| US Soft Tissue Head/Neck Thyroid - OFFICE | | | |

```
Realtime Ultrasound - High Resolution
Indication:  f/u cysts/nodules
The right lobe is 6.6 x 1.6 x 1.4 cm
The left lobe is 5.8 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is
heterogenous in texture.  There are numerous subcentimeter nodules which are mostly
diffuse and not definable as distinct nodules in addition to the four described below.
The right lobe contains a large complex nodule which is mostly cystic in the lower pole
There are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x
1.5 x 1.6 cm (compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on
the right is a smaller complex nodule which is similarly more cystic than solid with
smooth borders and measures 1.0 x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).
The left lobe contains 2 definable nodules.  The larger is mid lobe and mostly solid,
isoechoic with a small central cystic area and no calcifications.  The nodule is 2.4 x
1.5 x 1.5 cm (compared with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lob
and spongiform in texture measuring 1.3 x 0.8 x 1.05 cm (compared with 1.2 x 0.7 x 0.9
cm).
Summary:  Multinodular goiter as described with nodules and cysts which are slowly but
continually growing.
Performed and interpreted by R.Oberstein, MD
```

Liberty003797

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 92 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 22 of 301

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | | |
|---|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | | **OMRN:** | 1800184 |
| | | | **Home:** | (860) 308-2050 |
| | | | **Work:** | |

## Results

| | | | | |
|---|---|---|---|---|
| **Lab Accession #** | 0001 | | **Collected:** | 2/28/2012  10:22:00AM |
| **Ordering Provider:** | Oberstein,Robert | | **Resulted:** | 2/28/2012  11:22:00AM |
| **Performing Location:** | Office | | **Verified By:** | Oberstein, Robert |
| | | | **Auto Verify:** | N |

**US Soft Tissue Head/Neck Thyroid - OFFICE**                    **Stage:**          **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| US Soft Tissue Head/Neck Thyroid - OFFICE | | | |

```
Realtime Ultrasound
Indication:  f/u nodules
Right lobe:  again show multiple <5mm cysts and nodules.  there is a predominantly
cystic mass in the low-mid pole measuring 1.4 x 1.5 x 1.7 cm.  In the upper pole is a
hypoechoic mass which measures 0.7 x 0.6 x 0.9 cm with smooth borders and no
calcifications.  Left lobe:  several <5mm cysts and nodules.  In the upper lobe is an
iso-echoic nodule measuring 1.6 x 1.3 x 2.05 cm with no calcifications and smooth
borders.  In the medial mid lobe is a hypoechoic nodule measuring 0.9 x 0.7 x 1.2 cm
with no calcifications and smooth borders.
Summary:  Multinodular goiter revealing nodules which are slowly growing.
Performed and interpreted by R.Oberstein,MD
```

Liberty003798

From: Endo - Retreat Ave - Connecticut Multispecialty Group - (860)547-1;Page 93 of 93          Sent On: 03:25 PM, Monday, November 09, 2015

Case 3:11-cv-01807-VLB   Document 145-6   Filed 11/16/18   Page 23 of 301

# Endo - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 38 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | 0001 | **Collected:** | 10/8/2010 12:17:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 10/8/2010 12:17:00PM |
| **Performing Location:** | Office | **Verified By:** | Oberstein, Robert |
| | | **Auto Verify:** | N |

**US Soft Tissue Head/Neck Thyroid - OFFICE**                          **Stage:**          **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| US Soft Tissue Head/Neck Thyroid - OFFICE | | | | |

```
    Realtime ultrasound
    Indication:  f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm.  Additionally,
there is a right sided cystic nodule measuring 1.1 x 1.2 x 1.5 cm without calcification
and almost entirely cystic.  On the left is a solid, isoechoic nodule with smooth
borders and a halo without calcifications which is superficial in the mid lobe.  It
measures 1.3 x 1.0 x 1.7 cm.  There is a complex nodule more inferiorly on the left
which is 0.8 x 0.6 x 1.0 cm.
Summary:  MNG without significant change.
Performed and interpreted by R. Oberstein, MD
```

Liberty003799



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date: October 20, 2015

To:    DARIO ZAGAR
       ASSOCIATED NEUROLOGIST OF SOUTHERN CT.
       75 KINGS HWY CUTOFF
       FAIRFIELD CT 06824

Attn:

Fax:   (203) 333-3937

From: Nancy Winterer
      Appeal Review Consultant
      Phone No.: (888) 437-7611
      Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:
       REDACTED
Claim #:
Claimant:  Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any
dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in
error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout
thereof.

Liberty003800

LMG                          10/20/2015 2:16:11 PM   PAGE   2/004   Fax Server



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015                                              # 18391

Dario M. Zagar
Associated Neurologist of Southern Ct.
75 KINGS HWY CUTOFF
FAIRFIELD, CT 06824

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED                                      $45.50
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED                         # of pages (70)

Dear Dario Zagar:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:        seen    1|12|09 to    8|19|11 - 65 cents
                                                                              a page

•  **All medical/treatment records including diagnostic test results, from September 1, 2008
   through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2

call  203- 333- 1133 X 125  Margaret

Liberty003801

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Friday, August 19, 2011 at 2:25 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 124643 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Saul, Zane MD | | | |
| Appointment: | Friday, August 19, 2011 at 2:30 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Milford | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Tuesday, August 23, 2011 at 1:35 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 8/19/2011 02:30PM

#### Chief complaint
• Follow Up for Lyme Disease

#### History of present illness
Haley Spears is a 33 year old female.
• Patient accompanied by a family member Chris- Mother.

"Babesiosis went dormant, but the Lyme disease is back, and I can feel it". Having more pain (back, shoulder, and neck), not as helped by tramadol. No significant headaches. Florinal helps at times, using it every other day or so recently.

Cognition: "lately I'm struggling with it more", though still better than initially. Sleep not much improved; tried a CD as recommended by Dr. Raxlen.

Started on Lyrica once daily for last month or so. Notes that she takes Lexapro somewhat inconsistently.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Gastrointestinal disorder microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes elavated,bleeding ulcer, microscopic colitis.

#### Current medication
    Singulair 5 mg oral tablet, chewable: 5-10mg for asthma Sig:
    Asacol 400 mg oral enteric coated tablet: 2 bid Sig:
    Prevacid 30 mg oral delayed release capsule: 2 tabs at HS Sig:
    TraMADOL 50 mg oral tablet Sig:
    Lexapro 20 mg oral tablet Sig:
    Zyrtec Sig: 1 ONCE DAILY.
    Albuterol 0.5% inhalation solution Sig: AS NEEDED.
    Mepron Sig: ONE TEASPON BID.
    Zithromax 500 mg oral tablet Sig: 1 ONCE DAILY.

Liberty003802

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

Unknown Drug Dosage:  low dose naltrexone 3mg Sig:
Omnicef 300 mg oral capsule Sig:
Florinal oral capsule Sig:  AS NEEDED.

### Allergies

Erythromycin.

### Personal history

*Behavioral:* Not a current smoker.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* Preference for right-handedness.

### Family history

Father 59 years old
Mother 57 years old
Brother 32 years old

Paternal:

Migraine headache

Maternal:

Migraine headache.

### Review of systems

Systemic: Feeling tired (fatigue).  No recent weight loss and no recent weight gain.
Head: Headache.
Eyes: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal: No hearing loss and no tinnitus.
Cardiovascular: No chest pain or discomfort.  Palpitations.
Pulmonary: No shortness of breath.  No cough.
Gastrointestinal: No abdominal pain, no diarrhea, no fecal incontinence, and no constipation.
Genitourinary: Urinary urgency.  No urinary hesitancy.  No urinary loss of control and not at night while asleep.
Endocrine: Polydipsia, hot flashes, and muscle weakness.  No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias.  Pain localized to one or more joints.
Neurological: No dizziness.  Memory lapses or loss.  No tremor.  No difficulty walking and no numbness.
Psychological: No anxiety and no depression.  Sleep disturbances.
Skin: No pruritus and no rash.

### Physical findings

Vital Signs:
Vital Signs/Measurements  Value
RR 16 breaths/min
PR 72 bpm
Blood pressure 128/72 mmHg
Height 65 in
Standard Measurements:

• Weight was recorded was 126.  ° Patient was not overweight.

General Appearance:

° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.

Neck:

*Palpation:* • Tenderness of the neck traps, cervical, ant chest, infraspinatus.

Eyes:

General/bilateral:
*Pupils:* ° PERRL.
*Retina:* ° A fundoscopic exam was normal.

Lungs:

° Respiration rhythm and depth was normal.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.
*Murmurs:* ° No murmurs were heard.

Back:

• Tenderness on palpation: LS PS.

Neurological:

° No disorientation was observed.  ° Remote memory was not impaired.  ° Short term memory not impaired.  ° An adequate fund of knowledge was demonstrated.
*Speech:* ° No language abnormalities were demonstrated.
*Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory nerves were normal.  ° Hypoglossal nerve was not impaired.
*Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No decreased response to stimulation by vibration.

Liberty003803

## Haley Spears

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

decreased response to stimulation by vibration.

*Motor:* ° Muscle bulk was normal. ° Muscle tone was normal. ° Strength was normal. ° Strength of the upper extremities was not reduced bilaterally. ° No weakness of both lower extremities was observed. ° No pronator drift was seen.

*Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.

*Balance:* ° Romberg's sign was absent.

*Gait And Stance:* ° Normal.

*Reflexes:* ° Deep tendon reflexes were normal. ° Flexor response.

Psychiatric:

*Thought Processes:* ° Attention demonstrated no abnormalities.

### Assessment

- Myofascial pain syndrome which is inadequately controlled
- Classic migraine (with aura) which is well-controlled
- Lyme disease
- Insomnia
- Cognitive disorder
- Organic periodic limb movement sleep disorder

### Therapy

- Continue current medication vitamin supplementation (B12, D).

### Plan

- Follow-up for re-examination in 4 months
- Clinical social work - Sleep Hygiene--Milford Sleep Lab

We spoke about various options for her pain. I recommended increasing Lyrica (target dose 300-600/day), tapering Lexapro to off, and considering trying Cymbalta or venlafaxine for pain in its place, if she doesn't respond sufficiently to higher doses of Lyrica. Voltaren gel prn. She will speak to you about making these changes if appropriate.

### Practice Management

Estab outpatient comprehensive h&p - high complex decisions 99215:O;OO;E;N;0;0;232443403303433;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

No medications have been prescribed.

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
|------|------|
| None | Records/F orms Request |
| None | DISCHAR GE ORDERS |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 8/19/2011 | Myofascial pain syndrome which is inadequately controlled | 729.1 |
| 8/19/2011 | Insomnia | 780.52 |
| 8/19/2011 | Classic migraine (with aura) which is well-controlled | 346.00 |
| 8/19/2011 | Cognitive disorder | 294.9 |
| 8/19/2011 | Organic periodic limb movement sleep disorder | 327.51 |
| 8/19/2011 | Lyme disease | 088.81 |

### Allergy Shot

No shots exist.

Liberty003804

# Haley Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

### Injections

No Injections have been entered.

Liberty003805

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Friday, February 18, 2011 at 2:10 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 108286 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, February 18, 2011 at 2:00 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | No | | | |
| Signature: | Signed by DARIO ZAGAR on Wednesday, March 02, 2011 at 8:59 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears; F: REDACTED2/18/2011 02:00PM

#### Chief complaint
• Lyme disease

#### History of present illness
Haley Spears is a 33 year old female.
• Patient accompanied by a family member Chris (mother).
• Vit D 12, B12 290s • Reviewed polysomnography: sleep onset and sleep maintenance insomnia, PLMS (index 48/hour, arousal index 16/hour)

Continues to have trouble with cognition. Issues with sleep, wakes up, not restful sleep. Continues to have neck and back pain, though not having severe superimposed stabbing pains. "I'm not fighting Bartonella anymore, and that causes that type of pain". Tries Flexeril once, which made her feel "not right" after. Did not try venlafaxine b/c of concerns about overstimulation; still on Lexapro.

"I think I have neuropathy". Pain in feet. Headaches have been well controlled. Sleep study as mentioned; they had recommended sleep restriction and maintaining a regular sleep schedule. In past has been on melatonin, Ambien, Lunesta.

Started on vitamin D and B12. In acupuncture, chiropractic treatment, which has been somewhat helpful. On adrenal support as recommended by a naturopath

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes elavated,bleeding ulcer, microscopic coliitis.

#### Current medication
    Singulair 5 mg oral tablet, chewable: 5-10mg for asthma Sig:
    Asacol 400 mg oral enteric coated tablet: 2 bid Sig:
    Prevacid 30 mg oral delayed release capsule: 2 tabs at HS Sig:
    TraMADOL 50 mg oral tablet Sig:
    Lexapro 20 mg oral tablet Sig:

Liberty003806

## Haley Spears

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

Flexeril 10 mg oral tablet Sig: 1 THREE TIMES A DAY AS NEEDED.
Zyrtec Sig: 1 ONCE DAILY.
Albuterol 0.5% inhalation solution Sig: AS NEEDED.
Mepron Sig: ONE TEASPON BID.
Zithromax 500 mg oral tablet Sig: 1 ONCE DAILY.
Cortef 20 mg oral tablet Sig:
Levaquin 500 mg oral tablet Sig:
Omnicef 300 mg oral capsule Sig:
Vitamin B-12 1000 mcg/mL injectable solution Sig:
Coartem oral tablet Sig:
Zofran 8 mg oral tablet: Renewed: 3/19/2010 Sig: EVERY 8 HOURS.
Migranal 4 mg/mL nasal spray: Renewed: 3/19/2010 Sig: AS DIRECTED.
Pre-existing Medication: Unknown Drug Dosage Refills: 0 Quantity: 0 Supply: 0 Sig: Start Date: 2/18/2011 Comments: low dose
naltrexone 3mg.

### Allergies

Erythromycin.

### Personal history

*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

### Family history

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

### Review of systems

Systemic: Feeling tired (fatigue). No recent weight loss and no recent weight gain.
Head: No headache.
Eyes: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal: No hearing loss. Tinnitus.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: No shortness of breath. No cough.
Gastrointestinal: No abdominal pain, no diarrhea, no fecal incontinence, and no constipation.
Genitourinary: No urinary urgency and no urinary hesitancy. No urinary loss of control. Enuresis.
Endocrine: Polydipsia, hot flashes, and muscle weakness. No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches. No arthralgias and no localized joint pain.
Neurological: No dizziness. Memory lapses or loss. No tremor. No difficulty walking and no numbness.
Psychological: Anxiety. No depression. Sleep disturbances.
Skin: No pruritus and no rash.

### Physical findings

Vital Signs:
Vital Signs/Measurements  Value
RR 16 breaths/min
PR 68 bpm
Blood pressure 110/66 mmHg
Height 65 in
Standard Measurements:
• Usual weight was 120 lbs.  ° Patient was not overweight.
General Appearance:
° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Neck:
*Palpation:* • Tenderness of the neck: post cervical PS, traps.
Eyes:
General/bilateral:
*Pupils:* ° PERRL.
*Retina:* ° A fundoscopic exam was normal.
Lungs:
° Respiration rhythm and depth was normal.
Cardiovascular:
*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.
*Murmurs:* ° No murmurs were heard.
Back:

Liberty003807

## Haley Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

Back:
- • Tenderness on palpation LS PS, others not present.

Neurological:
- ° No disorientation was observed.  ° Remote memory was not impaired.  ° Short term memory normal.  ° An adequate fund of knowledge was demonstrated.
- *Speech:* ° No language abnormalities were demonstrated.
- *Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory nerves were normal.  ° Hypoglossal nerve was not impaired.
- *Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No decreased response to stimulation by vibration.
- *Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
- *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
- *Balance:* ° Romberg's sign was absent.
- *Gait And Stance:* ° Normal.
- *Reflexes:* ° Deep tendon reflexes were normal.  ° Flexor response.

Psychiatric:
- ° Attention demonstrated no abnormalities.

### Assessment
- • Myofascial pain syndrome
- • Classic migraine (with aura) which is well-controlled
- • Lyme disease
- • Insomnia
- • Cognitive disorder
- • Organic periodic limb movement sleep disorder

### Therapy
- • Continue current medication vitamin supplementation (B12, D).
- • Plan - start medication Can try valerian root 450 mg qhs for sleep.

### Plan
- • Follow-up for re-examination in 4 months

CBT would be a good option for her insomnia.  She continues to have issues with insomnia, and was also found on sleep study to have PLMS, which could be a side effect of SSRIs.  Could consider tapering Lexapro to off depending on how she is doing.  My hope is that by improving sleep, other issues such as energy and cognition may also be improved.

### Practice Management
Estab outpatient comprehensive h&p - high complex decisions:O;OO;E;N;0;0;232443413303433;  Total face to face time was unspecified

### Narrative
No narrative has been assigned.

### Medications
No medications have been prescribed.

### Messages
No messages exist.

### Orders
No orders have been ordered.

### Tasks

| Date | Task |
|---|---|
| None | DISCHARGE ORDERS |

### Vaccinations
No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|---|---|---|
| 2/18/2011 | Myofascial pain syndrome | 729.1 |
| 2/18/2011 | Insomnia | 780.52 |
| 2/18/2011 | Classic migraine (with aura) which is well -controlled | 346.00 |
| 2/18/2011 | Lyme disease | 088.81 |
| 2/18/2011 | Cognitive disorder | 294.9 |

Liberty003808

## Haley Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

| 2/18/2011 | Cognitive disorder | 294.9 |
| 2/18/2011 | Organic periodic limb movement sleep disorder | 327.51 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

Liberty003809

**Haley Spears**

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

## Patient Encounter

This encounter was created on Friday, October 29, 2010 at 1:26 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 99276 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, October 29, 2010 at 1:15 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Milford | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Friday, October 29, 2010 at 5:05 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED10/29/2010 01:15PM

#### Chief complaint

• Lyme Disease

#### History of present illness

Haley Spears is a 33 year old female.
• Patient accompanied by a family member Chris- Mother.

Was able to taper off Topamax, without an increase in headaches. No Improvement in cognitive symptoms, however. She is back on Mepron and Zithromax as prescribed by Dr. Saul. Sometimes energy level is somewhat improved.

Back/neck pain still problematic. Uses tramadol three times daily, with Flexeril at times.

Nausea at times, unrelated to food. Mood: "no different". "Cranky if I'm not feeling good".

#### Past medical/surgical history

Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes elavated,bleeding ulcer, microscopic collitis.

#### Current medication

Pepcid 20 mg oral tablet Sig:  2 PILLS @ BEDTIME.
Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
Ceftriaxone 2 g/50 mL intravenous solution Sig:  2 G IV DAILY FOR 60 DAYS.
TraMADOL 50 mg oral tablet Sig:
Lexapro 20 mg oral tablet Sig:
Flexeril 10 mg oral tablet Sig:  1 THREE TIMES A DAY AS NEEDED.
Zyrtec Sig:  1 ONCE DAILY.
Actigall 300 mg oral capsule Sig:  1 TWICE DAILY.

Liberty003810

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

Zithromax 250 mg oral tablet Sig: 1 TWICE DAILY.
Albuterol 0.5% inhalation solution Sig: AS NEEDED.
Lunesta 3 mg oral tablet Sig: AS NEEDED.
Mepron Sig: ONE TEASPON BID.
Zofran 8 mg oral tablet: Renewed: 3/19/2010 Sig: EVERY 8 HOURS.
Migranal 4 mg/mL nasal spray: Renewed: 3/19/2010 Sig: AS DIRECTED.

### Allergies

Erythromycin.

### Personal history

*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

### Family history

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

### Review of systems

Systemic: Feeling tired (fatigue). No recent weight loss. Recent weight gain.
Head: No headache.
Eyes: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal: No hearing loss and no tinnitus.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: Shortness of breath and cough.
Gastrointestinal: No abdominal pain, no diarrhea, no fecal incontinence, and no constipation.
Genitourinary: Urinary urgency. No urinary hesitancy. No urinary loss of control. Enuresis.
Endocrine: No polydipsia and no hot flashes. Muscle weakness. No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches. No arthralgias.
Neurological: No dizziness, no memory lapses or loss, and no tremor. Difficulty walking. No numbness.
Psychological: Anxiety. No depression. Sleep disturbances.
Skin: No pruritus and no rash.

### Physical findings

Vital Signs:
Vital Signs/Measurements  Value
RR 14 breaths/min
PR 68 bpm
Blood pressure 124/80 mmHg
Height 65 in
Standard Measurements:
   • Weight was recorded was 122. ° Patient was not overweight.
General Appearance:
   ° Well-appearing. ° Alert. ° Oriented to time, place, and person. ° Well nourished. ° Patient did not appear uncomfortable.
Neck:
   *Palpation:* • Tenderness of the neck mild bilaterall cervical PS tenderness.
Eyes:
   General/bilateral:
     *Pupils:* ° PERRL.
     *Retina:* ° A fundoscopic exam was normal.
Back:
   ° No tenderness on palpation.
Neurological:
   ° An adequate fund of knowledge was demonstrated.
   *Speech:* ° No language abnormalities were demonstrated.
   *Cranial Nerves:* ° Optic nerve was not impaired. ° Oculomotor nerve was not impaired. ° Trochlear nerve was not impaired. ° No trigeminal neuropathy was noted. ° Abducens nerve was normal. ° No facial nerve palsy was noted. ° Vestibulocochlear nerve was not impaired. ° Glossopharyngeal nerve was not impaired. ° Vagus nerve was not impaired. ° Cranial and spinal accessory nerves were normal. ° Hypoglossal nerve was not impaired.
   *Sensation:* ° No sensory exam abnormalities were noted. ° No decreased response to pain and temperature stimulation. ° No decreased response to stimulation by vibration.
   *Motor:* ° Muscle bulk was normal. ° Muscle tone was normal. ° Strength was normal. ° Strength of the upper extremities was not reduced bilaterally. ° No weakness of both lower extremities was observed. ° No pronator drift was seen.
   *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.

Liberty003811

## Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

*Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
*Balance:* ° Romberg's sign was absent.
*Gait And Stance:* ° Normal.
*Reflexes:* ° Deep tendon reflexes were normal.   ° Flexor response.

Psychiatric:
° Attention demonstrated no abnormalities.

### Assessment

- Myofascial pain syndrome
- Classic migraine (with aura) which is well-controlled
- Lyme disease
- Insomnia
- Cognitive disorder

### Therapy

- Continue current medication.
- Plan - start medication [Lexapro to 10 mg x 1 week, then 5 mg x 1 week with venlafaxine ER 37.5 mg, then stop Lexapro with venlafaxine ER 75 mg daily].

### Counseling/Education

- Patient education about adverse reactions to medication including discontinuation syndrome, dizziness, nausea, etc

### Plan

- Follow-up for re-examination in 3 months

We spoke about various options for symptomatic treatment, particularly of her persistent neck pain, including: acupuncture +/- massage therapy, natural supplements such as SAM-e, and changing her Lexapro to an SNRI, particularly venlafaxine. We spoke about a schedule of transitioning from one to the other if she decides she would like to do that after speaking with her other physicians. This may also help a bit more with energy and focus.

I also recommended seeing a counselor for CBT regarding her insomnia/circadian phase disorder.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232433303303433;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

No medications have been prescribed.

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
|------|------|
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 10/29/2010 | Insomnia | 780.52 |
| 10/29/2010 | Classic migraine (with aura) which is well-controlled | 346.00 |
| 10/29/2010 | Lyme disease | 088.81 |
| 10/29/2010 | Cognitive disorder | 294.9 |
| 10/29/2010 | Myofascial pain syndrome | 729.1 |
| 10/29/2010 | OTHER INSOMNIA | 780.52 |
| 10/29/2010 | CLASSICAL MIGRAINE WITHOUT | 346.00 |

Liberty003812

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

| 10/29/2010 | CLASSICAL MIGRAINE WITHOUT MENTION OF INTRACTABLE | 346.00 |
| 10/29/2010 | LYME DISEASE | 088.81 |
| 10/29/2010 | UNSPECIFIED ORGANIC BRAIN SYNDROME (CHRONIC) | 294.9 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

Liberty003813

## Patient Encounter
This encounter was created on Friday, July 23, 2010 at 3:24 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 90550 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, July 23, 2010 at 2:45 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Friday, July 23, 2010 at 4:48 PM | | | |

### Ink Documents
No ink documents have been created.

### External Documents
No external documents have been attached.

### Comments
No comments have been entered.

### Charting

Haley Spears: F: REDACTED7/23/2010 02:45PM

#### Chief complaint
• Lyme disease

#### History of present illness
Haley Spears is a 32 year old female.
• Patient accompanied by a family member MOTHER-CHRIS.

Recently started neuropsych testing in Mt. Kisko, NY (where her insurance covers). Continues to have issues with memory and thinking, including long-term memory, which she had not noticed as much previously (gives example of not remembering that a friend's dog had died).

We had spoken by phone, and she notes that her word-finding and memory issues started before we started Topamax.

Recently on doxycycline, cefdinir, azithromycin. Plan to restart Mepron, Dr. Raxlen also planning to start Coartem (for babesiosis). Insurance apparently will no longer cover any abx written by Dr. Raxlen.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes elavated,bleeding ulcer, microscopic colitis.

#### Current medication
Pepcid 20 mg oral tablet Sig:  2 PILLS @ BEDTIME.
Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:.
Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
Ceftriaxone 2 g/50 mL intravenous solution Sig:  2 G IV DAILY FOR 60 DAYS.
TraMADOL 50 mg oral tablet Sig:
Lexapro 20 mg oral tablet Sig:
Flexeril 10 mg oral tablet Sig:  1 THREE TIMES A DAY AS NEEDED.

Liberty003814

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

    Zyrtec Sig: 1 ONCE DAILY.
    Actigall 300 mg oral capsule Sig: 1 TWICE DAILY.
    Zithromax 250 mg oral tablet Sig: 1 TWICE DAILY.
    Albuterol 0.5% inhalation solution Sig: AS NEEDED.
    Lunesta 3 mg oral tablet Sig: AS NEEDED.
    Zofran 8 mg oral tablet: Renewed: 3/19/2010 Sig: EVERY 8 HOURS.
    Migranal 4 mg/mL nasal spray: Renewed: 3/19/2010 Sig: AS DIRECTED.
    Topamax 50 mg oral tablet: Renewed: 3/19/2010 Sig: ORALLY (BY MOUTH) THREE TIMES A DAY.

### Allergies

    Erythromycin.

### Personal history

    *Behavioral:* Not smoking.
    *Alcohol:* Alcohol use rare.
    *Home Environment:* Lives alone and alone.
    *Work:* Currently on disability.
    *Marital:* Single.
    *Motor:* A preference for right-handedness was observed.

### Family history

    Father 59 years old
    Mother 57 years old
    Brother 32 years old
Paternal history of:
    Migraine headache
Maternal history of:
    Migraine headache.

### Review of systems

    Systemic: Not feeling tired (fatigue) and no recent weight loss. Recent weight gain.
    Head: Headache.
    Eyes: Vision problems. No diplopia and no blurred vision.
    Otolaryngeal: No hearing loss. Tinnitus.
    Cardiovascular: No chest pain or discomfort. Palpitations.
    Pulmonary: No shortness of breath. Cough.
    Gastrointestinal: No abdominal pain, no diarrhea, and no fecal incontinence. Constipation.
    Genitourinary: Urinary urgency. No urinary hesitancy. No urinary loss of control. Enuresis.
    Endocrine: No polydipsia and no hot flashes. Muscle weakness. No inability to conceive (infertility) and no loss of hair from the head or
      body.
    Hematologic: No easy bleeding. A tendency for easy bruising.
    Musculoskeletal: Muscle aches. No arthralgias.
    Neurological: Dizziness and memory lapses or loss. No tremor. Difficulty walking and numbness.
    Psychological: Anxiety. No depression. Sleep disturbances.
    Skin: No pruritus and no rash.

### Physical findings

Vital Signs:
Vital Signs/Measurements  Value
RR 16 breaths/min
PR 72 bpm
Blood pressure 102/70 mmHg
Height 65 in
Standard Measurements:
    ▪ Usual weight was 116 lbs.  ° Patient was not overweight.
General Appearance:
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Eyes:
    General/bilateral:
        *Pupils:* ° PERRL.
        *Retina:* ° A fundoscopic exam was normal.
Neurological:
    ° No disorientation was observed.
    *Speech:* ° No language abnormalities were demonstrated.
    *Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No
      trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve
      was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory
      nerves were normal.  ° Hypoglossal nerve was not impaired.
    *Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No
      decreased response to stimulation by vibration.
    *Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not
      reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
    *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
    *Balance:* ° Romberg's sign was absent.
    *Gait And Stance:* ° Normal.

Liberty003815

**Haley Spears** Case 3:11-cv-01807-VLB  Document 145-6  Filed 11/16/18  Page 40 of 301

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

    *Gait And Stance:* ° Normal.
    *Reflexes:* ° Deep tendon reflexes were normal. ° Flexor response.
Psychiatric:
    ° Attention demonstrated no abnormalities.

## Assessment
- Classic migraine (with aura)
- Lyme disease
- Insomnia
- Cognitive disorder

## Therapy
- Continue current medication: Migranal prn.
- Plan - decrease medication: Topamax to off over 2 weeks, to see if cognitive/word finding issues improve. Even though she had some similar to prior to starting the medication, it would still be worth making this change to see if the medication is having some affect at this point. Her migraines have been well controlled, and I hope that she will do well off. If headaches recur, we will decide whether to go back on Topamax, possibly at a lower dose, or start an alternate medication such as zonisamide. Apparently she had a recommendation for an herbal supplement to help with cognition, but I recommended she hold off until we see how making a change in Topamax helps her.

## Plan
Medication Ordered: Topamax 50 mg oral tablet Refills: 1 Quantity: 60 Supply: 30 Sig:  2 AT BEDTIME FOR 7 DAYS THEN 1 AT BEDTIME FOR 7 DAYS THEN STOP.
As I had informed them previously, I do not feel comfortable writing for her current antibiotic therapy.  They will continue to try to find someone else local who can work with Dr. Raxlen; apparently he mentioned Dr. Saul, which would likely be a good choice.

My prior notes erroneously gave a diagnosis of migraine without aura, rather than migraine without aura.  I have corrected this in today's note.

## Practice Management
Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232432203303423;  Total face to face time was unspecified

## Narrative
No narrative has been assigned.

## Medications

| Date | Medication | Comments |
| --- | --- | --- |
| 7/23/2010 | Topamax 50 mg oral tablet | Renewed: 7/23/2010 Issue Method: Printed |

## Messages
No messages exist.

## Orders
No orders have been ordered.

## Tasks
No tasks have been created.

## Vaccinations
No vaccinations have been entered.

## Problem List

| Date | Description | Code |
| --- | --- | --- |
| 7/23/2010 | Lyme disease | 088.81 |
| 7/23/2010 | Insomnia | 780.52 |
| 7/23/2010 | Classic migraine (with aura) | 346.00 |
| 7/23/2010 | Cognitive disorder | 294.9 |
| 7/23/2010 | LYME DISEASE | 088.81 |
| 7/23/2010 | OTHER INSOMNIA | 780.52 |
| 7/23/2010 | CLASSICAL MIGRAINE WITHOUT MENTION OF INTRACTABLE | 346.00 |
| 7/23/2010 | UNSPECIFIED ORGANIC BRAIN SYNDROME (CHRONIC) | 294.9 |

## Allergy Shot
No shots exist.

## Injections
No injections have been entered.

Liberty003816

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Friday, March 19, 2010 at 11:13 AM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 79358 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, March 19, 2010 at 10:45 AM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Friday, March 26, 2010 at 8:05 AM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 3/19/2010 10:45AM

#### Chief complaint

• Migraine and lumbago

#### History of present illness

Haley Spears is a 32 year old female.
• Patient accompanied by a family member Chris (mother).
• Reviewed CBC.
• Reviewed an electrolyte panel • Reviewed a hepatic function panel

Stopped all antibiotics in December of 2009 as per Dr. Raxlen. She felt that she "hit a plateau" prior to that. Was doing fairly well for some time. "Nowhere near normal, but slight energy increase". "Totall crashed" after about 5 weeks. Difficulty with speech, stuttering, memory issues, coming and going.

Migraines well controlled on Topamax overall. Occasional headache preceded by visual aura. Migranal usually helps, but had to lie down and felt "out of it" when needed last week. Occasional neck/shoulder pain, severe enough at one point she was nauseated.

Considering restarting meds. Total of 7 months of antibiotics over the last year

#### Past medical/surgical history

Other:
   Neck pain.
   Lower back pain.
   Anxiety
Diagnosis History:
   Atrial fibrillation.
   Asthma.
   Microcolitis
   Gastrointestinal bleeding
   Peptic ulcer
   Ulcerative colitis.
   Thyroid disorder.
   Lyme disease.
   Migraine headache
   Seizure disorder.
   Chronic pain syndrome.
   Anemia
   Liver enzymes elavated,bleeding ulcer, microscopic colitis.

#### Current medication

   Pepcid 20 mg oral tablet Sig:  2 PILLS @ BEDTIME.
   Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
   Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
   Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
   Zofran 8 mg oral tablet Sig:  EVERY 8 HOURS.
   Ceftriaxone 2 g/50 mL intravenous solution Sig:  2 G IV DAILY FOR 60 DAYS.
   TraMADOL 50 mg oral tablet Sig:
   Lexapro 20 mg oral tablet Sig:

Liberty003817

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

Migranal 4 mg/mL nasal spray Sig: AS DIRECTED.
Topamax 50 mg oral tablet Sig: ORALLY (BY MOUTH) THREE TIMES A DAY.

### Allergies
Erythromycin.

### Personal history
*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

### Family history
Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

### Review of systems
Systemic: Feeling tired (fatigue) and recent weight loss. No recent weight gain.
Head: Headache.
Eyes: No vision problems and no diplopia. Blurry vision.
Otolaryngeal: No hearing loss and no tinnitus.
Cardiovascular: No chest pain or discomfort. Palpitations.
Pulmonary: No shortness of breath. No cough.
Gastrointestinal: Abdominal pain. No diarrhea and no fecal incontinence. Constipation.
Genitourinary: Urinary urgency. No urinary hesitancy. No urinary loss of control and not at night while asleep.
Endocrine: No polydipsia. Hot flashes. No muscle weakness, no inability to conceive (infertility), and no loss of hair from the head or body.
Hematologic: No easy bleeding. A tendency for easy bruising.
Musculoskeletal: Muscle aches. No arthralgias.
Neurological: Dizziness and memory lapses or loss. No tremor. No difficulty walking. Numbness.
Psychological: Anxiety. No depression. Sleep disturbances.
Skin: No pruritus and no rash.

### Physical findings
Vital Signs:
Vital Signs/Measurements   Value
RR 16 breaths/min
PR 72 bpm
Blood pressure 100/68 mmHg
Height 65 in
Standard Measurements:
• Usual weight was 113 lbs.  ° Patient was not overweight.
General Appearance:
° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Head:
*Skull Tenderness:* ° No skull tenderness.
Neck:
*Palpation:* • Tenderness of the neck trapezius tenderness b/l, tense.
Eyes:
General/bilateral:
*Pupils:* ° PERRL.
*Retina:* ° A fundoscopic exam was normal.
Neurological:
° An adequate fund of knowledge was demonstrated.
*Speech:* ° No language abnormalities were demonstrated.
*Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory nerves were normal.  ° Hypoglossal nerve was not impaired.
*Sensation:* ° No sensory exam abnormalities were noted in arms.  ° No decreased response to pain and temperature stimulation.
*Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
*Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
*Gait And Stance:* ° Normal.  ° A tandem gait test showed no abnormalities.
*Reflexes:* ° Deep tendon reflexes were normal.
Psychiatric:
° Attention demonstrated no abnormalities.

Liberty003818

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

**Assessment**
- Lyme disease
- Common migraine (without aura) which is well-controlled
- Insomnia

**Therapy**
- Continue current medication: Topamax 50/100.

**Plan**
- Follow-up for re-examination in 4 months
  Medication Ordered: Topamax 50 mg oral tablet Refills: 6 Quantity: 90 Supply: 30 Sig: ORALLY (BY MOUTH) THREE TIMES A DAY.
  Medication Ordered: Migranal 4 mg/mL nasal spray Refills: 6 Quantity: 4 Supply: 30 Sig: AS DIRECTED.
  Medication Ordered: Zofran 8 mg oral tablet Refills: 6 Quantity: 8 Supply: 30 Sig: EVERY 8 HOURS.
  Medication Ordered: Migranal 4 mg/mL nasal spray Refills: 6 Quantity: 8 Supply: 30 Sig: AS DIRECTED.
  We spoke at length once again about issues in ID treatment, and symptomatic treatment vs long term antibiotics, etc. I informed them that since it has been one year at this point, I no longer feel comfortable facilitating their antibiotic treatments as prescribed by Dr. Raxlen. (At the onset I had told them that I would be willing to help for a limited period of time, but not longer than that, which they understood). I did not discourage them from continuing this if they feel it is necessary, but recommend that someone else locally, either another ID physician, or you, if you feel comfortable. I will prescribe for one more month until this can be arranged. I will be happy to continue to assist with symptomatic treatments in any regard.

**Practice Management**
Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232433313303433;  Total face to face time was unspecified

**Narrative**
No narrative has been assigned.

**Medications**

| Date | Medication | Comments |
|------|------------|----------|
| 3/19/2010 | Migranal 4 mg/mL nasal spray | Renewed: 3/19/2010Modified Script with: Migranal 4 mg/mL nasal spray Quantity: 8 Refills: 6 Issue Method: Printed |
| 3/19/2010 | Migranal 4 mg/mL nasal spray | Renewed: 3/19/2010 Issue Method: Printed |
| 3/19/2010 | Topamax 50 mg oral tablet | Renewed: 3/19/2010Modified Script with: Topamax 50 mg oral tablet Quantity: 60  Refills: 1 Issue Method: Printed |
| 3/19/2010 | Zofran 8 mg oral tablet | Renewed: 3/19/2010 Issue Method: Printed |

**Messages**
No messages exist.

**Orders**
No orders have been ordered.

**Tasks**

| Date | Task |
|------|------|
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |

**Vaccinations**
No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|

Liberty003819

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

| Date | Description | Code |
|------|-------------|------|
| 3/19/2010 | Common migraine (without aura) which is well-controlled | 346.10 |
| 3/19/2010 | Lyme disease | 088.81 |
| 3/19/2010 | Insomnia | 780.52 |
| 3/19/2010 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 3/19/2010 | LYME DISEASE | 088.81 |
| 3/19/2010 | OTHER INSOMNIA | 780.52 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

Liberty003820

Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Monday, October 26, 2009 at 3:20 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 67231 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Monday, October 26, 2009 at 3:15 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Monday, October 26, 2009 at 5:55 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED10/26/2009 03:15PM

#### Chief complaint
• Lyme disease and migrane headaches

#### History of present illness
Haley Spears is a 32 year old female.
• Patient accompanied by a family member chris (mother).

Last here in June. Overall, feels that she is improving. Speech/ conversation better. Other issues, such as short term memory "are challenging". Fatigue still an issue, sleeping from 8-13 hours/day or more; may have trouble sleeping at night at times. She is "shot" for a few days if she is particularly busy. Some improvement in back/neck pain, but still some residual issues.

Migraines down to about 2/month on average. Migranal works when needed as an abortive.

PICC line had been kinked and was replaced; within a few days she developed sepsis and was in hospital for four days. Line was pulled and improved; another line placed.

Still on ceftriaxone, plaquenil, asacol, mepron, azithromycin. Was restarted on doxycycline, but has developed nausea and hasn't been consistent with it for that reason. On abx since 2/09. Was not able to have neuropsych testing because of insurance reasons. Recently started on Armour Thyroid, increased Lexapro from 10 to 20 mg, for feeling "overwhelmed".

By her report, recent follow up MRI of the brain unchanged, and Dr. Baehring leaning against neoplastic causes for brain lesion.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain
Diagnosis History:
    Asthma.
    Microcolitis
    Peptic ulcer
    Ulcerative colitis.
    Hypercholesterolemia.
    Thyroid disorder.
    Migraine headache.
    Chronic pain syndrome
    Liver enzymes elavated,bleeding ulcer.

#### Current medication
    Pepcid 20 mg oral tablet Sig:  2 PILLS @ BEDTIME.
    Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
    Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
    Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
    Plaquenil Sulfate 200 mg oral tablet Sig:  1 TAB TWICE DAILY.
    Zofran 8 mg oral tablet Sig:  EVERY 8 HOURS.
    Topamax 50 mg oral tablet Sig:  1 PO Q AM, 2 PO Q PM.
    Mepron 750 mg/5 mL oral suspension Sig:  TWO TIMES DAILY.
    Ceftriaxone 2 g/50 mL intravenous solution Sig:  2 G IV DAILY FOR 60 DAYS.

Liberty003821

# Haley Spears

38 Year Old Female Birth Date: REDACTED MRN: 00001839101 Account: 18391-1

TraMADOL 50 mg oral tablet Sig:
Azithromycin 250 mg oral tablet Sig:
Doxycycline hyclate 100 mg oral capsule Sig:
Lexapro 20 mg oral tablet Sig:
Migranal 4 mg/mL nasal spray Sig: 1 PRN HA, MAY REPEAT IN 2 HRS X 1 PRN.

## Allergies

Erythromycin.

## Personal history

*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

## Family history

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

## Review of systems

Systemic: Feeling tired (fatigue) and recent weight loss. No recent weight gain.
Head: Headache.
Eyes: Vision problems. No diplopia. Blurry vision.
Otolaryngeal: No hearing loss and no tinnitus.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: No shortness of breath. Cough.
Gastrointestinal: Abdominal pain and diarrhea. No fecal incontinence and no constipation.
Genitourinary: Urinary urgency. No urinary hesitancy. No urinary loss of control. Enuresis.
Endocrine: No polydipsia. Hot flashes and muscle weakness. No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches. No arthralgias.
Neurological: Dizziness and memory lapses or loss. No tremor. No difficulty walking and no numbness.
Psychological: No anxiety and no depression. Sleep disturbances.
Skin: No pruritus and no rash.

## Physical findings

Vital Signs:
Vital Signs/Measurements Value
RR 16 breaths/min
PR 72 bpm
Blood pressure 100/70 mmHg
Height 65.5 in
Standard Measurements:
• Usual weight was 110 lbs. ° Patient was not overweight.
General Appearance:
° Well-appearing. ° Alert. ° Oriented to time, place, and person. ° Well nourished. ° Patient did not appear uncomfortable.
Neck:
*Palpation:* • Tenderness of the neck mild.
Eyes:
General/bilateral:
*Pupils:* ° PERRL.
*Retina:* ° A fundoscopic exam was normal.
Cardiovascular:
*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.
*Murmurs:* ° No murmurs were heard.
*Arterial Pulses:* ° Equal bilaterally and normal.
Neurological:
° No disorientation was observed. ° Remote memory was not impaired. ° Short term memory normal. ° An adequate fund of knowledge was demonstrated.
*Speech:* ° No language abnormalities were demonstrated.
*Cranial Nerves:* ° Optic nerve was not impaired. ° Oculomotor nerve was not impaired. ° Trochlear nerve was not impaired. ° No trigeminal neuropathy was noted. ° Abducens nerve was normal. ° No facial nerve palsy was noted. ° Vestibulocochlear nerve was not impaired. ° Glossopharyngeal nerve was not impaired. ° Vagus nerve was not impaired. ° Cranial and spinal accessory nerves were normal. ° Hypoglossal nerve was not impaired.
*Sensation:* ° No sensory exam abnormalities were noted. ° No decreased response to pain and temperature stimulation. ° No decreased response to stimulation by vibration.

Liberty003822

**Haley Spears**

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

decreased response to stimulation by vibration.
*Motor:* ° Muscle bulk was normal. ° Muscle tone was normal. ° Strength was normal. ° Strength of the upper extremities was not reduced bilaterally. ° No weakness of both lower extremities was observed. ° No pronator drift was seen.
*Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
*Balance:* ° Romberg's sign was absent.
*Gait And Stance:* ° Normal.
*Reflexes:* ° Deep tendon reflexes were normal.

Psychiatric:
° Attention demonstrated no abnormalities.

**Assessment**
- Lyme disease
- Common migraine (without aura) which is well-controlled
- Insomnia

**Plan**
- Follow-up for re-examination in 2-3 months
- Scheduled for consultation with a psychologist -encephalopathy, Lyme disease (have patient talk to Andrea)
- Clinical social work - Relaxation Training
- Clinical social work - Sleep Hygiene

We once again spoke at length regarding the symptoms which often persist after Lyme disease treatment, and that it is unclear if they represent ongoing infection or rather a post-infectious process; I favor the latter. She has been on IV antibiotics for 6-8 months at this point, with minimal improvement above and beyond the decrease in migraines that Topamax has afforded.

I remain concerned about potential for further adverse effects, such as the line sepsis she recently incurred. I remain willing to assist in their care as recommended by Dr. Raxlen, with an artificial deadline of perhaps one year at the most, at which time I will no longer be willing to facilitate such care. It will be completely up to them what they would like to do at that point, since they have done their own research, and understand the controversies regarding diagnosis and treatment of Lyme disease and associated infections. They understand my great reservations.

I have recommended further symptomatic treatment regardless of ongoing antibiotic therapy. We discussed options such as Provigil and Ritalin for fatigue, and Cymbalta rather than Lexapro for pain/mood, as well as acupuncture, other herbal, and behavioral approaches. They will consider these and let me know what they would like to pursue next.

**Practice Management**
Estab outpatient comprehensive h&p - high complex decisions:O;OO;E;N;0;0;232443303303433;  Total face to face time was unspecified

**Narrative**
No narrative has been assigned.

**Medications**
No medications have been prescribed.

**Messages**
No messages exist.

**Orders**
No orders have been ordered.

**Tasks**

| Date | Task |
| --- | --- |
| None | DISCHARGE ORDERS |

**Vaccinations**
No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
| --- | --- | --- |
| 10/26/2009 | Common migraine (without aura) which is well-controlled | 346.10 |
| 10/26/2009 | Lyme disease | 088.81 |
| 10/26/2009 | Insomnia | 780.52 |
| 10/26/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 10/26/2009 | LYME DISEASE | 088.81 |
| 10/26/2009 | OTHER INSOMNIA | 780.52 |

**Allergy Shot**

Liberty003823

## Haley Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

Liberty003824

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Monday, June 29, 2009 at 11:43 AM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 57744 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Monday, June 29, 2009 at 11:30 AM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Milford | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Tuesday, June 30, 2009 at 9:06 AM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 6/29/2009 11:30AM

#### Chief complaint

• Follow-up For Migraines

#### History of present illness

Haley Spears is a 31 year old female.
• Patient accompanied by a family member MOM.

"Up and down" over the last couple of months. Currently on plaquenil, rifampin, atovaquone, azithromycin. She reportedly has coinfections with babesia and Bartonella.

Initially feeling better, since intermittent symptoms including fatigue, neck pain, shoulder pain, joint pains, cognitive problems, trouble walking. "I thought I was going to end up in a wheelchair", then improved. Headaches have improved overall, but may have them at times. Migraines responding to Migranal nasal spray; occasionally has visual aura prior. On tramadol bid.

Sees a naturopath in addition to ID physician. Has regained a little bit of weight.

#### Past medical/surgical history

Other:
    Neck pain.
    Lower back pain
Diagnosis History:
    Asthma.
    Microcolitis
    Peptic ulcer
    Ulcerative colitis.
    Hypercholesterolemia.
    Thyroid disorder.
    Migraine headache.
    Chronic pain syndrome
    Liver enzymes elevated,bleeding ulcer.

#### Current medication

Pepcid 20 mg oral tablet Sig: 2 PILLS @ BEDTIME.
Singulair 5 mg oral tablet, chewable: 5-10mg for asthma Sig:
Asacol 400 mg oral enteric coated tablet: 2 bid Sig:
Prevacid 30 mg oral delayed release capsule: 2 tabs at HS Sig:
Folic acid Sig: 1 ONCE DAILY.
Plaquenil Sulfate 200 mg oral tablet Sig: 1 TAB TWICE DAILY.
Zofran 8 mg oral tablet Sig: EVERY 8 HOURS.
Topamax 50 mg oral tablet Sig: 1 PO Q AM, 2 PO Q PM.
Rifampin 300 mg oral capsule Sig: TWO TIMES DAILY.
Mepron 750 mg/5 mL oral suspension Sig: TWO TIMES DAILY.
Lexapro 10 mg oral tablet Sig: 1 ONCE DAILY.

#### Allergies

Erythromycin.

Liberty003825

**Haley Spears**

38 Year Old Female  Birth Date: REDACTED  MRN: 00001839101  Account: 18391-1

**Personal history**
> *Behavioral:* Not smoking.
> *Alcohol:* Alcohol use rare.
> *Home Environment:* Lives alone and alone.
> *Work:* Working full time: admin asst, working full time, and occupation administrative assistant.
> *Marital:* Single.
> *Motor:* A preference for right-handedness was observed.

**Family history**
> Father 59 years old
> Mother 57 years old
> Brother 32 years old
Paternal history of:
> Migraine headache
Maternal history of:
> Migraine headache.

**Review of systems**
> Systemic: Feeling tired (fatigue), recent weight loss, and recent weight gain.
> Head: Headache.
> Eyes: Diplopia and blurred vision.
> Otolaryngeal: Hearing loss and tinnitus.
> Cardiovascular: No chest pain or discomfort and no palpitations.
> Pulmonary: No shortness of breath. No cough.
> Gastrointestinal: Abdominal pain. No diarrhea, no fecal incontinence, and no constipation.
> Genitourinary: Urinary urgency. No urinary hesitancy. No urinary loss of control. Enuresis.
> Endocrine: Polydipsia. No hot flashes. Muscle weakness. No inability to conceive (infertility) and no loss of hair from the head or body.
> Hematologic: No easy bleeding and no tendency for easy bruising.
> Musculoskeletal: Muscle aches. No arthralgias.
> Neurological: Dizziness and memory lapses or loss. No tremor. Difficulty walking and numbness.
> Psychological: Anxiety. No depression. Sleep disturbances.
> Skin: No pruritus. Rash:

**Physical findings**
Vital Signs:
Vital Signs/Measurements  Value
RR 12 breaths/min
PR 64 bpm
Blood pressure 112/66 mmHg
Height 65.5 in
Standard Measurements:
> • Weight was recorded was 113.  ° Patient was not overweight.
General Appearance:
> ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Neck:
> *Palpation:* • Tenderness of the neck traps.
Eyes:
> General/bilateral:
>> *Pupils:* ° PERRL.
>> *External:* ° Conjunctiva exhibited no abnormalities.
>> *Retina:* ° A fundoscopic exam was normal.
Lungs:
> ° Respiration rhythm and depth was normal.
Cardiovascular:
> *Heart Rate And Rhythm:* ° Normal.
> *Heart Sounds:* ° Normal.
> *Murmurs:* ° No murmurs were heard.
> *Carotid Arteries:* ° No bruit in the carotid artery.
> *Arterial Pulses:* ° Equal bilaterally and normal.
Back:
> • Tenderness on palpation.
Neurological:
> ° No disorientation was observed.  ° An adequate fund of knowledge was demonstrated.
> *Speech:* ° No language abnormalities were demonstrated.
> *Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory nerves were normal.  ° Hypoglossal nerve was not impaired.
> *Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No decreased response to stimulation by vibration.
> *Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
> *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
> *Gait And Stance:* ° Normal.  ° A tandem gait test showed no abnormalities.
> *Reflexes:* ° Deep tendon reflexes were normal.  ° Flexor response.

Liberty003826

**Haley Spears**

38 Year Old Female    Birth Date: REDACTED MRN: 00001839101    Account: 18391-1

*Reflexes:* ° Deep tendon reflexes were normal. ° Flexor response.

Psychiatric:

° Attention demonstrated no abnormalities.

### Assessment
- Lyme disease
- Common migraine (without aura) which is well-controlled
- Possible systemic lupus erythematosus
- Possible astrocytoma (grades I & II) of the brain

### Therapy
• Continue current medication Topamax 50/100.  Lexapro; we may consider changing to an SNRI for some additional symptomatic relief for pain, etc.  Migranal prn.

### Plan
- Follow-up for re-examination in 3 months
- Scheduled for consultation with a psychologist -cognitive issues/Lyme disease
Medication Ordered: Migranal 4 mg/mL nasal spray Refills: 5 Quantity: 8 Supply: 30 Sig:  1 PRN HA, MAY REPEAT IN 2 HRS X 1 PRN.

### Practice Management
Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232433303303433;  Total face to face time was unspecified

### Narrative
No narrative has been assigned.

### Medications
| Date | Medication | Comments |
|---|---|---|
| 6/29/2009 | Migranal 4 mg/mL nasal spray | Issue Method: Printed |

### Messages
| Date | Subject |
|---|---|
| 10/21/2015 | |

### Orders
No orders have been ordered.

### Tasks
| Date | Task |
|---|---|
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |

### Vaccinations
No vaccinations have been entered.

### Problem List
| Date | Description | Code |
|---|---|---|
| 6/29/2009 | Lyme disease | 088.81 |
| 6/29/2009 | Common migraine (without aura) which is well-controlled | 346.10 |
| 6/29/2009 | SYSTEMIC LUPUS ERYTHEMATOSUS | 710.0 |
| 6/29/2009 | MALIGNANT NEOPLASM OF BRAIN, UNSPECIFIED SITE | 191.9 |
| 6/29/2009 | LYME DISEASE | 088.81 |
| 6/29/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |

### Allergy Shot
No shots exist.

Liberty003827

**Haley Spears**

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

## Patient Encounter

This encounter was created on Monday, April 27, 2009 at 12.15 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 52938 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Monday, April 27, 2009 at 11:45 AM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Milford | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Monday, April 27, 2009 at 5:05 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED4/27/2009 11:45AM

#### Chief complaint
• Follow-up For Migraines

#### History of present illness
Haley Spears is a 31 year old female.
• Patient accompanied by a family member Parents.

Went to see Dr. Raxlen last week, felt Lyme disease was the diagnosis and that longer term treatment was required. IGeneX lab testing was ordered, and he recommends IV azithromycin x 12 weeks, and Rifampin and Mepron orally.

Initially had some improvement after stopping ceftriaxone, then symptoms returned. Very fatigued, cognitive complaints "can't even read sometimes". Still having neck pain at times, "like a knife in my neck". Joint pains, migratory, night sweats. Excessive thirst and urination. "Body tingling" arms and legs at times.

Headaches well controlled, only 2 migraines in the last couple of months. Initially lost some weight but putting some back. Moody. On Zoloft from Dr. Kage, also tried a cortisone injection to the shoulder.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain
Diagnosis History:
    Asthma.
    Microcolitis
    Peptic ulcer
    Ulcerative colitis.
    Hypercholesterolemia.
    Thyroid disorder.
    Migraine headache.
    Chronic pain syndrome
    Liver enzymes elavated,bleeding ulcer.

#### Current medication
    Zofran 8 mg oral tablet Sig:
    Pepcid 20 mg oral tablet Sig:
    Singulair 5 mg oral tablet, chewable: 5-10mg for asthma Sig:
    Asacol 400 mg oral enteric coated tablet: 2 bid Sig:
    Prevacid 30 mg oral delayed release capsule: 2 tabs at HS Sig:
    Topamax 100 mg oral tablet Sig:  1 AT BEDTIME.
    Folic acid Sig:  1 ONCE DAILY.
    Zoloft 50 mg oral tablet Sig:  1 ONCE DAILY.
    Plaquenil Sulfate 200 mg oral tablet Sig:  1 TAB TWICE DAILY.

#### Allergies
    Erythromycin.

#### Personal history

Liberty003828

# Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Working full time: admin asst, working full time, and occupation administrative assistant.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

## Family history

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

## Review of systems

Systemic: Feeling tired (fatigue), recent weight loss, and recent weight gain.
Head: Headache.
Eyes: Diplopia and blurred vision.
Otolaryngeal: Hearing loss and tinnitus.
Cardiovascular: Chest pain or discomfort and palpitations.
Pulmonary: No shortness of breath.  No cough.
Gastrointestinal: Abdominal pain and diarrhea.  No fecal incontinence and no constipation.
Genitourinary: Urinary urgency.  No urinary hesitancy.  No urinary loss of control.  Enuresis.
Endocrine: Polydipsia.  No hot flashes.  Muscle weakness.  No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding.  A tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias.
Neurological: Dizziness, memory lapses or loss, a tremor, difficulty walking, and numbness.
Psychological: No anxiety and no depression.  Sleep disturbances.
Skin: No pruritus.  Rash:

## Physical findings

Vital Signs:
Vital Signs/Measurements  Value
RR 12 breaths/min
PR 64 bpm
Blood pressure 116/76 mmHg
Height 65.5 in
Standard Measurements:
  • Weight was recorded was 111.  ° Patient was not overweight.
General Appearance:
  • Not well nourished.  ° Well-appearing.  ° Patient did not appear uncomfortable.

## Assessment

  • Lyme disease
  • Common migraine (without aura) which is well-controlled
  • Possible systemic lupus erythematosus
  • Possible astrocytoma (grades I & II) of the brain

## Plan

  • Follow-up for re-examination in 2 months
We spoke at length regarding all of the controversies of Lyme disease diagnosis and treatment.  While I think it is likely that she has had Lyme disease, I am skeptical about the utility of further antibiotic treatment, given the paucity of evidence to show that prolonged antibiotics provide additional benefit.

They would like to proceed with treatment as recommended by Dr. Raxlen, and understand the risks associated with prolonged IV antibiotic therapy.  I recommend that if we go this route that we have an endpoint for therapy, such as 3 or 6 months, and thereafter treat symptomatically.  At this point, for example, Topamax has helped a great deal in migraine prevention.  Zoloft was recently started and that may be helpful as well.

## Practice Management

Estab outpatient comprehensive h&p - high complex decisions:O;OO;E;N;45;1;232413303303433;  Total face to face time 45 min; Counseling and coordination of care was more than 50% of encounter time

## Narrative

No narrative has been assigned.

## Medications

No medications have been prescribed.

## Messages

No messages exist.

Liberty003829

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
| --- | --- |
| None | DISCHAR GE ORDERS |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
| --- | --- | --- |
| 4/27/2009 | Common migraine (without aura) which is well-controlled | 346.10 |
| 4/27/2009 | Lyme disease | 088.81 |
| 4/27/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 4/27/2009 | SYSTEMIC LUPUS ERYTHEMATOSUS | 710.0 |
| 4/27/2009 | MALIGNANT NEOPLASM OF BRAIN, UNSPECIFIED SITE | 191.9 |
| 4/27/2009 | LYME DISEASE | 088.81 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

Liberty003830

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Monday, March 16, 2009 at 2:34 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 49453 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Monday, March 16, 2009 at 2:30 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Milford | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Tuesday, March 17, 2009 at 9:48 AM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED3/16/2009 02:30PM

#### Chief complaint
• Follow-up For Migraines

#### History of present illness
Haley Spears is a 31 year old female.
• Patient accompanied by a family member Mom.

Had a severe headache with visual aura yesterday, treated with Migranal/Fioricet. Were doing better on Topamax, but now again some increase; over the last two weeks about 3/week, often occipital with neck pain. Other times may have more neck pain radiating to the right shoulder, and foot pain at times as she has previously.

On ceftriaxone 2 g IV via PICC line for her Lyme IgG WB positivity on CSF. Rash she was previously having is improving on treatment. Having more fatigue and cognitive issues over the last couple of weeks, work has noted a problem, even though she is only working 4 hours a day. Sleeps most of the day when not at work.

#### Past medical/surgical history
Other:
  Neck pain.
  Lower back pain
Diagnosis History:
  Asthma.
  Microcolitis
  Peptic ulcer
  Ulcerative colitis.
  Hypercholesterolemia.
  Thyroid disorder.
  Migraine headache.
  Chronic pain syndrome
  Liver enzymes elavated,bleeding ulcer.

#### Current medication
  Zofran 8 mg oral tablet Sig:
  Pepcid 20 mg oral tablet Sig:
  Singulair 5 mg oral tablet, chewable: 5-10mg for asthma Sig:
  Asacol 400 mg oral enteric coated tablet: 2 bid Sig:
  Prevacid 30 mg oral delayed release capsule: 2 tabs at HS Sig:
  Topamax 100 mg oral tablet Sig: 1 AT BEDTIME.

#### Allergies
  Erythromycin.

#### Personal history
  *Behavioral:* Not smoking.
  *Alcohol:* Alcohol use rare.
  *Home Environment:* Lives alone and alone.
  *Work:* Working full time: admin asst, working full time, and occupation administrative assistant.
  *Marital:* Single.

Liberty003831

**Haley Spears**

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

*Motor:* A preference for right-handedness was observed.

**Family history**

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

**Review of systems**

Systemic: Feeling tired (fatigue) and recent weight loss.  No recent weight gain.
Head: Headache.
Eyes: Vision problems.  No diplopia.  Blurry vision.
Otolaryngeal: Hearing loss.  No tinnitus.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: Shortness of breath and cough.
Gastrointestinal: No abdominal pain.  Diarrhea.  No fecal incontinence and no constipation.
Genitourinary: No urinary urgency and no urinary hesitancy.  No urinary loss of control and not at night while asleep.
Endocrine: Polydipsia.  No hot flashes, no muscle weakness, no inability to conceive (infertility), and no loss of hair from the head or body.
Hematologic: No easy bleeding.  A tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias.
Neurological: Pain-various locations
Stuttering
Increase in cognitive problems,spelling, vocabulary,math, etc Dizziness and memory lapses or loss.  No tremor.  No difficulty walking. Numbness.
Psychological: Anxiety.  No depression.  Sleep disturbances.
Skin: No pruritus.  Rash:

**Physical findings**

Vital Signs:
Vital Signs/Measurements  Value
RR 12 breaths/min
PR 72 bpm
Blood pressure 126/76 mmHg
Height 65.5 in
Standard Measurements:
  • Weight was recorded was 118.

**Assessment**

  • Lyme disease
  • Common migraine (without aura) which is mildly exacerbated
  • Possible systemic lupus erythematosus
  • Possible astrocytoma (grades I & II) of the brain

**Therapy**

  • Continue current medication: ceftriaxone 2 g IV daily for total of 4 weeks.  Topamax 100 qhs, Migranal/Fioricet prn.

**Plan**

  • Follow-up for re-examination in 6 weeks
  Her recent worsening in headaches and other symptoms could be a result of the ceftriaxone treatment, possibly as a Jarisch-Herxheimer reaction; this could suggest efficacy of our treatment.  For that reason, we will keep her other meds unchanged for now; if headaches do not improve in the next month or so, we will increase Topamax.  She will be seeing an specialist at Yale for her Lyme positivity; I will send a summary of her course to them.  We spoke about the possibility of her taking medical leave from work because of her worsening symptoms, which would probably be a good idea to allow her to improve.

**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232413403303433;  Total face to face time was unspecified

**Narrative**

No narrative has been assigned.

**Medications**

No medications have been prescribed.

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

Tasks

Liberty003832

# Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN· 00001839101   Account: 18391-1

**Tasks**

| Date | Task |
|------|------|
| None | DISCHAR GE ORDERS |
| None | DISCHAR GE ORDERS |
| None | DISCHAR GE ORDERS |

## Vaccinations

No vaccinations have been entered.

## Problem List

| Date | Description | Code |
|------|-------------|------|
| 3/16/2009 | Common migraine (without aura) which is mildly exacerbated | 346.10 |
| 3/16/2009 | Lyme disease | 088.81 |
| 3/16/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 3/16/2009 | SYSTEMIC LUPUS ERYTHEMATOSUS | 710.0 |
| 3/16/2009 | MALIGNANT NEOPLASM OF BRAIN, UNSPECIFIED SITE | 191.9 |
| 3/16/2009 | LYME DISEASE | 088.81 |

## Allergy Shot

No shots exist.

## Injections

No injections have been entered.

Liberty003833

## Haley Spears

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

## Patient Encounter

This encounter was created on Tuesday, February 17, 2009 at 11:52 AM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 47083 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Tuesday, February 17, 2009 at 11:45 AM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Headache Follow-Up Doctor | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Thursday, February 26, 2009 at 8:00 AM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED2/17/2009 11:45AM

#### Chief complaint

• headache follow-up

#### History of present illness

Haley Spears is a 31 year old female.

• Review old records, history from other than patient, or discussion with another provider: ulcerative colitis panel was positive.  Thyroid biopsy pending

• Reviewed cerebrospinal fluid analysis positive for IgG WB.

• Reviewed an MRI of the head: with MR SPECT of her right parietal white matter lesion was felt to be most consistent with a low grade glioma.

We started Topamax, which she has increased to 100 mg daily, and tapered off gabapentin.  She had LP done, and had increase in headache post LP.  They improved lying down, but did not resolve.  Epidural blood patch was performed, and within a few days started to feel better.  Since that time, she has had no recurrence of headache.

Rheumatological evaluation was felt to be most consistent with SLE and UC, though repeat studies are being performed.

She notes that headaches seemed to start soon after she got Hep B and Gardasil vaccine.

#### Past medical/surgical history

Other:
    Neck pain.
    Lower back pain
Diagnosis History:
    Asthma.
    Microcolitis
    Peptic ulcer
    Ulcerative colitis.
    Hypercholesterolemia.
    Thyroid disorder.
    Migraine headache.
    Chronic pain syndrome
    Liver enzymes elavated,bleeding ulcer.

#### Current medication

    Zofran 8 mg oral tablet Sig:
    Pepcid 20 mg oral tablet Sig:
    Singulair 5 mg oral tablet, chewable: 5-10mg for asthma Sig:
    Asacol 400 mg oral enteric coated tablet: 2 bid Sig:
    Prevacid 30 mg oral delayed release capsule: 2 tabs at HS Sig:
    Migranal 4 mg/mL nasal spray Sig:  1 SPARY IN EACH NOSTRIL, REPEAT IN 10-15 MINUTES.
    Topamax 100 mg oral tablet Sig:  1 AT BEDTIME.

#### Allergies

    Erythromycin.

#### Personal history

Liberty003834

## Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

*Behavioral history:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home environment:* Lives alone and alone.
*Work:* Working full time: admin asst, working full time, and occupation administrative assistant.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

### Family history

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

### Review of systems

Systemic symptoms: Feeling tired (fatigue) and recent weight loss. No recent weight gain.
Head symptoms: Headache.
Eye symptoms: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal symptoms: Hearing loss and tinnitus.
Cardiovascular symptoms: Chest pain or discomfort and palpitations.
Pulmonary symptoms: Shortness of breath and cough.
Gastrointestinal symptoms: Abdominal pain. No diarrhea, no fecal incontinence, and no constipation.
Genitourinary symptoms: No urinary urgency and no urinary hesitancy. No urinary loss of control and not at night while asleep.
Endocrine symptoms: Polydipsia. No hot flashes, no muscle weakness, and no inability to conceive (infertility). Loss of hair from the head or body.
Hematologic symptoms: No easy bleeding and no tendency for easy bruising.
Musculoskeletal symptoms: No muscle aches and no arthralgias.
Neurological symptoms: Dizziness. No memory lapses or loss and no tremor. No difficulty walking. Numbness.
Psychological symptoms: No anxiety, no depression, and no sleep disturbances.
Skin symptoms: No pruritus and no rash.

### Physical findings

Vital signs:
Vital Signs/Measurements  Value
RR 18 breaths/min
PR 76 bpm
Blood pressure 120/76 mmHg

### Assessment

- Common migraine (without aura) which is well-controlled
- Probable systemic lupus erythematosus
- Possible astrocytoma (grades I & II) of the brain
- Probable Lyme disease

### Therapy

- Continue current medication: Topamax 100 mg daily.

### Plan

- Serum antibody lyme disease by western blot Test Order Number 3003 LYME AB W/RFX WB Diagnosis: SYSTEMIC LUPUS ERYTHEMATOSUS
- Follow-up for re-examination in 1 month

Test Order Number 3003 LYME IGG&IGM WB Diagnosis: SYSTEMIC LUPUS ERYTHEMATOSUS.

It is unclear to me how this latest finding fits in with her complicated picture; given her subjective cognitive issues and headache starting last year, it is possible Lyme disease is playing a role, though no evident signs of primary infection were seen. I will d/w Dr. Baehring and/or Dr. Kage regarding next course of action, which will likely be IV ceftriaxone x 4 weeks. Serum Lyme titers including WB are negative (no bands).

### Practice Management

Estab outpatient comprehensive h&p - high complex decisions:O;OO;E;N;0;0;232414443313443;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

No medications have been prescribed.

### Messages

No messages exist.

### Orders

1. QUEST DIAGNOSTICS
Description                                                Panel

Liberty003835

## Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

<u>Description</u>                                                                                                       <u>Panel</u>

LYME DISEASE AB, TOTAL W/REFL WB (IGG, IGM)

LYME DISEASE AB (IGG) WESTERN BLOT

### Tasks

| Date | Task |
|------|------|
| None | DISCHAR GE ORDERS |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 2/17/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 2/17/2009 | SYSTEMIC LUPUS ERYTHEMATOSUS | 710.0 |
| 2/17/2009 | MALIGNANT NEOPLASM OF BRAIN, UNSPECIFIED SITE | 191.9 |
| 2/17/2009 | LYME DISEASE | 088.81 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

Liberty003836

**Haley Spears**

38 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

## Patient Encounter

This encounter was created on Monday, January 12, 2009 at 10:28 AM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 44070 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Monday, January 12, 2009 at 10:30 AM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Headache Consult Doctor | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Tuesday, January 13, 2009 at 8:24 AM | | | |

### Ink Documents

No Ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 1/12/2009 10:30AM

#### Chief complaint
• headache consult

#### History of present illness
Haley Spears is a 31 year old female.

Asthma/allergies starting in childhood. Thyoid nodules, benign. GI problems starting in 2005 with stomach pain and diarrhea; diagnosis by endoscopy was "microscopic colitis". Now constipated from gabapentin. Muscle aches, particularly in the legs before bedtime; no improvement with walking.

• Reviewed an MRI of the head Not well circumscribed white matter lesion in the right temporal lobe. No enhancement. No brainstem cyst is visible to me.

Saw an ENT several months ago for frontal pain; their conclusion was migraine headache. She has had them preceded by visual aura. Had severe headache lasting 4 days with nausea/vomiting, requiring an ED visit. Maxalt helped a bit, but she had a recurrence soon after. More recently has worked, but always requires a second dose. Main trigger seems to be position change, going from bent over to standing position. No clear relationship to period. Prior to August, had only had a handful of migraines.

Over the last 2 weeks about 2/week, previously were 3-7/week. Have improved since being started on Neurontin by Dr. Behring. She was on nortriptyline briefly in December but developed palpitations and insomnia. (Doesn't usually have trouble sleeping).

Saw Dr. Behring at Yale, will be doing MR SPECT and flow study; they recommended she come here for management for her migraines.

Has had various other problems including back pain, stomach ulcers, fatty liver, and by her report an autoimmune disorder is suspected; her ANA was elevated by her report.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain
Diagnosis History:
    Asthma.
    Microcolitis
    Peptic ulcer
    Ulcerative colitis.
    Hypercholesterolemia.
    Thyroid disorder.
    Migraine headache.
    Chronic pain syndrome
    Liver enzymes elavated,bleeding ulcer.

#### Personal history
*Behavioral history:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home environment:* Lives alone and alone.
*Work:* Working full time: admin asst, working full time, and occupation administrative assistant.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

Liberty003837

## Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

**Family history**
Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Migraine headache
Maternal history of:
Migraine headache
Migraine headache.

**Review of systems**
Systemic symptoms: Feeling tired (fatigue), recent weight loss, and recent weight gain.
Head symptoms: Headache.
Eye symptoms: Diplopia and blurred vision.
Otolaryngeal symptoms: No hearing loss. Tinnitus.
Cardiovascular symptoms: No chest pain or discomfort and no palpitations.
Pulmonary symptoms: No shortness of breath. No cough.
Gastrointestinal symptoms: Abdominal pain and diarrhea. No fecal incontinence. Constipation.
Genitourinary symptoms: Urinary urgency. No urinary hesitancy. No urinary loss of control and not at night while asleep.
Endocrine symptoms: Polydipsia, hot flashes, and muscle weakness. No inability to conceive (infertility) and no loss of hair from the head
    or body.
Hematologic symptoms: Easy bleeding and a tendency for easy bruising.
Musculoskeletal symptoms: Muscle aches. No arthralgias.
Neurological symptoms: No dizziness, no memory lapses or loss, and no tremor. No difficulty walking. Numbness.
Psychological symptoms: No anxiety and no depression. Sleep disturbances.
Skin symptoms: No pruritus and no rash.

**Physical findings**
Vital signs:
Vital Signs/Measurements  Value
RR 18 breaths/min
PR 76 bpm
Blood pressure 118/70 mmHg
Height 65.5 in
Standard Measurements:
• Usual weight was 128 lbs.  ° Patient was not overweight.
General appearance:
° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Neck:
    *Palpation:* • Tenderness of the neck mild in PS.
Eyes:
    General/bilateral:
        *Pupils:* ° PERRL.
        *External Eye:* ° Conjunctiva exhibited no abnormalities.
        *Retina:* ° A fundoscopic exam was normal.
Lungs:
    ° Respiration rhythm and depth was normal.
Cardiovascular system:
    *Heart Rate And Rhythm:* ° Normal.
    *Heart Sounds:* ° Normal.
    *Murmurs:* ° No murmurs were heard.
    *Arterial Pulses:* ° Equal bilaterally and normal.  ° No bruit in the carotid artery.
Back:
    • Tenderness on palpation mild in PS.
Neurological:
    ° No disorientation was observed.  ° Remote memory was not impaired.  ° Short term memory normal.  ° An adequate fund of
        knowledge was demonstrated.
    *Speech:* ° No language abnormalities were demonstrated.
    *Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No
        trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve
        was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory
        nerves were normal.  ° Hypoglossal nerve was not impaired.
    *Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No
        decreased response to stimulation by vibration.
    *Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not
        reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
    *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
    *Balance:* ° Romberg's sign was absent.
    *Gait And Stance:* ° Normal.
    *Reflexes:* ° Deep tendon reflexes were normal.  ° Babinski reflex was absent.
Psychiatric Exam:
    ° Attention demonstrated no abnormalities.
Skin:
    • Lesions: thick hyperpigmented birthmark on dorsum of left hand.

Liberty003838

**Haley Spears**

38 Year Old Female    Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

- Lesions: thick hyperpigmented birthmark on dorsum of left hand.

#### Assessment

- Common migraine (without aura) which is inadequately controlled
- Lumbago
- Possible systemic lupus erythematosus

#### Therapy

- Maintain a symptom diary.
- Continue current medication.
- Plan - start medication: will try Migranal nasal spray as an abortive treatment.

#### Plan

- Follow-up for re-examination in 6-8 weeks

Given her multiple issues and markedly positive ANA with homogeneous pattern, SLE is a possible underlying cause of her symptoms. With this in mind, the white matter lesion in the right temporal lobe may be related to this as well, as it does not look typical for MS, and her symptomatology is not consistent with that either. Low grade glioma is another possibility, though this would be giving her two rare diagnoses. Dr. Behring has ordered some additional imaging; I feel that lumbar puncture is necessary as well.

#### Practice Management

Outpatient consult, comprehensive h&p, moderate complexity:O;OC;E;N;0;0;232443413203433; Total face to face time was unspecified

#### Narrative

No narrative has been assigned.

#### Medications

No medications have been prescribed.

#### Messages

No messages exist.

#### Orders

No orders have been ordered.

#### Tasks

| Date | Task |
|------|------|
| None | DISCHARGE ORDERS |
| None | DISCHARGE ORDERS |

#### Vaccinations

No vaccinations have been entered.

#### Problem List

| Date | Description | Code |
|------|-------------|------|
| 1/12/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 1/12/2009 | LUMBAGO | 724.2 |
| 1/12/2009 | COMMON MIGRAINE WITHOUT MENTION OF INTRACTABLE MIG | 346.10 |
| 1/12/2009 | LUMBAGO | 724.2 |
| 1/12/2009 | SYSTEMIC LUPUS ERYTHEMATOSUS | 710.0 |

#### Allergy Shot

No shots exist.

#### Injections

No injections have been entered.

Liberty003839

# Haley Spears

38 Year Old Female Birth Date: REDACTED MRN: 00001839101 Account: 18391-1

## Patient Encounter

This encounter was created on Monday, January 12, 2009 at 10:27 AM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 44069 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Appointment: | Monday, January 12, 2009 at 10:00 AM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Headache Consult Nurse | Location: | Ansc-Fairfield | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | No | | | |
| Signature: | Signed by JOAN RYAN, RN on Monday, January 12, 2009 at 12:00 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 1/12/2009 10:00AM

#### Chief complaint
• headache consult

#### History of present illness
Haley Spears is a 31 year old female.

• Headache Pt began having severe headaches In June. They increased to 3-7 x per week and she was started in Neurontin. she is now on 900mg qid. Headaches have improved on neurontin. Her headaches the past few weeks have been 1-2 x per week. They are the right temporal lobe and are throbbing and last 4 plus hours. She has an aura 90% of the time which is blurry of loss of vision.

She has nausea and occasional vomiting. She has vertigo, and is sensitive to odors. She gets a headache when bending over. She has had periods blacking out and stuttering. She c/o of weakness in the legs and being exhausted. She had had e endoscopies and one colonoscopy. She has a rheumatologist an is awaiting blood work.

She has had several Mri and an EEG. Pt is to bring last Mri to appt. She is scheduled for a pet Scan • Relieved

#### Past medical/surgical history
Other:
Neck pain.
Lower back pain
Diagnosis History:
Asthma.
Microcolitis
Peptic ulcer
Ulcerative colitis.
Hypercholesterolemia.
Thyroid disorder.
Migraine headache.
Chronic pain syndrome
Liver enzymes elavated,bleeding ulcer.

#### Personal history
*Behavioral history:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home environment:* Lives alone.
*Work:* Working full time and occupation administrative assistant.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

#### Family history
Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

#### Review of systems
Systemic symptoms: Feeling tired (fatigue), recent weight loss, and recent weight gain.
Head symptoms: Headache.

Liberty003840

## Haley Spears

38 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 16391-1

Eye symptoms: Diplopia and blurred vision.
Otolaryngeal symptoms: No hearing loss. Tinnitus.
Cardiovascular symptoms: No chest pain or discomfort and no palpitations.
Pulmonary symptoms: No shortness of breath. No cough.
Gastrointestinal symptoms: Abdominal pain and diarrhea. No fecal incontinence. Constipation.
Genitourinary symptoms: Urinary urgency. No urinary hesitancy. No urinary loss of control and not at night while asleep.
Endocrine symptoms: Polydipsia, hot flashes, and muscle weakness. No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic symptoms: Easy bleeding and a tendency for easy bruising.
Musculoskeletal symptoms: Muscle aches. No arthralgias.
Neurological symptoms: No dizziness, no memory lapses or loss, and no tremor. No difficulty walking. Numbness.
Psychological symptoms: No anxiety and no depression. Sleep disturbances.
Skin symptoms: No pruritus and no rash.

### Physical findings

Vital signs:
Vital Signs/Measurements  Value
RR 18 breaths/min
PR 76 bpm
Blood pressure 118/70 mmHg
Height 65.5 in
Standard Measurements:
　　• Usual weight was 128 lbs.

### Narrative

No narrative has been assigned.

### Medications

No medications have been prescribed.

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

No problem lists exist.

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.



# Associated Neurologists
## *of* Southern Connecticut, P.C.

Kenneth C. Siegel, M.D.*

Jeffrey L. Gross, M.D.*

Peter J. McAllister, M.D.*

Anthony Quan Hong, M.D.*

Srinath Kadimi, M.D., F.R.C.S.*

Darlo M. Zagar, M.D.*

Thomas B. Toolhaker, M.D.*

Maame Darkwah-Guasiah, M.D., MPH

* Certified in neurology by the American
   Board of Psychiatry and Neurology

Physician Assistants
Bozena Czapka, PA-C
Donna Haupt, PA-C
Karen Brown, PA-C

Director of Neurorehabilitation Services
Joel S. Feigenson, M.D.

Neuropsychologists
Amy B. Palmer, Psy.D.
Kimi Carton, Ph.D.
Christine M. McCarthy, Ph.D.

Licensed Professional Counselor
Deb Del Vecchio-Scully, MS, LPC, NCC

Practice Administrator
Marilyn Agresto

Connecticare
Fax: 860-674-2232
Attn: Kaye Ƀ.

February 3, 2010

Re: Haley Spears
ID# REDACTED

To Whom It May Concern:

I have been following Ms. Spears for CNS Lyme disease for approximately one year.
She has a PICC line in for IV antibiotic therapy, and requires weekly nursing care to
prevent line infections and maintain the patency of the line. She will need to have this
care even while out of town, otherwise serious complications could occur.

Please feel free to contact me with any questions or comments.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel: 203.333.1133  |  fax: 203.333.3937
670 Boston Post Road  |  Milford, Connecticut 06460  |  tel: 203.877.1414  |  fax: 203.877.3144

www.anscneuro.com

Liberty003842



# Associated Neurologists
## *of* Southern Connecticut, P.C.

1/26/2010

## To whom it may concern

**Re: Haley Spears, DOB** REDACTED

**Connecticare ID#**REDACTED

**Fax 860-674-5893**

Dear Sir/Madam:

I am writing this letter on behalf of my patient, Haley Spears. She is a patient under my care and will be traveling out of state. She has been on long term antibiotics and has a PICC line. While she is out of state it will be necessary for her to keep the line maintained with flushes and supplies. Wellcare Pharmacy/Southland Home Health will be the providers of this care. If there are any further questions, please contact my office.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff | Fairfield, Connecticut 06824 | tel:203-333-1133 | fax:203.333.7937
670 Boston Post Road | Milford, Connecticut 06460 | tel.:203.877.1414 | fax:203.877.3184
www.anscneuro.com

Liberty003843

**Quest Diagnostics**

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC894394E
REQUISITION: 6337044

COLLECTED:  12/08/2009   15:20 ET
RECEIVED:   12/09/2009   02:22 ET
REPORTED:   12/09/2009   10:47 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED  AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.645.9997

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**ZAGAR, DARIO**

CLIENT INFORMATION
NE2210320B                  60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 68 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.65 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15  L | 21-33 mmol/L | |
| | | | VERIFIED BY REPEAT ANALYSIS | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1  L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4  L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2  L | 35.0-45.0 % | |
| MCV | 87.2 | | 80.0-100.0 fL | |
| MCH | 29.1 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | 11.0-15.0 % | |

SPEARS, HALEY - WC894394E

Page 1 - Continued on Page 2

**Signed by DARIO ZAGAR on 12/09/2009 01:21 PM**
- Notes: HCO3 15

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20000-NTL. Revised 5/08. 30 X - 115578.

Liberty003844

## Quest Diagnostics

**Quest Diagnostics Incorporated**

QUEST DIAGNOSTICS INCORPORATED

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
|---|---|
| **SPEARS, HALEY** | |

ORDERING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:   12/08/2009   15:20 ET
REPORTED:    12/09/2009   10:47 ET

DOB: REDACTED   AGE: 32
GENDER: F FASTING: U

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1793 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1835 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 403 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 147 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 21 | | 0-200 cells/uL | |
| NEUTROPHILS | 42.7 | | % | |
| LYMPHOCYTES | 43.7 | | % | |
| MONOCYTES | 9.6 | | % | |
| EOSINOPHILS | 3.5 | | % | |
| BASOPHILS | 0.5 | | % | |

**PERFORMING LABORATORY INFORMATION**

WA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
     CLIA: 07D0093126

SPEARS, HALEY - WC894394E                                          Page 2 - End of Report

**Signed by DARIO ZAGAR on 12/09/2009 01:21 PM**
  **- Notes: HCO3 15**

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 80REDB-REV, Revised 5/08. SC#: 115576.

Liberty003845

## Quest Diagnostics

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:      WC759212E
REQUISITION:   6217477

COLLECTED:   12/01/2009   13:00 ET
RECEIVED:    12/02/2009   01:32 ET
REPORTED:    12/02/2009   06:48 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED    AGE: 32
GENDER: F  FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**ZAGAR, DARIO**

CLIENT INFORMATION
NE22103203                         60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 17  L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 40 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.42 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.2 | | 35.0-45.0 % | |
| MCV | 86.4 | | 80.0-100.0 fL | |
| MCH | 28.8 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 289 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC759212E

Page 1 - Continued on Page 2

Signed by DARIO ZAGAR on 12/02/2009 08:54 AM Diagnostics Incorporated. All rights reserved. QD20XX NTL. Revised 5/08. 3820 - 10070.

Liberty003846

**Quest**
**Diagnostics**®

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| PATIENT INFORMATION | | REPORT STATUS **FINAL** |
| **SPEARS, HALEY** | | |

COLLECTED:   12/01/2009   13:00 ET
REPORTED:    12/02/2009   06:48 ET

DOB: REDACTED   AGE: 32
GENDER: F FASTING: U

ORDERING PHYSICIAN
**ZAGAR, DARIO**

| Test Name | In Range | Out of Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3003 | | 1500-7800 | cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2904 | | 850-3900 | cells/uL | |
| ABSOLUTE MONOCYTES | 831 | | 200-950 | cells/uL | |
| ABSOLUTE EOSINOPHILS | 320 | | 15-500 | cells/uL | |
| ABSOLUTE BASOPHILS | 43 | | 0-200 | cells/uL | |
| NEUTROPHILS | 42.3 | | % | | |
| LYMPHOCYTES | 40.9 | | % | | |
| MONOCYTES | 11.7 | | % | | |
| EOSINOPHILS | 4.5 | | % | | |
| BASOPHILS | 0.6 | | % | | |

**PERFORMING LABORATORY INFORMATION**
CHA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  HEENA SINGH, MD
     CLIA: 07D0093126

          Your request to have a duplicate copy faxed has been acknowledged.
                         Queued to:   (860) 829-4244

DUPLICATE REPORT WILL BE SENT TO:                CCC PROFESSIONAL HOME CARE
                                                 164 SEBETHE DR STE 3
                                                 CROMWELL, CT 06416-1038

SPEARS, HALEY - WC759212E                                        Page 2 - End of Report

tl.n.9uSigned by DARIO ZAGAR on 12/02/2009 08:54 AM Diagnostics Incorporated. All rights reserved. 0030DD-NTL Revised N04. SCM - 11870.

Liberty003847

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:      WC010833E
REQUISITION: 5550949
LAB REF NO:

COLLECTED:  10/20/2009      13:45
RECEIVED:   10/20/2009      23:27
REPORTED:   10/21/2009      07:01

DOB: REDACTED        Age: 32
GENDER: F       Fasting: U

PHONE: 8603082050

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

DR. BERNARD RAXLEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | ASSOCIATED NEUROLOGISTS | | | |
| | 75 KINGS HWY | | | |
| | FAIRFIELD, CT 06825-4823 | | | |
| | | | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 94 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 38 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.5 L | 35.0-45.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.3 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 292 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2075 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1688 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC010833E

Page 1 - Continued on Page 2

Signed by DARIO ZAGAR on 10/21/2009 10:54 AM

Liberty003848

Received:
OCT. 21. 2009 11:25AM   PHCS SPECIALTY  860-632-3696

Oct 21 2009 10:28am
NO. 5006   P. 3/3

| PATIENT INFORMATION | REPORT STATUS   Final |
| SPEARS, HALEY | |

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
ZAGAR, DARIO

REDACTED

COLLECTED:  10/20/2009   13:45
REPORTED:   10/21/2009   07:01

DR. BERNARD RAXLEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 414 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 288 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 46.1 | | % | |
| LYMPHOCYTES | 37.5 | | % | |
| MONOCYTES | 9.2 | | % | |
| EOSINOPHILS | 6.4 | | % | |
| BASOPHILS | 0.8 | | % | |

---

Performing Laboratory Information:

QWA   Quest Diagnostics, LLC Wallingford CT 8891 3 Sterling Dr Wallingford CT  06192 Laboratory Director: Heena Singh M.D.

SPEARS, HALEY - WC010833E

Page 2 - End of Report

Printed by Care360 AutoReceive on 10/21/09 at 06:26am.

Signed by DARIO ZAGAR on 10/21/2009 10:54 AM

Liberty003849



**Associated Neurologists**
*of* **Southern Connecticut, P.C.**

Kenneth C. Siegel, M.D.*

Jeffrey L. Gross, M.D.*

Peter J. McAllister, M.D.*

Anthony Quan Hong, M.D.*

Srinath Kadikol, M.D., F.R.C.S.*

Dario M. Zagar, M.D.*

Thomas B. Toothaker, M.D.*

Maxime Dashwah-Quosamb, M.D., MPH

* Certified in neurology by the American
Board of Psychiatry and Neurology

Physician Assistants
Bozena Czapka, PA-C
Donna Haupt, PA-C
Karen Brown, PA-C

Director of Neurorehabilitation Services
Joel B. Feigenson, M.D.

Neuropsychologists
Amy B. Palmer, Psy.D.
Kimi Carson, Ph.D.
Christine M. McCarthy, Ph.D.

Licensed Professional Counselor
Dos Del Vecchio-Scully, MS, LPC, NCC

Practice Administrator
Marilyn Agresta

Re: Haley Spears

October 6, 2009

To Whom It May Concern:

I have been following Haley Spears for her neurological issues caused by CNS Lyme disease since January of 2009. These symptoms include frequent headaches, severe fatigue, joint pains, digestive problems, and cognitive complaints. She is also under the care of a rheumatologist and infectious disease specialist for this problem, and is receiving antibiotic therapy.

Unfortunately, she has had minimal improvement in symptoms, and she continues to have fatigue and cognitive issues which limit her daily functioning, and in my opinion she remains unable to work, even on a part-time basis. We will readdress this in several months.

Please feel free to contact me with any questions. I will be happy to assist you in any way possible to help facilitate this case.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel: 203.333.1133  |  fax: 203.333.3937
670 Boston Post Road  |  Milford, Connecticut 06460  |  tel: 203.877.1414  |  fax: 203.877.3144
www.ansneuro.com

Liberty003850

Quest Diagnostics Incorporated

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
|---|---|
| **SPEARS, HALEY** | |

| | |
|---|---|
| DOB: REDACTED   AGE: 31 | SUPERVISING PHYSICIAN |
| GENDER: F FASTING: U | **ZAGAR, DARIO** |

SPECIMEN INFORMATION
SPECIMEN:    WC641582D
REQUISITION: 5192999

ID:
PHONE: 860.930.0887

CLIENT INFORMATION
NE22103203                           60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:   09/29/2009   11:15 ET
RECEIVED:    09/30/2009   02:42 ET
REPORTED:    09/30/2009   06:52 ET

PROVIDER:
DR. RAX LEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 74 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19    L | 21-33 mmol/L | |
| CALCIUM | 9.5 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.9 | | 35.0-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 12.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 300 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC641582D

Page 1 - Continued on Page 2

Signed by BOZENA CZAPKA on 09/30/2009 01:13 PM
 - Notes: bc

Liberty003851



**Quest Diagnostics**

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| COLLECTED: | 09/29/2009 | 11:15 ET |
| REPORTED: | 09/30/2009 | 06:52 ET |

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

REPORT STATUS **FINAL**

SUPERVISING PHYSICIAN
**ZAGAR,DARIO**

PROVIDER:
**DR.RAX LEN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2313 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2335 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 605 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 314 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.3 | | % | |
| LYMPHOCYTES | 41.7 | | % | |
| MONOCYTES | 10.8 | | % | |
| EOSINOPHILS | 5.6 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING LABORATORY INFORMATION**

QTA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
      CLIA: 07D0093126

      Your request to have a duplicate copy faxed has been acknowledged.
                         Queued to:  (860) 829-4244

DUPLICATE REPORT WILL BE SENT TO:              CCC PROFESSIONAL HOME CARE
                                               104 SEBETHE DR STE 3
                                               CROMWELL, CT 06416-1038

SPEARS,HALEY - WC641582D                                      Page 2 - End of Report

Signed by BOZENA CZAPKA on 09/30/2009 01:13 PM
  - Notes: bc
© / Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.  © Quest Diagnostics Incorporated. All rights reserved. DD2000B-NTL, Revised 508. SEXX - 1155OA.

## *HARTFORD HOSPITAL*
### *IMAGING CENTER*
80 Seymour St.    P.O. Box 5037
Hartford, CT. 06102-5037    Phone: (860) 545-2861

*Thank you for choosing the Imaging Center of Hartford Hospital*
*www.harthosp.org*

| | |
|---|---|
| **MRN:** | 3032575 |
| **PATIENT:** | SPEARS, HALEY |
| **ACCOUNT #:** | 000017816844 |
| **BIRTHDATE:** | REDACTED    **SEX**    F |

| | | | | |
|---|---|---|---|---|
| **ORDER #:** | 3673245 | | **ADMITTING PHYSICIAN :** | DARIO ZAGAR |
| **ORDER DATE:** | 8/28/2009 | | **ATTENDING PHYSICIAN :** | DARIO ZAGAR |
| **REQUESTING SERVICE:** | 022 | | **REQUESTING PHYSICIAN:** | DARIO ZAGAR |

RULE OUT KINK IN LINE ON BLOCKAGE IN LEFT ARM PICC LINE CATHETHER
**REASON:**

\*\*\*\*\*\*\*\*

| **EXAMS:** | PERFORMED | 8/28/2009 | 71010 | CHEST IV AP/PA |
|---|---|---|---|---|
| | PERFORMED | 8/28/2009 | 73060 | HUMERUS 2+ VIEWS |

\*\*\*\*\*    *Verified*    \*\*\*\*\*    0

Examination: Single PA view the chest. Left humerus 3 views.

Indication: Left arm PICC placement. Evaluate for kink in tubing.

Comparison: AP chest 3/3/2009.

Findings:
Chest: Small portion of the lung apices is obscured by overlying mask. The distal tip of the left PICC terminates within the left innominate vein. No focal lung consolidation is seen. There is no pleural effusion or pneumothorax. The cardiac silhouette is normal in size. Osseous and extrathoracic soft tissues are normal.

Left humerus: The proximal portion of left PICC is kinked within the distal arm region. Articulations and relationships are anatomic. No acute osseous abnormality is identified. Soft tissues are unremarkable.

IMPRESSION:
1. The distal to the left PICC terminates within the innominate vein. Proximally, the PICC is kinked within distal arm region.
2. No acute pulmonary abnormality.

Resident: Robert Hynecek, M.D.

| | | |
|---|---|---|
| **RESIDENT:** | ROBERT L. HYNECEK, MD | **TRANSCRIBED:** H143214 08/28/2009 19:06 |
| **DICTATING PHYSICIAN:** | ANAL C. PATEL, MD | **TECH :** HDMD |
| **ELECTRONICALLY SIGNED BY** | ANAL C. PATEL, MD | **RESULT ID / ADDENDUM:** 1658996 / 0 |
| **VERIFIED ON:** | 2009/08/28 19:06:54.00 | Page 1 of . |

Liberty003853

Quest Diagnostics Incorporated

**Quest Diagnostics**

ST. LOUIS OFFICE INCORPORATED
SNP SERVICE 1-844-697-8578

CLIENT INFORMATION
SPECIMEN        WC060211D
REQUISITION:    1692769

COLLECTED    05/26/2009    17:15 ET
RECEIVED     05/27/2009    02:46 ET
REPORTED     05/27/2009    06:55 ET

| PATIENT INFORMATION | |
|---|---|
| **SPEARS, MALEY** | |
| DOB: REDACTED  AGE: 31 | |
| GENDER: F FASTING: N | |
| ID: | |
| PHONE: 860.308.2050 | |

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
ZAGAR, DARIO

CLIENT INFORMATION
NE22103203                60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 97 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.78 | | 0.58-1.06 mg/dL | |
| EGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| EGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18     L | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.98 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 90.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS, MALEY - WC060211D

Page 1 - Continued on Page 2

**Signed by DARIO ZAGAR on 08/27/2009 10:27 AM**
**- Notes: no change.**

Liberty003854



**Quest Diagnostics Incorporated**

Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

| | | | |
|---|---|---|---|
| COLLECTED | 08/26/2009 | 17:15 ET | |
| REPORTED. | 08/27/2009 | 06:55 ET | |

**PATIENT INFORMATION**
**SPEARS, MALEY**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: N

**REPORT STATUS FINAL**

ORDERING PHYSICIAN
**ZAGAR, DARIO**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3069 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2117 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 11      L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 28 | | 0-200 cells/uL | |
| NEUT (ABS) LLS | 54.8 | | % | |
| LYMP (X) LES | 37.8 | | % | |
| MONO (X) LES | 6.7 | | % | |
| EOSI (X) LLS | 0.2 | | % | |
| BASO (X) LLS | 0.5 | | % | |

**PERFORMING LABORATORY INFORMATION**

QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492, Laboratory Director:  NEENA SINGH, MD
CLIA: 07D0628830

Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (860) 829-4244

DUPLICATE REPORT WILL BE SENT TO:              CCC PROFESSIONAL HOME CARE
                                               104 SEBETHE DR STE 3
                                               CROMWELL, CT 06416-1038

SPEARS, MALEY - XC060211D                                      Page 2 - End of Report

Signed by DARIO ZAGAR on 08/27/2009 10:27 AM
- Notes: no change.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.  © Quest Diagnostics Incorporated. All rights reserved. 0200000-INTL  Revised 5/08  SC7K - 175670

Liberty003855

# Quest Diagnostics

**Quest Diagnostics Incorporated**

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
| --- | --- |
| **SPEARS,HALEY** | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | SUPERVISING PHYSICIAN |
| --- | --- |
| DOB: REDACTED   AGE: 31 | **ZAGAR,DARIO** |
| GENDER:   FASTING: U | |

SPECIMEN INFORMATION
SPECIMEN:    WC664359C
REQUISITION: 4290647

ID:
PHONE: 203.308.2050

CLIENT INFORMATION
NE22103203                60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  08/03/2009   16:15 ET
RECEIVED:   08/04/2009   01:27 ET
REPORTED:   08/04/2009   06:48 ET

PROVIDER:
**PHCS**

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | mg/dL | |
| AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR. | | | | |
| | | | | |
| REFERENCE RANGE | | | | |
| MALE:    0.79-1.39 | | | | |
| FEMALE:  0.58-1.06 | | | | |
| | | | | |
| UNABLE TO FLAG APPROPRIATELY DUE | | | | |
| TO GENDER NOT PROVIDED. | | | | |
| | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 19    L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| **ALKALINE PHOSPHATASE** | | 31    L | 33-115 U/L | |
| AST | 23 | | 10-40 U/L | |
| **ALT** | 22 | | 6-60 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| **RED BLOOD CELL COUNT** | | 3.82   L | 4.20-5.10 Million/uL | |
| **HEMOGLOBIN** | | 11.6   L | 13.2-15.5 g/dL | |

SPEARS,HALEY - WC664359C

Page 1 - Continued on Page 2

Signed by DARIO ZAGAR on 08/04/2009 09:24 AM Diagnostics Incorporated. All rights reserved. DOCUMENT. Revised 6/98. SCIK - 115930.

Liberty003856



**Quest Diagnostics**®

Quest Diagnostics Incorporated

| PATIENT INFORMATION | | REPORT STATUS **FINAL** |
|---|---|---|
| **SPEARS, HALEY** | | |

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 08/03/2009 16:15 ET
REPORTED: 08/04/2009 06:48 ET

DOB: REDACTED   AGE: 31
GENDER:   FASTING: U

SUPERVISING PHYSICIAN
**ZAGAR, DARIO**

PROVIDER:
**PHCS**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 34.3   L | 38.5-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 30.3 | | 27.0-33.0 pg | |
| MCHC | 33.8 | | 32.0-36.0 g/dL | |
| RDW | 15.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 243 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2041 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1651 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 424 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 67 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 48.6 | | % | |
| LYMPHOCYTES | 39.3 | | % | |
| MONOCYTES | 10.1 | | % | |
| EOSINOPHILS | 1.6 | | % | |
| BASOPHILS | 0.4 | | % | |

**PERFORMING LABORATORY INFORMATION**

WA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492, Laboratory Director:   NEENA SINGH.MD
CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:   (860) 829-4244

DUPLICATE REPORT WILL BE SENT TO:

HALEY SPEARS
1008 TROUT BROOK DR
WEST HARTFORD, CT 06119

SPEARS, HALEY - WC664359C

Page 2 - End of Report

Signed by DARIO ZAGAR on 08/04/2009 09:24 AM Diagnostics Incorporated. All rights reserved. 0020200-MTL Revised 5/08. SGIK - 1150/95.

Liberty003857

# Quest Diagnostics®

**Quest Diagnostics Incorporated**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
|---|---|
| **SPEARS, HALEY** | |

SPECIMEN INFORMATION
SPECIMEN:      WC452572C
REQUISITION:  4096899

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22103203                    60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  07/21/2009   13:00 ET
RECEIVED:   07/21/2009   20:31 ET
REPORTED:   07/22/2009   06:51 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 77 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17 | L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.02 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC452572C

Page 1 - Continued on Page 2

Signed by DONNA HAUPT, PA-C on 07/22/2009 09:01 AM

©1993-2009 Quest Diagnostics Incorporated. All rights reserved. QD20009-NTL Revised hM. SCIX - (1559).

Liberty003858

 Quest
Diagnostics®

Quest Diagnostics Incorporated

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
|---|---|
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED   AGE: 31

ORDERING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:   07/21/2009   13:00 ET
REPORTED:    07/22/2009   06:51 ET

GENDER: F FASTING: N

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2787 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1856 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 530 | | 200-950 cells/uL | |
| **ABSOLUTE EOSINOPHILS** | | 0    L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 26 | | 0-200 cells/uL | |
| NEUTROPHILS | 53.6 | | % | |
| LYMPHOCYTES | 35.7 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 0.0 | | % | |
| BASOPHILS | 0.5 | | % | |

**PERFORMING LABORATORY INFORMATION**

WA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
CLIA:  07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (860) 829-4244

SPEARS, HALEY - WC452572C

Page 2 - End of Report

Signed by DONNA HAUPT, PA-C on 07/22/2009 09:01 AM  ...ated. All rights reserved. OD20000-NYL. Revised 5408. SC2K - 116520.

Liberty003859



**Quest Diagnostics**

Quest Diagnostics Incorporated

| | |
|---|---|
| **PATIENT INFORMATION**<br>**SPEARS, HALEY** | **REPORT STATUS FINAL** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

SPECIMEN INFORMATION
SPECIMEN:      WC341038C
REQUISITION: 3969191

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22103203                    60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:   07/14/2009   14:45 ET
RECEIVED:    07/15/2009   00:32 ET
REPORTED:    07/15/2009   06:47 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 20 | | 7-25 mg/dL | |
| CREATININE | 0.85 | | 0.50-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 18      L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 21 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.39 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.9 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 273 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC341038C                                    Page 1 - Continued on Page 2
  Signed by DARIO ZAGAR on 07/15/2009 09:12 AM
Quest Diet - Notes: HCO3 18 (topamax)          Quest Diagnostics Incorporated. All rights reserved. QD20000-NTL Revised Mtls. SCDX - t15570.

Liberty003860

 **Quest**
**Diagnostics**

Quest Diagnostics Incorporated

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
| --- | --- |
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

| | | | DOB: REDACTED   AGE: 31 | ORDERING PHYSICIAN |
| --- | --- | --- | --- | --- |
| COLLECTED: | 07/14/2009 | 14:45 ET | GENDER: F FASTING: N | **ZAGAR, DARIO** |
| REPORTED: | 07/15/2009 | 06:47 ET | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| ABSOLUTE NEUTROPHILS | 2326 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2096 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 434 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 235 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 10 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.6 | | % | |
| LYMPHOCYTES | 41.1 | | % | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.6 | | % | |
| BASOPHILS | 0.2 | | % | |
| TSH, 3RD GENERATION | 1.53 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER     0.20-4.70
SECOND TRIMESTER    0.30-4.10
THIRD TRIMESTER     0.40-2.70

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492. Laboratory Director:  NEENA SINGH,MD
CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (860) 829-4244

SPEARS, HALEY - WC341038C                                    Page 2 - End of Report
  Signed by DARIO ZAGAR on 07/15/2009 09:12 AM
Quest, Quest Diagnostics - Notes: HCO3 18 (topamax)        Quest Diagnostics Incorporated. All rights reserved. OD26200-NTL. Revised 5/08. SC2K - 115570.

Liberty003861



**Associated Neurologists**
*of* **Southern Connecticut, P.C.**

Kenneth C. Siegel, M.D.*

Jeffrey L. Gross, M.D.*

Peter J. McAllister, M.D.*

Anthony Quan Hoang, M.D.*

Srinath Kadimi, M.D., F.R.C.S.*

Lori Jensen Cretella, M.D.*

Dario M. Zagar, M.D.*

P. Christopher H. Gottschalk, M.D.*

* Certified in neurology by the American
Board of Psychiatry and Neurology

Physician Assistants
Bozena Czapke, PA-C
Elena Nicola, PA-C

Director of Neurorehabilitation Services
Joel S. Feigenson, M.D.

Neuropsychologists
Amy B. Palmer, Psy.D.
Kimi Carson, Ph.D.

Clinical Social Worker
Leslie Pols, LCSW

Practice Administrator
Marilyn Agresta

June 12, 2009

To Whom It May Concern:

Haley Spears (tel number 860 308-2050) is still unable to return to work for medical
reasons. If you have any further questions, feel free to contact me.

Sincerely,

*K. Dondlinger*

K. Dondlinger, RN for
Dario Zagar, MD

75 Kings Highway Cutoff   |   Fairfield, Connecticut 06824   |   tel: 203.333.1133   |   fax: 203.333.3937
670 Boston Post Road   |   Milford, Connecticut 06460   |   tel: 203.877.1414   |   fax: 203.877.3144

www.anscneuro.com

Liberty003862

## Quest Diagnostics Incorporated

**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC780230B
REQUISITION: 3424450

COLLECTED:   06/09/2009    15:45 ET
RECEIVED:    06/10/2009    00:38 ET
REPORTED:    06/10/2009    06:55 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**ZAGAR, DARIO**

CLIENT INFORMATION
NE22103203        60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC |  |  |  | QWA |
| PANEL W/EGFR |  |  |  |  |
| GLUCOSE | 90 |  | 65-99 mg/dL |  |
|  |  |  | FASTING REFERENCE INTERVAL |  |
| UREA NITROGEN (BUN) | 16 |  | 7-25 mg/dL |  |
| CREATININE | 0.75 |  | 0.58-1.06 mg/dL |  |
| eGFR NON-AFR. AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 |  |
| eGFR AFRICAN AMERICAN | >60 |  | > OR = 60 mL/min/1.73m2 |  |
| BUN/CREATININE RATIO | NOT APPLICABLE |  | 6-22 (calc) |  |
|  | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN |  |  |  |
|  | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. |  |  |  |
| SODIUM | 138 |  | 135-146 mmol/L |  |
| POTASSIUM | 3.9 |  | 3.5-5.3 mmol/L |  |
| CHLORIDE | 106 |  | 98-110 mmol/L |  |
| CARBON DIOXIDE | 21 |  | 21-33 mmol/L |  |
| CALCIUM | 9.0 |  | 8.6-10.2 mg/dL |  |
| PROTEIN, TOTAL | 6.8 |  | 6.2-8.3 g/dL |  |
| ALBUMIN | 4.5 |  | 3.6-5.1 g/dL |  |
| GLOBULIN | 2.3 |  | 2.2-3.9 g/dL (calc) |  |
| ALBUMIN/GLOBULIN RATIO | 2.0 |  | 1.0-2.1 (calc) |  |
| BILIRUBIN, TOTAL | 0.5 |  | 0.2-1.2 mg/dL |  |
| ALKALINE PHOSPHATASE | 39 |  | 33-115 U/L |  |
| AST | 19 |  | 10-30 U/L |  |
| ALT | 28 |  | 6-40 U/L |  |
| CBC (INCLUDES DIFF/PLT) |  |  |  | QWA |
| WHITE BLOOD CELL COUNT | 5.4 |  | 3.8-10.8 Thousand/uL |  |
| RED BLOOD CELL COUNT | 4.30 |  | 3.80-5.10 Million/uL |  |
| HEMOGLOBIN | 12.6 |  | 11.7-15.5 g/dL |  |
| HEMATOCRIT | 38.1 |  | 35.0-45.0 % |  |
| MCV | 88.7 |  | 80.0-100.0 fL |  |
| MCH | 29.4 |  | 27.0-33.0 pg |  |
| MCHC | 33.2 |  | 32.0-36.0 g/dL |  |
| RDW | 14.6 |  | 11.0-15.0 % |  |
| PLATELET COUNT | 287 |  | 140-400 Thousand/uL |  |
| MPV | 8.4 |  | 7.5-11.5 fL |  |

SPEARS, HALEY - WC780230B                  Page 1 - Continued on Page 2
   Signed by DARIO ZAGAR on 06/10/2009 09:03 AM
   - Notes: nl cbc, chem 7, lft

 **Quest**
**Diagnostics**

Quest Diagnostics Incorporated

| PATIENT INFORMATION | REPORT STATUS **FINAL** |
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED  AGE: 31      ORDERING PHYSICIAN
**ZAGAR, DARIO**

| COLLECTED: | 06/09/2009 | 15:45 ET | GENDER: F FASTING: U |
| REPORTED: | 06/10/2009 | 06:55 ET | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2948 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1917 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 464 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 38 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.6 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 8.6 | | % | |
| EOSINOPHILS | 0.7 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
Queued to:  (212) 799-2377
Queued to:  (860) 829-4244
Queued to:  8606675406FAX

DUPLICATE REPORT WILL BE SENT TO:                CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

DR RAXIEN

DR GOUIN

HALEY SPEARS
1008 TROUT BROOK DR.
WEST HARTFORD, CT

SPEARS, HALEY - WC780230B                            Page 2 - End of Report

Signed by DARIO ZAGAR on 06/10/2009 09:03 AM
- Notes: nl cbc, chem 7, lft

Liberty003864

 **Associated Neurologists**
*of* **Southern Connecticut, P.C.**

Kenneth C. Siegel, M.D.*

Jeffrey L. Gross, M.D.*

Peter J. McAllister, M.D.*

Anthony Quam Hong, M.D.*

Srinath Kadimi, M.D., F.R.C.S.*

Lori Jensen Cretello, M.D.*

Dario M. Zagar, M.D.*

P. Christopher H. Gottschalk, M.D.*

* Certified in neurology by The American Board
of Psychiatry and Neurology

Physician Assistants
Bozena Crepke, PA-C
Cheryl Behon, PA-C

Director of Neurorehabilitation Services
Joel S. Feigenson, M.D.

Neuropsychologists
Amy B. Palmer, Psy.D.
Kimi Carson, Ph.D.

Clinical Social Worker
Leslie Hein, LCSW

Practice Administrator
Marilyn Agresta

Re: Haley Spears

May 26, 2009

To Whom It May Concern:

I have been following Haley Spears for her neurological issues since January of 2009.
These symptoms, present for almost a year now, include frequent headaches, fatigue,
joint pains, digestive problems, and cognitive complaints. While the workup has been
complicated, the current probable diagnosis is CNS Lyme disease; she is also under the
care of a rheumatologist and infectious disease specialist for this problem, and is
receiving antibiotic therapy.

Unfortunately, while she has had improvement in headaches, she continues to have
fatigue and cognitive issues which limit her daily functioning, and in my opinion have
made her unable to work at this time. She spends a good portion of the day sleeping, and
her work has suffered according to her supervisors, based on Ms. Spears report to me.
I expect that she will be able to return to work in the next few months, probably initially
part-time, and later hopefully full-time, but that it is detrimental to her to expect that at
this time.

Please feel free to contact me with any questions. I will be happy to assist you in any
way possible to help facilitate this case.

Sincerely,

Dario M. Zagar, MD

75 Kings Highway Cutoff   |   Fairfield, Connecticut 06824   |   tel: 203.333.1133   |   fax: 203.333.3937
670 Boston Post Road   |   Milford, Connecticut 06460   |   tel: 203.877.1414   |   fax: 203.877.3144
**www.ansoneuro.com**

Liberty003865

**Received:**
**03/03/2008   14:29  Infusion center**

Mar  3 2009 02:21pm
(FAX)2035765652                    P.002/002

```
03/02/2009              ST. VINCENT'S MEDICAL CENTER          AUTOSEND REPORT
   14:16             DEPARTMENT OF LABORATORY MEDICINE         PAGE:      1
                    2800 MAIN STREET, BRIDGEPORT, CT 06606
   NAME: SPEARS,HALEY
   H#  : 674329              LOC: IFCNTR               AGE: 31Y    SEX: F
   ACCT: 77316016            DR: NO PRIMARY CARE, DOC
                             DR: ZAGAR, DARIO

M50888     COLL: 03/02/2009 14:00 REC: 03/02/2009 14:10 PHYS: NO PRIMARY CARE, DO


   CBC WITH PLATELET                                         STAT
      WBC              L3.9      [4.8-10.8]  TH/MM3
      RBC              4.42      [4.20-5.40] MI/MM3
      HGB              12.8      [12.0-16.0] G/DL
      HCT              38.3      [37.0-47.0] %
      MCV              87        [79-97]     FL
      MCH              29.0      [27.0-31.0] PG
      MCHC             33.4      [32.0-36.0] %
      RDW              13.8      [11.5-14.5] %
      PLATELET COUNT   232       [140-440]   TH/MM3
      MPV              8.1       [7.4-10.4]  FL
```

Signed by DARIO ZAGAR on 03/03/2009 03:03 PM

Liberty003866

Quest Diagnostics

Quest Diagnostics Incorporated

# Laboratory Report

**Quest Diagnostics Incorporated**
**Regional Headquarters**
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.5500

DARIO ZAGAR, MD
GROUP #103203
ASSOCIATED NEUROLOGISTS
75 KINGS HWY CUTOFF 5TH
FAIRFIELD, CT 06824
225770 6001-0000

| Patient Name | | |
|---|---|---|
| SPEARS, HALEY A | 18391 | AE REDACTED |

| Patient Telephone No. | Physician |
|---|---|
| (860) 308-2050 | DARIO ZAGAR MD |

| Time Collected | Date Collected | Date Received | Date Reported |
|---|---|---|---|
| 13:09 | 02/17/2009 | 02/18/2009 | 02/24/2009 |

| **Test Name** | **Result** | **Reference** |
|---|---|---|
| *Lyme Disease Ab w/rfx IgG, IgM* | | |
| Lyme Disease Screen | <0.91 | < OR = 0.90 Index |
| Lyme Disease Interpret. | NEGATIVE | NOTE |

Reference ranges:
< or = 0.90 Negative
0.91 to 1.09 Equivocal
> or = 1.10 Positive

Due to recommendations by the Food and Drug Administration (FDA), all positive or equivocal Borrelia burgdorferi antibody EIA (screening) tests will be followed by the Western blot. The screening test for B. burgdorferi has a low predictive value for a negative result when used to detect early infection and a low predictive value for a positive result when exposure history, symptoms, and clinical findings are not consistent with Lyme disease. Positive or equivocal results should not be interpreted as true positives until a second-step testing of the specimen is done using a method that is more specific for antibodies to B. burgdorferi (e.g. Western blot).

The State of CT. asks us to remind all physicians to report all cases of Lyme disease. Please call them at 860-509-7994 for reporting forms.

| | | |
|---|---|---|
| *Lyme Disease IgG and IgM, WB* | | |
| Lyme Disease Screen | <0.91 | < OR = 0.90 Index |
| Lyme Disease Interpret. | NEGATIVE | NOTE |

Reference ranges:
< or = 0.90 Negative
0.91 to 1.09 Equivocal
> or = 1.10 Positive

Due to recommendations by the Food and Drug Administration (FDA), all positive or equivocal Borrelia burgdorferi antibody EIA (screening) tests will be followed by the Western blot. The screening test for B. burgdorferi has a low predictive value for a negative result when used to detect early infection and a low predictive value for a positive result when exposure history, symptoms, and clinical findings are not consistent with Lyme disease. Positive or equivocal results should not be interpreted as true positives until a second-step testing of the specimen is done using a method that is more specific for antibodies to B. burgdorferi (e.g. Western blot).

| | | |
|---|---|---|
| Lyme Disease (IgG), WB | NEGATIVE | NEGATIVE |
| 18 kD (IgG) band | NON-REACTIVE | |
| 23 kD (IgG) band | NON-REACTIVE | |
| 28 kD (IgG) band | NON-REACTIVE | |
| 30 kD (IgG) band | NON-REACTIVE | |
| 39 kD (IgG) band | NON-REACTIVE | |
| 41 kD (IgG) band | NON-REACTIVE | |
| 45 kD (IgG) band | NON-REACTIVE | |
| 58 kD (IgG) band | NON-REACTIVE | |
| 66 kD (IgG) band | NON-REACTIVE | |

Page 1: Continued on Page 2

Referred to Quest Diagnostics Inc. ... Ortega Highway, San Juan Capistrano, CA 92690 (3) Referred to Quest Diagnostics Inc. One Malcolm Avenue, Teterboro, NJ

Signed by DARIO ZAGAR on 02/25/2009 09:19 AM

~ Notes: Lyme ELISA/WB neg (no bands)

© Quest Diagnostics Incorporated. All rights reserved.

**Quest Diagnostics**

Quest Diagnostics Incorporated

**Laboratory Report**

DARIO ZAGAR, MD
GROUP #103203
ASSOCIATED NEUROLOGISTS
75 KINGS HWY CUTOFF 5TH
FAIRFIELD, CT 06824
225770                6001-0000

**Quest Diagnostics Incorporated**
**Regional Headquarters**
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.5500

| Patient Name | | | |
|---|---|---|---|
| SPEARS, HALEY A. | | 18391 | AE REDACTED |

Patient Telephone No.
(860) 308-2050    DARIO ZAGAR MD           N           Final    2

| Collected | Date Collected | | Reported |
|---|---|---|---|
| 13:09 | 02/17/2009 | 02/18/2009 | 02/24/2009 |

| Test Name | Result | Reference |
|---|---|---|
| 93 kD (IgG) band | NON-REACTIVE | NOTE |

IgG Western Blot strips which have 5 (or more) of the 10 significant
bands are considered positive for specific antibody to B. burgdorferi.
The diagnosis of Lyme disease must include careful clinical evaluation
and should not be based only on detection of antibodies to
B. burgdorferi. A negative western blot interpretation does not
exclude the possibility of infection with B. burgdorferi. (Ref:
Dressler F, Whalen JA, Reinhardt BN, and Steere AC. Western Blotting
in the Serodiagnosis of Lyme Disease, J Infect. Dis. 1993, 167:392-400
and the Recommendations of the Second Conference of Lyme Disease,
Dearborn, Michigan, 1994.)

| Lyme Disease (IgM),WB | NEGATIVE | NEGATIVE |
|---|---|---|
| 23 kD (IgM) band | NON-REACTIVE | |
| 39 kD (IgM) band | NON-REACTIVE | |
| 41 kD (IgM) band | NON-REACTIVE | NOTE |

IgM Western Blot strips which have a minimum of 2 of the 3 significant
bands are considered positive for specific antibody to B. burgdorferi.
The diagnosis of Lyme disease must include careful clinical evaluation
and should not be based only on detection of antibodies to
B. burgdorferi. A negative western blot interpretation does not
exclude the possibility of infection with B. burgdorferi. (Ref:
Dressler F, Whalen JA, Reinhardt BN, and Steere AC, Western Blotting
in the Serodiagnosis of Lyme Disease, J Infect. Dis. 1993, 167:392-400
and the Recommendations of the Second Conference of Lyme Disease,
Dearborn, Michigan, 1994).

The State of CT. asks us to remind all physicians to report all cases
of Lyme disease. Please call them at 860-509-7994 for reporting forms.

Carbon Copy report sent to:    SPEARS, HALEY A
                               JOACHIM BAEHRING,M.D.

                * End of Final Report *

Signed by DARIO ZAGAR on 02/25/2009 09:19 AM
Notes: Lyme ELISA/WB neg (no bands)

Liberty003868

*Associated Neurologists*
     *of Southern Connecticut*

Name    Spears  Haley
DOB/Age
Date      2/9/09

Chief Complaint/Active Problem

ε βρ

Neurological Consultation    _____
Follow-up Visit              _____
IO Referral_____    IO Consult _____
Date of Injury or Onset _____
Referral source             _____
Primary Care Physician _____
Others Present              _____

History of the Present Illness    (4/8)

Location

Quality

Severity

Duration

Timing

Context

Modifying Factors

Associated Symptoms

discussed risks /benefits /side effects,
willing to proceed.

using sterile technique,
Epidural space was cannulated,
10 cc Pt's Blood injected
c̄ no complication.
pt. to lie down X
60 min + drink fluids.

ANSC-HX04

Liberty003869

**A**ssociated **N**eurologists
of **S**outhern **C**onnecticut

4

Name _Spears #_
Date _2/9/09_

## Medical Decision Making

| Records of Post Medical Care/Diagnostic Studies/Conferencing | reviewed | requested | discussed |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| Neurological Diagnosis    date of onset | activity | risk of condition | discussed |
|---|---|---|---|
| 1. post - CP H/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Studies Planned/Referrals/Consultations | indication | risk of procedure | discussed |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Treatments: meds/therapy/home care | goals and risks of treatment | discussed |
|---|---|---|
| 1. Epidural Blood Patch | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Controlled Meds Treatment Policy _____

Work Status    present _____
               planned _____

Follow up
Signature        MD

Time In: _____   Time Out: _____

☐ More than 50% of time spent counseling /coordinating care.

Discussion:

Liberty003870

## Quest Diagnostics

Quest Diagnostics Incorporated

### Laboratory Report

**Quest Diagnostics Incorporated**
**Regional Headquarters**
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.5500

DARIO ZAGAR, MD
GROUP #103203
ASSOCIATED NEUROLOGISTS
75 KINGS HWY CUTOFF   5TH
FAIRFIELD, CT   06824
225770                6001-0000

REDACTED

Patient Name

SPEARS, HALEY

Patient Telephone No.                    Physician

(860) 930-0887

| Collected | Date Collected | Received | Reported |
|-----------|----------------|----------|----------|
| 12:45 | 02/03/2009 | 02/03/2009 | 02/11/2009 |

| Test Name | Result | Reference |
|-----------|--------|-----------|
| Glucose, CSF | 52 | 40-80 mg/dL |
| Protein, Total, CSF | 21.0 | 15-45 mg/dL |
| Angiotensin Conv Enzyme, CSF | | (95) |
| ACE, CSF | 6 | <=15 U/L |
| Borrelia burgdorferi IgG, M, WB (CSF) | | |
| Borrelia burgdorferi IgG | ANTIBODY DETECTED | |
| * BANDS PRESENT: 41Kd, 39Kd, 30Kd, 18Kd | | |
| | | |
| Borrelia burgdorferi IgM | ANTIBODY NOT DETECTED | NOTE |

Reference range: Antibody Not Detected

No interpretive criteria for B. burgdorferi Western blot have been
established for CSF or other fluids. The presence of Borrelia
burgdorferi reactive antibodies in fluids may represent either
compartmental antibody production or transudation of plasma antibody.
The Western blot test will confirm the presence of Borrelia
burgdorferi specific antibodies detected by serologic screening
methods (ELISA, IFA).
Test referred to: Focus Diagnostics, Inc.,
5785 Corporate Avenue, Cypress, CA 90630

The State of CT. asks us to remind all physicians to report all cases
of Lyme disease. Please call them at 860-509-7994 for reporting forms.

(95)    Test(s) performed at Quest Diagnostics Nichols Institute
        14225 Newbrook Drive
        Chantilly, VA  20153

* End of Final Report *

Referred to Quest Diagnostics Inc.
Three Sterling Driv                nostics Inc.        Quest Diagnostics Inc.        Referred to Quest Diagnostics Inc.
Signed by DARIO ZAGAR on 02/17/2009 05:24 PM        One Malcolm Avenue
- Notes: reviewed, d/w pt.        Teterboro, NJ

Liberty003871

Printed on 10/4/2015 10:49 PM

Page 1 of 3

**SPEARS,HALEY        Scan on 9/15/2015 3:35 PM by User: WASHINGTON, RENEE**

09/04/2015    14:55 Yale  Neur-Uncology                    (FAX)203 737 9581          P. 001/003

Yale CANCER CENTER
A Comprehensive Cancer Center Designated
by the National Cancer Institute

SMILOW CANCER HOSPITAL
AT YALE-NEW HAVEN

Joachim Baehring, MD, DSc        /        Kevin Becker, MD., PhD
Yale Cancer Center, Department of Neurology, Neuro-Oncology
15 York Street, LCI 920, New Haven, CT 06510
Tel. 203 200 1635 Clinical  /  203-737-7084 Academic
Fax. 203 737 3551 Clinical & Academic / 203 500 4811 Clinical

Monika Laurans, PA        Araias Galway, APRN        Mary Ellen Taylor RN        Kris Overstrum, RN BSN
Christina Morier, Sr. Admin.                    Ebony Hicks, Clinical Secretary

| | | | |
|---|---|---|---|
| TO: | Mal Reenda | FROM: | Ebony Hicks |
| FAX NUMBER: | 685 4645 | DATE: | 9/4/15 |
| PHONE NUMBER: | | TOTAL NO. OF PAGES INCLUDING COVER: | |
| RE: | MR 2315066 | | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply        ☐ Please Recycle

**NOTES/COMMENTS:**

The documents accompanying this transmission may contain confidential health information that is legally protected. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately by calling us or by sending a return fax indicating that you have arranged for the return or performed destruction of these documents.



Liberty003872

## Medical Records

, CT
Phone: 203- Fax: 203-

**Patient:** **HALEY SPEARS**
**MRN:** 2264654
**DOB:** REDACTED
**SEX:** Female

**07/30/2010 - Transcription: Neu Sur:Yale Neurosurgery-Yale University School of Medicine-**
**Provider: SYS SYSTEM**
**Location of Care: Yale-New Haven Hospital**

Neu Sur:Yale Neurosurgery-Yale University School of Medicine-
Department of Neurosugery
***FINALIZED DOCUMENT IS IN THE PAPER CHART***

Surgical Oncology
Joseph M. Piepmeier MD
Ketan R. Bulsara MD
Skull Base Tumors
Khalid M. Abbed MD
Spine Tumors

Medical Neuro-Oncology
Joachim M. Baehring MD, DSc

Medical Oncology
Jill Lacy MD

Radiation Oncology
Jonathan P. Knisely MD
Kenneth B. Roberts MD

Gamma Knife Center
Veronica L. Chiang MD

Neuropathology
Anita Huttner MD, PhD
Alexander Vortmeyer MD, PhD

Neuroradiology
Robert K. Fullbright MD

Clinical Coordinator
Betsey D'Andrea RN

Physician Assistant
Monika Laurans, PA-C

PATIENT NAME: Spears, Haley
PATIENT ID: 2264654
DATE OF BIRTH: REDACTED
DATE OF VISIT: 07/30/2010

Haley returns to the Yale Neurology Clinic for followup of a right temporal lobe signal abnormality and a pineal region cyst.

Since we have seen her last on July 31, 2009, Haley's headaches have not worsened in frequency or intensity. The cephalgic episodes occur in cycles with headache free

CONFIDENTIAL - Do not copy without appropriate authorization                                          Page 2
Print Date/time: October 4, 2015  Printed by: Inetta Silva

## Medical Records
, CT
Phone: 203-  Fax: 203-

**Patient: HALEY SPEARS**
**MRN:** 2264654
**DOB:** REDACTED
**SEX:** Female

periods lasting now weeks to months.  Her last "migraine" she reports was in May 2010.
She usually takes Migranal to prevent the headaches, if she has one, from worsening.
She has not suffered any headaches with acute onset and intense severity preceded by
postural change.  She denies any nausea or vomiting.  Apparently, she has been
diagnosed with babesiosis, Bartonella, and borreliosis infections; she is under the
care of Dario Zagar, M.D. associated neurologist of Southern Connecticut for these
issues.

MEDICATIONS:
Include Topamax, Singulair, Prevacid, famotidine, Plaquenil, Rifampin, Mepron and
Zithromax.  She used to have a PICC line, but that has been removed.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature is 98.0.  Heart rate is 67.  Respirations are 18 breaths per
minutes.  Blood pressure is 116/69.  Oxygen saturation is 100% on room air.  Her weight
is 53.3 kg.

On neurologic exam, she is fully awake, alert and oriented.  Her language is fluent.
There are no cognitive deficits.  Pupils are equal, round and reactive to light.  There
is no papilledema.  There are no cranial nerve abnormalities.  There is no drift of the
outstretched arms.  Muscle strength, bulk and tone are normal and symmetric.  There is
no extinction.  No dysmetria.  Reflexes are symmetric.  Gait is normal-based and
steady.

Clinic Note

PATIENT NAME:  Spears, Haley
PATIENT ID:  2264654
DATE OF BIRTH:  REDACTED
DATE OF VISIT:  07/30/2010

We have reviewed her MRI scan from today and compared it with previous study.  Again
noted is an area of increased T2 signal adjacent to the temporal horn of the right
lateral ventricle.  This is entirely unchanged in size and appearance and is of unknown
etiology.  The benign pineal cyst has a regular wall.  It is not enhancing and flow
through the aqueduct is open.

Ms. Spears remains asymptomatic.  Therefore, we keep the intervals between the scans of
one year.  The etiology of the right temporal lesions remains uncertain.  But with
every MRI passing without an increase in the size of this lesion, the diagnosis of an
infiltrative tumor becomes less and less likely.  She seems to be entirely asymptomatic
from her pineal region cyst, which remains to display very benign imaging
characteristics.  Haley will return to the office in a year after her next scan.

James Mark Lazenby, APRN
Joachim M. Baehring, M.D., D. Sc.

Addendum: I agree with the above note, assessment and plan. I was present during the
crucial elements of the patient's history, review of systems and physical/neurologic
examination and performed critical portions thereof myself. I personally reviewed
pertinent imaging and laboratory results, and an updated medication list. I generated

Liberty003874

CONFIDENTIAL - Do not copy without appropriate authorization
Print Date/time: October 4, 2015 Printed by: Inetta Silva

Page 2

## Medical Records
, CT
Phone: 203-  Fax: 203-

**Patient: HALEY SPEARS**
**MRN:** 2264654
**DOB:** REDACTED
**SEX:** Female

periods lasting now weeks to months.  Her last "migraine" she reports was in May 2010.
She usually takes Migranal to prevent the headaches if she has one from coming on if it
occurs.  She has not suffered any headaches or an acute onset and intense severity
preceded by postural change.  She denies any nausea or vomiting.  Apparently, she has
been diagnosed with babesiosis and bartonella infections and borreliosis and she is
under the care of Dario Zagar, M.D. associated neurologist of Southern Connecticut for
these issues.

MEDICATIONS:
Include Topamax, Singulair, Prevacid, famotidine, Plaquenil, Rifampin, Mepron and
Zithromax.  She used to have a PICC line, but that has been removed.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature is 98.0.  Heart rate is 67.  Respirations are 18 breaths per
minutes.  Blood pressure is 116/69.  Oxygen saturation is 100% on room air.  Her weight
is 53.3 kg.

On neurologic exam, she is fully awake, alert and oriented.  Her language is fluent.
There are no cognitive deficits.  Pupils are equal, round and reactive to light.  There
is no papilledema.  There are no cranial nerve abnormalities.  There is no drift of the
outstretched arms.  Muscle strength, bulk and tone are normal and symmetric.  There is
no extinction.  No dysmetria.  Reflexes are symmetric.  Gait is normal-based and
steady.

Clinic Note

PATIENT NAME:  Spears, Haley
PATIENT ID:  2264654
DATE OF BIRTH:  REDACTED
DATE OF VISIT:  07/30/2010

We have reviewed her MRI scan from today and compared it with previous study.  Again
noted is an area of increased T2 signal adjacent to the temporal horn of the right
lateral ventricle.  This is entirely unchanged in size and appearance and is of unknown
etiology.  The benign pineal cyst has a regular wall.  It is not enhancing and flow is
open.

Ms. Spears remains asymptomatic.  Therefore, we keep the intervals between the scans of
one year.  The etiology of the right temporal lesions remains uncertain.  But with
every MRI passing without an increase in the size of this lesion, the diagnosis of an
infiltrative tumor becomes less and less likely.  She seems to be entirely asymptomatic
from her pineal region cyst, which remains to display very benign imaging
characteristics.  Haley will return to the office in a year after her next scan.

James Mark Lazenby, APRN
Joachim M. Baehring, M.D., D. Sc.

JML/rct

Addendum: I agree with the above note, assessment and plan. I was present during the
crucial elements of the patient's history, review of systems and physical/neurologic



Liberty003875

CONFIDENTIAL - Do not copy without appropriate authorization
Print Date/time: October  4, 2015  Printed by: Inetta Silva

Page 3

## Medical Records
, CT
Phone: 203-  Fax: 203-

**Patient: HALEY SPEARS**
**MRN:**    2264654
**DOB:**    REDACTED
**SEX:**    Female

examination and performed critical portions thereof myself. I personally reviewed
pertinent imaging and laboratory results, and an updated medication list. I generated
the treatment plan and communicated this to the patient with their full understanding.

Joachim M. Baehring, M.D., DSc

cc: Dario M. Zagar, M.D.
75 Kings Highway Cutoff
Fairfield, CT  06824
Fax +203-333-3937

Kristin A. Giannini, MD, Healthwise Rockville Family Physicians
520 Hartford Turnpike, Suite N
Vernon Rockville, CT 06066-5037
Fax +860-875-6271

Clinic Note

DIGITALLY SIGNED FEB 07, 2011, 02:42- SIGNER: JOACHIM M. BAEHRING  M.D. (4D535744)

Yale Brain Tumor Center
A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208082
New Haven, CT 06520-8082

(203) 785-7284 phone
(203) 737-2591 fax

DIGITALLY SIGNED FEB 07, 2011, 02:42- SIGNER: JOACHIM M. BAEHRING  M.D. (4D535744)

Signer: Joachim M. Baehring  M.D.. Sign date: 2/7/2011 2:42:11 AM.  Creator: 4D535744.
Signature expiry date: 12/31/2014 11:00:00 PM

**Signed before import by SYS SYSTEM**
**Filed automatically on 02/10/2011 at 10:30 PM**

Liberty003876

*CONFIDENTIAL - Do not copy without appropriate authorization*
Print Date/time: October  4, 2015  Printed by: Inetta Silva

Page 3

## Medical Records
, CT
Phone: 203-  Fax: 203-

**Patient: HALEY SPEARS**
**MRN:**    2264654
**DOB:**    REDACTED
**SEX:**    Female

the treatment plan and communicated this to the patient with their full understanding.

Joachim M. Baehring, M.D., DSc

JML/rct

cc: Dario M. Zagar, M.D.
75 Kings Highway Cutoff
Fairfield, CT  06824
Fax +203-333-3937

Kristin A. Giannini, MD, Healthwise Rockville Family Physicians
520 Hartford Turnpike, Suite N
Vernon Rockville, CT 06066-5037
Fax +860-875-6271

Clinic Note

DIGITALLY SIGNED SEP 14, 2010, 00:09- SIGNER: JOACHIM M. BAEHRING  M.D. (4D535744)

Yale Brain Tumor Center
A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208082
New Haven, CT 06520-8082

(203) 785-7284 phone
(203) 737-2591 fax

DIGITALLY SIGNED SEP 14, 2010, 00:09- SIGNER: JOACHIM M. BAEHRING  M.D. (4D535744)

Signer: Joachim M. Baehring  M.D..  Sign date: 9/14/2010 12:09:44 AM.  Creator:
4D535744.  Signature expiry date: 1/1/2015

**Signed before import by SYS SYSTEM**
**Filed automatically on 09/15/2010 at 10:26 PM**



CONFIDENTIAL - Do not copy without appropriate authorization
Print Date/time: October 4, 2015  Printed by: Inetta Silva

Page 1

## Medical Records
, CT
Phone: 203-  Fax: 203-

**Patient: HALEY SPEARS**
**MRN:** 2264654
**DOB:** REDACTED
**SEX:** Female

**07/30/2010 - Transcription: Neu Sur:Yale Neurosurgery-Yale University School of Medicine-Provider: SYS SYSTEM**
**Location of Care: Yale-New Haven Hospital**

Neu Sur:Yale Neurosurgery-Yale University School of Medicine-
Department of Neurosugery
***FINALIZED DOCUMENT IS IN THE PAPER CHART***

Surgical Oncology
Joseph M. Piepmeier MD
Ketan R. Bulsara MD
Skull Base Tumors
Khalid M. Abbed MD
Spine Tumors

Medical Neuro-Oncology
Joachim M. Baehring MD, DSc

Medical Oncology
Jill Lacy MD

Radiation Oncology
Jonathan P. Knisely MD
Kenneth B. Roberts MD

Gamma Knife Center
Veronica L. Chiang MD

Neuropathology
Anita Huttner MD, PhD
Alexander Vortmeyer MD, PhD

Neuroradiology
Robert K. Fullbright MD

Clinical Coordinator
Betsey D'Andrea RN

Physician Assistant
Monika Laurans, PA-C

PATIENT NAME:  Spears, Haley
PATIENT ID:  2264654
DATE OF BIRTH:  REDACTED
DATE OF VISIT:  07/30/2010

Haley returns to the Yale Neurology Clinic for followup of a right temporal lobe signal abnormality and a pineal region cyst.

Since we have seen her last on July 31, 2009, Haley's headaches have not worsened in frequency or intensity.  The cephalgic episodes occur in cycles with headache free

Liberty003878

*CONFIDENTIAL - Do not copy without appropriate authorization*
Print Date/time: October  4, 2015  Printed by: Inetta Silva

Page 1

## Medical Records
, CT
Phone: 203-  Fax: 203-

**Patient:  HALEY SPEARS**
**MRN:**       2264654
**DOB:**       REDACTED
**SEX:**        Female

**07/30/2010 - Imaging Report: MNBRNC MRI BRAIN WO/W CONTRAST Final Result**
**Provider: SYS SYSTEM**
**Location of Care: Yale-New Haven Hospital**

MNBRNC MRI BRAIN WO/W CONTRAST Final Result
UNOFFICIAL COPY

Examination: MRI of the brain without and with intravenous contrast.  Indication: 32-
year-old female with right temporal lobe lesion.  Comparison: 7/31/2009.  Technique:
Multiplanar multisequential MR images of the brain were  obtained before and after the
administration of intravenous contrast.  The patient was administered 0.1 mmol/kg of
Magnevist.  Findings: There is redemonstration of a subcentimeter T2 hyperintense
lesion  involving the white matter of the right temporal lobe, without mass  effect,
restricted diffusion, or enhancement. There is also  redemonstration of a subcentimeter
pineal cyst, not significantly  changed.  There is no midline shift or mass effect.
There is no acute infarct  or intraparenchymal hemorrhage. The ventricles, basal
cisterns, and  midline structures are unremarkable. There are no intra-axial or  extra-
axial fluid collections. There is no abnormal enhancement.  The orbits and air-filled
structures are unremarkable.  Impression:  No significant interval change in
nonspecific area of T2  hyperintensity involving the right temporal lobe.  Stable
subcentimeter pineal cyst.

Signed by Radiologist: Frank 390 Minja, M.D.

**Signed before import by SYS SYSTEM**
**Filed automatically on 08/01/2010 at 7:20 PM**



YNH 20 YORK ST                          SPEARS,HALEY
20 York Street                          MRN: MR2315066
New Haven CT 06510                      DOB: REDACTED Sex: F
                                        Adm: 9/23/2011, D/C:

---

Progress Notes signed by  at 9/30/2011  8:25 AM

| | | |
|---|---|---|
| Author: Baehring, Joachim M, MD | Service: (none) | Author Type: Physician |
| Filed: 10/25/2011 6:13 PM | Note Time: 9/23/2011 11:00 AM | Note Type: Progress Notes |
| Status: Signed | Editor: Baehring, Joachim M, MD (Physician) | |
| Trans ID: A2301875 | Trans Status: Available | Dictation Time: 9/30/2011 8:25 AM |
| Trans Time  9/23/2011 11:00 AM | Trans Doc Type: Ambulatory Note | |

Yale Neurology NOTE (Baehring)

Re: SPEARS, HALEY (REDACTED
MRN: 2264654
Provider: Joachim M. Baehring, MD
Date of Service: 09/23/2011


CLINIC NOTE

Haley returns to the Yale Neurology Clinic for followup of a pineal region
cyst and a right temporal lobe signal abnormality.

Since her last office visit, she has no neurologic symptoms to report.  Her
headaches have largely resolved.  She has been experiencing sudden nausea
unrelated to positional changes and unaccompanied by headaches or visual
changes.  She has been seen floaters in her left eye intermittently.  She
again complains of fatigue, which is unchanged from before.  She was found
to
have an adrenal gland problem, which by her description is probably low
production of cortisol.  Her sleep wake cycles remain disturbed.

MEDICATIONS:  Prevacid, Asacol, Ultram, Zyrtec, Singulair, and albuterol as
needed.  She recently discontinued an antibiotic course with Biaxin,
Mepron,
and azithromycin due to adverse reactions.

Temperature 98.1, heart rate 71, respiratory rate 20, blood pressure
118/73,
pulse oximetry 99% on room air.  Weight is 58.8 kg.

---

Generated on 10/4/2015 10:50 PM

Liberty003880

YNH 20 YORK ST                    SPEARS,HALEY
20 York Street                    MRN: MR2315066
New Haven CT 06510                DOB: REDACTED, Sex: F
                                  Adm: 9/23/2011, D/C:



On neurologic examination, she is fully awake, alert, and oriented. Language
is fluent.  There are no cognitive deficits.  There is no papilledema. Venous
 pulsations are readily seen.  There are no cranial neuropathies.  There is no
 drift to the outstretched arms.  Muscle strength, bulk, and tone are normal
and symmetric.  Deep tendon reflexes are symmetric.  Her gait is normal based
and steady.  Romberg sign is negative.

I reviewed her most recent MRI scan, compared it to the study from a year ago,
 again noted is a benign-appearing pineal region cyst, which is unchanged in
size or appearance.  The cyst wall is barely enhancing and completely regular.
  A T2 signal abnormalities noted in the right temporal lobe, which as per the
 official report may represent a choroid plexus cyst, this is likewise
entirely unchanged.

I am very pleased with Haley's status.  The two brain MRI abnormalities have
remained entirely stable and I think we can now increase the intervals between
 surveillance scan to 18 months.  Numerous questions were answered.


Joachim M. Baehring, M.D., DSc

Liberty003881

YNH 20 YORK ST
20 York Street
New Haven CT 06510

SPEARS,HALEY
MRN: MR2315066
DOB: REDACTED Sex: F
Adm: 9/23/2011, D/C:

◆

Dictated By: Joachim Baehring

Signed By: Joachim M. Baehring, MD Oct 22 2011  8:46PM


cc:
EVAN L SCHIFF, MD, 445 S MAIN STREET, WEST HARTFORD, CT 06110

Progress Notes signed by at 9/30/2011 12:12 PM

| | | |
|---|---|---|
| Author: Baehring, Joachim M, MD | Service: (none) | Author Type: Physician |
| Filed: 10/25/2011 6:13 PM | Note Time: 9/23/2011 11:00 AM | Note Type: Progress Notes |
| Status: Signed | Editor: Baehring, Joachim M, MD (Physician) | |
| Trans ID: A2302694 | Trans Status: Available | Dictation Time: 9/30/2011 12:12 PM |
| Trans Time: 9/23/2011 11:00 AM | Trans Doc Type: Ambulatory Note | |


Yale Neurology NOTE (Baehring)

Re: SPEARS, HALEY (REDACTED
MRN: 2264654
Provider: Joachim M. Baehring, MD
Date of Service: 09/23/2011


CLINIC NOTE

Haley returns to the Yale Neurology Clinic for followup of a pineal region
cyst and a right temporal lobe signal abnormality.

Since her last office visit, she has no neurologic symptoms to report.  Her
headaches have largely resolved.  She has been experiencing sudden nausea
unrelated to positional changes and unaccompanied by headaches or visual
changes.  She has been seen floaters in her left eye intermittently.  She
again complains of fatigue, which is unchanged from before.  She was found
to
have an adrenal gland problem, which by her description is probably low
production of cortisol.  Her sleep wake cycles remain disturbed.

Generated on 10/4/2015 10:50 PM

Liberty003882

YNH 20 YORK ST
20 York Street
New Haven CT 06510

SPEARS,HALEY
MRN: MR2315066
DOB: REDACTED Sex: F
Adm: 9/23/2011, D/C:

MEDICATIONS:  Prevacid, Asacol, Ultram, Zyrtec, Singulair, and albuterol as
needed.  She recently discontinued an antibiotic course with Biaxin,
Mepron,
and azithromycin due to adverse reactions.

Temperature 98.1, heart rate 71, respiratory rate 20, blood pressure
118/73,
pulse oximetry 99% on room air.  Weight is 58.8 kg.

On neurologic examination, she is fully awake, alert, and oriented.
Language
is fluent.  There are no cognitive deficits.  There is no papilledema.
Venous
 pulsations are readily seen.  There are no cranial neuropathies.  There is
no
 drift to the outstretched arms.  Muscle strength, bulk, and tone are
normal
and symmetric.  Deep tendon reflexes are symmetric.  Her gait is normal
based
and steady.  Romberg sign is negative.

I reviewed her most recent MRI scan, compared it to the study from a year
ago,
 again noted is a benign-appearing pineal region cyst, which is unchanged
in
size or appearance.  The cyst wall is barely enhancing and completely
regular.
 A T2 signal abnormalities noted in the right temporal lobe, which as per
the
 official report may represent a choroid plexus cyst, this is likewise
entirely unchanged.

I am very pleased with Haley's status.  The two brain MRI abnormalities
have
remained entirely stable and I think we can now increase the intervals

Generated on 10/4/2015 10:50 PM



Liberty003883

YNH 20 YORK ST                    SPEARS,HALEY
20 York Street                    MRN: MR2315066
New Haven CT 06510                DOB: REDACTEDSex: F
                                  Adm: 9/23/2011, D/C:

---

between
   surveillance scan to 18 months.   Numerous questions were answered.


Joachim M. Baehring, M.D., DSc


Dictated By: Joachim Baehring

Signed By: Joachim M. Baehring, MD Oct 22 2011  8:46PM


cc:
EVAN L SCHIFF, MD, 445 S MAIN STREET, WEST HARTFORD, CT 06110


Progress Notes by Baehring, Joachim M, MD at 4/27/2013 12:44 AM

| | | |
|---|---|---|
| Author: Baehring, Joachim M, MD | Service: (none) | Author Type: Physician |
| Filed: 4/27/2013 12:52 AM | Note Time: 4/27/2013 12:44 AM | Note Type: Progress Notes |
| Status: Signed | Editor Baehring, Joachim M, MD (Physician) | |

CLINIC NOTE
4/22/2013

Haley returns to the Yale Neurology Clinic for followup of a pineal region cyst and a right temporal lobe signal abnormality.
Since her last office visit, she has no neurologic symptoms to report. She was recently diagnosed with Hashimoto's thyroidits and '10-12 nodules' within the thyroid gland. She saw Bob Udelsman who recommended thyroidectomy. She remains on atovaquone. I'm not sure what she is being treated for.

MEDICATIONS: Famotidine, cetirizine, atovaquone, minocycline, montelukast, Zofran, Tramadol.

EXAM:
BP:        136/81
Pulse:     70
Temp:      97.7 °F (36.5 °C)

---

Generated on 10/4/2015 10:50 PM

Liberty003884

YNH 20 YORK ST
20 York Street
New Haven CT 06510

SPEARS,HALEY
MRN: MR2315066
DOB: REDACTEDSex: F
Enc. Date: 04/22/13



Resp:        17

On neurologic examination, she is fully awake, alert, and oriented.  Language is fluent.  There are no cognitive deficits.  There is no papilledema.  Venous
pulsations are readily seen.  There are no cranial neuropathies.  There is no drift to the outstretched arms.  Muscle strength, bulk, and tone are normal and symmetric.  Deep tendon reflexes are symmetric.  Her gait is normal based and steady.  Romberg sign is negative.

I reviewed her most recent MRI scan and compared it to the study from a year ago. Again noted is a benign-appearing pineal region cyst, which is unchanged in size or appearance.  The cyst wall is barely enhancing and completely regular. A T2 signal abnormalities is noted in the right temporal lobe, which as per the official report may represent a choroid plexus cyst. This is likewise entirely unchanged.

I am very pleased with Haley's status.  The two brain MRI abnormalities have remained entirely stable and I think we can now increase the intervals between
surveillance scan to two years.  Numerous questions were answered.

Joachim M. Baehring, M.D., DSc

**END OF REPORT**

Generated on 10/4/2015 10:50 PM

Liberty003885

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty003886

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

Liberty003887

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease. She recently had a negative exercise Cardiolite stress test. An echocardiogram also showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy. I have advised her to stop her fish oil about 10 days before the surgery. She is also to stop other nutrition supplements as instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery. A Cardiology consultation can be obtained if needed during the hospitalization. Otherwise, I will be happy to follow her up in the office after this surgery. A copy of the echocardiogram and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc:  Robert Udelsman, M.D.

Liberty003888





**NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.**
**SUN KING WAN, M.D., F.A.C.C.**
**SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.**
**257 EAST CENTER STREET**
**MANCHESTER, CONNECTICUT 06040**
**TELEPHONE: (860) 643-5101**
**FAX: (860) 533-9747**

**EXERCISE CARDIOLITE STRESS TEST**

Date: 4/24/13

Patient Name: **SPEARS, Haley**      Date of Birth: <sup>REDACTED</sup>      Age: 35   Sex: Female

PCP: Dr. Giannini

Medications: Singulair, Xopenex, Dexilant, Bicillin, Minocycline, Floraster, Ultram, Zyrtec, supplements.

Indication: Pre-op thyroid surgery

CLINICAL HISTORY: Hashimoto's thyroiditis, asthma, Lyme disease.

35 Year old woman with no known coronary artery disease.   Cardiac risk factors include none.

EXERCISE PROTOCOL: **BRUCE -**           **HR: 68**              **BP: 122/80**

PREDICTED MHR FOR AGE:   100% 185        85% PMHR: 157        70% PMHR: 130

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 101 | 128/78 | 5 |
| 3-6 | II | 2.5 | 12% | 116 | 136/76 | 7 |
| 6-9 | III | 3.4 | 14% | 147 | 154/66 | 10 |
| 9-12 | IV | 4.2 | 16% | 167 | 168/58 | 13 |
| 12-13 | V | 5.0 | 18% | 179 | 180/54 | |
| | | | (Achieved target) | | | |
| | | | R1 | 149 | 172/84 | |
| | | | R3 | 108 | 146/82 | |
| | | | R5 | 90 | 134/86 | |

Continued

Liberty003889

SPEARS, Haley
Page 2

**PROCEDURE:**

The patient performed treadmill exercise using Bruce protocol, completing 13 minutes and completing an estimated workload of 13 METS. The heart rate was 68 beats per minute at baseline and increased to 179 beats per minute at peak exercise, which was 97% of the maximum predicted heart rate. Patient's resting blood pressure was sinus rhythm and the peak blood pressure was 122/80. The patient had no significant symptoms during the stress test. The resting electrocardiogram demonstrated sinus rhythm and during the stress test no significant ST-changes were noted. Patient had no significant cardiac arrhythmias. The stress test was stopped because of achievement of target heart rate.

Myocardial perfusion imaging was performed at rest following the intravenous injection of 22.8 mCi of Tc-99m Sestamibi. At peak exercise, the patient was given intravenous injection of 27.6 mCi of Tc-99m Sestamibi and exercise was continued for one minute. Gating post stress tomographic imaging was performed.

FINDINGS: Increased subdiaphragmatic radioisotope uptake was noted. There are mild decreased counts seen in the anterior wall which is probably due to soft tissue attenuation. The gated SPECT images reveal left ventricular ejection fraction which is estimated to be around 60-65%.

SUMMARY: Myocardial perfusion imaging revealed no evidence of ischemia. The left ventricular ejection fraction is estimated to be around 60-65%.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/13  T: 4/26/13

PHYSICIAN PERFORMING STRESS TEST:

Sun King Wan, MD, FACC
SKW/jns
D: 4/24/13  T: 4/26/13

C: Dr. Giannini

Liberty003890

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

April 19, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she will be undergoing a thyroidectomy because she is found to have 12 nodules in the thyroid gland and the surgery may occur over the next one month. She does have some dyspnea on exertion.

Today, her blood pressure is 108/62. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears does complain of some dyspnea on exertion. She will also be undergoing a thyroidectomy. For cardiac risk stratification, I would like to schedule her for an exercise Cardiolite stress test. The patient was explained about that in detail. She is to report any symptoms to us; otherwise, I will see her back in the office after the stress test. We will make further recommendations based on the findings.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty003891

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101    Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

February 14, 2012

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation.   She states that she is still getting treatment for Borrelia and Babesiosis.  She does not have any cardiac symptoms.

Today, her blood pressure is 110/76.  Neck veins are flat.  Chest is clear to auscultation. Heart sounds are regular.  Extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, Ms. Spears denies any cardiac symptoms.  She has also been exercising without any problems.

I have given her a prescription to check her blood work including her fasting lipids and LFTs.  The patient is to report any symptoms to us.  Otherwise, I will see her back in the office in a year at which time an echocardiogram will also be needed.  The patient did have a number of questions and all of them were answered.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty003892

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

October 08, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, #N
Vernon, CT 06066

RE:   SPEARS, HALEY
    DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she saw another specialist of Lyme disease and she was started on Zithromax and Mepron antibiotics and she is actually feeling better now. She denies any chest pain, shortness of breath, palpitation or dizziness.

Today her blood pressure is 112/68. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm 63 beats per minute without any acute change.

In summary, Ms. Spears denies any cardiac symptoms. She is discussed about risk factor modification. She will report any symptoms to us. Otherwise, I will follow her up in one year. She told me that her blood work has been monitored by her primary care physician.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:    SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.   She does have occasional palpitations.  She denies any fainting or near fainting episodes.  No chest pains.

Today, her blood pressure is 112/72.  Neck veins are flat.   Chest is clear to auscultation.  Heart sounds are regular.  The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty003894



**NEW ENGLAND CARDIOLOGY ASSOCIATES, PC**
**SUN KING WAN, MD, FACC**
**SAQIB NASEER, MD, FACC, FASNC**
**257 EAST CENTER STREET, MANCHESTER, CT  06040**
TELEPHONE (860) 643-6101/FAX (860) 533-9747

**2D & M-Mode ECHOCARDIOGRAM REPORT**
**COLOR FLOW DOPPLER REPORT**

Patient Name: **SPEARS, Haley**      Date of Birth: REDACTED      Gender:  Female   AGE: 35
Date: 4/19/13
Primary Care Physician:  Dr. Giannini
Indication:  Lyme disease
Height: 5'5"          Weight: 127 lbs.      BSA: 1.63   BP:  110/76
Sonographer: BW
Tape: 32

A combined M-mode and 2-D mode Doppler study performed.

### 2D & M-MODE MEASUREMENTS (normal ranges within parentheses)

| Left Ventricle: | Normal: | Aorta/Left Atrium | Normal |
|---|---|---|---|
| IVSd (2D):   0.7 | (0.7-1.1 cm) | Aortic Root (Mmode): 2.3 | (2.4-3.7 cm) |
| LVPWd (2D): 0.6 | (0.7-1.1 cm) | Left Atrium (2D): | (1.9-4.0 cm) |
| LVIDd (2D):  4.9 | (3.4-5.7 cm) | Left Atrium (Mmode): 2.1 | (1.9-4.0 cm) |
| LVIDd (2D):  2.7 | | LA area/volume: | |
| | | AV opening:  1.7 | |
| | | Pericardium/IVC: | |
| LV FS (2D): 45% | (>25%) | Right Ventricle: | |
| LV EF (2D): 55-60% | (>50%) | RVd (2D): 1.8 | |
| | | IVC: | |

**SPECTRAL DOPPLER ANALYSIS:**
**Aortic Valve:**
AoV Max Velocity:              AoV Peak PG: 5.8          AoV Mean PG:
**Tricuspid Valve and PA/RV Systolic Pressure:**
TR Max Velocity:              RA Pressure:  10          RVSP/PASP:  17 mmHg
**Pulmonic Valve:**
PV Max Velocity:              PV Max PG: 1.5          PV Mean PG:
**Mitral Valve:**
MV E Max: 69.6      A max: 47.9      E/A:  1.5      DT: 135      P1/2: 39

**PHYSICIAN INTERPRETATION:**
LV: Dimension is within normal limits.  The left ventricular ejection fraction is estimated at 55-60%.
RV: Dimension is within normal limits.
LA:  Dimension is within normal limits.
RA: Dimension is within normal limits.
AORTIC ROOT: Dimension is within normal limits.
AORTIC VALVE:  Opening well.
MITRAL VALVE:  Redundant mitral valve leaflets with very mild mitral regurgitation.

**SPEARS, Haley**
Page 2

TRICUSPID REGURGITATION:  Very mild tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg.
PULMONIC VALVE:  No significant pulmonic regurgitation.
PERICARDIUM:  No significant pericardial effusion.

<u>CONCLUSION:</u>

1.  Normal left ventricular dimension.  The left ventricular ejection fraction is estimated at 55-60%.
2.  Redundant mitral valve leaflets with very mild mitral and trace tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg which is in the normal range.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/19/13  T: 4/22/13

C: Dr. Giannini

Liberty003896

**NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.**
**SUN KING WAN, M.D., F.A.C.C.**
**SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.**
257 East Center Street
Manchester, Connecticut 06040
Telephone: (860) 643-5101
Fax: (860) 533-9747

## CARDIAC EVENT MONITOR

PATIENT NAME: **SPEARS, Haley**

DATE OF BIRTH: REDACTED

INTERPRETING PHYSICIAN: Dr. Naseer

DATES MONITOR WORN: 3/19/12 – 4/19/12

INDICATIONS: Tachycardia

RESULTS: Cardiac event monitoring was performed from 3/19/12 – 4/19/12. During this time, the patient reported symptoms of palpitations, heart racing, did not feel right, funny feeling and was found to be in sinus rhythm. On occasions, sinus tachycardia was also noted.

The findings of the cardiac event monitor will be explained to the patient and the patient will be advised to avoid any stimulants and report any symptoms to us.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/12 T: 4/25/12

Liberty003897



Quest Diagnostics      Page 4 of 4      —      02/07/2013   05:27:37 PM   —

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen: WC008724H | Client #: 22216274        60010000 |
| | Requisition: 0007477 | NASEER, SAQIB |
| **DOB:** REDACTED   **AGE:** 35 | | NEW ENGLAND CARDIOLOGY |
| Gender:   F | | ASSOC |
| Phone:   860.308.2050 | Collected:   02/06/2013 / 14:35 EST | 257 E CENTER ST |
| Patient ID: 1800184 | Received:   02/07/2013 / 04:44 EST | MANCHESTER, CT 06040-5214 |
| Health ID: 8573003460641040 | Reported:   02/07/2013 / 14:40 EST | |
| | (* A Copy Sent To) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 189 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 65 | | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 69 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 110 | | <130 mg/dL (calc) | QWA |

Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 2.9 | | < OR = 5.0 (calc) | QWA |
| NON HDL CHOLESTEROL | 124 | | mg/dL (calc) | QWA |

Target for non-HDL cholesterol is 30 mg/dL higher than LDL cholesterol target.

| | | | | |
|---|---|---|---|---|
| GLUCOSE | 72 | | 65-99 mg/dL | QWA |

Fasting reference interval.

| | | | | |
|---|---|---|---|---|
| ELECTROLYTE PANEL | | | | QWA |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 19-30 mmol/L | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | QWA |
| CREATININE | 0.77 | | 0.50-1.10 mg/dL | QWA |
| eGFR NON-AFR. AMERICAN | 100 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 116 | | > OR = 60 mL/min/1.73m2 | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.4 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 45 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 12 | | 6-40 U/L | |
| ABO GROUP AND RH TYPE | | | | QWA |
| ABO GROUP | A | | | |
| RH TYPE | RH(D) POSITIVE | | | |

PERFORMING SITE:

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

Copy To Client: SPEARS HALEY A; BERNARD RAXLEN, M.D.; CONNECTICUT NATURAL HEALTH; CAROLTON CHRONIC & CONV.HOSP

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty003898



GE MAC1200 SPEARS, HALEY ,
34 Years (

REDACTED

HR 63bpm

Measurement Results:

| | | |
|---|---|---|
| QRS | | 94 ms |
| QT/QTcB | 410 / | 419 ms |
| PR | | 132 ms |
| P | : | 106 ms |
| RR/PP | : 948 / | 950 ms |
| P/QRS/T | : 67/ 52/ | 53 degrees |

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Normal ECG



NEW ENGLAND CARDIOLOGY ASSOC., P.C.
Sun King Wan, M.D., F.A.C.C.
Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
257 East Center Street
Manchester, CT  06040
Telephone (860) 643-5101 - Fax: (860) 533-9747

## ECHOCARDIOGRAM

Name: **SPEARS**, Haley                    DOB: REDACTED          Date of Study: 10/8/10
Age:   32          Sex: F  Ht: 5'5"  WT: 121 lbs     BSA: 1.60m$^2$
Indication:         Chest pain
Referring Physician:
Tape # :            69
Previous Echo:
Type of Study:     2-D ☒    M-Mode ☒    Doppler ☒    Color ☒    Limited Study ☐

| M-Mode & 2-D Measurements | Patient | Normal |
|---|---|---|
| Aortic Root | 2.0 | 2.0 - 3.7 cm |
| Aortic Valve Opening | 1.6 | 1.5 - 2.6 cm |
| Left Atrium | 2.3-2.7 | 1.9 - 4.0 cm |
| LV End Diastole | 4.3 | 4.5 - 5.7 cm |
| LV End Systole | 3.1 | 2.2 - 4.0 cm |
| Septal Thickness | 0.6 | 0.6 - 1.1 cm |
| Posterior Wall | 0.8 | 0.6 - 1.1 cm |
| Right Ventricle | 1.9 | 0.9 - 2.7 cm |
| EF | 50-55% | 50 - 75% |

LV              Dimension is measured to be within normal limits. The endocardium was not well-visualized in the apical views.
                The left ventricular ejection fraction is estimated at 50 to 55%.
RV              Dimension is within normal limits.
LA              Dimension is within normal limits.
RA              Dimension is within normal limits.
AO Root         Dimension is within normal limits.
Aortic Valve    Opening well.
Mitral Valve    Redundant mitral valve leaflets with trace mitral regurgitation.
Tricuspid Valve Trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be 26 mmHg.
Pulmonic Valve  No significant pulmonic regurgitation.
Pericardium     No significant pericardial effusion.

**CONCLUSION:** A combined M-mode and 2-D mode Doppler study performed.

IMPRESSION:
1. Technically, this is a difficult and limited study.
2. Left ventricular dimension is measured to be within normal limits.  It is difficult to assess the left ventricular systolic function
accurately, though, the left ventricular ejection fraction is estimated to be around 50 to 55%.  The patient was already called in so
more images could be acquired to assess the left ventricular systolic function more accurately.
3. Redundant mitral valve leaflets with trace mitral and tricuspid regurgitation.  The right ventricular systolic pressure was calculated
to be 26 mmHg which is in the normal range.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 10/8/10  T: 10/11/10

S: BW
cc: Dr. Giannini

Liberty003900



GE MAC1200        SPEARS, HALEY ,   /0—8—/0
32 Years ( REDACTED                                                      HR  63bpm

Measurement Results:
QRS                     94 ms
QT/QTcB    420 /   429 ms
PR                     132 ms
P                      106 ms
RR/PP      938 /   950 ms
P/QRS/T    70/  52/   57 degrees

Interpretation:
12SL — Interpretation:
Normal sinus rhythm
Normal ECG

Oct/08/2010  14:40:32    25mm/s   10mm/mV   ADS   60Hz   0.08 — 20Hz   4x2.5R1  12 Lead    U6 2 12i (2)

9-27-10

GE MAC1200          SPEARS, HALEY ,
32 Years REDACTED '）

HR **71** bpm

Measurem ~ t Results:
QRS ·              94 ms
QT/QTcB     410 /   445 ms
PR      .          136 ms
P    :             106 ms
RR/PP   :   844 /   845 ms
P/QRS/T  :   70/  69/  69 degrees

< P
< T
< QRS

Interpretation:
12SL — Interpretation:
Normal sinus rhythm
Cannot rule out Anterior infarct , age undetermined
Abnormal ECG

Unconfirmed report



Liberty003902

*New England Cardiology Associates*

257 East Center Street
Manchester, CT. 06040



REDACTED

## Report Summary

### BASIC RHYTHM

| | |
|---|---|
| Rhythm: | |
| Total Beats: | 104863 |
| Avg Rate: | 73 |
| Min Rate: | 45 at 09:20D2 |
| Max Rate: | 124 ~~145 at 14:39D2~~ |
| Branch Block beats | absent |
| AFib beats | absent |
| Paced beats | absent |

### VENTRICULAR ECTOPY

| | | | |
|---|---|---|---|
| Total beats: | 3 | Isolated Beats: | 3 |
| Avg/Hour: | 0.1 | Paired beats: | 2 |
| Avg/1000: | 0.0 | R on T | 0 |
| | | Trigeminy Beats: | 0 |
| Bigeminy Runs: | 0 | Bigeminy Beats: | 0 |
| VTach Runs: | 0 | VTach Beats: | 0 |

### ST ANALYSIS

| Type | Max | CH | Lgth | Time |
|---|---|---|---|---|
| HOR | 3.7 | 1 | 225 m | 14:41D2 |
| UP | 2.7 | 1 | <1 m | 14:29D2 |

No ST elevation
Median CH1: -0.29
Median CH2: 0.01
Median CH3: 0.10

### SUPRAVENTRICULAR ECTOPY

| | | | |
|---|---|---|---|
| Total beats: | 22 | Isolated SVE: | 6 |
| Avg/Hour: | 0.9 | Paired: | 16 |
| Avg/1000: | 0.2 | | |
| SVT runs: | 0 | SVT beats: | 0 |

### HEART RATE VARIABILITY

| | | | | | |
|---|---|---|---|---|---|
| SDNN: | 103 | SDNN5: | 63 | PNN50: | 3 |
| TRIA: | 767 | SDANN: | 158 | RMSSD: | 18 |
| Night Heart Rate: | | | | | 71 |

### BRADYCARDIA ( 50 bpm)

| | |
|---|---|
| Bradycardia events/beats: | 192 / 920    Min rate: 45 bpm at 09:20D2 |
| Longest run: 18 beats at 48 bpm at 09:38D2 | |
| PAUSES >2.0 sec: | absent |

### Interpretation:

Holter monitor was performed to evaluate for cardiac arrhythmia. The patient's underlying rhythm was sinus rhythm. Heart rate ranged from 45 to 124 beats per minute with a few premature ventricular complexes and premature atrial complexes. The patient reported symptoms of choking on water on one occasion and this correlated with sinus rhythm without any significant arrhythmias.
**SUMMARY:** The findings of the Holter monitor will be explained to the patient and will be advised to avoid any stimulants and to report any symptoms to us. If she has any more symptoms, then a cardiac event monitoring will be needed.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns
D: 8/3/10  T: 8/5/10         SPEARS, Haley        7/27/10     cc: Dr. Giannini

Signed: _____         Date: 8/5/10

Liberty003903

# Haley A Spears

37 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, April 17, 2014 at 12:54 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Michele Kaczmarczyk, PA | Encounter: | ID 27727 | |
| Responsible: | Michele Kaczmarczyk, PA | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Thursday, April 17, 2014 at 1:00 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by MICHELE KACZMARCZYK, PA-C on Thursday, April 17, 2014 at 1:40 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED4/17/2014 01:00PM

#### Chief complaint

The Chief Complaint is: GERD.

#### History of present illness

Haley Spears is a 36 year old female.

Dexilant caused cramping but improved GERD.

Past medical history reviewed, medication list reviewed 4/11/2013, family history reviewed, and surgical history reviewed.
No weight-related symptoms.
Normal appetite. Dysphagia. No heartburn and no eructation. Regurgitation. No nausea, no vomiting, no bloating, no abdominal pain, bowel movement frequency was normal, and no diarrhea.
Symptoms are better than when she last called month (she was on ABX at that that). However still present.
Clears throat after eating regularly.
Occassional Regurg. No heartburn.
Dysphagia- Unchagned. Chronic.
Hiccups episodic.

#### Current medication

- Zofran Sig:  AS NEEDED
- Colostrum
- ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet
- Vitamin D with Minerals oral tablet
- saccharomyces boulardii lyo 250 mg oral powder for reconstitution:  BID
- Culturelle Digestive Health oral capsule
- traMADol 50 mg oral tablet
- montelukast 5 mg oral tablet, chewable
- Multiple Vitamins oral tablet:  DAILY EFA 1200
- Xopenex HFA 45 mcg/inh inhalation aerosol:  PRN
- cetirizine 10 mg oral capsule:  BID
- calcium-magnesium 112 mg-64 mg oral tablet:  wit D
- pantoprazole 40 mg oral delayed release tablet Sig:  TAKE ONE TABLET BY MOUTH TWO TIMES A DAY *BRIDGE* *PLACE IN NOON SLOTPER PT REQ TO SEPERATE FROM SYNTHROID*
- famotidine 20 mg oral tablet Sig:  TAKE ONE TO TWO TABLETS EVERY NIGHT AT BEDTIME**PLACE IN MEDBOX PER PATIENT REQUEST**

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnoses:

Gastric Ulcer
Hemorrhoids.
Chronic Lyme disease

Procedural:

- Complete colonoscopy

Surgical:

- Total thyroidectomy 13 growths- 1 was found to be cancerous

Liberty003904

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

### Personal history

*Behavioral:* No caffeine use.  Daily coffee consumption.  No tobacco use.  Never a smoker.
*Alcohol:* A social drinker.
*Drug Use:* Not using drugs.
*Habits:* Exercising regularly.
*Work:* Not currently employed.
*Marital:* Single.

### Family history

Mitrovalve prolapse with regurgitation -Mother
Mom had a lump taken off of left breast. She has microvalve prolapse. Colon resection due to diverticulitis
Paternal:

Hypertension

Paternal grandfather's:

Colon cancer.

### Review of systems

Otolaryngeal: Otolaryngeal symptoms.
Cardiovascular: No cardiovascular symptoms.
Pulmonary: No pulmonary symptoms.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 106/76 mmHg (100-120/56-80)

Weight 133 lbs (98 to 183)

Body mass index 21.8 kg/m2 (18 to 25)

Height 65.5 in (60.24 to 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Neurological:

° System: normal.

Psychiatric:

° Exam: normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

### Assessment

• Esophageal reflux

### Therapy

• Anti-reflux diet.

### Allergies

Erythromycin: Onset Date: 10/14/2008.

Liberty003905

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

#### Counseling/Education

- Patient education given

#### Discussed

She has tried prilosec, prevacid, lansoprazole, dexilant, zegerid, and pantoprazole. Will try Nexium and Aciphex next and have her take whichever PPI she feels works best w/o se's.

#### Plan

- Records management -Provide Patient with Copy of Encounter
- Medication Ordered: Prevacid 30 mg oral delayed release capsule Refills: 3 Quantity: 60 Supply: 30 Sig:  1 ORALLY (BY MOUTH) TWO TIMES A DAY
  1. Anti-Reflux Diet/Lifestyle modifications.
  2. Continue Pepcid 2-20mg tabs before bedtime.
  3. Stop pantoprazole
  4. Re-start Brand name Prevacid 30mg twice daily 30 min before breakfast and dinner.

#### Practice Management

Estab outpatient expanded h&p - low complexity decisions 99213:O;OO;E;a;0;0;222341103203213;100000000000+
().
Total face to face time was unspecified.

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|---|---|---|
| 4/17/2014 | Prevacid 30 mg oral delayed release capsule | Modified Script with: Prevacid 30 mg oral delayed release capsule Quantity: 30  Refills: 3 Issue Method: Electronic |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
|---|---|
| POST VISIT TASK | None |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|---|---|---|
| 4/17/2014 | Diagnosis: Esophageal reflux (530.81) | 530.81 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

# Haley A Spears

37 Year Old Female   Birth Date: REDACTED MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, April 11, 2013 at 12:07 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: | ID 23568 | |
| Responsible: | James W. O'Brien, MD | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Thursday, April 11, 2013 at 12:00 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, April 11, 2013 at 2:26 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 4/11/2013 12:00PM

#### Chief complaint

The Chief Complaint is: Ongoing GERD, recently switched from pantoprazole to dexilant 60mg QD which she believe is working well but not sure if it is enough. Although dexilant has improved belching and hiccups, pt states she is periodically noticing what she feels to be vomiting going up and down her esophagus.She is also taking famotidine qpm. PT last endo was in 2010 where one polyp was found and bx, reveal chronic gastritis.

#### History of present illness

Haley Spears is a 35 year old female.

Chronic GI sx: Epigastric & diffuse abd pain, heartburn, bloating, diarrhea, constipation, nausea.
Prior Dx: GERD, PUD (healed), Lymphocytic colitis, hemorrhaids.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
• Regurgitation after meals • Nausea • Bloating ° No gagging ° No pain on swallowing ° Not being slow to finish meals ° No heartburn ° No belching ° No vomiting ° No hematemesis ('coffee grounds') ° No jaundice ° No pain when defecating ° Complete emptying of stool

With Dexilant, her symptoms of heartburn are resolved. Her coughing with eating is much improved and her hick-cups are much less frequent. Regurgitation on occasion continues to be a symptom, but she does not have burning or pain with it. Generally, she has no change in BM's, but on one occasion, after having beats, she noted a burgandy color to her stool and also noted a red tinge to her urine (she did not know if this was from the beats or a sign of bleeding). No other "alarm" sx

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnoses:

Gastric ulcer
Hemorrhoids.
Chronic Lyme disease

Procedural:

• Complete colonoscopy

#### Personal history

*Behavioral:* No caffeine use and no tobacco use.  Never a smoker.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

#### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Mitrovalve prolapse with regurgitation -Mother

Paternal:

Hypertension

Paternal grandfather's:

Colon cancer.

Liberty003907

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

### Review of systems

Pulmonary: Occasional cough when eating.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Weight 128 lbs (98 to 183)

Body mass index 21.3 kg/m2 (18 to 25)

Height 65 in (60.24 to 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Psychiatric:

*Mood:* ° Euthymic.
*Affect:* ° Normal.

Skin:

° Color and pigmentation were normal.

### Assessment

- Heartburn
- Epigastric pain
- Diarrhea
- Esophageal reflux
- Lymphocytic colitis
- Constipation

### Therapy

- Anti-reflux diet.
- Patient to call for results of lab studies.

### Counseling/Education

- Patient education given

### Discussed

GERD:  It seems that Dexilant is working well for her.  Her residual sx seem to be related to regurgitation of non-acidic gastric content. As I am concerned about the side effects of promotility agents, I would like her to try lifestyle/diet changes to improve sx.
Burgandy Stool:  Likely not bleeding; however, she has not had her colon looked at since 2007.  She is getting bloodwork done tomorrow. If bloodcounts are not included, I will get them separately.  If blood counts have fallen, I will recommend endo/colon to assess anemia/GI bleeding.

### Plan

- Patient will call for appointment as needed
- Medication Ordered: Dexilant 60 mg oral delayed release capsule Refills: 3 Quantity: 90 Supply: 360 Sig:  1 ORALLY (BY MOUTH) ONCE A DAY
1. Continue Dexilant 60 mg daily, a 1/2 hour before breakfast.
2. Anti-reflux diet/lifestyle:  Raise the head of the bed or use a wedge to sleep on at night.  Avoid eating for 2 hours before laying down. Instruction sheet will be sent to pt.
3. She is directed to take her calcium supplement twice a day with food (given the chronic PPI therapy).
4. I asked her to make sure I get results from labwork being done tomorrow and also asked her to have her doctors send me bloodwork from the past year (if blood counts not done, I will order them).
5. If blood counts are lower than before, then I will plan colonoscopy orendo/colon to assess.
6. Follow-up will depend on bloodwork and evolution of symptoms.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision 99214:O;OO;E;a;0;0;222332203203323.
Total face to face time was unspecified.

## Narrative

No narrative has been assigned.

## Medications

| Date | Medication | Comments |
|---|---|---|
| 4/11/2013 | Dexilant 60 mg oral delayed release capsule | Issue Method: Electronic |

## Haley A Spears

37 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

| Date | Task |
|---|---|
| POST VISIT TASK | None |

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|---|---|---|
| 4/11/2013 | Diagnosis: Esophageal reflux (530.81) | 530.81 |
| 4/11/2013 | Diagnosis: Heartburn (787.1) | 787.1 |
| 4/11/2013 | Diagnosis: Epigastric pain (789.06) | 789.06 |
| 4/11/2013 | Diagnosis: Diarrhea (787.91) | 787.91 |
| 4/11/2013 | Diagnosis: Lymphocytic colitis (555.1) | 555.1 |
| 4/11/2013 | Diagnosis: Constipation (564.00) | 564.00 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

Liberty003909

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Friday, June 10, 2011 at 1:50 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Michele Kaczmarczyk, PA | Encounter: | ID 16154 | |
| Responsible: | Michele Kaczmarczyk, PA | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Friday, June 10, 2011 at 1:45 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by MICHELE KACZMARCZYK, PA-C on Friday, June 10, 2011 at 3:41 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 6/10/2011 01:45PM

#### Chief complaint

The Chief Complaint is: F/U U/S results.

#### History of present illness

Haley Spears is a 33 year old female.

Recent U/S: Normal U/S.
Hx of Gastric ulcer and lymphocytic colitis.
On hydrocortisone for a few months. Tapering off currently.
Clindamycin just started approx 1 month ago.
Ultrainflamex 360x.
Past medical history reviewed, medication list reviewed, family history reviewed, and surgical history reviewed.
No fever and no chills. Weight.
Normal appetite, no dysphagia, no heartburn, no belching, no regurgitation, and no early satiety. Nausea Only a couple times from antibiotics. No vomiting. Bloating and abdominal pain. Bowel movement frequency was normal, no change in stool, and no bright red blood per rectum.
Epigastric/RUQ for 2-3 weeks. Tight/Pressure. May be getting a pain in her mid-back with this as well. Lasting approx 1-2 hours. May be worse with heavy/fattier foods as opposed to others. Occurs no matter what she eats.
Feels very bloated. No belching/flatulenc.  Increased bloating coincided with pain.
No heartburn/regurg.
Recent 15 pound weight gain on hydrocortisone.
Chronic brain fog and insomnia from Chronic Lyme.
These symptoms are just uncomfortable, not causing horrific pain.

#### Current medication

Albuterol 2.5 mg/3 mL (0.083%) inhalation solution Sig:  AS NEEDED.
Zofran Sig:  AS NEEDED.
Migranal 4 mg/mL nasal spray Sig:
Acidophilus oral capsule Sig:  ONCE A DAY.
Ultram 50 mg oral tablet Sig:  AS NEEDED.
Lexapro 20 mg oral tablet Sig:  ONCE A DAY.
Asacol 400 mg oral enteric coated tablet Sig:  TWO TABS TWO TIMES A DAY  TWO TIMES A DAY.
Lansoprazole 30 mg oral delayed release capsule Sig:  EVERY MORNING.
Adrenal Support Supplement Sig:
Aller-C Sig:
Colostrum Sig:
Lumberkinase Sig:
Cortef 5 mg oral tablet:  Tapering off as of tomorrow. Sig:
Zyrtec 10 mg oral tablet Sig:
Omnicef 300 mg oral capsule Sig:  TWO TIMES A DAY.
Clindamycin 150 mg oral capsule Sig:  THREE TIMES A DAY.
Mepron 750 mg/5 mL oral suspension Sig:
Singulair 5 mg oral tablet, chewable Sig:
Ferrous sulfate 325 mg (65 mg elemental iron) oral enteric coated tablet Sig:
Vitamin D with Minerals oral tablet Sig:
Coenzyme Q10 10 mg oral capsule Sig:
Lyrica 100 mg oral capsule Sig:
L-Carnitine 250 mg oral capsule Sig:
Fish Oil 1000 mg oral capsule Sig:

# Haley A Spears

37 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids.
Chronic Lyme disease
Therapeutic History:

Complete colonoscopy

### Personal history

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal:

Hypertension.

### Review of systems

Cardiovascular: No cardiovascular symptoms.
Pulmonary: No pulmonary symptoms.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 124/82 mmHg (100-120/56-80)

Weight 131 lbs (98 - 183)

Height 65 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Neurological:

° System: normal.

Psychiatric:

° Exam: normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

### Assessment

* Epigastric pain
* Bloating

Liberty003911

# Haley A Spears

37 Year Old Female   Birth Date: REDACTEDMRN: 00000467201   Account: 4672-1

- Bloating

## Therapy

- Food diary.
- Medication review.
- Medication instruction.
- Sample medication given.
- Explanation of plan.

## Allergies

Erythromycin: Onset Date: 10/14/2008.

## Discussed

Discussed that with extensive imaging studies done we will refrain from other imaging at this time.
I question IBS/Bacterial overgrowth as main cause of symtpoms but also medication side effects are high in the differential as clinda and hydrocortisone can explain her symptoms. As her chronic lyme symptoms seem well controlled see if we can get symtpom control prior to stopping clinda.
Maybe try carafate or short term reglan in the future.

## Plan

Medication Ordered: hyoscyamine 0.125 mg sublingual tablet Refills: 0 Quantity: 120 Supply: 30 Sig: SUBLINGUAL EVERY 4-6 HOURS AS NEEDED FOR ABDOMINAL PAIN.
1. Digestive Advantage Gas Defense. Stop Culturelle.
2. Zegerid QD. Stop Prevacid
3. Complete relief after being on zegerid for a week.
4. Antispasmodic as needed (Beacon).
5. Call in 2 weeks with update.
6. We will not stop Asacol now, but may try to wean off in a few months.

## Practice Management

Estab outpatient comprehensive h&p - high complex decisions 99215:O;OO;E;a;40;1;222343403003333 and comprehensive H&P with high complexity decision making 99215:O;OO;E;a;40;1;222342203103323;  Total face to face time 40 min;  Total face to face time 40 min;  Counseling and coordination of care was more than 50% of encounter time and with counseling and coordination of care more than 50% of encounter time

## Narrative

No narrative has been assigned.

## Medications

| Date | Medication | Comments |
|---|---|---|
| 6/10/2011 | hyoscyamine 0.125 mg sublingual tablet | Issue Method: Electronic |

## Messages

No messages exist.

## Orders

No orders have been ordered.

## Tasks

No tasks have been created.

## Vaccinations

No vaccinations have been entered.

## Problem List

| Date | Description | Code |
|---|---|---|
| 6/10/2011 | Diagnosis: Bloating (787.3) | 787.3 |
| 6/10/2011 | Diagnosis: Epigastric pain (789.06) | 789.06 |

## Allergy Shot

No shots exist.

## Injections

No injections have been entered.

# Haley A Spears

37 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, October 08, 2009 at 4:01 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 9066 |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out  Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Thursday, October 08, 2009 at 3:15 PM | | Insurance: | CONNECTICARE (CTC) |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, October 08, 2009 at 5:18 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 10/08/2009 03:15PM

#### Chief complaint

The Chief Complaint is: Pt here to follow up regarding Colitis. ANd to go over meds. At this time her bowels are good. She was in the hospital for sepsis from her pic line. About 3 weeks abo .

#### History of present illness

Haley Spears is a 31 year old female.

She is being treated for chronic Lyme's with longterm IV Rocephin. She also believes she has chronic Babesiosis and Bartonella. The Lyme's is causing short term memory deficits, word finding difficulties and math difficulties.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
° No heartburn ° No nausea ° No vomiting ° No abdominal pain ° No jaundice ° No change in stool
Her bowel movements are regular, without diarrhea, blood, or blackness. No abd pain, N/V. Generally feels well. Has had some episodes of weakness and poor energy but these are attributed to her other medical issues

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids
Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

#### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal:

Hypertension.

#### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 120/70 mmHg (100-120/56-80)

Weight 110 lbs (98 - 183)

Height 65 in (60.24 - 68.5)

General Appearance:

# Haley A Spears

37 Year Old Female  Birth Date: REDACTEDMRN: 00000467201  Account: 4672-1

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

### Assessment

- Nausea
- LLQ abdominal pain
- Multifocal abdominal pain
- Gastric ulcer
- Lymphocytic colitis

### Therapy

- Patient to call if symptoms worsen.

### Discussed

Her GI symptoms are in remission except for rare gasseyness.She has other medical problems being treated with various antibiotics and treatments.

She wonders if her GI symptoms have improved because her other medical conditions have been treated or if they have improved as a result of the GI medicines she is on.  I told her that it would be very difficult to say.  I would be worried about changing her GI medicines because if she has any recurrent or new symptoms, we won't know if it is because a GI medicine was stopped or if it is because of an underlying disease process, or a side effect of a different medicine.

### Plan

- Follow-up for re-examination in 1 year

Continue current GI meds without any changes and plan to come back in a year to reassess.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision 99214:O;OO;E;a;0;0;222332202200322;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

No medications have been prescribed.

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 10/8/2009 | Diagnosis: Lymphocytic colitis (555.1) | 555.1 |
| 10/8/2009 | Diagnosis: LLQ abdominal pain (789.04) | 789.04 |
| 10/8/2009 | Diagnosis: Multifocal abdominal pain (789.09) | 789.09 |
| 10/8/2009 | Diagnosis: Nausea (787.02) | 787.02 |
| 10/8/2009 | Diagnosis: Gastric ulcer (531.90) | 531.90 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

**Haley A Spears**
37 Year Old Female   Birth Date: REDACTEDMRN: 00000467201   Account: 4672-1

# Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, March 05, 2009 at 2:30 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 6428 |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out  Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Thursday, March 05, 2009 at 2:00 PM | | Insurance: | CONNECTICARE (CTC) |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, March 05, 2009 at 3:38 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 3/05/2009 02:00PM

#### Chief complaint

The Chief Complaint is: GI issues seem better . Having better bowel movements now that she is off of the Neuroton and Amitiza. She now has Lyme disease confirmed by Dr. Zager . She is also treating with Dr.Kage and a Dr. Joachin Baehring at Yale.

#### History of present illness

Haley Spears is a 31 year old female.

Dr. Kage suspects UC rather than microscopic colitis.

• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
° No dysphagia ° No early satiety ° No nausea ° No vomiting ° No bloating ° No bright red blood per rectum
Since stopping Neurontin, her BMs became more regular and she is now off of the Amitiza. BM's are QOD but the bloating and pain are resolved. Consistency is variable, and she feels much of the variability is related to changes in her medicines.

A few weeks ago, she had some RUQ pain reminiscent of the pain she had with her UGI symptoms in the past, but these resolved on their own without the need to change her UGI meds

#### Current medication

Singulair 5 mg oral tablet, chewable Sig: ONCE A DAY
Albuterol 0.083% inhalation solution Sig: AS NEEDED
Famotidine 20 mg oral tablet Sig: 2 TABLET (S) AT SLEEP
Zofran Sig: AS NEEDED
Hydrocodone Sig: AS NEEDED
Frova 2.5 mg oral tablet Sig: AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig: 3 THREE TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig: TWO TIMES A DAY
Vitamin D: 1.25mg weekly Sig:
Plaquenil Sulfate 200 mg oral tablet Sig: TWO TIMES A DAY
Topamax 50 mg oral tablet Sig: TWO TIMES A DAY
Vitamin B6 50 mg oral tablet Sig: ONCE A DAY
Vitamin B12 1000 mcg oral tablet Sig: ONCE A WEEK
Heparin Lock Flush Sig: ONCE A DAY
Rocephin 2 g injection Sig: ONCE A DAY
Migranal 4 mg/mL nasal spray Sig:
Acidophilus oral capsule Sig: ONCE A DAY

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids
Therapeutic History:

Complete colonoscopy

#### Personal history

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

**Family history**

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

**Physical findings**

Vital Signs:

Vital Signs/Measurements  Value  Normal Range

Blood pressure 140/80 mmHg (100-120/56-80)

Weight 119 lbs (98 - 183)

Height 65.5 in (60.24 - 69.5)

General Appearance:

° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Palpation:* ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Psychiatric:

° Mood was euthymic. ° Affect was normal.

Skin:

° Color and pigmentation were normal.

**Assessment**

- Abdominal pain
- Gastric ulcer
- Constipation
- Internal hemorrhoids

**Therapy**

- Patient to call if symptoms worsen.

**Allergies**

Erythromycin: Onset Date: 10/14/2008.

**Discussed**

Both UGI and LGI sx seem to be side effects of medicines on several occasions.  As the meds change, so do her side effects.  Now the Rocephin may be causing some BM alterations.

**Plan**

- Patient will call for appointment as needed

NO CHANGES IN GI MEDS:  Threatment is appropriate.  Symptoms are well controlled form the GI perspective and no changes in therapy are planned.  I have asked her to get me information regarding how the diagnosis of Lymes disease from the CSF was made and why Dr. Kage suspects UC rather than microscopic colitis (regardless of the dx, 5-ASA is working and is appropriate).

If she gets diarrhea on Rocephin, I will get stool for C-Diff and if negative, treat symptomatically with antidiarrheals.

**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222332203203323;  Total face to face time was unspecified

**Narrative**

No narrative has been assigned.

**Medications**

Liberty003917

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

**Medications**

No medications have been prescribed.

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

No tasks have been created.

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 3/5/2009 | Diagnosis: Constipation (564.00) | 564.00 |
| 3/5/2009 | Diagnosis: Abdominal pain (789.00) | 789.00 |
| 3/5/2009 | Diagnosis: Gastric ulcer (531.90) | 531.90 |
| 3/5/2009 | Diagnosis: Internal hemorrhoids (455.0) | 455.0 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

Liberty003918

# Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Tuesday, December 16, 2008 at 4:27 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: | ID 5551 | |
| Responsible: | James W. O'Brien, MD | Stage: | Patient Checked-Out | Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Tuesday, December 16, 2008 at 4:00 PM | Insurance: | CONNECTICARE (CTC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Tuesday, December 16, 2008 at 6:29 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED12/16/2008 04:00PM

#### Chief complaint

The Chief Complaint is: Haley is here today to go over her meds. She feeling a bit better . Her stomach is less bloated and cramping is less frequent. She feels the Amitiza is working. She has gained 10lbs since her last OV in Oct 2008, she feels most of the weight she has been gained in the past month. She had an MRI of her brain which showed that she has a cyst above her brain stem, she is having further testing done.

#### History of present illness

Haley Spears is a 31 year old female.

RUQ US - Fatty liver, no masses, no stones, no cause for pain.
Brain MRI - Cysts above brain stem & ? focus of scar tissue.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
• Recent weight gain of 10 lb • No fever ° No chills
° Normal appetite ° No nausea ° No vomiting ° No bright red blood per rectum ° No diarrhea
On the Amitiza 24 mcg TID and off the Miralax, she feels improved with less frequent post-prandial pain and less severe pain when it does occur.

BM's once a day to once every 3 days, sometimes very small and incomplete.  No blood, fever, other systemic c/o

She has an appt with Dr. Kage to discuss workup for elevated ANA

#### Current medication

Zyrtec 10 mg oral tablet Sig: AS NEEDED
Albuterol 0.083% inhalation solution Sig: AS NEEDED
Famotidine 20 mg oral tablet Sig: 2 TABLET (S) AT SLEEP
Zofran Sig: AS NEEDED
Hydrocodone Sig: AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig: TWO TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig: TWO TIMES A DAY
Neurontin 600 mg oral tablet Sig: TWO TIMES A DAY
Frova 2.5 mg oral tablet Sig: AS NEEDED

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids
Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral History:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

# Haley A Spears

37 Year Old Female   Birth Date: REDACTED MRN: 00000467201   Account: 4672-1

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 110/60 mmHg (100-120/56-80)

Weight 130 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Exam For Evidence Of Injury:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Hepatic Findings:* ° Liver was not enlarged.
*Splenic Findings:* ° Spleen was not enlarged.

Psychiatric Exam:

° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.

### Assessment

* RLQ abdominal pain
* LLQ abdominal pain
* Elevated serum LDH level /Abnormal LFT
* Crohn's disease
* Constipation
* Abnormal weight gain

### Therapy

* Patient to call if symptoms worsen.
* Plan - increase medication to increase effectiveness.

### Allergies

Erythromycin: Onset Date: 10/14/2008.

### Discussed

If the rheumatologic workup for a high titer positive ANA is negative, then liver biopsy to assess for autoimmune hepatitis would be the next step.  We discussed this in detail.

### Plan

Medication Ordered: Amitiza 24 mcg oral capsule Refills: 0 Quantity: 60 Supply: 30 Sig:  2 ORALLY (BY MOUTH) TWO TIMES A DAY.
Medication Ordered: Digestive Advantage Constipation Refills: 0 Quantity: 30 Supply: 30 Sig:  1 ORALLY (BY MOUTH) WITH 8 OZ WATER ONCE A DAY Dispensed as sample.
Amitiza is further increased to provide more relief from her symptoms.
Digestive advantage - constipation, one a day is added to her regimen.
She will continue Asacol, Prevacid, and Famotidine without changes.
She is directed to call in 3 - 4 weeks to let me know how the present regimen is working.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222333413313333;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|---|---|---|
| 12/16/2008 | Amitiza 24 mcg oral capsule | Issue Method: Hand Written |

Liberty003920

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

| | | |
|---|---|---|
| 12/16/2008 | Amitiza 24 mcg oral capsule | Issue Method: Hand Written |
| 12/16/2008 | Digestive Advantage Constipation | Issue Method: Dispensed |

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

| Date | Task |
|---|---|
| Miscellaneous Task | None |

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|---|---|---|
| 12/16/2008 | Diagnosis: ABDOMINAL PAIN, LEFT LOWER QUADRANT (789.04) | 789.04 |
| 12/16/2008 | Diagnosis: CROHN'S, REGIONAL ENTERITIS OF UNSPECIFIED SITE (555.9) | 555.9 |
| 12/16/2008 | Diagnosis: ABDOMINAL PAIN, RIGHT LOWER QUADRANT (789.03) | 789.03 |
| 12/16/2008 | Diagnosis: ABNORMAL LFT'S (790.4) | 790.4 |
| 12/16/2008 | Diagnosis: CONSTIPATION, UNSPECIFIED (564.00) | 564.00 |
| 12/16/2008 | Diagnosis: ABNORMAL WEIGHT GAIN (783.1) | 783.1 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

## Haley A Spears

37 Year Old Female   Birth Date: REDACTED MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Tuesday, October 14, 2008 at 4:35 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: | ID 4787 | |
| Responsible: | James W. O'Brien, MD | Stage: | Patient Checked-Out | Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Tuesday, October 14, 2008 at 4:15 PM | Insurance: | CONNECTICARE (CTC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Wednesday, October 15, 2008 at 4:31 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 10/14/2008 04:15PM

#### Chief complaint

The Chief Complaint is: Follow up for ulcer. pt feels better than before, Prevacid is helping. Colitius is much better. Has been constipated due to the nerotin use. but overall is doing better. Pt has been having neuro issues & is treating with Dr. Silvers out of HTFD. & Dr. Barry Gordon out of St.Francis.She has also lost about 6 lbs over a 4 week period.

#### History of present illness

Haley Spears is a 31 year old female.

She has severe headaches, changes in vision and a sense of decreased cognition. She is on Neurontin for her neurological symptoms. A head MRI evidently shows some sort of temporal lobe lesion. Workup for this continues.

• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed

° No fever ° No chills ° No weight-related symptoms

• Vision problems, nonspecific, associated with her headaches

• Intermittent nausea, worse with headaches • Intermittent epigastric pain • Mild chronic constipation since clearing up her diarrhea with the colazal therapy ° No bright red blood per rectum

• Decreased concentrating ability

Overall, she feels improved. She still has episodes of sharp digging pain in the epigastrium; however, this is less pronounced than before. She attributes this to her "ulcer." She continues on the Prevacid BID and Famitidine with good effect. She gets bouts of nausea but this typically occurs with one of her headaches.

Her diarrhea is well controlled with Asacol 2 BID. She has some bouts of mild constipation now. There is no blood in her bowel movements or on paper.

6/29/07 Endo/Colon showed a linear gastric ulcer (non-bleeding) and normal colonic mucosa. Biopsies were - for H. Pylori, Celiac Sprue, Crohn's and UC; however, colon biopsies showed mild-mod lymphocytic colitis. F/u endo 9/14/07 showed healing of her gastric ulcer

#### Current medication

Zyrtec 10 mg oral tablet Sig: AS NEEDED
Albuterol 0.083% inhalation solution Sig: AS NEEDED
Famotidine 20 mg oral tablet Sig: 2 TABLET (S) AT SLEEP
Zofran Sig: AS NEEDED
Hydrocodone Sig: AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig: TWO TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig: TWO TIMES A DAY
Neurontin 600 mg oral tablet Sig: TWO TIMES A DAY
Frova 2.5 mg oral tablet Sig: AS NEEDED

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

## Haley A Spears

37 Year Old Female  Birth Date: REDACTEDMRN: 00000467201  Account: 4672-1

*Behavioral History:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 102/62 mmHg (100-120/56-80)

Weight 120 lbs (96 - 183)

Height 65.5 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.

Head:

*Exam For Evidence Of Injury:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lymph Nodes:

° Cervical lymph nodes were not enlarged.

Lungs:

° Respiration rhythm and depth was normal. ° Chest was normal to percussion. ° Clear to auscultation.

Cardiovascular System:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* • Mild direct suprapubic tenderness. • Mild diffuse direct tenderness. ° Abdomen was soft. ° No rebound tenderness in the abdomen. ° No mass was palpated in the abdomen.
*Hepatic Findings:* ° Liver was not enlarged.
*Splenic Findings:* ° Spleen was not enlarged.

Neurological:

° System: normal.

Psychiatric Exam:

° Normal.

Skin:

° Color and pigmentation were normal. ° Moisture was normal.

### Assessment

- Nausea
- Abdominal pain
- Lymphocytic colitis
- Constipation

### Allergies

Erythromycin: Onset Date: 10/14/2006.

### Plan

- Follow-up for re-examination in 1 year

Medication Ordered: Citrucel 2 g/19 g oral powder Refills: 3 Quantity: 90 Supply: 360 Sig:  1 TABLESPOON (S)  IN 16 OZ. WATER ONCE A DAY.
Continue Prevacid and Famotidine for gastric ulcer and upper GI symptoms. Continue Colazal for lymphocytic colitis. Add fiber therapy to help with regulating the BM's.
-

Liberty003923

# Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

help with regulating the BM's.

**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222343403203333 and detailed H&P with moderate complexity decision making:O;OO;E;a;0;0;222343403203333; Total face to face time was unspecified; Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 10/15/2008 | Citrucel 2 g/19 g oral powder for reconstitution | Issue Method: Hand Written |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 10/14/2008 | Diagnosis: NAUSEA ALONE (787.02) | 787.02 |
| 10/14/2008 | Diagnosis: ABDOMINAL PAIN, UNSPECIFIED SITE (789.00) | 789.00 |
| 10/14/2008 | Diagnosis: CROHN'S REGIONAL ENTERITIS OF LARGE INTESTINE (555.1) | 555.1 |
| 10/14/2008 | Diagnosis: CONSTIPATION, UNSPECIFIED (564.00) | 564.00 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

Liberty003924

# Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Tuesday, April 08, 2008 at 4:17 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: | ID 2389 | |
| Responsible: | James W. O'Brien, MD | Stage: | Patient Checked-Out | Room: |
| Appointment: | Tuesday, April 08, 2008 at 4:00 PM | Insurance: | CONNECTICARE (CTC) | |
| Visit Type: | New Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Tuesday, April 08, 2008 at 6:32 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 4/08/2008 04:00PM

#### Chief complaint

The Chief Complaint is: Patient her today for microscopic colitis and an ulcer, had a procedure last June by Dr. Cipolla. Had a follow up endo in Aug. Ulcer was healed. But lately has been having nasuea, abd pain. Loose stool & diarreah.

#### History of present illness

Haley Spears is a 30 year old female.

Prior dx of PUD, rx's w daily Prevacid.  F/u endo showed no residual ulcer.  Colonoscopy bx + Microscopic colitis, Rx Asacol 4 in AM 5 in PM.

• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed

• Weight Weight is changing about 5lbs up or down weekley ° No fever ° No chills

• Heartburn • Nausea • Bloating • Sharp abdominal pain • Recent increase in bowel frequency • Bowel urgency • Bright red blood per rectum she attributes to hemorrhoids as she was diagnosed with this in the past • Diarrhea • Anal itching ° No vomiting
For the past few weeks, despite continued Prevacid and Asacol, she has been more miserable with increased episodes of mid right abd pain with increased frequency of diarrhea (3-5 times/week) and abd lowd gurgling noises.  Nausea but no vomiting.  Wt fluctuates up and down by 5 lb but range is stable

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral history:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

#### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

#### Review of systems

Liberty003925

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

Head symptoms: No head symptoms.
Eye symptoms: No eye symptoms.
Otolaryngeal symptoms: No otolaryngeal symptoms.
Cardiovascular symptoms: No cardiovascular symptoms.
Pulmonary symptoms: No pulmonary symptoms.
Genitourinary symptoms: No genitourinary symptoms.
Endocrine symptoms: No endocrine symptoms.
Musculoskeletal symptoms: No musculoskeletal symptoms.
Neurological symptoms: No neurological symptoms.
Skin symptoms: No skin symptoms.

**Physical findings**

Vital signs:

Vital Signs/Measurements  Value  Normal Range

Weight 122 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Evidence Of Injury:* ° No evidence of a head injury.
*Abnormality Of Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lymph Nodes:

° Cervical lymph nodes were not enlarged.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular system:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness Palpation does not reproduce her symptoms.  ° No mass was palpated in the abdomen.
*Hepatic Findings:* ° Liver was not enlarged.
*Splenic Findings:* ° Spleen was not enlarged.

Neurological:

° System: normal.

Psychiatric Exam:

° Normal.  ° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

**Assessment**

- RUQ abdominal pain
- Diarrhea
- Gastritis
- Lymphocytic colitis
- Rectal hemorrhage

**Therapy**

- Possible limitations and risks include pain, complications from medication, complications from anesthesia, and bleeding.
- Risks, benefits, and limitations discussed and understood - patient wishes to proceed.
- Plan - modify medication.

**Discussed**

Differential diagnosis included recurrent PUD, exascerbation of Lymophocitic colitis, new IBD, or IBS.

**Plan**

Liberty003926

## Haley A Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00000467201  Account: 4672-1

Medication Ordered: Prevacid 30 mg oral delayed release capsule Refills: 3 Quantity: 60 Supply: 30 Sig:  1 CAPSULE (S) TWO TIMES A DAY.
Medication Ordered: Asacol 400 mg oral enteric coated tablet Refills: 0 Quantity: 120 Supply: 40 Sig:  3 TABLET (S) THREE TIMES A DAY.
Medication Ordered: Levbid 0.375 mg oral tablet, extended release Refills: 0 Quantity: 90 Supply: 30 Sig:  1 TABLET (S) ORALLY (BY MOUTH) TWO TIMES A DAY TO THREE TIMES A DAY (THIRD DOSE IF PAIN OCCURS) Dispensed as written.
Medication Ordered: famotidine 20 mg oral tablet Refills: 0 Quantity: 60 Supply: 30 Sig:  2 TABLET (S) AT SLEEP Dispensed as written.
Medication Ordered: famotidine 20 mg oral tablet Refills: 0 Quantity: 60 Supply: 30 Sig:  2 TABLET (S) AT SLEEP Dispensed as written.

**Practice Management**

Outpatient consult, comprehensive h&p, moderate complexity:O;OC;N;a;0;0;232443403303433;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 4/8/2008 | Asacol 400 mg oral delayed release tablet | Issue Method: Hand Written |
| 4/8/2008 | famotidine 20 mg oral tablet | Issue Method: Hand Written |
| 4/8/2008 | Levbid 0.375 mg oral tablet, extended release | Issue Method: Hand Written |
| 4/8/2008 | Prevacid 30 mg oral delayed release capsule | Issue Method: Hand Written |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 4/8/2008 | Diagnosis: ABDOMINAL PAIN, RIGHT UPPER QUADRANT (789.01) | 789.01 |
| 4/8/2008 | Diagnosis: DIARRHEA (787.91) | 787.91 |
| 4/8/2008 | Diagnosis: HEMORRHAGE OF RECTUM AND ANUS (569.3) | 569.3 |
| 4/8/2008 | Diagnosis: UNSPECIFIED GASTRITIS AND GASTRODUODENITIS WITHOUT (535.50) | 535.50 |
| 4/8/2008 | Diagnosis: CROHN'S REGIONAL ENTERITIS OF LARGE INTESTINE (555.1) | 555.1 |

### Allergy Shot

No shots exist.

### Injections

No injections have been entered.

Liberty003927

860-783-5799     TO: Rockue/Berzas Szul/Legal-Daw-Eri 0,1801 26 PAX Server
5/3/2011 2:52:29 PM   PAGE   1/001 26

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-8589 F(860)290-4108 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
| **SPEARS, HALEY** | **4628279** | **06/03/11** | **1384063** |

| | | | |
|---|---|---|---|
| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
| **JAMES OBRIEN, MD** | REDACTED | **33 Y/F** | **(860) 308-2050** |
| 353 MAIN STREET | | | |
| MANCHESTER, CT 06040 | Exam(s): US ABDOMEN COMPLETE - 76700 | | |
| Phone: (860) 649-3477 | | | |
| FAX: (860) 649-0011 | | | |

INDICATION: Abdominal pain and bloating

COMPARISON: Abdominal ultrasound 10/01/2010 and 04/02/2010

The current ultrasound shows normal size and echogenicity to the liver with no focal findings. The gallbladder is normal in appearance. There is no stone or cholecystitis . The gallbladder wall was not thickened and there is no pericholecystic fluid. There is no intra or extrahepatic bile duct dilatation. The common bile duct measures between 2 and 4 mm. The pancreas is unremarkable.

Right kidney measures 10.5 cm longitudinally. Left kidney measures 10.6 cm longitudinally. There is normal cortical thickness and echogenicity of the kidneys. There is no hydronephrosis, mass, or stone. The spleen is normal in size with no focal findings. The visualized abdominal aorta and inferior vena cava are unremarkable.

IMPRESSION: sonography of the abdomen is currently within normal limits. The tiny gallstones seen on the prior studies are no longer identified and there is no new finding.

Thank you for referring your patient to us, .

Margaret Szerejko, MD.

(Electronically Signed - 6/3/2011  2:51:43PM)
  cc: ZANE SAUL, MD
      2890 MAIN STREET
      STRATFORD, CT  06614
  cc: BERNARD RAXLEN, MD
      123 WEST 79TH STREET
      FIRST FLOOR
      NEW YORK, NY  10024

d: 6/3/2011 t: 2:51:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty003928



# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-8589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **3907206** | **10/29/09** | **1384063** |

AT THE REQUEST OF

**JAMES OBRIEN, MD**
353 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 649-3477
FAX: (860) 649-0011

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | **32 Y/F** | **(860) 308-2050** |

**Exam(s):** CT ABDOMEN WW/O CONTRAST - 74170

3907207   CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

History: Abdominal pain. Ulcerative colitis.
CT SCAN OF THE ABDOMEN and PELVIS:

Comparison: None

CT scan of the abdomen and pelvis was performed with and without the intravenous administration of 100 cc Ultravist. Oral contrast also given.

The lung bases are clear.
The liver is normal.
Gallbladder is normal.
Biliary ducts are not dilated.
spleen is normal
pancreas is normal
adrenal glands are normal
right kidney is normal
left kidney is normal
mesentery is normal.
No adenopathy.
No free fluid.

The mesentery, and pelvic soft tissues are normal. No pelvic adenopathy. The area the ileocecal valve is unremarkable. No inflammatory change free fluid or other abnormality seen. The bowel as visualized is unremarkable.

CONCLUSION:

Unremarkable CT scan of the abdomen and pelvis.

d: 10/29/2009 t: 1:09:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 1 of 2**     JFTDXRP - L     Printed on: 10/29/2009   1:10:11PM

Signed by SARAH THIBODEAU, APRN on 10/29/2009 04:28 PM

Liberty003929

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
| **SPEARS, HALEY** | 3907206 | 10/29/09 | 1384063 |

AT THE REQUEST OF
**JAMES OBRIEN, MD**

**Exam(s):** CT ABDOMEN WW/O CONTRAST - 74170

3907207   CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

Thank you for referring your patient to us,

Marc Glickstein, MD.

(Electronically Signed - 10/29/2009  1:09:58PM)

cc: BERNARD RAXLEN, MD
123 WEST 79TH STREET
FIRST FLOOR
NEW YORK, NY  10024

d: 10/29/2009 t: 1:09.00PM

### CONFIDENTIALITY NOTICE
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

JPTDXRP - L   Printed on: 10/29/2009   1:10:11PM

Signed by SARAH THIBODEAU, APRN on 10/29/2009 04:28 PM

Liberty003930

# Evergreen Imaging Center
*An affiliate of Eastern Connecticut Health Network*
## 2800 Tamarack Drive
## South Windsor, CT  06074

Phone: (860) 533-4600                    Fax: (860) 533-4601

Patient Name: SPEARS,HALEY          DOB: REDACTED
MRN: E018697                        Account #: L00027440
Visit Type: REG CLI                 Patient Location: EULTR
                                    Patient Phone #: 860-308-2050

Ordering Physician:  James O'Brien
Consulting Physician:  ;
Additional Copies To: ; ;

Report Status: Signed               Exam Date: 11/19/08

Exam Procedures: US US Abdomen

08163024

Abdominal ultrasound

INDICATION: Elevated liver function tests

Ultrasound examination of the abdomen is performed. There are no prior studies for comparison.
The liver appears mildly echogenic, which may indicate fatty infiltration. No focal lesions are
evident. There is no dilatation of the intrahepatic or extrahepatic bile ducts. The gallbladder is
normal without calculus or wall thickening. The pancreas appears unremarkable.

The kidneys are normal in size, position, contour, and echotexture. No mass, calculus or
hydronephrosis is evident. The spleen is normal in size and homogeneous. The aorta is not dilated.
No adenopathy or free fluid is evident.


IMPRESSION:

Probable mild fatty infiltration of the liver.

The examination is otherwise unremarkable.




Dictated By: Shuler, Frederick  11/19/08 1157
Signed By: Frederick Shuler  11/19/08 1200
Transcriptionist: PSCRIBE
Technologist: Kimberly Kobjack
Routing: O'Brien, James ; ; ; ;
Report #: 1118-0203    Department's copy                            EGWDIAG

signed by JAMES OBRIEN, MD on 11/19/2008 05:20 PM

To: Rocquel Bigal From: Edryco Dwyer O Page 30 of 30

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 1

| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
|---|---|
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP#  1184601-01 |

Report for SPEARS,HALEY                    D02288458

## FINAL REPORT
## COPY

Report Recipients:
O'Brien,James

REDACTED

| Patient: SPEARS,HALEY | Acct# D02288458  DOB: | Ph#: 860-308-2050 |
|---|---|---|
| Location: MMH Lab - Evergreen Walk | Age/Sex: 31/F  Sub Dr.: O'Brien,James | |

Specimen: 1119:C00517R    COMP    Collected: 11/19/08-1306    Received: 11/19/08-1306

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| PROTEIN,T | | 5.8 | L | 6.0-7.9 G/DL |
| ALBUMIN | 3.7 | | | 3.2-4.8 G/DL |
| BILI,TOTAL | 0.4 | | | 0.2-1.3 MG/DL |
| BILI, CONJ. | 0.1 | | | 0.0-0.2 MG/DL |
| UNCON BILI | 0.3 | | | 0.0-1.0 MG/DL |
| ALK PHOS | 43 | | | 38-126 IU/L |
| GGT | 22 | | | 8-78 U/L |
| ALT (SGPT) | | 50 | H | 10-40 IU/L |
| AST (SGOT) | 38 | | | 10-42 IU/L |
| AMYLASE | 100 | | | 25-125 U/L |
| LIPASE | 30 | | | 18-51 U/L |
| IRON | | 32 | L | 40-170 ug/DL |
| IRON BINDING | 305 | | | 225-450 UG/DL |
| FERRITIN | | 9.9 | L | 11-306 NG/ML |
| TRANSFERRIN | 218 | | | 192-382 MG/DL |

Specimen: 1119:H00557R    COMP    Collected: 11/19/08-1306    Received: 11/19/08-1306

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| SED RATE | 1 | | | 0-20 MM/HR |

Specimen: 1119:S00079R    COMP    Collected: 11/19/08-1306    Received: 11/19/08-1306

| Test | Normal | Abnormal | Flag | Reference | |
|---|---|---|---|---|---|
| > ANA ANATP | | POSITIVE | H | NEGATIVE | |
| >  ANA TITER | > 1:1280 | | | | |
| >  ANA PATTERN | HOMOGENEOUS/SPECKLED | | | | |
| > ANTI-SMOOTH MUS | <1:40 | | | <1:40 TITER | SP |
| > HEP. A IGM AB | NONREACTIVE | | | NONREACTIVE | SP |
| > HEP.B CORE IGM | NONREACTIVE | | | NONREACTIVE | SP |
| > HEP BS AG | NONREACTIVE | | | NONREACTIVE | SP |
| > HEP C IGG ABS | NONREACTIVE | | | NONREACTIVE | SP |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

Signed by JAMES OBRIEN, MD on 11/24/2008 05:55 PM          Run Date & Time: 11/24/08 - 0716



**Eastern Connecticut Health Network, Inc.**
**Department of Pathology and Laboratory Services**

Manchester Memorial Hospital
71 Haynes Street
Manchester, CT 06040-4188
Tel: (860) 647-6487
Fax: (860) 647-6447

## SURGICAL PATHOLOGY
### Accession #: SP10-4686

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | SPEARS, HALEY A. | Client: | MMH | Collected: | 4/27/2010 |
| DOB: | REDACTED (Age: 32) | SSN: | REDACTED | Received: | 4/27/2010 |
| Gender: | F | MR #: | 2340233 | Pt. Type: | Surgical/SDS |
| Physician(s): | James W. O'Brien, M.D. | Acc't #: | D02758451 | Location: | DSCH |
| | Kristen Giannini, M.D. | | | | |

### Specimen
Stomach, biopsy and polypectomy

### Clinical Diagnosis
Abdominal pain, bloating; gastritis and gastric polyp

### Macroscopic Description
Received in formalin are 4 tan 3 mm tissue fragments. Totally submitted. (RJD)

### Microscopic Description
Sections of the stomach biopsy specimen demonstrate fragments of antral and oxyntic-type gastric mucosa. Mild chronic inflammation and fibrosis are seen within the lamina propria. There are associated reactive mucosal changes. One antral mucosal fragment demonstrates marked foveolar hyperplasia, suggesting a hyperplastic mucosal polyp. No adenomatous change or malignancy is identified. No intestinal metaplasia is seen. No Helicobacter pylori is identified.

Special studies performed: Alcian blue/PAS stain. Immunostain for Helicobacter pylori.

### Final Diagnosis
Stomach, biopsy and polypectomy: Chronic gastritis and fragment consistent with a hyperplastic mucosal polyp. No Helicobacter pylori or intestinal metaplasia is seen. MS/khb

Monica Srodon, M.D.
Electronic Signature 4/28/2010

signed by JAMES OBRIEN, MD on 04/28/2010 04:47 PM Board of Pathology

Dennis G. O'Neill, M.D., FCAP, Director

Michele B. Conlon, M.D., FCAP    Devhala S. Patel, M.D., FCAP    Robert A. Schwartz, M.D., FCAP    Monica Srodon, M.D. FCAP

Liberty003933

# Manchester Memorial Hospital
## Endoworks Procedure Report

| | | | |
|---|---|---|---|
| **Patient:** | HALEY A SPEARS  *32 yr* | **Attending Physician:** | James O'Brien M.D. |
| **Patient ID:** | MRN-Z346259 | **Referring Physician:** | Kristin Giannini |
| **DOB:** | REDACTED | **Scope:** | GIF-H180-2902513 |

**Exam Type:** Esophagogastroduodenoscopy

**Exam Date:** 04/27/2010

**Accession #:** A55270

**Procedure Start Time:** Scope Model/Serial# GIF-H180-2902513

**Indications:**

* pain located in the epigastrium (789.06).
* Dyspepsia (536.8).
* Surveillance of a gastric ulcer (531.9), seen endoscopically in 2007.

**Consent:** The benefits, risks ( including but not limited to causing bleeding, perforation, infection, aspiration, allergic reaction, and pain) and alternatives to the procedure ( including but not limited to doing nothing, barium x-ray testing )were discussed and informed consent was obtained from the patient.

**Physical Exam:** See pre-procedure record.

**Preparation:**

* EKG, pulse, pulse oximetry and blood pressure were monitored throughout the procedure and oxygen was given.
* ASA Classification: Class 2 – Patient has mild to moderate systemic disturbance that may or may not be related to the disorder requiring surgery.

**Medications:**

* The patient was given oxygen.
* Propofol by anesthesiologist

**Procedure:** The endoscope was passed with ease through the mouth under direct visualization and advanced to the 2nd portion of the duodenum. The scope was withdrawn and the mucosa was carefully examined. The views were good. The patient's toleration of the procedure was good. Retroflexion was performed in the cardia.



*(handwritten notes)*

4/28/10 RK

STOMACH; CHRON INFLAM, HYPERPLASTIC POLYP ⊕H. PYLORI
REC: ① CONTINUE PREVACID 30 BID
② CONSIDER CONSULT c SURGEON TO DISCUSS CCY AS A WAY TO ADDRESS SX
(US 4/2/10 = "MULTIPLE TINY GALLSTONES" CT SCAN)
Tried calling Lmom, let dict ⊙B3
later, called pt c report & rec.
I reviewed her previous in detail. *(signature)*

Liberty003934

SPEARS, HALEY MRN-Z346259

**Findings:**
**Esophagus:** The esophagus appeared to be normal ① with no evidence of visible esophagitis in the esophagus.
**Stomach:** A few small polyps were found in the body of the stomach, ③ and diffuse, mild, chronic gastritis was found in the antrum. ④ Multiple biopsies were taken. There was no evidence of erosions or of ulcers in the stomach.
**Duodenum:** The duodenal bulb and 2nd portion of the duodenum appeared to be normal. ⑤

**Estimated Blood Loss:**

* 1 cc

**Unplanned Events:** There were no immediate complications.

**Summary:**

* Normal esophagus.
* No evidence of esophagitis in the esophagus.
* Polyps were found in the body of the stomach (211.1).
* Mild chronic gastritis was found in the antrum (535.10). Multiple biopsies taken.
* No evidence of erosions or of ulcers in the stomach.
* Normal duodenal bulb and 2nd portion of the duodenum.

**Recommendations:**

* Discharge home when standard parameters are met.
* Resume regular diet as tolerated.
* Continue current Prevacid 30 mg po BID.
* Follow-up on the results of the biopsy specimens.

**Procedure Codes:**

* [43239]EGD with biopsy



normal-esophagus    3 polyp---stomach-body of the stomach    4 gastritis-stomach-antrum

Liberty003935

SPEARS, HALEY MRN-Z346259

 

5 normal-duodenum-2nd portion of the duodenum     -retroflex view of the stomach

**Signature:**                            **Date:** 04/27/2010

*James O'Brien MD*

**James O'Brien M.D.**

Version 1, electronically signed by Dr. James O'Brien on 04/27/2010 at 14:24.

Liberty003936

**DIGESTIVE HEALTH SPECIALISTS OF EASTERN CONNECTICUT**
**353 MAIN STREET**
**MANCHESTER, CT 06040**
Phone: 860-649-3477  Fax: 860-649-0011

Peter S. Buch, M.D.                                    Michele Kaczmarczyk, PA-C
James W. O'Brien, M.D.                                 Sarah Thibodeau, A.P.R.N.

April 28, 2010

Dr. Kristin Giannini
Fax #: 875-6271

RE:  Haley Spears

Dear Dr. Giannini,

I have had the continuing pleasure of evaluating Ms. Spears, your 32-year-old
patient with epigastric abdominal pain and dyspepsia. Because of her previous
history of a gastric ulcer, I did perform endoscopy. I found mild gastritis but no
evidence of recurrent ulcer disease. Biopsies showed no H. pylori. Incidental
note of small polyps in the stomach were also made but these appeared innocent
and biopsies show that they are hyperplastic polyps of no clinical consequence.

At this point, the only positive finding on recent non-invasive testing of her
abdomen is that she has multiple small gallstones seen on ultrasonography that
was done on April 2nd. While it is not at all clear to me that her symptoms are
related to this, there is a possibility that her symptoms are in fact being caused by
her gallbladder and I have therefore recommended that she sit down with a
surgeon to discuss whether or not to consider cholecystectomy. In the meantime,
symptomatic therapy for her abdominal symptoms is warranted. She is currently
also being treated for a line infection of her PICC line.

Thank you for the pleasure of working with Ms. Spears. I am hopeful that we will
be able to give her some relief from her symptoms.

Sincerely yours,

James O'Brien, M.D.

JO/db

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

May 06, 2010

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 05.06.2010, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

32 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09 astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
4. Angioedema'04, w/u: high Thyroglobulin Ab, multinodular goiter since'04,few FNAs-WNL, euthyroid, no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04,?hives
6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.09,8.09, also now normal Protein C, Protein S levels; Positive ANA 1:320 in 5.2010, also low Scrum Cortisol level The above suggests: Pronounced migraine headaches triggered an extensive work-up which showed possible astrocytoma, possible tick-borne disease, and perhaps rheumatic autoimmune disease: 1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal bands, repeat MRI Brain at Yale 7.31.09 -reportedly stbale lesion per patient. 2. Neuroborreliosis -diagnosed and treated by ID MD, s/p IV Antibiotics since 4.09 till recently for possible Neuroborreliosis and possible coinfection with Babesia, HGE, and Bartonella per ID MD, Dr.Rexler. The diagnosis of Lyme dis based on CSF Lyme test is not irrefutable since her Lyme serology 1.09 was normal, Lyme C6 test -negative. Haley does recall having a bull-eye rash in '05 that was left unaddressed in any way by her at that point. 3. An autoimmune inflammatory disorder is suspected due to multiorgan involvement (thyroid, GI tract, sicca, Raynaud's phenomenon, migraines, arthralgia), and polyclonal antibody production to antigens within GI tract (ANCA tests had pattern of Ulcerative Colitis), thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity (MGM w/UC). Such a versatile activation of the immune system may suggest a Connective Tissue Disease, however a repeat ANA was negative in 1.09, 2.09, and 8.09, necessitating further observation re: possible other causes, e.g. Neuroborreliosis. High positive ANA in 1.09, arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a consideration of Systemic Lupus Erythematosus, will monitor for features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an Overlap Syndrome, I was

**361 Main Street – Manchester, Connecticut 06040**
**Phone 860.646.9929 – Fax 860.646.7999**

Liberty003938

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

concerned sufficiently enough to start Plaquenil in '08. Her repeat rheumatic labs were normal hence I felt that the positive ANA was an epiphenomenon, but clearly she needs to be monitored. She has been off of Plaquenil since 12.09 without worsening hence will observe without the Plaquenil. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, the repeat tests for protein C and Protein S were normal. test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, this improved to normal on repeat test in 8.09. She did not have antibodies suggestive of Antiphospholipid syndrome. I did advise her to avoid prothrombotic agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. Microscopic colitis is known to occur in Connective Tissue Disorders but primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care. Haley had mildly abnormal LFTs of unclear origin. While her ANCA test showed pattern suggestive of Ulcerative Colitis, this is not diagnostic of Ulcerative Colitis, this was explained to Haley. Low/normal Vitamin B12 and low level Vitamin D levels were found, now replenished. She was recently found to have gallstones, awaits an appt w/a surgeon. Iron deficiency was found per labs 5.2010, she will follow up w/Dr.O'Brien & OB-Gyn. Enteropathic reactive inflammatory arthritis with +HLA B27 may be present here, too -mild now, does not require any Disease Modyfying Agents for Rheumatic Diseases at present.

As a result, I have made the following recommendations:

    1. Daily exercising (walking).
    Pt will discuss Vitamin D replacement with Dr.Guion,NP
    2. Use sunscreen SPF>30 when outside.
    3. Continue all other measures.
    4. RTC in 4-6 months. BK
    5. Consult Neurocognitive psychologist per Dr.Zegar.
    6. Consult Endocrine MD re: low cortisol level;& Dr.O'Brien
    re: Iron deficiency
Barbara Kage, MD,FACR; Board-certified Rheumatologist
Thank you for allowing me the opportunity to participate in the care of Ms. Spears.

Sincerely,

Barbara Kage, MD, F.A.C.R

Liberty003939

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

January 04, 2010

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 01.04.2010, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09 astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5, (nl<5,abnl >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.09,8.09, also now normal Protein C, Protein S levels; The above suggests: Pronounced migraine headaches triggered the extensive work-up which showed possible astrocytoma, possible tick-borne disease, and perhaps rheumatic autoimmune disease: 1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal bands, repeat MRI Brain at Yale 7.31.09 -reportedly stbale lesion. 2. Neuroborreliosis -The patient is currently treated w/IV Antibiotics since 4.09 for possible Neuroborreliosis and possible coinfection with Babesia, HGE, and Bartonella per ID MD, Dr.Rexler. The diagnosis of Lyme dis based on CSF Lyme test is not irrefutable since her Lyme serology 1.09 was normal, Lyme C6 test -negative. Haley does recall having a bull-eye rash in '05 that was left unaddressed in any way by her at that point. She seems to have improved a lot on the regimen of IV Rocephin, Zithromax, Meperon; these are now on hold since 12.11.09 per her ID MD. 3. I still suspect a possibility of an autoimmune inflammatory disorder predominantly because of the multiorgan involvement (thyroid, GI tract, sicca, Raynaud's phenomenon, migraines, arthralgia), and polyclonal antibody production to antigens within GI tract (ANCA tests had pattern of Ulcerative Colitis), thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity (MGM w/UC). Such a versatile activation of the immune system may suggest a Connective Tissue Disease, however a repeat ANA was negative in 1.09, 2.09, and 8.09, necessitating further observation re: possible other causes, e.g. Neuroborreliosis. High positive ANA in 1.09, arthralgia, Raynaud's phenomenon, and Sicca syndrome warranted a consideration of Systemic Lupus Erythematosus, will monitor for

---

**361 Main Street – Manchester, Connecticut 06040**
**Phone 860.646.9939 – Fax 860.646.7999**

Liberty003940

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

### BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an Overlap Syndrome, I was concerned sufficiently enough to start Plaquenil, we will continue it for now for symptomatic relief. I will reevaluate her regarding any Connective Tissue Disease once she completes her antibiotic regimen which she is scheduled to resume this month. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, this improved to normal on repeat test in 8.09. She did not have antibodies suggestive of Antiphospholipid syndrome. I did advise her to avoid prothrombotic agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. Microscopic colitis is known to occur in Connective Tissue Disorders; primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care. Haley had mildly abnormal LFTs of unclear origin. While her ANCA test showed pattern suggestive of Ulcerative Colitis, this is not diagnostic of Ulcerative Colitis, this was explained to Haley. Low/normal Vitamin B12 and low level Vitamin D levels were found, now replenished, will repeat the testing.

As a result, I have made the following recommendations:

    1. Daily exercising (walking).
    2. Use sunscreen SPF>30 when outside.
    3. Labs (Vit D). Resume Plaquenil 200 mg twice a day.
    4. Prevident toothpaste;
    5. Continue all other measures.
    6. RTC in 4 months. BK
Haley will look up NIH guidelines on Vitamin D
Barbara Kage, MD,FACR; Board-certified Rheumatologist
Thank you for allowing me the opportunity to participate in the care of Ms. Spears.

Sincerely,

Barbara Kage, MD, F.A.C.R

---

Liberty003941

Case 3:11-cv-01807-VLB Document 125-5 Filed 11/01/12 Page 166 of 301

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

July 20, 2009

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 07.20.2009, I had the pleasure of seeing Haley Spears for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, MRI Brain &fMRI 1.09 astrocytoma possible;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now, +HLA B27 Ag
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.28,09
The above suggests: Pronounced migraine headaches triggered the extensive work-up which showed possible astrocytoma, possible tick-borne disease, and perhaps rheumatic autoimmune disease: 1. Astrocytoma -possible, no biopsy was done; CSF-no oligoclonal bands, pt awaits repeated MRI Brain at Yale 7.31.09. 2. The patient is currently treated w/IV Antibiotics since 4.09 for possible Neuroborreliosis and possible coinfection with Babesia, HGE, and Bartonella per ID MD, Dr.Rexler. The diagnosis of Lyme dis based on CSF Lyme test is not irrefutable since her Lyme serology 1.09 was normal, Lyme C6 test -negative. Given the lack of standardization of assays, it is difficult to determine the sensitivity or specificity of CSF Lyme antibody testing. In a patient with a clinical scenario suggesting Lyme disease, a positive study from a reputable laboratory should be viewed as significant evidence in favor of the diagnosis. However, negative CSF studies should not eliminate neuurologic Lyme disease from consideration if clinical circumstances support the diagnosis. She was treated w/ Rocephin 1 gm/day 3.2.09 to 3.30.09, tolerated it well. Haley does recall having a bull-eye rash in '05 that was left unaddressed in any way by her at that point. 3. I still suspect a possibility of an autoimmune inflammatory disorder predominantly because of the multiorgan involvement (thyroid, GI tract, sicca, Raynaud's phenomenon, migraines, arthralgia), and polyclonal antibody production to antigens within GI tract (ANCA tests had pattern of Ulcerative Colitis), thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity (MGM w/UC). Such a versatile activation of the immune system may suggest a Connective Tissue Disease, however

Liberty003942

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

a repeat ANA was negative in 1.09 & 2.09, necessitating further observation re: possible other causes. High positive ANA in 1.09, arthralgia, Raynaud's phenomenon, and Sicca syndrome warranted a consideration of Systemic Lupus Erythematosus, will monitor for features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an Overlap Syndrome. I was concerned sufficiently enough to start Plaquenil, we will continue it for now for symptomatic relief. I will reevaluate her regarding any Connective Tissue Disease once she completes her antibiotic regimen. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, hence will repeat RBC Folate & homocysteine level. She did not have antibodies suggestive of Antiphospholipid syndrome. I did advise her to avoid prothrombotic agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. Microscopic colitis is known to occur in Connective Tissue Disorders; primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care. Haley had mildly abnormal LFTs of unclear origin. While her ANCA test showed pattern suggestive of Ulcerative Colitis, this is not diagnostic of Ulcerative Colitis, this was explained to Haley. Low/normal Vitamin B12 and low level Vitamin D levels were found, now replenished, will repeat the testing.

As a result, I have made the following recommendations:

1. F/u Infectious Disease MD & Dr.Zagar, await MRI Brain 7.09
2. Glucosamine 1500mg and chondroitin 1200/day
3. Use sunscreen SPF>30 when outside.
4. Plaquenil 200 mg twice a day.
5. Prevident toothpaste; Plaquenil baseline eye exam &yearly
6. Continue all other measures.
7. RTC in 3 months. BK
8. F/u with Dr. O'Brien.
9. Labs.
Thank you for allowing me the opportunity to participate in the care of Ms. Spears.

Sincerely,

Barbara Kage, MD, F.A.C.R

Liberty003943

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY

REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

April 28, 2009

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 04.28.2009, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain & fMRI 1.27.09 at Yale;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
2. Since late teens-Raynaud's phenomenon,Mom has Raynaud's
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis on Asacol, Abd LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09; ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC Repeat DNA Ab-neg 1.09; Neg repeat ANA & DNA ab -2.28.09

The above suggests: Pronounced migraine headaches triggered the extensive work-up, the patient is currently treated for possible Neuroborreliosis and possible coinfection with Babesia, HGE -ID w/u is pending. The diagnosis of Lyme dis based on CSF Lyme test is not irrefutable since her Lyme serology 1.09 was normal, Lyme C6 test -negative. She was treated w/ Rocephin 1 gm/day 3.2.09 to 3.30.09, tolerated it well so far. Somehow she was never checked for Babesia, her ID MD is checking for it now & has started empirically the treatment with Atovaquone & Azithromax. Haley does recall having a bull-eye rash in '05 that was left unaddressed in any way by her at that point. It is still unclear what is the significance of it, I will look forward to her ID MD's assessment once her lab report becomes available. I still suspect a possibility of an autoimmune inflammatory disorder predominantly because of the multiorgan involvement (thyroid, GI tract, sicca, Raynaud's phenomenon, migraines, arthralgia), and polyclonal antibody production to antigens within GI tract (ANCA tests had pattern of Ulcerative Colitis), thyroid Antibodies, and high titer +ANA, and FHx of autoimmunity (MGM w/UC). Such a versatile activation of the immune system may suggest a Connective Tissue Disease, however a repeat ANA was negative in 1.09 & 2.09, necessitating further observation re: possible other causes. High positive ANA, arthralgia, Raynaud's phenomenon, and Sicca syndrome warented a consideration of Systemic Lupus Erythematosus, will monitor for features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an Overlap Syndrome, I was concerned sufficiently enough to start Plaquenil. I will

**361 Main Street – Manchester, Connecticut 06040**
**Phone 860.646.9929 – Fax 860.646.7999**

Liberty003944

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

reevaluate her regarding any Connective Tissue Disease once she completes her antibiotic regimen. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, hence will repeat RBC Folate & homocysteine level. She did not have antibodies suggestive of Antiphospholipid syndrome. I did advise her to avoid prothrombotic agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. Microscopic colitis is known to occur in Connective Tissue Disorders; primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care. Haley continues to have mildly abnormal LFTs of unclear origin. While her ANCA test showed pattern suggestive of Ulcerative Colitis, this is not diagnostic of Ulcerative Colitis, this was explained to Haley. Low/normal Vitamin B12 and low level Vitamin D levels were found, now replenished. Excerpt from Up-to-Date: NEUROLOGIC LYME DISEASE...The diagnosis of neurologic Lyme disease should not be made in patients who are seronegative; the absence of detectable antibodies in the serum is strong evidence against the diagnosis. CSF analysis...Headache and neck stiffness are common early symptoms in patients with erythema migrans. However, a cerebrospinal fluid (CSF) pleocytosis is usually not present at this time. In contrast, a pleocytosis and elevated protein concentration are often seen in patients with severe headache and mild neck stiffness several weeks into the infection, especially those with objective neurologic abnormalities (eg, facial nerve palsy). CSF analysis should be performed in these patients to evaluate for meningitis. A separate issue is the role of CSF analysis in patients with facial nerve palsy. The Infectious Diseases Society of America Lyme disease guidelines recommend lumbar puncture in such patients if there is a strong clinical suspicion of central nervous system involvement (eg, severe or prolonged headache or neck stiffness). Lumbar puncture should also be considered in patients with radiculoneuropathy thought to be due to Lyme disease, but not in patients with peripheral neuropathy alone who usually do not have a pleocytosis. CSF Lyme antibodies...In patients with suspected early Lyme meningitis or late Lyme encephalopathy, testing the CSF for intrathecal production of antibodies to B. burgdorferi is useful for establishing the diagnosis. However, a negative test for Lyme antibodies in the CSF does not exclude neurologic Lyme disease. Given the lack of standardization of assays, it is difficult to determine the sensitivity or specificity of CSF Lyme antibody testing. In a patient with a clinical scenario suggesting Lyme disease, a positive study from a reputable laboratory should be viewed as significant evidence in favor of the diagnosis. However, negative CSF studies should not eliminate neurologic Lyme disease from consideration if clinical circumstances support the diagnosis.

As a result, I have made the following recommendations:

1. F/u Infectious Disease MD
2. Biotene dry mouth dry eyes care line of products.
3. Avoid sun exposure, keep the entire body warm, avoid BCP
5. Use sunscreen SPF>30 when outside.
6. Plaquenil 200 mg twice a day.
7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
8. RTC in 6 weeks. BK
9. Multivitamin 1 tab a day.
Thank you for allowing me the opportunity to participate in the care of Ms. Spears.

---

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

Liberty003945

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.
### BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

Sincerely,

Barbara Kage, MD, F.A.C,R

Liberty003946

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.
BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

March 09, 2009

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 03.09.2009, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain & fMRI 1.27.09 at Yale;CSF 2.5.09 Lyme IgM-neg, IgG +4 bands
2. Since late teens-Raynaud's phenomenon,Mom-has Raynaud's
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis on Asacol, abnl LFT 10.08, OK-2.09; Abd US 10.08-fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; repeat ANA, DNA ab -2.28.09
The above suggests: Pronounced migraine headaches triggered the extensive work-up, the patient is currently treated for possible Neuroborreliosis. This diagnosis based on CSF Lyme test is not irrefutable since her Lyme serology 1.09 was normal. She was started on Rocephin & tolerates it well so far. An autoimmune inflammatory disorder is suspected due to multiorgan involvement (thyroid, GI tract, sicca, Raynaud's phenomenon, migraines, arthralgia), and polyclonal antibody production to antigens within GI tract (ANCA tests had pattern of Ulcerative Colitis), thyroid Antibodies, and high titer +ANA. Such a versatile activation of the immune system may suggest a Connective Tissue Disease, however a repeat ANA was negative in 1.09 & 2.09, necessitating further observation re: possible other causes. High positive ANA, arthralgia, Raynaud's phenomenon, and Sicca syndrome waranted a consideration of Systemic Lupus Erythematosus, will monitor for features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an Overlap Syndrome, I was concerned sufficiently enough to start Plaquenil. Haley should complete Rocephin and seek an evaluation by an Infectious Disease specialist re: her LYME tests. I will reevaluate her regarding any Connective Tissue Disease once she completes her Rocephin treatment. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, hence will repeat RBC Folate & homocysteine level. She did not have antibodies suggestive of Antiphospholipid syndrome. I

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

Liberty003947

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

did advise her to avoid prothrombotic agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. Microscopic colitis is known to occur in Connective Tissue Disorders; primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care. Haley continues to have mildly abnormal LFTs of unclear origin. While her ANCA test showed pattern suggestive of Ulcerative Colitis, this is not diagnostic of Ulcerative Colitis, this was explained to Haley. Low/normal Vitamin B12 and low level Vitamin D levels were found, now replenished. Excerpt from Up-to-Date: NEUROLOGIC LYME DISEASE...The diagnosis of neurologic Lyme disease should not be made in patients who are seronegative; the absence of detectable antibodies in the serum is strong evidence against the diagnosis. CSF analysis...Headache and neck stiffness are common early symptoms in patients with erythema migrans. However, a cerebrospinal fluid (CSF) pleocytosis is usually not present at this time. In contrast, a pleocytosis and elevated protein concentration are often seen in patients with severe headache and mild neck stiffness several weeks into the infection, especially those with objective neurologic abnormalities (eg, facial nerve palsy). CSF analysis should be performed in these patients to evaluate for meningitis. A separate issue is the role of CSF analysis in patients with facial nerve palsy. The Infectious Diseases Society of America Lyme disease guidelines recommend lumbar puncture in such patients if there is a strong clinical suspicion of central nervous system involvement (eg, severe or prolonged headache or neck stiffness). Lumbar puncture should also be considered in patients with radiculoneuropathy thought to be due to Lyme disease, but not in patients with peripheral neuropathy alone who usually do not have a pleocytosis. CSF Lyme antibodies...In patients with suspected early Lyme meningitis or late Lyme encephalopathy, testing the CSF for intrathecal production of antibodies to B. burgdorferi is useful for establishing the diagnosis. However, a negative test for Lyme antibodies in the CSF does not exclude neurologic Lyme disease. Given the lack of standardization of assays, it is difficult to determine the sensitivity or specificity of CSF Lyme antibody testing. In a patient with a clinical scenario suggesting Lyme disease, a positive study from a reputable laboratory should be viewed as significant evidence in favor of the diagnosis. However, negative CSF studies should not eliminate neurologic Lyme disease from consideration if clinical circumstances support the diagnosis.

As a result, I have made the following recommendations:

    1. Consult Infectious Disease MD
    2. Biotene dry mouth dry eyes care line of products.
    3. Avoid sun exposure, keep the entire body warm, avoid BCP
    4. Postpone starting Zoloft.
    5. Use sunscreen SPF>30 when outside.
    6. Plaquenil 200 mg twice a day.
    7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
    8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology
    as planned.
    9. Limited number of work-hours/week is advised ≈ 4 hrs/day.
    10. RTC in 6 weeks. BK
    11. Vitamin B12 -1000 mcg/day
    12. Multivitamin 1 tab a day.
    Thank you for allowing me the opportunity to participate in the care of Ms. Spears.

Liberty003948

RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.
BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

Sincerely,

Barbara Kage, MD, F.A.C.R

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

February 05, 2009

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 02.05.2009, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain & fMRI 1.27.09 at Yale; LP -2.5.09; Fatigue
2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis on Asacol since; abnl LFT 10.08; Abd US 10.08 -fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, pt has multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl >10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
Repeat DNA Ab-neg 1.09; Pending -Prot C,S
The above suggests: An autoimmune inflammatory disorder is seen as evidenced by multiorgan involvement (thyroid, GI tract, sicca, Raynaud's phenomenon, migraines, arthralgia), and polyclonal antibody production to antigens within GI tract, thyroid, and high titer +ANA. Such a versatile activation of the immune system may suggest a Connective Tissue Disease. High positive ANA, arthralgia, Raynaud's phenomenon, and Sicca syndrome warants a consideration of Systemic Lupus Erythematosus, will monitor for features of CREST (Raynaud's, Esophagitis, Sclerodactyly), or an Overlap Syndrome. I am however concerned sufficiently enough to start Plaquenil, and monitor her closely. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, hence will repeat RBC Folate & homocysteine level. She did not have antibodies suggestive of Antiphospholipid syndrome. I did advise her to avoid prothrombotic agents, e.g. estrogens in BCPs. Haley avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o angioedema. SLE may cause a migraine, and a number of other CNS manifestations, e.g. stroke, TIAs, CNS vasculitis, etc., however neurological causes must be ruled out first. CSF study & fMRI should be helpful in examining these options first. Microscopic colitis is known to occur in Connective Tissue Disorders; primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol &

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

PPIs under Dr.O'Brien's care. Haley continues to have mildly abnormal LFTs of unclear origin. Low/normal Vitamin B12 and low level Vitamin D levels were found, will replenish. In view of the high complexity of her presentation and my concern regarding a possibility of a new onset Connective Tissue Disease as above, I advised to start Plaquenil and At this juncture I am not convinced that her MRI Brain abnormalities are due to any Connective Tissue Disease or vasculitis; in any case she does not have any motoric deficit to warrant any more aggressive therapy with a Disease Modifying Agents for Rheumatic Disorders beside Plaquenil at present.

As a result, I have made the following recommendations:

1. Labs in 4 weeks.
2. Biotene dry mouth dry eyes care line of products.
3. Avoid sun exposure, keep the entire body warm, avoid BCP
4. Start Zoloft 25 mg/PM x 1 week, then 50 mg/PM
5. Use sunscreen SPF>30 when outside.
6. Plaquenil 200 mg twice a day.
7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology as planned.
9. Limited number of work-hours/week is advised, Haley will call me back with the number.
10. RTC in 4 weeks. BK
11. Vitamin B12 -1000 mcg IM once a week x 4, then oral Vitamin B12 -1000 mcg/day. Repeat labs in 6 wks. Folic acid 1 mg/day. Multivitamin 1 tab a day.
Thank you for allowing me the opportunity to participate in the care of Spears.

Sincerely,

Barbara Kage, MD, F.A.C.R

---

161 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

Liberty003951

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.
### BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PHD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

January 19, 2009

Dr. James W. O'Brien

353 Main St.
Manchester, CT 06040

Dear Dr. O'Brien,

On 01.19.2009, I had the pleasure of seeing **Haley Spears** for a follow-up visit. A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain
-await fMRI 1.27.09 at Yale; No LP yet; Fatigue
2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
3. Since'05-GERD,GIB,gastric ulcer;dx'07-microscopic colitis
on Asacol since; abnl LFT 10.08; Abd US 10.08 -fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, pt has
multinodular goiter since'04,few FNAs-WNL, euthyroid,no meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
9. 1.09: ANA>1:1280 H/S, indeterminate DNA Ab-7.5 (nl<5,abnl
>10);Protein C deficiency,+HLA B27 Ag;IBD serology 7-c/w UC
The above suggests:
An autoimmune inflammatory disorder is seen as evidenced by multiorgan involvement and polyclonal antibody production to antigens within GI tract, thyroid, and +ANA. Such a versatile activation of the immune system may suggest a Connective Tissue Disease. High positive ANA, pehaps detectable DNA Antibodies, and Raynaud's phenomenon, might direct us toward suspecting Systemic Lupus Erythematosus, although at this point she does not meet ACR criteria for diagnosing SLE. Protein C deficiency, however mild, can cause hypercoagulable status, she never had thromboembolic event, will repeat the test. She also has 1 allele of MTHFR mutation that is not associated with vascular thrombosis, but her Folic Acid level was low/normal, hence will repeat RBC Folate & homocysteine level. She did not have antibodies suggestive of Antiphospholipid syndrome. SLE may cause a migraine, and a number of other CNS manifestations, e.g. stroke, TIAs, CNS vasculitis, etc., however neurological causes must be ruled out first. CSF study & fMRI should be helpful in examining these options first. Microscopic colitis is known to occur in Connective Tissue Disorders; primary Inflammatory Bowel Disorder needs to be considered in this HLA B27 positive host with positive IBD serology 7. She is doing very well on Asacol & PPIs under Dr.O'Brien's care, Haley continues to have mildly abnormal LFTs of unclear origin. Low/normal Vitamin B12 levels were found, will replenish. In view of the high complexity of her presentation and my concern regarding a possibility of a new onset Connective Tissue Disease as above, I advised to start Plaquenil and avoid prothrombotic agents, e.g. estrogens in BCPs. Haley

---

**361 Main Street – Manchester, Connecticut 06040**
**Phone 860.646.9929 – Fax 860.646.7999**

Liberty003952

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

avoids Aspirin d/t h/o GI Bleed and was advised to avoid ASA by her allergist d/t h/o
angioedema. At this juncture I am not convinced that her MRI Brain abnormalities are due to
any Connective Tissue Disease; in any case she does not have any motoric deficit to warrant
any more aggressive therapy with a Disease Modifying Agents for Rheumatic Disorders at
present.

As a result, I have made the following recommendations:

1. Rheumatic laboratory profile in 2-3 weeks.
2. Biotene dry mouth dry eyes care line of products.
3. Avoid sun exposure, keep the entire body warm, avoid BCP
4. Await all other measures as before.
5. Use sunscreen SPF>30 when outside.
6. Start Plaquenil 200 mg/day x1 week, then 200 mg twice/day
7. Prevident toothpaste; Plaquenil baseline eye exam &yearly
8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology
as planned.
9. If ongoing deficiency of Protein C-will advise hematology
consult re: possible hypercoagulable status.
10. RTC in 6 weeks. BK
11. Vitamin B12 -1000 mcg IM once a week x 4, then oral
Vitamin B12 -1000 mcg/day. Repeat labs in 6 wks. Folic acid
1 mg/day. Multivitamin 1 tab a day.
Thank you for allowing me the opportunity to participate in the care of Spears.

Sincerely,

Barbara Kage, MD, F.A.C.R

**361 Main Street – Manchester, Connecticut 06040**
**Phone 860.646.9929 – Fax 860.646.7999**

Liberty003953

## RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

### BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

January 06, 2009

Dr. James O'Brien
353 Main St.
Manchester CT 06040

Dear Dr. O'Brien,

Thank you very much for referring **Haley Spears** for consultation to me. Please be assured of our very high standard of medical care that exceeds the standards of care of the National Institutes of Health and the American College of Rheumatology.

On 01.06.2009, I had the pleasure of seeing Haley Spears . A comprehensive history and medical examination was performed. At your request, I would be happy to provide you with a copy of our record for this examination. I have determined the following diagnoses:

31 y.o. slender WF here w/the following problems since 8.08:
1. New onset Severe Migraine since 8.08, abnormal MRI Brain
-await fMRI 1.27.09 at Yale; Fatigue
2. Since late teens-Raynaud's phenomenon,tight/puffy fingers
3. Since'05 -GERD, gastric ulcer; dx'07-microscopic colitis,
on Asacol since; abnl LFT 10.08; Abd US 10.08 -fatty liver
4. Angioedema'04, w/u showed high Thyroglobulin Ab, pt has
multinodular goiter since'04, few FNAs- WNL, no thyroid meds
5. Asthma, Seasonal allergies,possible nasal polyp'04, hives
6. H/o Plantar fasciitis Summer'08, better now
7. 11.08- ANA 1:1280 H/S, antismooth Ab-neg; Neg HBV/HCV
8. Xerophthalmia, xerostomia x years; MGM-Ulcerative colitis
The above suggests;
1. Immune-mediated inflammatory disorder, will do w/u for a
Connective Tissue Disease d/t Raynaud's, sicca, high +ANA.
Bad migraines warrant hypercoagulable work-up as well, will request while awaiting further
Neurology w/u.

As a result, I have made the following recommendations:

1. Rheumatic laboratory profile
2. Biotene dry mouth dry eyes care line of products.
3. Avoid sun exposure, keep the entire body warm, avoid BCP
4. Await all other measures as before.
5. Use sunscreen SPF>30 when outside.
6. RTC in 4 weeks. BK
7. Prevident toothpaste
8. Pt to follow up w/DRs.O'Brien, Oberstein, Neurology at HH
as planned.

361 Main Street – Manchester, Connecticut 06040
Phone 860.646.9929 – Fax 860.646.7999

Liberty003954

# RHEUMATOLOGY AND ALLERGY INSTITUTE OF CONNECTICUT, L.L.C.

### BARBARA KAGE, MD, FACR – BOARD CERTIFIED IN RHEUMATOLOGY
### REINHARD KAGE, MD, PhD – BOARD CERTIFIED IN ALLERGY/IMMUNOLOGY

Thank you for allowing me the opportunity to participate in the care of Spears.

Sincerely,

Barbara Kage, MD, FACR

# Haley Spears
37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter
This encounter was created on Friday, July 23, 2010 at 3:24 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | | Encounter: | ID 90550 |
| Responsible: | Dario M. Zagar, MD | | Stage: | Patient Checked Out   Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, July 23, 2010 at 2:45 PM | | Insurance: | MEDICARE (MC) |
| Visit Type: | Office Follow-Up | | Location: | Ansc-Fairfield |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Friday, July 23, 2010 at 4:48 PM | | | |

### Ink Documents
No ink documents have been created.

### External Documents
No external documents have been attached.

### Comments
No comments have been entered.

### Charting

Haley Spears: F: REDACTED7/23/2010 02:45PM

#### Chief complaint
• Lyme disease

#### History of present illness
Haley Spears is a 32 year old female.
• Patient accompanied by a family member MOTHER-CHRIS.

Recently started neuropsych testing in Mt. Kisko, NY (where her insurance covers).  Continues to have issues with memory and thinking, including long-term memory, which she had not noticed as much previously (gives example of not remembering that a friend's dog had died).

We had spoken by phone, and she notes that her word-finding and memory issues started before we started Topamax.

Recently on doxycycline, cefdinir, azithromycin.  Plan to restart Mepron, Dr. Raxlen also planning to start Coartem (for babesiosis).  Insurance apparently will no longer cover any abx written by Dr. Raxlen.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes eleavated,bleeding ulcer, microscopic collitis.

#### Current medication
Pepcid 20 mg oral tablet Sig:  2 PILLS @ BEDTIME.
Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
Ceftriaxone 2 g/50 mL intravenous solution Sig:  2 G IV DAILY FOR 60 DAYS.
TraMADOL 50 mg oral tablet Sig:
Lexapro 20 mg oral tablet Sig:
Flexeril 10 mg oral tablet Sig:  1 THREE TIMES A DAY AS NEEDED.

Liberty003956

**Haley Spears**
37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

Zyrtec Sig:  1 ONCE DAILY.
Actigall 300 mg oral capsule Sig:  1 TWICE DAILY.
Zithromax 250 mg oral tablet Sig:  1 TWICE DAILY.
Albuterol 0.5% inhalation solution Sig:  AS NEEDED.
Lunesta 3 mg oral tablet Sig:  AS NEEDED.
Zofran 8 mg oral tablet:  Renewed: 3/19/2010 Sig:  EVERY 8 HOURS.
Migranal 4 mg/mL nasal spray:  Renewed: 3/19/2010 Sig:  AS DIRECTED.
Topamax 50 mg oral tablet:  Renewed: 3/19/2010 Sig:  ORALLY (BY MOUTH) THREE TIMES A DAY.

**Allergies**
Erythromycin.

**Personal history**
*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

**Family history**
Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
    Migraine headache
Maternal history of:
    Migraine headache.

**Review of systems**
Systemic: Not feeling tired (fatigue) and no recent weight loss.  Recent weight gain.
Head: Headache.
Eyes: Vision problems.  No diplopia and no blurred vision.
Otolaryngeal: No hearing loss.  Tinnitus.
Cardiovascular: No chest pain or discomfort.  Palpitations.
Pulmonary: No shortness of breath.  Cough.
Gastrointestinal: No abdominal pain, no diarrhea, and no fecal incontinence.  Constipation.
Genitourinary: Urinary urgency.  No urinary hesitancy.  No urinary loss of control.  Enuresis.
Endocrine: No polydipsia and no hot flashes.  Muscle weakness.  No inability to conceive (infertility) and no loss of hair from the head or
    body.
Hematologic: No easy bleeding.  A tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias.
Neurological: Dizziness and memory lapses or loss.  No tremor.  Difficulty walking and numbness.
Psychological: Anxiety.  No depression.  Sleep disturbances.
Skin: No pruritus and no rash.

**Physical findings**
Vital Signs:
Vital Signs/Measurements  Value
RR 16 breaths/min
PR 72 bpm
Blood pressure 102/70 mmHg
Height 65 in
Standard Measurements:
    • Usual weight was 116 lbs.  ° Patient was not overweight.
General Appearance:
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Eyes:
    General/bilateral:
        *Pupils:* ° PERRL.
        *Retina:* ° A fundoscopic exam was normal.
Neurological:
    ° No disorientation was observed.
    *Speech:* ° No language abnormalities were demonstrated.
    *Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No
    trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve
    was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory
    nerves were normal.  ° Hypoglossal nerve was not impaired.
    *Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No
    decreased response to stimulation by vibration.
    *Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not
    reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
    *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
    *Balance:* ° Romberg's sign was absent.
    *Gait And Stance:* ° Normal

Liberty003957

**Haley Spears**
37 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

*Gait And Stance:* ° Normal.
*Reflexes:* ° Deep tendon reflexes were normal. ° Flexor response.
Psychiatric:
　　° Attention demonstrated no abnormalities.

**Assessment**
- Classic migraine (with aura)
- Lyme disease
- Insomnia
- Cognitive disorder

**Therapy**
- Continue current medication: Migranal prn.
- Plan - decrease medication: Topamax to off over 2 weeks, to see if cognitive/word finding issues improve. Even though she had some similar to prior to starting the medication, it would still be worth making this change to see if the medication is having some affect at this point. Her migraines have been well controlled, and I hope that she will do well off. If headaches recur, we will decide whether to go back on Topamax, possibly at a lower dose, or start an alternate medication such as zonisamide. Apparently she had a recommendation for an herbal supplement to help with cognition, but I recommended she hold off until we see how making a change in Topamax helps her.

**Plan**
Medication Ordered: Topamax 50 mg oral tablet Refills: 1 Quantity: 60 Supply: 30 Sig:  2 AT BEDTIME FOR 7 DAYS THEN 1 AT BEDTIME FOR 7 DAYS THEN STOP.
As I had informed them previously, I do not feel comfortable writing for her current antibiotic therapy.  They will continue to try to find someone else local who can work with Dr. Raxlen; apparently he mentioned Dr. Saul, which would likely be a good choice.

My prior notes erroneously gave a diagnosis of migraine without aura, rather than migraine without aura.  I have corrected this in today's note.

**Practice Management**
Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232432203303423;  Total face to face time was unspecified

**Narrative**
No narrative has been assigned.

**Medications**

| Date | Medication | Comments |
|------|------------|----------|
| 7/23/2010 | Topamax 50 mg oral tablet | Renewed: 7/23/2010 Issue Method: Printed |

**Messages**
No messages exist.

**Orders**
No orders have been ordered.

**Tasks**
No tasks have been created.

**Vaccinations**
No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 7/23/2010 | Diagnosis: Lyme disease (088.81) | 088.81 |
| 7/23/2010 | Diagnosis: Insomnia (780.52) | 780.52 |
| 7/23/2010 | Diagnosis: Classic migraine (with aura) (346.00) | 346.00 |
| 7/23/2010 | Diagnosis: Cognitive disorder (294.9) | 294.9 |
| 7/23/2010 | Diagnosis: LYME DISEASE (088.81) | 088.81 |
| 7/23/2010 | Diagnosis: OTHER INSOMNIA (780.52) | 780.52 |
| 7/23/2010 | Diagnosis: CLASSICAL MIGRAINE WITHOUT MENTION OF INTRACTABLE (346.00) | 346.00 |
| 7/23/2010 | Diagnosis: UNSPECIFIED ORGANIC BRAIN SYNDROME (CHRONIC) (294.9) | 294.9 |

**Allergy Shot**
No shots exist.

**Injections**

Liberty003958

**Haley Spears**

37 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

**Injections**

No injections have been entered.

Liberty003959

# Haley Spears

37 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

## Patient Encounter

This encounter was created on Friday, October 29, 2010 at 1:26 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | Encounter: | ID 99276 | |
| Responsible: | Dario M. Zagar, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, October 29, 2010 at 1:15 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Office Follow-Up | Location: | Ansc-Milford | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Friday, October 29, 2010 at 5:05 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED10/29/2010 01:15PM

#### Chief complaint
• Lyme Disease

#### History of present illness
Haley Spears is a 33 year old female.
• Patient accompanied by a family member Chris- Mother.

Was able to taper off Topamax, without an increase in headaches.  No improvement in cognitive symptoms, however.  She is back on Mepron and Zithromax as prescribed by Dr. Saul.  Sometimes energy level is somewhat improved.

Back/neck pain still problematic.  Uses tramadol three times daily, with Flexeril at times.

Nausea at times, unrelated to food.  Mood: "no different".  "Cranky if I'm not feeling good".

#### Past medical/surgical history
Other:
   Neck pain.
   Lower back pain.
   Anxiety
Diagnosis History:
   Atrial fibrillation.
   Asthma.
   Microcolitis
   Gastrointestinal bleeding
   Peptic ulcer
   Ulcerative colitis.
   Thyroid disorder.
   Lyme disease.
   Migraine headache
   Seizure disorder.
   Chronic pain syndrome.
   Anemia
Therapeutic History:
   No surgery
   Liver enzymes elavated,bleeding ulcer, microscopic collitis.

#### Current medication
   Pepcid 20 mg oral tablet Sig:  2 PILLS @ BEDTIME.
   Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
   Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
   Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
   Ceftriaxone 2 g/50 mL intravenous solution Sig:  2 G IV DAILY FOR 60 DAYS.
   TraMADOL 50 mg oral tablet Sig:
   Lexapro 20 mg oral tablet Sig:
   Flexeril 10 mg oral tablet Sig:  1 THREE TIMES A DAY AS NEEDED.
   Zyrtec Sig:  1 ONCE DAILY.
   Actigall 300 mg oral capsule Sig:  1 TWICE DAILY.

Liberty003960

**Haley Spears**
37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

Zithromax 250 mg oral tablet Sig:  1 TWICE DAILY.
Albuterol 0.5% inhalation solution Sig:  AS NEEDED.
Lunesta 3 mg oral tablet Sig:  AS NEEDED.
Mepron Sig:  ONE TEASPON BID.
Zofran 8 mg oral tablet:  Renewed: 3/19/2010 Sig:  EVERY 8 HOURS.
Migranal 4 mg/mL nasal spray:  Renewed: 3/19/2010 Sig:  AS DIRECTED.

## Allergies
Erythromycin.

## Personal history
*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

## Family history
Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
Migraine headache
Maternal history of:
Migraine headache.

## Review of systems
Systemic: Feeling tired (fatigue).  No recent weight loss.  Recent weight gain.
Head: No headache.
Eyes: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal: No hearing loss and no tinnitus.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: Shortness of breath and cough.
Gastrointestinal: No abdominal pain, no diarrhea, no fecal incontinence, and no constipation.
Genitourinary: Urinary urgency.  No urinary hesitancy.  No urinary loss of control.  Enuresis.
Endocrine: No polydipsia and no hot flashes.  Muscle weakness.  No inability to conceive (infertility) and no loss of hair from the head or
    body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias.
Neurological: No dizziness, no memory lapses or loss, and no tremor.  Difficulty walking.  No numbness.
Psychological: Anxiety.  No depression.  Sleep disturbances.
Skin: No pruritus and no rash.

## Physical findings
Vital Signs:
Vital Signs/Measurements  Value
RR 14 breaths/min
PR 68 bpm
Blood pressure 124/80 mmHg
Height 65 in
Standard Measurements:
    • Weight was recorded was 122.  ° Patient was not overweight.
General Appearance:
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Neck:
    *Palpation:* • Tenderness of the neck mild bilaterall cervical PS tenderness.
Eyes:
    General/bilateral:
        *Pupils:* ° PERRL.
        *Retina:* ° A fundoscopic exam was normal.
Back:
    ° No tenderness on palpation.
Neurological:
    ° An adequate fund of knowledge was demonstrated.
    *Speech:* ° No language abnormalities were demonstrated.
    *Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No
        trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve
        was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory
        nerves were normal.  ° Hypoglossal nerve was not impaired.
    *Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No
        decreased response to stimulation by vibration.
    *Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not
        reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
    *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.

Liberty003961

**Haley Spears**
37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

*Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
*Balance:* ° Romberg's sign was absent.
*Gait And Stance:* ° Normal.
*Reflexes:* ° Deep tendon reflexes were normal.  ° Flexor response.
Psychiatric:
  ° Attention demonstrated no abnormalities.

## Assessment
- Myofascial pain syndrome
- Classic migraine (with aura) which is well-controlled
- Lyme disease
- Insomnia
- Cognitive disorder

## Therapy
- Continue current medication.
- Plan - start medication [Lexapro to 10 mg x 1 week, then 5 mg x 1 week with venlafaxine ER 37.5 mg, then stop Lexapro with venlafaxine ER 75 mg daily].

## Counseling/Education

- Patient education about adverse reactions to medication including discontinuation syndrome, dizziness, nausea, etc

## Plan
- Follow-up for re-examination in 3 months
We spoke about various options for symptomatic treatment, particularly of her persistent neck pain, including: acupuncture +/- massage therapy, natural supplements such as SAM-e, and changing her Lexapro to an SNRI, particularly venlafaxine.  We spoke about a schedule of transitioning from one to the other if she decides she would like to do that after speaking with her other physicians. This may also help a bit more with energy and focus.

I also recommended seeing a counselor for CBT regarding her insomnia/circadian phase disorder.

## Practice Management
Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;N;0;0;232433303303433;  Total face to face time was unspecified

## Narrative
No narrative has been assigned.

## Medications
No medications have been prescribed.

## Messages
No messages exist.

## Orders
No orders have been ordered.

## Tasks

| Date | Task |
| --- | --- |
| None | DISCHAR GE ORDERS |
| None | DISCHAR GE ORDERS |

## Vaccinations
No vaccinations have been entered.

## Problem List

| Date | Description | Code |
| --- | --- | --- |
| 10/29/2010 | Diagnosis: Insomnia (780.52) | 780.52 |
| 10/29/2010 | Diagnosis: Classic migraine (with aura) which is well-controlled (346.00) | 346.00 |
| 10/29/2010 | Diagnosis: Lyme disease (088.81) | 088.81 |
| 10/29/2010 | Diagnosis: Cognitive disorder (294.9) | 294.9 |
| 10/29/2010 | Diagnosis: Myofascial pain syndrome (729.1) | 729.1 |
| 10/29/2010 | Diagnosis: OTHER INSOMNIA (780.52) | 780.52 |
| 10/29/2010 | Diagnosis: CLASSICAL MIGRAINE | 346.00 |

Liberty003962

**Haley Spears**

37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

| | | |
|---|---|---|
| 10/29/2010 | Diagnosis: CLASSICAL MIGRAINE WITHOUT MENTION OF INTRACTABLE (346.00) | 346.00 |
| 10/29/2010 | Diagnosis: LYME DISEASE (088.81) | 088.81 |
| 10/29/2010 | Diagnosis: UNSPECIFIED ORGANIC BRAIN SYNDROME (CHRONIC) (294.9) | 294.9 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

**Haley Spears**

37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

## Patient Encounter

This encounter was created on Friday, February 18, 2011 at 2:10 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | | Encounter: | ID 108286 |
| Responsible: | Dario M. Zagar, MD | | Stage: | Patient Checked Out   Room: |
| Referring: | Baehring, Joachim MD | | | |
| Appointment: | Friday, February 18, 2011 at 2:00 PM | | Insurance: | MEDICARE (MC) |
| Visit Type: | Office Follow-Up | | Location: | Ansc-Fairfield |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Charges: | No | | | |
| Signature: | Signed by DARIO ZAGAR on Wednesday, March 02, 2011 at 8:59 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED 2/18/2011 02:00PM

#### Chief complaint
• Lyme disease

#### History of present illness
Haley Spears is a 33 year old female.
• Patient accompanied by a family member Chris (mother).
• Vit D 12, B12 290s • Reviewed polysomnography: sleep onset and sleep maintenance insomnia, PLMS (index 48/hour, arousal index 16/hour)

Continues to have trouble with cognition. Issues with sleep, wakes up, not restful sleep. Continues to have neck and back pain, though not having severe superimposed stabbing pains. "I'm not fighting Bartonella anymore, and that causes that type of pain". Tries Flexeril once, which made her feel "not right" after. Did not try venlafaxine b/c of concerns about overstimulation; still on Lexapro.

"I think I have neuropathy". Pain in feet. Headaches have been well controlled. Sleep study as mentioned; they had recommended sleep restriction and maintaining a regular sleep schedule. In past has been on melatonin, Ambien, Lunesta.

Started on vitamin D and B12. In acupuncture, chiropractic treatment, which has been somewhat helpful. On adrenal support as recommended by a naturopath

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes elevated,bleeding ulcer, microscopic collitis.

#### Current medication
Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
TraMADOL 50 mg oral tablet Sig:
Lexapro 20 mg oral tablet Sig:

**Haley Spears**

37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

Flexeril 10 mg oral tablet Sig:  1 THREE TIMES A DAY AS NEEDED.
Zyrtec Sig:  1 ONCE DAILY.
Albuterol 0.5% inhalation solution Sig:  AS NEEDED.
Mepron Sig:  ONE TEASPON BID.
Zithromax 500 mg oral tablet Sig:  1 ONCE DAILY.
Cortef 20 mg oral tablet Sig:
Levaquin 500 mg oral tablet Sig:
Omnicef 300 mg oral capsule Sig:
Vitamin B-12 1000 mcg/mL injectable solution Sig:
Coartem oral tablet Sig:
Zofran 8 mg oral tablet:  Renewed: 3/19/2010 Sig:  EVERY 8 HOURS.
Migranal 4 mg/mL nasal spray:  Renewed: 3/19/2010 Sig:  AS DIRECTED.
Pre-existing Medication: Unknown Drug Dosage Refills: 0 Quantity: 0 Supply: 0 Sig:  Start Date: 2/18/2011 Comments:  low dose
naltrexone 3mg.

**Allergies**

Erythromycin.

**Personal history**

*Behavioral:* Not smoking.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* A preference for right-handedness was observed.

**Family history**

Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal history of:
    Migraine headache
Maternal history of:
    Migraine headache.

**Review of systems**

Systemic: Feeling tired (fatigue).  No recent weight loss and no recent weight gain.
Head: No headache.
Eyes: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal: No hearing loss.  Tinnitus.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: No shortness of breath.  No cough.
Gastrointestinal: No abdominal pain, no diarrhea, no fecal incontinence, and no constipation.
Genitourinary: No urinary urgency and no urinary hesitancy.  No urinary loss of control.  Enuresis.
Endocrine: Polydipsia, hot flashes, and muscle weakness.  No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias and no localized joint pain.
Neurological: No dizziness.  Memory lapses or loss.  No tremor.  No difficulty walking and no numbness.
Psychological: Anxiety.  No depression.  Sleep disturbances.
Skin: No pruritus and no rash.

**Physical findings**

Vital Signs:
Vital Signs/Measurements  Value
RR 16 breaths/min
PR 68 bpm
Blood pressure 110/66 mmHg
Height 65 in
Standard Measurements:
    • Usual weight was 120 lbs.  ° Patient was not overweight.
General Appearance:
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Neck:
    *Palpation:* • Tenderness of the neck: post cervical PS, traps.
Eyes:
    General/bilateral:
        *Pupils:* ° PERRL.
        *Retina:* ° A fundoscopic exam was normal.
Lungs:
    ° Respiration rhythm and depth was normal.
Cardiovascular:
    *Heart Rate And Rhythm:* ° Normal.
    *Heart Sounds:* ° Normal.
    *Murmurs:* ° No murmurs were heard.
Back:

Liberty003965

**Haley Spears**

37 Year Old Female   Birth Date: REDACTED MRN: 00001839101   Account: 18391-1

Back:
- Tenderness on palpation LS PS, others not present.

Neurological:
- ° No disorientation was observed. ° Remote memory was not impaired. ° Short term memory normal. ° An adequate fund of knowledge was demonstrated.
- *Speech:* ° No language abnormalities were demonstrated.
- *Cranial Nerves:* ° Optic nerve was not impaired. ° Oculomotor nerve was not impaired. ° Trochlear nerve was not impaired. ° No trigeminal neuropathy was noted. ° Abducens nerve was normal. ° No facial nerve palsy was noted. ° Vestibulocochlear nerve was not impaired. ° Glossopharyngeal nerve was not impaired. ° Vagus nerve was not impaired. ° Cranial and spinal accessory nerves were normal. ° Hypoglossal nerve was not impaired.
- *Sensation:* ° No sensory exam abnormalities were noted. ° No decreased response to pain and temperature stimulation. ° No decreased response to stimulation by vibration.
- *Motor:* ° Muscle bulk was normal. ° Muscle tone was normal. ° Strength was normal. ° Strength of the upper extremities was not reduced bilaterally. ° No weakness of both lower extremities was observed. ° No pronator drift was seen.
- *Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
- *Balance:* ° Romberg's sign was absent.
- *Gait And Stance:* ° Normal.
- *Reflexes:* ° Deep tendon reflexes were normal. ° Flexor response.

Psychiatric:
- ° Attention demonstrated no abnormalities.

**Assessment**
- Myofascial pain syndrome
- Classic migraine (with aura) which is well-controlled
- Lyme disease
- Insomnia
- Cognitive disorder
- Organic periodic limb movement sleep disorder

**Therapy**
- Continue current medication vitamin supplementation (B12, D).
- Plan - start medication Can try valerian root 450 mg qhs for sleep.

**Plan**
- Follow-up for re-examination in 4 months
  CBT would be a good option for her insomnia.  She continues to have issues with insomnia, and was also found on sleep study to have PLMS, which could be a side effect of SSRIs.  Could consider tapering Lexapro to off depending on how she is doing.  My hope is that by improving sleep, other issues such as energy and cognition may also be improved.

**Practice Management**
  Estab outpatient comprehensive h&p - high complex decisions:O;OO;E;N;0;0;232443413303433;  Total face to face time was unspecified

## Narrative
No narrative has been assigned.

## Medications
No medications have been prescribed.

## Messages
No messages exist.

## Orders
No orders have been ordered.

## Tasks

| Date | Task |
| --- | --- |
| None | DISCHAR GE ORDERS |

## Vaccinations
No vaccinations have been entered.

## Problem List

| Date | Description | Code |
| --- | --- | --- |
| 2/18/2011 | Diagnosis: Myofascial pain syndrome (729.1) | 729.1 |
| 2/18/2011 | Diagnosis: Insomnia (780.52) | 780.52 |
| 2/18/2011 | Diagnosis: Classic migraine (with aura) which is well-controlled (346.00) | 346.00 |
| 2/18/2011 | Diagnosis: Lyme disease (088.81) | 088.81 |
| 2/18/2011 | Diagnosis: Cognitive disorder (294.9) | 294.9 |

Liberty003966

# Haley Spears

37 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

| | | |
|---|---|---|
| 2/18/2011 | Diagnosis: Cognitive disorder (294.9) | 294.9 |
| 2/18/2011 | Diagnosis: Organic periodic limb movement sleep disorder (327.51) | 327.51 |

**Allergy Shot**

No shots exist.

**Injections**

No injections have been entered.

Liberty003967

**Haley Spears**
37 Year Old Female  Birth Date: REDACTED MRN: 00001839101  Account: 18391-1

## Patient Encounter

This encounter was created on Friday, August 19, 2011 at 2:25 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Dario M. Zagar, MD | | Encounter: | ID 124643 |
| Responsible: | Dario M. Zagar, MD | | Stage: | Patient Checked Out    Room: |
| Referring: | Saul, Zane MD | | | |
| Appointment: | Friday, August 19, 2011 at 2:30 PM | | Insurance: | MEDICARE (MC) |
| Visit Type: | Office Follow-Up | | Location: | Ansc-Milford |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Charges: | Yes | | | |
| Signature: | Signed by DARIO ZAGAR on Tuesday, August 23, 2011 at 1:35 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED8/19/2011 02:30PM

#### Chief complaint
• Follow Up for Lyme Disease

#### History of present illness
Haley Spears is a 33 year old female.
• Patient accompanied by a family member Chris- Mother.

"Babesiosis went dormant, but the Lyme disease is back, and I can feel it".  Having more pain (back, shoulder, and neck), not as helped by tramadol.  No significant headaches.  Fiorinal helps at times, using it every other day or so recently.

Cognition: "lately I'm struggling with it more", though still better than initially.  Sleep not much improved; tried a CD as recommended by Dr. Raxlen.

Started on Lyrica once daily for last month or so.  Notes that she takes Lexapro somewhat inconsistently.

#### Past medical/surgical history
Other:
    Neck pain.
    Lower back pain.
    Anxiety
Diagnosis History:
    Atrial fibrillation.
    Asthma.
    Gastrointestinal disorder microcolitis
    Gastrointestinal bleeding
    Peptic ulcer
    Ulcerative colitis.
    Thyroid disorder.
    Lyme disease.
    Migraine headache
    Seizure disorder.
    Chronic pain syndrome.
    Anemia
Therapeutic History:
    No surgery
    Liver enzymes elavated,bleeding ulcer, microscopic collitis.

#### Current medication
    Singulair 5 mg oral tablet, chewable:  5-10mg for asthma Sig:
    Asacol 400 mg oral enteric coated tablet:  2 bid Sig:
    Prevacid 30 mg oral delayed release capsule:  2 tabs at HS Sig:
    TraMADOL 50 mg oral tablet Sig:
    Lexapro 20 mg oral tablet Sig:
    Zyrtec Sig:  1 ONCE DAILY.
    Albuterol 0.5% inhalation solution Sig:  AS NEEDED.
    Mepron Sig:  ONE TEASPON BID.
    Zithromax 500 mg oral tablet Sig:  1 ONCE DAILY.

Liberty003968

**Haley Spears**
37 Year Old Female    Birth Date: REDACTED MRN: 00001839101    Account: 18391-1

Unknown Drug Dosage:  low dose naltrexone 3mg Sig:
Omnicef 300 mg oral capsule Sig:
Fiorinal oral capsule Sig:  AS NEEDED.

**Allergies**
Erythromycin.

**Personal history**
*Behavioral:* Not a current smoker.
*Alcohol:* Alcohol use rare.
*Home Environment:* Lives alone and alone.
*Work:* Currently on disability.
*Marital:* Single.
*Motor:* Preference for right-handedness.

**Family history**
Father 59 years old
Mother 57 years old
Brother 32 years old
Paternal:
Migraine headache
Maternal:
Migraine headache.

**Review of systems**
Systemic: Feeling tired (fatigue).  No recent weight loss and no recent weight gain.
Head: Headache.
Eyes: No vision problems, no diplopia, and no blurred vision.
Otolaryngeal: No hearing loss and no tinnitus.
Cardiovascular: No chest pain or discomfort.  Palpitations.
Pulmonary: No shortness of breath.  No cough.
Gastrointestinal: No abdominal pain, no diarrhea, no fecal incontinence, and no constipation.
Genitourinary: Urinary urgency.  No urinary hesitancy.  No urinary loss of control and not at night while asleep.
Endocrine: Polydipsia, hot flashes, and muscle weakness.  No inability to conceive (infertility) and no loss of hair from the head or body.
Hematologic: No easy bleeding and no tendency for easy bruising.
Musculoskeletal: Muscle aches.  No arthralgias.  Pain localized to one or more joints.
Neurological: No dizziness.  Memory lapses or loss.  No tremor.  No difficulty walking and no numbness.
Psychological: No anxiety and no depression.  Sleep disturbances.
Skin: No pruritus and no rash.

**Physical findings**
Vital Signs:
Vital Signs/Measurements  Value
RR 16 breaths/min
PR 72 bpm
Blood pressure 128/72 mmHg
Height 65 in
Standard Measurements:
• Weight was recorded was 126.  ° Patient was not overweight.
General Appearance:
° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Patient did not appear uncomfortable.
Neck:
*Palpation:* • Tenderness of the neck traps, cervical, ant chest, infraspinatus.
Eyes:
General/bilateral:
*Pupils:* ° PERRL.
*Retina:* ° A fundoscopic exam was normal.
Lungs:
° Respiration rhythm and depth was normal.  ° Clear to auscultation.
Cardiovascular:
*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.
*Murmurs:* ° No murmurs were heard.
Back:
• Tenderness on palpation: LS PS.
Neurological:
° No disorientation was observed.  ° Remote memory was not impaired.  ° Short term memory not impaired.  ° An adequate fund of
knowledge was demonstrated.
*Speech:* ° No language abnormalities were demonstrated.
*Cranial Nerves:* ° Optic nerve was not impaired.  ° Oculomotor nerve was not impaired.  ° Trochlear nerve was not impaired.  ° No
trigeminal neuropathy was noted.  ° Abducens nerve was normal.  ° No facial nerve palsy was noted.  ° Vestibulocochlear nerve
was not impaired.  ° Glossopharyngeal nerve was not impaired.  ° Vagus nerve was not impaired.  ° Cranial and spinal accessory
nerves were normal.  ° Hypoglossal nerve was not impaired.
*Sensation:* ° No sensory exam abnormalities were noted.  ° No decreased response to pain and temperature stimulation.  ° No
decreased response to stimulation by vibration.

Liberty003969

**Haley Spears**
37 Year Old Female   Birth Date: REDACTED   MRN: 00001839101   Account: 18391-1

decreased response to stimulation by vibration.
*Motor:* ° Muscle bulk was normal.  ° Muscle tone was normal.  ° Strength was normal.  ° Strength of the upper extremities was not
reduced bilaterally.  ° No weakness of both lower extremities was observed.  ° No pronator drift was seen.
*Coordination / Cerebellum:* ° No impairment of finger-to-nose movement was seen.
*Balance:* ° Romberg's sign was absent.
*Gait And Stance:* ° Normal.
*Reflexes:* ° Deep tendon reflexes were normal.  ° Flexor response.
Psychiatric:
*Thought Processes:* ° Attention demonstrated no abnormalities.

**Assessment**
- Myofascial pain syndrome which is inadequately controlled
- Classic migraine (with aura) which is well-controlled
- Lyme disease
- Insomnia
- Cognitive disorder
- Organic periodic limb movement sleep disorder

**Therapy**
- Continue current medication vitamin supplementation (B12, D).

**Plan**
- Follow-up for re-examination in 4 months
- Clinical social work - Sleep Hygiene--Milford Sleep Lab
We spoke about various options for her pain.  I recommended increasing Lyrica (target dose 300-600/day), tapering Lexapro to off, and
considering trying Cymbalta or venlafaxine for pain in its place, if she doesn't respond sufficiently to higher doses of Lyrica.  Voltaren gel
prn.  She will speak to you about making these changes if appropriate.

**Practice Management**
Estab outpatient comprehensive h&p - high complex decisions 99215;O;OO;E;N;0;0;232443403303433;  Total face to face time was
unspecified

**Narrative**
No narrative has been assigned.

**Medications**
No medications have been prescribed.

**Messages**
No messages exist.

**Orders**
No orders have been ordered.

**Tasks**

| Date | Task |
|------|------|
| None | Records/Forms Request |
| None | DISCHARGE ORDERS |

**Vaccinations**
No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 8/19/2011 | Diagnosis: Myofascial pain syndrome which is inadequately controlled (729.1) | 729.1 |
| 8/19/2011 | Diagnosis: Insomnia (780.52) | 780.52 |
| 8/19/2011 | Diagnosis: Classic migraine (with aura) which is well-controlled (346.00) | 346.00 |
| 8/19/2011 | Diagnosis: Cognitive disorder (294.9) | 294.9 |
| 8/19/2011 | Diagnosis: Organic periodic limb movement sleep disorder (327.51) | 327.51 |
| 8/19/2011 | Diagnosis: Lyme disease (088.81) | 088.81 |

**Allergy Shot**
No shots exist.

**Haley Spears**
37 Year Old Female   Birth Date: REDACTED  MRN: 00001839101   Account: 18391-1

**Injections**

No injections have been entered.

Liberty003971

Received:
04/14/2010 08:50 FAX 8602243923

Apr 14 2010 09:05am
VNACC OF CENTRAL CT

☑001



**Visiting Nurse Association
of Central Connecticut, Inc.**

205 West Main Street
New Britain, CT 06052
860.224.7131
Facsimile: 860.224.3923
www.vnacc.org

## Visiting Nurse Association of Central Connecticut, Inc.

Date: _4/14/10_

TO: _Dr. Dario Zagar_          Fax: _1 203 333 3937_

From: _Julie Hoyle, RN_

Number of pages to follow: _2_

_F Y I  and  Review_

The information contained in this facsimile message is client PRIVILEGED AND CONFIDENTIAL and is intended only for the individual or entity named in this transmission sheet. If the reader of this message is not the intended recipient, or employee or agent responsible for delivering it to the intended recipient, you are hereby notified that dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Upon request, we will reimburse you for any cost of return. Thank you.

Visiting Nurse Association of Central CT Inc.

Signed by DARIO ZAGAR on 04/15/2010 08:31 AM

Liberty003972

04/14/2010 08:50 FAX 8602243923        VNACC OF CENTRAL CT        Received: Apr 14 2010 09:05am        ☒002

Page 1

**Spears, Haley**   REDACTED
1008 Troutbrook Dr., W Htfd., CT 06119
860-308-2050
MR#P021403
Dr. Dario Zagar

Please clarify and verify med list -- RN showsa med list in home with all these meds in home.
        Julie Hayle RN
        VNACC

Super Artemisinin  1 pill Bid
Co Q₁₀ - CF    1 pill QD
Saccharo myces Boulardii  250mg Bid (mid AM / mid PM
Colostrum 40% IgG  450mg  2 pills Bid
Melatonin  20mg  QHS
Ultram  50mg  tid
Zyrtec  10mg  QHS
Culturelle with Lactobacillus GG  2 pills Bid (Mid AM / mid PM
Allibottra Allisure AC 23  360mg  QD (Garlic?)
Daily EFA Fish Oil  1000mg  2 pills Bid
Ester-C  1000mg (2-500mg pills)  Bid
Magnesium Taurate  125mg  Bid
Oral mat drop  1  QD
Tumeric & Bromelin  450mg  tid
Ribosarn Clear  1 tsp  QD
Asacol 400mg/pill  2 pills Bid  ā eating
Prevacid 30mg  Bid  ā eating
Famotidine  20mg  2 at Bedtime
Singular 5mg/pill  2 pills QPM
Lexapro  20mg  daily  1 pill   1 in AM -- 2 in PM

Signed by DARIO ZAGAR on 04/15/2010 08:31 AM

Liberty003973

Received:
04/14/2010 08:50 FAX 8602243923       VNACC OF CENTRAL CT   Apr 14 2010 09:05am        @003

Page 2.

**Spears, Haley** REDACTED
1008 Troutbrook Dr., W Htfd., CT 06119
860.308.2050
MR#P021403
Dr. Dario Zagar

(Meds Cont)

Lunesta 3 mg QHS
Albuterol inhaler Q3-4° p.r.n
Advair 50/250mg Bid
Ipratropium 0.5 / Albuterol 3.0mg
        neb Q3-4° p.r.n   (expired - RX
                          instruct pt need
                          to call PCP for
                          new prescription

Zofran 3 mg t.i.d p.r.n
Butal- APAP 325 mg CAFf 1 QD as needed
                (has not ever needed per pt)
Peppermint Gel I Ginger Fennel 0.1
        1 pill Bid (before eating)
Cyclobenzaprine 10mg t.i.d as needed


a Takes 500ml 0.9 NaCl IV over 2°. 3x wk
        via PICC line
- Not taking any antibiotics at present
* Rocaphin stopped 2° ? Gallstones - to have endoscopi
- States a lot of these meds taken per her
        homeopathic MD

Signed by DARIO ZAGAR on 04/15/2010 08:31 AM

Liberty003974

Received:
04/26/2010 14:33 FAX 8602243923          Apr 26 2010 02:48pm
                                    VNACC OF CENTRAL CT          ✍ 001/003



Visiting Nurse Association
of Central Connecticut, Inc.

## UNIT SECRETARY - 3RD FLOOR
## 205 WEST MAIN STREET
## NEW BRITAIN, CT 06052
Phone (860) 224-7131     Fax (860) 224-3923

Date: _9/26/10_

To: _Dr. D. Zagar_                    Fax # _1 203 333 3937_

From: Unit Secretary - 3rd Floor       Off · _1 203 333 1133_

Number of pages including cover: _3_

### THIS DOCUMENT IS VERY IMPORTANT AND REQUIRES IMMEDIATE ATTENTION.

In order to avoid a 2nd, 3rd or any other letter requesting to send this order back,
**PLEASE:** I NEED THIS ORDER SIGNED AND DATED ON OR BEFORE _4/28/10_
I REALLY APPRECIATE YOUR ATTENTION TO THIS MATTER.

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☒ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*Please sign, date and fax back.*

*Thank you!*

The information contained in this facsimile message is client PRIVILEGED AND CONFIDENTIAL and is intended only for the individual or entity named in this transmission sheet. If the reader of this message is not the intended recipient, or employee or agent responsible for delivering it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Upon request, we will reimburse you for any cost of return. Thank you.

3rd floor secretary fax sheet/forms 9.08

Signed by DARIO ZAGAR on 04/26/2010 06:16 PM

Liberty003975

Received:
04/26/2010 14:33 FAX 8602243923          VNACC OF CENTRAL CT          Apr 26 2010 02:48pm          ☑002/003

Department of Health and Human Services
Health Care Financing Administration

Page 1 of 2
Form Approved
OMB No. 0938-0357

# HOME HEALTH CERTIFICATION AND PLAN OF CARE

| 1. Patient's HI Claim No. REDACTED | 2. Start of Care Date 04-13-10 | 3. Certification Period From: 04-13-10   To: 06-11-10 | 4. Medical Record No. P021403 | 5. Provider No. 746940 |
|---|---|---|---|---|

| 6. Patient's Name and Address | 7. Provider's Name, Address and Telephone Number |
|---|---|
| Haley Spears 1008 Troutbrook Drive West Hartford CT 06119 | VNA of Central Connecticut Inc New Britain 205 West Main Street, New Britain CT 06052 860-224-7131 |

| 8. Date of Birth: REDACTED | 9. Sex ☐ M ☑ F | 10. Medications: Dose/Frequency/Route (N)ew (C)hanged |
|---|---|---|

| 11. ICD-9-CM | Principal Diagnoses | Date | |
|---|---|---|---|
| 088.81 | LYME DISEASE | 03-30-10 | Saccharomyces boulardii By Mouth Capsule 250 MG 1 tabs b.i.d PO Mid AM and Mid PM |
| 12. ICD-9-CM N/A | Surgical Procedure N/A | Date N/A | Melatonin By Mouth Tablet 200 MCG 1 tabs qhs PO Ultram By Mouth Tablet 50 MG 1 tabs t.i.d PO |
| 13. ICD-9-CM 346.10 724.2 493.90 | Other Pertinent Diagnoses MGRN WO AURA WO NTRC MGR LUMBAGO ASTHMA UNSPECIFIED, UNSPECIFIE | Date 03-30-10 03-30-10 04-13-10 | ZyrTEC By Mouth Tablet 10 MG 1 tabs qhs PO Fish Oil By Mouth Capsule 1000 MG 2 tabs b.i.d PO Asacol By Mouth Tablet Delayed Release 400 MG 2 tabs b.i.d PO before meals Prevacid By Mouth Capsule Delayed Release 30 MG 1 tabs b.i.d PO before meals See 487 for additional medications |

| 14. DME and Supplies: med boxes, nebulizer | 15. Safety Measures: safety with med use |
|---|---|

| 16. Nutritional Req.: low sugar/low carb/high protein diet | 17. Allergies: NKA |
|---|---|

### 18.A. Functional Limitations
| | | |
|---|---|---|
| 1 ☐ Amputation | 5 ☐ Paralysis | 9 ☐ Legally Blind |
| 2 ☐ Bowel/Bladder(Incontinence) | 6 ☑ Endurance | A ☐ Dyspnea With Minimal Exertion |
| 3 ☐ Contracture | 7 ☐ Ambulation | B ☑ Other (Specify) memory |
| 4 ☐ Hearing | 8 ☐ Speech | |

### 18.B. Activities Permitted
| | | |
|---|---|---|
| 1 ☐ Complete Bedrest | 6 ☐ Partial Weight Bearing | A ☐ Wheelchair |
| 2 ☐ Bedrest BRP | 7 ☐ Independent At Home | B ☐ Walker |
| 3 ☑ Up As Tolerated | 8 ☐ Crutches | C ☐ No Restrictions |
| 4 ☐ Transfer Bed/Chair | 9 ☐ Cane | D ☑ Other (Specify) paced activities |
| 5 ☐ Exercises Prescribed | | |

### 19. Mental Status:
| | | | |
|---|---|---|---|
| 1 ☐ Oriented | 3 ☑ Forgetful | 5 ☐ Disoriented | 7 ☐ Agitated |
| 2 ☐ Comatose | 4 ☐ Depressed | 6 ☐ Lethargic | 8 ☐ Other |

### 20. Prognosis
| | | | | |
|---|---|---|---|---|
| 1 ☐ Poor | 2 ☐ Guarded | 3 ☑ Fair | 4 ☐ Good | 5 ☐ Excellent |

### 21. Orders for Discipline and Treatments (Specify Amount/Frequency/Duration)
SN 1-2 x/wk x 5 wks
Assess for signs/symptoms of dehydration
Assess vital signs
Assess nutritional status
    –assess wt qvisit
Assess for skin breakdown
Assess bowel elimination patterns
Assess urinary elimination patterns
Assess level of comfort, discomfort
Assess home management and safety
Assess medication compliance
Instruct S&S to report to MD, RN, 911

Assess General Health Status
Assess for response to prescribed medications
Prefill medication Box
    weekly or bi-weekly
Assess adherence to medication schedule
Instruct in medication box refill
Assess effects of meds on cognitive function
Assess neurologic status
Assess respiratory status
Pulse oximetry
    prn

STATE/FEDERAL REGULATIONS REQUIRE
Orders be signed within 21 days.
To insure continuation of patient
care, these orders must be signed,
dated and returned IMMEDIATELY.

FAXED
APR 26 2010
DATE

| 22. Goals/Rehabilitation Potential/Discharge Plans Absence of s/s of dehydration Client will remain safe at home Adherence to medication schedule/regime See 487 for additional info | |
|---|---|

| 23. Nurse's Signature and Date of Verbal SOC Where Applicable: Carol Cocoran, RN   VSOC 3/30/10 | 25. Date HHA Received Signed POT |
|---|---|

| 24. Physician's Name and Address Dr. Dario Zagar 75 Kings Highway Cutoff 5th Floor Fairfield CT 05824-5340 | 26. I certify/recertify that this patient is confined to his/her home and needs intermittent skilled nursing care, physical therapy and/or speech therapy or continues to need occupational therapy. This patient is under my care, and I have authorized the services on this plan of care and will periodically review the plan. I also certify that my review indicates the HCFA-487(s) attached to this form. |
|---|---|
| 27. Attending Physician's Signature and Date Signed | 28. Anyone who misrepresents, falsifies, or conceals essential information required for payment of Federal funds may be subject to fine, imprisonment, or civil penalty under applicable Federal laws. |

Form HCFA-485 (C4) (02-94) (Print Aligned)          142928

Signed by DARIO ZAGAR on 04/26/2010 06:16 PM

Liberty003976

Received:
04/26/2010 14:33 FAX 8602243923          VNACC OF CENTRAL CT          Apr 26 2010 02:48pm          ☑003/003

Page 2 of 2
Form Approved
OMB No. 0938-0357

Health Care Financing Administration
Department of Health and Human Services

| ADDENDUM TO: | ☒ PLAN OF TREATMENT | ☒ MEDICAL UPDATE |
|---|---|---|

| 1. Patient's HI Claim No. REDACTED | 2. SOC Date 04-13-10 | 3. Certification Period From: 04-13-10   To: 06-11-10 | 4. Medical Record No. P021403 | 5. Provider No. 746940 |
|---|---|---|---|---|

| 6. Patient's Name Haley Spears | 7. Provider's Name VNA of Central Connecticut Inc New Britain |
|---|---|

8. Item No.

10 Famotidine By Mouth Tablet 20 MG 1 tabs qhs PO
Singulair By Mouth Tablet Chewable 5 MG 1-2 tabs qpm PO
Lexapro By Mouth Tablet 20 MG 1 tabs daily PO
Topamax By Mouth Tablet 50 MG 1 tabs qam PO
Topamax By Mouth Tablet 50 MG 2 tabs qpm PO
Lunesta By Mouth Tablet 3 MG 1 tabs qhs PO N
Zofran By Mouth Tablet 8 MG 1 tabs t.i.d PO pm
Cyclobenzaprine HCl By Mouth Tablet 10 MG 1 tabs t.i.d PO prn
Albuterol Inhaler Aerosol Solution 90 MCG/ACT 1 puff q4h pm INH
Advair Diskus Inhaler Miscellaneous 250-50 MCG/DOSE 1 puff b.i.d INH
Ipratropium-Albuterol Inhaler Solution 0.5-2.5 (3) MG/3ML 1 vial q3-4h pm INH
Ester-C By Mouth Tablet 2 tabs b.i.d PO
Super Artemisinin Oral Tab 1 tabs b.i.d PO
Co QH-CF Oral Tab 1 tabs daily PO
Colostrum 40% IgG 450 mg Oral Tab 2 tabs b.i.d PO
Culturelle with lactobacillus Oral Tab 2 tabs b.i.d PO mid am and mid pm
Alli Ultra Alisure 360 mg Oral Tab 1 tabs daily PO
Magnesium Taurate 125 mg Oral Tab 1 tabs daily PO
Oralmat Oral Suspension 1 gtt daily PO
Tumeric and Bromelain 450 mg Oral Tab 1 tabs daily PO
Ribocarni Clear Oral Suspension 1/2 tsp daily PO
Pepermint Gel with Ginger/Fennel Oil Oral Tab 1 tabs b.i.d PO mid am and mid pm

22 SN – Client will remain in residence w/assist
SN-Rehab Potential - Fair
SN 04-13-10
SN ADMISSION NOTE: This 32 yr old female was ill for many yrs before it was realized that she had Lyme disease. Pt has had multiple system dysfunction from the advanced untreated Lyme Disease. Pt states that she experiences intermittent pain throughout her body, confusion and poor memory . States that she has been on intermittent antibiotic use through her PICC line for a long time. Recently she was on Rocephin IV but this was stopped secondary to the development of gallstones. Pt had an ultrasound to verify this and is to have an endoscopy in near future to see the extent of the gallstones and ? need for surgery to have the gall bladder removed. Pt also verbalize having a thyroid problem but was taken off her thyroid med recently with need for BW in few weeks to see if she needs to resume the med. Pt states that she has to undergo antibiotic detox occasionally at which time she is taken off all antibiotics(po and IV) until symptoms reappear (increased speech problems, increased confusion, etc). When the symptoms reappear pt would be restarted on only 1 antibiotic at a time till symptoms are controlled. Pt showed this RN her extensive list of meds that she takes. Pt states that she called Beacon pharmacy to ? possibilities of them doing med box prefills but states that this would not work but did not specify why. RN observed the already few days of med box prefills to note few errors. Pt verbalize that her attention span is limited and she gets very forgetful so the med box errors are not a surprise–states that she needs help with these greatly. Pt has 2 med boxes to use for the week–one is a bid med box and the other is a qid med box. Pt putting the midAM and midPM in the BID med box and the remaining ones in the other qid med box. RN prefilled the med boxes x 1 week per the extensive med list shown to RN. RN needing to verify multiple med supplements with MD. Pt only having 1 complete med box set and planning to purchase 1-2 more. RN to write up a complete med list and instruct pt on med box refills using the list as a guide. Pt also administers a 500ml of 0.9 % NaCl 3x week via PICC line. PICC line insertion site without redness and no cath tubing noted–hub at the insertion site. Pt states that the Professional Home Care cleans the site weekly and changes the dressing but pt states independent with administering the infusions–MD thought pt was not drinking enough fluids so decided to order pt fluid infusions 3x week. RN ask pt about po intake and pt hesitated and then stated that she does not remember if she ate anything today and then made herself a protein drink. Pt states she is trying to eat more organic foods and showed RN the list she was given to follow. Pt verbalize feeling too tired to cook her meals most times and has no one to do the cooking. RN refer pt to her state caseworker for assist. Pt states she gets nauseated at times and has intermittent abd pain but equates this with the gallstones–is aware of the need to limit fats in her diet secondary to the gallstones. Pt with hx of migraines and states that the current topamax is helpful. States that she always has pain and at present it is tolerable–"3" out of 10 at beginning of this HV and it worsened by end with the need for her to take the ultram–did not take the midday dose of it. At present states that pain is in the neck and shoulders. States that her pain varies site-to-site and minute-to-minute. States that she has had sleeping problems at night and was now started on lunesta. Pt states she gets very tired and weak all tha time and finds that she naps a lot during the day. RN instruct pt to try not to nap after 2-3 PM in the afternoon so that she can get to sleep at night–? too much napping in the daytime. BP 116/82; AR 68 reg; RR 20 easy; Lungs clear; No LE edema' Temp 97.6F ax; Wt 116 lbs; Ht 5'5" per pt; Pulse ox 95%; Pt with hx of asthma and states uses the advair which is relatively new for her. States that she needs to use the albuterol inhaler at times but has not used the nebulizer. RN note that the neb med solution in the home has expired. RN instruct pt to get a new prescription from MD for this med. No BM or voiding problems. RN instruct pt that RN needing to get authorization from her insurance for SN HV's. Goals for these SN HV's discussed with pt. Juliana Hoyle RN

*[signature]* Carol Coccon..., RN

9. Signature of Physician                                                    10. Date

11. Optional Name/Signature of Nurse/Therapist                               12. Date

Form HCFA-487 (C4) (4-87)

Signed by DARIO ZAGAR on 04/26/2010 06:16 PM

Liberty003977

Received:
05/04/2010 12:02 FAX 8602243923          VNACC OF CENTRAL CT          May 4 2010 12:17pm

☑002
5/4/10

**Spears, Haley**   REDACTED
1008 Troutbrook Dr., W Htfd., CT 06119
860.308.2050
MR#P021403
Dr. Dario Zagar

Dr Zagar,

   FYI -

① Pt's PICC Line pulled 4/27/10 — had
   c/o of nausea c̄ low grade temp week prior &
   Preliminary Blood Cultures taken 4/26/10 revealed
   an infection.

   — pt started on Doxycline 100mg Bid by
       Dr Patterson Marshall.

② Pt had endoscopy 4/27/10 — Biopsy of stomach
   taken but pt states she was told nothing
   immediately noted with this test.

③ Pt given a prescription for Urisodial 300mg
   Bid by Dr Bernard Raxlen from NY but
   Pt has not started as she wanted to touch
   base with this MD about 1st — was left
   on email & prescription sent to pharmacy.

④ States Dr Bernard Raxlen / Caroline Welcome PA
   ↓ Ester C. to 500mg Bid.

Signed by DARIO ZAGAR on 05/04/2010 07:55 PM
- Notes: pt c̄ recurrent line infection, picc pulled. )

Liberty003978

05/04/2010 12:03 FAX 8602243923     Received:     VNACC OF CENTRAL CT     May 4 2010 12:17pm     ☒003

⑤ Pt not seen wk of 4/19/10 2° unable to contact pt -- several calls made thu week but no response from pt.

⑥ As of 5/4 RN waiting to get authorization from insurance company to cont to visit p̄ 4/30/10.

Any questions or concerns please call me. Julie Hoyle RN
860-982-9900

Signed by DARIO ZAGAR on 05/04/2010 07:55 PM
- Notes: pt c recurrent line infection, picc pulled.

Liberty003979

VNACC, Inc.                                                          05-12-2010 09:07:49a  Page 1

## Agency Discharge Summary as of 05-10-2010

**Patient Name:** Spears, Haley                          **Date Completed:** 05-10-2010
**Patient Code:** P021403                                **Team:** P - North
**Date of Birth:** REDACTED                **Age:** 32   **Marital Status:** Single

**Advance Directives:**   None
**Ethnicity:**            White              **Religion:**                 Unknown
**Primary Language:**     English            **Disaster/Evacuation P**     Low priority

**Date of Referral:**     03-30-2010    **Source:** Zagar, Dario
**Date of Admission:** 04-13-2010    **Final Date of Service:** 05-10-2010                    **LOS:** 28
**Discharge Reason:** Misc Discharge

**Mental Status at Discharge/Transfer:**
**Services Provided:**                       **No. Vis:**
SN Registered Nurse                              4

| Goals/Expected Outcome | Outcome | Ended |
|---|---|---|
| **Problem:** Dehydration, Potential for | | |
| Absence of s/s of dehydration | fully met | 05-05-2010 |
| **Problem:** Medication Regimen | | |
| Adherence to medication schedule/regime | partially met | 05-05-2010 |
| **Problem:** Discharge Plans | | |
| SN - Client will remain in residence w/assist | fully met | 05-05-2010 |
| **Problem:** Rehab Potential | | |
| SN-Rehab Potential - Fair | fully met | 05-05-2010 |
| **Problem:** Nursing, General | | |
| Client will remain safe at home | fully met | 05-05-2010 |

**Clinical Notes**
05-10-2010   SN DISCHARGE NOTE: VNACC has not received any further authorization for home care visits beyond April 30, 2010. RN made pt out a detailed med list to follow in filling out the med boxes. Pt not wanting Beacon Pharmacy in New Britain to prefill the med boxes as the pharmacy would need to order and obtain all needed meds once pt's supplies were used and pt not liking this idea as she gets a lot of her meds especially the supplements from her dad who is a pharmacist out of state at cost. Pt also looking into finding another person through West Hartford town to help fill the boxes since she states that she cannot--too complicated and her memory is bad. Pt now on po antibiotics instead of IV meds since her PICC line was d/ced. Pt has followup MD appts and contacts on a reg basis. RN d/c home care services. Juliana Hoyle RN

<div align="center">FOR YOUR FILES ONLY<br>YOUR SIGNATURE IS NOT REQUIRED</div>

VNACC, Inc. by _____   **Date/Time** 05-12-2010 09:07:49a

Signed by DARIO ZAGAR on 05/19/2010 09:08 AM

Liberty003980

**PHYSICAL RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE**

To: _____

Re: _Hailey Spears_ _____ (Name of Patient)

_____(Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.*

1. Frequency and length of contact: _Since 1/09, every 2-4 mos_

2. Diagnoses: _CNS lyme disease, migraine_

3. Prognosis: _fair_

4. List your patient's *symptoms*, including pain, dizziness, fatigue, etc:
   _Neck/shoulder pain, migraine, fatigue, cognitive impairment, joint pains_

5. If your patient has pain, characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain:
   _Migraine with aura; neck/shoulder pain, at times severe, and disabling; not predictable_

6. Identify the clinical findings and objective signs:
   _bilateral cervical paraspinal/trapezius tenderness_

7. Describe the treatment and response including any side effects of medication that may have implications for working, e.g., drowsiness, dizziness, nausea, etc:
   _Topamax - cognitive s/s, with good benefit on migraine; Relpax, Asacol, Tramadol, Migranal_

8. Have your patient's impairments lasted or can they be expected to last at least twelve months?
   ✓ Yes ___ No

9. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?
   ✓ Yes ___ No

10. Identify any psychological conditions affecting your patient's physical condition:
    ___ Depression       ✓ Anxiety
    ___ Somatoform disorder       ___ Personality disorder
    ___ Psychological factors affecting       ___ Other: _____
          physical condition       _____

11. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?
    ✓ Yes ___ No

    If no, please explain: _____

-1-

Liberty003981

12.   How often during a typical workday is your patient's experience of pain or other symptoms severe enough to interfere with **attention and concentration** needed to perform even simple work tasks?

__ Never      __ Rarely      __ Occasionally      √ Frequently      __ Constantly

*For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

13.   As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation*.

a.   How many city blocks can your patient walk without rest or severe pain? _3_

b.   Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc.

Sit:      0  5  10  15  20  30  45          (1)  2   More than 2
         Minutes                            Hours

c.   Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc.

Stand:    0  5  10 (15) 20  30  45           1   2   More than 2
         Minutes                            Hours

d.   Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

| | Sit | Stand/walk | |
|---|---|---|---|
| | __ | √ | less than 2 hours |
| | __ | __ | about 2 hours |
| | √ | __ | about 4 hours |
| | __ | __ | at least 6 hours |

e.   Does your patient need to include periods of walking around during an 8-hour working day?
     __ Yes      __ No      — *time to lie down, not walk around*

1)   If yes, approximately how *often* must your patient walk?
     1  5  10  15  20  30  45  60  90
     Minutes

2)   How *long* must your patient walk each time?
     1  2  3  4  5  6  7  8  9  10  11  12  13  14  15
     Minutes

f.   Does your patient need a job that permits shifting positions *at will* from sitting, standing or walking?      √ Yes      __ No

g.   Will your patient sometimes need to take unscheduled breaks during an 8-hour working day?      √ Yes      __ No

If yes,   1) how *often* do you think this will happen?      *every hour · 2*
          2) how *long* (on average) will your patient have to rest before returning to work?      *15 min*

-2-

Liberty003982

h.   With prolonged sitting, should your patient's leg(s) be elevated?

           __ Yes      ✓ No

If yes,   1)   how *high* should the leg(s) be elevated?      _____

           2)   if your patient had a sedentary job, *what percentage of time* during an 8 hour working day should the leg(s) be elevated?      _____

i.   While engaging in occasional standing/walking, must your patient use a cane or other assistive device?      __ Yes     ✓ No

j.   How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | — | — | ✓ | — |
| 10 lbs. | — | ✓ | ✓ | — |
| 20 lbs. | ✓ | — | — | — |
| 50 lbs. | ✓ | — | — | — |

k.   How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Look down (sustained flexion of neck) | — | — | ✓ | — |
| Turn head right or left | — | — | ✓ | — |
| Look up | — | — | ✓ | — |
| Hold head in static position | — | — | — | ✓ |

l.   How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | — | — | ✓ | — |
| Stoop (bend) | — | — | ✓ | — |
| Crouch/ squat | — | ✓ | — | — |
| Climb ladders | — | — | ✓ | — |
| Climb stairs | — | — | ✓ | — |

m.   Does your patient have significant limitations with reaching, handling or fingering?

           __ Yes     ✓ No

If yes, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities:

| | HANDS: Grasp, Turn Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching (incl. Overhead) |
|---|---|---|---|
| Right: | 5 % | 5 % | 5 % |
| Left | 5 % | 5 % | 5 % |

14.   Are your patient's impairments likely to produce "good days" and "bad days"?

           ✓ Yes      __ No

-3-

Liberty003983

15.  Please estimate, on the average, how many days per month your patient is likely to be absent from
     work as a result of the impairments or treatment:

        ___ Never
        ___ About one-four days per month
        ___ About five days per month
        _✓_ More than five days per month

16.  What other limitations (such as psychological limitations, limited vision, difficulty hearing, need to
     avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that
     would affect your patient's ability to work at a regular job on a sustained basis?

     *Many issues are cognitive - trouble with
     memory, word finding, concentration, and
     fatigue, requiring frequent naps.*

17.  What is the earliest date that the description of symptoms *and limitations* in this questionnaire
     applies?                                          1/09

     __6/21/10__                          X _____
     Date                                 Signature

                 Printed/Typed Name:     _____

                 Address:               _____
                                        _____
                                        _____

*7-28a*
*§258.1*

-4-

Liberty003984

MEDICAL SOURCE ASSESSMENT (MENTAL)

NAME: *Haley Spears*

SOCIAL SECURITY NUMBER: _____

## I. SUMMARY CONCLUSIONS

This section is for recording summary conclusions derived from the evidence in file. Each mental activity is to be evaluated within the context of the individual's capacity to sustain that activity over a normal workday and workweek, on an ongoing basis. Your detailed explanation of the degree of limitation for each category (A through D) as well as any other assessment information you deem appropriate, is to be recorded in Section II (Functional Capacity Assessment).

### DEFINITIONS OF RATING TERMS

1: able to perform designated task or function with no observable limits

2: able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) no more than 10 percent of the work day or work week (i.e., one hour or less/day or one-half day or less/week

3: able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) from 11-20 percent of the work day or work week (i.e., more than one hour/day or more than one-half day/week)

4: able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) more than 20 percent of the work day or work week (i.e., more than one hour and up to two hours/day or one-half day/week)

5: not able to perform designated task or function on regular, reliable, and sustained schedule.

## A. UNDERSTANDING AND MEMORY

1. remember locations and work-like procedures

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

2. understand and remember very short, simple instructions

   1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

3. understand and remember detailed instructions

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

Liberty003985

## B. SUSTAINED CONCENTRATION AND PERSISTENCE

4. carry out very short and simple instructions

   1. [ ]      2. [ ]      3. [✓]      4. [ ]      5. [ ]

5. carry out detailed instructions

   1. [ ]      2. [ ]      3. [ ]      4. [✓]      5. [ ]

6. maintain attention and concentration for extended periods of time

   1. [ ]      2. [ ]      3. [ ]      4. [ ]      5. [✓]

7. perform activities within a schedule

   1. [ ]      2. [ ]      3. [ ]      4. [✓]      5. [ ]

   maintain regular attendance, and /or

   1. [ ]      2. [ ]      3. [ ]      4. [ ]      5. [✓]

   be punctual within customary tolerances

   1. [ ]      2. [ ]      3. [ ]      4. [ ]      5. [✓]

8. sustain ordinary routine without special supervision

   1. [ ]      2. [ ]      3. [✓]      4. [ ]      5. [ ]

9. work in coordination with or proximity to others without being distracted by them

   1. [ ]      2. [ ]      3. [✓]      4. [ ]      5. [ ]

10. make simple work-related decisions

   1. [ ]      2. [ ]      3. [ ]      4. [✓]      5. [ ]

11. complete a normal workday and workweek without interruptions from psychological based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods

   1. [ ]      2. [ ]      3. [ ]      4. [ ]      5. [✓]

2

Liberty003986

C. SOCIAL INTERACTION

12. ability to interact appropriately with the general public

1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [  ]

13. ask simple questions or request assistance

1. [✓]        2. [  ]        3. [  ]        4. [  ]        5. [  ]

14. accept instructions and respond appropriately to criticism from supervisors

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

15. get along with coworkers or peers without distracting them or exhibiting behavioral extremes.

1. [✓]        2. [  ]        3. [  ]        4. [  ]        5. [  ]

16. maintain socially appropriate behavior and adhere to basic standards of neatness and cleanliness.

1. [✓]        2. [  ]        3. [  ]        4. [  ]        5. [  ]

D. ADAPTION

17. respond appropriately to changes in the work setting

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

18. be aware of normal hazards and take appropriate precautions

1. [  ]        2. [✓]        3. [  ]        4. [  ]        5. [  ]

19. travel in unfamiliar places or use public transportation

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

20. set realistic goals or make plans independently of others

1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

3

Liberty003987

## II GENERAL FUNCTIONAL CAPACITY ASSESSMENT

Record in this section the elaborations on the preceding capacities. Complete this section ONLY after the SUMMARY CONCLUSIONS section has been completed. Explain your summary conclusions in narrative form. Include any information which clarifies limitation or function.

What is the earliest date that the description of symptoms and limitations in this questionnaire apply? _____ 1/09 _____

Signature

_____

Printed Name

Date:_____

*Evaluations/Medical Source Assessment Mental*

4

Liberty003988



SLEEP DISORDERS CENTER

Please complete this form and return by fax to **(203) 301- 4352**. The Sleep Center will contact the patient to schedule tests that have been ordered. This is not an insurance referral.

**REDACTED**    *Faxed 8-19-11 MB*

**PATIENT INFORMATION:**
Patient Name: _Haley Spears_ .................................Date of Birth: ...............
Address: _1008 Trout Brook Drive, West Hartford, CT 06119_
Home Telephone: _860-308-2050_ ...... Work/Cell Telephone: _860-930-6087_
Insurance Carrier: _Medicare_ ................. ID Number: _436336982 A_ ...............

**TYPE OF VISIT/TEST REQUESTED:**
☐ Comprehensive Sleep Evaluation   (Initial consultation followed by the test, if required)
☐ Only a Sleep Study(NPSG)      ☐ CPAP Titration      ☐ Split-night study
☐ PSG with Multiple Sleep Latency to rule out Narcolepsy (MSLT)
☐ CPAP with Maintenance of Wakefulness Test (an efficacy study)
☐ CPAP Acclimatization         ☐ Other:...................................

☑ *CBT   w/ Dr. ✱ Cline*

**PATIENT REFERRED TO RULE OUT/CONFIRM FOLLOWING**
☐ Sleep Apnea       ☐ Restless Legs Syndrome      ☐ Periodic Limb Movement Disorder
☐ Narcolepsy        ☐ Circadian Rhythm Sleep Disorder   ☐ Parasomnia
☐ Hypersomnia       ☐ Other:...............................      ☑ Insomnia

**PATIENT COMPLAINTS:**   Current Diagnoses:                    Special Needs:
☐ Snoring              ☐ Obesity          ☐ OSA           ☐ On oxygen at . ........ L/min
☐ Witnessed Apnea      ☐ Hypertension     ☐ Stroke        ☐ Non-ambulator / wheelchair
☐ Excessive Daytime Sleepiness ☐ Anxiety/depression ☐ Diabetes   ☐ Language interpreter
☐ Morning headache     ☐ GERD             ☐ Asthma/COPD   ☐ On CPAP/BiPAP at home
☐ Involuntary limb movements ☐ CAD/CHF    ☐ Headache      ☐ Patient coming with aide
☐ Sleepwalking/talking ☐ Arrhythmia       ☐ Seizure Disorder  ☐ Other:............ ...............
☐ Insomnia             ☐ Other:........................
☐ Night Terrors
☐ Cataplexy
☐ Other:...............................

Height:.........ft.........in.  Weight:........... Lbs.   Blood Pressure:................/...........Ag t..............

Current Medications:............................................................................................................
Allergies:............................................................................................................
Is Patient currently on CPAP?        ☐ NO  ☐ Yes       CPAP pressure:........................cm
Has Patient had a prior sleep studies  ☐ NO  ☐ Yes  (Please send a copy of the report if possible)

**REFERRING PHYSICIAN:**
Name ...._Dr. Daric Tosur_ ...........Telephone(203) _877-1414_ ..Fax(203) _877-3144_
Office Address:.... ~~_270 Oasen Post Rd. Milford CT 06460_~~
Signature:.... _[signature]_ ............Date: _8-19-11_
**REPORT PREFERENCES:** ☐ Telephone Call  ☐ By Mail  ☐ By Fax

Liberty003989

# Chart

## HALEY SPEARS

DOB: REDACTED

From 04/27/2010 to 09/09/2015

Liberty003990

# Encounters

Encounter 12 Date 11/25/2013
Diagnosis Td VACCINE (V06.5)

Encounter 11 Date 12/10/2012
Diagnosis

Encounter 10 Date 11/19/2012
Diagnosis ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9), OTALGIA NOS (388.70)

Encounter 9 Date 10/01/2012
Diagnosis ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

Encounter 8 Date 08/23/2012
Diagnosis SEBACEOUS CYST (706.2)

Encounter 7 Date 11/14/2011
Diagnosis ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

Encounter 6 Date 02/15/2011
Diagnosis SORE THROAT (462.)

Encounter 5 Date 11/22/2010
Diagnosis SYMPTOM, COUGH (786.2)

Encounter 4 Date 11/16/2010
Diagnosis URI (465.9)

Encounter 3 Date 11/15/2010
Diagnosis SYMPTOM, COUGH (786.2)

Encounter 2 Date 07/09/2010
Diagnosis LYME DISEASE (088.81)

Encounter 1 Date 06/08/2010
Diagnosis ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)

Liberty003991

# History & Physical Report #12

*HALEY SPEARS*
11/25/2013 4:38 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: English / Race: White
Female

History of Present Illness (Sandra Sudduth; 11/25/2013 4:48 PM)
        The patient is a 36 year old female who presents for a nursing visit. Patient is here for immunizations. Reaction to previous immunizations: no reaction to previous immunizations. Note for " nursing visit": Tetanus booster given IM to left deltoid per pt request and consent.

Assessment & Plan (Sandra Sudduth; 11/25/2013 4:38 PM)
Td VACCINE (V06.5)
Current Plans
- Immunization: Td VACCINE ADULT: TD VACCINE 7 or > (90714)
- IMMUNIZATION ADMIN, 1st VACCINE (90471)

    Signed electronically by Sandra Sudduth (11/25/2013 4:50 PM)

## Procedures

Td VACCINE ADULT: TD VACCINE 7 or > (90714) Performed: 11/25/2013 (Final, Reviewed)

IMMUNIZATION ADMIN, 1st VACCINE (90471) Performed: 11/25/2013 (Final, Reviewed)

Liberty003992

History & Physical Report #11

*HALEY SPEARS*
12/10/2012 3:56 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: English / Race: White
Female

The patient is a 35 year old Female.

  Signed electronically by Felicia A Pelton (12/10/2012 8:57 PM)

# History & Physical Report #10

*HALEY SPEARS*
11/19/2012 5:05 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: English / Race: White
Female

History of Present Illness (KRISTIN A GIANNINI, MD; 11/19/2012 11:43 PM)

Patient words: Her ears have been bothering her for weeks. She has been sneezing a lot and she does have a lot of allergies and she has been getting a lot of post nasal drip. She has been getting pressure in the ears and pain and she has no trouble hearing. She has been using Singulair and she has been using the Zyrtec as well. She has rarely used a nose spray. She was using nose sprays in the past that were steroid and they may have made her sicker when she was diagnosed with the tick borne illnesses.

The patient is a 35 year old female who presents with ear problems. Patient came alone to this appointment. The pain is felt in both sides. The onset of the ear problems has been gradual and has been occurring for weeks. The course has been constant. The ear problems is described as a mild (To moderate) dull aching, sharp pain and pressure. The ear problems is described as being located in the inner ear. The patient has been using OTC meds (Zyrtec). Previous evaluations have included none.

Problem List/Past Medical (KRISTIN A GIANNINI, MD; 11/19/2012 11:46 PM)
NONTOXIC MULTINODULAR GOITER (241.1)
HASHIMOTO'S DISEASE CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
COLITIS, ULCERATIVE NOS (556.9 | K51.919)
LYME DISEASE (088.81 | A69.20)
NEOP, NOS, BRAIN (239.6)
CHRONIC DAILY HEADACHE SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0 | R51)
PATIENT REFERRALS.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)

Allergies (Mindy Richards; 11/19/2012 5:05 PM)
ERYTHROMYCIN, NOS.  VOMITING

Social History (KRISTIN A GIANNINI, MD; 11/19/2012 5:44 PM)
Caffeine Use.  3-5 TEA OR COFFEE A WEEK
Tobacco Use.  Never smoker.
Alcohol Use.  Occasional alcohol use. 1 a month
Non Smoker/No Tobacco Use
Non Drinker/No Alcohol Use

Medication History (KRISTIN A GIANNINI, MD; 11/19/2012 5:44 PM)
Xopenex HFA (45MCG/ACT Aerosol, 2 (two) Inhalation four times daily, as needed, Taken starting 10/01/2012) Active.
Singulair (5MG Tablet Chewable, 1-2 Oral daily, Taken starting 09/05/2012) Active.
Ipratropium-Albuterol (0.5-2.5 (3)MG/3ML Solution, 1 (one) Inhalation every four hours, as needed, Taken starting 04/09/2012) Active.
ZyrTEC Allergy (10MG Tablet, 1 (one) Oral daily, Taken starting 04/02/2012) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/12/2012) Active.
Nebulizer (1 as needed, Taken starting 11/14/2011) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device, 1 Intramuscular as needed, Taken starting 10/19/2011) Active.
Levaquin (500MG Tablet, 1 Oral daily, Taken starting 02/15/2011) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln, 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
Prevacid (30MG Capsule DR, 1 Oral two times daily) Active.
Asacol (400MG Tablet DR, 2 Oral two times daily) Active.
TraMADol HCl (50MG Tablet, 1 Oral three times daily) Active.
Mepron (750MG/5ML Suspension, 2 tsp Oral daily) Active.

Liberty003994

Allimax--OTC capsules (1 daily) Active.
Mepron (750MG/5ML Suspension, 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet, 2 Oral two times daily) Active.

Review of Systems (KRISTIN A GIANNINI, MD; 11/19/2012 11:42 PM)
General: Not Present- Appetite Loss and Fever.
Skin: Not Present- Rash.
HEENT: Present- Ear Pain and Sore Throat. Not Present- Eye Redness, Ear Discharge and Nasal Congestion.
Neck: Not Present- Neck Pain and Neck Stiffness.
Respiratory: Not Present- Cough.
Gastrointestinal: Not Present- Diarrhea and Vomiting.
Psychiatric: Not Present- Change in Sleep Pattern.

Vitals (Mindy Richards; 11/19/2012 5:09 PM)
11/19/2012 5:05 PM
 Weight: 131 lb  Height: 64.25 in
 Body Surface Area: 1.64 m²  Body Mass Index: 22.31 kg/m²
 Temp.: 97.8° F Pulse: 101 (Regular)   P.OX: 98% (Room air)
 BP: 102/66    (Sitting, Left Arm, Standard)

Physical Exam (KRISTIN A GIANNINI, MD; 11/19/2012 11:44 PM)
The physical exam findings are as follows:

General
Mental Status - Alert. General Appearance - Not in acute distress. Build & Nutrition - Well nourished. Hydration - Well hydrated. Voice - Normal.

Integumentary
General Characteristics: Overall examination of the patient's skin reveals  - no rashes and no petechiae. Color - normal coloration of skin. Temperature - normal warmth is noted. Mobility & Turgor - normal mobility and turgor.

Head and Neck
Neck
Global Assessment - supple. no lymphadenopathy.

Eye
Sclera/Conjunctiva - Left - No conjunctival erythema. Right - No conjunctival erythema.

ENMT
Ears: Pinna and mastoid - Left - normal. no localized tenderness observed. Right - normal. no localized tenderness observed.
External Auditory Canal - Left - normal. Right - normal. Tympanic Membrane - Bilateral - TM is retracted.
Nose and Sinuses
Nasal Mucosa - Bilateral - congested.
Mouth & Throat
Oral Cavity/Oropharynx: Oropharynx - no erythema, lesions or exudate.
Tonsils: Characteristics - Bilateral - without lesions, exudate or hypertrophy.

Chest and Lung Exam
Inspection: Movements - Normal. Accessory muscles - No use of accessory muscles in breathing.
Auscultation:
Breath sounds: - Normal.

Cardiovascular
Auscultation: Rhythm - normal.

Neuropsychiatric
The patient's mood and affect are described as  - normal. Judgment and Insight - insight is appropriate concerning matters relevant to self.

Assessment & Plan (KRISTIN A GIANNINI, MD; 11/19/2012 11:47 PM)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
Current Plans
 • Started Astepro 0.15%, 1 (one) Spray(s) each nostril daily, 1 Solution, 11/19/2012, No Refill.
   [Samples Given]
   Instructions written down

OTALGIA NOS (388.70)

Note: continue Zyrtec since it seems to be helping

Signed electronically by KRISTIN A GIANNINI, MD (11/19/2012 11:48 PM)

# History & Physical Report #9

*HALEY SPEARS*
10/1/2012 6:37 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 34 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD: 10/1/2012 6:42 PM)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
Current Plans
- Started Xopenex HFA 45MCG/ACT, 2 (two) Puff(s) four times daily, as needed, 1 Aerosol, 10/01/2012, Ref. x3.

Note: she has shakiness with the regular albuterol and she cannot sleep if she uses it at night--will change to Xopenex

Signed electronically by KRISTIN A GIANNINI, MD (10/1/2012 6:42 PM)

# History & Physical Report #8

*HALEY SPEARS*
8/23/2012 5:12 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (Racquel Fisher, LPN; 8/23/2012 5:17 PM)
        The patient is a 34 year old female who presents with lumps. The onset of the lumps has been sudden (hard, tender to touch lump in back of head) and has been occurring for 1 week. The course has been decreasing. The lumps are described as mild.

Allergies (Racquel Fisher, LPN; 8/23/2012 5:16 PM)
ERYTHROMYCIN, NOS.  VOMITING

Social History (Racquel Fisher, LPN; 8/23/2012 5:16 PM)
Caffeine Use.  3-5 TEA OR COFFEE A WEEK
Non Drinker/No Alcohol Use
Non Smoker/No Tobacco Use

Vitals (Racquel Fisher, LPN; 8/23/2012 5:15 PM)
8/23/2012 5:14 PM
 Weight: 125.03 lb
 Temp.: 97.8° F Pulse: 108 (Regular)   P.OX: 98% (Room air)
 BP: 140/78    (Sitting, Left Arm, Standard)

Physical Exam (HYOUNGSUP PARK, MD; 8/23/2012 5:21 PM)
The physical exam findings are as follows:

Integumentary

Note: Sebaceous cyst on nape - 0.5 cm diameter. Freely movable, minimum tenderness

Assessment & Plan (HYOUNGSUP PARK, MD; 8/23/2012 5:20 PM)
SEBACEOUS CYST (706.2)

Note: It doesn't look irritated. Observe for now.

Signed electronically by HYOUNGSUP PARK, MD (8/23/2012 5:22 PM)

Liberty003998

# History & Physical Report #7

*HALEY SPEARS*
11/14/2011 4:20 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 34 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD: 11/14/2011 4:21 PM)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
Current Plans
- Nebulizer, 1 Device as needed, 1 Device, 11/14/2011, No Refill. Active.
  portable, Dx: 493.90

Signed electronically by KRISTIN A GIANNINI, MD (11/14/2011 4:21 PM)

# History & Physical Report #6

*HALEY SPEARS*
2/15/2011 3:29 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
    Patient words: For the past 4 days has had a sore throat and noticed white spots on tonsils.

    The patient is a 33 year old female presenting with a complaint of a sore throat. The onset of the sore throat has been sudden and has been occurring for 4 days. It is aggravated by swallowing.

Allergies (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
ERYTHROMYCIN, NOS.  VOMITING

Social History (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
Caffeine Use.  3-5 TEA OR COFFEE A WEEK
Non Drinker/No Alcohol Use
Non Smoker/No Tobacco Use

Medication History (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:46 PM)
Prevacid (30MG Capsule DR 1 Oral two times daily) Active.
Asacol (400MG Tablet DR 2 Oral two times daily) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active.
Mepron (750MG/5ML Suspension 2 tsp Oral daily) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 01/20/2010) Active.
Hydromet (5-1.5MG/5ML Syrup 1-2 tsp Oral every four hours, as needed, Taken starting 11/16/2010) Active.
Ipratropium-Albuterol (0.5-2.5 (3)MG/3ML Solution 1 (one) Inhalation every four hours, as needed, Taken starting 11/16/2010) Active.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 06/08/2010) Active.
Allimax--OTC capsules (1 daily) Active.
Mepron (750MG/5ML Suspension 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet 2 Oral two times daily) Active.

Review of Systems (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:45 PM)
General: Present- Fever. Not Present- Dietary Changes.
Skin: Not Present- Rash.
HEENT: Present- Sore Throat (3 days with white patches). Not Present- Headache and Nasal Congestion.
Neck: Not Present- Swollen Glands.
Respiratory: Not Present- Cough.
Cardiovascular: Not Present- Chest Pain and Shortness of Breath.
Gastrointestinal: Not Present- Abdominal Pain, Diarrhea, Nausea and Vomiting.

Vitals (Sara Ward; 2/15/2011 3:32 PM)
2/15/2011 3:31 PM
 Weight: 124 lb
 Temp.: 97.9° F (Tympanic)   Pulse: 69 (Regular)
 BP: 110/80     (Sitting, Left Arm, Standard)

Physical Exam (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:47 PM)
The physical exam findings are as follows:

General
Mental Status - Alert. General Appearance - Not in acute distress. Build & Nutrition - Well nourished. Hydration - Well hydrated. Voice - Normal.

Liberty004000

Integumentary
Global Assessment: Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses and Neck: no visible lesions or palpable masses.
General Characteristics: Overall examination of the patient's skin reveals  - no rashes and no petechiae. Color - normal coloration of skin. Temperature - normal warmth is noted. Mobility & Turgor - normal mobility and turgor.


Head and Neck
Neck
Global Assessment - supple and lymphadenopathy (left tonsillar node enlargment).
Trachea - midline.
Thyroid
Gland Characteristics - non-tender.

Eye
Sclera/Conjunctiva - Left - No conjunctival erythema. Right - No conjunctival erythema.

ENMT
Ears: Tympanic Membrane - Left - normal. Right - normal.
Nose and Sinuses
Nasal Mucosa - Bilateral - no congestion observed.
Mouth & Throat
Oral Cavity/Oropharynx: Oropharynx - diffuse pharyngeal erythema noted and presence of white exudate noted. no erythema, lesions or exudate.
Tonsils: Characteristics - Bilateral - without lesions, exudate or hypertrophy.

Chest and Lung Exam
Inspection: Movements - Normal. Accessory muscles - No use of accessory muscles in breathing.
Auscultation:
Breath sounds: - Normal.

Cardiovascular
Auscultation: Rhythm - normal.


Assessment & Plan (Joseph Bartoszek, Jr., PA-C; 2/15/2011 5:48 PM)
SORE THROAT (462.)
Impression: rapid strep neg
Current Plans
- HMA RAPID STREP TEST (87880)
- Follow up if no improvement or if symptoms worsen
- Levaquin 500MG, 1 Tablet daily, #7, 02/15/2011, No Refill. Active.


Signed electronically by Joseph Bartoszek, Jr., PA-C (2/15/2011 5:48 PM)

## Laboratories

HMA RAPID STREP TEST (87880) Final, Reviewed (Collected:  02/15/2011)
Diagnosis:  SORE THROAT  (462 | J02.9)
     HMA RAPID STREP TEST  NEG        Result Note:
                                      Result Annotation:

# History & Physical Report #5

*HALEY SPEARS*
11/22/2010 12:22 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 33 year old Female.

Assessment & Plan (SUSAN C IZZO, APRN: 11/22/2010 12:23 PM)
SYMPTOM, COUGH (786.2)
Current Plans
- Tessalon 200MG, 1 Capsule every eight hours, as needed, #20, 11/22/2010, No Refill. Active.

Signed electronically by SUSAN C IZZO, APRN (11/22/2010 12:23 PM)

# History & Physical Report #4

*HALEY SPEARS*
11/16/2010 3:00 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (SUSAN C IZZO, APRN; 11/16/2010 3:09 PM)
        The patient is a 33 year old female who presents with a cough. The onset of the cough has been gradual and has been occurring for 1 month. The cough is characterized as dry.

Additional complaint:

 Cold symptoms  is described as the following :
The has been occurring for other (1 month). The patient has been taking the following medications anti-tussives.

Problem List/Past Medical (SUSAN C IZZO, APRN; 11/16/2010 3:10 PM)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)
Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)
NEOP, NOS, BRAIN (239.6)
NONTOXIC MULTINODULAR GOITER (241.1)
LYME DISEASE (088.81)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD
COLITIS, ULCERATIVE NOS (556.9)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)

Allergies (SUSAN C IZZO, APRN; 11/16/2010 3:10 PM)
ERYTHROMYCIN, NOS.  VOMITING

Medication History (SUSAN C IZZO, APRN; 11/16/2010 3:12 PM)
Topamax (100MG Tablet 1½ (one and a half) Oral daily, Taken 06/18/2009 to 11/16/2010) Inactive.
Plaquenil (200MG Tablet 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active.
Asacol (400MG Tablet DR 2 Oral two times daily) Active.
Famotidine (20MG Tablet 2 Oral at bedtime, Stopped taking 11/16/2010) Inactive.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 06/08/2010) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Active.
Advair Diskus (250-50MCG/DOSE Misc 1 Inhalation two times daily, Taken 05/27/2010 to 11/16/2010) Inactive.
Lexapro (20MG Tablet 1 Oral daily) Active.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active.
Zithromax (500MG Tablet 1 Oral daily) Active.
Rifampin (600MG For Solution 1 Intravenous daily, Stopped taking 11/16/2010) Inactive.
Mepron (750MG/5ML Suspension 2 tsp Oral daily) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 01/20/2010) Active.
ZyrTEC Allergy (10MG Tablet 1 (one) Oral daily, Taken starting 06/08/2010) Active.
Tessalon (200MG Capsule 1 (one) Oral three times daily, as needed, Taken starting 11/15/2010) Active.
Omnicef (300MG Capsule 1 Oral two times daily, Stopped taking 11/16/2010) Inactive.
Mepron (750MG/5ML Suspension 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet 2 Oral two times daily) Active.
Allimax--OTC capsules (1 daily) Active.

Review of Systems (SUSAN C IZZO, APRN; 11/16/2010 3:10 PM)
General: Present- Fatigue and Fever. Not Present- Chills.
Skin: Not Present- Rash.
HEENT: Present- Nasal Congestion, Sinus pressure/pain and Sore Throat. Not Present- Headache, Eye Redness, Ear Pain,

Liberty004003

Hoarseness and Voice Changes.
Neck: Not Present- Neck Stiffness and Swollen Glands.
Respiratory: Present- Cough, phlegm, Shortness of breath and Wheezing. Not Present- Decreased Exercise Tolerance, Difficulty Breathing, Post- tussive emesis, Snoring and Sputum Production.
Cardiovascular: Not Present- Chest Pain and Shortness of Breath.
Gastrointestinal: Not Present- Diarrhea and Vomiting.
Musculoskeletal: Not Present- Joint Pain.
Neurological: Not Present- Dizziness.

Vitals (Sara Ward; 11/16/2010 3:06 PM)
<u>11/16/2010 3:05 PM</u>
 Weight: 124.2 lb
 Temp.: 98.4° F (Tympanic)   Pulse: 88 (Regular)   P.OX: 100% (Room air)
 BP: 110/70    (Sitting, Left Arm, Standard)

Physical Exam (SUSAN C IZZO, APRN; 11/16/2010 3:16 PM)
The physical exam findings are as follows:

General
Mental Status - Alert. General Appearance - Well groomed. Not in acute distress. Build & Nutrition - Well nourished. Gait - Normal. Hydration - Well hydrated.

Integumentary
General Characteristics: Overall examination of the patient's skin reveals  - no rashes.

<u>Head and Neck</u>
Neck
Global Assessment - supple. non-tender.

Eye
Sclera/Conjunctiva - Bilateral - No conjunctival erythema.

<u>ENMT</u>
Ears: Tympanic Membrane - Left - normal. Right - normal.
Nose and Sinuses
Nasal Mucosa - Bilateral - congested.
Mouth & Throat
Oral Cavity/Oropharynx: Oropharynx - no erythema, lesions or exudate.
Tonsils: Characteristics - Bilateral - without lesions, exudate or hypertrophy.

Chest and Lung Exam
Inspection: Movements - Normal. Accessory muscles - No use of accessory muscles in breathing.
Auscultation:
Breath sounds: - Normal.
Adventitious sounds: - No Adventitious sounds.

Note: congested cough
Cardiovascular
Auscultation: Rhythm - normal.
Murmurs & Other Heart Sounds: Auscultation of the heart reveals - No Murmurs.

Assessment & Plan (SUSAN C IZZO, APRN; 11/16/2010 3:21 PM)
URI (465.9)
Current Plans
  • Levaquin 500MG, 1 (one) Tablet daily, #7, 7 days starting 11/16/2010, No Refill. Active.
  • Hydromet 5-1.5MG/5ML, 1-2 tsp Syrup every four hours, as needed, 4 ounces, 11/16/2010, No Refill. Active.
  • Follow up if no improvement or if symptoms worsen
  • Ipratropium-Albuterol 0.5-2.5 (3)MG/3ML, 1 (one) Solution every four hours, as needed, 1 box(s), 11/16/2010, Ref. x4. Active.

Note: rest, fluids

Signed electronically by SUSAN C IZZO, APRN (11/16/2010 3:23 PM)

# History & Physical Report #3

*HALEY SPEARS*
11/15/2010 3:53 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: REDACTED
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 33 year old Female.


Assessment & Plan (KRISTIN A GIANNINI, MD: 11/15/2010 3:54 PM)
SYMPTOM, COUGH (786.2)
Current Plans
- Tessalon 200MG, 1 (one) Capsule three times daily, as needed, #30, 11/15/2010, No Refill. Active.


Signed electronically by KRISTIN A GIANNINI, MD (11/15/2010 3:54 PM)

# History & Physical Report #2

*HALEY SPEARS*
7/9/2010 11:49 AM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

History of Present Illness (KRISTIN A GIANNINI, MD: 7/11/2010 7:10 PM)

Patient words: Would like to discuss maybe going on Intol for her asthma.  Discussed with her that Intal comes only nebulized now and that if she is not really using her Advair anyway she can just stop that and may not have to go on anything else.  She is here to fill out disability papers.  She has been trated for chronic Lyme and becauseof this is not able to work.  She has had neuroLyme and has serious enough symptoms related to this that she is unable to hold down a job.  Cannot focus, poor concentration, cannot perform simple tasks.  Can be fine 1 minute and then extreme fatigue and has to go lay down.  Also has dizzines, nausea, vomiting, chronic headaches.

The patient is a 32 year old female who presents with a complaint of Fill out disability and social security forms..

Problem List/Past Medical (KRISTIN A GIANNINI, MD: 7/11/2010 7:11 PM)
Chronic Daily Headache SYMPTOMS INVOLVING HEAD AND NECK; HEADACHE (784.0)
NEOP, NOS, BRAIN (239.6)
ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATICUS (493.90)
Hashimoto's Disease CHRONIC LYMPHOCYTIC THYROIDITIS (245.2)
NONTOXIC MULTINODULAR GOITER (241.1)
COLITIS, ULCERATIVE NOS (556.9)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
LYME DISEASE (088.81)
Patient referrals.  Dr. Joachin Baehring--neurosurgeon

Dr. Zagar--neurology

Dr. O'Brien--GI

Dr. Kage--rheum

Dr. Oberstein--endo

Dr. Lauren Gaouen--homeopathic MD

Allergies (KRISTIN A GIANNINI, MD: 7/11/2010 7:11 PM)
ERYTHROMYCIN, NOS.  VOMITING

Social History (KRISTIN A GIANNINI, MD: 7/11/2010 7:11 PM)
Non Smoker/No Tobacco Use
Non Drinker/No Alcohol Use
Caffeine Use.  3-5 TEA OR COFFEE A WEEK

Medication History (KRISTIN A GIANNINI, MD: 7/11/2010 7:11 PM)
Omnicef (300MG Capsule 1 Oral two times daily) Active.
Mepron (750MG/5ML Suspension 1 tsp Oral two times daily) Active.
Coartem (20-120MG Tablet 2 Oral two times daily) Active.
Singulair (5MG Tablet Chewable 1-2 Oral daily, Taken starting 06/08/2010) Active.
ZyrTEC Allergy (10MG Tablet 1 (one) Oral daily, Taken starting 06/08/2010) Active.
Advair Diskus (250-50MCG/DOSE Misc 1 Inhalation two times daily, Taken starting 05/27/2010) Active.
Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 01/20/2010) Active.
EpiPen 2-Pak (0.3 MG/0.3ML(1:1000) Device 1 Intramuscular as needed, Taken starting 10/02/2009) Active.
Topamax (100MG Tablet 1½ (one and a half) Oral daily, Taken starting 06/18/2009) Active.
Proventil HFA (108 (90 Base)MCG/ACT Aerosol Soln 2 puffs Inhalation four times daily, as needed, Taken starting 03/10/2009) Active.
Plaquenil (200MG Tablet 1 Oral two times daily) Active.
Prevacid (30MG Capsule DR 1 Oral two times daily) Active.
Asacol (400MG Tablet DR 2 Oral two times daily) Active.
Famotidine (20MG Tablet 2 Oral at bedtime) Active.
Lexapro (10MG Tablet 1 Oral daily) Active.
TraMADol HCl (50MG Tablet 1 Oral three times daily) Active.
Zithromax (500MG For Solution 1 Intravenous daily) Active.
Rifampin (600MG For Solution 1 Intravenous daily) Active.
Allimax--OTC capsules (1 daily) Active.

Liberty004006

Review of Systems (KRISTIN A GIANNINI, MD; 7/11/2010 7:11 PM)
General: Not Present- Chills, Fatigue and Fever.
Skin: Not Present- Rash.
HEENT: Not Present- Head Injury, Blurred Vision, Double Vision, Eye Pain, Excessive Tearing, Visual Disturbances, Ear Pain, Ringing in the Ears, Spinning Sensation, Nasal Congestion, Nose Bleed, Sinus pressure/pain and Teeth grinding.
Neck: Not Present- Neck Stiffness.
Respiratory: Not Present- Cough.
Gastrointestinal: Not Present- Abdominal Pain, Change in Bowel Habits, Nausea and Vomiting.
Musculoskeletal: Not Present- Back Pain, Joint Pain and Muscle Weakness.
Neurological: Present- Dizziness, Headaches, Memory changes and Trouble concentrating. Not Present- Auras, Change in Mentation, Incontinence Urine, Incoordination, Loss of Consciousness and Seizures.
Psychiatric: Not Present- Anxiety, Depression and Insomnia.
Endocrine: Not Present- Cold Intolerance and Heat Intolerance.


Vitals (Sara Ward: 7/9/2010 11:54 AM)
7/9/2010 11:53 AM
 Weight: 116.2 lb
 Temp.: 98° F (Tympanic)   Pulse: 96 (Regular)
 BP: 102/70    (Sitting, Left Arm, Standard)


Physical Exam (KRISTIN A GIANNINI, MD; 7/11/2010 7:12 PM)
The physical exam findings are as follows:

General
Mental Status - Alert. General Appearance - Cooperative and Well groomed. Not in acute distress or Sickly. Build & Nutrition - Well nourished and Well developed. Posture - Normal posture. Hydration - Well hydrated. Voice - Normal.

Integumentary
General Characteristics: Overall examination of the patient's skin reveals  - no rashes and no petechiae. Color - normal coloration of skin. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted.

Eye
Fundi - Left - Normal. Right - Normal. Sclera/Conjunctiva - Left - Normal. Right - Normal. Bilateral - Normal.

ENMT
Ears: Tympanic Membrane - Bilateral - normal.
Nose and Sinuses
Nasal Mucosa - Bilateral - no congestion observed.
Frontal Sinuses - Bilateral - no tenderness observed. Maxillary Sinuses - Bilateral - no tenderness observed.
Mouth & Throat
Oral Cavity/Oropharynx: Oropharynx - no erythema, lesions,hypertrophy or exudate.

Chest and Lung Exam
Inspection: Shape - Symmetric. Movements - Symmetrical. Accessory muscles - No use of accessory muscles in breathing.
Auscultation:
Breath sounds: - Normal.
Adventitious sounds: - No Adventitious sounds.

Cardiovascular
Auscultation: Rhythm - Regular. Heart Sounds - Normal heart sounds, S1 WNL and S2 WNL.
Murmurs & Other Heart Sounds: Auscultation of the heart reveals - No Murmurs.

Abdomen
Inspection: - Inspection Normal.
Auscultation: Auscultation of the abdomen reveals - Bowel sounds normal.
Palpation/Percussion: Palpation and Percussion of the abdomen reveal - soft, Non Tender, No hepatosplenomegaly, No Palpable abdominal masses and No CVA tenderness.

Peripheral Vascular
Lower Extremity: General - Left - Normal color - no edema or lesions. Right - Normal color - no edema or lesions.

Neurologic
Sensory: - Normal.
Motor: - Normal.

Neuropsychiatric
Mental status exam performed with findings of - Oriented X3 with appropriate mood and affect and demonstrates appropriate judgment and insight. Thought Processes/Cognitive Function - attention deficit, reading comprehension impaired, word comprehension impaired and concentration impaired (during conversation in office had trouble staying on task and following conversation. Could not remember dates.).

Liberty004007

Musculoskeletal
Global Assessment
Right Lower Extremity - normal range of motion without pain. Left Lower Extremity - normal range of motion without pain.
Head
TMJ: Examination of the temporomandibular joint reveals - no tenderness to palpation, no pain and normal strength and tone, no laxity.

Lymphatic
Head & Neck
General Head & Neck Lymphatics:
Left: Description - Normal.
Right: Description - Normal.


Assessment & Plan (KRISTIN A GIANNINI, MD; 7/9/2010 12:43 PM)
LYME DISEASE (088.81)


Signed electronically by KRISTIN A GIANNINI, MD (7/11/2010 7:13 PM)

# History & Physical Report #1

*HALEY SPEARS*
6/8/2010 5:35 PM
Location: Rockville Family Physicians
Patient #: 9251330
DOB: **REDACTED**
Undefined / Language: Undefined / Race: Undefined
Female

The patient is a 32 year old Female.

Assessment & Plan (KRISTIN A GIANNINI, MD; 6/8/2010 5:36 PM)
ALLERGIC RHINITIS, CAUSE UNSPECIFIED (477.9)
Current Plans
- ZyrTEC Allergy 10MG, 1 (one) Tablet daily, #90, 06/08/2010, Ref. x3. Active.

Signed electronically by KRISTIN A GIANNINI, MD (6/8/2010 5:36 PM)

## Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|------|-------|-------------|----------|
| 1 | 06/18/2014 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 2 | 06/17/2014 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 3 | 04/18/2014 | Incoming Fax | Richards, Mindy | No |
| 4 | 04/18/2014 | Incoming Fax | Richards, Mindy | No |
| 5 | 02/03/2014 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 6 | 11/27/2013 | HIPAA | Richards, Mindy | No |
| 7 | 11/06/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 8 | 10/18/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 9 | 07/15/2013 | Consult Documentation | GIANNINI, KRISTIN A MD | No |
| 10 | 06/26/2013 | Labs | GIANNINI, KRISTIN A MD | No |
| 11 | 06/20/2013 | Labs | GIANNINI, KRISTIN A MD | No |
| 12 | 06/13/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 13 | 05/06/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 14 | 04/30/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 15 | 04/23/2013 | Refill Requests | No | |
| 16 | 04/23/2013 | Refill Requests | No | |
| 17 | 04/23/2013 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 18 | 02/07/2013 | Labs | GIANNINI, KRISTIN A MD | No |
| 19 | 01/10/2013 | ANS SERVICE MSG | No | |
| 20 | 11/21/2012 | ENDO | No | |
| 21 | 11/21/2012 | ENDO | No | |
| 22 | 11/21/2012 | ENDO | No | |
| 23 | 11/21/2012 | ENDO | No | |
| 24 | 11/20/2012 | Meaningful Use Demographics | No | |
| 25 | 11/20/2012 | HIPAA | No | |
| 26 | 11/20/2012 | ENDO | GIANNINI, KRISTIN A MD | No |
| 27 | 11/19/2012 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 28 | 08/14/2012 | Labs | GIANNINI, KRISTIN A MD | No |
| 29 | 08/11/2012 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 30 | 06/20/2012 | ORTHO | GIANNINI, KRISTIN A MD | No |
| 31 | 04/25/2012 | Refill Requests | No | |
| 32 | 04/19/2012 | Home Care Equipment | No | |
| 33 | 04/10/2012 | Refill Requests | No | |
| 34 | 03/10/2012 | Incoming Fax | Callahan, Ashley | No |
| 35 | 02/10/2012 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 36 | 11/17/2011 | Home Care Equipment | No | |
| 37 | 11/16/2011 | Refill Requests | No | |
| 38 | 10/05/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 39 | 09/12/2011 | Refill Request - Prior Authorization | Callahan, Ashley | No |
| 40 | 08/29/2011 | Refill Request - Prior Authorization | No | |
| 41 | 08/18/2011 | Refill Request - Prior Authorization | No | |
| 42 | 08/17/2011 | Refill Request - Prior Authorization | No | |
| 43 | 08/16/2011 | Refill Request - Prior Authorization | Callahan, Ashley | No |
| 44 | 04/30/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 45 | 03/26/2011 | Incoming Fax | No | |
| 46 | 03/24/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 47 | 02/17/2011 | Incoming Fax | GIANNINI, KRISTIN A MD | No |
| 48 | 02/11/2011 | NEURO ONC | GIANNINI, KRISTIN A MD | No |
| 49 | 01/20/2011 | Labs | GIANNINI, KRISTIN A MD | No |
| 50 | 01/14/2011 | Labs | GIANNINI, KRISTIN A MD | No |
| 51 | 12/29/2010 | Bone Density-DEXA | GIANNINI, KRISTIN A MD | No |
| 52 | 12/28/2010 | Echocardiogram | GIANNINI, KRISTIN A MD | No |
| 53 | 10/15/2010 | CARDIO | GIANNINI, KRISTIN A MD | No |
| 54 | 10/12/2010 | ENDO | GIANNINI, KRISTIN A MD | No |
| 55 | 10/05/2010 | Ultrasound | GIANNINI, KRISTIN A MD | No |
| 56 | 09/15/2010 | NEUROLOGY | GIANNINI, KRISTIN A MD | No |
| 57 | 08/17/2010 | HOLTER MONITOR | GIANNINI, KRISTIN A MD | No |
| 58 | 08/17/2010 | CARDIO | GIANNINI, KRISTIN A MD | No |
| 59 | 08/13/2010 | Labs | GIANNINI, KRISTIN A MD | No |

Liberty004010

| | | | |
|---|---|---|---|
| 60 | 08/13/2010 | Cardiology | GIANNINI, KRISTIN A MD | No |
| 61 | 07/15/2010 | Ultrasound | No | |
| 62 | 07/09/2010 | Legal communications | Callahan, Ashley | No |
| 63 | 06/23/2010 | Lab/Procedure Order Slips | Minor, Desiree | No |
| 64 | 06/23/2010 | Insurance related forms | Minor, Desiree | No |
| 65 | 06/17/2010 | Request for Records/Records Release | No | |
| 66 | 06/07/2010 | Incoming Fax | No | |
| 67 | 05/07/2010 | GASTRO | GIANNINI, KRISTIN A MD | No |



### Emergency Visit Encounter Information

**Date**      6/18/2014 1:36 PM

TO:   Dr. Kristin Giannini
FAX:   860-979-0056

Dear Dr. Giannini,

Your patient, HALEY SPEARS (dob: REDACTED) was treated in the Hartford Hospital Emergency Department on 06/18/2014.

Since you have been identified as the primary care provider for this patient, we are providing you with a copy of the Emergency Department facesheet for your records and for follow-up with the patient.

* If this information has reached you in error, please fax this notification to Hartford Hospital's Health Information Management Department at 860-545-6446.

***CONFIDENTIAL NOTICE***
The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized need has been fulfilled.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense.  Thank you.

Page 1 of 3

## Hartford Hospital - Hartford, CT 06102

| | | | |
|---|---|---|---|
| **Patient:** | HALEY A SPEARS | **DOB:** | REDACTED |
| **MR #:** | 3032575 | **Age/Gender:** | 36y F |
| **DOS:** | 6/17/2014 03:15 | **Acct #:** | 000036459014 |
| **Private Phys:** | GIANNINI, KRISTIN | **ED Phys:** | Kevin OToole, MD |

*(The information contained in this document has been extracted from the medical chart to provide a summary overview and is NOT intended to replace the complete Medical Record. Please refer to the medical chart for the complete Medical Record.)*

**CHIEF COMPLAINT:**          **Encounter Type:**          **ACUITY:**
Allergic reaction(s)              Initial                          Level 3

## DIAGNOSIS
Allergic reaction

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 del | ETCO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| KATWE 6/17/2014 03:17 | 96.5 | *Tympanic | 67 | 16 | 149 | 75 | S | 98 | ***RA | |
| TBROC 6/17/2014 06:00 | | | 59 | 16 | 113 | 69 | S | 100 | ***RA | |

Notes: resolution of orbital swelling noted with lip swelling gone - L eye lid remains focally swollen possible insect bite site. < entered by <TBROC 06-17-2014 06:00>

## FINAL DISPOSITION
PCP chart text: The patient has been instructed to follow up at PCP. Follow up should be within without fail; call for appointment appropriate to your problem during office hours..
The purpose of the referral is for further management.
Other Instructions:
USE CETIRIZINE DAILY FOR SWELLING/EDEMA -- USE MOIST WASHCLOTH TO FACE

   The patient is ready to be discharged on -Tuesday, June 17, 2014 07:09
Disposition is Discharged - Routine

   Discharged to home . The patient is alert and oriented, is in no respiratory distress, has vital signs within normal limits and has no active bleeding . Discharge mode is ambulatory . Patient accompanied by self . Aftercare instructions were given to the patient. The patient/responsible party expressed understanding of discharge instructions. Patient teaching given on the use and side effects of medication(s).

## VISIT SUMMARY

## PROGRESS NOTES
First patient exam time on:Tuesday, June 17, 2014 04:06

## Attending Note
I have personally performed a History and Physical Exam on this patient and personally directed the management of the patient..
36f lyme/thyroid; swelling to eyes at rest -- began itching worsened; similar remote; unk antigen; no vision change/DIB/SOB/fever; +scratchy throat; no rash/neck swelling; no DV: 100%ra 16RR obvious OU edema PERRL4 no conjunctivitis TM/nares/oroph clear +injected no chemosis trach m/l no JVD/stridor clean thyroid scar CTA bilat good effort s1s2-m nontend abd no HSM no backt end 3+ pusle 5/5 power no edema/rash/hives/urticaria cap<2s; plan IM dexameth/PO

*Printed By User N. Interface on 6/18/2014 12:16 AM*

**PCP Chart**

## Hartford Hospital - Hartford, CT 06102

| | | | |
|---|---|---|---|
| **Patient:** | HALEY A SPEARS | **DOB:** | REDACTED |
| **MR #:** | 3032575 | **Age/Gender:** | 36y F |
| **DOS:** | 6/17/2014 03:15 | **Acct #:** | 000036459014 |
| **Private Phys:** | GIANNINI, KRISTIN | **ED Phys:** | Kevin OToole, MD |

antihistamines tx allergic rxn unk antigen looks well will observe advised not contacts over next 96hrs while IGE response is being suppressed

HPI:
Vital signs per nurses notes.
Historian: patient.
The patient presents with a complaint of Allergy. Location of the complaint is: ambulatory from home wears contacts; lives with multiple dogs; went inside last night noted redness to L eye; began itching her eyes then got worse; scratchy throat; worsening swelling took benadryl PO to ED; no SOB/DIB; states prior similar years ago completely resolved. The onset was sudden. The symptoms have been increasing. hour(s). The pain is severe. Context/precipitation: L eye swelling itched became worse. Modifying factors include: Took benadryl.Prior related problems include: +eye/face swelling.
ROS:
CONSTITUTIONAL: (-) fever, (-) chills,
ENT: (-) right ear pain, (-) right ear discharge, (-) hearing loss - right ear, (-) left ear pain, (-) left ear discharge, (-) hearing loss - left ear, (-) mouth swelling, (-) mouth pain, (-) tongue pain, (-) difficulty chewing, (+) nasal congestion, (+) nasal discharge, (-) nasal bleeding, (-) throat pain, (-) throat swelling, (-) throat hoarse, (-) difficulty swallowing (+) right eye pain, (-) right eye discharge, (+) right eye redness, (-) visual changes - right eye (-) left eye discharge, (+) left eye pain, (+) left eye redness, (-) visual changes - left eye
CARDIOVASCULAR: All Negative.
RESPIRATORY: All Negative.
GASTROINTESTINAL: All Negative
GENITOURINARY: All Negative.
MUSCULOSKELETAL: All Negative
INTEGUMENTARY: (-) lesion(s), (-) rash.
NEURO: All Negative
ENDOCRINE:(-) cold intolerance, (-) heat intolerance,
Except as noted elsewhere in the record, all other systems are negative.


ATTENDING NOTE:
MEDICATIONS: Nurse notes reviewed and confirmed.
ALLERGIES/INTOLERANCES: Nurse notes reviewed and confirmed.
MEDICAL HISTORY: Chronic --> reported lyme babesia AND bartonella by an MD in NYC ("DR RAXLAN" ID SPECIALIST IN THESE PROBLEMS). thyroid, asthma, ulcer, migraine
FAMILY HISTORY: Thyroid
SOCIAL HISTORY: Domestic violence screen was negative.
No tobacco use. No alcohol use. No drug use. Living situation: lives alone Disability related to ?lyme; LMP2wk
SURGICAL HISTORY: Thyroid
Physical Exam:
CONSTITUTIONAL: Distress: Mild. Patient appears WDWN. Patient is alert. Swollen OU speaking full no wheeze
EYES: PERRL, Lids: Normal. Conjunctivae: Normal Right pupil size: 4 mm. Left pupil size: 4 mm. +injected no chemosis no conjunctivitis EOMI Moderate periorbital swelling
ENT: TM's: Normal\Clear. Pharynx: Normal. Teeth: Normal. Clear nares/oroph no macroglossia midline slim uvula
CARDIOVASCULAR: Rate: Regular rate. Rhythm: Regular. Gallop: None. Capillary refill time: <2 seconds. Right Carotid Pulses: NL. Left Carotid Pulses: NL. Right Femoral Pulses: NL. Left Femoral Pulses: NL. Right Dorsal Pulses: NL. Left Dorsal Pulses: NL. Murmur: None.

*Printed By User N. Interface on 6/18/2014 12:16 AM*

**PCP Chart**

# Hartford Hospital - Hartford, CT 06102

| Patient: | HALEY A SPEARS | DOB: | REDACTED |
|---|---|---|---|
| MR #: | 3032575 | Age/Gender: | 36y F |
| DOS: | 6/17/2014 03:15 | Acct #: | 000036459014 |
| Private Phys: | GIANNINI, KRISTIN | ED Phys: | Kevin OToole, MD |

RESPIRATORY: Respiratory Distress: No; Wheezing: Absent. Rales: Absent. Rhonchi: Absent. Diminished BS: None. No wheeze
GI/ABDOMEN: No focal tend Palpation: Soft, non-tender, no guarding or rebound tenderness. Organomegaly/Mass: No organomegaly, or pulsatile mass. Bowel Sounds: normal.
MUSCULOSKELETAL/EXTREMITIES: Tenderness: Non-tender. ROM: Normal ROM. Pedal Edema: No pedal edema on exam.. Calf Tenderness: No calf tenderness on exam.
Neck Exam: Trach m/l no JVD/swelling clean thyroid scar no stridor
INTEGUMENTARY: Color: Color normal for race. Temp Sensation: Warm and dry to touch. Rash: No rash. No urticaria/hives/rash
NEURO: Oriented x 3. Cranial Nerves: Cranial nerves normal as tested. Motor/Sensory: No motor or sensory deficit. 5/5 power
HEME/LYMPH: no palpable or tender nodes,

## Prescriptions
Zyrtec 10mg; Ten (10); Take one tablet daily for the next five days, then daily as needed for itching or hives  < Kevin OToole, MD 6/17/2014 07:08>

## HISTORY OF PRESENT ILLNESS

## ROS

## EXAM

*Printed By User N. Interface on 6/18/2014 12:16 AM*

**PCP Chart**



## EMERGENCY VISIT NOTIFICATION

**Date**      6/17/2014 9:32 AM

TO:      Dr. Kristin Giannini
FAX:     9-1-860-979-0056

Dear Dr. Giannini,

Your patient, HALEY SPEARS (dob: REDACTED) was treated in the Hartford Hospital Emergency Department on 06/17/2014.

As the primary care provider for this patient, you should receive a copy of the Emergency Department face sheet for this encounter.

* If this information has reached you in error, please fax this notification to Hartford Hospital's Health Information Management Department at 860-545-6446.

* If you do not receive a copy of the Emergency Department face sheet within 24 hours please contact Health Information Management at 860-972-2540.

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message, including any attachments.

***CONFIDENTIAL NOTICE***
The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized need has been fulfilled.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense.  Thank you.

S (3@ &f1SLEY

PATIENT REQUESTS REFILL 04/18/14

---------------------------------------------------------------------------

```
                                          |
                                          |
FROM:      BEACON PHARMACY                |
           543 West Main Street           | ORIG FILL:  04/19/13
           New Britain,CT 06053           | ORIGINAL REFILLS: 3
           860-225-6487 860-229-4488      | LAST FILL:  07/10/13
                                          |
TO:        GIANNINI, KRISTIN              |
           520 HARTFORD TURNPIKE          |
           VERNON, CT 06066               | PLEASE REVIEW,SIGN
           860-872-8321 860-979-0056      | AND FAX BACK TO:
           NPI: 1881662443                | FAX#  860-229-4488
                                          |
PATIENT:   SPEARS, HALEY                  |
           1008 TROUTBROOK RD             | DATE:_____
           West Hartford, CT 06119        |
           860-308-2050   REDACTED        | REFILLS:
                                          | THIS TIME +_____
DRUG: XOPENEX HFA 45 MCG INHALER          |
QUANTITY: 30      1143395 DOB: REDACTED   |
DIRECTIONS: INHALE 2 PUFFS BY MOUTE FOUR  | Dr._____Dr._____
            TIMES DAILY AS NEEDED         |    Substitution     D.A.W.
                                          |
                                          |
                                          |
```

---------------------------------------------------------------------------

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

                            FAX#
                    ** 860-229-4488 **

The documents accompanying this fax are CONFIDENTIAL. Information contained in this
transmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p:
The information acommpanying this fax transmission is intended only for the use of t
individual (or facility) identified as "recipient". The Recipient of this informatio
is prohibited from disclosing, copying, distributing or using this information excep
as permitted by current law governing privacy of information issues. Such informatio
be destroyed after its stated need has been fulfilled, unless otherwise prohibited l
If you have received this fax transmission in error, please notify the "sender" imme
&f0S &a90p0c0Rructions.
Ea0R

S (3@ &f1SLEY

**PATIENT REQUESTS REFILL 04/18/14**

---------------------------------------------------------------------------

```
                                              |
                                              |
FROM:     BEACON PHARMACY                     |
          543 West Main Street                | ORIG FILL:  04/19/13
          New Britain,CT 06053                | ORIGINAL REFILLS: 3
          860-225-6487 860-229-4488           | LAST FILL:  07/10/13
                                              |
TO:       GIANNINI, KRISTIN                   |
          520 HARTFORD TURNPIKE               | PLEASE REVIEW,SIGN
          VERNON, CT 06066                    | AND FAX BACK TO:
          860-872-8321 860-979-0056           | FAX# 860-229-4488
          NPI: 1881662443                      |
                                              |
PATIENT:  SPEARS, HALEY                       |
          1008 TROUTBROOK RD                  | DATE:_____
          West Hartford, CT 06119             |
          860-308-2050  REDACTED              | REFILLS:
                                              | THIS TIME +_____
DRUG: XOPENEX HFA 45 MCG INHALER              |
QUANTITY: 30     1143395 DOB: REDACTED        |
DIRECTIONS: INHALE 2 PUFFS BY MOUTE FOUR      | Dr._____Dr._____
            TIMES DAILY AS NEEDED             |    Substitution     D.A.W.
                                              |
                                              |
                                              |
```

---------------------------------------------------------------------------

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

**FAX#**
** 860-229-4488 **

The documents accompanying this fax are CONFIDENTIAL. Information contained in this
transmission belongs to the {pharmacy/ pharmacist}sending the data and is legally p:
The information acommpanying this fax transmission is intended only for the use of :
individual (or facility) identified as "recipient". The Recipient of this informatic
is prohibited from disclosing, copying, distributing or using this information excep
as permitted by current law governing privacy of information issues. Such informatic
be destroyed after its stated need has been fulfilled, unless otherwise prohibited l
If you have received this fax transmission in error, please notify the "sender" imme
&f0S &a90p0c0Rructions.
Ea0R

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:    SPEARS, HALEY
       DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Tpke, Ste N**
**Vernon, CT 06066**
**Phone:**(860) 872-8321  **Fax:** (860) 979-0056

HIPAA Privacy Restrictions Questionnaire
Healthwise Medical Associates, LLP
Patient Name:  HALEY SPEARS    Patient Date of Birth: REDACTED

May we send reminder cards to your home?  Yes    No
If no, what address should be used: _____ None

May we call you at work?                                        Yes    No    N/A
May we call you at home?                                      Yes    No    N/A
May we call your cell phone?  cell #_____          Yes    No    N/A - fix last minute cancellations
If no to any of the above, what number should we call?                                     or other emergency only please.

May we leave messages (including laboratory results) on your answering machine?    Yes    No
May we leave general messages on your answering machine?                                    Yes    No
May we speak with your spouse or significant other regarding your treatment?        Yes    No
May we send you a fax?  fax #_____                                                                       Yes    No
May we contact you via email?                                                                                     Yes    No
 If yes, please provide email address: _____

**Please list to whom we may speak with regarding your treatment.**

David B W. Spears                          Chris P. Baumann

D. Shane  B Spears                         _____

Haley hSpears                                11/25/13
Patient signature (or legal representative)              Date
Parent or legal guardian if patient is under 18 years age

**For restrictions to your protected health information (PHI) other than noted above, please submit your request to the**
**Compliance/Privacy Officer utilizing our "Restriction of Use or Disclosure of Protected Health Information (PHI)**

**\*NOTE: NO RESTRICTION IS EFFECTIVE UNTIL ACCEPTED BY HEALTHWISE MEDICAL ASSOCIATES, LLP**

███████████████████████████

**Patient's Name:** HALEY SPEARS  **Patient's Date of Birth:** REDACTED

-------------------------------------------OFFICE USE ONLY-------------------------------------------

On 11/25/2013, Healthwise Medical Associates, LLP attempted to obtain a written acknowledgement of receipt of the Notice of Privacy Practices from the above-named patient.  We were unable to obtain this acknowledgement because:
[ ] Patient declined to sign this written acknowledgement
[ ] Patient did not understand the request to sign the written acknowledgement
[ ] Notice mailed to patient on _____.
[ ] Other (please specify

_____                    _____
Employee Signature & Date              Witness Signature & Date

Monday, November 25, 2013                                                    Page 1 / 1

## Endocrinology - Bloomfield - Connecticut Multispecialty Group
100 Retreat Ave, Suite 400
Hartford,CT 06106
(860) 547-1278

---

### CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:**          **11/6/2013**
**Pages:**         **3**

**To:**            **Kristin Giannini**
**Fax Number:**    **(860)979-0056**

**From:**          **Oberstein, Robert (Endocrinology - Bloomfield - Connecticut Multispecialty Group)**
**Phone:**         **(860) 547-1278**

**Comment:**

### CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited.  If you have received this fax in error, please notify us immediately by telephone.  Then either destroy this fax or return it to us by mail.  Thank you.

---



**Connecticut Multispecialty Group, P.C.**

*Leaders in Integrated Medical Care*

### Division of Endocrinology

Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD   Sameera Tallapureddy, MD
Jennifer Lloyd, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 11/06/2013

### History of Present Illness

Patient presents for follow up of thyroid dysfunction
feeling ok in general

### Active Problems

- Allergic Rhinitis 477.9
- Asthma 493.90
- Autoimmune Disease 279.49
- Bloating (Symptom) 787.3
- Considered Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Oral Thrush 112.0
- Plantar Fasciitis 728.71
- Postsurgical Primary Hypothyroidism 244.0
- Systemic Lupus Erythematosus 710.0
- Ulcerative Colitis 556.9

### Review of Systems

Cardiovascular: no palpitations/racing heart beat.
Neurological: tremor not present.

### Allergies

- No Known Drug Allergies

### Current Meds

- Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to
  (Evaluate:08May2013); Last Rx:05Feb2013
- Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to
  (Evaluate:08May2013); Last Rx:05Feb2013
- Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy:
  (Recorded:29Jan2013) to
- Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

1

RE: SPEARS, HALEY A.

- EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; Therapy: 02May2008 to  Requested for: 13Feb2009
- Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
- Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
- Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
- Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
- Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:12Jun2013) to
- Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:30Aug2013) to
- Synthroid 100 MCG Oral Tablet; TAKE 1 TABLET DAILY; Therapy: 12Jun2013 to (Evaluate:25Dec2013); Last Rx:26Sep2013
- Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to

## Vitals
### CMG-Vitals [Data includes: Current Encounter]

|  | 06Nov2013 03:44PM |
|---|---|
| BMI Calculated | 22.2 |
| BSA Calculated | 1.63 |
| Weight | 130 lb |
| Systolic | 112, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

## Results/Data
At this visit reviewed: lab reports tsh 1.28; TG pending.

## Assessment
- Hashimoto's Thyroiditis 245.2
- Postsurgical Primary Hypothyroidism 244.0

## Plan
- Free T4 - 11778  Requested for: 08Nov2013
- Thyroglobulin Panel - 60698  Requested for: 06Nov2013
- TSH - 11661  Requested for: 06Nov2013
- Follow- up visit in 8 months Evaluation and Treatment  Follow-up  Requested for: 06Nov2013

### Discussion/Summary

Euthyroid. continue this dose. would like the tsh to stay 0.5 to 1.5.

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278     *Fax:* (860) 547-1301
**Other Clinical Sites:** 533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

2

From: (860)547-1278      Page: 4/4      Date: 11/6/2013 4:17:31 PM

RE: SPEARS, HALEY A.

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Nov  6 2013  4:12PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278      *Fax:* (860) 547-1301
**Other Clinical Sites:**  533 Cottage Grove Road, Bloomfield, CT 06002
11 South Road, Suite 240, Farmington, CT 06032

3

## Neph - Access Center - Connecticut Multispecialty Group
3580 Main Street
Hartford,CT 06120
(860) 522-2377

---

### CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:**          **10/18/2013**
**Pages:**          **4**

**To:**             **Kristin Giannini**
**Fax Number:**     **(860)979-0056**

**From:**           **Korkutovic, Senija (Neph - Access Center - Connecticut Multispecialty Group)**
**Phone:**          **(860) 522-2377**

**Comment:**

### CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited.  If you have received this fax in error, please notify us immediately by telephone.  Then either destroy this fax or return it to us by mail.  Thank you.



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

## Division of Nephrology - Access Center
Terrence Oder, MD  Scott Benson, DO

**Amb Follow - Integrative**

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/17/2013

### Reason For Visit
HALEY SPEARS is here today for Follow-up.

### Active Problems
Allergic Rhinitis (477.9)
Asthma (493.90)
Bloating (Symptom) (787.3)
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6), TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Hypoglycemia (251.2)
Migraine Headache (346.90); new in fall 08
Plantar Fasciitis (728.71); ? separate from other conditions
Postsurgical Primary Hypothyroidism (244.0); 4mm microcarcinoma;  papillary;  Dr Udelsman at Yale
Systemic Lupus Erythematosus (710.0)
Ulcerative Colitis (556.9).

### Mind/Body
With whom do you live? Self
What pets do you live with? 2 dogs
Do you feel safe in your home? Yes
Are you, or were you, married or partnered? partnered
Who are the most important people in your life? Jesus, family and friends.

### HPI
Haley is here one month post op from complete thyroidectomy for goiters, which showed carcinoma on the path.
She has been on supplementation which is being managed by Dr. Oberstein.

She has asthma which is stable on singulair but she recently developed increase sinus congestion with post nasal drainage.

She was feeling a lot of fatigue after her surgery, but that is better now.  She has some night sweats at this point and wonders if it is related to her thyroid med.

She frequently has abdominal bloating, reflux, cough and difficulty concentrating.  She has occasional muscle aches and dizziness as well.

SHe sees an ND but has not had food sensitivity testing done.

**Main Office:** CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT  06120
**Phone:** (860) 522-2377  **Fax:** (860) 727-1200

From: (860)522-2377     Page: 3/5     Date: 10/18/2013 8:27:29 AM

**RE patient:** HALEY A. SPEARS

S/P recent treatment for lyme disease.

There is a R axillary LN that swells on a monthly basis- may be related to her menstrual cycle.

## ROS
**Systemic:** Night sweats.
**Otolaryngeal:** Not constantly clearing throat.
**Pulmonary:** No cough.
**Gastrointestinal:** Abdominal swelling and diarrhea.
**Musculoskeletal:** Muscle aches.
**Neurological:** No dizziness, no decrease in concentrating ability, and no memory lapses or loss.
**Psychological:** Anxiety assoc w/ low thyroid.
**Skin:** Rash:.
**Allergic and Immunologic:** Complaint of seasonal allergic reaction.

## Lifestyle/Behavior
What are the major stressors in your life? family dinamics and financial
How do you relax/relieve stress? exercise/prayer, readig, bible, talking, singing, time with loved ones
What physical activity do you participate in. How often? aerobics, elliptical, 4-7 times per week
What leisure activities/hobbies do you enjoy? crafts, reading, games, adventure explore outside, walking music.
What brings meaning to your life? Jesus
Describe your sleep patterns. irregular
Describe your overall energy level. varied since surgerybut Ive had alot going on. Better with consistent excercise.

## Nutrition
How many meals do you eat per day? 2-4
Who does the food shopping in your home? self
Who prepares the food in your home? self
How often do you cook? 2-4 times per week
Which meals do you regularly eat outside your home? dinner sometimes
Are you currently on a special diet? no
Do you have any sensitivities to food or avoid any foods?
rarely less than 1x a month

Which foods do you regularly crave? sweet recently salty
How would you describe your relationship with food? necessary, I get cranky if I dont eat enough

Current diet overview: Amount consumed
FRUITS: 0-2 sevings per day
VEGETABLES: 0-2 sevings per day
BEANS: 0-2 sevings per day
SALAD GREENS: 0-2 sevings per day
NUTS/SEEDS: 0-2 sevings per wk
GRAINS:0-2 sevings per wk
OILS:0-2 sevings per wk
BEVERAGES: 3-4 sevings per wk
DAIRY: 0
FISH:0-2 sevings per wk
MEATS: 0-2 sevings per wk
BREADS: 0
CEREALS: 0
PASTA: 0
SOY PRODUCTS: 0   SNACKS: 0-2 sevings per wk.

## Allergies
No Known Drug Allergy.

## Current Meds
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Cetirizine HCl 10 MG Oral Tablet;1 tablet bid; RPT

**Main Office:** CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT 06120
**Phone:** (860) 522-2377  **Fax:** (860) 727-1200

**RE patient:** HALEY A. SPEARS

Colostrum CAPS;40% IgG 1 DAILY; RPT
Vitamin D3 2000 UNIT Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Calcium-Magnesium-Vitamin D CAPS;TAKE 1 CAPSULE DAILY; RPT
Gentle Iron CAPS;25 mg daily; RPT
Famotidine 20 MG Oral Tablet;TAKE 2 TABLET DAILY; RPT
Bayer Contour Test In Vitro Strip;USE 2 STRIP Daily; Rx
Bayer Microlet Lancets Miscellaneous;TEST 2X'S A DAY; Rx
Progesterone CREA;take 15 days prior menses; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Supplements;SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYESTHER C
1000MG DAILY; RPT
Synthroid 100 MCG Oral Tablet;TAKE 1 TABLET DAILY.; Rx.

**PMH**
Acute Gastric Ulcer Resolved (531.30)
Nontoxic Multinodular Goiter (241.1)
Thyroid Cyst (246.2).

**Family Hx**
Denied Family history of Autoimmune Disease
Family history of Osteoporosis; mother
Denied Family history of Thyroid Disorder.

**Personal Hx**
Caffeine Use
Daily Coffee Consumption (___ Cups/Day); 1 a month
Marital History - Single
MU - Never A Smoker
Occupation:; adminst.

**Vital Signs**
CMG-Vitals Recorded by Lopes, Susana on October 17,2013 03:04 PM
Height: 64.25 in, Weight: 131 lb, BMI: 22.36 , BSA: 1.64
BP: 112/90 mm Hg
Temp: 97.6 F
.

**Physical Exam**
**General Appearance:**
    ° Oriented to time, place, and person. ° In no acute distress.
**Eyes:**
    General/bilateral:
        External; ° Eyelids showed no abnormalities. ° Conjunctiva exhibited no abnormalities.
**Ears, Nose, Throat:**
    • ENT:  thrush tongue.
**Nose:**
    General/bilateral:
        Discharge: • Nasal discharge seen.
        Cavity: • Nasal mucosa abnormal. ° Nasal mucosa not pale, swollen, and edematous.
**Pharynx:**
    Nasopharynx: • Had inflammation. ° Had no polypoid mass.
    Oropharynx: ° Oropharyngeal structures visualized (Mallampati Classification) not specified. ° Had no
        exudate.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged. ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
    ° Clear to auscultation. ° No decrease in breath sounds was heard. ° No wheezing was heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° No S3 heard. ° No S4 heard. ° No gallop was heard.
    Murmurs: ° No murmurs were heard.

Main Office:  CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT  06120
Phone: (860) 522-2377  Fax: (860) 727-1200

**RE patient:** HALEY A. SPEARS

Arterial Pulses: ° Equal bilaterally and normal / extremities.
Edema: ° Not present.
**Abdomen:**
Auscultation: ° Bowel sounds were normal.
Palpation: ° Abdominal palpation revealed no abnormalities.  ° No abdominal tenderness.
**Musculoskeletal System:**
General/bilateral: ° Musculoskeletal system: normal.
Fingers:
General/bilateral: ° No cyanosis of the fingers.
Lower Leg:
General/bilateral: ° No localized swelling of the leg.
**Neurological:**
Motor: ° Strength was normal.
Reflexes: ° Normal.
**Psychiatric:**
Affect: ° Normal.
**Skin:**
° General appearance was normal.  ° Normal except as noted.  ° Color and pigmentation were normal.  ° No
skin lesions.
**Assessment**
• Asthma  (493.90)
• Oral thrush  (112.0)
• Autoimmune disease  (279.49)
**Plan**
Felt much better on elimination diet but sxs resumed when added back milk/cream- now holding off on all milk
products, encouraged her regarding the improvements in health she is experiencing abstaining from milk
- asthmas sxs improved and hopes she can continue to reduce meds
- adding back sugar at the present time and then will try eggs
- many questions about how to add back foods

Also had questions about Paleo diet that she is trying at the behest of her Chiropractor
- discussed benefits of eating a diet consisting of Whole foods
- talked about the immunogenicity of processed food and wheat/ gluten

Appeared to have early thrush on tongue- says this occurred after drinking wine
- has Nystatin sw and sw

**Signature**
Electronically signed by : Terrence  Oder  M.D.; 10/17/2013 3:59 PM EST.

**Main Office:** CMG Division of Nephrology -The Access Center
3580 Main Street, Hartford, CT  06120
**Phone:** (860) 522-2377  **Fax:** (860) 727-1200

# Yale University School of Medicine
## Department of Surgery
### Clinic Note

| | | | |
|---|---|---|---|
| **Name:** | Haley Spears | **Primary Provider:** | Robert Udelsman, MD, MBA |
| **Address:** | 1008 Trout Brook Drive<br>West Hartford, CT 06119 | **Referring Physician:** | Robert Oberstein, M.D. |
| **Phone:** | 860 308-2050 | **Visit Date:** | July 1, 2013 |
| **DOB:** | REDACTED | **Location:** | Smilow Cancer Center |
| **Sex:** | Female | **MR #:** | 2315066 |

**Thyroidectomy Post op Note:** Ms. Haley Spears returns for follow up, status post total thyroidectomy performed on 6/27/13. She has recovered well postoperatively. The patient has been taking Calcium and Rocaltrol supplements, but has been having mild signs of hypocalcemia, and we will obtain calcium and PTH levels this morning. The sutures were removed and the incision is healing well. The patient has begun Synthroid 88 mcg as prescribed by her Endocrinologist. We will contact the patient and referring physician as soon as the results are available. Ms. Haley Spears plans follow up with Dr Oberstein.

| | | |
|---|---|---|
| Calcium | 10.9 mg/dL | (reference range 8.8-10.2) |
| PTH | <3 pg/mL | (reference range 10-69) |

*will ↓ calcium / needs PTH recheck*

Robert Udelsman, MD, MBA

*note incidental micro papillary Ca. R.U*

Cc:   Robert Oberstein, M.D.
      100 Retreat Avenue
      Hartford, CT 06106

      Bernard Raxlan, M.D.
      123 W 79th Street 1st floor
      New York, NY 10024

      Zane Saul, M.D.
      2600 Post Road
      Southport, CT 06890

      Kristen Giannini, M.D.
      520 Hartford Turnpike
      Vernon Rockville, CT 06066

*Yale University School of Medicine, Department of Surgery*
*Room 102 FMB, 330 Cedar Street, New Haven, Connecticut 06520-8062*
*Telephone: 203-785-2697  Fax: 203-737-2116*

09/09/2015 02:30 pm          HALEY SPEARS DOB REDACTED          Liberty004030   41/186

MEDICAL RECORDS

NOTE PAPER

Spears, Haley
MRN: 6M2315066   CSN:87262569
DOB: REDACTED (25 yrs) Sex: X860)308 – 206I
Pt Addr: 1008 TROUT BROOK DRIVE WEST HAR

Appt Date: 6/27/2013
Prev: 5354 [Udelsman, Robert, MD]
87262569

(PLEASE DATE EACH ENTRY)

## ATTENDING OPERATIVE NOTE

6/27/13

PREOP DX: MNG
POSTOP DX: Same
PROCEDURE: Total Thyroidectomy
SURGEONS: Udelman, Harris
FINDINGS: as shown
EBL: min
COMP: 0
DISPO: to AR stable

HALEY SPEARS DOB REDACTED

  

YALE-NEW HAVEN
HOSPITAL

DEPARTMENT OF
**PATHOLOGY**

YALE SCHOOL OF
MEDICINE

20 York Street, EP 2-631
New Haven, CT 06504

Phone: (203) 785-2788
Fax: (203) 785-7146

## SURGICAL PATHOLOGY REPORT

*Patient:* **SPEARS, HALEY**
*MR #:* MR2315066 (YNHH=2264654)
*DOB/Age/Sex:* REDACTED (Age: 35) F
*YNHH Visit #:* 87262569  (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* **S13-16068**
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

Clinical History and Impression:
{Not Available}

Specimen(s) Received:
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

THYROID, TOTAL THYROIDECTOMY:

- **INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,**
SEE SYNOPTIC SUMMARY
- MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE HYPERPLASTIC
ADENOMATOID NODULES, SOME WITH HURTHLE CELL CHANGE
- FIVE BENIGN LYMPH NODES (0/5)

### SYNOPTIC SUMMARY

**MALIGNANT NEOPLASM OF THE THYROID**

| | |
|---|---|
| Procedure: | Total thyroidectomy |
| Tumor Focality: | Unifocal |
| Tumor Location: | Isthmus |
| Tumor Size: | 0.4 cm |
| Histologic Type: | Papillary thyroid microcarcinoma |
| Tumor Capsule: | No capsule identified |
| Tumor Extension | |
| Lymphovascular Invasion: | Not identified |
| Extrathyroidal Extension: | Not identified |
| Surgical Margins: | Close |
| Closest Margin: | Posterior |
|   Distance from margin: | Less than 1 mm |
| Lymph Nodes (Total) | |
| Lymph Nodes Examined (Total): | 5 |
|   Lymph Nodes Involved (Total): | 0 |
| Staging | |
| Stage (AJCC 7th Ed): | pT1a N0, at least Stage I |

SPEARS, HALEY

Printed by: System Interface 7/1/13 5:05 PM

Page 1 of 2

Printed from Relay on 02/07/2013 07:06 AM

| SPEARS, HALEY (2264654) | SURGICAL PATHOLOGY REPORT | S13-16068 |
|---|---|---|

Additional Findings:

Parathyroid tissue, 4 mm associated with left lower lobe

Molecular Studies
**Performed on:**                 Prior specimen: ON13-507
**BRAF Mutation:**                Insufficient material for diagnosis

*Pathologist:*    Manju L. Prasad, M.D.
*\* Report Electronically Signed Out \**

This electronic signature indicates that the pathologist has personally reviewed the available gross and/or microscopic material and has based the diagnosis on that evaluation.




Gross Specimen



RII And I Nodules

**Gross Description:** (Alison Van Dyke, M.D., Ph.D ; Steven Hardee, M.D.)
Received fresh in container labeled with the patient's name, unit number and "total thyroidectomy" is a 22.3 g, 6.5 x 4.5 x 1.9 cm total thyroidectomy specimen consisting of a right lobe (5 x 2 x 2 cm), left lobe (4.1 x 2.5 x 2 cm), and isthmus (3 x 2.8 x 0.8 cm) with attached pyramidal lobe (3.6 cm in length). There is a suture on the right superior pole. The thyroid capsule appears grossly nodular and intact. Parathyroids are not grossly appreciated. The anterior aspect is inked blue, and the posterior aspect is inked black. The specimen is sectioned to reveal 5 nodules (N1-N5). N1 is located in the right lower lobe slices 7-9, is a white, solid, well circumscribed encapsulated lesion measuring 1.5 x 1.2 x 1.1 cm that abuts both the anterior and posterior surfaces. N2 is located in the isthmus slices 1-3  less than 3 mm from N1.  N2 has a similar appearance to N1, measures 0.9 x 0.3 x 0.3 cm, abuts the anterior surface, and comes to within 3 mm of the posterior surface. N3 is in the left upper lobe slices 1-3, is a salmon pink, well circumscribed, solid, nodule measuring 1.9 x 1.5 x 0.9 cm that abuts both the anterior and posterior surfaces. N4 is located 4 mm from N3 in the left lower lobe slices 5 and 6, is a black, glassy, homogeneous, solid, well delineated nodule measuring 1 x 0.5 x 0.5 cm that abuts both the anterior and posterior surfaces. N5 is 0.5 cm away from N4 in slices 6 and 7 of the left lower lobe. N5 has a similar appearance to N4, measures 1 x 0.6 x 0.5 cm, and abuts the anterior and posterior surfaces. The remaining background thyroid parenchyma is reddish-brown and homogeneous without additional lesions. Gross photographs are taken. Representative sections are submitted in 14 cassettes as follows with N1 in cassettes #3-4, N2 in cassettes #5-6, N3 in cassettes #8-9, N4 in cassettes #12-13, and N5 in #13 and 14: #1-#4 = right lobe, #5-#7 = isthmus, #8-#14 = left lobe. (avd)

Summary of Tissue Submitted for Microscopic Examination

|  | # Blocks | Block Detail | | |
|---|---|---|---|---|
|  |  | Designation | # | Description |
| Part 1] TOTAL THYROIDECTOMY | 14 | I | (3) | Isthmus |
|  |  | LL | (7) | Left Lobe |
|  |  | RL | (4) | Right Lobe |

| SPEARS, HALEY | Printed by: System Interface  7/1/13  5:05 PM | Page 2 of 2 |
|---|---|---|

END OF REPORT

Printed from Relay on 02/07/2013 07:06 AM

Spears, Haley (MR # MR2315066)                                      Page 1 of 1

**Edi, Lab In Hiseven**
Sent:   Mon July 01, 2013  1:02 PM
To:    Robert Udelsman, MD

| Calcium | | | | | | | | Status: Final result  MyChart: Not Shared  Cx: Multiple thyroid nodules |
|---|---|---|---|---|---|---|---|
|  | Range | 12:04 PM (07/01/13) | 3d ago (06/26/13) | 3d ago (06/26/13) | 4d ago (06/27/13) | 3wk ago (06/07/13) | 1yr ago (06/29/12) |
| ∿ Calcium | 8.8 - 10.2 mg/dL | 10.9 (H) | 8.7 (L) | 8.2 (L) | 8.6 (L) | 9.0 | 9.5 R |
| Resulting Agency |  | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | BH LAB |

Specimen Collected: 07/01/13 12:04 PM   Last Resulted: 07/01/13 1:02 PM
R=Reference range differs from displayed range

---

**Status of Other Orders**

|  | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| PTH, intact   (GH L Q YH) | In process | 7/1/2013 | Ordered |

| Standing | Remaining | Last Release |
|---|---|---|
| **Calcium** | 0 of 1 | 7/1/2013 |
| Interval: PRN |  |  |
| **PTH, intact**   (GH L Q YH) | 0 of 1 | 7/1/2013 |
| Interval: PRN |  |  |

Spears, Haley (MR # MR2315066) Printed by Udelsman, Robert, MD [UDELSMRO] at 7/1/13 2...   Page 1 of 1

Spears, Haley (MR # MR2315066)                                                                Page 1 of 1

**Edi, Lab In Htseven**
Sent:   Mon July 01, 2013  1:02 PM
To:    Robert Udelsman, MD

| PTH, intact    (GH L Q YH) | | Status: Final result  Mychart: Not Shared  Dx: Multiple thyroid nodules |
|---|---|---|
| | Value | Range |
| **PTH** | <3  (L) | 10 - 69 pg/mL |
| Resulting Agency | YALE-NEW HAVEN HOSPITAL LABORATORY | |
| Specimen Collected: 07/01/13 12:04 PM | Last Resulted: 07/01/13  3:28 PM | |

## Previously Reviewed Results

## Status of Other Orders

| Standing | Remaining | Last Release |
|---|---|---|
| **Calcium** | 0 of 1 | 7/1/2013 |
| Interval: PRN | | |
| **PTH, intact    (GH L Q YH)** | 0 of 1 | 7/1/2013 |
| Interval: PRN | | |

Spears, Haley (MR # MR2315066) Printed by Udelsman, Robert, MD [UDELSMRO] at 7/1/13 3...   Page 1 of 1

Spears, Haley (MR # MR2315066

## Patient Information

| Patient Name | | Sex | DOB | SSN |
|---|---|---|---|---|
| Spears, Haley | | Female | REDACTED | REDACTED |

### Operative Note signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM

| Author: | Udelsman, Robert, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 6/27/2013 12:56 PM | Note Time: | 6/27/2013 11:47 AM | Trans ID: | 569502363 |
| Trans Status: | Available | | | | |
| Dictation Time: | 6/27/2013 11:47 AM | Trans Time: | 6/27/2013 12:21 PM | Trans Doc Type: | Operative Note |

YALE-NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Name: SPEARS, HALEY
Service: PERIOP SRV
Unit No: MR2315066
CSN: 87262569
Service Area: Sur
Date of Birth: REDACTED
Date of Adm: 06/27/2013

Dictated: 06/27/2013 11:47:16           Dictated by: Robert Udelsman, M.D.
Transcribed: 06/27/2013 12:21:00        mmodl/1180307/569502363

DATE OF PROCEDURE/SURGERY: 06/27/2013

OPERATION:
Total thyroidectomy.

OPERATOR:
Robert Udelsman, M.D.

ASSISTANT:
Hasly Harsono, M.D.

ANESTHESIOLOGIST:

ANESTHESIA:

PREOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

POSTOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

Spears, Haley (MR # MR2315066) Printed by Szeniak, Marzena [12741] at 7/3/13 2:40 PM          Page 1 of 3

Spears, Haley (MR # MR231506C

DRAINS:  None.

COMPLICATION:  None.

PREPARATION:  ChloraPrep.

BRIEF PATIENT HISTORY:  The patient is a 35-year-old female with multiple thyroid nodules, and a Hurthle cell neoplasm in her left lobe.

PROCEDURE:  The patient underwent satisfactory general endotracheal anesthesia and was prepped and draped on the operating table in the reverse Trendelenburg position with a thyroid pillow placed upon her back and her head extended in a head ring.  All extremities were carefully padded to protect for neurovascular injury.  Operative loupes of 2.5 times were utilized for the case.  All extremities were carefully padded to protect for neurovascular injury.  Pneumatic stockings were employed.  A formal time-out was performed.  Antibiotics were not administered due to the clean nature of the case.  The skin was prepped and draped with ChloraPrep.  A Kocher incision was made.  Subplatysmal flaps were elevated superiorly to the thyroid notch, inferiorly to the sternal notch and bilaterally beyond the medial borders of the sternocleidomastoid muscles.  The median raphe was mobilized bilaterally demonstrating the thyroid gland contained several nodules mainly a dominant nodule in the left thyroid lobe and a small nodule in the isthmus.  Also the thyroid gland was blue in color suggesting the patient had to receive tetracycline as a child.  The left thyroid lobe was mobilized initially.  The superior pole vessels were approached through the cricothyroid space and ligated directly in the thyroid capsule carefully protecting the external branch of superior laryngeal nerve.  The inferior pole vessel was ligated in the thyroid capsule.  The soft tissues near the lower pole slipped off the thyroid capsule maintaining the parathyroid gland intact.  The terminal branch of the inferior thyroid were ligated in the thyroid capsule.  The left recurrent nerve was identified in the normal anatomic position deep to the inferior thyroid artery and was preserved throughout its course.  The ligament of Berry was transected and the gland was mobilized from left-to-right.  The pyramidal lobe and isthmus was resected in continuity with the specimen.  The right thyroid lobe was mobilized.  The superior pole vessels were approached through the cricothyroid space and ligated directly in the thyroid capsule.  On the right side, both parathyroid glands were clearly visualized.  The right upper parathyroid gland was immediately posterior to the upper pole and was peeled off the capsule maintaining its blood supply intact.  The right lower parathyroid gland was located just inferior to lower pole.  It too was peeled off the capsule maintaining its blood supply.  There was no clear note of the right recurrent nerve and it is possible that the right recurrent nerve was a non-recurrent nerve, as I could see another structure superiorly that appeared to be more consistent with the nerve.  Nonetheless, by maintaining dissection on thyroid capsule, the right thyroid lobe was removed.  External branch of the inferior thyroid were ligated in the thyroid capsule.  The middle thyroid vein was transected.  The ligament of Berry was transected and the gland was removed.  Hemostasis was assured.  The median raphe was reapproximated with a 3-0 Vicryl suture.  The platysma closed in a likewise fashion.  A subcuticular closure of 5-0 Prolene was placed.

The blood loss was minimal.  I was present for the entire operation.  I have drawn an operative illustration to accompany this note.

Electronically signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM.

Revision history:

Spears, Haley (MR # MR2315066

> 6/27/2013 12:56 PM Operative Note signed by Udelsman, Robert, MD
  6/27/2013 12:36 PM Operative Note filed by Udelsman, Robert, MD

**Chart Review Routing History**

| Recipient | Method | Report | Sent By | Sent | Filed |
|---|---|---|---|---|---|
| Robert Udelsman, MD | In Basket | IP Auto Routed Trans | Robert Udelsman, MD [UDELSMRO] | 06/27/2013 | 06/27/2013 |
| Phone: 203-785-2697 | | | | | |

**Routing History**                                                                  Ⓐ

| Date/Time | From | To | Method |
|---|---|---|---|
| 6/27/2013 12:56 PM | Udelsman, Robert, MD | Udelsman, Robert, MD | In Basket |

09/09/2015 02:30 pm                    HALEY SPEARS DOB REDACTED                    Liberty004038        49/186

 **Quest Diagnostics**    Page 1 of 1

06/26/2013   01:00:45 PM

**Report Status: Final**
**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY** | Specimen: WC693737K | Client #: 22129954    60010000 |
| | Requisition: 0024317 | ROCKVILLE FAMILY PHYSICIAN |
| **DOB:** REDACTED   **AGE:** 35 | | 520 HARTFORD TPKE STE M |
| Gender:   F | Collected:   06/19/2013 / 15:14 EDT | VERNON ROCKVILLE, CT |
| Phone:   860.308.2050 | Received:   06/20/2013 / 03:50 EDT | 06066-5044 |
| Patient ID: 10146776 | Reported:   06/26/2013 / 02:27 EDT | |
| Health ID: 8573003460641040 | (* A Copy From) | |

**COMMENTS:**    CC: DR GIANNA, ZANE, UDELSMAEN, RAXLIN
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 299 | | 200-1100 pg/mL | EZ |

Please note: although the reference range for Vitamin B12 is
200-1100 pg/mL, it has been reported that between 5 and 10%
of patients with values between 200 and 400 pg/mL may
experience neuropsychiatric and hematologic abnormalities
due to occult B12 deficiency; less than 1% of patients with
values above 400 pg/mL will have symptoms.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| METHYLMALONIC ACID, | | | | EZ |
| GC/MS/MS | 165 | | 87-318 nmol/L | |
| INTRINSIC FACTOR BLOCKING | | | | EZ |
| ANTIBODY | NEGATIVE | | | |
| | | | Reference Range: | |
| | | | ADULTS:  NEGATIVE | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 20 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 20 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | QWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| T3, TOTAL | | 74 L | 76-181 ng/dL | QWA |
| T3 UPTAKE | 33 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 109 | | 87-318 nmol/L | AMD |

**PERFORMING SITE:**
AMD  QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801
EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JOHN NAKAMOTO, MD PHD, CLIA: 05D0643552
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-19.1 Laboratory Director: JANET PISCITELLI, MD, CLIA: 31D0696244
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 009', 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

* ROBERT LANG, MD, PC has requested a copy of this report be sent to you. Ordering Physician: ZABROCKY, FRANCES

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC693737K                    PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

09/09/2015 02:30 pm                HALEY SPEARS DOB REDACTED              Liberty004039      50/186

 **Quest Diagnostics**

Page 1 of 1          06/20/2013   01:00:53 PM

**Report Status: Partial**

**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY**<br><br>DOB: REDACTED   AGE: 35<br>Gender:   F<br>Phone:   860.308.2050<br>Patient ID: 10146776<br>Health ID: 8573003460641040 | Specimen:   WC693737K<br>Requisition: 0024317<br><br>Collected:   06/19/2013 / 15:14 EDT<br>Received:   06/20/2013 / 03:50 EDT<br>Reported:   06/20/2013 / 12:54 EDT<br>(* A Copy From) | Client #: 22129954      60010000<br>ROCKVILLE FAMILY PHYSICIAN<br>520 HARTFORD TPKE STE M<br>VERNON ROCKVILLE, CT<br>06066-5044 |

**COMMENTS:**     CC: DR GIANNA, ZANE, UDELSMAEN, RAXLIN
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | QWA |
| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | QWA |
| The current lot of free T4 reagent available from the manufacturer produces results that are approximately 9% higher than previous reagent lots. Please interpret these results accordingly. | | | | |
| | | | | |
| T3, TOTAL | | 74 L | 76-181 ng/dL | QWA |
| T3 UPTAKE | 33 | | 22-35 % | QWA |

**PENDING TESTS:**

| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | METHYLMALONIC ACID |
|---|---|
| VITAMIN D, 25-HYDROXY, LC/MS/MS | |

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0993126

* ROBERT LANG,MD,PC has requested a copy of this report be sent to you. Ordering Physician: ZABROCKY, FRANCES

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:    SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

From: 8605339747

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease. She recently had a negative exercise Cardiolite stress test. An echocardiogram also showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy. I have advised her to stop her fish oil about 10 days before the surgery. She is also to stop other nutrition supplements as instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery. A Cardiology consultation can be obtained if needed during the hospitalization. Otherwise, I will be happy to follow her up in the office after this surgery. A copy of the echocardiogram and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc: Robert Udelsman, M.D.

From: 8605339747    Page: 1/2    Date: 5/6/2013 11:17:05 AM





**NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.**
**SUN KING WAN, M.D., F.A.C.C.**
**SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.**
**257 EAST CENTER STREET**
**MANCHESTER, CONNECTICUT 06040**
**TELEPHONE: (860) 643-5101**
**FAX: (860) 533-9747**

**EXERCISE CARDIOLITE STRESS TEST**

Date: 4/24/13

Patient Name: **SPEARS, Haley**    Date of Birth: REDACTED    Age: 35  Sex: Female

PCP: Dr. Giannini

Medications: Singulair, Xopenex, Dexilant, Bicillin, Minocycline, Floraster, Ultram, Zyrtec, supplements.

Indication: Pre-op thyroid surgery

CLINICAL HISTORY: Hashimoto's thyroiditis, asthma, Lyme disease.

35 Year old woman with no known coronary artery disease. Cardiac risk factors include none.

EXERCISE PROTOCOL: **BRUCE** -                HR: 68                BP: 122/80

PREDICTED MHR FOR AGE:  100% 185        85% PMHR: 157        70% PMHR: 130

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 101 | 128/78 | 5 |
| 3-6 | II | 2.5 | 12% | 116 | 136/76 | 7 |
| 6-9 | III | 3.4 | 14% | 147 | 154/66 | 10 |
| 9-12 | IV | 4.2 | 16% | 167 | 168/58 | 13 |
| 12-13 | V | 5.0 | 18% | 179 | 180/54 | |
| | | | (Achieved target) | | | |
| | | | R1 | 149 | 172/84 | |
| | | | R3 | 108 | 146/82 | |
| | | | R5 | 90 | 134/86 | |

Continued

**SPEARS, Haley**
Page 2

**PROCEDURE:**

The patient performed treadmill exercise using Bruce protocol, completing 13 minutes and completing an estimated workload of 13 METS. The heart rate was 68 beats per minute at baseline and increased to 179 beats per minute at peak exercise, which was 97% of the maximum predicted heart rate. Patient's resting blood pressure was sinus rhythm and the peak blood pressure was 122/80. The patient had no significant symptoms during the stress test. The resting electrocardiogram demonstrated sinus rhythm and during the stress test no significant ST-changes were noted. Patient had no significant cardiac arrhythmias. The stress test was stopped because of achievement of target heart rate.

Myocardial perfusion imaging was performed at rest following the intravenous injection of 22.8 mCi of Tc-99m Sestamibi. At peak exercise, the patient was given intravenous injection of 27.6 mCi of Tc-99m Sestamibi and exercise was continued for one minute. Gating post stress tomographic imaging was performed.

FINDINGS: Increased subdiaphragmatic radioisotope uptake was noted. There are mild decreased counts seen in the anterior wall which is probably due to soft tissue attenuation. The gated SPECT images reveal left ventricular ejection fraction which is estimated to be around 60-65%.

SUMMARY: Myocardial perfusion imaging revealed no evidence of ischemia. The left ventricular ejection fraction is estimated to be around 60-65%.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/13  T: 4/26/13

PHYSICIAN PERFORMING STRESS TEST:

Sun King Wan, MD, FACC
SKW/jns
D: 4/24/13  T: 4/26/13

C: Dr. Giannini



**NEW ENGLAND CARDIOLOGY ASSOCIATES, PC**
**SUN KING WAN, MD, FACC**
**SAQIB NASEER, MD, FACC, FASNC**
**257 EAST CENTER STREET, MANCHESTER, CT  06040**
TELEPHONE (860) 643-5101/FAX (860) 533-9747

**2D & M-Mode ECHOCARDIOGRAM REPORT**
**COLOR FLOW DOPPLER REPORT**

Patient Name: **SPEARS, Haley**      Date of Birth: REDACTED      Gender: Female   AGE: 35
Date: 4/19/13
Primary Care Physician:  Dr. Giannini
Indication:  Lyme disease
Height: 5'5"                 Weight: 127 lbs.      BSA: 1.63   BP:  110/76
Sonographer: BW
Tape: 32

A combined M-mode and 2-D mode Doppler study performed.

### 2D & M-MODE MEASUREMENTS (normal ranges within parentheses)

| Left Ventricle: | Normal: | Aorta/Left Atrium | Normal |
|---|---|---|---|
| IVSd (2D):    0.7 | (0.7-1.1 cm) | Aortic Root (Mmode): 2.3 | (2.4-3.7 cm) |
| LVPWd (2D): 0.6 | (0.7-1.1 cm) | Left Atrium (2D): | (1.9-4.0 cm) |
| LVIDd (2D):   4.9 | (3.4-5.7 cm) | Left Atrium (Mmode): 2.1 | (1.9-4.0 cm) |
| LVIDd (2D):   2.7 | | LA area/volume: | |
| | | AV opening:  1.7 | |
| | | Pericardium/IVC: | |
| LV FS (2D): 45% | (>25%) | **Right Ventricle:** | |
| LV EF (2D): 55-60% | (>50%) | RVd (2D): 1.8 | |
| | | IVC: | |

**SPECTRAL DOPPLER ANALYSIS:**
**Aortic Valve:**
| AoV Max Velocity: | AoV Peak PG: 5.8 | AoV Mean PG: |
|---|---|---|

**Tricuspid Valve and PA/RV Systolic Pressure:**
| TR Max Velocity: | RA Pressure:  10 | RVSP/PASP:  17 mmHg |
|---|---|---|

**Pulmonic Valve:**
| PV Max Velocity: | PV Max PG: 1.5 | PV Mean PG: |
|---|---|---|

**Mitral Valve:**
| MV E Max: 69.6 | A max: 47.9 | E/A:  1.5 | DT: 135 | P1/2: 39 |
|---|---|---|---|---|

### PHYSICIAN INTERPRETATION:
LV: Dimension is within normal limits.  The left ventricular ejection fraction is estimated at 55-60%.
RV: Dimension is within normal limits.
LA: Dimension is within normal limits.
RA: Dimension is within normal limits.
AORTIC ROOT: Dimension is within normal limits.
AORTIC VALVE:  Opening well.
MITRAL VALVE:  Redundant mitral valve leaflets with very mild mitral regurgitation.

**SPEARS, Haley**
Page 2

TRICUSPID REGURGITATION:  Very mild tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg.
PULMONIC VALVE:  No significant pulmonic regurgitation.
PERICARDIUM:  No significant pericardial effusion.


**CONCLUSION:**

1.  Normal left ventricular dimension.  The left ventricular ejection fraction is estimated at 55-60%.
2.  Redundant mitral valve leaflets with very mild mitral and trace tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg which is in the normal range.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/19/13  T: 4/22/13

C: Dr.  Giannini

APR/22/2015/MON 10:45 AM       FAX No.       ?. 001/001

           ~~~~~~~~~~~~~~~~~~~~~~~~~~  860-229-4488 --> 860-875-6271     Page 2 of 2

  S (3@ &SISLEY

PATIENT REQUESTS REFILL 04/19/13

---

FROM:      BEACON PHARMACY
           543 West Main Street           ORIG FILL:  01/29/13
           New Britain, CT 06053         ORIGINAL REFILLS: 5
           860-225-6487 860-229-4488     LAST FILL:  04/09/13

TO:       Giannini, Kristin
           29 Naek Road             PLEASE REVIEW, SIGN
           Vernon, CT 06066          AND FAX BACK TO:
           860-872-8321 860-875-6271     FAX# 860-229-4488
           NPI: 1881662443

PATIENT:  SPEARS, HALEY
           1008 TROUTBROOK RD       DATE: 4/22/13
           West Hartford, CT 06119
           860-308-2050  REDACTED      REFILLS:
                                     THIS TIME +____2____

DRUG: IPRAT-ALBUT 0.5-3(2.5) MG/3
QUANTITY: 90     1121289 DOB: REDACTED
DIRECTIONS: INHALE CONTENTS OF ONE VIAL VIA     Dr. _____ Dr. _____
            NEBULIZER EVERY 4 HOURS AS      Substitution    D.A.W.
            NEEDED DX:496
                                    Dx code: 493.90

---

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

FAX#
** 860-229-4488 **

ie documents accompanying this fax are CONFIDENTIAL. Information contained in this
ansmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p
ie information acommpanying this fax transmission is intended only for the use of
dividual (or facility) identified as "recipient". The Recipient of this informati
: prohibited from disclosing, copying, distributing or using this information exce
permitted by current law governing privacy of information issues. Such informati
destroyed after its stated need has been fulfilled, unless otherwise prohibited
you have received this fax transmission in error, please notify the "sender" imn
f0S &a90p0c0Rructions.
&0R

FAXED APR 22 20

04-19-13 12:39   "BEACON PHARMACY"  860-229-4488 --> 860-875-5271      Page 2 of 2

S (3@ &f1SLEY

PATIENT REQUESTS REFILL 04/19/13

FAXED APR 22 2013

```
-------------------------------------|-------------------------------------
                                     |
FROM:    BEACON PHARMACY             |
         543 West Main Street        |   ORIG FILL:  01/29/13
         New Britain,CT 06053        |   ORIGINAL REFILLS: 6
         860-225-6487 860-229-4488   |   LAST FILL:  04/09/13
                                     |
TO:      Giannini, Kristin           |
         29 Naek Road                |   PLEASE REVIEW,SIGN
         Vernon, CT 06066            |   AND FAX BACK TO:
         860-872-8321 860-875-6271   |   FAX#  860-229-4488
         NPI: 1881662443             |
                                     |
PATIENT: SPEARS, HALEY               |   DATE: 4/22/13
         1008 TROUTBROOK RD          |
         West Hartford, CT 06119     |   REFILLS:
         860-308-2050  REDACTED      |   THIS TIME +    3
                                     |
DRUG: IPRAT—ALBUT 0.5-3(2.5) MG/3    |
QUANTITY: 90    1121289 DOB: REDACTED|
DIRECTIONS: INHALE CONTENTS OF ONE VIAL VIA  |   Dr. _____ Dr. _____
            NEBULIZER EVERY 4 HOURS AS       |   Substitution   D.A.W.
            NEEDED DX:496                     |
                                     |
-------------------------------------|-------------------------------------
```

   "THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

                              FAX#
                         ** 860-229-4488 **

he documents accompanying this fax are CONFIDENTIAL. Information contained in this
ransmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p
he information acommpanying this fax transmission is intended only for the use of
ndividual (or facility) identified as "recipient". The Recipient of this informati
s prohibited from disclosing, copying, distributing or using this information exce
s permitted by current law governing privacy of information issues. Such informati
e destroyed after its stated need has been fulfilled, unless otherwise prohibited
f you have received this fax transmission in error, please notify the "sender" imn
&f0S &a90p0c0Rructions.
Ea0R

From: 1234567      Page: 1/4      Date: 4/23/2013 11:57:42 AM

This is an Outbound fax service only Contact sender's office with issues

# FAX

| | | | |
|---|---|---|---|
| **To:** | Kristin Giannini, MD | **From:** | Szeniak, Marzena |
| **Fax:** | 860-979-0056 | **Pages:** | 4 (Including Coversheet) |
| **Phone:** | | **Date:** | 4/23/2013 11:55:50 AM |
| **Re:** | | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Comments:**

**This message originates from Yale New Haven Health System. The information contained in this fax may be privileged and confidential. If you are the intended recipient you must maintain this fax in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this fax. Thank you.**
**For further assistance please contact the fax server administrator @ (203) 502 - 4911**

This is an Outbound fax service only Contact sender's office with issues

# Yale SCHOOL OF MEDICINE
## *Department of Surgery*

**Section of Endocrine Surgery**
Endocrine Neoplasia Program

April 22, 2013

Robert Oberstein, MD
100 Retreat Ave
Endocrinology
Hartford CT 06106

Patient:        Haley Spears
MR Number:  MR2315066
Date of Birth:  REDACTED
Date of Visit:  4/22/2013

Dear Dr. Oberstein:

Thank you for referring Haley Spears to me for evaluation. Attached is my progress note from the visit.

**Name:** Haley Spears              **Primary Provider:** Robert Udelsman, MD, MBA

**Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119  **Referring Physician:** Robert Oberstein, MD

**Phone:** (860)308-2050          **Visit Date:** 4/22/2013

**DOB:** REDACTED                    **Location:** Smilow Cancer Center

**Sex:** Female                        **Unit:** MR2315066

**INITIAL CONSULTATION**

**REFERRING PHYSICIAN:** Dr. Robert Oberstein, MD

**CHIEF COMPLAINT:** Bilateral thyroid nodule.

**HISTORY OF PRESENT ILLNESS:**
Ms. Spears is a 35 y.o. female who presents with a bilateral thyroid nodules which was noted 7 years ago and a history of Hashimoto's thyroiditis . She has no complaints of  hoarseness, difficulty swallowing, difficulty breathing, or compressive symptoms.    She has no symptoms of hyperthyroidism.  She has no history of radiation to the head or neck.  She has had multiple thyroid aspirations (5-7 times).  An FNA demonstrated an indeterminate isthmic nodule and a Hurthle cell neoplasm in the left lobe. Laboratory and imaging are listed below.

**Laboratory values:** Not available today.
TSH

RE: Spears, Haley -- MR#: MR2315066                                             Page 1 of 3

This is an Outbound fax service only Contact sender's office with issues

T4
Free T4
Serum calcium

**Diagnostic Imaging:**
Ultrasound shows multiple bilateral thyroid nodules.
I have reviewed all laboratory and imaging results in detail.

**PAST MEDICAL HISTORY**: Haley Spears has a past medical history of Disease of thyroid gland;
Hypoglycemia; Migraine headache; Systemic lupus erythematosus; Ulcerative colitis; Plantar fasciitis; Migraine
headache; Lyme disease; and Brain lesion.

**PAST SURGICAL HISTORY**: She  has no past surgical history on file.

**SOCIAL HISTORY**: Ms. Spears  reports that she has never smoked. She does not have any smokeless
tobacco history on file.

**FAMILY HISTORY:** Her family history includes Diabetes in her paternal grandfather; Hyperparathyroidism in
her maternal grandmother; and Thyroid disease in an other family member. Specifically, there is no family
history of thyroid cancer.

**MEDICATIONS:** atovaquone, 750 mg, Oral, Q12H;  butalbital-acetaminophen-caffeine, 1 tablet, Oral, Q4H
PRN;  calcium & magnesium carbonates, Take  by mouth.;  cetirizine, Take  by mouth.;  cholecalciferol, 2,000
Units, Oral, Daily;  diabetic supplies, miscellan., by Misc.(Non-Drug; Combo Route) route See Admin
Instructions. Use as directed.;  EPINEPHrine, 0.3 mg, Intramuscular, Once PRN;  famotidine, 20 mg, Oral, BID
IRON BIS-GLYCINAT/VIT C/FA/B12 (GENTLE IRON ORAL), Take  by mouth.;  levalbuterol, 1-2 puff,
Inhalation, Q4H PRN;  minocycline, 100 mg, Oral, BID;  montelukast, 5 mg, Oral, Nightly;  ondansetron, 4 mg,
Oral, Q8H PRN;  penicillin G benzathine, Inject 1.2 Million Units into the muscle.;  PROGESTERONE, BULK,
MISC, by Misc.(Non-Drug; Combo Route) route.;  saccharomyces boulardii, 250 mg, Oral, BID;  selenium,
Take  by mouth.
traMADol, 50 mg, Oral, Q6H PRN;  albuterol, 1 ampule, Nebulization, Q6H PRN;  pantoprazole, 40 mg, Oral,
Daily

**ALLERGIES:** Biaxin

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| Constitutional: | No fever, weight loss, or night sweats. |
| Eyes: | No visual changes or eye pain. |
| Ears/nose/mouth/throat: | No sore throat, sinus pain, or ear pain. |
| Cardiovascular: | No chest pain or palpitations. |
| Respiratory: | No cough, wheeze, or shortness of breath. |
| Gastrointestinal: | No abdominal pain, nausea, or vomiting. |
| Endocrine: | As above only. |
| Musculoskeletal: | No musculoskeletal pain or joint swelling. |
| Neurological: | No changes in special senses; no headaches. |
| Allergic/Immunologic: | No swollen lymph nodes. |
| Hematologic/lymphatic: | No easy bruising or history of excessive bleeding. |
| Integumentary: | No rashes or skin lesions. |
| All other: | Negative. |

**PHYSICAL EXAM:**
Physical exam reveals a well-developed female.

RE: Spears, Haley -- MR#: MR2315056                                             Page 2 of 3

This is an Outbound fax service only Contact sender's office with issues

BP 136/81 | Pulse 70 | Temp(Src) 97.9 °F (36.6 °C) | Resp 17 | Ht 5' 5.35" (1.66 m) | Wt 129 lb 4.8 oz (58.65 kg) | BMI 21.28 kg/m2 | SpO2 100%
Eyes: Conjunctiva are not injected. No scleral icterus.
Cardiovascular: Regular rate and rhythm without murmurs, rubs, or gallops. No carotid bruits.
Respiratory: Lungs are clear to percussion and auscultation.
Musculoskeletal: No muscular atrophy. Gait normal.
Skin: Normal skin turgor, no obvious bruising.
Neurologic: Oriented x 3. Motor and sensory grossly intact.
Ears, Nose, Mouth, and Throat: Examination of the neck reveals multiple bilateral thyroid nodules.
Hematologic/Lymphatic/Immunologic: There is no cervical or supraclavicular lymphadenopathy.

**Procedure:**
Indirect laryngoscopy demonstrates normal vocal cord motion bilaterally.

**IMPRESSION**: Bilateral thyroid nodules with indeterminate cytology.
**PLAN:** Total thyroidectomy. I explained the procedure as well as the risks, benefits, and potential complications to the patient and her family. We will proceed to surgery at a time convenient for the patient. Dr. Oberstein is thanked for involving me in the care of this interesting patient.

Robert Udelsman, MD, MBA

Sincerely,

*Electronically signed by Robert Udelsman, MD*

CC

RE: Spears, Haley -- MR#: MR2315056                                                    Page 3 of 3



| | | | |
Quest Diagnostics   Page 1 of 2          02/07/2013   06:57:43 PM          **Report Status: Final**
**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>DOB: REDACTED   **AGE: 35**<br>Gender:   F<br>Phone:   860.308.2050<br>Patient ID: REDACTED | Specimen:   WC008159H<br>Requisition: 0014421<br><br>Collected:   02/06/2013 / 14:11 EST<br>Received:   02/07/2013 / 03:55 EST<br>Reported:   02/07/2013 / 14:34 EST<br>(* A Copy From) | Client #: 22129954   60010000<br>ROCKVILLE FAMILY PHYSICIAN<br>520 HARTFORD TPKE STE M<br>VERNON ROCKVILLE, CT<br>06066-5044 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QWA |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | 0.50-1.10 mg/dL | |
| eGFR NON-AFR. AMERICAN | 102 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 118 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 19-30 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 44 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 13 | | 6-40 U/L | |
| GLUCOSE TOLERANCE TEST, 3 SPECIMENS, (75G) | | | | QWA |
| FASTING SPECIMEN | 69 | | 65-99 mg/dL | |
| 1 HOUR SPECIMEN | 113 | | mg/dL | |
| 2 HOUR SPECIMEN | 101 | | <140 mg/dL | |

2009 American Diabetes Association
Diagnostic Criteria for Diabetes Mellitus
Glucose Value (mg/dL)

| Interpretation | Fasting | 1 Hr Tolerance | 2 Hr Tolerance |
|---|---|---|---|
| Normal | <100 | Not Established | <140 |
| Impaired Fasting | 100-125 | | |
| Impaired Tolerance | | | 140-199 |
| Diabetes | >OR=126* | | >OR=200* |

* Must be confirmed by testing on a subsequent day.

| HEMOGLOBIN A1c | 5.4 | | <5.7 % of total Hgb | QWA |

Decreased risk of diabetes
<5.7     Decreased risk of diabetes
5.7-6.0  Increased risk of diabetes
6.1-6.4  Higher risk of diabetes
> or = 6.5 Consistent with diabetes

Standards of Medical Care in Diabetes-2010.
Diabetes Care, 33(Supp 1): S1-S61,2010.

| TSH | 1.64 | | mIU/L | QWA |

Reference Range
> or = 20 Years  0.40-4.50

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC008159H          PAGE 1 OF 2
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 **Quest Diagnostics**

Page 2 of 2         02/07/2013   06:57:43 PM        **Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED     **AGE:** 35<br>Gender:  F<br>Patient ID: REDACTED | Specimen:   WC008159H<br>Collected:   02/06/2013 / 14:11 EST<br>Received:    02/07/2013 / 03:55 EST<br>Reported:    02/07/2013 / 14:34 EST | Client #: 22129954 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | Pregnancy Ranges | |
| | | | First trimester     0.26-2.66 | |
| | | | Second trimester    0.55-2.73 | |
| | | | Third trimester     0.43-2.91 | |
| T4, FREE | 0.9 | | 0.8-1.8 ng/dL | QWA |
| The current lot of free T4 reagent available from the<br>manufacturer produces results that are approximately<br>9% higher than previous reagent lots. Please interpret<br>these results accordingly. | | | | |
| T3, TOTAL | 87 | | 76-181 ng/dL | QWA |
| INSULIN | <2 | | <23 uIU/mL | QWA |
| Insulin analogues may demonstrate non-linear<br>cross-reactivity in this assay. Interpret results<br>accordingly. | | | | |

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0991, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

* CT MULTI/ENDO ALL SITES has requested a copy of this report be sent to you. Ordering Physician: SALERNO, ANITA L

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

```
Date/Time : 1/7/2013 5:30:46 PM ANSWERMED
********************** ACCOUNT: 9206  PAGE: 001 *************************

>> MSG: 4032 IN> JL Mon 1/7 5:29pm EDT


                Coverage Links >  9206, 9273, 9281, 9315, 9388 + 9390
FOR.: OFC - TUE               FROM..: HALEY SPEARS               DOB..
REDACTED
PHONE..:860-308-2050                 ID:860 308-2050   REG DR.:  DR
GIANNINI
MSG.:PLS CALL TUE AM, WLD LIKE TO BE SEEN
```

LM @ 7:55amAe  1/8/13

```
*************************** Send Complete ****************************
```

Electronically signed by: Robert Oberstein M.D.  Feb 18 2009  3:56PM EST

PATIENT INFORMATION
**SPEARS, HALEY A**

REPORT STATUS  **Final**

GENDER: F          Age: 31

ORDERING PHYSICIAN
**OBERSTEIN, ROBERT**

ID: 1800184
PHONE: 8603082650

CLIENT INFORMATION
721 3303
CT MULTISPECIALTY/ENDOCRINE
160 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

CLIENT DIAGNOSTIC INFORMATION

SPECIMEN INFORMATION
SPECIMEN:        WC425813A
REQUISITION:    0203185
LAB REF NO:

COLLECTED:   02/17/2009    13:16
RECEIVED:    02/17/2009    13:16
REPORTED:    02/18/2009    02:23

| Test Name | In Range | Out of Range | Reference Range | LAB |
|---|---|---|---|---|
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.34 | | uIU/L | GHA |

REFERENCE RANGE:
> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER    0.20-4.70
SECOND TRIMESTER   0.30-4.30
THIRD TRIMESTER    0.40-2.70

Performing Laboratory Information:

GHA   Quest Diagnostics, LLC-Wallingford a satellite of Wallingford CT  06492 Laboratory Director: Renee Sinda M.D.

SPEARS, HALEY A — WC425813A

Page 1 — End of Report

Printed by Care360 AutoReceive on 02/18/09 at 02:23am.



Electronically signed by Robert Oberstein, M.D. Quest On Demand™

PATIENT INFORMATION
SPEARS, HALEY A

REPORT STATUS Final

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

Age: 32
GENDER: F

ORDERING PHYSICIAN
OBERSTEIN, ROBERT M
CLIENT INFORMATION
22175305
CT MULTISPECIALTY/ENDOCRINE
100 RETREAT AVE STE 400
HARTFORD, CT 06106-2528

SPECIMEN INFORMATION
SPECIMEN: WC446717B
REQUISITION: 0005944
LAB REF NO:

ID: 1839-1
PHONE: 8603082050

COLLECTED: 05/03/2010 09:37
RECEIVED: 05/03/2010 09:19
REPORTED: 05/03/2010 17:00

COMMENTS: TSH AND T4 ON OTHER REQ CC PATIENT

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY(IES) SENT TO: SPEARS HALEY A, 1008 TROUTBROOK ROAD, WEST HARTFORD, CT 06119 | | | | |
| T3, TOTAL | 78 | | 76-181 ng/dL | QWA |

Performing Laboratory Information:
QWA Quest Diagnostics, LLC-Wallingford CT 06492 3 Sterling Dr Wallingford CT 06492 Laboratory Director: Nenne Biegel, M.D.

SPEARS, HALEY A - WC446717B

Page 3 - End of Report

Printed by Care360 AutoFacade on 05/04/10 at 09:00am

NO. 879 P. 25

CMG ENDOCRINOLOGY 8605471301 NOV. 27. 2012 8:40AM

# Endocrinology – Retreat Ave – Connecticut Multispecialty Group

160 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 34 yrs  F   REDACTED
EMRN: 1300184
OMRN: 1300184
Home: (860) 308-2050
Work:

## Results

Lab Accession #   WC469610L
Ordering Provider:  Oberstein,Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected:   10/7/2010  5:17:00PM
Resulted:    10/8/2010  6:00:00AM
Verified By:  Oberstein, Robert
Auto Verify:  N

### TSH - 3RD GENERATION

Stage:    Final

| Test | Result | Units | |
|------|--------|-------|--|
| TSH, 3RD GENERATION | 2.02 | mIU/L | ██████████ |
| Reference Range | | | |

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

Printed by: jdelorso  |  6/26/2012 12:05:00PM

Page 1 of 1

NO. 879    p. 26

NOV. 21. 2012  8:47AM   CMG EDOCRENDO DIV 8605471301

## Endocrinology – Retreat Ave – Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

**Patient:** SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

**Age/Sex/DOB:** 34 yrs  F   REDACTED
**EMRN:** 1800184
**OMRN:** 1800184
**Home:** (860) 508-2050
**Work:**

### Results

**Lab Accession #** WC469610L
**Ordering Provider:** Oberstein, Robert
**Performing Location:** Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

**Collected:** 10/7/2010  5:17:00PM
**Resulted:** 10/8/2010  6:00:00AM
**Verified By:** Oberstein, Robert
**Auto Verify:** N

Free T4 - 11778

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| T4, FREE | 1.0 | ng/dL | | 0.8-1.8 |

Printed by: jdelorse | 6/26/2012 12:05:00PM

Page 1 of 1

27 'd   628 'ON            10E1759098 AIO OONJUOOOJ OMO   WV17:8  Z10Z '17 'AON

# Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1003 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 24 yrs  F  REDACTED
EMRN: 1800184
OMRN: 1800184
Home: (860) 308-2050
Work:

## Results

Lab Accession #: WC469610L
Ordering Provider: Oberstein, Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected: 10/7/2010 5:17:00PM
Resulted: 10/8/2010 6:00:00AM
Verified By: Oberstein, Robert
Auto Verify: N

T3, Total - 11779

Stage:     Final

| Test | Result | Units |
|------|--------|-------|
| T3, TOTAL | 99 | ng/dL |

Printed by: jdeforso | 6/26/2012 12:05:00PM

Page 1 of 1

NO. 879   P. 28

# Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1003 TROUT BROOK DRIVE
WEST HARTFORD, CT 06119-1244

Age/Sex/DOB: 34 yrs  F  REDACTED
EMRN: 1800184
OMRN: 1800184
Home: (860) 308-2050
Work:

## Results

Lab Accession #     WC779413U
Ordering Provider:  Oberstein, Robert
Performing Location: Quest Diagnostics-Wallingford
                    3 Sterling Drive
                    Wallingford, CT 06492

Collected:    10/26/2011  4:42:00PM
Resulted:     10/27/2011  9:30:00AM
Verified By:  Oberstein, Robert
Auto Verify:  N

**TSH (3rd Generation)**

Stage    :   Final

| Test | Result | Units |
|------|--------|-------|
| TSH, 3RD GENERATION | 1.26 | mIU/L |
| Reference Range | | |

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester  0.30-4.10
Third trimester   0.40-2.70

Printed by: jdelurso  |  6/26/2012 12:06:00PM

Page 1 of 1

NO. 879.   P. 29

CMS EDOCRENDO DIV 8605471301

09/09/2015 02:30 pm     HALEY SPEARS DOB REDACTED     Liberty004061

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

**Patient:** SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

**Age/Sex/DOB:** 34 yrs  F   REDACTED
**EMRN:** 1200184
**OMRN:** 1200184
**Home:** (860) 502-2050
**Work:**

### Results

**Lab Accession #** WC779413U
**Ordering Provider:** Oberstein,Robert
**Performing Location:** Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

**Collected:** 10/26/2011  4:42:00PM
**Resulted:** 10/27/2011  9:00:00AM
**Verified By:** Oberstein, Robert
**Auto Verify:** N

**Free T4 - 11778**

**Stage:** Final

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|
| T4, FREE | 1.0 | ng/dL | 0.8-1.8 |

Printed by: jdeiorso  |  6/26/2012  12:06:00PM

Page 1 of 1

OE ˙d    6Δ8 ˙ON          10£1Δ4G098 ΛIΩ OΩNƎЯƆOΩƎ ϿΛϽ

## Endocrinology – Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
100S TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 34 yrs F  REDACTED
EMRN: 1300134
OMRN: 1300184
Home: (860) 508-2050
Work:

## Results

Lab Accession # WC675544W
Ordering Provider: Oberstein,Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected: 1/31/2012 3:57:00PM
Resulted: 2/1/2012 10:00:00AM
Verified By: Oberstein, Robert
Auto Verify: N

### TSH (3rd Generation)

Stage:  Final

REPORT COMMENT:
CC;GOUIN MD/SAUL MD/PT

| Test | Result | Units | |
|------|--------|-------|---|
| TSH, 3RD GENERATION | 1.69 | mIU/L | |
| Reference Range | | | |

> or = 20 Years 0.40-4.50

Pregnancy Ranges
First trimester   0.20-4.70
Second trimester   0.30-4.10
Third trimester   0.40-2.70

Page 1 of 1

IE ˙d   6L8 ˙ON   1051L49098 AIQ QQNEKOOQE 9MO

HALEY SPEARS DOB REDACTED

Liberty004063

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1003 TROUT BROOK DRIVE
WEST HARTFORD, CT 061391244

Age/Sex/DOB: 34 yrs  F   REDACTED
EMRN: 1800184
OMRN: 1800184
Home: (860) 308-2050
Work:

### Results

Lab Accession # WC675544W
Ordering Provider: Oberstein, Robert
Performing Location: Quest Diagnostics-Wallingford
3 Sterling Drive
Wallingford, CT 06492

Collected: 1/31/2012  3:57:00PM
Resulted: 2/1/2012  10:00:00AM
Verified By: Oberstein, Robert
Auto Verify: N

Free T4 - 11778

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| T4,FREE | 0.9 | ng/dL | | 0.8-1.8 |

NO. 879        P. 32        CMG EDOCREENDO DIV 8605471301        NOV. 21. 2012  8:41AM

ROBERT OBERSTEIN, M.D.
CT MULTISPECIALTY GROUP
100 RETREAT AVENUE
SUITE 400
HARTFORD, CT 06106



Clinical Laboratory Partners, LLC
CT LICENSE CL-0395 / CLIA# 07D0094387
129 Patricia M. Genova Drive
Newington, CT 06111
1-800-286-9800
860-696-8020

| Patient Name | | Sex | Age | | | | |
|---|---|---|---|---|---|---|---|
| SPEARS,HALEY | | F | 34 | | | | |

| Patient ID | Patient Birth Date | | Patient Phone Number | Physician | | |
|---|---|---|---|---|---|---|
| 1800184 | REDACTED | | 860-308-2050 | OBERSTEIN,ROBERT | | |

| Accession Number | Requisition Number | Collection Date & Time | Report Date & Time | Report Status |
|---|---|---|---|---|
| AN026035 | 2595873 | 08/10/2012 15:47 | 08/13/2012 00:20 | FINAL |

| TEST | IN RANGE | OUT OF RANGE | REFERENCE RANGE UNITS | | TEST LOC |
|---|---|---|---|---|---|
| Reprinted on: 11/06/2012 06:36 Non-Fasting Specimen | | | | | |
| TSH, Highly Sensitive | 1.72 | | 0.27-4.20 | mIU/L | |
| T4, Free | 1.15 | | 0.80-1.90 | ng/dL | |
| T3, Total | 98 | | 80-200 | ng/dL | |

CC to: KRISTIN GIANNINI, MD

Separate Copy Sent to Patient

ZANE K SAUL, MD

BERNARD RAXLEN, MD

Testing Location(s):
Clinical Laboratory Partners - 129 Patricia M. Genova Drive   Newington, CT 06111 860-696-8020 CLIA #:07D0094387 CL-0395
Bradford Sherburne, MD Medical Director

Phlebotomy charge applied

| SPEARS,HALEY | Page: 1 |
|---|---|

NOV. 27. 2012  8:41AM      CMG EDOCRENDO DIV 8605471301      NO. 879   P. 33



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinology
Paul Labinson, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/10/2012

**History of Present Illness**
Patient presents for follow up of thyroid dysfunction
not noting much change in neck but less heart racing than in the past and energy is better
Was given adrenal support but felt crazy after it. also given iodine tabs but stopped

**Active Problems**
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

**Review of Systems**

no dysphagia but feels the sense of swallowing
no voice chagnes

**Allergies**
No Known Drug Allergies

**Current Meds**
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
ipratropium-Albuterol 0.5-2.5 (3) MG/3ML inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY; Therapy: 02May2008 to  Requested for: 13Feb2009
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010)  Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

NOV. 21. 2012  8:39AM    CMG EDOCRIENDO DIV 8605471301    NO. 879    P. 16

## RE: SPEARS, HALEY A.

Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009

**Past Medical History**

No change in PMH since last visit, in feb 2012.

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

|  | 10Aug2012 03:09PM |
| --- | --- |
| BMI Calculated | 20.49 |
| BSA Calculated | 1.61 |
| Weight | 123 lb |
| Systolic | 110, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 68, R Radial |
| Pulse Quality | Normal, R Radial |

**Physical Exam**

Neck: thyroid abnormal (right upper 1.5 cm nodule and cobbly texture elsewhere), but no cervical
adenopathy and no supraclavicular adenopathy.

**Assessment**
Hashimoto's Thyroiditis 245.2
Nontoxic Multinodular Goiter 241.1

**Plan**
Follow-up visit other Evaluation and Treatment  Follow-up  Requested for: 10Aug2012
Free T4 – 11778 Requested for: 10Aug2012
TSH - 11661 Requested for: 10Aug2012

**Signatures**
Electronically signed by : Robert Oberstein, M.D., Aug 10 2012 3:37PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

**Division of Endocrinology**
Paul Labinson, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferraretti, APRN  Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/05/2012

**History of Present Illness**
Patient presents for follow up of thyroid nodules
here to check u.s. as thyroid may be larger

**Active Problems**
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

**Review of Systems**

ENT: feeling of tightness in the throat, but no difficulty swallowing.
Neurological: tremor not present.

**Allergies**
No Known Drug Allergies

**Current Meds**
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY AS NEEDED; Therapy: 02May2008 to  Requested for: 05Oct2012
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release: TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010) Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)
Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road. Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

Xopenex HFA 45 MCG/ACT Inhalation Aerosol; As needed; Therapy: 02Oct2012 to
Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009
ZyrTEC Allergy 10 MG Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: 05Oct2012 to

**Past Medical History**
History of Acute Gastric Ulcer 531.30

No change in PMH since last visit.

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

|  | 05Oct2012 03:25PM |
|---|---|
| BMI Calculated | 21.14 |
| BSA Calculated | 1.63 |
| Weight | 126 lb 14.4 oz |
| Systolic | 120, RUE, Sitting |
| Diastolic | 80, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

**Physical Exam**

Neck: no cervical adenopathy and no supraclavicular adenopathy.

**Results/Data**
  **Selected Results**
  **10Aug2012 03:37PM**
  Free T4 - 11778
    Free T4; 1.15 ng/dl Reference Range 0.80-1.90
  TSH - 11661
    TSH, Highly Sensitive: 1.72 mIU/L Reference Range 0.27-4.20
  T3, Total  - 11779
    T3, Total: 98 ng/dl Reference Range 80-200
  **05Oct2012 03:30PM**
  US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE: Realtime Ultrasound - High ResolutionIndication: f/u
cysts/nodulesThe right lobe is 6.6 x 1.6 x 1.4 cmThe left lobe is 5.6 x 2.0 x 2.1 cmThe gland is enlarged with
several cysts and nodules and the remaining tissue is heterogenous
in texture.  There are numerous subcentimeter nodules which are mostly diffuse and not
definable as distinct nodules in addition to the four described below.The right lobe contains a large complex nodule
which is mostly cystic in the lower pole.  There
are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x 1.5 x 1.6 cm
(compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on the right is a smaller
complex nodule which is similarly more cystic than solid with smooth borders and measures 1.0
x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).The left lobe contains 2 definable nodules. The larger is mid
lobe and mostly solid, isoechoic
with a small central cystic area and no calcifications.  The nodule is 2.4 x 1.5 x 1.5 cm (compared
with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lobe and spongiform in texture
measuring 1.3 x 0.8 x 1.05 cm (compared with 1.2 x 0.7 x 0.8 cm).  Summary:  Multinodular goiter as described
with nodules and cysts which are slowly but
continually growing.Performed and interpreted by R.Oberstein, MD

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

RE: SPEARS, HALEY A.

06 Oct 2012 3:30 PM
US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE Realtime Ultrasound - High Resolution
Indication: f/u cysts/nodules
The right lobe is 6.6 x 1.6 x 1.4 cm
The left lobe is 5.8 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is heterogenous in texture.  Th

**Assessment**
    Nontoxic Multinodular Goiter 241.1

**Plan**
    US Soft Tissue Head/Neck Thyroid - OFFICE  Status: Resulted - Requires Verification  Done: 01Jan0001 12:00AM
    Ordered; For: Nontoxic Multinodular Goiter (241.1); Ordered By: Oberstein, Robert  Due: 29Nov2012

**Discussion/Summary**

Euthyroid. no new medication needed.
MNG is growing and certainly could be causing symptoms. As it is continuing to grow, excision is reasonable. Would
meet with surgeon to discuss. Names given.
I noted that I do not agree with the use of adrenal glandular extract tabs and I'm glad she is off of them.

**Signatures**
    Electronically signed by : Robert Oberstein, M.D.; Nov 19 2012  4:39PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

3

09/09/2015 02:31 pm          HALEY SPEARS DOB REDACTED                    Liberty004070     81/186



129 Patricia M. Genova Drive
Newington, CT 06111
1-800-286-9800
860-696-9400

Clinical Laboratory Partners, LLC
OF LICENSED CLINICAL LABORATORIES

SUBMITTING MD: OBERSTEIN, ROBERT

| | | |
|---|---|---|
| PATIENT NAME: SPEARS HALEY A | | SPECIMEN #: B03-877 |
| DOB: (Age: 21) | | CLP MRN #: |
| GENDER: F | | ACCOUNT #: B09877 |
| DATE OBTAINED: 02/13/2009 UNK | | CLIENT PATIENT ID: 3032575 |
| DATE REPORTED: 02/17/2009 08:54 | | |

HARTFORD HOSPITAL
(860) 545-2886   CT REG #EP0254

Cytopathology Report

DIAGNOSIS
FNA LEFT THYROID NODULE 88173:
THYROID FOLLICULAR LESION WITHOUT ATYPIA, CONSISTENT WITH
HYPERPLASTIC / ADENOMATOID NODULE
NO / MINIMAL RISK OF MALIGNANCY.

**Electronically Signed Out**
02/17/2009 SAVERIO LIGATO, M.D.

Clinical Diagnosis and History:

Treatment History:
Not Entered
Cancer Treatment:
Not Entered
FNA LEFT THYROID NODULE
ICD9  241.1

Tissue(s) Submitted:
FNA THYROID 88173/LEFT

Gross Description:
RECEIVED 30 MLS RED IN CYTOLYT PLUS 3 SMEARED SLIDES IN ETOH, JAR
LABELED.
1 SLIDE MADE FROM FLUID

SPEARS, HALEY A          END OF REPORT          Page: 1

09/09/2015 02:31 pm          HALEY SPEARS DOB          Liberty004071          82/186

# Endocrinology – Retreat Ave – Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 34 yrs  F  REDACTED
EMRN: 1800194
OMRN: 1800184
Home: (860) 308-2050
Work:

## Results

Lab Accession #    0001
Ordering Provider:    Oberstein, Robert
Performing Location: Office

Collected:    2/28/2012 10:22:00AM
Resulted:    2/28/2012 11:22:00AM
Verified By: Oberstein, Robert
Auto Verify: N

US Soft Tissue Head/Neck Thyroid - OFFICE

Stage:    Final

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| US Soft Tissue Head/Neck Thyroid - OFFICE | | | |

Realtime Ultrasound
Indication:  f/u nodules
Right lobe:  again show multiple <5mm cysts and nodules.  there is a predominantly
cystic mass in the low-mid pole measuring 1.4 x 1.5 x 1.7 cm.  In the upper pole is a
hypoechoic mass which measures 0.7 x 0.6 x 0.9 cm with smooth borders and no
calcifications.  Left lobe:  several <5mm cysts and nodules.  In the upper lobe is an
iso-echoic nodule measuring 1.6 x 1.3 x 2.05 cm with no calcifications and smooth
borders.  In the medial mid lobe is a hypoechoic nodule measuring 0.9 x 0.7 x 1.2 cm
with no calcifications and smooth borders.
Summary:  Multinodular goiter revealing nodules which are slowly growing.
Performed and interpreted by R.Oberstein,MD

22 .q   678 .ON                    1081745098 VIQ OQN3RJOQ3 BV)        WA04:8  2102 .71 .VON

09/09/2015 02:31 pm                    HALEY SPEARS DOB REDACTED                    Liberty004072

# Endocrinology - Retreat Ave - Connecticut Multispecialty Group

100 Retreat Ave, Suite 400
Hartford, CT 06106
(860) 547-1278

Patient: SPEARS, HALEY A
1008 TROUT BROOK DRIVE
WEST HARTFORD, CT 061191244

Age/Sex/DOB: 34 yrs F  REDACTED
EMRN: 1800184
OMRN: 1800184
Home: (260) 308-2050
Work:

## Results

Lab Accession #     0001
Ordering Provider:  Oberstein, Robert
Performing Location: Office

Collected:   10/8/2010 12:17:00PM
Resulted:    10/8/2010 12:17:00PM
Verified By: Oberstein, Robert
Auto Verify: N

US Soft Tissue Head/Neck Thyroid – OFFICE

Stage:   Final

| Test | Result | Units | |
|------|--------|-------|---|

US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime ultrasound
Indication:  f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm.  Additionally,
there is a right sided cystic nodule measuring 1.1 x 1.2 x 1.5 cm without
calcifications and almost entirely cystic.  On the left is a solid, isoechoic nodule
with smooth borders and a halo without calcifications which is superficial in the mid
lobe.  It measures 1.3 x 1.0 x 1.7 cm.  There is a complex nodule more inferiorly on
the left which is 0.8 x 0.6 x 1.0 cm.
Summary:  MNG without significant change.
Performed and interpreted by R. Oberstein, MD

Printed by: jdelarso  |  6/26/2012 12:03:00PM

Page 1 of 1

09/09/2015 02:31 pm     HALEY SPEARS DOB REDACTED     Liberty004073     84/186



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinolcrinology
Paul Lubitson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferranti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 03/12/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fascitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
Pt notes a bit better but maybe not
is missing the armour frequently including the past 4 days.  maybe >1/2 of doses over past 2 months.

**ROS**
No tremor
no palp.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Singulair 10 MG Oral Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Intramuscular Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Ultram 50 MG Oral Tablet;; RPT
Migranal 4 MG/ML Nasal Solution;; RPT
Lunesta 1 MG Oral Tablet;; RPT
Armour Thyroid 60 MG Oral Tablet;; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT.
**PMH**

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06105 Phone: (860) 547-1278   Fax: (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

No change to PMH.
**Vital Signs**
Recorded by Carrero,Katherine on 12 Mar 2010 03:00 PM
BP: 106/64, RUE, Sitting.
HR: 64 b/min, R Radial, Norm.
Height: 64.25 in, Weight: 113 lb, BMI: 19.2 kg/m2.
BSA Calculated: 1.54 .
BMI Calculated: 19.25 .
**Physical Exam**
    Patient was not observed to be obese.
    General appearance: normal.
    A memor was seen.
**Results**
Reviewed related lab results during this encounter
teh 2.3 and 2.2 before and after armour.
**Assessment**
    • Hashimoto's thyroiditis (245.2)·
Well__ ,
no need for the med prior and no sign of need now
Would recommend staying off the armour
TSH in 2 months and then yearly if normal

nodule is likely smaller
I'u the u.s. at #'n in late october

cc Dr Giannini.
**Orders**
TSH - 11661; Requested for: 12 Mar 2010.
Free T4 - 11778; Requested for: 12 Mar 2010.
T3, Total - 11779; Requested for: 12 Mar 2010.
Follow-up visit other; Requested for: 12 Mar 2010.
**Plan**
TIME SPENT (face to face) : 30 minutes
Greater than 50% of time spent counseling/discussion. Amended : Robert Oberstein M.D.; 03/12/2010 3:46 PM EST.
**Past Meds**
Folic Acid 1 MG Oral Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED FOR PAIN; Qty20; R0; RPT.
Hydroxychloroquine Sulfate 200 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Qty60; R0; RPT.
Iophen C-NR 100-10 MG/5ML Oral Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS NEEDED; Qty240; R0; RPT.
Maxalt-MLT 10 MG Oral Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); Qty 12; R0; RPT.
Naprelan 500 MG Oral Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; Qty30; R0; RPT.
Topamax 25 MG Oral Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT BEDTIME X7DAYS; Qty42; R0; RPT.
~~Armour Thyroid 60 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Chemet 100 MG Oral Capsule;TAKE 5 CAPSULES EVERY 8 HOURS; Qty15, R0; RPT.~~
~~Doxycycline Hyclate 100 MG Oral Tablet; Qty28; R0; RPT.~~
~~Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; Qty30; R0; RPT.~~
~~Lunesta 3 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME; Qty 5; R0; RPT.~~

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

2

### RE: SPEARS, HALEY A.

Megron 750 MG/5ML Oral Suspension;TK ONE 1 EA PO BID; Qty 255; R0; RPT.
Singulair 5 MG Oral Tablet Chewable;TAKE 1 TABLET TWICE DAILY; Qty 66; R0; RPT.
Vitamin D 50000 UNIT CAPS;TAKE 1 CAPSULE EVERY WEEK; Qty ½; R0; RPT.
**Signature**
Electronically signed by : Robert Oberstein M.D.; 03/12/2010 3:44 PM EST.
Electronically signed by : Robert Oberstein M.D.; 03/12/2010 3:46 PM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106 Phone: (860) 547-1278.   Fax: (860) 547-1301
Other Clinical Sites' 533 Cottage Grove Road, Bloomfield, CT 06002

3

NOV. 21. 2012 8:39AM   CWS EDGCRENDO DIV 8605471301   NO. 879   P. 11



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinolcrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Ferrarotti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/08/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up.  She would also like to discuss labs.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71)s ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
No change in neck but feels like she has heavier swallow when the fluid comes back in the nodule,  and it goes away after the drainage.
**ROS**
No voice changes lately.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI-INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY; RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Lunesta 1 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT.
**PMH**
No change to PMH.
**Vital Signs**

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106   Phone: (860) 547-1278   Fax: (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

1

NOV. 21. 2012  8:39AM    CMG EDOCRENDO DIV 8605471301

NO. 879    P. 12