# EXHIBIT A

# Part 5

RE: SPEARS, HALEY A.

Recorded by Carrero,Katherine on 08 Oct 2010 11:52 AM
BP: 120/74, RUE, Sitting.
HR: 76 b/min. R Radial. Regular.
Weight: 121.6 lb.

**Physical Exam**
    The thyroid had a nodule on left, tcm and min paip on right lower.
    The cervical lymph nodes were not enlarged.
    No tremor was seen.
    The affect was normal.

**Results**
T3, Total - 11779  07 Oct 2010 05:17 PM
- T3, TOTAL: 99  76-181  N
Free T4 - 11778  07 Oct 2010 05:17 PM
- T4, FREE: 1.0  0.8-1.8  N
TSH - 3RD GENERATION  07 Oct 2010 05:17 PM
- TSH, 3RD GENERATION: 2.02   N.
US Soft Tissue Head/Neck Thyroid - OFFICE  08 Oct 2010 12:17 PM
- US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime ultrasound
Indication: t/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm. Additionally, there is a right sided cystic
nodule measuring 1.1 x 1.2 x 1.5 cm without calcifications and almost entirely cystic. On the left is a solid.
isoechoic nodule with smooth borders and a halo without calcifications which is superficial in the mid lobe. It
measures 1.3 x 1.0 x 1.7 cm. There is a complex nodule more inferiorly on the left which is 0.8 x 0.6 x 1.0 cm.
Summary:  MNG without significant change.
Performed and interpreted by: K. Oberstein, MD.

**Assessment**
    - Hashimoto's thyroiditis  (245.2)
    - Nontoxic multinodular goiter  (241.1)
MNG is stable without signif change.  no further w/u now
Thryoid function indicated low level in august but now back to normal.

**Orders**
TSH - 11661; Requested for: 08 Oct 2010.
Free T4 - 11778; Requested for: 08 Oct 2010.
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 08 Oct 2010.
Follow-up visit order; Requested for: 08 Oct 2010.

**Plan**
Lab in 2 mo as the tft's are fluctuating
Likely will need LT4 soon

Call if any change in neck
U.S. next year.

**Signature**
Electronically signed by: Robert Oberstein M.D.; 10/08/2010 12:22 PM EST.

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   Fax: (860) 547-1304
Other Clinical Sites: 633 College Grove Road, Bloomfield, CT 06002

2

09/09/2015 02:31 pm          HALEY SPEARS DOB REDACTED          Liberty004078          89/186



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinolcrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Feriaruti, APRN Anita Saloma, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/28/2012

**Reason For Visit**
Patient is being seen today for thyroid follow-up. She would also like to discuss labs.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto'S Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fascitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
No change in neck.
**ROS**
No dysphagia.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Rec: 28Feb2012. List Reconciled and Reviewed.
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVEINJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release;TAKE 1 TABLET EVERY DAY; RPT
Bicillin L-A 1200000 UNIT/2ML Intramuscular Suspension;inject every 10 days; RPT
Lyrica 100 MG Oral Capsule;TAKE 1 CAPSULE DAILY; RPT
Voltaren 1 % Transdermal Gel;APPLY 1 INCH AS DIRECTED; RPT
Tretinoin 0.025 % External Cream;; RPT
Butalbital-APAP 50-325 MG Oral Tablet;TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR COMFORT.;
RPT
Hydroquinone 4 % External Cream;apply at bedtime; RPT.
*Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106 Phone: (860) 547-1278   Fax: (860) 547-1381*
*Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002*

1

09/09/2015 02:31 pm          HALEY SPEARS DOB REDACTED          Liberty004079     90/186

RE: SPEARS, HALEY A.

**Vital Signs**
Recorded by Carrero, Katherine on 28 Feb 2012 09:40 AM
BP: 120/70, RUE, Sitting.
HR: 68 b/min, R Radial, Normal,
Height: 65.000000 in, Weight: 126.000000 lb, BMI: 21 kg/m2,
BSA Calculated: 1.62 ,
BMI Calculated: 20.99.
**Results**
Free T4 - 11778  31 Jan 2012 03:57 PM
- T4, FREE: 0.9  Reference Range: 0.8-1.8  Flag: N
TSH (3rd Generation)  31 Jan 2012 03:57 PM
- TSH, 3RD GENERATION: 1.69  Flag: N.
US Soft Tissue Head/Neck Thyroid - OFFICE  28 Feb 2012 10:22 AM
▸ US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime Ultrasound.
Indication: f/u nodules
Right lobe: again show multiple <5mm cysts and nodules. there is a predominantly cystic mass in the low-mid pole
measuring 1.4 x 1.5 x 1.7 cm. In the upper pole is a hypoechoic mass which measures 0.7 x 0.6 x 0.9 cm with
smooth borders and no calcifications. Left lobe: several <5mm cysts and nodules. In the upper lobe is an
iso-echoic nodule measuring 1.6 x 1.3 x 2.05 cm with no calcifications and smooth borders. In the medial mid lobe
is a hypoechoic nodule measuring 0.9 x 0.7 x 1.2 cm with no calcifications and smooth borders.
Summary: Multinodular goiter revealing nodules which are slowly growing.
Performed and interpreted by: R.Oberstein,MD.
**Assessment**
• Nontoxic multinodular goiter  (241.1)
Nodules are starting to get concerning

euthyroid.
**Orders**
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 28 Feb 2012.
Follow-up visit other; Requested for: 28 Feb 2012.
**Plan**
F/u sooner than later.
6 months and likely fna if left nodules not shrinking.
**Signature**
Electronically signed by : Robert Oberstein M.D.: 02/28/2012 11.28 AM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 08109  Phone: (860) 547-1273  Fax: (860) 547-1381
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

HALEY SPEARS DOB REDACTED                    Liberty004080

09/09/2015 02:31 pm



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

**Division of Endocrinolcrinology**
Paul Lahfason, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferracetti, APRN Anita Salerno, APRN

**Name: HALEY A. SPEARS**
**DOB:** REDACTED
**Date of Appt: 01/21/2009**

**Consult Letter**
Dear Dr. Evan Schiff

Thank you for asking me to see HALEY SPEARS today in consultation for thyroid nodules.
**Active Problems**
   Ulcerative colitis  (356.9).
   Fatty liver  (571.8).
   Thyroid cyst  (246.2).
   Systemic lupus erythematosus  (710.0),
   Plantar fasciitis  (728.71), ? separate from other conditions.
   Migraine headache  (346.90); new in fall 08.
   Considered demyelinating disorders.  (341.9); nci lesion is concerning.
**HPI**
First noted to have a goiter in 2004 during work-up for severe, acute swelling condition.  Nodules noted by exam but no u.s. by Dr Diez and then went to Dr Grey.  3 samplings but 2 cytologies for cyst and they were 'normal.'  All 3 aspirations were on the left.
More recently U.S. showed multinodular goiter with cysts and a solid nodule on left (U.S. done as f/u to MRI incidentally).
**ROS**
Very poor energy
and poor memory and concentration.
gi issues ongoing
some dryness
hair stable
vision:  blurred on and off with migraine or movement
migraines on and off
hearing seems clogged on occ
ringing in ears on occ
menses normal in past but very irreg for 4 months
else neg.
**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily: Qty0; R0; RPT.
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY: Qty0;R0; RPT.
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY: Qty0; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Zofran 8 MG Tablet;As needed; Qty0; R0; RPT.
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weely; Qty0; R0; RPT.
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME: Qty0; R0; RPT.
Prova 2.5 MG Tablet;As needed; Qty0; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 08108  Phone: (860) 547-1278  Fax: (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

Zomig TABS;As needed; Qty0; R0; RPT.
Imitrex 100 MG Tablet;As needed; Qty0; R0; RPT.
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY; Qty0; R0; RPT.
Singulair 10 MG Tablet;; Qty0; R0; RPT.

**PMH**

History of acute gastric ulcer which is resolved (531.30).

**Family Hx**

No thyroid disorder
Osteoporosis mother
No autoimmune disease.

**Personal Hx**

Behavioral history: Daily coffee consumption 1 a month.
Work: Occupation adminst.
Marital: Single.

**Vital Signs**

Recorded by ymonfalvo on 21 Jan 2009 11:06 AM
HR: 70 b/min, R Radial,
Height: 64.5 in, Weight: 124.8 lb, BMI: 21.1 kg/m2.

**Physical Exam:**

**Standard Measurements:**

° Patient was not overweight.

**General appearance:**

° Normal.

**Neck:**

Thyroid: • Showed abnormalities cobblestone texture without distinct dominant nodule.

**Eyes:**

General/bilateral:
Extraocular Movements: ° Normal.
Anterior Orbit / Periorbit: ° No proptosis.
External Eye: ° No lid lag was seen.

**Lungs:**

° Clear to auscultation.

**Cardiovascular system:**

Heart Rate And Rhythm: ° Normal.
Edema: ° Not present

**Neurological:**

Motor: ° No tremor was seen.
Reflexes: ° Knee jerk was normal bilaterally.

**Psychiatric Exam:**

° Affect was normal

**Results**

Reviewed related lab results during this encounter
Reviewed related radiology results during this encounter
Reviewed related office notes from referring provider  during this encounter.

**Assessment**

• Endocrine lab tests revealed nonspecific abnormal findings  (794.6). TPO ab elevated
• Hashimoto's thyroiditis  (245.2)
• Nontoxic multinodular goiter  (241.1)

She does have hashimoto's based on the antibody testing and should have periodic testing of TSH going forward.
The nodule may be solid on the left but I'm concerned that it may not be. I will get the films before proceeding but
she will likely need an FNA of the 1.8 cm nodule.
We discussed these issues in detail

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT  06106  Phone: (860) 547-1278   Fax (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

NOV. 17. 2012  8:37AM     CMG EDOCREHNDO DIV 8605471301        NO. 879    P. 3

## RE: SPEARS, HALEY A.

I doubt that adrenal insufficiency could be contributing to any of her GI symptoms, but we'll get an AM cortisol level to make sure.

**Orders**
Follow-up visit in 1 month.
25- Hydroxy Vitamin D, EIA - 10711.
Cortisol, AM - 11662.

**Plan**
Dear Dr Schiff
Thank you again for allowing me to participate in Ms. SPEARS's care. If you have any questions, please feel free to contact.
Sincerely
Rob

Copy of this report was sent to the health care provider requesting this consultation as well as to the patient's Dr Kage and Dr O'brien.

**Signature**
Signed By: Robert Oberstein M.D.- 01/21/2009 11:57 AM EST.

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

3



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinolcrinology
Paul Labinson, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferraroti, APRN Anita Golenia, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/13/2009

**Reason For Visit**
Patient is being seen today for thyroid follow-up.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9);
**HPI**
Patient just had lumbar puncture and other testing.
some ongoing breathing issues, mostly nasal.
**ROS**
No change in neck
no no new thyroid symptoms.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Amitiza 24 MCG Capsule;2 tablets 3 times daily; RPT
Asacol 400 MG Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Tablet;As needed; RPT
B12 Liquid Health Booster 1000 MCG/15ML Liquid;injection 1 weely; RPT
Pepcid AC Maximum Strength 20 MG Tablet;TAKE 2 TABLET BEDTIME; RPT
Freva 2.5 MG Tablet;As needed; RPT
Zomig TABS;As needed; RPT
Imitrex 100 MG Tablet;As needed; RPT
Folic Acid 1 MG Tablet;TAKE 1 TABLET DAILY.; RPT
Singulair 10 MG Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY: RPT
Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution;INHALE 2 PUFS EVERY 4-6 HOURS AS NEEDED;
RPT
Iophen C-NR 100-10 MG/5ML Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS
NEEDED; RPT

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278  *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

NOV. 21, 2012  8:37AM    CME EDOCRENDO DIV 8605471301                              NO. 679   P. 5

## RE: SPEARS, HALEY A.

Maxalt-MLT 10 MG Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); RPT
Advair Diskus 100-50 MCG/DOSE Miscellaneous;INHALE 1 PUFF EVERY 12 HOURS; RPT
Hydrocodone-Acetaminophen 5-500 MG Tablet;TAKE 1 TO 2 TABLETS EVERY 6 HOURS AS NEEDED FOR PAIN; RPT
Naprelan 500 MG Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; RPT
Nortriptyline HCl 25 MG Capsule;TAKE 1 CAPSULE AT BEDTIME; RPT
Topamax 25 MG Tablet;1 TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT BEDTIME X7DAYS; RPT
Topamax 100 MG Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Migranal 4 MG/ML Solution;USE 1 SPRAY IN EACH NOSTRIL, REPEAT IN 10-15 MINUTES; RPT.
**PMH**
No other changes to PMH.
**Vital Signs**
Recorded by smontalvo on 13 Feb 2009 03:10 PM
BP:112/78, RUE, Sitting.
HR: 74 b/min, R Radial.
Weight: 126 lb.
**Results**
U.s. films reviewed with patient and mom.
**Assessment**
    • Hashimoto's thyroiditis (245.2)
    • Nontoxic multinodular goiter (741.1)
Explained and discussed issues with pt and mom
f/u next week
tsh with other labs in 3 weeks.
**Orders**
TSH Reflex to Free T4 - 11619.
**Plan**
FNA by U.S. Guidance of left nodule: Risks were explained to the patient. Standard technique was used with ethyl chloride spray for topical anesthesia and 2 passes of 25 ga needle under direct visualization. The yield was limited. Fluid obtained was  The patient tolerated the procedure well and there were no complications. Patient to call in 2 days to review results.
**Past Meds**
Azithromycin 250 MG Tablet;TAKE 2 TABLETS TODAY THEN, TAKE 1 TABLET EVERY DAY FOR 4 DAYS; Qty6; R0; RPT.
Fluticasone Propionate 50 MCG/ACT Suspension;USE 2 SPRAYS EACH NOSTRIL;DAILY; Qty16; R0; RPT.
Gabapentin 100 MG Capsule;TAKE 9 CAPSULE DAILY; Qty0; R0; RPT.
Gabapentin 600 MG Tablet;TAKE 1/2 TABLET 2 TIMES A DAY FOR 1 WEEK THEN TAKE 1 TABLET 2 TIMES A DAY AS TOLERATED; Qty53; R0; RPT.
Maxalt TABS;As needed; Qty0; R0; RPT.
Nasacort AQ 55 MCG/ACT Aerosol Solution;USE 2 PUFFS PER NOSTRIL ONCE A DAY EVERY MORNING; Qty17; R0; RPT.
PredniSONE 18 MG Tablet;SEE ATTECHED SHEET FOR INSTRUCTIONS; Qty37; R0; RPT.
PredniSONE 20 MG Tablet;USE ATTACHED SHEET FOR DIRECTIONS; Qty20; R0; RPT.
**Signature**
Signed By: Robert Oberstein M.D.; 02/13/2009 4:09 PM EST.

**Main Office:** 100 Retreat Avenue, Suite 400, Hartford, CT 06106 Phone: (860) 547-1278   Fax: (860) 547-1301
Other Clinical Sites  532 Cottage Grove Road, Bloomfield, CT 06002

2



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

Division of Endocrinolcrinology
Paul Labinson, DO  Robert Oberstein, MD  Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferraretti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/26/2009

**Reason For Visit**
Patient is being seen today for thyroid follow-up.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Normal Routine History And Physical Adult (V70.0)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
Generally doing well
started the armour 3 wks ago and has a 2+mo supply left
noted increase in energy

notes the neck is about the same.
**ROS**
Occ palpatations but also had it before and was told it is from the lyme disease
no tremor.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
Pepcid AC Maximum Strength 20 MG Oral Tablet;TAKE 2 TABLET BEDTIME; RPT
Folic Acid 1 MG Oral Tablet;TAKE 1 TABLET DAILY.; RPT
Singulair 10 MG Oral Tablet;; RPT
EpiPen 0.3 MG/0.3ML (1:1000) Intramuscular Device;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
iophen C-NR 100-10 MG/5ML Oral Liquid;TAKE 1-2 TEASPOONSFUL BY MOUTH EVERY 4-6 HOURS AS
NEEDED; RPT
Maxalt-MLT 10 MG Oral Tablet Dispersible;TAKE 1 TAB BY MOUTH AS NEEDED FOR MIGRAINE MAY

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 647-1278  *Fax:* (860) 547-1301
Other Clinical Sites: 533 Cottage Grove Road, Bloomfield, CT 06002

1

09/09/2015 02:31 pm    HALEY SPEARS DOB REDACTED    Liberty004086    97/186

## RE: SPEARS, HALEY A.

REPEAT IN 2 HOURS AS NEEDED (LIMIT 2/D); RPT
Hydrocodone-Acetaminophen 5-500 MG Oral Tablet;TAKE 1 TO 2 TABLETS EVERY 4 HOURS AS NEEDED
FOR PAIN; RPT
Naprelan 500 MG Oral Tablet Extended Release 24 Hour;TAKE 2 TABLETS AS NEEDED; RPT
Topamax 25 MG Oral Tablet;1TAB AT BEDTIME X7DAYS,2TABS AT BEDTIME X7DAYS,3TABS AT
BEDTIME X7DAYS; RPT
Topamax 100 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME; RPT
Hydroxychloroquine Sulfate 200 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; RPT
Ultram 50 MG Oral Tablet;; RPT
Migranal 4 MG/ML Nasal Solution;; RPT
Lexapro 10 MG Oral Tablet;; RPT
Lunesta 1 MG Oral Tablet;; RPT
Armour Thyroid 60 MG Oral Tablet;; RPT.
**PMH**
No change to PMH.
**Vital Signs**
Recorded by Aponte,Gladys on 26 Aug 2009 02:48 PM
BP:110/74,
HR: 80 b/min,
Weight: 113 lb.
**Results**
Tsh 1.54 in feb 09 and 2.3 in june 09 and ND gave her armour after that.
**Assessment**
 • Nontoxic multinodular goiter   (241.1)
 • Thyroid cyst  (246.2)
Discussed why i don't usually use armour and issues around it being off the market.  for the cyst, no difference on or
off.  as not hypothyroid prior to tx, not likely a real benefit on it.  would recheck level and go from there.
**Orders**
T3, Total  -  11779; Requested for: 26 Aug 2009,
Free T4  -  11778; Requested for: 26 Aug 2009,
TSH - 11661; Requested for: 26 Aug 2009.
Follow-up visit in 6 months; Requested for: 26 Aug 2009.
**Signature**
Electronically signed by : Robert Oberstein M.D.: 08/26/2009 3:18 PM EST.

Main Office: 100 Retreat Avenue, Suite 400, Hartford, CT 06106  Phone: (860) 547-1278  Fax: (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

2

NOV. 21. 2012  8:38AM     CMG EDOCREENDO DIV 8605471301                    NO. 879    P. 8

09/09/2015 02:31 pm                    HALEY SPEARS DOB REDACTED                    Liberty004087     98/186

HEALTHWISE FAMILY CARE

ROCKVILLE FAMILY PHYSICIANS

**CORE ELEMENTS-MEANINGFUL USE**

In 2009 Congress passed the HITECH Act to create uniformity among electronic health records. Asking for your language ensures you and your healthcare providers will be able to communicate clearly. We will be asking about race & ethnicity because some groups are at higher risk of developing certain diseases. This information will be updated in your medical record and will remain confidential.

RACE:   *PLEASE CIRCLE ONE*) : (AMERICAN INDIAN OR ALASKA NATIVE )   ( ASIAN)

(BLACK OR AFRICAN AMERICAN)        (NATIVE HAWAIIAN)      (WHITE)

(OTHER PACIFIC ISLANDER)              OR              (MORE THAN ONE RACE)

ETHNICITY: *PLEASE CIRCLE ONE:*        (Hispanic or Latino)        ( Not Hispanic or Latino)

LANGUAGE: (PRIMARY) _English_

Patient Name: _Haley Spears_

REDACTED

Date of Birth: ___

Date: _11/19/12_

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Tpke, Ste N**
**Vernon, CT 06066**
**Phone:**(860) 872-8321 **Fax:** (860) 979-0056

HIPAA Privacy Restrictions Questionnaire
Healthwise Medical Associates, LLP

Patient Name: HALEY SPEARS   Patient Date of Birth: REDACTED

May we send reminder cards to your home? (Yes)  No
If no, what address should be used: _____

May we call you at work?                           Yes   No  (N/A)
May we call you at home?                          (Yes)  No   N/A
May we call your cell phone?  cell # _____   Yes   No   N/A   only if
If no to any of the above, what number should we call?

May we leave messages (including laboratory results) on your answering machine?   (Yes)  No
May we leave general messages on your answering machine?                          (Yes)  No
May we speak with your spouse or significant other regarding your treatment?       Yes   No   N/A
May we send you a fax?  fax # _____                                        Yes  (No)
May we contact you via email?                                                       Yes  (No)
 If yes, please provide email address: _____

**Please list to whom we may speak with regarding your treatment.**

_____     _____

████████████████████        ████████████

**For restrictions to your protected health information (PHI) other than noted above, please submit your request to the**
**Compliance/Privacy Officer utilizing our "Restriction of Use or Disclosure of Protected Health Information (PHI)**

**\*NOTE: NO RESTRICTION IS EFFECTIVE UNTIL ACCEPTED BY HEALTHWISE MEDICAL ASSOCIATES, LLP**

# REDACTED

**Patient's Name:** HALEY SPEARS **Patient's Date of Birth:** REDACTED

--------------------------------------OFFICE USE ONLY--------------------------------------

On 11/16/2012, Healthwise Medical Associates, LLP attempted to obtain a written acknowledgement of receipt of the Notice of Privacy Practices from the above-named patient.  We were unable to obtain this acknowledgement because:
[ ] Patient declined to sign this written acknowledgement
[ ] Patient did not understand the request to sign the written acknowledgement
[ ] Notice mailed to patient on _____.
[ ] Other (please specify

_____          _____
Employee Signature & Date          Witness Signature & Date

Friday, November 16, 2012                                        Page 1 / 1



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Ferrarotti, APRN   Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 10/05/2012

### History of Present Illness
Patient presents for follow up of thyroid nodules
here to check u.s. as thyroid may be larger

### Active Problems
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fasciitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

### Review of Systems

ENT: feeling of tightness in the throat, but no difficulty swallowing.
Neurological: tremor not present.

### Allergies
No Known Drug Allergies

### Current Meds
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY AS NEEDED; Therapy: 02May2008 to  Requested for: 05Oct2012
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010)  Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)
Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites 533 Cottage Grove Road, Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

Xopenex HFA 45 MCG/ACT Inhalation Aerosol; As needed; Therapy: 02Oct2012 to
Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009
ZyrTEC Allergy 10 MG Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: 05Oct2012 to

**Past Medical History**
History of Acute Gastric Ulcer 531.30

No change in PMH since last visit.

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

| . | 05Oct2012<br>03:26PM |
|---|---|
| BMI Calculated | 21.14 |
| BSA Calculated | 1.63 |
| Weight | 126 lb 14.4 oz |
| Systolic | 120, RUE, Sitting |
| Diastolic | 80, RUE, Sitting |
| Heart Rate | 72, R Radial |
| Pulse Quality | Normal, R Radial |

**Physical Exam**

Neck: no cervical adenopathy and no supraclavicular adenopathy.

**Results/Data**
**Selected Results**
**10Aug2012 03:37PM**
Free T4 - 11778
    Free T4: 1.16 ng/dl Reference Range 0.80-1.90
TSH - 11661
    TSH, Highly Sensitive: 1.72 mIU/L Reference Range 0.27-4.20
T3, Total - 11779
    T3, Total: 98 ng/dl Reference Range 80-200
**05Oct2012 03:30PM**
US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE: Realtime Ultrasound - High ResolutionIndication: f/u
cysts/nodulesThe right lobe is 6.6 x 1.6 x 1.4 cmThe left lobe is 5.8 x 2.0 x 2.1 cmThe gland is enlarged with
several cysts and nodules and the remaining tissue is heterogenous
in texture. There are numerous subcentimeter nodules which are mostly diffuse and not
definable as distinct nodules In addition to the four described below.The right lobe contains a large complex nodule
which is mostly cystic in the lower pole. There
are smooth borders with some posterior/inferior echogenicity. It measures 1.9 x 1.5 x 1.6 cm
(compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on the right is a smaller
complex nodule which is similarly more cystic than solid with smooth borders and measures 1.0
x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).The left lobe contains 2 definable nodules.  The larger is mid
lobe and mostly solid, isoechoic
with a small central cystic area and no calcifications.  The nodule is 2.4 x 1.5 x 1.5 cm (compared
with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lobe and spongiform in texture
measuring 1.3 x 0.8 x 1.05 cm (compared with 1.2 x 0.7 x 0.9 cm).  Summary:  Multinodular goiter as described
with nodules and cysts which are slowly but
continually growing.Performed and interpreted by R.Oberstein, MD

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT 06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

2

RE: SPEARS, HALEY A.

05 Oct 2012 3:30 PM
  US Soft Tissue Head/Neck Thyroid - OFFICE
    US Soft Tissue Head/Neck Thyroid - OFFICE Realtime Ultrasound - High Resolution
  Indication: f/u cysts/nodules
  The right lobe is 6.6 x 1.6 x 1.4 cm
  The left lobe is 5.5 x 2.0 x 2.1 cm
  The gland is enlarged with several cysts and nodules and the remaining tissue is heterogenous in texture. Th

**Assessment**
  . Nontoxic Multinodular Goiter 241.1

**Plan**
  US Soft Tissue Head/Neck Thyroid - OFFICE  Status: Resulted - Requires Verification  Done: 01Jan0001 12:00AM
  Ordered; For: Nontoxic Multinodular Goiter (241.1); Ordered By: Oberstein, Robert  Due: 29Nov2012

**Discussion/Summary**

Euthyroid. no new medication needed.
MNG is growing and certainly could be causing symptoms. As it is continuing to grow, excision is reasonable. Would
meet with surgeon to discuss. Names given.
I noted that I do not agree with the use of adrenal glandular extract tabs and I'm glad she is off of them.

**Signatures**
  Electronically signed by : Robert Oberstein, M.D.; Nov 19 2012  4:39PM

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  535 Cottage Grove Road, Bloomfield, CT 06002

3

NOV. 19, 2012  5:10PM      CMG EDOCRENDO DIV 860647.301          NO. 701   P. 4

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group
100 Retreat Ave, Suite 400
Hartford,CT 06106
(860) 547-1278

---

### CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:**          **11/19/2012**

**Pages:**          **1**

**To:**            **Kristin Giannini**

**Fax Number:**    **(860)979-0056**

**From:**          **Oberstein, Robert (Endocrinology - Retreat Ave - Connecticut Multispecialty Group)**

**Phone:**         **(860) 547-1278**

**Comment:**

**CONFIDENTIALITY NOTE**

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

# Endocrinology - Retreat Ave - Connecticut Multispecialty Group

**100 Retreat Ave, Suite 400**
**Hartford,CT 06106**
**(860) 547-1278**

| | | | |
|---|---|---|---|
| **Patient:** | SPEARS, HALEY A | **Age/Sex/DOB:** | 35 yrs  F  REDACTED |
| | 1008 TROUT BROOK DRIVE | **EMRN:** | 1800184 |
| | WEST HARTFORD, CT 061191244 | **OMRN:** | 1800184 |
| | | **Home:** | (860) 308-2050 |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | 0001 | **Collected:** | 10/5/2012  3:30:00PM |
| **Ordering Provider:** | Oberstein,Robert | **Resulted:** | 11/19/2012  8:52:00AM |
| **Performing Location:** | Office | **Verified By:** | Oberstein, Robert |
| | | **Auto Verify:** | N |

**US Soft Tissue Head/Neck Thyroid - OFFICE**                      **Stage:**          **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| US Soft Tissue Head/Neck Thyroid - OFFICE | | | |

Realtime Ultrasound - High Resolution
Indication:  f/u cysts/nodules
The right lobe is 6.6 x 1.6 x 1.4 cm
The left lobe is 5.8 x 2.0 x 2.1 cm
The gland is enlarged with several cysts and nodules and the remaining tissue is
heterogenous in texture.  There are numerous subcentimeter nodules which are mostly
diffuse and not definable as distinct nodules in addition to the four described below.
The right lobe contains a large complex nodule which is mostly cystic in the lower pole
There are smooth borders with some posterior/inferior echogenicity.  It measures 1.9 x
1.5 x 1.6 cm (compared with 1.7 x 1.5 x 1.4cm in February 2012).  In the upper pole on
the right is a smaller complex nodule which is similarly more cystic than solid with
smooth borders and measures 1.0 x 0.6 x 0.8 cm (compared with 0.9 x 0.6 x 0.7 cm).
The left lobe contains 2 definable nodules.  The larger is mid lobe and mostly solid,
isoechoic with a small central cystic area and no calcifications.  The nodule is 2.4 x
1.5 x 1.5 cm (compared with 2.05 x 1.3 x 1.6 cm).  The smaller nodule is low in the lob
and spongiform in texture measuring 1.3 x 0.8 x 1.05 cm (compared with 1.2 x 0.7 x 0.9
cm).
Summary:  Multinodular goiter as described with nodules and cysts which are slowly but
continually growing.
Performed and interpreted by R.Oberstein, MD

Printed by: roberst  |  11/19/2012  4:33:00PM                                              Page 1 of 1

From CLP MODEM 9            Sat 11 Aug 2012 07:08:31 AM EDT            Page 4 of 4

KRISTIN GIANNINI, MD
ROCKVILLE FAMILY PHYSICIANS
520 HARTFORD TURNPIKE
VERNON, CT  06066

Clinical Laboratory Partners, LLC
CT LICENSE OL-0080 / OLIA# 07DOO84087

129 Patricia M. Genova Drive
Newington, CT 06111
1-800-286-9800
860-696-8020

Patient Name:
**SPEARS, HALEY**

| | |
|---|---|
| Physician: **OBERSTEIN, ROBERT** | |
| Accession: ANC26035 | Sex: **FEMALE** |
| Req. #: 2595873 | Date of Birth: REDACTED |
| Collected: 08/10/2012 15:47 | Age: 34 |
| Reported: 08/11/2012 00:10 | Patient Phone: 8603082050 |
| Unit/Floor: CORELAB | Patient ID #: AN026035 |
| | Med. Rec. #: 1800184 |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| Reprinted on: 08/11/2012 07:04 | | | | |
| **Non-Fasting Specimen** | **FINAL REPORT** | | | |
| **TSH, Highly Sensitive** | 1.72 | mIU/L | 0.27-4.20 | |
| **T4, Free** | 1.15 | ng/dL | 0.80-1.90 | |
| **T3, Total** | 98 | ng/dL | 80-200 | |

CC to: KRISTIN GIANNINI, MD.  Test(s) originally ordered by: ROBERT OBERSTEIN, M.D.

CC to: Separate Copy Sent to Patient
ZANE H SAUL, MD
BERNARD RAXLEN, MD

Testing Location(s):
Clinical Laboratory Partners - 129 Patricia M. Genova Drive   Newington, CT 06111 860-696-8020 CLIA #:07D0094387 CL-0385
Bradford Sherburne, MD Medical Director

Phlebotomy charge applied

SPEARS, HALEY            Route: 9000            Page: 1 (last)

## Endocrinology - Retreat Ave - Connecticut Multispecialty Group
100 Retreat Ave, Suite 400
Hartford,CT 06106
(860) 547-1278

### CONFIDENTIAL PATIENT INFORMATION

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:**          8/10/2012
**Pages:**          2

**To:**          **Kristin Giannini**
**Fax Number:**   **(860)979-0056**

**From:**          **Oherstein, Robert (Endocrinology - Retreat Ave - Connecticut Multispecialty Group)**
**Phone:**          **(860) 547-1278**

**Comment:**

### CONFIDENTIALITY NOTE

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited.  If you have received this fax in error, please notify us immediately by telephone.  Then either destroy this fax or return it to us by mail.  Thank you.



## Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

### Division of Endocrinolcrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN  Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 08/10/2012

### History of Present Illness
Patient presents for follow up of thyroid dysfunction
not noting much change in neck but less heart racing than in the past and energy is better
Was given adrenal support but felt crazy after it. also given iodine tabs but stopped

### Active Problems
Considered  Demyelinating Disorders 341.9
Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
Fatty Liver 571.8
Hashimoto's Thyroiditis 245.2
Migraine Headache 346.90
Nontoxic Multinodular Goiter 241.1
Plantar Fascitis 728.71
Systemic Lupus Erythematosus 710.0
Thyroid Cyst 246.2
Ulcerative Colitis 556.9

### Review of Systems

no dysphagia but feels the sense of swallowing
no voice chagnes

### Allergies
No Known Drug Allergies

### Current Meds
Butalbital-APAP 50-325 MG TABS; TAKE 1 TABLET EVERY 3-4 HOURS AS NEEDED FOR
COMFORT; Therapy: 16Feb2012 to
Cyclobenzaprine HCl 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED; Therapy:
18Sep2010 to (Evaluate:18Oct2010)
EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
Therapy: 02May2008 to  Requested for: 13Feb2009
Hydroquinone 4 % External Cream; apply at bedtime; Therapy: (Recorded:28Feb2012) to
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution; USE 1 VIAL VIA NEBULIZER 4
TIMES A DAY; Therapy: 02May2008 to  Requested for: 13Feb2009
Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
Therapy: 28Dec2011 to (Evaluate:28Jan2012)
Singulair 10 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: 21Jan2009 to
(Evaluate:16Jan2010)  Requested for: 08Oct2010
Tretinoin 0.025 % External Cream; apply at bedtime; Therapy: 23Jan2012 to
(Evaluate:14Mar2012)
Ultram 50 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY; Therapy: 26Aug2009 to
(Evaluate:25Sep2009)
*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
**Other Clinical Sites** 533 Cottage Grove Road, Bloomfield, CT 06002

1

RE: SPEARS, HALEY A.

Voltaren 1 % Transdermal Gel; APPLY 1 INCH AS DIRECTED; Therapy: 02Sep2011 to
Zofran 8 MG Oral Tablet; As needed; Therapy: 21Jan2009 to  Requested for: 21Jan2009

**Past Medical History**

No change in PMH since last visit, in feb 2012.

**Vitals**
**CMG-Vitals [Data Includes: Current Encounter]**

|                | 10Aug2012 03:09PM |
|----------------|-------------------|
| BMI Calculated | 20.49             |
| BSA Calculated | 1.61              |
| Weight         | 123 lb            |
| Systolic       | 110, RUE, Sitting |
| Diastolic      | 70, RUE, Sitting  |
| Heart Rate     | 68, R Radial      |
| Pulse Quality  | Normal, R Radial  |

**Physical Exam**

Neck: thyroid abnormal (right upper 1.5 cm nodule and cobbly texture elsewhere), but no cervical
adenopathy and no supraclavicular adenopathy.

**Assessment**
Hashimoto's Thyroiditis 245.2
Nontoxic Multinodular Goiter 241.1

**Plan**
Follow-up visit other Evaluation and Treatment  Follow-up  Requested for: 10Aug2012
Free T4  -  11778  Requested for: 10Aug2012
TSH - 11661  Requested for: 10Aug2012

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Aug 10 2012  3:37PM

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT  06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
**Other Clinical Sites** 533 Cottage Grove Road, Bloomfield, CT 06002

2

**ADVANCED ORTHOPAEDICS & SPORTS MEDICINE, P.C.**
**Pedro A. Romero, M.D.**
Sports Medicine – Hand Surgery – Joint Replacement
155 Main Street, Manchester, CT 06042, Telephone: (860) 647-1493
31 Sycamore Commons, Suite 202, Glastonbury, CT 06033, Telephone: (860) 633-1980
FAX: (860) 643-6709

June 12, 2012

RE: Haley Spears

CC: Painful right wrist and right foot.

HISTORY: The patient has multiple comorbidities. She has chronic Lyme disease, Bartonella infection and mycoplasma infection, so she has been taking Levaquin intravenously and the patient has had severe pain and discomfort. She is afraid that this is a reaction to the Levaquin. The patient also has intermittent pain in the right foot aggravated with walking. In the last 24 hours, this has improved. She also had pain in the right wrist with certain motions.

REVIEW OF SYSTEMS: We have reviewed 15 systems on this patient (please see separate page).

MEDICATIONS: We have a list of all her medications on file.

SOCIAL HISTORY: The patient is single.

PAST MEDICAL HISTORY: She has hypothyroidism and the infectious diseases already listed.

ALLERGIES: Azithromycin. She cannot take corticosteroids because is flares up her chronic Lyme disease.

PHYSICAL EXAMINATION:
Vital signs: H: 5 feet 1/2 inch. W: 126 pounds. BP: 130/80. P: 80. R: 20. T: 98.1.
The patient has some tenderness on the extensor tendons of the right wrist with dorsiflexion. However, strength is almost normal. The extensor digitorum is tender in the area from the wrist going to the mid forearm. The rest of the examination of the right hand is entirely normal, color, temperature and turgor. Phalen test and Tinel tests are negative.
Examination of the right foot shows there is tenderness in the metatarsals diffusely. There is no particular area of pain. She also has pain on the origin of the plantar fascia. Circulation of the toes and sensory are normal. Dorsalis pedis and posterior tibialis are normal. The ankle joint is entirely normal.

X-RAYS: X-rays of the right wrist, three views, AP, lateral, and oblique are negative for fracture, dislocation, subluxation, or abnormal calcifications.

X-rays of the right foot, three views, are essentially negative for fracture, dislocation, or subluxation.

Page Two
RE: Haley Spears
June 12, 2012

DIAGNOSIS:
1. Extensor tenosynovitis of the right foot.
2. Tendinitis of the right foot secondary to the use of Levaquin, gastroesophageal reflux, chronic pain syndrome, chronic Lyme disease, chronic Bartonella infection, chronic mycoplasma infection.

MEDICAL DECISION MAKING: This patient does not need any anti-inflammatories. She will use a wrist immobilizer and will use ice packs. She will return to this office in six weeks if she still has significant symptoms in the right wrist. Specific instructions for management of her pain and discomfort were given to her.

Pedro A. Romero, M.D.
PAR/A+/vh

cc:   Kristin Giannini, M.D.
      520 Hartford Turnpike
      Vernon Rockville, CT 06066

APR-19-2012  12:23     HEALTH COMPLEX                          2037537779    P.02

FAXED
APR 1 8 2012



**84 Progress Lane * Waterbury, CT 06705**
**Phone # 203-753-7778 * Fax # 203-753-7779**

## PHYSICIAN'S ORDER FOR NEBULIZER COMPRESSOR & ACCESSORIES

PATIENT NAME: _Haley Spears_                      DATE: _4/18/12_

ADDRESS: _1008 Trout Brook Drive_

_West Hartford  CT 06119_          D.O.B: <u>REDACTED</u>

DIAGNOSIS: _493.90  Asthma_

**EQUIPMENT ORDERED:**          ____ **NEBULIZER COMPRESSOR**

ACCESSORIES ORDERED: _X_ A7013 -Disposable Filter (2 per month)          _X_ A7003 -Disposable Nebulizer (2 per month)

_X_ A7005 -Non Disposable Nebulizer (one every 6 months)          ____ A7015 -Aerosol Mask (1 per month)

____ A7525 -Trach Mask (1 per month)

Other: _____

→ **\*\* LENGTH OF NEED:**  _99_     (99=Lifetime) **\*\***

→ _____          _4/20/12_

PHYSICIAN'S SIGNATURE   (NOT A STAMP)          DATE
_Kristin Giannini, MD_          _860-872-8321   188/6652443_
PHYSICIAN'S NAME          TELEPHONE NUMBER  /  NPI NUMBER
_520 Hartford Tpk_          _Vernon  CT 06066_
PHYSICIAN STREET ADDRESS  _Suite N_          CITY – STATE – ZIP CODE

TOTAL P.02

APR-13-2012  16:57      HEALTH COMPLEX MED                    2033467593    P.01/01

CUSTOMER SERVICE

# Health Complex
## Respiratory Care Services

*Physician Signature Required*

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination, or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify Health Complex immediately by telephone and mail the originals to us at the address below.

## PHYSICIAN'S ORDER FOR NEBULIZER COMPRESSOR & ACCESSORIES

PATIENT NAME: _Haley Spears_          DATE: _4-13-12_

ADDRESS: _1008 Trout Brook Dr._

_West Hartford CT_          D.O.B:

DIAGNOSIS: _493.90_

EQUIPMENT ORDERED : _____ NEBULIZER COMPRESSOR

ACCESSORIES ORDERED:
✓ Disposable Filter                    ✓ Disposable Nebulizer
✓ Non Disposable Nebulizer            ✓ Aerosol Mask
_____ Trach Mask

Other: _____

## **LENGTH OF NEED:** _99_ (99=Lifetime)**

PHYSICIAN'S SIGNATURE (NOT A STAMP)          DATE _4/17/12_

PHYSICIAN'S NAME _K. Giannini_          TELEPHONE NUMBER / NPI NUMBER _1881662443_

PHYSICIAN STREET ADDRESS _520 Hartford Tpk_          CITY - STATE - ZIP CODE _Vernon CT_

84 Progress Lane * Waterbury, CT 06705
Phone # 203-753-7778 * Fax # 203-753-7779

TOTAL P.01

04/16/2012 09:45 am                    HALEY SPEARS DOB                    1/1

APR/06/2C12/3RI 02:06 PM                    FAX No.                         P. 001/001

F A X E D **PRESCRIPTION REFILL REQUEST**

APR 0 9 2012



# BEACON
### PRESCRIPTIONS

This order is only valid if faxed to:          Date: ___4/6/12___

**Beacon Prescriptions**                       Doctor: ___K. Giannini___

543 West Main Street

New Britain, CT 06053                          Fax: ___8dr 875-6271___

**Fax: (860) 229-4488 Phone: (860) 225-6487**

Patient: ___Haley Spears___                    ⟨ Transfer f. CVS ⟩

DOB: _____

|                        | Rx # 1 | Rx # 2 | Rx # 3 |
|------------------------|--------|--------|--------|
| Drug Name/Strength:    | Duo Neb |        |        |
| Quantity:              | 2 box   |        |        |
| Directions:            | 1 vial by Nebulizer Q4° prn | | |
| Day Supply:            | 14      |        |        |
| Additional Refills:    |         |        |        |

MD Signature: _____        Date: 4/9/12

*Any dissemination, distribution, or copying of this communication to anyone other than the intended recipient is strictly prohibited. This message is only for the use of the addressee and may contain confidential information. If you have received this communication in error, please notify us immediately by telephone and destroy all copies of this communication. Thank you.*

2012-03-09 17:29   BEACON PRESCRW.MAIN          1 >> te ID          P 1/1

*Pt has not had filled here and is looking for a refill. Please fill in sig and refills. Sign at bottom*

## BEACON
### PRESCRIPTIONS

Beacon Prescriptions-New Britain
543 West Main Street
New Britain, CT 06053
Phone: (860) 225-6487
Fax: (860) 229-4488

DATE: 3/9/12

Patient: Haley Spears

DOB: **REDACTED**

Doctor: Dr. Giannini

Fax: 860 ~~808-2000~~ 979-0056

****THIS IS FOR A GROUP HOME. PATIENT IS BILLED ON A 4 WEEK CYCLE. CAN WE HAVE REFILLS FOR 6 MONTHS?**

| Drug Name | Quantity | SIG | Additional Refills |
|---|---|---|---|
| Ventolin | # 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MD Signature: _____     Date: _____

**\*\*VALID ONLY IF RECEIVED BY FAX TO (860) 229-4488\*\***

*Any dissemination, distribution, or copying of this communication other than by the intended recipient is strictly prohibited. This message is only for the use of the addressee and may contain confidential information. If you have received this communication in error, please notify us immediately by telephone and destroy all copies of this communication. Thank you.*

02/10/2012 10:53 FAX  860 242 7548       DR JENNIFER PENNOYER                    ☑ 001/002

 **JENNIFER W. PENNOYER, M.D.**
*Medical & Surgical Dermatology*
*Laser & Cosmetic Skin Care*

Lynn M. Fairchild, P.A.-C
Jesse E. Hill, P.A.-C

Haley A Spears   DOB: REDACTED:

1/23/12
PROBLEM:  Pigmented nevi
PROBLEM:  Melasma
PROBLEM:  Verruca
PROBLEM:  Congenital nevus – left dorsal hand

S: Patient here for full body skin cancer monitoring. She has a mole that she was born with on the back of her left hand. This was biopsied as benign approximately 10 years ago. She has a wart on her right hand that she would like to have removed and is concerned about pigment on her forehead. She is on oral antibiotics every 10 days for a tick born infectious disease. No personal or family history of atypical moles or skin cancers. Patient reports no recent illness, fever, chills, or malaise. Patient has no other dermatologic concerns and has not noticed any other new suspicious lesions. Medical history, medications and drug allergies have been reviewed and updated.
O: Examination shows well appearing, oriented female in no acute distress. Total body skin exam performed except for genitalia. Moderate solar damage noted. 15 to 20 pigmented macules and papules noted on the scalp, face, chest, abdomen, upper left and right extremities, back and lower left and right extremities. All evenly pigmented throughout and uniformly shaped. No suspicious lesions on today's examination. On the left dorsal hand she has a light and medium brown somewhat irregularly shaped 2.5 cm. plaque. Photos taken. Light brown patchy hyperpigmentation on the forehead and to a lesser extent on the cutaneous lip. 3 mm. verrucous papule on the right 5th DIP.

A/P: Reviewed warnings signs and risk factors for skin cancer and melanoma as well as sun protection practices. Patient was counseled to perform monthly skin self examination. If there are any new or changing moles noted before next appointment, patient will call our office. Single verruca treated with liquid nitrogen therapy. Wound care instructions reviewed. We will continue to monitor congenital nevus for changes annually. Discussed melasma on the forehead. Prescribed Tretinoin .025% cream mixed with hydroquinone 4% at night topically. Also discussed importance for sunscreen in the morning.
RTC, 1 year, sooner prn problems. LMF/sd

DICTATED BUT NOT READ.

cc: Dr. Christian Giannini

$860 - 979 - 0056$

701 Cottage Grove Road  Building E, Suite 110  Bloomfield, CT  06002  Telephone (860) 243-3020  Fax (860) 243-3002

HEALTHWISE MEDICAL ASSOCIATES, LLP
ROCKVILLE FAMILY PHYSICIANS
KRISTIN GIANNINI, MD
SUSAN IZZO, APRN
ANDREA SADOWSKI, PA-C
NICOLE GRILLI, PA-C

520 HARTFORD TURNPIKE, SUITE M
VERNON, CONNECTICUT
06066

FACSIMILE TRANSMITTAL SHEET

TO: Health Complex    FROM:

COMPANY:    DATE: 11/16/2011

FAX NUMBER:    SENDER'S FAX #

1800 221 3003

860-875-6271

RECIPIENT PHONE NUMBER:    SENDERS PHONE NUMBER:

860-872-8321

RE: Haley Spears    TOTAL PAGES: 2

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY

NOTES/COMMENTS:

860-930-0887 cell
860 308-2050

— Delivery for 11/17/2011

FAXED
NOV 17 2011

FAXED
NOV 16 2011

HEALTHWISE MEDICAL ASSOCIATES, LLP
ROCKVILLE FAMILY PHYSICIANS.
KRISTIN GIANNINI, MD
FAXED.
NOV 14 2011
SUSAN IZZO, APRN
ANDREA SADOWSKI, PA-C
NICOLE GRILLI, PA-C

520 HARTFORD TURNPIKE, SUITE M
VERNON, CONNECTICUT
06066

FACSIMILE TRANSMITTAL SHEET

TO: _Prompt care_          FROM: _Linnette_

COMPANY:                   DATE: _11/14/2011_
FAX NUMBER:                SENDER'S FAX#

_658 8655_
_860 655-4061_             860-875-6271

RECIPIENT PHONE NUMBER:    SENDERS PHONE NUMBER:

                           860-872-8321
RE: _Haley Spears_         TOTAL PAGES: _2_

URGENT   FOR REVIEW   PLEASE COMMENT   PLEASE REPLY

NOTES/COMMENTS:

_nebulizer order_

10-04-11;04:54PM; ;8606490011 # 1/ 1



Peter S. Buch, M.D. / James W. O'Brien, M.D. / Dawn M.S. Garcia, NP, APRN / Irm Khan, PA-C / Marissa J. Fistola, M.S., PA-C

Date 10/3/11

Dear _Haley Spears_  REDACTED

I have tried to reach you regarding your Asacol.

Please call the office at 860-649-3477
open Monday – Friday 9:00am – 5:00 pm.  Thank you.                      The office is

Sincerely,

Edy

CC: Dr. K. Giannini
      979-0056

355 Main Street, Manchester, CT 06040 / Phone: 860.649.3477 / Fax: 860.649.0011 / www.digestivehealthspecialstsct.com

```
Fax Server              9/9/2011 3:04:52 PM  PAGE  1/001   Fax Server
O:Unknown  COMPANY:
```

## Prescription Solutions

| | | |
|---|---|---|
| | Hours of Operation: | Address: |
| | M-F 5am - 7pm* | 3515 Harbor Blvd |
| | Sat, 6am - 3pm (PST) | M/S CA-106-0286 |
| | **Date:** 09/09/11 | Costa Mesa, CA 92626 |

| To: | KRISTIN GIANNINI | From: | Prescription Solutions |
|---|---|---|---|
| Phone: | (860)872-8321 | Phone: | 1-800-711-4555 |
| Fax: | 8608756271 | Fax: | 1-800-527-0531 |
| Reference #: | PA-5276585 | Specialty Fax: | 1-800-853-3844 |
| RE: | Prior Authorization Request | | |

Patient Name: HALEY SPEARS

Patient ID#: REDACTED

Medication Name: SINGULAIR

Patient DOB: REDACTED

Decision Made: Approved

GPI/NDC: 44505050100520

### Decision Notes:

Singulair 5mg, take as directed alternating from one daily to two daily is approved through 09/09/2012.
Reviewed by: SPB, Pharm.D.

** Note that authorization approval dates are subject to and contingent upon any changes in member's eligibility, plan design, medication formulary status, and/or applicable laws and regulations **

*Specialty Pharmacy is available by phone M-F 5am – 7pm (PST)

Confidentiality Notice:  This electronic fax transmission, including any attachments, contains information from Prescription Solutions that may be confidential and/or privileged, the disclosure of which is governed by applicable law. The information contained in this facsimile is intended only for the sole use of the individual(s) or entity named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited and will be vigorously prosecuted.

If you have received this electronic fax transmission in error, please notify the sender immediately and return the document(s) by mail to Prescription Solutions Privacy Office, 2300 Main St., M/S CA134-0501, Irvine, CA 92614.

Health care information is personal and sensitive information related to a person's health care. If health care information is included with this fax, it is being faxed to you after appropriate authorization or under circumstances that do not require authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without the additional consent of such person whose health care information is attached or as permitted by law is strictly prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Page  l  of  1

HEALTHWISE MEDICAL ASSOCIATES, LLP
ROCKVILLE FAMILY PHYSICIANS
KRISTIN GIANNINI, MD
SUSAN IZZO, APRN
ANDREA SADOWSKI, PA-C
NICOLE GRILLI, PA-C

*Urgent*

F A X  520 HARTFORD TURNPIKE, SUITE M
VERNON, CONNECTICUT
AUG 2 5 2011          06066

## FACSIMILE TRANSMITTAL SHEET

TO: UnitedHeathcare          FROM:

COMPANY: _____          DATE: 8/25/2011

FAX NUMBER:                        SENDER'S FAX #
8609407328

                                  860-875-6271

RECIPIENT PHONE NUMBER:           SENDERS PHONE NUMBER:
REDACTED                          860-872-8321

RE: Haley Spears                  TOTAL PAGES: 2

URGENT     FOR REVIEW     PLEASE COMMENT     PLEASE REPLY

NOTES/COMMENTS:

Please resubmit prior auth
Pt currently on alternating dose
of singular 5mg 1-2 tab QD

**FAXED**

AUG 25 2011

FAXED

AUG 18 2011

United Healthcare

Page 1 of 2

## SINGULAIR
### PRIOR AUTHORIZATION REQUEST FORM
Complete and return via fax to 1-866-940-7328

**SECTION A - PATIENT INFORMATION**

| | | |
|---|---|---|
| First Name: HALEY | Last Name: Spears | Member ID: 901625000x |
| Address: 1098 TROUT BROOK RD | | DOB: |
| City: WEST HARTFORD | State: | Zip: 06119 |
| Phone: 860-xxx-7000 | Sex: REDACTED | Allergies: |
| Family Member: | Patient: | Email: |

Is the requested medication: NEW ☐ or CONTINUATION of THERAPY ☐? If so, how long: 2/24/0069

**SECTION B - PHYSICIAN INFORMATION**

| | | |
|---|---|---|
| First Name: V. | Last Name: | MD/DO: |
| Address: 99 woodland st | City: Hartford | State: CT | Zip: 06069 |
| Phone: 860-xxx-8321 | Fax: 860-xxx-5271 | NPI #: 1881662443 | Specialty: Family Medicine |
| Office Contact Name: | | |

**SECTION C - DRUG INFORMATION**

Medication: SINGULAIR 5MG TABLETS   Strength: mg

Directions for use: one on alternating dose ❋

Diagnosis:
Asthma, allergic rhinitis

- Has the patient been previously treated with oral corticosteroids? Yes
- Did the patient experience an intolerance, adverse reactions, or has a documented contraindication to treatment with an inhaled corticosteroid? No
- Has the patient been previously treated with a second generation antihistamine (e.g. cetirizine, loratadine) and an intranasal corticosteroid (e.g. fluticasone, flunisolide)? Cetirizine
- Did the patient experience an intolerance, adverse reactions, or has a documented contraindication to treatment with a second generation antihistamine and an intranasal corticosteroid? No

**Other Medication Tried**

| Medication | Strength | Duration | Dates of Therapy | Reason for failure/discontinuation |
|---|---|---|---|---|
| Advair | 250 50 | 1 puff x2/day x1.6 | 3/04 - 5/10 | |

Physician's Signature: _____   Date: 8/18/11

Confidentiality notice: This fax message and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure...

Fax Server                    8/16/2011 9:15:48 AM    PAGE    1/001    Fax Server

0:Unknown   COMPANY:

## PrescriptionSolutions

| | |
|---|---|
| Hours of Operation: | Address: |
| M-F 5am - 7pm* | 3515 Harbor Blvd |
| Sat. 6am - 3pm (PST) | M/S CA-106-0286 |
| Date: 08/16/11 | Costa Mesa, CA 92626 |

| To: | KRISTIN GIANNINI | From: | Prescription Solutions |
|---|---|---|---|
| Phone: | (860)872-8321 | Phone: | 1-800-711-4555 |
| Fax: | 8608756271 | Fax: | 1-800-527-0531 |
| Reference #: | PA-5202489 | Specialty Fax: | 1-800-853-3844 |
| RE: | Prior Authorization Request | | |

Patient Name: HALEY SPEARS                Patient DOB: REDACTED
Patient ID#: REDACTED                     Decision Made: Denied
Medication Name: SINGULAIR                GPI/NDC: 44505050100520

### Decision Notes:

Singulair 5mg (chew 1-2 tablets daily: #60 per month) is denied for not meeting the quantity limit
requirement. Your plan allows you to receive #1 per day (or #31 per 31 days). Medication authorization
exceeding your benefit's monthly limit requires one of the following:
(1) For titration purposes; OR
(2) requested strength/dose is commercially unavailable; OR
(3) patient is on a dose alternating schedule.
Reviewed by: PDB, D.Ph.
Note: Singulair 10mg (take one tablet daily) will process at the pharmacy without prior authorization.



- please know –
let pt know if she wants
a refill of 5mg
of 10?

*Specialty Pharmacy is available by phone M-F 5am – 7pm (PST)

Confidentiality Notice: This electronic fax transmission, including any attachments, contains information from Prescription Solutions that may be
confidential and/or privileged, the disclosure of which is governed by applicable law. The information contained in this facsimile is intended only
for the sole use of the individual(s) or entity named above. If you are not the intended recipient or the employee or agent responsible to deliver it
to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly
prohibited and will be vigorously prosecuted.

If you have received this electronic fax transmission in error, please notify the sender immediately and return the document(s) by mail to
Prescription Solutions Privacy Office, 2300 Main St., M/S CA134-0501, Irvine, CA 92614.

Health care information is personal and sensitive information related to a person's health care. If health care information is included with this fax,
it is being faxed to you after appropriate authorization or under circumstances that do not require authorization. You, the recipient, are obligated
to maintain it in a safe, secure and confidential manner. Re-disclosure without the additional consent of such person whose health care
information is attached or as permitted by law is strictly prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject
you to penalties described in federal and state law.

Page    1    of    1

Fax Server          8/16/2011 9:07:25 AM   PAGE   1/004   Fax Server

DEPARTMENT OF HEALTH AND HUMAN SERVICES                                    Form Approved
CENTERS FOR MEDICARE & MEDICAID SERVICES                                   OMB No. 0938-0976



Prescription**Solutions**®

A UnitedHealth Group Company

## Notice of Denial of Medicare Prescription Drug Coverage

8/16/2011

HALEY SPEARS                              Member ID number: REDACTED
1008 TROUT BROOK DR                       Request Reference #: PA-5202489

WEST HARTFORD, CT 06119

We have denied coverage or payment for the following prescription drug or drugs that you or your prescriber requested: SINGULAIR

We denied this request because:

Based on the clinical information provided by you or your prescriber, it has been determined that you do not meet the established criteria for receiving SINGULAIR.

This determination was made based upon our review of your health condition in relation to one or more of these reasons:
- Prior Authorization: Plan approval is required to guide appropriate use of certain drugs or to make sure that the requested drug is covered by Medicare rules.
- Step Therapy: In some cases, the plan requires you to first try certain drugs to treat your medical condition before the plan will cover another drug for that condition.
- Quantity Limits: For certain drugs, coverage is limited to a certain quantity that the plan will cover for a single co-pay or within a defined period of time.

Please talk to your prescriber about this prescription and your medication needs.

Singulair 5mg (chew 1-2 tablets daily; #60 per month) is denied for not meeting the quantity limit requirement. Your plan allows you to receive #1 per day (or #31 per 31 days). Medication authorization exceeding your benefit's monthly limit requires one of the following:
(1) For titration purposes; OR
(2) requested strength/dose is commercially unavailable; OR
(3) patient is on a dose alternating schedule.
Reviewed by: PDB, D.Ph.
Note: Singulair 10mg (take one tablet daily) will process at the pharmacy without prior authorization.

Form No. CMS-10146
Y0066_110216_155738 File & Use 02222011

OVA                          H                          1                          FD/HD

*In Dr's Bin (G)*
*8/15/2011*

Prior Authorization Assistance by

# BEACON
# PRESCRIPTIONS

*Insurance Denied*

**Pharmacy Address:**
543 WEST MAIN STREET
NEW BRITAIN CT 06053

tel  860-225-6487
fax  860-229-4488
email  JLOVELAND@BEACONRX.COM

### COMPLETE THIS FORM ONLINE



## Your patient is unable to start your prescription for Singulair.

## Action requested by 8/15/11.

Dear Prior Authorization staff,

I started the Prior Authorization (PA) form and notified your patient that the medication cannot be dispensed until your office completes the form and submits it to the plan. Please complete the form I started online using the instructions below.

**To complete the PA for Haley Spears:**

1. Go to www.covermymeds.com and click *Enter a key*.

2. Enter the patient's last name and date of birth and the key.

   **Key:** Q93R84
   **Patient Last Name:** Spears
   **DOB:**  REDACTED

3. Complete the form and click 'Fax request'. You will need a free CoverMyMeds account to add a digital signature and efax the form directly to the plan. Follow the prompts to sign-up.

**When you receive a response from the plan, log in to CoverMyMeds and click Archive from your Dashboard to mark the outcome. This will send an automated email to our pharmacy notifying us of the outcome.**

Sincerely,

JACK LOVELAND

FAXED
AUG 18 2011



---

This information is intended solely for the addressee. If you have received this in error, please contact JACK LOVELAND at 860-225-6487 and dispose of this information.

F A X E D

AUG 1 5 2011



UnitedHealthcare
Great Lakes Health Plan

Page 1 of 2

# SINGULAIR
## PRIOR AUTHORIZATION REQUEST FORM
Complete ENTIRE form and Fax to: 866-940-7328

**Today's Date:**

**SECTION A - PATIENT INFORMATION**

| | | |
|---|---|---|
| First Name: Haley | Last Name: Spears | Member ID: 9816158801 |
| Address: 1008 TROUTBROOK RD | | |
| City: WEST HARTFORD | State: CT | Zip: 06119 |
| Phone: 860 308 2050 | DOB: REDACTED | Allergies: |
| Primary Insurer: | Policy #: | Group #: |

Is the requested medication NEW ☐ or a CONTINUATION of THERAPY ☒ If so, start date: 3/56/0009

Is this patient currently hospitalized? ☐ Yes ☒ No

**SECTION B - PHYSICIAN INFORMATION**

| | | |
|---|---|---|
| First Name: Kristin | Last Name: Giovannini | M.D./D.O. |
| Address: 30 Neck Road 530 Hartford Trnpk | City: Vernon | State: CT  Zip: 06066 |
| Phone: 860 872 8321  Fax: 860 875 6271 | NPI #: 1881662443 | Specialty: Family Medicine |
| Office Contact Name / Fax Attention to: Laurie L? | | |

**SECTION C - MEDICAL INFORMATION**

| | |
|---|---|
| Medication: Singulair 5MG Tablets | Strength: 5MG |

Directions for use: 1-2 tab daily

Diagnosis (Please be specific & provide as much information as possible): grn Greene,    ICD-9 CODE: 008.9
Asthma, Allergic Rhinitis    493.9 493.90

- Has the patient been previously treated with an inhaled corticosteroid?  Yes
- Did the patient experience an intolerance/adverse reactions, or has a documented contraindication, to treatment with an inhaled corticosteroid?  NO
- Has the patient been previously treated with a second generation antihistamine (e.g. cetirizine, loratadine) and an intranasal corticosteroid (e.g. fluticasone, flunisolide)? Claritin
- Did the patient experience an intolerance/adverse reactions, or has a documented contraindication, to treatment with a second generation antihistamine and an intranasal corticosteroid?  NO

**Other Medications tried:**

| Medications | Strength | Directions | Dates of Therapy | Reason for failure / discontinuation |
|---|---|---|---|---|
| Advair | 250/50 | 1puff 2x daily | 3/09 – 5/10 | |
| | | | | |
| | | | | |

Physician's Signature: _____    Date: 8/15/11

Confidentiality Notice: This communication contains confidential information belonging to the sender and UnitedHealthcare. This information is intended only for the use of United Healthcare. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action involving the contents of this document is prohibited. If you have received this in error, please notify the sender immediately.

| | | |
|---|---|---|
| Phone: 800-310-6826 | Fax: 866-940-7328 | Website: www.uhcgreatlakes.com |

From 508885292B   To: Kristin Giannini   Page: 1/3   Date: 4/29/2011 5:27:01 PM

# Sleep Medicine Associates, LLC
## Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
## Navasuma Havaligi, MD, MPH
## David R. Hatch, MD, FCCP

112 Spencer Street          Phone (860) 432-5600
Manchester, CT 06040          Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 04/29/2011

CHIEF COMPLAINT:  Haley Spears is here for a follow up visit because of difficulty sleeping.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She started waking at 1 or 1:30pm about 2 weeks, then went to about 12 to 12:30pm.  She states that she then started going to bed much later.  She would watch TV all night feeling unable to fall asleep.

Some afternoons she takes a 3 hour nap.

She has normally taken hydrocortisone upon awakening.

She has tried to take 3 consistent meals, but states that she cannot always meet that.

Continues occasional night sweats, after which she does not want to get out of bed.

There are no new medical problems since last visit.

She has seasonal significant nasal congestion; no cough, sputum, some wheeze,  no shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
    MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.   CNS Lyme.  Anxiety.  On adrenal replacement.

CURRENT MEDICATION LIST:
    LEXAPRO ORAL TABLET 20 MG, EVERY DAY
    SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
    ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
    TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
    PREVACID ORAL PACK 15 MG, 2 Every Morning
    AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
    CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY
    COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
    HYDROCORTISONE 20MG, EVERY DAY
    LOW DOSE NALTREXONE, EVERY DAY
    VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
    BIAXIN
    ERYTHROMYCIN DERIVATIVES

Page 1 of 3

This fax was sent with CFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 5088352928    To: Kristin Giannini    Page: 2/3    Date: 4/29/2011 5:27:01 PM

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                   Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 04/29/2011

PHYSICAL EXAM:
    VITALS:
        VITAL SIGNS:
            VS-PULSE: 68 Right Radial, Regular
            VS-BLOOD PRESSURE: 114/60 Right Arm Sitting
            VS-RESPIRATION: 16
            VS-HEIGHT: 5ft5.25in
            VS-WEIGHT: 126lbs8oz
            BMI: 20.89
        EPWORTH TOTAL:12
    CONSTITUTIONAL:
        GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
    EARS, NOSE, MOUTH AND THROAT:
        EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
        ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
    NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
    RESPIRATORY: Normal respiratory effort. Lungs are clear. There are no wheezes, rales or rhonchi. Breath and chest excursions are symmetrical.
    CARDIOVASCULAR:
        AUSCULATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
        EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
    GASTROINTESTINAL:
        GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
    MUSCULOSKELETAL EXAM:
        HEAD AND NECK: Normal to inspection. No erythema, swelling, or tenderness.
    PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

ASSESSMENT:
    327.00-ORGANIC INSOMNIA UNSPECIFIED
        ASSESSMENT: Generalized illness and body pain are likely contributors.

    327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
        ASSESSMENT: May relate to irregular sleep and to chronic pain.

Page 2 of 3

This fax was sent with CFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 5088352928    To: Kristin Giannini    Page: 3/3    Date: 4/29/2011 5:27:01 PM

### Sleep Medicine Associates, LLC
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                      Phone (860) 432-5600
Manchester, CT 06040                Fax: (860) 432-5622

PatientID:  08181E
Patient Name:  HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service:  04/29/2011

327.23-OBSTRUCTIVE SLEEP APNEA
ASSESSMENT:   AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore. AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally sleep.  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
We reviewed basic strategies for shifting the internal clock, including approaches that either advance or delay the internal clock in an effort to shift back to a more normal sleep schedule.

She will be referred to a sleep psychologist, who can work much more intensively with her in hopes of achieving greater success.

RETURN VISIT:     There is no need to schedule follow-up at this time.  I would be happy to see her in the future should the need arise.

Electronically Signed by: Richard Shoup, M.D. on Friday, April 29, 2011 at 05:20 pm

Page 3 of 3

This fax was sent with CFI FAXmaker fax server. For more information, visit: http://www.gfi.com

```
03-26-11 12:46  `BEACON PHARMACY`  860-229-4488 --> 979-0056          Page 1 o" 1
```

S {3@ &f1SLEY

PATIENT REQUESTS REFILL 03/26/11

---

```
FROM:      BEACON PHARMACY                 |
           543 West Main Street            | ORIG FILL:  02/25/11
           New Britain, CT 06053           | ORIGINAL REFILLS: 5
           860-225-6487 860-229-4488       | LAST FILL:  03/26/11
                                           |
TO:        Giannini, Kristin               |
           29 Naek Road                    |
           Vernon, CT 06066                | PLEASE REVIEW,SIGN
           860-872-2289 979-0056           | AND FAX BACK TO:
           NPI: 1881662443                 | FAX#  860-229-4488
                                           |
PATIENT:   SPEARS, HALEY                   |
           1008 TROUTBROOK RD              | DATE:_____
           West Hartford, CT 06119         |
           860-308-2050   REDACTED         | REFILLS:
                                           | THIS TIME +_____
DRUG: SINGULAIR 5 MG TABLET CHEW           |
QUANTITY: 56     962691  DOB: REDACTED     | Dr._____Dr._____
DIRECTIONS: CHEW 1-2 TABLETS BY MOUTH EVERY|    Substitution     D.A.W.
            DAY                            |
                                           |
                                           |
                                           |
```

---

"THIS ORDER ONLY VALID IF FAXED TO BEACON PRESCRIPTIONS TO THE FAX# BELOW"

FAX#
** 860-229-4488 **

The documents accompanying this fax are CONFIDENTIAL. Information contained in this
transmission belongs to the (pharmacy/ pharmacist)sending the data and is legally p:
The information acommpanying this fax transmission is intended only for the use of 1
individual (or facility) identified as "recipient". The Recipient of this informatio
is prohibited from disclosing, copying, distributing or using this information excep
as permitted by current law governing privacy of information issues. Such informatio
be destroyed after its stated need has been fulfilled, unless otherwise prohibited l
If you have received this fax transmission in error, please notify the "sender" imme
for return instructions.

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

CHIEF COMPLAINT: Haley Spears is here for a 5 week follow up visit.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She has tried keeping a regular wake up time, but states this has been really hard. She stats she is often waking up between noon and 2pm, and her sleep diary sheets show 2:30pm as the most common time.

She reports having more consistency with her sleep compared to before. Her sleep diaries demonstrate a consistent sleep phase delay as a primary issue. She sleeps fairly soundly most nights, but has ongoing pain issues that interfere with sleep.

She has ongoing pain and some nights she has not been able to sleep.

She denies significant nasal congestion; cough, sputum, wheeze, shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
    MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.  CNS Lyme.  Anxiety.  About to start adrenal
        replacement.

CURRENT MEDICATION LIST:
    LEXAPRO ORAL TABLET 20 MG, EVERY DAY
    SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
    ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
    TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
    PREVACID ORAL PACK 15 MG, 2 Every Morning
    AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
    CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY
    COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
    HYDROCORTISONE 20MG, EVERY DAY
    LOW DOSE NALTREXONE, EVERY DAY
    VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
    BIAXIN
    ERYTHROMYCIN DERIVATIVES

PHYSICAL EXAM:
    VITALS:

Page 1 of 4

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

      VITAL SIGNS:
          VS-PULSE: 84 Right Radial, Regular
          VS-BLOOD PRESSURE: 124/62 Right Arm Sitting
          VS-RESPIRATION: 16
          VS-HEIGHT: 5ft5.25in
          VS-WEIGHT: 125lbs8oz
          BMI: 20.72
      EPWORTH TOTAL:16
CONSTITUTIONAL:
      GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished. Affect is normal
and positive. In no acute distress.
EARS, NOSE, MOUTH AND THROAT:
      EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
      ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness,
or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Lungs are clear. There are no wheezes, rales or rhonchi. Breath
and chest excursions are symmetrical.
CARDIOVASCULAR:
      AUSCULATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or
abnormal heart sounds.
      EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
GASTROINTESTINAL:
      GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
MUSCULOSKELETAL EXAM:
      DIGITS/NAILS: No clubbing or cyanosis.
      HEAD AND NECK: Normal to inspection.  No erythema, swelling, or tenderness.
PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able
to give personal history.

ASSESSMENT:
      327.00-ORGANIC INSOMNIA UNSPECIFIED
          ASSESSMENT:  Generalized illness and body pain are likely contributors.

      327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
          ASSESSMENT:  May relate to irregular sleep and to chronic pain.

      327.23-OBSTRUCTIVE SLEEP APNEA
          ASSESSMENT:  AHI – 6.5 (per non-Medicare hypopnea definition) and she did not snore. AHI was

Page 2 of 4

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 03/24/2011

0 per the Medicare hypopnea definition. Clinical relevance doubtful.

327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
ASSESSMENT: A substantial issue. Her internal clock has no regularity. She often sleeps at times when people are normally awaken, and often awake at times people normally sleep. Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:

She should start trying to get up at 1 pm consistently as the next step in regulating her internal clock, to try advancing her sleep phase more slowly. She was unable to succeed with a larger change. She should obtain outdoor bright light for about 1/2 hour upon awakening. After 2 weeks of waking up successfully at 1pm, she can move the time back to noon. She can advance her sleep by 1 hour every 2 weeks, provided she is consistently waking up at the new time. She was given additional sleep diary sheets to help track her progress.

She was advised to take her hydrocortisone upon awakening, and to maintain this pattern as she works to move her sleep time gradually to earlier in the day.

She was instructed to start taking 3 meals a day and to time them to match her sleep pattern, such that breakfast should be daily within the first hour upon awakening, supper about 4 to 5 hours before going to bed at night, and lunch in the middle. This will help additionally to entrain her internal clock.

She was instructed to have dim lights for the last hour or so before bedtime to allow normal dim light melatonin onset. Included was the information to avoid even a computer screen during this time, as that is enough light to affect the internal sleep clock.

She should also establish and maintain a regular bedtime routine for about the last hour before going to sleep.

The possibility of melatonin before bed was discussed briefly, but deferred, as by far the major stimulus to reset the internal clock is light, and melatonin has been shown to add only a small amount of help. Currently she takes a lot of mediations and supplements.

Time with patient over 35 minutes with more than 30 minutes counseling time.

RETURN VISIT: Patient instructed to return in 2 to 3 months.

Page 3 of 4

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Fax: (860) 432-5622

PatientID:  08181E
Patient Name:  HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service:  03/24/2011

Electronically Signed by: Richard Shoup, M.D. on Thursday, March 24, 2011 at 05:08 pm

Page 4 of 4

## Sleep Medicine Associates, LLC
### Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
### Navasuma Havaligi, MD, MPH
### David R. Hatch, MD, FCCP

112 Spencer Street                   Phone (860) 432-5600
Manchester, CT 06040                 Fax: (860) 432-5622

PatientID: 08181E
Patient Name:  HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service:  02/17/2011

### SLEEP MEDICINE CONSULTATION

REFERRED BY: Dr. Kristin Giannini

Dear Dr. Giannini,

Today I had the opportunity to evaluate your patient, Haley Spears, in Sleep Medicine consultation.

CHIEF COMPLAINT:  Haley Spears is seen as a new patient. **The patient complains of difficulty falling and staying asleep.**

HISTORY:

The patient has infrequent snoring from time to time.  She sleeps alone.  She has not been told she has breathing pauses in her sleep.  She does not awaken with gasping sensations.

She reports daytime sleepiness.  She often feels "exhausted" but cannot fall asleep.  Other times she may fall asleep and sleep 12 hours.  She reports occasional drowsiness with driving and denies having had a motor vehicle accident from drowsiness.

The patient denies cataplexy.  She has experience sleep paralysis in the past (at least 3 years ago).  She does not walk in sleep, but does talk in sleep.

She denies restless legs syndrome symptoms.

She has drenching night sweats that may occur several nights a week for several weeks, and then these will go away for several weeks.

She has been on Ambien 10mg, Lunesta 3mg which have not helped.  Melatonin has not helped, nor has Benadryl.

SLEEP STATUS:

Typical bedtime is between 11pm to 8am.  Her bedtime is so varied because she cannot fall asleep.  Some nights she does not bother to go to bed because she is sure she will not be able to sleep.  Other times she tosses and turns an hour or 2 and then gets out of bed.
The patient usually sleeps on his/her sides and back.  Once asleep she normally sleeps from 7 to 14 hours.
Some nights she sleep 3 hours and has had difficulty falling back to sleep.
She states she has no sleep routine, and this in part is related to the fact that she is not working.

Page 1 of 6

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                  Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

She sleeps in the daytime hours at least 3 or 4 days a week.  This depends on if she has doctor's appointments to get to.

She report having this irregular sleep pattern about 2 years.  Before then she slept nightly for about 6 to 8 hours a night, and could fall asleep easily almost anywhere.  Her sleep changed when she developed migraine headaches and cognitive problems.  She eventually underwent a lumbar puncture that demonstrated evidence for CNS Lyme.  She states that multiple doctors have agreed that her symptoms have been consistent.  She was treated on Rocephin for via a PIC line.  She has also been on multiple courses of oral antibiotics.

She had a great deal pain when she was initially treated for CNS lyme.

She may sleep from 3 to 6 hours at a time for several days in a row, and then will sleep about 12 hours the next night.

She does not drink caffeinated beverages or take chocolate on a regular basis.

PAST MEDICAL HISTORY:
     MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.  CNS Lyme.  Anxiety.  About to start adrenal
          replacement.
     SURGICAL:  No previous surgery.

CURRENT MEDICATION LIST:
     LEXAPRO ORAL TABLET 20 MG, EVERY DAY
     SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
     ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
     TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
     PREVACID ORAL PACK 15 MG, 2 Every Morning
     AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
     CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY

CURRENT ALLERGY LIST:
     BIAXIN
     ERYTHROMYCIN DERIVATIVES

SOCIAL HISTORY:
     MARITAL STATUS: Single. Lives alone.  No children.
     TOBACCO USE:  Has no smoking history.

Page 2 of 6

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

| | |
|---|---|
| 112 Spencer Street | Phone (860) 432-5600 |
| Manchester, CT 06040 | Fax: (860) 432-5622 |

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

    ALCOHOL: The patient consumes 1 beverage yearly.
**Previously administrative assistant. On disability.**

FAMILY HISTORY:
    FATHER: The father is living. **Troubles sleeping.**
    MOTHER: The mother is living. **No snoring with either parent.**

REVIEW OF SYSTEMS:
    GENERAL: Normal activity, no change in appetite.
    EYES: No discharge from the eyes, no dryness noted.
    EARS/NOSE/MOUTH/THROAT: No infections, drainage, or ear pain, no significant nasal congestion,
        stuffiness, dryness, discharge, blockage,.
    RESPIRATORY: No cough, no shortness of breath, no wheezing. **Coughs with eating or drinking.**
    CARDIAC: No chest discomfort noted, no chest pain, denies chest pressure, sputum, no dyspnea on exertion,
        no edema, no orthopnea, no palpitations, no tachyarrhythmia.
    GI: No complaints of abdominal pain, no abdominal distention, no bloating, no change in bowel habits, no
        heartburn, no indigestion, no loss of appetite, no nausea, normal stools, no swallowing difficulties, no
        vomiting.
    MUSCULOSKELETAL: No joint complaints, no muscle complaints. **Various pains in neck and back affect**
        **sleep. Has other pains that are variable.**
    NEUROLOGICAL: No decrease in ability to concentrate, no headaches, no loss of consciousness, no
        memory loss, no complaints of muscle weakness, no seizures. **Seizures before treated for CNS Lyme.**
    PSYCHIATRIC: No change in personality, no mood swings.
    ENDOCRINE: No history of excessive thirst or hunger, no history of excessive urination, no temperature
        intolerances, denies significant weight gain, denies significant weight loss. **Usually warmer than colder.**
    HEMATOLOGIC/LYMPHATIC: There are no swollen, painful or tender lymph nodes.
    ALLERGIC/IMMUNOLOGIC: No allergic symptoms, no environmental or seasonal allergies, **spring**
        **allergies, fall allergies.**
    **Ten years ago she weighed about the same as now.**

PHYSICAL EXAM:
    VITALS:
        VITAL SIGNS:
            VS-PULSE: 80 Right Radial, Regular
            VS-BLOOD PRESSURE: 132/88 Right Arm Sitting
            VS-RESPIRATION: 16
            VS-HEIGHT: 5ft5.25in
            VS-WEIGHT: 120lbs6oz
            BMI: 19.88

Page 3 of 6

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street              Phone (860) 432-5600
Manchester, CT 06040           Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

EPWORTH TOTAL:9-16
NECK CIRCUMFRENCE:  12  inches
CONSTITUTIONAL:
GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
HEAD/FACE:  Sinuses are not tender, red or swollen.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL EARS AND NOSE:  External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE:  No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and oropharynx.
NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Clear to auscultation without wheezes, rales or rhonchi. Breath sounds are symmetrical. Percussion tones resonant and symmetrical. Chest excursions are symmetrical.
CARDIOVASCULAR:
PALPATION & AUSCULATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities of the extremities.
GASTROINTESTINAL:
GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
MUSCULOSKELETAL EXAM:
DIGITS/NAILS: No clubbing or cyanosis.
HEAD AND NECK:  Normal to inspection and palpation.  No erythema, swelling, or tenderness. Trachea midline.
SPINE/RIBS/PELVIS:  No kyphosis, lordosis, or tenderness.
NEUROLOGIC:
CRANIAL NERVES: CNs II-XII grossly intact, gait and station are normal. No evident muscle atrophy fasciculations or spasticity.
PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

LAB DATA: Polysomnogram demonstrates **no OSA per Medicare standards and very mild OSA per non-Medicare hypopnea definition.  There were numerous PLMS.**

ASSESSMENT:
327.23-OBSTRUCTIVE SLEEP APNEA

Page 4 of 6

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040               Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

ASSESSMENT:  AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore.  AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

327.00-ORGANIC INSOMNIA UNSPECIFIED
ASSESSMENT:  Generalized illness and body pain are likely contributors.

327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
ASSESSMENT:  May relate to irregular sleep and to chronic pain.

327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally sleep.  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
We discussed strategies for starting to bring stability to her internal clock.  She should start by picking a regular morning wake-up time and the sticking with it very strictly.  It was suggested this be between 6 and 9am.

She was instructed to obtain about 30 minutes of outdoor bright light each morning just after getting up for the day.

She was instructed to start taking her newly-prescribed Cortef (hydrocortisone) when she wakes up in the morning and not later in the day.

She should keep a sleep diary and bring it to her next visit.  This will document how she well she is able to keep a regular wake up time.  It will also help show how the rest of her sleep pattern begins to adjust to the new regular wake up point.  There will be no attempt to restrict afternoon napping at this point.

She was told that these steps are just the initial start in a process that may take a while.  It may make sense eventually for a trial of treating periodic limb movements.  At this time, however, she is about to start several new medications for other reasons, so PLM evaluation can wait.

Thank you for the opportunity to participate in the care of your patient. I plan to see Haley Spears in follow up **in 5 weeks**, and will keep you informed of your patient's progress.

Sincerely,

Page 5 of 6

**Sleep Medicine Associates, LLC**
**Richard M. Shoup, MD, FCCP**
Fellow, American Board of Sleep Medicine
**Navasuma Havaligi, MD, MPH**
**David R. Hatch, MD, FCCP**

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040              Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED

Date of Service: 02/17/2011

Richard M. Shoup, M.D.
Diplomate, American Board of Sleep Medicine

Electronically Signed by: Richard Shoup, M.D. on Thursday, February 17, 2011 at 05:16 pm

Page 6 of 6

2/7/2011 9:14 PM  FROM: Fax   TO: 9,18608756271,328850   PAGE: 001 OF 003

# Yale Brain Tumor Center
### A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208082
New Haven, CT 06520-8082

(203) 785-7294 phone
(203) 737-2891 fax

**Surgical Oncology**
Joseph M. Piepmeier MD
Ketan R. Bulsara MD
*Skull Base Tumors*
Khalid M. Abbed MD
*Spine Tumors*

**Medical Neuro-Oncology**
Joachim M. Baehring MD, D.Sc

**Medical Oncology**
Jill Lacy MD

**Radiation Oncology**
Jonathan B. Knisely MD
Kenneth B. Roberts MD

**Gamma Knife Center**
Veronica L. Chiang MD

**Neuropathology**
Anita Huttner MD, PhD
Alexander Vortmeyer MD, PhD

**Neuroradiology**
Robert K. Fulbright MD

**Clinical Coordinator**
Betsey D'Andrea RN

**Physician Assistant**
Monika Laurans, PA-C

**PATIENT NAME:**   Spears, Haley
**PATIENT ID:**   2264654
**DATE OF BIRTH:**   REDACTED
**DATE OF VISIT:**   07/30/2010

Haley returns to the Yale Neurology Clinic for followup of a right temporal lobe signal abnormality and a pineal region cyst.

Since we have seen her last on July 31, 2009, Haley's headaches have not worsened in frequency or intensity. The cephalgic episodes occur in cycles with headache free periods lasting now weeks to months. Her last "migraine" she reports was in May 2010. She usually takes Migranal to prevent the headaches if she has one from coming on if it occurs. She has not suffered any headaches or an acute onset and intense severity preceded by postural change. She denies any nausea or vomiting. Apparently, she has been diagnosed with babesiosis and bartonella infections and borreliosis and she is under the care of Dario Zagar, M.D. associated neurologist of Southern Connecticut for these issues.

**MEDICATIONS:**
Include Topamax, Singulair, Prevacid, famotidine, Plaquenil, Rifampin, Mepron and Zithromax. She used to have a PICC line, but that has been removed.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Temperature is 98.0. Heart rate is 67. Respirations are 18 breaths per minutes. Blood pressure is 116/69. Oxygen saturation is 100% on room air. Her weight is 53.3 kg.

On neurologic exam, she is fully awake, alert and oriented. Her language is fluent. There are no cognitive deficits. Pupils are equal, round and reactive to light. There is no papilledema. There are no cranial nerve abnormalities. There is no drift of the outstretched arms. Muscle strength, bulk and tone are normal and symmetric. There is no extinction. No dysmetria. Reflexes are symmetric. Gait is normal-based and steady.

**Clinic Note**

*DIGITALLY SIGNED FEB 07, 2011, 02:42- SIGNER: JOACHIM M. BAEHRING M.D. (4D535744)*

**PATIENT NAME:**      Spears, Haley
**PATIENT ID:**        2264654
**DATE OF BIRTH:**     REDACTED
**DATE OF VISIT:**     07/30/2010

We have reviewed her MRI scan from today and compared it with previous study.  Again noted is an area of increased T2 signal adjacent to the temporal horn of the right lateral ventricle.  This is entirely unchanged in size and appearance and is of unknown etiology.  The benign pineal cyst has a regular wall.  It is not enhancing and flow is open.

Ms. Spears remains asymptomatic.  Therefore, we keep the intervals between the scans of one year.  The etiology of the right temporal lesions remains uncertain.  But with every MRI passing without an increase in the size of this lesion, the diagnosis of an infiltrative tumor becomes less and less likely.  She seems to be entirely asymptomatic from her pineal region cyst, which remains to display very benign imaging characteristics.  Haley will return to the office in a year after her next scan.

_____
James Mark Lazenby, APRN
Joachim M. Baehring, M.D., D. Sc.

JML/rct

Addendum: I agree with the above note, assessment and plan. I was present during the crucial elements of the patient's history, review of systems and physical/neurologic examination and performed critical portions thereof myself. I personally reviewed pertinent imaging and laboratory results, and an updated medication list. I generated the treatment plan and communicated this to the patient with their full understanding.

_____
Joachim M. Baehring, M.D., DSc

cc:    Dario M. Zagar, M.D.
       75 Kings Highway Cutoff
       Fairfield, CT  06824
       Fax +203-333-3937

       Kristin A. Giannini, MD, Healthwise Rockville Family Physicians
       520 Hartford Turnpike, Suite N
       Vernon Rockville, CT 06066-5037
       Fax +860-875-6271

*DIGITALLY SIGNED FEB 07, 2011, 02:42- SIGNER: JOACHIM M. BAEHRING M.D. (4D535744)*



## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:      WC166555N
REQUISITION: 0011482

COLLECTED:   01/07/2011    11:10 ET
RECEIVED:    01/08/2011    01:11 ET
REPORTED:    01/13/2011    14:22 ET

**PATIENT INFORMATION**
SPEARS, HALEY A

DOB: REDACTED AGE: 33
GENDER: F

ID:  1839-1
PHONE: 860.308.2050

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
KAGE, BARBARA

CLIENT INFORMATION
NE22222358                60010000
RHEUMATOLOGY & ALLERGY INST.
361 MAIN ST
MANCHESTER, CT 06040-4127

---

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE W/eGFR | | | | QUA |
|   CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
|   eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
|   eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| PTH, INTACT AND CALCIUM | | | | |
|   PTH, INTACT | | | | QUA |
|     PARATHYROID HORMONE, | | | | |
|       INTACT | 63 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
|   Primary | Normal or High | High |
|   Secondary | High | Normal or Low |
|   Tertiary | High | High |
| Non-Parathyroid | | |
|   Hypercalcemia | Low or Low Normal | High |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | QUA |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
|   LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 12   L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 12 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | | 1.5-2.5 mg/dL | QUA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | | 2.5-4.5 mg/dL | QUA |

SPEARS, HALEY A - WC166555N

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-8P4PA. 7/01
16-FX
01/19/11 16:44 02449977  1/5



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   01/07/2011   11:10 ET
REPORTED:    01/13/2011   14:22 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QWA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.2 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | | | | |
| Normal Pattern | | | | |
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 186 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 33-115 U/L | QWA |
| GGT | 15 | | 3-50 U/L | QWA |
| AST | 18 | | 10-30 U/L | QWA |
| ALT | 11 | | 6-40 U/L | QWA |
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QWA |

Reference Range

> or = 20 Years

Pregnancy Ra▓
First trimester          70
Second trimester         10
Third trimester          70

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 100 | | 76-181 ng/dL | QWA |
| T3 UPTAKE | 34 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| SED RATE BY MODIFIED | | | | QWA |
| WESTERGREN | 2 | | < OR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |

SPEARS,HALEY A - UC166555N

Page 2 - Continued on Page 3||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-RPAPH. 7/01

01/19/11  16:44  02449377   2/5



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| COLLECTED: | 01/07/2011 | 11:10 ET |
| REPORTED: | 01/13/2011 | 14:22 ET |

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.3 | | 35.0-45.0 % | |
| MCV | 90.8 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2936 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |
| FERRITIN | 11 | | 10-154 ng/mL | QWA |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | QWA |
| VITAMIN B12 | 277 | | 200-1100 pg/mL | |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency: less than 1%
of patients with values above 400 pg/mL will have symptoms.

SPEARS,HALEY A - WC166555N

Page 3 - Continued on Page 4‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-8P8P8, 7/01
TC-T&C
01/19/11  15:44  02449977   3/3



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|
| SPEARS,HALEY A | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED AGE: 33 | KAGE,BARBARA |
| GENDER: F | |
| ID: 1839-1 | |

COLLECTED:   01/07/2011   11:10 ET
REPORTED:    01/13/2011   14:22 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FOLATE, SERUM | 12.9 | | ng/mL | |

Reference Range
Low:          <3.4
Borderline:   3.4-5.4
Normal:       >5.4

IMMUNOFIXATION, SERUM                                                        QWA
  INTERPRETATION

      Normal pattern. No monoclonal proteins detected.


      HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE   , TETERBORO, NJ  07608-1011
      Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D0696246

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        ROCKVILLE FAMILY PHYSICIAN
                                         520 HARTFORD TPKE STE N
                                         VERNON ROCKVILL, CT 06066-5044

                                         ASSOCIATED NEUROLOGISTS
                                         75 KINGS HWY
                                         FAIRFIELD, CT 06825-4823

                                         SAHL & MILJKOVIC, M.D.'S
                                         2600 POST RD
                                         SOUTHPORT, CT 06890-1258

                                         BERNARD RAXLEN, M.D.
                                         123 W 79TH ST
                                         NEW YORK, NY 10024-64█


SPEARS,HALEY A - WC166555N                           Page 4 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-RFMFR. 7/81
01/19/11 16:44 B2443977  4/5



**Quest Diagnostics®**

| | PATIENT INFORMATION<br>SPEARS,HALEY A | REPORT STATUS FINAL REPRINT |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED AGE: 33<br>GENDER: F | ORDERING PHYSICIAN<br>KAGE,BARBARA |
| SPECIMEN INFORMATION<br>SPECIMEN:      WC166555N<br>REQUISITION: 0011482 | ID:  1839-1<br>PHONE: 860.308.2050 | CLIENT INFORMATION<br>NE22129954              60010000<br>ROCKVILLE FAMILY PHYSICIAN<br>520 HARTFORD TPKE STE N<br>VERNON ROCKVILL, CT 06066-5044 |

| | | |
|---|---|---|
| COLLECTED: | 01/07/2011   11:10 ET | |
| RECEIVED: | 01/08/2011   01:11 ET | |
| REPORTED: | 01/13/2011   18:57 ET | |

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE W/eGFR | | | | QWA |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| PTH, INTACT AND CALCIUM | | | | |
| PTH, INTACT | | | | QWA |
| PARATHYROID HORMONE,<br>INTACT | 63 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
| Primary | Normal or High | High |
| Secondary | High | Normal or Low |
| Tertiary | High | High |
| Non-Parathyroid | | |
| Hypercalcemia | Low or Low Normal | High |

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| CALCIUM | 9.2 | | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY,<br>LC/MS/MS | | | | | QTE |
| VITAMIN D, 25 OH, TOTAL | | 12 | L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 12 | | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| | | | |
|---|---|---|---|
| MAGNESIUM | 2.1 | 1.5-2.5 mg/dL | QWA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | 2.5-4.5 mg/dL | QWA |

SPEARS,HALEY A - WC166555N

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DH-DPXPR. 7/01

DX-ERQ
01/13/11 18:54 02431989  1/3



**Quest Diagnostics**®

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| SPEARS, HALEY A | |

QUEST DIAGNOSTICS INCORPORATED

**ORDERING PHYSICIAN**
KAGE, BARBARA

DOB: REDACTED   AGE: 33

COLLECTED:   01/07/2011   11:10 ET       GENDER: F
REPORTED:    01/13/2011   18:57 ET       ID: 1839-1

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QWA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.2 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | | | | |

      Normal Pattern

| | | | | |
|---|---|---|---|---|
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 186 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 33-115 U/L | QUA |
| GGT | 15 | | 3-50 U/L | QWA |
| AST | 18 | | 10-30 U/L | QUA |
| ALT | 11 | | 6-40 U/L | QWA |
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QWA |

        Reference Range

        > or = 20 Years   0.40-4.50

             Pregnancy Ranges
          First trimester    0.20-4.70
          Second trimester   0.30-4.10
          Third trimester    0.40-2.70

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | QWA |
| FREE T4 INDEX (T7) | 2.1 | | 1.4-3.8 | |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | QUA |
| T3, TOTAL | 100 | | 76-181 ng/dL | QUA |
| T3 UPTAKE | 34 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| SED RATE BY MODIFIED | | | | QWA |
| WESTERGREN | 2 | | < UR = 20 mm/h | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |

SPEARS, HALEY A - WC166555N

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DS-8797R.  7/01

01/13/11  18:58  #2431989   2/5



**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| COLLECTED: | 01/07/2011 | 11:10 ET |
| REPORTED: | 01/13/2011 | 18:57 ET |

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.3 | | 35.0-45.0 % | |
| MCV | 90.8 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2936 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |
| FERRITIN | 11 | | 10-154 ng/mL | QWA |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | QWA |
| VITAMIN B12 | 277 | | 200-1100 pg/mL | |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

SPEARS,HALEY A - WC166555N

Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DA-SPAP1. 7/01

01/13/11 18:58 82411389  3/5



Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

| COLLECTED: | 01/07/2011 | 11:10 ET |
| REPORTED: | 01/13/2011 | 18:57 ET |

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED AGE: 33
GENDER: F
ID: 1839-1

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
KAGE,BARBARA

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FOLATE, SERUM | 12.9 | | ng/mL | |

Reference Range
Low:           <3.4
Borderline:    3.4-5.4
Normal:        >5.4

IMMUNOFIXATION, SERUM                                                                          QWA
  INTERPRETATION

    Normal pattern. No monoclonal proteins detected.


PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
     Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QTE  QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE  , TETERBORO, NJ  07608-1011
     Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D0696246

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                    RHEUMATOLOGY & ALLERGY INST.
                                            361 MAIN ST
                                            MANCHESTER, CT 06040-4127

SPEARS,HALEY A - WC166555N                              Page 4 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-074PX, 7/01
01/13/11  18:59  02031909   4/5

DEC-28-2010 12:59 FROM:RHEUM.& ALL.INST.CT  +8606467999          TO:8608756271          P.1/3

*2.27.10*

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-646-9929                                                           Fax: 860-646-7999

## Bone Density Report

Name:      **SPEARS, Haley A**                    Sex:         Female
Patient ID: 38640                                Ethnicity:   White
Age:       33                                    Date of Birth: REDACTED

**Referring Physician:** BARBARA KAGE, MD, FACR
**Study:** Bone densitometry was performed.
**Accession number:** 38640.1

**Indication:** This patient has the following osteoporosis risk factors:
- Postmenopausal female
- Vitamin D deficiency
- Chronic use of inhaled steroids;
- Osteopenia
- Unspecified disorder of bone & cartilage;
- Hyperparathyroidism/ Hyperthyroidism
- Low dietary calcium intake

**Current therapy:**
None
**Bone Density:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Femoral Neck (Left) | | 12/23/2010 | 0.627 | -2.0 | -1.9 | Osteopenic |
| Total Hip (Left) | | 12/23/2010 | 0.787 | -1.3 | | |

T-Score reflects BMD compared to a Caucasian person, 20-29 years of age in the NHANES [II database.] World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above +1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5). A Z-score of -2.0 or lower is defined as "below the expected range for age" and a Z-score above -2.0 is "within the expected range for age."

A spine fracture indicates 5X risk for subsequent spine fractures and 2X risk for subsequent hip fractures.

**Impression:**

_ Normal Bone Mineral Density
_ Osteopenia
_ Osteoporosis        *within*
✓ Bone Mineral Density is below expected range for age  (p+ 2-
✓ Significant decrease in hip bone mineral density is seen.

*12/23/2010
Pt sent for
labs for 2°
causes*

Page 1 of 3

# Rheumatology & Allergy Institute of CT, LLC
### 361 Main Street
### Manchester, CT 06040

Phone: 860-646-9929

Fax: 860-646-7999

Name:  **SPEARS, Haley A**
Patient ID: 38640
Age:  33

Sex:  Female
Ethnicity:  White
Date of Birth:  REDACTED

## Recommendations:

1. Calcium supplementation.
2. Vitamin D supplementation
3. Other treatment recommended: _____ Yes __✓__ No
   _____ Actonel, _____ Fosamax, _____ Boniva, _____ Evista, _____ Miacalcin spray, _____ Forteo, _____ Reclast
4. Patient should be evaluated for secondary causes of BMD loss. __✓__ Yes, _____ No
5. Repeat DXA scan _in 24 month_

## Previous Exams:

| Region | Exam Date | Age | BMD (g/cm²) | T-Score | BMD Change vs. Baseline | BMD Change vs. Previous |
|---|---|---|---|---|---|---|
| AP Spine(L1-L4) | 12/23/2010 | 33 | 0.860 | -1.7 | -3.1% | -3.1% |
| | 01/19/2009 | 31 | 0.887 | -1.5 | | |
| Total Hip(Left) | 12/23/2010 | 33 | 0.787 | -1.3 | -8.0% | -8.0% |
| | 01/19/2009 | 31 | 0.855 | -0.7 | | |

\* Indicates significant change.

Reported by: Barbara Kage, MD, FACR on 12/23/2010 10:27:00 AM.

Dr. Giannini........PCP FAX #_860-875-6271_____ Sent: _____

Page 2 of 3

DEC-28-2010 12:59 FROM:RHEUM.& ALL.INST.CT  +8606467999          TO:8608756271          P.3/3

# Rheumatology & Allergy Institute of CT, LLC
## 361 Main Street
## Manchester, CT 06040

Phone: 860-846-9929

Fax: 860-646-7999

| Name: | SPEARS, Haley A | | Sex: | Female | Height: | 164.0 cm |
|-------|-----------------|--|------|--------|----------|----------|
| Patient ID: | 38640 | | Ethnicity: | White | Weight: | 54.6 kg |
| Age: | 33.0 | | Date of Birth: | REDACTED | | |

Scan Date: December 23, 2010
Scan ID: A12231009

Scan Type: f Left Hip

Scan Date: December 23, 2010
Scan ID: A12231008

Scan Type: f Lumbar Spine

Results:

| | BMD (g/cm²) | T-Score | PR (%) | Z-Score | AM (%) |
|---|---|---|---|---|---|
| Left Hip (Neck) | 0.627 | -2.0 | 74 | -1.9 | 75 |
| Left Hip (Total) | 0.787 | -1.3 | 84 | -1.2 | 84 |
| Spine (Total) | 0.860 | -1.7 | 82 | -1.7 | 82 |

Total BMD CV 1%

Summary:

| | Classification |
|---|---|
| Left Hip BMD (Neck) | Osteopenic |
| Left Hip BMD (Total) | Osteopenic |
| Spine BMD (Total) | Osteopenic |

A spine fracture indicates 5X risk for subsequent spine fracture and 2X risk for subsequent hip fracture.

World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above -1.0), Osteopenic (T-score between -1.0 and -2.5), or Osteoporotic (T-score at or below -2.5).

HOLOGIC



**NEW ENGLAND CARDIOLOGY ASSOC., P.C.**
**Sun King Wan, M.D., F.A.C.C.**
**Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.**
257 East Center Street
Manchester, CT  06040
Telephone (860) 643-5101 – Fax: (860) 533-9747

## ECHOCARDIOGRAM

Name: **SPEARS, Haley**          DOB: REDACTED          Date of Study: 10/8/10
Age:   32          Sex: F  Ht: 5'5"  WT: 121 lbs          BSA:  1.60m$^2$
Indication:          Chest pain
Referring Physician:
Tape # :          69
Previous Echo:
Type of Study:     2-D ☒     M-Mode ☒     Doppler ☒     Color ☒     Limited Study ☐

| M-Mode & 2-D Measurements | Patient | Normal | |
|---|---|---|---|
| Aortic Root | 2.0 | 2.0 - 3.7 cm | |
| Aortic Valve Opening | 1.6 | 1.5 - 2.6 cm | |
| Left Atrium | 2.3-2.7 | 1.9 - 4.0 cm | |
| LV End Diastole | 4.3 | 4.5 - 5.7 cm | |
| LV End Systole | 3.1 | 2.2 - 4.0 cm | |
| Septal Thickness | 0.6 | 0.6 - 1.1 cm | |
| Posterior Wall | 0.8 | 0.6 - 1.1 cm | |
| Right Ventricle | 1.9 | 0.9 - 2.7 cm | |
| EF | 50-55% | 50 - 75% | |

LV          Dimension is measured to be within normal limits. The endocardium was not well-visualized in the apical views. The left ventricular ejection fraction is estimated at 50 to 55%.
RV          Dimension is within normal limits.
LA          Dimension is within normal limits.
RA          Dimension is within normal limits.
AO Root          Dimension is within normal limits.
Aortic Valve          Opening well.
Mitral Valve          Redundant mitral valve leaflets with trace mitral regurgitation.
Tricuspid Valve          Trace tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 26 mmHg.
Pulmonic Valve          No significant pulmonic regurgitation.
Pericardium          No significant pericardial effusion.

**CONCLUSION**: A combined M-mode and 2-D mode Doppler study performed.

IMPRESSION:
1. Technically, this is a difficult and limited study.
2. Left ventricular dimension is measured to be within normal limits.  It is difficult to assess the left ventricular systolic function accurately, though, the left ventricular ejection fraction is estimated to be around 50 to 55%.  The patient was already called in so more images could be acquired to assess the left ventricular systolic function more accurately.
3. Redundant mitral valve leaflets with trace mitral and tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 26 mmHg which is in the normal range.

*Snaseer*

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 10/8/10  T: 10/11/10

S: BW
cc: Dr. Giannini

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06010
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

October 08, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, #N
Vernon, CT 06066

RE:   SPEARS, HALEY
      DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she saw another specialist of Lyme disease and she was started on Zithromax and Mepron antibiotics and she is actually feeling better now. She denies any chest pain, shortness of breath, palpitation or dizziness.

Today her blood pressure is 112/68. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm 63 beats per minute without any acute change.

In summary, Ms. Spears denies any cardiac symptoms. She is discussed about risk factor modification. She will report any symptoms to us. Otherwise, I will follow her up in one year. She told me that her blood work has been monitored by her primary care physician.

Saqib Naseer, MD, FACC, FASNC



**Connecticut Multispecialty Group, P.C.**
*Leaders in Integrated Medical Care*

### Division of Endocrinolorinology
Paul Lebinson, DO  Robert Oberstein, MD
Jennifer Lloyd, APRN  Ruth Ferrarotti, APRN Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** 1 REDACTED 7
**Date of Appt:** 10/08/2010

**Reason For Visit**
Patient is being seen today for thyroid follow-up. She would also like to discuss labs.
**Active Problems**
Considered Demyelinating Disorders (341.9); mri lesion is concerning
Endocrine Laboratory Tests Nonspecific Abnormal Findings (794.6); TPO ab elevated
Fatty Liver (571.8)
Hashimoto's Thyroiditis (245.2)
Migraine Headache (346.90); new in fall 08
Nontoxic Multinodular Goiter (241.1)
Plantar Fasciitis (728.71); ? separate from other conditions
Systemic Lupus Erythematosus (710.0)
Thyroid Cyst (246.2)
Ulcerative Colitis (556.9).
**HPI**
No change in neck but feels like she has heavier swallow when the fluid comes back in the nodule. and it goes away
after the drainage.
**ROS**
No voice changes lately.
**Allergies**
No Known Drug Allergy.
**Current Meds**
Asacol 400 MG Oral Tablet Delayed Release;TAKE 2 TABLETS TWICE DAILY; RPT
Prevacid 30 MG Oral Capsule Delayed Release;TAKE 1 CAPSULE DAILY; RPT
Zofran 8 MG Oral Tablet;As needed; RPT
EpiPen 0.3 MG/0.3ML (1:1000) DEVI;INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED; RPT
Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;USE 1 VIAL VIA NEBULIZER 4 TIMES A DAY;
RPT
Lexapro 20 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Lunesta 1 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP ; RPT
Migranal 4 MG/ML Nasal Solution;use 1 spray as needed; RPT
Singulair 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ultram 50 MG Oral Tablet;TAKE 1 TABLET 3 TIMES DAILY.; RPT
Cyclobenzaprine HCl 10 MG Oral Tablet;TAKE 1 TABLET DAILY AS NEEDED.; RPT
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET EVERY DAY; RPT
Mepron 750 MG/5ML Oral Suspension;TK 1 TEA PO BID; RPT.
**PMH**
No change to PMH.
**Vital Signs**

*Main Office:* 100 Retreat Avenue, Suite 400,  Hartford, CT  06106  *Phone:* (860) 547-1278    *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road. Bloomfield, CT 06002

1

## RE: SPEARS, HALEY A.

Recorded by Carrero,Katherine on 08 Oct 2010 11:52 AM
BP:120/74, RUE, Sitting,
HR: 76 b/min, R Radial, Regular,
Weight: 121.6 lb.

**Physical Exam**
    The thyroid had a nodule on left, 1cm and min palp on right lower.
    The cervical lymph nodes were not enlarged.
    No tremor was seen.
    The affect was normal.

**Results**
T3, Total - 11779   07 Oct 2010 05:17 PM
- T3, TOTAL: 99  76-181  N
Free T4 - 11778  07 Oct 2010 05:17 PM
- T4, FREE: 1.0  0.8-1.8  N
TSH - 3RD GENERATION  07 Oct 2010 05:17 PM
- TSH, 3RD GENERATION: 2.02   N.
US Soft Tissue Head/Neck Thyroid - OFFICE   08 Oct 2010 12:17 PM
- US Soft Tissue Head/Neck Thyroid - OFFICE
Realtime ultrasound
Indication: f/u nodule
The right lobe is
The left lobe is
There are multiple small nodules and cysts bilaterally which are <5mm. Additionally, there is a right sided cystic
nodule measuring 1.1 x 1.2 x 1.5 cm without calcifications and almost entirely cystic. On the left is a solid,
isoechoic nodule with smooth borders and a halo without calcifications which is superficial in the mid lobe. It
measures 1.3 x 1.0 x 1.7 cm.  There is a complex nodule more inferiorly on the left which is 0.8 x 0.6 x 1.0 cm.
Summary:  MNG without significant change.
Performed and interpreted by R. Oberstein, MD.

**Assessment**
    · Hashimoto's thyroiditis  (245.2)
    · Nontoxic multinodular goiter  (241.1)
MNG is stable without signif change.  no further w/u now
Thryoid function indicated low level in august but now back to normal.

**Orders**
TSH - 11661; Requested for: 08 Oct 2010.
Free T4 - 11778; Requested for: 08 Oct 2010.
US Soft Tissue Head/Neck Thyroid - OFFICE; Requested for: 08 Oct 2010.
Follow-up visit other; Requested for: 08 Oct 2010.

**Plan**
Lab in 2 mo as the tft's are fluctuating
Likely will need LT4 soon

Call if any change in neck
U.S. next year.

**Signature**
Electronically signed by : Robert Oberstein M.D.; 10/08/2010 12:22 PM EST.

***Main Office:*** 100 Retreat Avenue, Suite 400, Hartford, CT 06106  ***Phone:*** (860) 547-1278   ***Fax:*** (860) 547-1301
***Other Clinical Sites*** 533 Cottage Grove Road, Bloomfield, CT 06002

2

860-783-5799        10/1/2010 3:56:29 PM  PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY
### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)200-4108  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4307487** | **10/01/10** | **1384063** |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| **KRISTIN GIANNINI, MD** | REDACTED | **32 Y/F** | **(860) 308-2050** |

SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

**Exam(s):** US ABDOMEN COMPLETE - 76700

Indication: Abdominal pain. History of gallbladder disease.

Comparison: 07/10/2010.

Abdominal ultrasound: The liver is of normal size and slight diffuse increased echogenicity without focal lesions nor intrahepatic ductal dilation. The common duct is not dilated and measures 1 mm. A normal gallbladder is identified. There is no gallbladder wall thickening or pericholecystic fluid.

The abdominal aorta and IVC are normal. Limited views of the pancreatic head and body do not reveal abnormalities. The spleen is of normal size and echogenicity measuring 8.9 cm in long axis.

Both kidneys are of normal size and echogenicity without hydronephrosis or nephrolithiasis. The right kidney measures 10.0 cm in long axis. The left measures 10.2 cm.

There is no abdominal free fluid.

Impression: Liver of slight diffuse increased echogenicity. This is nonspecific, but consistent with diffuse fatty infiltration; otherwise, unremarkable abdominal ultrasound.

Thank you for referring your patient to us,

William Poole, MD.

(Electronically Signed - 10/1/2010   3:45:24PM)

d: 10/1/2010 t:  3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2                    JPTDXRP - L      Printed on: 10/1/2010   3:45:37PM

9/14/2010 9:05 PM   FROM: Fax    TO: 9,18608756271,328850      PAGE: 001 OF 003

# Yale Brain Tumor Center
### A PRACTICE OF THE YALE MEDICAL GROUP

800 Howard Avenue
P.O. Box 208092
New Haven, CT 06520-8082

(203) 785-7294 phone
(203) 737-2581 fax

**Surgical Oncology**
Joseph M. Piepmeier MD
Ketan R. Bulsara MD
*Skull Base Tumors*
Khalid M. Abbed MD
*Spine Tumors*

**Medical Neuro-Oncology**
Joachim M. Baehring MD, D Sc

**Medical Oncology**
Jill Lacy MD

**Radiation Oncology**
Jonathan F. Knisely MD
Kenneth B. Roberts MD

**Gamma Knife Center**
Veronica L. Chiang MD

**Neuropathology**
Anita Huttner MD, PhD
Alexander Vortmeyer MD, PhD

**Neuroradiology**
Robert K. Fulbright MD

**Clinical Coordinator**
Betsey D'Andrea RN

**Physician Assistant**
Monika Laurans, PA-C

**PATIENT NAME:**        Spears, Haley
**PATIENT ID:**          2264654
**DATE OF BIRTH:**       REDACTED
**DATE OF VISIT:**       07/30/2010

Haley returns to the Yale Neurology Clinic for followup of a right temporal lobe
signal abnormality and a pineal region cyst.

Since we have seen her last on July 31, 2009, Haley's headaches have not worsened
in frequency or intensity. The cephalgic episodes occur in cycles with headache free
periods lasting now weeks to months. Her last "migraine" she reports was in May
2010. She usually takes Migranal to prevent the headaches, if she has one, from
worsening. She has not suffered any headaches with acute onset and intense
severity preceded by postural change. She denies any nausea or vomiting.
Apparently, she has been diagnosed with babesiosis, Bartonella, and borreliosis
infections; she is under the care of Dario Zagar, M.D. associated neurologist of
Southern Connecticut for these issues.

**MEDICATIONS:**
Include Topamax, Singulair, Prevacid, famotidine, Plaquenil, Rifampin, Mepron and
Zithromax. She used to have a PICC line, but that has been removed.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Temperature is 98.0. Heart rate is 67. Respirations are 18 breaths
per minutes. Blood pressure is 116/69. Oxygen saturation is 100% on room air.
Her weight is 53.3 kg.

On neurologic exam, she is fully awake, alert and oriented. Her language is fluent.
There are no cognitive deficits. Pupils are equal, round and reactive to light. There
is no papilledema. There are no cranial nerve abnormalities. There is no drift of the
outstretched arms. Muscle strength, bulk and tone are normal and symmetric.
There is no extinction. No dysmetria. Reflexes are symmetric. Gait is
normal-based and steady.

**Clinic Note**

*DIGITALLY SIGNED SEP 14, 2010, 00:09- SIGNER: JOACHIM M. BAEHRING M.D. (4D535744)*

9/14/2010 9:05 PM FROM: Fax    TO: 9,18608756271,328850    PAGE: 002 OF 003

**PATIENT NAME:**     Spears, Haley
**PATIENT ID:**        2264654
**DATE OF BIRTH:**     REDACTED
**DATE OF VISIT:**     07/30/2010

We have reviewed her MRI scan from today and compared it with previous study. Again noted is an area of increased T2 signal adjacent to the temporal horn of the right lateral ventricle. This is entirely unchanged in size and appearance and is of unknown etiology. The benign pineal cyst has a regular wall. It is not enhancing and flow through the aqueduct is open.

Ms. Spears remains asymptomatic. Therefore, we keep the intervals between the scans of one year. The etiology of the right temporal lesions remains uncertain. But with every MRI passing without an increase in the size of this lesion, the diagnosis of an infiltrative tumor becomes less and less likely. She seems to be entirely asymptomatic from her pineal region cyst, which remains to display very benign imaging characteristics. Haley will return to the office in a year after her next scan.

James Mark Lazenby, APRN
Joachim M. Baehring, M.D., D. Sc.

Addendum: I agree with the above note, assessment and plan. I was present during the crucial elements of the patient's history, review of systems and physical/neurologic examination and performed critical portions thereof myself. I personally reviewed pertinent imaging and laboratory results, and an updated medication list. I generated the treatment plan and communicated this to the patient with their full understanding.

Joachim M. Baehring, M.D., DSc

JML/rct

cc:     Dario M. Zagar, M.D.
        75 Kings Highway Cutoff
        Fairfield, CT 06824
        Fax +203-333-3937

        Kristin A. Giannini, MD, Healthwise Rockville Family Physicians
        520 Hartford Turnpike, Suite N
        Vernon Rockville, CT 06066-5037
        Fax +860-875-6271

*DIGITALLY SIGNED SEP 14, 2010, 00:09- SIGNER: JOACHIM M. BAEHRING M.D. (4D535744)*

**New England Cardiology Associates**

257 East Center Street
Manchester, CT. 06040

### Holter ECG Report

**Patient Data: Spears, Haley**

| | | | |
|---|---|---|---|
| Day of Birth: | REDACTED | Report No: | 1002980 | Recording Time: | 23 hrs 32 min |
| Age/Sex: | 22/Female | Test Date: | 07/27/2010 | Start delay: | 30 min |
| ID#: | | Report Date: | 07/29/2010 | Analyzed reading: | |
| Physician: | Naser, | Hook up tech: | Natalie | SVT prematurity: | |
| Referral: | | Analyst: | Susan | Tape Quality: | |
| | | | | Analyzed time: | 23 hrs 32 min |

**Medication:**
**Indication:**

## Report Summary

**BASIC RHYTHM**

| | |
|---|---|
| Rhythm: | |
| Total Beats: | 104863 |
| Avg Rate: | 73 |
| Min Rate: | 45 at 09:20D2 |
| Max Rate: | 124 at 14:29D2 |
| | |
| Branch Block beats: | absent |
| Atrib beats: | absent |
| Paced beats: | absent |

**VENTRICULAR ECTOPY**

| | | | |
|---|---|---|---|
| Total beats: | | Isolated Beats | 1 |
| Avg/Hour: | 0 | Paired beats | 2 |
| Avg/1000: | 0.0 | R on T | 0 |
| | | Trigeminy Beats | 0 |
| Bigeminy Runs: | 0 | Bigeminy Beats | 0 |
| VTach Runs: | 0 | VTach Beats | 0 |

**ST ANALYSIS**

| Type | Max | CH | Lgth | Time |
|---|---|---|---|---|
| HOR | -3.7 | 1 | 225 m | 14:41D2 |
| UP | 2.7 | 1 | < 1 m | 14:29D2 |

No ST elevation
Median CH1        -0.29
Median CH2         0.01
Median CH3         0.10

**SUPRAVENTRICULAR ECTOPY**

| | | | |
|---|---|---|---|
| Total beats: | 22 | Isolated SVE | 6 |
| Avg/Hour: | 0.9 | Paired: | 16 |
| Avg/1000: | 0.2 | | |
| SVT runs: | 0 | SVT beats: | 0 |

**HEART RATE VARIABILITY**

| | | | | | |
|---|---|---|---|---|---|
| SDNN: | 163 | SDNNS: | 63 | PNN50: | 3 |
| TRIA: | 767 | SDANN: | 158 | RMSSD | 18 |
| Night Heart Rate: | 71 | | | | |

**BRADYCARDIA ( 50 bpm)**

| | | |
|---|---|---|
| Bradycardia events/beats: | 192 / 920 | Min rate: 45 bpm at 09:20D2 |
| Longest run: 18 beats at 48 bpm at 09:20D1 | | |
| PAUSES >2.0 sec: | | absent |

**Interpretation:**

Holter monitor was performed to evaluate for cardiac arrhythmia. The patient's underlying rhythm was sinus rhythm. Heart rate ranged from 45 to 124 beats per minute with a few premature ventricular complexes and premature atrial complexes. The patient reported symptoms of choking on water on one occasion and this correlated with sinus rhythm without any significant arrhythmias.
**SUMMARY:** The findings of the Holter monitor will be explained to the patient and will be advised to avoid any stimulants and to report any symptoms to us. If she has any more symptoms, then a cardiac event monitoring will be needed.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/ins
D: 8/3/10   T: 8/5/10        **SPEARS, Haley**   7/27/10    cc: Dr. Giannini

Signed: _____        Date: 8 5 10

| | | |
|---|---|---|
| Diagnostic Monitoring, A Bioel Company | Holter Win P-V ver 5.60 | Columbia, S.C. USA |

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
      DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation.   She does have occasional palpitations.
She denies any fainting or near fainting episodes.   No chest pains.

Today, her blood pressure is 112/72.   Neck veins are flat.   Chest is clear to auscultation.
Heart sounds are regular.   The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter
monitor.   In the meantime, she is to report any symptoms to us.   Otherwise, I will follow
her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated
by her other physicians.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC


**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:     WC243759K
REQUISITION: 0000295

COLLECTED:  08/05/2010   08:47 ET
RECEIVED:   08/05/2010   11:34 ET
REPORTED:   08/09/2010   06:55 ET

PATIENT INFORMATION
**SPEARS, HALEY A**

DOB: REDACTED   AGE: 32
GENDER: F

ID:    1839-1
PHONE: 860.308.2050

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**GOUIN, LAUREN J**

CLIENT INFORMATION
COPY-TO(2|KRISTIN GIANNINI M.D.)
KRISTIN GIANNINI M.D.
520 HARTFORD TPKE STE N
VERNON ROCKVILLE, CT 06066

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QWA |
| ELECTROLYTE PANEL | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| VITAMIN D, 25-HYDROXY, | | | | AMD |
| LC/MS/MS | | | | |
| **VITAMIN D, 25 OH, TOTAL** | | 23    L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 23 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

    25-OHD3 indicates both endogenous production and
    supplementation. 25-OHD2 is an indicator of
    exogenous sources such as diet or supplementation.
    Therapy is based on measurement of Total 25-OHD,
    with levels <20 ng/mL indicative of Vitamin D
    deficiency while levels between 20 ng/mL and 30
    ng/mL suggest insufficiency. Optimal levels are
    > or = 30ng/mL.

| | | | | |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| GGT | 13 | | 3-50 U/L | QWA |

SPEARS, HALEY A - WC243759K

Page 1 - Continued on Page 2



**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 08/05/2010   08:47 ET
REPORTED: 08/09/2010   06:55 ET

PATIENT INFORMATION
**SPEARS, HALEY A**

DOB: REDACTED   AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
**GOUIN, LAUREN J**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **TSH, 3RD GENERATION** | | 5.30 **H** | mIU/L | QWA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester     0.20-4.70
Second trimester    0.30-4.10
Third trimester     0.40-2.70

| | | | | |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.7 | | 4.5-12.5 mcg/dL | QWA |
| T3, TOTAL | 103 | | 76-181 ng/dL | QWA |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.08 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 90.3 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| **RDW** | | 15.3 **H** | 11.0-15.0 % | |
| PLATELET COUNT | 210 | | 140-400 Thousand/uL | |
| MPV | 8.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2513 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2684 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 549 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 323 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.2 | | % | |
| LYMPHOCYTES | 44.0 | | % | |
| MONOCYTES | 9.0 | | % | |
| EOSINOPHILS | 5.3 | | % | |
| BASOPHILS | 0.5 | | % | |
| | | | | |
| IRON AND TOTAL IRON | | | | QWA |
| BINDING CAPACITY | | | | |
| IRON, TOTAL | 64 | | 40-175 mcg/dL | |
| **IRON BINDING CAPACITY** | | 249 **L** | 250-450 mcg/dL | |
| % SATURATION | 26 | | 15-50 % (calc) | |
| FERRITIN | 13 | | 10-154 ng/mL | QWA |
| VITAMIN B12 | 430 | | 200-1100 pg/mL | QWA |

SPEARS, HALEY A - WC243759K

Page 2 - Continued on Page 3



**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  08/05/2010    08:47 ET
REPORTED:   08/09/2010    06:55 ET

PATIENT INFORMATION
**SPEARS,HALEY A**

DOB: REDACTED    AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS  **FINAL**   REPRINT

ORDERING PHYSICIAN
**GOUIN,LAUREN J**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| DHEA SULFATE | 84 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | 12.9 | | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

**PERFORMING LABORATORY INFORMATION**

AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228, Laboratory Director:  KENNETH L. SISCO, MD
     CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
     CLIA: 07D0093126

ORIGINAL REPORT SENT TO:

CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
PO BOX 8228
MANCHESTER, CT 06040-0228

SPEARS,HALEY A - WC243759K

Page 3 - End of Report

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT  06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.   She does have occasional palpitations.  She denies any fainting or near fainting episodes.  No chest pains.

Today, her blood pressure is 112/72.   Neck veins are flat.   Chest is clear to auscultation.  Heart sounds are regular.  The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

*Naseer*

Saqib Naseer, MD, FACC, FASNC

860-783-5799        7/14/2010 2:38:52 PM   PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4202471** | **07/10/10** | **1384063** |

AT THE REQUEST OF

**KRISTIN GIANNINI, MD**
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | **32 Y/F** | **(860) 308-2050** |

**Exam(s):** US ABDOMEN COMPLETE - 76700

EXAM: ABDOMINAL ULTRASOUND.

Indication: Abdominal pain. Evaluate for gallbladder disease.

Comparison: Abdominal ultrasound dated 04/02/2010.

Findings:
Real time abdominal ultrasound is performed. The liver is normal in size. Echogenicity is normal . No focal liver lesions are seen. There is no intrahepatic ductal dilatation.

The previously seen multiple tiny gallstones are no longer visualized. Instead, there is a small amount of echogenic bile suggested within the gallbladder neck. The gallbladder is otherwise unremarkable. The common bile duct is normal in size, measuring 0.3 cm.

The pancreas is normal in appearance .

Both kidneys are normal in size and echogenicity. The right kidney measures 11.3 cm. The left kidney measures 10.3 cm. There is no mass, calcification or hydronephrosis.

The spleen is normal in appearance and measures 10.2 cm.

The proximal abdominal aorta and IVC are normal in appearance

CONCLUSION:

1. Small amount of residual echogenic bile within the gallbladder neck. Previously seen multiple tiny gallstones no longer visualized in the gallbladder.
2. Otherwise unremarkable exam.

d: 7/10/2010 t: 4:03:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 1 of 2**        JPTDXRP - L    Printed on: 7/14/2010   2:37:59PM

# Winona W. Zimberlin

Attorney at Law
2 Congress Street
Hartford, CT  06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

June 23, 2010

Kristin A. Giannini, M.D.
Rockville Family Physicians
520 Hartford Turnpike
Vernon, CT 06066

Dear Dr. Giannini:

      RE:    Haley Spears
              DOB: REDACTED

      Please be advised that I represent the above individual regarding both a social security disability claim and an LTD matter.  At this time, I would like to request that you review and complete the enclosed Physical Residual Functional Capacity Questionnaire and a Medical Source Assessment (Mental) form.

      It is not necessary for you to provide an opinion as to whether the patient is or is not disabled.  This is the function of the Administrative Law Judge.  Please note that the Judge will consider the reports of many different doctors in determining whether or not your patient meets social security's requirements for disability.

      If you are no longer treating this patient, please fill out the forms for the time period in which you treated the patient.  I will consider your response to be a draft.

      *If you are unable to complete the forms or there is a charge to complete the forms, please let me know at your earliest convenience prior to filling out these forms.  If you have any questions regarding these forms, please call me.*

                        Very truly yours,

                        Winona W. Zimberlin

WWZ:rlc
Enclosure

**Winona W. Zimberlin**
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

AUTHORIZATION

Date: 6/23/10

To: Kristin A. Giannini, M.D.

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE: Haley Spears

DOB: REDACTED

PURPOSE:    Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes: Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

x Haley Spears

Witness

## PHYSICAL RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

To:

Re: _Haley Spears_ (Name of Patient)

_____ (Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.*

1. Frequency and length of contact: *Started weekly at 3/10/09*

2. Diagnoses: *Chronic pain, Babesia, Lyme 3-6 mos*

3. Prognosis: *fair* *Bartonella*

4. List your patient's *symptoms,* including pain, dizziness, fatigue, etc:
*varying measures, chronic headache, memory loss, dizziness, joint pains, fatigue, sleep problems, nausea, vomiting, concentration problems, both neurovascular + Lyme*

5. If your patient has pain, characterize the nature, location, frequency, precipitating factors and severity of your patient's pain:
*All over joint pains, chronic headaches. No specific precipitants factors. Pain severe.*

6. Identify the clinical findings and objective signs:

7. Describe the treatment and response including any side effects of medication that may have implications for working, e.g., drowsiness, dizziness, nausea, etc:
*Has been in Rxprogram IV Abx and one symptoms have gotten better but not to the point where she can function at work.*

8. Have your patient's impairments lasted or can they be expected to last at least twelve months? ✓ Yes ___ No

9. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations? ✓ Yes ___ No

10. Identify any psychological conditions affecting your patient's physical condition:

   ✓ Depression          ___ Anxiety
   ___ Somatoform disorder          ___ Personality disorder
   ___ Psychological factors affecting          ___ Other:
       physical condition

11. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?
   ✓ Yes ___ No

   If no, please explain: _____

-1-

12. How often during a typical workday is your patient's experience of pain or other symptoms severe enough to interfere with **attention and concentration** needed to perform even simple work tasks?

___ Never     ___ Rarely     ___ Occasionally     ___ Frequently     _✓_ Constantly

*For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

13. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation*.

a. How many city blocks can your patient walk without rest or severe pain? _0_

b. Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc.

Sit:     0  5  10  15  20  30  45          (1)  2  More than 2
         Minutes                           Hours

*but varies due to symptoms*

c. Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc.

Stand:   0  5  (10)  15  20  30  45         1  2  More than 2
         Minutes                            Hours

d. Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

|  Sit  |  Stand/walk  |                    |
|-------|--------------|--------------------|
|  ✓    |  ✓           | less than 2 hours  |
|  ___  |  ___         | about 2 hours      |
|  ___  |  ___         | about 4 hours      |
|  ___  |  ___         | at least 6 hours   |

e. Does your patient need to include periods of walking around during an 8-hour working day?     ___ Yes     _✓_ No

*cannot sit or stand for extended period*

1) If yes, approximately how often must your patient walk?
   (1)  5  10  15  20  30  45  60  90
   Minutes
   *every*

*needs to sit or lay down*

2) How *long* must your patient walk each time?
   (1)  2  3  4  5  6  7  8  9  10  11  12  13  14  15
   Minutes
   *then needs to sit*

f. Does your patient need a job that permits shifting positions *at will* from sitting, standing or walking?     _✓_ Yes     ___ No

g. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day?     _✓_ Yes     ___ No

If yes,  1) how *often* do you think this will happen? *at least every hour*
         2) how *long* (on average) will your patient
            have to rest before returning to work? *15 minutes*

-2-

h.  With prolonged sitting, should your patient's leg(s) be elevated?

___ Yes   ✓ No

If yes,  1)  how *high* should the leg(s) be elevated?  _____
        2)  if your patient had a sedentary job, *what
            percentage of time* during an 8 hour
            working day should the leg(s) be elevated?  _____

i.  While engaging in occasional standing/walking, must your patient use a cane or other
    assistive device?  ___ Yes   ✓ No

j.  How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | | ✓ | | |
| 10 lbs. | | ✓ | | |
| 20 lbs. | ✓ | | | |
| 50 lbs. | ✓ | | | |

k.  How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Look down (sustained flexion of neck) | ✓ | | | |
| Turn head right or left | | ✓ | | |
| Look up | | ✓ | | |
| Hold head in static position | | | | ✓ |

l.  How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | | | ✓ | |
| Stoop (bend) | | ✓ | | |
| Crouch/ squat | | ✓ | | |
| Climb ladders | ✓ | | | |
| Climb stairs | ✓ | | | |

m.  Does your patient have significant limitations with reaching, handling or fingering?
    ✓ Yes   ___ No

If yes, please indicate the percentage of time during an 8-hour working day that your patient
can use hands/fingers/arms for the following activities:

| | HANDS: Grasp, Turn Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching (incl. Overhead) |
|---|---|---|---|
| Right: | 50 % | 50 % | 0 % |
| Left | 50 % | 50 % | 0 % |

14.  Are your patient's impairments likely to produce "good days" and "bad days"?

✓ Yes   ___ No

-3-

15. Please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

___ Never
___ About one-four days per month
___ About five days per month
✓ More than five days per month

16. What other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis?

She has trouble to loud noises has decreased/
blurry vision at times, easily fatigued.
HA will dampten her ability to concentrate
Must avoid temperature extremes, humidity,
noise, fumes gases

17. What is the earliest date that the description of symptoms and limitations in this questionnaire applies?

9/08
this is first date out of work
SOB for symptoms

Date    7/9/10

Signature

Printed/Typed Name:   Kristin Cunningham
Address:   520 Hartford Tpke suite M
          Vernon CT 06066

7-28a
§258.1

-/-

MEDICAL SOURCE ASSESSMENT (MENTAL)

NAME: _Haley Spears_

SOCIAL SECURITY NUMBER: _____

## 1. SUMMARY CONCLUSIONS

This section is for recording summary conclusions derived from the evidence in file. Each mental activity is to be evaluated within the context of the individual's capacity to sustain that activity over a normal workday and workweek, on an ongoing basis. Your detailed explanation of the degree of limitation for each category (A through D) as well as any other assessment information you deem appropriate, is to be recorded in Section II (Functional Capacity Assessment).

### DEFINITIONS OF RATING TERMS

1: able to perform designated task or function with no observable limits
2: able to perform designated task or function, but has or will have noticeable
   difficulty (distracted from job activity) no more than 10 percent of the
   work day or work week (i.e., one hour or less/day or one-half day or
   less/week
3: able to perform designated task or function, but has or will have noticeable
   difficulty (distracted from job activity) from 11-20 percent of the work
   day or work week (i.e., more than one hour/day or more than one-half
   day/week)
4: able to perform designated task or function, but has or will have noticeable
   difficulty (distracted from job activity) more than 20 percent of the work
   day or work week (i.e., more than one hour and up to two hours/day or
   one-half day/week)
5: not able to perform designated task or function on regular, reliable, and
   sustained schedule.

## A. UNDERSTANDING AND MEMORY

1. remember locations and work-like procedures

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

2. understand and remember very short, simple instructions

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

3. understand and remember detailed instructions

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

HALEY SPEARS DOB REDACTED
Liberty004163

## B. SUSTAINED CONCENTRATION AND PERSISTENCE

4.  carry out very short and simple instructions

   1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

5.  carry out detailed instructions

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

6.  maintain attention and concentration for extended periods of time

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

7.  perform activities within a schedule

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

   maintain regular attendance, and /or

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

   be punctual within customary tolerances

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

8.  sustain ordinary routine without special supervision

   1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

9.  work in coordination with or proximity to others without being distracted by them

   1. [  ]        2. [  ]        3. [✓]        4. [  ]        5. [  ]

10. make simple work-related decisions

   1. [  ]        2. [  ]        3. [  ]        4. [✓]        5. [  ]

11. complete a normal workday and workweek without interruptions from psychological based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods

   1. [  ]        2. [  ]        3. [  ]        4. [  ]        5. [✓]

2

II GENERAL FUNCTIONAL CAPACITY ASSESSMENT

Record in this section the elaborations on the preceding capacities.  Complete this section ONLY after the SUMMARY CONCLUSIONS section has been completed. Explain your summary conclusions in narrative form.  Include any information which clarifies limitation or function.

Due to all of Haley's symptoms she is unable to complete a work day due to extreme cognitive dysfunction and fatigue. She can be fine one minute and severely fatigued and needing to go to bed the next. She has minimal to no ability to concentrate, stay on task, focus or remember even simple things at this point. She is unable to work at this time and for likely the next several years and probably beyond.

What is the earliest date that the description of symptoms and limitations in this questionnaire apply?_____ 5/08 - first signs of symptoms
9/08 - first date could not work

_____
Signature

_____
Printed Name

Date: 7/9/10

*Evaluations/Medical Source Assessment Mental*

4

MMH
4·15·09

**Healthwise Medical Associates, LLP**
**Rockville Family Physicians**
**520 Hartford Turnpike**
**Vernon, CT 06066**
**Phone:**(860) 872-8321 **Fax:** (860) 979-0056

## Procedure Order

**Ordering Site**

Rockville Family Physicians
520 Hartford Turnpike
Vernon, CT 06066
(860) 872-8321
Fax: (860) 979-0056

Report Date:  04/09/2009

**Patient Information**

HALEY SPEARS
1008 TROUT BROOK DR
WEST HARTFORD, CT 06119
(860) 308-2050
Gender:  Female          Date of Birth: REDACTED          SSN: REDACTED

**Patient Insurance Information**

CONNECTICARE (800) 828-3407
REDACTED

**Procedures Ordered**

**CT ABDOMEN W/DYE (74160)**
 *Note: Has multiple immune and ID issues--evaluate lymph nodes of the chest, abdomen, and pelvis*
 Diagnosis: OTALGIA NOS (388.70)
 Ordered by: Kristin Giannini, MD

**CT THORAX W/DYE (71260)**
 Diagnosis: OTALGIA NOS (388.70)
 Ordered by: Kristin Giannini, MD

**CT PELVIS W/DYE (72193)**
 Diagnosis: OTALGIA NOS (388.70)
 Ordered by: Kristin Giannini, MD

                                   **End of Procedures Ordered**

NIA / CTCare
auth#
abd: 9099C073

chest: 9099C074

pelv: 9099C075

Kristin Giannini MD

HALEY SPEARS                                ID: 9251330

Thursday, April 9, 2009



## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To:   **Desiree Minor**                          Date:        **April 9, 2009**
Physician:   **Dr. Kristin A. Giannini**          Fax Number:   **18606457534**
RE:   **Radiology Preauthorization Request - Approval**   **(PAGE 1 of 1)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Member Name:**                    **Haley A Spears**
**ID #:**                           REDACTED
**Date of Birth:**
**Requesting Provider:**             **Dr. Kristin A. Giannini**
**Place of Service:**                **MANCHESTER MEMORIAL HOSPITAL**
**Requested Procedure/Service:**     **Pelvis CT**

Dear Dr. Kristin A. Giannini:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Connecticare ('s) benefit plan.

On Apr 09, 2009 we received the above request for services. NIA has approved one (1) service/unit of the following:

**Requested Procedure/Service:**     **Pelvis CT**

**Authorization Number:**            **9099C075**

**Authorization Timeframe:**         **From Apr 09, 2009 to May 09, 2009**

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

This authorization may be extended by calling ConnectiCate's Provider Service line at 1-800-828-3407.

Your cooperation in working with us to improve quality of care and utilization management is greatly appreciated.

Sincerely,

Clinical Operations Department
National Imaging Associates, Inc.

### ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful

ConnectiCate Approval fax—11-17-08

RightFax                    4/9/2009 8:36 AM  PAGE  2/002   Fax Server



## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

****************************************************************************

To:       Desiree Minor                          Date:         April 9, 2009
Physician:     Dr. Kristin A. Giannini           Fax Number:   18606457534
RE:   Radiology Preauthorization Request - Approval    (PAGE 1 of 1)

****************************************************************************

Member Name:              Haley A. Spears
ID #:                     REDACTED
Date of Birth:
Requesting Provider:      Dr. Kristin A. Giannini
Place of Service:         MANCHESTER MEMORIAL HOSPITAL
Requested Procedure/Service:   Chest CT

Dear Dr. Kristin A. Giannini:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Connecticare ('s) benefit plan.

On Apr 09, 2009 we received the above request for services. NIA has approved one (1) service/unit of the following:

Requested Procedure/Service:   Chest CT
Authorization Number:          9099C074
Authorization Timeframe:       From Apr 09, 2009 to May 09, 2009

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

This authorization may be extended by calling ConnectiCare's Provider Service line at 1-800-828-3407.

Your cooperation in working with us to improve quality of care and utilization management is greatly appreciated.

Sincerely,

Clinical Operations Department
National Imaging Associates, Inc.

### ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful

ConnectiCare Approval fax—11-17-08

RightFax          4/9/2009 8:17 AM   PAGE   2/002    Fax Server



### CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

*************************************************************************

| | | | |
|---|---|---|---|
| To: | Desiree Minor | Date: | April 9, 2009 |
| Physician: | Dr. Kristin A. Giannini | Fax Number: | 18606457534 |
| RE: | Radiology Preauthorization Request - Approval | (PAGE 1 of 1) | |

*************************************************************************

**Member Name:**          Haley A Spears
**ID #:**                 REDACTED
**Date of Birth:**
**Requesting Provider:**  Dr. Kristin A. Giannini
**Place of Service:**     MANCHESTER MEMORIAL HOSPITAL
**Requested Procedure/Service:**  Abdomen CT

Dear Dr. Kristin A. Giannini:

National Imaging Associates, Inc. (NIA) reviews certain radiology requests to determine if they are medically necessary and a covered service under Connecticate ('s) benefit plan.

On Apr 09, 2009 we received the above request for services. NIA has approved one (1) service/unit of the following:

**Requested Procedure/Service:**     Abdomen CT

**Authorization Number:**            9099C073

**Authorization Timeframe:**         From Apr 09, 2009 to May 09, 2009

This determination has been made for benefit and coverage purposes. Final decisions regarding claims payment are based on eligibility, benefits, and coverage at the time services are rendered.

This authorization may be extended by calling ConnectiCare's Provider Service line at 1-800-828-3407.

Your cooperation in working with us to improve quality of care and utilization management is greatly appreciated.

Sincerely,

Clinical Operations Department
National Imaging Associates, Inc.

#### ATTENTION - CONFIDENTIALITY NOTICE!

If you received this facsimile in error, please fax back to National Imaging Associates, Inc. immediately at (800) 784-6864 that you have received this message in error and destroy the original. This fax and any files transmitted with it contain information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited and may be unlawful

ConnectiCare Approval fax—11-17-08

**HEALTHWISE MEDICAL ASSOCIATES, LLP**
**REVIEW OF RELEASE OF INFORMATION FORM**

To be completed by Medical Record Clerk:
Patient Name: _Haley Spears_

Date of Birth: **REDACTED** _____

_Sent week of 6/1/10 or 6/7/10 CSE_

The above identified patient is requesting the following information be made available to

_Winona W. Zimberlin_
Name of Person/Organization/Entity to Receive Information

_2 Congress St Hartford, CT 06114_
Address

Is the receiver of the information a: (Circle one)
Physician    Dentist    Hospital    Outpatient Center    Clinic    Nursing Home
Hospice    Other: _Lawyer_ _____

***If records are being released to the patient-See HIPAA Policy 0006

To be completed by physician:
*(If patient is a minor-please consult HIPAA Policy #0004)*

Information to be released:    Please check all applicable records to release        Restrict

☐ Entire Medical Record    Dates of Service:    From _all_ to ___        Yes **No**
(Including all lab work, diagnostic testing, reports from consultants)
☐ Immunization Records    Dates of Service:    From___ to___        Yes No
☐ Mental Health Record    Dates of Service:    From___ to___        Yes No
☐ HIV Status/Lab    Dates of Service:    From___ to___        Yes No
☐ Drug/Alcohol Records    Dates of Service:    From___ to___        Yes No
☐ Reproductive Counseling    Dates of Service:    From___ to___        Yes No

☐ Other        Dates of Service:    From___ to___

Approval: I have reviewed the documentation photocopied from the patient's medical record and authorize its
release: _____    Date: _5/11/10_
    Physician Signature

To be completed by person completing the release of record:_____    Name/Title
How was the information transferred?:_____
Sent by mail:_____ Date  Certified? ____ #_____    Faxed to #:_____
On ____(date)
By Courier-(name)_____ on _____(date)
Picked-up by:_____(name) on_____(date)
Verification of Identification performed: Yes  No

28

7/17/02  JRJ
Revised 3/4/03 JRJ
HealthWise Medical Associates, LLP may alter, amend or repeal their Policies & Procedures or portions of their Compliance Plan at any time.

**Winona W. Zimberlin**
Attorney at Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

Kristin A. Giannini, M.D.
Rockville Family Physicians
Attention: Medical Records
520 Hartford Turnpike
Vernon, CT 06066

### REQUEST FOR PATIENT RECORDS

DATE: May 4, 2010

RE:   Haley Spears
DOB: REDACTED

This office represents the above patient regarding a social security matter.  Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter.  Please call this office in advance if there will be a charge. Enclosed please find a 1696.

**Please note that the above-named client is a social security client and may not recall or remember specific dates and times of treatment.**

Thank you for your attention to this matter.

FROM:

Rocquel L. Cigal
Paralegal

rlc
Enclosure

**Winona W. Zimberlin**
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

## AUTHORIZATION

Date: 5/4/10

To: Kristin A. Giannini, M.D., Rockville Family Physicians

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE: Haley Spears

DOB: REDACTED

SS#:

PURPOSE:   Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes: Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

Witness

X _Haley Spears_

Social Security Administration
Please read the instructions before completing this form.

Form Approved
OMB No. 0960-0527

| Name (Claimant) (Print or Type) | Social Security Number |
|---|---|
| Haley Spears | REDACTED |
| Wage Earner (If Different) | Social Security Number |

## Part I    APPOINTMENT OF REPRESENTATIVE

I appoint this person,  Winona W. Zimberlin, 2 Congress Street, Hartford CT

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

[X] Title II      [X] Title XVI      [ ] Title XVIII      [ ] Title VIII
(RSDI)         (SSI)         (Medicare Coverage)      (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

[X] I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

[ ] I appoint, or I now have, more than one representative. My main representative is

(Name of Principal Representative)

| Signature (Claimant) | Address | 1008 Trout Brook Drive |
|---|---|---|
| X Haley a Spears | | West Hartford, CT   06119 |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| ( 860)  308-2050 | ( )  -- | 3/26/10 |

## Part II    ACCEPTANCE OF APPOINTMENT

I,  Winona W. Zimberlin  , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one: [X] I am an attorney. [ ] I am a non-attorney who is participating in the direct fee payment demonstration project.

[ ] I am a non-attorney . I am not participating in the direct fee payment demonstration project.

I have been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney.  [ ] Yes   [X] No

I have been disqualified from participating in or appearing before a Federal program or agency. [ ] Yes [X] No

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| Signature (Representative) | Address | 2 Congress Street |
|---|---|---|
| Winona Zimberlin | | Hartford, CT   06114 |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| ( 860) 249-5291 | ( 860) 247-4194 | 3/26/10 |

## Part III (Optional)    WAIVER OF FEE

I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
| | |

## Part IV (Optional)    WAIVER OF DIRECT PAYMENT
by Attorney or Non-Attorney Eligible to Receive Direct Payment

I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

| Signature (Representative Waiving Direct Payment) | Date |
|---|---|
| | |

Form SSA-1696-U4 (05-2008)  ef (05-2008)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS
(4 Copies: File, Claimant, Representative, ODAR)

# PRESCRIPTION REFILL REQUEST



## BEACON
### PRESCRIPTIONS

*The Difference is Caring*

This order is only valid if faxed to:  **DATE:** _6/7/10_

**Beacon Prescriptions**
New Britain, CT 06053     **FAX #:** _1(860) 979 - 0056_
543 West Main Street
860-225-6487

**DOCTOR:** _K. Giannini_

**PATIENT:** _Haley Spears_

**D.O.B:** REDACTED

*\* ASAP please to pt transferring for over pharmacy prescribed weekly medicines*

|  | RX#1 | RX#2 | RX#3 |
|---|---|---|---|
| **DRUG** | Zyrtec 1mg | Singulair 5mg | |
| **QTY** | $90 | 180 | |
| **DIRECTION** | 1 T QD | 1-2 tabs QD | |
| **DAYS SUPPLY** | 90 | 90 | |
| **LAST REFILL** | | | |
|  | REFILL ____ TIMES | REFILL ____ TIMES | REFILL ____ TIMES |

**MD SIGNATURE:** _____ **DATE** _____

Any dissemination, distribution or copying of this communication other than the intended recipient is strictly prohibited. This message is only for the use of the addressee and may contain confidential information. If you have received this communication in error, please notify us immediately by telephone and destroy all copies of this communication. Thank you.

**DIGESTIVE HEALTH SPECIALISTS OF EASTERN CONNECTICUT**
**353 MAIN STREET**
**MANCHESTER, CT 06040**
Phone: 860-649-3477 Fax: 860-649-0011

Peter S. Buch, M.D.                                    Michele Kaczmarczyk, PA-C
James W. O'Brien, M.D.                             Sarah Thibodeau, A.P.R.N.

April 28, 2010

Dr. Kristin Giannini
Fax #: 875-6271

RE: Haley Spears

Dear Dr. Giannini,

I have had the continuing pleasure of evaluating Ms. Spears, your 32-year-old
patient with epigastric abdominal pain and dyspepsia. Because of her previous
history of a gastric ulcer, I did perform endoscopy. I found mild gastritis but no
evidence of recurrent ulcer disease. Biopsies showed no H. pylori. Incidental
note of small polyps in the stomach were also made but these appeared innocent
and biopsies show that they are hyperplastic polyps of no clinical consequence.

At this point, the only positive finding on recent non-invasive testing of her
abdomen is that she has multiple small gallstones seen on ultrasonography that
was done on April 2nd. While it is not at all clear to me that her symptoms are
related to this, there is a possibility that her symptoms are in fact being caused by
her gallbladder and I have therefore recommended that she sit down with a
surgeon to discuss whether or not to consider cholecystectomy. In the meantime,
symptomatic therapy for her abdominal symptoms is warranted. She is currently
also being treated for a line infection of her PICC line.

Thank you for the pleasure of working with Ms. Spears. I am hopeful that we will
be able to give her some relief from her symptoms.

Sincerely yours,

James O'Brien, M.D.

JO/db

received
11/3/15  (MW)

# Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

---

Telephone (860) 249-5291
Facsimile (860) 247-4194

October 27, 2015

Nancy Winterer
Appeals Review Consultant
Liberty Life Assurance Company of Boston
100 Liberty Way
Mail Stop 02G
Dover, NH 03820

Dear Ms. Winterer:

      RE:    Haley Spears
              DOB: REDACTED

Enclosed please find the following updated records:

1.     Dr. James O'Brien, Digestive Health Specialists (4-8-08 to 4-17-14);
2.     Dr. Joachim Baehring (9-23-11 to 4-22-13);
3.     Dr. Dario Zagar, Associated Neurologists of Connecticut (7-23-10 to 8-19-11);
4.     Dr. Squib Naseer, New England Cardiology (10-8-10 to 1-27-14); and
5.     Dr. Kristin Giannini, Rockville Family Physicians (4-27-10 to 9-9-15).

      I understand that Liberty is collecting Ms. Spear's medical records. We will follow up with her medical providers. Please send me any recent medical records Liberty has collected which are not provided above. Thank you.

                    Very truly yours,

                    Winona W. Zimberlin

WWZ:rlc
Enclosure

Liberty004176



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Family Dental

10/28/15
Mailed out copies
of green sheets.

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

1  of 2

Haley Spears

| | Services Rendered | Fee Charged | Credits and Discounts | Balance |
|---|---|---|---|---|
| Date | | | | |

BALANCE BROUGHT FORWARD

7Q30615009?

11.13.07 #2-0, 6-L, 30-0, 31-0, 32-0

AB Comp

4-15-08

MED HX UPDATED & ORAL TISSUE EXAM
☐ PROPHY
☐ EXAM – COMP. E-OR    Daar
☐ BWX / FMX DIGITAL
☐ FL2TX
☐ PANOREX / PA
CALCULUS:        LGT    MOD    HVY
PLAQUE:          LGT    MOD    HVY    PERIO POCKETS:
BLEEDING:        LGT    MOD    HVY    WNL →
OH:              GOOD   FAIR   POOR   OTHER____
OHI:             TB   FL   ETB   PB   RT
☐ PROPHY – JET   ☐ CAVITRON

11/19/08

MED HX UPDATED & ORAL TISSUE EXAM
☐ PROPHY
☐ EXAM – COMP. E-OR    Daar
☐ BWX / FMX DIGITAL
☐ FL2TX
☐ PANOREX / PA
CALCULUS:        LGT    MOD    HVY
PLAQUE:          LGT    MOD    HVY    PERIO POCKETS:
BLEEDING:        LGT    MOD    HVY    WNL →
OH:              GOOD   FAIR   POOR
OHI:             TB   FL   ETB   PB   RT   OT
☐ PROPHY – JET   ☐ CAVITRON

BALANCE CARRIED FORWARD

| | Services Rendered | Fee Charged | Credits and Discounts | Balance |
|---|---|---|---|---|
| Date | | | | |

BALANCE BROUGHT FORWARD

MED HX UPDATED & ORAL TISSUE EXAM    6-9-09
☑ PROPHY
☐ EXAM – COMP. E-OR    VU
☐ BWX / FMX DIGITAL    Light general marginal stain (tea)
☐ FL2TX
☐ PANOREX / PA
CALCULUS:        LGT    MOD    HVY
PLAQUE:          LGT    MOD    HVY    PERIO POCKETS:
BLEEDING:        LGT    MOD    HVY    WNL →
OH:              GOOD   FAIR   POOR   OTHER____    HM
                 TB   FL   ETB   PB   RT
☐ PROPHY – JET   ☐ CAVITRON

NV   6 mrc c BWX

12.3.09

MED HX UPDATED & ORAL TISSUE EXAM
☐ PROPHY    CB
☐ EXAM – COMP E-OR
☐ BWX / FMX DIGITAL
☐ FL2TX
☐ PANOREX / PA
CALCULUS:        LGT    MOD    HVY
PLAQUE:          LGT    MOD    HVY    PERIO POCKETS
BLEEDING:        LGT    MOD    HVY    WNL →
OH:              GOOD   FAIR   POOR
OHI:             TB   FL   ETB   PB   RT   OTHER
☐ PROPHY – JET   ☐ CAVITRON

SHOW A CREDIT BALANCE IN RED

BALANCE CARRIED FORWARD

Liberty004178

Haley Spears

| | Services Rendered | Fee Charged | Credits and Discounts | Balance | | Date | Services Rendered | Fee Charged | Credits and Discounts | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

**BALANCE BROUGHT FORWARD**

6-30-10

UPDATED & ORAL TISSUE EXAM
PROPHY
EXAM – COMP. E-OR.   *Daar*
BWX / FMX-DIGITAL   occasional temperature
FL2TX   sensitivity – rec sensitivity TP
PANOREX / PA   light stain
CALCULUS:  LGT  MOD  HVY
PLAQUE:  LGT  MOD  HVY   PERIO POCKETS:
BLEEDING:  LGT  MOD  HVY   WNL →
OH:   GOOD  FAIR  POOR
OHI:   TB  FL  ETB  PB  RT  OTHER __HF__
PROPHY-JET

NV. smooth 8 & 9 – I
(to match lengths)
★ see if 4/A buccal sfcs can
be smoothed – small pits
catch stain

UPDATED & ORAL TISSUE EXAM   2-3-11
PROPHY
EXAM – COMP. E-OR.   *Daar*
BWX / FMX-DIGITAL
FL2TX
PANOREX / PA
CALCULUS:  LGT  MOD  HVY
PLAQUE:  LGT  MOD  HVY   PERIO POCKETS:
BLEEDING:  LGT  MOD  HVY   WNL →
OH:   GOOD  FAIR  POOR
OHI:   TB  FL  ETB  PB  RT  OTHER __HF__
PROPHY-JET

NV Invisalign records   4X

**BALANCE BROUGHT FORWARD**

2/4/11   took ___ records for Invisalign
NV. will call pt. when trays
come in.

4/9/11   cx   sick

5/2/11   Added attachments on
top and bottom
nd trays – 4, 5, 6
NV ___ weeks del. next trays

UPDATED & ORAL TISSUE EXAM   7-26-11
PROPHY
EXAM – COMP. E-OR.   *Daar*
BWX / FMX-DIGITAL
FL2TX
PANOREX / PA
CALCULUS:  LGT  MOD  HVY
PLAQUE:  LGT  MOD  HVY   PERIO POCKETS:
BLEEDING:  LGT  MOD  HVY   WNL →
OH:   GOOD  FAIR  POOR
OHI:   TB  FL  ETB  PB  RT  OTHER __HF__
PROPHY-JET

NV   6 wks – IPR   9-12-11

9-8-11   Delivered tray 10

Liberty004179

Haley Spears

| Date | Services Rendered | Fee Charged | Credits and Discounts | Balance | Date | Services Rendered | Fee Charged | Credits and Discounts | Balance |
|------|-------------------|-------------|-----------------------|---------|------|-------------------|-------------|-----------------------|---------|
| | BALANCE BROUGHT FORWARD | | | | | | BALANCE BROUGHT FORWARD | | | |

7Q30G150097

9/30/11  # 22-27 For—
No trat
Tray 11-12-13
6 weeks
N 10 wait
cee mia tray
3

11/15/11  Deliver last insality
for #6
Pt still wearing #14 #15

NV 2 week
See if patient need
Refinement

MED HX UPDATED & ORAL TISSUE EXAM  1-31-12
☑ PROPHY.
☑ EXAM- COMP. E. DR.  Maldonado
☐ BWX/FMX DIGITAL
☐ PA 1X
☐ PANO/80 X/PA  teenstain
CALCULUS:  LGT  (MOD)  HVY   PERIO POCKETS:
PLAQUE:  LGT  (MOD)  HVY   WNL→
BLEEDING:  LGT  MOD  HVY
OH:  (GOOD)  FAIR  POOR
☐ PROPHY-JET  ☐ CAVITRON   RDH: HF

NV  15-0  / SEAL  or PR2
smooth 16-0

1/31/12  took impressions for
refinement tray
NV will call when
tray came in
5

3/19/12  Deliver Refinement trays
1 — 3
placed Attachment  Leppia
only

NV 6 weeks
Deliver more tray 3

| | | | | | | | BALANCE CARRIED FORWARD | | | |
| | | | | SHOW A CREDIT BALANCE IN RED | | | BALANCE CARRIED FORWARD | | | |

Liberty004180

Haley Spears

Liberty004181

| Date | Services Rendered | Fee Charged | Credits and Discounts | Balance |
|---|---|---|---|---|
| | BALANCE BROUGHT FORWARD | | | |

MED HX UPDATED & ORAL TISSUE EXAM    9-19-12
☑ PROPHY
☑ EXAM - COMP, E-DR
☐ BWX/ FMX-DIGITAL
☐ FL 2TX
☐ PANOREX/PA
CALCULUS:        LGT  MOD  HVY
PLAQUE:          LGT  MOD  HVY      PERIO POCKETS:
BLEEDING:        LGT  MOD  HVY      WNL →
OH:              GOOD FAIR POOR
☐ PROPHY-JET    ☐ CAVITRON         RDH: HF

Delivered trays 10, 11, 12 -
Annette checked, no IPR
needed. Return in 6 wks
to check bite

NV check bite in 6 wks   BX

7/25/12  Deliver trays #7, 8, 9
will wait on IPR

NV Deliver
fill trays / IPR



Haley Spears

7Q306150097

Liberty004182

| Date | Services Rendered | Fee Charged | Credits and Charges | Balance | Date | Services Rendered | Fee Charged | Credits and Discounts | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | BALANCE BROUGHT FORWARD | | | | | BALANCE BROUGHT FORWARD | | | |

11-19-12   Impressions for more
Invisalign Trays taken CB/Annette

NV Invisalign + Deliver trays

1 53 #1 as needed
MAY do a bt more letter
went less than expected
up to tray 8 —

NV Invisalign

11/15/13 aligns to rock CU/CR
on #3 CElybond, find —
(Gays fresh) pull CU seg anind
#3 — C — Ann
NV P8b. X

1/3/13 Cu Cu to Cest. I
Sig ray CC, resbc cy
I Co. F, ss fall! I.
osdju non
# 30 — C
# 3,
NV #14—0
# 19—0

MED HX UPDATED & ORAL TISSUE EXAM   4-3-13
☑ PROPHY
☐ EXAM ... DR
☑ BWX / FMX-DIGITAL
☐ FL TX
☐ ... PX/PA
CAL ... SI   MOD   HVY
PLA ... SI   MOD   HVY
BLEEDING   LGT   MOD   HVY
OH:   GOOD   FAIR   POOR
☐ PROPHY-JET   ☐ CAVITRON
PERIO POCKETS
WNL →
RDH:  HT

NV  14-0  4
    19-0  X

1/22/3 ...

5/22/13 Deliver Trays #9 — 11

NV   6 1/2   weeks  3 X
Deliver ...

7Q30615.0097
Liberty004183

Haley Spears

BALANCE BROUGHT FORWARD

7/17/13 Deliver tray 12 - 16
All trays.
IAR

N.V 8 weeks
See how
patient doing

3 ✗

9/10/13 pt still hygiene space
between #8/9
Adj upper tray

N.V 2 weeks

5 ✗

[illegible]/21/13 [illegible]

BALANCE CARRIED FORWARD

---

MED RX UPDATED & ORAL TISSUE EXAM    10/21/13
☐ PROPHY
☐ EXAM-COMP. E-DR.
☐ BWX/FMX-DIGITAL
☐ FL2TX
☐ PANOREX/PA
CALCULUS:           LGT   MOD   HVY
PLAQUE:             LGT   MOD   HVY
BLEEDING:           LGT / MOD  HVY      PERIO POCKETS:
OH:                 GOOD FAIR POOR      WNL
☐ PROPHY-JET        ☐ CAVITRON          RDH: ___

[illegible handwritten notes]

11/21/13 Deliver   Invisalign tray
#1 - 4
Placed   Attachment  #7

N.V 8 weeks
IAR and Deliver
more trays

3/10/14 Deliver tray #5, 6, 7, 8
N.V 8week
Deliver more tray   IAR

BALANCE CARRIED FORWARD
SHOW A CREDIT BALANCE IN RED

Haley Spears

7Q306150097

Liberty004184

4/1/1/ [illegible handwritten notes]

1/25/15 [illegible] impress 2/25/15 14 f... 1 if

MED RX UPDATED & ORAL TISSUE EXAM _____
☑ PROPHY
☐ EXAM - COMP. E-DR. _____
☐ BWX/ FMX-DIGITAL
☐ FL2TX
☐ PANOREX/PA
CALCULUS:        (LGT)  MOD  HVY
PLAQUE:          (LGT)  MOD  HVY        PERIO POCKETS:
BLEEDING:        (LGT)  MOD  HVY        WNL →
OH:              (GOOD) FAIR  POOR
☐ PROPHY-JET   ☑ CAVITRON        RDH:  CB

NV  DELIVER INVISALIGN TRAYS
Into ~~impress~~

1/2/14 Deliver Tray #9, 10, 11
patient home #8 tray at
home did Ipa with ...
strip

4-1-15  Check to give trays to pt

New Patient will Call
For more tray we
can give it to ...

MED RX UPDATED & ORAL TISSUE EXAM  7-29-14
☑ PROPHY
☑ EXAM - COMP. E-DR. ...  Lin
☐ BWX/ FMX-DIGITAL
☐ FL2TX
☐ PANOREX/PA
CALCULUS:        (LGT)  MOD  HVY
PLAQUE:          (LGT)  MOD  HVY        PERIO POCKETS:
BLEEDING:        (LGT)  MOD  HVY        (WNL →)
OH:              (GOOD) FAIR  POOR
☐ PROPHY-JET   ☑ CAVITRON        RDH:  HF

NV: invisalign trays

BALANCE CARRIED FORWARD        SHOW A CREDIT BALANCE IN RED        BALANCE CARRIED FORWARD

7Q306150001

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Kristin Giannini
520 HARTFORD TURNPIKE
VERNON, CT 06066

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED



Dear Kristin Giannini:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004185

7Q306150001

4. Navigate to the media drive and select the encrypted file to be open.

Click on
Media Drive
First



5. The file path will now populate the volume drop down menu. Select any of the available drives and then click the 'mount' button.



Liberty004186

7Q306150001

6. A password pop-up will display. Enter the password provided by the office sending the records and click 'OK'.



7. The file path will now populate the drive you selected, double click it to access the encrypted files.





Liberty004187

Password `REDACTED

7Q306150001

## Electronic Medical Records Support

### **Accessing Your Encrypted Files**

For Passwords Please Call the Physician's Office you have received this disk from.

This set of instructions will assist you in the use of the TrueCrypt software necessary for accessing the encrypted files you have received. These files may have been sent to you on any of the currently available media devices such as: CD, DVD, Flash Drive or an External Hard Drive. We have encrypted these files to ensure that only the person who has received the encryption password is able to view the files contained on the media you have received.

If you have any difficulty operating the TrueCrypt software please call my office at 860-288-4104 between the hours of 9am – 5pm. My Name is Rachael Tamayo.

In order to access the encrypted files you will need to use TrueCrypt software for the encryption to be validated. In order to run, the portable version of this software requires that you have administrative access to the computer.

1. Insert the media into your computer and open windows explore to view the files. Double click the TrueCypt_Portable folder.



7Q306150001

2. Double click the TrueCrypt software to open it.



3. In the TrueCrypt window click the 'select file' button.



Liberty004189

7R303150048

# Demographics for HALEY A SPEARS

## PATIENT INFORMATION

| NAME (Last, First, Middle) | | | | MRN | | SSN# | | BIRTHDATE | | LANGUAGE | | SEX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPEARS, HALEY A | | | | | | REDACTED | | REDACTED | | ENGLISH | | F |

| ADDRESS | REFERRING PHYSICIAN | SECONDARY/BILLING ADDRESS (if Applicable) |
|---|---|---|
| 1008 TROUTBROOK DR WEST HARTFORD, CT 06119 | PRIMARY CARE PROVIDER | , |

| HOME PHONE | DAY PHONE | EMAIL ADDRESS | HOME PHONE |
|---|---|---|---|
| (860) 308-2050 | (860) 930-0887 x.CEL | | |

| MARITAL STATUS | STUDENT | SMOKER | VETERAN | EMERGENCY CONTACT NAME | CONTACT PHONE |
|---|---|---|---|---|---|
| Single | | N | N | | |

| PRIMARY EMPLOYER | SECONDARY EMPLOYER (if Applicable) |
|---|---|
| | |

| ADDRESS | ADDRESS |
|---|---|
| | |

| WORK PHONE | WORK PHONE |
|---|---|
| | |

## RESPONSIBLE PARTY INFORMATION (if Different than above)

| NAME (Last, First, Middle) | | | | SSN# | BIRTHDATE | LANGUAGE | SEX |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ADDRESS | RELATIONSHIP TO PATIENT | SECONDARY/BILLING ADDRESS (if Applicable) |
|---|---|---|
| | PRIMARY CARE PROVIDER | |

| HOME PHONE | DAY PHONE | EMAIL ADDRESS | HOME PHONE |
|---|---|---|---|
| | | | |

| MARITAL STATUS | STUDENT | SMOKER | VETERAN | |
|---|---|---|---|---|
| | | | | |

## PRIMARY INSURANCE

| NAME OF INSURANCE COMPANY | PHONE | POLICY# |
|---|---|---|
| MEDICARE | | REDACTED |

| ADDRESS | EFFECTIVE DATE | GROUP# | | |
|---|---|---|---|---|
| Medicare Pt B Claims Po Box 44234 Jacksonville, FL 32231 | 02/01/2011 | | | |
| | EXPIRATION DATE | DEDUCTIBLE | COPAY AMT | |
| | | $0.00 | | $0.00 |

| NAME OF INSURED | RELATIONSHIP |
|---|---|
| SPEARS, HALEY A | Self |

## SECONDARY INSURANCE (if Applicable)

| NAME OF INSURANCE COMPANY | PHONE | POLICY# |
|---|---|---|
| MEDICAID | | REDACTED |

| ADDRESS | EFFECTIVE DATE | GROUP# | | |
|---|---|---|---|---|
| Electronic Data Systems Corp Po Box 2941 Hartford, CT 06104 | 09/24/2009 | | | |
| | EXPIRATION DATE | DEDUCTIBLE | COPAY AMT | |
| | | $0.00 | | $0.00 |

| NAME OF INSURED | RELATIONSHIP |
|---|---|
| SPEARS, HALEY A | Self |

Liberty004190

## Allergies for HALEY A SPEARS

| Date | Allergy Code | Description | Onset/Sympt | Resolved | Type | Comment | Rxn Description | Last Reviewed | Reviewed By |
|------|------|------|------|------|------|------|------|------|------|
| 11/21/2012  9:40 AM | 2755 | ERYTHROMYCIN BASE | 00/00/0000 | 00/00/0000 | Ingredient | | Unknown | | |
| 11/21/2012  9:40 AM | 3608 | CLARITHROMYCI NUS | 00/00/0000 | 00/00/0000 | Ingredient | | Unknown | | |

Liberty004191

7B3603150048

## Active/Pending Medications for HALEY A SPEARS

| Status | Medication Name | Generic Name | Start Date | Stop Date | Sig |
|---|---|---|---|---|---|
| Active | Airs Disposable Nebulizer misc | NEBULIZER | | | |
| Active | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | ALBUTEROL SULFATE | | | inhale 2 puff by inhalation route every 4-6 hours as needed |
| Active | FIRST-Progesterone VGS 200 200 mg vaginal suppository | PROGESTERONE | | | |
| Active | minocycline 50 mg capsule | MINOCYCLINE HCL | | | take 2 capsule by oral route  every 12 hours |
| Active | Prevacid 15 mg capsule,delayed release | LANSOPRAZOLE | | | take 1 capsule by oral route  every day before a meal |
| Active | Singulair 10mg tablet | MONTELUKAST SODIUM | | | take 1 tablet by oral route  every day in the evening |
| Active | Zyrtec 10 mg tablet | CETIRIZINE HCL | | | take 1 tablet by oral route  every day |

Liberty004192

7R30315004B

## Labs for HALEY A SPEARS

| Collected | Test | Description | Value | Units | Range |
|---|---|---|---|---|---|
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | CLINICAL INFORMATION: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | COMMENT: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | CYTOTECHNOLOGIST: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | INTERPRETATION/RESULT: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | LMP: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | PREV. BX: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | PREV. PAP: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | SOURCE: | SEE NOTE | | |
| 02/01/2013  4:39 PM | THINPREP TIS PAP RFX HPV | STATEMENT OF ADEQUACY: | SEE NOTE | | |

7R30315004§

Liberty004193

## Chronic Conditions for HALEY A SPEARS

| Date | DxCode | Description | Additional Information |
|---|---|---|---|
| 11/21/2012 | 493.90 | Asthma | |
| 11/21/2012 | 558.9 | Colitis | |
| 11/21/2012 | 088.81 | Lyme disease | |
| 11/21/2012 | 088.81 | Lyme disease | Long term disability from multiple tick-borne infxns, followe for several yrs by ID specialists. |
| 11/21/2012 | 558.9 | Noninfectious Gastroenteritis | |
| 11/21/2012 | 241.0 | Nontoxic uninodular goiter | |
| 11/21/2012 | 241.0 | Thyroid nodule | Hashimoto's dz; may need thyroidectomy in future, sees multiple MD's including Dr. Fritz; nl TFT's |
| 02/01/2013 | 251.2 | Hypoglycemia | |
| 02/01/2013 | 251.2 | Hypoglycemia, unspecified | |

Liberty004194

7R3l03150048

## Medical/Surgical History for HALEY A SPEARS

| Disease | Diagnosed Year | Procedure | Procedure Year | Outcome |
|---|---|---|---|---|
| | 2013 | Thyroid biopsy | | |
| | | PICC line | | |

Liberty004195

7R3031S0048

## Family History for HALEY A SPEARS

| Diagnosis | Family Member | Comment |
|---|---|---|
| Diverticulitis abscess | Mother | colon stricture |
| Renal dz, s/p nephrectomy | Father | |

Liberty004196

7R303150048

**Social History for HALEY A SPEARS**

| Date | Tobacco | Alcohol | Drugs | Caffeine |
|---|---|---|---|---|
| 02/01/2013  3:53 PM | | Yes | | No |

Liberty004197

7B3f03150048

7R303150048

## Document GYN_Master on 02/01/2013 3:53 PM for HALEY A SPEARS

 **Women's Health**
Connecticut
Devoted to women, committed to excellence

*21 Woodland St*
*Hartford, CT*
*(860)278-4141*

| | |
|---|---|
| PATIENT: | HALEY SPEARS |
| DATE OF BIRTH: | REDACTED |
| DATE: | 02/01/2013 3:53 PM |
| VISIT TYPE: | Preventive Medicine |

### History of Present Illness
This 35 year old female presents with/for
1. annual visit
35 yo G0 presents for P&P. Pt notes menses regular ~ q 4 wks x 2-3 d, followed by 2-3 d spotting; menses still preceded by intermittent spotting x 1 wk prior. Recent USN/sonohyst w/ small intramural fibroid, not submucosal. Pt continues on prog. supp's x 10-15 d before menses to control "tick-bourne" sx's.

### Nursing Comments
PCP: Dr. Gianniani
BSE: no
Last pap: 9/2009 wnl HPV neg
CO: no

wants to discuss sonohyst results

### Chronic Problems
Lyme disease
Thyroid nodule
Hypoglycemia
Asthma
Colitis

### Medication Reconciliation
| Medication | Sig Desc | Comment |
|---|---|---|
| albuterol sulfate | inhale 2 puff by inhalation route every 4 - 6 hours as needed | |
| minocycline | take 2 capsule by oral route every 12 hours | |
| nebulizers Kit | | |
| progesterone | | |
| Singulair | take 1 tablet by oral route every day in the evening | |
| Zyrtec | take 1 tablet by oral route every day | |

### Allergies
| Description | Reaction |
|---|---|
| Erythromycin Base | Unknown |
| Clarithromycin | Unknown |

### Gynecologic History
Patient is Premenopausal.
No hormone replacement therapy.
Patient has not had a hysterectomy
Date of last PAP: 02/01/2013

Liberty004198

7R303150048

## Document GYN_Master on 02/01/2013 3:53 PM for HALEY A SPEARS

**Obstetric History**
Gravida: 0.
Parity: Term:0. Pre-Term: 0. Abortion: 0. Living 0.

**Procedures/Management**

| Procedure | Year | Comments |
|---|---|---|
| Thyroid biopsy | 2013 | |
| PICC line | | |

**Diagnostics History**

| Ordered | Completed | Study | Interpretation | Result / Report |
|---|---|---|---|---|
| | 11/03/2009 | HPV, DNA, AMP PROBE | normal | HPV neg |
| | 12/19/2012 | TRANSVAGINAL US, NON-OB | | See scanned report. |

**Family History**

| Dx Yes/No? | Family Member | Disease | Comment |
|---|---|---|---|
| | Mother | Diverticulitis abscess | colon stricture |
| | Father | Renal dz. s/p nephrectomy | |

**Social History**
Primary language is ENGLISH
**Marital Status / Family / Social Support:**
Currently single.
**Tobacco:**
Smoking status: Never smoker.

| Use Status | Total Pk Yrs | Type | Per Day | Years Used | Pack Years | Year Quit |
|---|---|---|---|---|---|---|
| never | | | | | | |

| Tried To Quit | Longest Tob Free | Relapse Reason | Passive Exposure |
|---|---|---|---|
| | | | |

**Alcohol:**
There is a history of alcohol use
consumed rarely.
**Caffeine:**
The patient does not use caffeine.
**Lifestyle:**
Sedentary activity level.

**Review of Systems**
**Genitourinary:**
Positive for:
- Breast self exam

Negative for amenorrhea, back pain, change in urine color, cloudy urine, decreased stream, decreased urine output, dysmenorrhea, dysuria, flank pain, foul urine odor, frequent urination, groin mass, hematuria, hormone replacement therapy, menorrhagia, nocturia, passage stone/gravel, polyuria, suprapubic pain, urgency, urinary hesitancy, urinary incontinence, vaginal discharge and vaginal itching.

**Dermatologic:**
Negative for breast discharge, breast lump(s) and breast pain.

**Physical Exam**
**Constitutional:**
Well developed.

**Neck / Thyroid:**
Palpation reveals trachea midline and mobile. No thyromegaly or thyroid nodules detected.

**Breast:**
Bilateral

Liberty004199

7R303150048

## Document GYN_Master on 02/01/2013 3:53 PM for HALEY A SPEARS

Breasts are symmetric with no dimpling.
Palpation reveals no masses or dominant lesions
Nipples are normal with no discharge
Axillary lymph nodes are normal
**Respiratory:**
Chest can be described as symmetric. Lungs clear to auscultation. Respiratory effort is normal.
**Cardiovascular:**
No edema is present
**Abdomen:**
There is no abdominal tenderness or rebound.
No hepatic enlargement.
Negative for hernia.
**Genitourinary:**
External Gyn: External genitalia is unremarkable  Glands do appear to be normal. Perineum is unremarkable. No perianal abnormalities.
Urethral meatus is normal.
Internal Gyn:  Examination of the vagina revealed Nl mucosa, no lesions and Min. bloody D/C.
Cervix: No lesions. Uterus:AVAF, NT, nl size. Adnexa: No fullness, tenderness bilat.. Bladder is normal.
PAP test was done.  Last PAP: 02/01/2013.
No CVA tenderness.  No suprapubic tenderness.  There appears to be no vaginal discharge.
Rectal deferred.
**Integumentary:**
No impressive skin lesions present.
**Psychiatric:**
The patient is oriented to time, place, person, and situation.

Pap Detail
Gyn source:  cervical.
Previous Cytology:  negative,
Previous Treatment.  none.
Patient is Premenopausal
Other information:  Patient is not pregnant, is not lactating, is not post-partum, has no IUD and does not use oral contraception.

Assessment/ Plan
**Routine GYN exam** (V72.31)
The patient is to have Urinalysis, non-automated, w/o scope performed.
Nl GYN exam
Pap done
Multiple questions reviewed w/ pt & mother at visit; offered tx of mild DUB?? w/ OCP's, pt declines.  Pt to continue prog. Rx'd by ID.
Pt T/C MMG due to FHx.

Patient Advice
Items reviewed/discussed during today's visit: prior testing/procedures were reviewed; testing discussed in detail; prescribed medication usage was discussed; reassurance of findings given; symptomatic care discussed; continue current treatment; patient to call for results; instructed in breast self examination.

**Medications (added or continued this visit)**

| Medication Name | Qty | Description |
|---|---|---|
| albuterol sulfate | 0 | inhale 2 puff by inhalation route  every 4 - 6 hours as needed |
| minocycline | 0 | take 2 capsule by oral route  every 12 hours |
| nebulizers Kit | 0 | |
| Prevacid | 0 | take 1 capsule by oral route  every day before a meal |
| progesterone | 0 | |
| Singulair | 0 | take 1 tablet by oral route  every day in the evening |
| Zyrtec | 0 | take 1 tablet by oral route  every day |

**Orders/Procedures/Instructions/Education**
**Office labs**

| Test Name | Interpretation | Results | | |
|---|---|---|---|---|
| Urinalysis, non-automated, w/o scope | | See detail | | Glucose: negative.  Ketones: negative.  Blood: negative.  Albumin: negative. |

Nitrite: negative.  Leukocytes: negative.

**Instructions/Education**

Liberty004200

7R303150048

## Document GYN_Master on 02/01/2013  3:53 PM for HALEY A SPEARS
Reviewed SBE

**Follow-up**
Office visit                              in 1 year


Provider:  Carla  Desantis MD  02/01/2013 4:41 PM

Provider:  Carla  Desantis MD  02/01/2013 4:41 PM

Document generated by: Carla  DeSantis   02/01/2013 4:41 PM


*This computer generated name serves as an electronically approved signature.*

Liberty004201

7R303150048

## Document nurse_master on 02/01/2013  3:53 PM for HALEY A SPEARS

 Women's Health

Connecticut

Devoted to women committed to excellence

*21 Woodland St*
*Hartford, CT*
*(860)278-4141*

| | |
|---|---|
| PATIENT: | HALEY  SPEARS |
| DATE OF BIRTH: | REDACTED |
| DATE: | 02/01/2013 3:53 PM |
| VISIT TYPE: | Preventive Medicine |

### Nursing Comments
PCP: Dr. Gianniani
BSE: no
Last pap: 9/2009 wnl HPV neg
CO: no

wants to discuss sonohyst results

### History of Present Illness
This 35 year old female presents with/for.
1.  annual visit
35 yo G0 presents for P&P.  Pt notes menses regular ~ q 4 wks x 2-3 d, followed by 2-3 d spotting; menses still preceded by intermittent spotting x 1 wk prior.  Recent USN/sonohyst w/ small intramural fibroid. not submucosal.  Pt continues on prog. supp's x 10-15 d before menses to control "tick-bourne" sx's.

### Chronic Problems
Lyme disease
Thyroid nodule
Hypoglycemia
Asthma
Colitis

### Past Medical/Surgical History
| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| | | PICC line | |
| | 2013 | Thyroid biopsy | |

### Diagnostics History
| Test | Date Performed | Status | Results |
|---|---|---|---|
| HPV, DNA, AMP PROBE | 11/03/2009 | completed | HPV neg |
| TRANSVAGINAL US, NON-OB | 12/19/2012 | completed | See scanned report. |

### Gynecologic History
Patient is Premenopausal.
No hormone replacement therapy.
Patient has not had a hysterectomy
Date of last PAP: 02/01/2013

Liberty004202

7R303150048

## Document nurse_master on 02/01/2013 3:53 PM for HALEY A SPEARS

### Family History

| Yes / No | Family Member | Disease Detail | Age | Comment |
|---|---|---|---|---|
| | Father | Renal dz, s/p nephrectomy | | |
| | Mother | Diverticulitis abscess | | colon stricture |

### Social History
Primary language is ENGLISH.
Marital Status / Family / Social Support:
Currently single.
Tobacco:
Smoking status. Never smoker.

| Use Status | Total Pk Yrs | Type | Per Day | Years Used | Pack Years | Year Quit |
|---|---|---|---|---|---|---|
| never | | | | | | |

| Tried To Quit | Longest Tob Free | Relapse Reason | Passive Exposure |
|---|---|---|---|
| | | | |

Alcohol:
There is a history of alcohol use.
consumed rarely.
Caffeine:
The patient does not use caffeine.
Lifestyle:
Sedentary activity level.

### Review of Systems
Genitourinary:
Positive for·
· Breast self exam

Negative for amenorrhea, back pain, change in urine color, cloudy urine, decreased stream, decreased urine output, dysmenorrhea, dysuria, flank pain, foul urine odor, frequent urination, groin mass, hematuria, hormone replacement therapy, menorrhagia, nocturia, passage stone/gravel, polyuria, suprapubic pain, urgency, urinary hesitancy, urinary incontinence, vaginal discharge and vaginal itching.

Dermatologic:
Negative for breast discharge, breast lump(s) and breast pain.

Date of last PAP: 02/01/2013.

Patient is Premenopausal.

### Birth Control Method
Uses none.

### Medication Reconciliation
| Medication | Sig Desc | Comment |
|---|---|---|
| albuterol sulfate | inhale 2 puff by inhalation route every 4 - 6 hours as needed | |
| minocycline | take 2 capsule by oral route every 12 hours | |
| nebulizers Kit | | |
| progesterone | | |
| Singulair | take 1 tablet by oral route every day in the evening | |
| Zyrtec | take 1 tablet by oral route every day | |

### Allergies
Reviewed, no changes
| Allergen/Ingredient | Causative Agent | Reaction | Comment |
|---|---|---|---|
| Clarithromycin | Biaxin | Unknown | |
| Erythromycin Base | | Unknown | |

Liberty004203

7R303150048

## Document nurse_master on 02/01/2013 3:53 PM for HALEY A SPEARS

**Office Labs completed this visit**

| Order | Completed By | Interpretation | Result |
|-------|--------------|----------------|--------|
| Urinalysis, non-automated, w/o scope | Jessica Nunez | See detail | Glucose: negative.  Ketones: negative.  Blood: |
| negative.  Albumin: negative.  Nitrite: negative.  Leukocytes  negative. | | | |

**Diagnostic Services**

| Test | Date Performed | Status | Results |
|------|----------------|--------|---------|
| HPV, DNA, AMP PROBE | 11/03/2009 | completed | HPV neg |
| TRANSVAGINAL US, NON-OB | 12/19/2012 | completed | See scanned report |

Provider: Carla  Desantis MD  02/01/2013 4:41 PM

Document generated by: Jessica Nunez 02/01/2013 4:41 PM

*This computer generated name serves as an electronically approved signature.*

Liberty004204

7R303150048

## Document Patient Plan on 02/01/2013 3:53 PM for HALEY A SPEARS

 **Women's Health**
Connecticut

Devoted to women committed to excellence

*21 Woodland St*
*Hartford, CT*
*(860)278-4141*

### PATIENT PLAN
#### HALEY SPEARS
02/01/2013 3:53 PM
Visit Type: Preventive Medicine

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

Reason(s) for visit: annual visit.

### Assessment/ Plan
**Routine GYN exam (V72.31)**
The patient is to have Urinalysis, non-automated. w/o scope performed.
Nl GYN exam
Pap done
Multiple questions reviewed w/ pt & mother at visit; offered tx of mild DUB?? w/ OCP's. pt declines.  Pt to continue prog. Rx'd by ID.
Pt T/C MMG due to FHx.

### Currently Active Medications

| Medication Name | Qty | Description |
|---|---|---|
| albuterol sulfate | 0 | inhale 2 puff by inhalation route  every 4 - 6 hours as needed |
| minocycline | 0 | take 2 capsule by oral route  every 12 hours |
| nebulizers Kit | 0 | |
| Prevacid | 0 | take 1 capsule by oral route  every day before a meal |
| progesterone | 0 | |
| Singulair | 0 | take 1 tablet by oral route  every day in the evening |
| Zyrtec | 0 | take 1 tablet by oral route  every day |

### Allergies

| Allergen/Ingredient | Causative Agent | Reaction | Comment |
|---|---|---|---|
| Clarithromycin | Biaxin | Unknown | |
| Erythromycin Base | | Unknown | |

### Instructions/Education

| Status | Order |
|---|---|
| ordered | Reviewed SBE |

### To Be Scheduled/Ordered

| Status | Order | Reason | Assessment | Timeframe | Appointment | DeviceID |
|---|---|---|---|---|---|---|

Liberty004205

7R303150048

## Document Patient Plan on 02/01/2013 3:53 PM for HALEY A SPEARS

ordered    Office visit                              V72.31

**Follow-up**

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| V72.31 | Office visit | | in 1 year | |

Sincerely,

Provider:  Carla  Desantis MD  02/01/2013 4:41 PM

Document generated by:  Carla DeSantis  02/01/2013 4:41 PM

*This computer generated name serves as an electronically approved signature.*

Liberty004206

7R303150048

**Document telephone_communication on 09/11/2013  1:15 PM for HALEY A SPEARS**

 Women's Health

Devoted to women  committed to excellence

 **TELEPHONE MESSAGE**

| | | | |
|---|---|---|---|
| **Patient Name** | HALEY SPEARS | **Age** | 35 years |
| **Date of Call** | 09/11/2013 | | |
| **Home phone** | (860)308-2050 | | |
| **Day phone** | (860)930-0887 ext CEL | | |
| **Alternate phone** | | | |

**Spoke with:** patient
**Time of call:** 1:17 PM
**Call taken by:** Thelma Robinson
**Contact type:** incoming call
**Call type:** medical question

**Telephone Contact Detail**

| Date | Time | Employee | Detail |
|---|---|---|---|
| 09/11/2013 | 1:36 PM | Thelma Robinson | Call regarding Skin Tag Removal. Pt has an appt 09/12/13 with you in RH office for skin tag removal , ? if after the removal will there be a scar , if so she will cancell appt, please advise Thanks Pt's # 860-308-2050 |
| 09/11/2013 | 1:38 PM | Carla DeSantis | Can reaasure pt very unlikely to leave any significant scar. |
| 09/11/2013 | 1:55 PM | Jennifer Cruz | pt will keep appointment and decide then since its not deffinite. |

Provider:  Desantis, Carla  09/11/2013

**Document generated by:**  Jennifer Cruz

Liberty004207

7R303150048

## ICS Image Ultrasounds GYN on 01/23/2013 for HALEY A SPEARS

Study ID:

### Womens Health Group

| | |
|---|---|
| Name: SPEARS, HALEY | Study Date: 01/23/2013 01:58 PM |
| MRN: 10146776 | Performed By: KG |
| DOB: REDACTED | Referring Physician: CSD |
| Age: 33 yrs | |
| Gender: | |
| History: LMP=01/02/13 | |

**Gynecology**

| | |
|---|---|
| Height: | Gravida: 0 |
| Weight: | Para: 0 |
| LMP: | Aborta: 0 |
| Expected Ovulation: | Ectopic: 0 |
| Previous Surgery: | |
| E2 Level: | |
| HCG Given: | |
| Indication: SONOHYST ? SUBMUC MYOMA DUB | |

Interpretation Summary

Interpretation Comments

Gynecological Findings
SONOHYST
ANT MYOMA IS NOT SUBMUCOSAL
EE WALLS = .236 CM POST .309 CM ANT.

Reading Physician: _____

*Normal (negative)*
*Sono.*

*(CSD)*

7R303150048

# ICS Image Ultrasounds GYN on 12/19/2012 for HALEY A SPEARS

Study ID: 14~

## Womens Health Group

Name: SPEARS. HAILEY
MRN: 10146776
DOB: REDACTED
Age: 35 yrs
Gender:
History: HEART SHAPED UT LMP=11/22/12

Study Date: 12/19/2012 02:45 PM
Performed By: KG
Referring Physician: CSD

**Gynecology**

Height:
Weight:
LMP:
Expected Ovulation:
Previous Surgery:
E2 Level:
HCG Given:
Indication: DUB

Gravida: 0
Para: 0
Aborta: 0
Ectopic: 0

*Images reviewed*
*- at one uterus*
*- SLT ≈ 0.55 cm*
*- small ant. fibroid,*
*? subserous*

Interpretation Summary

Interpretation Comments

*ml cavities*
*- ? cx polyps*

### Gynecological Findings
The uterus is anteverted. The right adnexa appears normal. The left adnexa appears normal.
The right ovary appears normal in size and shape. The left ovary appears normal in size and
shape. The endometrium appears normal. TV UT=? COMPLEX NABOTHIAN VS
CX POLYP
SMALL MYOMA ANT AND CLOSE TO EE
1.00 X 1.29 X .862 CM
RT OV =FOLLICLE .911 X .901 X .561 CM
LFT OV = FOLLICLE .803 X 1.07 X .804 CM
CDS=WNL

*Can tell if very small fibroid*
*seen. may cause premenstrual*
*spotting - can offer sonohyst*
*+ hsv for ? cx polyps.*

MMode/2D Measurements & Calculations

| | Used In Calc | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| UTV: | 69.7 cm3 | | | | | |
| UTL: | 6.97 cm | 6.97 | | | | |
| UTH: | 3.57 cm | 3.57 | | | | |
| UTW: | 5.35 cm | 5.35 | | | | |

*? Annual booked*
*12-21-12*
*Umk*

HAILEY SPEARS [10146776] 12/19/2012     *12/21/12*     Page 1 of 2

*Copy sent to*
*Dr Ralaxen (212) 799-2377*

*Pt notified*
*Sono booked*

Liberty004209

7R303150048

## ICS Image Ultrasounds GYN on 12/19/2012 for HALEY A SPEARS



| | | | | |
|---|---|---|---|---|
| Endometrium | 1 07 cm | AVG | 0.978 | 1 16 |
| Cervix | 3.31 cm | | 3.31 | |
| ROV: | 7.53 cm3 | | | |
| ROL: | 3.08 cm | | 3.08 | |
| ROH: | 2.40 cm | | 2.40 | |
| ROW: | 1.95 cm | | 1.95 | |
| LOV: | 3.59 cm3 | | | |
| LOL: | 2.68 cm | | 2.68 | |
| LOH: | 1.75 cm | | 1.75 | |
| LOW: | 1.47 cm | | 1.47 | |

Reading Physician: _____

HAILEY SPEARS [10146776] 12/19/2012

Page 2 of 2

Liberty004210

7R303150048

21 WOODLAND STREET
SUITE 112
HARTFORD, CT 06105

**REDACTED**

Haley Spears

PATIENT NAME: _____ CAT

DATE: RS

AGE: 34   HT: 64½   WT: 124   LMP: 11/18/11

G: Ø   P:   AB:   BP: 110/70   UA: ○ Prot ○ Glu ○ Nit.
○ Leu ○ S ○ Bld S.

DOB:
PCP MD: Granini
PREV PAP: 9-09 WNL
PREV MGM:
COLON SCREEN:
CONTRA:
BSE/CBE: Ø Bone
COUNSELED:
HPV DONE: 9-09 ⊘
C.O:
BONE DENSITY:
SOCHX: TOB   Ø
ETOH   Ø
DRUGS   Ø
DOM VIOL   Ø
EXERCISE   walking
nebulizer prn
albuterol prn
MEDS: Nepron
Singulair   Luvaril
Asacol   ultram
dicyline
zyrtec prn inj
Zithromax 500mg
ASA 81mg Vultarin gel
Flexeril prn

PMHX: ① H/o thyroid nodule
② H/o Asthma
③ H/o colitis
④ H/o Lyme's -ongoing sx's ①
neuro slurred speech
cognitive skills compromised -followed
by neuro-migraines - #D naturopath:
bartonella in remission.

PSHX: s/p Picc line
4 k ā'd

OB/GYNHX:

FAMHX: Mother → colon cancer
Colon diverticulitis + diverticulitis, anemia

(Improving ① on current tx

ROS: ☐ CHECK IF ALL NEGATIVE (document all positives)
☐ Neuro ☐ Breast ☐ Musculosk ☐ Any Abnl:
☐ HEENT ☐ GI ☐ Other
☐ C-V ☐ Gyn ☐ Phlebitis   (lu above
☐ Resp ☐ GU ☐ Migraines

CC:

HPI: 34yo G0 presents for R.P. 4 menses a q 4 wks;
VB x 4-8d, preceded by 2-5d lighter VB 2-4d ā menses.
4 using preg cream, 10d p LMP x 10d via ID MD
to control heat-bone dry sx's during migms.

ALLERGIES:

EES
Biaxin

EXAM:
HEENT: WNL
NECK: supple ⊘ LAD or thyromegaly
LUNGS: _ CTA ⓑ
COR: RRR

ABD: + TXN, ⊘ masses
EXT: ⊘ calf tenderness ⓑ
NEURO: -grossly WNL

BREASTS: ○ ○ -Ø LAD, masses, skin ∆'s ⓑ

PELVIC: -NEFG

V/V: - nl mucosa, Ø lesion -scant brownish D/C

CX: -Ø lesions

UT: - AVAF, NT, nl size

AD: - Ø fullness, tenderness ⓑ

RECTO/VAG:

COUNSELED:
☐ GEN. HEALTH
☐ STD ☐ HRT
☐ CONTRA
☐ SMOKE CESS
☐ PRECONCEPT
☐ TIME _____
☐ HPV/GRDSL REVIEWED
GC/CHLAMYDIA
☐ DONE   ☐ DECLINED

IMP/PLAN: ① nl GYN exam

Pap deferred

② DUB → ↑ USN

PAP:   MGM:
STOOL #1 _____ in office
#2 _____
#3 _____
BONE DENSITY _____
NEXT VISIT _____
INITIALS: _____

7R303150048

PATIENT NAME: *Haley Spears*

DOB: REDACTED
PCP MD: _____
PREV PAP: 9/09 WNL
PREV MGM: —
COLON SCREEN: —
CONTRA: —
BSE/N OR N: ✓
COUNSELED:
HPV DONE: 2004 ⊖
C.O.:

DATE: 10/22/10   AGE: 33   HT: 64½   WT: 125   LMP: 9-21-10
G: ⊘   P:   AB:   BP: 120/78   UA: ⊘ Prot ⊘ Glu ⊘ Nit.

PMHX: ① h/o thyroid nodule; followed by endocrine

PSHX: ① s/p PICC line

OB/GYN HX: ② h/o colitis
③ h/o Lyme dz; ongoing w/ s, 1° neuro-slurred speech; cognitive skills compromised - followed by neuro (migraines), I.D. & naturopath; Bartonella in remission

FAMHX:

ROS: ☐ CHECK IF ALL NEGATIVE (document all positives)
☐ Neuro  ☐ Breast  ☐ Musculosk  ☐ Any Abnl:
☐ HEENT  ☐ GI  ☐ Other
☐ C-V  ☐ Gyn  ☐ Phlebitis   As above
☐ Resp  ☐ GU  ☐ Migraines

SOCHX:  TOB  ⊘
ETOH  ⊘
DRUGS  ⊘
DOM VIOL  ⊘
EXERCISE  Walking

CC:

HPI: 33 yo G0 presents for PaP. Uterooo eq Utero, secas. off × 1 wk. VBx4-5d; ? RMBx1, last mos. Dysmenorrhea.

MEDS:
Singular  Mirapon
Lexapro  Pericas
Ambien  ASACol
Zyrtec
Requirine IV
Zithromax
folic acid

ALLERGIES:
EES
Biaxin

EXAM:
HEENT: − WNL
NECK: − supple, ⊘ LAD or thyromegaly
LUNGS: − CTA ⊕
COR: − RRR

ABD: − NTXY, ⊘ masses
EXT: − ⊘ calf tenderness ⊕
NEURO: − grossly WNL

BREASTS: ◉  ◉  − ⊘ LAD, masses, skin Δ's ⊕

PELVIC: − NEFG

V/V: − nl mucosa, ⊘ lesions

CX: − ⊘ lesions

UT: − AVAF, normal, NT

AD: − ⊘ fullness, tenderness ⊕
RECTO/VAG:

IMP/PLAN: y/o GYN exam

COUNSELED:
☐ GEN. HEALTH
☐ STD  ☐ HRT
☐ CONTRA
☐ SMOKE CESS
☐ PRECONCEPT
☐ TIME _____
☐ HPV/GRDSL REVIEWED

Pap deferred

PAP: _____   MGM: _____
STOOL #1 _____ in office
#2 _____
#3 _____
BONE DENSITY _____
NEXT VISIT _____
INITIALS: _____

Liberty004212

7R303150048

Haley Spears

WOMEN'S HEALTH GROUP
21 WOODLAND STREET
SUITE 312
HARTFORD, CT 06105

REDACTED

PROBLEM *Chemical application*

DATE 4/21/09 *candidal*

AGE 31

G P

LMP

WGT         **HT**

BP

UA

CONTRA

ALLERGIES *EES,*

BSE         *Biaxin*

*Pap*

9/29/10 *Sandhurst* *CRNP/CSA*

Liberty004213

JN

SUITE 112
HARTFORD, CT 06105

PATIENT NAME: Haley Spears

DATE: 7/3/09   AGE: 31   HT: 64½   WT: 113½   LMP: 8-24-09
G: Ø   P:   AB:   BP:   UA: ☐ Prot ☐ Glu ☐ Nu
PMHX: ①No thyroid nodule ·   120/76   PSHX: ① ø PICC line ·
②½ (7th ma):
OB/GYN HX: ③ colitis/ulcers:
④ Lyme dz: f/leave w nuclear ⊕ –
on disability; toradol/fla + babesiaesis
as well – neuro followed by neuro a
neuro ⊕; and I/CA, still on ABX; improved
FAMHX: Unk Ad
ROS: ☐ CHECK IF ALL NEGATIVE (document all positives)   Last mo. resolved.
☐ Neuro ☐ Breast ☐ Musculosk. ☐ Any Abul:
☐ HEENT ☐ GI   ☐ Other
☐ C-V   ☐ Gyn   ☐ Phlebitis
☐ Resp   ☐ GU   ☐ Migraines

CC:

HPI: 31 yo Go presents for R. P. Menses irreg. – ? ≥ q5-6wks
RLQ, very light – ? bare 2MB. Rare dysmenorrhea.
Pt desires eval of possible IUD to "lighten" tag"

EXAM:
HEENT: WNL
NECK: – supple, ⊘ LAD or thyromegaly
LUNGS: – CTAB
COR: – RRR
ABD: – NT +, ⊘ masses
EXT: – ⊘ calf tenderness ⊕
NEURO: – grossly WNL

BREASTS: ( • ) ( • ) – ⊘ LAD, masses, skin ∆'s ⊕

PELVIC: – NEFGE tiny lesion on mons → te'd c TCA x repeating
V/V: – nl mucosa, ⊘ lesions
similar lesion on ⊕
inter fingertip te'd
→ the – 1 2-3 wks.
CX: – ⊘ lesions
UT: – AVMF, NT, nl size
AD: – ⊘ fullness, tenderness ⊕
RECTO/VAG:

IMP/PLAN: 1) 64 N exam
         2) Ctx for return of nl menses c resolution
            of other health prob's
         3) Pap & HPV

---

DOB: REDACTED
PCP MU: OTHER
PREV PAP: 7/08 WNL
PREV MGM:
COLON SCREEN:
CONTRA: Ø SA ·
BSE: Y OR Ⓝ
COUNSELED: Yes
HPV DONE   CF ≈ 7/08
C · U ·
SOCHX TOB   Ø
ETOH   Ø
DRUGS   Ø
DOM VIOL Ø
EXERCISE  Walking

MEDS:
Singular   Rocephine (IV)
Lexapro    Zithromax
Ambien     Folic Acid
Zyrtec prn · Topamax
Mepron
Rythmoron

ALLERGIES:
Biaxin
EES

COUNSELED:
☐ GEN. HEALTH
☐ STD  ☐ HRT
☐ CONTRA
☐ SMOK CESS.
☐ PRECONCEPT
☐ TIME
☐ HIV/GARDISL reviewed

PAP:         MGM:
STOOL #1 ____ in office
        #2 ____
        #3 ____
BONE DENSITY
NEXT VISIT _____
INITIALS: _____

Liberty004214

7R303150048

WOMEN'S HEALTH GROUP
a division of Physicians for Women's Health, LLC

TELEPHONE MESSAGE FORM               ☐ ROUTINE   ☐ URGENT

NAME: Haley Spears          D.O.B.: _____ DATE: _____ TIME: 4/16/08

PT PHONE: 565-0242     930-0887 cell   ALLERGIES: _____   PHARM / PHONE: _____

PROBLEM ___ i.M. to call - spoke c h.o. Panama in pathology today —
"verruca vulgaris" is a viral infxn, NOT HPV, NOT considered

M.D. RESPONSE: ___ all STD but is "related to contact" - O sig chxn for immunance
vulval dx, current tx is correct.

pt informed - is not comfortable c Dr. Kugelman        (dlc
continuing to tr. Has appt Sept. c dif. derm. - Can she see you in-between
for continuing tx? please let her know. ℗   ℗  dlc

PROBLEM follow-up skin tag
DATE 8/13/08 R8 8/15/08                  Pt returns for F/U of nuclear
AGE 30                                    verruca vulgaris.
G ℗ P
MP lwk ago                                c/o lesions present today
WGT.124 HT.
BP 110/82                                 F/U @ annual Pap
UA
CONTRA
ALLERGIES EES, Biaxin
BSE    Emycin                                              [signature]
Pap

WOMEN'S HEALTH GROUP
a division of Physicians for Women's Health, LLC

TELEPHONE MESSAGE FORM               ☐ ROUTINE   ☐ URGENT
                    REDACTED
NAME: Haley Spears          D.O.B.: _____ DATE: 1/14/08 TIME: 2:43 pm

PT PHONE: 930-0887   ALLERGIES: EES, Biaxin   PHARM / PHONE: _____

PROBLEM ___ ? bad batch. Hep B inject
(PCP c Gardasil) neuro migraine sx's

M.D. RESPONSE: has questions -        speech problems.
please ccue pt. ℗.            started p 1st inject.
Pt advised unlikely neuro sx's a/w 20 Hep B or Gardasil

                                            [signature]       Liberty004215

7R303150048

PATIENT NAME Haley Spears          (TCA alec)

DATE: _____   AGE: 30   HT: 5'1/2  WT: D2  LMP: 6/16/08
7/10/08   G: ∅  P: ___  AB: ___  BP: 122/80  UA: ∅ Prot ∅ Glu ∅ Nit
                                          ∅ RBc ∅ WBc

PMHX: Saw Dermatologist   PSHX: Umbi A'd
migraines ? OCP ractod drawal
muriscan Colitis + Duodenal Ulcer

OB/GYN HX:

FAMHX:  M - Osteopenic, migraines
         D - Scoliosis

ROS:   ☐ CHECK IF ALL NEGATIVE  (document all positives)
       ☐ Neuro  ☐ Breast  ☐ Musculosk.  ☐ Any Abnl:  ① h/c asthma
       ☐ HEENT ☐ GI  ☐ Other
       ☐ C-V  ☐ Gyn  ☐ Phlebitis      ② h/c thyroid nodule
       ☐ Resp  ☐ GU  ☐ Migraines      ③ h/c colitis/ulcer - followed by
                                           Dr. O'Brien
CC:

HPI: 30 yo Go presents for P+P.
Pt D/C'd ECP's v tms age 2° to BTB. Pt now c
migraines - last 2 wks ago. Pt saw derm, tx'd on 06/30/08.

EXAM:
   HEENT: - WNL                    ABD: -VTK, ∅ masses
   NECK: - supple, ∅ LAD or thyromegaly EXT: - ∅ calf tenderness ⊕
   LUNGS: - CTA ⊕               NEURO: - grossly WNL
   COR: - RRR

BREASTS:  ( • )  ( • ) - ∅ LAD, masses, skin s'x ⊕

PELVIC: - ∅ EFB x ?? tiny condyloma → TCA, chursicaine applied  COUNSELED:
                          multiple healing areas              ☐ GEN. HEALTH
V/V: - nl mucosa, ∅ lesions                                   ☐ STD  ☐ HRT
                                                              ☐ CONTRA
CX: - ∅ lesions                                               ☐ SMOK CESS.
                                                              ☐ PRECONCEPT
UT: - AVAF, NT, nl size                                       ☐ TIME____

AD: - ∅ fullness, tenderness ⊕

RECTO/VAG:

IMP/PLAN: 1/ nl GYN exam
          2/ Pap done
          3/ Pt to see derm in ~2 wks

Liberty004216

(right column)
DOB: REDACTED
PCP MD: D. Stubb
PREV PAP: 6/07 - neg
PREV MGM: —
COLON SCREEN: --
CONTRA: ∅ stopped OCP's 1 mo ago
BSE: Y OR N
COUNSELED: yes
CO: NJ

SOCHX TOB  ∅
       ETOH OCC
       DRUGS  ∅
       DOM VIOL ∅
       EXERCISE OCC

MEDS:
① Gardasil injection # 1
   done T. PCP

   Singulair    previous
   Advair
   Zyrtec
   Anrol

ALLERGIES:
   Biaxin
   Emgais

HPV  waiver signed
PAP: + HPV  MGM:
STOOL #1____ in office
      #2____
      #3____
BONE DENSITY
NEXT VISIT _____
INITIALS: _____

7R303150048

**Quest Diagnostics**

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1 866 697-8378

SPECIMEN INFORMATION
SPECIMEN: WC195165D
REQUISITION: 3565013

COLLECTED: 09/03/2009
RECEIVED: 09/03/2009  21:10 ET
REPORTED: 09/10/2009  11:35 ET

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

ID: 1800184
PHONE: 860.308.2050

REPORT STATUS **FINAL**

ORDERING PHYSICIAN
**DESANTIS,CARLA S**

CLIENT INFORMATION
NE22202144            31917144
WOMEN'S HEALTH GROUP/HARTFORD
21 WOODLAND ST STE 112
HARTFORD, CT 06105-4318

---

GYNECOLOGICAL CYTOLOGY REPORT                                          Lab

THINPREP-TIS                                                           QWA
DEPT ID NUMBER: WC090122158

REPORT STATUS:          FINAL
CLINICAL INFORMATION:   Information not provided
                        LMP:     08/24/09
                        prev. Pap: NOT GIVEN
                        prev. Bx.: NOT GIVEN
SOURCE:                 Cervix, Endocervix
STATEMENT OF ADEQUACY:  **Satisfactory for evaluation.**
                        **Endocervical/transformation zone component**
                        **present.**

INTERPRETATION/RESULT:  **Negative for intraepithelial lesion or malignancy.**
COMMENT:                This Pap test has been evaluated with computer
                        assisted technology.

CYTOTECHNOLOGIST:       DV, CT(ASCP)
For questions contact Anatomic Pathology Client Services at 866-697-8378

HPV DNA (HIGH RISK)                                                    QWA
HIGH RISK:                    NOT DETECTED
                        REFERENCE RANGE: NOT DETECTED
                        TESTED FOR HIGH RISK TYPES
                        16,18,31,33,35,39,45,51,52, 56,58,59,68.
                        THE ANALYTICAL PERFORMANCE CHARACTERISTICS OF THIS
                        ASSAY, WHEN USED TO TEST SUREPATH OR VAGINAL
                        SPECIMENS, HAVE BEEN DETERMINED BY QUEST
                        DIAGNOSTICS. METHODOLOGY: HYBRID CAPTURE WITH
                        SIGNAL AMPLIFICATION

**PERFORMING LABORATORY INFORMATION**
QWA  QUEST DIAGNOSTICS WALLINGFORD-CT 0031, 3 STERLING DRIVE, WALLINGFORD, SEP 19 2009   Laboratory Director: NEENA SINGH,MD
     CLIA: 07D1033126                                         DATE:_____

SPEARS,HALEY - WC195165D

PROVIDER
☐ NURSE TO CALL PT
☑ RESULTS SEEN
   ☑ NL  ☐ ABNL
☐ C & F
☑ SEND CARD
☐ FYI DR_____
☐ RX _____
  INITIALS_____

NURSE
☐ LMTCB
☐ PT NOTIFIED
☐ CARD SENT_____
☐ CHART TO MD FILE
☐ REVIEW NEXT VISIT

PT RX CALLED End of Report
INITIALS_____

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. G0202000-NTL, Revised 5/08  SC2K - t155/0

Liberty004217

Quest Diagnostics Incorporated

7R303150048

# Laboratory Report

CARLA S. DESANTIS, M.D.
GROUP #202144
WOMEN'S HEALTH GROUP
21 WOODLAND STREET  RM112
HARTFORD, CT  06105
219082          3135-1055



**Quest Diagnostics®**

Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.262.6810
203.949.5500

| Patient Name | Patient ID | Accession No | Age | Date of Birth | Sex |
|---|---|---|---|---|---|
| SPEARS,HOLLY | REDACTED | CB3942121 | REDACTED | | N |
| Patient Telephone No | Requesting Physician | | Fast Sta | Total Volume | |
| (860) 308-2050    C.DESANTIS | | | U | | |

| Time Collected | Date Collected | Date Received | Date Reported | | Report Status | Page |
|---|---|---|---|---|---|---|
| 00:00 | 07/10/2008 | 07/10/2008 | 07/15/2008 | | FINAL | 1 |

## Cytology,ThinPrep Pap

CLINICAL INFORMATION          *Normal exam*

LMP                                    *06/16/08*

SOURCE                              *CERVICAL/ENDOCX*

SPECIMEN ADEQUACY          *Satisfactory for evaluation*
                                        *Endocervical/transformation zone component present.*

**INTERPRETATION**              **Negative for Intraepithelial Lesion or Malignancy.**

CYTOTECHNOLOGIST(S)        *NE*

## HPV DNA, High Risk

*HPV DNA, High Risk*              **DETECTED**
                                        *High-Risk HPV is frequently detected in cervical cancer and its*
                                        *precursors.*

*The analytical performance characteristics of this assay, when used to*
*test SurePath or Vaginal Specimens, have been determined by Quest*
*Diagnostics.*

\* *End of Final Report* \*

DATE: _____ JUL 1 5 2008

PROVIDER
☐ NURSE TO CALL PT
☐ RESULTS SEEN
   ☐ NL   ☐ ABNL
☐ C & F
☐ SEEN CARD
☐ FYI OR _____
☐ RX _____
INITIALS _____

NURSE
☑ TMTC ?
☑ PT NOTIFIED
☐ CARD SENT _____
☐ CHART TO MD FILE
☐ REVIEW NEXT VISIT

☐ RX CALLED
   INITIALS _____

Advise/ tell will need HPV PAP repeated 1 yr

Liberty004048

7R303150048

Quest Diagnostics Incorporated

**Laboratory Report**

CARLA S. DESANTIS, M.D.
GROUP #202144
WOMEN'S HEALTH GROUP
21 WOODLAND STREET RM112
HARTFORD, CT 06105
219082        3135-1055


Quest Diagnostics

Regional Headquarters
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.5500

| Patient Name | | Accession No | Age · Date of Birth | Sex | | |
|---|---|---|---|---|---|---|
| SPEARS, HOLLY | REDACTED | CB3942113 | REDACTED | N | | |
| Patient Telephone No | Requesting Physician | | Fast So | Total Volume | Report Status | Page |
| (860) 308-2050  C.DESANTIS | | | U | | Final | 1 |
| Time Collected  Date Collected  Date Received  Date Reported | | | | | | |
| 00:00  07/10/2008  07/10/2008  07/14/2008 | | | | | | |

| **Test Name** | **Result** | **Reference** |
|---|---|---|
| *CT/GC DNA SDA, Pap vial* | | |
| C.trachomatis DNA,SDA | NOT DETECTED | NOTE |
| Reference Range: Not Detected | | |
| N.gonorrhoeae DNA,SDA | NOT DETECTED | NOTE |
| Reference Range: Not Detected | | |

The performance characteristics of this assay have been determined by
Quest Diagnostics. Performance characteristics refer to the analytical
performance of the test.


\* End of Final Report \*


JUL 1 4 2008

DATE: _____

PROVIDER                    NURSE
☐ NURSE TO CALL PT         ☐ LMTCB
☐ RESULT - SEEN            ☐ PT NOTIFIED
☐ NL  ☐ ABNL               ☐ CARD SENT _____
☐ CALL                     ☐ CHART TO MD FILE
☐ SEND CARD                ☐ REVIEW NEXT VISIT
☐ FYI DR_____
☐ RX _____            ☐ RX CALLED
INITIALS (NS)              INITIALS_____

Neena Singh M D      Referred to Quest Diagnostics Incorporated      Referred to Quest Diagnostics Incorporated      Referred to Quest Diagnostics Incorporated      Referred to Quest Diagnostics Incorporated
Director      Three Sterling Drive  Wallingford, CT 06492  CL0091      555 Lordship Boulevard, Stratford, CT 06497  CL0073      33608 Ortega Highway  San Juan Capistrano, CA 92690      Liberty004214 Lincoln Avenue  Teterboro, NJ
Quest  Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated All rights reserved. QD109000 Revised 6/08 SCK 10600

7R303150048

Quest Diagnostics Incorporated

**Laboratory Report**

CARLA S. DESANTIS, M.D.
GROUP #202144
WOMEN'S HEALTH GROUP
21 WOODLAND STREET RM112
HARTFORD, CT 06105
219082                    3135-1055


Quest
Diagnostics

**Regional Headquarters**
Three Sterling Drive
Wallingford, CT 06492
800.982.6810
203.949.5500

| Patient Name | Patient ID | Accession No | Age / Date of Birth | Sex |
|---|---|---|---|---|
| SPEARS, HALEY | | HI0308007 | REDACTED | F |

| Patient Telephone No | Requesting Physician | Fast Sp | Total Volume | Report Status | Page |
|---|---|---|---|---|---|
| (860) 308-2050 | | | | FINAL | 1 |

| Time Collected | Date Collected | Date Received | Date Reported |
|---|---|---|---|
| 00:00 | 06/03/2008 | 06/03/2008 | 06/04/2008 |

DATE: _____ JUN 0 4 2008

PROVIDER _____    NURSE _____

☑ NURSE TO CALL PT        ☑ LMTCH
☑ RESULTS SEEN            ☑ PT NOTIFIED
☐ NL   ☐ ABNL            ☐ CARD SENT
☐ C&F                     ☐ CHART TO MD FILE
☑ SEND CARD              ☐ REVIEW NEXT VISIT
☐ FYI DR
☐ RX _____              ☐ RX CALLED
INITIALS _____          INITIALS _____

**Tissue Pathology**

CLINICAL DATA:        *Skin tag*

SPECIMEN:             *Vulva*

**DIAGNOSIS:**        *Skin tag, vulva: Verruca vulgaris.*

COMMENT

*The specimen shows hyperkeratosis and mounds of parakeratosis overlying irregular acanthosis, prominent papillomatosis, and elongation of widened rete ridges. Scattered koilocytes are present within the upper levels of the stratum malpighii, associated with hypergranulosis and large keratohyalin granules.    tgh 6/04/08*

PATHOLOGIST:         *CHRISTOPHER A. WALLACE, M.D.*
                     ****Electronic Signature: Christopher A. Wallace, M.D. ****
                              *Board Certified in Dermatopathology,*
                              *Anatomic Pathology and Clinical Pathology*

                     *Customer Service Note:*
                     *Please contact the Anatomic Pathology Customer Service*
                     *staff if you have any questions. Toll free at 1-800-982-6810*
                     *or locally at 949-5500. Ext. 4808 cytology or Ext. 5309*
                     *pathology, 8:30am to 5:00pm, Monday-Friday.*

PATHOLOGICAL NOTES:  *Container labelled with patient's name and/or patient's id Haley*
                     *Spears. Specimen is received in formalin and consists of a tan shave*
                     *biopsy measuring 0.3 x 0.2 x 0.1 cm. Specimen is submitted in toto in*
                     *one cassette.*
                     *DLS 6/3/2008*

                     * End of Final Report *

*handwritten notes: kill berry*
*6/5/08 pt told*
*names of Derm.*
*given per*
*pt request*
*will call c*
*FAX #*
*523-1472*
*Lisa Kugelmar*

LMG                    10/20/2015 1:56:30 PM   PAGE   2/004   Fax Server H302150007

 **Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No : (603) 334-5708

October 20, 2015

Lauren G. Young, Nd

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Lauren Young:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004221

7H302150007

**HALEY SPEARS: Lab Result**
Lab Order Number: WC693737K

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

**COPY RECEIVED FROM:**
**Accession #: WC693737K**
panel 1 of 12

**Collected:** 6/19/2013 3:14 PM
**Received at Lab:** 6/19/2013 3:19 PM
**Reported:** 6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| COPY RECEIVED FROM: | | | Final | | U... |

Observation note:

ROBERT LANG,MD,PC
60 WASHINGTON AVE
HAMDEN, CT 06518-3271

7/1/13

**PERNICIOUS ANEMIA DIAGNOSTIC PANEL**
**Accession #: WC693737K**
panel 2 of 12

**Collected:** 6/19/2013 3:14 PM
**Received at Lab:** 6/19/2013 3:19 PM
**Reported:** 6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| VITAMIN B12 | 299 pg/mL | 200-1100 | Final | | EZ |

Observation note:

Please note: although the reference range for Vitamin B12 is 200-1100 pg/mL, it has been reported that between 5 and 10% of patients with values between 200 and 400 pg/mL may experience neuropsychiatric and hematologic abnormalities due to occult B12 deficiency; less than 1% of patients with values above 400 pg/mL will have symptoms.

**PERNICIOUS ANEMIA DIAGNOSTIC PANEL**
**Accession #: WC693737K**
panel 3 of 12

**Collected:** 6/19/2013 3:14 PM
**Received at Lab:** 6/19/2013 3:19 PM
**Reported:** 6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| METHYLMALONIC ACID, GC/ MS/MS | 165 nmol/L | 87-318 | Final | | EZ |

**PERNICIOUS ANEMIA DIAGNOSTIC PANEL**
**Accession #: WC693737K**
panel 4 of 12

**Collected:** 6/19/2013 3:14 PM
**Received at Lab:** 6/19/2013 3:19 PM
**Reported:** 6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| INTRINSIC FACTOR BLOCKING ANTIBODY | NEGATIVE | | Final | | EZ |

Observation note:

Reference Range:
ADULTS: NEGATIVE

**CALCIUM**

Collected: 6/19/2013 3:14 PM

7H302150007

**HALEY SPEARS: Lab Result**
Lab Order Number: WC693737K

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

**practice fusion™**

Lab Order # WC693737K  received on  Wed Jun 26, 2013 3:09 PM UTC

Lab's record of Patient:

SPEARS, HALEY

Date of birth:  . REDACTED

Gender:  · Female

Lab patient ID:  10146776

Phone:

Address:  1008 TROUTBROOK DR; WEST HARTFORD, CT
06119

Performing labs:

Quest Diagnostics/Nichols  site: AMD
Chantilly-Chantilly VA-Kenneth
Sisco M.D.
director:
address:  14225 Newbrook Drive
Chantilly, VA 20151-2228
phone:

Quest Diagnostics/Nichols SJC-  site: EZ
San Juan Capistrano,-Jon
Nakamoto MD,PhD
director:
address:  33608 Ortega Hwy
San Juan Capistrano, CA 92675-2042
Quest Diagnostics-Teterboro-  site: QTE
Janet Piscitelli MD
director:
address:  1 Malcolm Ave
Teterboro, NJ 07608-1011
phone:

QUEST DIAGNOSTICS CLC-  site: QMA
Wallingford CL 0091-Neena
Singh M.D., null, null null
director:
address:  3 Sterling Dr
Wallingford, CT 06492-5915
phone:

Panels ordered:

| | | |
|---|---|---|
| panel: COPY RECEIVED FROM: | Final | |
| panel: PERNICIOUS ANEMIA DIAGNOSTIC... | Final | |
| panel: PERNICIOUS ANEMIA DIAGNOSTIC... | Final | |
| panel: PERNICIOUS ANEMIA DIAGNOSTIC... | Final | |
| panel: CALCIUM | Final | |
| panel: METHYLMALONIC ACID | Final | |
| panel: VITAMIN D, 25-HYDROXY, LC/MS/... | Final | |
| panel: T3, TOTAL | Final | |
| panel: T3 UPTAKE | Final | |
| panel: T4, FREE | Final | |
| panel: T4 (THYROXINE), TOTAL | Final | |
| panel: PDF Report1 | Final | |

Additional information:

(no additional information)

Lab's record of Requesting Provider:

Provider name:  ZABROCKY, FRANCES

Account number:

🔳 Lab note:

CC: OR GIANNA, ZANE, LIOELSMAEN, RAXLIN
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

Liberty004223

7H302150007

| **HALEY SPEARS: Lab Result** | **Lauren Gouin Practice** |
|---|---|
| Lab Order Number: WC693737K | 135 Center Street Manchester, CT 06040 |
| | 8605330179 |

## T4, FREE

Accession #: WC693737K

panel 10 of 12

| | |
|---|---|
| Collected: | 6/19/2013 3:14 PM |
| Received at Lab: | 6/19/2013 3:19 PM |
| Reported: | 6/26/2013 2:30 AM |

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| T4, FREE | 1.0 ng/dL | 0.8-1.8 | Final | | Q... |

📧 Observation note:

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.


## T4 (THYROXINE), TOTAL

Accession #: WC693737K

panel 11 of 12

| | |
|---|---|
| Collected: | 6/19/2013 3:14 PM |
| Received at Lab: | 6/19/2013 3:19 PM |
| Reported: | 6/26/2013 2:30 AM |

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.2 mcg/dL | 4.5-12.0 | Final | | Q... |
| FREE T4 INDEX (T7) | 1.7 | 1.4-3.8 | Final | | Q... |


## PDF Report1

Accession #: WC693737K

panel 12 of 12

| | |
|---|---|
| Collected: | 6/19/2013 3:14 PM |
| Received at Lab: | 6/19/2013 3:19 PM |
| Reported: | 6/26/2013 2:30 AM |

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| See Attachment PDF BASE64 | | | Final | | |

Liberty004224

7H302150007

**HALEY SPEARS: Lab Result**
Lab Order Number: WC693737K

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

## CALCIUM

Accession #: WC693737K

panel 5 of 12

Collected:   6/19/2013 3:14 PM
Received at Lab:   6/19/2013 3:19 PM
Reported:   6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|--------------------|--------|-------------------|------|
| CALCIUM | 9.1 mg/dL | 8.6-10.2 | Final | | Q... |

## METHYLMALONIC ACID

Accession #: WC693737K

panel 6 of 12

Collected:   6/19/2013 3:14 PM
Received at Lab:   6/19/2013 3:19 PM
Reported:   6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|--------------------|--------|-------------------|------|
| METHYLMALONIC ACID | 109 nmol/L | 87-318 | Final | | A... |

## VITAMIN D, 25-HYDROXY, LC/MS/MS

Accession #: WC693737K

panel 7 of 12

Collected:   6/19/2013 3:14 PM
Received at Lab:   6/19/2013 3:19 PM
Reported:   6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|--------------------|--------|-------------------|------|
| VITAMIN D, 25 OH, TOTAL | 20 ng/mL | 30-100 | Final | Below Normal Low | Q... |
| VITAMIN D, 25 OH, D3 | 20 ng/mL | | Final | | Q... |
| VITAMIN D, 25 OH, D2 | <4 ng/mL | | Final | | Q... |

Observation note:

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

## T3, TOTAL

Accession #: WC693737K

panel 8 of 12

Collected:   6/19/2013 3:14 PM
Received at Lab:   6/19/2013 3:19 PM
Reported:   6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|--------------------|--------|-------------------|------|
| T3, TOTAL | 74 ng/dL | 76-181 | Final | Below Normal Low | Q... |

## T3 UPTAKE

Accession #: WC693737K

panel 9 of 12

Collected:   6/19/2013 3:14 PM
Received at Lab:   6/19/2013 3:19 PM
Reported:   6/26/2013 2:30 AM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|--------------------|--------|-------------------|------|
| T3 UPTAKE | 33 % | 22-35 | Final | | Q... |

T4 FREE

Liberty004225

**HALEY SPEARS: Lab Result**
Lab Order Number: WC008440H

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

 Quest Diagnostics

Lab Order # WC008440H received on Sun Feb 10, 2013 12:29 AM UTC

Lab's record of Patient:

SPEARS, HALEY A

| | |
|---|---|
| Date of birth: | REDACTED |
| Gender: | Female |
| Lab patient ID: | 1800184 |
| Phone: | |
| Address: | 1008 TROUT BROOK DR; WEST HARTFORD, CT 06119 |

Performing labs:

**Quest Diagnostics/Nichols**      site: AMD
Chantilly-Chantilly VA-Kenneth
Sisco M.D.
director:
address:      14225 Newbrook Drive
              Chantilly, VA 20151-2228
**Quest Diagnostics, LLC-**      site: QWA
Wallingford CL 0091-Neena
Singh M.D.
director:
address:      3 Sterling Dr
              Wallingford, CT 06492-5915
phone:

**QUEST DIAGNOSTICS-**      site: UNK
director:
address:
              null, null null
phone:

Panels ordered:

| panel: COPY(IES) SENT TO: | Final |
|---|---|
| panel: IODINE, SERUM/PLASMA | Final |
| panel: THYROGLOBULIN ANTIBODIES | Final |
| panel: THYROID PEROXIDASE ANTIBODIES | Final |
| panel: T3 UPTAKE | Final |
| panel: T3, FREE | Final |
| panel: SELENIUM | Final |
| panel: PDF Report1 | Final |

Additional information:

(no additional information)

Lab's record of Requesting Provider:

Provider name:      YOUNG, LAUREN J

Account number:

Liberty004226

**HALEY SPEARS: Lab Result**
Lab Order Number: WC008440H

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

## COPY(IES) SENT TO:

**Accession #: WC008440H**

panel 1 of 8

Collected: 2/6/2013 2:24 PM
Received at Lab: 2/6/2013 2:27 PM
Reported: 2/9/2013 7:25 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| COPY(IES) SENT TO: | . | | Final | | U... |

📧 Observation note:

SPEARS HALEY A
1008 TROUT BROOK DR
WEST HARTFORD.CT
06119

CAROLTON CHRONIC & CONV.HOSP
400 MILL PLAIN RD
FAIRFIELD, CT 06824-5048

BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

CT MULTI/ENDO ALL SITES
100 RETREAT AVE STE 400
HARTFORD. CT 06106-2528

## IODINE, SERUM/PLASMA

**Accession #: WC008440H**

panel 2 of 8

Collected: 2/6/2013 2:24 PM
Received at Lab: 2/6/2013 2:27 PM
Reported: 2/9/2013 7:25 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| IODINE, SERUM/PLASMA | 43 mcg/L | 52-109 | Final | Below Normal Low | A... |

## THYROGLOBULIN ANTIBODIES

**Accession #: WC008440H**

panel 3 of 8

Collected: 2/6/2013 2:24 PM
Received at Lab: 2/6/2013 2:27 PM
Reported: 2/9/2013 7:25 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| THYROGLOBULIN ANTIBODIES | <20 IU/mL | <20 | Final | | Q... |

## THYROID PEROXIDASE ANTIBODIES

**Accession #: WC008440H**

panel 4 of 8

Collected: 2/6/2013 2:24 PM
Received at Lab: 2/6/2013 2:27 PM
Reported: 2/9/2013 7:25 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| THYROID PEROXIDASE ANTIBODIES | >1000 IU/mL | <35 | Final | Above Normal High | Q... |

## T3 UPTAKE

**Accession #: WC008440H**

panel 5 of 8

Collected: 2/6/2013 2:24 PM
Received at Lab: 2/6/2013 2:27 PM
Reported: 2/9/2013 7:25 PM

Liberty004227

7H302150007

| **HALEY SPEARS: Lab Result** | | | | | **Lauren Gouin Practice** |
|---|---|---|---|---|---|
| Lab Order Number: WC008440H | | | | | 135 Center Street Manchester, CT 06040 |
| | | | | | 8605330179 |

| **Test** | **Observation** | **Reference interval** | **Status** | **Abnormal results** | **Site** |
|---|---|---|---|---|---|
| T3 UPTAKE | 32 % | 22-35 | Final | | Q... |

### T3, FREE

Accession #: WC008440H

panel 6 of 8

| | Collected: | 2/6/2013 2:24 PM |
|---|---|---|
| | Received at Lab: | 2/6/2013 2:27 PM |
| | Reported: | 2/9/2013 7:25 PM |

| **Test** | **Observation** | **Reference interval** | **Status** | **Abnormal results** | **Site** |
|---|---|---|---|---|---|
| T3, FREE | 3.2 pg/mL | 2.3-4.2 | Final | | Q... |

### SELENIUM

Accession #: WC008440H

panel 7 of 8

| | Collected: | 2/6/2013 2:24 PM |
|---|---|---|
| | Received at Lab: | 2/6/2013 2:27 PM |
| | Reported: | 2/9/2013 7:25 PM |

| **Test** | **Observation** | **Reference interval** | **Status** | **Abnormal results** | **Site** |
|---|---|---|---|---|---|
| SELENIUM | 151 mcg/L | 63-160 | Final | | A... |

### PDF Report1

Accession #: WC008440H

panel 8 of 8

| | Collected: | 2/6/2013 2:24 PM |
|---|---|---|
| | Received at Lab: | 2/6/2013 2:27 PM |
| | Reported: | 2/9/2013 7:25 PM |

| **Test** | **Observation** | **Reference interval** | **Status** | **Abnormal results** | **Site** |
|---|---|---|---|---|---|
| See Attachment PDF BASE64 | | | Final | | |

Liberty004228

**HALEY SPEARS: Lab Result**
Lab Order Number: WC008793H

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179



**Quest Diagnostics**

Lab Order # WC008793H received on  Sat Feb 09, 2013 9:48 PM UTC

Lab's record of Patient:

**SPEARS, HALEY A**

Date of birth:      · REDACTED

Gender:            · Female

Lab patient ID:       1800184

Phone:

Address:           1008 TROUT BROOK DR; WEST HARTFORD, CT
                    06119

Performing labs:

**Quest Diagnostics-Teterboro-**          site: QTE
**Janet Piscitelli MD**
director:
address:    1 Malcolm Ave
            Teterboro, NJ 07608-1011
phone:

**Quest Diagnostics, LLC-**               site: QWA
**Wallingford CL 0091-Neena**
**Singh M.D.**
director:
address:    3 Sterling Dr
            Wallingford, CT 06492-S915
**QUEST DIAGNOSTICS-**                    site: UNK
director:
address:
            null, null null
phone:

Panels ordered:

| | panel: COPY RECEIVED FROM: | Final |
|---|---|---|
| | panel: MAGNESIUM | Final |
| | panel: IRON AND TOTAL IRON BINDING C... | Final |
| | panel: CBC (INCLUDES DIFF/PLT) | Final |
| | panel: VITAMIN D, 25-HYDROXY, LC/MS/... | Final |
| | panel: FERRITIN | Final |
| | panel: VITAMIN B12 | Final |
| | panel: PDF Report1 | Final |

Additional information:

(no additional information)

Lab's record of Requesting Provider:

Provider name:      WELCOME, CAROLYN B

Account number:

Liberty004229

7H302150007

**HALEY SPEARS: Lab Result**
Lab Order Number: WC008793H

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

**COPY RECEIVED FROM:**

Accession #: WC008793H

panel 1 of 8

Collected: 2/6/2013 2:41 PM
Received at Lab: 2/6/2013 2:45 PM
Reported: 2/9/2013 4:44 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|-------------------|--------|------------------|------|
| COPY RECEIVED FROM: | . | | Final | | U... |
| 🖫 Observation note: | | | | | |
| BERNARD RAXLEN. M.D. 123 W 79TH ST NEW YORK, NY 10024-6480 | | | | | |

**MAGNESIUM**

Accession #: WC008793H

panel 2 of 8

Collected: 2/6/2013 2:41 PM
Received at Lab: 2/6/2013 2:45 PM
Reported: 2/9/2013 4:44 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|-------------------|--------|------------------|------|
| MAGNESIUM | 1.9 mg/dL | 1.5-2.5 | Final | | Q... |

**IRON AND TOTAL IRON BINDING CAPACITY**

Accession #: WC008793H

panel 3 of 8

Collected: 2/6/2013 2:41 PM
Received at Lab: 2/6/2013 2:45 PM
Reported: 2/9/2013 4:44 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|-------------------|--------|------------------|------|
| IRON, TOTAL | 91 mcg/dL | 40-175 | Final | | Q... |
| IRON BINDING CAPACITY | 257 mcg/dL | 250-450 | Final | | Q... |
| % SATURATION | 35 % (calc) | 15-50 | Final | | Q... |

**CBC (INCLUDES DIFF/PLT)**

Accession #: WC008793H

panel 4 of 8

Collected: 2/6/2013 2:41 PM
Received at Lab: 2/6/2013 2:45 PM
Reported: 2/9/2013 4:44 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|-------------------|--------|------------------|------|
| WHITE BLOOD CELL COUNT | 4.9 Thousand/uL | 3.8-10.8 | Final | | Q... |
| RED BLOOD CELL COUNT | 4.19 Million/uL | 3.80-5.10 | Final | | Q... |
| HEMOGLOBIN | 12.7 g/dL | 11.7-15.5 | Final | | Q... |
| HEMATOCRIT | 38.0 % | 35.0-45.0 | Final | | Q... |
| MCV | 90.7 fL | 80.0-100.0 | Final | | Q... |
| MCH | 30.3 pg | 27.0-33.0 | Final | | Q... |
| MCHC | 33.5 g/dL | 32.0-36.0 | Final | | Q... |
| RDW | 15.4 % | 11.0-15.0 | Final | Above Normal High | Q... |
| PLATELET COUNT | 273 Thousand/uL | 140-400 | Final | | Q... |

11 February 2013 11:42 AM
page 2 of 4

Liberty004230

7H302150007

| **HALEY SPEARS: Lab Result**<br>Lab Order Number: WC008793H | | | | **Lauren Gouin Practice**<br>135 Center Street Manchester, CT 06040<br>8605330179 |
|---|---|---|---|---|
| MPV | 9.0 fL | 7.5-11.5 | Final | Q... |
| ABSOLUTE NEUTROPHILS | 2631 cells/uL | 1500-7800 | Final | , Q... |
| ABSOLUTE LYMPHOCYTES | 1749 cells/uL | 850-3900 | Final | Q... |
| ABSOLUTE MONOCYTES | 372 cells/uL | 200-950 | Final | Q... |
| ABSOLUTE EOSINOPHILS | 127 cells/uL | 15-500 | Final | Q... |
| ABSOLUTE BASOPHILS | 20 cells/uL | 0-200 | Final | Q... |
| NEUTROPHILS | 53.7 % | | Final | Q... |
| LYMPHOCYTES | 35.7 % | | Final | Q... |
| MONOCYTES | 7.6 % | | Final | Q... |
| EOSINOPHILS | 2.6 % | | Final | Q... |
| BASOPHILS | 0.4 % | | Final | Q... |

## VITAMIN D, 25-HYDROXY, LC/Ms/MS

Accession #: WC008793H

panel 5 of 8

Collected: **2/6/2013 2:41 PM**
Received at Lab: **2/6/2013 2:45 PM**
Reported: **2/9/2013 4:44 PM**

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| VITAMIN O, 25 OH, TOTAL | 21 ng/mL | 30-100 | Final | Below Normal Low | Q... |
| VITAMIN O, 25 OH, O3 | 21 ng/mL | | Final | | Q... |
| VITAMIN D, 25 OH, D2 | <4 ng/mL | | Final | | . Q.. |

    📄 Observation note:

        25-OHD3 indicates both endogenous production and
        supplementation. 25-OHD2 is an indicator of exogenous
        sources such as diet or supplementation. Therapy is based on
        measurement of Total 25-OHD, with levels <20 ng/mL indicative
        of Vitamin D deficiency, while levels between 20 ng/mL and
        30 ng/mL suggest insufficiency. Optimal levels are
        > or = 30 ng/mL.

## FERRITIN

Accession #: WC008793H

panel 6 of 8

Collected: **2/6/2013 2:41 PM**
Received at Lab: **2/6/2013 2:45 PM**
Reported: **2/9/2013 4:44 PM**

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| FERRITIN | 14 ng/mL | 10-154 | Final | | Q... |

## VITAMIN B12

Accession #: WC008793H

panel 7 of 8

Collected: **2/6/2013 2:41 PM**
Received at Lab: **2/6/2013 2:45 PM**
Reported: **2/9/2013 4:44 PM**

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|---|---|---|---|---|---|
| VITAMIN B12 | 396 pg/mL | 200-1100 | Final | | Q... |

    📄 Observation note:

Liberty004231

**HALEY SPEARS: Lab Result**
Lab Order Number: WC008793H

**Lauren Gouin Practice**
135 Center Street Manchester, CT 06040
8605330179

📝 Observation note:

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

## PDF Report1

Accession #: WC008793H

panel 8 of 8

Collected:  2/6/2013 2:41 PM

Received at Lab:  2/6/2013 2:45 PM

Reported:  2/9/2013 4:44 PM

| Test | Observation | Reference interval | Status | Abnormal results | Site |
|------|-------------|--------------------|--------|------------------|------|
| See Attachment PDF BASE64 | | | Final | | |

Liberty004232

# ECHN

**Eastern Connecticut Health Network**
DEPARTMENT OF PATHOLOGY
AND LABORATORY SERVICES

**PHYSICIAN**

Dr. Lauren Young
Dr. Ashley Burkman
135 Center Street
Manchester, CT 06040
Phone: 860-533-0179
Fax: 860-812-2025

AUTHORIZING PHYSICIAN'S SIGNATURE

DX / ICD-9 CODES / SYMPTOM (REQUIRED)

PRE-OP DX:

COPY TO:
☒ COPY TO PATIENT

☐ STAT:

☐ SPECIAL INSTRUCTIONS
☐ FASTING ☐ NON-FASTING

---

**COMPLETE ALL FIELDS OR ATTACH A COPY OF OFFICE FACE SHEET & PATIENT INSURANCE CARD.**

NAME (LAST, FIRST, MIDDLE INITIAL)

ADDRESS

CITY      STATE      ZIP CODE

**PRIMARY INSURANCE**

INSURANCE NAME      STATE

RELATIONSHIP OF PATIENT TO INSURED
☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER

GROUP NO.      INSURED'S EMPLOYER

**SECONDARY INSURANCE**

INSURANCE NAME      STATE

RELATIONSHIP OF PATIENT TO INSURED
☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER

GROUP NO.      INSURED'S EMPLOYER

Account # (Hospital Use Only)

PATIENT SS NO.

DATE OF BIRTH      ☐ MALE ☐ FEMALE

PATIENT TELEPHONE NO.

INSURED'S NAME

PATIENT'S (OR INSURED'S) I.D. NUMBER

INSURED'S NAME

PATIENT'S (OR INSURED'S) I.D. NUMBER

CT CARE PRE-AUTHORIZATION # (for genetic testing)

**WHEN ORDERING TESTS, PLEASE SELECT ONLY THOSE TESTS WHICH ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT. MEDICARE DOES NOT PAY FOR ROUTINE SCREENING TESTS.**

---

**SPECIMEN OBTAINED**

DATE:      TIME:      INITIALS:

☐ FASTING ☐ NON-FASTING

**SPECIMEN REQUIREMENT KEY**
S - SERUM SEP. TUBE   B - BLUE TOP TUBE
R - RED TOP TUBE   L - LAVENDER TOP
U - URINE, RANDOM   T - TAN TOP TUBE
PK - PINK TOP TUBE   W - WHITE TOP

**ORGAN / DISEASE PANELS**

BASIC ☐ A.M.A. BASIC METABOLIC
BUN, Ca, Cl, CO2, Creat, GFR, Gluc, K, Na

COMP ☐ A.M.A. COMPREHENSIVE METABOLIC
Alb, Alk Phos, ALT, AST, BILT, BUN, Cal, Cl, Cre, CO2, GFR, Gluc, K, Na, TP

LYTES ☐ A.M.A. ELECTROLYTES
Cl, CO2, K, Na

LAB. ☐ A.M.A. GENERAL HEALTH HEALTH SCREEN
CBC, Comp Metabolic Panel, TSH

HEP ☐ A.M.A. LIVER (HEPATIC)
Alb, Alk Phos, ALT, AST, BILIC, BILT, TP

HEPPNL ☐ A.M.A. ACUTE HEPATITIS
Hep A AB IgM, Hep BcAB, Hep Bs Ag, Hep C AB

LIPID ☐ Lipid.Panel w/ reflex LDLD
RFLX

LIPID ☐ A.M.A. LIPID
Cholesterol, HDL, LDL (calc), Trig

PRE ☐ CBC, HEPBAGP, HIV, NATAL TPALL, RUBS, ABRHI

RENAL ☐ A.M.A. RENAL FUNCTION
Alb, BUN, Cal, Cl, CO2, Cre, Glu, K, Na, Phos

IRON ☐ Iron, Iron binding, % Saturation, PANEL Ferritin, Transferrin

ANY PROFILE OR ORGAN / DISEASE COMPONENT MAY BE ORDERED SEPARATELY

| | TESTS | |
|---|---|---|
| MATBCRN | ☐ AFP MATERNAL SCREEN | S |
| ALB | ☐ ALBUMIN | S |
| ALK | ☐ ALK PHOSPHATASE | S |
| ALT | ☐ ALT (SGPT) | S |
| AMY | ☐ AMYLASE | S |
| ANA | ☐ ANA W/ REFLEX TITER | S |
| AST | ☐ AST (SGOT) | S |
| BILIC | ☐ BILIRUBIN (DIRECT) | S |
| BILIN | ☐ BILIRUBIN (NEONATAL) | S |
| BILT | ☐ BILIRUBIN (TOTAL) | S |
| BUN | ☐ BUN | S |
| CA125 | ☐ CA 125 | S |
| CA19 | ☐ CA19-9 | S |
| CAL | ☐ CALCIUM | S |
| CBC | ☐ CBC w/ Manual diff | L |
| CBCN | ☐ CBC W/ no diff | L |
| CEA | ☐ CEA | S |
| CHOL | ☐ CHOLESTEROL | S |
| CL | ☐ CHLORIDE | S |
| CO2 | ☐ CO2 | S |
| CK | ☐ CK | S |
| CRE | ☐ CREATININE | S |
| CRP | ☐ C-REACTIVE PROTEIN | S |
| CRPU | ☐ C-REACTIVE PROT./ULTRA CARDIO | S |
| DHEA | ☐ DHEA | |
| DHEAS | ☐ DHEA SULFATE | S |
| DIG | ☐ DIGOXIN | R |
| DILA | ☐ DILANTIN / PHENYTOIN | R |
| DRUS | ☐ DRUG SCREEN / URINE | U |
| ESD | ☐ ESR (SED RATE) | L |
| ESTD | ☐ ESTRADIOL | S |
| FER | ☐ FERRITIN | S |
| FOL8 | ☐ FOLATE | S |
| FSH | ☐ FSH | S |
| GGT | ☐ GGT | S |
| GLU | ☐ GLUCOSE | S |
| GLYC | ☐ HEMOGLOBIN A1C | |
| HCGQ | ☐ HCG QUAL | S |
| HCGB | ☐ HCG QUANT | S |
| HCGM | ☐ HCG TUMOR MARKER | S |
| HDL | ☐ HDL | S |
| HH | ☐ HEMOCRIT / HGB | |
| HEPAAB | ☐ HEPATITIS A Ab Total, IqM | S |
| HEPBAB | ☐ HEPATITIS B Surf Ab | S |
| HEPBCOR | ☐ HEPATITIS B Core Ab | S |

| | TESTS | |
|---|---|---|
| HEPBAG | ☐ HEPATITIS B Surf Ag | S |
| HEPC | ☐ HEPATITIS C Ab | S |
| HEPCRNA | ☐ HEP C RNA QUANT | W |
| HIV | ☐ HIV (W/ CONFIRM) | S |
| HOMO | ☐ HOMOCYSTEINE | S |
| IBC | ☐ IBC | S |
| INR | ☐ INR FINGERSTICK (Coventry Site Only) | S |
| IRO | ☐ IRON | S |
| LDH | ☐ LDH | S |
| LEAD | ☐ LEAD | T |
| LH | ☐ LH | S |
| LIPA | ☐ LIPASE | S |
| LIT | ☐ LITHIUM | R |
| LYMA | ☐ LYME W/REFLEX WESTERN BLOT | S |
| MAG | ☐ MAGNESIUM | S |
| MICROA | ☐ MICROALBUMIN (includes creatinine), URINE | U |
| MONO | ☐ MONO SPOT | S |
| PHOS | ☐ PHOSPHOROUS | S |
| K | ☐ POTASSIUM | S |
| PRO | ☐ PROTEIN, TOTAL | S |
| SPEP | ☐ PROTEIN ELECTROPHORESIS, SERUM | S |
| PROELU | ☐ PROTEIN ELECTROPHORESIS, URINE | U |
| PT | ☐ PT / INR ☐ COUMADIN ☐ HEPARIN | B |
| PTT | ☐ PTT ☐ COUMADIN ☐ HEPARIN | B |
| RET | ☐ RETIC COUNT | L |
| RHE | ☐ RHEUMATOID FACTOR | S |
| RUBB | ☐ RUBELLA | S |
| NA | ☐ SODIUM | S |
| TEGR | ☐ TEGRETOL / CARBAMAZEPINE | R |
| TEST | ☐ TESTOSTERONE | S |
| THYT3U | ☐ T3 UPTAKE | S |
| THYT4 | ☐ T4 | S |
| THYT4F | ☐ T4, FREE | S |
| TPALL | ☐ TREPONEMA PALLIDUM W/REFLEX RPR | S |
| TRIG | ☐ TRIGLYCERIDES | S |
| TSH | ☒ TSH | S |
| TSHREFL | ☐ TSH W/ REFLEX microscopic | PK |
| TYPB | ☐ TYPE & SCREEN | S |
| URIC | ☐ URIC ACID | S |
| URIN | ☐ URINALYSIS W/ RELFLEX MICROSCOPIC | U |
| URIND | ☐ URINE W/ MICROSCOPIC | U |
| URINDRFL | ☐ URINALYSIS W/ REFLEX CULTURE | U |
| VALP | ☐ VALPROIC ACID / DEPAKOTE | R |
| VITB12 | ☐ VITAMIN B12 | S |
| VITD25 | ☐ VITAMIN D25, HYDROXY | S |

**MICROBIOLOGY**

**SPECIMEN SOURCE:** Please provide

| | | |
|---|---|---|
| AFB | ☐ AFB CULTURE (TB) | |
| AFFIRM | ☐ AFFIRM | |
| BC | ☐ BLOOD CULTURE *X___ | |
| | PATIENT ON ANTIBIOTICS ☐ YES ☐ NO | |
| BFL | ☐ FLUID CULTURE | |
| | SOURCE ___ | |
| CHLGC | ☐ CHLAMYDIA / GC DNA PROBE | |
| EAR | ☐ EAR CULTURE */ GRAM STAIN | |
| EYE | ☐ EYE CULTURE */ GRAM STAIN | |
| FUN | ☐ FUNGUS CULTURE | |
| GTFCV | ☐ GENITAL CULTURE * | |
| GPBB | ☐ GROUP B STREP CULTURE | |
| HER | ☐ HERPES CULTURE | |
| HERPCUL | ☐ HERPES CULTURE W/REFLEX TYPING | |
| RSV | ☐ RSV CULTURE (NP SWAB OR WASHING) | |
| SPT | ☐ SPUTUM CULTURE*/ GRAM STAIN | |
| FEC | ☐ STOOL CULTURE * | |
| CDIFF | ☐ C. DIFF TOXIN ASSAY | |
| GIAC | ☐ GIARDIA CRYPTO Ag | |
| 8FB | ☐ OCCULT BLOOD | |
| OAP | ☐ OVA + PARASITES | |
| GBFEC | ☐ STOOL FOR WBCs | |
| THRGAB | ☐ THROAT CULTURE FOR STREP | |
| STREPA | ☐ RAPID GROUP A STREP SCREEN | |
| URC | ☐ URINE CULTURE * | |
| | ☐ STRAIGHT ☐ CLEAN CATCH | |
| | ☐ FOLEY | |
| VIR | ☐ VIRAL CULTURE | |
| WD | ☐ WOUND CULTURE / GRAM STAIN | |

* ID and antibiotic susceptibility will be performed if indicated, at an additional charge.

**BLOOD BANK**

| | | |
|---|---|---|
| DIRAHG | ☐ DIRECT COOMBS PROFILE | PK |
| ANTT | ☐ ANTIBODY TITER PROFILE | PK |
| RHOAN | ☐ RH IMMUNE GLOBULIN | PK |
| | ☐ TYPE & SCREEN | PK |
| ABRHI | ☐ PRENATAL TYPE & SCREEN ROUTINE | |
| | PRE-OP DATE OF SURGERY | |

OTHER: ___

---

Phlebotomist section: Initials: ___ Time collected: ___

Blood Draw: ☐ Venipuncture ☐ Capillary

Verify before collection: ☐ Name ☐ D.O.B. ☐ Patient ID

Specimen Inventory: Urine #: ___ Swab(s) #: ___ Blue Top #: ___ Pumpkin #: ___ Gray top #: ___ Green top #: ___
Lav. top #: ___ Red top #: ___ Yellow #: ___ Sedrate tube #: ___ Other: ___ #: ___

LAB832  R102512      White – Lab Copy      Yellow – Physician Office Copy

Liberty004233

# **FAX TRANSMISSION**

## **WOMEN'S HEALTH GROUP**

❑ 170 Hazard Avenue
Enfield, CT 06082
(860) 763-4001
Fax: (860) 749-5592

❑ 21 Woodland Street
Hartford, CT 06105
(860) 278-4141
Fax: (860) 278-1233

❑ 2301 Silas Deane Hwy.
Rocky Hill, CT 06067
(860) 721-1052
Fax: (860) 571-7256



To: Dr. Raxten (212 799 2377)
Dr. Lauren Gouin-Young    Date: 1/24/2013
Fax #: (800 · 812 · 2026)    Pages: 5 including this cover sheet

From: Amanda
Subject

COMMENTS:

Mutal Patient Haley Spears DOB REDACTED
requested these be faxed to your offices.
Patients ultrasounds.



THE ATTACHED MATERIAL IS STRICTLY CONFIDENTIAL.  IF THERE IS AN ERROR IN
TRANSMISSION, PLEASE NOTIFY US AT THE ABOVE NUMBER.  THANK YOU.

**WOMEN'S HEALTH GROUP**

CT0-0110097 REV. 3/08
Liberty004234

# Womens Health Group



Study ID:

Name: SPEARS, HALEY
MRN: 10146776
DOB: REDACTED
Age: 33 yrs
Gender:
History: LMP=01/02/13

Study Date: 01/23/2013 01:58 PM
Performed By: KG
Referring Physician: CSD

## Gynecology

Height:
Weight:
LMP:
Expected Ovulation:
Previous Surgery:
E2 Level:
HCG Given:
Indication: SONOHYST ? SUBMUC MYOMA DUB

Gravida: 0
Para: 0
Aborta: 0
Ectopic: 0

Interpretation Summary

Interpretation Comments

Gynecological Findings
SONOHYST
ANT MYOMA IS NOT SUBMUCOSAL
EE WALLS = .236 CM POST .309 CM ANT.

Reading Physician: _____

Normal (negative)
Sono.

CSD

HALEY SPEARS [10146776] 1/23/2013

Page 1 of 1
Liberty004235

7H302150007



Study ID: 14371

# Womens Health Group

| | |
|---|---|
| Name: SPEARS, HAILEY | Study Date: 12/19/2012 02:45 PM |
| MRN: 10146776 | Performed By: KG |
| DOB: REDACTED | Referring Physician: CSD |
| Age: 35 yrs | |
| Gender: | |
| History: HEART SHAPED UT LMP=11/22/12 | |

**Gynecology**

| | |
|---|---|
| Height: | Gravida: 0 |
| Weight: | Para: 0 |
| LMP: | Aborta: 0 |
| Expected Ovulation: | Ectopic: 0 |
| Previous Surgery: | |
| E2 Level: | *Images reviewed:* |
| HCG Given: | *- nl size uterus* — *small ant. fibroi* |
| Indication: DUB | *SLT = 0.35 cm* *? submucous* |
| | *small t* |

**Interpretation Summary**

*nl* 

**Interpretation Comments**

*- nl ovaries B*
*-? cx polyp*

**Gynecological Findings**

The uterus is anteverted. The right adnexa appears normal. The left adnexa appears normal. The right ovary appears normal in size and shape. The left ovary appears normal in size and shape. The endometrium appears normal. TV UT=? COMPLEX NABOTHIANVS CX POLYP

SMALL MYOMA ANT AND CLOSE TO EE
1.00 X 1.29 X .862 CM
RT OV =FOLLICLE .911 X .901 X .561 CM
LFT OV = FOLLICLE .803 X 1.07 X .804 CM
CDS=WNL.

*Can tell pt very small fibroid seen, may cause premenstrual spotting - can offer sonohyst or nl? for ? cx polyp. CSD*

**MMode/2D Measurements & Calculations**

| | Used In Calc | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| UTV: | 69.7 cm3 | | | | | |
| UTL: | 6.97 cm | 6.97 | | | | |
| UTH: | 3.57 cm | 3.57 | | | | |
| UTW: | 5.35 cm | 5.35 | | | | |

*? Annual booked*
*12-24-12*
*Unk B*

*12/24/12*
*Pt notified*

*copy sent to*
*Dr. Ralaxen (212) 799-2377*

Liberty004236

| Endometrium: | 1.07 cm | AVG | 0.978 | 1.16 |
|---|---|---|---|---|
| Cervix: | 3.31 cm | | 3.31 | |
| ROV: | 7.53 om3 | | | |
| ROL: | 3.08 cm | | 3.08 | |
| ROH: | 2.40 cm | | 2.40 | |
| ROW: | 1.95 cm | | 1.95 | |
| LOV: | 3.59 cm3 | | | |
| LOL: | 2.68 cm | | 2.68 | |
| LOH: | 1.75 cm | | 1.75 | |
| LOW: | 1.47 cm | | 1.47 | |

**Reading Physician:** _____

HAILEY SPEARS [10146776] 12/19/2012

Liberty004237

CSD

WOMEN'S HEALTH GROUP          Oper ID:HC      08/20/05
ID:REDACTED        NAME: HALEY SPEARS                    AGE: 27
LMP: 08/06/05                  G0 P0 A0 E0
Ref MD:                        NOTE: BTB ON BCP

| MEASUREMENTS | AVE | 1 | 2 | 3 |
|---|---|---|---|---|
| UTERUS LENGTH | 76.0mm | 76.0 | | |
| UTERUS WIDTH | 51.3mm | 51.3 | | |
| UTERUS HEIGHT | 32.5mm | 32.5 | | |
| RIGHT OVARY LENGTH | 32.1mm | 32.1 | | |
| RIGHT OVARY WIDTH | 19.1mm | 19.1 | | |
| RIGHT OVARY HEIGHT | 26.5mm | 26.5 | | |
| LEFT OVARY LENGTH | 17.6mm | 17.6 | | |
| LEFT OVARY WIDTH | 17.3mm | 17.3 | | |
| LEFT OVARY HEIGHT | 25.5mm | 25.5 | | |
| ENDOMETRIUM THICKNESS | 2.0mm | 2.0 | 1.9 | |

| CALCULATIONS | AVE | 1 | 2 | 3 |
|---|---|---|---|---|
| UTERUS RI | | | | |
| RIGHT OVARY RI | | | | |
| LEFT OVARY RI | | | | |

COMMENTS:

(U) ut°. heart shaped c̄ 2 endometrial echoes

OV: 31.3 m
OUS=unl
CDS=appears unl

Images reviewed:
- nl size uterus
- 3LT ≅ 0.1cm
- nl ovaries (B)
- appearance c/w bicornuate uterus

Listed home# out of service;
  did not want to leave general message
  at work
Please ↓ for updated iphone# to reach pt —
                                    CSD

8/30/06 new#
# not in
see ...
[rotated text, illegible]

Liberty004238

Haley Spears - Supplement List  - Nov 18,2012

| | Med | Dose | When | When |
|---|---|---|---|---|
| | | | | |
| 1 | SELENIUM 100 mcg  (SOLGAR or SOLARAY) | 1 | AM | |
| | (Do Not take with IRON or CALCIUM  & VITAMIN C)! | | | |
| 2 | SUPER ARTEMISININ - 200mg (Allergy Research) | 1 and 1 | AM | PM |
| 3 | CoQH-CF- 100mg  (Allergy Research) | 1 | AM | |
| 4 | SACCHAROMYCES BOULARDii - 250mg  (Pure Encapsulatios) | 1 and 1 | AM | PM |
| 5 | COLOSTRUM  40% IgG (Pure Encapsulations) | 1 | AM | |
| 6 | CULTURELLE with LACTOBACILLUS | 2 and 2 | AM | PM |
| 7 | GARLIC   360mg  (Allisure Allicin Garlic ) | 1 | AM | |
| 8 | DAILY EFA  1200mg (Oakmont Labs) | 1 | AM | |
| 9 | MAGNESIUM TAURATE 125 mg  (Ecological Formulas) | 1 | AM | |
| 10 | OLIVE LEAF EXTRACT  250mg  (Food Science of Vermont) | 1 | AM | |
| 11 | GRAPEFRUIT SEED EXTRACT 125mg  (NUTRBIOTIC) | 1 | AM | |
| 12 | VITAMIN D3  2000mg   (Solgar)  1 AM | 1 | AM | |
| 13 | RUSSIAN CHOICE GI -IMMUNE SUPPORT (Nutricology) | 1 | AM | |
| 14 | CANDIDASTAT    (Vitanica)  composition as follows; | 1 | AM | |
| | (Caprylic Acid 350mg, Milk Thistle Extract 140mg, Garlic Extract 250mg, | | | |
| | Grapefruit Seed & Pulp Extract 20mg, Oregon Grape Root Extract 100mg, | | | |
| | Vitamin E 50 IU, Calcium 36mg, Lactobacillus 400mg). | | | |
| 15 | CALCIUM  600mg  with D and Magnesium  (Solgar) | 1 | | PM |
| | (Do Not Take with Selenium)! | | | |
| 16 | GENTLE IRON 25mg  (Solgar)  (Do Not Take with Selenium)! | 1 | | PM |
| 17 | ESTER C  1000 mg    (Bio Nutritional Formulas) | 1 | | PM |
| 17 | (Do Not Take with Selenium)! | | | |
| | | | | |
| | MORNING : 14 Supplements | | | |
| | BEDTIME  :  6 Supplements  (Some taken in AM & PM) | | | |
| | | | | |

UMBROKINASE - 60 CAPS                                    1                              PM

Liberty004239

 Quest
Diagnostics

Page 5 of 5        02/01/2012   04:21:29 PM

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>DOB: REDACTED  AGE: 34<br>Gender:   F<br>Phone:    860.308.2050<br>Patient ID: REDACTED<br>Health ID: | Specimen:  WC675544W<br>Requisition: 0010798<br>Lab Ref #:  2173688<br><br>Collected:   01/31/2012 / 15:57 EST<br>Received:    02/01/2012 / 01:25 EST<br>Reported:    02/01/2012 / 10:41 EST<br>(* A Copy From) | Client #: 22231886      60010000<br>OBERSTEIN, ROBERT M<br>CONNECTICUT NATURAL HEALTH<br>Attn: LAUREN GOUIN, N.D.<br>135 CENTER ST<br>MANCHESTER, CT 06040-5006 |

**COMMENTS:**    CC;GOUIN MD/SAUL MD/PT

| Test Name | In Range    Out Of Range | Reference Range | Lab |
|---|---|---|---|
| TSH | 1.69 | mIU/L | QWA |
|  | Reference Range |  |  |
|  | > or = 20 Years   0.40-4.50 |  |  |
|  | Pregnancy Ranges |  |  |
|  | First trimester    0.20-4.70 |  |  |
|  | Second trimester   0.30-4.10 |  |  |
|  | Third trimester    0.40-2.70 |  |  |
| T4, FREE | 0.9 | 0.8-1.8 ng/dL | QWA |

**PERFORMING SITE:**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CT, 909, J STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD  CLIA: 07D0695126

Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:   12127992377

* CT MULTI/ENDO HFD/BLOOM/AVON has requested a copy of this report be sent to you



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004240

7H302150007

**PHONE: (860) 533-0179**
**FAX: (860) 812-2025**
**FEDERAL TAX ID:**
**264250691**

**CONNECTICUT NATURAL HEALTH SPECIALISTS**
**135 CENTER STREET**
**MANCHESTER, CT 06040-5006**

**GOUIN, LAUREN J**

Dec 14 2011 3:00PM

| Patient Name & Address: | SSN: REDACTED | INS1: | VISIT #: 1147372 | 477.0 |
| SPEARS,HALEY | DOB: | INS2: | CHART #: 40 | ROV |
| 1008 TROUT BROOK DR | SEX: F | COPAY: $0.00 / $0.00 | PRE AUTH #: | Comments Below |
| WEST HARTFORD, CT 06119 | HOME PHONE: (860) 308-2050 | PATIENT BALANCE: $0.00 | INSURANCE BALANCE: $0.00 | |

### Procedure Codes

| CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD |
|------|-------------|-----|------|-------------|-----|------|-------------|-----|------|-------------|-----|
| | NEW PT VISITS | | 99211 | OFFICE/OUTPATIENT VIS | | 99242 | OFFICE CONSULTATION | | | MEET&GREET | |
| 99201 | OFFICE/OUTPATIENT VIS | | 99212 | OFFICE/OUTPATIENT VIS | | 99243 | OFFICE CONSULTATION | | STAFFVI | STAFF VISIT CHARGE | |
| 99202 | OFFICE/OUTPATIENT VIS | X | 99213 | OFFICE/OUTPATIENT VIS | | 99244 | OFFICE CONSULTATION | | | | |
| 99203 | OFFICE/OUTPATIENT VIS | | 99214 | OFFICE/OUTPATIENT VIS | | 99245 | OFFICE CONSULTATION | | | | |
| 99204 | OFFICE/OUTPATIENT VIS | | 99215 | OFFICE/OUTPATIENT VIS | | | PROCEDURES | | | | |
| 99205 | OFFICE/OUTPATIENT VIS | | | CONSULTATIONS | | 93720 | TOTAL BODY PLETHYSM | | | | |
| | ESTABLISH PT VISITS | | 99241 | OFFICE CONSULTATION | | | SPECIAL CODES | | | | |

### Diagnosis Codes

| CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION |
|------|-------------|------|-------------|------|-------------|------|-------------|
| 536.0 | ACHLORHYDRIA | 277.7 | DYSMETABOLIC SYNDROME X | 628.9 | INFERTILITY | 256.4 | PCOS |
| 562.10 | ACQUIRED DIVERTICULOSIS | 691.8 | ECZEMA, ATOPIC | 626.4 | IRREGULAR MENSES | 078.19 | PLANTAR WARTS |
| 255.5 | ADRENAL HYPOFUNCTION | 617.0 | ENDOMETRIOSIS | 564.1 | IRRITABLE BOWEL SYNDROME | 627.0 | PREMENOPAUSAL |
| 255.8 | ADRENAL DISORDER | 555.9 | ENTERITIS & COLITIS UNSPECI | 088.81 | LYME DISEASE | 696.1 | PSORIASIS |
| 704.00 | ALOPECIA | 333.1 | ESSENTIAL&OTHER SPEC FOR | 627.2 | MENOPAUSAL SYMPTOMS | 714.0 | RA |
| 704.01 | ALOPECIA AREATA | 626.2 | EXCESSIVE MENSTRUATION | 346.90 | MIGRAINE | 443.0 | RAYNAUDS SYNDROME |
| 626.0 | AMENORRHEA, PRIMARY OR SE | 455.3 | EXTERNAL HEMORRHOIDS | 346.00 | MIGRAINE W/AURA | 695.3 | ROSACEA |
| 280.9 | ANEMIA | 493.01 | EXTRINSIC ASTHMA W/STATUS | 346.10 | MIGRAINE W/O AURA | 477.0 | SEASONAL - ALLERGIES ALLER |
| 300.02 | ANXIETY DISORDER | 493.02 | EXTRINSIC ASTHMA, WITH EXA | 340 | MULTIPLE SCLEROSIS | 473.9 | SINUSITIS |
| 719.40 | ARTHRALGIA | 729.1 | FIBROMYLAGIA | 733.90 | OSTEOPENIA | 704.02 | TELOGEN EFFLUVIUM |
| 493.00 | ASTHMA, EXTRINSIC | 787.3 | GAS PAIN/ BLOATING | 733.00 | OSTEOPOROSIS | 307.81 | TENSION HEADACHE |
| 691.8 | ATOPIC DERMATITIS | 300.02 | GENERALIZED ANXIETY | 706.1 | OTHER ACNE | 333.3 | TICS OF ORGANIC ORIGIN |
| 600.20 | BPH | 530.81 | GERD | 708.8 | OTHER SPECIFIED URTICARIA | 704.9 | UNSPEC DISEASE HAIR&HAIR |
| 579.0 | CELIAC DISEASE | 365.9 | GLAUCOMA | 719.47 | PAIN IN JOINT, ANKLE AND FO | 465.9 | URI |
| 491.8 | CHRONIC BRONCHITIS | 272.0 | HYPERCHOLESTEROLEMIA | 719.43 | PAIN IN JOINT, FOREARM | 788.30 | URINARY INCONTINENCE |
| 473.0 | CHRONIC MAXILLARY SINUSITI | 272.4 | HYPERLIPIDEMIA | 719.44 | PAIN IN JOINT, HAND | 454.9 | VARICOSE VEINS |
| 708.8 | CHRONIC URTICARIA | 401.1 | HYPERTENSION, BENIGN | 719.46 | PAIN IN JOINT, LOWER LEG | 268.9 | VITAMIN D DEFICIENCY |
| 786.2 | COUGH | 251.2 | HYPOGLYCEMIA | 719.49 | PAIN IN JOINT, MULTIPLE SITE | | |
| 300.4 | DEPRESSION / ANXIETY | 245.2 | HYPOTHYROID, HASHIMOTO'S | 719.48 | PAIN IN JOINT OTHER SPECIFI | | |
| 249.00 | DIABETES MELLITUS W/O MEN | 244.9 | HYPOTHYROIDISM | 719.45 | PAIN IN JOINT PELVIC REGION | | |
| 787.91 | DIARRHEA | 607.84 | IMPOTENCE | 719.41 | PAIN IN JOINT, SHOULDER RE | | |
| 625.3 | DYSMENORRHEA | 075 | INFECTIOUS MONONUCLEOSIS | 719.42 | PAIN IN JOINT, UPPER ARM | | |

**Thanks for Signing In**

Signature: _Haley Spears_

Date: _12/14/11_

REASON FOR RETURN VISIT: _____

RETURN IN: _____ DAYS _____ WEEKS _____ MONTHS

TOTAL CHARGES: _____

PAYMENT RECEIVED: _____

☐ CASH  ☐ CHECK  ☐ MC  ☐ VISA  ☐ OTHER

Liberty004241

 **Quest Diagnostics.**   Page 1 of 2          10/31/2011   10:12:28 AM          **Report Status: Final**

**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SPEARS, HALEY | Specimen:   WC779369U<br>Requisition: 0000783 | Client #: 22231886      60010000<br>GOUIN, LAUREN |
| DOB: REDACTED AGE: 34 | | CONNECTICUT NATURAL HEALTH |
| Gender:   F | Collected:   10/26/2011 / 16:32 EDT | Attn: LAUREN GOUIN, N.D. |
| Phone:   860.308.2050 | Received:   10/27/2011 / 01:37 EDT | 135 CENTER ST |
| Patient ID: REDACTED | Reported:   10/31/2011 / 08:27 EDT | MANCHESTER, CT 06040-5006 |
| Health ID: | (* A Copy Sent To) | |

**COMMENTS:**       CC DR.OBERSTIEN / DR.SAUL
                    FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 164 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 49 | | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 71 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 101 | | <130 mg/dL (calc) | QWA |

           Desirable range <100 mg/dL for patients with CHD or
           diabetes and <70 mg/dL for diabetic patients with
           known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.3 | | < OR = 5.0 (calc) | QWA |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL | | | | |
| GLUCOSE | 87 | | 65-99 mg/dL | |

                                          Fasting reference interval

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 0.70 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | 113 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 131 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 136 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 12 | | 6-40 U/L | |
| VITAMIN D; 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 25 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 25 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

           25-OHD3 indicates both endogenous production and
           supplementation. 25-OHD2 is an indicator of exogenous
           sources such as diet or supplementation. Therapy is based on
           measurement of Total 25-OHD, with levels <20 ng/mL indicative
           of Vitamin D deficiency, while levels between 20 ng/mL and
           30 ng/mL suggest insufficiency. Optimal levels are
           > or = 30 ng/mL.

**PERFORMING SITE:**
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: WILLIAM E. TARR, MD, CLIA: 31D0649596
QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.     Liberty004242

Quest
Diagnostics

Page 2 of 2          10/31/2011   10:12:28 AM

**Report Status: Final**

**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY** <br><br> DOB: REDACTED    AGE: 34 <br> Gender:   F <br> Patient ID: REDACTED <br> Health ID: REDACTED | Specimen:   WC779369U <br> Collected:   10/26/2011 / 16:32 EDT <br> Received:   10/27/2011 / 01:37 EDT <br> Reported:   10/31/2011 / 08:27 EDT <br> (* A Copy Sent To) | Client #: 22231886 <br> GOUIN, LAUREN |

* Copy To Client: CT MULTI/ENDO HFD/BLOOM/AVON; SPEARS HALEY; BERNARD RAXLEN, M.D.; SAUL & MILJKOVIC, M.D.'S

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.          Liberty004243

**Diagnostics**

**DID YOU KNOW**
Panel Components Are Listed On The Back.
Reflex Tests Are Performed At An Additional Charge.
PSC Appointment Website And Telephone Number Information Listed On The Back.
Each Sample Should Be Labeled With At Least Two Patient Identifiers At Time Of Collection.
Add A Patient To TestMaker By Adding Their Email Address On The Back.

| | | | |
|---|---|---|---|
| B I L L T O | ☐ MY ACCOUNT ☐ PATIENT ☐ MEDICARE ☐ RR MEDICARE ☐ MEDICAID ☐ Lab Card/Select ☐ OTHER INSURANCE | | |

PRINT PATIENT NAME (LAST, FIRST, MIDDLE)

REGISTRATION # (IF APPLICABLE)   DATE OF BIRTH   M   D   YEAR

PATIENT SOCIAL SECURITY #   OFFICE / PATIENT ID #

ROOM #   LAB REFERENCE #   PATIENT PHONE #

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY)   APT. #   KEY

CITY   STATE   ZIP

COLLECTED   TIME ☐ AM ☐ PM   TOTAL VOL./HRS. ___ ML ___ HR   ☐ Fasting ☐ Non Fasting

UPIN ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

(CL0091)

**INSURANCE**

Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other   Patient Is: ☐ Subscriber ☐ Spouse ☐ Other Depen

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other   Patient Is: ☐ Subscriber ☐ Spouse ☐ Other Depen

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

DD'IT'L PHYS.: Dr.   NPI/UPIN   I.D.#

I-PHYSICIAN PROVIDER:   NAME   I.D.#

ax Results to: (   )

Client # OR NAME:

cate   ADDRESS:

rt to:   CITY:   STATE   ZIP

**Medicare Limited Coverage Tests**

@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

Provide signed ABN when necessary

**ICD9 Codes (enter all that apply)**

## Panel Components on Back

### ORGAN / DISEASE PANELS

| | | |
|---|---|---|
| 34392 | ☐ Electrolyte Panel | S |
| 10260 | ☐ Hepatic Function Panel | S |
| 10165 | ☐ Basic Metabolic Panel w/eGFR | S |
| 10231 | ☐ Comp Metabolic Panel w/eGFR | S |
| 7600 | ☐ Lipid Panel (Fasting Specimen) | S |
| 14852 | ☐ Lipid Panel w/Reflex DLDL | S |
| 20210 | ☐ Obstetric Panel w/Reflex | 2L,S |
| 10306 | ☐ Hepatitis Panel, Acute w/Reflex | S |

### HEMATOLOGY

| | | |
|---|---|---|
| @ 510 | ☐ Hemoglobin | L |
| @ 509 | ☐ Hematocrit | L |
| 1759 | ☐ CBC (Hgb, Hct, RBC, WBC, Plt) | L |
| 6399 | ☐ CBC w/Diff (Hgb, Hct, RBC, WBC, Plt, Diff) | L |
| 8847 | ☐ PT with INR | B |
| @ 763 | ☐ PTT, Activated | B |

### OTHER TESTS

| | | |
|---|---|---|
| 7788 | ☐ ABO Group & Rh Type | L |
| 223 | ☐ Albumin (Alb) | S |
| 234 | ☐ Alkaline Phosphatase (AP) | S |
| 823 | ☐ ALT (SGPT) | S |
| 243 | ☐ Amylase | S |
| 249 | ☐ ANA w/Reflex Titer | S |
| 795 | ☐ Antibody Scr, RBC w/Reflex ID | S |
| 822 | ☐ AST (SGOT) | S |
| 285 | ☐ Bilirubin, Direct (DBili) | S |
| 227 | ☐ Bilirubin, Total (TBili) | S |
| 4420 | ☐ C-Reactive Protein | S |
| 29256 | ☐ CA 125 | S |

### OTHER TESTS (continued)

| | | |
|---|---|---|
| 303 | ☐ Calcium (Ca) | S |
| 310 | ☐ Carbon Dioxide (CO2) | S |
| @ 10124 | ☐ Cardio CRP | S |
| B 978 | ☐ CEA | S |
| 330 | ☐ Chloride (Cl) | S |
| R 334 | ☐ Cholesterol, Total (TChol) | S |
| 375 | ☐ Creatinine (Cr) w/eGFR | S |
| @ 418 | ☐ Digoxin | SR |
| R 8253 | ☐ Direct LDL | S |
| @ 457 | ☐ Ferritin | S |
| 466 | ☐ Folic Acid | S |
| 470 | ☐ FSH | S |
| B 482 | ☐ GGT | S |
| 8477 | ☐ Glucose, Gest. Scr. | GY |
| B 484 | ☐ Glucose, Plasma | GY |
| B 483 | ☐ Glucose, Serum (Glu) | S |
| 8435 | ☐ hCG, Serum, Qual | S |
| B 8396 | ☐ hCG, Serum, Quant | S |
| B 608 | ☐ HDL | S |
| B 498 | ☐ Hemoglobin A1c | L |
| @ 512 | ☐ Hep A Ab, IgM | S |
| @ 4948 | ☐ Hep B Core Ab, IgM | S |
| @ 499 | ☐ Hep B Surface Ab Qual | S |
| @ 498 | ☐ Hep B Surface Ag w/Reflex Confirm | S |
| @ 8472 | ☐ Hep C Virus Ab | S |
| B 19728 | ☐ HPV-14HV-2 Scr w/Reflexes | S |
| @ 7573 | ☐ Iron (Fe), IBC % Sat | S |
| @ 571 | ☐ Iron, Total | S |
| 593 | ☐ LDH | S |
| 599 | ☐ Lead (B) | TN |
| 615 | ☐ LH | S |

| | | |
|---|---|---|
| 613 | ☐ Lithium | S |
| @ 622 | ☐ Magnesium | S |
| 6517 | ☐ Microalbumin, Random Urine w/Creat | S |
| 4555 | ☐ Microalbumin, 24 Hour Urine, w/o Creat | S |
| | Occult Blood, Feces - Guaiac | |
| B 35301 | ☐ DX   F 38306 ☐ MCR Scr | |
| | Occult Blood, Feces - FIT, InSure* | |
| 11290 | ☐ DX   F 11293 ☐ MCR Scr | |
| 713 | ☐ Phenytoin | SR |
| 718 | ☐ Phosphorus | S |
| 733 | ☐ Potassium (K) | S |
| 745 | ☐ Progesterone | S |
| 746 | ☐ Prolactin | S |
| 754 | ☐ Protein, Total (TP) | S |
| B 5363 | ☐ PSA, Total | S |
| 4418 | ☐ Rheumatoid Factor | S |
| 799 | ☐ RPR (Monitoring) w/Reflex Titer | S |
| 36126 | ☐ RPR (DX) w/Reflex Confirm | S |
| 802 | ☐ Rubella IgG | S |
| B 809 | ☐ Sed Rate By Mod West | L |
| 836 | ☐ Sodium (Na) | S |
| 873 | ☐ Testosterone, Total, Male | S |
| B 886 | ☐ Triglycerides (Trig) | S |
| B 896 | ☐ TSH | S |
| B 36127 | ☐ TSH w/Reflex T-4, Free | U |
| 859 | ☐ T-3, Total | S |
| B 861 | ☐ T-3 Uptake | S |
| B 867 | ☐ T-4 (Thyroxine), Total | S |
| B 866 | ☐ T-4 (Thyroxine), Free | S |
| 6448 | ☐ UA, Dipstick Only | U |
| 7909 | ☐ UA, Dipstick w/Reflex Microscopic | U |
| 5453 | ☐ UA, Complete (Dipstick & Microscopic) | U |
| 3020 | ☐ UA, Complete, w/Reflex Culture | U |

| | | |
|---|---|---|
| 294 | ☐ Urea Nitrogen (BUN) | S |
| 905 | ☐ Uric Acid | S |
| 916 | ☐ Valproic Acid | S |
| 7065 | ☐ Vitamin B12/Folic Acid | S |
| 927 | ☐ Vitamin B12 | S |
| 17306 | ☐ Vitamin D, 25 Hydroxy, LC/MS/MS | S |

### MICROBIOLOGY

Source (Required)

| | | |
|---|---|---|
| 4485 | ☐ Culture, Group A Strep* | |
| 5617 | ☐ Culture, Group B Strep* | |
| 4558 | ☐ Culture, Genital* | |
| 394 | ☐ Culture, Throat* | |
| @ 395 | ☐ Culture, Urine, Routine* (Inc. Indwelling Cath.) | |
| 8502 | ☐ Chlamydia DNA Probe, Endocx Or I | |
| 8501 | ☐ N. gonorrhoeae (GC) DNA Probe, Endocx Or | |
| 6919 | ☐ Chlamydia & N. gonorrhoeae w/Refl DNA Probe, Endocx Or MU.rect | |

Amplified Specimen Type (please che
☐ Endocervical   ☐ Urethral

| | | |
|---|---|---|
| 17303 | ☐ Chlamydia DNA, SDA | |
| 17304 | ☐ N. gonorrhoeae (GC) DNA, S | |
| 17305 | ☐ Chlamydia & N. gonorrhoeae | |

### Stool Pathogens (Campy, Salm/S

| | | |
|---|---|---|
| 10108 | ☐ Culture, Stool, Shiga toxin | |
| 4475 | ☐ Culture, Campylobacter* | |
| 10019 | ☐ Culture, Salmonella/Sh | |
| 681 | ☐ O & P w/Permanent Sta | |
| 30264 | ☐ Shiga Toxins, EIA w/Refl | |

* Additional charge for ID and Sui

TIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)   Reflex tests are performed at an additional charge.

MMENTS, CLINICAL INFORMATION:

TOTAL TESTS ORDERED

cian Signature (Required for PA, NY, NJ, MA & CT)   For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. Copyright © 2009 Quest Diagnostics Incorporated. All rights reserved. All other marks ® and ™ are the property of their respective owners (0000254-QNA-PSC, Revise

Liberty004244

7H302150007

**PHONE:** (860) 533-0179
**FAX:** (860) 812-2025
**FEDERAL TAX ID:**
264250691

**CONNECTICUT NATURAL HEALTH SPECIALISTS**

**13S CENTER STREET**
**MANCHESTER, CT 06040-5006**

**GOUIN, LAUREN J**

Sep 29 2011 12:00PM

| Patient Name & Address: | SSN: REDACTED | INS1: | VISIT #: 1136737 | 477.0 |
|---|---|---|---|---|
| SPEARS, HALEY | DOB | INS2: | CHART #: 40 | ROV |
| 1008 TROUT BROOK DR | SEX: F | COPAY: $0.00 / $0.00 | PRE AUTH #: | Comments Below |
| WEST HARTFORD, CT 06119 | HOME PHONE: (860) 308-2050 | PATIENT BALANCE: $0.00 | INSURANCE BALANCE: $135.00 | |

## Procedure Codes

| CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEW&PT VISITS | | 99211 | OFFICE/OUTPATIENT VIS | | 99242 | OFFICE CONSULTATION | | | MEET&G MEET&GREET | |
| 99201 | OFFICE/OUTPATIENT VIS | | 99212 | OFFICE/OUTPATIENT VIS | | 99243 | OFFICE CONSULTATION | | | STAFFVI STAFF VISIT CHARGE | |
| 99202 | OFFICE/OUTPATIENT VIS | X | 99213 | OFFICE/OUTPATIENT VIS | | 99244 | OFFICE CONSULTATION | | | | |
| 99203 | OFFICE/OUTPATIENT VIS | | 99214 | OFFICE/OUTPATIENT VIS | | 99245 | OFFICE CONSULTATION | | | | |
| 99204 | OFFICE/OUTPATIENT VIS | | 99215 | OFFICE/OUTPATIENT VIS | | | PROCEDURES | | | | |
| 99205 | OFFICE/OUTPATIENT VIS | | | CONSULTATIONS | | 93720 | TOTAL BODY PLETHYSM | | | | |
| | ESTABLISH&PT VISITS | | 99241 | OFFICE CONSULTATION | | | SPECIAL CODES | | | | |

## Diagnosis Codes

| CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 536.0 | ACHLORHYDRIA | 277.7 | DYSMETABOLIC SYNDROME X | 628.9 | INFERTILITY | 256.4 | PCOS |
| 562.10 | ACQUIRED DIVERTICULOSIS | 691.8 | ECZEMA, ATOPIC | 626.4 | IRREGULAR MENSES | 078.19 | PLANTAR WARTS |
| 255.5 | ADRENAL HYPOFUNCTION | 617.0 | ENDOMETRIOSIS | 564.1 | IRRITABLE BOWEL SYNDROME | 627.0 | PREMENOPAUSAL |
| 255.8 | ADRENAL DISORDER | 555.9 | ENTERITIS & COLITIS UNSPEC | 088.81 | LYME DISEASE | 696.1 | PSORIASIS |
| 704.00 | ALOPECIA | 333.1 | ESSENTIAL&OTHER SPEC FOR | 627.2 | MENOPAUSAL SYMPTOMS | 714.0 | RA |
| 704.01 | ALOPECIA AREATA | 626.2 | EXCESSIVE MENSTRUATION | 346.90 | MIGRAINE | 443.0 | RAYNAUDS SYNDROME |
| 626.0 | AMENORRHEA, PRIMARY OR SE | 455.3 | EXTERNAL HEMORRHOIDS | 346.00 | MIGRAINE W/AURA | 695.3 | ROSACEA |
| 280.9 | ANEMIA | 493.01 | EXTRINSIC ASTHMA W/STATUS | 346.10 | MIGRAINE W/O AURA | 477.0 | SEASONAL - ALLERGIES ALLER |
| 300.02 | ANXIETY DISORDER | 493.02 | EXTRINSIC ASTHMA, WITH EXA | 340 | MULTIPLE SCLEROSIS | 473.9 | SINUSITIS |
| 719.40 | ARTHRALGIA | 729.1 | FIBROMYALGIA | 733.90 | OSTEOPENIA | 704.02 | TELOGEN EFFLUVIUM |
| 493.00 | ASTHMA, EXTRINSIC | 787.3 | GAS PAIN/ BLOATING | 733.00 | OSTEOPOROSIS | 307.81 | TENSION HEADACHE |
| 691.8 | ATOPIC DERMATITIS | 300.02 | GENERALIZED ANXIETY | 706.1 | OTHER ACNE | 333.3 | TICS OF ORGANIC ORIGIN |
| 600.20 | BPH | 530.81 | GERD | 708.8 | OTHER SPECIFIED URTICARIA | 704.9 | UNSPEC DISEASE HAIR&HAIR |
| 579.0 | CELIAC DISEASE | 365.9 | GLAUCOMA | 719.47 | PAIN IN JOINT, ANKLE AND FO | 465.9 | URI |
| 491.8 | CHRONIC BRONCHITIS | 272.0 | HYPERCHOLESTEROLEMIA | 719.43 | PAIN IN JOINT, FOREARM | 788.30 | URINARY INCONTINENCE |
| 473.0 | CHRONIC MAXILLARY SINUSITI | 272.4 | HYPERLIPIDEMIA | 719.44 | PAIN IN JOINT, HAND | 454.9 | VARICOSE VEINS |
| 708.8 | CHRONIC URTICARIA | 401.1 | HYPERTENSION, BENIGN | 719.46 | PAIN IN JOINT, LOWER LEG | 268.9 | VITAMIN D DEFICIENCY |
| 786.2 | COUGH | 251.2 | HYPOGLYCEMIA | 719.49 | PAIN IN JOINT, MULTIPLE SITE | | |
| 300.4 | DEPRESSION / ANXIETY | 245.2 | HYPOTHYROID, HASHIMOTO'S | 719.48 | PAIN IN JOINT OTHER SPECIFI | | |
| 249.00 | DIABETES MELLITUS W/O MEN | 244.9 | HYPOTHYROIDISM | 719.45 | PAIN IN JOINT PELVIC REGION | | |
| 787.91 | DIARRHEA | 607.84 | IMPOTENCE | 719.41 | PAIN IN JOINT, SHOULDER RE | | |
| 625.3 | DYSMENORRHEA | 075 | INFECTIOUS MONONUCLEOSIS | 719.42 | PAIN IN JOINT, UPPER ARM | | |

60.—

**Thanks for Signing In**

Signature: _[signature]_

Date: _9/29/11_

REASON FOR RETURN VISIT: _____

RETURN IN: _____ DAYS _____ WEEKS _____ MONTHS

TOTAL CHARGES: _____

PAYMENT RECEIVED: _____

☐ CASH  ☐ CHECK  ☐ MC  ☐ VISA  ☐ OTHER

Liberty004245

Fwd: question and info

**Subject:** Fwd: question and info
**From:** Lauren Gouin <gouinnd@aol.com>
**Date:** Wed, 25 May 2011 13:11:48 -0400
**To:** CT Natural Health <frontdesk@ctnaturalhealth.com>

please print and call haley for an appointment in 3-6 weeks.

Lauren

-------- Original Message --------
 **Subject:**question and info
    **Date:**Tue, 24 May 2011 23:20:26 -0700 (PDT)
   **From:**haley spears <hspears2@yahoo.com>
**Reply-To:**haley spears <hspears2@yahoo.com>
      **To:**Dr Lauren Gouin <drlauren@ctnhs.com>

Hello Dr. Gouin,

I finally remembered to send you the information from Dr. Sianatra. He said he prefers GPLC over Acetyl L Carnatine. Perhaps GPLC is the same thing I am taking? I am confused, is GPLC the same thing as basic L-Carnatine? See Article below. Please let me know when I should come in for a follow up. I had to cancel my last appointment because I was home sick with 103 fever, didn't fel like leaving the house. Thankful whatever I had only lasted a couple of days. A few weeks later I was sick for about 5 days with diahreah, whether a bug or perhaps a parasite from sushi I don't know.

I am currently on Clyndamicin instead of zithromyacin, mepron and omnicef. Then I break for three days and go back on Coartef then cycle back again. Dr. Raxlen made the change at my apt, two fridays ago. Though due to pharmacy delays I didn't not start right away. I see Dr. Saul this Friday.

Thank you,
HaleyHeart Health Nut

# What Horses Taught Us: The Other Cure from Heart Supplements

Wednesday, April 6, 2011 by Stephen Sinatra

 '. Dr. Sinatra

**ANAHEIM, CA**—Hi folks. I wanted to share some interesting news from

Fwd: question and info

| Dr. Sinatra | a presentation I just made at the ExpoWest conference.  Humans and horses have a lot in common!  Both need CoQ10 and other heart nutrients.

Let me explain...
I teamed up with Dr. David Horohov (in photo, at left) of the University of Kentucky Equine Research Department to test a hypothesis of mine, that cardiovascular nutrition can help both four- and two-legged |

athletes.

**The equine issue:** two year old thoroughbred horses in training for the race track often suffer debilitating injuries like pulmonary hemorrhage, compression fractures, and joint and ligament injuries.

**The research question:** Can we protect these horses, and even enhance their recovery from very strenuous exercise performance, with a safe nutritional intervention?

**Together, we developed a 5-nutrient cardiovascular nutrition supplement combination** that included **Coenzyme Q10 (CoQ10)** , Glycine Propany l, **L-Carnitine (GPLC)**, **curcumin** (a turmeric derivative) , Boswellin, and **D-ribose.**
We tested the cardiovascular nutrition group against a placebo group in a double-blind study.  The horses were "breezed," meaning they raced all out for a determined distance. They were timed before the study started and again at planned intervals. Blood samples were also taken at each timing interval to measure inflammatory markers.  What we found is that the 5-nutrient cardiovascular nutrition combination reduced inflammation and improved recovery.
**What's the take-away for us humans?**  It's that the same powerful cardiovascular nutrition—including CoQ10, GPLC, curcumin, Boswellin, and D-ribose—that help your non-stop heart muscles help all the muscles in your body. So, whether you're an endurance athlete or weekend warrior, you should find that this cardiovascular nutrition improves your performance and help you recover more quickly.
**For people without health issues, the suggested dosages are** 50-100 mg of CoQ10, 500-1000 mg of broad spectrum Carnitine or GPLC, 5 grams (1 tsp) of D-ribose, 200-400 mg of Boswellin, and 250-500 mg of curcumin daily. These doses can be doubled or even tripled for moderate to severe illness or for a seasoned athlete looking to improve recovery from athletic stress.

**So, how about you?** Have you found that your heart nutrients helped all of your muscles to perform better?  Please go ahead and share your comments.

Liberty004247

Pharmasan Labs, Inc. - Report 492249 (Haley Spears)                    Page 1 of 4

**PHARMASAN LABS, INC.**
373 280th Street, Osceola, WI 54020
1-888-342-7272 - www.pharmasan.com

Lab Request ID
**492249**

Reported on 3/23/2011 2:16 PM

## Report Information

NeuroScience Inc. customers:
Updated range information can be found at www.neurorelief.com/updates

| • Health Care Professional | • Patient | |
|---|---|---|
| Lauren Gouin, ND | **Haley Spears** | **Gender:** Female |
| 135 Center Street | 1008 Trout Brook Dr | **Date of Birth:** REDACTED |
| Manchester, CT 06040. | West Hartford, CT 06119 | **Age:** 33 years |
| | | **Wake up time:** 8:00 AM* |
| | | **Phone:** 860-308-2050 |

**• Order Details**

* wake up time of 8:00 AM is assumed in case time not provided

Samples received:   March 15, 2011
Order:          Panel 9123 (NeuroScreen Expanded)

## Test Results

### 5090 - Intestinal Barrier Assessment 22 IgG

#### Intestinal Barrier Assessment 22 IgG

**• Dairy/Eggs**

**Cheese, American IgG**                                                                              %
— Report ——— Result ——                                            — Collected —
490898   Low                                                        3:06PM
                                                                    3/7/2011

**Cow's Milk IgG**                                                                                     %
— Report ——— Result —                                              — Collected —
490898   Moderate                                                   3:06PM
                                                                    3/7/2011

**Egg White IgG**                                                                                      %
— Report ——— Result —                                              — Collected —
490898   High                                                       3:06PM
                                                                    3/7/2011

**Goat's Milk IgG**                                                                                    %
— Report ——— Result —                                              — Collected —
490898   Low                                                        3:06PM
                                                                    3/7/2011

**Yogurt IgG**                                                                                         %
— Report ——— Result —                                              — Collected —
490898   High                                                       3:06PM
                                                                    3/7/2011

**• Grains**

**Gluten IgG**                                                                                         %
— Report ——— Result —                                              — Collected —
490898   High                                                       3:06PM
                                                                    3/7/2011

Results are not intended to diagnose, treat, cure, or prevent any disease or replace medical advice/treatment from a qualified healthcare provider. Incorrect sample submission or shipment may affect results.
Laboratory tests performed by:      † Pharmasan Labs (CLIA # 52D0914898, NY Lab PFI # 7426)            RO * for Research Use Only            Page 1 of 4

Liberty004248

Pharmasan Labs, Inc. - Report **492249** (Haley Spears)

## 5090 - Intestinal Barrier Assessment 22 IgG

*(continued)*

### Intestinal Barrier Assessment 22 IgG

*(continued)*

#### • Grains

*(continued)*

**Oats IgG**
— Report ——— Result —

| 490898 | Not Significant | | 100 | Collected — 3:06PM 3/7/2011 | % |

**Wheat IgG**
— Report ——— Result —

| 490898 | Moderate | | 100 | Collected — 3:06PM 3/7/2011 | % |

#### • Nuts & Seeds

**Peanut IgG**
— Report ——— Result —

| 490898 | Low | | 100 | Collected — 3:06PM 3/7/2011 | % |

#### • Meats

**Beef IgG**
— Report ——— Result —

| 490898 | Not Significant | | 100 | Collected — 3:06PM 3/7/2011 | % |

**Chicken IgG**
— Report ——— Result —

| 490898 | Not Significant | | 100 | Collected — 3:06PM 3/7/2011 | % |

**Pork IgG**
— Report ——— Result —

| 490898 | Not Significant | | 100 | Collected — 3:06PM 3/7/2011 | % |

#### • Fish/Seafood

**Shrimp IgG**
— Report ——— Result —

| 490898 | Moderate | | 100 | Collected — 3:06PM 3/7/2011 | % |

**Tuna IgG**
— Report ——— Result —

| 490898 | Low | | 100 | Collected — 3:06PM 3/7/2011 | % |

#### • Fruits, Vegetables & Legumes

**Apple IgG**
— Report ——— Result —

| 490898 | Not Significant | | 100 | Collected — 3:06PM 3/7/2011 | % |

**Banana IgG**
— Report ——— Result —

| 490898 | Low | | 100 | Collected — 3:06PM 3/7/2011 | % |

Liberty004249

Pharmasan Labs, Inc. - Report **492249** (Haley Spears)

## 5090 - Intestinal Barrier Assessment 22 IgG  *(continued)*

### Intestinal Barrier Assessment 22 IgG  *(continued)*

#### • Fruits, Vegetables & Legumes  *(continued)*

**Bean, Kidney IgG**   %
– Report ——— Result ———————————————— Collected —

| 490898 | Low | | 100 | 3:06PM 3/7/2011 |

**Bean, Soy IgG**   %
– Report ——— Result ——— Collected —

| 490898 | Not Significant | | 100 | 3:06PM 3/7/2011 |

**Corn IgG**   %
– Report ——— Result ——— Collected —

| 490898 | Not Significant | | 100 | 3:06PM 3/7/2011 |

**Orange IgG**   %
– Report ——— Result ——— Collected —

| 490898 | Not Significant | | 100 | 3:06PM 3/7/2011 |

#### • Miscellaneous

**Baker's Yeast IgG**   %
– Report ——— Result ——— Collected —

| 490898 | High | | 100 | 3:06PM 3/7/2011 |

**Brewer's Yeast IgG**   %
– Report ——— Result ——— Collected —

| 490898 | Moderate | | 100 | 3:06PM 3/7/2011 |

## 9123 - NeuroScreen Expanded

### Neurotransmitter

**Epinephrine** RO   µg/gCr
– Report ——— Result ——— Collected — Normal Range — Observed Range —

| 492249 | 9.3 Elevated | 0  4  8   25 | 3:50AM 3/11/2011 | Day: 7-12  Night: 4-6 | 4 - 22 |

**Norepinephrine** RO   µg/gCr
– Report ——— Result ——— Collected — Normal Range — Observed Range —

| 492249 | 65.8 Elevated | 0  15 23   100 | 3:50AM 3/11/2011 | Day: 30-45  Night: 15-23 | 14 - 113 |

**Dopamine** RO   µg/gCr
– Report ——— Result ——— Collected — Normal Range — Observed Range —

| 492249 | 286.6 Elevated | 0  75 120   450 | 3:50AM 3/11/2011 | Day: 115-175  Night: 75-120 | 52 - 700 |

**DOPAC** RO   µg/gCr
– Report ——— Result ——— Collected — Normal Range — Observed Range —

| 492249 | 541.4 Normal | 0  530 930   3000 | 3:50AM 3/11/2011 | Day: 790-1,560  Night: 530-930 | 243 - 22,800 |

Results are not intended to diagnose, treat, cure, or prevent any disease or replace medical advice/treatment from a qualified healthcare provider. Incorrect sample submission or shipment may affect results.
Laboratory tests performed by: † Pharmasan Labs (CLIA # 52D0914896, NY Lab PFI # 7426)   RO = for Research Use Only   Page 3 of 4

Liberty004250

**Pharmasan Labs, Inc.** - Report **492249** (Haley Spears)

## 9123 - NeuroScreen Expanded

(continued)

### Neurotransmitter

(continued)



| | | | Collected | Normal Range | Observed Range |
|---|---|---|---|---|---|
| **Serotonin** RO | | | | | µg/gCr |
| Report | Result | | | | |
| 492249 | 263.7 Elevated | | 3:50AM 3/11/2011 | Day: 120-185 Night: 100-150 | 18 - 370 |
| **5-HIAA** RO | | | | | µg/gCr |
| Report | Result | | | | |
| 492249 | 7132.0 Elevated | | 3:50AM 3/11/2011 | Day: 2,100-5,000 Night: 2,000-3,300 | 500 - 29,500 |
| **Glycine** RO | | | | | µMol/gCr |
| Report | Result | | | | |
| 492249 | 655.2 Normal | | 3:50AM 3/11/2011 | Day: 455-980 Night: 390-750 | 260 - 2,685 |
| **Taurine** RO | | | | | µMol/gCr |
| Report | Result | | | | |
| 492249 | 784.5 Elevated | | 3:50AM 3/11/2011 | Day: 100-540 Night: 65-360 | 10 - 5,000 |
| **GABA** RO | | | | | µMol/gCr |
| Report | Result | | | | |
| 492249 | 5.7 Normal | | 3:50AM 3/11/2011 | Day: 4.7-7.0 Night: 3.8-5.7 | 2.5 - 20.0 |
| **Glutamate** RO | | | | | µMol/gCr |
| Report | Result | | | | |
| 492249 | 50.5 Elevated | | 3:50AM 3/11/2011 | Day: 15-32 Night: 12-22 | 11 - 113 |
| **PEA** RO | | | | | nMol/gCr |
| Report | Result | | | | |
| 492249 | 71.1 Elevated | | 3:50AM 3/11/2011 | Day: 30-70 Night: 20-40 | 12 - 260 |
| **Histamine** RO | | | | | µg/gCr |
| Report | Result | | | | |
| 492249 | 57.9 Elevated | | 3:50AM 3/11/2011 | Day: 14-24 Night: 8-14 | 7 - 60 |
| **Creatinine** | | | | | mg/dL |
| Report | Result | | | | |
| 492249 | 65.1 | | 3:50AM 3/11/2011 | 28.0-259.0 | |

Results are not intended to diagnose, treat, cure, or prevent any disease or replace medical advice/treatment from a qualified healthcare provider. Incorrect sample submission or shipment may affect results.

Liberty004251

Pharmasan Labs, Inc. - Report **490898** (Haley Spears)

**PHARMASAN LABS, INC.**
373 280th Street, Osceola, WI 54020
1-888-342-7272 - www.pharmasan.com

Lab Request ID
**490898**

Reported on 3/14/2011 9:09 PM

## Report Information

NeuroScience Inc. customers:
Updated range information can be found at www.neurorelief.com/updates

| Health Care Professional | Patient | |
|---|---|---|
| **Lauren Gouln, ND**<br>135 Center Street<br>Manchester, CT 06040. | **Haley Spears**<br>1008 Trout Brook Dr<br>West Hartford, CT 06119 | **Gender:** Female<br>**Date of Birth:** REDACTED<br>**Age:** 33 years<br>**Wake up time:** 8:00 AM*<br>**Phone:** 860-308-2050 |

**Order Details**

\* wake up time of 8:00 AM is assumed in case time not provided

| | |
|---|---|
| **Samples received:** | March 09, 2011 |
| **Order:** | Panel 5090 (Intestinal Barrier Assessment 22 IgG) |
| **ICD-9 Code:** | 780.79 |

## Test Results

### Intestinal Barrier Assessment

## IBA TOTAL SCORE™ : 767 (IgG)

< 250 Not Significant, 250 - 415 Low, 416 - 650 Moderate, > 650 High

### Food Parameter Summary

**High**

| | | | | |
|---|---|---|---|---|
| Baker's Yeast IgG | Egg White IgG | Gluten IgG | Yogurt IgG | |

**Moderate**

| | | | |
|---|---|---|---|
| Brewer's Yeast IgG | Cow's Milk IgG | Shrimp IgG | Wheat IgG |

**Low**

| | | | | |
|---|---|---|---|---|
| Banana IgG | Bean, Kidney IgG | Cheese, American IgG | Goat's Milk IgG | Peanut IgG |
| Tuna IgG | | | | |

Results are not intended to diagnose, treat, cure, or prevent any disease or replace medical advice/treatment from a qualified healthcare provider. Incorrect sample submission or shipment may affect results.
Laboratory tests performed by:   ¹ Pharmsan Labs (CLIA # 52C0914898, NY Lab PR # 7426)        RO = for Research Use Only

Liberty004252

7H302150007

Pharmasan Labs, Inc. - Report **490898** (Haley Spears)                                  Page 2 of 4

## 5090 - Intestinal Barrier Assessment 22 IgG

### Intestinal Barrier Assessment 22 IgG

• *Dairy/Eggs*



**Cheese, American IgG**                                                                        %
——————Result                                      ——————Collected———
    Low                                        3:06PM
                                               3/7/2011

**Cow's Milk IgG**                                                                              %
——————Result                                      ——————Collected———
    Moderate                                   3:06PM
                                               3/7/2011

**Egg White IgG**                                                                               %
——————Result                                      ——————Collected———
    High                                       3:06PM
                                               3/7/2011

**Goat's Milk IgG**                                                                             %
——————Result                                      ——————Collected———
    Low                                        3:06PM
                                               3/7/2011

**Yogurt IgG**                                                                                  %
——————Result                                      ——————Collected———
    High                                       3:06PM
                                               3/7/2011

• *Grains*

**Gluten IgG**                                                                                  %
——————Result                                      ——————Collected———
    High                                       3:06PM
                                               3/7/2011

**Oats IgG**                                                                                    %
——————Result                                      ——————Collected———
    Not Significant                            3:06PM
                                               3/7/2011

**Wheat IgG**                                                                                   %
——————Result                                      ——————Collected———
    Moderate                                   3:06PM
                                               3/7/2011

• *Nuts & Seeds*

**Peanut IgG**                                                                                  %
——————Result                                      ——————Collected———
    Low                                        3:06PM
                                               3/7/2011

• *Meats*

**Beef IgG**                                                                                    %
——————Result                                      ——————Collected———
    Not Significant                            3:06PM
                                               3/7/2011

Liberty004253

7H302150007

Pharmasan Labs, Inc. - Report **490898** (Haley Spears)   Page 3 of 4

## 5090 - Intestinal Barrier Assessment 22 IgG   *(continued)*

### Intestinal Barrier Assessment 22 IgG   *(continued)*



**• Meats**   *(continued)*

**Chicken IgG**   %
Result — Collected
Not Significant   3:06PM
0   100   3/7/2011

**Pork IgG**   %
Result — Collected
Not Significant   3:06PM
0   100   3/7/2011

**• Fish/Seafood**

**Shrimp IgG**   %
Result — Collected
Moderate   3:06PM
0   100   3/7/2011

**Tuna IgG**   %
Result — Collected
Low   3:06PM
0   100   3/7/2011

**• Fruits, Vegetables & Legumes**

**Apple IgG**   %
Result — Collected
Not Significant   3:06PM
0   100   3/7/2011

**Banana IgG**   %
Result — Collected
Low   3:06PM
0   100   3/7/2011

**Bean, Kidney IgG**   %
Result — Collected
Low   3:06PM
0   100   3/7/2011

**Bean, Soy IgG**   %
Result — Collected
Not Significant   3:06PM
0   100   3/7/2011

**Corn IgG**   %
Result — Collected
Not Significant   3:06PM
0   100   3/7/2011

**Orange IgG**   %
Result — Collected
Not Significant   3:06PM
0   100   3/7/2011

**• Miscellaneous**

Results are not intended to diagnose, treat, cure, or prevent any disease or replace medical advice/treatment from a qualified healthcare provider. Incorrect sample submission or shipment may affect results.
Laboratory tests performed by:   ¹ Pharmasan Labs (CLIA # 52D0914898, NY Lab PR # 7426)   RO = for Research Use Only   Page 3 of 4

Liberty004254

7H302150007

02/10/2011  15:27    121279!  /7                LYME RESOURCE                 PAGE  02/03
  02/10/2011  13:33    5332943                    SLEEP LAB                     PAGE  02/03

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report

PATIENT: SPEARS,HALEY A                          MR#:  Z346259
ROOM#:                                           ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                            DOB:  REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.                SERVICE DATE:01/19/11
PROVIDER:            Havaligi,Navasuma           REPORT#: 0125-1134
PROVIDER TYPE:       MD
==============================================================================
REFERRING PHYSICIAN:
Dr.Saul

TEST PERFORMED:
Polysomnogram.

INDICATION:
A 33-year-old female with symptoms of insomnia and daytime sleepiness.

PAST MEDICAL HISTORY:
Lyme disease.

MEDICATIONS:
Azithromycin, Ultram, Lexapro, Prevacid, Asacol, adrenal support, selenium, iron
and fish oil.

ALLERGIES:
ERYTHROMYCIN.

SOCIAL HISTORY:
Not detailed.

PHYSICAL EXAMINATION:
GENERAL: Height 65 inches, weight 120 pounds, BMI 20.  Blood pressure 122/82,
heart rate 66, respiratory rate 14, neck girth 13 inches.  Epworth sleepiness
score of 16.  CRANIOFACIAL AND OROPHARYNGEAL:  Exams are normal.  LUNG AND
CARDIOVASCULAR:  Exams were normal.  ABDOMEN, EXTREMITIES AND NEUROLOGIC:  Exams
were indicated as normal.

RESULTS:
The patient's usual lights out occurs between 11:00 p.m. to 1:00 a.m.  Study
lights out occurred at 11:16 p.m.  There was a prolonged sleep onset latency of
86 minutes.  The patient slept for 3.5 hours with a low sleep efficiency of 59%.
 Sleep histogram revealed multiple brief awakenings.  Sleep stage analysis
revealed an increased percentage of stage N1 sleep at 20%, normal percentages of
stages N2 and N3 sleep, and no stage R sleep.  The arousal index was elevated at
47 per hour and wake after sleep onset was prolonged at 64 minutes.  The patient
slept mostly on her sides and very briefly supine.  In her post sleep
questionnaire, she reported sleeping slightly worse than average and feeling
slightly better than average.  She felt she had obtained 2 to 3 hours of sleep.

RESPIRATORY EVENTS:
When scored using Medicare guidelines, no respiratory events were scored.  When
scored using the alternate definition for hypopneas by the AASM, the respiratory
disturbance index was mildly elevated at 7 events per hour.  The AHI was much

Eastern Connecticut Health Network,Inc (PCI:OE database ECHN)

Run: 01/26/11-13:02 by Havaligi,Navasuma                    Page 1 of 2

Liberty004255

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report

PATIENT: SPEARS,HALEY A                         MR#:  Z346259
ROOM#:                                          ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                           DOB:  REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.               SERVICE DATE:01/19/11
PROVIDER:             Havaligi,Navasuma          REPORT#: 0125-1134
PROVIDER TYPE:        MD
==========================================================================
higher during supine sleep at 60 events per hour; however, she obtained only 4
minutes of supine sleep.  Oxygen saturations remained above 89% for 99% of the
night, with a nadir of 93% in association with respiratory events.  The
respiratory events observed were predominantly obstructive hypopneas.  No
snoring was observed.

CARDIAC EVENTS:
EKG revealed normal sinus rhythm.

EMG:
Periodic limb movement index was 48 per hour and the PLM arousal index was 16
per hour.  No REM sleep was observed during the study.

IMPRESSION:
1.   Periodic limb movement disorder (ICD-9 327.51).
2.   Sleep onset and sleep maintenance insomnia (ICD-9 780.52)
3.   No snoring or obstructive sleep apnea observed by Medicare guidelines.  Mild
obstructive sleep apnea observed by consensus criteria.

Navasuma Havaligi MD

NH / de
DD:  01/25/2011 13:54:48     DT:  01/25/2011 15:04:58
Document:11309180
Voice Job Number: 580358

CC: Kristin Giannini MD
CC: Zane Saul MD


Dictating: Havaligi,Navasuma

Date signed:  01/26/11

Time signed:  1302

                                       _____
                                       Signature on File

Report is considered draft until signed, signified by completion of date and time stamp
above.

Liberty004256

02/10/2011  16:27   1212799  7          LYME RESOURCE                    PAGE  01/03

**COMPANY:**

**ATTN:** _Dr. Lauren Gowin_

**FAX:** _(860) 812 - 2025_

**PHONE:**

**FROM:** _Nicole_

**FAX:** (212) 799-2377

**PHONE:** (212) 799-1121

**DATE:** _2/10/11_

**RE:** _Haley Spears - Sleep Study results_

**TOTAL # OF PAGE(S) INCLUDING COVER:**  _3_

**COMMENTS:**

☐ URGENT

☐ PLEASE COMMENT

☐ PLEASE REVIEW

☐ FOR YOUR RECORDS

**FAX**

LYME RESOURCE MEDICAL, P.C., 123 WEST 79TH STREET, NY, NY 10024

Liberty004257

JAN-19-2011 16:42 FROM:RHEUM.&    .INST.CT  +8606467999         TO:1   8122025         P.1/4

Quest Diagnostics Incorporated


Quest
Diagnostics

| | | |
|---|---|---|
| **PATIENT INFORMATION** | | **REPORT STATUS  Final** |
| **SPEARS, HALEY A** | | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION

SPECIMEN:    WC166555N
REQUISITION:  0311482
LAB REF NO:

DOB: REDACTED    Age: 33
GENDER: F

ID: 1839-1
PHONE: 8603082050

ORDERING PHYSICIAN
**KAGE, BARBARA**
CLIENT INFORMATION
73222358
RHEUMATOLOGY   ALLERGY INST.
361 MAIN ST
MANCHESTER, CT 06040-4127

COLLECTED:  01/07/2011    11:10
RECEIVED:   01/07/2011    11:12
REPORTED:   01/13/2011    14:32

---

COMMENTS:    FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY(IES) SENT TO: | | | | |

ROCKVILLE FAMILY PHYSICIAN
529 HARTFORD TPKE STE N
VERNON ROCKVILL, CT 06066-5044

ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4873

SAUL & MILJKOVIC, M.D.'S
2600 POST RD
SOUTHPORT, CT 06890-1258

BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE W/eGFR | | | | QWA |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| PTH, INTACT AND CALCIUM | | | | |
| PTH, INTACT | | | | QWA |
| PARATHYROID HORMONE, INTACT | 65 | | 10-65 pg/mL | |

Interpretive Guide

| | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
| Primary | Normal or High | High |
| Secondary | High | Normal or Low |
| Tertiary | High | High |
| Non-Parathyroid | | |
| Hypercalcemia | Low or Low Normal | High |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | QWA |

SPEARS, HALEY A    WC166555N

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 01/13/11 at 04:00pm.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved.   CDD2000-NTL. Revised MN  SCLE - 11527L

Liberty004258



JAN-19-2011 16:42 FROM:RHEUM.& ..INST.CT +8606467999        TO:1 )8122025        P.2/4

Quest Diagnostics Incorporated


## Quest Diagnostics®

| | | |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS **Final** |
| | **SPEARS, HALEY A** | |
| QUEST DIAGNOSTICS INCORPORATED | DOB: REDACTED  Age: 33 | ORDERING PHYSICIAN  **KAGE, BARBARA** |
| COLLECTED:  01/07/2011  11:00 | GENDER: F | |
| REPORTED:  01/13/2011  14:22 | ID: 1839-1 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | OTE |
| **VITAMIN D, 25 OH, TOTAL** | | 12 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 12 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

*Pt needs more Vit D*
*OK w/her*
*if yes,*
*I'd give her Rx*
*α Vit B12/fol*

25-OHD3 indicates both endogenous production and supplementation. 25-OHD2 is an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD, with levels <20 ng/mL indicative of Vitamin D deficiency, while levels between 20 ng/mL and 40 ng/mL suggest insufficiency. Optimal levels are > or = 30 ng/mL.

| | | | | |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | | 1.5-2.5 mg/dL | QWA |
| PHOSPHATE (AS PHOSPHORUS) | 3.9 | | 2.5-4.5 mg/dL | QWA |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | QWA |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.2 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.3 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | | | | |
| | | Normal Pattern | | |
| IMMUNOGLOBULINS | | | | QWA |
| IMMUNOGLOBULIN A | 106 | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 870 | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 74 | | 48-271 mg/dL | |
| ALKALINE PHOSPHATASE | 42 | | 34-115 U/L | QWA |
| GGT | 15 | | 3-50 U/L | QWA |
| AST | 18 | | 10-30 U/L | QWA |
| ALT | 11 | | 6-40 U/L | QWA |

SPEARS, HALEY A - WC166559N                                      Page 2 · Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved  CD2000-NTL  Revised 8/03  SC25  110378

Liberty004259

7H302150007

JAN-19-2011 16:42 FROM:RHEUM.& . INST.CT +8606467999 TO:1 3122025 P.3/4

Quest Diagnostics Incorporated


Quest
Diagnostics®

| | PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|---|
| | **SPEARS, HALEY A** | |

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 01/07/2011   11:10
REPORTED: 01/13/2011   14:22

DOB: REDACTED Age: 33
GENDER: F
ID: 1839-1

ORDERING PHYSICIAN
**KAGE, BARBARA**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH, 3RD GENERATION | 3.05 | | mIU/L | QWA |
| | Reference Range: | | | |
| | > or = 20 Years  0.40 4.50 | | | |
| | Pregnancy Ranges | | | |
| | First trimester   0.20-4.70 | | | |
| | Second trimester   0.30-4.10 | | | |
| | Third trimester   0.40 2.70 | | | |
| T4 (THYROXINE), TOTAL | | | | QWA |
| T4 (THYROXINE), TOTAL | 6.3 | | 4.5-12.0 mcg/dL | |
| FREE T4 INDEX (T7) | 2.1 | | 1.4 3.8 | |
| T4, FREE | 1.1 | | 0.8 1.8 ng/dL | QWA |
| T3, TOTAL | 100 | | 76 181 ng/dL | QWA |
| T3 UPTAKE | 34 | | 22 35 % | QWA |
| METHYLMALONIC ACID | 111 | | 87-318 nmol/L | AMD |
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 20 mm/h | QWA |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.89 | | 3.80 5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.3 | | 35.0-45.0 % | |
| MCV | 90.8 | | 80.0 100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0 15.0 % | |
| PLATELET COUNT | 336 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2936 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2012 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | 200 950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0 200 cells/uL | |
| NEUTROPHILS | 51.5 | | % | |
| LYMPHOCYTES | 35.3 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 3.2 | | % | |
| BASOPHILS | 0.3 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | 92 | | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 318 | | 250-450 mcg/dL | |
| % SATURATION | 29 | | 15-50 % (calc) | |

SPEARS, HALEY A   WC166555N

Page 3 - Continued on Page 4

Printed by Care360 AutoReceive on 01/13/11 at 04:00pm

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 0000000 NTL Revised 5/06 SCPN - 1135M

Liberty004260

7H302150007

JAN-19-2011 16:42 FROM:RHEUM.& ..INST.CT +8606467999     TO:1  8122025      P.4/4

## Quest Diagnostics Incorporated

# Quest Diagnostics®

| | |
|---|---|
| PATIENT INFORMATION<br>**SPEARS,HALEY A** | REPORT STATUS   **Final** |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED      Age: 33      ORDERING PHYSICIAN
GENDER: F                       **KAGE, BARBARA**
ID: 1839-1

COLLECTED: 01/07/2011   11:10
REPORTED:  01/13/2011   14:22

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FERRITIN | 11 | | 10-154 ng/ml | QWA |
| VITAMIN B12/FOLATE,<br>SERUM PANEL<br>VITAMIN B12 | | (277) | 200-1100 pg/mL | QWA |

Please Note: Although the reference range for vitamin
B12 is 200-1100 pg/mL, it has been reported that between
5 and 10% of patients with values between 200 and 400
pg/mL may experience neuropsychiatric and hematologic
abnormalities due to occult B12 deficiency; less than 1%
of patients with values above 400 pg/mL will have symptoms.

| | | | | |
|---|---|---|---|---|
| FOLATE, SERUM | 12.9 | | ng/mL<br>Reference Range<br>Low:       <3.4<br>Borderline:  3.4-5.4<br>Normal:     >5.4 | |

| | | | | |
|---|---|---|---|---|
| IMMUNOFIXATION, SERUM<br>INTERPRETATION | | | | QWA |

Normal pattern. No monoclonal proteins detected.

-------- -------- -------- ------ -------- ---------- --------- ----------

## Performing Laboratory Information:

AMD   Quest Diagnostics Nichols Institute-Chantilly VA 14225 Newbrook Dr Chantilly VA 20151
      Laboratory Director: Kenneth Sisco M.D.
QTE   Quest Diagnostics Teterboro 1 Malcolm Ave Teterboro NJ 07608 Laboratory Director: William Ivey
QWA   Quest Diagnostics, LLC-Wallingford CL 200 1 Sterling Dr Wallingford CT 06492 Laboratory Director: Meera Jansh M.D.

SPEARS, HALEY A - WC166555N                                    Page 4 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. CDD36530-HTL Version 6204 ECW - 14212W

Liberty004261





**Hormone Evaluation**
Version 9.6.556

**ZRT Laboratory**

8605 SW Creekside Place
Beaverton, OR 97008
Phone 503-466-2445 Fax 503-466-1636
info@zrtlab.com http://www.salivatest.com

**2010 12 14 195 S**

Samples Arrived: 12/14/2010
Date Closed: 12/16/2010

Samples Collected: A 12/03/10 06:05 AM
B 12/03/10 04:50 PM
C 12/04/10 02:30 AM
D 12/04/10 05:00 AM

**Manchester Memorial Hospital**
**ATTN: Clinical Lab, c/o Donna Daniels**
**71 Haynes St**
**Manchester, CT 06040**

**Halley A Speers**
**1008 Trout Brook Dr**
**West Hartford, CT 06119**

Gender: Female
Age: 33

Client Phone: 860 308 2050
DOB: REDACTED

Menopausal Status: Pre-Menopausal - Irregular

| Hormone Test | In Range | Out Of Range | Units | Range |
|---|---|---|---|---|
| DHEAS (saliva) | 6.3 | | ng/ml | 2-23 (Age Dependent) |
| Cortisol Morning (saliva) | | 2.2L | ng/ml | 3.7-9.5 |
| Cortisol Noon (saliva) | | 3.1H | ng/ml | 1.2-3.0 |
| Cortisol Evening (saliva) | 1.6 | | ng/ml | 0.6-1.9 |
| Cortisol Night (saliva) | 1.0 | | ng/ml | 0.4-1.0 |

**Current Hormone Therapies**
None Indicated;





DHEAS

Cortisol

David T. Zava, Ph.D.
Laboratory Director

Date: 12/16/2010
CLIA Lic # 38D0960950

The above results and comments are for informational purposes only and are not to be construed as medical advice. Please consult your healthcare practitioner for diagnosis and treatment.

**LabAsst**
Copyright 2009 ZRT Laboratory, LLC and Impact Information Systems, Inc. All rights reserved worldwide.

Composed by 1121816745 at 12/17/10 08:45:32 AM
www.SalivaTest.com
Liberty004262   page 1 of 4

# ZRT Laboratory Saliva Observed Reference Ranges

**Disclaimer:** Supplement type and dosage are for provider information and are *not* recommendations for treatment. Reference ranges are observed ranges based on collected laboratory data. For more information, see www.zrtlab.com or contact info@zrtlab.com.

| | | | Observed Reference Ranges (1/07) | Old Ranges |
|---|---|---|---|---|
| **WOMEN** | | | | |
| Estradiol | Premenopausal | | 1.3-3.3 | 1-5 |
| | Postmenopausal | | 0.5-1.7 | 1-1.5 |
| | Supplement (12-24 Hrs.) | Estradiol Patch (0.05 mg) | 0.8-2 | |
| | | Hormonal Contraceptives | 0.5-2.2 | |
| | | Oral Estradiol (.5-1.0 mg) | 1.2-3.9 | 1.5-10 |
| | | Oral Premarin* (0.625 mg) | 0.9-3.7 | |
| | | Topical Bi-est 4:1, (0.6-1.25 mg) | 2.4-11.5 | 1.5-10 |
| | | Topical Estradiol (0.5-1.0 mg) | 2.9-35.5 | |
| Progesterone | Luteal | | 75-270 | 100-600 |
| | Follicular | | 12-100 | 25-100 |
| | Supplement (12-24 Hrs.) | Hormonal Contraceptives | 10-53 | |
| | | Oral Progesterone (100 mg) | 30-300 | 100-1000 |
| | | Topical Progesterone (20 mg) | 200-3000 | 500-3000 |
| Testosterone | | All Ages | 16-55 | |
| | | Ages 16-30 | 18-55 | 20-50 |
| | | Ages > 30 | 16-47 | |
| | Supplement (12-24 Hrs.) | Hormonal Contraceptives | 13-45 | |
| | | Topical Testosterone (0.3-0.5 mg) | 22-86 | |
| DHEA-S | | All Ages | 2-19 | 3-10 |
| | | Ages 16-30 | 6.4-18.6 | |
| | | Ages 31-45 | 3.9-11.4 | |
| | | Ages 46-60 | 2.7-8 | |
| | | Ages 61-75 | 2-6 | |
| | Supplement (12-24 Hrs.) | Oral DHEA (5-10 mg) | 2.8-8.6 | |
| | | Topical DHEA (5 mg) | 3-8 | |
| Estrone | | | 1.6-5 | 2-10 |
| Estriol | Premenopausal | | <7 | 3-7 |
| | Postmenopausal | | | |
| | Supplement (12-24 Hrs.) | Oral Estriol | 5-20 | 5-20 |
| | | Topical Estriol | 5-100 | 5-100 |
| **MEN** | | | | |
| Estradiol | | | 0.8-2.2 | 0.5-1.5 |
| Progesterone | | | 15-100 | 25-100 |
| | | Topical Progesterone (5-10 mg) | 42-650 | |
| Testosterone | | All Ages | 44-148 | 50-200 |
| | | Ages 16-30 | 72-148 | |
| | | Ages 31-50 | 59-120 | |
| | | Ages 51-70 | 44-94 | |
| | | Ages > 70 | 30-77 | |
| | Supplement (12-24 Hrs.) | Androgel* (25-50 mg) | 1300-3700 | |
| | | Topical Testosterone (5-10 mg) | 115-800 | 200-500 |
| DHEA-S | | All Ages | 2-23 | 3-10 |
| | | Ages 16-30 | 7-23 | |
| | | Ages 31-45 | 6-18 | |
| | | Ages 46-60 | 4-11.5 | |
| | | Ages 61-75 | 2.4-7.5 | |
| | Supplement (12-24 Hrs.) | Oral DHEA (25 mg) | 5-17 | |
| | | Topical DHEA (10 mg) | 4-15 | |
| Estrone | | | 0-3 | 0-3 |
| Estriol | | | 0-3 | 0-3 |
| **WOMEN AND MEN** | | | | |
| Cortisol | C1 | Morning | 3.7-9.5 | 3-8 |
| | C2 | Noon | 1.2-3 | 2-4 |
| | C3 | Evening | 0.6-1.9 | 1-2 |
| | C4 | Night | 0.4-1 | 0.5-1.5 |

*Other names and brands may be claimed as the property of others.

8605 SW Creekside Place, Beaverton, Oregon 97008  Phone: 503-466-2445  Fax: 503-466-1636
Copyright © 2007, ZRT Laboratory, LLC.  All rights reserved.
Created: 2/7/07

The above results and comments are for informational purposes only and are not to be construed as medical advice. Please consult your healthcare practitioner for diagnosis and treatment.



LabAsst
Copyright 2004, ZRT Laboratory, LLC and Inoval Information Systems, Inc. All rights reserved worldwide.

Composed by 1121816745 at 12/17/10 08:45:32 AM
www.SalivaTest.com

Liberty004263

7H302150007

**Hailey A Speers**

**2010 12 14 195 S**



| Category | Symptom | None | Mild | Moderate | Severe |
|---|---|---|---|---|---|
| | Hot Flashes | | | | |
| | Night Sweats | | | | |
| | Vaginal Dryness | | | | |
| | Incontinence | | | | |
| | Foggy Thinking | | | | |
| | Memory Lapse | | | | |
| | Tearful | | | | |
| | Depressed | | | | |
| | Heart Palpitations | | | | |
| | Bone Loss | | | | |
| | Sleep Disturbed | | | | |
| | Headaches | | | | |
| | Aches and Pains | | | | |
| | Fibromyalgia | | | | |
| | Morning Fatigue | | | | |
| | Evening Fatigue | | | | |
| | Allergies | | | | |
| | Sensitivity To Chemicals | | | | |
| | Stress | | | | |
| | Cold Body Temperature | | | | |
| | Sugar Craving | | | | |
| | Elevated Triglycerides | | | | |
| | Weight Gain - Waist | | | | |
| | Decreased Libido | | | | |
| | Loss Scalp Hair | | | | |
| | Increase Facial or Body Hair | | | | |
| | Acne | | | | |
| | Mood Swings | | | | |
| | Tender Breasts | | | | |
| | Bleeding Changes | | | | |
| | Nervous | | | | |
| | Irritable | | | | |
| | Anxious | | | | |
| | Water Retention | | | | |
| | Fibrocystic Breasts | | | | |
| | Uterine Fibroids | | | | |
| | Weight Gain - Hips | | | | |
| | Decreased Stamina | | | | |
| | Decreased Muscle Size | | | | |
| | Rapid Aging | | | | |
| | High Cholesterol | | | | |
| | Swelling or Puffy Eyes/Face | | | | |
| | Slow Pulse Rate | | | | |
| | Decreased Sweating | | | | |
| | Hair Dry or Brittle | | | | |
| | Nails Breaking or Brittle | | | | |
| | Thinning Skin | | | | |
| | Infertility Problems | | | | |
| | Constipation | | | | |
| | Rapid Heartbeat | | | | |
| | Hearing Loss | | | | |
| | Goiter | | | | |
| | Hoarseness | | | | |
| | Increased Urinary Urge | | | | |
| | Low Blood Sugar | | | | |
| | High Blood Pressure | | | | |
| | Low Blood Pressure | | | | |
| | Numbness - Feet or Hands | | | | |
| | Cancer | | | | |

| | |
|---|---|
| Metabolic Syndrome | 8.9 |
| Hypometabolism | 29.2 |
| High Cortisol | 43.8 |
| Low Cortisol | 50.6 |
| High Androgens (DHEA/Testosterone) | 21.6 |
| Low Androgens (DHEA/Testosterone) | 33.3 |
| Estrogen Dominance / Progesterone Deficiency | 14.3 |
| Estrogen / Progesterone Deficiency | 58.8 |

**Category refers to the most common symptoms experienced when specific hormone types (eg estrogens, androgens, cortisol) are out of balance, i.e., either high or low

The above results and comments are for informational purposes only and are not to be construed as medical advice. Please consult your healthcare practitioner for diagnosis and treatment.

**LabAsst**
Copyright 2005 DHT Laboratory, LLC and Ireyal Information Systems, Inc. All rights reserved worldwide

Composed by 1121816745 at 12/17/10 08:45:32 AM
www.SalivaTest.com

**Hailey A Speers**                                                      **2010 12 14 195 S**

DHEAS is within mid-normal expected age range.  DHEAS is highest during the late teens to early twenties (10-20 ng/ml) and drops steadily with age to the lower end of range by age 70-80.

Cortisol is not following a normal circadian rhythm.   The abnormal circadian pattern (low morning, high noon, normal evening and night) suggests some form of glucocorticoid therapy (eg. cortisol) or use of synthetic cortisol analogues (eg. Betamethasone) for treatment of allegies or asthma.   Morning use of some herbal adaptogens may also cause a transient increase adrenal output of cortisol and account for the high noon cortisol.   Symptoms are consistent with both high and low cortisol.   Some of the most common symptoms/conditions associated with high cortisol include sleep disturbances, fatigue, depression, weight gain in the waist, anxiety, bone loss, functional thyroid deficiency (normal thyroid levels but thyroid deficiency symptoms, and insulin resistance/metabolic syndrome.   For additional information about strategies for supporting adrenal health and reducing stress(ors, the following books are worth reading:  "Adrenal Fatigue", by James L. Wilson, N.D., D.C., Ph.D.;  "The Cortisol Connection", by Shawn Talbott, Ph.D.; "The End of Stress As We Know It" by Bruce McEwen;   "Awakening Athena" by Kenna Stephenson, MD.

The above results and comments are for informational purposes only and are not to be construed as medical advice. Please consult your healthcare practitioner for diagnosis and treatment.

**LabAsst**

Copyright 2005  JRT Laboratory, LLC  and Imprint Information Systems  Inc  All rights reserved worldwide

Composed by 1121816745 at 12/17/10 08:45:32 AM
www.SalivaTest.com
Liberty004265   page 4 of 4

7H302150007

**ECHN**
*Eastern Connecticut Health Network, Inc.*

**DEPARTMENT OF PATHOLOGY
AND LABORATORY SERVICES**

**PHYSICIAN**

Dr. Lauren Gavin
135 Center St.
Manchester Ct 06040

**AUTHORIZING PHYSICIAN'S NAME**

**DX / ICD-9 CODES / SYMPTOM (REQUIRED)**

V70.0, 346.0  780.79

**COPY TO** Dr. Kaxler

☒ COPY TO PATIENT

☐ **STAT:**

☐ SPECIAL INSTRUCTIONS:

COMPLETE ALL FIELDS OR ATTACH A COPY OF OFFICE
FACE SHEET & PATIENT INSURANCE CARD.

**Account #** (Hospital Use Only)

NAME (LAST, FIRST, MIDDLE INITIAL)  Spears, Haley     **PATIENT SS NO**

ADDRESS  1008 Trout Brook Dr     **DATE OF BIRTH** REDACTED  ☐ MALE  ☐ FEMALE

CITY  West Hartford  **STATE** Ct  **ZIP CODE** 06119  **PATIENT TELEPHONE NO** 860 308-2050

**PRIMARY INSURANCE**

INSURANCE NAME     STATE     INSURED'S NAME

RELATIONSHIP OF PATIENT TO INSURED  ☐ SELF  ☐ SPOUSE  ☐ CHILD  ☐ OTHER     PATIENT'S (OR INSURED'S) I.D. NUMBER

GROUP NO     INSURED'S EMPLOYER

**SECONDARY INSURANCE**

INSURANCE NAME     STATE     INSURED'S NAME

RELATIONSHIP OF PATIENT TO INSURED  ☐ SELF  ☐ SPOUSE  ☐ CHILD  ☐ OTHER     PATIENT'S (OR INSURED'S) I.D. NUMBER

GROUP NO.     INSURED'S EMPLOYER

**WHEN ORDERING TESTS, PLEASE SELECT ONLY THOSE TESTS WHICH ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT. MEDICARE DOES NOT PAY FOR ROUTINE SCREENING TESTS.**

**SPECIMEN OBTAINED**

DATE:     TIME:     INITIALS.

☐ FASTING   ☐ NON-FASTING

**SPECIMEN REQUIREMENT KEY**

S - SERUM SEP. TUBE   B - BLUE TOP TUBE
R - RED TOP TUBE   L - LAVENDER TOP
U - URINE, RANDOM   T - TAN TOP TUBE
PK - PINK TOP TUBE   W - WHITE TOP

**ORGAN / DISEASE PANELS**

| | | |
|---|---|---|
| BASIC | ☐ A.M.A. BASIC METABOLIC S | BUN, Ca, Cl, CO₂, Creat, GFR, Gluc, K, Na |
| COMP | ☐ A.M.A. COMPREHENSIVE S METABOLIC | Alb, Alk Phos, ALT, AST, BILT, BUN, Cal, Cl, Cre, CO₂, GFR, Gluc, K, Na, TP |
| LYTES | ☐ A.M.A. ELECTROLYTES S | Cl, CO₂, K, Na |
| LAB.HEALTH | ☐ A.M.A. GENERAL S.L HEALTH SCREEN | CBC, Comp Metabolic Panel, TSH |
| HEP | ☐ A.M.A. LIVER (HEPATIC) S | Alb, Alk Phos, ALT, AST, BILIC, BILT, TP |
| HEPPNL | ☐ A.M.A. ACUTE HEPATITIS S | Hep A AB IgM, Hep Bc AB, Hep Bs Ag, Hep C AB |
| LIPID | ☐ A.M.A. LIPID S | Cholesterol, HDL, LDL (calc), Trig |
| PRENATAL | ☐ A.M.A. OBSTETRIC S.L.PK | Hep Bs Ag, RPR, Rubella, Type & Screen |
| RENAL | ☐ A.M.A. RENAL FUNCTION S | Alb, BUN, Cal, Cl, CO₂, Cre, Glu, K, Na, Phos |

ANY PROFILE OR ORGAN / DISEASE COMPONENT MAY BE ORDERED SEPARATELY

**TESTS**

| AFPMOM | ☐ AFP MATERNAL SCREEN | S |
|---|---|---|
| ALB | ☐ ALBUMIN | S |
| ALK | ☐ ALK PHOSPHATASE | S |
| ALT | ☐ ALT (SGPT) | S |
| AMY | ☐ AMYLASE | S |
| ANA | ☐ ANA W/REFLEX TITER | S |
| AST | ☐ AST (SGOT) | S |
| BILIC | ☐ BILIRUBIN (DIRECT) | S |
| BILIN | ☐ BILIRUBIN (NEONATAL) | S |
| BILT | ☐ BILIRUBIN (TOTAL) | S |
| BUN | ☐ BUN | S |
| CA125 | ☐ CA 125 | S |
| CA19 | ☐ CA 19-9 | S |
| CAL | ☐ CALCIUM | S |
| CBC | ☐ CBC W / DIFF | - |
| CEA | ☐ CEA | S |
| CHOL | ☐ CHOLESTEROL | S |
| CL | ☐ CHLORIDE | S |
| CO₂ | ☐ CO₂ | S |
| CK | ☐ CK | S |
| CRE | ☐ CREATININE | S |
| CRP | ☐ C-REACTIVE PROTEIN | S |
| OIG | ☐ OIGOXIN | S |
| DILA | ☐ DILANTIN / PHENYTOIN | R |
| DRUS | ☐ DRUG SCREEN / URINE | J |
| SED | ☐ ESR (SED RATE) | L |
| FOLS | ☐ FOLATE | S |
| FSH | ☐ FSH | S |
| GGT | ☐ GGT | S |
| GFRE | ☐ GLOMERULAR FILTRATE | S |
| Required | ☐ Age ☐ HL ☐ Male ☐ Female | S |
| GLUT | ☐ GLUCOSE TOL____HRS | S |
| GLU | ☐ GLUCOSE | S |
| PREG | ☐ HCG QUAL | S |
| HCGB | ☐ HCG QUANT | S |
| HCGM | ☐ HCG TUMOR MARKER | S |
| HOL | ☐ HDL | S |
| HH | ☐ HEMATOCRIT / HGB | L |
| HEPAAB | ☐ HEPATITIS A AB Total, IgM | S |
| HEPBAB | ☐ HEPATITIS B Surf Ab | S |
| HEPBCB | ☐ HEPATITIS B Core Ab | S |
| HEPBAG | ☐ HEPATITIS B Surf Ag | S |

| HEPC | ☐ HEPATITIS C Ab | S |
|---|---|---|
| HEPCRNA | ☐ HEP C RNA QUANT | W |
| HIV | ☐ HIV (W/CONFIRM) | P |
| | CONSENT FORM REQUIRED | |
| HOMO | ☐ HOMOCYSTEINE | S |
| IBC | ☐ IBC | S |
| IRO | ☐ IRON | S |
| LDH | ☐ LDH | S |
| LDLD | ☐ LDL DIRECT | S |
| LEAD | ☐ LEAD | T |
| LH | ☐ LH | S |
| LIPA | ☐ LIPASE | S |
| LIT | ☐ LITHIUM | R |
| LYMA | ☐ LYME W / REFLEX WES"ERN BLCT | S |
| MAG | ☐ MAGNESIUM | S |
| MICROA | ☐ MICROALBUMIN (includes creatinine), URINE | U |
| MONO | ☐ MONO SPOT | S |
| PHOS | ☐ PHOSPHOROUS | S |
| K | ☐ POTASSIUM | S |
| PRO | ☐ PROTEIN, TOTAL | S |
| PROEL | ☐ PROTEIN ELECTROPHORESIS, SERUM | S |
| PROELU | ☐ PROTEIN ELECTROPHORESIS, URINE | U |
| PSASCREEN | ☐ Screen ICD-9 : V76.44 | S |
| PSADIAG | ☐ Diagnosis ICD-9 ____ | S |
| PT | ☐ PT / INR ☐ COUMADIN ☐ HEPARIN | B |
| PTT | ☐ PTT   ☐ COUMADIN ☐ HEPARIN | B |
| RET | ☐ RETIC COUNT | L |
| RHE | ☐ RHEUMATOID FACTOR | S |
| RPR | ☐ RPR W / REFLEX FTA | S |
| RUBS | ☐ RUBELLA | S |
| NA | ☐ SODIUM | S |
| TEGR | ☐ TEGRETOL / CARBAMAZEPINE | R |
| TEST | ☐ TESTOSTERONE | S |
| THYT3U | ☐ T3 UPTAKE | S |
| THYT4 | ☐ T4 | S |
| TRIG | ☐ TRIGLYCERIDES | S |
| TYPS | ☐ TYPE & SCREEN | PK |
| URIC | ☐ URIC ACID | S |
| URIN | ☐ URINALYSIS W/REFLEX MICROSCOPIC | U |
| URIND | ☐ URINE W / MICROSCOPIC | U |
| VALP | ☐ VALPROIC ACID / OEPAKOTE | R |
| VITB12 | ☐ VITAMIN B12 | S |

**ZRT TEST**

**SALIVA TESTS**

| SALCOR4 | ☐ ADRENAL CORTISOL | SILVA |
|---|---|---|
| SALHOR3 | ☐ HORMONE PROFILE III | SILVA |
| SALEST | ☐ ESTRADIOL | SILVA |
| SALPROG | ☐ PROGESTERONE | SILVA |
| SALTEST | ☐ TESTOSTERONE | SILVA |
| SALDHEA | ☐ DHEAS | SILVA |

**BLOOD TESTS**

| LAB.CWP | ☐ CHEM SCREEN W/ CBC PANEL | SL |
|---|---|---|
| | CBC, Comp. Phos, Uric, Comp Bili, GGT, LDH, Lipid, Chol/HDL Ratio, Iron | |
| CRPU | ☐ CARDIO-CRP | S |
| FER | ☐ FERRITIN | S |
| ESTD | ☐ ESTRADIOL (IVF RAPID) | S |
| GRA.HOR | ☐ FREE TESTOSTERONE & SHBG | S |
| PROG | ☐ PROGESTERONE | S |
| LH&FSH | ☐ LH FSH | S |
| GLYC | ☐ HEMOGLOBIN A1C W CALC | L |
| INSU | ☐ INSULIN FASTING | S |
| TSH | ☐ TSH | S |
| THYT4F | ☐ T4 FREE | S |
| THYT3F | ☐ T3 FREE | RT |
| THYT3REV | ☐ T3 REVERSE | S |
| ANTTHY | ☐ THYROID ANTIBODIES | S |
| ANTTM | ☐ THYROID PEROXIDASE ANTIBODY | S |
| OHEA | ☐ OHEA-S | S |
| PREGN | ☐ PREGNENOLONE | S |
| VITO25 | ☐ VIT D25 HYDROXY | S |

**MICROBIOLOGY**

AFFIRM ☐ AFFIRM

**BLOOD BANK**

| DIRAHG ☐ | DIRECT COOMBS PROFILE | PK |
|---|---|---|
| ANTT ☐ | ANTIBODY TITER PROFILE | PK |
| RHOAN ☐ | Rh IMMUNE GLOBULIN | PK |
| ☐ TYPE & SCREEN | | |
| ☐ PRENATAL TYPE & SCREEN ROUTINE | | PK |
| PRE-OP DATE OF SURGERY ____ | | |
| OTHER. ____ | | |

Liberty004266

LAB83 R081209     White - Lab Copy     Yellow - Physician Office Copy

7H302150007

# ECHN
Eastern Connecticut Health Network, Inc.

**DEPARTMENT OF PATHOLOGY AND LABORATORY SERVICES**

**COMPLETE ALL FIELDS OR ATTACH A COPY OF OFFICE FACE SHEET & PATIENT INSURANCE CARD.**

**Account #** (Hospital Use Only)

**PHYSICIAN**

NAME (LAST, FIRST, MIDDLE INITIAL) | PATIENT SS NO.

ADDRESS | DATE OF BIRTH | ☐ MALE ☐ FEMALE

AUTHORIZING PHYSICIAN'S NAME

CITY | STATE | ZIP CODE | PATIENT TELEPHONE NO.

**PRIMARY INSURANCE**

INSURANCE NAME | STATE | INSURED'S NAME

**DX / ICD-9 CODES / SYMPTOM (REQUIRED)**

RELATIONSHIP OF PATIENT TO INSURED | PATIENT'S (OR INSURED'S) I.D. NUMBER
☐ SELF   ☐ SPOUSE   ☐ CHILD   ☐ OTHER

COPY TO:
☐ COPY TO PATIENT

GROUP NO. | INSURED'S EMPLOYER

**SECONDARY INSURANCE**

☐ **STAT:**

INSURANCE NAME | STATE | INSURED'S NAME

☐ SPECIAL INSTRUCTIONS:

RELATIONSHIP OF PATIENT TO INSURED | PATIENT'S (OR INSURED'S) I.D. NUMBER
☐ SELF   ☐ SPOUSE   ☐ CHILD   ☐ OTHER

GROUP NO. | INSURED'S EMPLOYER

**WHEN ORDERING TESTS, PLEASE SELECT ONLY THOSE TESTS WHICH ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT. MEDICARE DOES NOT PAY FOR ROUTINE SCREENING TESTS**

**SPECIMEN OBTAINED**

DATE:         TIME:         INITIALS:

☐ FASTING   ☐ NON-FASTING

**SPECIMEN REQUIREMENT KEY**
S - SERUM SEP. TUBE     B - BLUE TOP TUBE
R - RED TOP TUBE       L - LAVENDER TOP TUBE
U - URINE, RANDOM      T - TAN TOP TUBE
PK - PINK TOP TUBE     W - WHITE TOP

**ORGAN / DISEASE PANELS**

| | |
|---|---|
| BASIC | ☐ A.M.A. BASIC METABOLIC  S<br>BUN, Ca, Cl, CO₂, Creat, GFR, Gluc, K, Na |
| COMP | ☐ A.M.A. COMPREHENSIVE  S<br>METABOLIC<br>Alb, Alk Phos, ALT, AST,<br>BILT, BUN, Cal, Cl, Cre,<br>CO₂, GFR, Gluc, K, Na, TP |
| LYTES | ☐ A.M.A. ELECTROLYTES  S<br>Cl, CO₂, K, Na |
| LAB.HEALTH | ☐ A.M.A. GENERAL  S,L<br>HEALTH SCREEN<br>CBC, Comp Metabolic<br>Panel, TSH |
| HEP | ☐ A.M.A. LIVER (HEPATIC)  S<br>Alb, Alk Phos, ALT, AST,<br>BILIC, BILT, TP |
| HEPPNL | ☐ A.M.A. ACUTE HEPATITIS  S<br>Hep A AB IgM, Hep Bc AB,<br>Hep Bs Ag, Hep C AB |
| LIPID | ☐ A.M.A. LIPID  S<br>Cholesterol, HDL, LDL (calc),<br>Trig |
| PRENATAL | ☐ A.M.A. OBSTETRIC  S,L,PK<br>CBC, Hep Bs Ag, RPR,<br>Rubella, Type & Screen |
| RENAL | ☐ A.M.A. RENAL FUNCTION  S<br>Alb, BUN, Cal, Cl, CO₂, Cre,<br>Glu, K, Na, Phos |

ANY PROFILE OR ORGAN / DISEASE COMPONENT MAY BE ORDERED SEPARATELY

LAB823 R081209

**TESTS**

| | TEST | | | TEST | |
|---|---|---|---|---|---|
| AFPMOM | ☐ AFP MATERNAL SCREEN | S | HEPC | ☐ HEPATITIS C Ab | S |
| ALB | ☐ ALBUMIN | S | HEPCRNA | ☐ HEP C RNA QUANT | W |
| ALK | ☐ ALK PHOSPHATASE | S | HIV | ☐ HIV (W/CONFIRM) | P |
| ALT | ☐ ALT (SGPT) | S | | CONSENT FORM REQUIRED | |
| AMY | ☐ AMYLASE | S | HOMO | ☐ HOMOCYSTEINE | S |
| ANA | ☐ ANA W/REFLEX TITER | S | IBC | ☐ IBC | S |
| AST | ☐ AST (SGOT) | S | IRO | ☐ IRON | S |
| BILIC | ☐ BILIRUBIN (DIRECT) | S | LDH | ☐ LDH | S |
| BILIN | ☐ BILIRUBIN (NEONATAL) | S | LDLD | ☐ LDL, DIRECT | S |
| BILT | ☐ BILIRUBIN (TOTAL) | S | LEAD | ☐ LEAD | T |
| BUN | ☐ BUN | S | LH | ☐ LH | S |
| CA125 | ☐ CA 125 | S | LIPA | ☐ LIPASE | S |
| CA19 | ☐ CA 19-9 | S | LIT | ☐ LITHIUM | R |
| CAL | ☐ CALCIUM | S | LYMA | ☐ LYME W/ REFLEX WESTERN BLOT | S |
| CBC | ☐ CBC W / DIFF | L | MAG | ☐ MAGNESIUM | S |
| CEA | ☐ CEA | S | MICROA | ☐ MICROALBUMIN (includes creatinine) URINE | U |
| CHOL | ☐ CHOLESTEROL | S | MONO | ☐ MONO SPOT | S |
| CL | ☐ CHLORIDE | S | PHOS | ☐ PHOSPHOROUS | S |
| CO₂ | ☐ CO₂ | S | K | ☐ POTASSIUM | S |
| CK | ☐ CK | S | PRO | ☐ PROTEIN, TOTAL | S |
| CRE | ☐ CREATININE | S | PROEL | ☐ PROTEIN ELECTROPHORESIS, SERUM | S |
| CRP | ☐ C-REACTIVE PROTEIN | S | PROELU | ☐ PROTEIN ELECTROPHORESIS, URINE | U |
| DIG | ☐ DIGOXIN | R | PSASCREEN | ☐ PSA Screen Kit -U Y 0.07 | S |
| DILA | ☐ DILANTIN / PHENYTOIN | R | PSADIAG | ☐ Diagnostic PSA | S |
| DRUS | ☐ DRUG SCREEN / URINE | U | PT | ☐ PT / INR ☐ COUMADIN ☐ HEPARIN | B |
| SED | ☐ ESR (SED RATE) | L | PTT | ☐ PTT   ☐ COUMADIN ☐ HEPARIN | B |
| FOLS | ☐ FOLATE | S | RET | ☐ RETIC COUNT | L |
| FSH | ☐ FSH | S | RHE | ☐ RHEUMATOID FACTOR | S |
| GGT | ☐ GGT | S | RPR | ☐ RPR W / REFLEX FTA | S |
| GFRE | ☐ GLOMERULAR RATE | S | RUBS | ☐ RUBELLA | S |
| | | | NA | ☐ SODIUM | S |
| GLUT | ☐ GLUCOSE TOL. ____ HRS. | S | TEGR | ☐ TEGRETOL / CARBAMAZEPINE | R |
| GLU | ☐ GLUCOSE | S | TEST | ☐ TESTOSTERONE | S |
| PREG | ☐ HCG QUAL | S | THYT3U | ☐ T3 UPTAKE | S |
| HCGB | ☐ HCG QUANT | S | THYT4 | ☐ T4 | S |
| HCGM | ☐ HCG TUMOR MARKER | S | TRIG | ☐ TRIGLYCERIDES | S |
| HDL | ☐ HDL | S | TYPS | ☐ TYPE & SCREEN | PK |
| HH | ☐ HEMATOCRIT / HGB | L | URIC | ☐ URIC ACID | S |
| HEPAAB | ☐ HEPATITIS A Ab Total, IgM | S | URIN | ☐ URINALYSIS W/REFLEX MICROSCOPIC | U |
| HEPBAB | ☐ HEPATITIS B Surf Ab | S | URIKD | ☐ URINE W/ MICROSCOPIC | U |
| HEPCOR | ☐ HEPATITIS B Core Ab | S | VALP | ☐ VALPROIC ACID / DEPAKOTE | R |
| HEPBAG | ☐ HEPATITIS B Surf Ag | S | VITB12 | ☐ VITAMIN B12 | S |

**ZRT TEST**

**SALIVA TESTS**

| | | |
|---|---|---|
| SALCOR4 | ☒ DIURNAL CORTISOL | SILVA |
| SALHOR3 | ☐ HORMONE PROFILE III | SILVA |
| SALEST | ☐ ESTRADIOL | SILVA |
| SALPROG | ☐ PROGESTERONE | SILVA |
| SALTEST | ☐ TESTOSTERONE | SILVA |
| SALDHEA | ☒ DHEAS | SILVA |

**BLOOD TESTS**

| | | |
|---|---|---|
| LAB.CWP | ☐ CHEM SCREEN W/ CBC PANEL | SL |
| | CBC, Comp, Phos, Uric, Cong Bili,<br>GGT, LDH, Lipid, Chol/HDL Ratio, Iron | |
| CRPU | ☐ CARDIO-CRP | S |
| FER | ☐ FERRITIN | S |
| ESTD | ☐ ESTRADIOL (IVF RAPID) | S |
| GRA.HOR | ☐ FREE TESTOSTERONE & SHBG | S |
| PROG | ☐ PROGESTERONE | S |
| LH&FSH | ☐ LH FSH | S |
| GLYC | ☐ HEMOGLOBIN A1C W CALC | L |
| INSU | ☐ INSULIN FASTING | S |
| TSH | ☐ TSH | S |
| THYT4F | ☐ T4 FREE | S |
| THYT3F | ☐ T3 FREE | RT |
| THYT3REV | ☐ T3 REVERSE | S |
| ANTTHY | ☐ THYROID ANTIBODIES | S |
| ANTTM | ☐ THYROID PEROXIDASE ANTIBODY | S |
| DHEA | ☐ DHEA-S | S |
| PREGN | ☐ PREGNENOLONE | S |
| VITD25 | ☐ VIT D25 HYDROXY | S |

**MICROBIOLOGY**

AFFIRM ☐ AFFIRM

**BLOOD BANK**

| | | |
|---|---|---|
| DIRAHG ☐ | DIRECT COOMBS PROFILE | PK |
| ANTT ☐ | ANTIBODY TITER PROFILE | PK |
| RHOAN ☐ | Rh IMMUNE GLOBULIN | PK |
| ☐ | TYPE & SCREEN | PK |
| ☐ | PRENATAL TYPE & SCREEN ROUTINE | PK |

PRE-OP DATE OF SURGERY _____

OTHER: _____

Liberty004267

White - Lab Copy        Yellow - Physician Office Copy

08/21/2010  11:14   86624/^\C94                           W ZINDERLIN                                      ΓＭＥ   Ｖ⊿┘ ⊥⊥
08/18/2010  13:48 FAX                                                                                         ＦＡＸ ∪∪Ｃ┘ＹＹＡ

# MARIAN RISSENBERG, PH.D.
## NEUROPSYCHOLOGIST

Neuropsychological Evaluation
Haley Spears
July 2010

### Reason for Referral

Haley Spears is a thirty-two-year-old woman who is experiencing cognitive difficulties in conjunction with severe fatigue and joint and muscle pain, of gradual onset and two to three years duration. EEG was abnormal in September 2008 and cerebrospinal fluid tested positive for Lyme borreliosis in January 2009. Symptoms persist despite antibiotic treatment. Ms. Spears was referred by her treating physician. She was seen for neuropsychological evaluation on July 12, 16 and 20, 2010, in order to determine the nature and extent of her cognitive impairment.

### Medical History

The medical history was obtained on separate interviews with Ms. Spears and a close friend, and review of some of the medical records. Ms. Spears reports that she first became ill in 2007, when she developed generalized muscle pain and fatigue. In May 2008, she began experiencing severe headaches accompanied by facial pain and visual distortion that were identified as migraines. In September 2008, ambulatory EEG was abnormal but nonfocal. She was started on Topomax, an anti-seizure medication, which she continues. In fall 2008, Ms. Spears began feeling extremely fatigued, and found herself going to bed in the early evening, which was highly unusual for her. In January 2009, she was seen by a neurologist, and her cerebrospinal fluid tested positive for Lyme borreliosis. (Ms. Spears later recalled having observed a bulls eye rash on her arm, but does not recall when.) She was treated with intravenous Rocephin for thirty days. Her symptoms did not improve, and in March 2009, she was switched to intravenous Zithromax, which she continued for ninety days, with Mepron added for some number of weeks. By March 2009, she was unable to continue working and requested a medical leave of absence. Her symptoms fluctuated in severity but did not resolve, and in July 2009, she was switched back to Rocephin. In September 2009, her PIC line became infected and she was hospitalized for several days. Antibiotics were discontinued in December 2009, by which time improvement in her symptoms had plateaued. However, within five weeks her symptoms had returned. In March 2010, IV Rocephin was resumed in a pulsing regimen, but in April 2010, she developed gallstones and the Rocephin was discontinued. Since then, she has continued on oral antibiotics, including Doxycycline and Zithromax, without success.

In a phone interview with a close friend of Ms. Spears who has known her since August 2006, when they were working in the same office, he reported that beginning around November 2008 he noticed a dramatic change in her energy level and cognitive function. Previously, he knew her to be bright and hard working and to have an unusually good memory for detailed information, as well as a positive outlook, a warm and upbeat personality and a high level of energy. He became alarmed by her increasing fatigue and inability to remember even ordinary and very recent events. He reports that she began to lose track of the topic several times during the course of a phone conversation, asking him,

*PO Box 219, Katonah, N.Y. 10536 | www.rissenberg.com | Phone (914) 232-6245*

*Neuropsychological Evaluation: Haley Spears*                                    *July, 2010*

"What were we talking about?" and difficulty expressing herself verbally, unable to think of a word and sometimes stammering. She most often sounded very tired at all hours of the day and napped frequently during the day despite eight hours of sleep. In recent emails from each of her parents, they express grave concern about her exhaustion, mental confusion and inability to keep track of information.

Ms. Spears' past medical history is remarkable for swelling in her knee at age sixteen, which interfered with walking for several weeks before resolving spontaneously, an episode of shingles that same year, Hashimoto's thyroiditis, diagnosed in 2004, and colitis, diagnosed in 2005.

Ms. Spears is a high school graduate and has completed about two years of college, attending school part time while working full time. She has worked in human resources and pharmacy services. Most recently she was employed as an executive administrative assistant at Pratt & Whitney, an international company producing aircraft engines, from October 2005 until March 2009, when she was forced to take a medical leave due to fatigue and cognitive difficulties. Ms. Spears does not smoke cigarettes and avoids alcohol. Her hobbies include rock climbing, ice-skating, jogging, tennis, working out at the gym and walking with her dogs. She also socialized regularly with friends, traveled and was involved with her church. Since she has been ill she has been unable to participate in these activities.

At the time of testing, Ms. Spears' symptoms included forgetfulness and poor concentration, difficulty with word-retrieval, new learning, following directions, organizing and completing tasks and keeping track of what she was doing or saying, in addition to severe fatigue, malaise, chills and sweats, dizziness, neck and back pain, sleep disturbance, increased anxiety and irritability, and sensitivity to noise.

Medications at the time of testing were azithromycin 250 mg bid and Lexapro 20 mg qd, since April 2010, Topamax 150 mg qd, since December 2008, Ultram, 50 mg tid, Asacol 600 mg bid, since 2005, Prevacid 6 mg bid and famotidine 40 mgs hs, Lunesta 3 mg hs, Zyrtec 10 mg hs, Singulair 10 mg hs, Ventolin prn.

*Behavioral Observations*

Ms. Spears presented as neatly dressed and groomed, very thin and pale. She had paid a neighbor to drive her to her appointments, a ninety-minute trip, as she is able to drive only short distances at present due to fatigue and confusion. The neighbor reported that she had called Ms. Spears to check on her progress and remind her of the time, but she was still unable to be ready on time, and they arrived late for each of three early-afternoon appointments. On interview, she was well related but clearly quite distressed by her physical symptoms and, even more so, by her cognitive difficulties. She was aware of and frightened by her inability to keep track of information and to express herself. Her speech was fluent but word retrieval difficulty was apparent and the history she gave was vague and poorly organized. She had marked difficulty keeping track of the question that had been asked and where she was in the process of answering, losing track of what she was saying and stopping mid-sentence on quite a number of occasions on each of three visits. Even with the help of her calendar, which was crammed with notes and was difficult to read, and to which she referred frequently, she was unable to present a coherent account of the events of the past three years, and the above account was constructed only after obtaining input from her friend and parents and some of the records.

2

08/21/2010  11:14:  860247 `94          W ZIMBERLIN                    PAGE  04/12
08/18/2010  19.45  FAX

*Neuropsychological Evaluation: Haley Spears*                                          *July, 2010*

On formal testing, Ms. Spears was highly motivated and gave her best effort on all tasks. She fatigued quickly during sessions and yawned frequently, but did not complain. After ninety minutes she was clearly exhausted and the testing session had to be discontinued. Impairment of working memory and retrieval fluency were clearly apparent, as was Ms. Spears' frustration with her cognitive difficulties during testing. She had difficulty keeping instructions and test questions in mind and often asked that they be repeated, she had obvious difficulty retrieving information from memory when asked questions that she knew but could not recall, and at times had difficulty finding the words she needed to convey her ideas effectively.

Two self-report mood inventories were administered. Ms. Spears scored in the Moderate range on the Beck Depression Inventory, however the symptoms she reported reflect cognitive impairment and fatigue, consistent with systemic illness. She scored at the Mild to Moderate range on the Beck Anxiety Inventory.

*Findings on Examination*

Based on her education and work history and aspects of her current test performance, Ms. Spears' premorbid intellectual capacity is estimated to be in at least the high end of the Average range, or the 75th percentile (a Full Scale IQ of 115). At present, on the WAIS-III, her Full Scale IQ is 86, at the 18th percentile, representing a very significant decline in mental status. Of the composite indexes, the Working Memory Index, at the 12th percentile, was statistically significantly lower than the Verbal Comprehension Index, at the 32nd percentile, demonstrating a marked deficit in this area. Measures of working memory provide objective evidence of impairment of attention and concentration.

Ms. Spears' subtest scores were highly variable, ranging from the 1st to the 75th percentile. Low scores were on tests sensitive to working memory (attention and concentration), including mental arithmetic, at the 1st percentile, and repetition of strings of digits (Digit Span) and speeded copying of a code (Digit Symbol), both at the 5th percentile. On a test of visual spatial working memory (Spatial Span), Ms. Spears scored at the 16th percentile. High scores were on tests of verbal abstract reasoning (Similarities and Comprehension), and visual spatial abstract reasoning, on an untimed test of pattern analysis (Matrix Reasoning) at the 50th percentile. On each of these measures, however, Ms. Spears demonstrated a pattern of intra-test variability, in which she correctly solved some more difficult items while failing some easier items. This was due to word retrieval difficulty and impaired sustained attention and concentration, which interfered with her performance.

On tests of memory function, Ms. Spears again demonstrated marked impairment on objective measures. Auditory Immediate Memory (which is related to auditory working memory) was at the 13th percentile. Auditory Delayed Memory, which indicates storage of new information over time, was at the 6th percentile, in the Borderline Defective range. Associative learning of word pairs across repeated exposure trials was impaired, at the 5th percentile, and delayed recall of this material was at the 2nd percentile. In contrast, Visual Immediate Memory and Visual Delayed Memory were both in the Average range. Her General Memory Index is 91 (at the 27th percentile).

Verbal retrieval fluency was impaired, at the 15th percentile. Freehand drawing of a person was adequate. On testing of motor function, sequential finger contact and imitation of motor sequences with each hand independently were done successfully, but on bimanual alternating movements, Ms. Spears had difficulty maintaining opposition of the two hands, consistent with frontal lobe dysfunction.

3

7H302150007

Summary and Recommen tions

On neuropsychological examination, Ms. Spears demonstrates a dramatic decline in mental status. Her premorbid intellectual capacity, based on her education and work history and aspects of her current test performance, is estimated to be in at least the high end of the Average range, or the 75th percentile. Her Full Scale IQ at present is at the 18th percentile. Most marked is impairment of working memory, at the 12th percentile, and retrieval fluency, at the 15th percentile. Auditory verbal memory is also impaired, at the 13th and 6th percentiles on immediate and delayed recall measures, as is verbal retrieval fluency, (which is related to word finding) and bimanual coordination. These findings are consistent with frontal or diffuse cerebral dysfunction as is seen in chronic infectious or inflammatory illness.

The nature and severity of these cognitive deficits, particularly when coupled with Ms. Spears' physical symptoms, would preclude gainful employment of any kind at this time. Recommendations are for continued aggressive treatment as per the treating physician and supportive psychotherapy and other complementary therapies as needed.

Marian Rissenberg, Ph.D.
Neuropsychologist

4

7H302150007

# WAIS-III and WMS-III Summary Report
## The Psychological Corporation

NAME: Haley Spears  
DATE OF BIRTH: REDACTED  
SEX: Female  
ID: HS

REPORT DATE: 08/05/2010  
EXAMINER: M.Rissenberg, Ph.D.  
TITLE: Neuropsychologist  
LIC/CERT: 009016  
TEST SITE:

Test Administered: WAIS-III (07/16/2010 32 years, 9 months, 5 days)  
WMS-III (07/20/2010 32 years, 9 months, 9 days)

## IQ Scores Summary

| Scale | Sum of SS | IQ Score | 95% Conf. Interval | PR | Qualitative Description |
|-------|-----------|----------|--------------------|----|-------------------------|
| Verbal | 46 | 86 | 81-91 | 18 | Low Average |
| Performance | 41 | 87 | 81-95 | 19 | Low Average |
| Full Scale | 87 | 86 | 82-90 | 18 | Low Average |

Difference between VIQ and PIQ = -1 (ns, Freq = 96.5%). PIQ score is prorated.

## Index Scores Summary

|  | Sum of SS | Index Score | 95% Conf. Interval | PR |
|--|-----------|-------------|--------------------|----|
| Verbal Comprehension | 27 | 94 | 89-100 | 34 |
| Perceptual Organization | 27 | 93 | 86-101 | 32 |
| Working Memory | 21 | 82 | 76-90 | 12 |
| Processing Speed | 17 | 91 | 83-101 | 27 |

Haley Spray                                          08/05/2010                                      Page 2

## Subtest Scores Summary

| Verbal Subtests | Raw Score | Age SS | PR | Ref SS |
|---|---|---|---|---|
| Vocabulary | 40 | 9 | 37 | 10 |
| Similarities | 24 | 10 | 50 | 11 |
| Arithmetic | 6 | 3 | 1 | 3 |
| Digit Span | 11 | 6 | 9 | 6 |
| Information | 11 | 8 | 25 | 8 |
| Comprehension | 21 | 10 | 50 | 11 |
| Letter-Number Sequencing | 12 | 12 | 75 | 11 |

| Performance Subtests | Raw Score | Age SS | PR | Ref SS |
|---|---|---|---|---|
| Picture Completion | 19 | 8 | 25 | 8 |
| Digit Symbol-Coding | 56 | 6 | 9 | 6 |
| Block Design | 36 | 9 | 37 | 9 |
| Matrix Reasoning | 17 | 10 | 50 | 10 |
| Picture Arrangement | | | | |
| Symbol Search | 36 | 11 | 63 | 10 |
| Object Assembly | | | | |

Haley Spears                                    08/05/2010                                    Page 5

## Summary of WMS-III Primary Index Scores

| Primary Indexes | Sum of SS | Index Score | 95% Conf. Interval | PR | Qualitative Description |
|---|---|---|---|---|---|
| Auditory Immediate | 14 | 83 | 77-91 | 13 | Low Average |
| Visual Immediate | 21 | 103 | 92-113 | 58 | Average |
| Immediate Memory | 35 | 91 | 84-100 | 27 | Average |
| Auditory Delayed | 12 | 77 | 71-89 | 6 | Borderline |
| Visual Delayed | 20 | 100 | 90-110 | 50 | Average |
| Auditory Recog. Delayed | 12 | 110 | 96-118 | 75 | High Average |
| General Memory | 44 | 91 | 84-100 | 27 | Average |
| Working Memory | 19 | 96 | 87-106 | 39 | Average |

## Summary of WMS-III Primary Subtest Scores

| Primary Subtest Scores | Raw Score | Age SS | Ref SS |
|---|---|---|---|
| Logical Memory I - Recall | 36 | 9 | 9 |
| Faces I - Recognition | 36 | 9 | 9 |
| Verbal Paired Assoc I - Recall | 6 | 5 | 5 |
| Family Pictures I - Recall | 55 | 12 | 12 |
| Letter-Number Sequencing | 12 | 12 | 11 |
| Spatial Span | 12 | 7 | 6 |
| Logical Memory II - Recall | 16 | 8 | 8 |
| Faces II - Recognition | 35 | 9 | 8 |
| Verbal Paired Assoc II - Recall | 1 | 4 | 3 |
| Family Pictures II - Recall | 54 | 11 | 11 |
| Auditory Recognition - Delayed | 51 | 12 | 12 |

Liberty004274

08/21/2010  11:14    8602474194                W ZIMBERLIN                    PAGE  08/12
08/18/2010  13:52 FAX

Haley Spears                                    08/03/2010                              Page 6

## Auditory Process Subtest Total Scores

| Subtest Scores | Raw Score | Age SS | Ref SS |
|---|---|---|---|
| LOGICAL MEMORY I | | | |
| 1st Recall Total Score | 22 | 9 | 9 |
| Learning Slope | 3 | 8 | 7 |
| VERBAL PAIRED ASSOC I | | | |
| 1st Recall Total Score | 0 | 7 | 7 |
| Learning Slope | 4 | 9 | 9 |
| LOGICAL MEMORY II | | | |
| Percent Retention | 64 | 7 | 7 |
| VERBAL PAIRED ASSOC II | | | |
| Percent Retention | 25 | 3 | 3 |

## Auditory Process Composite Scores

| Composite Scores | Sum of SS | PR |
|---|---|---|
| Single Trial Learning | 16 | 21 |
| Learning Slope | 17 | 25 |
| Retention | 10 | 2 |
| Retrieval | 6 | 99 |

09/21/2010  11:14   8662474194                    W ZIMBERLIN                        PAGE  09/12
08/18/2010 13:52 FAX                                                                 @007/000

Haley Sports                                        08/06/2010                              Page 7

## Supplemental Subtest Scores

| Supplemental Subtests | Raw Score | Scaled Scores Age | Scaled Scores Ref | Percentiles Age | Percentiles Ref |
|---|---|---|---|---|---|
| **INFORMATION/ORIENTATION** | | | | | |
| Total Score | | NA | NA | | |
| **LOGICAL MEMORY I** | | | | | |
| Thematic Total Score | 12 | 6 | 6 | 9 | 9 |
| **WORD LISTS I** | | | | | |
| 1st Recall Total Score | | | | | |
| Recall Total Score | | | | | |
| Learning Slope | | | | | |
| Contrast 1 | | | | | |
| Contrast 2 | | | | | |
| **VISUAL REPRODUCTION I** | | | | | |
| Recall Total Score | | | | | |
| **SPATIAL SPAN** | | | | | |
| Forward Total Score | 5 | 5 | 4 | 5 | 2 |
| Backward Total Score | 7 | 10 | 9 | 50 | 37 |
| **MENTAL CONTROL** | | | | | |
| Total Score | | | | | |
| **DIGIT SPAN** | | | | | |
| Total Score | 11 | 6 | 6 | 9 | 9 |
| **LOGICAL MEMORY II** | | | | | |
| Thematic Total Score | 9 | 8 | 7 | 25 | 16 |
| **FACES II** | | | | | |
| Percent Retention | 97 | 10 | 10 | 50 | 50 |
| **FAMILY PICTURES II** | | | | | |
| Percent Retention | 98 | 8 | 8 | 25 | 25 |
| **WORD LISTS II** | | | | | |
| Recall Total Score | | | | | |
| Recognition Total Score | | | | | |
| Percent Retention | | | | | |
| **VISUAL REPRODUCTION II** | | | | | |
| Recall Total Score | | | | | |
| Recognition Total Score | | | | | |
| Copy Total | | | | | |
| Discrimination Total Score | | NA | NA | | |
| Percent Retention | | | | | |

08/21/2010  11:14   8602474194          W ZIMBERLIN                      PAGE  10/12
08/18/2010  19:52 FAX

Haley Spears                                · 08/03/2010                      Page 8

## Primary Index Differences

| Indexes | 1st Score | 2nd Score | Diff. | Signif. | Cumulative Percentage |
|---|---|---|---|---|---|
| Auditory Immediate-Visual Immediate | 83 | 103 | -20 | .05* | 25.4% |
| Auditory Immediate-Auditory Delayed | 83 | 77 | 6 | ns | 47.8% |
| Visual Immediate-Visual Delayed | 103 | 100 | 3 | ns | 82.9% |
| Auditory Delayed-Auditory Rec. Delayed | 77 | 110 | -33 | .05* | 1.3% |
| Auditory Delayed-Visual Delayed | 77 | 100 | -23 | .05* | 17.2% |
| Immediate Memory-General Memory | 91 | 91 | 0 | ns | 100.0% |
| Immediate Memory-Working Memory | 91 | 96 | -5 | ns | 79.0% |
| General Memory-Working Memory | 91 | 96 | -5 | ns | 78.1% |

Individuals from the standardization sample represented by the percentages in the Cumulative Percentage column received scores that were greater than or equal to the absolute value of the amount shown in the Difference column.
* significant at the .05 level

## Ability-Memory Differences - Predicted Memory Method

| Primary Indexes | WAIS-III FSIQ | WMS-III Index | Pred. | Diff. | Signif. | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Auditory Immediate | 86 | 83 | 92 | 9 | ns | 20-25% |
| Visual Immediate | 86 | 103 | 95 | -8 | ns | NA |
| Immediate Memory | 86 | 91 | 92 | 1 | ns | >25% |
| Auditory Delayed | 86 | 77 | 92 | 15 | .05* | 10-15% |
| Visual Delayed | 86 | 100 | 94 | -6 | ns | NA |
| Auditory Recog. Delayed | 86 | 110 | 93 | -17 | .01 | NA |
| General Memory | 86 | 91 | 92 | 1 | ns | >25% |
| Working Memory | 86 | 96 | 90 | -6 | ns | NA |

Individuals from the standardization sample represented by the percentages in the Cumulative Percentage column received WMS-III Index scores that were lower than their WMS-III Predicted Index scores by the specified amount or more.
* significant at the .05 level

Portions of this report are protected by Copyright
Copyright 1997 by The Psychological Corporation
3AWS-A version 1.1