# EXHIBIT A

# Part 6

08/21/2010  11:14   8602474194              W ZIMBERLIN              7H302150007   11/12
08/19/2010 13:51 FAX                                                         PAGE

Haley Sports                              08/09/2010                          Page 3

## IQ and Index Differences

| Discrepancy Comparisons | Score 1 | Score 2 | Diff. | Signif. | Cumulative Percentage |
|---|---|---|---|---|---|
| Verbal IQ-Performance IQ | 86 | 87 | -1 | ns | 96.5% |
| Verbal Comprehension-Perceptual Organization | 94 | 93 | 1 | ns | 95.3% |
| Verbal Comprehension-Working Memory | 94 | 82 | 12 | .05* | 35.7% |
| Perceptual Organization-Processing Speed | 93 | 91 | 2 | ns | 91.6% |
| Verbal Comprehension-Processing Speed | 94 | 91 | 3 | ns | 86.0% |
| Perceptual Organization-Working Memory | 93 | 82 | 11 | .05* | 39.0% |
| Working Memory-Processing Speed | 82 | 91 | -9 | .15 | 55.0% |

Individuals from the standardization sample represented by the percentages in the Cumulative Percentage column received scores that were greater than or equal to the absolute value of the amount shown in the Difference column.
* significant at the .05 level

## Differences Between Subtest and Mean of Subtest Scores

| Verbal Subtests | Scaled Score | Mean Score | Diff. | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Vocabulary | 9 | 8.29 | 0.71 | ns | | >25% |
| Similarities | 10 | 8.29 | 1.71 | ns | | >25% |
| Arithmetic | 3 | 8.29 | -5.29 | .05* | W | 1% |
| Digit Span | 6 | 8.29 | -2.29 | .15 | | >25% |
| Information | 8 | 8.29 | -0.29 | ns | | >25% |
| Comprehension | 10 | 8.29 | 1.71 | ns | | >25% |
| Letter-Number Sequencing | 12 | 8.29 | 3.71 | .05* | S | 5-10% |

Difference from Verbal Mean used to determine strengths (S) and weaknesses (W).
Scatter = 9 (p<.05, Freq = 5.1%).
* significant at the .05 level.

Haley Spears                                    08/05/2010                                    Page 4

## Differences Between Subtest and Mean of Subtest Scores

| Performance Subtests | Scaled Score | Mean Score | Diff. | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Picture Completion | 8 | 8.80 | -0.80 | | | |
| Digit Symbol-Coding | 6 | 8.80 | -2.80 | | | |
| Block Design | 9 | 8.80 | 0.20 | | | |
| Matrix Reasoning | 10 | 8.80 | 1.20 | | | |
| Picture Arrangement | | | | | | |
| Symbol Search | 11 | 8.80 | 2.20 | | | |
| Object Assembly | | | | | | |

Difference from Performance Mean used to determine strengths and weaknesses.

## Digit Span Discrepancies

| Subtest Level | Raw Score | Cumulative Percentage |
|---|---|---|
| Longest Digit Span Forward* | 5 | 97.50% |
| Longest Digit Span Backward* | 3 | 97.50% |
| Digits Forward - Backward** | 2 | 54.00% |

* A low cumulative percentage reflects a relatively high span capacity.
** A low cumulative percentage reflects a higher scatter.

## Digit Symbol Optional Procedures

| Optional Procedure | Raw Score | Cumulative Percentage |
|---|---|---|
| Incidental Learning – Pairing | 6 | 2-5% |
| Incidental Learning – Free Recall Copy | 6 | 10% |

860-783-5799          10   '2010 3:47:08 PM   PAGE   1/(   Fax Server

7H302150007

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | 4307487 | 10/01/10 | 1384063 |

AT THE REQUEST OF

**KRISTIN GIANNINI, MD**
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | **(860) 308-2050** |

**Exam(s):** US ABDOMEN COMPLETE - 76700

Indication: Abdominal pain. History of gallbladder disease.

Comparison: 07/10/2010.

Abdominal ultrasound: The liver is of normal size and slight diffuse increased echogenicity without focal lesions nor intrahepatic ductal dilation. The common duct is not dilated and measures 1 mm. A normal gallbladder is identified. There is no gallbladder wall thickening or pericholecystic fluid.

The abdominal aorta and IVC are normal. Limited views of the pancreatic head and body do not reveal abnormalities. The spleen is of normal size and echogenicity measuring 8.9 cm in long axis.

Both kidneys are of normal size and echogenicity without hydronephrosis or nephrolithiasis. The right kidney measures 10.0 cm in long axis. The left measures 10.2 cm.

There is no abdominal free fluid.

Impression: Liver of slight diffuse increased echogenicity. This is nonspecific, but consistent with diffuse fatty infiltration; otherwise, unremarkable abdominal ultrasound.

Thank you for referring your patient to us,

William Poole, MD.
(Electronically Signed - 10/1/2010  3:45:24PM)

d: 10/1/2010 t:  3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

JPTDXRP - L     Printed on: 10/1/2010  3:45:51PM

Liberty004280

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4307487** | **10/01/10** | **1384063** |

AT THE REQUEST OF  ·
**KRISTIN GIANNINI, MD**

**Exam(s):**  US ABDOMEN COMPLETE - 76700

cc: JAMES OBRIEN, MD
    353 MAIN STREET
    MANCHESTER, CT 06040
cc: BERNARD RAXLEN, MD
    123 WEST 79TH STREET
    FIRST FLOOR
    NEW YORK, NY 10024
cc: LAUREN GOUIN, ND
    135 CENTER STREET
    MANCHESTER, CT 06040

cc: HALEY A SPEARS
    1008 TROUT BROOK DR
    WEST HARTFORD, CT 06119-1244

d: 10/1/2010 t: 3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty004281



# Clinical Laboratory Partners, LLC

| Date:   Fri Oct 01 2010, 14:42 EDT |
|---|
| **Number of pages to follow:  3** |

# FACSIMILE

| To: | | From: SurroundLab FAX |
|---|---|---|
| **Lauren Gouin, ND Autofax** | | **Client Services**<br>**Clinical Laboratory Partners**<br>**129 Patricia M. Genova Drive**<br>**Newington, CT 06111** |
| re:  **Laboratory Report** | | |
| **Phone:** | | **Phone:**  (860) 696-8020 or 1-800-286-9800 |
| **Fax Phone:  860-812-2025** | | **Fax Phone:**  (860) 696-8125 |

**Note:**

*** CONFIDENTIAL NOTICE ***

The information included in this facsimile transmission is intended for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its authorized need has been fulfilled.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense.   Thank you.

7H302150007

*Faxed*
*8-26-11*

# DR. LAUREN GOUIN

135 Center St. Manchester, CT 06040
Phone (860) 533-0179 Fax (860) 812-2025
www.ctnhs.com



| To: Dr. Oberstein | From: Dr. Gouin |
|---|---|
| Fax: 860-547-1301 | Pages: 3 |
| Phone: | Date: 8/26/10 |
| Re: | cc: |

Comments:

The information contained in this facsimile message may contain confidential and privileged medical records and is intended solely for the use of the party or facility to which it is addressed. If you are not the intended recipient, do not read past this page, any disclosure, copying and distribution or use of this content is strictly prohibited.

Liberty004283

7H302150007



**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   08/05/2010    08:47 ET
REPORTED:    08/07/2010    18:21 ET

PATIENT INFORMATION
SPEARS,HALEY A
DOB:    REDACTED    AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH, 3RD GENERATION | 1.49 | 5.30    H | mIU/L | QWA |

Reference Range  < 3

> or = 20 Years  0.40-4.50

Germar
317Ue
2/10

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| Test Name | Value | | Reference Range | Lab |
|---|---|---|---|---|
| T4 (THYROXINE), TOTAL | 5.7 | | 4.5-12.5 mcg/dL | QWA |
| T3, TOTAL | 103 | | 76-181 ng/dL | QWA |

CBC (INCLUDES DIFF/PLT)                                                    QWA

| Test | Value | Out of Range | Reference Range |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL |
| RED BLOOD CELL COUNT | 4.08 | | 3.80-5.10 Million/uL |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % |
| MCV | 90.3 | | 80.0-100.0 fL |
| MCH | 30.2 | | 27.0-33.0 pg |
| MCHC | 33.5 | | 32.0-36.0 g/dL |
| RDW | | 15.3    H | 11.0-15.0 % |
| PLATELET COUNT | 210 | | 140-400 Thousand/uL |
| MPV | 8.0 | | 7.5-11.5 fL |
| ABSOLUTE NEUTROPHILS | 2513 | | 1500-7800 cells/uL |
| ABSOLUTE LYMPHOCYTES | 2684 | | 850-3900 cells/uL |
| ABSOLUTE MONOCYTES | 549 | | 200-950 cells/uL |
| ABSOLUTE EOSINOPHILS | 323 | | 15-500 cells/uL |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL |
| NEUTROPHILS | 41.2 | | % |
| LYMPHOCYTES | 44.0 | | % |
| MONOCYTES | 9.0 | | % |
| EOSINOPHILS | 5.3 | | % |
| BASOPHILS | 0.5 | | % |

IRON AND TOTAL IRON
BINDING CAPACITY                                                          QWA

| Test | Value | Out of Range | Reference Range |
|---|---|---|---|
| IRON, TOTAL | 64 | | 40-175 mcg/dL |
| IRON BINDING CAPACITY | | 249    L | 250-450 mcg/dL |
| % SATURATION | 20 | | 15-50 % (calc) |
| FERRITIN | 13 | | 10-154 ng/mL | QWA |
| VITAMIN B12 | 430 | | 200-1100 pg/mL | QWA |

824 JC LMVM

Page 2 - Continued on Page 3

SPEARS,HALEY A - WC24375910

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QW-RPAPR. 7/01

Liberty004284

7H302150007

 **Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:    08/05/2010    08:47 ET
REPORTED:     08/07/2010    18:21 ET

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED  AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| DHEA SULFATE | 34 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | 12.9 | | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

PERFORMING LABORATORY INFORMATION
AMD   QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
      Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
      Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        SPEARS HALEY A
                                         1008 TROUTBROOK ROAD
                                         WEST HARTFORD,CT 06119

                                         KRISTIN GIANNINI M.D.
                                         520 HARTFORD TPKE STE N
                                         VERNON ROCKVILLE,CT 06066

                                         BERNARD RAXLEN M.D.
                                         123 W 79TH ST
                                         NEW YORK,NY 10024

SPEARS,HALEY A - WC243759X                        Page 3 - End of Report‖

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 06-RPAFR.  7/01
08/07/18  18:24  H1193049   3/4

Liberty004285

7H302150007

FAXED
5-12-10

# DR. LAUREN GOUIN

1330 Sullivan Ave South Windsor, CT 06074          Phone (860)644-2437   Fax (860)644-8590
272 Main St Manchester, CT 06042 Phone (860)644-6944 Fax (860)649-5144
www.ctnhs.com



| To: Dr. Ooestein | From: Dr. Gouin |
|---|---|
| Fax: (860) 547-1301 | Pages: 4 |
| Phone: (860) 547-1277 | Date: 5/11/10 |
| Re: Haley Speers | cc: |

Comments:

The information contained in this facsimile message may contain confidential and privileged medical records and is intended solely for the use of the party or facility to which it is addressed.  If you are not the intended recipient, do not read past this page, any disclosure, copying and distribution or use of this content is strictly prohibited.

Liberty004286

**Q Diagnostics**

7H302150007

□ MY ACCOUNT
□ PATIENT
□ MEDICARE
□ RAILROAD MEDICARE
□ MEDICAID
□ Lab Card/Select
□ OTHER INSURANCE

REGISTRAT   (IF APPLICABLE)   DATE / M M D D YEAR
DATE OF BIRTH

PATIENT SOCIAL SECURITY #    OFFICE / PATIENT ID #

ROOM #    LAB REFERENCE #    PATIENT PHONE #

**DID YOU KNOW**
Panel Components Are Listed On The Back.
Reflex Tests Are Performed At An Additional Charge.
PSC Appointment Website And Telephone Number Information Listed On The Back.
Add A Patient To TestMinder By Adding Their Email Address On The Back.

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - F OTHER THAN PATIE

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #    KEY

CITY    STATE    ZIP

(CL0091)

Primary Insurance  □ Medicare  □ Medicaid  □ Other    Patient is:
□ Subscriber
□ Spouse
□ Other Depen

**INSURANCE**
Insurance Company Name
Insurance Member /ID #    Group #
Insurance Address

Medicare/Medicaid #

Secondary Insurance  □ Medicare  □ Medicaid  □ Other    Patient is:
□ Subscriber
□ Spouse
□ Other Depen
Insurance Company Name
Insurance Member /ID #    Group #
Insurance Address

Medicare/Medicaid #

E COLLECTED    TIME   □ AM □ PM   TOTAL VOL/HRS.   □ Fasting  □ Non Fasting
ML    HR

UPIN ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

**Medicare Limited Coverage Tests**
@= May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

Provide signed ABN whe necessar

ADDIT'L PHYS.: Dr.    NPI/UPIN
PHYSICIAN PROVIDER:   NAME   I.D.#

**ICD9 Codes (enter all that apply)**

Fax Results to:
Client # OR NAME:
ADDRESS:
CITY:    STATE    ZIP

| Panel Components on Back | | |
|---|---|---|
| **ORGAN / DISEASE PANELS** | | |
| 34392 | Electrolyte Panel | S |
| 10256 | Hepatic Function Panel | S |
| 10165 | Basic Metabolic Panel w/eGFR | L |
| 10231 | Comp Metabolic Panel w/eGFR | L |
| B 7600 | Lipid Panel (Fasting Specimen) | S |
| 14852 | Lipid Panel w/Reflex DLDL | S |
| 20210 | Obstetric Panel w/Reflex | 2L,S |
| 10306 | Hepatitis Panel, Acute w/Reflex | S |
| **HEMATOLOGY** | | |
| @ 510 | Hemoglobin | L |
| @ 509 | Hematocrit | L |
| @ 1759 | CBC (Hgb, Hct, RBC, WBC, Plt) | L |
| @ 6399 | CBC w/Diff (High, Hct, RBC, WBC, Plt, Diff) | L |
| B 6847 | PT with INR | B |
| @ 763 | PTT, Activated | B |
| **OTHER TESTS** | | |
| 7788 | ABO Group & Rh Type | L |
| 223 | Albumin (Alb) | S |
| 234 | Alkaline Phosphatase (AP) | S |
| 823 | ALT (SGPT) | S |
| 243 | Amylase | S |
| 249 | ANA w/Reflex Titer | S |
| 795 | Antibody Scr, RBC w/Reflex ID | L |
| 822 | AST (SGOT) | S |
| 285 | Bilirubin, Direct (DBili) | S |
| 287 | Bilirubin, Total (TBili) | S |
| 4420 | C-Reactive Protein | S |
| 29256 | CA 125 | S |

| **OTHER TESTS (continued)** | | |
|---|---|---|
| 303 | Calcium (Ca) | S |
| 310 | Carbon Dioxide (CO2) | S |
| @ 10124 | Cardio CRP | S |
| B 978 | CEA | S |
| 330 | Chloride (Cl) | S |
| B 334 | Cholesterol, Total (TChol) | S |
| 375 | Creatinine (Cr) w/eGFR | S |
| @ 418 | Digoxin | SR |
| B 8293 | Direct LDL | S |
| @ 457 | Ferritin | S |
| 466 | Folic Acid | S |
| 470 | FSH | S |
| B 482 | GGT | S |
| 8477 | Glucose, Gest. Scr. | GY |
| B 484 | Glucose, Plasma | GY |
| B 483 | Glucose, Serum (G u) | S |
| 8435 | hCG, Serum, Qual | S |
| B 8336 | hCG, Serum, Quant | S |
| B 608 | HDL | S |
| 496 | Hemoglobin A1c | L |
| @ 512 | Hep A Ab, IgM | S |
| @ 4848 | Hep B Core Ab, IgM | S |
| @ 499 | Hep B Surface Ab Qual | S |
| @ 498 | Hep B Surface Ab w/Reflex Confirm | S |
| B 8472 | Hep C Virus Ab | S |
| B 19728 | HIV-1/HIV-2 Scr w/Reflexas | S |
| @ 7573 | Iron (Tot), IBC % Set | S |
| @ 571 | Iron,Total | S |
| 593 | LDH | S |
| 599 | Lead (B) Race    Ethnicity | TN |
| 615 | LH | S |

| | | |
|---|---|---|
| 613 | Lithium | S |
| @ 622 | Magnesium | S |
| 6517 | Microalbumin, Random Urine w/Creat | S |
| 4555 | Microalbumin, 24 Hour Urine, wo Creat | S |
| | Occult Blood, Feces | S |
| B 36301 | DX   B 36306   MCR Scr | |
| | Occult Blood, Feces - FIT, InSure® | |
| F 11290 | DX   B 11293   MCR Scr | |
| 713 | Phenytoin | SR |
| 718 | Phosphorus | S |
| 733 | Potassium (K) | S |
| 745 | Progesterone | S |
| 746 | Prolactin | S |
| 754 | Protein, Total (TP) | S |
| S 5363 | PSA, Total | S |
| 4418 | Rheumatoid Factor | S |
| 799 | RPR (Monitoring) w/Reflex Titer | S |
| 36126 | RPR (DX) w/Reflex Confirm | S |
| 802 | Rubella IgG | S |
| B 809 | Sed Rate By Mod West | S |
| 836 | Sodium (Na) | S |
| 873 | Testosterone, Total | S |
| B 896 | Triglycerides (Trig) | S |
| B 899 | TSH | S |
| B 36127 | FT4 w/Reflex T-4, Free | S |
| 859 | T3, Total | S |
| B 861 | T3 Uptake | S |
| B 867 | T4 (Thyroxine), Total | S |
| B 866 | T4 (Thyroxine), Free | S |
| 6448 | UA, Dipstick Only | U |
| 7909 | UA, Dipstick w/Reflex Microscopic | U |
| 5463 | UA, Complete (Dipstick & Microscopic) | U |
| 3020 | UA, Complete, w/Reflex Culture | S |

| | | |
|---|---|---|
| 294 | Urea Nitrogen (BUN) | S |
| 905 | Uric Acid | S |
| 918 | Valproic Acid | S |
| 7065 | Vitamin B12/Folic Acid | S |
| 927 | Vitamin B12 | S |
| 17305 | Vitamin D, 25 Hydroxy, LC/MS/MS | S |

| **MICROBIOLOGY** | | |
|---|---|---|
| Source (required) | | |
| 4485 | Culture, Group A Strep* | |
| 5617 | Culture, Group B Strep* | |
| 4558 | Culture, Genital* | |
| 394 | Culture, Throat* | |
| @ 395 | Culture, Urine, Routine* | |
| | (Inc. Indwelling Cath.) | |
| 8502 | Chlamydia DNA Probe, Endocx Or Mu | |
| 8501 | N. gonorrhoeae (GC) DNA Probe, Endocx Mu | |
| 6919 | Chlamydia & N. gonorrhoeae w/Reflex IC | |
| | DNA Probe, Endocx Or MU,Inr | |

Amplified Specimen Type (please check or
□ Endocervical  □ Urethral  □ Urine
| 17303 | Chlamydia DNA, SDA |
| 17304 | N. gonorrhoeae (GC) DNA, SDA |
| 17305 | Chlamydia & N gonorrhoeae DNA, S |

**Stool Pathogens**
| 10045 | Culture (Campylobacter) Culture, Stool, Salmonella/Shigel |
| 4475 | Culture, Campylobacter* |
| 10019 | Culture, Salmonella/Shigella* |
| 30264 | E. coli Shiga Toxins, EIA |
| 681 | O & P w/Permanent Stain |
| • Additional charge for ID and Susceptibili |

TIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)    Reflex tests are performed at an additional charge.

MMENTS, CLINICAL INFORMATION:

TOTAL TESTS ORDERED

cian signature (required for PA, NY, NJ, MA & CT)   For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004287

7H302150007

# DR. LAUREN GOUIN

1330 Sullivan Ave South Windsor, CT 06074    Phone (860)644-2437  Fax (860)644-8590
272 Main St Manchester, CT 06042 Phone (860)644-6944 Fax (860)649-5144
www.ctnhs.com



| To: Dr. Kessler | From: Dr. Gouin |
| Fax: (212) 799 - 2377 | Pages: 4 |
| Phone: (860) 242 9227 | Date: 5/11/10 |
| Re: Hailey Spears | cc: |

Comments:

Please confirm Hailey needs iron.
She said you had deprescribed it.

Thanks,
Lauren Gouin, MD

The information contained in this facsimile message may contain
confidential and privileged medical records and is intended
solely for the use of the party or facility to which it is addressed. If
you are not the intended recipient, do not read past this page,
any disclosure, copying and distribution or use of this content is
strictly prohibited.

Liberty004288

# Winona W. Zimberlin

Attorney at Law
2 Congress Street
Hartford, CT  06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

_Facsimile:_ _860-649-6951_
Dr. Lauren Gouin
Connecticut Natural Health Specialist
272 Main Street
Manchester, CT 06040

## REQUEST FOR PATIENT RECORDS

DATE: April 23, 2010

RE:   Haley Spears
DOB:  REDACTED

This office represents the above patient regarding a social security matter.  Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter.  Please call this office in advance if there will be a charge. Enclosed please find a 1696.

**Please note that the above-named client is a social security client and may not recall or remember specific dates and times of treatment.**

Thank you for your attention to this matter.

FROM:

Rocquel L. Cigal
Paralegal

rlc
Enclosure

Liberty004289

# Winona W. Zimberlin

Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

---

Telephone (860) 249-5291
Facsimile (860) 247-4194

## AUTHORIZATION

Date: __4/23/10__

To: Dr. Lauren Gouin, Connecticut Natural Health Specialist

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE: Haley Spears

DOB: 10-11-77

SS#: 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

PURPOSE: Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes: Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

Witness

x _(signature)_

04/23/2010  15:27  8602474177  W ZIMBERLIN  7H302150007 PAGE  03/03

**Social Security Administration**
**Please read the instructions before completing this form.**

Form Approved
OMB No. 0960-0527

| Name (Claimant) (Print or Type) | Social Security Number |
|---|---|
| Haley Spears | REDACTED — |
| Wage Earner (If Different) | Social Security Number — — |

## Part I    APPOINTMENT OF REPRESENTATIVE

I appoint this person, Winona W. Zimberlin, 2 Congress Street, Hartford CT

*(Name and Address)*

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II      ☒ Title XVI      ☐ Title XVIII      ☐ Title VIII
(RSDI)          (SSI)           (Medicare Coverage)    (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My main representative is _____

*(Name of Principal Representative)*

| Signature (Claimant) X Haley A Spears | Address | 1008 Trout Brook Drive West Hartford, CT   06119 |
|---|---|---|
| Telephone Number (with Area Code) ( 860 ) 308-2050 | Fax Number (with Area Code) ( ) — | Date 3/26/10 |

## Part II    ACCEPTANCE OF APPOINTMENT

I, Winona W. Zimberlin , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one: ☒ I am an attorney.  ☐ I am a non-attorney who is participating in the direct fee payment demonstration project.

☐ I am a non-attorney . I am not participating in the direct fee payment demonstration project.

I have been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney.    ☐ Yes    ☒ No

I have been disqualified from participating in or appearing before a Federal program or agency. ☐ Yes ☒ No

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| Signature (Representative) Winona Zimberlen | Address | 2 Congress Street Hartford, CT   06114 |
|---|---|---|
| Telephone Number (with Area Code) ( 860 ) 249-5291 | Fax Number (with Area Code) ( 860 ) 247-4194 | Date 3/26/10 |

## Part III (Optional)    WAIVER OF FEE

I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
| | |

## Part IV (Optional)    WAIVER OF DIRECT PAYMENT
### by Attorney or Non-Attorney Eligible to Receive Direct Payment

I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

| Signature (Representative Waiving Direct Payment) | Date |
|---|---|
| | |

Form SSA-1696-U4 (05-2009) ef (05-2009)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS
(4 Copies: File, Claimant, Representative, ODAR)

Liberty004291

7H302150007

 **Quest Diagnostics**®

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS,HALEY | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**PATIENT INFORMATION**
SPEARS,HALEY

DOB: REDACTED  AGE: 32
GENDER: F FASTING: U

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
PATTERSON-MARSHALL,

SPECIMEN INFORMATION
SPECIMEN:    WC255485H
REQUISITION: 8322542

ID:
PHONE: 860.645.9997

CLIENT INFORMATION
NE22221895          60010000
B. PATTERSON MARSHALL, M.D.
970 SUMMER ST FL 1
STAMFORD, CT 06905-5542

COLLECTED:  04/21/2010   01:30 ET
RECEIVED:   04/22/2010   04:47 ET
REPORTED:   04/22/2010   08:13 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | | 0.1   L | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 13 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.16 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.6   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 85.6 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.0   H | 11.0-15.0 % | |
| PLATELET COUNT | 267 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3110 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2975 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 689 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 291 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.8 | | % | |
| LYMPHOCYTES | 41.9 | | % | |
| MONOCYTES | 9.7 | | % | |
| EOSINOPHILS | 4.1 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DB-RPAPR. 7/01

03/05/18  16:28  #1564968  1/3

Liberty004292

7H302150007

 **Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   04/21/2010   01:30 ET
REPORTED:    04/22/2010   08:13 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED   AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
PATTERSON-MARSHALL.

---

PERFORMING LABORATORY INFORMATION
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
       Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                          104 SEBETHE DR STE 3
                                          CROMWELL. CT 06416-1038

SPEARS.HALEY - WC255485H                              Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DO-RPAPR. 7/01
05/05/10  16:20  81544968  2/1

Liberty004293

7H302150007

Quest
Diagnostics

F A X   C O V E R   S H E E T

Fax No.: 18606496951                           Date: 05/05/2010 4:28 PM

WARNING:  THIS FAX CONTAINS CONFIDENTIAL MEDICAL INFORMATION.

The medical information in this FAX message is confidential

and protected by both State and Federal Law.  It is unlawful

for unauthorized persons to review, copy, disclose, or disseminate

confidential medical information.  If the reader of this warning is

not the intended FAX recipient or the intended recipient's agent, you

are hereby notified that you have received this FAX message in error

and that review or further disclosure of the information contained in

this FAX is strictly prohibited.  If you have received this FAX in

error, please notify us immediately at the telephone number indicated

below and either destroy these documents or return the originals to us

by mail.  Thank you.

                              QUEST DIAGNOSTICS INCORPORATED

                              Attn: Client Services Manager

                              3 STERLING DRIVE
                              WALLINGFORD, CT  06492
                              800-982-6810

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. QW-RPAPR.  7/01
05/05/10 16:20 81564968  3/3

Liberty004294

7H302150007

 **Quest Diagnostics** ®

| | PATIENT INFORMATION | REPORT STATUS FINAL |
|---|---|---|
| | SPEARS,HALEY A | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**ORDERING PHYSICIAN**
DOB: REDACTED   AGE: 32      GOUIN,LAUREN J
GENDER: F

SPECIMEN INFORMATION                           **CLIENT INFORMATION**
SPECIMEN:    WC448510H        ID:  1839-1       NE22231886           60010000
REQUISITION: 0000224          PHONE: 860.308.2050   CONNECTICUT NATURAL HEALTH
.                                               LAUREN GOUIN, N.D.
.                                               272 MAIN ST
COLLECTED:  05/03/2010   09:04 ET               MANCHESTER, CT 06042-3536
RECEIVED:   05/03/2010   18:59 ET
REPORTED:   05/05/2010   18:22 ET
.

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| **LIPID PANEL** | | | | |
| CHOLESTEROL, TOTAL | 181 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 57 | | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 112 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 102 | | <130 mg/dL (calc) | QWA |

 Desirable range <100 mg/dL for patients with CHD or
 diabetes and <70 mg/dL for diabetic patients with
 known heart disease.

| CHOL/HDLC RATIO | 3.2 | | < OR = 5.0 (calc) | QWA |
| **COMPREHENSIVE METABOLIC** | | | | QWA |
| **PANEL W/EGFR** | | | | |
| GLUCOSE | 88 | | 65-99 mg/dL | |

                                                Fasting reference interval

| UREA NITROGEN (BUN) | 21 | | 7-25 mg/dL | |
| CREATININE | 0.83 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

 Bun/Creatinine ratio is not reported when the BUN
 and creatinine values are within normal limits.

| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.7 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 21-33 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.1 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |

SPEARS,HALEY A - WC448510H                      Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-BFAPB. 7/01
05/05/10  18:23  #1565465  1/7

Liberty004295



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| COLLECTED: 05/03/2010 09:04 ET | |
| REPORTED: 05/05/2010 18:22 ET | |

PATIENT INFORMATION
SPEARS,HALEY A

DOB: REDACTED    AGE: 32
GENDER: F
ID: 1839-1

REPORT STATUS FINAL

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 43 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| VITAMIN D, 25-HYDROXY, LC/MS/MS | | | | AMD |
| VITAMIN D, 25 OH, TOTAL | | 15    L | 20-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 15 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

> 25-OHD3 indicates both endogenous production and
> supplementation. 25-OHD2 is an indicator of
> exogenous sources such as diet or supplementation.
> Therapy is based on measurement of Total 25-OHD,
> with levels <20 ng/mL indicative of Vitamin D
> deficiency while levels between 20 ng/mL and 30
> ng/mL suggest insufficiency. Optimal levels are
> > or = 30ng/mL.

| | | | | |
|---|---|---|---|---|
| MAGNESIUM, RBC | | 3.8    L | 4.0-6.4 mg/dL | AMD |
| TSH, 3RD GENERATION W/REFLEX TO FT4 | 1.49 | | mIU/L | QWA |

Reference Range

> or = 20 Years    0.40-4.50

Pregnancy Ranges
First trimester    0.20-4.70
Second trimester   0.30-4.10
Third trimester    0.40-2.70

| | | | | |
|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 20 mm/h | QWA |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | QWA |
| IRON, TOTAL | | 26    L | 40-175 mcg/dL | |
| IRON BINDING CAPACITY | 306 | | 250-450 mcg/dL | |
| % SATURATION | | 8    L | 15-50 % (calc) | |
| FERRITIN | | 6    L | 10-154 ng/mL | QWA |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DB-RPN78. 7/81
05/05/10  18:23  #1545465  2/7

Liberty004296

7H302150007


## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  05/03/2010   09:04 ET
REPORTED:   05/05/2010   18:22 ET

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED  AGE: 32
GENDER: F
ID: 1839-1

**REPORT STATUS FINAL**

ORDERING PHYSICIAN
GOUIN,LAUREN J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN B12 | 447 | | 200-1100 pg/mL | QWA |
| ANA IFA SCREEN W/REFL TO | | | | QWA |
|   TITER AND PATTERN, IFA | | | | |
|   ANA SCREEN, IFA | | POSITIVE | NEGATIVE | |
| ANTINUCLEAR ANTIBODIES | | | | QWA |
|   TITER AND PATTERN | | | | |
|   ANA PATTERN | | HOMOGENEOUS | | |
|   ANA TITER | | 1:320   H | titer | |

Reference Range
<1:40        Negative
1:40-1:80    Low Antibody Level
>1:80        Elevated Antibody Level

| DHEA SULFATE | 62 | | 40-325 mcg/dL | QWA |
| CORTISOL, A.M. | | 3.9   L | mcg/dL | QWA |

Reference Range
8 a.m. (7-9 a.m.) Specimen: 4.0-22.0

*Follow up I Dr. Oberstein*

PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
    Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
    Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

      A duplicate report has been faxed to the following:
      Faxed to:  (212) 799-2377  on:  05/05/2010   6:12:51 PM

*(handwritten notes)*
*tc - advised*
*① Vitamin D 50,000 IU Carlson's*
*②Magnesium glycinate 3X/day*
*④ DHEA 10mg htal nutrients*
*③ Chewable iron by Carlson's 2 Tab/day*

SPEARS,HALEY A - WC448510H

Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 06-APAPR. 7/01
05-FEB
05/05/10  18:23  01565665  3/7

Liberty004297

06/29/2010  14:40   8602474194              W ZIMBERLIN              7H302150007
                                                                     PAGE  01/04

*faxed*
*8-19-10*

**Winona W. Zimberlin**
Attorney at Law
2 Congress Street
Hartford, CT  06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

*Facsimile: 860-649-6951*
Dr. Lauren Gouin
Connecticut Natural Health Specialist
272 Main Street
Manchester, CT 06040

*Second Request*
*6-29-10*

### REQUEST FOR PATIENT RECORDS

DATE: April 23, 2010

   RE:   Haley Spears
   DOB:  REDACTED

This office represents the above patient regarding a social security matter.  Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter.  Please call this office in advance if there will be a charge. Enclosed please find a 1696.

**Please note that the above-named client is a social security client and may not recall or remember specific dates and times of treatment.**

Thank you for your attention to this matter.

FROM:

Rocquel L. Cigal
Paralegal

rlc
Enclosure

Liberty004298

14:46   86624/4148   W ZIMBERLIN   7H3021500UZ AGE  02/04
           :19.

# Winona W. Zimberlin
### Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

## AUTHORIZATION

Date: ___4/23/10___

To: Dr. Lauren Gouin, Connecticut Natural Health Specialist

- Any physician, surgeon, hospital, nurse, mental health therapist, social worker, psychologist, substance abuse counselor, or other health care provider;
- Employer;
- Social Security Administration;
- Educational Institution;
- Unemployment Compensation Commission;
- Worker's Compensation Commission;
- Internal Revenue Service;
- Conn. Dept. of Revenue Services;

RE:      Haley Spears

DOB:     REDACTED

SS#:     REDACTED

PURPOSE:   Social Security Disability

You are hereby authorized to release my medical records to my attorney, Winona W. Zimberlin, including but not limited to original X-Rays, CT scans, tissue samples, MRI's, physicians notes, nurses notes, discharge summaries, substance abuse, HIV and AID's related information.

You are also authorized to release employment records, educational records, social security records, unemployment records and tax records.

You are also authorized to release psychiatric records, mental health records and therapy notes.

A photocopy of this authorization is as valid as the original. This authorization includes all records as set forth in Conn. Gen. Stat. 899. This authorization explicitly includes all communications made by me with respect to any physical or mental disease or disorder and any information obtained by personal examination.

I understand that my records are protected under several Federal regulations governing the security and privacy of protected healthcare information: Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R., Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164, and/or several Connecticut General Statutes: Chapter 899 and/or Chapter 386x.

These statutes and regulations prohibit further disclosure without my written consent unless otherwise provided in the regulations.

I also understand that I may revoke this consent in writing at any time except to the extent that the allowed action has been taken prior to revocation, and that in any event, this consent expires automatically as described above.

_Rosemary Cigal_               x _Haley a Spears_
Witness( )

Liberty004299

14:48   85024741⁰⁴   W ZIMBERLIN   7H302150007 PA. ˙⁴⁴/⁰⁴
119.

**Social Security Administration**
Please read the instructions before completing this form.

Form Approved
OMB No. 0960-0527

Name (Claimant) (Print or Type)
Haley Spears

Social Security Number
REDACTED

Wage Earner (if Different)

Social Security Number

---

**Part I**          **APPOINTMENT OF REPRESENTATIVE**

I appoint this person, Winona W. Zimberlin, 2 Congress Street, Hartford CT

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

[X] Title II      [X] Title XVI      [ ] Title XVIII      [ ] Title VIII
(RSDI)      (SSI)      (Medicare Coverage)      (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

[X] I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

[ ] I appoint, or I now have, more than one representative. My main representative is

(Name of Principal Representative)

Signature (Claimant)
X Haley a Spears

Address   1008 Trout Brook Drive
West Hartford, CT   06119

Telephone Number (with Area Code)
( 860 )  308-2050

Fax Number (with Area Code)

Date
3/26/10

---

**Part II**          **ACCEPTANCE OF APPOINTMENT**

I, Winona W. Zimberlin                , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one: [X] I am an attorney. [ ] I am a non-attorney who is participating in the direct fee payment demonstration project.

[ ] I am a non-attorney. I am not participating in the direct fee payment demonstration project.

I have been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. [ ] Yes   [X] No

I have been disqualified from participating in or appearing before a Federal program or agency. [ ] Yes [X] No

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

Signature (Representative)
Winona Zimberlin

Address   2 Congress Street
Hartford, CT   06114

Telephone Number (with Area Code)
( 860 ) 249-5291

Fax Number (with Area Code)
( 860 ) 247-4194

Date
3/26/10

---

**Part III (Optional)**          **WAIVER OF FEE**

I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

Signature (Representative)

Date

---

**Part IV (Optional)**          **WAIVER OF DIRECT PAYMENT**
by Attorney or Non-Attorney Eligible to Receive Direct Payment

I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

Signature (Representative Waiving Direct Payment)

Date

---



14:40     8602474194       W ZIMBERLIN                7H302150007 PAGE  04/04
                +19.

### TRANSMISSION VERIFICATION REPORT

```
TIME  : 04/23/2010 15:28
NAME  : W ZIMBERLIN
FAX   : 8602474194
TEL   : 8602495291
SER. # : 000A6J637122
```

```
DATE, TIME          04/23  15:27
FAX NO./NAME        8606496951
DURATION            00:01:04
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

### Winona W. Zimberlin
#### Attorney at Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

Facsimile: 860-649-6951
Dr. Lauren Gouin
Connecticut Natural Health Specialist
272 Main Street
Manchester, CT 06040

### REQUEST FOR PATIENT RECORDS

DATE: April 23, 2010

RE:   Haley Spears
DOB: REDACTED

This office represents the above patient regarding a social security matter. Would you please send me a complete copy of her **medical/ health record of treatment** by your facility pursuant to the enclosed authorization signed by her.

**Please also send our office your current CV.**

Connecticut law requires that the above information be provided to me free of charge as it is a social security matter. Please call this office in advance if there will be a charge. Enclosed please find a 1696.

Liberty004301

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4106  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| **SPEARS, HALEY** | **4202471** | **07/10/10** | **1384063** |

AT THE REQUEST OF

**KRISTIN GIANNINI, MD**
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | (860) 308-2050 |

**Exam(s):** US ABDOMEN COMPLETE - 76700

EXAM: ABDOMINAL ULTRASOUND.

Indication: Abdominal pain. Evaluate for gallbladder disease.

Comparison: Abdominal ultrasound dated 04/02/2010.

Findings:
Real time abdominal ultrasound is performed. The liver is normal in size. Echogenicity is normal . No focal liver lesions are seen. There is no intrahepatic ductal dilatation.

The previously seen multiple tiny gallstones are no longer visualized. Instead, there is a small amount of echogenic bile suggested within the gallbladder neck. The gallbladder is otherwise unremarkable. The common bile duct is normal in size, measuring 0.3 cm.

The pancreas is normal in appearance .

Both kidneys are normal in size and echogenicity. The right kidney measures 11.3 cm. The left kidney measures 10.3 cm. There is no mass, calcification or hydronephrosis.

The spleen is normal in appearance and measures 10.2 cm.

The proximal abdominal aorta and IVC are normal in appearance

CONCLUSION:

1. Small amount of residual echogenic bile within the gallbladder neck. Previously seen multiple tiny gallstones no longer visualized in the gallbladder.
2. Otherwise unremarkable exam.

d: 7/10/2010 t: 4:03:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Liberty004302

7H302150007
7/10/2010 4:04:26 PM   PAGE   2/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)260-4106 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4202471 | 07/10/10 | 1384063 |

AT THE REQUEST OF
**KRISTIN GIANNINI, MD**

Exam(s):  US ABDOMEN COMPLETE - 76700

Thank you for referring your patient to us,

Devika Jajoo,  MD.

(Electronically Signed - 7/10/2010  4:03:07PM)

cc:  JAMES OBRIEN, MD
353 MAIN STREET
MANCHESTER, CT  06040
cc:  BERNARD RAXLEN, MD
123 WEST 79TH STREET
FIRST FLOOR
NEW YORK, NY  10024
cc:  LAUREN GOUIN, ND
1330 SULLIVAN AVENUE
SOUTH WINDSOR, CT  06074

d: 7/10/2010 t: 4:03:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 2 of 2**            JPTDXRP - L      Printed on: 7/10/2010  4:03:32PM

Liberty004303

APK. 2. 2010 10:56AM    PHCS SPECIALTY  860-632-3696           NO. 9946  P. 1/4
                                                              7H302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE              **Professional Home**
CROMWELL, CT 06416            **Care Services Inc.**
Phone: 800-253-3738   Fax: 860-829-4244  *Bridget   Patterson  Marshall  1-203-324-2340*
                       *Bernard Reeton MD 212-799-2377*
                       *Kristin Giannini MD 860-979-0056*

# Fax
                       *Lauren Corvin NP 860-871-7867*
                       *860-649-6951*
                       *Send copy weekly to patient* ✱

To: _Dr Zogat_                From:  PHCS Pharmacy

Fax: _1-203-333-3937_          Pages:

Phone:                         Date:

Re: _Patient lab results on: Spears, Haley_

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____
_____
_____
_____
_____
_____
_____
_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004304

APR. 15. 2010  1:55PM    PHCS SPECIALTY  800-032-3090                         NO. 0234   P. 1/3

7H302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

*Bridget Patterson Marshall 1-203-324-2340*
*Bernard Redlen MD 212-799-2377*
*Kristen Giannini MD 860-979-0056*
*Lauren Gavin NP 860-771-7817 860-649-6951*
*Send copy weekly to portions*

# Fax

To: _Dr. Zogat_                    From: PHCS Pharmacy

Fax: _1-203-333-3937_              Pages:

Phone:                             Date:

Re: _Patient+lab results on: Spears, Haley_

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004305

**PHONE CALL**

FOR Lauren

M Haley Spears
OF

PHONE would like Blood records

MESSAGE faxed to Dr. Paxton
212-799-2377

And mailed to her

SIGNED Heavy medal

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

A.M. / P.M.

DATE ___ TIME ___

---

**PHONE CALL**

FOR Haley Spears   DATE 9/7   TIME 3:00 - LM VM

M TC - all day   9/9/11
OF Question   860-930-0887

PHONE 860-308-2050   CELL

MESSAGE

Needs to speak

with you about

Asthma

SIGNED

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

A.M. / P.M.

Liberty004306

## LabProfile® - Laboratory Report



**ACCOUNT NUMBER: 5858**
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 860-253-3738
FAX: 860-829-4244

**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4492
AL Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | REDACTED ) | | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1.8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0.5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0.1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| BILIRUBIN, DIRECT | | | | | |
| BILIRUBIN, DIRECT | 0.1 | 0.0-0.3 | mg/dL | | |
| SGOT (AST) | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| SGPT (ALT) | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| BILIRUBIN, TOTAL | | | | | |
| BILIRUBIN, TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| PROTEIN, TOTAL | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

*Faxed 4/1/10*
*4/1/10 OS*

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004307



## LabProfile® - Laboratory Report



**ACCOUNT NUMBER:** 5658
PROFESSIONAL HOME CARE SERVICES; CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 860-253-3738
FAX: 860-829-4244

**HOME HEALTHCARE LABORATORY**

**LABORATORY**

of America

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchel, M.D.
Vanderbilt University Medical Center

| Patient | | Date of Birth | | Gender | Patient ID | Accession Number |
|---------|--|---------------|--|--------|-----------|------------------|
| SPEARS, HALEY | | REDACTED | | F | 2010318104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|-----------|----------|-------|-----------|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|------|----------------|----------|-------|---------------|
| **ALBUMIN** | | | | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | Mar, 16 10  4.6 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | |
| A/G RATIO | 1.9 | 1.1-2.5 | | |
| **ALKALINE PHOSPHATASE** | | | | |
| ALKALINE PHOSPHATASE | 39 | 35-104 | U/L | |
| **CBC WITH DIFF** | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10  6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10  4.31 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar, 16 10  11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar, 16 10  36.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10  85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10  26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar, 16 10  31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar, 16 10  260 |
| NEUTROPHIL % | 39 L | 40-74 | % | Mar, 16 10  39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar, 16 10  43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10  13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar, 16 10  4 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low

Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004308

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**
*of America*

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED {33} | F | 2010316104519 | 23005495 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | DR LAUREN GOUIN | 860-649-6951 | 04-01-2010  11:39 |
| SENT | RAXLEN, BERNARD | 212-799-2377 | 04-01-2010  11:43 |



Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004309

MED. 15, 2010   1:33PM        FAUS SPECIALTY  800-032-3090        NO. 0234   P. 2/3


**Quest Diagnostics**

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION | REPORT STATUS FAX COPY |
| CLIENT SERVICE 1-866-697-8378 | SPEARS, HALEY | |
| | | SUPERVISING PHYSICIAN |
| | DOB: REDACTED AGE: 32 | RAXLEN, BERNARD D |
| SPECIMEN INFORMATION | GENDER: F FASTING; U | |
| SPECIMEN:   WC131715H | | CLIENT INFORMATION |
| REQUISITION: 8215393 | ID: | NE22170668        60010000 |
| | PHONE: 860.930.0887 | BERNARD RAXLEN, M.D. |
| | | 123 W 79TH ST |
| | | NEW YORK, NY 10024-6480 |

COLLECTED:  04/14/2010   23:45 ET
RECEIVED:   04/15/2010   05:13 ET
REPORTED:   04/15/2010   12:13 ET

PROVIDER:
LAUREN GOVIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | QUA |
| PROTEIN, TOTAL | 7.0 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.7 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.25 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 84.9 | | 80.0-100.0 fL | |
| MCH | 27.9 | | 27.0-33.0 pg | |
| MCHC | 32.9 | | 32.0-36.0 g/dL | |
| RDW | | 15.9    H | 11.0-15.0 % | |
| PLATELET COUNT | 226 | | 140-400 Thousand/uL | |
| MPV | 9.1 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2232 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2958 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 558 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 222 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 37.2 | | % | |
| LYMPHOCYTES | 49.3 | | % | |
| MONOCYTES | 9.3 | | % | |
| EOSINOPHILS | 3.7 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

SPEARS, HALEY - WC131715H        Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 10-070/L. 7/01

04/15/10  12:13  010747H   1/3

Liberty004310

APR. 15. 2010  1:34PM    THCS SPECIALTY  860-632-5090                    NO. 0234  P. 3/3

 **Quest Diagnostics**

**QUEST DIAGNOSTICS INCORPORATED**

COLLECTED:  04/14/2010    23:45 ET
REPORTED:   04/15/2010    12:13 ET

**PATIENT INFORMATION**
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

**REPORT STATUS FAX COPY**

**SUPERVISING PHYSICIAN**
RAXLEN,BERNARD D

PROVIDER:
LAUREN GOVIN

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

A duplicate report has been faxed to the following:
Faxed to:  (860) 677-5406  on:  04/15/2010   9:09:38 AM

DUPLICATE REPORT WILL BE SENT TO:          CCC PROFESSIONAL HOME CARE
                                           104 SEBETHE DR STE 3
                                           CROMWELL, CT 06416-1038

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DR-RFORM.  7/01
04/15/10  12:13  #14#748  2/1

Liberty004311

Apr. 8. 2010 1:13AM                                            NO. 2194   P. 2/3

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:      WC989919G
REQUISITION: 8110189
LAB REF NO:

COLLECTED:  04/07/2010    08:40
RECEIVED:   04/08/2010    01:30
REPORTED:   04/08/2010    05:53

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED      Age: 32
GENDER: F      Fasting: U

PHONE: 8609300887

| REPORT STATUS | **Final** |
| --- | --- |

ORDERING PHYSICIAN
**UNKNOWN PHYSICIAN**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COMMENTS:    FAX 860-677-5406 FAX 860-829-4244

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| COPY RECEIVED FROM: | | | | |
| | | THIS IS YOUR ORIGINAL REPORT YOU'RE NOT CURRENTLY AN ACTIVE CLIENT. IF YOU FORESEE FURTHER TESTING PLEASE CALL SALES DEPT WALLINGFORD, CT 06492 | | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.0 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 16 | | 10-30 U/L | |
| ALT | 14 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.26 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.6 | | 35.0-45.0 % | |
| MCV | 83.6 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | | 16.3 H | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2477 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 3066 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 243 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |
| NEUTROPHILS | 38.7 | | % | |
| LYMPHOCYTES | 47.9 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

SPEARS, HALEY - WC989919G

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 04/08/10 at 05:00am

Liberty004312

APR. C. 2010  1:13AM                                     NO. 2199   P. 3/3

QUEST DIAGNOSTICS INCORPORATED

| | PATIENT INFORMATION **SPEARS, HALEY** | REPORT STATUS  **Final** |
|---|---|---|

DOB: REDACTED          Age: 32
GENDER: F     Fasting: U

ORDERING PHYSICIAN
**UNKNOWN PHYSICIAN**

COLLECTED:   04/07/2010    08:40
REPORTED:    04/08/2010    05:53

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC-Wallingford CT 0091 3 Sterling Dr Wallingford CT  06497 Laboratory Director: Meena Singh M.D.

Printed by Care360 AutoReceive on 04/08/10 at 05:00am

Liberty004313

NO. 2199   P. 1/3

Apr. 6. 2010 11:12AM

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bridget Patterson Marshall 1-203-324-2340
Bernard Replen MD 212-799-2377
Kristin Giannini do 860-979-0056
Lauren Gavin NP 860-649-6951
Send copy weekly to patient

**Fax**

| To: | Dr Zagat | From: | PHCS Pharmacy |
|---|---|---|---|
| Fax: | 1-205-333-3937 | Pages: | |
| Phone: | | Date: | |

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004314

# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244



**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED (33) | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3 4-4.8 | g/dL | Mar, 16 10 | 4.6 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/l | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10 | 4.31 |
| HGB | 11.9 | 11 5-15.0 | g/dL | Mar, 16 10 | 11.5 |
| HCT | 38.1 | 34 0-44.0 | % | Mar, 16 10 | 36.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar, 16 10 | 31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar, 16 10 | 260 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar, 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar, 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar, 16 10 | 4 |

Result Codes. (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004315

# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244



**HOME HEALTHCARE LABORATORY** of America

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---------|--|--|---------------|--|--------|-----------|------------------|
| SPEARS, HALEY | | | REDACTED 33) | | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|-----------|----------|-------|-----------|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|------|---------------|----------|-------|---------------|--|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1 8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0 5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0 1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| **BILIRUBIN,DIRECT** | | | | | |
| BILIRUBIN,DIRECT | 0 1 | 0.0-0.3 | mg/dL | | |
| **SGOT (AST)** | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| **SGPT (ALT)** | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| **BILIRUBIN,TOTAL** | | | | | |
| BILIRUBIN,TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| **PROTEIN, TOTAL** | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004316

7H30215000?

7H3021500007

# LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244



# HOME
# HEALTHCARE
# LABORATORY
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED (33) | F | 2010316104519 | | 23005485 |

| Collected | Received | Nurse | Physician | |
|---|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| | | | | |

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| PRINT | DR LAUREN GOUIN | 860-649-6951 | |
| PRINTED | RAXLEN, BERNARD | 212-799-2377 | |

Result Codes: (L)=Low (H)=High (A)=Abnormal (HH)=Critically High (LL)=Critically Low

Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this document.

Liberty004317

APR. 1. 2010  2:54PM    PHCS SPECIALTY  860-632-3696          NO. 9917  7H302150007  P. 1/4

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-826-4244

**Professional Home Care Services Inc.**

*Bridget Patterson Marshall  1-203-324-2340*
*Bernard Raplen MD 212-799-2377*
*Kristin Gianninoto 860-979-0056*
*Lauren Corvin ND 860-649-6951*
*Sent copy weekly to patient*

# Fax

To: _____        From: PHCS Pharmacy

Fax: 1-203-333-3937           Pages:

Phone:                        Date:

Re: *Patient lab results on: Spears, Haley*

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at  800-253-3738.

Liberty004318

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**

**HEALTHCARE**

**LABORATORY**

*of America*

ACCOUNT NUMBER: 5856
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4492
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Michell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED (33) | | F | 2010316104519 | 23005485 |
| Collected | Received | | Nurse | | Physician | | |
| 03-31-2010 16:55 | 04-01-2010 09:32 | | JESKE, STEVEN | | RAXLEN, BERNARD | | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | | Prior Results |
|---|---|---|---|---|---|
| BASOPHIL % | 1 | 0-3 | % | Mar, 16 10 | 1 |
| ABSOLUTE NEUTROPHIL | 1.6 L | 1.8-7.8 | x10E3/uL | Mar, 16 10 | 2.4 |
| ABSOLUTE LYMPHOCYTE | 1.9 | 0.7-4.5 | x10E3/uL | Mar, 16 10 | 2.7 |
| ABSOLUTE MONOCYTE | 0.5 | 0.1-1.0 | x10E3/uL | Mar, 16 10 | 0.8 |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | Mar, 16 10 | 0.2 |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | x10E3/uL | Mar, 16 10 | 0.1 |
| NRBC | | | | Mar, 16 10 | |
| HEMATOLOGY COMMENTS | | | | Mar, 16 10 | |
| **BILIRUBIN,DIRECT** | | | | | |
| BILIRUBIN,DIRECT | 0.1 | 0.0-0.3 | mg/dL | | |
| **SGOT (AST)** | | | | | |
| SGOT (AST) | 20 | 0-31 | U/L | Mar, 16 10 | 27 |
| **SGPT (ALT)** | | | | | |
| SGPT (ALT) | 16 | 0-31 | U/L | Mar, 16 10 | 20 |
| **BILIRUBIN,TOTAL** | | | | | |
| BILIRUBIN,TOTAL | 0.1 | 0.0-1.0 | mg/dL | Mar, 16 10 | 0.2 |
| **PROTEIN, TOTAL** | | | | | |
| PROTEIN, TOTAL | 7.0 | 6.4-8.3 | g/dL | Mar, 16 10 | 6.8 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, distribution, or copying of this information is strictly prohibited. If you have received this information in error, please notify the sender

*Right margin (vertical text):* APR. 1. 2010 2:54PM    PHCS SPECIALTY 860-632-3696    7H3001250007    NO. 9917    P. 2/4

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 822-4452
Alt. Customer Service: (800) 763-0511
www.hhla.com
Medical Director: W.M. Mitchel, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED 7(33) | F | 2010318104519 | 23005485 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | RAXLEN, BERNARD |

Valid patient results are dependant on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results | |
|---|---|---|---|---|---|
| **ALBUMIN** | | | | | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | Mar, 16 10 | 4.8 |
| GLOBULIN | 2.4 | 1.5-4.5 | g/dL | | |
| A/G RATIO | 1.9 | 1.1-2.5 | | | |
| **ALKALINE PHOSPHATASE** | | | | | |
| ALKALINE PHOSPHATASE | 38 | 35-104 | U/L | | |
| **CBC WITH DIFF** | | | | | |
| WBC | 4.1 | 4.0-10.5 | x10E3/uL | Mar, 16 10 | 6.2 |
| RBC | 4.51 | 3.80-5.10 | x10E6/uL | Mar, 16 10 | 4.31 |
| HGB | 11.9 | 11.5-15.0 | g/dL | Mar, 16 10 | 11.5 |
| HCT | 38.1 | 34.0-44.0 | % | Mar, 16 10 | 38.4 |
| MCV | 85 | 80-98 | fL | Mar, 16 10 | 85 |
| MCH | 26.4 L | 27.0-34.0 | pg | Mar, 16 10 | 26.7 L |
| MCHC | 31.2 L | 32.0-36.0 | g/dL | Mar, 16 10 | 31.6 L |
| PLATELET | 295 | 140-415 | x10E3/uL | Mar, 16 10 | 260 |
| NEUTROPHIL % | 38 L | 40-74 | % | Mar, 16 10 | 39 L |
| LYMPHOCYTE % | 46 | 14-46 | % | Mar, 16 10 | 43 |
| MONOCYTE % | 11 | 4-13 | % | Mar, 16 10 | 13 |
| EOSINOPHIL % | 4 | 0-7 | % | Mar, 16 10 | 4 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low

Page 1 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, distribution ... the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender

## LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY**
of America

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED     ) | F | 2010316104519 | 23005485 |

| Collected | Received | Nurse | | Physician |
|---|---|---|---|---|
| 03-31-2010 16:55 | 04-01-2010 09:32 | JESKE, STEVEN | | RAXLEN, BERNARD |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
|---|---|---|---|
| SENT | DR LAUREN GOUIN | 860-649-6951 | 04-01-2010 11:39 |
| SENT | RAXLEN, BERNARD | 212-799-2377 | 04-01-2010 11:43 |

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (H+)=Critically High  (LL)=Critically Low

Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, distributing or copying information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender

**Quest Diagnostics**

PRINT PATIENT NAME (LAST, FIRST, MIDDLE)   7H302150007

**BILL TO:**
- ☐ MY ACCOUNT
- ☐ PATIENT
- ☐ MEDICARE
- ☐ RAILROAD MEDICARE
- ☐ MEDICAID
- ☐ Lab Card/Select
- ☐ OTHER INSURANCE

REGISTRATION # (IF AP...BLE)   DATE M M D D YEAR SEX
OF BIRTH

PATIENT SOCIAL SECURITY #

OFFICE / PATIENT ID #

1932-0   5932676-1

ROOM #   LAB REFERENCE #   PATIENT PHONE #

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #   KEY #

CITY   STATE   ZIP

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

(CL0091)

Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other   Patient is:
- ☐ Subscriber
- ☐ Spouse
- ☐ Other Dependent

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other   Patient is:
- ☐ Subscriber
- ☐ Spouse
- ☐ Other Dependent

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

PHYS.: Dr.   NPI/UPIN#

IAN   NAME   I.D.#
ER:

ults to: (   )

ent # OR NAME:

DDRESS:

TY:   STATE   ZIP

**Medicare Limited Coverage Tests**
@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

**Provide signed ABN when necessary**

**ICD9 Codes (enter all that apply)**

V70.0   780.79   911.4

| AN / DISEASE PANELS | | OTHER TESTS (continued) | | | @ 571 ☐ IRON, TOTAL | S | B 866 ☐ T-4 (THYROXINE), FREE | S |
|---|---|---|---|---|---|---|---|---|
| ☐ ELECTROLYTE PANEL (Na, K, Cl, CO2) | S | 795 | ☐ ANTIBODY SCR, RBC w/REFLEX ID | L | 593 ☐ LDH | S | 6448 ☐ UA, DIPSTICK ONLY | U |
| ☐ HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT,TP) | S | 822 | ☐ AST (SGOT) | S | 599 ☐ LEAD (B) Patient Race | TN | 7909 ☐ UA, DIPSTICK W/REFLEX TO MICROSCOPIC | U |
| ☐ BASIC METABOLIC PANEL (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | S | 285 | ☐ BILIRUBIN, DIRECT (DBili) | S | 615 ☐ LH | S | 5463 ☐ UA, COMPLETE (DIPSTICK & MICROSCOPIC) | U |
| ☐ COMP METABOLIC PANEL w/eGFR (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | S | 287 | ☐ BILIRUBIN, TOTAL (TBili) | S | 613 ☐ LITHIUM | S | 3020 ☐ UA, COMPLETE, REFLEX TO CULTURE | U |
| | | 4420 | ☐ C-REACTIVE PROTEIN | S | @ 622 ☐ MAGNESIUM | S | 294 ☐ UREA NITROGEN (BUN) | S |
| | | @ 29256 | ☐ CA 125 | S | 6517 ☐ MICROALBUMIN, RANDOM URINE W/CREAT | S | 905 ☐ URIC ACID | S |
| ☐ LIPID PANEL (TChol, Trig, HDL, calc LDL) | S | 303 | ☐ CALCIUM (Ca) | S | 4595 ☐ MICROALBUMIN, 24 HOUR URINE, W/O CREAT | S | 916 ☐ VALPROIC ACID | SR |
| ☐ LIPID PANEL W/REFLEX LDL (TChol, Trig, HDL, LDL or DLDL when Trig>400) | S | 310 | ☐ CARBON DIOXIDE (CO2) | S | OCC BLD, FECES - GUAIAC | | 7055 ☐ VITAMIN B12/FOLIC ACID | S |
| ☐ OBSTETRIC PANEL W/REFLEX 2LS (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflax confirm, Rubella IgG Ab) | S | @ 10124 | ☐ CARDIO CRP | S | B 36301 ☐ DX   B 35306 ☐ MCR SCR | | 927 ☐ VITAMIN B12 | S |
| | | B 976 | ☐ CEA | S | OCC BLD, FECES - FIT, InSure▶ | | **MICROBIOLOGY** | |
| ☐ HEPATITIS PANEL, ACUTE W/REFLEX S (HBsAg w/reflex confirm, HCAb, HA Ab IgM, HBcAb IgM) | S | 330 | ☐ CHLORIDE (Cl) | S | F 11290 ☐ DX   B 11293 ☐ MCR SCR | | SOURCE (REQUIRED) | |
| | | B 334 | ☐ CHOLESTEROL, TOTAL (TChol) | S | 713 ☐ PHENYTOIN | SR | 4485 ☐ CULTURE, GR. A STREP* | |
| | | 375 | ☐ CREATININE (Cr) w/eGFR | S | 718 ☐ PHOSPHORUS | S | 5617 ☐ CULTURE, GR. B STREP* | |
| **HEMATOLOGY** | | @ 418 | ☐ DIGOXIN | SR | 733 ☐ POTASSIUM (K) | S | 4558 ☐ CULTURE, GENITAL* | |
| ☐ HEMOGLOBIN | L | B 8253 | ☐ DIRECT LDL | S | 745 ☐ PROGESTERONE | S | 394 ☐ CULTURE, THROAT* | |
| ☐ HEMATOCRIT | L | @ 457 | ☐ FERRITIN | S | 746 ☐ PROLACTIN | S | @ 395 ☐ CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH) | |
| ☐ CBC (Hgb, Hct, RBC, WBC, Plt) | L | 466 | ☐ FOLIC ACID | S | 754 ☐ PROTEIN, TOTAL (TP) | S | | |
| ☐ CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff) | L | 470 | ☐ FSH | S | B 5363 ☐ PSA, TOTAL | S | 8502 ☐ CHLAMYDIA DNA PROBE, ENDOCX OR MU/RET | |
| ☐ PT WITH INR | B | B 482 | ☐ GGT | S | 4418 ☐ RHEUMATOID FACTOR | S | 8501 ☐ N. GONORRHOEAE DNA PROBE, ENDOCX OR MU/RET | |
| ☐ PTT, ACTIVATED | B | 8477 | ☐ GLUCOSE, GEST. SCR. | GY | 799 ☐ RPR (MONITORING) W/REFLEX TITER | S | 6919 ☐ CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR MU/RET | |
| **OTHER TESTS** | | B 484 | ☐ GLUCOSE, PLASMA | GY | 36126 ☐ RPR (DX) W/REFLEX CONFIRM FTA | S | **Amplified Specimen Type (please check one)** | |
| ☐ ABO GROUP & RH TYPE | L | 438 | ☐ GLUCOSE, SERUM (Glu) | S | 802 ☐ RUBELLA IGG AB | S | ☐ Endocervical ☐ Urethral ☐ Urine | |
| ☐ ALBUMIN (Alb) | S | B 8396 | ☐ HCG, SERUM, QUAL | S | B 809 ☐ SED RATE BY MOD WEST | L | 17303 ☐ Chlamydia DNA, SDA | |
| ☐ ALKALINE PHOSPHATASE (AP) | S | B 608 | ☐ HDL | S | 836 ☐ SODIUM (Na) | S | 17304 ☐ N. gonorrhoeae (GC) DNA, SDA | |
| ☐ ALT (SGPT) | S | B 496 | ☐ HEMOGLOBIN A1C | L | 873 ☐ TESTOSTERONE, TOTAL | S | 17305 ☐ Chlamydia & N. gonorrhoeae DNA, SDA | |
| ☐ AMYLASE | S | @ 512 | ☐ HEP A AB, IGM | S | B 896 ☐ TRIGLYCERIDES (Trig) | S | **Stool Pathogens** | |
| ☐ ANA W/REFLEX TITER | S | @ 498 | ☐ HEP B CORE AB, IGM | S | 895 ☐ TSH | S | 10045 ☐ CULTURE, STOOL, SALMONELLA/ SHIGELLA* | |
| | | @ 499 | ☐ HEP B SURFACE AB | S | B 36127 ☐ TSH W/REFLEX T-4, FREE | S | 4475 ☐ CULTURE, CAMPYLOBACTER* | |
| | | @ 498 | ☐ HEP B SURFACE AG W/REFLEX CONFIRM | S | 859 ☐ T3, TOTAL | S | 10019 ☐ CULTURE, SALMONELLA/SHIGELLA* | |
| | | @ 8472 | ☐ HEP C VIRUS AB | S | B 861 ☐ T3 UPTAKE | S | 30264 ☐ E. COLI SHIGA TOXINS, EIA | |
| | | B 19728 | ☐ HIV-1/HIV-2 SCR W/REFLEXES (Consent on file w/provider pursuant to CT Public Act 89-246 and MA regulation 105 CMR 180.010 (4)) | S | B 857 ☐ T4 (THYROXINE), TOTAL | S | 681 ☐ O & P W/PERMANENT STAIN | |
| | | @ 7573 ☐ IRON (TOT), IBC % SAT | S | | | ☐ Additional charge for ID and Susceptibilities | |

Reflex tests are performed at an additional charge.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. Copyright © 2003 Quest Diagnostics Incorporated. All rights reserved. www.questdiagnostics.com

TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)

CC foul orn   Vit D2 SUM
DNEA-S   RBC, Mcg

CLINICAL INFORMATION:

TOTAL TESTS ORDERED

Signature (Required for PA, NY, NJ, MA & CT) For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004322

MAR. 25. 2010  2:32PM    PHCS   EC:ALTY  860-632-3696         NO. 9778  7H302150007
                                                                         P. 2/3

PATIENT INFORMATION
**SPEARS, HALEY**

| | REPORT STATUS **Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:    WC741398G
REQUISITION: 7905236
LAB REF NO:

DOB: REDACTED        Age: 32
GENDER: F    Fasting: U

PHONE: 8603082050

ORDERING PHYSICIAN
**RAXLEN, BERNARD D**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED: 03/24/2010    11:15
RECEIVED:  03/25/2010    03:38
REPORTED:  03/25/2010    06:34

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | BERNARD RAXLEN, M.D. | | |
| | | 123 W 79TH ST | | |
| | | NEW YORK, NY 10024-6480 | | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| **GLOBULIN** | | 2.1 L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.2-1.2 mg/dL (calc) | |
| **ALKALINE PHOSPHATASE** | | 32 L | 33-115 U/L | |
| AST | 14 | | 10-30 U/L | |
| ALT | 11 | | 6-40 U/L | |

WE RECEIVED YOUR HANDWRITTEN TEST ORDER AND PERFORMED
THE AMA DEFINED HEPATIC FUNCTION PANEL. IF THIS IS NOT
WHAT YOU INTENDED TO ORDER, PLEASE CONTACT YOUR LOCAL
CLIENT SERVICE REPRESENTATIVE IMMEDIATELY SO THAT WE MAY
ADJUST OUR BILLING APPROPRIATELY. YOU MAY ALSO INQUIRE
ABOUT ALTERNATIVE OR ADDITIONAL TESTING.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.31 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| MCV | 83.8 | | 80.0-100.0 fL | |
| MCH | 28.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| **RDW** | | 16.5 H | 11.0-15.0 % | |
| PLATELET COUNT | 249 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2691 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2703 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 527 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 248 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.4 | | % | |
| LYMPHOCYTES | 43.6 | | % | |

SPEARS, HALEY - WC741398G

Page 1 - Continued on Page 2

Liberty004323

MAR. 25. 2010  2:32PM     PHCS   SPECIALTY  860-632-3696          NO. 9778   P. 373

| | PATIENT INFORMATION | REPORT STATUS   **Final** |
|---|---|---|
| | **SPEARS, HALEY** | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| | DOB: REDACTED      Age: 32 | **RAXLEN, BERNARD D** |
| COLLECTED:  03/24/2010   11:15 | GENDER: F     Fasting: U | |
| REPORTED:   03/25/2010   06:34 | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.0 | | % | |
| BASOPHILS | 0.5 | | % | |

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC-Wallingford CT 3001 3 Sterling Dr Wallingford CT  06492 Laboratory Director: Frank Singh M.D.

3/25/10

Printed by Care360 AutoReceive on 03/25/10 at 05:47am.

Liberty004324

## LabProfile® - Laboratory Report

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL ,CT 06416
PHONE: 800-253-3738
FAX: 860-829-4244


**HOME HEALTHCARE LABORATORY**
*of America*

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 522-4452
Alt. Customer Service: (800) 753-0811
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|---|
| SPEARS, HALEY | | | REDACTED | F | 2010318104519 | 22917162 |

| Collected | Received | Nurse | Physician |
|---|---|---|---|
| 03-15-2010 09:30 | 03-18-2010 10:45 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| **CBC WITH DIFF** | | | | |
| WBC | 6.2 | 4.0-10.5 | x10E3/uL | |
| RBC | 4.31 | 3.80-5.10 | x10E6/uL | |
| HGB | 11.5 | 11.5-15.0 | g/dL | |
| HCT | 36.4 | 34.0-44.0 | % | |
| MCV | 85 | 80-98 | fL | |
| MCH | 26.7 L | 27.0-34.0 | pg | |
| MCHC | 31.6 L | 32.0-36.0 | g/dL | |
| PLATELET | 280 | 140-415 | x10E3/uL | |
| NEUTROPHIL % | 39 L | 40-74 | % | |
| LYMPHOCYTE % | 43 | 14-46 | % | |
| MONOCYTE % | 13 | 4-13 | % | |
| EOSINOPHIL % | 4 | 0-7 | % | |
| BASOPHIL % | 1 | 0-3 | % | |
| ABSOLUTE NEUTROPHIL | 2.4 | 1.8-7.8 | x10E3/uL | |
| ABSOLUTE LYMPHOCYTE | 2.7 | 0.7-4.5 | x10E3/uL | |
| ABSOLUTE MONOCYTE | 0.8 | 0.1-1.0 | x10E3/uL | |
| ABSOLUTE EOSINOPHIL | 0.2 | 0.0-0.4 | x10E3/uL | |
| ABSOLUTE BASOPHIL | 0.1 | 0.0-0.2 | x10E3/uL | |
| NRBC | | | | |

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify immediately and destroy this document.

liberty004325

MAR. 16. 2010 12:39PM    PHCS SPECIALTY  860-632-3696    NO. 9598    P. 2/4

7H1302150007

# LabProfile® - Laboratory Report



**HOME HEALTHCARE LABORATORY of America**

ACCOUNT NUMBER: 5858
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL, CT 06416
PHONE: 800-253-3736
FAX: 860-829-4244

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (888) 922-4452
Alt. Customer Service: (800) 753-0511
www.hhla.com
Medical Director: W.M. Mitchell, M.D.
Vanderbilt University Medical Center

| Patient | | Date of Birth | Gender | Patient ID | Accession Number |
|---|---|---|---|---|---|
| SPEARS, HALEY | | 1REDACTED | F | 2010316104519 | 22917162 |

| Collected | Received | Nurse | Physician | |
|---|---|---|---|---|
| 03-15-2010 09:30 | 03-16-2010 10:45 | SCAFARIELLO, PATRICIA | ZAGAR, DARIO | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
|---|---|---|---|---|
| HEMATOLOGY COMMENTS | | | | |
| **COMPREHENSIVE PANEL** | | | | |
| SODIUM | 138 | 133-145 | mmol/L | |
| POTASSIUM | 4.0 | 3.5-5.2 | mmol/L | |
| CARBON DIOXIDE | 22 | 22-29 | mmol/L | |
| CHLORIDE | 101 | 98-108 | mmol/L | |
| GLUCOSE | 77 | 74-106 | mg/dL | |
| BUN | 18 | 6-20 | mg/dL | |
| CREATININE | 0.64 | 0.50-1.00 | mg/dL | |
| BUN/CREAT RATIO | 28 H | 8-27 | | |
| TOTAL GLOBULIN | 2.2 | 1.5-4.5 | g/dL | |
| A/G RATIO | 2.1 | 1.1-2.5 | | |
| GLOM FILT RATE | >59 | >59 | mL/min/1.73 | |
| IF AFRICAN AMERICAN | >59 | >59 | mL/min/1.73 | |

Note: Persistent reduction for 3 months or more in an eGFR <60 mL/min/1.73 m2 defines CKD. Patients with eGFR values >/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent proteinuria is present. Additional information may be found at www.kdoqi.org.

Result Codes: (L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 2 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, distribution, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify the sender

7H1302150007

Liberty00104326

MAR. 16. 2010 12:40PM    PHCS SPECIALTY   860-632-3696                    NO. 9598    P.  4/4

## LabProfile® - Laboratory Report

**HOME HEALTHCARE LABORATORY**
of America

HOME HEALTHCARE LABORATORY
320 PREMIER COURT, SUITE 220
FRANKLIN, TN 37067
Customer Service: (866) 532-4452
Alt. Customer Service: (800) 753-0911
www.hhla.com
Medical Director: Wm. Mitchell, M.D.
Vanderbilt University Medical Center

| Accession Number |
| --- |
| 22917162 |

ACCOUNT NUMBER: 5658
PROFESSIONAL HOME CARE SERVICES: CROMWELL
104 SEBETHE DRIVE
SUITE 3
CROMWELL, CT 06416
PHONE: 800-253-3738
FAX: 860-828-4244

| Patient | | Gender | Patient ID |
| --- | --- | --- | --- |
| SPEARS, HALEY | | F | 201031610451B |
| Collected | Received | Physician | |
| 03-16-2010 09:30 | 03-16-2010 10:45 | ZAGAR, DARIO | |

| Name | Date of Birth |
| --- | --- |
| SCAFARIELLO, PATRICIA | |

Valid patient results are dependent on collection, packaging and shipping of samples according to HHLA protocol. If protocol is not followed results may be affected.

| Test | CURRENT RESULT | Expected | Units | Prior Results |
| --- | --- | --- | --- | --- |
| CALCIUM | 8.2 | 8.4-10.2 | mg/dL | |
| ALBUMIN | 4.6 | 3.4-4.8 | g/dL | |
| ALKALINE PHOSPHATASE | 35 | 35-104 | U/L | |
| SGOT (AST) | 27 | 0-31 | U/L | |
| SGPT (ALT) | 20 | 0-31 | U/L | |
| TOTAL BILIRUBIN | 0.2 | 0.0-1.0 | mg/dL | |
| TOTAL PROTEIN | 6.8 | 6.4-8.3 | g/dL | |

| Fax Confirmation Status | Fax Recipient | Fax Number | Fax Date/Time (Last Attempt) |
| --- | --- | --- | --- |
| SENT | ZAGAR, DARIO | 203-333-3937 | 03-16-2010 11:48 |

Result Codes:(L)=Low  (H)=High  (A)=Abnormal  (HH)=Critically High  (LL)=Critically Low
Page 3 of 3

The documents in this transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this transmission is strictly prohibited. If you have received this information in error, please notify HHLA.

7H302150007

 Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**PATIENT INFORMATION**
SPEARS,HALEY A

DOB: REDACTED  AGE: 32
GENDER: F

**REPORT STATUS FINAL**

**ORDERING PHYSICIAN**
GOUIN,LAUREN J

SPECIMEN INFORMATION
SPECIMEN:    WC481794F
REQUISITION: 0000129

ID:  1839-1
PHONE: 860.308.2050

**CLIENT INFORMATION**
NE22231886          60010000
CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
272 MAIN ST
MANCHESTER, CT 06042-3536

COLLECTED: 01/14/2010  17:03 ET
RECEIVED:  01/14/2010  17:07 ET
REPORTED:  01/20/2010  18:26 ET

---

COMMENTS:                                        Volume: 800/24

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| CREATININE, 24 HOUR URINE | | 0.30    L | 0.63-2.50 g/24 h | QWA |
| UREA NITROGEN (U) | | | | QTE |
|   UREA NITROGEN, URINE | 3 | | gm/L | |
|   UREA NITROGEN,24HR URINE | 2 | | 6-17 gm/24hrs | |
| ARSENIC, 24 HOUR URINE | <10 | | <=80 mcg/L | AMD |
| CADMIUM, 24 HOUR URINE | <0.2 | | <=5.0 mcg/L | AMD |
| LEAD, 24 HOUR URINE | <10 | | <80 mcg/L | AMD |
| MERCURY, 24 HOUR URINE | <4 | | <=20 mcg/L | AMD |

TOXIC:  150 mcg/L or greater

PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA  20151-2228
     Laboratory Director:  KENNETH L. SISCO, MD, CLIA: 49D0221801

QTE  QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE  , TETERBORO, NJ  07608-1011
     Laboratory Director:  WILLIAM E. TARR, MD, CLIA: 31D0696246

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

---

SPEARS,HALEY A - WC481794F                              Page 1 - End of Report

it, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. MS-EPAP1. 7/01

01/20/10  18:27  01200530  0/5

Liberty004328

7H302150007

# Message Confirmation Report

DEC-29-2009 03:52 PM TUE

Fax Number : 8606448590
Name : SWNB,LLC

| | | |
|---|---|---|
| Name/Number | : | 8602363153 |
| Page | : | 1 |
| Start Time | : | DEC-29-2009 03:51PM TUE |
| Elapsed Time | : | 00'50" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

Quest Diagnostics

22231886-0 5932711-3

CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
272 MAIN ST
MANCHESTER, CT 06042-3536
860-649-6944

BILL TO: ☐ MY ACCOUNT ☐ PATIENT ☐ MEDICARE ☐ RAILROAD MEDICARE ☐ MEDICAID ☐ Lab Card/Select ☐ OTHER INSURANCE

PRINT PATIENT NAME (LAST, FIRST, MIDDLE): [illegible], Haley

REGISTRATION # (IF APPLICABLE) | DATE OF BIRTH M M D D YEAR | SEX
PATIENT SOCIAL SECURITY # | OFFICE / PATIENT ID #
ROOM # | LAB REFERENCE # | PATIENT PHONE # ( )
PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT
PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT # KEY #
CITY | STATE | ZIP

**DID YOU REMEMBER...**
TO INCLUDE DIAGNOSIS CODE(S)?
TO REQUEST OR MARK TEST(S)?
TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?
TO CHECK "BILL TO" BOX ABOVE?
(CL0091)

DATE COLLECTED | TIME : ☐ AM ☐ PM | TOTAL VOLUME ML HR | ☐ Fasting ☐ Non Fasting

UPIN ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)
1639330335 GOUIN,LAUREN

☐ ADDIT'L PHYS.: Dr. NPI/UPIN
NON-PHYSICIAN PROVIDER: NAME I.D. #
☐ Fax Results to: ( )
Send Duplicate Report to: Client # OR NAME: ADDRESS: CITY: STATE ZIP

**INSURANCE**
Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other | Patient is ☐ Subscriber ☐ Spouse ☐ Other Dependent
Insurance Company Name
Insurance Member ID # Group #
Insurance Address
Medicare/Medicaid #
Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other | Patient is ☐ Subscriber ☐ Spouse ☐ Other Dependent
Insurance Company Name
Insurance Member ID # Group #
Insurance Address
Medicare/Medicaid #

Medicare Limited Coverage Tests: ⊕ = May not be covered for the reported diagnosis; F = Has prescribed frequency rules for coverage; & = A test or service performed with research/experimental kit; B = Has both diagnosis and frequency related coverage limitations. Provide signed ABN when necessary

ICD9 Codes (enter all that apply)
V70.0 | 780.79

ORGAN / DISEASE PANELS | OTHER TESTS (continued) | HEMATOLOGY | OTHER TESTS | MICROBIOLOGY | Stool Pathogens

[illegible]

ADDITIONAL TESTS (INCLUDE COMPLETE TEST NAME AND ORDER CODE) Reflex tests are performed at an additional charge.

BUN/Cr urine, Hg, Cadmium, lead, arsenium

QUALC?

COMMENTS, CLINICAL INFORMATION

TOTAL TESTS ORDERED

Physician's Signature (Required for PA, WV, NJ, MA & CT) For any patient of any payer (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.



## Quest Diagnostics

|  |  |  |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| CLIENT SERVICE 1-866-697-8378 | SPEARS,HALEY | |
| | | SUPERVISING PHYSICIAN |
| | **DOB:** REDACTED REDACTED **AGE:** 32 | ZAGAR,DARIO |
| SPECIMEN INFORMATION | **GENDER:** F **FASTING:** U | |
| **SPECIMEN:** WC020178F | | **CLIENT INFORMATION** |
| **REQUISITION:** 6452831 | **ID:** | NB22103203          60010000 |
| | **PHONE:** 860.930.0887 | ASSOCIATED NEUROLOGISTS |
| | | 75 KINGS HWY |
| | | FAIRFIELD, CT 06825-4823 |

**COLLECTED:** 12/15/2009   12:15 ET
**RECEIVED:** 12/16/2009   02:36 ET
**REPORTED:** 12/16/2009   06:51 ET          **PROVIDER:**
                                             BAXLEM MD

**COMMENTS:** GOUIN LAUREN,   PHCS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 86 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 21 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.83 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.0    L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.2    L | 35.0-45.0 % | |
| MCV | 86.7 | | 80.0-100.0 fL | |
| MCH | 28.7 | | 27.0-33.0 pg | |
| MCHC | 33.1 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 275 | | 140-400 Thousand/uL | |

uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved, 10-17979.  2/AL

USFFS
12/16/09 06:16 81887821 1/3

Liberty004330

DEC. 16. 2009  3:08PM    PHC    PECIALTY  860-632-3696

RECEIVED  12/16/2009  03:09       7H302150007
NO. 7013   P. 3/3


Quest
Diagnostics®

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | **PATIENT INFORMATION** SPEARS,HALEY | **REPORT STATUS FINAL REPRINT** |
| COLLECTED:   12/15/2009   12:15 ET | **DOB:** REDACTED **AGE:** 32 | **SUPERVISING PHYSICIAN** ZAGAR,DARIO |
| REPORTED:   12/16/2009   06:51 ET | **GENDER:** F **FASTING:** U | |
| | | **PROVIDER:** BAXLEM MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1526 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2210 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 563 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 171 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 33.9 | | % | |
| LYMPHOCYTES | 49.1 | | % | |
| MONOCYTES | 12.5 | | % | |
| EOSINOPHILS | 3.8 | | % | |
| BASOPHILS | 0.7 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093125

SPEARS,HALEY - WC020178F

Page 2 - End of Report

uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-57APR. 2/01

12/16/09  03:16  01337121  2/3

Liberty004331

7H302150007

DEC. 16. 2009  3:08PM    PHO━PECIALTY  860-632-3696    RECEIVED  12/16/2009  03:09    NO. 7019  P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home
Care Services Inc.**

Bernard Replen MD 212-799-2377
Kristin Gianulniro 860-979-0056
Lauren Gowin NP 860-877-7957
                  860-649-6951
Saul copy weekly to potions *



To: Dr. Zagar                    From: PHCS Pharmacy

Fax: 1-203-333-3937              Pages:

Phone:                          Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

◆Comments:

_____

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

RECEIVED 12/16/2009  03:09

7H302150007

DEC. 16. 2009  3:08PM    PHC    PECIALTY  860-632-3696      NO. 7013    P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738    Fax: 860-829-4244

**Professional Home Care Services Inc.**

# Fax

Bernard Revlon MD 212-799-2377
Kristen Gianniniro 860-979-0056
Lauren Gowin NP ~~860-871-7777~~
860-649-6951
Send copy weekly to patient **

| | | |
|---|---|---|
| To: Dr. Zagar | From: PHCS Pharmacy |
| Fax: 1-203-333-3937 | Pages: |
| Phone: | Date: |
| Re: Patient lab results on: Spears, Haley | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004333

RECEIVED 12/08/200  23:36     7H302150007

DEC. 9.2009 11:36AM   P.   ,PL .ALTY  860-632-3696              '0.6809   P. 2/3

 **Quest Diagnostics**

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INCORPORATED** | **PATIENT INFORMATION**<br>SPEARS,HALEY | **REPORT STATUS FAX COPY** |
| **CLIENT SERVICE 1-866-697-8378** | **DOB:** REDACTED **AGE:** 32<br>**GENDER:** F **FASTING:** U | **ORDERING PHYSICIAN**<br>ZAGAR,DARIO |
| **SPECIMEN INFORMATION**<br>**SPECIMEN:** WC894394E<br>**REQUISITION:** 6337044 | **ID:**<br>**PHONE:** 860.645.9997 | **CLIENT INFORMATION**         60010000<br>NZZ2103203<br>ASSOCIATED NEUROLOGISTS<br>75 KINGS HWY<br>FAIRFIELD, CT 06825-4823 |

**COLLECTED:** 12/08/2009   15:20 ET
**RECEIVED:** 12/09/2009   02:22 ET
**REPORTED:** 12/09/2009   10:07 ET

---

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 68 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.65 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15  L | 21-33 mmol/L | |
| | | | VERIFIED BY REPEAT ANALYSIS | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | | 2.1  L | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4  L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2  L | 35.0-45.0 % | |
| MCV | 87.2 | | 80.0-100.0 fL | |
| MCH | 29.1 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | 11.0-15.0 % | |

SPEARS,HALEY - WC894394E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-8PAP8. 7/01

12/09/01  18:11  0184225  1/3

Liberty004334

DEC. 9. 2009 11:36AM     P   SF. ALTY  860-632-3696     RECEIVED  12/08/20[    23:36     [0.6809   P. 3/3

7H302150007



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  12/08/2009   15:20 ET
REPORTED:   12/09/2009   10:07 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
ZAGAR.DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1793 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1835 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 403 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 147 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 21 | | 0-200 cells/uL | |
| NEUTROPHILS | 42.7 | | % | |
| LYMPHOCYTES | 43.7 | | % | |
| MONOCYTES | 9.6 | | % | |
| EOSINOPHILS | 3.5 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

SPEARS.HALEY - WC894394E

Page 2 ~ End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 29-DFWP1.  7/01

12/09/09  18:11  01894225   2/1

Liberty004335

RECEIVED 12/08/20?  23:36    7H302150007
DEC. 9. 2009 1?:36AM   P.  ?PE.ALTY  860-632-3696    ?.6809   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL  CT  06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Berard Reylan MD 212-799-2377
Kristen Wanninid 860-979-0056
Lauren Govin NP ~~860-571-7852~~
860-649-6951
Send copy weekly to patient ✱

To: Dr. Zagar                    From:  PHCS Pharmacy
Fax: 1-203-333-3937              Pages:
Phone:                           Date:
Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004336

DEC. 2. 2009 11:33AM    PI    SPECIALTY  860-632-3696

RECEIVED  12/01/2009  23:33    7H302150007
NO. 6557  P. 2/3

| | | | | | |
|---|---|---|---|---|---|

PATIENT INFORMATION
**SPEARS, HALEY**

REPORT STATUS   **Final**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

DOB: REDACTED      Age: 32
GENDER: F     Fasting: U

ORDERING PHYSICIAN
**ZAGAR, DARIO**
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

SPECIMEN INFORMATION
SPECIMEN:   WC759212E
REQUISITION: 6217477
LAB REF NO:

PHONE: 8609300887

COLLECTED:  12/01/2009    13:00
RECEIVED:   12/02/2009    01:52
REPORTED:   12/02/2009    06:49

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS | | |
| | | 75 KINGS HWY | | |
| | | FAIRFIELD, CT 06825-4823 | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 17 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 40 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.42 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.2 | | 35.0-45.0 % | |
| MCV | 86.4 | | 80.0-100.0 fL | |
| MCH | 28.8 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 289 | | 140-400 Thousand/uL | |
| MPV | 9.0 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3003 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2904 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC759212E

Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 12/02/08 at 07:04am.

Liberty004337

| PATIENT INFORMATION | REPORT STATUS   Final |
|---|---|
| **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED  7    Age: 32
GENDER: F      Fasting: U

ORDERING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:  12/01/2009   13:00
REPORTED:   12/02/2009   06:49

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 831 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 320 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 43 | | 0-200 cells/uL | |
| NEUTROPHILS | 42.3 | | % | |
| LYMPHOCYTES | 40.9 | | % | |
| MONOCYTES | 11.7 | | % | |
| EOSINOPHILS | 4.5 | | % | |
| BASOPHILS | 0.6 | | % | |

**Performing Laboratory Information:**

QWA  Quest Diagnostics, LLC-Wallingford CT 0091 3 Sterling Dr Wallingford CT 06492 Laboratory Director: Meena Singh M.D.

SPEARS, HALEY - WC759212E

Page 2 - End of Report

Printed by Care360 AutoReceive on 12/02/09 at 07:04am.

Liberty004338

RECEIVED 12/01/2009 23:33     7H30215O007

DEC. 2.2009 11:33AM   P'   SPECIALTY  860-632-3696     NO. 6557   P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Roelen MD 212-799-2377
Kristen Gianniviento 860-979-0056
Lauren Corrin NP 860-649-6951
Send copy weekly to patient's

To: Dr. Zagar          From: PHCS Pharmacy

Fax: 1-203-333-3937     Pages:

Phone:                  Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

RECEIVED  11/24/2009  23:56          7H302150007

NOV. 25. 2009 11:56AM    ? . SPECIALTY  860-632-3696          NO. 6468 —P. 2/3

| PATIENT INFORMATION | REPORT STATUS   Final |
| SPEARS, HALEY | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

SPECIMEN INFORMATION
SPECIMEN:    WC663256E
REQUISITION: 6148820
LAB REF NO:

DOB: REDACTED        Age: 32
GENDER: F      Fasting: U

PHONE: 8609300887

ORDERING PHYSICIAN
ZAGAR, DARIO
CLIENT INFORMATION
22200645
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED: 11/24/2009    12:45
RECEIVED:  11/25/2009    01:27
REPORTED:  11/25/2009    06:54

RAXLEN MD/G. LAUREN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS | | |
| | | 75 KINGS HWY | | |
| | | FAIRFIELD, CT 06825-4823 | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | |
| | | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 umol/L | |
| CARBON DIOXIDE | | 20 L | 21-33 mmol/L | |
| CALCIUM | | 8.4 L | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.88 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.5 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.4 L | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 250 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1732 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2480 | | 850-3900 cells/uL | |

Liberty004340

| PATIENT INFORMATION | | | REPORT STATUS   **Final** | |
|---|---|---|---|---|
| **SPEARS, HALEY** | | | | |

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:  11/24/2009   12:45
REPORTED:   11/25/2009   06:54

DOB: REDACTED     Age: 32
GENDER: F     Fasting: J

**RAXLEN MD/G.LAUREN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 624 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 328 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 33.3 | | % | |
| LYMPHOCYTES | 47.7 | | % | |
| MONOCYTES | 12.0 | | % | |
| EOSINOPHILS | 6.3 | | % | |
| BASOPHILS | 0.7 | | % | |

Performing Laboratory Information:

QWA   Quest Diagnostics, LLC Wallingford CL 0C9: 3 Stalling Dr Wallingford CT 06492 Laboratory Director: Meena Singh M.D.

Printed by Care360 AutoReceive on 11/25/09 at 07:15am.

Liberty004341

NOV. 12. 2009 10:52AM   P.   SPECIALTY   860-632-3696

RECEIVED  11/11/2009  22:52

7H302150007

NO. 5947   P. 2/3

 **Quest Diagnostics**

**QUEST DIAGNOSTICS INCORPORATED**
**CLIENT SERVICE 1-866-697-8378**

SPECIMEN INFORMATION
SPECIMEN:     WC428241E
REQUISITION: 5943634

COLLECTED:  11/11/2009   17:30 ET
RECEIVED:   11/11/2009   21:57 ET
REPORTED:   11/12/2009   08:31 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: N

ID:
PHONE:

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
DARIO LAGAR MD

CLIENT INFORMATION
NE22100001              69690200
THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD, CT 06492

COMMENTS: ALSO FAX 8606775406

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.63 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 15     L | 21-33 mmol/L | |
| | | | VERIFIED BY REPEAT ANALYSIS | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 7.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.87 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.4     L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2     L | 35.0-45.0 % | |
| MCV | 88.2 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |

SPEARS, HALEY - WC428241E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. MI-1740. 7/01
06-143
11/12/09 01:41 0372259  1/3

Liberty004342

NOV. 12. 2009 10:52AM    P.   SPECIALTY 860-632-3696

RECEIVED 11/11/2009  22:52     7H302150007
NO. 5947   P. 3/3

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  11/11/2009   17:30 ET
REPORTED:   11/12/2009   08:31 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: N

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
DARIO LAGAR MD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 280 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 4375 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1841 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 616 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 126 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 62.5 | | % | |
| LYMPHOCYTES | 26.3 | | % | |
| MONOCYTES | 8.8 | | % | |
| EOSINOPHILS | 1.8 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH. MD. CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        DARIO LAGAR MD
                                         45 KINGS HIGHWAY CUTOFF
                                         FAIRFIELD.CT 06840

SPEARS.HALEY - WC42B241E                          Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DB-0242, 7/01

Liberty004343

7H302150007

**PHONE CALL**

FOR T [crossed out]

M. Haley Spears

OF ✗ 800 930-0887

PHONE/MOBILE 800 308-2050 FAX

MESSAGE
Needs CPT codes
Bloodwork. metal
testing

SIGNED: JM

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [✗] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

DATE 12-3   TIME ____ A.M./P.M.

3. cCm

.2

no CPT codes

can't find lab
that does
this testing &
bills insurance

test is ~ $55

DMSA

**Quest Diagnostics**

31886-0   5932711-3

ECTICUT NATURAL HEALTH
REN GOUIN, M.D.
MAIN ST
CHESTER, CT 06042-3536

-649-6944

**BILL TO:**
- [ ] MY ACCOUNT
- [ ] PATIENT
- [ ] MEDICARE
- [ ] RAILROAD MEDICARE
- [ ] MEDICAID
- [ ] Lab Card/Select
- [ ] OTHER INSURANCE

PRINT PATIENT NAME (LAST, FIRST, MIDDLE)   7H302150007

Dora S. Naley

REGISTRATION #   PLIC(ABLE)   DATE OF BIRTH   M M   D D   YEAR   SEX

PATIENT SOCIAL SECURITY #   OFFICE / PATIENT ID #

ROOM #   LAB REFERENCE #   PATIENT PHONE #
(   )

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #   KEY #

CITY   STATE   ZIP

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

(CL0091)

Primary Insurance  [ ] Medicare  [ ] Medicaid  [ ] Other

Patient Is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

Secondary Insurance  [ ] Medicare  [ ] Medicaid  [ ] Other

Patient Is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

Insurance Company Name

Insurance Member ID #   Group #

Insurance Address

Medicare/Medicaid #

ECTED   TIME  [ ] AM  [ ] PM   TOTAL VOL/HRS. ____ ML ____ HR  [ ] Fasting  [ ] Non Fasting

ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

7330335 GOUIN,LAUREN

_PHYS.: Dr.   NPI/UPIN# | | | | | | |

ICIAN   NAME   I.D. #
IDER:

esults to: (   )
Client # OR NAME:
ADDRESS:
CITY:   STATE   ZIP

**Medicare Limited Coverage Tests**
@= May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
A = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

**Provide signed ABN when necessary**

**ICD9 Codes (enter all that apply)**

V70.0   780.79

| GAN / DISEASE PANELS | OTHER TESTS (continued) | | | | |
|---|---|---|---|---|---|
| [ ] ELECTROLYTE PANEL (Na, K, Cl, CO2) S | 795 [ ] ANTIBODY SCR, RBC W/REFLEX ID L | @ 571 [ ] IRON, TOTAL S | B 866 [ ] T-4 (THYROXINE), FREE S | | |
| [ ] HEPATIC FUNCTION PANEL (Alb, TBill, DBill, AP, AST, ALT,TP) S | 822 [ ] AST (SGOT) S | 593 [ ] LDH S | 6448 [ ] UA, DIPSTICK ONLY U | | |
| [ ] BASIC METABOLIC PANEL w/eGFR S (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | 265 [ ] BILIRUBIN, DIRECT (DBili) S | 599 [ ] LEAD (B) Patient Race ___TN | 7905 [ ] UA, DIPSTICK W/REFLEX TO MICROSCOPIC U | | |
| [ ] COMP METABOLIC PANEL w/eGFR S (Na, K, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | 287 [ ] BILIRUBIN, TOTAL (TBili) S | 815 [ ] LH S | 5463 [ ] UA, COMPLETE (DIPSTICK & MICROSCOPIC) U | | |
| [ ] LIPID PANEL (Fasting Specimen) S (TChol, Trig, HDL, calc LDL) | 4420 [ ] C-REACTIVE PROTEIN S | 613 [ ] LITHIUM S | 3020 [ ] UA, COMPLETE, REFLEX TO CULTURE U | | |
| [ ] LIPID PANEL W/REFLEX DLDL S (TChol, Trig, HDL, calc LDL, or DLDL when Trig >400) | @ 29256 [ ] CA 125 S | @ 622 [ ] MAGNESIUM S | 294 [ ] UREA NITROGEN (BUN) S | | |
| [ ] OBSTETRIC PANEL W/REFLEX 2LS (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | 303 [ ] CALCIUM (Ca) S | 6517 [ ] MICROALBUMIN, RANDOM URINE W/CREAT S | 905 [ ] URIC ACID S | | |
| [ ] HEPATITIS PANEL, ACUTE W/REFLEX S (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) | 310 [ ] CARBON DIOXIDE (CO2) S | 4555 [ ] MICROALBUMIN, 24 HOUR URINE, W/O CREAT S | 918 [ ] VALPROIC ACID SR | | |
| **HEMATOLOGY** | @ 10124 [ ] CARDIO CRP S | OCC BLD, FECES - GUAIAC | 7065 [ ] VITAMIN B12/FOLIC ACID S | | |
| [ ] HEMOGLOBIN L | B 978 [ ] CEA S | B 35301 [ ] DX   B 35306 [ ] MCR SCR | 927 [ ] VITAMIN B12 S | | |
| [ ] HEMATOCRIT L | 330 [ ] CHLORIDE (Cl) S | OCC BLD, FECES - FIT, InVure* | **MICROBIOLOGY** | | |
| [ ] CBC (Hgb, Hct, RBC, WBC, Plt) L | B 334 [ ] CHOLESTEROL, TOTAL (TChol) S | F 11290 [ ] DX   B 11293 [ ] MCR SCR | SOURCE (REQUIRED) | | |
| [ ] CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff) L | 376 [ ] CREATININE (Cr) w/eGFR S | 713 [ ] PHENYTOIN SR | 4485 [ ] CULTURE, GP. A STREP* | | |
| [ ] PT W/TH INR B | @ 418 [ ] DIGOXIN SR | 718 [ ] PHOSPHORUS S | 5617 [ ] CULTURE, GP. B STREP* | | |
| [ ] PTT, ACTIVATED B | B 8293 [ ] DIRECT LDL S | 733 [ ] POTASSIUM (K) S | 4558 [ ] CULTURE, GENITAL* | | |
| **OTHER TESTS** | @ 457 [ ] FERRITIN S | 748 [ ] PROGESTERONE S | 394 [ ] CULTURE, THROAT* | | |
| [ ] ABO GROUP & RHTYPE L | 456 [ ] FOLIC ACID S | 746 [ ] PROLACTIN S | @ 395 [ ] CULTURE, URINE, ROUTINE* (INC. W/DWELLING CATH.) | | |
| [ ] ALBUMIN (Alb) S | 470 [ ] FSH S | 754 [ ] PROTEIN, TOTAL (TP) S | 8502 [ ] CHLAMYDIA DNA PROBE, ENDOCX OR M/URET | | |
| [ ] ALKALINE PHOSPHATASE (AP) S | B 482 [ ] GGT S | B 5363 [ ] PSA, TOTAL S | 8501 [ ] N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M/URET | | |
| [ ] ALT (SGPT) S | 8477 [ ] GLUCOSE, GEST. SCR. GY | 4418 [ ] RHEUMATOID FACTOR S | 6919 [ ] CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M/URET | | |
| [ ] AMYLASE S | B 484 [ ] GLUCOSE, PLASMA GY | 799 [ ] RPR (MONITORING) W/REFLEX TITER S | **Amplified Specimen Type (please check one)** | | |
| [ ] ANA W/REFLEX TITER S | B 483 [ ] GLUCOSE, SERUM (Glu) S | 36126 [ ] RPR (DX) W/REFLEX CONFIRM FTA S | [ ] Endocervical  [ ] Urethral  [ ] Urine | | |
| | 8435 [ ] HCG, SERUM, QUAL S | 802 [ ] RUBELLA IGG AB S | 17303 [ ] Chlamydia DNA, SDA | | |
| | B 8396 [ ] HCG, SERUM, QUANT S | B 809 [ ] SED RATE BY MOD WEST L | 17304 [ ] N. gonorrhoeae (GC) DNA, SDA | | |
| | B 608 [ ] HDL S | 836 [ ] SODIUM (Na) S | 17305 [ ] Chlamydia & N.gonorrhoeae DNA, SDA | | |
| | B 496 [ ] HEMOGLOBIN A1C L | 873 [ ] TESTOSTERONE, TOTAL S | **Stool Pathogens** | | |
| | @ 512 [ ] HEP A AB, IGM S | B 896 [ ] TRIGLYCERIDES (Trig) S | 10045 [ ] CULTURE, STOOL (SALMONELLA / SHIGELLA/ CAMPYLOBACTER) | | |
| | @ 4848 [ ] HEP B CORE AB, IGM S | B 899 [ ] TSH S | 4475 [ ] CULTURE, CAMPYLOBACTER* | | |
| | @ 499 [ ] HEP B SURFACE AB QUAL S | B 36127 [ ] TSH W/REFLEX T-4, FREE S | 10019 [ ] CULTURE, SALMONELLA/SHIGELLA* | | |
| | @ 493 [ ] HEP B SURFACE AG W/REFLEX CONFIRM S | 659 [ ] T-3, TOTAL S | 30254 [ ] E. COLI SHIGA TOXINS, EIA | | |
| | @ 8472 [ ] HEP C VIRUS AB S | B 861 [ ] T-3 UPTAKE S | 681 [ ] O & P W/PERMANENT STAIN | | |
| | B 19728 [ ] HIV-1/HIV-2 SCR W/REFLEXES (Consent on file w/provider pursuant to CT Public Act 89-246 and MA regulation 105 CMR 180.20 (e).) | B 867 [ ] T-4 (THYROXINE), TOTAL S | * Additional charge for ID and susceptibilities | | |
| | @ 7573 [ ] IRON (TIOT), IBC % SAT S | | | | |

Medicare (Required for PA, NY, NJ, MA & CT) For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Reflex tests are performed at an additional charge.

QUAL62

JN|cr   urine, Hg, Cadmium, lead, arsenium

S. CLINICAL INFORMATION:

TOTAL TESTS ORDERED

Liberty004345

**Quest Diagnostics**

7H302150007

**BILL TO:**
- [ ] MY ACCOUNT
- [ ] PATIENT
- [ ] MEDICARE
- [ ] RAILROAD MEDICARE
- [ ] MEDICAID
- [ ] Lab Card/Select
- [ ] OTHER INSURANCE

REGISTRATION #   PLICABLE    DATE OF BIRTH   M M  D D  YEAR   SEX

PATIENT SOCIAL SECURITY #          OFFICE / PATIENT ID #

1866-0   5993711-3

ROOM #   LAB REFERENCE #    PATIENT PHONE #
(   )

**DID YOU REMEMBER...**

**TO INCLUDE DIAGNOSIS CODE(S)?**

**TO REQUEST OR MARKTEST(S)?**

**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**

**TO CHECK "BILL TO" BOX ABOVE?**

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #   KEY #

CITY          STATE  ZIP

(CL0091)  Primary Insurance  [ ] Medicare  [ ] Medicaid  [ ] Other   Patient Is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

Insurance Company Name _____

Insurance Member/ID # _____ Group # _____

Insurance Address _____

Medicare/Medicaid # _____

Secondary Insurance  [ ] Medicare  [ ] Medicaid  [ ] Other   Patient Is:
- [ ] Subscriber
- [ ] Spouse
- [ ] Other Dependent

Insurance Company Name _____

Insurance Member/ID # _____ Group # _____

Insurance Address _____

Medicare/Medicaid # _____

| | TIME | [ ] AM [ ] PM | TOTAL VOL/HRS. ___ ML ___ HR | [ ] Fasting  [ ] Non Fasting |
|---|---|---|---|---|

DERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

PHYS: Dr. _____  NPI/UPIN |_|_|_|_|_|_|
NAME
ER:            I.D. #

ults to: (   )

ent # OR NAME: _____
DDRESS: _____
TY: _____ STATE ___ ZIP ___

**Medicare Limited Coverage Tests**
@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

**Provide signed ABN when necessary**

**ICD9 Codes (enter all that apply)**

V 70.0   580.79

| AN / DISEASE PANELS | | OTHER TESTS (continued) | | | B 866 | | T4 (THYROXINE), FREE | S |
|---|---|---|---|---|---|---|---|---|
| [ ] ELECTROLYTE PANEL (Na, K, Cl, CO2) | S | 795 | ANTIBODY SCR, RBC W/REFLEX ID | L | 6448 | [ ] UA, DIPSTICK ONLY | | U |
| [ ] HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) | S | 822 | AST (SGOT) | S | 7909 | [ ] UA, DIPSTICK W/REFLEX TO MICROSCOPIC | | U |
| [ ] BASIC METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | S | 285 | BILIRUBIN, DIRECT (DBili) | S | 5463 | [ ] UA, COMPLETE (DIPSTICK & MICROSCOPIC) | | U |
| | | 297 | BILIRUBIN, TOTAL (TBili) | S | 3020 | [ ] UA, COMPLETE, REFLEX TO CULTURE | | |
| | | 4420 | C-REACTIVE PROTEIN | S | 294 | [ ] UREA NITROGEN (BUN) | | S |
| [ ] COMP METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | S | @ 29250 | CA 125 | S | 905 | [ ] URIC ACID | | S |
| | | 303 | CALCIUM (Ca) | S | 916 | [ ] VALPROIC ACID | | SR |
| | | 310 | CARBON DIOXIDE (CO2) | S | 7065 | [ ] VITAMIN B12/FOLIC ACID | | S |
| [ ] LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) | S | @ 10124 | CARDIO CRP | S | 927 | [ ] VITAMIN B12 | | S |
| | | B 978 | CEA | S | | **MICROBIOLOGY** | | |
| [ ] LIPID PANEL W/REFLEX LDL/BL (TChol, Trig, HDL, calc LDL or QLDL when Trig>400) | S | 330 | CHLORIDE (Cl) | S | | | | |
| | | B 334 | CHOLESTEROL, TOTAL (TChol) | S | | SOURCE (REQUIRED) | | |
| [ ] OBSTETRIC PANEL W/REFLEX 2LS (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | S | 375 | CREATININE (Cr) w/eGFR | S | 4485 | [ ] CULTURE, GR. A STREP* | | |
| | | @ 418 | CKBOXIN | SR | 5617 | [ ] CULTURE, GR. B STREP* | | |
| | | B 8293 | DIRECT LDL | S | 4558 | [ ] CULTURE, GENITAL* | | |
| [ ] HEPATITIS PANEL, ACUTE W/REFLEX S (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) | S | @ 457 | FERRITIN | S | 394 | [ ] CULTURE, THROAT* | | |
| | | 466 | FOLIC ACID | S | @ 395 | [ ] CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH) | | |
| | | 670 | FSH | S | 8502 | [ ] CHLAMYDIA DNA PROBE, ENDOCX OR M/URET | | |
| | | B 482 | GGT | S | 8501 | [ ] N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M/URET | | |
| **HEMATOLOGY** | | @ 499 | HEP B SURFACE AB QUAL | S | 6919 | [ ] CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M/URET | | |
| [ ] HEMOGLOBIN | L | @ 498 | HEP B SURFACE AB W/REFLEX CONFIRM | S | | | | |
| [ ] HEMATOCRIT | L | @ 8472 | HEP C VIRUS AB | S | | Amplified Specimen Type (please check one) | | |
| [ ] CBC (Hgb, Hct, RBC, WBC, Plt) | L | B 19728 | NN-H4V-2 SCR W/REFLEXES | | | [ ] Endocervical  [ ] Urethral  [ ] Urine | | |
| [ ] CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff) | L | | (Consent on file w/provider pursuant to CT Public Act 89-348 and MA regulation 105 CMR 180.01 (c)) | | 17303 | [ ] Chlamydia DNA, SDA | | |
| [ ] PT WITH INR | B | @ 7573 | IRON (TOT), IBC % SAT | S | 17304 | [ ] N. gonorrhoea (GC) DNA, SDA | | |
| [ ] PTT, ACTIVATED | B | | | | 17305 | [ ] Chlamydia & N.gonorrhoea DNA, SDA | | |
| **OTHER TESTS** | | @ 571 | [ ] IRON, TOTAL | S | | | | |
| [ ] ABO GROUP & Rh TYPE | L | 593 | [ ] LDH | S | | **Stool Pathogens** | | |
| [ ] ALBUMIN (Alb) | S | 599 | [ ] LEAD (B) Patient Race ___ TN | | 10045 | [ ] CULTURE, STOOL, SALMONELLA/ SHIGELLA* | (CAMPYLOBACTER) SALMONELLA |
| [ ] ALKALINE PHOSPHATASE (AP) | S | 615 | [ ] LH | S | 4475 | [ ] CULTURE, CAMPYLOBACTER* | |
| [ ] ALT (SGPT) | S | 613 | [ ] LITHIUM | S | 10019 | [ ] CULTURE, SALMONELLA/SHIGELLA* | |
| [ ] AMYLASE | S | @ 622 | [ ] MAGNESIUM | S | 30254 | [ ] E. COLI SHIGA TOXINS, EIA | |
| [ ] ANA W/REFLEX TITER | S | 6517 | [ ] MICROALBUMIN, RANDOM URINE W/CREAT | S | 681 | [ ] O & P W/PERMANENT STAIN | |

795 ANTIBODY SCR, RBC W/REFLEX ID ... (continued above)

@ 571 [ ] IRON, TOTAL  S
593 [ ] LDH  S
599 [ ] LEAD (B) Patient Race ___ TN
615 [ ] LH  S
613 [ ] LITHIUM  S
@ 622 [ ] MAGNESIUM  S
6517 [ ] MICROALBUMIN, RANDOM URINE W/CREAT  S
4555 [ ] MICROALBUMIN, 24 HOUR URINE, W/O CREAT  S

OCC BLD, FECES - GUAIAC
B 35301 [ ] DX    B 35306 [ ] MCR SCR
OCC BLD, FECES - FIT, InSure*
F 11290 [ ] DX    B 11293 [ ] MCR SCR

713 [ ] PHENYTOIN  SR
718 [ ] PHOSPHORUS  S
733 [ ] POTASSIUM (K)  S
745 [ ] PROGESTERONE  S
748 [ ] PROLACTIN  S
754 [ ] PROTEIN, TOTAL (TP)  S
B 8583 [ ] PSA, TOTAL  S
4418 [ ] RHEUMATOID FACTOR  S
799 [ ] RPR (MONITORING) W/REFLEX TITER  S
36125 [ ] RPR (DX) W/REFLEX CONFIRM FTA  S
802 [ ] RUBELLA IGG AB  S
B 809 [ ] SED RATE BY MOD WEST  L
835 [ ] SODIUM (Na)  S
873 [ ] TESTOSTERONE, TOTAL  S
B 896 [ ] TRIGLYCERIDES (Trig)  S
B 35127 [ ] TSH W/REFLEX T-4, FREE  S
859 [ ] T3, TOTAL  S
B 861 [ ] T3 UPTAKE  S
B 887 [ ] T4 (THYROXINE), TOTAL  S

**HEMATOLOGY**
8477 GLUCOSE, GEST. SCR.  GY
B 484 GLUCOSE, PLASMA  GY
B 483 GLUCOSE, SERUM (Glu)  S
8435 HCG, SERUM, QUAL  S
B 8396 HCG, SERUM, QUANT  S
B 608 HDL  S
B 496 HEMOGLOBIN A1C  L
@ 512 HEP A AB, IGM  S
@ 4848 HEP B CORE AB, IGM  S

**OTHER TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)**

Reflex tests are performed at an additional charge.

* Additional charge for ID and Susceptibilities
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.
Quest Diagnostics. Copyright © 2010 Quest Diagnostics Incorporated. All rights reserved.
All other tests - ®/ and ™- are the property of their respective owner. Q000254F-OMR, Revised 6/08 SCZX - 00142750.

(handwritten) n)cr   urine, Hg, Cadmium, lead, arsenium   FORLEX

CLINICAL INFORMATION: _____

TOTAL TESTS ORDERED

(Required for PA, NY, NJ, MA & CT)  For any patient of any payor (including Medicare and Medicaid), only order those tests which are medically necessary for the diagnosis and treatment of the patient.

Liberty004346

NOV. 18. 2009 10:57AM   F   ECIALTY  860-632-3696      RECEIVED  11/17/2009  22:57      7H302150007
NO. 6155  P. 2/3

# Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC531254E
REQUISITION: 6030453

COLLECTED:   11/17/2009   11:45 ET
RECEIVED:    11/17/2009   20:50 ET
REPORTED:    11/18/2009   06:54 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
RAXLEN

CLIENT INFORMATION
NE22103203                60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 78 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.67 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20  L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.84 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.3  L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.6  L | 35.0-45.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 269 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC531254E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved, 03-07074.  7/21

NOV. 18. 2009 10:57AM   P₁.   ECIALTY  860-632-3696   RECEIVED  11/17/2009  22:57   7H302150007
NO. 6155   P. 3/3

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

✓ COLLECTED: 11/17/2009   11:45 ET
REPORTED: 11/18/2009   06:54 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 32
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 1509 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2327 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 555 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 268 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 32.1 | | % | |
| LYMPHOCYTES | 49.5 | | % | |
| MONOCYTES | 11.8 | | % | |
| EOSINOPHILS | 5.7 | | % | |
| BASOPHILS | 0.9 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
             Queued to:  (212) 799-2377
             Queued to:  (860) 677-5406

DUPLICATE REPORT WILL BE SENT TO:       CCC PROFESSIONAL HOME CARE
                                        104 SEBETHE DR STE 3
                                        CROMWELL, CT 06416-1038

SPEARS, HALEY - WC531264E                          Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. SB-PRM, 7/01

11/18/09  04:24  W553013  2/3

Liberty004348

Diagnostics

☐ MY ACCOUNT
☐ PATIENT
☐ MEDICARE
☐ RAILROAD MEDICARE
☐ MEDICAID
☐ Lab Card/Select
☐ OTHER INSURANCE

REGISTRATION #   JCABLE)   DATE OF BIRTH   M M D D   YEAR   SEX

7H302150007

PATIENT SOCIAL SECURITY #   OFFICE / PATIENT ID #

31886-0   3277908-8

**DID YOU REMEMBER...**
**TO INCLUDE DIAGNOSIS CODE(S)?**
**TO REQUEST OR MARK TEST(S)?**
**TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?**
**TO CHECK "BILL TO" BOX ABOVE?**

ECTICUT NATURAL HEALTH
IH GOUIN, M.D.
ARTFORD TPKE STE D
PK, CT 05066-4847

ROOM #   LAB REFERENCE #   PATIENT PHONE #

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #   KEY #

CITY   STATE   ZIP

:TED   TIME   ☐ AM   ☐ PM   TOTAL VOL/HRS.   ____ ML ____ HR   ☐ Fasting   ☐ Non Fasting

(CL0091)

Primary Insurance ☐ Medicare ☐ Medicaid ☐ Other

Patient Is:
☐ Subscriber
☐ Spouse
☐ Other Dependent

IDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

Insurance Company Name _____
Insurance Member ID # _____ Group # _____
Insurance Address _____

330335 GOUIN, LAUREN

Medicare/Medicaid # _____

Secondary Insurance ☐ Medicare ☐ Medicaid ☐ Other

Patient Is:
☐ Subscriber
☐ Spouse
☐ Other Dependent

Insurance Company Name _____
Insurance Member ID # _____ Group # _____
Insurance Address _____

Medicare/Medicaid # _____

PHYS.: Dr. _____ NPI/UPIN |_____|
NAME _____ I.D.#
ER:

ults to: ( )

ent # OR NAME: _____
DDRESS: _____
TY: _____ STATE ____ ZIP ____

Medicare Limited Coverage Tests

@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.

Provide signed ABN when necessary

**ICD9 CODE(S)** FOR DIAGNOSIS, SYMPTOM OR COMPLAINT (MUST BE PROVIDED)

V70 0   786.79

| AN / DISEASE PANELS | OTHER TESTS (continued) | | @ 571 ☐ IRON, TOTAL | S | B 866 ☐ T4 (THYROXINE), FREE | S |
|---|---|---|---|---|---|---|
| ☐ ELECTROLYTE PANEL   S (Na, K, Cl, CO2) | 795 ☐ ANTIBODY SCR, RBC W/REFLEX ID | L | 593 ☐ LDH | S | 8448 ☐ UA, DIPSTICK ONLY | U |
| ☐ HEPATIC FUNCTION PANEL   S (Alb, TBili, DBili, AP, AST, ALT, TP) | 822 ☐ AST (SGOT) | S | 599 ☐ LEAD (B) Patient Race ___ | TN | 7909 ☐ UA, DIPSTICK W/REFLEX TO MICROSCOPIC | U |
| | 285 ☐ BILIRUBIN, DIRECT (DBili) | S | 615 ☐ LH | S | 5463 ☐ UA, COMPLETE (DIPSTICK & MICROSCOPIC) | U |
| ☐ BASIC METABOLIC PANEL w/eGFR  S (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | 297 ☐ BILIRUBIN, TOTAL (TBili) | S | 613 ☐ LITHIUM | S | 3020 ☐ UA, COMPLETE, REFLEX TO CULTURE | U |
| | 4420 ☐ C-REACTIVE PROTEIN | S | @ 622 ☐ MAGNESIUM | S | 294 ☐ UREA NITROGEN (BUN) | S |
| ☐ COMP METABOLIC PANEL w/eGFR S (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) | @ 29256 ☐ CA 125 | S | 6517 ☐ MICROALBUMIN, RANDOM URINE W/CREAT | S | 905 ☐ URIC ACID | S |
| | 303 ☐ CALCIUM (Ca) | S | 4555 ☐ MICROALBUMIN, 24 HOUR URINE, W/O CREAT | S | 916 ☐ VALPROIC ACID | SR |
| ☐ LIPID PANEL (Fasting Specimen) S (TChol, Trig, HDL, calc LDL) | 310 ☐ CARBON DIOXIDE (CO2) | S | OCC BLD, FECES - GUAIAC | | 7055 ☐ VITAMIN B12/FOLIC ACID | S |
| | B 10124 ☐ CARDIO CRP | S | @ 38301 ☐ DX   F 38306 ☐ MCR SCR | | 927 ☐ VITAMIN B12 | S |
| ☐ LIPID PANEL W/REFLEX DLDL S (TChol, Trig, HDL, calc LDL or DLDL when Trig >400) | B 978 ☐ CEA | S | OCC BLD, FECES - FIT, InSure* | | **MICROBIOLOGY** | |
| | 330 ☐ CHLORIDE (Cl) | S | F 11290 ☐ DX   F 11293 ☐ MCR SCR | | SOURCE (REQUIRED) _____ | |
| ☐ OBSTETRIC PANEL W/REFLEX 2I, S (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | B 334 ☐ CHOLESTEROL, TOTAL (TChol) | S | 713 ☐ PHENYTOIN | SR | 4485 ☐ CULTURE, GP. A STREP* | |
| | 375 ☐ CREATININE (Cr) w/eGFR | S | 718 ☐ PHOSPHORUS | S | 5617 ☐ CULTURE, GP. B STREP* | |
| | @ 418 ☐ DIGOXIN | SR | 733 ☐ POTASSIUM (K) | S | 4558 ☐ CULTURE, GENITAL* | |
| | B 8253 ☐ DIRECT LDL | S | 745 ☐ PROGESTERONE | S | 394 ☐ CULTURE, THROAT* | |
| ☐ HEPATITIS PANEL, ACUTE W/REFLEX S (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) | @ 457 ☐ FERRITIN | S | 748 ☐ PROLACTIN | S | @ 395 ☐ CULTURE, URINE, ROUTINE* | |
| | 466 ☐ FOLIC ACID | B | 754 ☐ PROTEIN, TOTAL (TP) | S | (INC. INDWELLING CATH.) | |
| | 470 ☐ FSH | S | B 5363 ☐ PSA, TOTAL | S | 8502 ☐ CHLAMYDIA DNA PROBE, ENDOCX OR M-URET | |
| | B 482 ☐ GGT | S | 4418 ☐ RHEUMATOID FACTOR | S | 8501 ☐ N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M-URET | |
| **HEMATOLOGY** | B 8477 ☐ GLUCOSE, GEST. SCR. | GY | 799 ☐ RPR (MONITORING) W/REFLEX TITER | S | 6919 ☐ CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M-URET | |
| ☐ HEMOGLOBIN   L | B 484 ☐ GLUCOSE, PLASMA | GY | 38126 ☐ RPR (DX) W/REFLEX CONFIRM FTA | S | Amplified Specimen Type (please check one) | |
| ☐ HEMATOCRIT   L | B 483 ☐ GLUCOSE, SERUM (Glu) | S | 802 ☐ RUBELLA IgG AB | S | ☐ Endocervical   ☐ Urethral   ☐ Urine | |
| ☐ CBC (Hgb, Hct, RBC, WBC, Plt)   L | 8435 ☐ HCG, SERUM, QUAL | S | B 809 ☐ SED RATE BY MOD WEST | L | 17303 ☐ Chlamydia DNA, SDA | |
| ☐ CBC w/DIFF (Hgb, Hct, RBC, WBC, Plt, Diff)   L | B 8396 ☐ HCG, SERUM, QUANT | S | 836 ☐ SODIUM (Na) | S | 17304 ☐ N. gonorrhoeae (GC) DNA, SDA | |
| ☐ PT WITH INR   B | B 608 ☐ HDL | S | 873 ☐ TESTOSTERONE, TOTAL | S | 17305 ☐ Chlamydia & N. gonorrhoeae DNA, SDA | |
| ☐ PTT, ACTIVATED   B | B 490 ☐ HEMOGLOBIN A1C | L | B 896 ☐ TRIGLYCERIDES (Trig) | S | **Stool Pathogens** | CAMPYLOBACTER |
| **OTHER TESTS** | B 512 ☐ HEP A Ab, IGM | S | B 899 ☐ TSH | S | 10045 ☐ CULTURE, STOOL, SALMONELLA/SHIGELLA* | |
| ☐ ABO GROUP & RH TYPE   L | B 4968 ☐ HEP B CORE AB, IGM | S | B 36127 ☐ TSH W/REFLEX T-4, FREE | S | 4475 ☐ CULTURE, CAMPYLOBACTER* | |
| ☐ ALBUMIN (Alb)   S | B 498 ☐ HEP B SURFACE AB ICUAL | S | 859 ☐ T3, TOTAL | S | 10019 ☐ CULTURE, SALMONELLA/SHIGELLA* | |
| ☐ ALKALINE PHOSPHATASE (AP)   S | B 498 ☐ HEP B SURFACE AG W/REFLEX CONFIRM | S | B 861 ☐ T-3 UPTAKE | S | 30264 ☐ E. COLI SHIGA TOXINS, EIA | |
| ☐ ALT (SGPT)   S | B 8472 ☐ HEP C VIRUS AB | S | B 867 ☐ T-4 (THYROXINE), TOTAL | S | 681 ☐ O & P W/PERMANENT STAIN | |
| ☐ AMYLASE   S | @ 19728 ☐ HIV-1/HIV-2 SCR W/REFLEX IS | S | | | * Additional charge for ID and Susceptibilities | |
| ☐ ANA W/REFLEX TITER   S | @ 7573 ☐ IRON (TOT), IBC% SAT | S | | | | |

TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)   Reflex tests are performed at an additional charge.

Ccutisuliam
DHS A-S

QUALG2

Liberty004349

TOTAL TESTS ORDERED

, CLINICAL INFORMATION:

nature is required for PA, NY, NJ, MA & CT   For any patient of any payer (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically necessary for the diagnosis and treatment of the patient.

NOV. 4. 2009  4:08PM          SPECIALTY  860-632-3696   RECEIVED  11/04/  79  04:08     7H302150007
                                                                          NO. 5692   P. 3/3

 **Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED AGE: 32 | RAXLEN,BERNARD |
| GENDER: F FASTING: U | |

COLLECTED:  11/03/2009
REPORTED:  11/04/2009   06:22 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2167 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1546 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 552 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 313 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 23 | | 0-200 cells/uL | |
| NEUTROPHILS | 47.1 | | % | |
| LYMPHOCYTES | 33.6 | | % | |
| MONOCYTES | 12.0 | | % | |
| EOSINOPHILS | 6.8 | | % | |
| BASOPHILS | 0.5 | | % | |

       HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

       Your request to have a duplicate copy faxed has been acknowledged.
              Queued to:  (860) 677-5406


SPEARS,HALEY - WC271539E                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. CB-87603. 7/01
11/04/09 01:11 #14282  1/1

Liberty004350

RECEIVED 11/06/20⁰⁰ 01:48                    7H302150007

 **Quest Diagnostics**®

REDACTED

**REPORT STATUS FINAL REPRINT**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378                              35

**ORDERING PHYSICIAN**
**GOUIN,LAUREN**

GENDER: F

SPECIMEN INFORMATION
SPECIMEN:    WC204060E
REQUISITION: 0000106

ID:    0709197406074
PHONE: 860.432.7416

**CLIENT INFORMATION**
NE22231886                       60010000
CONNECTICUT NATURAL HEALTH
LAUREN GOUIN, N.D.
460 HARTFORD TPKE STE B
VERNON, CT 06066-4847

COLLECTED: 10/30/2009    07:00 ET
RECEIVED:  10/30/2009    16:42 ET
REPORTED:  11/03/2009    06:57 ET

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 9 | | 7-25 mg/dL | |
| CREATININE | | 0.57    L | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 16 | | 6-22 (calc) | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 24 | | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.0 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.8 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 45 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 15 | | 6-40 U/L | |
| MAGNESIUM, RBC | 4.5 | | 4.0-6.4 mg/dL | AMD |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.03 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.2 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.8 | | 35.0-45.0 % | |
| MCV | 96.3 | | 80.0-100.0 fL | |
| MCH | 32.8 | | 27.0-33.0 pg | |
| MCHC | 34.1 | | 32.0-36.0 g/dL | |
| RDW | 13.4 | | 11.0-15.0 % | |
| PLATELET COUNT | 211 | | 140-400 Thousand/uL | |
| MPV | 9.3 | | 7.5-11.5 fL | |

©st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DS-XPAP8. 7/81

005-FOX
11/06/09 12:49 0953347 1/3

Liberty004351

NOV. 4. 2009  4:08PM    P    PECIALTY 860-632-3696    RECEIVED 11/04/2009  04:00    7H302150007



**Quest Diagnostics**

NO. 5692   P. 2/3

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-865-697-8378

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED AGE: 52
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
BAXLEN, BERNARD

SPECIMEN INFORMATION
SPECIMEN:   WC271539E
REQUISITION: 5791424

ID:
PHONE: 860.930.0887

CLIENT INFORMATION
NZZ2170668                  60010000
BERNARD BAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

COLLECTED:  11/03/2009
RECEIVED:   11/03/2009    21:37 ET
REPORTED:   11/04/2009    06:22 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111  H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17  L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.0 | | 35.0-45.0 % | |
| MCV | 87.5 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 239 | | 140-400 Thousand/uL | |
| MPV | 8.9 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC271539E

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-87429. 7/01

11/04/09  04:11 PM#842   1/3

Liberty004352

OCT. 21. 2009 11:18AM     PHOS SPECIALTY   860-632-3696                NO. 5006   P. 3/3

7H302159007

PATIENT INFORMATION          REPORT STATUS   **Final**
**SPEARS, HALEY**

QUEST DIAGNOSTICS INCORPORATED

DOB: REDACTED        Age: 32      ORDERING PHYSICIAN
GENDER: F      Fasting: U        **ZAGAR, DARIO**

COLLECTED:   10/20/2009   13:45
REPORTED:    10/21/2009   07:01                DR. BERNARD RAXLEN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) (Continued) | | | | |
| ABSOLUTE MONOCYTES | 414 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 288 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 36 | | 0-200 cells/uL | |
| NEUTROPHILS | 46.1 | | % | |
| LYMPHOCYTES | 37.5 | | % | |
| MONOCYTES | 9.2 | | % | |
| EOSINOPHILS | 6.4 | | % | |
| BASOPHILS | 0.8 | | % | |

------------------------------------------------------------------

**Performing Laboratory Information:**

QWA   Quest Diagnostics, LLC Wallingford CT 009: 3 Sterling Dr Wallingford CT  06492 Laboratory Director: Meena Singh M.D.

Printed by Care360 AutoReceive on 10/21/09 at 08:28am.

Liberty004353

OCT. 21. 2009 11:18AM   PH^^ SPECIALTY  860-632-3696                    NO. 5006   7H302150007
                                                                                   P. 2/3

PATIENT INFORMATION                    REPORT STATUS   **Final**
**SPEARS, HALEY**

QUEST DIAGNOSTICS INCORPORATED         ORDERING PHYSICIAN
CLIENT SERVICE 866.697.8378            DOB: REDACTED    Age: 32   **ZAGAR, DARIO**
                                       GENDER: F   Fasting: U      CLIENT INFORMATION
SPECIMEN INFORMATION                                               22200645
SPECIMEN:    WC010833E                                             CCC PROFESSIONAL HOME CARE
REQUISITION: 5550949                   PHONE: 8603082050           104 SEBETHE DR STE 3
LAB REF NO:                                                        CROMWELL, CT 06416-1038

COLLECTED:  10/20/2009    13:45
RECEIVED:   10/20/2009    23:27
REPORTED:   10/21/2009    07:01                                    **DR. BERNARD RAXLEN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COPY RECEIVED FROM: | | | | |
| | | ASSOCIATED NEUROLOGISTS | | |
| | | 75 KINGS HWY | | |
| | | FAIRFIELD, CT 06825-4823 | | |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | QWA |
| GLUCOSE | 84 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.80 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | |
| | | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 110 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 18 L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 38 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| **HEMATOCRIT** | | 34.5 L | 35.0-45.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.3 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 292 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2075 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1688 | | 850-3900 cells/uL | |

SPEARS, HALEY - WC010833E                           Page 1 - Continued on Page 2

Printed by Care360 AutoReceive on 10/21/09 at 08:26Am.

Liberty004354

OCT. 14. 2009 10:01AM     PHCS SPECIALTY  860-632-3696                    NO. 4634   7H3022150007
                                                                                      P. 2/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| SPEARS.HALEY | |
| | **SUPERVISING PHYSICIAN** |
| DOB: REDACTED AGE: 32 | ZAGAR.DARIO |
| GENDER: F FASTING: U | |

SPECIMEN INFORMATION
SPECIMEN:    WC8857460
REQUISITION: 5444108

ID:
PHONE: 860.308.2050

**CLIENT INFORMATION**
NE22103203                    60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

COLLECTED:  10/13/2009   16:15 ET
RECEIVED:   10/13/2009   23:53 ET
REPORTED:   10/14/2009   06:48 ET

PROVIDER:
DR.BAXLEN/DR.GOUIN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | THE ABOVE TEST WAS PERFORMED; HOWEVER. | |
| | | | THE SPECIMEN WAS HEMOLYZED. | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | |
| | AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19   L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 35 | | 33-115 U/L | |
| AST | 18 | | 10-30 U/L | |
| ALT | 17 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.70   L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.1   L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 32.9   L | 35.0-45.0 % | |
| MCV | 89.0 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 13.3 | | 11.0-15.0 % | |

SPEARS.HALEY - WC8857460                         Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-47644.  1/01

Liberty004355

OCT. 14. 2009 10:01AM    PHCS SPECIALTY   860-632-3696                    NO. 4634   P. 3/3


Quest
Diagnostics ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   10/13/2009    16:15 ET
REPORTED:    10/14/2009    06:48 ET

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS,HALEY | |
| | SUPERVISING PHYSICIAN |
| DOB: REDACTED AGE: 32 | ZAGAR,DARIO |
| GENDER: F FASTING: U | |
| | PROVIDER: |
| | DR.RAXLEN/DR.GOUIN |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PLATELET COUNT | 241 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2918 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1927 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 570 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 257 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | 0-200 cells/uL | |
| NEUTROPHILS | 51.2 | | % | |
| LYMPHOCYTES | 33.8 | | % | |
| MONOCYTES | 10.0 | | % | |
| EOSINOPHILS | 4.5 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                 Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038



SPEARS,HALEY ~ WC885746D                              Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. MI-32429.  3/01
10/14/09 08:20 8867123  2/3

Liberty004356

OCT. 14. 2009 10:01AM    PHCS SPECIALTY  860-632-3696         NO. 4634  7H302160907 P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL. CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Raskin MD 212-799-2377
Kristin Giannininto 860-979-0056
Lauren Gowin NP 860-649-6951
Send copy weekly to patient

To: Dr. Zagar            From: PHCS Pharmacy

Fax: 1-203-333-3937      Pages:

Phone:                   Date:

Re: Patient Lab results on: Spears, Haley

☐ Urgent   ✗ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

Liberty004357

OCT. 7. 2009 10:16AM    PHCS SPECIALTY  860-632-3696    NO. 4363   P. 2/3

|  |  |  |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION **SPEARS, HALEY** | REPORT STATUS **FINAL   REPRINT** |
| CLIENT SERVICE 1-866-697-8378 |  | ORDERING PHYSICIAN **ZAGAR, DARIO** |

SPECIMEN INFORMATION
SPECIMEN:    WC758016D
REQUISITION: 5310672

DOB: REDACTED   AGE: 31
GENDER:   FASTING: U
ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22200645                    60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

COLLECTED:  10/06/2009   10:15 ET
RECEIVED:   10/06/2009   18:10 ET
REPORTED:   10/07/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC |  |  |  | QWA |
| PANEL W/EGFR |  |  |  |  |
| GLUCOSE | 79 |  | 65-99 mg/dL | |
|  |  |  | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 |  | 7-25 mg/dL | |
| CREATININE | 0.76 |  | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:    0.79-1.33
FEMALE:  0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | | | | |
|---|---|---|---|---|
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 19 | L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 34 | | 33-115 U/L | |
| AST | 16 | | 10-40 U/L | |
| ALT | 16 | | 6-60 U/L | |
| TSH, 3RD GENERATION | 2.22 | | 0.40-4.50 mIU/L | QWA |
| T4, FREE | 0.9 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | 127 | | 97-219 ng/dL | QWA |

EARS, HALEY - WC758016D                    Page 1 - Continued on Page 2

Liberty004358

OCT. 7. 2009 10:16AM   PHCS SPECIALTY  860-632-3696          NO. 4363   P. 3/3

ZH302150007

QUEST DIAGNOSTICS INCORPORATED

**PATIENT INFORMATION**
**SPEARS, HALEY**

DOB: REDACTED    AGE: 31
GENDER:    FASTING: U

| REPORT STATUS | **FINAL** | REPRINT |
|---|---|---|

ORDERING PHYSICIAN
**ZAGAR, DARIO**

LECTED:  10/06/2009   10:15 ET
REPORTED:  10/07/2009   07:48 ET

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.7 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.90 | L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.8 | L | 13.2-15.5 g/dL | |
| HEMATOCRIT | | 34.7 | L | 38.5-45.0 % | |
| MCV | 88.9 | | | 80.0-100.0 fL | |
| MCH | 30.2 | | | 27.0-33.0 pg | |
| MCHC | 34.0 | | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | | 140-400 Thousand/uL | |
| MPV | 8.4 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2109 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2628 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 553 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 382 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | | 0-200 cells/uL | |
| NEUTROPHILS | 37.0 | | | % | |
| LYMPHOCYTES | 46.1 | | | % | |
| MONOCYTES | 9.7 | | | % | |
| EOSINOPHILS | 6.7 | | | % | |
| BASOPHILS | 0.5 | | | % | |

PERFORMING LABORATORY INFORMATION

W1  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492. Laboratory Director:  NEENA SINGH, MD
    CLIA: 07D0093126

ORIGINAL REPORT SENT TO:

ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

SPEARS, HALEY - WC758016D                      Page 2 - End of Report

Liberty004359

OCT. 7. 2009 10:16AM    PHCS SPECIALTY  860-632-3696                          -NO. 4363- -P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Raxlen MD 212-799-2377
Kristm Gianninoto 860-979-0056
Lauren Covin NP ~~860-691-7777~~
                     860-649-6951
Sent copy weekly to portion ✱

**Fax**

| To: Dr. Zagar | From: PHCS Pharmacy |
|---|---|
| Fax: 1-208-333-3937 | Pages: |
| Phone: | Date: |

Re: **Patient lab results on:** Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004360

OCT. 21. 2009 11:19AM    PH** SPECIALTY  860-632-3696          NO. 5006  P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Redlon MD 212-799-2377
Kristin Gianulirto 860-979-0056
Lauren Corvin NP 860-891-7337
860-649-6951
Send copy weekly to portions *

To: Dr. Zagar                 From: PHCS Pharmacy

Fax: 1-203-333-3937           Pages:

Phone:                        Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

---

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004361

SEP. 30. 2009 11:33AM   PHCC SPECIALTY   860-632-3696

NO. 4016   P. 2

| | | |
|---|---|---|
| | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS **FINAL**   REPRINT |
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED   AGE: 31<br>GENDER: F FASTING: U | SUPERVISING PHYSICIAN<br>**ZAGAR, DARIO** |
| SPECIMEN INFORMATION<br>SPECIMEN:   WC641582D<br>REQUISITION: 5192999 | ID:<br>PHONE: 860.930.0887 | CLIENT INFORMATION<br>NE22200645                     60010000<br>CCC PROFESSIONAL HOME CARE<br>104 SEBETHE DR STE 3<br>CROMWELL, CT 06416-1038 |
| COLLECTED:   09/29/2009   11:15 ET<br>RECEIVED:   09/30/2009   02:42 ET<br>REPORTED:   09/30/2009   07:48 ET | | PROVIDER:<br>**DR. RAX LEN** |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 74 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19   L | 21-33 mmol/L | |
| CALCIUM | 9.5 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.9 | | 35.0-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.6 | | 32.0-36.0 g/dL | |
| RDW | 12.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 300 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SARS, HALEY - WC641582D

Page 1 - Continued on Page 2

Liberty004362

SEP. 30. 2009  11:33AM   PHCS SPECIALTY  860-632-3696          NO. 4016   P. 3

| | PATIENT INFORMATION | REPORT STATUS **FINAL**    REPRINT |
|---|---|---|
| | **SPEARS, HALEY** | |

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  09/29/2009    11:15 ET
REPORTED:   09/30/2009    07:48 ET

DOB: REDACTED     AGE: 31
GENDER: F  FASTING: U

SUPERVISING PHYSICIAN
**ZAGAR, DARIO**

PROVIDER:
**DR. RAX LEN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2313 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2335 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 605 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 314 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 41.3 | | % | |
| LYMPHOCYTES | 41.7 | | % | |
| MONOCYTES | 10.8 | | % | |
| EOSINOPHILS | 5.6 | | % | |
| BASOPHILS | 0.6 | | % | |

PERFORMING LABORATORY INFORMATION
WA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
    CLIA: 07D0093126

      Your request to have a duplicate copy faxed has been acknowledged.
                   Queued to:  (860) 829-4244

RIGINAL REPORT SENT TO:                ASSOCIATED NEUROLOGISTS
                                       75 KINGS HWY
                                       FAIRFIELD, CT 06825-4823

SARS, HALEY - WC641582D                      Page 2 - End of Report

Liberty004363

SEP. 23. 2009 11:04AM   PHCS SPECIALTY  860-632-3696                      NO. 3788  7I4302450007 P. 2/3


Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC5137600
REQUISITION: 5084468

COLLECTED:  09/22/2009   14:45 ET
RECEIVED:   09/23/2009   00:50 ET
REPORTED:   09/23/2009   09:49 ET

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED7 AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
RAXLEN, BERNARD

CLIENT INFORMATION
NE22170668                      60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QWA |
| COMPREHENSIVE METABOLIC | | | | |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.70 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16    L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.9    L | 35.0-45.0 % | |
| MCV | 88.6 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 305 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC5137600                      Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-07499   7/91

Liberty004364



SEP. 23. 2009 11:04AM     PHCS SPECIALTY  860-632-3696                    NO. 3788   7H302150007
                                                                                    P. 3/3

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION<br>SPEARS,HALEY | REPORT STATUS FAX COPY |
| DOB: REDACTED AGE: 31<br>GENDER: F FASTING: U | ORDERING PHYSICIAN<br>RAXLEN,BERNARD |

COLLECTED:  09/22/2009   14:45 ET
REPORTED:   09/23/2009   09:49 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2820 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1560 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 25 | | 0-200 cells/uL | |
| NEUTROPHILS | 56.4 | | % | |
| LYMPHOCYTES | 31.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                 Queued to:  (860) 871-7857

SPEARS,HALEY - WC513760D                              Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. Co-XP6PR   7/01

Liberty004365

7H302150007

 **Quest Diagnostics** ®

**QUEST DIAGNOSTICS INCORPORATED**
**CLIENT SERVICE 1-866-697-8378**

**SPECIMEN INFORMATION**
**SPECIMEN:** WC5137600
**REQUISITION:** 5084468

**COLLECTED:** 09/22/2009  14:45 ET
**RECEIVED:** 09/23/2009  00:50 ET
**REPORTED:** 09/23/2009  10:07 ET

**PATIENT INFORMATION**
SPEARS,HALEY

**DOB:** REDACTED **AGE:** 31
**GENDER:** F **FASTING:** U

**ID:**
**PHONE:** 860.308.2050

**REPORT STATUS FAX COPY**

**ORDERING PHYSICIAN**
RAXLEN,BERNARD

**CLIENT INFORMATION**
NEZZ170668                    60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| CREATININE | 0.70 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16      L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.94 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.9     L | 35.0-45.0 % | |
| MCV | 88.6 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 305 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC5137600

Page 1 - Continued on Page 2

st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. HB-EPALM. 7/01

09/23/09  10:08 8716622   1/3

Liberty004366

7H302150007

 **Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   09/22/2009   14:45 ET
REPORTED:    09/23/2009   10:07 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED  AGE: 31
GENDER: F FASTING: U

REPORT STATUS FAX COPY

ORDERING PHYSICIAN
RAXLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2820 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1560 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 25 | | 0-200 cells/uL | |
| NEUTROPHILS | 56.4 | | % | |
| LYMPHOCYTES | 31.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 4.4 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
    Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

SPEARS,HALEY - WC513760D                                    Page 2 - End of Report||

st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 09-0709. 7/01

Liberty004367

SEP. 30. 2009 11:32AM    PHCS SPECIALTY  860-632-3696        NO. 4016    P. 1

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



*Bernard Raplan MD 212-799-2377*
*Kristin Chiavultni 860-979-0056*
*Lauren Gavin NP 860-631-7857 860-649-6951*
*Sand copy weekly to patients*

**Fax**

| To: | N. Zagar | From: | PHCS Pharmacy |
|---|---|---|---|
| Fax: | 1-203-333-3937 | Pages: | |
| Phone: | | Date: | |
| Re: | Patient Lab results on: Spears, Haley | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004368

SEP. 10. 2009 11:43AM     PHC'S SPECIALTY  860-632-3696                    NO. 3329   7HP02050907

**Quest Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS,HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | SUPERVISING PHYSICIAN |
| CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED AGE: 31 | BAXLEN,MD |
| | GENDER: F FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:    WC283415D | ID: | NE22229230           60010000 |
| REQUISITION: 4862458 | PHONE: 860.308.2050 | WHOLE HEALTH ASSOCIATES |
| | | 100 SIMSBURY RD STE 209 |
| | | AVON, CT 06001-3793 |
| COLLECTED:  09/09/2009    12:30 ET | | |
| RECEIVED:   09/10/2009    01:44 ET | | |
| REPORTED:   09/10/2009    07:20 ET | | PROVIDER: |
| | | GOULIN MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 82 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.73 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18    L | 21-33 mmol/L | |
| CALCIUM | 8.8 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31    L | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 18 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.92 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 | | 35.0-45.0 % | |
| MCV | 89.8 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 214 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC283415D                          Page 1 - Continued on Page 2

SI, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. IN-87WPA.  1/01

Liberty004369

SEP. 10. 2009 11:43AM   PHCS SPECIALTY  860-632-3696                    NO. 3329   7B13081/60007

## Quest Diagnostics

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| --- | --- | --- |
| | SPEARS, HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | SUPERVISING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | RAXLEN, MD |
| COLLECTED:  09/09/2009   12:30 ET | GENDER: F FASTING: U | |
| REPORTED:   09/10/2009   07:20 ET | | |
| | | PROVIDER: |
| | | GOULIN MD |

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| ABSOLUTE NEUTROPHILS | 2045 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2270 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 510 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 35 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.9 | | % | |
| LYMPHOCYTES | 45.4 | | % | |
| MONOCYTES | 10.2 | | % | |
| EOSINOPHILS | 2.8 | | % | |
| BASOPHILS | 0.7 | | % | |

   HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

       Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:      CCC PROFESSIONAL HOME CARE
                                       184 SEBETHE DR STE 3
                                       CROMWELL, CT 06416-1038

SPEARS, HALEY ~ WC2834150                          Page 2 - End of Report

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved 08-094TR   1/01

Liberty004370

SEP. 3. 2009 3:31PM '3 SPECIALTY 860-632-3696 NO. 3139 P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738 Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Razlen MD 212-799-2377
Kristin Giannini NP 860-979-0056
Lauren Govin NP 860-871-7857
Send copy weekly reportions ✱

To: Dr. Zagar     From: PHCS Pharmacy

Fax: 1-203-333-3937     Pages:

Phone:     Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

_____

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004371

SEP. 3. 2009  3:31PM    PHOS SPECIALTY  860-632-3696            NO. 3139  7H302150007
                                                                          P. 2/3

| | | |
|---|---|---|
| | PATIENT INFORMATION<br>**SPEARS, HALEY** | REPORT STATUS **FINAL   REPRINT** |
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED   AGE: 31<br>GENDER: F FASTING: U | SUPERVISING PHYSICIAN<br>**RAXLEN** |
| SPECIMEN INFORMATION<br>SPECIMEN:   REDACTED<br>REQUISITION: 4762638 | ID:<br>PHONE: 860.308.2050 | CLIENT INFORMATION<br>NE22200645            60010000<br>CCC PROFESSIONAL HOME CARE<br>104 SKBETHE DR STE 3<br>CROMWELL, CT 06416-1038 |
| COLLECTED:  09/02/2009   12:00 ET<br>RECEIVED:   09/02/2009   17:25 ET<br>REPORTED:   09/03/2009   07:48 ET | | PROVIDER:<br>**LAUREN GOUIN** |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 0.66 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111    H | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19    L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 6.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.5 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.2 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

REDACTED
SPEARS, HALEY -

Page 1 - Continued on Page 2

Liberty004372

SEP. 3. 2009  3:32PM   P'''S SPECIALTY  860-632-3696                    NO. 3139  7H302450007

| | | |
|---|---|---|
| **PATIENT INFORMATION**<br>**SPEARS, HALEY** | **REPORT STATUS  FINAL   REPRINT** | |

UBST DIAGNOSTICS INCORPORATED

DOB: REDACTED    AGE: 31

GENDER: F FASTING: U

COLLECTED:  09/02/2009   12:00 ET

REPORTED:   09/03/2009   07:48 ET

**SUPERVISING PHYSICIAN**
**RAXLEN**

**PROVIDER:**
**LAUREN GOUIN**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3006 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2154 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 660 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 150 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.1 | | % | |
| LYMPHOCYTES | 35.9 | | % | |
| MONOCYTES | 11.0 | | % | |
| EOSINOPHILS | 2.5 | | % | |
| BASOPHILS | 0.5 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD

   CLIA: 07D0093126

           Your request to have a duplicate copy faxed has been acknowledged.
                      Queued to:  (860) 829-4244

ORIGINAL REPORT SENT TO:              ASSOCIATED NEUROLOGISTS
                                       15 KINGS HWY
                                       FAIRFIELD, CT 06825-4923

              REDACTED
SPEARS, HALEY -                          Page 2 - End of Report

Liberty004373

AUG. 27. 2009 12:12PM    PHPS SPECIALTY  860-632-3696                    NO. 2980  7HP021500907



**Quest Diagnostics**

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| SPEARS.HALEY | |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
ZAGAR.DARIO

SPECIMEN INFORMATION
SPECIMEN:    WC060211B
REQUISITION: 4653769

ID:
PHONE: 860.308.2050

CLIENT INFORMATION
NE22103203              60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

COLLECTED:  08/26/2009   17:15 ET
RECEIVED:   08/27/2009   02:46 ET
REPORTED:   08/27/2009   06:55 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 97 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.78 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18        L | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.1 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.2 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 17 | | 10-30 U/L | |
| ALT | 16 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.98 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 90.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 266 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

SPEARS.HALEY - WC060211B

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. SB-EP490.  7/81
03/27/81  10:26 6784444  1/1

Liberty004374

AUG. 27. 2009 12:12PM    PH^^ SPECIALTY  860-632-3696                    NO. 2980 7H302150897 P. 3/3



## Quest Diagnostics

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>SPEARS.HALEY | REPORT STATUS FINAL REPRINT |
| | | ORDERING PHYSICIAN |
| COLLECTED:  08/26/2009    17:15 ET | DOB: REDACTED AGE: 31 | ZAGAR.DARIO |
| REPORTED:   08/27/2009    06:55 ET | GENDER: F FASTING: N | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3069 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2117 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 375 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 11        L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 28 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.8 | | % | |
| LYMPHOCYTES | 37.8 | | % | |
| MONOCYTES | 6.7 | | % | |
| EOSINOPHILS | 0.2 | | % | |
| BASOPHILS | 0.5 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
    Laboratory Director:  NEENA SINGH.MD. CLIa: 07D0093126

    Your request to have a duplicate copy faxed has been acknowledged.
                Queued to:  (860) 829-4244
        A duplicate report has been faxed to the following:
        Faxed to:  (860) 829-4244  on:  08/27/2009   8:16:23 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL. CT 06416-1038

SPEARS.HALEY - WC060211D                          Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks \ Quest Diagnostics Incorporated. All rights reserved. 2x-4242R.  1/01
08/27/09  10:26  #78944   2/3

Liberty004375

AUG. 27. 2009 12:11PM    PHCS SPECIALTY  860-632-3696        NO. 2980   7H302150007
                                                                        P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244



**Professional Home Care Services Inc.**

# Fax

Bernard Roelen MD 212-799-2377
Kristin Cianninieto 860-979-0056
Lauren Covin NP 860-871-7857
Send copy weekly to patients ✱

| To: Dr. Zagar | From: PHCS Pharmacy |
|---|---|
| Fax: 1-203-333-3937 | Pages: |
| Phone: | Date: |

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

_____

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004376

JUL. 15. 2009  1:02PM    PHCS SPECIALTY  860-632-3696              NO. 2227   7B302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-828-4244

**Professional Home Care Services Inc.**



Bernard Raxlen MD 212-799-2772
Kristin Gianninuirto 860-979-0056
Lauren Gouin NP 860-871-7857
Send copy weekly reportions ✳

To: Dr. Zagar              From: PHCS Pharmacy

Fax: 1-203-333-3937        Pages:

Phone:                     Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

_____

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentially may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004377

JUL. 15. 2009  1:03PM     PHHS SPECIALTY  860-632-3696                    NO. 2227   P. 2

**Quest**
**Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC341038C
REQUISITION: 3969191

COLLECTED:  07/14/2009   14:45 ET
RECEIVED:   07/15/2009   00:32 ET
REPORTED:   07/15/2009   06:47 ET

PATIENT INFORMATION
SPEARS.HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR.DARIO

CLIENT INFORMATION
NE22103203                60010200
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD. CT 06825-4823

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 20 | | 7-25 mg/dL | |
| CREATININE | 0.85 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18    L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN. TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN. TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 21 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.39 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.9 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.6 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 14.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 273 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS.HALEY - WC341038C                            Page 1 - Continued on Page 2

rst, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QB-GPHR. 7/01

07/15/09  02:06  9/3

JUL. 15. 2009  1:03PM    PHQS SPECIALTY  860-632-3696                    NO. 2227   7H1302150007

**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
SPEARS, HALEY

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR, DARIO

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

COLLECTED:  07/14/2009   14:45 ET
REPORTED:   07/15/2009   05:47 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2326 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2096 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 434 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 235 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 10 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.6 | | % | |
| LYMPHOCYTES | 41.1 | | % | |
| MONOCYTES | 8.5 | | % | |
| EOSINOPHILS | 4.6 | | % | |
| BASOPHILS | 0.2 | | % | |
| TSH, 3RD GENERATION | 1.53 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER    0.20-4.70
SECOND TRIMESTER   0.30-4.10
THIRD TRIMESTER    0.40-2.70

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

SPEARS, HALEY - WC341038C                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 04-87479.  2/01
07/15/09 03:06 15646M6  2/3

Liberty004379

AUG. 13. 2009 10:50AM   PHCS SPECIALTY   860-632-3696          NO. 2703 7H3821500007 P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**



Bernard Replan MD 212-799-2377
Kristen Gianninino 860-979-0056
Lauren Gorin NP 860-871-7857
Send copy weekly to potions ✳

To: _N. Zagar_          From: PHCS Pharmacy

Fax: _1-203-333-3937_          Pages:

Phone:                    Date:

Re: _Patient lab results on: Spears, Haley_

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me immediately at 800-253-3738.

Liberty004380

AUG. 13. 2009 10:50AM   P''S SPECIALTY  860-632-3696          NO. 2703  7H902169907


Quest
Diagnostics

PATIENT INFORMATION          REPORT STATUS FINAL REPRINT
SPEARS, HALEY

QUEST DIAGNOSTICS INCORPORATED                        ORDERING PHYSICIAN
CLIENT SERVICE 1-866-697-8378     DOB: REDACTED AGE: 31   ZAGAR, DARIO
                                  GENDER: F FASTING: U

SPECIMEN INFORMATION                                  CLIENT INFORMATION
SPECIMEN:    WC828573C            ID:                 NE22103203           60010000
REQUISITION: 4454504             PHONE: 860.308.2050  ASSOCIATED NEUROLOGISTS
                                                      75 KINGS HWY
                                                      FAIRFIELD, CT 06825-4823

COLLECTED: 08/11/2009
RECEIVED:  08/13/2009    02:52 ET
REPORTED:  08/13/2009    06:46 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 14 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.50-1.05 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 20     L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.2 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 34 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 20 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.36 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.2 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 39.9 | | 35.0-45.0 % | |
| MCV | 91.4 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.4 | | 11.0-15.0 % | |
| PLATELET COUNT | 240 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC828573C                    Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-12409. 1/01
03/13/09  03:07  042352  1/1

Liberty004381

AUG. 13. 2009 10:50AM    PHCS SPECIALTY  860-632-3696                NO. 2703  7H302450007  P. 3/3


**Quest**
**Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   08/11/2009
REPORTED:    08/13/2009   06:46 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2180 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2170 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 555 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 65 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 30 | | 0-200 cells/uL | |
| NEUTROPHILS | 43.6 | | % | |
| LYMPHOCYTES | 43.4 | | % | |
| MONOCYTES | 11.1 | | % | |
| EOSINOPHILS | 1.3 | | % | |
| BASOPHILS . | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

     Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (212) 799-2377

DUPLICATE REPORT WILL BE SENT TO:       CCC PROFESSIONAL HOME CARE
                                        104 SEBETHE DR STE 3
                                        CROMWELL. CT 06416-1038

                                        BERNARD RAXLEN MD.PC.
                                        123 W. 79 TH ST 1ST.FL.
                                        NEW YORK.NY 10024

                                        HALEY SPEARS
                                        1008 TROUTBROOK DR
                                        WEST HARTFORD.CT

SPEARS,HALEY - WC828573C                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 03-07670. 7/01
08/13/09 08:02 4462752  2/3

Liberty004382

AUG. 19. 2009 11:36AM   PHCS SPECIALTY  860-632-3696          NO. 2793   P. 7/30

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Reardon MD 212-799-2377
Kristen Giannino NP 860-979-0056
Laurie Gavin NP 860-871-7857
Send copy weekly to portions *



**Fax**

To: Dr. Zagar          From: PHCS Pharmacy

Fax: 1-203-333-3937    Pages:

Phone:                 Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

◆Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004383

AUG. 19. 2009 11:36AM     P**** SPECIALTY   860-632-3696          NO. 2793   7H302159007

## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**SPECIMEN INFORMATION**
SPECIMEN:      WC916704C
REQUISITION:  4536494

COLLECTED:   08/18/2009    11:45 ET
RECEIVED:    08/19/2009    00:03 ET
REPORTED:    08/19/2009    07:48 ET

**PATIENT INFORMATION**
SPEARS, HALEY

DOB: REDACTED     AGE: 31
GENDER: F  FASTING: N

ID:
PHONE: 860.308.2050

**REPORT STATUS  FINAL    REPRINT**

**ORDERING PHYSICIAN**
DR.D.ZAGAR

**CLIENT INFORMATION**
NE22200645              60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 65 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | | NOT APPLICABLE | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.3 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 19 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.3 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.17 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.5 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.0 | | 35.0-45.0 % | |
| MCV | 91.2 | | 80.0-100.0 fL | |
| MCH | 30.1 | | 27.0-33.0 pg | |
| MCHC | 33.0 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 9.2 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC916704C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD5000-NTL, Revised JAN. SQX - 115578.

Liberty004384

AUG. 19. 2009 11:36AM   PH^S SPECIALTY   860-632-3696     NO. 2793   7H302150007 P. 3/3

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:  08/18/2009   11:45 ET
REPORTED:   08/19/2009   07:48 ET

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED   AGE: 31
GENDER: F  FASTING: N

| REPORT STATUS **FINAL** | REPRINT |

ORDERING PHYSICIAN
**DR.D.ZAGAR**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2613 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2046 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 472 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 127 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 42 | | 0-200 cells/uL | |
| NEUTROPHILS | 49.3 | | % | |
| LYMPHOCYTES | 38.6 | | % | |
| MONOCYTES | 8.9 | | % | |
| EOSINOPHILS | 2.4 | | % | |
| BASOPHILS | 0.8 | | % | |

**PERFORMING LABORATORY INFORMATION**

QMA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
   CLIA: 07D0093126

A duplicate report has been faxed to the following:
Faxed to:  (860) 829-4244  on:  08/19/2009   6:10:04 AM

ORIGINAL REPORT SENT TO:

THIS IS YOUR ORIGINAL REPORT
YOU'RE NOT CURRENTLY AN ACTIVE
CLIENT. IF YOU FORESEE FURTHER
TESTING PLEASE CALL SALES DEPT
WALLINGFORD, CT 06492

SPEARS,HALEY - WC916704C

Page 2 - End of Report

The Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated  All rights reserved. QUEXXED-MTL Revised 9/02  RCIX - 11/2/00.

Liberty004385

EP. 16. 2009 10:42AM    PHCS SPECIALTY  860-632-3696        NO. 3570   P. 179

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home
Care Services Inc.**



Bernard Roolan MD 212-799-2377
Kristm Gianninirb 860-979-0056
Laura Cowin MD 860-871-7857
Send copy weekly to potions ✱

To: W. Zagar                    From:  PHCS Pharmacy

Fax: 1-203-333-3937             Pages:

Phone:                          Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004386

SEP. 16. 2009 10:42AM    P**S SPECIALTY  860-632-3696                      NO. 3570   7H302150007   P. 2/3

**Quest Diagnostics**

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|---|
| | SPEARS, HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| IENT SERVICE 1-866-697-8378 | DOB: REDACTED AGE: 31 | 2ACAB, DABIO |
| | GENDER:   FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:    WC3800650 | ID: | NE22103203          60010000 |
| REQUISITION: 4957370 | PHONE: 860.308.2050 | ASSOCIATED NEUROLOGISTS |
| | | 75 KINGS HWY |
| | | FAIRFIELD, CT 06825-4823 |

COLLECTED:  09/15/2009   12:30 ET
RECEIVED:   09/15/2009   19:53 ET
REPORTED:   09/16/2009   06:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QUA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 80 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.71 | | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:     0.79-1.33
FEMALE:   0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18   L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 21 | | 10-40 U/L | |
| ALT | 22 | | 6-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QUA |
| WHITE BLOOD CELL COUNT | 5.9 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 4.15   L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 12.4   L | 13.2-15.5 g/dL | |

SPEARS, HALEY - WC3800650                        Page 1 - Continued on Page 2

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. BA-1229A   V01
09/15/21  01:24 1777521  1/1

Liberty004387

SEP. 16. 2009 10:42AM   PHCS SPECIALTY  860-632-3696                    NO. 3570  7H302150007  P. 3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   09/15/2009   12:30 EY
REPORTED:    09/16/2009   06:48 ET

**PATIENT INFORMATION**
SPEARS,HALEY

DOB: REDACTED  AGE: 31
GENDER:    FASTING: U

**REPORT STATUS FINAL REPRINT**

ORDERING PHYSICIAN
ZAGAR,DARIO

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 36.5      L | 38.5-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 30.0 | | 27.0-33.0 pg | |
| MCHC | 34.0 | | 32.0-36.0 g/dL | |
| RDW | 13.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 222 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 3168 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1782 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 631 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 283 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 35 | | 0-200 cells/uL | |
| NEUTROPHILS | 53.7 | | % | |
| LYMPHOCYTES | 30.2 | | % | |
| MONOCYTES | 10.7 | | % | |
| EOSINOPHILS | 4.8 | | % | |
| BASOPHILS | 0.6 | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

A duplicate report has been faxed to the following:
Faxed to:  (860) 677-5406  on:  09/16/2009   9:05:42 AM

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

SPEARS,HALEY - WC380065D                        Page 2 - End of Report

®, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. QB-EPAPR   7/01
09/16/09 09:29 A7725I7  2/3

Liberty004388

7H302150007

## Quest Diagnostics®

T DIAGNOSTICS INCORPORATED
NT SERVICE 1-866-697-8378

**PATIENT INFORMATION**
**SPEARS, HALEY**

DOB: REDACTED      AGE: 31
GENDER: F FASTING: U

| REPORT STATUS | **FINAL** | REPRINT |

ORDERING PHYSICIAN
**RAXLEN, BERNARD**

IMEN INFORMATION
CIMEN:    WC913301B
UISITION: 3568235

ID:
PHONE: 860.930.0887

CLIENT INFORMATION
COPY-TO(2|GOUIN,LAUREN M.D.)
GOUIN, LAUREN M.D.
460 HARTFORD TPKE STE B
VERNON, CT 06066

LECTED:  06/17/2009   09:30 ET
EIVED:   06/17/2009   20:39 ET
ORTED:   06/22/2009   07:13 ET

| est Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| OMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | 18      L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| | | | | |
| BC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 91.9 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPV | 8.3 | | 7.5-11.5 fL | |

ARS, HALEY - WC913301B

Page 1 - Continued on Page 2

Liberty004389

est Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 0228000-NTL. Revised 5/08. SCIX - 115570.

7H302150007

 **Quest Diagnostics** ®

Γ DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS **FINAL**   REPRINT |
| **SPEARS, HALEY** | |

LECTED:   06/17/2009   09:30 ET
ORTED:   06/22/2009   07:13 ET

DOB: REDACTED      AGE: 31
GENDER: F FASTING: U

ORDERING PHYSICIAN
**RAXLEN, BERNARD**

| est Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2160 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2533 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 535 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.0 | | % | |
| LYMPHOCYTES | 46.9 | | % | |
| MONOCYTES | 9.9 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| SH, 3RD GENERATION | 2.30 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER      0.20-4.70
SECOND TRIMESTER    0.30-4.10
THIRD TRIMESTER     0.40-2.70

**?ORMING LABORATORY INFORMATION**

QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
CLIA: 07D0093126

A duplicate report has been faxed to the following:
Faxed to:   (860) 677-5406  on:  06/18/2009   8:10:27 AM
Faxed to:   (860) 829-4244  on:  06/19/2009   8:08:26 AM
Faxed to:   (860) 677-5406  on:  06/19/2009   3:36:02 PM
Faxed to:   (860) 829-4244  on:  06/19/2009   3:36:02 PM

INAL REPORT SENT TO:                  BERNARD RAXLEN, M.D.
                                      123 W 79TH ST
                                      NEW YORK, NY 10024-6480

ARS, HALEY - WC913301B                      Page 2 - End of Report

Liberty004390

st Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 00203000-INTL, Revised 8/08. SCDX - 11570

AUG. 3. 2009  2:28PM   P*^^ SPECIALTY  860-632-3696          NO. 2511  7#1302150007  P. 2/6

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC574998C
REQUISITION: 4198697

COLLECTED: 07/28/2009  13:00 ET
RECEIVED:  07/29/2009  02:47 ET
REPORTED:  08/03/2009  11:19 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

ID:    1800104
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN

CLIENT INFORMATION
NE22222358                60010000
RHEUMATOLOGY & ALLERGY INST.
361 MAIN ST
MANCHESTER, CT 06040-4127

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS | | | | |
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | QWA |
| PROTEIN ELECTROPHORESIS | | | | QWA |
| ALBUMIN | 4.0 | | 3.5-4.7 g/dL | |
| ALPHA-1-GLOBULINS | 0.2 | | 0.1-0.3 g/dL | |
| ALPHA-2-GLOBULINS | 0.5 | | 0.5-1.0 g/dL | |
| BETA GLOBULINS | 0.9 | | 0.8-1.4 g/dL | |
| GAMMA GLOBULINS | 0.9 | | 0.6-1.6 g/dL | |
| INTERPRETATION | NORMAL PATTERN | | | |
| BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) | | | | |
| BETA2 GLYCOPROTEIN I AB | | | | AMD |
| (IGG) | <20 | | <20 U/mL | |
| BETA2 GLYCOPROTEIN I AB | | | | AMD |
| (IGM) | <10 | | <10 U/mL | |
| BETA2 GLYCOPROTEIN I AB | | | | AMD |
| (IGA) | <10 | | <10 U/mL | |

Beta2-Glycoprotein I (IgG)
Reference range:
<20 U/mL  Negative
20-30 U/mL  Equivocal - Found in small percentage
of the healthy population; may be reactive
>30 U/mL  Positive - Risk factor for thrombosis
and pregnancy loss

Beta2-Glycoprotein I (IgM)
Reference range:
<10 U/mL  Negative
10-20 U/mL  Equivocal - Found in small percentage
of the healthy population; may be reactive
>20 U/mL  Positive - Risk factor for thrombosis
and pregnancy loss

Beta2-Glycoprotein I (IgA)
Reference range:
<10 U/mL  Negative
10-20 U/mL  Equivocal - Found in small percentage

SPEARS,HALEY - WC574998C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QB-RPAPR. 7/01

08/03/09  11:01  M426434  1/7

Liberty004391

AUG. 3. 2009  2:29PM    PH^^ SPECIALTY  860-632-3696                    NO. 2511  7P1302150007



Quest Diagnostics®

| | | |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| | SPEARS,HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | ORDERING PHYSICIAN |
| | DOB: REDACTED AGE: 31 | |
| COLLECTED:  07/28/2009   13:00 ET | GENDER: F FASTING: U | |
| REPORTED:   08/03/2009   11:19 ET | ID: 1800184 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

of the healthy population; may be reactive
>20 U/mL  Positive - Risk factor for thrombosis

The Antiphospholipid Antibody Syndrome (APS) is a
clinical-pathologic correlation that includes a
clinical event (e.g. thrombosis, pregnancy loss,
thrombocytopenia) and persistent positive
Antiphospholipid Antibodies (IgM or IgG ACA >40
MPL/GPL, IgM or IgG anti-B2GPI antibodies, or a Lupus
Anticoagulant). The IgA isotype has been implicated
in smaller studies, but have not yet been incorporated
into the APS criteria. International consensus
guidelines suggest waiting at least 12 weeks before
retesting to confirm antibody persistence.
Reference J Thromb Haemost 2006; 4: 295

| | | | | |
|---|---|---|---|---|
| CREATINE KINASE, TOTAL | 61 | | 29-143 U/L | QWA |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | | 36   L | 65-99 mg/dL | |

VERIFIED BY REPEAT ANALYSIS

WHOLE BLOOD OR UNSPUN GEL BARRIER TUBE RECEIVED.
A FALSE ELEVATION OF K, PHOS, LD AND IRON AS WELL AS
A FALSE DECREASE IN GLUCOSE MAY OCCUR DUE TO PROLONGED
CONTACT WITH RED CELLS.

| | | | FASTING REFERENCE INTERVAL | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.81 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | | | | |
|---|---|---|---|---|
| SODIUM | 142 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 16   L | 21-33 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.2 mg/dL | |

SPEARS,HALEY - WC574998C                          Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-DPAM.  7/01

08/03/09  11:41  862150M  2/7

Liberty004392

AUG. 3. 2009  2:29PM    PHCS SPECIALTY  860-632-3696                      NO. 2511  P. 4/6

**Quest Diagnostics**

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>SPEARS,HALEY |

| | REPORT STATUS FINAL REPRINT |
|---|---|
| | DOB: REDACTED/ AGE: 31<br>GENDER: F FASTING: U | ORDERING PHYSICIAN |

COLLECTED:  07/28/2009   13:00 ET
REPORTED:   08/03/2009   11:19 ET     ID: 1800184

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTEIN, TOTAL | 6.5 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 33 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| | | | | |
| LUPUS ANTICOAGULANT<br>EVALUATION WITH REFLEX | | | | AMD |

```
***************************
* TEST NOT PERFORMED.      *
* NO SUITABLE SPECIMEN RECEIVED. *
***************************
```

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | | QWA |
| WHITE BLOOD CELL COUNT | | 3.4 | L | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.82 | | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.5 | L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 34.2 | L | 35.0-45.0 % | |
| MCV | 89.7 | | | 80.0-100.0 fL | |
| MCH | 30.2 | | | 27.0-33.0 pg | |
| MCHC | 33.7 | | | 32.0-36.0 g/dL | |
| RDW | | 15.2 | H | 11.0-15.0 % | |
| PLATELET COUNT | 234 | | | 140-400 Thousand/uL | |
| MPV | 8.4 | | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 1537 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1445 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 323 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 78 | | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | | 0-200 cells/uL | |
| NEUTROPHILS | 45.2 | | | % | |
| LYMPHOCYTES | 42.5 | | | % | |
| MONOCYTES | 9.5 | | | % | |
| EOSINOPHILS | 2.3 | | | % | |
| BASOPHILS | 0.5 | | | % | |

| Test Name | | | Reference Range | Lab |
|---|---|---|---|---|
| CARDIOLIPIN AB SCREEN<br>W/REFLEX TO IGG AND IGM | | | | QWA |
| CARDIOLIPIN ANTIBODY<br>SCREEN | NEGATIVE | | NEGATIVE | |

SPEARS,HALEY - WC574998C                         Page 3 - Continued on Page 4

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-09HR. 7/01

Liberty004393

AUG. 3. 2009  2:29PM      PHCC SPECIALTY  860-632-3696                    NO. 2511   7B1302150007
                                                                                    P. 5/6


**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| SPEARS.HALEY | |
| | **ORDERING PHYSICIAN** |
| DOB: REDACTED AGE: 31 | |

COLLECTED:  07/28/2009   13:00 ET     GENDER: F FASTING: U
REPORTED:   08/03/2009   11:19 ET     ID: 1800184

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ANACHOICE(TM) SCREEN | | | | QWA |
| W/REFL TO TITER. IFA | | | | |
| ANACHOICE(TM) SCREEN | NEGATIVE | | NEGATIVE | |

A NEGATIVE ANACHOICE(TM) INDICATES THE ABSENCE OF
DETECTABLE ANTIBODIES TO COMPONENT ANALYTES
CONSISTING OF DSDNA, CHROMATIN. RNP. SM/RNP. SM, SSA,
SSB. JO-1, CENTROMERE B. SCL-70 AND RIBOSOMAL P.

A NEGATIVE ANACHOICE(TM) SHOULD BE INTERPRETED IN THE
CONTEXT OF THE CLINICAL AND LABORATORY FINDINGS, AND
DOES NOT RULE OUT AUTOIMMUNE DISEASE CHARACTERIZED BY
OTHER AUTOANTIBODY SPECIFICITIES INCLUDING AUTOIMMUNE
HEPATITIS AND PRIMARY BILIARY CIRRHOSIS.

| | | | | |
|---|---|---|---|---|
| DNA (DS) ANTIBODY | 3 | | IU/mL | QWA |

| IU/mL | INTERPRETATION |
|---|---|
| < OR = 4 | NEGATIVE |
| 5 - 9 | INDETERMINATE |
| > OR = 10 | POSITIVE |

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| COMPLEMENT COMPONENT C3C | 90 | | | 90-180 mg/dL | QWA |
| COMPLEMENT COMPONENT C4C | | 13 | L | 16-47 mg/dL | QWA |
| IMMUNOFIXATION. SERUM | | | | | QWA |
| INTERPRETATION | | NORMAL PATTERN. NO MONOCLONAL PROTEINS DETECTED. | | | |
| IMMUNOGLOBULINS | | | | | QWA |
| IMMUNOGLOBULIN A | 201 | | | 81-463 mg/dL | |
| IMMUNOGLOBULIN G | 857 | | | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 91 | | | 48-271 mg/dL | |
| SM AND SM/RNP ANTIBODIES | | | | | QWA |
| SM ANTIBODY | <1.0 NEG | | | <1.0 NEG AI | |
| SM/RNP ANTIBODY | <1.0 NEG | | | <1.0 NEG AI | |
| SJOGREN'S ANTIBODY (SS-A) | <1.0 NEG | | | <1.0 NEG AI | QWA |
| SJOGREN'S ANTIBODY (SS-B) | <1.0 NEG | | | <1.0 NEG AI | QWA |
| VITAMIN B12/FOLATE. | | | | | QWA |
| SERUM PANEL | | | | | |
| VITAMIN B12 | 447 | | | 200-1100 pg/mL | |

SPEARS.HALEY - WC574998C                     Page 4 - Continued on Page 5

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. M-1749.  7/01

Liberty004394



AUG. 3. 2009  2:29PM    PHOS SPECIALTY  860-632-3696

NO. 2511   7H302150007
P. 6/8

Quest Diagnostics

| | | |
|---|---|---|
| | **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** |
| | SPEARS.HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | **ORDERING PHYSICIAN** |
| | DOB: REDACTED AGE: 31 | |
| COLLECTED:  07/28/2009  13:00 ET | GENDER: F FASTING: U | |
| REPORTED:   08/03/2009  11:19 ET | ID: 1800184 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| FOLATE. SERUM | >24.0 | | ng/mL | |

REFERENCE RANGE:
LOW:          < 3.4
BORDERLINE:   3.4-5.4
NORMAL:       > 5.4

| | | | | |
|---|---|---|---|---|
| VITAMIN D. 25-HYDROXY. | | | | AMD |
| LC/MS/MS | | | | |
| VITAMIN D. 25 OH. TOTAL | 24 | | 20-100 ng/mL | |
| VITAMIN D, 25 OH. D3 | 20 | | ng/mL | |
| VITAMIN D. 25 OH. D2 | 4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of
exogenous sources such as diet or supplementation.
Therapy is based on measurement of Total 25-OHD.
with levels <20 ng/mL indicative of Vitamin D
deficiency while levels between 20 ng/mL and 30
ng/mL suggest insufficiency. Optimal levels are
>30 ng/mL.

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
AMD  QUEST DIAGNOSTICS/CHANTILLY. 14225 NEWBROOK DRIVE. CHANTILLY. VA  20151-2228
     Laboratory Director:  KENNETH SISCO. MD . CLIA: 49D0221801

QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (212) 799-2377
                    Queued to:  (860) 829-8244

DUPLICATE REPORT WILL BE SENT TO:      GOVIN.LAUREN MD

                              HALEY SPEARS
                              1008 TROUTBROOK DRIVE
                              WEST HARTFORD.CT

                              BERNARD RAXLEN. M.D.

SPEARS.HALEY ~ WC574998C                       Page 5 - Continued on Page 6

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. OS-EPapp.  1/01
08/03/05  11:41  6628334  5/7

Liberty004395

AUG. 3. 2009  2:28PM    PH^° SPECIALTY  860-632-3696                NO. 2511  7H302150007  P. 1/6

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244



**Professional Home Care Services Inc.**

# Fax

Bernard Rexlon MD 212-799-2377
Kristin Giannuirto 860-979-0056
Lauren Govlin ND 860-871-7852
Send copy weekly to portions ✶

To: Dr. Zagar          From: PHCS Pharmacy

Fax: 1-203-333-3937    Pages:

Phone:                 Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

AUG. 4.2009 11:21AM   PHCS SPECIALTY  860-632-3696                    NO. 2523   761302150007   P. 2/3

# Quest Diagnostics

| | PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| --- | --- | --- |
| | SPEARS,HALEY | |
| QUEST DIAGNOSTICS INCORPORATED | | SUPERVISING PHYSICIAN |
| CLIENT SERVICE 1-866-697-8378 | DOB: REDACTED  AGE: 31 | ZAGAR,DARIO |
| | GENDER:  FASTING: U | |
| SPECIMEN INFORMATION | | CLIENT INFORMATION |
| SPECIMEN:   WC664359C | ID: | NE22103203              60010000 |
| REQUISITION: 4290647 | PHONE: 203.388.2050 | ASSOCIATED NEUROLOGISTS |
| | | 75 KINGS HWY |
| | | FAIRFIELD, CT 06825-4823 |
| COLLECTED:  08/03/2009   16:15 ET | | |
| RECEIVED:   08/04/2009   01:27 ET | | |
| REPORTED:   08/04/2009   06:48 ET | | PROVIDER: |
| | | PHCS |

| Test Name | In Range | Out of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.76 | | mg/dL | |

AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE EGFR.

REFERENCE RANGE
MALE:    0.79-1.33
FEMALE:  0.58-1.06

UNABLE TO FLAG APPROPRIATELY DUE
TO GENDER NOT PROVIDED.

| | | | | |
| --- | --- | --- | --- | --- |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |

BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN
AND CREATININE VALUES ARE WITHIN NORMAL LIMITS.

| | | | | |
| --- | --- | --- | --- | --- |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19      L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.1-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 31      L | 33-115 U/L | |
| AST | 23 | | 10-40 U/L | |
| ALT | 22 | | 6-60 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.82    L | 4.20-5.10 Million/uL | |
| HEMOGLOBIN | | 11.6    L | 13.2-15.5 g/dL | |

SPEARS,HALEY - WC664359C                        Page 1 - Continued on Page 2

...st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 08-03928.  V01

AUG. 4. 2009 11:21AM      PH** SPECIALTY  860-632-3696                    NO. 2523  7H302159007
                                                                                  P. 3/3


Quest
Diagnostics®

| | | | | |
|---|---|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | **PATIENT INFORMATION**<br>SPEARS.HALEY | | **REPORT STATUS FINAL REPRINT** | |
| | **DOB:** REDACTED **AGE:** 31 | | **SUPERVISING PHYSICIAN**<br>ZAGAR.DARIO | |
| COLLECTED:  08/03/2009   16:15 ET<br>REPORTED:  08/04/2009   05:48 ET | **GENDER:**   **FASTING:** U | | | |
| | | | **PROVIDER:**<br>PHCS | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMATOCRIT | | 34.3    L | 38.5-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 30.3 | | 27.0-33.0 pg | |
| MCHC | 33.8 | | 32.0-36.0 g/dL | |
| RDW | 15.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 243 | | 140-400 Thousand/uL | |
| MPV | 8.5 | | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 2041 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1651 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 424 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 67 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 17 | | 0-200 cells/uL | |
| NEUTROPHILS | 48.6 | | % | |
| LYMPHOCYTES | 39.3 | | % | |
| MONOCYTES | 10.1 | | % | |
| EOSINOPHILS | 1.6 | | % | |
| BASOPHILS | 0.4 | | % | |

HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091. 3 STERLING DRIVE. WALLINGFORD. CT  06492
     Laboratory Director:  NEENA SINGH.MD. CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        HALEY SPEARS
                                         1008 TROUT BROOK DR
                                         WEST HARTFORD.CT 06119


SPEARS.HALEY - WC664359C                         Page 2 - End of Report||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QB-07AP4.  2/01
08/04/09 03:03 3650131  2/3

Liberty004398

AUG. 4. 2009 11:21AM   PHCS PHARMACY   860 632 3???   7H302150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 08416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

# Fax 

Bernard Razdan MD 212-799-2377
Kristin Giannini 860-979-0056
Lauren Gavin NP 860-871-7857
Send copy weekly to patients ✱

| | | |
|---|---|---|
| To: Dr. Zagar | From: | PHCS Pharmacy |
| Fax: 1-203-333-3937 | Pages: | |
| Phone: | Date: | |
| Re: Patient lab results on: Spears, Haley | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

JUL. 8. 2009  3:03PM    PHCS SPECIALTY  860-632-3696                    NO. 2100  7H302459007 P. 2/3

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-597-8378

SPECIMEN INFORMATION
SPECIMEN:    WC228316C
REQUISITION: 3856403

COLLECTED:  07/07/2009   16:15 ET
RECEIVED:   07/08/2009   05:19 ET
REPORTED:   07/08/2009   11:49 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED     AGE: 31
GENDER: F FASTING: N

ID:
PHONE:

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
ZAGAR, DARIO

CLIENT INFORMATION
NE22200645                    60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 66 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 19    L | 21-33 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 21 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.13 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.3 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.0 | | 35.0-45.0 % | |
| MCV | 89.7 | | 80.0-100.0 fL | |
| MCH | 29.8 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 280 | | 140-400 Thousand/uL | |
| MPV | 8.7 | | 7.5-11.5 fL | |

*[handwritten:]* 10/22/09 TC—
nav c̄ doxycycline
— tried Wenessa
ask melatonin
passionflower

SPEARS, HALEY - WC228316C                                    ed on Page 2

JUL. 8. 2009  3:03PM     PHCS SPECIALTY  860-632-3696                NO. 2100  7H302150007
                                                                              P.  3/3

## Quest Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY**

REPORT STATUS  **FINAL**    **REPRINT**

DOB: REDACTED      AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

COLLECTED:  07/07/2009   16:15 ET
REPORTED:   07/08/2009   11:49 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2510 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1720 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 575 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 55 | | 0-200 cells/uL | |
| NEUTROPHILS | 50.2 | | % | |
| LYMPHOCYTES | 34.4 | | % | |
| MONOCYTES | 11.5 | | % | |
| EOSINOPHILS | 2.8 | | % | |
| BASOPHILS | 1.1 | | % | |

### PERFORMING LABORATORY INFORMATION

GWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH, MD
CLIA: 07D0093126

ORIGINAL REPORT SENT TO:                    ASSOCIATED NEUROLOGISTS
                                            75 KINGS HWY
                                            FAIRFIELD, CT 06825-4823

SPEARS, HALEY - WC228316C                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. DOX000-XML Rev4.4 508_SEIX - 11XXXL

Liberty004401

JUL. 8. 2009  3:03PM    PHCS SPECIALTY  860-632-3696        NO. 2100   P. 1/9

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738  Fax: 860-829-4244

**Professional Home
Care Services Inc.**

Bernard Roelen MD 212-799-2377
Kristin Gianniniso 860-979-0056
Lauren Covin NP 860-871-7857
Sent copy weekly to portions ✳

# Fax

To: _Dr. Zagar_          From: PHCS Pharmacy

Fax: 1-203-333-3937      Pages:

Phone:                   Date:

Re: _Patient lab results on: Spears, Haley_

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

## NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or
regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named
on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is
prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under
both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004402

JUL. 1. 2009 12:19PM    PHCS SPECIALTY   860-632-3696                    NO. 2019   7#302#/5#007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Roeplan MD 212-799-2377
Kristin Gianniniro MD 860-979-0056
Lauren Gavin MD 860-871-7857
Sent copy weekly to portions ※



# Fax

| To: | N. Zagar | From: | PHCS Pharmacy |
|-----|----------|-------|---------------|
| Fax: | 1-203-333-3937 | Pages: | |
| Phone: | | Date: | |
| Re: | Patient lab results on: Spears, Haley | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

◆Comments:

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

JUN. 24. 2009 10:47AM    PHCS SPECIALTY  860-632-3696          NO. 1911  7H1021606607

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Raxlen MD 212-799-2377
Kristin Giannini MD 860-979-0056
Lauren Gordin NP 860-871-7857
Send copy weekly to potions ✳

 **Fax**

To: Dr. Zagar          From: PHCS Pharmacy

Fax: 1-203-333-3937    Pages:

Phone:                 Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

_____

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004404

JUN. 24. 2009 10:47AM   PHCS SPECIALTY  860-632-3696                    NO. 1911  7H302150007 P. 2/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FAX COPY** |
| SPEARS,HALEY | |
| | **ORDERING PHYSICIAN** |
| DOB: REDACTED AGE: 31 | ZAGAR,DARIO |
| GENDER: F FASTING: N | |

**SPECIMEN INFORMATION**
SPECIMEN:    WC007530C
REQUISITION: 3659645

ID:
PHONE: 860.308.2050

**CLIENT INFORMATION**
NE22103203                       60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  06/23/2009   16:15 ET
RECEIVED:   06/23/2009   22:27 ET
REPORTED:   06/24/2009   08:02 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 95 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.0 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18    L | 21-33 mmol/L | |
| CALCIUM | 8.6 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 23 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 3.99 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 11.9 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.2 | | 35.0-45.0 % | |
| MCV | 88.0 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 33.7 | | 32.0-36.0 g/dL | |
| RDW | 13.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 248 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC007530C                          Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 18-KM9W. 1/AL

Liberty004405

JUN. 24. 2009 10:47AM    PHCS SPECIALTY   860-632-3696                    NO. 1911   7H302150007
                                                                                     P. 3/3

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS FAX COPY |
| SPEARS, HALEY | |
| | ORDERING PHYSICIAN |
| DOB: REDACTED AGE: 31 | ZAGAR, DARIO |
| GENDER: F FASTING: N | |

COLLECTED:  06/23/2009   16:15 ET
REPORTED:   06/24/2009   08:02 ET

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2530 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1704 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 538 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 0 | L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 29 | | | 0-200 cells/uL | |
| NEUTROPHILS | 52.7 | | | % | |
| LYMPHOCYTES | 35.5 | | | % | |
| MONOCYTES | 11.2 | | | % | |
| EOSINOPHILS | 0.0 | | | % | |
| BASOPHILS | 0.6 | | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH, MD, CLIA: 07D0093126

SPEARS, HALEY - WC007530C                          Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. QD-07689. 7/01

Liberty004406

PHCS          Fax:8608294244          Jun 19, 2009  16:42          P.01  78102150007

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home Care Services Inc.**

Bernard Revlon MD 212-799-2377
Kristin Giovanini MD 860-979-0056
Lauren Guvin NP 860-871-7857
Send copy weekly to patients ✳



To: Dr. Zagar          From: PHCS Pharmacy

Fax: 1-203-333-3937          Pages:

Phone:          Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

●Comments:

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidental health information that is protected by special federal or state law or regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under both federal and state law.

If you have received this message in error, please call me

immediately at 800-253-3738.

Liberty004407

PAS                    Fax:8608294244           Jun 19 2009  16:42    P. 02/302150007



# Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
 ENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:   WC913301B
REQUISITION: 3568235

| | |
|---|---|
| COLLECTED: | 06/17/2009   09:30 ET |
| RECEIVED: | 06/17/2009   20:39 ET |
| REPORTED: | 06/18/2009   06:24 ET |

PATIENT INFORMATION
SPEARS, HALEY

DOB: REDACTED  AGE: 31
GENDER: F  FASTING: U

ID:
PHONE: 860.930.0887

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
RAXLEN, BERNARD

CLIENT INFORMATION
NE22170668                    60010000
BERNARD RAXLEN, M.D.
123 W 79TH ST
NEW YORK, NY 10024-6480

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 67 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 0.77 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 18      L | 21-33 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 22 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | Ma |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.00 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.0 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.8 | | 35.0-45.0 % | |
| MCV | 91.9 | | 80.0-100.0 fL | |
| MCH | 29.9 | | 27.0-33.0 pg | |
| MCHC | 32.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 255 | | 140-400 Thousand/uL | |
| MPU | 8.3 | | 7.5-11.5 fL | |

6/18/09
05

FAXED
OK

SPEARS, HALEY - WC913301B

Page 1 - Continued on Page 2

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated   All rights reserved. CH-STRT.  3/01
06/18/09  06:04  8476379   1/3

Liberty004408



PHCS          Fax:8608294244          Jun 19 2009  16:42     P.03

## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   06/17/2009   09:30 ET
REPORTED:    06/18/2009   06:24 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED AGE: 31
GENDER: F FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
RAXLEN,BERNARD

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2160 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2533 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 535 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 140 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.0 | | % | |
| LYMPHOCYTES | 46.9 | | % | |
| MONOCYTES | 9.9 | | % | |
| EOSINOPHILS | 2.6 | | % | |
| BASOPHILS | 0.6 | | % | |
| TSH, 3RD GENERATION | 2.30 | | mIU/L | QWA |

REFERENCE RANGE:

> OR = 20 YEARS: 0.40-4.50

PREGNANCY RANGES
FIRST TRIMESTER     0.20-4.70
SECOND TRIMESTER    0.30-4.10
THIRD TRIMESTER     0.40-2.70


HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

        Your request to have a duplicate copy faxed has been acknowledged.
                Queued to:  (860) 677-5406


SPEARS,HALEY - WC9133018                      Page 2 - 2nd of Report

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. Q4-RPAPX   2/01

Liberty004409

PHCS                    Fax:8608294244          Jun 19 2009  16:42   P. 01 0H302150007



**Quest Diagnostics**®

ST DIAGNOSTICS INCORPORATED
ENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
PECIMEN:     WC780230B
QUISITION: 3424450

>LLECTED:  06/09/2009   15:45 ET
CEIVED:   06/10/2009   00:38 ET
PORTED:   06/10/2009   07:48 ET

PATIENT INFORMATION
**SPEARS,HALEY**

DOB: REDACTED      AGE: 31
GENDER: F FASTING: U

ID:
PHONE: 860.308.2050

REPORT STATUS **FINAL**   REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NE22200645                60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.75 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 21-33 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 39 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 28 | | 6-40 U/L | |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.4 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.30 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.6 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 38.1 | | 35.0-45.0 % | |
| MCV | 88.7 | | 80.0-100.0 fL | |
| MCH | 29.4 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 287 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS,HALEY - WC780230B                    Page 1 - Continued on Page 2





Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 32200000-NTL Revised 9/08. SC28 - 11980L

Liberty004410

PHCS                    Fax:8608294244              Jun 19 2009  16:42      P. 05/0102150007


**Quest Diagnostics** ®

ST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED    AGE: 31
GENDER: F FASTING: U

REPORT STATUS **FINAL**    REPRINT

ORDERING PHYSICIAN
**ZAGAR, DARIO**

 CTED:   06/09/2009   15:45 ET
PORTED:  06/10/2009   07:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| ABSOLUTE NEUTROPHILS | 2948 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1917 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 464 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 38 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | | 0-200 cells/uL | |
| NEUTROPHILS | 54.6 | | % | |
| LYMPHOCYTES | 35.5 | | % | |
| MONOCYTES | 8.6 | | % | |
| EOSINOPHILS | 0.7 | | % | |
| BASOPHILS | 0.6 | | % | |

**RFORMING LABORATORY INFORMATION**

 QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
CLIA: 07D0093126

      Your request to have a duplicate copy faxed has been acknowledged.
                    Queued to:  (212) 799-2377
                    Queued to:  (860) 829-4244
                    Queued to:  8606675406FAX

INAL REPORT SENT TO:                    ASSOCIATED NEUROLOGISTS
                                        75 KINGS HWY
                                        FAIRFIELD, CT 06825-4823

EARS, HALEY - WC780230B                              Page 2 - End of Report

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. To Quest Diagnostics Incorporated. All rights reserved. QDDRXX-HTL Fitness SDX EDX - 1158/1.

PHCS                    Fax:8608294244              Jun 19 2009  16:43   P.06

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

SPECIMEN INFORMATION
SPECIMEN:    WC660151B
REQUISITION: 3295600

COLLECTED:  06/02/2009    14:15 ET
RECEIVED:   06/02/2009    21:32 ET
REPORTED:   06/03/2009    06:48 ET

PATIENT INFORMATION
SPEARS,HALEY

DOB: REDACTED  AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
ZAGAR,DARIO

CLIENT INFORMATION
NE22103203                60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | | QWA |
| PANEL W/EGFR | | | | | |
| GLUCOSE | 73 | | | 65-99 mg/dL | |
| | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | | 7-25 mg/dL | |
| CREATININE | 0.73 | | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | | |
| SODIUM | 143 | | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | | 111 | H | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | | 21-33 mmol/L | |
| CALCIUM | 8.9 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.7 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | | 33-115 U/L | |
| AST | 27 | | | 10-30 U/L | |
| ALT | 36 | | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | | |
| WHITE BLOOD CELL COUNT | 4.8 | | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.75 | L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 10.9 | L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 33.1 | L | 35.0-45.0 % | |
| MCV | 88.3 | | | 80.0-100.0 fL | |
| MCH | 29.2 | | | 27.0-33.0 pg | |
| MCHC | 33.0 | | | 32.0-36.0 g/dL | |
| RDW | 14.8 | | | 11.0-15.0 % | |
| PLATELET COUNT | 285 | | | 140-400 Thousand/uL | |
| MPV | 8.3 | | | 7.5-11.5 fL | |

SPEARS,HALEY - WC660151B                          Page 1 -- Continued on Page 2

, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. 14-37898.  3/01

Liberty004412

PHLS                    Fax:8608294244          Jun 19 2009  16:43     P.70/02150007


## Quest Diagnostics ®

~QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS FINAL REPRINT** | |
| SPEARS,HALEY | | |
| **DOB:** REDACTED  **AGE:** 31 | **ORDERING PHYSICIAN** | |
| **GENDER:** F **FASTING:** N | 2ACAR,DARIO | |

COLLECTED:  06/02/2009   14:15 ET
REPORTED:   06/03/2009   06:48 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 1963 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2203 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 509 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 91 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 34 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.9 | | % | |
| LYMPHOCYTES | 45.9 | | % | |
| MONOCYTES | 10.6 | | % | |
| EOSINOPHILS | 1.9 | | % | |
| BASOPHILS | 0.7 | | % | |

        HARD COPY TO FOLLOW


PERFORMING LABORATORY INFORMATION
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492
     Laboratory Director:  NEENA SINGH,MD, CLIA: 07D0093126

DUPLICATE REPORT WILL BE SENT TO:        CCC PROFESSIONAL HOME CARE
                                         104 SEBETHE DR STE 3
                                         CROMWELL, CT 06416-1038

                                         DR RAXLEY


                                         DR GOUIN


                                         HALEY SPEARS
                                         1008 TROUT BROOK DRIVE
                                         WEST HARTFORD,CT

SPEARS,HALEY - WC660151B                          Page 2 - End of Report

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DR-BPAML  7/01
01/01/09 01:01 1422941  2/2

Liberty004413

JUL. 1. 2009 12:19PM   PHCS SPECIALTY  860-632-3696

**Quest Diagnostics**®

NO. 2019   7H302159007
P. 2/9

RE. T STATUS **FINAL**   REPRINT

EST DIAGNOSTICS INCORPORATED
IENT SERVICE 1-866-697-8378

PECIMEN INFORMATION
PECIMEN:   WC121809C
EQUISITION: 3751139

COLLECTED:  06/30/2009   15:30 ET
ECEIVED:   06/30/2009   20:46 ET
EPORTED:   07/01/2009   09:56 ET

PATIENT INFORMATION
**SPEARS, HALEY**

DOB: REDACTED   AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

ORDERING PHYSICIAN
**ZAGAR, DARIO**

CLIENT INFORMATION
NE22200645              60010000
CCC PROFESSIONAL HOME CARE
104 SEBETHE DR STE 3
CROMWELL, CT 06416-1038

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | QWA |
| GLUCOSE | 85 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.74 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17    L | 21-33 mmol/L | |
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 41 | | 33-115 U/L | |
| AST | 22 | | 10-30 U/L | |
| ALT | 27 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.6 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.15 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.0 | | 35.0-45.0 % | |
| MCV | 89.3 | | 80.0-100.0 fL | |
| MCH | 29.2 | | 27.0-33.0 pg | |
| MCHC | 32.7 | | 32.0-36.0 g/dL | |
| RDW | 14.2 | | 11.0-15.0 % | |
| PLATELET COUNT | 321 | | 140-400 Thousand/uL | |
| MPV | 8.4 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC121809C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics Marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. CODITOO-HTL Revised 2/08, BC2K - 11/2006

JUL. 1. 2009 12:20PM    PHCS SPECIALTY  860-632-3696                    NO. 2019   P. 3/3

**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| PATIENT INFORMATION | | REPORT STATUS **FINAL    REPRINT** |
| **SPEARS, HALEY** | | |

COLLECTED:  06/30/2009   15:30 ET
REPORTED:   07/01/2009   09:56 ET

DOB: REDACTED    AGE: 31
GENDER: F FASTING: N

ORDERING PHYSICIAN
**ZAGAR, DARIO**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2492 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2531 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 420 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 112 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 45 | | 0-200 cells/uL | |
| NEUTROPHILS | 44.5 | | % | |
| LYMPHOCYTES | 45.2 | | % | |
| MONOCYTES | 7.5 | | % | |
| EOSINOPHILS | 2.0 | | % | |
| BASOPHILS | 0.8 | | % | |

**PERFORMING LABORATORY INFORMATION**

QWA  QUEST DIAGNOSTICS WALLINGFORD-CT 0091, 3 STERLING DRIVE, WALLINGFORD, CT  06492, Laboratory Director:  NEENA SINGH,MD
     CLIA: 07D0093126

ORIGINAL REPORT SENT TO:            ASSOCIATED NEUROLOGISTS
                                    75 KINGS HWY
                                    FAIRFIELD, CT 06825-4823

SPEARS, HALEY - WC121809C                        Page 2 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics  © Quest Diagnostics Incorporated  All rights reserved. 02000004711, Revised 14/3, PCN - 115170.

Liberty004415

7H302150007

Connecticut Natural Health Specialists, LLC
1330 Sullivan Ave
South Windsor, CT 06074
(860)644-2437

July 21, 2009

To Whom It May Concern:

Haley Spears (DOB REDACTED) is under my medical care and has been receiving treatment for a myriad of concerns. Haley's first office visit was April 20, 2009 where she presented with extreme pain, fatigue, migraines, difficulty with cognition and concentration as well as night sweats. She has been diagnosed from her neurologist with Lyme disease and is seeking treatment with Dr. Kage and Dr. Raxlen for her condition and symptoms. I am currently supporting her with lifestyle and nutrition recommendations.

Due to her conditions, Haley is unable to perform the duties required for her job and needs to continue to seek medical treatment for her condition. To my knowledge, it has not yet been determined when she will be well enough to perform the duties of her job. It is my clinical opinion that she should continue on treatment with the specialists managing her care and be supported with disability coverage.

Sincerely,

Lauren Gouin, ND

7/24/09 Copy for PT chart.
Mailed to PT 7/24/09 Vernon Office ℅

Liberty004416

JUL. 22. 2009 10:33AM    PHCS SPECIALTY   860-632-3696          NO. 2336   741301150007
                                                                          P. 1/3

PROFESSIONAL HOME CARE SERVICES INC.
104 SEBETHE DRIVE
CROMWELL, CT 06416
Phone: 800-253-3738   Fax: 860-829-4244

**Professional Home
Care Services Inc.**

*Bernard Raplen MD 212-799-2377*
*Kristin Giannini to 860-979-0056*
*Lauren Gowin NP 860-871-7857*
*Send copy weekly to potions* ✳



To: Dr. Zagar                        From: PHCS Pharmacy

Fax: 1-203-333-3937                  Pages:

Phone:                               Date:

Re: Patient lab results on: Spears, Haley

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

_____

_____

_____

_____

_____

_____

_____

### NOTICE OF PRIVILEDGED AND CONFIDENTIALITY

This transmission may contain confidential health information that is protected by special federal or state law or
regulation. It is intended only for the use of the individual to which it has been addressed. Only the person named
on this transmission is authorized to view any information contained herein. Re-disclosure without proper consent is
prohibited. Unauthorized use or disclosure or failure to maintain confidentiality may subject you to penalties under
both federal and state law.

If you have received this message in error, please call me

Immediately at 800-253-3738.

Liberty004417

JUL. 22. 2009 10:33AM     QHCS SPECIALTY  860-632-3696                    NO. 2336  7H302159007
                                                                                    P. 2/3



## Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 1-866-697-8378

**PATIENT INFORMATION**
SPEARS, HALEY

**REPORT STATUS FINAL REPRINT**

**ORDERING PHYSICIAN**
ZAGAB, DARIO

SPECIMEN INFORMATION
SPECIMEN:   WC452572C
REQUISITION: 4096899

DOB: REDACTED AGE: 31
GENDER: F FASTING: N

ID:
PHONE: 860.308.2050

**CLIENT INFORMATION**
NEZ2103203                  60010000
ASSOCIATED NEUROLOGISTS
75 KINGS HWY
FAIRFIELD, CT 06825-4823

COLLECTED:  07/21/2009   13:00 ET
RECEIVED:   07/21/2009   20:31 ET
REPORTED:   07/22/2009   06:51 ET

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL W/EGFR | | | | |
| GLUCOSE | 77 | | 65-99 mg/dL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.72 | | 0.58-1.06 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN | | | | |
| AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | | 17      L | 21-33 mmol/L | |
| CALCIUM | 8.9 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 2.2-3.9 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 36 | | 33-115 U/L | |
| AST | 20 | | 10-30 U/L | |
| ALT | 24 | | 6-40 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | QWA |
| WHITE BLOOD CELL COUNT | 5.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.02 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.1 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 35.9 | | 35.0-45.0 % | |
| MCV | 89.1 | | 80.0-100.0 fL | |
| MCH | 30.2 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 14.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 274 | | 140-400 Thousand/uL | |
| MPV | 8.6 | | 7.5-11.5 fL | |

SPEARS, HALEY - WC452572C

Page 1 - Continued on Page 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 04-0490. 1/01
03560
07/22/01 02:04 T508232  1/3

Liberty004418

JUL. 22. 2009 10:33AM   ᴼHCS SPECIALTY  860-632-3696       NO. 2336  7H302150007
                                                                        P. 3/3

**Quest**
**Diagnostics** ®

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>SPEARS, HALEY | REPORT STATUS FINAL REPRINT |
| | | ORDERING PHYSICIAN |
| COLLECTED:   07/21/2009   13:00 ET<br>REPORTED:    07/22/2009   06:51 ET | DOB: REDACTED AGE: 31<br>GENDER: F FASTING: N | ZACAR, DARIO |

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 2787 | | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1856 | | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 530 | | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 0 | L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 26 | | | 0-200 cells/uL | |
| NEUTROPHILS | 53.6 | | | % | |
| LYMPHOCYTES | 35.7 | | | % | |
| MONOCYTES | 10.2 | | | % | |
| EOSINOPHILS | 0.0 | | | % | |
| BASOPHILS | 0.5 | | | % | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
QWa  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT , 06492
     Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

SPEARS,HALEY - WC452572C                          Page 2 - End of Report‖

Quest, Quest Diagnostics, the associated logs and all associated Quest Diagnostics names are the trademarks of Quest Diagnostics Incorporated. All rights reserved. LX-XPdP8. 7/01

07/22/09 01:04 CSDTS2  2/3

Liberty004419

7H302150007

uthorization for Disclosure of Health Information Form                                                          1/1

# AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

itient:

Haley Muse Spears
me of Patient/Previous Names

REDACTED

Birth Date/Medical Record Number

1008 Trout Brook Drive
ect Address

West Hartford, CT 0619
City, State, Zip

uthorizes:

Whole Health Associates
me of Health Care Provider/Plan/Other

**Release Of Protected Health Information To:**

Dr. Dorvilus
Name of Health Care Provider/Plan/Other

100 Simsbury Rd, Suite 209
ect Address

460 Hartford Turnpike
Street Address

Avon, CT 06001
ty, State, Zip Code

Vernon, CT 06066
City, State, Zip Code

formation To Be Released:

☑ Medical History, Examination, Reports
_ Treatment or Tests
_ Allergy Records
_ Consultations
_ Other (Specify): _____

___ Surgical Reports
___ Hospital Records Including Reports
☒ Laboratory Reports
☒ Entire Record

___ Immunizations
___ X-ray Reports
___ Prescriptions

irpose For Need Of Disclosure:  (Check applicable categories)

_ Further Medical Care
_ Insurance Eligiblity/Benefits
_ Other (Specify): adjunctive care

___ Legal Investigation or Action
___ Changing Physicians

___ Personal

nderstand that if the person(s) and/or organization(s) listed above are not health care providers, health plans or health care clearinghouses, who must follow the
eral privacy standards, the health information disclosed as a result of this authorization may no longer be protected by the federal privacy standards and my health
ormation may be redisclosed without obtaining my authorization.

ur Rights With Respect To This Authorization:

ght to Inspect or Copy the Health Information to Be Used or Disclosed - I understand that I have the right to inspect or copy the health information I have
horized to be used or disclosed in this authorization form. I may arrange to inspect my health information or obtain copies of my health information by contacting __
_____. Right to Receive Copy of This Authorization - I understand that if I agree to sign this authorization, which I am not required to do,
ust be provided with a signed copy of the form. Right to Refuse to Sign This Authorization - I understand that I am under no obligation to sign this form and that
person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition treatment, payment, enrollment in a
alth plan or eligibility for health care benefits on my decision to sign this authorization. Right to Withdraw This Authorization - I understand written notification
iecessary to cancel this authorization. To obtain information on how to withdraw my authorization or to receive a copy of my withdrawal, I may contact:_____
_____. I am aware that my withdrawal will not be effective as to uses and/or disclosures of my health information that the person(s) and or
ganization(s) listed above have already made in reference to this authorization.

:piration Date:  This authorization is good until the following date(s) REDACTED HAS 6/22/09 or for one year from the date signed.

iave had an opportunity to review and understand the content of this authorization form.  By signing this authorization, I am
nfirming that it accurately reflects my wishes.

gnature Of Patient or Legal Representative: Haley A Spears                    Date: 6/22/09
(If signed by other than patient, state relationship and authority to do so.)

itness: _____

Copyright 2002 YourHIPAA.com

Liberty004420

7H302150007

## PATIENT INTAKE

REDACTED

Name **Haley Spears**        M or (F)  Date of Birth _____ Age **31**

Address **100 8 Trout Brook Dr**  City **West Hartford** State **CT** Zip **06119**

SSN **436-33 6982**  Home phone **860-308-2050**  Cell _____

Occupation **Executive Administrative Assistant** Employer **Pratt & Whitney / United Technologies**

Work phone **N / A**  Email Address **Hspears2@yahoo.com**

**Insurance:** CT Care
Subscriber's name **Haley Spears**        Relationship **Self**

Subscriber's birth date (mm/dd/yy) **10/11/77**  Employer **United Technologies**

**Primary Care Physician**
Name/Group **Kristen Giannini**        Phone **860-872-8321**

Address **520 Hartford Turnpike, Suite** Date of last physical _____

Date of recent/last lab work & imaging _____

**Emergency Contact:**                    Home **318-865-0221**
Name (Relation) **David Spears (Father)**   Cell- **318-349-6490**
                              Phone W **318-221-5114**
**Family Information:** Shane Spears (brother) 318-349-1768   Chris Spears (mother) 860-305-3109
Marital Status: **Single**  Married  Partner  Divorced  Widow(er)         860-645-9997
Spouse's name _____        Children: Y / N  Number____ Ages____

**How did you hear about our practice?**  ~~⊗⊗⊗⊗⊗~~ **web-prior patient**

**Present Health Concerns (in order of importance):**

1. **Lyme, Babesia + Bartenella**
2. **Chronic Fatigue + cognition problems**
3. **Migraines + Blurred vission**

**Allergies to drugs, environmental, food, etc (state reaction):**

**Hospitalizations, Procedures, injuries (surgeries/special diagnostic studies):**

| Date | Procedure | Reason | Outcome |
|------|-----------|--------|---------|
|      |           |        |         |

**Current Medications (including O-T-C):**

| Name of Drug | Reason for taking | Dose | Date Started | Prescribed by |
|--------------|-------------------|------|--------------|---------------|
|              |                   |      |              |               |
|              |                   |      |              |               |
|              |                   |      |              |               |

**Current supplements, vitamins, & Herbs:**

| Name of Drug | Reason for taking | Dose | Date Started | Prescribed by |
|--------------|-------------------|------|--------------|---------------|
|              |                   |      |              |               |
|              |                   |      |              |               |
|              |                   |      |              |               |

7H302150007

## NATUROPATHIC MEDICINE
## INFORMED CONSENT FOR TREATMENT

I, _Haley Spears_, hereby authorize Connecticut Natural Health Specialists, LLC (Lauren Gouin, ND) to perform the following specific procedures as necessary to facilitate my diagnosis and treatment:

**Common diagnostic procedures:** e.g., physical exams, venipuncture, Pap Smears, laboratory
**Minor office procedures:** e.g. dressing a wound, ear irrigation
**Medicinal use of Nutrition:** therapeutic nutrition, nutritional supplementation
**Botanical Medicine:** botanical substances may be prescribed as teas, alcoholic tinctures, capsules, tablets, creams, plasters or suppositories
**Homeopathic remedies:** the use of highly dilute quantities of naturally occurring plants, animals and minerals to gently stimulate the body's healing responses
**Lifestyle Counseling and Hygiene:** diet therapy, promotion of wellness including recommendations for exercise, sleep, stress reduction and balancing of work and social activities
**Psychological Counseling**
**Physical Medicine:** osseous manipulation, soft tissue manipulation, electrotherapies, hydrotherapies, paraffin bath, intersegmental traction, cupping

I recognize the potential risks and benefits of these procedures as described below:

**Potential risks:** allergic reactions to prescribed herbs and supplements, side effects of natural medications, inconvenience of lifestyle changes, injury from venipuncture or procedures, aggravation of pre-existing symptoms, discomfort, pain, bruising, burns, light headedness.

**Potential benefits:** restoration of health and the body's maximal functional capacity, relief of pain and symptoms of disease, assistance in injury and disease recovery, and prevention of disease or its progression.

**Notice to Pregnant Women:** All female patients must alert the doctor if they know or suspect they are pregnant as some of the therapies used could present a risk to pregnancy.

With this knowledge, I voluntarily consent to the above procedures, realizing that no guarantees have been given to me by Connecticut Natural Health Specialists LLC or any of her personnel regarding cure or improvement of my condition. I understand that I am free to withdraw my consent and to discontinue participation in these procedures at any time.

I understand that Connecticut Natural Health Specialists LLC will keep a record of the health services provided to me. This record will be kept confidential and will not be released to others unless so directed by myself or my representative or unless it is required by law. I understand that I may look at my medical record at any time and can request a copy of it by paying an appropriate fee. I understand that my medical record will be kept for a minimum of three, but not more than ten years after the date of my last visit. I understand that any questions I have will be answered by Dr.Lauren Gouin to the best of her ability.

_6/22/09_
Date

_Haley a Spea_
Signature of Patient

_____
Signature of Patient Representative or Guardian

Liberty004422

7H302150007

**Connecticut Natural Health Specialists, LLC**

**Financial Policy Disclosure**

Current fees for services are as follows:

Examinations vary in prince depending on the complexity and number of body systems that are examined.

Consultation/Examination:
New Patient office visit: $60-175
Established patient office visit: $35-135
Counseling: $70-175

Treatments:
Ear irrigation: $69
Manual therapy: $45

Diagnostics:
Bio Impedance Analysis $38

Medical Records:
$.45 per page plus postage

Payment is due on the date of service unless other arrangements have been made. We accept cash, money orders, cashier's checks, personal checks and credit card payments. Time of service discount is available as a 20% reduction.

Canceling appointments: Patients must give twenty four (24) hours notice before canceling an appointment or you will be personally responsible for the cost of the visit.

I have read the above fees and policies and understand the cost of my care. I understand that I am responsible for payment of all deductibles and co-payments related to my care. I understand that Dr. Gouin bills my insurance company as a courtesy, and I further understand that I am responsible for any amount that my insurance company does not pay. If my balance ins not paid in a timely and monthly fashion, or based on a written and signed agreement, I promise to pay any and all collection, court and attorney fees related to the collection of my account. I understand that if my treatment is associated with a personal injury or accident claim all medical bills will be paid at 100% of the above fee schedule regardless of the outcome of my case. I understand that if a check or credit is returned for insufficient funds I will be charged a $25.00 service charge. I understand and agree to the terms andconditions of the above Financial Policy.

SIGNATURE _____   DATE __6/2?/09__

Liberty004423

7H302150007

### Connecticut Natural Health Specialists, LLC

#### Notice of Privacy Practices

This notice describes how health information about you may be used and disclosed and how you can get access to this information. It is effective April 14, 2003, and applies to all protected health information contained in your health records maintained by us. We have the following duties regarding the maintenance, use and disclosure of your health records:

(1) We are required by law to maintain the privacy of the protected health information in your records and to provide you with this Notice of our legal duties and privacy practices with respect to that information.

(2) We are required to abide by the terms of this Notice currently in effect.

(3) We reserve the right to change the terms of this Notice at any time, making the new provisions effective for all health information and records that we have and continue to maintain. All changes in this Notice will be prominently displayed and available at our office.

There are a number of situations in which we may use or disclose to other persons or entities you confidential health information. Certain uses and disclosures will require you to sign an acknowledgement that you received this Notice of Privacy Practices. These include treatment, payment, and health care operations. Any use or disclosure of your protected health information required for anything other than treatment, payment or health care operations requires you to sign an Authorization. Certain disclosures that are required by law, or under emergency circumstances, may be made without your Acknowledgement or Authorization. Under any circumstance, we will use or disclose only the minimum amount of information necessary from your medical records to accomplish the intended purpose of the disclosure.

We will attempt in good faith to obtain your signed Acknowledgement that you received this Notice to use and disclose your confidential medical information for the following purposes. These examples are not meant to be exhaustive, but to describe the types of uses and disclosures that may be made by our office once you have provided Consent.

Treatment: We will use your health information to make decisions about the provision, coordination or management of your healthcare, including analyzing or diagnosing your condition and determining appropriate treatment for that condition. It may also be necessary to share your helath information with another health care provider whom we need to consult with respect to your care. These are only examples of uses and disclosures of medical information for treatment purposes that may or may not be necessary in your case.

Payment: We nay need to use or disclose information in your health record to obtain reimbursement from you, from your health-insurance carrier, or from another insurer for our services rendered to you. This may include determinations of eligibility or coverage

Liberty004424

7H302150007

There are certain circumstances under which we may use or disclose your health information without first obtaining your acknowledgement of authorization. Those circumstances generally involve public health and oversight activities, law enforcement activities, judicial and administrative proceedings, and in the event of death. Specifically, we may be required to report to certain agencies information concerning certain communicable diseases, sexually transmitted diseases or HIV/AIDS status. We may also be required to report instances of suspected or documented abuse, neglect or domestic violence. We are required to report to appropriate agencies and law-enforcement officials information that you or another person is in immediate threat of danger to health or safety as a result of violent activity. We must also provide health information when ordered by a court of law to do so. We may contact you from time to time to provide appointment reminders or information about treatment alternatives or other health related benefits or services that may be of interest to you.

Others involved in your Healthcare: Unless you object, we may disclose to a member of your family, a relative, a close friend or any other person you identify, your protected health information directly relates to that person's involvement in your health care. If you are unable to agree or object to such a disclosure, we may disclose such information as necessary if we determine that it is in your best interested based on our professional judgment. We may use or disclose protected health information to notify or assist in notifying a family member, personal representative or any other person that is responsible for your care of your location, general condition or death. Finally, we may use or disclose your protected health information to an authorized public or private entity to assist in disaster relief effects and to coordinate uses and disclosures to family or other individuals involved in your health care.

Communication Barriers and Emergencies: We may use and disclose your protected health information if we attempt to obtain consent from you but are unable to do so because of substantial communication barriers and we determine, using professional judgment, that you intend to consent to use or disclosure under the circumstances. We may use or disclose your protected health information in an emergency treatment situation. If this happens, we will try to obtain your consent as soon as reasonably practicable after the delivery of treatment. If we are required by law or as a matter of necessity to treat you, and we have attempted to obtain your consent but have been unable to obtain your consent, we may still use or disclose your protected health information to treat you.

Except as indicated above, your health information will not be used or disclosed to any other person or entity without your specific Authorization, which may be revoked at any time. In particular, except to the extent disclosure has been made to governmental entities required by law to maintain the confidentiality of the information, information will not be further disclosured to any other person or entity with respect to information concerning mental health treatment, drug and alcohol abuse, HIV?AIDS or sexually transmitted diseases that may be contained in your health records. We likewise will not disclose your health record information to an employer for purposes of making employment decisions, to a liability insurer or attorney as a result of injuries sustained in an automobile accident, or to educational authorities, without your written authorization.

Liberty004425

You have certain rights regarding your health record information as follows:

(1) You may request that we restrict the uses and disclosures of your health record information for treatment, payment and operations, or restrictions involving your care or payment related to that care. We are not required to agree to the restrictions, however, if we agree, we will comply with it, except with regard to emergencies, disclosure of the information to you, or if we are otherwise required by law to make a full disclosure without restriction.

(2) You have a right to request receipt of confidential communications of your medical information by an alternative means or at an alternative location. If you require such an accommodation, you may be charged a fee for accommodation and will be required to specify the alternative address or method of contact and how payment will be handled.

(3) You have the right to inspect copy and request amendments to your health records. Access to your health records will not include psychotherapy notes contained in them, or information complied in anticipation of or for use in a civil, criminal or administrative action or proceeding to which your access is restricted by law. We will charge a reasonable fee for providing a copy of your health records, or a summary of those records, at your request, which includes the cost of copying, postage and preparation or an explanation or summary of the information.

(4) All requests for inspection, copying and/or amending information in your health records and all requests related to your rights under this Notice, must be made in writing and addressed to the Privacy Officer at our address. We will respond to your request in a timely fashion.

(5) You have a limited right to receive an accounting of all disclosures we make to other persons or entities of your health information except for disclosures required for treatment, payment and healthcare operations, disclosures that require authorization, disclosure incidental to another permissible use or disclosure, and otherwise as allowed by law. We will not charge you for the first accounting in any twelve month period; however, we will charge you a reasonable fee for each subsequent request for accounting within the same twelve month period.

(6) IF this notice was initially provided to you electronically, you have the right to obtain a paper copy of this notice and to take one home with you if you wish.

You may file a written complaint to us or to the Secretary of Health and Human Services if you believe that your privacy rights with respect to confidential information in your health records have been violated. All complaints must be in writing and must be addressed to the Privacy Officer (in the case of complaints to us) or to the person designated by the U.S. Department of Health and Human Services if we cannot resolve your concerns. You will not be retaliated against for filing such a complaint. More information is available able complaints at the government's website, http://www.hhs.gov/ocr/hipaa.

All questions concerning this Notice or requests made pursuant to it should be addressed to: Privacy Officer, 460 Hartford Turnpike Suite B, Vernon, CT 06066

**I have had the opportunity to have all my questions answered regarding Connecticut Natural Health Specialists, LLC privacy practices. I have received a copy of the Notice of Privacy Practice and consent to the use and disclosure of my protected health information for treatment, payment and healthcare operations.**

Signature of Patient or Legal Representative/Witness          Date   6/22/09

7H302150007



Member Name: BAILEY A SPEARS
I.D.#: REDACTED
GROUP#: 602250
RX GRP#: CN3A
Effective Date: 01/01/2010

SOME COPAYS:
PCP ................... $20
OB/Gyn ............. $20
Specialist ......... $35
Walk-in ........... $40
ER ................... $100
Radiology ........ *

*Copays vary.
 See benefit summary.

Copays, deductibles & coinsurance may apply. Refer to Plan documents.

Please present this card when seeking covered medical, behavioral health
and pharmacy services administered by ConnectiCare.

Provider/Customer Services:
Insured Service: 1-800-1974-2575 or 1-800-456-9378
Claims/Benefit Inquiries: EAync (Optima Health Behavioral Solutions): 1-838-946-4658
Digital/Emergency Admissions/Services: 1-888-261-2273

Mail all claims to:
ConnectiCare
P.O. Box 546
Farmington, CT 06034-0546

This card is for identification purposes only and does not guarantee eligibility. Refer
to the applicable Benefit Summary, Membership Agreement, or other Plan documents for
benefit details.  This card is void upon termination of membership in the plan.

Outside the service area contact 1-866-669-7427 or multiplan.com
for a PHCS provider, or if not available, a Multiplan provider. 

1-22-10

Liberty004427

7H302130007

10/09



Member Name: HALEY A SPEARS

I.D.#: REDACTED
GROUP#: 002250
RX GRP#: CN3A
Effective Date: 01/01/2009

SOME COPAYS:
PCP....................$20
OB/Gyn..............$20
Specialist............$30
Walk-in..............$40
ER.....................$100
Radiology .........*

*Copays vary.
See benefit summary.

Copays, deductibles & coinsurance may apply. Refer to Plan documents.
No Referral Required

*Please present this card when seeking covered medical, behavioral health,
and pharmacy services administered by ConnectiCare.*

**Important Phone Numbers:**
Member Services: (860) 674-2075 or 1-860-846-8578
Mental Health & Substance Abuse  1-888-946-4658
Urgent/Emergency Admission/Services: 1-888-261-2271

**Mailing Address:**
ConnectiCare
P.O. Box 546
Farmington, CT 06034-0546

This card is for identification purposes only and does not guarantee eligibility. Refer
to the applicable Benefit Summary, Summary Plan Description, or other Plan documents
for benefit details. This card is void upon termination of membership in the plan.

A discount may apply when obtaining out-of-network covered services from a PHCS
provider. To locate a PHCS provider call 1-866-669-7427.



Liberty004428

7H302150007



# Connecticut Multispecialty Group, P.C.
## Leaders in Integrated Medical Care

### Division of Endocrinology
Paul Labinson, DO   Robert Oberstein, MD   Deepti Rawal, MD
Jennifer Lloyd, APRN   Ruth Ferrarotti, APRN   Anita Salerno, APRN

**Name:** HALEY A. SPEARS
**DOB:** REDACTED
**Date of Appt:** 02/22/2013

## History of Present Illness
Patient presents for follow up of thyroid dysfunction
she is afraid of surgery but not sure what to do

## Active Problems
- Considered  Demyelinating Disorders 341.9
- Endocrine Laboratory Tests Nonspecific Abnormal Findings 794.6
- Fatty Liver 571.8
- Hashimoto's Thyroiditis 245.2
- Hypoglycemia 251.2
- Migraine Headache 346.90
- Nontoxic Multinodular Goiter 241.1
- Plantar Fasciitis 728.71
- Systemic Lupus Erythematosus 710.0
- Thyroid Cyst 246.2
- Ulcerative Colitis 556.9

## Allergies
- No Known Drug Allergies

## Current Meds
1. Bayer Contour Test In Vitro Strip; USE 2 STRIP Daily; Therapy: 05Feb2013 to
   (Evaluate:06May2013); Last Rx:05Feb2013
2. Bayer Microlet Lancets Miscellaneous; TEST 2X'S A DAY; Therapy: 05Feb2013 to
   (Evaluate:06May2013); Last Rx:05Feb2013
3. Bicillin L-A 1200000 UNIT/2ML Intramuscular Suspension; inject twice a week; Therapy:
   31Jan2012 to (Evaluate:13Apr2013)
4. Butalbital-Acetaminophen 50-325 MG Oral Tablet; TAKE 1 TABLET EVERY 3-4 HOURS AS
   NEEDED FOR COMFORT; Therapy: (Recorded:29Jan2013) to
5. Calcium-Magnesium-Vitamin D CAPS; TAKE 1 CAPSULE DAILY; Therapy:
   (Recorded:29Jan2013) to
6. Cetirizine HCl 10 MG Oral Tablet; 1 tablet bid; Therapy: 03Apr2012 to
7. Colostrum CAPS; 40% IgG 1 DAILY; Therapy: (Recorded:29Jan2013) to
8. EpiPen 0.3 MG/0.3ML (1:1000) DEVI; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
   Therapy: 02May2008 to  Requested for: 13Feb2009
9. Famotidine 20 MG Oral Tablet; TAKE 2 TABLET DAILY; Therapy: (Recorded:29Jan2013) to
10. Gentle Iron CAPS; 25 mg daily; Therapy: (Recorded:29Jan2013) to
11. Mepron 750 MG/5ML Oral Suspension; TAKE 1 TEASPOONFUL TWICE DAILY; Therapy:
    (Recorded:29Jan2013) to

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106  *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

1

Liberty004429

7H302150007

RE: SPEARS, HALEY A.

12. Minocycline HCl 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 08Dec2012 to
13. Montelukast Sodium 5 MG Oral Tablet Chewable; TAKE 2 TABLET DAILY; Therapy: 03Oct2012 to
    (Evaluate:31Oct2012)
14. Ondansetron 8 MG Oral Tablet Dispersible; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED;
    Therapy: (Recorded:29Jan2013) to
15. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY;
    Therapy: 28Dec2011 to (Evaluate:28Jan2012)
16. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
17. Selenium 100 MCG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy:
    (Recorded:29Jan2013) to
18. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN
CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:29Jan2013) to
19. TraMADol HCl 50 MG Oral Tablet; Therapy: (Recorded:29Jan2013) to
20. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013)

Liberty004430

7H302150007

## RE: SPEARS, HALEY A.

12. Minocycline HCl 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 08Dec2012 to
13. Montelukast Sodium 5 MG Oral Tablet Chewable; TAKE 2 TABLET DAILY; Therapy: 03Oct2012 to (Evaluate:31Oct2012)
14. Ondansetron 8 MG Oral Tablet Dispersible; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED; Therapy: (Recorded:29Jan2013) to
15. Pantoprazole Sodium 40 MG Oral Tablet Delayed Release; TAKE 1 TABLET EVERY DAY; Therapy: 28Dec2011 to (Evaluate:28Jan2012)
16. Progesterone CREA; take 15 days prior menses; Therapy: (Recorded:22Feb2013) to
17. Selenium 100 MCG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED; Therapy: (Recorded:29Jan2013) to
18. Supplements; SACCHAROMYCES BOULARDII 250MG 2 DAILYDAILY EFA 1200MG 1 DAILYRUSSIAN CHOICE GI 1 DAILYCANDIDASTAT 1 DAILYESTHER C 1000MG DAILY; Therapy: (Recorded:29Jan2013) to
19. TraMADol HCl 50 MG Oral Tablet; Therapy: (Recorded:29Jan2013) to
20. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY; Therapy: (Recorded:29Jan2013) to

## Vitals
### CMG-Vitals [Data Includes: Current Encounter]

|  | 22Feb2013 02:18PM |
|---|---|
| BMI Calculated | 22.02 |
| BSA Calculated | 1.63 |
| Height | 5 ft 4.25 in |
| Weight | 129 lb |
| Systolic | 118, RUE, Sitting |
| Diastolic | 70, RUE, Sitting |
| Heart Rate | 64, R Radial |
| Pulse Quality | Normal, R Radial |

## Results/Data
At this visit reviewed: pathology reports 2 nodules each with 5-15% chance cancer, follicular .

## Assessment
- Hashimoto's Thyroiditis 245.2
- Nontoxic Multinodular Goiter 241.1

## Discussion/Summary

1. multiple nodules which are growing and with FNA that is indeterminant follicular with 5-15%. But as growing and as she has hashimoto's, she is likely at the high end of that % risk. and this is for each nodule.
I strongly recommend excision, now.

I discussed the issues in detail including post surgical thyroid replacement and many 'what if's'.

**Main Office:** 100 Retreat Avenue, Suite 400, Hartford, CT 06106  **Phone:** (860) 547-1278   **Fax:** (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

Liberty004431

7H302150007

## RE: SPEARS, HALEY A.

Face to face time spent with the patient was 25 minutes and greater than 50% of time was spent counseling/discussion.

**Signatures**
Electronically signed by : Robert Oberstein, M.D.; Feb 22 2013  2:55PM

*Main Office:* 100 Retreat Avenue, Suite 400, Hartford, CT 06106 *Phone:* (860) 547-1278   *Fax:* (860) 547-1301
Other Clinical Sites  533 Cottage Grove Road, Bloomfield, CT 06002

3

Liberty004432

7H302150007

## Progress Notes

| Patient: | | | DOB: | | DOS: 1/16/13 | |
|----------|--|--|------|--|--------------|--|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | | Temp: (°F) | RR: (per min) |
| Medications: | | | Supplements: | | | |

_progesterone 10 days prior to cycle_

| CC: UTI Ocough | | ROS: |
|---|---|---|
| | · · | Con: |
| | | ENT: |
| Cal_____me Orally 4.5 mos | | C/V: |
| on  treats | | Resp: |
| | | GI: . |
| cognitive issues - bloated + restless | | Skin: |
| word finding | | MSK: |
| | | FHx, SHx, Med Hx: |
| Q DT - shoulders + back | | PSH: |
| later TYR | | |
| | | O: |
| Cal testing _____ polyps | | |
| Sonogram - 2 wks | | |
| irregular menses | | |
| 2 days spotty 3 days | | |
| q 28 - 35 days | | |
| LMP 2 wks ago | | |
| | | |
| | | |
| · | | |
| | | |
| | | |
| | | |

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _____ minutes
  __ Diagnostic tests discussed    __ Compliance discussion    __ Prognosis of condition
  __ PARQ/Informed Consent    __ Treatment discussion    __ Risk Factor Reduction
  __ Risks and Benefits of Treatment    __ Coordination with other practitioner

| Physician's Signature: | Date: |
|---|---|

Liberty004433

Dr. Lauren Gouin

Haley Spears - Supplement List - Nov 18, 2012

| | Med | Dose | When | When |
|---|---|---|---|---|
| | | | | |
| (1) | SELENIUM 100 mcg (SOLGAR or SOLARAY) | 1 | AM | |
| | (Do Not take with IRON or CALCIUM & VITAMIN C)! | | | |
| 2 | SUPER ARTEMISININ - 200mg (Allergy Research) | 1 and 1 | AM | PM |
| 3 | CoQH-CF- 100mg (Allergy Research) | 1 | AM | |
| (4) | SACCHAROMYCES BOULARDII - 250mg (Pure Encapsulatios) | 1 and 1 | AM | PM |
| 5 | COLOSTRUM 40% IgG (Pure Encapsulations) | 1 | AM | |
| (6) | CULTURELLE with LACTOBACILLUS ~ 1/day | 2 and 2 | AM | PM |
| 7 | GARLIC 360mg (Allisure Allicin Garlic ) | 1 | AM | |
| (8) | DAILY EFA 1200mg (Oakmont Labs) | 1 | AM | |
| 9 | MAGNESIUM TAURATE 125 mg (Ecological Formulas) | 1 | AM | |
| 10 | OLIVE LEAF EXTRACT 250mg (Food Science of Vermont) | 1 | AM | |
| 11 | GRAPEFRUIT SEED EXTRACT 125mg (NUTRBIOTIC) | 1 | AM | |
| 12 | VITAMIN D3 2000mg (Solgar) 1 AM | 1 | AM | |
| 13 | RUSSIAN CHOICE GI -IMMUNE SUPPORT (Nutricology) —as needed | 1 | AM | |
| (14) | CANDIDASTAT (Vitanica) composition as follows; | 1 | AM | |
| | (Caprylic Acid 350mg, Milk Thistle Extract 140mg, Garlic Extract 250mg, | | | |
| | Grapefruit Seed & Pulp Extract 20mg, Oregon Grape Root Extract 100mg, | | | |
| | Vitamin E 50 IU, Caicium 36mg, Lactobacillus 400mg). | | | |
| (15) | CALCIUM 600mg with D and Magnesium (Solgar) | 1 | | PM |
| | (Do Not Take with Selenium)! | | | |
| (16) | GENTLE IRON 25mg (Solgar) (Do Not Take with Selenium)! | 1 | | PM |
| 17 | ESTER C 1000 mg (Bio Nutritional Formulas) —as needed | 1 | | PM |
| 17 | (Do Not Take with Selenium)! | | | |
| | | | | |
| | MORNING : 14 Supplements | | | |
| | BEDTIME : 6 Supplements (Some taken in AM & PM) | | | |
| | | | | |

Rx    montelukast 5mg, 2 pm          cetirizine HcL 10 mg, BID
      pantoprazde 40mg, 1 am         ondansetron HcL 5mg, PRN
mepron    Famotidine 20mg, 2 pm      trimacel HcL 50mg pan typical
, tspn BID   EA                                        2-3

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin
*Naturopathic Physician*

Dr. Benjamin Stratford
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Haley_

① Tc ~ 3 u i l      ℞      ℞

②      ℞      ℞

② c ~ 6 b miler

③ Magnesium           (won )
                       leture sel
                ...(cr when y ι linτοπ>)!
④ ...  ⚡      (ω σσ κ l
⑤ GιιΕΣ ~ Husulde IMC  203
                XX IV Wishic 7. 732 - 13 70

Dr. Signature _____

Date _12/14/11_      ⑥ Cox   x.2ι(ι(8)
• lyme nodele  r. u l    in > > Sc >
• Salivax, D, sals 3 ?

Liberty004435

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin
*Naturopathic Physician*

Dr. Benjamin Stratford
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient **Haley Spears**

mucc da    2cap
ervy 4

Dr. Signature_____

Date_____

Liberty004436

7H302150007

## Progress Notes

| Patient: | | | DOB: | | DOS: 12/14/11 |
|---|---|---|---|---|---|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

**Medications:** _Lyrica [illegible] bicirius shot_ _Supplements:_
_LDN_

**CC:** _[illegible]_

| | ROS: |
|---|---|
| | Con: |
| _[illegible] — resolved_ | ENT: |
| | C/V: |
| | Resp: |
| _[illegible] — episode ~10/29_ | GI: $\propto$ || C |
| | Skin: |
| | MSK: |
| _[illegible]_ | FHx, SHx, Med Hx: |
| _5 [illegible]_ | PSH: |
| | A: |



PHONE CALL

FOR ___
M ___ Haley Spears     DATE 2-7-12   TIME ___ A.M. / P.M.
OF ___
PHONE 860 - 308 - 2850   CELL CV
MESSAGE She spoke to
Dr Maclean
the noodles are ok
She said she has
immune structure — that
the one thing missing
She thought you said
was one thing missing
Haley Spears
SIGNED ___

☑ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

FOR ___
M ___
OF ___
PHONE ___   CELL ___
MESSAGE I gave her the name of
Hisco — for IV Vitamin 6n[illegible]
Haley will be emailing
you re: Doctor's visit
SIGNED dal

☑ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

| Request Records | Rev |
|---|---|
| See handout | Ord |

>50% time spent in coordination of care
__ Diagnostic tests discussed    __ Comp
__ PARQ/Informed Consent         __ Treat
__ Risks and Benefits of Treatment  __ Coor

**hysician's Signature:**

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004437

# Progress Notes

7H302150007

DOB: | S: 10/19/11

| Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|
| | | | | |

ions:

Supplements:

Request Records | Review
See handout | Order
>50% time spent in coordination of care ar
_ Diagnostic tests discussed _ Complian
_ PARQ/Informed Consent _ Treatmen
_ Risks and Benefits of Treatment _ Coordinati

sician's Signature:

## PHONE CALL

FOR Dr G DATE 11/10/11 TIME 3:45 P.M.

M Haley Spears

OF

PHONE 860-308-2050 CELL

MESSAGE w/be traveling for 3 weeks Should she up the Ester-C - what strength - Anything else she should increase? On zithromycin 500mg, & Bicillin 1.2

SIGNED Has a sinus infection - should she call PCP? any suggestions? (dal)

[x] TELEPHONED
[ ] RETURNED YOUR CALL
[x] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU

last appt. 10/17/11

## PHONE CALL

her 6 Rebounders
Doesn't want Lymphatic drainage

SIGNED dal

[x] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU

## PHONE CALL

M Haley Spears

OF

PHONE 860-308-2050 CELL 860-930-0887

MESSAGE Is waiting for your phone call

Call, Cell if she doesn't answer

[x] TELEPHONED
[ ] RETURNED YOUR CALL
[x] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU

## PHONE CALL

FOR Dr. G. DATE 12/12/11 TIME 2:10 P.M.

M Haley Spears

OF

PHONE 1860-308-2050 CELL

MESSAGE Has an ROV appt. on Wed 12/14/11 @ 3:00pm - can you combine this & give her acup. treatment as well?

yes

SIGNED dal

[x] TELEPHONED
[ ] RETURNED YOUR CALL
[x] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU

TC - bav - no answer - dal 12/12/11 4:05 - Pt called back advised dal

Dr. Li
135 Center Street Manchester, CT 06042

Liberty004438

7H302150007

## Progress Notes

| ient: | | | DOB: | | /S: | |
|---|---|---|---|---|---|---|
| | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | | Temp: (°F) | RR: (per min) |

**dications:** | **Supplements:**

*[handwritten notes illegible]*

| | |
|---|---|
| | ROS: |
| | Con: |
| | ENT: |
| | C/V: |
| | Resp: |
| | GI: |
| | Skin: |
| | MSK: |
| | FHx, SHx, Med Hx: |
| | PSH: |
| | O: |

*[handwritten notes illegible]*

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling  Total time _____ minutes

_ Diagnostic tests discussed    __ Compliance discussion    __ Prognosis of condition
_ PARQ/Informed Consent       __ Treatment discussion      __ Risk Factor Reduction
_ Risks and Benefits of Treatment   __ Coordination with other practitioner

**sician's Signature:** | **Date:**

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004439

7H302150007

**CONNECTICUT NATURAL HEALTH SPECIALISTS**

HONE: (860) 533-0179
AX: (860) 812-2025
EDERAL TAX ID:
54250691

**135 CENTER STREET**
**MANCHESTER, CT 06040-5006**

GOUIN, LAUREN J

REDACTED

Oct 17 2011 2:45PM

| Bient Name & Address: | SSN: | INS1: | VISIT #: 1147370 | 477.0 |
|---|---|---|---|---|
| 'EARS,HALEY | DOB | INS2: | CHART #: 40 | PHONE CALL |
| 08 TROUT BROOK DR | SEX: F | COPAY: $0.00 / $0.00 | PRE AUTH #: | Comments Below |
| 'ST HARTFORD, CT 06119 | HOME PHONE: (860) 308-2050 | PATIENT BALANCE: $108.00 | INSURANCE BALANCE: $0.00 | Dec 14 2011 3:00PM |

### Procedure Codes

| CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD | CODE | DESCRIPTION | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NEW PATIENTS | | 99211 | OFFICE/OUTPATIENT VIS | | 99242 | OFFICE CONSULTATION | | | MEET&GREET | |
| 99201 | OFFICE/OUTPATIENT VIS | | 99212 | OFFICE/OUTPATIENT VIS | | 99243 | OFFICE CONSULTATION | | | STAFF VISIT CHARGE | |
| 99202 | OFFICE/OUTPATIENT VIS | | 99213 | OFFICE/OUTPATIENT VIS | | 99244 | OFFICE CONSULTATION | | | | |
| 99203 | OFFICE/OUTPATIENT VIS | | 99214 | OFFICE/OUTPATIENT VIS | | 99245 | OFFICE CONSULTATION | | | | |
| 99204 | OFFICE/OUTPATIENT VIS | | 99215 | OFFICE/OUTPATIENT VIS | | | PROCEDURES | | | | |
| 99205 | OFFICE/OUTPATIENT VIS | | | CONSULTATIONS | | 93720 | TOTAL BODY PLETHYSM | | | | |
| | ESTABLISHED VISITS | | 99241 | OFFICE CONSULTATION | | | SPECIAL CODES | | | | |

### Diagnosis Codes

| CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 536.0 | ACHLORHYDRIA | 277.7 | DYSMETABOLIC SYNDROME X | 628.9 | INFERTILITY | 256.4 | PCOS |
| 562.10 | ACQUIRED DIVERTICULOSIS | 691.8 | ECZEMA, ATOPIC | 626.4 | IRREGULAR MENSES | 078.19 | PLANTAR WARTS |
| 255.5 | ADRENAL HYPOFUNCTION | 617.0 | ENDOMETRIOSIS | 564.1 | IRRITABLE BOWEL SYNDROME | 627.0 | PREMENOPAUSAL |
| 255.8 | ADRENAL DISORDER | 555.9 | ENTERITIS & COLITIS UNSPECI | 088.81 | LYME DISEASE | 696.1 | PSORIASIS |
| 704.00 | ALOPECIA | 333.1 | ESSENTIAL&OTHER SPEC FOR | 627.2 | MENOPAUSAL SYMPTOMS | 714.0 | RA |
| 704.01 | ALOPECIA AREATA | 626.2 | EXCESSIVE MENSTRUATION | 346.90 | MIGRAINE | 443.0 | RAYNAUDS SYNDROME |
| 626.0 | AMENORRHEA, PRIMARY OR SE | 455.3 | EXTERNAL HEMORRHOIDS | 346.00 | MIGRAINE W/AURA | 695.3 | ROSACEA |
| 280.9 | ANEMIA | 493.01 | EXTRINSIC ASTHMA W/STATUS | 346.10 | MIGRAINE W/O AURA | 477.0 | SEASONAL - ALLERGIES ALLER |
| 300.02 | ANXIETY DISORDER | 493.02 | EXTRINSIC ASTHMA, WITH ACU | 340 | MULTIPLE SCLEROSIS | 473.9 | SINUSITIS |
| 719.40 | ARTHRALGIA | 729.1 | FIBROMYALGIA | 733.90 | OSTEOPENIA | 704.02 | TELOGEN EFFLUVIUM |
| 493.00 | ASTHMA, EXTRINSIC | 787.3 | GAS PAIN/ BLOATING | 733.00 | OSTEOPOROSIS | 307.81 | TENSION HEADACHE |
| 691.8 | ATOPIC DERMATITIS | 300.02 | GENERALIZED ANXIETY | 706.1 | OTHER ACNE | 333.3 | TICS OF ORGANIC ORIGIN |
| 600.20 | BPH | 530.81 | GERD | 708.8 | OTHER SPECIFIED URTICARIA | 704.9 | UNSPEC DISEASE HAIR&HAIR |
| 579.0 | CELIAC DISEASE | 365.9 | GLAUCOMA | 719.47 | PAIN IN JOINT, ANKLE AND FO | 465.9 | URI |
| 491.8 | CHRONIC BRONCHITIS | 272.0 | HYPERCHOLESTEROLEMIA | 719.43 | PAIN IN JOINT, FOREARM | 788.30 | URINARY INCONTINENCE |
| 473.0 | CHRONIC MAXILLARY SINUSITI | 272.4 | HYPERLIPIDEMIA | 719.44 | PAIN IN JOINT, HAND | 454.9 | VARICOSE VEINS |
| 708.8 | CHRONIC URTICARIA | 401.1 | HYPERTENSION, BENIGN | 719.46 | PAIN IN JOINT, LOWER LEG | 268.9 | VITAMIN D DEFICIENCY |
| 786.2 | COUGH | 251.2 | HYPOGLYCEMIA | 719.49 | PAIN IN JOINT, MULTIPLE SITE | | |
| 300.4 | DEPRESSION / ANXIETY | 245.2 | HYPOTHYROID, HASHIMOTO'S | 719.48 | PAIN IN JOINT OTHER SPECIFI | | |
| 249.00 | DIABETES MELLITUS W/O MEN | 244.9 | HYPOTHYROIDISM | 719.45 | PAIN IN JOINT PELVIC REGION | | |
| 787.91 | DIARRHEA | 607.84 | IMPOTENCE | 719.41 | PAIN IN JOINT, SHOULDER RE | | |
| 625.3 | DYSMENORRHEA | 075 | INFECTIOUS MONONUCLEOSIS | 719.42 | PAIN IN JOINT, UPPER ARM | | |



REASON FOR RETURN VISIT: _____

RETURN IN: _____ DAYS _____ WEEKS _____ MONTHS

TOTAL CHARGES: _____

PAYMENT RECEIVED: _____

☐ CASH   ☐ CHECK   ☐ MC   ☐ VISA   ☐ OTHER

Liberty004440

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient Haley

① UHraInfum X 300          2 sicupxk

② Magnesium ⊕ water

③ Boiron Kali Phos 30c

apellets os
needed for
brain fog

Dr. Signature _____

Date 9/29/11

Liberty004441

7H302150007

## Progress Notes

atient: _Nolen Specs_    DOB: _____    DS: _____

| t:<br>:ches) | Wt<br>(pounds) | BP:<br>(mmHg) | HR:<br>(Bpm) | Temp:<br>(°F) | RR:<br>(per min) |
|---|---|---|---|---|---|

edications:      Supplements:

_Oral lexrel of Center — 2/wk_
_b w in smls — Stutus axmu it excimn?_

C: _Chronic Lyme_

| | |
|---|---|
| _55/out of balance_<br>_Exxplian Junix_<br>_porthesy_ | ROS: |
| | Con: |
| | ENT: |
| | C/V: |
| _instance — monustri._<br>_Juign_ | Resp: |
| | GI: |
| | Skin: |
| | MSK: |
| _insomnos ODTPX_ | FHx, SHx, Med Hx: |
| | PSH: |
| | |
| _√_ | O: |

_? llexrel U4,L3, Sple_
_asgin pos tycernial_

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _____ minutes
__ Diagnostic tests discussed    __ Compliance discussion    __ Prognosis of condition
__ PARQ/Informed Consent    __ Treatment discussion    __ Risk Factor Reduction
__ Risks and Benefits of Treatment    __ Coordination with other practitioner

Physician's Signature: _____    Date:

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004442

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient ___Haley___

① Dr. maticare Sulu
Anthem Humenics

② Lyme Tincture          away from
                          medication

③ waxenxxxx          1 cap
                     away from
                     food
                     3x/day

Connecticut Natural Health Specialists, LLC
Name: Haley Spears   Date: 6/30/11
**Immune Tincture**
Ingredients: Cat's Claw, Teasel, Isatis, Plantain, Polygonum, Codonopsis,
Mu dan pi, Chuan xiong, Cordatod, Eleucampane, Poke root and Ground ivy
Directions: 1/2 tsp twice daily.
Expiration: 6/28/13

Dr. Signature _____

Date __6/30/11__   LH  8-21-11

Liberty004443

7H302150007

# Progress Notes

| | | | | |
|---|---|---|---|---|
| tient: Haley Spears | | DOB: | DOS 6/2/11 | |
| :hes) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

edications: Lexapro

Supplements:

... allergy syndrome — fall asleep easily

ROS:

Con: cognition fatigue

ENT: sinus

C/V:

Resp: SOB — worse recently

GI: Flexeril

Skin: shoulder blades

MSK: neck

FHx, SHx, Med Hx:

PSH:

Insomnia — worse rec...

11/1am —

nnecticut Natural Health Specialists, LLC
Haley Spears 7-14-2011
**Immune Tincture**
Directions: 1/2 tsp twice daily
Expiration: 7-14-12

Request Records
See handout
>50% time spent in coordination (
__ Diagnostic tests discussed
__ PARQ/Informed Consent
__ Risks and Benefits of Treatment

Physician's Signature:

135 Ce

**PHONE CALL**

FOR
DATE 9-27-11 TIME A.M. P.M.
M Haley Spears
OF
PHONE 800-308-2050 CELL
MESSAGE She is on Medicare now - How much is just Acup - And Acup and a visit.
SIGNED

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

**PHONE CALL**

FOR
DATE 9/6/11 TIME A.M. P.M.
M Hayley Spears
OF
PHONE 860-930 0887 CELL
MESSAGE need to speak to you ASAP.
SIGNED

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [x] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

7H302150007

# Connecticut Natural Health Specialists, LLC

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Haley_

Shen men

"calming the
spirit"

Dr. Signature _____

Date _4/26/11_

Liberty004445

7H302150007

# Progress Notes

atient: Haley Spears DOB: DOS: 5/20/11

t: Wt: BP: HR: Temp: RR:
ıches) (pounds) (mmHg) (Bpm) (°F) (per min)

ledications: Supplements:

Quantum
C: tongue swelling c raw apple
blot
tx c benadryl
everytime c apples

asthma + allergies
Zyrtec qd

Sunday - corrections

Hashimoto's - medium
OS
recently
HA recently - occipital
3mm tension stiffness
+ nightsweats x 5 days
AM + odd dreams c new
Rx
insomnia - 6am - 1pm
Ume 4/20/11

ROS:
Con:
ENT:
C/V:
Resp:
GI: BM qd
Skin:
MSK:
FHx, SHx, Med Hx:
PSH: dad - grf - 80%

**IMPORTANT MESSAGE**

FOR
DATE 4/14/11 TIME A.M. P.M.
M. Haley Spears
OF
PHONE/MOBILE 860 930 0887

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| | | SPECIAL ATTENTION | |

mom Haley cellphone

**PHONE CALL**

FOR Hayley Spears DATE 6-20-11 TIME A.M. P.M.
M. Hayley Spears
OF
PHONE 860 930-0887 CELL
MESSAGE
Allergic reaction
after eating a pear
eyes swollen then
took benadryl
SIGNED

| | |
|---|---|
| | TELEPHONED |
| | RETURNED YOUR CALL |
| | PLEASE CALL |
| | WILL CALL AGAIN |
| | CAME TO SEE YOU |
| | WANTS TO SEE YOU |

Rec
See
>50
Physic

1184

7H302150007

# Connecticut Natural Health

## Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient _Hailey_

① Wheat gluten + yeast foods

spunkycoconut.com
Babycakes
Whole Life Nutrition Cookbook

② gaba                    250mg before
                          bread

③ On demand yoga

        ○ Luffeel nasal
                spray

Dr. Signature
Date 4/14/11

FOR
M _Hayley Spears_ DATE 3-28-11 TIME ___ A.M. P.M.
OF
PHONE _860 930 0887_ CELL
MESSAGE _New Diet_
_headache after_
_eating - 20 min_

☐ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

SIGNED

Liberty004447

7H302150007

## Progress Notes

Patient: Hilery Spees   DOB:   DOS: 4/14/11

| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

Medications:
Singulair, Butter

Supplements:
Vitamin Bma 360
Slenium
VAD

CC: Brain Fog - Worse Recently

| | ROS: |
|---|---|
| | Con: |
| | ENT: |
| Histamine Allergies Recently | C/V: |
| Well N + C Butter | Resp: |
| | GI: |
| | Skin: |
| Migraine B12/B6 Stress | MSK: |
| Daytime | FHx, SHx, Med Hx: |
| Nightsweats Today | PSH: |
| Dizziness | |
| al Food SOB. - not healthy | O: |
| SOO elimination dt | |
| Low appetite | |
| Migraines - Dr Saul Okness | |
| 3am - 11/2pm | |
| Woke recently 5am/7am → | |
| ᑎᑎ | |

| Request Records | ☒ Reviewed Labs: MCXD |
|---|---|
| See handout | ☐ Order labwork: |

>50% time spent in coordination of care and/or counseling  Total time  30  minutes

☐ Diagnostic tests discussed   ☐ Compliance discussion   ☐ Prognosis of condition
☐ PARQ/Informed Consent   ☐ Treatment discussion   ☐ Risk Factor Reduction
☐ Risks and Benefits of Treatment   ☐ Coordination with other practitioner

Physician's Signature:   Date:

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004448

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Haley_

· Succed R...
· Wrst Hc...

**IMPORTANT MESSAGE**

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _Haley Spears_

OF _____

PHONE/MOBILE _860 308-2050_

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Need Calcium Supplinent — What Should She take_

SIGNED _____ 1184

Dr. Signature _____

Date _3/2/4_

Liberty004449

7H302150007

# Connecticut Natural Health Specialists, LLC

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient ___Heiky___

① Feast without Yeast
While Life nutrition Cookbook

avoid dairy, wheat + eggs
& yeast
x 3 - 4 weeks

brown Rice

cut or

② Vitutreyme Cheunable
Klaire Labs

1-2 his
with meals
as needed

Dr. Signature _____

Date __3/21/11__

Liberty004450

7H302150007

## Progress Notes

| atient: Keeley Specs | | DOB: | | DOS: | |
|---|---|---|---|---|---|
| t: (iches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

iedications:  
JUA Quentium

:C Wallin Dz × Fotal
p=BRK=1 st

Anothings's

ABWesla inform Cnightweals
y-5d os ORx
started new antibiotic -5day's

NEXBOY Pandyjes twos
feather get reunary
Dorolallagy st Zappers

Maccifer Contains Spitanll
Healted with

| | | |
|---|---|---|
| ROS: | |
| Con: | |
| ENT: | |
| C/V: | |
| Resp: | |
| GI: | |
| Skin: | |
| MSK: | |
| FHx, SHx, Med Hx: | |
| PSH: | |
| | |
| O: | |

| Request Records | ☒ Reviewed Labs: |
|---|---|
| ☒ See handout | ☐ Order labwork: |

>50% time spent in coordination of care and/or counseling Total time ⓧ minutes
___ Diagnostic tests discussed ___ Compliance discussion ☒ Prognosis of condition
___ PARQ/Informed Consent ___ Treatment discussion ___ Risk Factor Reduction
___ Risks and Benefits of Treatment ___ Coordination with other practitioner

| Physician's Signature: | Date: |
|---|---|

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004451

7H302150007

# Connecticut Natural Health

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Halley_

OR crtcffr adkened support
10am

Dr. Signature

Date 3/11/11

Liberty004452

7H302150007

## Progress Notes

| Patient: Haley Speer | DOB: | | DOS: 2 | |
|---|---|---|---|---|
| t: | Wt: | BP: | HR: | Temp: | RR: |
| (Inches) | (pounds) | (mmHg) | (Bpm) | (°F) | (per min) |

Medications:

Supplements:

CC: Butessa _Iniguiments_

| | ROS: |
|---|---|
| | Con: _Penosyl_ |
| | ENT: |
| _Insommos_ | C/V: |
| | Resp: |
| | GI: |
| | Skin: |
| on upper cuff + neck pn- | MSK: |
| _mprovd c acupx_ | FHx, SHx, Med Hx: |
| _myogr_ | PSH: |
| _Insomnia_ | O: |
| | MM back tensn |
| _at ___ heavy messns_ | |
| _Oprms duxe_ | |
| _D c c tuble_ | |
| _T guarir c f nvd_ | |
| P| acupx ash, + back sple | |
| | |
| | |

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _____ minutes

__ Diagnostic tests discussed     __ Compliance discussion     __ Prognosis of condition
__ PARQ/Informed Consent          ☒ Treatment discussion       __ Risk Factor Reduction
__ Risks and Benefits of Treatment  __ Coordination with other practitioner

Physician's Signature:                                    Date:

Dr. Lauren Gouin
135 Center Street Manchester, CT 06042

Liberty004453

7H302150007

## Progress Notes

| atient | Awlay | DOB | | DOS 2/20/11 | |
|--------|-------|-----|-|-------------|-|
| (inches) | Wt (pounds) | BP (mmHg) | HR (Bpm) | Temp (°F) | RR: (per min) |

Medications                    Supplements

Presenting Health Conditions

ↄ B12 x 8wk
↑ mg/shots

CM

M accept ash pts
@ sug fea

_____

| Request Records | Reviewed Labs. |
|-----------------|----------------|
| See handout | ⟨ Order lab work. |
| >50% time spent in coordination of care and/or counseling | |

Physician's Signature _____

Dr. Lauren Go
135 Center St Manchester C

---

**IMPORTANT MESSAGE**

FOR _____

DATE _____ TIME _____ A.M. P.M.

M Haley Spears

OF _____

PHONE/ MOBILE 860 308-2050

| TELEPHONED | | PLEASE CALL | |
|-----------|--|-------------|--|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE do you want

her B12 +

D₃ tested — or

anything eles

while she is getting

SIGNED Blood _____ 04454 ___ 1184

7H302150007

# Connecticut Natural Health

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient_____

mescle tension

lcbe stools

## IMPORTANT MESSAGE

OR_____

ATE _____ TIME _____ A.M. / P.M.

Hayley Spars

OF_____

PHONE/MOBILE 860 930 - 0867

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Urine test
Can She eat

Does She need
to fellow direct
direction
Take test only when cant
Stepsep - No other instruc
1184

## IT MESSAGE

_____ TIME _____ A.M. / P.M.

Spears

08 2050.

| PLEASE CALL |
| WILL CALL AGAIN |
| RUSH |
| SPECIAL ATTENTION |

20 like to
shot type
cium She
be on
a0 2-5%
lots.
1184

## ANT MESSAGE

~ 77
_____ TIME _____ A.M. / P.M.

y Spears

| PLEASE CALL |
| WILL CALL AGAIN |
| RUSH |
| SPECIAL ATTENTION |

wald like
d allergy
forms /labs
get 1 done
e comes
guin
1184

Liberty004455

7H302150007

## Progress Notes

| Patient: | | | DOB: | DOS | |
|---|---|---|---|---|---|
| Ht (inches) | Wt (pounds) | BP (mmHg) | HR (Bpm) | Temp: (°F) | RR: (per min) |
| Medications: | | | Supplements: | | |

Presenting Health Conditions:

*[handwritten: insomnia]*

*[handwritten: Sleep Study — F/v present]*

*[handwritten notes]*

*[handwritten notes] — TR*

*[handwritten: 265 / 1876 8/99]*

*[handwritten: Sjogrs pn — monocel x dints]*
*[handwritten: mild neuropathy]*

*[handwritten: ph ⊗ acupr]*

*[handwritten: Myptsureds]*

| Request Records | | Reviewed Labs. | | |
|---|---|---|---|---|
| See handout | | Order lab work: | | |
| >50% time spent in coordination of care and/or counseling Total time | | | | minutes |
| Physician's Signature: | | | Date: | |

Dr. Lauren Gowen
135 Center St. Manchester, CT 06040

Liberty004456

7H302150007

# Progress Notes

tient: Spears, Haley · DOB: · DOS: 1/28/11

| :hes) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|
| | | | | | |

›dications: | Supplements:

›esenting Health Conditions:

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

| | |
|---|---|
| Request Records | Reviewed Labs: |
| See handout | X Order lab work: [illegible] |
| >50% time spent in coordination of care and/or counseli | |

ıysician's Signature: [signature]

Dr. Lauren Go·'n
135 Center St. Manchester C

**IMPORTANT MESSAGE**

FOR

DATE 1-31-10 TIME A.M. P.M.

M Hayley Spears

OF

PHONE/MOBILE 860 308-2050

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE The ~~lab~~ Ins is not going to cover the Urine test. What options does she have.

[signature]

SIGNED [signature]

Liberty004457

1184

# Connecticut Natural Health

### Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street                                      860-533-0179
Manchester, CT 06040                                  Fax 860-812-2025
                    www.ctnaturalhealth.com

Patient ___Huley___

① Vitamin D                          5000 iu/day

② Subhreyad B12                      1 dropper/day

③ magnesium                          1 cap/day

Dr. Signature_____

Date___1 /24 /11___

7H302150007

## Progress Notes

| nt: | | | DOB | DOS |  |
|-----|--|--|-----|-----|--|
| s) | Wt (pounds) | BP (mmHg) | HR (8pm) | Temp (°F) | RR: (per min) |
| cations. | | | Supplements | | |

enting Health Conditions:

Buckoh -persistent, upp

washimoto's - Rev labs  TSH >2.5
                better ≥ Selenium

MB - ED

musitis - Sx worse recenty

≥ days

n - repisode of diarrhea

3 Bmpd  7mg  ≥ Larcquin

P1mg bid
⊃oup 4.4

| Request Records | Reviewed Labs. |
|-----------------|----------------|
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counseling Total time | minutes |
| ysician's Signature: | Date |

D: Lauren Co. n
Liberty004459

7H302150007

# Connecticut Natural Health

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

860-533-0179
Fax 860-812-2025

www.ctnaturalhealth.com

Patient _Kiley_

① Vital nutrients       Adrenal support
                        2cap 2x/day
                        2am
                        2afternoon

② Yeast arrest          as needed

Dr. Signature _____

Date _1/14/11_

Liberty004460

7H302150007

## Progress Notes

| ient: Ha\ee Spears | DOB: | DOS: 1-14-11 |
|---|---|---|

| hes) | (pounds) | BP· (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

dications:                          Supplements:

~~tas~~ week
estrogen ~~Pamoico~~?
esenting Health Conditions:

↑ errns
       aures ago ump        blotty skin on forehead
              Jputing

↑ hypothyroid  ⊖ hair loss , fatigue

↑ diarrhea

↑ insomnie    sleep study next week

↗

~~Anmes~~
~~ess~~ infxn — tx zortlucon x 2day
rectal bleeding

↑ ⊕ actional support steroid
   ⊖ plum access

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: |

>50% time spent in coordination of care and/or counseling Total time ___ minutes

hysician's Signature:                          Date:

Dr. Lauren Govin
135 Center St. Manchester CT 06040

Liberty004461

7H302150007

## Progress Notes

| tient: Haley Spears | DOB: | DOS: 12|6|10 |
|---|---|---|

| ches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |
|---|---|---|---|---|---|

edications: & Flexrl    Supplements: Colostrum    DHEA (cognitive)
tcnm levaquin    French    Certrelle    CoQ10    garlic
zentril zithromycin    Selenium    8cromyces    Crtemesia
mulvs DHA    Mg    iron    Vtkuinfran α

esenting Health Conditions:

MVCL — impaired/resolved

Lyme Disease    Htrented levaquin    602
             adding in Zex.    cognition

    Tenergy = selenium
diarrhea episode recently
         & bloating

insomnia — lata
      @ATV Z sleep study

N3
N + joints pn — improved
chapped lips

N Oacurex 44, C3, ashi...

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counse |
| ysician's Signature: |



IMPORTANT MESSAGE

FOR _____
DATE 1-10-11    TIME 2:30 A.M./P.M.
M Hayley
OF _____
PHONE/MOBILE 860-308-2050

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE 860-930-6887

ZRT Test results

has appt 1/14
                Friday
    hormone
    panel?

SIGNED _____

Liberty0044621184

Dr. Lauren Govin

## Progress Notes

| Patient: Haley Spears | DOB: | DOS: 11-22-10 |
|---|---|---|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

**Medications:**

levaquin xluk
cashaplep & caffeine

**Supplements:**

**Presenting Health Conditions:**

asthma

persistent cough
bronchitis
dept 17hs                    ⊕ fatigue

1) Lyme Disease
DD = Rx

1) Insomnia-severe, Dr Saud — sleep study
ESS          UMP /20/10          Dirritube

chapped lips
pn — comes + goes joint pri.

1) doxy ST36, LI4, L3, Sp6   8 in 8uA
                              Pt tolerated well

2) B12 in supplements

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: _____ |
| >50% time spent in coordination of care and/or counseling Total time ___ minutes | |
| Physician's Signature: | Date: |

7H302150007

## Progress Notes

| atient: | | | DOB: | | DOS: | |
|---|---|---|---|---|---|---|
| ::<br>iches) | Wt:<br>(pounds) | BP:<br>(mmHg) | HR:<br>(Bpm) | Temp:<br>(°F) | | RR:<br>(per min) |

| edications: | Supplements: |
|---|---|
| | |

resenting Health Conditions:

ellbronenitis          cough-neXsTcering

   vong inhaler qd

Mhsumnia              oncopy
↑frustuation 9:30/10 -2
  ⊘fatigue       Dr. Saull advisor Deep stuley
                    SuppartStattind.ct

inlyme D☇

R⌀    dus ⊘

A① Ocams fore
   ② muaprex
   ③ ant Tcr  8 uoday
   ④ U4L3  Ymmad

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order lab work: |
| >50% time spent in coordination of care and/or counseling Total time | minutes |
| Physician's Signature: | Date: |

Dr. Lauren Goyin
Liberty004464

7H302150007

# Connecticut Natural Health

Dr. Lauren Gouin
*Naturopathic Physician*

135 Center Street
Manchester, CT 06040

www.ctnaturalhealth.com

860-533-0179
Fax 860-812-2025

Patient _Hailey_____

① Elderberry
     -antiviral

1/2 tsp up to
4x/day

② mucinex

every 12hrs

③ Viburcol
     Heel

as directed
-for fever +
nightsweats

④ Physiologics
     Co Q10 + Carnitine

2 cap/day

⑤ ↓ saturated fats
     ↑ veggies

Dr. Signature _____

Date __10/9_____

⑥ Steam inhalation

Liberty004465

7H302150007

## Progress Notes

| Patient: | Haley Spears | | DOB: | | DOS: | 10 A--10 |
|---|---|---|---|---|---|---|
| Ht: (inches) | Wt: (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) | |

| Medications: | Supplements: |
|---|---|
| Lithium 200x/mth | |
| nefron bid | |
| Vertinamex | |

**Presenting Health Conditions:**

[handwritten clinical notes, largely illegible]

① congestion ② cough — dry
② sinus —
Ⓔ Fatigue                    ③ sore throat  ⑤ less puppies
④ Lyme DZ  ↑ clarity  ↓ brain fog  improved speech
            ↑ improved  ② antibiotics  poor recall
                                    better retention
            improved sleep
PT — using Plaquenil more often        ① fevers + night sweats
Nausea + vomiting —
↑ insomnia — erratic 6 cm
            did ② surg bl knee z fe

VS
① na
Ⓓ Fatty liver        PMS — irregular bleeding
                    ② spotting  LMP 5 days ago

N ⓄⒶⒸⓈteam client —ⒹⒹⓃⒹ  nml pe

② NexAvir

Connecticut Natural Health
Haley Spears        Oct 19, 2010
**Vapor Inhalation Essential Oils**
Directions: Add 5 drops to 1 mug of hot water and hold
head over water for 10 to 15 minutes. Do not ingest.
Expiration: 10/19/11

Connecticut Natural Health
Haley Spears        Oct 19, 2010
**Elderberry Syrup**
Directions: 1/2 tsp up to 4 times daily for cough.
Expiration: 10/19/11

| Request Records | | Reviewed Labs: | |
|---|---|---|---|
| See handout | | Order lab work: | |
| >50% time spent in coordination of care and/or counseling Total time | | | minutes |
| Physician's Signature: | | Date: | |

Dr. Lauren Gou'n
135 Center St. Manchester CT 06040

Liberty004466

7H302150007

## Progress Notes

| Patient: Haley Speas | DOB: | DOS: 7-9-10 |
|---|---|---|
| Ht: (inches) | Wt: (pounds) 117 | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

| Medications: Ut umntid Flver | Supplements: |
|---|---|

**Presenting Health Conditions:**

Chronic – persistent fatigue
Fe gd

Cell Leme dt metprn
added plaqunil, zythromex, coartem/artemesia bid
omnicef Ldoxy
Ladvair
asthma sx

① tinnitus ears wrse kyrs dewn

dh GB stones
US-tumerow Oglb
nausea

② migraines 2episodes overall improved

Neurosimina – persistent Cl/mnesta kali phos helps
4-5am tried 20mg melatonin

CMPMS
EtHO cnys ↓SS neck pn, ② knee pn, shulderpn
freqent urination
② night sweats 1/night
② pausea ② head pressure

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |
| >50% time spent in coordination of care and/or counseling Total time ___ minutes |
| Physician's Signature: | Date: |

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074          272 Main St. Manchester, CT 06042

LibertyQ04467

7H302150007

7|9

① yoga
   Bath — Epsom Salts   2cups/day

   create a routine
      — ~~sleepytime~~ tea - peppermint, valerian

② <u>Ultra inflamx 360</u>  - morning
      smoothie with frozen berries

③ Iron containing foods
      vital nutrients

④ drlauren@ctnhs.com



Liberty004468

7H302150007

5/5/10

Metagenics
(800) 638-2848

① Ultrainflamx 360        2 scap/day
— instead of tumeric & multi
— for digestive + joint pain

② Kali Phos 30C     2 pellets   as needed
— for brain fog

③ Binder
— labs
— medications + supplements
— Business cards of all your doctors
— medical history

④ Cranio Sacral
Chiropractic



Liberty004469

7H302150007

## Progress Notes

| atient: _Holly Speers_ | DOB: | | DOS: _5/5/10_ |
|---|---|---|---|

| it: | Wt: | BP: | HR: | Temp: | RR/ |
|---|---|---|---|---|---|
| nches) | (pounds) | (mmHg) | (Bpm) | (°F) | (per min) |

ledications: _lexapro_
_dexx_
_Zithromax_
_wrestu_

Supplements:
melatonin prn
pbb comicleer
tumeric tid

resenting Health Conditions:

Yl2 de gbstines

Ch gallstones    US    exposery — nml    O'Brien

Forgets to take enteric coated peppermint
Dr. Raden advised wrx + Retest. persistent ab pn

Ch insomnia - resolved z Rx sleeping ↑ 9+hrs/day
Lenergy    Rx lunesta    13-14/day
3hr nap/afternoon

Ch cognitive impairment — forgeting things frequently
short + long term memory

Ch chronic pn - decreased    ↓pic line

Res
nausea episodic z Rx
fatigue - dc armour    Dr. Oberstein retesting values
icvsed dic floradix
↑ nightsweats

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

>50% time spent in coordination of care and/or counseling Total time _20_ minutes

| Physician's Signature: | Date: |
|---|---|

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074    272 Main St. Manchester, CT 06042

Liberty004470

7H302150007

## Progress Notes

Patient: Holly Sivard.

| | | | DOB: | | DOS: 1/8/10 |
|---|---|---|---|---|---|
| Ht: (inches) | Wt (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (°F) | RR: (per min) |

Medications: | Supplements:

Presenting Health Conditions:

x(chronic lyme — ⊙antibiotics
    feel better 2 ⊙Rx. ↑energy
    episodes of no conc, fatigue, pale
⊙ night driving - alt accident

⊡ insomnia - 20mg melatonin - helped
    ⊖⊖ up 3hrs 1-4am
⊔ immune system while traveling - Dr. Roden advised
OK ≥ ⊙antibiotics

PMH   diet - low gl diet - alkeline
    suizures   b⊗ capsule of antibiotics
⊔⊖
⊙exercise

↑ Vitamin C 4g 2days prior
⊕ urine/metal testing

| Request Records | Reviewed Labs: |
|---|---|
| See handout | Order labwork: |

x >50% time spent in coordination of care and/or counseling Total time _____ minutes

Physician's Signature: | Date:

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074        272 Main St. Manchester, CT 06042

Liberty004471

7H302150007

## Progress Notes

| Patient: Halley Spears | | | DOB: | DOS: 11 13 09 |
|---|---|---|---|---|
| Ht: (inches) | Wt: 113 (pounds) | BP: (mmHg) | HR: (Bpm) | Temp: (ôô'F) | RR: (per min) |

**Medications:** 5 antibiotics

**Supplements:** Mg, artemisia
Co Q10, Colostrum

**Presenting Health Conditions:**

Chronic lyme

⊘ fatigue recently

⊘ insomnia — ambien CR recently

cell ⊘ PTT —
nmm — V3

⊗ anxiety — will?

sleep

PMD g releve

| Request Records | ☒ Reviewed Labs: |
|---|---|
| See handout | ☒ Order labwork: |
| >50% time spent in coordination of care and/or counseling Total time ___ minutes | |
| Physician's Signature: | Date: |

Dr. Lauren Gouin
1330 Sullivan Ave S. Windsor, CT 06074          272 Main St. Manchester, CT 06042

Liberty004472

7H302150007

## Initial Visit – Page 1

Patient Name: Kelly Speers

Supervising Physician: Gain

Date of Birth:

Date of Service: 6/22/09

ascol          Rx ultram    Tumeric tid
               △ Lexapro

cdl lyme    check pt - 7 pit recently    brain fog - severe
xiosid knee + feet pit    Metron    couldn't walk x 3 days
ca fatigue - worse                    Mycoplasma dx?
  △ △ z bach flower remedy
        ca migraines + vision problems - 5x worse   3/wk
EOS       diet - black tea occasionally  ↑ topamax
swollen hands
night sweats worse                    diet organic
hypothyroid — lyme specialists —        wheat grass
      thyroid Dr. Oberstine —            juice +
appetite - variable                   sugar + cravings
hx of fever 99°F saw PCP               ↓ ETWG
  ⊙ infxn on Pik line
LMP 3wks ago          M ℗ CA - sup cervical
  irregular + short    112 lbs  ℗ ℗ ℗ , 97.7°F
digestion - OD
yeast infxn - Sx resolved z probiotic
?/? ① Rebo cannideer 1/4 tsp
    ② echinacea tea
    ③ hot + cold shower

Liberty004473

7H302150007

## Initial Visit – Page 2

| ent Name: | Supervising Physician:  Lauren Gouin, ND |
|---|---|
| e of Birth: | Medical Assistant: |

Liberty004474

## Initial Visit – Page 1

| Patient Name: | Supervising Physcian: |
|---|---|
| Date of Birth: | Date of Service: 8/27/04 |

① #1 chronic Lyme                    3x persistent
   ① antibiotics x7 days
 · slurred speech – impairing          CT# Brain spec
 poor cognition –                       next week
 PN̄ – wrist, hands/feet + knees)
        worst – neck, spine, calves ⊖ come + go
 PN̄ in thighs → Rx Paxlen ⊕ labciosis
        easily bruising              ↓ bartonella
 unsure of mycoplasmosis dx         < rx ē nm
 continue zithromax            ↓ rifampin  testing
        Rocefin
        Plaquenil                       PSN – △ pick
 CT# hypothyroid · ⊖△ ē Se        better ē patterns
 energy better ē armour
                                    ⊕ ECHO cravings
 CT# insomnia – episode recently
        Paxlen dx ē kenatsu — poor appetite
           · diet – thirsting metal in mouth
                    worse ē artemisia ·
                         (episode ē vomiting)
 <u>ROS</u>
 ⊕ AA
 visual pn, tinnitis migraine
 mood – improved
 PN̄ ↑ purfus

Connecticut Natural Health Specialists, LLC
1330 Sullivan Ave. South Windsor, CT 06066

Liberty004475

7H302150007

# Initial Visit – Page 2

| Patient Name: | Supervising Physician:  Lauren Gouin, ND |
| Date of Birth: | Medical Assistant: |

**Psych/Social History:**
Job:
Relationship:
Support:
Goals:
Emotions:
Other:

**Diet Profile:**
General:
Breakfast:
Lunch:
Dinner:
Snacks:
Water:
Alcohol:
Caffeine:

**Lifestyle Profile:**
Hours of work per day/week:
Exercise:
Sleep:
Sex:
Relaxation:

**Constitutional Profile:**
Energy level:
Appetite:
Perspiration:
Sense of temperature:
Breathing:
Bowels:
Urine:

7H302150007

## Initial Visit – Page 3

### Physical Exam

**General Appearance**

| Body Weight | | Posture | | Other |
|---|---|---|---|---|
| Well developed, well nourished, no acute distress | | | | |

**Vitals**

Ht (in):     Wt (lbs): 112     RR (rpm):

HR (bpm):     Temp (°F):     BP (mm Hg):

**Skin**

| Inspect / Palpate |
|---|
| Warm, dry, normal turgor |
| No rashes, lesions or ulcers, No discoloration |

**Head**

| Skull | | Scalp |
|---|---|---|
| Normocephalic, normal hair distribution | | |

**Eyes**

| Conjunctiva/Lids | | Pupils & Iris | | Vision |
|---|---|---|---|---|
| EOM | | Fundus Exam | | |
| Sclera white, conjunctiva clear. Lids are w/o lag | | | | |
| PERRLA | | | | |
| Discs flat, no hemorrhages/exudates noted. Vessels intact | | | | |

**Ears**

| External Ears | | Hearing | | Canals/drums |
|---|---|---|---|---|
| No scars, lesions nor masses | | | | |
| Tympanic membranes translucent, non-bulging and mobile. Canal walls pink, w/o discharge. | | | | |
| Hearing non-impaired | | | | |

**Nose**

| External nose | | Mucosa/turbinates | | Sinuses |
|---|---|---|---|---|

**Mouth and Throat**

| Lips, teeth, gums | | Oral mucosa and pharynx |
|---|---|---|
| Lips pink and symmetrical, gums pink, good dentition | | |

**Neck**

| ROM | | Trachea | | Thyroid |
|---|---|---|---|---|
| Full ROM, tracheal midline position | | | | |

**Respiratory**

| Respiratory effort | | Percuss chest | | Palpation of chest |
|---|---|---|---|---|
| Auscultation of lungs | | Respiration even and un-labored | | Tactile fremitus absent |
| Lung fields:  no flatness, dullness, hyperresonance | | | | |
| Clear/equal no adventitious sounds bilaterally | | | | |

Liberty004477

7H302150007

## Initial Visit - Page 4

ardiovascular

| Palpate/ auscultate heart | | Edema | | Abdominal aorta | |
|---|---|---|---|---|---|
| Carotids | | Femoral arteries | | Pedal pulses | |
| No lifts, heaves, or thrills.  S1, S2 present. | | | | | |
| RRR, w/o murmurs, rubs or gallops | | | | | |
| No bruits present in these arteries | | | Carotids | | |
| | | | Abdominal Aorta | | |
| | | | Femorals | | |

bdomen

| Femorals | | Anus/Rectum | | Inguinal | |
|---|---|---|---|---|---|
| Liver/Spleen | | Gualac | | No hernias | |
| Liver and spleen without enlargement | | | | | |
| No masses nor tenderness.  Bowel sounds heard in all quadrants | | | | | |

ymphatic

| Palpation in two or more areas | | | | | |
|---|---|---|---|---|---|
| Neck | | Axillae | | Groin | |
| Other | | | | | |

lusculoskeletal

| Gait | | Digits and nails | | . | |
|---|---|---|---|---|---|
| Digits are without clubbing or cyanosis | | | | | |
| Examine joints, bones and muscles of one or more of the following 6 areas: | | | | | |
| Head and neck | | Spine, ribs, pelvis | | R upper extremity | |
| L upper extremity | | R lower extremity | | L lower extremity | |
| Inspect or palpate for misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions | | | | | |
| ROM | | Stability | | Muscle strength/tone | |
| No misalignment, defects or deformities.  No subluxations | | | | | |
| Joints with full ROM, no pain, crepitus or contracture | | | | | |
| Joints intact | | | | | |
| No muscle atrophy or weakness | | | | | |

eurologic

| Cranial nerves | | DTRs | | Sensation | |
|---|---|---|---|---|---|
| Cranial nerves intact | | Deep tendon reflexes 2+ bilaterally | | | |
| Superficial touch and pain sensation intact bilaterally | | | | | |

sychiatric

| Orientation | | . | | | |
|---|---|---|---|---|---|
| Time | | Place | | Person | |
| Memory | | | | | |
| Recent | | Remote | | | |
| Mood and Affect | | | | | |
| Judgement and insight are within normal limits | | | | | |
| Alert and oriented | | | | | |
| Recent and remote memory intact | | | | | |
| No mood disorders noted, appropriate affect | | | | | |

Liberty004478

...st Center St
Manchester, CT 06040



PRIORITY ★ MAIL ★   TRACKED ★★★ INSURED

UNITED STATES POSTAL SERVICE®

For Domestic Use Only    Label 107R, July 2013

U.S. POSTAGE
PAID
SOUTH WINDSOR, CT
06074
OCT 23 15
AMOUNT
$10.80
R2304N118088-10

1004    40742



Expected Delivery Day: 10/28/2015
USPS TRACKING NUMBER

9505 5119 9313 5296 0998 21

Liberty Life Assurance Company of Bost
Group Benefits Disability Claims
P.O. BOX 7213
London, KY    40742-7213

Liberty004479

# FAX COVER SHEET

## DOCTOR JOSEPH T. GROSSO & DOCTOR CYNTHIA R. GROSSO

615 Westfield Street
West Springfield, MA  01089
Hampden County
Phone: (413) 736.1680
Fax:  (413)  736-6057

**CONFIDENTIAL\***

| SEND TO | From |  |
|---|---|---|
| *Liberty Mutual* | Dr. Joseph T. Grosso | Dr. Cynthia R. Grosso |
| Attention *Nancy Winterer* | Date *10/26/15* | |
| Office location | Office location | |
| | 615 Westfield Street, West Springfield, MA  01089 | |
| Fax number *603-334-5728* | Phone number (413) 736.1680 | Fax number (413)736.6057 |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, Including cover: _____

### COMMENTS
Protected Privacy Practices* on file.

Protected Privacy Practices does not apply to this information.

# ✦CONFIDENTIAL

The information herein transmitted is intended for the sole use of the addressee
and may contain privileged and confidential information.
Should you receive this fax in error, know that any form of dissemination
of this communication is strictly forbidden.  Please call (413) 736.1680 as soon as possible.

Liberty004480



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| **Date:** October 20, 2015 | |
| **To:** CYNTHIA GROSSO DC | |
| **Attn:** | |
| **Fax:** (413) 736-6057 | |
| **From:** Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| **Total Pages<br>(Including Cover):** 4 | |
| **RE:** | |
| **Claim #:** REDACTED<br>**Claimant:** Haley Spears<br><br>**UTC Choice** | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004481

10/20/2015 1:20:33 PM   PAGE   4/004   Fax Server

 **Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 9061
Wallingford, CT 06492-7591
Phone No.: 1-888-540-5118
Fax No.: 1-203-294-0296

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | | |
|---|---|---|---|
| CLAIM NO.: | | S.S. NO. | REDACTED |
| EMPLOYER/SPONSOR: | | DATE OF BIRTH: | REDACTED |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of the, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information records and information related to my insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand that the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

REDACTED
Social Security Number

9/8/15
Date

Case History

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears                     Wednesday, May 26, 2010

Haley Spears is a 5 foot 5 inch 32 year old female born on REDACTED who is currently unemployed. In general, the patient considers herself to be in poor health. The patient states that she performs light exercise on a regular basis. The patient has come to Grosso Chiropractic, P.C. for examination and treatment of her neck and her upper back.

The patient stated that she has neck problems that are localized to her neck which bother her constantly meaning it bothers her between 76 and 100% of the time. Haley described her discomfort as sharp, dull, achy, burning, shooting, stiff and throbbing, stabbing, crawling. The patient stated that her symptoms appear to be getting worse with time. The patient rated the average intensity of her neck condition as a 10 with 0 being nothing and 10 being the worst she feels it could be. The patient explained that her symptoms have moderately interfered with her work and extremely interfered with her social activities. Prior to coming in to see me for her condition, Haley saw a neurologist, a physical therapist, a primary care physician and Naturopathic Doctor/ Lyme Specialist, Rheumatologist,Endocrinologist.. Haley thinks that her neck problem is from a tick bite. When questioned as to the severity of her symptoms, Haley responded that she believes it is severe. The patient reported that her symptoms are relieved when she takes prescription pain medication and nothing aggravates her condition. The thing that concerns Haley the most about her neck is that it is not going away.

The patient stated that she has upper back problems that are localized to her entire upper back which bother her constantly meaning it bothers her between 76 and 100% of the time. Haley described her discomfort as sharp, dull, achy, burning, shooting and stiff. The patient stated that her symptoms appear to be getting worse with time. The patient rated the average intensity of her upper back condition as a 10 with 0 being nothing and 10 being the worst she feels it could be. The patient explained that her symptoms have extremely interfered with her work and social activities. Prior to coming in to see me for her condition, Haley saw a neurologist, a physical therapist and a primary care physician. . Haley thinks that her upper back condition just came about insidiously. When questioned as to the severity of her symptoms, Haley responded that she believes it is severe. The patient reported that her symptoms are relieved when she takes prescription pain medication and nothing aggravates her condition. The thing that concerns Haley the most about her upper back is that it is not going away.

Regarding Haley's family health history, she does not have an immediate family member with rheumatoid arthritis, heart problems, diabetes, cancer, Lupus, or Amyotrophic Lateral Sclerosis. Therefore, she potentially has a decreased risk for developing those diseases.

The patient informed me that she has had no health problems in her past. Also in the past, the patient denies having: wrist pain, elbow/upper arm pain, shoulder pain, low back pain, mid back pain, upper back pain, neck pain, headaches, asthma, hand pain, general fatigue, liver\gall bladder problems, abdominal pain, loss of appetite, abnormal weight change, allergies, dizziness and visual disturbances.

The patient informed me that she presently has: asthma, hand pain, wrist pain, elbow/upper arm pain, shoulder pain, low back pain, mid back pain, upper back pain, neck pain, headaches, general fatigue, liver\gall bladder problems, abdominal pain, loss of appetite, abnormal weight change, allergies, dizziness and visual disturbances.

The patient denies both having a history of and currently having: tumor, cancer, rheumatoid arthritis, arthritis, joint pain/stiffness, jaw pain, ankle and foot pain, knee pain, upper leg pain, hip pain, kidney disorders, kidney stones, angina, stroke, chest pains, heart attack, high blood pressure, chronic sinusitis, muscular inco ordination, hepatitis, ulcer, loss of bladder control, painful urination, bladder infection, drug/alcohol dependency, smoking/tobacco use, frequent urination, excessive thirst, diabetes, pregnancy, hormonal replacement, birth control pills use, HIV/AIDS, dermatitis, epilepsy, SLE and depression.

When questioned about medications, the patient stated that she is currently taking so many prescription drugs that additional paperwork is needed to ensure there are no mistakes. When questioned about supplements, the patient stated that she is currently taking so many supplements that additional paperwork is needed to ensure there are no mistakes. According to the patient, she has not had any surgical procedures.

Haley has been advised to walk for twnty minutes a day as per her Rheumotologist, Dr. Barbara Kage. Unfortunately, this may or may not be possible due to the severity of her pain.

Regarding her cholesterol levels, the patient is not over 35 and there is no need to monitor her cholesterol levels. Because of the patient's age, the current AMA guidelines do not recommend an influenza vaccination. Due to the patient's age, there is no need to perform colon cancer screenings on her at this time.

Haley was also asked if she has ever been hospitalized, and she responded that there were no other hospitalizations that were not previously mentioned. The patient informed me that she has had significant past trauma, including The patient states that she has had a couple car accidents in the past. Also at age 9 she was hit in the chin wih someones knee which drove her front tooth into the roof of her mouth.. When questioned if there was anything else I should be aware of, the patient stated She has currently found out that she is anemic and has low cortisol levels..

Liberty004483

Haley Spears  UIN: SpeHa0001  DOB: REDACTED  5_26_2010.rtf Case History 2

The patient has been advised of both the risks and benefits of chiropractic treatment for her condition, and she has consented to receive treatment.

_____                    _____
Dr. Cynthia Grosso                                             Haley Spears

Liberty004484

Orthopedic Examination #1  Wednesday, May 26, 2010

Grosso Chiropractic, P.C.
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears          Wednesday, May 26, 2010

A Neurological examination and an orthopedic examination was performed on Haley Spears on Wednesday, May 26, 2010 over her thoracic region and cervical region. The cervical exam consisted of: Cervical Range of Motion, Valsalva Maneuver, Dejerine's Sign, Soto-Hall, Shoulder Depression Test and Foraminal Compression Test. The thoracic exam consisted of:  Thoracic Ranges of Motion.  The Neurological examination consisted of reflex testing, reflex testing, dermatomal testing, muscle strength testing, Romberg's Test and Babinski's Test.

The following cervical tests were found to be within normal limits: Valsalva Maneuver and Dejerine's Sign. Dejerine's Sign is for disc herniations, spinal cord tumors, or spinal compression fracture, and it was within normal limits.  The Valsalva Maneuver was WNL and is used to test for pressure within the spinal cord due to a space occupying lesion.

During Haley's examination, she had a positive Shoulder Depression Test.  The Shoulder Depression Test is performed with the patient in the seated position.  The doctor then depresses the patient's left shoulder and laterally flexes the patient's head away from the left shoulder.  The test is then done depressing the patient's right shoulder and laterally flexing the head away from the right shoulder.  Haley experienced an increase in her right C6 paresthesia while her right shoulder was depressed and an increase in her left C6 paresthesia with her left shoulder depressed.  This indicates that Haley has adhesions of her right and left C6 dural sleeves, spinal nerve roots, or adjacent structures of the joint capsule of her left and right shoulders.

The patient had a positive Soto-Hall sign during her examination.  The test is performed by having the patient in the supine position with the legs fully extended and the arms over the patient's head.  The doctor then supports the patient's head with one hand while stabilizing the patient's chest with the other hand.  The doctor then sharply and passively flexes the patient's neck approximating the patient's chin to the chest while maintaining downward pressure over the patient's sternum.  During this test, Haley experienced local pain between her C5 and C6 vertebral levels.  The test produced this result because the flexion of her head and neck progressively produced a pull on the patient's posterior spinous ligaments.  Therefore, this test indicates that Haley has a severe subluxation, exostoses, disc lesion, sprain, or vertebral fracture.

The patient had a positive Foraminal Compression Test.  The test was performed on Haley in which she was instructed to sit and allow her head to be rotated with strong pressure exerted downward over her head.  This is then repeated bilaterally.  When the neck is rotated and downward pressure is applied, closure of the intervertebral foramen occurs.  During this maneuver, she experienced local pain from both her left and right cervical spine.  Due to the dynamics of the test, this indicates nerve root encroachment from her left and right cervical spine.

Haley's Achilles Reflex, Patellar Reflex, Triceps Reflex, Brachioradialis Reflex and Biceps Reflex were checked to evaluate her lower motor neuron function.  Haley's Biceps, Brachioradialis, Triceps, Patellar, and Achilles Reflexes were rated as a 2+ bilaterally.

Dermatomal testing was performed over the patient.  All dermatomes were found to be within normal limits bilaterally from C5 to S1.

Muscle Strength testing was performed on the patient.  The muscles were graded using the following rationale: 5 is complete range of motion against gravity using full resistance, 4 is complete range of motion against gravity with some resistance, 3 is complete range of motion against gravity, 2 is complete range of motion with gravity eliminated, 1 is evidence of contraction with no joint motion, and 0 is no evidence of contraction.  The findings are below

left (deltoid) C5: +5  right (deltoid) C5: +5
left (biceps) C6: +5  right (biceps) C6: +5
left (triceps) C7: +5  right (triceps) C7: +5
left (finger flexors) C8: +5  right (finger flexors) C8: +5
left (finger adductors) T1: +5  right (finger adductors) T1: +5
left (iliopsoas) L1: +5  right (iliopsoas) L1: +5
left (quadriceps) L3: +5  right (quadriceps) L3: +5
left (tibialis anterior) L4: +5  right (tibialis anterior) L4: +5
left (extensor hallicus longus) L5: +5  right (extensor hallicus longus) L5: +5
left (peroneus longus) S1: +5  right (peroneus longus) S1: +5

The patient has a positive Romberg's test.  Since she swayed with her eyes open and closed, the patient may have a cerebellar dysfunction.
Babinski's test which is used to identify a corticospinal motor lesion was within normal limits.      Range of Motion Testing was done over the patient's cervical spine in six ranges of motion: flexion, extension, left rotation, right rotation, left lateral flexion, and right lateral flexion.  According to the AMA Guidelines 5th edition, normal cervical

Grosso Chiropractic, P.C. • 615 Westfield St. • West Springfield, MA 01089 • 413-736-1680

Liberty004485

Haley Spears UIN: SpeHa0001 DOB: REDACTED 2010/05/26 Examination 2

flexion is at least 50 degrees, and Haley measured 45 degrees with pain. Normal cervical extension is considered to be at least 60 degrees, and Haley measured 42 degrees with pain. Normal cervical rotation is considered to be 80 degrees and higher, and Haley measured 82 degrees with pain with her left and 63 with right rotation. Normal cervical lateral flexion is at least 45 degrees, and Haley measured 42 degrees with pain with her left and 32 with right lateral flexion.

Range of Motion Testing was done over Haley's thoracic spine in six ranges of motion: flexion, extension, left rotation, right rotation, left lateral flexion, and right lateral flexion. According to the AMA Guidelines 5th edition, normal thoracic flexion is over 45 degrees, and Haley measured 30 degrees with pain. Normal thoracic extension is considered to be 0 degrees due to the slight kyphotic posture of the thoracic spine, and Haley measured 0 degrees with pain. Normal thoracic rotation is considered to be at least 30 degrees, and Haley measured 21 degrees with her left with pain and 20 with right rotation with pain. Normal thoracic lateral flexion is at least 45 degrees, and Haley measured 32 degrees with her left with pain and 30 with right lateral flexion with pain.

Dr. Cynthia Grosso

Liberty004486

**X-Ray Report**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears          Wednesday, May 26, 2010
DOB:REDACTED

This is an imaging report taken on Wednesday, May 26, 2010 on the patient, Haley Spears, at Grosso Chiropractic, P.C. with the following views: Cervical sagittal, Cervical frontal and Cervical horizontal.

### NORMAL FINDINGS:

There were no fractures or severe dislocations visualized. The bone density appears to be within normal limits. The soft tissue visualized appears to be within normal limits. The bony structures of the cervical spine are essentially normal. The disc spaces in the cervical spine are well maintained except where noted.

### ABNORMAL FINDINGS

There is mild disc thinning at C3/C4 and C4/C5.

### DIAGNOSTIC IMPRESSIONS:

The patient displays signs of disc degeneration at C3/C4 and C4/C5.

Dr. Cynthia Grosso

Liberty004487

Treatment Plan   Wednesday, May 26, 2010

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears     DOB: 1REDACTED     Wednesday, May 26, 2010

This is an individualized Treatment Plan for Haley Spears created on Wednesday, May 26, 2010.  Because her condition involves soft tissue which includes fascia, ligaments and muscles, it is important to understand the complete healing process that one goes through.  There are three stages of care before a body recovers completely.  The first stage of care is called the symptomatic relief stage.  The second stage is the repair and regenerative stage.  The third stage is the rehabilitation stage.  Due to the differences of the best course of treatment in the various stages, it is important to concentrate on the stage that Haley is in now, and the patient is in the Symptomatic stage.  This stage typically lasts 4 to 12 weeks, for Haley's specific condition, the recommended number of visits is 16 until she is expected to be ready to move to the next stage of care.

Because each treatment builds on the visit prior to it, the frequency of the visits is critical to actually correct the underlying reason for the condition.  This is similar to the results of going to a gym 3-4 multiple times versus just once a year.  For this reason, it is in Haley's best interest to receive treatments 3 times a week for two weeks and then 2 times a week until she is out of this stage of care.

The patient's current diagnosis is:
1)  739.1  Cervical region subluxation (segmental dysfunction)
2)  723.3  Cervicobrachial syndrome
3)  724.1  Thoracic spine pain
4)  739.2  Thoracic region subluxation (segmental dysfunction)

Chiropractic manipulative treatments will be used to remove fixations, improve neurophysiological function, and improve the biomechanics of the patient's spine.  The types of chiropractic manipulative treatment Haley will receive will consist of Activator and Atlas Orthogonal.  The Activator technique uses an instrument to give consistent low force high speed chiropractic adjustments.  The Atlas Orthogonal method moves the atlas using a precise chiropractic adjustment based on specific misalignment findings from x rays by using a mechanical impulse through a mental stylus by the means of a pressure controlled actuator.

The following therapeutic modalities will be used: Cryotherapy and G5.
1) Cryotherapy will be used for twelve minute intervals over the patient's cervical musculature to reduce pain and decrease any inflammation.
2) Percussion massage (G5) will be performed to decrease hypertonic musculature and increase blood flow to promote soft tissue healing.

Therapeutic Activities (97530) will be performed with Haley Spears to improve her functional activity performance in a progressive manner.  Functional activities include, but are not limited to bending, lifting, carrying, reaching, catching, and overhead activities.

Activities of Daily Living (97535) will be performed with Haley Spears to modify her habits enabling Haley to recover faster and prevent a reoccurance in the future.

In order for the patient to achieve the best results for her care, it is recommended that Haley refrain from the following: activities that cause pain.

Providing the patient has been compliant with both her appointments and recommendations, I expect Haley to accomplish the following goals by the end of this stage of care:
• Decrease her discomfort by 75%

Dr. Cynthia Grosso

Liberty004488

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                Thursday, December 30, 2010

The patient informed me that she was doing better until Thursday, December 30, 2010 when her neck, entire upper back, right knee, left ankle and right ankle became aggravated. According to the patient, she gave her neck an 8, entire upper back an 8, right knee an 8, left hand a 5, right hand a 5 and left and right foot a 5 on a scale of 0 to 10 with 0 being nothing and 10 being her original intensity. The patient explained that her problems continue to be aggravated when she does nothing in particular because it is always there. The patient also informed me that her problems continue to become better when she takes prescription medications. The patient's cervical range of motion showed decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain. Observation of the patient revealed decreased thoracic flexion with pain and extension with pain. I noticed that the patient presentend with severe trigger points on her mid thoracics. While palpating the patient, I noted severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature. During palpation of the patient's spine, I noticed tenderness over C1, C5, T6, T8, right PSIS and S1. During a supine leg length check of the patient, I noticed she had a functionally short right leg. Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124). Cryotherapy was used for twelve minutes over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010). To deliver specific Chiropractic adjustments, the activator instrument was used over the patient's thoracic and lumbar regions (98940). I used the AO instrument over the patient's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940). Twelve minutes of trigger point therapy was applied to trigger points found in the patient's traps and lumbar region to relax her musculature and decrease her discomfort (97530). When leaving, the patient informed me that she felt better. At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan. The current prognosis for the patient is guarded because the patient hasn't received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1 Cervical region subluxation (segmental dysfunction), 723.3 Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2 Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004489

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Thursday, September 09, 2010

Haley came in today stating that since her last office visit, she is doing slightly better.   When using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient rated her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The patient explained to me that her problems continue to be aggravated when she does nothing in particular because it is always there.  The patient also let me know that her problems continue to become better when she takes prescription medications. Observation of the patient's active range of motion revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   The patient presented with  decreased thoracic flexion with pain and extension with pain.  The patient presented with severe trigger points on her mid thoracics.  I noted severe tender taut fibers over the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature. During palpation of the patient's spine, I observed tenderness over C1, C5, T6, T8, right PSIS and S1.  With the patient in the supine position I noticed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Twelve minutes of cryotherapy was used over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).   I used an activator instrument over the patient's thoracic and lumbar regions (98940).  The AO technique was used to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS; , AFP: , C: , and A: (98940).  To relax the patient's musculature and decrease her discomfort, twelve minutes of trigger point therapy was done over trigger points found in her traps and lumbar regions (97530). Before the visit was over, Haley stated that she felt better. At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan. The patient's prognosis is guarded because she has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004490

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Tuesday, August 31, 2010

The patient informed me that she is doing slightly better since her last office visit. According to the patient, she gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5 using a scale of 0 to 10 with 0 being nothing and 10 being her original intensity. The activities that aggravate the patient's condition remain unchanged and are when she does nothing in particular because it is always there. Haley also let me know that her problems continue to be relieved when she takes prescription medications. The patient's cervical range of motion showed decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain. Observation of the patient showed decreased thoracic flexion with pain and extension with pain. The patient came into the office with severe trigger points on her mid thoracics. The patient presented with severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature. Palpation of Haley's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1. A supine leg length check of the patient showed a functionally short right leg. Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124). I applied twelve minutes of cryotherapy over the patient's neckto decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010). Specific Chiropractic adjustments were performed using an activator instrument over all misalignments that were observed following the activator protocols for identifying subluxations over the patient's thoracic and lumbar regions (98940). I used to the Atlas Orthogonal instrument to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940). Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530). After the treatment, the patient informed me that she felt better. At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan. Currently, the prognosis for this patient is guarded because the patient hasn't received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1 Cervical region subluxation (segmental dysfunction), 723.3 Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2 Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004491

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Monday, August 23, 2010

The patient came in today stating that since her last office visit, she is doing slightly better.  When using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The activities that aggravate the patient's condition remain unchanged.  As previously noted, they are when she does nothing in particular because it is always there.  Haley also informed me that her problems are still relieved when she takes prescription medications.  Observation of the patient revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Haley presented with  decreased thoracic flexion with pain and extension with pain.  I observed severe trigger points on Haley's mid thoracics.  While palpating the patient, I found severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  Palpation of the patient's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  With the patient in the supine position I noticed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was utilized for twelve minutes over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  Using the activator protocols for identifying subluxations, the activator instrument was used over the patient's thoracic and lumbar regions (98940).  The AO technique was used to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  Before the visit was over, Haley stated that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  Haley's prognosis is guarded because the patient has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004492

**Office Visit**

Grosso Chiropractic, P.C.
615 Westfield St,
West Springfield, MA 01089
413-736-1680

Haley Spears DOB REDACTED                    Thursday, August 19, 2010

Haley let me know that she has been feeling slightly better since her last office visit.  Using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The patient's aggravating activities have not changed.  As previously noted, they are when she does nothing in particular because it is always there,  The patient explained that her symptoms are still relieved when she takes prescription medications.  Haley presented with  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Observation of the patient revealed  decreased thoracic flexion with pain and extension with pain.  I observed that the patient had severe trigger points on her mid thoracics.  I observed severe tender taut fibers over the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of Haley's spine, tenderness was observed over C1, C5, T6, T8, right PSIS and S1.  While I had the patient in the supine position, I noticed she had a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Twelve minutes of cryotherapy was used over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  I used an activator instrument over the patient's thoracic and lumbar regions (98940).  The AO technique was used to deliver a very precise chiropractic manipulation to the patient's upper cervical spine using the following listings: Z: , Y:  , ACD:  , AHR:  , AXSP:  , CS:  , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  The patient was instructed to use a hot compress on the affected area to increase circulation and create an analgesic effect.  Before the visit was over, the patient told me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for the patient is guarded because she has not received enough treatments to determine a prognosis.

_____
Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004493

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED          Thursday, August 12, 2010

The patient presented to the office today stating that she had significant improvement until Thursday, August 12, 2010 when her neck, entire upper back, right knee, left ankle and right ankle became aggravated.   Using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient gave her neck a 5, entire upper back a 5, right knee a 5, left ankle a 5, right ankle a 5, right forearm a 5 and left forearm a 5.  The patient stated that her problems continue to be aggravated when she does nothing in particular because it is always there.  The patient also said her symptoms continue to be improved when she takes prescription medications.  Haley's cervical range of motion showed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   Testing of the patient's thoracic range of motion produced the result of  decreased thoracic flexion with pain and extension with pain.  I came across severe trigger points on the patient's mid thoracics.  I found severe tender taut fibers were present in the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of the patient's spine, I noticed tenderness over C1, C5, T6, T8, right PSIS and S1.  While I had the patient in the supine position, I observed she had a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was used for twelve minutes over the patient's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  Specific Chiropractic adjustments were performed using an activator instrument over all misalignments that were observed following the activator protocols for identifying subluxations over the patient's  thoracic and lumbar regions (98940).  I used the AO instrument over Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her trape and lumbar region to relax her musculature and decrease her discomfort (97530).  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for the patient at this time is guarded because the patient has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004494

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                    Thursday, July 22, 2010

    Haley stated that she is doing about the same since her last office visit.   When asked to rate her problems, the patient gave her neck a 6, entire upper back a 6, right knee a 5, left ankle a 5 and right ankle a 5 on a scale of 0 to 10 with 0 being nothing and 10 being her original intensity.  The patient's aggravating activities remain unchanged. As previously noted, they are when she does nothing in particular because it is always there. The patient explained that her symptoms continue to be relieved when she takes prescription medications.   Observation of the patient's active range of motion revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   The patient had  decreased thoracic flexion with pain and extension with pain.  I observed severe trigger points on Haley's mid thoracics.  I found severe tender taut fibers were present in the patient's cervical musculature, mid thoracic musculature and lower lumbar musculature. During palpation of Haley's spine, tenderness was observed over C1, C5, T6, T8, right PSIS and S1.  Examination of the patient in the supine position revealed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was utilized for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  Specific Chiropractic adjustments were performed using an activator instrument over all misalignments that were observed using the activator protocols for identifying subluxations over the patient's thoracic and lumbar regions (98940).  To deliver a very precise adjustment to the patient's upper cervical spine, the Atlas Orthogonal instrument was used   (98940).  I did trigger point therapy for twelve minutes over trigger points found in the patient's traps and lumbar region to further relax her musculature and decrease her discomfort (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  When leaving, Haley stated that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The current prognosis for the patient is guarded because she hasn't received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004495

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                    Thursday, July 15, 2010

As the patient came into the office, she informed me that she is doing slightly better.   Haley rated her neck a 6 and entire upper back a 6 on a scale of 0 to 10 with 0 being nothing and 10 being her original intensity.  Haley's symptoms continue to be aggravated when she does nothing in particular because it is always there.  The patient also said her symptoms continue to be improved when she takes prescription medications.  Observation of the patient's active range of motion revealed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.   The patient presented with  decreased thoracic flexion with pain and extension with pain.  There were severe trigger points found on the patient's mid thoracics.  The patient presented with severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  Palpation of Haley's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  I noticed the patient had a functionally short right leg length while in the supine position.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was applied for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  Using the activator protocols for identifying subluxations, the activator instrument was used over the patient's thoracic and lumbar regions (98940).  The AO instrument was used to deliver a very precise chiropractic manipulation to the patient's upper cervical spine using the following listings: Z: , Y:  , ACD:  , AHR:  , AXSP:  , CS:  , AFP: , C: , and A:  (98940).  Twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar region to relax her musculature and decrease her discomfort (97530).  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The patient's current prognosis is guarded because she has not received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004496

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED            Tuesday, July 13, 2010

The patient informed me that she had significant improvement until  when her  became aggravated.  On a scale of 0 to 10 with 0 being nothing and 10 being her original intensity, Haley gave her neck an 8 and entire upper back an 8 since her last treatment.  The patient's aggravating activities are unchanged and are when she does nothing in particular because it is always there.  The patient explained that her symptoms continue to be improved when she takes prescription medications.  The patient's cervical range of motion showed  decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Haley had  decreased thoracic flexion with pain and extension with pain.  The patient had severe trigger points on her mid thoracics.  The patient had severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of the patient's spine, I noticed tenderness over C1, C5, T6, T8, right PSIS and S1.  Examination of the patient in the supine position revealed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  I applied twelve minutes of cryotherapy over the patient's neckto decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  To deliver specific Chiropractic adjustments, I used an activator instrument over the patient's thoracic and lumbar regions (98940).  The AO instrument was used to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y:  , ACD: , AHR:  , AXSP:  , CS:  , AFP: . C: , and A: (98940).  To relax the patient's musculature and decrease her discomfort, twelve minutes of trigger point therapy was performed over trigger points found in her traps and lumbar regions (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  Haley's prognosis is guarded because she has not received enough treatments to determine a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004497

**Office Visit**

**Grosso Chiropractic, P.C.**
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB: REDACTED          Monday, June 07, 2010

   When the patient came into the office, she informed me that she is doing slightly better.  Using a scale of 0 to 10 with 0 being nothing and 10 being her original intensity, Haley gave her neck an 8 and entire upper back an 8 since her last visit.  The patient's aggravating activities remain unchanged and are when she does nothing in particular because it is always there.  Haley also informed me that her problems are still relieved when she takes prescription medications.  Haley presented with decreased cervical flexion with pain, extension with pain, left rotation with pain and right rotation with pain.  Observation of the patient revealed decreased thoracic flexion with pain and extension with pain.  There were severe trigger points found on the patient's mid thoracics.  The patient had severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  Palpation of the patient's spine revealed tenderness over C1, C5, T6, T8, right PSIS and S1.  Examination of the patient in the supine position revealed a functionally short right leg length.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was utilized for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the edema (97010).  I used the AO instrument to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A: (98940).  To relax the patient's musculature and decrease her discomfort, twelve minutes of trigger point therapy was performed over trigger points found in her traps and lumbar regions (97530).  After her treatment, the patient informed me that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for this patient at this time is guarded because she hasn't received enough treatments to correctly evaluate a prognosis.

Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: CMT 1-2 Regions 98940, Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1 Cervical region subluxation (segmental dysfunction), 723.3 Cervicobrachial syndrome, 724.1 Thoracic spine pain, 739.2 Thoracic region subluxation (segmental dysfunction)
Date of Onset is Wednesday, May 26, 2010

Liberty004498

**Office Visit**

Grosso Chiropractic, P.C.
615 Westfield St.
West Springfield, MA 01089
413-736-1680

Haley Spears DOB:REDACTED                Wednesday, June 02, 2010

    This is the first time that the patient has come to the office.  Haley thinks that her upper back condition just came about insidiously.   Using a scale of 0 to 10, with 0 being nothing and 10 being her original intensity, the patient rated her neck a 10 and entire upper back a 10.  The patient let me know that her problems become aggravated when she does nothing in particular because it is always there.  The patient also let me know that her problems are relieved when she takes prescription medications.  Observation of the patient showed decreased cervical flexion with pain, extension with pain, left rotation with pain, and right rotation with pain.  The patient had decreased thoracic flexion with pain and extension with pain.  The patient presented with severe trigger points on her mid thoracics.  During palpation of the patient, I noticed the patient had severe tender taut fibers over her cervical musculature, mid thoracic musculature and lower lumbar musculature.  During palpation of Haley's spine, tenderness was observed over C1, C5, T6, T8, right PSIS and S1.  The patient had a functionally short right leg length while in the supine position.  Percussion massage(G5) was performed to the paraspinal musculature for 15 minutes(97124).  Cryotherapy was applied for twelve minutes over Haley's neck to decrease the discomfort and constrict the blood vessels thereby reducing the swelling (97010).  I used the AO instrument to deliver a very precise chiropractic manipulation to Haley's upper cervical spine using the following listings: Z: , Y: , ACD: , AHR: , AXSP: , CS: , AFP: , C: , and A:  (98940).  To relax her musculature and decrease her discomfort, twelve minutes of trigger point therapy was applied to trigger points found in her traps and lumbar regions (97530).  The patient is instructed to ice the affected area for 15 minutes for the purpose of reducing pain and swelling.  After the treatment, the patient stated that she felt better.  At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.  The prognosis for the patient at this time is guarded because she has not received enough treatments to determine a prognosis.


Dr. Cynthia Grosso

At this time, there is no need to deviate from the patient's treatment plan, and Haley's next treatment should continue to follow her treatment plan.

CPT codes: Hot/Cold Packs 97010 and Therapeutic Activities 97530 1 Units

ICD-9 Codes: 739.1  Cervical region subluxation (segmental dysfunction), 723.3  Cervicobrachial syndrome, 724.1  Thoracic spine pain, 739.2  Thoracic region subluxation (segmental dysfunction)
Date of Onset is

Liberty004499

# GROSSO CHIROPRACTIC, P.C.

615 WESTFIELD ST.
WEST SPRINGFIELD, MA 01089
4137361680

09/02/2015 - 09:01 PDT

Sale

| | |
|---|---|
| Total | $55.00 |
| Visa | REDACTED |
| Name on Card | Denise G |
| | |
| Auth Code | 643476 |
| Trans ID | PG0006392219 |
| Merchant No | ,,,3069 |

Thank you for your business!

Customer copy

9/2/2015

Liberty004500

HARTFORD NEUROLOGY, LLC

STEPHEN R. CONWAY, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
ARIKE D. PRICE, M.D.
PHYLLIS G. GRABLE-ESPOSITO, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 243-8742

6 NORTHWESTERN DRIVE, SUITE 202    100 HAZARD AVE, SUITE 205    622 HEBRON AVENUE, SUITE 102
BLOOMFIELD CT 06002    ENFIELD CT 06082    GLASTONBURY CT 06033

## FACSIMILE TRANSMITTAL SHEET

TO: Nancy Winterer    FROM: Tammy

COMPANY: Liberty mutual    DATE: 10/23/15

FAX NUMBER: 603-334-5708    TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER: 888-437-7611    SENDER'S TELEPHONE NUMBER: 860-545-5030

RE: Patient Name: Haley Spears    we only have

DOB: REDACTED    RE: office Notes - 2008

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

PLEASE NOTE: In an effort to cut down on paper usage we are now faxing all correspondence (i.e. letters, EMG reports, etc.). If you prefer to still have the hard copy mailed to you, please state so on the bottom of this cover sheet and fax it back to us. We appreciate your understanding and assistance in this endeavor.

Thank You  Patient was seen only 2008.

Liberty004501

LMG

 

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:    DAVID SILVERS<br>85 SEYMOUR STREET<br>HARTFORD CT 06106 | |
| Attn: | |
| Fax:   (860) 249-6742 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE: | |
| Claim #:   REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004502



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

David Silvers
85 SEYMOUR STREET
HARTFORD, CT 06106

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear David Silvers:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by November 9, 2015. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004503

LMG

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004504

Oct. 26. 2015  9:12AM    Sent by Hartford Neurology    No.1172   P. 4/30

LMG                    10/20/2015 1:50:39 PM   PAGE   4/004   Fax Server
                                    LMG

 **Liberty Mutual**

Company at Sonor
Disability Claims
P.O. Box 9031
Wallingford, CT 06492-7331
Phone No.: 1-888-140-6116
Fax No.: -705-234-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*        S.S. NO ___   **REDACTED**

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____        DATE: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns including attachments; and accidents transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Pass Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, insurance companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004505

**HARTFORD NEUROLOGY, LLC**

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302
BLOOMFIELD CT 06002

2928 MAIN STREET, 1ST FLOOR
GLASTONBURY CT 06033

NEUROLOGIC FOLLOW UP                    RE: HALEY SPEARS
November 14, 2008
Page 1

PROBLEM LIST: 1. Migraine with aura, 2. H/o "blackouts", 3.
Asthma, 4. Colitis, 5. Peptic ulcer disease

INTERVAL HISTORY: Haley Spears comes in for a follow-up.
She is now on Neurontin recently increased and now on 1200-
mg twice daily. She also saw Dr. Barry Gordon and in early
October went on Pamelor 25-mg at bedtime. Headaches have
improved partially. She describes having a significant
headache about four times per week. These tend to be
posteriorly located on the head, mostly on the left side
and may be either steady or throbbing. There's
nauseousness but no vomiting. She does get smell but no
light or sound sensitivity. Headaches are generally rated
as over 10/10 in intensity. They occur during the day or
can awaken her. Triggers are not generally clear. She
currently treats these headaches with a combination of
Naprelan, usually one tablet, as well as Frova. If there
is nauseousness, she will use Zofran. She says that she
generally has to repeat a dose of the Frova. The headache
can last anywhere from 4-8 or perhaps more hours. She also
uses Hydrocodone. She estimates her Frova use as being
several days per week and Hydrocodone as being three days
per week. She also gets these mini blackout spells. She
again notes a sense of sometimes not seemingly there or
stuttering. She had a 24-hour EEG that was negative. Dr.
Gordon ordered an MRI of the neck which showed some thyroid
nodules which may need to be followed up on. She also
suffers from insomnia. She is now also finishing a
Prednisone taper which she does feel is helping a bit. She
does get headaches on other days but less severe she says.

Liberty004506

NEUROLOGIC FOLLOW UP          RE: HALEY SPEARS
November 14, 2008
Page 2

Additional complaints include a sense of blockage in the ears, persistent elevations of liver function tests, some transient right-sided flank pain. She corrects me and tells me that she is no longer irritable as was written in my first note.

MEDICATIONS: Neurontin 1200-mg b.i.d., Pamelor 25-mg at bedtime, Singulair, Prevacid, Asacol, Citracal, and p.r.n. Naprelan, Frova, Zofran and Vicodin. She also takes a B-Complex. She takes another over-the-counter supplement that starts with a C which she says is used for improving brain power.

PHYSICAL EXAM: Comfortable. Blood pressure 130/75, pulse 100.

IMPRESSION: I saw Haley Spears on 11/14/08. She has frequent migraine, blackouts of unclear etiology but doubt epilepsy. Additional complaints including insomnia, stuttering, question of a role that stress may be playing here. I told her that she can follow-up either with myself or Dr. Gordon. For now will continue on Neurontin 1200-mg b.i.d., increase after a couple of weeks if headaches are not improving. She can also add on Riboflavin and Magnesium 400-mg daily for prophylaxis. She can check in with Dr. Gordon about possibly increasing Pamelor if necessary. Perhaps this would also help her insomnia. She should check with her gastroneurologist about elevations of liver function tests and other GI symptoms (i.e., constipation), although this may be medication related. She can make a three-month follow-up if she wishes.

David S. Silvens, M.D.          TIME OF VISIT: 35 minutes

DSS/dg

Cc: Evan Schiff, M.D.
445 So. Main St.
West Hartford, CT 06117
Cc: Barry Gordon, M.D.
1000 Asylum Ave., STE 4304
Hartford, CT 06106

Liberty004507

**HARTFORD NEUROLOGY, LLC**

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302                    2928 MAIN STREET, 1ST FLOOR
BLOOMFIELD CT 06002                                GLASTONBURY CT 06033

September 08, 2008

Evan Schiff, M.D.
445 So. Main St.
West Hartford, CT  06117

RE: Haley Spears

Dear Evan:

I saw Haley Spears on 09/08/08.  She presents with a
probable history of migraine with aura with more headaches
recently.  She's also had spells where she "blacks out".
She had a recent MRI performed, which showed apparent
abnormality in the right temporal lobe.  At this point,
I'll need to review the MRI and probably go over it with
one of our radiologists.  Further decisions will be made
depending upon these findings.  I'm also ordering an EEG,
sleep deprived.  I've asked her to not drive while the
work-up is preceding.  There's certainly nothing in the
history that would suggest demyelinating disease; thus,
there would be probably no strong reason to suspect a
demyelinating lesion.  In any event, I'll be calling her
later this week.

                          Sincerely,

                          David S. Silvers, M.D.

                          David S. Silvers, M.D.

DSS/dg

ADDENDUM { Reviewed MRI - Non specific Δ (R)
           to menко monicing
           temporal lobe.
Mo - Repeat MRI, a 6 mo.

Liberty004508

NEUROLOGIC CONSULTATION    RE: HALEY SPEARS
September 08, 2008
Page 1

CHIEF COMPLAINT: Episodes of "blacking out"/headaches

PRESENT ILLNESS: This is a 30-year-old right-handed woman with a h/o asthma, h/o migraine with aura who presents with recent spells of "blacking out" and more headaches.  She says that she has had some degree of headaches beginning around May.  They seem to be located in various places on the head.  They are by the eyes posteriorly on the head.  They can feel like a pressure, generally steady.  She states they would come on "occasionally" prior to some weeks ago when they became even constant at times, although punctuated with worsening.  When she would get what she calls her migraine headache, she would get blurry or distorted vision, perhaps even double vision, occasionally with spins.  These "aura" symptoms may last 10-30 minutes and generally be followed by the headache, which could last for a couple of hours.  She had been treating the headaches with Maxalt, which would generally help relieve the headache within a couple of hours.  Most were moderate, 4-6/10 in intensity, occasionally more severe.  She did have a severe headache towards the end of August, which led to her having a CAT scan followed by an MRI.

She has also had occasional spells where she reports "blacking out".  For example, she may not respond immediately or remember what had been said.  They can be brief, generally seconds or perhaps up to about a minute or so.  She's had probably "numerous" episodes.  Her mother states that she also seems somewhat irritable.  Mood has been also on the low side.

With headaches, she may get some nausea, rarely vomiting, no significant photo or phonophobia or smell sensitivity.  Most headaches she remains functional; occasionally she will have to lie down.  She also notes some pressure in the facial region around the sinuses for which she saw Dr. Lehmann, an ENT physician.  She was also prescribed ?Miramist.

She finds that she has been generally forgetful and has more problems with concentrating.  Stuttering is also noted.  She has not had spells of monocular visual loss or any kind of sustained double vision or L'Hermitte symptom.

Liberty004509

NEUROLOGIC CONSULTATION        RE: HALEY SPEARS
September 08, 2008
Page 2

There's no difficulty with swallowing, changes in strength
or balance, alterations of bladder or bowel functioning.

There are no obvious systemic symptoms including fevers,
chills, sweats. Sometimes she does get some chest pain and
shortness of breath (with asthma), abdominal discomfort.
She has poor appetite but is not sure that she's lost any
weight. She sleeps poorly.

Her head CT scan from St. Francis Emergency Room showed a
decreased density in the right temporal lobe. This was
followed by an MRI scan of the brain with and without
gadolinium. The report makes note of a ?lovulated lesion
in the white-matter in the right temporal lobe non-
enhancing without mass effect. It was read on the report
as possibly representing an inactive "demyelinating plaque"
with a low-grade glioma being less likely.

Routine bloodwork including CBC and renal function was
normal.

PAST MEDICAL HISTORY: Notable for "migraine" and asthma as
well as microscopic colitis and peptic ulcer disease. H/o
plantarfasciitis.

MEDICATIONS: Asacol, Singulair, Prevacid, Nasacort and
p.r.n. Zyrtec/Albuterol.

PAST SURGICAL HISTORY: Please refer to patient form.

FAMILY HISTORY: She does have a cousin with a brain tumor.

SOCIAL HISTORY: Rare alcohol use, no tobacco use. Works as
an administrative assistant.

REVIEW OF SYSTEMS: Please refer to Patient Form.

PHYSICAL EXAM: A pleasant, comfortable, thin woman who
appears somewhat anxious but otherwise in no distress.
Blood pressure 125/80, pulse 72. No carotid bruits.
Cardiac exam a regular rate and rhythm SI/SII. No
left/right body asymmetry.

Liberty004510

NEUROLOGIC CONSULTATION        RE: HALEY SPEARS
September 08, 2008
Page 3

NEUROLOGIC EXAM:

MENTAL STATUS: She was alert.  She was oriented to place
and time, attentive to months of the year forwards and
backwards.  Language was fluent.  Recall of three two-part
items, 3/3 after a few-minute delay.  Naming intact,
calculations normal, clock normal.  Able to place in the
hands to read "ten after eleven".  Normal copying of cube.
Normal luria sequencing, Go-No-Go.

CRANIAL NERVES: II - XII were normal.  She did not have an
r-APD.  Normal eye movements pursuits/saccades.  Intact
visual fields.  The rest of the cranial nerves normal.

MOTOR EXAM: Normal tone.  No tremor.  Strength +5/5 upper
and lower extremities.

SENSORY EXAM: Normal to pin, vibration, and joint position
sense.

REFLEXES: The deep tendon reflexes were +2 throughout and
the toes were downgoing.

COORDINATION:   Normal   to   finger-to-nose,   fine   finger
movements, and rapid alternating movements.

GAIT: Negative Romberg, normal tandem.  No posturing on
stress gait.

DSS/dg

Liberty004511

10/27/2008 15:09 FAX

3032575 / 000014950463                SPEARS, HALEY A                    014 EEG

---

10/09/2008 05:32  EEG -H  Prasad, Avinash (MD (H))   [Last Updated By: Prasad, Avinash On: 10/10/2008 16:43]
Final
HARTFORD HOSPITAL EEG STUDY

NAME: SPEARS, HALEY A   MR#: 000003032575    ACCOUNT#: 000014950463
REQUESTING PHYSICIAN: Silvers David, MD
PROCEDURE: 24-hour ambulatory EEG
EEG: 111645-1
DATE OF SERVICE: 10/07/2008-10/8/08   NURSING UNIT: Outpatient
AGE: 30                            ARCHIVED: AMB 08-38

INDICATIONS FOR PROCEDURE:
This 24-hour ambulatory EEG is performed on a 30-year-old female with a
history of episodes of loss of consciousness. Medications include Neurontin
and Frova.

REMARKS ON TRACING.:
This ambulatory EEG monitoring began at 15:16 hour on 10/07/2008 and ended
at 13:38 hour on 10/08/2008.  The patient was asked to push event button in
case a typical spell occurred.  Interictal epileptiform discharges were
assessed visually.  Seizure detection program was used to detect the
retrographic seizures.

The background consisted of bilaterally symmetrical, synchronous 9-10 Hz
posteriorly dominant alpha rhythm that was reactive to eye opening.  Low
amplitude beta activities were symmetrical in the anterior head region.
All 5 stages of sleep including REM sleep were recorded.  Sleep patterns
were symmetrical.  Moderate amount of T4 and T5 electrode artefacts were
seen.

Hyperventilation was performed on 2 occasions for 3 minutes each.  This did
not alter the background activities.  Heart rate was approximately 108 per
minute.

Interictal EEG did not reveal focal slowing, epileptiform discharges,
electrographic seizures.

A typical spell of concern was not recorded.

IMPRESSION:
This 24-hour ambulatory EEG monitoring demonstrated normal awake and sleep
patterns.  A typical spell of concern was not recorded.  Interictal EEG did
not reveal focal slowing,  epileptiform discharges, or electrographic
seizures.  A previous EEG performed in 09/2008, revealed a single
suspicious right frontotemporal sharp wave.

---

Avinash Prasad, MD*

CC: Silvers David, MD

Requested by: Osorio-Otero,                  10/27/2008 15:09                Page 1 of 2
Anya

Liberty004512

Oct. 26, 2015  9:14AM    Sent by Hartford Neurology    No. 1172   P. 12/30

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 1

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP#  1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
**COPY**

| | | | |
|---|---|---|---|
| Patient:  SPEARS,HALEY<br>Location: MMH LAB PATIENT | Acct# D02328000<br>Age/Sex: 31/F  Sub Dr | DOB:  REDACTED<br>: Kage,Barbara | Ph#: 860-308-2050 |

| Specimen: 0107:C00373R | COMP | Collected: 01/07/09-1345 | Received:  01/07/09-1403 |
|---|---|---|---|

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| MTHFR GENOTYPE | | | NOT DETECT | SP |

C677T MUTATION: NOT DETECTED
A1298C MUTATION: DETECTED (ONE COPY)

INTERPRETATION:  THIS PATIENT IS NEGATIVE (NORMAL) FOR THE
MTHFR C677T MUTATION AND HETEROZYGOUS FOR THE MTHFR A1298C
MUTATION. HETEROZYGOSITY FOR THE A1298C ALLELE IS NOT
ASSOCIATED WITH CORONARY DISEASE AND VENOUS THROMBOSIS.
MUTATIONS IN OTHER GENES, OR MUTATIONS OTHER THAN C677T AND
A1298C IN THE MTHFR GENE THAT MAY CAUSE INCREASED PLASMA
HOMOCYSTEINE, CORONARY HEART DISEASE, OR VENOUS THROMBOSIS,
ARE NOT RULED OUT BY THIS RESULT.
LABORATORY RESULTS AND INTERPRETATION REVIEWED BY:
    MEHRAN TABATAB, PH.D., FACOG
    CLINICAL UTILITY: THE METHYLENETETRAHYDROFOLATE REDUCTASE
(MTHFR) ENZYME PLAYS A MAJOR ROLE IN HOMOCYSTEINE
METABOLISM AND CONTAINS SEVERAL KNOWN POLYMORPHISMS, OF
WHICH THE MOST COMMON IS C677T. THIS MUTATION IS REPORTED
TO REDUCE MTHFR ACTIVITY, RESULTING IN
HYPERHOMOCYSTEINEMIA. THIS CONDITION IS A RISK FACTOR FOR
CARDIOVASCULAR DISEASE, INCREASED RISK FOR ARTERIAL AND
VENOUS THROMBOSIS, AND AN INCREASED RISK FOR OBSTETRICAL
COMPLICATIONS, E.G., PREECLAMPSIA, ABRUPTIO PLACENTAE,
FETAL GROWTH RETARDATION, AND STILLBIRTH.
    METHOD: THIS ASSAY WAS PERFORMED ON GENOMIC DNA ISOLATED
FROM BLOOD USING MULTIPLEX POLYMERASE CHAIN REACTION (PCR)
AND TARGET-SPECIFIC EXTENSION (TSE) WITH A LIQUID CHIP
DECODING SYSTEM ON THE LUMINEX PLATFORM. THE ASSAY DETECTS
THE MTHFR GENE MUTATIONS, C677T AND A1298C.
    THIS TEST(S) WAS DEVELOPED AND ITS PERFORMANCE
CHARACTERISTICS HAVE BEEN DETERMINED BY SPECIALTY

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | Run Date & Time: 01/09/00451306557 |
|---|---|

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 2

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
**COPY**

| Patient: SPEARS,HALEY | Acct#:D00373R0R | DOB: | REDACTED | PH#: 860-30R-2056 |
| Location: MMI LAB PATIENT | Age/Sex: 31/F | Sub Dr: Kage,Barbara | | |

Specimen: 0107:C00373R      Collected: 01/07/09-1345      (Continued)

| Test | Normal | Abnormal | Flag | Reference |
|------|--------|----------|------|-----------|
| | LABORATORIES. IT HAS NOT BEEN CLEARED OR APPROVED BY THE | | | |
| | U.S. FOOD AND DRUG ADMINISTRATION. THE FDA HAS DETERMINED | | | |
| | THAT SUCH CLEARANCE OR APPROVAL IS NOT NECESSARY. | | | |
| | PERFORMANCE CHARACTERISTICS REFER TO THE ANALYTICAL | | | |
| | PERFORMANCE OF THE TEST. | | | |
| PROTEIN,T | 7.4 | | | 6.0-7.9 G/DL |
| ALBUMIN | 4.4 | | | 3.2-4.6 G/DL |
| BILI,TOTAL | 0.6 | | | 0.2-1.3 MG/DL |
| BILI,CONJ | 0 | | | 0.0-0.2 MG/DL |
| UNCON BILI | 0.5 | | | 0.0-1.0 MG/DL |
| ALK PHOS | 55 | | | 38-126 IU/L |
| ALT (SGPT) | | 15 | H | 10-40 IU/L |
| AST (SGOT) | | 41 | H | 10-42 IU/L |
| CK | 73 | | | 26-140 IU/L |
| TSH | 1.23 | | | 0.34-5.60 uIU/ML |
| ANGIO.CONV.ENZ | 28 | | | 15-60 UNITS | SP |
| FOLATE,SERUM | 8.8 | | | >5.2 NG/ML |
| VITAMIN B12 | 293 | | | 180-914 PG/ML |
| G-5HT QUANT | 13 | | | 7-20 U/G HGB | SP |

---

Specimen: 0107:H00404R      COMP   Collected: 01/07/09-1345      Received:   01/07/09-1403

| Test | Normal | Abnormal | Flag | Reference |
|------|--------|----------|------|-----------|
| WBC | 4.8 | | | 4.0-10.5 K/uL |
| RBC | 4.30 | | | 4.0-5.4 M/uL |
| HGB | 12.5 | | | 12.1-15.1 G/DL |
| HCT | 37.7 | | | 36-46 % |
| MCV | 88 | | | 80-100 FL |
| MCH | 30 | | | 27-34 PG |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z046259 | Run Date & Time: 01/08/2009-14:55 |

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 3

Department of Laboratory and Pathology Services
71 Haynes St., Manchester, Ct 06040-4188
Phone: (860) 872-5237   Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

# FINAL REPORT
COPY

Patient: SPEARS,HALEY          Acct# D02328808   DOB REDACTED         PH# (860)-308-2050
Location: MMH LAB PATIENT      Age/Sex: 31/F  Sub Dr.: Kage,Barbara

Specimen: 0107:H00404R       Collected: 01/07/09-1345              (Continued)

| Test | Normal | Abnormal | Flag/Reference |
|------|--------|----------|----------------|
| MCHC | 34 | | 32-36 G/DL |
| PLATELET COUNT | 296 | | 150-450 K/uL |
| RDW | 13 | | 11.5-14.0 % |
| MPV | 9 | | 6-10 fL |
| GRANULOCYTES | 60 | | 25-80 % |
| LYMPHS | 31 | | 15-48 % |
| MONOCYTES | 7 | | 0-12 % |
| EOSINOPHILS | 2 | | 0-6 % |
| BASOPHILS | 1 | | 0-2 % |
| ABSOL.GRAN. | 2.9 | | 1.8-8.0 K/uL |
| ABSOLUTE LYMPHS | 1.5 | | 1.5-4.5 K/uL |
| ABSOL.MONOS | 0.3 | | 0.2-1.0 K/uL |
| ABSOL.EOSIN | 0.1 | | 0-0.7 K/uL |
| ABSOL.BASOS | 0.0 | | 0-0.2 K/uL |
| SED RATE | 6 | | 0-20 MM/HR |
| PRO G20210A | | | SP |
| FAC II MUTATION | | | |

G20210A MUTATION NOT DETECTED

INTERPRETATION: THIS PATIENT IS NEGATIVE (NORMAL) FOR THE
PROTHROMBIN G20210A MUTATION.
INCREASED RISK FOR VENOUS THROMBOSIS CAN BE CAUSED BY A
VARIETY OF GENETIC AND NON-GENETIC FACTORS NOT SCREENED FOR
BY THIS ASSAY

LABORATORY RESULTS AND INTERPRETATION REVIEWED BY:
MILHAN TELATAR, PH.D., FACMG

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

SPEARS,HALEY / 2346259                          Run Date & Time: 01/15/09 - 0658

Liberty004515

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 4

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

## FINAL REPORT
## COPY

| Patient: SPEARS, HALEY | Acct# DG2328808 | DOB: REDACTED | Ph#: 860-308-2050 |
| Location: MMH LAB PATIENT | Age/Sex: 31/F | Sub Dr.: Kage,Barbara | |

Specimen: 0107:H00404R          Collected: 01/07/09-1345                    (Continued)

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| | CLINICAL UTILITY: THE PROTHROMBIN G20210A MUTATION IS THE | | | |
| | SECOND MOST COMMON GENETIC ABNORMALITY OF THE COAGULATION | | | |
| | SYSTEM, AFTER FACTOR V (LEIDEN), OCCURRING IN APPROXIMATELY | | | |
| | 1-2% OF RANDOM CAUCASIANS AND 5-7% OF CAUCASIAN VENOUS | | | |
| | THROMBOSIS PATIENTS. THE PROTHROMBIN G20210A MUTATION | | | |
| | ANALYSIS CAN HELP TO DETERMINE PREDISPOSITION TO THROMBOTIC | | | |
| | EVENTS, AND CAN ASSIST IN DETERMINING THE APPROPRIATENESS | | | |
| | OF ANTICOAGULANT THERAPY. | | | |
| | METHOD: THIS ASSAY WAS PERFORMED ON GENOMIC DNA ISOLATED | | | |
| | FROM BLOOD USING POLYMERASE CHAIN REACTION (PCR) AND | | | |
| | TARGET SPECIFIC EXTENSION (TSE) WITH A LIQUID CHIP DECODING | | | |
| | SYSTEM ON THE LUMINEX PLATFORM. THE ASSAY DETECTS THE | | | |
| | PROTHROMBIN G20210A MUTATION. | | | |
| | REFERENCE: SPECTOR EB, GRODY WW, CARLA J. MATTESON CJ ET | | | |
| | AL. AMERICAN COLLEGE OF MEDICAL GENETICS STANDARDS AND | | | |
| | GUIDELINES: VENOUS THROMBOEMBOLISM (FACTOR V LEIDEN AND | | | |
| | PROTHROMBIN 20210G>A TESTING): A DISEASE-SPECIFIC | | | |
| | SUPPLEMENT TO THE STANDARDS AND GUIDELINES FOR CLINICAL | | | |
| | GENETICS LABORATORIES GENET MED. 2005; 7(6): 444-453. | | | |
| | THIS TEST(S) WAS DEVELOPED AND ITS PERFORMANCE | | | |
| | CHARACTERISTICS HAVE BEEN DETERMINED BY SPECIALTY | | | |
| | LABORATORIES. IT HAS NOT BEEN CLEARED OR APPROVED BY THE | | | |
| | U.S. FOOD AND DRUG ADMINISTRATION. THE FDA HAS DETERMINED | | | |
| | THAT SUCH CLEARANCE OR APPROVAL IS NOT NECESSARY. | | | |
| | PERFORMANCE CHARACTERISTICS REFER TO THE ANALYTICAL | | | |
| | PERFORMANCE OF THE TEST. | | | |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | Run Date & Time: 01/15/09 0855 |

Liberty004516

# MANCHESTER MEMORIAL HOSPITAL

Page: 5

*An Affiliate of Eastern Connecticut Health Network, Inc.*

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

## FINAL REPORT
COPY

Patient: SPEARS,HALEY        Acct#: D0203289    DOB: REDACTED    PH#: 860-3084205
Location: MMH LAB PATTERN                      Age/Sex: 31/F  Sub Dr: Kage,Barbara

Specimen: 0107;H00404R      Collected: 01/07/09-1345           (Continued)

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| APCR | | | | |
| APCR INTERPRETA | NEGATIVE | | | SP |
| APCR RATIO | 2.01 | | | > 2.22 SP |
| LUPUS ANTICOAG. | NOT DETECTED | | | NOT DETECT. SP |
| PROTEIN C ANT | | 54 | L | 65-140 % SP |
| PROTEIN S ANT | 79 | | | 70-140 % SP |
| PROTEIN S FREE | 80 | | | 50-120 % SP |

Specimen: 0107;S00050R      COMP   Collected: 01/07/09-1345    Received: 01/07/09-1403

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| ANA | | | | |
| ANATP | | | | |
| ANA TITER | | 1:1280 | | |
| ANA PATTERN | HOMOGENEOUS/SPECKLED | | | |
| CARDIOLIPIN IGG | 11 | | | < 11 GPL U/mL SP |

REFERENCE RANGE FOR CARDIOLIPIN IGG AUTOABS:
LESS THAN 11 GPL U/ML . . . . . . . NEGATIVE
11 - 19 GPL U/ML . . . . . . . . . INDETERMINATE
20 - 80 GPL U/ML . . . . . . . . . LOW-MEDIUM POSITIVE
GREATER THAN 80 GPL U/ML . . . . . STRONG POSITIVE

| CARDIOLIPIN IGM | 10 | | | < 10 MPL U/mL SP |

REFERENCE RANGE FOR CARDIOLIPIN IGM AUTOABS:
LESS THAN 10 MPL U/ML . . . . . . . NEGATIVE
10 - 19 MPL U/ML . . . . . . . . . INDETERMINATE

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
    VALENCIA, CA 91355-5386

SPEARS,HALEY / 2346259                          Run Date & Time: 01/09/09

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 6

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP# 1184601-01 |

Report for Silvers,David S

**Report Recipients:**
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
**COPY**

REDACTED

Patient:  SPEARS,HALEY                 Acct# D02328908   DOB:           Ph#: 860-308-2056
Location: MMH LAB PATIENT              Age/Sex: 31/F   Sub Dr.: Kage,Barbara

Specimen: 0107:S00050R        Collected: 01/07/09-1345          (Continued)

| Test | Normal | Abnormal | Flag Reference |
|---|---|---|---|
| | 20 - 80 MPL U/ML . . . . . . . . LOW/MEDIUM POSITIVE | | |
| | GREATER THAN 80 MPL U/ML . . . . STRONG POSITIVE | | |
| CARDIOLIPIN IGA | < 7.5 | | < 14 MPL U/ML    SP |
| CENTROMERE ABS | < 7.5 | | < 7.5 IU/ML     SP |
| ANTI-DNA DS | | 7.0   H | < 5.0  IU/ML    SP |
| | | | |
| | REFERENCE RANGE FOR DSDNA AUTOABS: | | |
| | LESS THAN 5.0 IU/ML . . . . . . NOT DETECTED | | |
| | 5.0 - 10.0 IU/ML . . . . . . . INDETERMINATE | | |
| | GREATER THAN 10.0 IU/ML . . . . DETECTED | | |
| ANTI-ENA | | | |
| ANTI-RNP IGG | < 5.0 | | < 5.0 UNITS     SP |
| ANTI SM IGG AB | < 5.0 | | < 5.0 UNITS     SP |
| | | | |
| | REFERENCE RANGE FOR RNP1/SM & SM AUTOABS: | | |
| | LESS THAN 5.0 . . . . . . . . NEGATIVE | | |
| | 5.0 - 10.0 . . . . . . . . . BORDERLINE | | |
| | GREATER THAN 10.0 . . . . . POSITIVE | | |

*THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN*
*CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE*
*CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY*
*SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR*
*DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY*
*ESTABLISHED MEANS.*

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
VALENCIA, CA 91355-5386

SPEARS,HALEY / Z346259                          Run Date & Time: 01/15/09  0655

Liberty004518

# MANCHESTER MEMORIAL HOSPITAL
*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 7

| | |
|---|---|
| Department of Laboratory and Pathology Services<br>71 Haynes St, Manchester, Ct 06040-4188<br>Phone: (860) 872-5237  Fax: (860) 872-5238 | Director: Dennis G. O'Neill, M.D.<br>CLIA# 07D0092869<br>CAP#  1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
COPY

REDACTED

| Patient: SPEARS,HALEY | Acct# D03378808 | DOB | PN#: 860-306-2050 |
|---|---|---|---|
| Location: MMH LAB PATIENT | | Age/Sex: 11/F  Sub Dr.: Kage,Barbara | |

Specimen: 0107:S00050R     Collected: 01/07/09-1345     (Continued)

| Test | Normal | Abnormal | Flag  Reference | |
|---|---|---|---|---|
| ANTI-NEUT CY AB | | | | |
| ANCA TOT ABS | <1:20 | | <1:20 FIU | SP |
| ANCA PATTERN | | | | SP |
| | NO C- OR P-ANCA PATTERN DETECTED BY IFA | | | |
| ANTINUC AB (ANA) | | 18.0 | H < 7.5 IU/ML | SP |

| | IU/ML METHOD OF REPORTING | TITER METHOD OF REPORTING |
|---|---|---|
| | <7.5 | NOT DETECTED |
| | 8 | 1:40 - 1:160 |
| | 15 | 1:80 - 1:320 |
| | 30 | 1:160 - 1:640 |
| | 50 | 1:320 - 1:1280 |
| | 75 | 1:1280 - 1:5120 |
| | 100 | 1:2560 - 1:10240 |
| | >100 | >= 1:10240 |

CONVERSION TABLE
THE TABLE COMPARES PREVIOUSLY REPORTED ANA TITERS FROM
SPECIALTY WITH THE STANDARDIZED INTERNATIONAL UNIT FORMAT
OF REPORTING. TITERS FROM OTHER LABORATORIES CANNOT BE
DIRECTLY EQUATED TO THE IU SYSTEM EMPLOYED BY SPECIALTY

| ANA PATTERN | ... | | | SP |
|---|---|---|---|---|

SPECKLED
HOMOGENEOUS PATTERN ALSO DETECTED

| PROTEINASE 3 AB | < 3.5 | | < 3.5 U/uL | SP |
|---|---|---|---|---|
| MYELOPEROX AB | 9.0 | | 9.0 U/uL | SP |

SP  - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | | Run Date & Time: 01/15/09   0655 |
|---|---|---|

Liberty004519

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 8

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF, EVAN
Silvers,David S
Kage,Barbara

**FINAL** REPORT
**COPY**

REDACTED

| Patient: SPEARS,HALEY | Acct# D02528808  DOB: | Ph#: 860-308-2050 |
| Location: MMI LAB PATIENT | Age/Sex: 31/F  Sub Dr.: Kage,Barbara | |

Specimen: 0107:S00050R        Collected: 01/07/09-1345              (Continued)

| Test | Normal | Abnormal | Flag Reference | |
|------|--------|----------|----------------|---|
| SCL-70 ANTIBODY | < 5.0 | | < 5.0 UNITS | SP |

REFERENCE RANGE FOR SCL-70 AUTOABS:
LESS THAN 5.0 . . . . . . . . . NEGATIVE
5.0 - 10.0 . . . . . . . . BORDERLINE
GREATER THAN 10.0 . . . . . . . POSITIVE

THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY
ESTABLISHED MEANS.

| ANTI SJOGREN | | | | |
| SS-A IGG AB | < 5.0 | | < 5.0 UNITS | SP |
| SS-B IGG AB | < 5.0 | | < 5.0 UNITS | SP |

REFERENCE RANGE FOR SS-A & SS-B AUTOABS:
LESS THAN 5.0 . . . . . . . . NEGATIVE
5.0 - 10.0 . . . . . . . . . BORDERLINE
GREATER THAN 10.0 . . . . . . . POSITIVE

THIS TEST(S) WAS PERFORMED USING A KIT THAT HAS NOT BEEN
CLEARED OR APPROVED BY THE FDA. THE ANALYTICAL PERFORMANCE
CHARACTERISTICS OF THIS TEST HAVE BEEN DETERMINED BY
SPECIALTY LABORATORIES. THIS TEST SHOULD NOT BE USED FOR
DIAGNOSIS WITHOUT CONFIRMATION BY OTHER MEDICALLY

---

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
     VALENCIA, CA 91355-5386

| SPEARS,HALEY / Z346259 | Run Date & Time: 01/15/09  0655 |

Liberty004520

Oct. 26, 2015  9:26AM    Sent by Hartford Neurology

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 9

---

Department of Laboratory and Pathology Services
71 Haynes St, Manchester, Ct 06040-4188
Phone: (860) 872-5237  Fax: (860) 872-5238

Director: Dennis G. O'Neill, M.D.
CLIA# 07D0092869
CAP# 1184601-01

---

Report for Silvers, David S

Report Recipients:
Baehring, Joachim M
O'Brien, James
SPEARS, HALEY
SCHIFF, EVAN
Silvers, David S
Kage, Barbara

FINAL REPORT
COPY

| Patient: SPEARS, HALEY | Acct# J002528808 | DOB: REDACTED | Ph#: 860-309-2050 |
| Location: MMH LAB PATIENT | Age/Sex: 11/F  Sub Dr: 1 Kage Barbara | | |

Specimen: 0107:S00050R        Collected: 01/07/09-1345              (Continued)

| Test | Normal | Abnormal | Flag | Reference | |
|------|--------|----------|------|-----------|--|
| **ESTABLISHED MEANS** | | | | | |
| B2 GLYCO AB PNL | | | | | |
|   B2 GLYCO IGG AB | < 4 | | | < 20 U/ML | SP |
|   B2 GLYCO IGM AB | < 4 | | | < 10 U/ML | SP |
|   B2 GLYCO IGA AB | < 4 | | | < 10 U/ML | SP |
| CRP | < 0.5 | | | < 1.0 MG/DL | |
| **TBD SEROLOGY** | SEE SEPARATE REPORT | | | | PRO |
| HLA B27 | | DETECTED | H | | SP |
| | *HLA-B27 TESTING WAS PERFORMED BY FLOW CYTOMETRY USING* | | | | |
| | *ANTI-HLA-B27 MAB CLONE FD705.* | | | | |
| **MONOCLONAL PROT** | | | | | |
| IFE PARAPROTEIN | NOT DETECTED | | | NOT DETECT. | SP |
| **IG A BLOOD** | 255 | | | 600-1600 mg/dL | SP |
| IG G BLOOD | 1181 | | | 600-1600 mg/dL | |
| **IG M BLOOD** | 94.0 | | | 40.0-280.0 mg/dL | SP |
| LYME AB SCREEN | NEGATIVE | | | NEGATIVE | |
| | *Physician Reminder: Report all cases of Lyme disease.* | | | | |
| | Call 860-509-7994 for reporting forms. | | | | |
| **PHOS SERINE ABS** | | | | | |
| PHOS.SER.AB.IGG | < 11.0 | | | < 11.0 GPS U/mL | SP |
| PHOS.SER.AB.IGM | < 25.0 | | | < 25.0 MPS U/mL | SP |
| PHOS.SER.AB.IGA | < 20.0 | | | < 20.0 APS U/mL | SP |

SP - TEST PERFORMED AT SPECIALTY LABORATORIES, 27027 TOURNEY ROAD
    VALENCIA, CA 91355-5386
PRO - TEST PERFORMED AT PROMETHEUS LABORATORIES INC.
    5739 PACIFIC CENTER BLVD. SAN DIEGO, CA 92121

| SPEARS, HALEY / Z346259 | Run Date & Time: 01/15/09   0656 |

Liberty004521

# MANCHESTER MEMORIAL HOSPITAL

*An Affiliate of Eastern Connecticut Health Network, Inc.*

Page: 10

| | |
|---|---|
| Department of Laboratory and Pathology Services | Director: Dennis G. O'Neill, M.D. |
| 71 Haynes St, Manchester, Ct 06040-4188 | CLIA# 07D0092869 |
| Phone: (860) 872-5237  Fax: (860) 872-5238 | CAP# 1184601-01 |

Report for Silvers,David S

Report Recipients:
Baehring,Joachim M
O'Brien,James
SPEARS,HALEY
SCHIFF,EVAN
Silvers,David S
Kage,Barbara

**FINAL REPORT**
**COPY**

REDACTED

| Patient: SPEARS,HALEY | Acct# 002328806  DOB: | Ph#: 860-308-2050 |
|---|---|---|
| Location: MMH LAB PATIENT | Age/Sex: 42/F  Sub Dr.: Kage,Barbara | |

Specimen: 0107:U00034R    COMP    Collected: 01/07/09-1345    Received:  01/07/09-1403

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| COLOR | YELLOW | | | YELLOW |
| APPEARANCE | CLEAR | | | CLEAR |
| GLUCOSE | NEGATIVE | | | NEG. MG/DL |
| BILIRUBIN | NEGATIVE | | | NEG. |
| KETONES | NEGATIVE | | | NEG. MG/DL |
| SPECIFIC GRAV | | >=1.030 | H | 1.002-1.030 |
| BLOOD | NEGATIVE | | | NEGATIVE |
| PH | 5.5 | | | 5.0-8.0 |
| PROTEIN | NEGATIVE | | | NEG. MG/DL |
| UROBILINOGEN | 0.2 | | | 0-1.0 MG/DL |
| NITRITE | NEGATIVE | | | NEG |
| LEUK. ESTERASE | NEGATIVE | | | NEG |

Specimen: 09:B0000636R    COMP    Collected: 01/07/09-1345    Received:    01/07/09-1403
                                   Source:    URINE         Sp Descrip: CLEAN CATC

BACTERIOLOGY

URINE CULTURE  Final
     NO GROWTH AT < 1000 CFU/ML

URINE CULTURE  Preliminary (changed)
     NO GROWTH AT < 1000 CFU/ML

| | |
|---|---|
| SPEARS,HALEY / Z346259 | Run Date & Time: 01/11/09  0656 |

Liberty004522

CT. LIC.# CL-0623

**Saint Francis Campus**
114 Woodland Street
Hartford, Connecticut
06105-1299

**DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE**

FOR INFORMATION/RESULTS CALL: (860) 714-6103

| | |
|---|---|
| PATIENT NAME | SPEARS, HALEY |
| PATIENT # | 977290 |
| DOCTOR | GORDON, BARRY |

| | | | |
|---|---|---|---|
| AGE/SEX | 30Y  F | LOC | LGEN |
| D.O.B. | REDACTED | | |

W67458   COLL: 10/01/2008 13:15   REC: 10/01/2008 12:26 PHYS: GORDON, BARRY

LIVER PROFILE
    TOTAL PROTEIN     7.3        [6.3-8.2]    G/DL
    ALBUMIN        4.5        [3.5-5.0]    G/DL
    ALB GLOB RATIO    1.6
    ALK PHOS       48         [38-126]     U/L
    SGOT (AST)     80         [5-40]       U/L
    SGPT (ALT)     140        [13-86]      U/L
    TOTAL BILIRUBIN   0.2       [0.2-1.3]    MG/DL
    DIRECT BILIRUBIN   0.0       [0.0-0.4]    MG/DL

LYME AB SCREEN
    LYME IgM/IgG    NEGATIVE
    PERFORMED AT ST. MARY'S CAMPUS, 56
    FRANKLIN ST, WATERBURY, CT 06706

LYME W.BLOT, SERUM
    REQUEST CREDITED
    LYME ANTIBODY SCREEN IS NEGATIVE
    CONFIRMATORY WESTERN BLOT NOT PERFORMED

SPEARS, HALEY
10/09/2008   08:05    1

SPECIMEN/RESULT NOTES: 1.) TEST WITHOUT A LO-HI RANGE OR PATIENT AGE ARE NOT SUBJECT TO FLAGGING

* - ABNORMAL (HIGH OR LOW) TEST RESULT

PATIENT:
PRINTED: DATE

TIME Liberty004523 PAGE

LABORATORY REPORT

DAVID S. SILVERS, M.D.
HARTFORD NEUROLOGY, LLC
85 SEYMOUR STREET
SUITE 800
HARTFORD, CT  06106



Clinical Laboratory Partners, LLC
CT LICENSE CL-0385 / CLIA# 07D0094387

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8020

COPY FOR RX

| Requesting Physician: | D SILVERS MD | Patient Name: | SPEARS HALEY |
| Accession: | AG287897 | | |
| Requisition #: | | Sex/Species: | Date of Birth: | Age: |
| Collected: | 09/18/2008 11:05 | FEMALE | REDACTED | |
| Reported: | 09/18/2008 21:51 | Patient Phone: | Medical Record #: | Med. REC. #: |
| | | | AG287897 | |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---------|--------|-------|---------|----------|
| **Fasting Specimen** | | | | |
| Erythrocyte Sediment Rate (ESR) | 4 | MM/HR | 0-20 | |
| T4 (Thyroxine) | 5.9 | µg/dL | 4.0-12.0 | |
| TSH, Highly Sensitive | 1.26 | mIU/L | 0.27-4.20 | |
| T3, Total | 121 | ng/dL | 80-200 | |
| **Thyroid Antibody (ATA, TPO)** | | | | |
| Thyroid Peroxidase Antibody | 38  H | IU/mL | <35 | |
| Thyroglobulin Antibody | <10 | IU/mL | <115 | |
| Performed by Roche Electrochemiluminescence Immunoassay (ECLIA) method. Anti-Tg values obtained by different testing methods may not be comparable. | | | | |
| **Vitamin B12 & Folate** | | | | |
| Vitamin B12 | 438 | ng/L | 243-894 | |
| Folate, Serum | 11.6 | ug/L | 4.2-19.9 | |
| Calcium, Ionized | 1.27 | mmol/L | 1.17-1.33 | |
| **Hepatic Function Panel C** | | | | |
| Bilirubin, Direct | 0.1 | mg/dL | 0.0-0.2 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.2-1.0 | |
| Aspartate Aminotrans (AST) | 89  H | U/L | 10-50 | |
| Alanine Aminotrans (ALT) | 177  H | U/L | 10-50 | |
| Alkaline Phosphatase | 46 | U/L | 32-122 | |
| Protein, Total | 7.0 | g/dL | 6.3-8.3 | |
| Albumin | 4.4 | g/dL | 3.5-5.0 | |
| **Albumin / Globulin Ratio** | | | | |
| Globulin | 2.6 | g/dL | 1.5-3.5 | |
| Albumin/Globulin Ratio | 1.7 | RATIO | 1.0-3.0 | |

CONTINUED....

Liberty004524

SPEARS HALEY

Route: 14

LABORATORY REPORT

DAVID S. SILVERS, M.D.
HARTFORD NEUROLOGY, LLC
85 SEYMOUR STREET
SUITE 800
HARTFORD, CT   06106



Clinical Laboratory Partners LLC
CT LICENSE CL-0365 / CLIA# 07D0094387

129 Patricia M. Genova Dr.
Newington, CT 06111
1-800-286-9800
860-696-8020

| | | Patient Name | | |
|---|---|---|---|---|
| Requesting Physician: | D SILVERS MD | Patient Name: | SPEARS, HALEY | |
| Accession: | | Sex/Species: | Date of Birth: | Age: |
| Requisition #: | | FEMALE | REDACTED | |
| Collected: | 09/18/2008 11:06 | Patient Phone: | Medical Record #: | Ext. REF. ##: |
| Reported: | 09/18/2008 | 860-250-0085 | AG367807 | |

| REQUEST | RESULT | | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|---|
| Fasting Specimen | | | | | |
| | | | | | |
| | ABNORMAL SUMMARY | | | | |
| | | | | | |
| Thyroid Peroxidase Antibody | 38 | H | IU/mL | <35 | |
| Aspartate Aminotrans (AST) | 89 | H | U/L | 10-50 | |
| Alanine Aminotrans (ALT) | 177 | H | U/L | 10-50 | |

PLEASE NOTE:  The abnormal summary is supplied as a tool for identifying abnormal results.  All results must still be
reviewed as some abnormal results will not be included due to their interpretative or textual nature.


Bradford Sherburne, MD  Medical Director

FINAL REPORT

   CC: EVAN SCHIFF,M.D.

## HARTFORD HOSPITAL EEG STUDY

NAME: SPEARS, HALEY A
MR#: 0000000003032575          ACCOUNT#: 000014778484

REQUESTING PHYSICIAN: David S Silvers, MD*
PROCEDURE: Outpatient sleep-deprived EEG
EEG: 111645
DATE OF SERVICE: 09/17/2008          NURSING UNIT: Outpatient
AGE: 30          ARCHIVED: Volume 08-03

INDICATIONS FOR PROCEDURE:
This outpatient sleep-deprived EEG was performed on a 30-year-old
female with a history of suspected seizure disorder. She is on
no CNS medication.

REMARKS ON THE TRACING:
During the EEG tracing, the patient was awake and in light sleep.
During maximal alertness, bilaterally symmetrical, synchronous
9.5-10 Hz posteriorly dominant alpha rhythm was seen that was
reactive to eye opening. Low amplitude beta activity was
symmetrical in the anterior head region. Stage I and II sleeps
were recorded. Sleep patterns were symmetrical. Occasional SP2
electrode artifacts were seen. Rare independent polymorphic
delta slowing was seen in both temporal regions. A single
borderline right frontotemporal sharp wave was seen.

Hyperventilation produced diffuse buildup of background
activities. Photic stimulation did not add to the tracing.
Heart rate was approximately 72 per minute.

IMPRESSION:
This outpatient sleep-deprived EEG, obtained in awake and light
sleep states, demonstrates rare independent polymorphic delta
slowing in both temporal regions. MRI is recommended to rule out
a structural abnormality. A single borderline right
frontotemporal sharp wave was seen that raises a question of
potential epileptogenicity; however, this finding is not
definitive. A 24-hour ambulatory EEG may be helpful if suspicion
of epilepsy persists.

Avinash Prasad, MD*

CC: David S Silvers, MD*

AP:Spheris77732
D: 09/18/08 12:33 T: 09/18/08 13:47 DOCUMENT: 200809180992373000

Page 1 of 1

Liberty004526

GIVEN 1D M - 01HS1D1-MR

## HARTFORD NEUROLOGY, LLC

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTH-WESTERN DRIVE. SUITE 302
BLOOMFIELD CT 06002

2928 MAIN STREET, 1ST FLOOR
GLASTONBURY CT 06033

January 13, 2008

Re: Haley Spears
DOB: REDACTED

To whom it may concern:

Due to my patient's medical condition, it is my recommendation that Haley Spears return to work on a part time basis, and work her way up to a full time status within the next month. If there are any further questions or concerns please feel free to contact me at (860) 522-4429 ext 11.

Sincerely,

David Silvers, M.D.

Liberty004527

**HARTFORD NEUROLOGY, LLC**

STEPHEN R. CONWAY, M.D.
DAVID S. SILVERS, M.D.
LAWRENCE S. BLUTH, M.D.
ISAAC E. SILVERMAN, M.D.
JOAO A. GOMES, M.D.

85 SEYMOUR STREET, SUITE 800
HARTFORD, CT 06106
TELEPHONE (860) 522-4429
FAX (860) 249-6742

6 NORTHWESTERN DRIVE, SUITE 302                                    2928 MAIN STREET, 1ST FLOOR
BLOOMFIELD CT 06002                                                GLASTONBURY CT 06033

January 6, 2008

To whom it may concern:

Re: Haley Spears
DOB: REDACTED

My patient, Haley Spears, may return to work on January 8th, 2008. If there are any further questions or concerns please feel free to contact me at (860)-522-4429 ext 11.

Sincerely,

David Silvers, M.D.

Liberty004528

# PHYSICAL THERAPY CENTER of ROCKY HILL
## INITIAL EVALUATION REPORT

**Patient:**    **Spears, Haley**
**DOB:**    REDACTED
**Precautions/Contraindications:**    **None**
**DOI:**    **8/1/08**

**Physician:**   Dr. Silvers
**Diagnosis:**   Headaches
**Secondary Diagnosis:**
**Today's Date:**   12/22/08

## EXAMINATION

- Patient is a 31 year old female with chief complaint of constant headaches.
- Cervical range of motion (flexion 100%; extension 100%; rotation right 95%, left 100%; sidebending right 90%, left 100%).
- Shoulder range of motion: right/left (flexion 180/180°; abduction 180/180°; internal rotation 70/70°, external rotation 90/90°.
- Upper extremity strength: (shoulder flexors 5/5; abduction 5/5; internal rotators 5/5; external rotators 5/5; elbow flexors 5/5; triceps 5/5; thumb extensors 5/4+; intrinsics 5/4+).
- Posture is poor. Her head is forward.
- Increased muscle guarding cervical/thoracic paraspinals, left greater than right.

## REHAB DIAGNOSIS
Headaches

## REHAB PROGNOSIS
Good

## RECOMMENDATION
Patient would benefit from a trial of Physical Therapy to improve cervical range of motion, decrease muscle guarding and improve posture. Recommend trial of 2-3 times a week for 4 weeks. Treatment to include: Manual Therapy, Therapeutic Exercise, Neuromuscular Re-education/Posture, Functional Exercise, HEP, and Modalities (prn: moist heat, electrical stimulation).

**GOALS:** Patient will:
1) Independent in HEP in 2 weeks.
2) Demonstrate good posture in 2 weeks
3) Increase cervical range of motion:
   (rotation right 100%, sidebending right 100%) in 4 wks

**OUTCOMES:** Patient will:

_John Paholski, PT, MS, OCS_

12/22/08
Date

## PLEASE SIGN AND RETURN
I hereby certify the need for the services outlined in the above plan of treatment while the patient is under my care

PHYSICIAN SIGNATURE

1 16 /09
Date

FAXED
01/5/09

FAXED
12/29/08

**2162 Silas Deane Highway, Rocky Hill, CT 06067 ● Phone: 860-513-1431 ● Fax: 860-529-0126**

Liberty004529

12/29/2008 11:23 FAX 860 529 0126          PTC of RH                                    ☑001



**PHYSICAL THERAPY CENTER**
Of Rocky Hill

PAGES (INCLUDING COVER) 2

# FAX COVER SHEET

DATE 12/29/08

(for disclosures of Protected Health Information)

TO: Dr. David Silvers

RE: Haley Spears

FAX: 249-6742

PHONE:

FROM: Tanya

Physical Therapy Center of Rocky Hill
2162 Silas Deane Highway
Rocky Hill, CT 06067
Phone: 860.513.1431
Fax: 860.529.0126

☐ URGENT   ☑ Please Respond   ☑ For Review

## NOTES

_Please sign and fax back._
_Thank You!_
_Tanya_

**** CONFIDENTIAL NOTICE ****

The information included in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure by applicable law. The authorized recipient of this information to any other party and is required to destroy the information after its authorized need has been fulfilled.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone (collect) for instructions on returning the original message to us at our expense. Thank you,

TO BE FILED IN MEDICAL RECORD

Liberty004530

Oct. 26, 2015 9:26AM    Sent by Hartford Neurology                No. 1172   P. 30/30

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James O'Brien
353 MAIN ST
MANCHESTER, CT 06040

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear James O'Brien:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004531

10-29-15;03:06PM;cbs                                    ;123                    #  2/ 33



Liberty
Mutual.

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-460-5118
Fax No.: 1-203-294-6394

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Haley Spears | |
| CLAIM NO.: _____ | S.S. NO. REDACTED |
| EMPLOYER/SPONSOR: _____ | DATE OF BIRTH: REDACTED |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to, job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears                              REDACTED
Print Name

Haley Spears (signature)                  Social Security Number
Signature
                                          9/8/15
                                          Date

Liberty004532

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Tuesday, April 08, 2008 at 4:17 PM

### General Information

| | | |
|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: ID 2389 |
| Responsible: | James W. O'Brien, MD | Stage: Patient Checked-Out   Room: |
| Appointment: | Tuesday, April 08, 2008 at 4:00 PM | Insurance: CONNECTICARE (CTC) |
| Visit Type: | New Patient | Location: Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | Base Date: None |
| Signature: | Signed by JAMES OBRIEN, MD on Tuesday, April 08, 2008 at 6:32 PM | |

### Ink Documents

No Ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED7: 4/08/2008 04:00PM

### Chief complaint

The Chief Complaint is: Patient her today for microscopic colitis and an ulcer, had a procedure last June by Dr. Cipolla. Had a follow up endo in Aug. Ulcer was healed. But lately has been having nasuea, abd pain. Loose stool & diarreah.

### History of present illness

Haley Spears is a 30 year old female.

Prior dx of PUD, rx's w daily Prevacid. F/u endo showed no residual ulcer.  Colonoscopy bx + Microscopic colitis, Rx Asacol 4 in AM 5 in PM.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
• Weight Weight is changing about 5lbs up or down weekley °  No fever °  No chills
• Heartburn • Nausea • Bloating • Sharp abdominal pain • Recent increase in bowel frequency • Bowel urgency • Bright red blood
per rectum she attributes to hemorrhoids as she was diagnosed with this in the past • Diarrhea • Anal itching ° No vomiting
For the past few weeks, despite continued Prevacid and Asacol, she has been more miserable with increased episodes of mid right abd pain with increased frequency of diarrhea (3-5 times/week) and abd lowd gurgling noises.  Nausea but no vomiting.  Wt fluctuates up and down by 5 lb but range is stable

### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids
Therapeutic History:

Complete colonoscopy

### Personal history

*Behavioral history:*  No tobacco use.
*Alcohol:* Not using alcohol.
*Drug use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

### Review of systems

## Haley A Spears

38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

Head symptoms: No head symptoms.
Eye symptoms: No eye symptoms.
Otolaryngeal symptoms: No otolaryngeal symptoms.
Cardiovascular symptoms: No cardiovascular symptoms.
Pulmonary symptoms: No pulmonary symptoms.
Genitourinary symptoms: No genitourinary symptoms.
Endocrine symptoms: No endocrine symptoms.
Musculoskeletal symptoms: No musculoskeletal symptoms.
Neurological symptoms: No neurological symptoms.
Skin symptoms: No skin symptoms.

**Physical findings**

Vital signs:

Vital Signs/Measurements  Value Normal Range

Weight 122 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Evidence Of Injury:* ° No evidence of a head injury.
*Abnormality Of Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lymph Nodes:

° Cervical lymph nodes were not enlarged.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular system:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness Palpation does not reproduce her symptoms.  ° No mass was palpated in the abdomen.
*Hepatic Findings:* ° Liver was not enlarged.
*Splenic Findings:* ° Spleen was not enlarged.

Neurological:

° System: normal.

Psychiatric Exam:

° Normal.  ° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

**Assessment**

- RUQ abdominal pain
- Diarrhea
- Gastritis
- Lymphocytic colitis
- Rectal hemorrhage

**Therapy**

- Possible limitations and risks include pain, complications from medication, complications from anesthesia, and bleeding.
- Risks, benefits, and limitations discussed and understood - patient wishes to proceed.
- Plan - modify medication.

**Discussed**

Differential diagnosis included recurrent PUD, exascerbation of Lymphocitic colitis, new IBD, or IBS.

**Plan**

Liberty004534

## Haley A Spears

38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

Medication Ordered: Prevacid 30 mg oral delayed release capsule Refills: 3 Quantity: 60 Supply: 30 Sig: 1 CAPSULE (S) TWO TIMES A DAY.
Medication Ordered: Asacol 400 mg oral enteric coated tablet Refills: 0 Quantity: 120 Supply: 40 Sig: 3 TABLET (S) THREE TIMES A DAY.
Medication Ordered: Levbid 0.375 mg oral tablet, extended release Refills: 0 Quantity: 90 Supply: 30 Sig: 1 TABLET (S) ORALLY (BY MOUTH) TWO TIMES A DAY TO THREE TIMES A DAY (THIRD DOSE IF PAIN OCCURS) Dispensed as written.
Medication Ordered: famotidine 20 mg oral tablet Refills: 0 Quantity: 60 Supply: 30 Sig: 2 TABLET (S) AT SLEEP Dispensed as written.
Medication Ordered: famotidine 20 mg oral tablet Refills: 0 Quantity: 60 Supply: 30 Sig: 2 TABLET (S) AT SLEEP Dispensed as written.

**Practice Management**

Outpatient consult, comprehensive h&p, moderate complexity:O;OC;N;a;0;0;232443403303433; Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|------|-----------|----------|
| 4/8/2008 | Asacol 400 mg oral delayed release tablet | Issue Method: Hand Written |
| 4/8/2008 | famotidine 20 mg oral tablet | Issue Method: Hand Written |
| 4/8/2008 | Levbid 0.375 mg oral tablet, extended release | Issue Method: Hand Written |
| 4/8/2008 | Prevacid 30 mg oral delayed release capsule | Issue Method: Hand Written |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

No tasks have been created.

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-----------|------|
| 4/8/2008 | Diagnosis: ABDOMINAL PAIN, RIGHT UPPER QUADRANT (789.01) | 789.01 |
| 4/8/2008 | Diagnosis: DIARRHEA (787.91) | 787.91 |
| 4/8/2008 | Diagnosis: HEMORRHAGE OF RECTUM AND ANUS (569.3) | 569.3 |
| 4/8/2008 | Diagnosis: UNSPECIFIED GASTRITIS AND GASTRODUODENITIS WITHOUT (535.50) | 535.50 |
| 4/8/2008 | Diagnosis: CROHN'S REGIONAL ENTERITIS OF LARGE INTESTINE (555.1) | 555.1 |

Liberty004535

## Haley A Spears

38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Tuesday, December 16, 2008 at 4:27 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | Encounter: | ID 5551 | |
| Responsible: | James W. O'Brien, MD | Stage: | Patient Checked-Out | Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Tuesday, December 16, 2008 at 4:00 PM | Insurance: | CONNECTICARE (CTC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by JAMES OBRIEN, MD on Tuesday, December 16, 2008 at 6:29 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 12/16/2008 04:00PM

#### Chief complaint

The Chief Complaint is: Haley is here today to go over her meds. She feeling a bit better . Her stomach is less bloated and cramping is less frequent. She feels the Amitiza is working. She has gained 10lbs since her last OV in Oct 2008, she feels most of the weight has been gained in the past month. She had an MRI of her brain which showed that she has a cyst above her brain stem, she is having further testing done.

#### History of present illness

Haley Spears is a 31 year old female.

RUQ US - Fatty liver, no masses, no stones, no cause for pain.
Brain MRI - Cysts above brain stem & ? focus of scar tissue.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
• Recent weight gain of 10 lb °  No fever °  No chills
°  Normal appetite °  No nausea °  No vomiting °  No bright red blood per rectum °  No diarrhea
On the Amitiza 24 mcg TID and off the Miralax, she feels improved with less frequent post-prandial pain and less severe pain when it does occur.

BM's once a day to once every 3 days, sometimes very small and incomplete.  No blood, fever, other systemic c/o

She has an appt with Dr. Kage to discuss workup for elevated ANA

#### Current medication

Zyrtec 10 mg oral tablet Sig:  AS NEEDED
Albuterol 0.083% inhalation solution Sig:  AS NEEDED
Famotidine 20 mg oral tablet Sig:  2 TABLET (S) AT SLEEP
Zofran Sig:  AS NEEDED
Hydrocodone Sig:  AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig:  TWO TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig:  TWO TIMES A DAY
Neurontin 600 mg oral tablet Sig:  TWO TIMES A DAY
Frova 2.5 mg oral tablet Sig:  AS NEEDED

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral History:*  No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

Liberty004536

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 110/60 mmHg (100-120/56-80)

Weight 130 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Exam For Evidence Of Injury:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Hepatic Findings:* ° Liver was not enlarged.
*Splenic Findings:* ° Spleen was not enlarged.

Psychiatric Exam:

° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.

### Assessment

- RLQ abdominal pain
- LLQ abdominal pain
- Elevated serum LDH level /Abnormal LFT
- Crohn's disease
- Constipation
- Abnormal weight gain

### Therapy

- Patient to call if symptoms worsen.
- Plan - increase medication to increase effectiveness.

### Allergies

Erythromycin: Onset Date: 10/14/2008.

### Discussed

If the rheumatologic workup for a high titer positive ANA is negative, then liver biopsy to assess for autoimmune hepatitis would be the next step.  We discussed this in detail.

### Plan

Medication Ordered: Amitiza 24 mcg oral capsule Refills: 0 Quantity: 60 Supply: 30 Sig:  2 ORALLY (BY MOUTH) TWO TIMES A DAY.
Medication Ordered: Digestive Advantage Constipation Refills: 0 Quantity: 30 Supply: 30 Sig:  1 ORALLY (BY MOUTH) WITH 8 OZ WATER ONCE A DAY Dispensed as sample.
Amitiza is further increased to provide more relief from her symptoms.
Digestive advantage - constipation, one a day is added to her regimen.
She will continue Asacol, Prevacid, and Famotidine without changes.
She is directed to call in 3 - 4 weeks to let me know how the present regimen is working.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222333413313333;  Total face to face time was unspecified

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments | | |
|------|-----------|----------|---|---|
| 12/16/2008 | Amitiza 24 mcg oral capsule | Issue Method: Hand Written | | Liberty004537 |

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

| | | |
|---|---|---|
| 12/16/2008 | Amitiza 24 mcg oral capsule | Issue Method: Hand Written |
| 12/16/2008 | Digestive Advantage Constipation | Issue Method: Dispensed |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
|---|---|
| Miscellaneous Task | None |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|---|---|---|
| 12/16/2008 | Diagnosis: ABDOMINAL PAIN, LEFT LOWER QUADRANT (789.04) | 789.04 |
| 12/16/2008 | Diagnosis: CROHN'S, REGIONAL ENTERITIS OF UNSPECIFIED SITE (555.9) | 555.9 |
| 12/16/2008 | Diagnosis: ABDOMINAL PAIN, RIGHT LOWER QUADRANT (789.03) | 789.03 |
| 12/16/2008 | Diagnosis: ABNORMAL LFT'S (790.4) | 790.4 |
| 12/16/2008 | Diagnosis: CONSTIPATION, UNSPECIFIED (564.00) | 564.00 |
| 12/16/2008 | Diagnosis: ABNORMAL WEIGHT GAIN (783.1) | 783.1 |

Liberty004538

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, March 05, 2009 at 2:30 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 6428 |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out   Room: |
| Referring: | Schiff, Evan MD | | | |
| Appointment: | Thursday, March 05, 2009 at 2:00 PM | | Insurance: | CONNECTICARE (CTC) |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, March 05, 2009 at 3:38 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 3/05/2009 02:00PM

#### Chief complaint

The Chief Complaint is: GI issues seem better . Having better bowel movements now that she is off of the Neuroton and Amitiza. She now has Lyme disease confirmed by Dr. Zager . She is also treating with Dr.Kage and a Dr. Joachin Baehring at Yale.

#### History of present illness

Haley Spears is a 31 year old female.

Dr. Kage suspects UC rather than microscopic colitis.

• Past medical history reviewed •  Medication list reviewed •  Family history reviewed •  Surgical history reviewed

° No fever °  No chills °  No weight-related symptoms

° No dysphagia °  No early satiety °  No nausea °  No vomiting °  No bloating °  No bright red blood per rectum
Since stopping Neurontin, her BMs became more regular and she is now off of the Amitiza. BM's are QOD but the bloating and pain are resolved. Consistency is variable, and she feels much of the variability is related to changes in her medicines,

A few weeks ago, she had some RUQ pain reminiscent of the pain she had with her UGI symptoms in the past, but these resolved on their own without the need to change her UGI meds

#### Current medication

Singulair 5 mg oral tablet, chewable Sig:  ONCE A DAY
Albuterol 0.083% inhalation solution Sig:  AS NEEDED
Famotidine 20 mg oral tablet Sig:  2 TABLET (S) AT SLEEP
Zofran Sig:  AS NEEDED
Hydrocodone Sig:  AS NEEDED
Frova 2.5 mg oral tablet Sig:  AS NEEDED
Asacol 400 mg oral enteric coated tablet Sig:  3 THREE TIMES A DAY
Prevacid 30 mg oral delayed release capsule Sig:  TWO TIMES A DAY
Vitamin D: 1.25mg weekly Sig:
Plaquenil Sulfate 200 mg oral tablet Sig:  TWO TIMES A DAY
Topamax 50 mg oral tablet Sig:  TWO TIMES A DAY
Vitamin B6 50 mg oral tablet Sig:  ONCE A DAY
Vitamin B12 1000 mcg oral tablet Sig:  ONCE A WEEK
Heparin Lock Flush Sig:  ONCE A DAY
Rocephin 2 g injection Sig:  ONCE A DAY
Migranal 4 mg/mL nasal spray Sig:
Acidophilus oral capsule Sig:  ONCE A DAY

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

Liberty004539

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

**Family history**

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal history of:

Hypertension.

**Physical findings**

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 140/80 mmHg (100-120/56-80)

Weight 119 lbs (98 - 183)

Height 65.5 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Psychiatric:

° Mood was euthymic.  ° Affect was normal.

Skin:

° Color and pigmentation were normal.

**Assessment**

- Abdominal pain
- Gastric ulcer
- Constipation
- Internal hemorrhoids

**Therapy**

- Patient to call if symptoms worsen.

**Allergies**

Erythromycin: Onset Date: 10/14/2008.

**Discussed**

Both UGI and LGI sx seem to be side effects of medicines on several occasions.  As the meds change, so do her side effects.  Now the Rocephin may be causing some BM alterations.

**Plan**

- Patient will call for appointment as needed

NO CHANGES IN GI MEDS:  Threatment is appropriate.  Symptoms are well controlled form the GI perspective and no changes in therapy are planned.  I have asked her to get me information regarding how the diagnosis of Lymes disease from the CSF was made and why Dr. Kage suspects UC rather than microscopic colitis (regardless of the dx, 5-ASA is working and is appropriate).

If she gets diarrhea on Rocephin, I will get stool for C-Diff and if negative, treat symptomatically with antidiarrheals.

**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision:O;OO;E;a;0;0;222332203203323;  Total face to face time was unspecified

**Narrative**

No narrative has been assigned.

**Medications**

Liberty004540

10-29-15;03:06PM;cbs                                    ;123              # 11/ 33

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

**Medications**

No medications have been prescribed.

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

No tasks have been created.

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 3/5/2009 | Diagnosis: Constipation (564.00) | 564.00 |
| 3/5/2009 | Diagnosis: Abdominal pain (789.00) | 789.00 |
| 3/5/2009 | Diagnosis: Gastric ulcer (531.90) | 531.90 |
| 3/5/2009 | Diagnosis: Internal hemorrhoids (455.0) | 455.0 |

Liberty004541

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, October 08, 2009 at 4:01 PM

### General Information

| | |
|---|---|
| Main Provider: James W. O'Brien, MD | Encounter: ID 9066 |
| Responsible: James W. O'Brien, MD | Stage:   Patient Checked-Out   Room: |
| Referring: Schiff, Evan MD | |
| Appointment: Thursday, October 08, 2009 at 3:15 PM | Insurance: CONNECTICARE (CTC) |
| Visit Type: Established Patient | Location: Digestive Health Spec Of E Ct |
| Case : DEFAULT CASE (0) | Base Date: None |
| Signature: Signed by JAMES OBRIEN, MD on Thursday, October 08, 2009 at 5:18 PM | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED; 10/08/2009 03:15PM

#### Chief complaint

The Chief Complaint is: Pt here to follow up regarding colitis. ANd to go over meds. At this time her bowels are good. She was in the hospital for sepsis from her pic line. About 3 weeks abo .

#### History of present illness

Haley Spears is a 31 year old female.

She is being treated for chronic Lyme's with longterm IV Rocephin. She also believes she has chronic Babesiosis and Bartonella. The Lyme's is causing short term memory deficits, word finding difficulties and math difficulties.
• Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
° No fever ° No chills ° No weight-related symptoms
° No heartburn ° No nausea ° No vomiting ° No abdominal pain ° No jaundice ° No change in stool
Her bowel movements are regular, without diarrhea, blood, or blackness. No abd pain, N/V. Generally feels well. Has had some episodes of weakness and poor energy but these are attributed to her other medical issues

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids

Therapeutic History:

Complete colonoscopy

#### Personal history

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

#### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal:

Hypertension.

#### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 120/70 mmHg (100-120/56-80)

Weight 110 lbs (98 - 183)

Height 65 in (60.24 - 68.5)

General Appearance:

Liberty004542

10-29-15;03:06PM;cbs                                     ;123              # 13/ 33

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Palpation:* ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

**Assessment**

- Nausea
- LLQ abdominal pain
- Multifocal abdominal pain
- Gastric ulcer
- Lymphocytic colitis

**Therapy**

- Patient to call if symptoms worsen.

**Discussed**

Her GI symptoms are in remission except for rare gasseyness.She has other medical problems being treated with various antibiotics and treatments.

She wonders if her GI symptoms have improved because her other medical conditions have been treated or if they have improved as a result of the GI medicines she is on. I told her that it would be very difficult to say. I would be worried about changing her GI medicines because if she has any recurrent or new symptoms, we won't know if it is because a GI medicine was stopped or if it is because of an underlying disease process, or a side effect of a different medicine.

**Plan**

- Follow-up for re-examination in 1 year

Continue current GI meds without any changes and plan to come back in a year to reassess.

**Practice Management**

Estab outpatient detailed h&p - moderate complexity decision 99214:O;OO;E;a;0;0;222332202200322;  Total face to face time was unspecified

**Narrative**

No narrative has been assigned.

**Medications**

No medications have been prescribed.

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

No tasks have been created.

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 10/8/2009 | Diagnosis: Lymphocytic colitis (555.1) | 555.1 |
| 10/8/2009 | Diagnosis: LLQ abdominal pain (789.04) | 789.04 |
| 10/8/2009 | Diagnosis: Multifocal abdominal pain (789.09) | 789.09 |
| 10/8/2009 | Diagnosis: Nausea (787.02) | 787.02 |
| 10/8/2009 | Diagnosis: Gastric ulcer (531.90) | 531.90 |

Liberty004543

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter

This encounter was created on Friday, June 10, 2011 at 1:50 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Michele Kaczmarczyk, PA | Encounter: | ID 16154 | |
| Responsible: | Michele Kaczmarczyk, PA | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Friday, June 10, 2011 at 1:45 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by MICHELE KACZMARCZYK, PA-C on Friday, June 10, 2011 at 3:41 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears; F; REDACTED; 6/10/2011 01;45PM

#### Chief complaint

The Chief Complaint is: F/U U/S results.

#### History of present illness

Haley Spears is a 33 year old female.

Recent U/S: Normal U/S.
Hx of Gastric ulcer and lymphocytic colitis.
On hydrocortisone for a few months. Tapering off currantly.
Clindamycin just started approx 1 month ago.
Ultrainflamex 360x.
Past medical history reviewed, medication list reviewed, family history reviewed, and surgical history reviewed.
No fever and no chills. Weight.
Normal appetite, no dysphagia, no heartburn, no belching, no regurgitation, and no early satiety. Nausea Only a couple times from antibiotics. No vomiting. Bloating and abdominal pain. Bowel movement frequency was normal, no change in stool, and no bright red blood per rectum.
Epigastric/RUQ for 2-3 weeks. Tight/Pressure. May be getting a pain in her mid-back with this as well. Lasting approx 1-2 hours. May be worse with heavy/fattier foods as opposed to others. Occurs no matter what she eats.
Feels very bloated. No belching/flatulenc. Increased bloating coincided with pain.
No heartburn/regurg.
Recent 15 pound weight gain on hydrocortisone.
Chronic brain fog and insomnia from Chronic Lyme.
These symptoms are just uncomfortable, not causing horrific pain.

#### Current medication

Albuterol 2.5 mg/3 mL (0.083%) inhalation solution Sig: AS NEEDED.
Zofran Sig: AS NEEDED.
Migranal 4 mg/mL nasal spray Sig:
Acidophilus oral capsule Sig: ONCE A DAY.
Ultram 50 mg oral tablet Sig: AS NEEDED.
Lexapro 20 mg oral tablet Sig: ONCE A DAY.
Asacol 400 mg oral enteric coated tablet Sig: TWO TABS TWO TIMES A DAY  TWO TIMES A DAY.
Lansoprazole 30 mg oral delayed release capsule Sig: EVERY MORNING.
Adrenal Support Supplement Sig:
Aller-C Sig:
Colostrum Sig:
Lumberkinase Sig:
Cortef 5 mg oral tablet: Tapering off as of tomorrow. Sig:
Zyrtec 10 mg oral tablet Sig:
Omnicef 300 mg oral capsule Sig: TWO TIMES A DAY.
Clindamycin 150 mg oral capsule Sig: THREE TIMES A DAY.
Mepron 750 mg/5 mL oral suspension Sig:
Singulair 5 mg oral tablet, chewable Sig:
Ferrous sulfate 325 mg (65 mg elemental iron) oral enteric coated tablet Sig:
Vitamin D with Minerals oral tablet Sig:
Coenzyme Q10 10 mg oral capsule Sig:
Lyrica 100 mg oral capsule Sig:
L-Carnitine 250 mg oral capsule Sig:
Fish Oil 1000 mg oral capsule Sig:

Liberty004544

# Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnosis History:

Gastric ulcer
Hemorrhoids,
Chronic Lyme disease

Therapeutic History:

Complete colonoscopy

### Personal history

*Behavioral:* No tobacco use.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Paternal:

Hypertension.

### Review of systems

Cardiovascular: No cardiovascular symptoms.
Pulmonary: No pulmonary symptoms.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 124/82 mmHg (100-120/56-80)

Weight 131 lbs (98 - 183)

Height 65 in (60.24 - 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Neurological:

° System: normal.

Psychiatric:

° Exam: normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

### Assessment

- Epigastric pain
- Bloating

Liberty004545

# Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

- Bloating
**Therapy**

- Food diary.
- Medication review.
- Medication instruction.
- Sample medication given.
- Explanation of plan.

**Allergies**

Erythromycin: Onset Date: 10/14/2008.

**Discussed**

Discussed that with extensive imaging studies done we will refrain from other imaging at this time.
I question IBS/Bacterial overgrowth as main cause of symtpoms but also medication side effects are high in the differential as clinda and hydrocortisone can explain her symptoms. As her chronic lyme symptoms seem well controlled see if we can get symtpom control prior to stopping clinda.
Maybe try carafate or short term reglan in the future.

**Plan**

Medication Ordered: hyoscyamine 0.125 mg sublingual tablet Refills: 0 Quantity: 120 Supply: 30 Sig:  SUBLINGUAL EVERY 4-6 HOURS AS NEEDED FOR ABDOMINAL PAIN.
1. Digestive Advantage Gas Defense. Stop Culturelle.
2. Zegerid QD. Stop Prevacid
3. Complete relief after being on zegerid for a week.
4. Antispasmodic as needed (Beacon).
5. Call in 2 weeks with update.
6. We will not stop Asacol now, but may try to wean off in a few months.

**Practice Management**

Estab outpatient comprehensive h&p - high complex decisions 99215;O;OO;E;a;40;1;222343403003333 and comprehensive H&P with high complexity decision making 99215;O;OO;E;a;40;1;222342203103323;  Total face to face time 40 min;  Total face to face time 40 min; Counseling and coordination of care was more than 50% of encounter time and with counseling and coordination of care more than 50% of encounter time

**Narrative**

No narrative has been assigned.

**Medications**

| Date | Medication | Comments |
|---|---|---|
| 6/10/2011 | hyoscyamine 0.125 mg sublingual tablet | Issue Method: Electronic |

**Messages**

No messages exist.

**Orders**

No orders have been ordered.

**Tasks**

No tasks have been created.

**Vaccinations**

No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|---|---|---|
| 6/10/2011 | Diagnosis: Bloating (787.3) | 787.3 |
| 6/10/2011 | Diagnosis: Epigastric pain (789.06) | 789.06 |

Liberty004546

## Haley A Spears

38 Year Old Female  Birth Date: REDACTED   MRN: 00000467201  Account: 4672-1

## Patient Encounter

This encounter was created on Thursday, April 11, 2013 at 12:07 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | James W. O'Brien, MD | | Encounter: | ID 23568 |
| Responsible: | James W. O'Brien, MD | | Stage: | Patient Checked-Out   Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Thursday, April 11, 2013 at 12:00 PM | | Insurance: | MEDICARE (MC) |
| Visit Type: | Established Patient | | Location: | Digestive Health Spec Of E Ct |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Signature: | Signed by JAMES OBRIEN, MD on Thursday, April 11, 2013 at 2:26 PM | | | |

### Ink Documents

No ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 4/11/2013 12:00PM

#### Chief complaint

The Chief Complaint is: Ongoing GERD, recently switched from pantoprazole to dexilant 60mg QD which she believe is working well but not sure if it is enought, Although dexilant has improved belching and hiccups, pt states she is periodically noticing what she feels to be vomiting going up and down her esophagus.She is also taking famotidine qpm. PT last endo was in 2010 where one polyp was found and bx, reveal chronic gastritis.

#### History of present illness

Haley Spears is a 35 year old female.

Chronic GI sx: Epigastric & diffuse abd pain, heartburn, bloating, diarrhea, constipation, nausea.
  Prior Dx: GERD, PUD (healed), Lymphocytic colitis, hemorrhoids.
 • Past medical history reviewed • Medication list reviewed • Family history reviewed • Surgical history reviewed
 ° No fever ° No chills ° No weight-related symptoms
 • Regurgitation after meals • Nausea • Bloating  ° No gagging ° No pain on swallowing ° Not being slow to finish meals ° No
heartburn ° No belching ° No vomiting ° No hematemesis ('coffee grounds') ° No jaundice ° No pain when defecating ° Complete emptying
of stool
With Dexilant, her symptoms of heartburn are resolved.  Her coughing with eating is much improved and her hick-cups are much less
frequent.  Regurgitation on occasion continues to be a symptom, but she does not have burning or pain with it. Generally, she has no
change in BM's, but on one occasion, after having beats, she noted a burgandy color to her stool and also noted a red tinge to her urine
(she did not know if this was from the beats or a sign of bleeding).  No other "alarm" sx

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnoses:

Gastric ulcer
Hemorrhoids.
Chronic Lyme disease
Procedural:

• Complete colonoscopy

#### Personal history

*Behavioral:* No caffeine use and no tobacco use. Never a smoker.
*Alcohol:* Not using alcohol.
*Drug Use:* Not using drugs.
*Habits:* Sedentary.
*Work:* Working full time.
*Marital:* Single.

#### Family history

Mom had a lump taken off of left breast. She has microvalve prolapse

Mitrovalve prolapse with regurgitation -Mother

Paternal:

Hypertension

Paternal grandfather's:

Colon cancer.

Liberty004547

10-29-15;03:06PM;cbs                                             ;123                    # 18/ 33

## Haley A Spears
38 Year Old Female  Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Review of systems

Pulmonary: Occasional cough when eating.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value  Normal Range

Weight 128 lbs (98 to 183)

Body mass index 21.3 kg/m2 (18 to 25)

Height 65 in (60.24 to 68.5)

General Appearance:

º Oriented to time, place, and person.  º Well developed.  º Well nourished.  º In no acute distress.

Head:

*Appearance:* º Head normocephalic.

Eyes:

General/bilateral:

*Sclera:* º Normal.

Psychiatric:

*Mood:* º Euthymic.
*Affect:* º Normal.

Skin:

º Color and pigmentation were normal.

### Assessment

- Heartburn
- Epigastric pain
- Diarrhea
- Esophageal reflux
- Lymphocytic colitis
- Constipation

### Therapy

- Anti-reflux diet.
- Patient to call for results of lab studies.

### Counseling/Education

- Patient education given

### Discussed

GERD:  It seems that Dexilant is working well for her.  Her residual sx seem to be related to regurgitation of non-acidic gastric content.
As I am concerned about the side effects of promotility agents, I would like her to try lifestyle/diet changes to improve sx.
Burgandy Stool:  Likely not bleeding; however, she has not had her colon looked at since 2007.  She is getting bloodwork done tomorrow.
If bloodcounts are not included, I will get them separately.  If blood counts have fallen, I will recommend endo/colon to assess anemia/GI
bleeding.

### Plan

- Patient will call for appointment as needed
- Medication Ordered: Dexilant 60 mg oral delayed release capsule Refills: 3 Quantity: 90 Supply: 360 Sig:  1 ORALLY (BY MOUTH) ONCE
A DAY
  1. Continue Dexilant 60 mg daily, a 1/2 hour before breakfast.
  2. Anti-reflux diet/lifestyle:  Raise the head of the bed or use a wedge to sleep on at night.  Avoid eating for 2 hours before laying down.
     Instruction sheet will be sent to pt.
  3. She is directed to take her calcium supplement twice a day with food (given the chronic PPI therapy).
  4. I asked her to make sure I get results from labwork being done tomorrow and also asked her to have her doctors send me bloodwork
     from the past year (if blood counts not done, I will order them).
  5. If blood counts are lower than before, then I will plan colonoscopy orendo/colon to assess.
  6. Follow-up will depend on bloodwork and evolution of symptoms.

### Practice Management

Estab outpatient detailed h&p - moderate complexity decision 99214:O;OO;E;a;0;0;222332203203323.
Total face to face time was unspecified.

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|------|------------|----------|
| 4/11/2013 | Dexilant 60 mg oral delayed release capsule | Issue Method: Electronic |

Liberty004548

10-29-15;03:06PM;cbs                                    ;123                        # 19/ 33

## Haley A Spears
38 Year Old Female  Birth Date: REDACTED  MRN: 00000467201  Account: 4672-1

### Messages
No messages exist.

### Orders
No orders have been ordered.

### Tasks

| Date | Task |
|------|------|
| POST VISIT TASK | None |

### Vaccinations
No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|------|-------------|------|
| 4/11/2013 | Diagnosis: Esophageal reflux (530.81) | 530.81 |
| 4/11/2013 | Diagnosis: Heartburn (787.1) | 787.1 |
| 4/11/2013 | Diagnosis: Epigastric pain (789.06) | 789.06 |
| 4/11/2013 | Diagnosis: Diarrhea (787.91) | 787.91 |
| 4/11/2013 | Diagnosis: Lymphocytic colitis (555.1) | 555.1 |
| 4/11/2013 | Diagnosis: Constipation (564.00) | 564.00 |

Liberty004549

10-29-15;03:06PM;cbs                                              ;123              # 20/ 33

## Haley A Spears
38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

## Patient Encounter
This encounter was created on Thursday, April 17, 2014 at 12:54 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Michele Kaczmarczyk, PA | Encounter: | ID 27727 | |
| Responsible: | Michele Kaczmarczyk, PA | Stage: | Patient Checked-Out | Room: |
| Referring: | Giannini, Kristen MD | | | |
| Appointment: | Thursday, April 17, 2014 at 1:00 PM | Insurance: | MEDICARE (MC) | |
| Visit Type: | Established Patient | Location: | Digestive Health Spec Of E Ct | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Signature: | Signed by MICHELE KACZMARCZYK, PA-C on Thursday, April 17, 2014 at 1:40 PM | | | |

### Ink Documents

No Ink documents have been created.

### External Documents

No external documents have been attached.

### Comments

No comments have been entered.

### Charting

Haley Spears: F: REDACTED: 4/17/2014 01:00PM

#### Chief complaint

The Chief Complaint is: GERD.

#### History of present illness

Haley Spears is a 36 year old female.

Dexilant caused cramping but improved GERD.

Past medical history reviewed, medication list reviewed 4/11/2013, family history reviewed, and surgical history reviewed.
No weight-related symptoms.
Normal appetite. Dysphagia. No heartburn and no eructation. Regurgitation. No nausea, no vomiting, no bloating, no abdominal pain, bowel movement frequency was normal, and no diarrhea.
Symptoms are better than when she last called month (she was on ABX at that that). However still present.
Clears throat after eating regularly.
Occassional Regurg. No heartburn.
Dysphagia- Unchagned. Chronic.
Hiccups episodic.

#### Current medication

- Zofran Sig: AS NEEDED
- Colostrum
- ferrous sulfate 325 mg (65 mg elemental iron) oral delayed release tablet
- Vitamin D with Minerals oral tablet
- saccharomyces boulardii lyo 250 mg oral powder for reconstitution: BID
- Culturelle Digestive Health oral capsule
- traMADol 50 mg oral tablet
- montelukast 5 mg oral tablet, chewable
- Multiple Vitamins oral tablet: DAILY EFA 1200
- Xopenex HFA 45 mcg/inh inhalation aerosol: PRN
- cetirizine 10 mg oral capsule: BID
- calcium-magnesium 112 mg-64 mg oral tablet: wit D
- pantoprazole 40 mg oral delayed release tablet Sig: TAKE ONE TABLET BY MOUTH TWO TIMES A DAY *BRIDGE* *PLACE IN NOON SLOTPER PT REQ TO SEPERATE FROM SYNTHROID-
- famotidine 20 mg oral tablet Sig: TAKE ONE TO TWO TABLETS EVERY NIGHT AT BEDTIME**PLACE IN MEDBOX PER PATIENT REQUEST**

#### Past medical/surgical history

Other:

An esophagogastroduodenoscopy was performed

Diagnoses:

Gastric ulcer
Hemorrhoids.
Chronic Lyme disease

Procedural:

- Complete colonoscopy

Surgical:

- Total thyroidectomy 13 growths- 1 was found to be cancerous

Liberty004550

## Haley A Spears

38 Year Old Female   Birth Date: REDACTED   MRN: 00000467201   Account: 4672-1

### Personal history

*Behavioral:* No caffeine use.  Daily coffee consumption.  No tobacco use.  Never a smoker.
*Alcohol:* A social drinker.
*Drug Use:* Not using drugs.
*Habits:* Exercising regularly.
*Work:* Not currently employed.
*Marital:* Single.

### Family history

Mitrovalve prolapse with regurgitation -Mother
Mom had a lump taken off of left breast. She has microvalve prolapse. Colon resection due to diverticulitis

Paternal:

Hypertension

Paternal grandfather's:

Colon cancer.

### Review of systems

Otolaryngeal: Otolaryngeal symptoms.
Cardiovascular: No cardiovascular symptoms.
Pulmonary: No pulmonary symptoms.

### Physical findings

Vital Signs:

Vital Signs/Measurements  Value Normal Range

Blood pressure 106/76 mmHg (100-120/56-80)

Weight 133 lbs (98 to 183)

Body mass index 21.8 kg/m2 (18 to 25)

Height 65.5 in (60.24 to 68.5)

General Appearance:

° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.

Head:

*Injuries:* ° No evidence of a head injury.
*Appearance:* ° Head normocephalic.

Eyes:

General/bilateral:

*Pupils:* ° Normal.
*Sclera:* ° Normal.

Lungs:

° Respiration rhythm and depth was normal.  ° Chest was normal to percussion.  ° Clear to auscultation.

Cardiovascular:

*Heart Rate And Rhythm:* ° Normal.
*Heart Sounds:* ° Normal.

Abdomen:

*Visual Inspection:* ° Abdomen was not distended.
*Auscultation:* ° Bowel sounds were normal.
*Palpation:* ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
*Liver:* ° Not enlarged.
*Spleen:* ° Not enlarged.

Neurological:

° System: normal.

Psychiatric:

° Exam: normal.

Skin:

° Color and pigmentation were normal.  ° Moisture was normal.

### Assessment

- Esophageal reflux

### Therapy

- Anti-reflux diet.

### Allergies

Erythromycin: Onset Date: 10/14/2008.

Liberty004551

10-29-15;03:06PM;cbs                                    ;123                    # 22/ 33

## Haley A Spears
38 Year Old Female   Birth Date; REDACTED   MRN: 00000467201   Account: 4672-1

### Counseling/Education

- Patient education given

### Discussed

She has tried prilosec, prevacid, lansoprazole, dexilant, zegerid, and pantoprazole. Will try Nexium and Aciphex next and have her take whichever PPI she feels works best w/o se's.

### Plan

- Records management -Provide Patient with Copy of Encounter
- Medication Ordered: Prevacid 30 mg oral delayed release capsule Refills: 3 Quantity: 60 Supply: 30 Sig:  1 ORALLY (BY MOUTH) TWO TIMES A DAY
   1. Anti-Reflux Diet/Lifestyle modifications.
   2. Continue Pepcid 2-20mg tabs before bedtime.
   3. Stop pantoprazole
   4. Re-start Brand name Prevacid 30mg twice daily 30 min before breakfast and dinner,

### Practice Management

Estab outpatient expanded h&p - low complexity decisions 99213:O;OO;E;a;0;0;222341103203213;100000000000+ ().
Total face to face time was unspecified.

### Narrative

No narrative has been assigned.

### Medications

| Date | Medication | Comments |
|---|---|---|
| 4/17/2014 | Prevacid 30 mg oral delayed release capsule | Modified Script with: Prevacid 30 mg oral delayed release capsule Quantity: 30  Refills: 3  Issue Method: Electronic |

### Messages

No messages exist.

### Orders

No orders have been ordered.

### Tasks

| Date | Task |
|---|---|
| POST VISIT TASK | None |

### Vaccinations

No vaccinations have been entered.

### Problem List

| Date | Description | Code |
|---|---|---|
| 4/17/2014 | Diagnosis: Esophageal reflux (530.81) | 530.81 |

Liberty004552

10-29-15;03:06PM;cbs                                                    ;123              # 23/ 33

860-783-5799            6/3/2011 2:52:29 PM   PAGE    1/001    Fax Server

# JEFFERSON RADIOLOGY

## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)280-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4628279 | 06/03/11 | 1384063 |

AT THE REQUEST OF

**JAMES OBRIEN, MD**
363 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 649-3477
FAX: (860) 649-0011

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 33 Y/F | (860) 308-2050 |

Exam(s):  US ABDOMEN COMPLETE - 76700

INDICATION: Abdominal pain and bloating

COMPARISON: Abdominal ultrasound 10/01/2010 and 04/02/2010

The current ultrasound shows normal size and echogenicity to the liver with no focal findings. The gallbladder is normal in appearance. There is no stone or cholecystitis . The gallbladder wall was not thickened and there is no pericholecystic fluid. There is no intra or extrahepatic bile duct dilatation. The common bile duct measures between 2 and 4 mm. The pancreas is unremarkable.

Right kidney measures 10.5 cm longitudinally. Left kidney measures 10.6 cm longitudinally. There is normal cortical thickness and echogenicity of the kidneys. There is no hydronephrosis, mass, or stone. The spleen is normal in size with no focal findings. The visualized abdominal aorta and inferior vena cava are unremarkable.

IMPRESSION: sonography of the abdomen is currently within normal limits. The tiny gallstones seen on the prior studies are no longer identified and there is no new finding.

Thank you for referring your patient to us,
Margaret Szerejko, MD.

(Electronically Signed - 6/3/2011  2:51:43PM)
cc: ZANE SAUL, MD
    2890 MAIN STREET
    STRATFORD, CT 06614
cc: BERNARD RAXLEN, MD
    123 WEST 79TH STREET
    FIRST FLOOR
    NEW YORK, NY 10024

d: 6/3/2011  2:51:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 1            JPTDXRP - L    Printed on:  6/3/2011  2:51:57PM

Liberty004553

860-783-5799          10/1/2010 3:46:25 PM   PAGE    1/002    Fax Server

# JEFFERSON RADIOLOGY
### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

841 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)200-4106 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4307487 | 10/01/10 | 1384063 |

AT THE REQUEST OF
KRISTIN GIANNINI, MD
SUITE N
520 HARTFORD TURNPIKE
VERNON, CT 06066
Phone: (860) 872-8321
FAX: (860) 875-6271

| DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|
| REDACTED | 32 Y/F | (860) 308-2050 |

Exam(s): US ABDOMEN COMPLETE - 76700

Indication: Abdominal pain. History of gallbladder disease.

Comparison: 07/10/2010.

Abdominal ultrasound: The liver is of normal size and slight diffuse increased echogenicity without focal lesions nor intrahepatic ductal dilation. The common duct is not dilated and measures 1 mm. A normal gallbladder is identified. There is no gallbladder wall thickening or pericholecystic fluid.

The abdominal aorta and IVC are normal. Limited views of the pancreatic head and body do not reveal abnormalities. The spleen is of normal size and echogenicity measuring 8.9 cm in long axis.

Both kidneys are of normal size and echogenicity without hydronephrosis or nephrolithiasis. The right kidney measures 10.0 cm in long axis. The left measures 10.2 cm.

There is no abdominal free fluid.

Impression: Liver of slight diffuse increased echogenicity. This is nonspecific, but consistent with diffuse fatty infiltration; otherwise, unremarkable abdominal ultrasound.

Thank you for referring your patient to us,
William Poole, MD.
(Electronically Signed - 10/1/2010  3:45:24PM)

d: 10/1/2010 t: 3:45:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Signed by JAMES OBRIEN, MD on 10/01/2010 05:19 PM        JFTDXRP - L    Printed on: 10/1/2010  3:45:43PM

Liberty004554

10-29-15;03:06PM;cbs                                        ;123              # 25/ 33

860-783-5799          10/1/2010 3:46:25 PM  PAGE   2/002   Fax Server

# JEFFERSON RADIOLOGY

## DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6560 F(860)290-4108  www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4307487 | 10/01/10 | 1384063 |

AT THE REQUEST OF
KRISTIN GIANNINI, MD

Exam(s):  US ABDOMEN COMPLETE - 76700

cc: JAMES OBRIEN, MD                    cc: HALEY A SPEARS
    353 MAIN STREET                         1008 TROUT BROOK DR
    MANCHESTER, CT 06040                     WEST HARTFORD, CT 06119-1244
cc: BERNARD RAXLEN, MD
    123 WEST 79TH STREET
    FIRST FLOOR
    NEW YORK, NY 10024
cc: LAUREN GOUIN, ND
    135 CENTER STREET
    MANCHESTER, CT 06040

d: 10/1/2010 t: 3:45:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 2 of 2

Signed by JAMES OBRIEN, MD on 10/01/2010 05:19 PM          JPTDXRP - L    Printed on: 10/1/2010  3:45:43PM

Liberty004555

# Manchester Memorial Hospital
## Endoworks Procedure Report

| | | | |
|---|---|---|---|
| Patient: | HALEY A SPEARS *32 yr* | Attending Physician: | James  O'Brien M.D. |
| Patient ID: | MRN-Z346259 | Referring Physician: | Kristin Giannini |
| DOB: | REDACTED | Scope: | GIF-H180-2902513 |

**Exam Type:** Esophagogastroduodenoscopy

**Exam Date:** 04/27/2010

**Accession #:** A55270

**Procedure Start Time:** Scope Model/Serial# GIF-H180-2902513

**Indications:**

- pain located in the epigastrium (789.06).
- Dyspepsia (536.8).
- Surveillance of a gastric ulcer (531.9), seen endoscopically in 2007.

**Consent:** The benefits, risks ( including but not limited to causing bleeding, perforation, infection, aspiration, allergic reaction, and pain) and alternatives to the procedure ( including but not limited to doing nothing, barium x-ray testing )were discussed and informed consent was obtained from the patient.

**Physical Exam:** See pre-procedure record.

**Preparation:**

- EKG, pulse, pulse oximetry and blood pressure were monitored throughout the procedure and oxygen was given.
- ASA Classification: Class 2 - Patient has mild to moderate systemic disturbance that may or may not be related to the disorder requiring surgery.

**Medications:**

- The patient was given oxygen.
- Propofol by anesthesiologist

**Procedure:** The endoscope was passed with ease through the mouth under direct visualization and advanced to the 2nd portion of the duodenum. The scope was withdrawn and the mucosa was carefully examined. The views were good. The patient's toleration of the procedure was good. Retroflexion was performed in the cardia.



*[handwritten notes:]*

1/28/10 BY

STOMACH; CHRON INFLAM, HYPERPLASTIC POLYP ⊖H. PYLORI

RBC: ① CONTINUE PREVACID 30 BID

② CONSIDER CONSULT ≥ SURGEON TO DISCUSS CCY AS A WAY TO ADDRESS SX (US 4/2/10 ≥ "MULTIPLE TINY GALLSTONES")

Tried calling, LMON, let dict

Later, called pt ≥ report. OB3

I reviewed her questions in detail. OB3

SPEARS, HALEY MRN-Z346259

**Findings:**

**Esophagus:** The esophagus appeared to be normal ① with no evidence of visible esophagitis in the esophagus.

**Stomach:** A few small polyps were found in the body of the stomach, ③ and diffuse, mild, chronic gastritis was found in the antrum. ④ Multiple biopsies were taken. There was no evidence of erosions or of ulcers in the stomach.

**Duodenum:** The duodenal bulb and 2nd portion of the duodenum appeared to be normal. ⑤

**Estimated Blood Loss:**

- 1 cc

**Unplanned Events:** There were no immediate complications.

**Summary:**

- Normal esophagus.
- No evidence of esophagitis in the esophagus.
- Polyps were found in the body of the stomach (211.1).
- Mild chronic gastritis was found in the antrum (535.10). Multiple biopsies taken.
- No evidence of erosions or of ulcers in the stomach.
- Normal duodenal bulb and 2nd portion of the duodenum.

**Recommendations:**

- Discharge home when standard parameters are met.
- Resume regular diet as tolerated.
- Continue current Prevacid 30 mg po BID.
- Follow-up on the results of the biopsy specimens.

**Procedure Codes:**

- [43239]EGD with biopsy



normal-esophagus        ③ polyp---stomach-body of the stomach        ④ gastritis-stomach-antrum

Liberty004557

SPEARS, HALEY MRN-Z346259



3 normal-duodenum-2nd portion of the    -retroflex view of the stomach
duodenum

Signature:                                           Date: 04/27/2010

*James O'Brien MD*

James  O'Brien M.D.

Version 1, electronically  signed by Dr. James O'Brien on 04/27/2010 at 14:24.

Liberty004558

 **Eastern Connecticut Health Network, Inc.**
**Department of Pathology and Laboratory Services**

Manchester Memorial Hospital
71 Haynes Street
Manchester, CT 06040-4188
Tel: (860) 647-6487
Fax: (860) 647-6447

## SURGICAL PATHOLOGY
### Accession #: SP10-4686

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | SPEARS, HALEY A. | Client: | MMH | Collected: | 4/27/2010 |
| DOB: | REDACTED (Age: 32) | SSN: | REDACTED | Received: | 4/27/2010 |
| Gender: | F | MR #: | Z346259 | Pt. Type: | Surgical/SDS |
| Physician(s): | James W. O'Brien, M.D. | Acc't #: | D02758451 | Location: | DSCH |
| | Kristen Giannini, M.D. | | | | |

**Specimen**
Stomach, biopsy and polypectomy

**Clinical Diagnosis**
Abdominal pain, bloating; gastritis and gastric polyp

**Macroscopic Description**
Received in formalin arc 4 tan 3 mm tissue fragments. Totally submitted.  (RJD)

**Microscopic Description**
Sections of the stomach biopsy specimen demonstrate fragments of antral and oxyntic-type gastric mucosa. Mild chronic inflammation and fibrosis are seen within the lamina propria. There are associated reactive mucosal changes. One antral mucosal fragment demonstrates marked foveolar hyperplasia, suggesting a hyperplastic mucosal polyp. No adenomatous change or malignancy is identified. No intestinal metaplasia is seen. No Helicobacter pylori is identified.

Special studies performed:  Alcian blue/PAS stain. Immunostain for Helicobacter pylori.

**Final Diagnosis**
Stomach, biopsy and polypectomy: Chronic gastritis and fragment consistent with a hyperplastic mucosal polyp. No Helicobacter pylori or intestinal metaplasia is seen.  MS/khb

**Monica Srodon, M.D.**
Electronic Signature  4/28/2010

Signed by JAMES OBRIEN, MD on 04/28/2010 04:47 PM Board of Pathology

Page 1 of 1

Dennis G. O'Neill, M.D., FCAP, Director
Michele B. Conlon, M.D., FCAP      Devhala S. Patel, M.D., FCAP      Robert A. Schwartz, M.D., FCAP      Monica Srodon, M.D., FCAP

Liberty004559

10-29-15;03:06PM;cbs                                              ;123                    # 30/ 33

860-703-5799          4/2/2010 3:31:13 PM   PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-5649 F(860)586-1100 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4086480 | 04/02/10 | 1384083 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | PATIENT PHONE |
|---|---|---|---|
| KRISTIN GIANNINI, MD | REDACTED | 12 Y/F | (860) 308-2050 |
| SUITE N | | | |
| 520 HARTFORD TURNPIKE | | | |
| VERNON, CT 06066 | Exam(s): US ABDOMEN COMPLETE - 76700 | | |
| Phone: (860) 872-0321 | | | |
| FAX: (860) 875-6271 | | | |

History: Pain

Real-time ultrasound of the abdomen was performed.

Comparison: CT of 10/29/2009.

The liver is free of focal abnormalities. Echogenicity is normal.

Gallbladder contains sludge and small gallstones. These cannot be seen on previous CT scan. The gallbladder wall is of normal thickness. No pericholecystic fluid is present.

Biliary ductal system is unremarkable with nondilated intra and extrahepatic biliary ducts. Common bile duct measures approximately 3 mm.

Pancreas is unremarkable. It is of normal echotexture. No peripancreatic fluid collections are seen.

Right kidney is normal in size shape and position. It measures approximately 10.7 cm in length.

Left kidney is normal in size shape and position. It measures approximately 10.5 cm in length.

Spleen is normal in size without focal abnormalities. It measures approximately 9.7 cm in size.

Aorta is unremarkable without evidence of aneurysmal dilatation.

IVC unremarkable.

d: 4/2/2010 t: 3:29 88PM

### CONFIDENTIALITY NOTICE
This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this email is not the intended recipient of the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any such review of this communication in error and any further reviewing, disclosing, distribution, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 1 of 2                    PTDXRP v3.          Printed on: 4/2/2010  3:30:00PM

04/08/2010 04:24 pm                    HALEY SPEARS DOB REDACTED                    1/2

Signed by JAMES OBRIEN, MD on 04/13/2010 06:17 PM

10-29-15;03:06PM;cbs                                    ;123                    # 31/ 33

800-783-8799          4/2/2010 3:31:13 PM   PAGE   2/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

111 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6581 F(860)249-4144   www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 4006409 | 04/02/10 | 1384063 |

AT THE REQUEST OF
KRISTIN GIANNINI, MD

Exam(s):  US ABDOMEN COMPLETE - 76700

Impression: Multiple Tiny gallstones.

Thank you for referring your patient to us,

Marc Glickstein, MD.
(electronically signed 4/2/2010  3:29:30PM)

cc: BERNARD RAXLEN, MD
     123 WEST 79TH STREET
     FIRST FLOOR
     NEW YORK, NY  10024

d: 4/2/2010 t: 3:30:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Page 2 of 2                         JFFOXHV - L.   Printed on: 4/2/2010  3:30:00PM

04/08/2010 04:24 pm                      HALEY SPEARS DOB : REDACTED                                      2/2

Signed by JAMES OBRIEN, MD on 04/13/2010 06:17 PM

Liberty004561

10-29-15;03:06PM;cbs                                    ;123              # 32/ 33

860-763-6789          10/29/2009 1:11:03 PM  PAGE   1/002   Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| | | | |
|---|---|---|---|
| PATIENT NAME **SPEARS, HALEY** | ACCESSION NUMBER **3907206** | DATE OF SERVICE **10/29/09** | MEDICAL RECORD NUMBER **1384063** |
| AT THE REQUEST OF **JAMES OBRIEN, MD** | DATE OF BIRTH REDACTED | AGE/SEX **32 Y/F** | PATIENT PHONE **(860) 308-2050** |

353 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 649-3477
FAX: (860) 649-0011

Exam(s):  CT ABDOMEN WW/O CONTRAST - 74170

3907207   CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY


History: Abdominal pain. Ulcerative colitis.
CT SCAN OF THE ABDOMEN and PELVIS:

Comparison: None

CT scan of the abdomen and pelvis was performed with and without the intravenous administration of
100 cc Ultravist. Oral contrast also given.

The lung bases are clear.
The liver is normal.
Gallbladder is normal.
Biliary ducts are not dilated.
spleen is normal
pancreas is normal
adrenal glands are normal
right kidney is normal
left kidney is normal
mesentery is normal.
No adenopathy.
No free fluid.

 The mesentery, and pelvic soft tissues are normal. No pelvic adenopathy. The area the ileocecal valve
is unremarkable. No inflammatory change free fluid or other abnormality seen. The bowel as
visualized is unremarkable.


CONCLUSION:

Unremarkable CT scan of the abdomen and pelvis.

d: 10/29/2009 t: 1:09:00PM

**CONFIDENTIALITY NOTICE**
This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of
this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have
received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone.

Page 1 of 2          JFTDXRP - L      Printed on: 10/29/2009   1:10:11PM

Signed by SARAH THIBODEAU, APRN on 10/29/2009 04:28 PM

Liberty004562

860-783-6799              10/29/2009 1:11:03 PM   PAGE    2/002    Fax Server

# JEFFERSON RADIOLOGY

### DIAGNOSTIC & INTERVENTIONAL SPECIALISTS

941 FARMINGTON AVENUE, WEST HARTFORD, CT 06107-2203 P(860)246-6589 F(860)290-4108 www.jeffersonradiology.com

| PATIENT NAME | ACCESSION NUMBER | DATE OF SERVICE | MEDICAL RECORD NUMBER |
|---|---|---|---|
| SPEARS, HALEY | 3907206 | 10/29/09 | 1384063 |

AT THE REQUEST OF
**JAMES OBRIEN, MD**

Exam(s):  CT ABDOMEN WW/O CONTRAST - 74170

3907207   CT PELVIS WW/O CONTRAST - 72194/LESS10/CTC*BODY

Thank you for referring your patient to us,

Marc Glickstein, MD.

(Electronically Signed - 10/29/2009  1:09:58PM)

cc:  BERNARD RAXLEN, MD
     123 WEST 79TH STREET
     FIRST FLOOR
     NEW YORK, NY  10024

d: 10/29/2009 t: 1:09:00PM

**CONFIDENTIALITY NOTICE**

This report is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this report is not the intended recipient or the employee or agent responsible for delivering the report to the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

**Page 2 of 2**          JFTDXRP - L      Printed on: 10/29/2009   1:10:11PM

Signed by SARAH THIBODEAU, APRN on 10/29/2009 04:28 PM

Liberty004563



EMSI Investigative Services



### CONFIDENTIAL INVESTIGATIVE REPORT
**October 27, 2015**

| Attn: Nancy Winterer | YOUR FILE NO. | REDACTED |
|---|---|---|
| **Liberty Mutual Group Disability** | OTHER FILE NO. | Not Provided |
| **PO Box 7206** | OUR FILE NO. | 201510-2615.1 |
| **London KY 40742** | INSURED/EMPLOYER | UTC Choice |
| | ASSIGNMENT OPEN | 10/22/2015 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Not provided | |
| DATE OF LOSS | 9/27/2008 | |
| INVESTIGATOR | Brian Morand | |
| DATES OF INVESTIGATION | 10/27/2015 | |

| SUBJECT/CLAIMANT | |
|---|---|
| NAME: | Haley Spears |
| ADDRESS: | 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106 |
| DOB: | REDACTED |
| SSN: | REDACTED |

### PHOTO IDENTIFICATION

No photo was located.

### SUMMARY

Social Media Searches were completed on the subject including but not limited to Facebook, Twitter, Google plus, LinkedIn, Google, Bing, and Yahoo. Social Media Searches were completed on the subject and no information on the subject was able to be located through social media sites. No Facebook page was located for the subject. A Facebook page was located for Tommy Baumann, Charlie Baumann and David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced. A thorough search of the subject and the subject's relatives was conducted through other social media sites; however, no results for the subject were located. A court document from 2012 was located on the US District Court District of Connecticut. A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located.  A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located.  A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located.  A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of REDACTED 2019 at 74 Heath Street, Somerville MA 02145.

Name: Haley Spears
Case Number: REDACTED

P a g e | **2**
File Number: 2015102615.1

The NCR also produced a valid license for the subject with an expiration date of REDACTED 2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

## ANALYSIS

*(For reports is Adobe, click the heading to the left to access source details)*

| | |
|---|---|
| **MAPPING** | A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106. The NCR produced a recent address of 74 Heath Street, Somerville MA 02145 with the dates of September 2014 to September 2015. The NCR produced a recent address of 1008 Trout Brook Dr., West Hartford Ct 06119 with the dates of October 2006 through October 2015. |
| **SOCIAL NETWORKING** | Social Media Searches were completed on the subject and no information on the subject was able to be located through social media sites.  No Facebook page was located for the subject. A Facebook page was located for Tommy Baumann, Charlie Baumann and David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced.  A thorough search of the subject and the subject's relatives was conducted through other social media sites; however, no results for the subject were located. |
| **ON-LINE SEARCHES** | A court document from 2012 was located on the US District Court District of Connecticut. A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located.   A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located.   A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located.   A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of REDACTED 2019 at 74 Heath Street, Somerville MA 02145. The NCR also produced a Valid license for the subject with an expiration date of REDACTED 2017 at 1008 Tout Brook Dr., West Hartford Ct 06119. |

Name: Haley Spears
Case Number: REDACTED

P a g e | 3
File Number: 2015102615.1

**SOURCES**

**Mapping**

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of 9000 W Wilderness Way, Apartment 190, Shreveport LA 71106.

**Aerial View**



**Bird's Eye View**



ICS Merrill

P.O. Box 350580 · Jacksonville, FL  32235 · 888.932.7364 · icsmerrill.com

Liberty004566

Name: Haley Spears
Case Number: REDACTED

P a g e | 4
File Number: 2015102615.1

The NCR produced a recent address of 74 Heath Street, Somerville MA 02145 with the dates of September 2014 to September 2015.

## Aerial View



## Street View



Name: Haley Spears
Case Number: REDACTED

P a g e | 5
File Number: 2015102615.1

The NCR produced a recent address of 1008 Trout Brook Dr., West Hartford Ct 06119
with the dates of October 2006 through October 2015.

### Aerial View



### Street View



Liberty004568

Name: Haley Spears
Case Number: REDACTED

P a g e | **6**
File Number: 2015102615.1

| Social Networking |

### Facebook

No Facebook page was located for the subject.   A Facebook page was located for Tommy Baumann who was listed as a relative of the subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/tommy.baumann.3



### Charlie Baumann

A Facebook page was located for Charlie Baumann who was listed as a relative of the subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/charlie.baumann51



Liberty004569

Name: Haley Spears
Case Number: REDACTED

P a g e | 7
File Number: 2015102615.1

## David Shane Spears

A Facebook page was located for David Shane Spears who was listed as a relative of the subject on the NCR; however, no results for the subject were produced.
https://www.facebook.com/davidshane76



## Twitter

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## YouTube

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## Google +

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## MySpace

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

## LinkedIn

No results were found. A thorough search of the subject and the subject's relatives was conducted; however, no results for the subject were located.

Liberty004570

Name: Haley Spears
Case Number: REDACTED

P a g e | 8
File Number: 2015102615.1

---

### (Other Online Sources)

---

## US District Court District of Connecticut

A court document from 2012 was located on the US District Court District of Connecticut.
https://ecf.ctd.uscourts.gov/cgi-bin/show_public_doc?2011cv1807-22

---

<div style="border:1px solid black">

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HALEY SPEARS** : <br> **PLAINTIFF,** : <br> : <br> : | **CIVIL ACTION NO. 3:11cv1807(VLB)** |
| : | |
| **v.** : | |
| : | |
| **LIBERY LIFE ASSURANCE** : <br> **COMPANY OF BOSTON; UNITED** : <br> **TECHNOLOGIES CORPORATION;** : <br> **AND THE GROUP LIFE INSURANCE** : <br> **AND DISABILITY PLAN OF UNITED** : <br> **TECHNOLOGIES CORPORATION a/k/a** : <br> **THE UTC CHOICE INTEGRATED** : <br> **DISABILITY BENEFIT PROGRAM** : <br> **DEFENDANTS.** : | **AUGUST 3, 2012** |

### MEMORANDUM OF DECISION GRANTING IN PART AND DENYING IN PART
### DEFENDANTS' MOTION TO DISMISS [DKT. #13]

Plaintiff, Haley Spears, ("Spears") brings this action under the Employee

Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132(a)(3)

contesting the denial of disability benefits under her employer's long term

disability benefits plan. Defendants Liberty Life Assurance Company of Boston

("Liberty"), United Technologies Corporation ("UTC"), and The Group Life

Insurance And Disability Plan of United Technologies Corporation a/k/a The UTC

Choice Integrated Disability Benefit Program (the "Plan" or the "UTC Plan")

(collectively referred to as the "Defendants") have moved pursuant to Federal

Rule of Civil Procedure 12(b)(6) to dismiss Count Two of Plaintiff's Complaint

asserted under Section 502(a)(3) as duplicative of her Count One claims under

Section 502(a)(1)(B). The Defendants also move to dismiss the Defendants UTC

and the Plan as Defendants in the action because they do not control

</div>

Liberty004571

administration of the long term provisions of the Plan. They also seek an order striking Plaintiff's claim for extra-contractual damages, on the basis that such damages are not available under E.R.I.S.A. The Plaintiff objects to the Motion to Dismiss asserting that simultaneous claims may be maintained under Section 502(a)(1)(B) and Section 502(a)(3) and asserting that she has a right to the extra-contractual equitable remedies, such as reformation, under Section 502(a)(3) because one or more of the Defendants misled her, causing her harm which may not be remedied by her Section 502(a)(1)(B) claim.  The Plaintiff counters the Defendant's motion to dismiss Defendants UTC and the Plan, asserting that they did control the administration of the short term provisions of the Plan. The Plaintiff also seeks injunctive relief, enjoining the conduct complained of in the Complaint.  For the foregoing reasons, the Court GRANTS IN PART and DENIES IN PART Defendants' motion to dismiss.

### Factual Allegations

The following facts are taken from Plaintiff's complaint.  The Plaintiff, Haley Spears, is a former employee of UTC.  [Dkt #1, Complaint ¶ 4].  She was employed as an Executive Administrative Assistant immediately prior to being disabled and was allegedly covered by UTC's employee benefits plan. *Id*.  The UTC Plan included both short-term and long-term disability ("STD" and "LTD" respectively) sections.  *Id*. at ¶ 7. The LTD plan is fully insured by Liberty. *Id*. At ¶ 5.  Plaintiff alleges that Liberty is the administrator of the Plan.

UTC self-insures the STD plan but Liberty "is the Plan Administrator for STD benefits" and makes claim determinations under that plan. *Id*. at ¶ 8.  The

2

LTD policy,[1] however, is both administered and insured by Liberty. *Id.* at ¶ 5.

Premiums are paid to Liberty, Liberty insures the policy, Liberty pays covered

claims, Liberty makes LTD claim determinations, and Liberty is the LTD plan

administrator. *Id.*

In her capacity as an Executive Administrative Assistant at UTC, Plaintiff

alleges that the material duties of her job were as follows:

> [S]end and edit letters, order supplies for two departments, do
> internet research, organize executive desks and papers, keep a
> reference guide book updated, change computer settings and fix
> office equipment on a basic level. She was responsible for
> communication with the maintenance department. She
> communicated verbally and by e-mail. Accuracy was essential. She
> processed expense reports by entering data into the computer, filed
> documents, and made travel arrangements. She processed invoices
> and followed through to ensure that they were paid. She generated
> briefing material for senior level meetings. She completed internal
> and external training to better understand United Technologies
> Corporation business practices and company objectives.

*Id.* ¶ 10. Plaintiff also alleges that her position was a desk job, although it did

require her to be on her feet, walking around the department, and occasionally

lifting packages, printer paper, files, or supplies. *Id.* at ¶ 11. Reportedly, "[t]he job

was fast paced. She needed to be alert. There was no room for error." *Id.*

Plaintiff allegedly began feeling sick around 2008 and began taking sick

days. [Dkt #1, Complaint ¶ 12]. Her symptoms allegedly included fevers, night

sweats, respiratory problems, and coughing. *Id.* Her boss told her to see a doctor.

*Id.* She was treated first for "asthma symptoms" and then later for migraines at

the St. Francis Hospital emergency room. *Id.*

---

[1] The LTD policy number is GF3-810-258966-016. [Dkt #1, Complaint ¶ 5].

Her symptoms "became debilitating in the summer of 2008." *Id.* At that point, Ms. Spears alleges that she "could not do her job." *Id.* at ¶ 13. She reports migraines, blurry vision, an inability to focus or think straight, memory problems, difficulties understanding what her boss wanted, and a general daze. *Id.* Plaintiff allegedly stopped working and applied for STD benefits in September 2008. *Id.* Those benefits were granted on September 27, 2008. *Id.*

Plaintiff acknowledges that the definition of disabled is different under the STD than it is under the LTD. She alleges that the policy defined being disabled, for purposes of STD coverage, as when "[y]ou are unable to perform the material and substantial duties of your current or a similar job for more than 5 consecutive scheduled workdays" and a physician provides medical evidence supporting his assessment of your condition. *Id.* On the other hand, the policy defined disabled under the LTD if you are unable to perform your "own occupation" for the first 24 months, after which you are only disabled for purposes of the plan if you are unable to perform the duties of "Any Occupation" as defined by the plan. *Id.* at ¶ 27-28.

Plaintiff was allegedly told by "a representative of the defendants" that if she tried to return to work part time but could not sustain that work she could still collect STD benefits. *Id.* at ¶ 14. She returned to work part time in January 2009 for a "few months", but claims she "could not perform her job during that time" despite being given simplified duties. *Id.*

Plaintiff has reportedly received an extremely large number of varying diagnoses from various doctors. [Dkt #1, Complaint ¶ 16]. Ms. Spears allegedly

Liberty004574

Name: Haley Spears
Case Number: REDACTED

P a g e | 12
File Number: 2015102615.1

tested positive for Borrelia burdorferi IgM antibodies on February 2, 2009.

Spears's STD benefits were approved through February 8, 2009. *Id.* at ¶ 15. On

February 9, 2009, Plaintiff's treating physician Dr. Barbara Kage placed

restrictions on the work she should perform. *Id.* She continued working part time

and with restrictions through March 23, 2009 when she stopped entirely due to

her health and has not returned to work. *Id.*

Plaintiff claims that several doctors – Dr.'s Bernard Raxlen, Sam Donta,

Barbara Kage, and Dario Zagar – all noted symptoms associated with her

Borreliosis (Lyme disease) from June to October 2009 and stated that she "was

unable to work because of her symptoms." *Id.* at ¶¶ 18-22.

Plaintiff alleges that the Defendants first denied her LTD benefits on

January 30, 2009. On that date Defendants cited two reasons for the denial. The

first reason was that the LTD elimination period was not met. *Id.* at ¶ 17. Plaintiff

acknowledges that LTD benefits were also denied "on the ground that 'the

available records do not support any restrictions and limitations or impairment

precluding you from performing the duties of your job . . . during the period of

February 9, 2009 through the present date." *Id.* at ¶ 17. The Defendant cited the

second reason despite the fact that the Plaintiff was approved for and received

STD benefits through March

Defendants denied her appeal in January 2010 again saying there was no

evidence of impairment, restrictions, or limitations from February 8, 2009

onwards. *Id.* at ¶ 22. Defendants reiterated the denial in May 2010. *Id.* In June

2010, Defendants allegedly requested and Plaintiff provided additional evidence

from her on her condition. *Id.* Plaintiff claims that the defendants granted her appeal and reinstated her STD benefits through March 27, 2009. *Id.*

However, a November 2010 letter from Liberty states that their "Appeal Review Unit" upheld the decision to *deny* STD benefits in this time period, and that STD benefits were only paid from February 9 to March 27, 2009 due to "employer override." [Dkt #20, Pl.'s Mem of Law In Opp. To Def.'s Mot. To Dismiss and Mot. To Strike, Exhibit B] [hereinafter Pl.'s Opp. To Def.'s Mot. To Dismiss]. March 27, 2009 was "the maximum duration for STD benefits" and STD "[b]enefits were terminated after that date." [Dkt #1, Complaint ¶ 22].

Liberty also repeated their denial of Plaintiff's LTD benefits in that November 2010 letter. *Id.* at ¶ 23; [Dkt #20, Pl.'s Opp. To Def.'s Mot. To Dismiss, Exhibit B]. Liberty stated that medical documentation did not support Plaintiff's alleged impairment past February 8, 2009, and that that date failed to satisfy the "elimination period" so Plaintiff was not due LTD benefits. *Id.* Plaintiff also notes that th, e letter referred to a "September 27, 2010 peer review report" of which she was allegedly not furnished a copy. *Id.*

Plaintiff alleges that the Social Security Administration ("SSA") granted her request for disability benefits two years later, on February 25, 2011, citing an August 31, 2008 as the "onset date". [Dkt #1, Complaint ¶ 24]. Ms. Spears does not provide any authority as to the definition of an "onset date" under the disability provisions of the Social Security Act.  She further notes that the Administrative Law Judge characterized her brief part-time return to work was

Liberty004576

"an unsuccessful work attempt" and her conditions "severe impairments" in finding that she was unable to work as of the date of the decision. *Id.*

Following that, Plaintiff appealed the termination of her benefits more than two years later, in May 2011, submitting the Social Security Administration decision, medical journal articles, and "numerous medical records and reports" in support of her appeal. *Id.* at ¶ 25. She also requested a copy of the September 27, 2010 peer review report described in Liberty's November 2010 letter. *Id.* Liberty sent her a copy of the report but denied her appeal in June 2011, once again stating that she "has not provided medical evidence to support Disability throughout the Elimination Period." *Id.* at ¶ 26.

Ms. Spears alleges that one of the stated goals of the UTC Plan as provided in the Summary Plan Description ("SPD") is, among other things, to "facilitate a seamless transition between Sick Pay, STD, and LTD payments." *Id.* at ¶ 7; [Dkt #21, Reply Br. in Supp. Of Defs.' Mot. To Dismiss, Exhibit A p. Liberty002198]. She claims "[t]hese statements are false and misleading as applied to [Plaintiff]". [Dkt #1, Complaint ¶ 7]. The SPD provides in relevant part: "these benefits are designed to work together to provide income and relieve some of the worry about how you will support yourself or your family if you are unable to work because of illness, injury, surgery or pregnancy. The UTC integrated Disability Benefit Program goals are: To provide income replacement when the presence of a health condition supported by medical documentation limits your functional ability to the essential duties of your own job. To integrated the process of how Sick Pay and STD benefits are paid and managed. To facilitate a seamless

transition between Sick Pay, STD and LTD payments." [Dkt. #21, Attach 1, Ex. B] at p.1].

Plaintiff filed her Complaint with this Court on November 21, 2011. [Dkt #1, Complaint]. In it, she alleges that she qualified as disabled under both the STD and LTD policy definitions throughout the relevant time period. *Id.* at ¶ 29. Plaintiff alleges that she exhausted her administrative remedies provided by the UTC Plan and here claims that her benefits were arbitrarily, capriciously, and erroneously denied by Liberty's alleged failure to consider the evidence of disability which she submitted. *Id.* at ¶ 30. The Complaint names UTC, the UTC Plan, and Liberty as defendants, seeking relief under ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B) (Count One); ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3) (Count Two); and attorney's fees and costs (Count Three). *Id.* at ¶s 33-45. In addition to seeking the full amount of benefits she is entitled to under the terms of the LTD Plan, Plaintiff also seeks equitable relief under Section 502(a)(3) to "make restitution to Spears in the amount of any losses sustained by her in consequence of the wrongful conduct alleged herein," "[r]eform the plan to remedy false or misleading," "[e]stop defendants' from denying benefits," and "award such other relief as the Court deems just, reasonable or equitable." *Id.* at p. 12.

### Legal Standard

In deciding a motion to dismiss pursuant to Rule 12 (b)(6) the Court accepts as true all of the complaint's factual allegations and draws inferences from these allegations in the light most favorable to the plaintiff. However, "[a]

Liberty004578

pleading that offers 'labels and conclusions' or 'formulaic recitation of the elements of a cause of action will not do.' Nor does a complaint suffice if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). (internal quotations omitted). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.' A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (internal citations omitted).

In considering a motion to dismiss for failure to state a claim, the Court should follow a "two-pronged approach" to evaluate the sufficiency of the complaint. *Hayden v. Paterson*, 594 F.3d 150, 161 (2d Cir. 2010). "A court 'can choose to begin by identifying pleadings that, because they are no more than conclusions, are not entitled to the assumption of truth.'" *Id.* (quoting *Iqbal*, 129 S.Ct. at 1949-50). "At the second step, a court should determine whether the 'well-pleaded factual allegations,' assumed to be true, 'plausibly give rise to an entitlement to relief.'" *Id.* (quoting *Iqbal*, 129 S.Ct. at 1950). "The plausibility standard is not akin to a probability requirement, but it asks for more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 129 S.Ct. at 1949 (internal quotation marks omitted).

"In reviewing a motion to dismiss under Rule 12(b)(6), a district court may consider the facts alleged in the complaint, documents attached to the complaint as exhibits, and documents incorporated by reference in the complaint. Where a

9

document is not incorporated by reference, the court may nevertheless consider it where the complaint relies heavily upon its terms and effect, thereby rendering the document integral to the complaint." *Tessler v. Paterson*, 451 Fed. Appx. 30, 32 (2d Cir. 2011) (internal quotation marks and citations omitted). Therefore, "where a plaintiff does not attach to the complaint or incorporate by reference a document on which it relies and which is integral to the complaint, a defendant may introduce that document as part of a motion attacking the pleadings." *Colon v. Town of West Hartford*, No.3:00cv168(AHN), 2001 WL 45464, at *1 n.1 (D. Conn. Jan. 5, 2001) (citing *Cortect Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 47 (2d Cir. 1991)).[2]

### Analysis

i.    *Count Two Claim under Section 502(a)(3)*

Defendants argue that Plaintiff's Count Two claim asserted under Section 502(a)(3) for equitable relief should be dismissed as duplicative of her Count One claim under Section 502(a)(1)(B). Section 502(a)(3) provides in relevant part that a civil action may be brought "by a participant, beneficiary, or fiduciary (A) to enjoin any act or practice which violated any provision of this subchapter or the

---

[2] Plaintiff argues in her memorandum in opposition to the Defendants' motion to dismiss that the Court should treat Defendants' motion as one for summary judgment because Defendants have referenced and relied on the Disability Plans as well as the Summary Plan Description ("SPD") which constitutes evidence outside the pleadings. [Dkt. #20, Pl. Mem. at p. 5-6]. However, Defendants' reliance and reference to the terms of the plans and the SPD is entirely appropriate on a motion to dismiss because Plaintiff has relied on the terms of those plans as well as the SPD in her complaint and therefore these documents are integral to the complaint. Accordingly, it was entirely appropriate for the Defendants to introduce these documents as part of its motion to dismiss.

10

Name: Haley Spears
Case Number: REDACTED

Page | 18
File Number: 2015102615.1

terms of the plan or (B) to obtain other appropriate equitable relief (i) to redress such violations or (ii) to enforce the provisions of this subchapter or the terms of the plan." §502(a)(3), 29 U.S.C. §1132(a)(3).  Whereas Section 502(a)(1)(B) provides that a civil action may be brought by a participant or beneficiary "to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B).

"Section 502(a)(3) has been characterized as a 'catch-all' provision which normally is invoked only when relief is not available under § 502(a)(1)(B).... The provision authorizes solely *equitable* relief, and under the Supreme Court's decision in *Great–West* [*Life & Annuity Ins. Co. v. Knudson*, 534 U.S. 204 (2002)], this means that money awards are available in suits brought under § 502(a)(3) only in very limited circumstances." *Wilkins v. Mason Tenders Dist. Council Pension Fund*, 445 F.3d 572, 578-79 (2d Cir. 2006).

Although not clearly alleged in her complaint, Plaintiff argues in her memorandum in opposition to Defendants' motion to dismiss that her Section 502(a)(3) claim is not duplicative as it is predicated on a statement in the SPD that the Plan's goal is "to facilitate a seamless transition between Sick pay, STD and LTD payments" which she claims was a false and misleading representation. [Dkt. #20 Pl. Obj. at p.5].  Plaintiff argues that she did not receive a "seamless transition between STD and LTD benefits" because Defendants granted her STD claim for the maximum duration of STD benefits until March 27, 2009 but at the same time Liberty wrote to her informing her that her impairment precluding work

11

was not supported by medical documentation beyond February 8, 2009 and that she did not satisfy the elimination period. Plaintiff argues that this "inconsistency is hardly a 'seamless transition between STD and LTD payments.'" *Id.* Plaintiff contends that "this Court may wish to utilize equitable remedies. It may wish to reform the plan so that Spears gets the benefit of the plan's promise, to facilitate a seamless transition between Sick Pay, STD and LTD payments." *Id.* at 11.

Plaintiff further argues that the Supreme Court's recent decision in *Cigna Corp. v. Amara*, ---U.S.---, 131 S.Ct. 1866 (2011) "opened to the door to broad equitable remedies for plan participants" such as reformation and that under *Amara* "Plan members with a misleading SPD will now have a remedy." [Dkt. # 20 Pl. Obj. at p.11]. The Supreme Court in *Amara* indeed held that a district court has the authority under Section 502(a)(3) to reform the terms of an ERISA plan in order to remedy "false or misleading" information. *Amara*, 131 S.Ct. at 1879. The Supreme Court explained that a district court has the authority under §502(a)(3) to enter equitable relief where appropriate such as reformation, estoppel and surcharge because the term "appropriate equitable relief" in §502(a)(3) refers to "those categories of relief that traditionally speaking (i.e., prior to the merger of law and equity were *typically* available in equity." *Id.* at 1878 (internal quotation marks and citations omitted). In addition, Plaintiff points out that Second Circuit precedent permits a plaintiff from seeking relief simultaneously under §§ 502(a)(1)(B) and 502(a)(3). See *Devlin v. Empire Blue Cross & Blue Shield*, 274 F.3d 76, 89 (2d Cir. 2001) (holding that the Supreme Court's decision in *Varity*

12

Liberty004582

*Corp. v. Howe*, 516 U.S. 489, 515 (1996) did not eliminate the possibility of a plaintiff successfully asserting a claim under both § 502(a)(1)(B), to enforce the terms of a plan, and § 502(a)(3) for breach of fiduciary duty.").

However, this Court agrees with Defendants that the language in the SPD that the goal of the Plan is to "facilitate a seamless transition between Sick Pay, STD and LTD payments" is not false or misleading as Plaintiff contends.    Here the "seamless transition" language does not guarantee beneficiaries under the Plan a seamless transition between STD and LTD payments but is rather an aspirational statement that provides no assurance, promise or otherwise enforceable agreement that a seamless transition will actually occur. *See Olivieri v. McDonald's Corp.*, 678 F.Supp. 996, 1000 (E.D.N.Y. 1988) (concluding that a prospectus's representations concerning a training program were not false or misleading because the representations indicate that the training program is a "fluid program" and there "is no promise that an applicant will participate in any particular course").    To hold otherwise, would credit Plaintiff's rather idiosyncratic interpretation of the language at issue.   Since the Court finds that the "seamless transition" language is not false or misleading, Plaintiff has failed to allege sufficient factual content that plausibly gives rise to an entitlement to equitable relief such as reformation under *Amara*. The Court therefore dismisses Plaintiff's count II claim for equitable relief under §502(a)(3).

Additionally, the Complaint cannot be read fairly to assert a claim of estoppel, detrimental reliance or any other equitable claim upon which reformation would lie.  To the extent that the Plaintiff seeks to allege that she was

13

Liberty004583

misled, by the UTC override of Liberty's denial of her STD benefit claim, into believing that she qualified for STD benefits and therefore met the criteria for qualification for LTD benefits for the first 24 months of the LTD benefit period and was thereby deprived of the opportunity to prove she was qualified, such a claim is both unsupported and refuted by the facts alleged in the Complaint. The Complaint avers that the Plaintiff was told she did not qualify for STD multiple times, including in October of 2010 when Liberty's denial of STD benefits was upheld on appeal. It also establishes that the Plaintiff attempted repeatedly to overturn that decision and was given an opportunity to present additional information which proved unavailing. Further when UTC overrode Liberty's denial, the Plaintiff was informed by letter dated November 16, 2010 that STD benefits would be restored only to March 27, 2009 and only on the basis of UTC's override, notwithstanding her failure to prove she was disabled. Thus, Plaintiff has failed to plead facts sufficient to support a discernable equitable claim upon which reformation would lie.

### Claims against UTC

Defendants argue that UTC is not a proper party to Plaintiff's claim under either §§ 502(a)(1)(B) or 502(a)(3) because Liberty had the sole authority under the LTD Plan to make claim determinations. Plaintiff argues that UTC is a proper party to her suit to recover LTD benefits because UTC was a fiduciary along with Liberty of the LTD Plan. [Dkt. #. 20, p.17-20].

"Under ERISA, a person or corporation is a plan fiduciary 'to the extent . . . he exercises any discretionary authority or discretionary control respecting management of such plan or exercises any authority or control respecting management or disposition of its assets . . . or . . . he has any discretionary authority or responsibility in the administration of such plan.'" *Flanigan v. General Elec. Co.*, 242 F.3d 78, 87 (2d Cir. 2001) (citing 29 U.S.C. § 1002(21)(A)). Courts evaluate whether someone is a fiduciary under ERISA based upon the "function performed, rather than on the title held." *Blatt v. Marshall & Lassman*, 812 F.2d 810, 812 (2d Cir.1987). That is to say, "ERISA's definition is functional." *LoPresti v. Terwilliger*, 126 F.3d 34, 40 (2d Cir. 1997) (internal citation omitted). This functional definition "allocates liability for plan-related misdeeds in reasonable proportion to respective actors' power to control and prevent the misdeeds." *Mertens v. Hewitt Associates*, 508 U.S. 248, 262 (1993). "Under this definition, a person . . . has [fiduciary] status only to the extent that he has or exercises the described authority or responsibility." *Flanigan*, 242 F.3d at 87.

Here, the LTD Plan expressly provides and Plaintiff even alleges in her complaint that the "LTD plan is fully insured by Liberty. . . All premiums are paid to Liberty, who in turn agrees to pay covered claims[.] Claim determinations are made by Liberty. Liberty is the Plan Administrator for LTD benefits." [Dkt. #20, p.18-19]; *see also* [Dkt #14, Def's Mot. To Dismiss, Exhibit A p. DEF000034] ("Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder.").

15

Liberty004585

Clearly under the terms of the LTD plan, UTC did not have the power to control or prevent the misdeeds in denying Plaintiff's long term disability benefits that is the subject of Plaintiff's complaint and therefore was not a fiduciary under the LTD Plan.  *See, e.g., Crocco v. Xerox Corp.*, 137 F.3d 105, 107 (2d Cir. 1998)(dismissing employer from §502(a)(1)(B) suit based on conclusion that employer was not proper party "[b]ecause it is clear from the Plan documents that [the employer] was neither the designated Plan administrator nor a Plan trustee...it cannot be held liable for benefits due to" the plaintiff); *Walsh v. Eastman Kodak Co.*, 53 F.Supp.2d 569, 574 (W.D.N.Y. 1999) (holding that employer was not a proper party  because only the plan and the administrators and trustees of the plan in their capacity as such may be held liable under §502(a)(1)(B)); *Brannon v. Tarlov*, 986 F.Supp. 146, 162 (E.D.N.Y. 1997) (holding that employer was not a proper defendant to former employee's claim to recover disability benefits because only the plan or its administrators or trustees of the plan are proper defendants).

Plaintiff's argument that UTC should be considered a fiduciary under the LTD plan is somewhat misplaced.  Plaintiff suggests that since UTC is a fiduciary of the STD plan which it self-insured it should also be considered a fiduciary of the LTD plan because "the STD plan is an issue in this case."  [Dkt #20, p. 19-20]. Plaintiff contends that the STD plan is also an issue in this case because "Liberty denied LTD benefits on the ground that Spears was not disabled throughout the STD period of 180 days, while at the same time UTC found that she was disabled."  *Id.*  Here, since Plaintiff is not suing to recover benefits due under the

16

Liberty004586

Name: Haley Spears
Case Number: REDACTED

P a g e | 24
File Number: 2015102615.1

STD plan, her suit seeks to recover LTD benefits, it is patent from the terms of the LTD Plan and the Plaintiff admits that Liberty had sole discretion to make LTD claim determinations; UTC cannot afford the relief sought and is not a proper party to this claim.

The Complaint may be construed to assert a claim that the STD plan is only an issue in this case to the extent that Liberty's denial of Plaintiff's long term disability benefits might be arbitrary and capricious in light of the fact that UTC found that Plaintiff was disabled under the STD plan. Consequently, UTC's determinations under the STD plan may constitute evidence that Liberty's denial of LTD benefits under the LTD plan was arbitrary and capricious. However, the fact that UTC's STD claim determinations may be relevant to Plaintiff's claim does not make UTC a fiduciary of the LTD Plan. The Plaintiff has failed to plead sufficient facts plausibly stating that UTC was a fiduciary of the LTD Plan and such claim is hereby DISMISSED.

### iii. Claims against UTC Plan

Defendants also move to dismiss the UTC Plan as a Defendant because Liberty had the sole authority under the LTD Plan to make claim determinations. Although under the terms of the LTD Plan, Liberty did have the sole authority to render claim determinations, the Second Circuit in *Chapman v. ChoiceCare Long Island Term Disability Plan*, 288 F.3d 506 (2d Cir. 2002) unequivocally held that a plan like the UTC Plan is a also proper party to a suit under § 502(a)(1)(B). In *Chapman*, a mentally disabled woman was denied disability benefits under her employer's plan and sued the plan itself. First UNUM Life Insurance Company

17

who both fully insured the plan at issue and made claim determinations argued that the plan was not the proper party. *Id.* at 508-09. The Second Circuit held that the provisions of §§ 502(a)(1)(B) and 502(d)(1) &(2) "make plain that a plan can be held liable in its own name for a money judgment." *Id.* at 509. The Second Circuit concluded that "[w]e see no reason why such a liability should not arise upon a beneficiary's claim of entitlement to receive benefits from the plan. The Plan's argument to the effect that it may not be sued because it has contracted with First UNUM to make payments to Plan beneficiaries is wholly unsupported by the language of the statute" and noted that "[s]everal times in prior opinions we have indicated that a plan is a proper defendant in an action to recover benefits under" § 502(a)(1)(B). *Id.* (citing *Leonelli v. Pennwalt Corp.*, 887 F.2d 1195, 1199 (2d Cir. 1989); *Crocco v. Xerox Corp.*, 137 F.3d 105, 107 (2d Cir. 1998)).

Defendants try to argue that *Chapman* is not controlling here citing to several other circuit and district court rulings that suggest "[t]he proper party defendant in an action concerning ERISA benefits is the party that controls administration of the plan." [Dkt #14, p. 12] (quoting *Sanderson v. Continental Casualty Corp.*, 279 F. Supp. 2d 466 (D. Del. 2003)). Defendants argue that since the UTC Plan did not control or administer the plan it is not a proper party.

However, it is axiomatic that a district court "is bound to follow controlling Second Circuit precedent unless that precedent is overruled or reversed." *Unicorn Bulk Traders Ltd. v. Fortune Mar. Enters., Inc.*, No.08Civ.9710(PGG), 2009 WL 125751, at *2 (S.D.N.Y. Jan. 20, 2009); *United States v. Emmenegger*, 329 F.Supp.3d 416, 436 (S.D.N.Y. 2004) (district court is "obliged to follow…[binding

18

Liberty004588

circuit case law] until it is overruled by a higher court or until the Supreme Court renders it untenable"); *Bass v. Coughlin*, 800 F.Supp. 1066, 1071 (N.D.N.Y. 1991) ("When the Court of Appeals announces a principle of law for this circuit, it remains the law until the case is overruled or reversed."). Here, Defendants have failed to demonstrate that the principle of law articulated in *Chapman* has been overruled or reversed. Defendants' citation to other circuit and district court precedent is therefore unavailing. The Court notes that this decision does not prejudice the UTC Plan as the Plaintiff cannot recover twice, both from the Plan and from Liberty for the same injury.

Defendants also try to narrow *Chapman*'s holding suggesting that a reading of the text of §502(a)(1)(B) only provides that a beneficiary can sue an employee benefit plan, but does not require that result where an insurer is also named as a defendant without citation to any authority. [Dkt. #14, p. 14]. However, the Second Circuit in *Chapman* explained that it had previously held that "'[i]n a recovery of benefits claims, *only the plan and the administrators and trustees of the plan* in their capacity as such may be held liable'" *Chapman*, 288 F.3d at 509 (quoting *Leonelli*, 887 F.2d at 1199) (emphasis added). Contrary to Defendants' contention, this language merely states the well-established legal principle stated above that a party may only recover once for an injury. Therefore, while the Second Circuit did hold that source of the recovery was limited to the Plan and its administrator, it nonetheless held that a suit may be brought against both the plan and insurance company administering the plan. *See, e.g., Schnur v. CTC Comm'ns. Corp. Group Disability Plan*, 621 F.Supp.2d 96, 103 (S.D.N.Y. 2008)

19

Liberty004589

(rejecting defendants' argument that that the plan's insurer was the only proper party and holding that the Plaintiff had properly named the plan as a party to the action along with the insurer); *Steger v. Delta Airlines, Inc.*, 382 F.Supp.3d 382, 387 (E.D.N.Y. 2005) (holding that the Administrative Committee, as the designated administrator of the Plan, and the Plan are the only viable defendants in the action).

Bound to follow *Chapman*'s edict that a plan is a proper party defendant along with the plan administrator in a suit to recover benefits under § 502(a)(1)(B), the Court DENIES Defendants' motion to dismiss the UTC Plan as a Defendant in this action.

### iv.   Motion to strike Plaintiff's request for extra contractual damages

Defendants have moved to strike Plaintiffs' request for extra-contractual damages on the ground that such damages are unavailable under ERISA.  The Federal Rules of Civil Procedure provide that "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

In her complaint, Plaintiff seeks "restitution . . . in the amount of any losses sustained by [Plaintiff] in consequence of the wrongful conduct alleged herein" and for "such other relief as the Court deems just, reasonable, or equitable." [Dkt #1, Complaint pp. 12-13].  Plaintiff argues that this relief requested is permissible equitable relief under the Supreme Court's decision in *Amara*.   However since the Court has dismissed Plaintiff's claim for equitable relief under §502(a)(3),

20

Plaintiff's request for restitution and other equitable relief has been rendered immaterial.  The Court therefore grants Defendants' motion to strike Plaintiff's request for equitable remedies from the complaint.

### Conclusion

Defendants' Motion to Dismiss [Dkt. #13] is GRANTED IN PART and DENIED IN PART.  Defendants' motion to strike Plaintiff's request for extra-contractual or equitable remedies from the complaint is also GRANTED.  The Clerk is directed to terminate UTC as a Defendant in this action.

IT IS SO ORDERED.

_____/s/_____

**Hon. Vanessa L. Bryant**
**United States District Judge**

Dated at Hartford, Connecticut August 3, 2012

## State of Connecticut eLicensing Webiste

A search of the subject on the State of CT eLicenseing Website for professional licenses was conducted; however, no results for the subject were located.

## MA Consumer Affairs and Business Regulation

A search of the subject on the MA Consumer Affairs and Business Regulation for professional licenses was conducted; however, no results for the subject were located.

## LA Department of Professional Licenses

A search of the subject on the LA Department of Professional Licenses for professional licenses was conducted; however, no results for the subject were located.

Liberty004591

A search of the subject's driver's license information through the NCR was conducted and produced an active Driver's License with an expiration date of REDACTED/2019 at 74 Heath Street, Somerville MA 02145.  The NCR also produced a Valid license for the subject with an expiration date of REDACTED/2017 at 1008 Tout Brook Dr., West Hartford Ct 06119.

---

**Driver's License Information:** 🖳

Name: HALEY A SPEARS
LexID: 2404771700
DL Number: xxxxxxxxx
State: Massachusetts
License Address: 74 HEATH STREET, SOMERVILLE MA 02145-1520, MIDDLESEX COUNTY
DOB: REDACTED7

Potential SSN 🛡: xxx-xx-xxxx
Gender: Female
Expiration Date: REDACTED2019
Issue Date: 10/14/2014
Status: ACTIVE
License Type: OPERATOR
License Class: CLASS D - OPERATOR
Height: 5'05
Data Source: Governmental

Name: A SPEARS HALEY
LexID: 2404771700
DL Number: xxxxxxxxx
State: Connecticut
License Address: 1008 TROUT BROOK DR, WEST HARTFORD CT 06119-1244, HARTFORD COUNTY
DOB: REDACTED

Potential SSN 🛡: xxx-xx-xxxx
Gender: Female
Expiration Date: REDACTED/2017
Issue Date: REDACTED/2011
Status: VALID
License Class: Class D (Any motor vehicle that does not require a CDL)
Height: 5'05
Data Source: Governmental
Eye Color: Blue

---

**END OF REPORT**

Liberty004592



1001 East Palm Avenue
Tampa, Florida 33605
Phone: (813) 552 -5000
Fax: (800) 676-0042

# **FAX**

| | |
|---|---|
| TO:   Nancy Winterer | FROM: Human Resources |
| COMPANY: Liberty Mutual Ins | DATE: October 28, 2015 |
| FAX #:      603-334-5708 | FAX #: 813-552-1482 |
| PHONE #: | PHONE #: 813-552-5000 |
| Re: Haley Spears | TOTAL # PAGES INCLUDING COVER: 3 |

COMMENTS:

Attached is the verification of wages for Haley Spears, Claim# REDACTED

Kind Regards

Kforce
Human Resources
Rita Mercer-Boutin

Liberty004593



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Rita Boutio
Kforce, Inc.
1001 EAST PALM AVENUE
TAMPA, FL 33605

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears

Dear Rita Boutio:

To evaluate Haley Spears' eligibility for Long Term Disability benefits, we need the following
employment information:
- Wage Information and Verification for 2014
- Wage Information and Verification for 2015

The enclosed authorization specifically allows you to release the requested information to us and is
valid for two years from the date of Ms. Spears' signature.

Please fax the information back to my attention at our secured fax number (603) 422-7909 or mail
to the above address, by November 4, 2015.

Thank you for your attention to this matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004594

# Wage Verification Report

Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Report: RICMP499
10/28/2015
RMERCER-BOUTIN
Page 1

## Employee Information

**Haley Spears**
74 Heath Street
Somerville MA 02145

SSN:        REDACTED2

| | | |
|---|---|---|
| Employee ID: | 00030?139 | |
| Department: | 2123012100-Boston Downtown F&A Flex | |
| Location: | 2170 MA Boston Atlantic Ave | |
| Job Title: | Professional Administrator | |

### Chronological PeopleSoft Check Listing

| Check # | Bank | Pay Date | Gross Pay | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| 001138251 | BA03 | 08/22/2014 | 468.13 | 113.29 | 0.00 | 354.84 |
| 004734602 | BA02 | 08/29/2014 | 580.00 | 138.74 | 0.00 | 431.26 |
| **Monthly total** | | | 1,028.13 | 252.03 | 0.00 | 776.10 |
| 004741863 | BA02 | 09/05/2014 | 678.13 | 171.64 | 0.00 | 506.49 |
| 004749170 | BA02 | 09/12/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004759362 | BA02 | 09/19/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004766979 | BA02 | 09/26/2014 | 857.50 | 232.05 | 0.00 | 625.45 |
| **Monthly total** | | | 2,935.63 | 759.15 | 0.00 | 2,176.48 |
| 004776935 | BA02 | 10/03/2014 | 713.13 | 181.39 | 0.00 | 531.74 |
| 004784716 | BA02 | 10/10/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004795217 | BA02 | 10/17/2014 | 656.25 | 165.55 | 0.00 | 490.70 |
| 004803030 | BA02 | 10/24/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004813026 | BA02 | 10/31/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| **Monthly total** | | | 3,469.38 | 880.13 | 0.00 | 2,589.25 |
| 004820852 | BA02 | 11/07/2014 | 599.38 | 149.72 | 0.00 | 449.66 |
| 004830959 | BA02 | 11/14/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004839793 | BA02 | 11/21/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004847777 | BA02 | 11/28/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| **Monthly total** | | | 2,699.38 | 682.91 | 0.00 | 2,016.47 |
| 004858087 | BA02 | 12/05/2014 | 476.88 | 115.70 | 0.00 | 361.18 |
| 004866162 | BA02 | 12/12/2014 | 315.00 | 71.25 | 0.00 | 243.75 |
| 004877640 | BA02 | 12/19/2014 | 634.38 | 159.46 | 0.00 | 474.92 |
| 004883856 | BA02 | 12/26/2014 | 700.00 | 177.73 | 0.00 | 522.27 |
| **Monthly total** | | | 2,126.26 | 524.14 | 0.00 | 1,602.13 |
| **YTD total** | | | 12,258.78 | 3,098.36 | 0.00 | 9,160.42 |

**Summary Information:**

Wages -

| | |
|---|---|
| RWG | 12,088.15 |
| OWG | 170.63 |

Hours -

| | |
|---|---|
| RWG | 690.75 |
| OWG | 6.50 |

Taxes -

| | |
|---|---|
| MA  With | 600.45 |
| MA  UI - | 58.84 |
| Fed With | 1,560.12 |
| CT  With | 0.00 |
| Fed MEDHI | 177.75 |
| Fed Med/6 | 177.75 |
| Fed OASDI | 760.04 |
| Fed Unemp | 42.00 |
| MA  Addl | 0.00 |
| MA  Unem | 1,525.78 |
| Fed OASDI | 760.04 |

Deductions -

# Wage Verification Report

**Kforce Inc.**
1001 East Palm Avenue
Tampa, FL 33605

Report: RICMP499
10/28/2015
RMERCER-BOUTIN
Page 1

## Employee Information

**Haley Spears**
74 Heath Street
Somerville MA 02143

SSN: REDACTED

| | |
|---|---|
| Employee ID: | 000307139 |
| Department: | 2125012100-Boston Downtown F&A Flex |
| Location: | 2170 MA Boston Atlantic Ave |
| Job Title: | Professional Administrator |

### Chronological PeopleSoft Check Listing

| Check # | Bank | Pay Date | Gross Pay | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| 004903808 | BA02 | 01/09/2015 | 848.75 | 228.75 | 0.00 | 620.00 |
| 004914446 | BA02 | 01/16/2015 | 560.00 | 138.74 | 0.00 | 421.26 |
| 004922287 | BA02 | 01/23/2015 | 700.00 | 177.73 | 0.00 | 522.27 |
| 004930187 | BA02 | 01/30/2015 | 560.00 | 138.74 | 0.00 | 421.26 |
| Monthly total | | | 2,668.75 | 683.96 | 0.00 | 1,984.79 |
| 004940609 | BA02 | 02/06/2015 | 638.75 | 160.09 | 0.00 | 478.66 |
| 004951133 | BA02 | 02/13/2015 | 560.00 | 138.30 | 0.00 | 421.80 |
| 004960255 | BA02 | 02/20/2015 | 700.00 | 177.12 | 0.00 | 522.88 |
| 004968407 | BA02 | 02/27/2015 | 700.00 | 177.12 | 0.00 | 522.88 |
| Monthly total | | | 2,598.75 | 652.53 | 0.00 | 1,946.22 |
| 004979011 | BA02 | 03/06/2015 | 490.00 | 118.78 | 0.00 | 371.22 |
| Monthly total | | | 490.00 | 118.78 | 0.00 | 371.22 |
| YTD total | | | 5,757.50 | 1,455.27 | 0.00 | 4,302.23 |

### Summary Information:

Wages -

| | |
|---|---|
| RWG | 5,757.50 |

Hours -

| | |
|---|---|
| RWG | 329.00 |

Taxes -

| | |
|---|---|
| MA With | 279.99 |
| MA UI - | 19.58 |
| Fed With | 734.83 |
| Fed MED/E | 83.48 |
| Fed Med/B | 83.48 |
| Fed OASDI | 356.97 |
| Fed Unemp | 34.55 |
| MA Addt | 0.00 |
| MA Unem | 452.88 |
| Fed OASDI | 356.97 |

Deductions -

Liberty004596

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 001

Robert Lang, M.D., P.C.
Endocrinology
Robert Lang, M.D.              60 Washington Avenue        11 Woodland Road
Louise Silverman, APRN         Hamden, CT. 06518-3272      Madison. CT. 06443
Frances Zabrocky, APRN         Telephone: (203)248-4362    Telephone (203)318-5200
Jennifer Hughes. APRN          Fax: (203)248-6933          Fax(203)318-5203

60 Washington St. Suite 105
Hamden, CT 06518
Phone (203) 248-4362
Fax: (203) 248-6933

## Protected Health Information

Fax

To: _Nancy Winterer_          Date: _10/27/15_

Fax #: _603-334-5708_   # of pages (including cover) _____

Re: _Haley Spears (DOB:_ REDACTED

Special Instructions: _Medical Record._

_____

_____

_____

_____

_____

Sent By: _____

Please call if you have problems with this transmission or if you did not receive the
required # of pages.

Confidentiality Note: The Documents accompanying this fax may contain confidential information and are
legally privileged. The information is intended only for the use of the individual or entity named above. If
you are not the intended recipient, you are hereby notified that any disclosures, copying, distributing, or
taking any of the contents of the faxed information is prohibited. If you have received this fax in error,
please notify us immediately by telephone or fax.

Fax Cover 5/12

Liberty004597

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG          FAX No. 203 248 6933              P. 002

09/12/2014                        LAHEY HOSPITAL & MEDICAL CENTER
00:21                 .               LABORATORY MEDICINE
                                      BURLINGTON, MA 01805

NAME: **SPEARS,HALEY A**
PT PHONE: 8609300887
DOB: REDACTED           AGE: 36Y      SEX: F

================================= PHYSICIAN COPY FOR DR: LANG MD,ROBERT =============================

COLL: 09/11/2014 10:15     REC: 09/11/2014 10:25    PHYS: LANG MD,ROBERT

TSH                        L   **0.12**        [0.30-4.5]    uIU/ML

Received 9 – 16 – 14
Call  No Call
Call/Normal      ?Ov
Call/Message
10 – 9 – 14

REFERRAL MD                                          CONTROL #: RMD-2861708
LANG MD,ROBERT      60 WASHINGTON AVE                              PAGE 1
09/12/2014 00:21              END OF REPORT                  CLIENT REPORT
Liberty004598

OCT/27/2015/TUE 02:01 PM  DR. ROBERT LANG     FAX No. 203 248 6933          P. 003

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SPEARS, HALEY A | Specimen:  WC816395V<br>Requisition: 0028640 | Client #: 22218614        60010000<br>HESLIN, MARIE |
| DOB: REDACTED     AGE: 36 | | ROBERT LANG,MD,PC |
| Gender:    F | Collected:    08/06/2014 / 13:03 EDT | 60 WASHINGTON AVE |
| Phone:     860.308.2050 | Received:     08/07/2014 / 00:28 EDT | HAMDEN, CT 06518-3271 |
| Patient ID: REDACTED | Reported:     08/08/2014 / 12:28 EDT | |
| Health ID: REDACTED | | |

**COMMENTS:**     FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | QWA |
| PANEL | | | | |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE | 0.82 | | 0.50-1.10 mg/dL | |
| eGFR NON-AFR. AMERICAN | 92 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 107 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.7 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 19-30 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.7 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 48 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 12 | | 6-29 U/L | |
| TSH | | 0.05 L | mIU/L | QWA |
| | | | Reference Range | |
| | | | > or = 20 Years   0.40-4.50 | |
| | | | Pregnancy Ranges | |
| | | | First trimester    0.26-2.66 | |
| | | | Second trimester   0.55-2.73 | |
| | | | Third trimester    0.43-2.91 | |
| THYROGLOBULIN PANEL | | | | QCA |
| THYROGLOBULIN ANTIBODIES | <1 | | < or = 1 IU/mL | |
| THYROGLOBULIN | | 0.6 L | 2.8-40.9 ng/mL | |

     This test was performed using the Beckman Coulter
     chemiluminescent method. Values obtained from
     different assay methods cannot be used
     interchangeably. Thyroglobulin levels, regardless
     of value, should not be interpreted as absolute
     evidence of the presence or absence of disease.

     Effective June 2, 2014, the Beckman Coulter
     thyroglobulin immunoassay will replace the previous
     Siemens method. For patients followed by serial
     thyroglobulin testing, order code 92154 - Thyroglobulin,
     Rebaseline - will be available for 60 days through
     August 4, 2014 to assist with transition to the new
     assay.

Received  8/11
Call  No Call
Call/Normal
Call/Message  10/9
Marie?

I ab LHuE2

8/3  06/4599

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC816395V                          PAGE 1 OF 2
                              Printed by Care360 AutoReceive on 08/08/14 at 04:00pm.
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

© 2009 Quest Diagnostics Incorporated. All rights reserved.  SDX - 14500.

Liberty 004599

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG        FAX No. 203 248 6933            P. 004

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**
**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen: WC816395V | Client #: 22218614 |
| | Collected: 08/06/2014 / 13:03 EDT | HESLIN, MARIE |
| **DOB:** REDACTED   **AGE:** 36 | Received: 08/07/2014 / 00:28 EDT | |
| Gender:   F | Reported: 08/08/2014 / 12:28 EDT | |
| Patient ID: REDACTED | | |
| Health ID: REDACTED | | |

PERFORMING SITE:
QCA   QUEST DIAGNOSTICS-CAMBRIDGE, 415 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139-4102 Laboratory Director: SALIM E. KABAWAT, MD, CLIA: 22D0076329
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0093126

Printed by Care360 AutoReceive on 08/08/14 at 04:00pm.
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

© 2009 Quest Diagnostics Incorporated. All rights reserved. SC25 - 749091.

Liberty004600

OCT/27/2015/TUE 02:01 PM   DR. ROBERT LANG        FAX No. 203 248 6933              P. 005

Quest Diagnostics Incorporated

 Quest Diagnostics

**Report Status: Partial**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen:   WC816395V | Client #: 22218614    60010000 |
| | Requisition: 0028640 | HESLIN, MARIE |
| **DOB:** REDACTED/   **AGE:** 36 | | ROBERT LANG,MD,PC |
| Gender:   F | | 60 WASHINGTON AVE |
| Phone:   860.308.2050 | Collected:   08/06/2014 / 13:03 EDT | HAMDEN, CT 06518-3271 |
| Patient ID: REDACTED | Received:   08/07/2014 / 00:28 EDT | |
| Health ID: REDACTED | Reported:   08/07/2014 / 07:42 EDT | |

Received  *8/7/14*
Call         No Call
Call/Normal
Call/Message  *10/9/14*
                      *Marie*

**COMMENTS:**     FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | QWA |
| GLUCOSE | 89 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE | 0.82 | | 0.50-1.10 mg/dL | |
| eGFR NON-AFR. AMERICAN | 92 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 107 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.7 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 105 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 19-30 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.3 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.7 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 48 | | 33-115 U/L | |
| AST | 15 | | 10-30 U/L | |
| ALT | 12 | | 6-29 U/L | |
| TSH | | 0.05 L | mIU/L | QWA |

Reference Range

> or = 20 Years   0.40-4.50

Pregnancy Ranges
First trimester   0.26-2.66
Second trimester   0.55-2.73
Third trimester   0.43-2.91

**PENDING TESTS:**

| THYROGLOBULIN PANEL |
|---|

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0691, 5 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

© 2009 Quest Diagnostics Incorporated. All rights reserved. SGZX - 149790

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC816395V                    PAGE 1 OF 1

Que ... est Diagnostics ... ... .. cd .. go and all associate ... .. of Diagnostics marks are the trademarks o: Ques ... ...          Liberty004601

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG        FAX No. 203 248 6933              P. 006

 Quest
Diagnostics

Quest Diagnostics Incorporated

**Report Status: Final.**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED   **AGE:** 36<br>Gender:    F<br>Phone:    860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED | Specimen:    WC434202S<br>Requisition: 0026867<br>Lab Ref #:    0026867<br>Collected:    04/25/2014 / 12:20 EDT<br>Received:    04/26/2014 / 03:02 EDT<br>Reported:    04/28/2014 / 15:32 EDT | Client #: 22218614     60010000<br>HESLIN, MARIE<br>ROBERT LANG,MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | | 6.73 H | mIU/L | QWA |

Reference Range

> or = 20 Years    0.40-4.50

Pregnancy Ranges
First trimester     0.26-2.66
Second trimester    0.55-2.73
Third trimester     0.43-2.91

THYROGLOBULIN (PANEL)                                                                QWA
THYROGLOBULIN ANTIBODIES        <20              <20 IU/mL
THYROGLOBULIN                   2.4              2.0-35.0 ng/mL

This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 007

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A** | Specimen: WC006216U | Client #: 22218614    60010000 |
| | Requisition: 0027747 | HESLIN, MARIE |
| **DOB:** REDACTED7    **AGE: 36** | | ROBERT LANG,MD,PC |
| Gender:    F | Collected:   05/20/2014 / 12:31 EDT | 60 WASHINGTON AVE |
| Phone:    860.308.2050 | Received:   05/20/2014 / 21:53 EDT | HAMDEN, CT 06518-3271 |
| Patient ID: REDACTED | Reported:   05/21/2014 / 13:11 EDT | |
| Health ID: REDACTED | (* A Copy Sent To) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | | 0.30 L | mIU/L | QWA |

Reference Range

> or = 20 Years  0.40-4.50

Pregnancy Ranges
First trimester      0.26-2.66
Second trimester   0.55-2.73
Third trimester     0.43-2.91

**PERFORMING SITE:**
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

* Copy To Client: SPEARS HALEY A

Received  5.22.14
Call      No Call      ?Ov    7.10.14
Call/Normal                  marie
Call/Message

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC006216U          PAGE I OF I
Printed by Care360 AutoReceive on 05/22/14 at 09:02am.
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.          Liberty004603

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 008

To: ROBERT LANG From: hammerfax@ssimed.com Page 2 of 2

 **HAMMERS HEALTHCARE**

**Lynwood Hammers, DO**
Medical Director, Board Certified Radiologist

Name: HALEY SPEARS                    DOB: REDACTED
Account#/Xref#: 000051581/51581
Referring Physician: ROBERT LANG, MD

Date of Service: 06/11/2014

HEAD AND NECK ULTRASOUND

HISTORY: History of thyroidectomy for papillary CA. The patient is post-op 1 year.

There is a history of elevated thyroglobulin level.

A dedicated bilateral assessment of the central and lateral neck was performed. The patient was scanned from the mandible to the sternum centrally and laterally from the mandible/skull base to the clavicle.

There is no definitive soft tissue density in the thyroid bed. The lateral neck shows scattered lymph nodes, none of which contain calcification or cystic component.

CONCLUSION: No definitive metastatic disease at this time. If thyroglobulin levels remain elevated, a repeat ultrasound in 6 months would be suggested.

Interpreted by: LYNWOOD HAMMERS, DO

Electronically signed by:

Transcribed by:
LIWE
06/12/2014 03:28PM

CC:

Received 6-13-14
Call   No Call
Call/Normal      ?Ov
Call/Message

7-10-14

---

2 Church Street South, Suite 110, New Haven, Connecticut 06519
Tel (203) 773.8959 • Fax (203) 773.8962

Liberty004604

OCT/27/2015/TUE 02:02 PM   DR. ROBERT LANG      FAX No. 203 248 6933      P. 009



**HAMMERS HEALTHCARE IMAGING, LLC**

**FAXED TO**

# ULTRASOUND

**Lynwood Hammers, DO, FAOCR**
Medical Director, Board Certified Radiologist

Referring Physician
**Post Thyroidectomy Ultrasound**

Name: _Haley Spears_          DOB: REDACTED   DATE: _6/11/14_

Referred by: _Languo_

Prior History & Indications: _H/D Thy CA_
_Abnormal Bloodwork_
_postop-1yr_          _↑Tgh_

Right Thyroid Bed: _WNL_

Lymph Nodes:
L3 −, 6
L5 −, 5
L1 −. 5

Left Thyroid Bed: _WNL_

Lymph Nodes:
L4 − 4    5, 6
LU − 3    5, 7
L4 .4    2 − 9

Parathyroids: Y ( N )

Right: _____

Left: _____

Biopsy: Y ( N )

Rt thy bed _____

Lt thy bed _____

Rt LN _____ Lt LN _____

Impression: _____
_____

Sonographer's signature: _V10.87uuc_

Physician's signature: _____

Received _6−12−14_
Call  No Call
Call/Normal    20v      (M)
Call/Message   7 −10 −14

2 Church Street South, Suite 110, New Haven, CT 06519
Tel (203) 773.8959 • Fax (203) 773.8962 • www.hammersimaging.com

Liberty004605

OCT/27/2015/TUE 02:02 PM  DR. ROBERT LANG       FAX No. 203 248 6933          P. 010
Sent 12/07/2013 at 13:20:44 — from — to 203 318 5203 p2/3 r


YALE-NEW HAVEN HOSPITAL


DEPARTMENT OF
**PATHOLOGY**


YALE SCHOOL OF MEDICINE

20 York Street, EP 2-631
New Haven, CT 06504

Phone: (203) 785-2788
Fax: (203) 785-7146

## SURGICAL PATHOLOGY REPORT

*Patient:* **SPEARS, HALEY**
MR #: MR2315066 (YNHH=2364654)
*DOB/Age/Sex:* 1REDACTED (Age: 35) F
YNHH Visit #: 87262569 (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* **S13-16068**
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

**Clinical History and Impression:**
{Not Available}

**Specimen(s) Received:**
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

### THYROID, TOTAL THYROIDECTOMY:

- **INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,** SEE SYNOPTIC SUMMARY
- MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE HYPERPLASTIC ADENOMATOID NODULES, SOME WITH HURTHLE CELL CHANGE
- FIVE BENIGN LYMPH NODES (0/5)

### SYNOPTIC SUMMARY

#### MALIGNANT NEOPLASM OF THE THYROID

| | |
|---|---|
| **Procedure:** | Total thyroidectomy |
| **Tumor Focality:** | Unifocal |
| **Tumor Location:** | Isthmus |
| **Tumor Size:** | 0.4 cm |
| **Histologic Type:** | **Papillary thyroid microcarcinoma** |
| **Tumor Capsule:** | No capsule identified |
| Tumor Extension | |
| **Lymphovascular Invasion:** | Not identified |
| **Extrathyroidal Extension:** | Not identified |
| **Surgical Margins:** | Close |
| **Closest Margin:** | Posterior |
|   **Distance from margin:** | Less than 1 mm |
| Lymph Nodes (Total) | |
| **Lymph Nodes Examined (Total):** | 5 |
|   **Lymph Nodes Involved (Total):** | 0 |
| Staging | |

SPEARS, HALEY               Printed by: Beverly S. Allen 7/12/13 1:13 PM                  Page 1 of 2

Liberty004606

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG          FAX No. 203 248 6933              P. 011

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY A**

© 2009 Quest Diagnostics Incorporated. All rights reserved. SZX: 14370L

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED    **AGE:** 36<br>Gender:   F<br>Phone:    860.308.2050<br>Patient ID: REDACTED<br>Health ID: REDACTED        0 | Specimen:   WC842832U<br>Requisition: 0019167<br><br>Collected:   06/25/2014 / 13:52 EDT<br>Received:    06/26/2014 / 03:33 EDT<br>Reported:    07/03/2014 / 11:27 EDT<br>(* A Copy Sent To) | Client #: 22218921        60010000<br>LANG, ROBERT<br>ROBERT LANG,MD,PC<br>11 WOODLAND RD 2ND FLR<br>MADISON, CT 06443-2342 |

**COMMENTS:**    FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | | 0.05 L | mIU/L | QWA |
| | | | Reference Range | |
| | | | > or = 20 Years   0.40-4.50 | |
| | | | Pregnancy Ranges | |
| | | | First trimester    0.26-2.66 | |
| | | | Second trimester   0.55-2.73 | |
| | | | Third trimester    0.43-2.91 | |
| THYROGLOBULIN PANEL | | | | QCA |
| THYROGLOBULIN ANTIBODIES | <1 | | < or = 1 IU/mL | |
| THYROGLOBULIN | | <0.1 L | 2.8-40.9 ng/mL | |

This test was performed using the Beckman Coulter
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. Thyroglobulin levels, regardless
of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

Effective June 2, 2014, the Beckman Coulter
thyroglobulin immunoassay will replace the previous
Siemens method. For patients followed by serial
thyroglobulin testing, order code 92154 - Thyroglobulin,
Rebaseline - will be available for 60 days through
August 4, 2014 to assist with transition to the new
assay.

| RED BLOOD CELL ANTIGEN | | | | QCA |
|---|---|---|---|---|
| TYPING | | | | |
| ANTIGEN: | | LEWIS B AND A1 | | |
| ANTIGEN TYPE: | | POSITIVE FOR LE B | | |
| ANTIGEN TYPE: | | POSITIVE FOR A1 | | |

**PERFORMING SITE:**

QCA   QUEST DIAGNOSTICS-CAMBRIDGE, 415 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139-4102 Laboratory Director: SALIM E. KABAWAT, MD, CLIA: 22D0076229
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH,MD, CLIA: 07D0093126

* Copy To Client: SPEARS HALEY A

Received: _____ 7/7/14
I Called No Call
Call/normal
Call/message: _____ 7/10/14
Marie

CLIENT SERVICES: 1.866.697.8378                SPECIMEN: WC842832U                PAGE 1 OF 1
                          Printed by Care360 AutoReceive on 07/03/14 at 03:00pm.
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.        Liberty004607

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 012

  

YALE PATHOLOGY
LABORATORIES

DEPARTMENT OF
**PATHOLOGY**
CT Licenses CL-60M; CL-60M, NY License #4161/65

YALE SCHOOL OF
MEDICINE

20 York Street, EP 2-631
New Haven, CT 06504

Phone: (203) 785-5430
Fax: (203) 785-2841

# CYTOLOGY REPORT

*Patient:* **SPEARS, HALEY**
*MR #:*
*DOB/Age/Sex:* REDACTED   (Age: 35) F
*Client:* Office of Dr. Hammers
*Submitting Physician:* Lynwood W. Hammers, D.O.
*Other Physicians:* Robert Lang, M.D.

*Accession #:* **ON13-507**
*Taken:* 3/6/2013
*Accessioned:* 3/7/2013 07:40

*Reported On:* 3/11/2013 18:45

**Clinical History and Impression:**

ISTHMUS – RULE OUT PAPILLARY. LEFT – RULE OUT FOLLICULAR.

## FINAL DIAGNOSIS

1&2.  THYROID, ISTHMUS, FINE NEEDLE ASPIRATION AND WASH:

     - SPECIMEN IS ADEQUATE FOR INTERPRETATION.
     - **INDETERMINATE**
     - **NUCLEAR ATYPIA.**

     DESCRIPTION:

         Cellularity is low. Architecture includes microfollicles and macrofollicles.  A subset of follicular cells show nuclear enlargement and nuclear elongation.  Colloid is scant. Few lymphocytes are present.

Note: BRAF mutation analysis has been ordered and will be reported in an addendum.

At our institution, the term "Indeterminate", corresponds to the NCI 2007 guidelines category "Follicular cells of undetermined significance." Lesions designated as such may benefit from re-aspiration in the appropriate clinical context.

3&4.  THYROID, LEFT, FINE NEEDLE ASPIRATION AND WASH:

     - SPECIMEN IS ADEQUATE FOR INTERPRETATION.
     - **HURTHLE CELL NEOPLASM.**

     DESCRIPTION:

Received 3/8/13
Call          No Call
Call/Normal
Call/Message          POV 3/22/1;
Dr. La

         Cellularity is moderate. Architecture includes microfollicles and macrofollicles. Individual cells show Hurthle cells changes in abundance. Colloid is present.

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 013

SPEARS, HALEY REDACTED)                    CYTOLOGY REPORT                          ON13-507

In our institution the terms "Follicular Neoplasm" and "Hurthle Cell Neoplasm" refer to a group of lesions in the thyroid that include: Follicular hyperplasia, Follicular adenoma, Hurthle cell adenoma, Follicular carcinoma, Hurthle cell carcinoma, Follicular variant of papillary carcinoma, and oncocytic variant of papillary carcinoma. Approximately 30% of lesions in this classification are found to be malignant.

This case was shown at the Cytopathology intradepartmental consensus conference on 3/11/13.

***Electronically Signed Out***
skz/3/11/2013                                            Guoping Cai, M.D.
                                                        Vikram T. Kapoor, SCT(ASCP)

**Gross Description**

1. ISTHMUS THYROID - FNA:  6 SLIDES RECEIVED.

2. ISTHMUS THYROID - FNA WASH:  10cc OF FLUID RECEIVED IN CYTORICH RED.

3. LEFT THYROID - FNA:  6 SLIDES RECEIVED.

4. LEFT THYROID - FNA WASH:  10cc OF FLUID RECEIVED IN CYTORICH RED.

**Specimen(s) Received:**
1:ISTHMUS THYROID - FNA
2:ISTHMUS THYROID - FNA WASH
3:LEFT THYROID - FNA
4:LEFT THYROID - FNA WASH

**Part 1: ISTHMUS THYROID - FNA**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| ISTHMUS FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |

**Part 2: ISTHMUS THYROID - FNA WASH**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| BRAF x 1 | (none) | 3/11/2013 18:02 / SKZ | Ordered |
| ISTHMUS WASH x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |

**Part 3: LEFT THYROID - FNA**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |
| LT THYR FNA x 1 | (none) | 3/7/2013 07:40 / KMD | Cut |

**Part 4: LEFT THYROID - FNA WASH**

| Stain/cnt | Block | Ordered | Status |
|---|---|---|---|
| LT THY FNA WASH x 1 | (none) | | 3/7/2013 07:40 / KMD |
| Cut | | | |

Liberty004609

OCT/27/2015/TUE 02:03 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 014

# ULTRASOUND



**HAMMERS**
**HEALTHCAREIMAGING, LLC**

**Lynwood Hammers, DO, FAOCR**
Medical Director, Board Certified Radiologist

## Thyroid Ultrasound
REDACTED

Name: _Haley Spears_          DOB: _____          DATE: _3-6-13_

Referred by: _Lang_

History & Indications: _MNG  ? Follicular_

Right: _5.4 x 1.6 x 1.6 cm_

Nodules: (Y)  N

UP: _1.0 x 1.6 x .8 cm_

MP: _.7 x .5 x .4 cm_

IP: _.4 x .5 x .4 cm_

LP: _7.9 x .4 x 1.4 cm_

Isthmus: _.5 cm_

Nodules: (Y)  N

Size: _6 x 9 x .5, .5 x .3 x .6_

Left: _5 x 1.9 x 1.7 cm_

Nodules: (Y)  N

UP: _____

MP: _1.2 x .7 x 1.1, 1.2 x 1.3 x 1.4 cm_

LP: _.7 x .5 x .6 cm_

Parathyroids: Y  (N)   R _____   L _____

Abnormal LN: Y  (N)   R _____   L _____

Biopsy: (Y)  N   RT _____   Isthmus _✓_   LT _✓_   RTLN _____   LTLN _____

**IMPRESSION:**

~~Probable Benign:~~   MNG _____   Colloid cyst _____   Hemorrhagic _____   Thyroiditis _____

(Indeterminate)   R/O follicular _____   R/O cancer _____

Consider:  Pap _____   Med _____   Anaplastic _____   Other _____

LN:  Probable Benign _____   Indeterminate _____   Consider Mets _____

_Isth + L nodul_

Sonographer's signature: _____

Physician's signature: _____

Received _3-7-13_
Call  No Call
Call/Normal          _Dr. L_
Call/Message         _90%_  _3-22-13_

2 Church Street South, Suite 110, New Haven, CT 06519
Tel (203) 773.8959 • Fax (203) 773.8962 • www.hammersimaging.com          Liberty004610

OCT/27/2015/TUE 02:04 PM   DR. ROBERT LANG          FAX No. 203 248 6933               P. 015

To: ROBERT LANG From: hammerfax@ssimed.com Page 2 of 3

 **HAMMERS**

**Lynwood Hammers, DO**
Medical Director, Board Certified Radiologist

Name: HALEY SPEARS                    DOB: REDACTED
Account#/Xref#: 000051581/51581
Referring Physician: ROBERT LANG, MD

Date of Service: 03/06/2013

**THYROID ULTRASOUND WITH CONSULT FOR BIOPSY**

HISTORY: Patient had recent biopsy of left nodule revealing follicular neoplasia. The patient was
sent for possible rebiopsy. There is no family history of thyroid cancer nor is there a history of
radiation.

The right lobe is 5.4 x 1.6 x 1.6 cm and the left, 5 x 1.9 x 1.7 cm. There are bilateral nodules with the
largest nodule on the right, 1.9 cm in the lower pole and an echogenic mass on the left measuring 2.1 x
1.3 x 1.4 cm. Of note is an isthmic nodule measuring 0.6 cm which is hypoechoic and bulges beyond
the capsule. There is no evidence of abnormal lymph nodes.

CONCLUSION: Probable follicular neoplasia on the left with an indeterminate isthmic nodule. The
patient requests rebiopsy of the left thyroid nodule. The patient requests rebiopsy of the left thyroid
nodule as well the isthmic nodule.

**ULTRASOUND GUIDED BIOPSY OF LEFT ECHOGENIC MASS**

The biopsy procedure was explained to the patient with the risks and benefits indicated. The patient
agreed to the biopsy.

After sterile preparation, three passes were made with a 25-gauge needle into various aspects of the
mass with documentation of the needle passage. The patient tolerated the procedure well. Post-biopsy
instructions were given to the patient with explanation of possible complications.

CONCLUSION: Ultrasound guided biopsy of an indeterminate nodule raising the possibility of
follicular neoplasia.

**ULTRASOUND GUIDED BIOPSY OF ISTHMIC NODULE**

The biopsy procedure was explained to the patient with the risks and benefits indicated. The patient
agreed to the biopsy.

*CV 3|11|13*

2 Church Street South, Suite 110, New Haven, Connecticut 06519     *Received 3-8-13*
Tel (203) 773.8959 ▪ Fax (203) 773.8962                            No Call
                                                                   Normal    ?0v
                                                                   Message
                                                                   Liberty004611

OCT/27/2015/TUE 02:04 PM   DR. ROBERT LANG       FAX No. 203 248 6933          P. 016

To: ROBERT LANG From: hammerfax@ssimed.com Page 3 of 3

 **HAMMERS**

**Lynwood Hammers, DO**
Medical Director, Board Certified Radiologist

After sterile preparation, three passes were made with a 25-gauge needle into various aspects of the mass with documentation of the needle passage. The patient tolerated the procedure well. Post-biopsy instructions were given to the patient with explanation of possible complications.

CONCLUSION: Ultrasound guided biopsy of hypoechoic indeterminate mass.

Interpreted by: LYNWOOD HAMMERS, DO

Electronically signed by:

*Lynwood Hammers Do*

Transcribed by:
HOLLAN
03/07/2013 03:25PM

CC:

---

Liberty004612

OCT/27/2015/TUE 02:04 PM   DR. ROBERT LANG        FAX No. 203 248 6933              P. 017

①

**PHYSICAL**

NAME: _Hally Speas_          EXAM DATE: 2/21/13

Blood Pressure: 130/78  Pulse: 108  Height: 64    Weight: 132  Gluc: ___  BMI 22.5 WC: ___ cm

**GENERAL:** WNL
Cushingoid / Acromegalic Features: WNL

**CARDIAC:**
rate _W_ rhythm _W_ murmur Ø  S3 / S4 / click

**SKIN/SCARS:**
color          rashes / lesions / acne Ø
hyperpigmentation          vitiligo
acanthosis nigricans     xanthomas
ecchymosis     myxedema

| Pulses: | carotid | femoral | poplit | post tibial | dors pedis |
|---------|---------|---------|--------|-------------|------------|
| Right   |         |         |        |             |            |
| Left    |         |         |        |             |            |

Bruit-circle

**HAIR:** pattern / loss
thin / coarse / alopecia
hirsutism                    F-G score

**HEENT:**
Pupils: _____ EOM _N_
sclera     conjunctiva     eyebrows
Fundi:
peri-orbital edema
lid lag / retraction     exophthalmos / proptosis Ø
Hertel(18) R___ L___   visual fields
mouth/throat:     dentition

**ABDOMEN:**
protuberant / obese / flat / scaphoid  scars
violaceous / non-pigmented  striae
soft          tenderness / guarding
masses/hernias          rebound
hepato/splenomegaly          size/edge
BS          bruits: aortic / renal

**GYN/GU:**
escutcheon          Tanner stage
prostate          gulac

**NECK:**
Trachea: midline / deviated   symmetrical   masses
dorsocervical fat pad     supraclavicular fullness

**EXTREMITES:**
cyanosis / clubbing / edema
Lesions / ulcers
amputations
joints
atrophy

**THYROID:** L 7 R enlarged
soft / firm / hard     fixed / moves freely     tender
normal / enlarged   smooth / bosselated     size ___ gm
symmetrical / asymmetrical   nodules
substernal extension          bruits

**NEURO:**
mental status _N_     mood _N_  affect _N_
cranial nerves
motor
sensation: vibration(128cps
          monofilament
cheiroarthropathy
Dupuytrens / Charcot
tremor

**LYMPH:**
supraclavicular     axillary     inguinal          cervical

**RESP:** Lungs
**BACK /SPINE / CVA:**
tender          kyphosis / scoliosis

DTR'S: 2+/4

**CHEST:**
Breast: M   F   Tanner stage
masses          discharge          deformity

Right foot          Left foot

gynecomastia

**ASSESSMENT:** hypothyroid
MNG

**PLAN** 1. labs
2. US Dr Hammes by annua suprasternal nodule
send guamos right by tub

**COUNSELING:**

Revisit: 2 wks   MPNE Dr Lang

**LABS:** TTB, Anti-caposf
WL

**COORDINATION OF CARE:**



OCT/27/2015/TUE 02:05 PM   DR. ROBERT LANG          FAX No. 203 248 6933                    P. 018

page ②

**Robert Lang, MD, PC**          **FOLLOW-UP NOTE**     Patient Name: _Haley Spears_
                                                        □ Endocrine
Date: _3-22-13_      Time: _2:42_                        □ Rheumatology
                                                        □ Osteoporosis
Follow-up for: _thyroid biopsy_

S: _About the same_                                     **Medications**
_pantoprazole → Dexilant_                               _Montelukast_
                                                        _Dexalant_
                                                        _famotidine_

□ Exercise
□ Smoking
**ROS: Constitutional:** □unremarkable □weight changes  □ cold/heat intolerances □fatigue □fevers/chills
**Integument:** □unremarkable □Raynaud's □dry skin □rash / easy bruisability □nail changes  □hair changes
**Eyes:** □unremarkable □visual changes **HENT:** □unremarkable □dryness □oral ulcers □neck tenderness
**Cardio:** □unremarkable □chest pain □palpitations  **Pulm:** □unremarkable □dyspnea /SOB □cough
**GI:** □unremarkable □anorexia □Nausea/vomiting □dysphagia □dyspepsia/reflux □constipation  □diarrhea
**GU:** □unremarkable □dysuria □kidney stones  □polyuria □ nocturia □incontinence
**Endocrine:** □unremarkable □polydipsia □diaphoresis / hot flashes  **Musculoskeletal:** □unremarkable      _Vit. D >2000_
□edema □arthralgias / myalgias □height loss □AM stiffness □pain location(s):_____
**Psych:** □unremarkable □Depression □Anxiety □memory loss □poor sleep
**Neuro:** □unremarkable □ numbness/ tingling □muscle weakness □HA/dizziness
Other:_____                                            ● All other ROS otherwise negative

O: BP: 110/70  P: 64  Ht: 5'4½  Wt: 131  BMI: 21.5  WC:_____

**Derm:**_____                                       ●unremarkable              **Labs**
**HEENT:** EOM_____ □ proptosis □lid lag □periorbital edema □ oropharynx
MM_____ other:_____                                      ●unremarkable
**Neck:** thyroid: _N A/S_          **Lymph:**_____       ●unremarkable
**Cardio:** □S1S2 □RRR □irregular_____ □murmur_____ periph pulses_____
**Pulm:**_____                                          □unremarkable
**GI:**_____                                            □unremarkable
**Musculoskel:** □spine_____ kyphosis / scoliosis □synovitis_____
□effusion_____ □warmth/erythema_____ □ROM_____
□crepitus_____ □clubbing □ edema_____                   ●unremarkable
**Neurologic:** CN_____ Sensory_____ DTR_____ □Babinski
motor strength_____ □ tremors   monofilament_____       ●unremarkable

Assessment: 1) _Chronic Lyme_      3) _Hashimoto's_      5) _Indeterminant FNA ×_
            2) _MNG_                4) _B12 def_          6)

Plan:                                                   **BMD   T-score  /%Δ**
1. _Cortisol, PA panel_                                 Spine
2. _I highly recommended that she have thyroidectomy    Fem. neck
   b/c both FNA are suspicious and she has risk          Total hip
   of cancer c Hashimoto & surgeon will limit of         1/3 forearm
3. _she is given that early excision will limit of
   metastatic cancer if it is present_

● Pt advised of proper dosage, precautions, and potential complication of med prescribed : _Vit D, Iodine_
● Pt given counseled or educational material on _life style thyroid cancer, hypothyroidism_
Follow-up:_____ weeks / months with labs prior to next visit_____     ☑ Over 50% face-to-face time w/counseling
Signed: _Robert Lang_                                   Time Out: _325_

Liberty004614

OCT/27/2015/TUE 02:05 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 019

page (3)

**Robert Lang, MD, PC**          **FOLLOW-UP NOTE**          Patient Name: _Hailey Spears_

Date: _9-3-13_          Time: _____          ☐ Endocrine
                                              ☐ Rheumatology
                                              ☐ Osteoporosis

Follow-up for:

S: _here post op – had labs today, endat on_
_feelin ok but not 100% × i weeks_
_Also  sees  endocrinologist in Hartford_
_____
_____
_____

**Medications**

_Synthroid_
_88 mcg_
_6/wks_

_Propstanue_
_cream_
_10-15 ds_
_prin to_
_cycle_

_inhaler_

☐ Exercise_____
☐ Smoking
**ROS: Constitutional:** ☐unremarkable ☐weight changes  ☐ cold/heat intolerances ☐fatigue ☐fevers/chills
**Integument:** ☐unremarkable ☐Raynaud's ☐dry skin ☐rash / easy bruisability ☐nail changes ☐hair changes
**Eyes:** ☐unremarkable ☐visual changes **HENT:** ☐unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
**Cardio:** ☐unremarkable ☐chest pain ☐palpitations  **Pulm:** ☐unremarkable ☐dyspnea /SOB ☐cough
**GI:** ☐unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☐constipation ☐diarrhea
**GU:** ☐unremarkable ☐dysuria ☐kidney stones  ☐polyuria ☐ nocturia ☐incontinence
**Endocrine:** ☐unremarkable  ☐polydipsia ☐diaphoresis / hot flashes  **Musculoskeletal:** ☐unremarkable
☐edema  ☐arthralgias / myalgias ☐height loss ☐AM stiffness ☐pain location(s):_____
**Psych:** ☐unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep.
**Neuro:** ☐unremarkable ☐ numbness/ tingling· ☐muscle weakness ☐HA/dizziness
Other:_____   ☐ All other ROS otherwise negative

O: BP: _110/70_ P: _68_  Ht: _5'4"_ Wt: _132_ BMI: _22_      WC:
Derm: _____      ☐unremarkable
**HEENT: EOM**_____   ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx____
MM____ other:_____   ☐unremarkable
**Neck: thyroid:** _will heal/scar_ **Lymph:** _☐_ _____ ☐unremarkable
**Cardio:** ☐S1S2 ☐RRR ☐irregular_____ ☐murmur____ periph pulses_____
**Pulm:**_____   ☐unremarkable
· **GI:** _____   ☐unremarkable
**Musculoskel:** ☐spine_____kyphosis / scoliosis ☐synovitis_____
☐effusion_____☐warmth/erythema_____ ☐ROM_____
☐crepitus_____ ☐clubbing ☐ edema_____   ☐unremarkable
**Neurologic: CN**____Sensory____ DTR____ ☐Babinski____
motor strength_____ ☐ tremors   monofilament_____   ☐unremarkable

_did labs_
_p KY_
_in am_

Assessment: 1) _hypothyroid p surj_     3)          5)
            2) _hx micro papillary_ 4)          6)
Plan:

_1 obtain results Collaborative Labs_
_Farmington Ave N Hartfrd_

_2 √ thyroglobulin, Adrenal level_

_3 US 6 months postop_

| | BMD | T-score / % |
|---|---|---|
| Spine | | |
| Fem. neck | | |
| Total hip | | |
| 1/3 forearm | | |

☐ Pt advised of proper dosage, precautions, and potential complication of med prescribed : _Synthyroid_
☐ Pt given counseled or educational material on _____
Follow-up: _2_ weeks / months with labs prior to next visit_____

Signed: _____          ☐ Over 50% face-to-face time w/counseling
                                    Time Out:
                                              Liberty004615

OCT/27/2015/TUE 02:05 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 020

page 4

Robert Lang, MD, PC          FOLLOW-UP NOTE          Patient Name: Haley Spears

Date: 11-27-13          Time: _____          ☑ Endocrine
                                                ☐ Rheumatology
                                                ☐ Osteoporosis

Follow-up for:

S: Had recent labs ā Oct m, Hartford Endo &
   also seeing labs ā also seen prolactin
   H/o food sensativity, Feels better than
   but Sinus infection now w/ congest.

**Medications**

Sz nthroid
/ 100 mcg &

☐ Exercise _____
☐ Smoking _____

ROS: Constitutional: ☐unremarkable ☐weight changes  ☐ cold/heat intolerances ☐fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☐dry skin ☐rash / easy bruisability ☐nail changes  ☐hair changes
Eyes: ☐unremarkable ☐visual changes HENT: ☐unremarkable ☐dryness ☐oral ulcers  ☐neck tenderness
Cardio: ☐unremarkable ☐chest pain ☐palpitations  Pulm: ☐unremarkable ☐dyspnea /SOB ☐cough
GI: ☐unremarkable ☐anorexia ☐Nausea/vomiting  ☐dysphagia  ☐dyspepsia/reflux  ☐constipation  ☐diarrhea
GU: ☐unremarkable ☐dysuria ☐kidney stones  ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☐unremarkable  ☐polydipsia  ☐diaphoresis / hot flashes  Musculoskeletal: ☐unremarkable
☐edema ☐arthralgias / myalgias ☐height loss ☐AM stiffness ☐pain location(s):
Psych: ☐unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep
Neuro: ☐unremarkable ☐ numbness/ tingling ☐muscle weakness ☐HA/dizziness
Other: _____          ☐ All other ROS otherwise negative

O: BP: 120/76  P: 72  Ht: 5'4½  Wt: 127  BMI: 21.5  WC: _____

Derm: _____          ☐unremarkable
HEENT: EOM _____   ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx _____
MM _____ other: _____          ☐unremarkable
Neck: thyroid: _____          Lymph: _____          ☐unremarkable
Cardio: ☐S1S2 ☐RRR ☐irregular _____ ☐murmur _____ periph pulses _____
Pulm: _____          ☐unremarkable
GI: _____          ☐unremarkable
Musculoskel: ☐spine _____          kyphosis / scoliosis ☐synovitis _____
☐effusion _____ ☐warmth/erythema _____ ☐ROM _____
☐crepitus _____ ☐clubbing ☐ edema _____          ☐unremarkable
Neurologic: CN _____ Sensory _____          DTR _____ ☐Babinski _____
motor strength _____ ☐ tremors     monofilament _____          ☐unremarkable

**Labs**
n me

Assessment: 1) hypothyroid p Surg     3)          5)
            2) h/t papillary ca        4)          6)

Plan:

1- get recent labs ā from Dr. Oberstein
   Flu pnd results
2 US 1 yr from surg for Flu

**BMD    T-score / %Δ**
Spine
Fem. neck
Total hip
1/3 forearm

☐ Pt advised of proper dosage, precautions, and potential complication of med prescribed : Synthroid
☐ Pt given counseled or educational material on _____
Follow-up: 6 weeks / months with labs prior to next visit  TSH  (FT4)
Signed: _____ ACLN          ☐ Over 50% face-to-face time w/counseling
                               Time Out:

Liberty004616

OCT/27/2015/TUE 02:06 PM   DR. ROBERT LANG        FAX No. 203 248 6933        P. 021

page 5

**Robert Lang, MD, PC**          FOLLOW-UP NOTE          Patient Name: Haley Spears

Date: 4/28/14     Time: 2:05       ☑ Endocrine
                                   ☐ Rheumatology     No longer Sears Wester
                                   ☐ Osteoporosis

Follow-up for: Thyroid

S: For the past week extremely constipated/bloated /Nausea
✗ Hashimoto: toad sensitivity test — no dairy/pineapple/banana/yeast
Thyroidectomy     Elimination diet — added dairy → diarrhea
                  Almond/tomato/pineapple → full on flare
     Test told no problem I what — continues to eat Marked

☐ Exercise _____
☐ Smoking _____
ROS: Constitutional: ☐unremarkable ☑weight changes ☐ cold/heat intolerance ☑fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☐dry skin/rash ☐easy bruisability ☐nail changes ☐hair changes
Eyes: ☑unremarkable ☐visual changes  HENT: ☐unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
Cardio: ☑unremarkable ☐chest pain ☐palpitations  Pulm: ☑unremarkable ☐dyspnea /SOB ☐cough
GI: ☑unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☑constipation ☐diarrhea
GU: ☑unremarkable ☐dysuria ☐kidney stones ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☐unremarkable ☐polydipsia ☐diaphoresis /hot flashes  Musculoskeletal: ☑unremarkable
☐edema ☐arthralgias / myalgias ☐height loss ☐AM stiffness ☐pain location(s):
Psych: ☑unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep
Neuro: ☑unremarkable ☐ numbness/ tingling ☐muscle weakness ☐HA/dizziness
Other:                              ☐ All other ROS otherwise negative

O: BP: 100/60  P: 80  Ht: 5'4½  Wt: 134  BMI:        WC:

Derm: _____ Alive _____                    ☐unremarkable
HEENT: EOM _Intact_  ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx
MM ___ other: ___                              ☐unremarkable
Neck: thyroid: _bare (-)_ _Scar_ ____ Lymph: ☐         ☐unremarkable
Cardio: S1S2  RRR ☐irregular ____ ☐murmur ___ periph pulses ____
Pulm: ☐                                        ☐unremarkable
GI: _____                                  ☐unremarkable
Musculoskel: ☐spine _____ kyphosis / scoliosis ☐synovitis
☐effusion _____ ☐warmth/erythema _____ ☐ROM
☐crepitus ____ ☐clubbing ☐ edema _____ ☑unremarkable
Neurologic: CN _____ Sensory ____ DTR ___ ☐Babinski
motor strength _____ ☐ tremors  monofilament ____ ☐unremarkable

Assessment: 1) Hypothyroidism    3) Hashimoto's    5) Chronic Lyme
            2) s/o thyroid cancer  4) Hx B12 def    6)

Plan:
① Δ Synthroid to 50 mcg  2½ × 1 month  ✓ √ III (pt requested to go slow)
② Trial of gluten free  for 3-4 weeks despite test nocative
③ Control in the future (not the next time per pt)
④ Hammer's U/s in June
⑤ Fu c from Fa. U/s
⑥ Discuss c Dr Lang — pt wants to go slow c ↑ Thyroid med

☐ Pt advised of proper dosage, precautions, and potential complication of med prescribed :
☑ Pt given counseled or educational material on Gluten free
Follow-up: 2-3 weeks/ months with labs prior to next visit  TSH
                                              ☑ Over 50% face-to-face time w/counseling
Signed: _____ p U/S              Time Out: 2:30

**Medications**

Synthroid 100 mcg
P4 orem  1x100d
Advair
Singulair
Zyrtec or Claritin
Prevacid geron  B4
Famotidine  2 B p
Ester-c or Alka-c
Vit D
Sol Buthroid
Culturelle
Alive liquid Orb
Foll Oil

**Labs**
4/25/14

TSH  6.73

Tg  Pending

Adding:
3/1/14
Tg = 2.4

S.D.  TSH until
Screwed

BMD    T-score / %Δ
Spine
Fem. neck
Total hip
1/3 forearm

Liberty004617

OCT/27/2015/TUE 02:06 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 022

page 6

**Robert Lang, MD, PC**          FOLLOW-UP NOTE          Patient Name: Haley Speas

Date: 7-10-14          Time: 130/4m          ☑ Endocrine
                                            ☐ Rheumatology
                                            ☐ Osteoporosis

Follow-up for: Thyroid

S: Really tired today
   Feeling like not too bad Good
   Lost weight ___ exercising ___ Appetite ↓
   Stressed
   Stay broked ___ Had Single day of stomach upset/diarrhea
   Palpitation - moving + not drinking coffee

☑ Exercise   Running - walking ok
☐ Smoking   (↓)   Jul 16 (3 mo)

ROS: Constitutional: ☐unremarkable ☑weight changes ☐ cold/heat intolerances ☑fatigue ☐fevers/chills
Integument: ☐unremarkable ☐Raynaud's ☑dry skin ☐rash / easy bruisability ☐nail changes ☐hair changes
Eyes: ☑unremarkable ☐visual changes HENT: ☑unremarkable ☐dryness ☐oral ulcers ☐neck tenderness
Cardio: ☑unremarkable ☐chest pain ☑palpitations Pulm: ☑unremarkable ☐dyspnea /SOB ☐cough
GI: ☐unremarkable ☐anorexia ☐Nausea/vomiting ☐dysphagia ☐dyspepsia/reflux ☐constipation ☑diarrhea
GU: ☑unremarkable ☐dysuria ☐kidney stones ☐polyuria ☐ nocturia ☐incontinence
Endocrine: ☑unremarkable ☐polydipsia ☐diaphoresis / hot flashes  Musculoskeletal: ☐unremarkable
☐edema ☐arthralgias ☐myalgias ☐height loss ☐AM stiffness ☐pain location(s): _____
Psych: ☐unremarkable ☐Depression ☐Anxiety ☐memory loss ☐poor sleep Left Needle _____
Neuro: ☑unremarkable ☐ numbness/ tingling ☐muscle weakness ☐HA/dizziness
Other: _____   ☐ All other ROS otherwise negative

O: BP: 110/70   P: 68   Ht: 5'4½"   Wt: 118   BMI: 19.5   WC: _____

Derm: oily   ☐unremarkable
HEENT: EOM  intact   ☐ proptosis ☐lid lag ☐periorbital edema ☐ oropharynx _____  ☑unremarkable
MM _____ other: _____
Neck: thyroid: ⊖ nodules sore   Lymph: ⊖   ☐unremarkable
Cardio: ☐S1 S2 ☑RRR ☐irregular _____ ☐murmur _____ periph pulses _____
Pulm: CTA   ☐unremarkable
GI: _____   ☐unremarkable
Musculoskel: ☐spine _____   kyphosis / scoliosis ☐synovitis _____
☐effusion _____ ☐warmth/erythema _____ ☐ROM ☑unremarkable
☐crepitus _____ ☐clubbing ☐ edema _____
Neurologic: CN _____ Sensory _____ DTR 2+ ☐Babinski _____
motor strength _____ ☐ tremors ⊖ monofilament _____   ☐unremarkable

Assessment: 1) Hypothyroid          3) Hashimoto's          5) Chronic Lyme
            2) Hx thyroid Cancer     4) Hx B12 def           6) Wt loss

Plan:
① Synthroid  50mcg  π at 1½
② √ TSH   1 month
③ Attempt small frequent meals
④ D/ Adams
⑤ Consider Adrenal support -  √ Continue next time (not this bot)
                               not @ this time per pt    6 mo
                               + also MNT

☑ Pt advised of proper dosage, precautions, and potential complication of med prescribed : Synthroid
☑ Pt given counseled or educational material on _____
Follow-up: 3 weeks/ months with labs prior to next visit TSH / VH D / Iodine
Signed: _____   TSH 1 month          ☑ Over 50% face-to-face time w/counseling
                                        Time Out: 2:15

**Medications**
Synthroid 50mc
π

Citracel
Stoulards

Est-C 1000n

Co Q10   100mg

VH D 5000 IU

Calcium/mg
500/250/200

Fish oil

B complex

**Labs**
6/25/14

TSH 0.05

Tg < 0.1

⊕ LAB

BMD   T-score / %Δ
Spine
Fem. neck
Total hip
1/3 forearm

Liberty004618

OCT/27/2015/TUE 02:06 PM   DR. ROBERT LANG        FAX No. 203 248 6933        P. 023

LABORATORY RECORD CLINICAL

Patient Name: Haley Spears

TPO 11000 2/13
Iodine 43 (35-40?) 2/13

| Date | Chol | HDL | Trg | LDL | TSH | DHEA | 25D | Cort | CRP | Homo | Calc | TG |
|------|------|-----|-----|-----|-----|------|-----|------|-----|------|------|-----|
| 2/16/13 | 189 | 65 | 69 | 110 | 1.04 | | | | | | 9.3 | |
| 6/14/13 | | | | | | | 30/0 | | | | 9.1 | |
| 9/3/13 | | | | | 5.40 | | | | | | 9.4 | |
| 10/1/13 | | | | | 5.91 | | 30/0 | 20.7 | | | 9.0 | |
| 11/5/13 | | | | | 1.28 | | | | | | 6.6 | |
| 1/25/14 | | | | | 6.73 | | | | | | 21.4 | |
| 5/30/14 | | | | | 0.30 | | | | | | | |
| 6/25/14 | | | | | 0.05 | | | | | | <0.1 | |
| 8/6/14 | | | | | 0.05 | | | | | | 9.1 | 0.6 |
| 9/18/14 | | | | | 0.12 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Lablog09/05

Liberty004619

OCT/27/2015/TUE 02:07 PM   DR. ROBERT LANG        FAX No. 203 248 6933              P. 024

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Partial**

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED   **AGE:** 36<br>Gender:    F<br>Phone:    860.308.2050<br>Patient ID: REDACTED S<br>Health ID: REDACTED | Specimen:   WC166548N<br>Requisition: 0025545<br><br>Collected:   10/11/2013 / 08:41 EDT<br>Received:    10/11/2013 / 19:46 EDT<br>Reported:    10/14/2013 / 15:54 EDT<br>             (* A Copy Sent To) | Client #: 22218614      60010000<br>LANG, ROBERT<br>ROBERT LANG,MD,PC<br>60 WASHINGTON AVE<br>HAMDEN, CT 06518-3271 |

**COMMENTS:**      FASTING

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CALCIUM | 9.0 | | 8.6-10.2 mg/dL | QWA |
| TSH | | 5.91 H | mIU/L | QWA |
| | | | Reference Range | |
| | | | > or = 20 Years   0.40-4.50 | |
| | | | Pregnancy Ranges | |
| | | | First trimester     0.26-2.66 | |
| | | | Second trimester    0.55-2.73 | |
| | | | Third trimester     0.43-2.91 | |
| T4, FREE | 1.4 | | 0.8-1.8 ng/dL | QWA |
| T3, TOTAL | | 72 L | 76-181 ng/dL | QWA |
| THYROGLOBULIN PANEL | | | | QWA |
| THYROGLOBULIN ANTIBODIES | <20 | | <20 IU/mL | |
| **THYROGLOBULIN** | | 1.6 L | 2.0-35.0 ng/mL | |

> This test was performed using the Siemens
> chemiluminescent method. Values obtained from
> different assay methods cannot be used
> interchangeably. Thyroglobulin levels, regardless
> of value, should not be interpreted as absolute
> evidence of the presence or absence of disease.

| | | | | |
|---|---|---|---|---|
| METHYLMALONIC ACID | 93 | | 87-318 nmol/L | AMD |
| CORTISOL, A.M. | 20.7 | | mcg/dL | QWA |
| Reference Range | | | | |
| 8 a.m. (7-9 a.m.) Specimen: 4.0-22.0 | | | | |

Unable to reach
by phone
1 Ab Letter
Received   10/15/13
Call   No Call
Call/Normal
Call/Message
10/21

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004620

OCT/27/2015/TUE 02:07 PM   DR. ROBERT LANG          FAX No. 203 248 6933                P. 025

Quest Diagnostics Incorporated

 Quest
Diagnostics

Report Status: Partial

**SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY A**<br><br>**DOB:** REDACTED    **AGE:** 36<br>Gender:   F<br>Patient ID: REDACTED<br>Health ID: 8REDACTED | Specimen:   WC166548N<br>Collected:   10/11/2013 / 08:41 EDT<br>Received:   10/11/2013 / 19:46 EDT<br>Reported:   10/14/2013 / 15:54 EDT<br>(* A Copy Sent To) | Client #: 22218614<br>LANG, ROBERT |

### VITAMIN D, 25-HYDROXY, LC/MS/MS

VITAMIN D, 25-HYDROXY, LC/MS/MS                                                          Lab: QTE

| Test Name | Results | Reference Range |
|---|---|---|
| VITAMIN D, 25 OH, TOTAL | 20 L | 30-100 ng/mL |
| VITAMIN D, 25 OH, D3 | 20 | ng/mL |
| VITAMIN D, 25 OH, D2 | <4 | ng/mL |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

**PENDING TESTS:**

PERNICIOUS ANEMIA DIAGNOSTIC PANEL

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: JANET PISCITELLI, MD, CLIA: 31D0656246
QWA   QUEST DIAGNOSTICS WALLINGFORD-CT, 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA: 07D0893126

\* Copy To Client: CT MULTI/ENDO ALL SITES; BERNARD RAXLEN, M.D.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.          Liberty004621

OCT/27/2015/TUE 02:07 PM   DR. ROBERT LANG          FAX No. 203 248 6933                P. 026

**Quest Diagnostics**   Page 1 of 1              09/03/2013   01:29:22 PM        Report Status: Final – Courtesy Copy

SPEARS, HALEY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY** | Specimen:   WC693737K<br>Requisition: 0024317 | Client #: 22218614        60010000<br>ZABROCKY, FRANCES |
| **DOB:** REDACTED     **AGE:** 35 | | ROBERT LANG, MD, PC<br>60 WASHINGTON AVE |
| Gender:   F | Collected:    06/19/2013 / 15:14 EDT | HAMDEN, CT 06518-3271 |
| Phone:    860.308.2050 | Received:    06/20/2013 / 03:50 EDT | |
| Patient ID: REDACTED | Faxed:       09/03/2013 / 13:27 EDT | |
| Health ID: REDACTED      0 | (* A Copy Sent To)  print + seun | |

COMMENTS:     CC: DR GIANNA, ZANE, UDELSMAEN, RAXLIN
COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 299 | | 200-1100 pg/mL | EZ |

Please note: although the reference range for Vitamin B12 is
200-1100 pg/mL, it has been reported that between 5 and 10%
of patients with values between 200 and 400 pg/mL may
experience neuropsychiatric and hematologic abnormalities
due to occult B12 deficiency; less than 1% of patients with
values above 400 pg/mL will have symptoms.

| METHYLMALONIC ACID, | | | | EZ |
|---|---|---|---|---|
| GC/MS/MS | 165 | | 87-318 nmol/L | |
| INTRINSIC FACTOR BLOCKING | | | | EZ |
| ANTIBODY | NEGATIVE | | | |
| | | Reference Range:<br>ADULTS:  NEGATIVE | | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dL | QWA |
| VITAMIN D, 25-HYDROXY,<br>LC/MS/MS | | | | QTE |
| VITAMIN D, 25 OH, TOTAL | | 20 L | 30-100 ng/mL | |
| VITAMIN D, 25 OH, D3 | 20 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

25-OHD3 indicates both endogenous production and
supplementation. 25-OHD2 is an indicator of exogenous
sources such as diet or supplementation. Therapy is based on
measurement of Total 25-OHD, with levels <20 ng/mL indicative
of Vitamin D deficiency, while levels between 20 ng/mL and
30 ng/mL suggest insufficiency. Optimal levels are
> or = 30 ng/mL.

| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dL | QWA |
|---|---|---|---|---|
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | QWA |

The current lot of free T4 reagent available from the
manufacturer produces results that are approximately
9% higher than previous reagent lots. Please interpret
these results accordingly.

| T3, TOTAL | | 74 L | 76-181 ng/dL | QWA |
|---|---|---|---|---|
| T3 UPTAKE | 33 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 109 | | 87-318 nmol/L | AMD |

PERFORMING SITE:
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA: 49D0221801
EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA: 05D0643352
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: JANET FISCITELLI, MD, CLIA: 31D0696246
QWA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEEMA SINGH, MD, CLIA: 07D0093126

* Copy To Client: SAUL & MILJKOVIC, M.D.'S; ROCKVILLE FAMILY PHYSICIAN; ROBERT UDELSMAN, M.D.; CONNECTICUT NATURAL
HEALTH

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004622

OCT/27/2015/TUE 02:08 PM   DR. ROBERT LANG          FAX No. 203 248 6933          P. 027

Quest Diagnostics Incorporated

 Quest
Diagnostics

**Report Status: Final**

**SPEARS, HALEY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPEARS, HALEY** | Specimen:  WC693737K | Client #: 22218614    60010000 |
| | Requisition: 0024317 | ZABROCKY, FRANCES |
| **DOB:** REDACTED      **AGE:** 35 | | ROBERT LANG,MD,PC |
| Gender:   F | Collected:   06/19/2013  (15:14 EDT | 60 WASHINGTON AVE |
| Phone:      860.308.2050 | Received:    06/20/2013 / 03:50 EDT | HAMDEN, CT 06518-3271 |
| Patient ID: REDACTED | Reported:    06/26/2013 / 02:27 EDT | |
| Health ID: REDACTED | (* A Copy Sent To) | |

**COMMENTS:**    CC: DR GIANNA-ZANE, UDELSMAEN, RAXLIN
                COLLECTION REQUIREMENTS NOT MET. PATIENT ADVISED TO RETURN.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PERNICIOUS ANEMIA DIAGNOSTIC PANEL | | | | |
| VITAMIN B12 | 299 | | 200-1100 pg/ml | EZ |

    Please note: although the reference range for Vitamin B12 is
    200-1100 pg/mL, it has been reported that between 5 and 10%
    of patients with values between 200 and 400 pg/mL may
    experience neuropsychiatric and hematologic abnormalities
    due to occult B12 deficiency; less than 1% of patients with
    values above 400 pg/mL will have symptoms.

| METHYLMALONIC ACID, | | | | EZ |
| GC/MS/MS | 165 | | 87-318 nmol. | |
| INTRINSIC FACTOR BLOCKING | | | | EZ |
| ANTIBODY | NEGATIVE | | | |
| | | Reference Range: | | |
| | | ADULTS:  NEGATIVE | | |
| CALCIUM | 9.1 | | 8.6-10.2 mg/dl | QWA |
| VITAMIN D, 25-HYDROXY, | | | | QTE |
| LC/MS/MS | | | | |
| VITAMIN D, 25 OH, TOTAL | | 20 L | 30-100 ng/ml | |
| VITAMIN D, 25 OH, D3 | 20 | | ng/mL | |
| VITAMIN D, 25 OH, D2 | <4 | | ng/mL | |

    25-OHD3 indicates both endogenous production and
    supplementation. 25-OHD2 is an indicator of exogenous
    sources such as diet or supplementation. Therapy is based on
    measurement of Total 25-OHD, with levels <20 ng/mL indicative
    of Vitamin D deficiency, while levels between 20 ng/mL and
    30 ng/mL suggest insufficiency. Optimal levels are
    > or = 30 ng/mL.

| T4 (THYROXINE), TOTAL | 5.2 | | 4.5-12.0 mcg/dl | QWA |
| FREE T4 INDEX (T7) | 1.7 | | 1.4-3.8 | |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dl | QWA |

    The current lot of free T4 reagent available from the
    manufacturer produces results that are approximately
    9% higher than previous reagent lots. Please interpret
    these results accordingly.

| T3, TOTAL | | 74 L | 76-181 ng/dl | QWA |
| T3 UPTAKE | 33 | | 22-35 % | QWA |
| METHYLMALONIC ACID | 109 | | 87-318 nmol | AMD |

**PERFORMING SITE:**

AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: KENNETH L. SISCO, MD, CLIA# 49D0321801
EZ     QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA# 05D0643352
QTE   QUEST DIAGNOSTICS-TETERBORO, 1 MALCOLM AVENUE, TETERBORO, NJ 07608-1011 Laboratory Director: JANET PISCITELLI, MD, CLIA# 31D0966236
QWA  QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director: NEENA SINGH, MD, CLIA# 07D0091176

* Copy To Client: SAUL & MILJKOVIC, M.D.'S; ROCKVILLE FAMILY PHYSICIAN; ROBERT UDELSMAN,M.D.; CONNECTICUT NATURAL
HEALTH

Received  7 3
Call  No Call
Call/Normal
Call/Message

CLIENT SERVICES: 1.866.697.8378          SPECIMEN: WC693737K          PAGE 1 OF 1
                                         Printed by Care360 AutoReceive on 07/03/13 at 09:02am.

Quest, Quest Diagnostics, the associated logo, and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty 004628

Oct. 27. 2015 ,10:44AM                                          No. 2962   P. 1



# Connecticut Multispecialty Group, P.C.
*Leaders in Integrated Medical Care*

## Invoice: Medical Record Copying Fees (Check Only)

**CMG Division Name:** Pulmonary

Address: 85 Seymour St Suite 923
         Hartford     CT    06106

Contact: med rec          Phone Number: 860 547 1876

**Patient Name:** Haley Spears

DOB: REDACTED          SSN:

Primary Care Physician:

## Individual or agency requesting copies of medical record:

Name: Liberty Mutual

Address: P.O. Box 7213
         London     KY    40742

Phone:                    Fax: 603 334 5708

Written authorization from patient in medical record?   Yes  *or*  No   *(Please circle)*

## Per Connecticut State Statue 20-7c, charges are:

Pages: 11

Per Page: × $0.65

Subtotal: 7.15

Postage:

Faxed: ✓                    Total: 7.15

## Payment is due before release of medical records.

Date mailed:              Printed name:

Date faxed: 10/27/15      Signature: Mronic

Liberty004624

Oct. 27. 2015 10:44AM   10/20/2015 12:51:51 PM  PAGE   1/004   No. 2962 Exp. 2




**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:      ERIKA CAPPELLUTI MD

Attn:

Fax:     (860) 520-1379

From: Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004625



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Erika Cappelluti, MD

RE:  Long Term Disability (LTD) Benefits
     UTC Choice
     Claim #: REDACTED
     Claimant: Haley Spears
     Claimant D.O.B.: REDACTED

Dear Erika Cappelluti:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED.
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004626

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   2500391-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004627

Oct. 27. 2015 10:45AM    10/20/2010 12:01:01 PM    PAGE   4/004    No. 2962 Sep. P. 5



**Liberty Mutual.**

Company at Bonus
Disability Claims
P.O. Box 5021
Wallingford, CT 06493-7993
Phone No.: 1-888-410-6111
Fax No.: 703-294-8293

Return to:

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
|---|---|---|
| CLAIM NO.: | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | DATE OF | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed, credit information including, but not limited to, credit reports and credit applications, other financial information including bank records, complete copies of Federal and State tax returns, including attachments, and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Signature

REDACTED

9/8/15
Date

Liberty004628



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date: October 20, 2015

To:    ZHIHENG HE MD

Attn:

Fax:   (877) 992-6205

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004629



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Zhiheng He, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: 2500391
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Zhiheng He:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004630

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004631

 **Liberty Mutual**

Company at Sauce
Disability Claims
P.O. Box 903
Wallingford CT 06492-7501
Phone No.: 1-888-540-6119
Fax No.: 1-203-294-6204

Return to:

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
| CLAIM NO.: | | E.E. NO. REDACTED |
| EMPLOYER/SPONSOR: | | DATE 6 |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment, applications, personnel records, and other work related information records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Past Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies in which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

## REDACTED

Social Security Number

9/8/15
Date

Liberty004632

Spears, Haley A (MR # 0001239118)                                    Encounter Date: 11/17/2014

 Cambridge Health Alliance
A COMMUNITY OF CARING

CAMBRIDGE MEDICAL SPECIALTIES
1493 Cambridge st
Ambulatory Building - 3rd Floor
Cambridge MA 02139
Dept Phone: 617-665-1552
Dept Fax: 617-665-1925

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Haley A Spears | 0001239118 | Female | REDACTED |

## Contact Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/17/2014 2:30 PM | Zhiheng H. He, MD | Cms Medical Spec | 26109385 | TCH AMB |

## Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| | Zhiheng H. He, MD, MD | Cms Medical Spec | 26109385 |

## Reason For Scheduling

new pt thyroid ca, thyroidectomy on synthroid per dr. HE

## Visit Disposition

Disposition
Return in about 6 months (around 5/17/2015).

## H&P Notes

No notes of this type exist for this encounter.

## Progress Notes

Zhiheng H. He, MD at 11/17/2014 3:59 PM
Status: Signed
Patient's self-referred for the management of thyroid cancer, stature post total thyroidectomy. She just moved from Connecticut to Boston.

Haley A Spears is a 37 year old female with past medical history significant for lyme disease, Hashimoto thyroiditis, multinodular goiter, and thyroid papillary carcinoma, stage I (T1N0Mx). She had incidental finding of thyroid nodule in 2013, had FNA but were not sure about the results. She had a total thyroidectomy at Yale-New Haven Hospital on June 27, 2013. Pathology showed incidental thyroid microcarcinoma, 0.4 cm, on the isthmus. She also had chronic lymphocytic thyroiditis with multiple hyperplastic adenomatoids. Five lymph nodes examined were negative. There was no mention of local invasion. She did not have any post surgery radioactive iodine ablation therapy. She has been taking Synthroid 100 mcg, daily with variable TSH. She has had thyroid ultrasound done recently that was benign. It was not clear what her goal of TSH was and a most recent one was 1.6. She just moved to Boston and has not established care with PCP yet but could like to come to endocrinology service to manage her thyroid cancer. I spoke with her a couple times over the phone prior to her visit.

Patient's past medical history, family history, social history, current medication as well as allergy were also reviewed and updated.

No past medical history on file.

No past surgical history on file.

Review of Patient's Allergies indicates:
Erythromycin        Nausea and Vomiting

Social History

Liberty004633

Spears, Haley A (MR # 0001239118)                          Encounter Date: 11/17/2014

| Marital Status: | Single | Spouse Name: | N/A |
| Years of Education: | N/A | Number of Children: | N/A |

Occupational History

None on file

Social History Main Topics

| Smoking status: | Never Smoker | | |
| Smokeless tobacco: | Not on file | | |
| Alcohol Use: | | | Yes |
| Comment: | occassionally | | |
| Drug Use: | No | | |
| Sexual Activity: | Not on file | | |

Other Topics                      Concern
None on file

Social History Narrative
None on file

No family history on file.

Current Outpatient Prescriptions:

| montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | Disp: | Rfl: |
| lansoprazole (PREVACID) 30 MG capsule | Take 30 mg by mouth daily. | Disp: | Rfl: |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 2 (two) times daily. | Disp: | Rfl: |

No current facility-administered medications for this visit.

**REVIEW OF SYSTEMS.**

She is feeling well in general. She denies fatigue or lack of energy. She was negative for fever, chill, weight loss or weakness. She has no complaints of her ENT system. She was negative for headaches, hearing loss, nose bleeding, or sore throat. She was negative for blurred vision or double visions. She was negative for dry eyes, red eyes, or eye pain. She was negative for palpitations or chest pain. She was negative for orthopnea, claudication, or leg swelling. She denies any cough, shortness of breath, or dyspnea on exertion. She denies any dysphagia, nausea, vomiting, abdominal pain, constipation or diarrhea. She denies any myalgia, joint pains, or neck pain. She was negative for dysuria, hematuria, or flank pain. She was negative for difficulty urination. She denies any focal neurological complaints. She was negative for tingling or numbness. She was negative for imbalanced gait or easy fall. She has fair appetite and stable weight. She was negative for polyuria, polydipsia or nocturia. She has no complaints of her skin. She was negative for purple striae, easy bruising, abnormal hair growth or acnes. She was negative for depression, anxiety, or suicidal ideations. All other systems reviewed were negative.

**PHYSICAL EXAMINATIONS.**

Liberty004634

Spears, Haley A (MR # 0001239118)                                          Encounter Date: 11/17/2014

BP 102/60 | Pulse 71 | Ht 5' 5.5" (1.664 m) | Wt 131 lb (59.421 kg) | BMI 21.46 kg/m2 | SpO2 99%

Pain Score: 0 (0/10)

Not in acute distress. Well developed and well-nourished.

Eyes: Examination of the eyes demonstrated full extraocular movements. Pupils are equal, round, reactive to light and accommodation. There was no lid lag or proptosis.

ENT: Clear with moist mucous membranes ithout hyperpigmentation or lesions.

Neck: **Well healed total thyroidectomy scar.** No cervical lymphadenopathy was appreciated.

Cardiovascular: Regular rate and rhythm, normal S1 and S2. Negative for murmur/rubs/gallop

Respiratory: Clear to auscultation and percussion. Negative for respiratory distress/rales. Negative for chest tenderness.

Gastrointestinal: Positive bowel sound, soft, nontender. Negative for hepatomegaly.

Musculoskeletal: Without clubbing, cyanosis or edema. Muscle strength was 5/5 bilateral upper and lower extremities.

Skin: cool and dry to touch without obvious lesions.

Neurological: Intact with no tremor of the outstretched fingers.

Psychiatric: Normal affect and responsiveness to questions.

**LABORATORIES.** -Reviewed.

Results for SPEARS, HALEY A (MRN 0001239118) as of 11/17/2014 22:31

|  | Ref. Range | 11/6/2014 19:09 |
|---|---|---|
| THYROGLOB ULIN | Latest Range: 1.5-38.5 ng/mL | 0.8 (A) |
| TSH (THYROID STIM HORMONE) | Latest Range: 0.358-3.740 uIU/mL | 1.690 |
| TOTAL T3 (TRIIODOTHY RONINE) | Latest Range: 60-181 ng/dL | 65 |
| ANTI-THYROGLOB ULIN ANTIBODY | Latest Range: 0.0-0.9 IU/mL | <1.0 |

Outside record see scanned documents.

**RADIOLOGY.**

See scanned documents.

**Pathology.**

See scanned documents.

**ASSESSMENT AND PLANS:**

**1. Thyroid cancer**

She has microcarcinoma of thyroid. This is usually with very good prognosis, I will suggest to have her TSH target to 0.1 to 0.5 as long as she can tolerate fpr the first 5 years. I does increase her levothyroxine from 100 mcg daily to 128 mcg daily. She taks 2 extra pills over the weekend. This was done on November 7. I suggest that she should have a repeated thyroid function test in 6 weeks to monitor TSH level. She should inform me if she has any palpitation, tachycardia or discomfort. She will need a repeated thyroid US in 02/2015.

Spears, Haley A (MR # 0001239118) Printed by Zhiheng H. He, MD [ZHE] at 10/23/15 3... Page 3 of 4

Liberty004635

Spears, Haley A (MR # 0001239118)                    Encounter Date: 11/17/2014

RTC: 6 months.

I suggest that she should find a PCP to organize her care.

I spent 60 minutes with the patient. More than 50% of the time was on providing education and counseling.

Debbie Redmond at 11/17/2014  2:34 PM
    Status: Signed
    .patient feels safe at home

## Order Summary

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| THYROID SCREEN TSH REFLEX FT4 [84443 Custom] | 12/29/2014 (Approximate) | 11/17/2015 |

### Outpatient Medications at End of Encounter on as of 11/17/2014

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 MG tablet | | | | 12/15/2014 |
| Sig - Route: Take 10 mg by mouth nightly. - Oral | | | | |
| Class: Historical | | | | |
| lansoprazole (PREVACID) 30 MG capsule | | | | 3/19/2015 |
| Sig - Route: Take 30 mg by mouth daily. - Oral | | | | |
| Class: Historical | | | | |
| famotidine (PEPCID) 20 MG tablet | | | | 3/19/2015 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical | | | | |

### Printed AVS
No AVS Snapshots are available for this encounter.

### Comprehensive Report
Comprehensive Report

### Routing History
There are no sent or routed communications associated with this encounter.

### Blood Transfusion
Blood Transfusion

Liberty004636

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   LAUREN YOUNG ND | |
| Attn: | |
| Fax:   (860) 288-2611 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004637


**Liberty Mutual.**
INSURANCE

*Chart mailed to*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Lauren G. Young, Nd

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Lauren Young:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004638

☑0003/0003

10/28/2015 9:41AM FAX

**Connecticut Natural Health Specialists**
315 East Center Street
Manchester, CT. 06040
860 533 0179



CONNECTICUT
NATURAL
HEALTH
SPECIALISTS

**Statement Date:**    10/26/2015
**Date Due:**    10/26/2015

# MEDICAL RECORDS FOR HALEY SPEARS

### LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
### P.O. BOX 7213
### LONDON, KY 40742-5708

| DATE | DESCRIPTION | CHARGES | CREDITS | ACCOUNT BALANCE |
|------|-------------|---------|---------|-----------------|
| | Medical Record Print Out for Haley spears | | | |
| 8/18/2015 | (256 pages @ $0.65 per page) | $166.40 | | $166.40 |
| 8/18/2015 | Postage cost | $10.80 | | $177.20 |

315 East Center Street • Manchester, CT 06040 • 860.533.0179 phone • 860.812.2025 fax • ctnaturalhealth.com

Liberty004639



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 23, 2015 | |
| To: CANDACE MADDALO DC | |
| Attn: | |
| Fax: (617) 666-2842 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE: | |
| Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 23, 2015

Candace Maddalo, Dc

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Candace Maddalo:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Spears' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.   $35.00 invoice  payment to follow.

If you have any questions regarding this matter, please contact me.

Liberty004641

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004642



**Liberty Mutual.**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

EMPLOYEE/CLAIMANT NAME: _Haley Spears_

CLAIM NO.: _____   S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____   DATE OFF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Haley Spears_
Print Name

_Haleya Spears_
Signature

REDACTED.
Social Security Number

_9/8/15_
Date

Liberty004643



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

*OK to send*

---

Date:  October 20, 2015

To:    MANCHESTER OPHTHALMOLOGY

Attn:

Fax:   (860) 643-4901

From: Nancy Winterer
      Appeal Review Consultant
      Phone No.: (888) 437-7611
      Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:   REDACTED
Claimant:  Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004644



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Ophthalmology

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED.
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

1 of 2

Liberty004645

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004646

10/23/2015    11:11 Manchester Ophthalmology                (FAX)860 643 4901              P.004/027
LMG                        10/20/2015 11:49:48 AM   PAGE   4/004   Fax Server



Liberty Mutual

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7581
Phone No.: 1-888-540-6119
Fax No.: 1-203-294-4298

Return to: .........................

EMPLOYEE/CLAIMANT NAME: _Hailey Spears_                    S.S. NO: [REDACTED]

CLAIM NO: .....................................

EMPLOYER/SPONSOR: .....................................    DATE OFF: ...........

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Hailey Spears_                                REDACTED
Print Name                                     Social Security Number

_Hailey Spears_ (signature)                    _9/8/15_
Signature                                      Date

Liberty004647

10/23/2015   11:12 Manchester Ophthalmology                    (FAX)860 643 4901          P.005/027

NAME: Haley Spears #25284                    AGE:_____ D/O/B/:_____    **REDACTED**

HOME PHONE: 308-2050          WORK PHONE:_____   EMERGENCY #:_____

REFERRED BY:_____

CHIEF COMPLAINT:_____

EYE HX:_____

_____

_____

DATE: 2-12-10   No Showge          ALLERGY:_____

MEDICAL HX: ☑ See Attached Sheet                    PCB —
            ☐ No Interval Change From:
            ☐ Interval Change:

F.H.        DM / CAT / GL / RETINA

GLASSES: O. D.
         O. S.

VISION:     ☐ Good, ↓D,   Drive Y / N / Day,   CRT  Y / N
            ☐ Good, ↓N,   Glare? ☐ No,   ☐ ↓ Car Headlights,   ☐ ↓ Sun

V   20/        P.H. 20/        N  J J      Amsler    ▱ NL    EYE MEDS:
                                          Conf. VF  ▱ NL
                                          Color     ▱ NL

EXTERNAL: ☐ NL

MOTILITY: ☐ Ortho c̄ FROM

          Diam    Dir    G    N              M D                      20/
                                                                     →
  ⓡ                                                                   20/
PUPILS:                          T A
  Ⓛ                              Time:

                        W N L
            ⓡ    |    Ⓛ
                 |                    Lids
                 |                    Conj.
                 |                    Cornea
                 |                    A/C
                 |                    Iris
                 |                    Lens
        Vitreous:

                                                        Liberty004648

10/23/2015   11:12 Manchester Ophthalmology                    (FAX)860 643 4901          P.006/027

CONTACT LENS ORDER SHEET

| DATE ORDERED | DATE RECEIVED | DATE PT NOTIFIED | REFERENCE NO. | CL TYPE / RX | COMPANY | SPECIAL INSTRUCTIONS | CHARGE | PAYMENT |
|---|---|---|---|---|---|---|---|---|

NAME: SPEARS HALEY
PHONE: 930-0882
D.O.B. 3/18-10/01
MPM 305-3109 (4)
Chris BAHMAN

Liberty004649

10/23/2015   11:12 Manchester Ophthalmology   (FAX)860 643 4901   P.007/027

CONTACT LENS ORDER SHEET

| DATE ORDERED | DATE RECEIVED | DATE PT NOTIFIED | REFERENCE NO. | CL TYPE / RX | COMPANY | SPECIAL INSTRUCTIONS | CHARGE | PAYMENT |
|---|---|---|---|---|---|---|---|---|

REDACTED
Liberty004650

10/23/2015   11:13 Manchester Ophthalmology                    (FAX)860 643 4901                    P.008/027

REDACTED

NAME: Haley Spears #25284                    AGE: 31                    D/O/B/: _____

HOME PHONE: 564-308-2050          WORK PHONE: _____          EMERGENCY #: _____

REFERRED BY: mom

CHIEF COMPLAINT: _____

EYE HX: _____ Lupus drug BID
                 Atrood.                    Topamax
                 Preclevel BID              Setty xIB Neurotin
                 Pepid                      Bihoca Singular

DATE: 2-2-09 Plaq ✓                    ALLERGY: _____  ℞

MEDICAL HX: ☐ See Attached Sheet
            ☐ No Interval Change From: 2-26-08          Pcp — Dr. Schiff
            ☐ Interval Change:                           PCP — Dr. Kaye
                    Plaq, Lupus  pt wears contacts
F.H.     DM / CAT / GL / RETINA            Pure Vision
GLASSES: O. D. pt forgot glasses          OD -1.50        18 ?
         O. S.                            OS -1.75

VISION:  ☐ Good, ⇓D,  Drive Y/N/Day,  CRT  Y/N
         ☐ Good, ⇓N,  Glare? ☐ No,  ☐ ⇓ Car Headlights,  ☐ ⇓ Sun

V  CL 20/25 -4      P.H. 20/          N  J8      Amsler          NL     EYE MEDS:
      20/25 -2                           J1      Conf. VF        NL     Refresh
                                         CL      Color          NL

EXTERNAL: ☐ NL

MOTILITY: ☐ Ortho c̄ FEOM
              Diam    Dir    Q    N                    M_D  100
         Ⓛ                                                  1'8  Ocyl.        20/2
PUPILS: Ⓡ                              T_A  ly          →      20/2
                                          Time:  thro
        Good c̄ Rt

                              WNL
                        Ⓡ  |  Ⓛ
                              |
                   Lids      Htes          ✓ 2/2/09
                   Conj.
                   Cornea
                   A/C
                   Iris
                   Lens

Vitreous:                                                      Liberty004651

10/23/2015   11:13 Manchester Ophthalmology                    (FAX)860 643 4901                    P.009/027

REDACTED

NAME: _Waley Spenis # 25284_                    AGE: _27_   D/O/B: _

HOME PHONE: _668-7561_   WORK PHONE: _____   EMERGENCY #: _____

REFERRED BY: _____

CHIEF COMPLAINT: _____

EYE HX: _CL popped out in past_
_now tearing easily; left swell y fore dis._

DATE: _1-24-05_

MEDICAL HX:   ☐ See Attached Sheet                    _usually weters CL's_
              ☒ No Interval Change From: 1-27-04
              ☐ Interval Change: _____

F.H.   DM / CAT / GL / Retina

GLASSES:  O. D. −1.00 sph   _dist_
          O. S. −1.25  +0.50 × 125

VISION:  ☐ Good, ↓ D / ↓ N,  Drive Y / N / DAY,  CRT Y / N          ALLERGY: _Biaxin_
                                                                              _mycians_

V cc 20/25 / 25-2   P.H. 20/   N J / J sc   Amsler ☐ NL   EYE MEDS:
                                                    Conf. VF ☒ NL
                                                    Color ☐ NL

EXTERNAL: ☐ NL

MOTILITY: ☐ Ortho c̄ FEOM

PUPILS:  Ⓡ   Diam   Dir   G   N
         Ⓛ

M D  −1.50
     −2.00 +0.25 × 105  → 20/20
                          20/20

T 10  A 10
Time: 435

| W N L | | |
| Ⓡ | Ⓛ | |
| --- | --- | --- |
|  |  | Lids |
|  |  | Conj. |
|  |  | Cornea |
|  |  | A/C |
|  |  | Iris |
|  |  | Lens |

10/23/2015   11:13 Manchester Ophthalmology          (FAX)860 643 4901          P.010/027

NAME: _Haley Spears_ 25284          AGE: _26_   D/O/B: **REDACTED**

HOME PHONE: _668-29.1_   WORK PHONE: _____   EME1 _____ #.

REFERRED BY: _____

CHIEF COMPLAINT: _P4 c/o d va cs @FBSensation as_

EYE HX: _____

```
NAME                         M/F
   JAN/27/2004    4:36 PM
VD=13.75mm
⟨R⟩     S       C       A
      - 1.50  +0.25    142    9
      - 1.75  +0.25    136    9
      - 1.75  +0.25    138    9
      - 1.75  +0.25    148    9
      ⟨- 1.75  +0.25   138⟩
        mm       D      deg
⟨R1⟩  8.07  41.75     47⟩
⟨R2⟩  7.93  42.50    137⟩
⟨AVE⟩ 8.00  42.25       ⟩
⟨CYL⟩        +0.75    137⟩
⟨L⟩     S       C       A
      - 2.00  +0.50    100    9
      - 1.75  +0.50     99    9
      - 1.75  +0.50     99    9
      - 1.75  +0.50     94    9
      ⟨- 1.75  +0.50    99⟩
        mm       D      deg
⟨R1⟩  7.74  43.50     68⟩
⟨R2⟩  7.40  45.00
```

DATE: _1-27-04_   _P+ interested in contacts._

MEDICAL HX:   ☐ See Attached Sheet
              ☐ No Interval Change From:
              ☐ Interval Change:

F.H.   DM / CAT / GL / Retina   _P+ forgot glasses today_
GLASSES:   O. D. _copy of script:_   _OD -1.00sph →_
           O. S.                     _OS -1.25+0.50x185_

VISION:   ☐ Good, ↓ D / ↓ N,   Drive Y / N / DAY,   CRT Y / N          ALLERGY:

V   20/60-1   P.H. 20/00-1   N   J|+   Amsler   ☒ NL          EYE MEDS:
    70-1           05+1       J|    Conf. VF   ☒ NL
    sc              sc              Color    ☒ NL

EXTERNAL: ☐ NL

MOTILITY: ☒ Ortho c̄ FEOM

PUPILS:
|        | Diam | Dir | G | N |
| ⓡ (R)  | 4    | z   | 0 |   |
| ⓛ (L)  | 4 ·  | z   | 0 |   |

T 13   M D -1.75   (9 α)   → 20/20
T A 13              20/20
Time: 4⁰⁵

WNL
ⓡ (R)   ⓛ (L)

Lids
Conj.
Cornea
A/C
Iris
Lens

Liberty004653

10/23/2015    11:13 Manchester Ophthalmology

(FAX)860 643 4901            P.011/027

floaters ✗ 1 hr ("to minutes; OUT consistent w/tbs)

Name _Haley Spears_                          Date _4/28/13_

**Neurologic/Psychiatric**  Oriented: Time / Place / Person    Mood/Affect: (Normal) / Depressed / Anxious

**VISION**
Distance: (OD) SC ____ CC _20_ C̄ PH ____     (OS) SC ____ CC _20_ C̄ PH ____
Near:    (OD) SC ____ CC ____                 (OS) SC ____ CC ____
Refraction: (M) ____

XT ____   W  OD ____                          VF's to confrontation ____
ET ____      OS ____                          Extra Ocular Movements(EOM's) ____
ORTHO ____                                    _Pinpoint OADN_

**COLOR PLATES**        **SCHIRMER TEST**      **STEREOPSIS**
OD  16                  OD ____                Fly ____          Circles ___12__
OS  16                  OS ____                Animals ___13___

|  | OD | | OS |
|---|---|---|---|

**LLL/Adnexae**   (Lid/Lacrimals/Lashes/Lymph Nodes/Orbit)   (WNL)    (WNL)

**C/S** (Conj/Sclera)    lymphenstasia  nasally    (WNL)    (WNL)

**CORNEA**   Tear film  WNL/Ab   Arcus senilis  SPK   Guttata  Strom   (for both OD/OS)

**AC** (Anterior Chamber)   (Deep) Clear  Narrow  Cell  Flare    (Deep) (Clear)  Narrow  Cell  Flare

**I/P (Iris/Pupil)**   Dilated   RAPD +   PERRL +     Flat OU   **I/P (Iris/Pupil)**   Dilated   RAPD +   PERRL +

**LENS**  Clear  NSC  PSC          **LENS**  Clear  NSC  PSC

**TAP**  2  Dil.  (Undil.)         **TAP**  2  Dil.  (Undil.)  Time: 1:25

**FUNDUS/ON**  WNL  REPORT ☐      **FUNDUS/ON**  WNL  REPORT ☐
(Cup/Disc Ratio) 90D  D.O. 78D     (Cup/Disc Ratio) 90D  D.O. 78D
Disc ____  Nerve Fiber Layer ____  Disc ____  Nerve Fiber Layer ____
Vessels ____                       Vessels ____
Macula ____  Hemorrhages/Exudates  Macula ____  Hemorrhages/Exudates

**FUNDUS**  IND. C̄ DEPRES CL.   **VIT**      **FUNDUS**  IND. C̄ DEPRES CL.   **VIT**
 20D   2D5                                     20D   2D5
 78D   90D                                     78D   90D

**GONIO**                          **GONIO**

ON ◯                               ON ◯

**IMPRESSION; RX**                                    **DATA REVIEWED**
1. _Myopia class_____
2. _lymphangiectasis_____
3. ____
4. ____

PLAN: _Pt ed_____
_give note for time_____ _doctors_____

**COUNSELING/Discussion of Findings With Patient:** ____

MLS
RS/C

Name _Haley Spears_          Date _2/14/13_

**Neurolock/Psychiatric:**  Oriented: Time / Place / Person          Mood/Affect: Normal / Depressed / Anxious

**VISION**

Distance: (OD) SC ___ CC _cd 20_ c̄ PH ___          (OS) SC ___ CC _cd 20_ c̄ PH ___

Near:    (OD) SC ___ CC ___          (OS) SC ___ CC ___

Refraction: (M) ___

XT ___ W OD ___          VF's to confrontation ___

ET ___ OS _-178_          Extra Ocular Movements(EOM's) ___

ORTHO ___

| **COLOR PLATES** | | **SCHIRMER TEST** | | **STEREOPSIS** | | | |
|---|---|---|---|---|---|---|---|
| OD | /6 | OD | | Fly | | Circles | 19 |
| OS | /6 | OS | | Animals | 13 | | |

| | **OD** | | | **OS** | | | |
|---|---|---|---|---|---|---|---|
| **LLL/Adnexae** (Lid/Lacrimal/Lashes/Lymph Nodes/Orbit) | | | WNL | | | | WNL |
| **C/S** (Conj/Sclera) | | | WNL | | | | WNL |
| **CORNEA** | | Thee/Dim  WNL  APK  Outside  Stroma | | | Thee/Dim  Arcus senilis  Outside | | |
| **AC** (Anterior Chamber) | Deep  Cell | Clear  Narrow  Flare | | Deep  Cell | | |
| **I/P (Iris/Pupil)** RAPD + · PERRL + · | | Dilated | | I/P (Iris/Pupil) RAPD · PERRL · | | |
| **LENS** Clear  NSC  PSC | | | | LENS  Clear | | |
| **TAP** | 16  Dil.  Undil. | | | TAP  16  Dil.  Undil.  Time: 2:30 | | |
| **FUNDUS/ON** (Cup/Disc Ratio) Disc  Vessels  Macula | WNL  REPORT ☐  D.O. 78D  Nerve Fiber Layer  Hemorrhage/Exudate | | | FUNDUS/ON  WNL  REPORT ☐ (Cup/Disc Ratio)  D.O. 78D  Disc  Nerve Fiber Layer  Vessels  Macula  Hemorrhage/Exudate | | |

SPH - 1.25
CYL + 0.00
AXS 0
LEFT
SPH - 1.75
CYL - 0.50
AXS 1
PD 60.0
RPD 30.0
LPD 30.0

NIDEK LM-990A

**FUNDUS**          **VIT**          **FUNDUS**          **VIT**

**GONIO**          **GONIO**

**ON**          **ON**

**IMPRESSION: DX**          **DATA REVIEWED**

1. ___
2. ___
3. ___
4. ___

**PLAN:** ___

**COUNSELING/Discussion of Findings With Patient:** ___

Liberty004655

Name _Haley Spears_                                    Date _1/29/11_

Neurologic/Psychiatric / Oriented: Time / Place / Person       Mood/Affect: Normal / Depressed / Anxious

**VISION**
Distance: (OD) SC ____ CC _20_ C PH ____        (OS) SC ____ CC _20_ C PH ____
Near: (OD) SC ____ CC ____                         (OS) SC ____ CC ____
Refraction: (M) ____

XT ____         W  OD ____                          VF's to confrontation ____
ET ____            OS ____                          Extra Ocular Movements(EOM's) ____
ORTHO ____

**COLOR PLATES**        **SCHIRMER TEST**        **STEREOPSIS**
OD  _16_   _14/14_        OD ____                  Fly ____            Circles  _19_
OS  _16_   _14/14_        OS ____                  Animals  _/3_

|  | OD | | OS | |
|---|---|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) | | WNL | | WNL |
| **C/S** (Conj/Sclera) | | WNL | | WNL |
| **CORNEA** | Tear Film  WNL  Arcus senilis  SPK  Guttata  Strom | | Tear Film  WNL  Arcus senilis  SPK  Guttata  Strom | |
| **AC** (Anterior Chamber) | Deep  Clear  Narrow  Cell  Flare | | Deep  Clear  Narrow  Cell  Flare | |
| **I/P (Iris/Pupil)** | RAPD +  PERRL + | Dilated | RAPD +  PERRL + | Dilated |
| **LENS** | Clear  NSC  PSC | | Clear  NSC  PSC | |
| **TAP** | | Dil:  Undil. | | Dil:  Undil.  Time: 1:45 |
| **FUNDUS/ON**  REPORT ☐ (Cup/Disc Ratio) 90D  D.O.  78D  Disc  Nerve Fiber Layer  Vessels  Macula  Hemorrhages/Exudates | | WNL | | WNL |

FUNDUS   VIT        GONIO        ON                 FUNDUS   VIT        GONIO        ON
IND. C̄ DEPRES CL                                    IND. C̄ DEPRES CL

**IMPRESSION: DX**                                  **DATA REVIEWED**
1. ____
2. ____
3. ____
4. ____

**PLAN:** ____

**COUNSELING/Discussion of Findings With Patient:** ____

Liberty004656

10/23/2015   11:15 Manchester Ophthalmology          (FAX)860 643 4901          P.014/027

CONTINUATION
REDACTED

NAME _Haley A. Spears_                                          25284

ADDRESS                                                        DATE

08-04-10

                                        **Appointment Status**
                                        Date: _08-04-10_
9-27-10   Pt called  a CXD today        Patient Name: _Haley A. Spears_
          VF due to Chronic illness-(su)  Account # _25284_
                                        ☒ No Show   2100  10-2 VF Only
                                        ☐ Cancel
                                        ☐ Rescheduled to____

7-28-11  Pt cx flu appt. no longer on   Taken by: _SM_
         Plaquinil. Resd for  8/4  to ck
         for D Convergence  pr

              **Appointment Status**
         Date: _08-04-11_
         Patient Name: _Haley A. Spears_
         Account # _25284_
         ☒ No Show   ? Convergence
         ☐ Cancel
         ☐ Rescheduled to____

         Taken by: _SM_

   2/17/14  pt called RES for
   2/17/14  to  3/3/14

              **Appointment Status**
         Date: 3/3/14
         Patient Name: _Haley Spears_
         Account # _25284_
         ☐ No Show
         ☒ Cancel
         ☐ Rescheduled to____
                    illness
         Taken by: _th_

   5-20-15
   1 yr cee  NS

Liberty004657

10/23/2015   11:15 Manchester Ophthalmology   (FAX)860 643 4901   P.015/027

had complete exam in 2/10

Name _Haley Spears_   Date _7/28/10_

Neurologic/Psychiatric   Oriented: Time / Place / Person   Mood/Affect: Normal / Depressed / Anxious

**VISION**
Distance: (OD) SC̄ ___ CC̄ _20_ C̄ PH ___   (OS) SC̄ ___ CC̄ _20_ C̄ PH ___
Near:   (OD) SC̄ ___ CC̄ ___   (OS) SC̄ ___ CC̄ ___
Refraction: (M) ___

XT ___   W   On ___   VF's to confrontation ___
ET ___   OS ___   Extra Ocular Movements(EOM's) ___
ORTHO ___

**COLOR PLATES**      **SCHIRMER TEST**      **STEREOPSIS**
OD   16   OD ___   Fly ___   Circles   19
OS   16   OS ___   Animals   13

|  | OD | OS |
|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) | WNL | WNL |
| **C/S** (Conj/Sclera) | WNL | WNL |
| **CORNEA** | Tear Film WNL, Arcus senilis, EFR, Guttata, Scars | Tear Film WNL, Arcus senilis, EFR, Guttata, Scars |
| **AC** (Anterior Chamber) | Deep, Clear, Narrow, Cell, Flare | Deep, Clear, Narrow, Cell, Flare |
| **I/P (Iris/Pupil)** | RAPD +, PERRL + , Dilated | RAPD +, PERRL +, Dilated |
| **LENS** | Clear, NSC, PSC | Clear, NSC, PSC |
| **TAP** | 12 Dil. Undil. | 12 Dil. Undil. Time: 3:30 |
| **FUNDUS/ON** | WNL, REPORT □ (Cup/Disc Ratio) .90D, D.O. 78D, Disc, Nerve Fiber Layer, Vessels, Macula, Hemorrhages/Exudates | WNL, REPORT □ (Cup/Disc Ratio) .90D, D.O. 78D, Disc, Nerve Fiber Layer, Vessels, Macula, Hemorrhages/Exudates |
| **FUNDUS** IND. C̄ DEPRES CL. 20D, 28D, 78D, 90D   **VIT** | **FUNDUS** IND. C̄ DEPRES CL. 20D, 28D, 78D, 90D   **VIT** |
| **GONIO** | **GONIO** |
| **ON** | **ON** |

**IMPRESSION: DX**
1. ___
2. ___
3. ___
4. ___

**DATA REVIEWED**

**PLAN:**

**COUNSELING/Discussion of Findings With Patient:** ___

Liberty004658

10/23/2015   11:15 Manchester Ophthalmology                    (FAX)860 643 4901          P.016/027

Name _Haley Spears_                                    Date _2/26/08_

Neurologic/Psychiatric   Oriented: Time / Place / Person     Mood/Affect: Normal / Depressed / Anxious

**VISION**
Distance: (OD) SC____ CC_20/20 C PH____    (OS) SC____ CC_20/30 C PH____
Near:    (OD) SC____ CC_20/35            (OS) SC____ CC_20/40
Refraction: (M)____

XT____    W OD____                         VF's to confrontation____
ET____      OS____                         Extra Ocular Movements(EOM's)____
ORTHO____

**COLOR PLATES**        **SCHIRMER TEST**        **STEREOPSIS**
OD   /6               OD                      Fly _____       Circles   _19_
OS   /6               OS                      Animals ____  _13_

|                    **OD**                    |                    **OS**                    |
|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit)   WNL | WNL |
| **C/S** (Conj/Sclera)   WNL | WNL |
| **CORNEA**  Tear film WNL / Arcus senilis  SPK / Guttata  Stroma   WNL | Tear film WNL / Arcus senilis  SPK / Guttata  Stroma   WNL |
| **AC** (Anterior Chamber)  Deep  Clear  Narrow / Cell  Flare | Deep  Clear  Narrow / Cell  Flare |
| **I/P (Iris/Pupil)**  RAPD / PERRL   Dilated | **I/P (Iris/Pupil)**  RAPD / PERRL   Dilated |

**LENS** Clear   NSC   PSC

TAP   _16_   Dil,  UndU,  Time:

**FUNDUS/ON**   WNL   REPORT
(Cup/Disc Ratio)  90D  D.O.  78D
Disc____   Nerve Fiber Layer____
Vessels____
Macula____   Hemorrhages/Exudates

**FUNDUS**   VIT
IND. C DEGREES CL
90D  20D
78D  90D
**GONIO**

ON

**IMPRESSION: DX**                         **DATA REVIEWED**
1.
2.
3.
4.

PLAN: ____ _-1.50_          _previous_
      ____ _-1.75_

COUNSELING/Discussion of Findings With Patient:  _-1.50_
                                                 _-1.50_
                                                 _1 ALIK_

Liberty004659

10/23/2015   11:16 Manchester Ophthalmology        (FAX)860 643 4901        P.017/027

3/10/05   CL   _____ 8.6 / 14.2   -1.75 m

20/30   coat___ _____
20/30

Final ___

1/29/07   ref

N ___ -1.50
4.75

(2 Abys)

NAME
JAN/29/2007   2:28 PM                     M/F
VD=13.75mm
<R>        S        C        A
        - 1.00    -0.50    22    9
        - 1.00    -0.75    20    9
        - 1.00    -0.75    25    9
        - 1.00    -0.75    21    9
        <- 1.00   -0.75    21>
            mm          D      deg
<R1>    8.08      41.75    27>
<R2>    7.94      42.50    117>
<AVE>   8.01      42.25
<CYL>             -0.75    27>
<L>        S        C        A
        - 1.25    -0.75    176   9
        - 1.25    -1.00    173   9
        - 1.25    -0.75    170   9
        - 1.25    -0.75    173   9
        <- 1.25   -0.75    173>
            mm          D      deg
<R1>    8.10      41.75    171>
<R2>    7.92      42.50    81>
<AVE>   8.01      42.25
<CYL>             -0.75    171>
PD  ___
        MARCO            ARK-700A

2/22/07   CL disp   _____ 87/140
                    -1.50
                    -1.75

20/20
20/20

3/9/07   CL / ____

20/20
20/20

Final.

2/12/08

**Failed Appointment**
Date:   2/12/08
Patient Name:   Haley Spears
Account #   252.84
☐ No Show
☑ Cancel        WCB TO RS
☐ Rescheduled to
pt is ill. (REF)

Taken by:   CN

2/28/08   20/   ref
@ 13 ___ not called ___ w/ from ___ to
7/11/18
(4)

Liberty004660

10/23/2015    11:16 Manchester Ophthalmology                    (FAX)860 643 4901               P.018/027

Name _Haley Spears_                                    Date _2/8/07_

**Neurologic/Psychiatric**  Oriented: Time / Place / Person    Mood/Affect: Normal / Depressed / Anxious

**VISION**
Distance: (OD)  S̄C _____  C̄C 20 _____  C̄ PH _____        (OS) S̄C _____  C̄C 20 _____  C̄ PH _____
Near:    (OD)  S̄C _____  C̄C 20 _____                      (OS) S̄C _____  C̄C 20 _____
Refraction: (M) _____

| | | |
|---|---|---|
| XT _____ | W OD _____ | VF's to confrontation _____ |
| ET _____ | OS _____ | Extra Ocular Movements(EOM's) _____ |
| ORTHO _____ | | |

**COLOR PLATES**          **SCHIRMER TEST**          **STEREOPSIS**
OD  /6                    OD _____                  Fly _____                Circles _____ /9
OS  /6                    OS _____                  Animals _____ /3

|  | **OD** | **OS** |
|---|---|---|
| **LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit) | WNL | WNL |
| **C/S** (Conj/Sclera) | WNL | WNL |
| **CORNEA** Tear film  WNL / Arcus senilis  SPK  Guttata  Stroma | WNL | WNL |
| **AC** (Anterior Chamber) Deep  Clear  Narrow / Cell  Flare | Deep  Clear  Narrow | Deep  Clear  Narrow |
| **I/P (Iris/Pupil)** RAPD +  PERRL + | Dilated | **I/P (Iris/Pupil)** RAPD +  PERRL +  Dilated |
| **LENS** Clear  NSC  PSC | | **LENS** Clear  NSC  PSC |
| **TAP** | Dil.  Undil. | **TAP** Dil.  Undil.  Time: |
| **FUNDUS/ON** WNL  REPORT ☐ (Cup/Disc Ratio) 90D  D.O. 78D  Disc _____  Nerve Fiber Layer _____  Vessels _____  Macula _____  Hemorrhages/Exudates _____ | | **FUNDUS/ON** WNL  REPORT ☐ (Cup/Disc Ratio) 90D  D.O. 78D  Disc _____  Nerve Fiber Layer _____  Vessels _____  Macula _____  Hemorrhages/Exudates _____ |
| **FUNDUS** IND. C̄ DEPRES CL   VIT  24D  28D  78D  90D   **GONIO**   **ON** | | **FUNDUS** IND. C̄ DEPRES CL   VIT  24D  28D  78D  90D   **GONIO**   **ON** |

**IMPRESSION: DX**                                    **DATA REVIEWED**
1. _____
2. _____
3. _____
4. _____

PLAN: _____

**COUNSELING/Discussion of Findings With Patient:** _____

Liberty004661

10/23/2015    11:17 Manchester Ophthalmology          (FAX)860 643 4901          P.019/027

*acute oxys.*

**Name** Haley Spears                    **Date** 1/29/0 17

**Neurologic/Psychiatric**   Oriented: Time / Place / Person        Mood/Affect: Normal / Depressed / Anxious

**VISION**
Distance: (OD) SC ___ CC 20/20 C PH ___        (OS) SC ___ CC 20/20 C PH ___
Near:      (OD) SC 20/25 CC ___                 (OS) SC 20/25 CC ___
Refraction: (M) ___

XT ___        W OD ___                 VF's to confrontation ___
ET ___           OS ___                 Extra Ocular Movements(EOM's) ___
ORTHO ___

**COLOR PLATES**          **SCHIRMER TEST**      **STEREOPSIS**
OD   /6                   OD                     Fly ___        Circles    /9
OS   /6                   OS                     Animals   /3

|  | OD |  | OS |  |
|---|---|---|---|---|

|  |  |
|---|---|
| | SPH − 1.50 |
| | CYL + 0.00 |
| | AXS 0 |
| | LEFT |
| | SPH − 1.75 |
| | CYL − 0.25 |
| | AXS 10 |
| | NIDEK LM-990A |

**LLL/Adnexae** (Lids/Lacrimals/Lashes/Lymph Nodes/Orbit)     WNL

**C/S** (Conj/Sclera)        2+inj flap                WNL

**CORNEA**    Tear film WNL    WNL    Arcus senilis    SPK    Guttata    Struct

**AC** (Anterior Chamber)   Deep  Clear  Narrow   Cell  Flare

**I/P (Iris/Pupil)**   RAPD   PERRL    Dilated

**LENS**   Clear   NSC   PSC

**TAP**   /8    Dil.   Undil.

**FUNDUS/ON**   WNL   REPORT
(Cup/Disc Ratio) 90D   D.O.   78D
Disc ___   Nerve Fiber Layer ___
Vessels ___
Macula ___   Hemorrhages/Exudates ___

**FUNDUS**   VIT
IND. C DEPRES CL
24D   29D
78D   90D
**GONIO**

**ON**   0 · 3

OS column:
**LLL/Adnexae**
**C/S**   WNL
**CORNEA**   Tear film WNL   Arcus senilis   SPK   Guttata   Struct

**AC**   Deep   Clear   Narrow   Cell   Flare

**I/P (Iris/Pupil)**   RAPD   PERRL    Dilated

**LENS**   Clear   NSC   PSC

**TAP**   /8   Dil.   Undil.   Time:

**FUNDUS/ON**   WNL   REPORT
(Cup/Disc Ratio)  90D   D.O.   78D
Disc ___   Nerve Fiber Layer ___
Vessels ___
Macula ___   Hemorrhages/Exudates ___

**FUNDUS**   VIT
IND. C DEPRES CL
26D   29D
78D   90D
**GONIO**

**ON**   0 · 3

**IMPRESSION: DX**                          **DATA REVIEWED**
1.  eye R sila. − 2 CPD
2.  Epi blenlt OS
3.  Dry eye
4.

**PLAN:**   Lotemax ( 4,4 ) × 5 days          Dry eyes C
           ptc ( 2,2 ) × 5 days               refresh plus × 8 a
                                               MWF full rev ra

**COUNSELING/Discussion of Findings With Patient:**   1 h O/C

D12

Liberty004662



THREE IN ONE                                                EYE: RIGHT

NAME: SPEARS,HALEY                                          DOB: REDACTED
ID: 25284

MACULA THRESHOLD

FIXATION MONITOR: GAZE/BLIND SPOT    STIMULUS: III, RED        PUPIL DIAMETER:         DATE: 02-02-2009
FIXATION TARGET: CENTRAL             BACKGROUND: 31.5 ASB      VISUAL ACUITY:          TIME: 3:15 PM
FIXATION LOSSES: 1/11                STRATEGY: FULL THRESHOLD  RX: +0.00 DS    DC X    AGE: 31
FALSE POS ERRORS: 0/5
FALSE NEG ERRORS: 0/5
TEST DURATION: 05:23

FOVEA: OFF
                                        THRESHOLD GRAYTONE


DEFECT DEPTH (DB)                              THRESHOLD (DB)

                                          90                              102

         0      0      0      0              26     23     25     25
                                           (24)   (25)   (25)   (27)

         0      0      0      0              24     24     23     27
                                           (26)   (24)   (25)   (23)

5  |-----+------+------+------+---|5   5  |------+------+------+------+---|5

         0      0      0      0              27     27     25     27
                                           (23)   (25)   (27)   (27)

         0      0      0      0              26     26     27     26
                                           (25)   (25)   (27)   (23)

                                         101                              104

                            WITHIN 4 DB OF EXPECTED
                            (CENTRAL REFERENCE: 27 DB)

Liberty004663



THREE IN ONE                                             EYE: LEFT

NAME: SPEARS,HALEY                                   DOB: REDACTED
ID: 25284

MACULA THRESHOLD

FIXATION MONITOR: GAZE/BLIND SPOT    STIMULUS: III, RED         PUPIL DIAMETER:          DATE: 02-02-2009
FIXATION TARGET: CENTRAL             BACKGROUND: 31.5 ASB       VISUAL ACUITY:           TIME: 3:22 PM
FIXATION LOSSES: 3/12 XX             STRATEGY: FULL THRESHOLD   RX: +0.00 DS    DC X     AGE: 31
FALSE POS ERRORS: 0/6
FALSE NEG ERRORS: 1/5
TEST DURATION: 05:45

FOVEA: OFF                                    THRESHOLD GRAYTONE

DEFECT DEPTH (DB)                             THRESHOLD (DB)

```
        0      0      0      0                24     25     23     23
                                             (22)   (23)   (23)   (25)

        0      0      0      0                26     24     25     23
                                             (26)   (24)   (25)   (23)

        0      0      5      0                26     20     24     26
                                             (24)   (24)   (22)   (26)

        0      0      0      0                22     31     27     24
                                             (24)   (28)   (25)   (26)
```

        0 = WITHIN 4 DB OF EXPECTED
        CENTRAL REFERENCE: 28 DB

© 2005 CARL ZEISS MEDITEC
Liberty004664

*+1.00 over CL's /sm*

THREE IN ONE                                              EYE: RIGHT

NAME: SPEARS,HALEY                          DOB: REDACTED
ID: 25284

CENTRAL 10-2 THRESHOLD TEST

| | | |
|---|---|---|
| FIXATION MONITOR: GAZE/BLIND SPOT | STIMULUS: III, WHITE | PUPIL DIAMETER: 3.0 MM | DATE: 01-28-2011 |
| FIXATION TARGET: CENTRAL | BACKGROUND: 31.5 ASB | VISUAL ACUITY: | TIME: 11:38 AM |
| FIXATION LOSSES: 5/18 XX | STRATEGY: SITA-STANDARD | RX: +1.00 DS    DC X | AGE: 33 |
| FALSE POS ERRORS: 18 % XX | | | |
| FALSE NEG ERRORS: 3 % | | | |
| TEST DURATION: 07:18 | | | |

FOVEA: OFF

THRESHOLD GRAYTONE

DEFECT DEPTH (DB)                          THRESHOLD (DB)

584                 31   30                527

35   34   34   31   31   29

34   33   34   32   31   32   30   34

34   33   31   33   31   31   31   30

10   31   35   34   33   31   31   32   30   31   10
     33   32   32   32   33   33   34   34   33   33

36   29   33   32   34   33   31   33

38   31   32   33   33   32   31   32

38   34   32   33   31   34

32   33

552                                        557

o = WITHIN 4 DB OF EXPECTED

CENTRAL REFERENCE: 34 DB

© 2005 CARL ZEISS MEDITEC
Liberty004665

10/23/2015    11:17 Manchester Ophthalmology            (FAX)860 643 4901          P.023/027



SINGLE FIELD ANALYSIS                                                          EYE: RIGHT
NAME: SPEARS,HALEY                                                             DOB: REDACTED
ID: 25204

CENTRAL 10-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT        STIMULUS: III, WHITE        PUPIL DIAMETER: 3.0 MM      DATE: 01-28-2011
FIXATION TARGET: CENTRAL                 BACKGROUND: 31.5 ASB        VISUAL ACUITY:              TIME: 11:39 AM
FIXATION LOSSES: 5/16 XX                 STRATEGY: SITA-STANDARD     RX: +1.00 DS   DC X         AGE: 33
FALSE POS ERRORS: 10 % XX
FALSE NEG ERRORS:  3 %
TEST DURATION: 07:10

FOVEA: OFF

MD    -1.40 DB
PSD    1.65 DB  P ( 5%

+++ EXCESSIVE HIGH FALSE POSITIVES +++

© 2005 CARL ZEISS MEDITEC
HFA II 740-3789-14.0/14.0
Liberty004666

10/23/2015   11:17 Manchester Ophthalmology          (FAX)860 643 4901

OVERVIEW                                           EYE: RIGHT

NAME: SPEARS,HALEY                          DOB: REDACTED
ID: 25284

CENTRAL 10-2 THRESHOLD TEST

| THRESHOLD GRAYTONE | THRESHOLD (DB) | TOTAL DEVIATION | PATTERN DEVIATION |

01-28-2011     SITA-STANDARD                                 ### EXCESSIVE HIGH FALSE POSITIVES ###          3.8 MM

```
                          31  30
                     35 34 34  31 31 29
                  34 33 34 32  31 32 30 34
                  34 32 31 30  31 31 31 30
               31 35 34 33 33  31 31 32 30 31
               33 32 32 32 33  33 34 34 33 33
                  36 29 33 32  34 33 31 33
                  30 31 32 33  33 32 31 32
                     36 34 32  33 31 34
                          32  33
```

FOVEA: OFF          FL: 5/16 XX           FN: 3 %              FP: 16 % XX
MD: -1.48 DB        PSD: 1.85 DB  P < 5%

:: < 5%
x: < 2%
x: < 1%

© 2005 CARL ZEISS MEDITEC
NFG II 749-2709 14.0

Liberty004667

10/23/2015   11:18 Manchester Ophthalmology          (FAX)860 643 4901          P.025/027

THREE IN ONE                                                    EYE: LEFT
NAME: SPEARS,HALEY                                              DOB: REDACTED
ID: 25284
CENTRAL 10-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT       STIMULUS: III, WHITE       PUPIL DIAMETER: 3.0 MM       DATE: 01-28-2011
FIXATION TARGET: CENTRAL                BACKGROUND: 31.5 ASB       VISUAL ACUITY:               TIME: 11:49 AM
FIXATION LOSSES: 2/16                   STRATEGY: SITA-STANDARD    RX: +1.00 DS     DC X        AGE: 33
FALSE POS ERRORS:   8 %
FALSE NEG ERRORS:   2 %
TEST DURATION: 06:44                                     THRESHOLD GRAYTONE

FOVEA: OFF



DEFECT DEPTH (DB)                                       THRESHOLD (DB)

                    0  | 0                         530              28 | 32              532

            0   0   0  | 0   0   0                           28  29  32 | 31  28  28

        0   0   0   0  | 0   0   0   0                    31  32  31  32 | 34  31  28  32

        0   0   0   0  | 0   0   0   0                    32  32  33  33 | 31  31  32  35

  10  0   0   0   0   0| 0   0   0   0   0 10    10  28  32  31  32  34 | 32  32  32  33  31  10
      0   0   0   0   0| 0   0   0   0   0           33  33  31  32  33 | 30  32  30  30  32

            0   0   0  | 0   0   0   0                    33  32  32  32 | 33  32  29  30

            0   0   0  | 0   0   0   0                    32  30  32  33 | 32  33  30  32

                7   0  | 0   0   0                           24  29  31 | 31  30  30

                    0  | 0                         530              31 | 33              520

        0 = WITHIN 4 DB OF EXPECTED
        CENTRAL REFERENCE: 34 DB



© 2005 CARL ZEISS MEDITEC
HFA II 740-3780-14.0/14.0

Liberty004668

SINGLE FIELD ANALYSIS

NAME: SPEARS,HALEY
ID: 25284

EYE: LEFT
DOB: REDACTED

CENTRAL 10-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLIND SPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 2/16
FALSE POS ERRORS: 6 %
FALSE NEG ERRORS: 2 %
TEST DURATION: 06:44

FOVEA: OFF

STIMULUS: III, WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

PUPIL DIAMETER: 3.8 MM
VISUAL ACUITY:
RX: +1.00 DS    DC X

DATE: 01-28-2011
TIME: 11:49 AM
AGE: 33

```
                     28   32
                28  28   32 | 31  28  28
           31  32  31   32 | 34  31  28  32
           32  32  33   33 | 31  31  32  35
      10  28  32  31   32   34  32  32  32  33  31  10
          33  31  32   31   30  32  30  38  32
          33  32  32   32 | 33  32  29  38
          32  30  32   33 | 32  33  30  32
               24  29   31 | 31  30  30
                    31 | 33
```

MD    -2.55 DB  P < 5%
PSD    1.88 DB  P < 5%

TOTAL DEVIATION

```
              -4 | 0
        -4  -3  -1 |-2  -5  -5
     -2  -1  -2  -2 | 0  -2  -5  -1
     -1  -2  -1  -1 |-4  -3  -2   2
    -3  -2  -4  -3  -2 |-3  -3  -3  0 -2
     0  -1  -4  -3  -2 |-3  -3  -4  -4 -2
     -1  -3  -3  -3 |-2  -2  -6  -4
      -2  -4  -2  -1 |-2  -1  -4  -2
          -9  -5  -2 |-2  -3  -3
               -1 | 0
```

PATTERN DEVIATION

```
              -3 | 1
        -3  -2  0 |-1  -4  -4
     -1  0  -1  -1 | 1  -1  -4  0
      0  -1  0  0 |-3  -2  -1  3
    -4  -1  -3  -2  0 |-2  -2  -2  1 -1
      1  0  -3  -2  -1 |-4  -2  -3  -3 -1
      0  -2  -2  -2 |-1  -1  -5  -3
      -1  -3  -1  0 |-1  0  -3  -1
          -8  -4  -1 |-1  -2  -2
               0 | 1
```

MD    -2.55 DB  P < 5%
PSD    1.88 DB  P < 5%

© 2005 CARL ZEISS MEDITEC

HFA II 740-3789-14.0/14.0

```
OVERVIEW                                                        EYE: LEFT
NAME: SPEARS,HALEY                                              DOB: REDACTED
 ID: 25284
CENTRAL 10-2 THRESHOLD TEST
   THRESHOLD GRAYTONE              THRESHOLD (DB)         TOTAL DEVIATION         PATTERN DEVIATION

01-28-2011      SITA-STANDARD                                                                    3.0 MM
```

```
                                  28  32              ::  ·      ·                  ·       :: ::
                          28 29 32  31 28 28          ::  ·  ·   ▒  ▒          ·  ·  ·   ▒
                       31 32 31 32  34 31 28 32       ·   ·  ·   ·  ·          ·  ·  ·
                       32 32 33 33  31 31 32 35       ·   ·  ·   :: :: · ·     ·  ·  ·
                    28 32 31 32 34  32 32 32 33 31   ::  :: ::   :: ·      ::  ·  ·  ·
                    33 33 31 32 33  30 32 30 30 32    ·  ·  ▒  :: ▒  ·  :: ▒   ·     ▒   ·
                       33 32 32 32  33 32 29 30       ·  :: :: ::  ▒  ▒▒ ▒     ·     ▒▒ ::
                       32 30 30 33  32 33 30 32       ·  ▒  ·   ·  ▒  ·        ·
                          24 29 31  31 30 30          ▒▒ ▒  ·   ▒▒ ::          ▒▒ :: ·
                             31 33                    ·  ·          ·

FOVEA: OFF                     FL: 2/16              FN: 2 %              FP: 6 %
MD: -2.55 DB P < 5%           PSD: 1.68 DB P < 5%
```

```
:: < 5%
▒▒ < 2%
```
Liberty004670

Oct 23 2015 8:09AM    HP LASERJET FAX          6175762842          p.1

# Maddalo Chiropractic &
# D.O.T. Certification

---

### FACSIMILE TRANSMITTAL SHEET

TO:
*Nancy Winterer*

COMPANY:

FAX NUMBER:
*603-334-5708*

PHONE NUMBER:

RE:
*Haley Spears*

FROM:
*Dianne Winter*

DATE:
*10-23-15*

TOTAL NO. OF PAGES INCLUDING COVER:
*3*

SENDER'S REFERENCE NUMBER:

YOUR REFERENCE NUMBER:

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

*Please notes "⟶" for change of name, as stated on phone message this morning. There is a nominal fee of $35.00 Upon Receipt our office will mail this information to you within 4 weeks.      Thank You.*

HIPAA FACSIMILES: The personal health information contained herein is privileged and highly confidential. It is intended for the exclusive use of the person to whom it is addressed and is to be used only to aid the recipient in providing healthcare services to this patient. Any other use or disclosure is a violation of Federal Law (HIPAA) and will be reported.
ALL FACSIMILES: The information transmitted in this communication contains confidential information that is intended for the use of person named above. If you are not the addressed recipient, any disclosure, copying, distribution or action based on the content is strictly prohibited. Please notify our office at the number below to arrange the return of the original documents immediately.

257 Cambridge Street
Cambridge MA 02141
Ph 617-547-4444
Fax 617-576-2842

49 Mystic Avenue
Medford, MA 02155
781-393-0055
781-393-0057

14 McGrath Highway
Somerville, MA 02143
617-666-2447
617-666-2842

Liberty004671



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Candace Maddalo, Do

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Candace Maddalo:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004673



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Richard Shoup, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Richard Shoup:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004674

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

2  of 2

Liberty004675



**Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 503]
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-800-284-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _Haley Spears_

CLAIM No.: _____        S.S. NO: ⁴REDACTED²

EMPLOYER/SPONSOR: _____   DATE OF BIR____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2.   Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed, credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Haley Spears_
Print Name

_Haley Spears_
Signature

__REDACTED.,
Social security number

_9/8/15_
Date

Sleep Medicine Associates, LLC
Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
Navaneeta Havaligi, MD, MPH
David R. Hatch, MD, FCCP

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Faxi (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth:  REDACTED

Date of Service: 04/29/2011

CHIEF COMPLAINT: Haley Spears is here for a follow up visit because of difficulty sleeping.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She started waking at 1 or 1:30pm about 2 weeks, then went to about 12 to 12:30pm.  She states that she then started going to bed much later.  She would watch TV all night feeling unable to fall asleep.

Some afternoons she takes a 3 hour nap.

She has normally taken hydrocortisone upon awakening.

She has tried to take 3 consistent meals, but states that she cannot always meet that.

Continues occasional night sweats, after which she does not want to get out of bed.

There are no new medical problems since last visit.

She has seasonal significant nasal congestion; no cough, sputum, some wheeze,  no shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
        MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers,   CNS Lyme,  Anxiety.  On adrenal replacement.

CURRENT MEDICATION LIST:
        LEXAPRO ORAL TABLET 20 MG, EVERY DAY
SINGULAIR ORAL TABLET CHEWABLE 5 MG, EVERY DAY AT BEDTIME
ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
PREVACID ORAL PACK 15 MG, 2 Every Morning
AZITHROMYCIN ORAL, TABLET 500 MG, EVERY A.M.
CEFDINIR ORAL CAPSULE CONVENTIONAL, 300 MG, TWICE DAILY
COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
HYDROCORTISONE 20MG, EVERY DAY
LOW DOSE NALTREXONE, EVERY DAY
VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
        BIAXIN
ERYTHROMYCIN DERIVATIVES

PHYSICAL EXAM:
        VITALS:
                VITAL SIGNS:
                VS-PULSE: 68 Right Radial, Regular
                VS-BLOOD PRESSURE:  114/60 Right Arm Sitting
                VS-RESPIRATION:  16
                VS-HEIGHT: 5ft3.25in
                VS-WEIGHT: 126lbs8oz
        BMI: 20.89
EPWORTH TOTAL:12
        CONSTITUTIONAL:
        GENERAL APPEARANCE:  Patient is female. Alert, well developed, well nourished. Affect is normal and positive, in no acute distress.
        EARS, NOSE, MOUTH AND THROAT:
        EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
ORAL: Inspection of the lips, gums, and teeth is normal, Normal oral cavity and crowded oropharynx.
        NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline, No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Lungs are clear, There are no wheezes, rales or rhonchi. Breath and chest excursions are symmetrical.
        CARDIOVASCULAR:
        AUSCULTATION: Normal S1 and S2, Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
        GASTROINTESTINAL:
        GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
        MUSCULOSKELETAL EXAM:
        HEAD AND NECK: Normal to inspection.  No erythema, swelling, or tenderness.
        PSYCHIATRIC: Oriented to person, place, time and general circumstances, Mood and affect appropriate. Able to give personal history.

ASSESSMENT:
        327.00-ORGANIC INSOMNIA UNSPECIFIED
        ASSESSMENT:  Generalized illness and body pain are likely contributors.

        327.10-ORGANIC HYPERSOMNIA UNSPECIFIED.
        ASSESSMENT:  May relate to irregular sleep and to chronic pain.

        327.23-OBSTRUCTIVE SLEEP APNEA
        ASSESSMENT:  AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore, AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

        327.33-CIRCAD RHYTH SLP D/O IRR SLEEP/WAKE
        ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally sleep,  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
        We reviewed basic strategies for shifting the internal clock, including approaches that either advance or delay the internal clock in an effort to shift back to a more normal sleep schedule.

She will be referred to a sleep psychologist, who can work much more intensively with her in hopes of achieving greater success.

RETURN VISIT:  There is no need to schedule follow-up at this time.  I would be happy to see her in the future should the need arise.

Electronically Signed by: Richard Shoup, M.D, on Friday, April 29, 2011 at 05:20 pm

Liberty004677

10/21/2015   16:17 Sleep Medicine Associates LLC                    (FAX)8604325622              P.005/010

Sleep Medicine Associates, LLC
Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
Navasuma Havaligi, MD, MPH
David R. Hatch, MD, FCCP

112 Spencer Street                    Phone (860) 432-5600
Manchester, CT 06040                  Fax: (860) 432-5622

PatientID: 03181H
Patient Name: HALEY A SPEARS
Date of Birth REDACTED

Date of Service: 03/24/2011

CHIEF COMPLAINT: Haley Spears is here for a 5 week follow up visit.

REFERRING PHYSICIAN: Dr. Kristin Giannini

She has tried keeping a regular wake up time, but states this has been really hard. She states she is often waking up between noon and 2pm, and her sleep diary sheets show 2:30pm as the most common time.

She reports having more consistency with her sleep compared to before. Her sleep diaries demonstrate a consistent sleep phase delay as a primary issue. She sleeps fairly soundly most nights, but has ongoing pain issues that interfere with sleep.

She has ongoing pain and some nights also has not been able to sleep.

She denies significant nasal congestion; cough, sputum, wheeze, shortness of breath; chest pain, palpitations; nausea, vomiting, diarrhea, constipation.

PAST MEDICAL HISTORY:
    MEDICAL: Arthritis, Hashimoto thyroiditis, gastric ulcers.  CNS Lyme.  Anxiety.  About to start adrenal replacement.

CURRENT MEDICATION LIST:
    LEXAPRO ORAL TABLET 20 MG, EVERY DAY
    SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
    ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
    TRAMADOL HCL ORAL TABLET 50 MG, THREE TIMES DAILY
    PREVACID ORAL PACK 15 MG, 2 Every Morning
    AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
    CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY
    COARTEM ORAL TABLET 20-120 MG, TWICE DAILY
    HYDROCORTISONE 20MG, EVERY DAY
    LOW DOSE NALTREXONE, EVERY DAY
    VITAMIN B12 INJECTION, TWICE WEEKLY

CURRENT ALLERGY LIST:
    BIAXIN
    ERYTHROMYCIN DERIVATIVES

PHYSICAL EXAM:
    VITALS:
        VITAL SIGNS:
        VS-PULSE: 84 Right Radial, Regular
        VS-BLOOD PRESSURE: 124/62 Right Arm Sitting
        VS-RESPIRATION: 16
        VS-HEIGHT: 5ft.5.25in
        VS-WEIGHT: 125lbs8oz
        BMI: 20.72
    EPWORTH TOTAL:16
        CONSTITUTIONAL:
        GENERAL APPEARANCE: Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
        EARS, NOSE, MOUTH AND THROAT:
        EXTERNAL NOSE: External nose exam normal with no scars, lesions or masses.
    ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and crowded oropharynx.
        NECK AND THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
    RESPIRATORY: Normal respiratory effort. Lungs are clear. There are no wheezes, rales or rhonchi. Breath and chest excursions are symmetrical.
        CARDIOVASCULAR:
        AUSCULTATION: Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
    EDEMA/VARICOSITIES OF EXTREMITIES: No edema of the lower extremities.
        GASTROINTESTINAL:
        GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
        MUSCULOSKELETAL EXAM:
        DIGITS/NAILS: No clubbing or cyanosis.
    HEAD AND NECK: Normal to inspection. No erythema, swelling, or tenderness.
        PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Able to give personal history.

ASSESSMENT:
    327.00-ORGANIC INSOMNIA UNSPECIFIED
        ASSESSMENT:  Generalized illness and body pain are likely contributors.

    327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
        ASSESSMENT:  May relate to irregular sleep and to chronic pain.

    327.23-OBSTRUCTIVE SLEEP APNEA
        ASSESSMENT:  AHI = 6.5 (par non-Medicare hypopnea definition) and she did not snore. AHI was 0 per the Medicare hypopnea definition. Clinical relevance doubtful.

    327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
        ASSESSMENT:  A substantial issue. Her internal clock has no regularity. She often sleeps at times when people are normally awaken, and often awake at times people normally sleep. Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
    She wasn't trying to start trying to get up at 1 pm consistently as the next step in regulating her internal clock, to try advancing her sleep phase more slowly. She was unable to succeed with a larger change. She should obtain outdoor bright light for about 1/2 hour upon awakening. After 2 weeks of waking up successfully at 1pm, she can move the time back to noon. She can advance her sleep by 1 hour every 2 weeks, provided she is consistently waking up at the new time. She was given additional sleep diary sheets to help track her progress.

She was advised to take her hydrocortisone upon awakening, and to maintain this pattern as she works to move her sleep time gradually to earlier in the day.

She was instructed to start taking 3 meals a day and to time them to match her sleep pattern, such that breakfast should be daily within the first hour upon awakening, supper about 4 to 5 hours before going to bed at night, and lunch in the middle. This will help additionally to entrain her internal clock.

She was instructed to leave dim lights for the last hour or so before bedtime to allow normal dim light melatonin onset. Included was the information to avoid even a computer screen during this time, as that is enough light to affect the internal sleep clock.

She should also establish and maintain a regular bedtime routine for about the last hour before going to sleep.

The possibility of melatonin before bed was discussed briefly, but deferred, as by far the major stimulus to reset the internal clock is light, and melatonin has been shown to add only a small amount of

Liberty004678

help.  Currently she takes a lot of mediations and supplements,

Time with patient over 35 minutes with more than 30 minutes counseling time,

RETURN VISIT:    Patient instructed to return in 2 to 3 months.

Electronically Signed by: Richard Shoup, M.D, on Thursday, March 24, 2011 at 05:08 pm

Liberty004679

Sleep Medicine Associates, LLC
Richard M. Shoup, MD, FCCP
Fellow, American Board of Sleep Medicine
Navamsha Havaligi, MD, MPH
David R. Hatch, MD, FCCP

112 Spencer Street          Phone (860) 432-5600
Manchester, CT 06040        Fax: (860) 432-5622

PatientID: 08181E
Patient Name: HALEY A SPEARS
Date of Birth: REDACTED7

Date of Service: 02/17/2011

SLEEP MEDICINE CONSULTATION

REFERRED BY: Dr. Kristin Giannini

Dear Dr.Giannini,

Today I had the opportunity to evaluate your patient, Haley Spears, in Sleep Medicine consultation.

CHIEF COMPLAINT: Haley Spears is seen as a new patient. The patient complains of difficulty falling and staying asleep.

HISTORY:
        The patient has infrequent snoring from time to time. She sleeps alone. She has not been told she has breathing pauses in her sleep. She does not awaken with gasping sensations.

She reports daytime sleepiness. She often feels "exhausted" but cannot fall asleep. Other times she may fall asleep and sleep 12 hours. She reports occasional drowsiness with driving and denies having had a motor vehicle accident from drowsiness.

        The patient denies cataplexy. She has experience sleep paralysis in the past (at least 3 years ago). She does not walk in sleep, but does talk in sleep.

She denies restless legs syndrome symptoms.

She has drenching night sweats that may occur several nights a week for several weeks, and then these will go away for several weeks.

She has been on Ambien 10mg, Lunesta 3mg which have not helped. Melatonin has not helped, nor has Benadryl.

SLEEP STATUS:
        Typical bedtime is between 11pm to 8am. Her bedtime is so varied because she cannot fall asleep. Some nights she does not bother to go to bed because she is sure she will not be able to sleep. Other times she tosses and turns an hour or 2 and then gets out of bed.
        The patient usually sleeps on his/her sides and back.  Once asleep she normally sleeps from 7 to 14 hours. Some nights she sleep 3 hours and has had difficulty falling back to sleep.
        She states she has no sleep routine, and this in part is related to the fact that she is not working.

She sleeps in the daytime hours at least 3 or 4 days a week. This depends on if she has doctor's appointments to get to.

She report having this irregular sleep pattern about 2 years. Before then she slept nightly for about 6 to 8 hours a night, and could fall asleep easily almost anywhere. Her sleep changed when she developed migraine headaches and cognitive problems. She eventually underwent a lumbar puncture that demonstrated evidence for CNS Lyme. She states that multiple doctors have agreed that her symptoms have been consistent. She was treated with Rocephin for via a PIC line. She has also been on multiple courses of oral antibiotics.

She had a great deal pain when she was initially treated for CNS lyme.

She may sleep from 3 to 6 hours at a time for several days in a row, and then will sleep about 12 hours the next night.

She does not drink caffeinated beverages or take chocolate on a regular basis.


PAST MEDICAL HISTORY:
        MEDICAL:  Arthritis, Hashimoto thyroiditis, gastric ulcers.   CNS Lyme, Anxiety. About to start adrenal replacement.
SURGICAL:  No previous surgery.

CURRENT MEDICATION LIST:
        LEXAPRO ORAL TABLET 20 MG, EVERY DAY
SINGULAIR ORAL TABLET CHEWABLE 5 MG, 2 EVERY DAY AT BEDTIME
ASACOL ORAL TABLET ENTERIC COATED 400 MG, 2 Two Times A Day
TRAMADOL HCl, ORAL TABLET 50 MG, THREE TIMES DAILY
PREVACID ORAL PACK 15 MG, 2 Every Morning
AZITHROMYCIN ORAL TABLET 500 MG, EVERY A.M.
CEFDINIR ORAL CAPSULE CONVENTIONAL 300 MG, TWICE DAILY

CURRENT ALLERGY LIST:
        BIAXIN
ERYTHROMYCIN DERIVATIVES

SOCIAL HISTORY:
        MARITAL STATUS: Single, Lives alone, No children.
TOBACCO USE:  Has no smoking history.
ALCOHOL:  The patient consumes 1 beverage yearly.
Previously administrative assistant. On disability.

FAMILY HISTORY:
        FATHER: The father is living.  Troubles sleeping.
MOTHER: The mother is living.  No snoring with either parent.

REVIEW OF SYSTEMS:
        GENERAL:  Normal activity, no change in appetite.
EYES:  No discharge from the eyes, no dryness noted.
EARS/NOSE/MOUTH/THROAT:  No infections, drainage, or ear pain, no significant nasal congestion, stuffiness, dryness, discharge, blockage,.
RESPIRATORY:  No cough, no shortness of breath, no wheezing.  Coughs with eating or drinking.
CARDIAC:  No chest discomfort noted, no chest pain, denies chest pressure, sputum, no dyspnea on exertion, no edema, no orthopnea, no palpitations, no tachyarrhythmia.
GI:  No complaints of abdominal pain, no abdominal distention, no bloating, no change in bowel habits, no heartburn, no indigestion, no loss of appetite, no nausea, normal stools, no swallowing difficulties, no vomiting.
MUSCULOSKELETAL:  No joint complaints, no muscle complaints.  Various pains in neck and back affect sleep. Has other pains that are variable.
NEUROLOGICAL:  No decrease in ability to concentrate, no headaches, no loss of consciousness, no memory loss, no complaints of muscle weakness, no seizures.  Seizures before treated for CNS Lyme.
PSYCHIATRIC:  No change in personality, no mood swings.
ENDOCRINE:  No history of excessive thirst or hunger, no history of excessive urination, no temperature intolerances, denies significant weight gain, denies significant weight loss.  Usually warmer than colder.
HEMATOLOGIC/LYMPHATIC:  There are no swollen, painful or tender lymph nodes.
ALLERGIC/IMMUNOLOGIC:  No allergic symptoms, no environmental or seasonal allergies, spring allergies, fall allergies.
Ten years ago she weighed about the same as now.

PHYSICAL EXAM:
        VITALS:

Liberty004680

VITAL SIGNS:
VS-PULSE: 80 Right Radial, Regular
VS-BLOOD PRESSURE: 132/88 Right Arm Sitting
VS-RESPIRATION: 16
VS-HEIGHT: 5ft5.25in
VS-WEIGHT: 120lbs6oz
BMI: 19.88
EPWORTH TOTAL:9-16
NECK CIRCUMFERENCE:  12 inches
CONSTITUTIONAL:
   GENERAL APPEARANCE:  Patient is female. Alert, well developed, well nourished. Affect is normal and positive. In no acute distress.
HEAD/FACE:  Sinuses are not tender, red or swollen.
   EARS, NOSE, MOUTH AND THROAT:
      EXTERNAL EARS AND NOSE:  External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE:  No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL:  Inspection of the lips, gums, and teeth is normal. Normal oral cavity and oropharynx.
   NECK AND THYROID:  Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted, no cervical lymphadenopathy.
RESPIRATORY: Normal respiratory effort. Clear to auscultation without wheezes, rales or rhonchi. Breath sounds are symmetrical. Percussion tones resonant and symmetrical. Chest excursions are symmetrical.
CARDIOVASCULAR:
   PALPATION & AUSCULTATION:  Normal S1 and S2. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
      EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities of the extremities.
GASTROINTESTINAL:
   GASTROINTESTINAL: Normal bowel sounds, soft, and nontender.
MUSCULOSKELETAL EXAM:
   DIGITS/NAILS: No clubbing or cyanosis.
      HEAD AND NECK:  Normal to inspection and palpation,  No erythema, swelling, or tenderness.  Trachea midline.
SPINE/RIBS/PELVIS:  No kyphosis, lordosis, or tenderness.
NEUROLOGIC:
   CRANIAL NERVES: CNs II-XII grossly intact. gait and station are normal. No evident muscle atrophy fasciculations or spasticity.
PSYCHIATRIC: Oriented to person, place, time and general circumstances. Mood and affect appropriate, Able to give personal history.

   LAB DATA: Polysomnogram demonstrates no OSA per Medicare standards and very mild OSA per non-Medicare hypopnea definition.  There were numerous PLMS.

ASSESSMENT:
      ASSESSMENT:  AHI = 6.5 (per non-Medicare hypopnea definition) and she did not snore. AHI was 0 per the Medicare hypopnea definition.  Clinical relevance doubtful.

   327.23-OBSTRUCTIVE SLEEP APNEA

   327.00-ORGANIC INSOMNIA UNSPECIFIED
      ASSESSMENT:  Generalized illness and body pain are likely contributors.

   327.10-ORGANIC HYPERSOMNIA UNSPECIFIED
      ASSESSMENT:  May relate to irregular sleep and to chronic pain.

   327.33-CIRCAD RHYTH SLP D/O IRR SLEEPWAKE
      ASSESSMENT:  A substantial issue.  Her internal clock has no regularity.  She often sleeps at times when people are normally awaken, and often awake at times people normally sleep,  Etiology likely multifactorial including chronic illness, pain, and lack of outside pressures for regular sleep, as she has been on disability and not able to work.

RECOMMENDATIONS:
      We discussed strategies for starting to bring stability to her internal clock.  She should start by picking a regular morning wake-up time and the sticking with it very strictly.  It was suggested this be between 6 and 9am.

She was instructed to obtain about 30 minutes of outdoor bright light each morning just after getting up for the day,

She was instructed to start taking her newly-prescribed Cortef (hydrocortisone) when she wakes up in the morning and not later in the day.

She should keep a sleep diary and bring it to her next visit.  This will document how she well she is able to keep a regular wake up time.  It will also help show how the rest of her sleep pattern begins to adjust to the new regular wake up point.  There will be no attempt to restrict afternoon napping at this point.

She was told that these steps are just the initial start in a process that may take a while.  It may make sense eventually for a trial of treating periodic limb movements.  At this time, however, she is about to start several new medications for other reasons, so PLM evaluation can wait.

Thank you for the opportunity to participate in the care of your patient. I plan to see Haley Spears in follow up in 3 weeks, and will keep you informed of your patient's progress.

Sincerely,

Richard M. Shoup, M.D.
Diplomate, American Board of Sleep Medicine

Electronically Signed by: Richard Shoup, M.D. on Thursday, February 17, 2011 at 05:16 pm

Liberty004681

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report

PATIENT: SPEARS,HALEY A                            MR#:  Z346259
ROOM#:                                             ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                             DOB:  REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.                  SERVICE DATE:01/19/11
PROVIDER:           Havaligi,Navasuma              REPORT#: 0125-1134
PROVIDER TYPE:      MD
==================================================================================
REFERRING PHYSICIAN:
Dr.Saul

TEST PERFORMED:
Polysomnogram.

INDICATION:
A 33-year-old female with symptoms of insomnia and daytime sleepiness.

PAST MEDICAL HISTORY:
Lyme disease.

MEDICATIONS:
Azithromycin, Ultram, Lexapro, Prevacid, Asacol, adrenal support, selenium, iron
and fish oil.

ALLERGIES:
ERYTHROMYCIN.

SOCIAL HISTORY:
Not detailed.

PHYSICAL EXAMINATION:
GENERAL:  Height 65 inches, weight 120 pounds, BMI 20.  Blood pressure 122/82,
heart rate 66, respiratory rate 14, neck girth 13 inches.  Epworth sleepiness
score of 16.  CRANIOFACIAL AND OROPHARYNGEAL:  Exams are normal.  LUNG AND
CARDIOVASCULAR:  Exams were normal.  ABDOMEN, EXTREMITIES AND NEUROLOGIC:  Exams
were indicated as normal.

RESULTS:
The patient's usual lights out occurs between 11:00 p.m. to 1:00 a.m.  Study
lights out occurred at 11:16 p.m.  There was a prolonged sleep onset latency of
86 minutes.  The patient slept for 3.5 hours with a low sleep efficiency of 59%.
Sleep histogram revealed multiple brief awakenings.  Sleep stage analysis
revealed an increased percentage of stage N1 sleep at 20%, normal percentages of
stages N2 and N3 sleep, and no stage R sleep.  The arousal index was elevated at
47 per hour and wake after sleep onset was prolonged at 64 minutes.  The patient
slept mostly on her sides and very briefly supine.  In her post sleep
questionnaire, she reported sleeping slightly worse than average and feeling
slightly better than average.  She felt she had obtained 2 to 3 hours of sleep.

RESPIRATORY EVENTS:
When scored using Medicare guidelines, no respiratory events were scored.  When
scored using the alternate definition for hypopneas by the AASM, the respiratory
disturbance index was mildly elevated at 7 events per hour.  The AHI was much


Eastern Connecticut Health Network,Inc (PCI:OE database ECHN)

Run: 01/26/11-13:02 by Havaligi,Navasuma                        Page 1 of 2


Liberty004682

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Sleep Report

PATIENT: SPEARS,HALEY A                    MR#: Z346259
ROOM#:                                      ACCT#:D03005853
LOCATION:MMH-SLEEP LAB                      DOB:   REDACTED

ATTENDING PHYSICIAN: Saul,Zane K.           SERVICE DATE:01/19/11
PROVIDER:            Havaligi,Navasuma      REPORT#: 0125-1134
PROVIDER TYPE:       MD
=====================================================================
higher during supine sleep at 60 events per hour; however, she obtained only 4
minutes of supine sleep. Oxygen saturations remained above 89% for 95% of the
night, with a nadir of 83% in association with respiratory events. The
respiratory events observed were predominantly obstructive hypopnea. No
snoring was observed.

CARDIAC EVENTS:
EKG revealed normal sinus rhythm.

EMG:
Periodic limb movement index was 48 per hour and the PLM arousal index was 16
per hour. No REM sleep was observed during the study.

IMPRESSION:
1. Periodic limb movement disorder (ICD-9 327.51).
2. Sleep onset and sleep maintenance insomnia (ICD-9 780.52)
3. No snoring or obstructive sleep apnea observed by Medicare guidelines. Mild
obstructive sleep apnea observed by consensus criteria.

Navasuma Havaligi MD

NH / de
DD: 01/25/2011 13:54:48      DT: 01/25/2011 15:04:58
Document:11309180
Voice Job Number: 980358

CC: Kristin Giannini MD
CC: Zane Saul MD


Dictating: Havaligi,Navasuma

Date signed: 01/26/11

Time signed: 1302
                              _____
                              Signature on File

Report is considered draft until signed, signified by completion of date and time stamp
above.




Eastern Connecticut Health Network,Inc (PCI:OE database ECHN)

Run: 01/26/11-13:02 by Havaligi,Navasuma                    Page 2 of 2

Liberty004683

Yale SCHOOL OF MEDICINE           YALE-NEW HAVEN HOSPITAL

ROBERT UDELSMAN, MD,
MBA, FACS, FACE

*William H. Carmalt Professor
of Surgery and Oncology
Chairman, Department of Surgery
Yale School of Medicine*

*Surgeon-in-Chief
Yale-New Haven Hospital*

PO Box 208062
New Haven CT 06520-8062
T 203 785-2697   F 203 737-2116
robert.udelsman@yale.edu

*courier*
Farnam Memorial Building (FMB)
Room 102
330 Cedar Street
New Haven CT 06510

# FAX COVER SHEET

TO:           *Liberty Mutual*

FAX NO.       603-334-5708

DATE:         10·22·15

PAGES:        _____ (INCLUDING COVERSHEET)

FROM:         Marci
              DEPARTMENT OF SURGERY

              TEL:  203-785-2697
              FAX:  203-737-2116

☐ URGENT      ☐ PLEASE REPLY      ☐ PER YOUR REQUEST

Re: Claim #2500391

If you have not received all pages of this transmission, please notify the sender immediately.  203-785-2697

## CONFIDENTIALITY STATEMENT

The documents accompanying this transmission may contain confidential health information that is legally protected. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately by calling us or sending a return fax indicating that you have arranged for the return or performed destruction of these documents.

*Yale University School of Medicine*
*Department of Surgery*
*330 Cedar Street, Room 102 FMB*
*New Haven, CT 06520-8062*
*Telephone: 203-785-2697*
*Fax: 203-737-2116*



Liberty004684



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Udelsman

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Robert Udelsman:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.** Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004685

# *Yale University School of Medicine*
## *Department of Surgery*                                    *Clinic Note*

| Name: | Haley Spears | **Primary Provider:** | Robert Udelsman, MD, MBA |
|-------|--------------|------------------------|---------------------------|
| **Address:** | 1008 Trout Brook Drive West Hartford, CT 06119 | **Referring Physician:** Robert Oberstein, M.D. | |
| **Phone:** | 860 308-2050 | **Visit Date:** | July 1, 2013 |
| **DOB:** | REDACTED | **Location:** | Smilow Cancer Center |
| **Sex:** | Female | **MR #:** | 2315066 |

**Thyroidectomy Post op Note:** Ms. Haley Spears returns for follow up, status post total thyroidectomy performed on 6/27/13. She has recovered well postoperatively. The patient has been taking Calcium and Rocaltrol supplements, but has been having mild signs of hypocalcemia, and we will obtain calcium and PTH levels this morning. The sutures were removed and the incision is healing well. The patient has begun Synthroid 88 mcg as prescribed by her Endocrinologist. We will contact the patient and referring physician as soon as the results are available. Ms. Haley Spears plans follow up with Dr Oberstein.

| Calcium | 10.9 mg/dL | (reference range 8.8-10.2) |
|---------|------------|-----------------------------|
| PTH | <3 pg/mL | (reference range 10-69) |

*will ↓ calcium / needs PTH recheck*

**Robert Udelsman, MD, MBA**

*Note incidental Micropapillary Ca.*
*R.U*

Cc:   Robert Oberstein, M.D.
      100 Retreat Avenue
      Hartford, CT 06106

      Bernard Raxlan, M.D.
      123 W 79th Street 1st floor
      New York, NY 10024

      Zane Saul, M.D.
      2600 Post Road
      Southport, CT 06890

      Kristen Giannini, M.D.
      520 Hartford Turnpike
      Vernon Rockville, CT 06066

Liberty004686

MEDICAL RECORDS
NOTE PAPER

REDACTED

Appt Date: 6/27/2013
Prov: 5304 [Udelsman, Robert, MD]
87262669

(PLEASE DATE EACH ENTRY)

ATTENDING OPERATIVE NOTE

6/27/13

PREOP DX: MNG
POSTOP DX: Sam
PROCEDURE: Total Thyroidectomy
SURGEONS: Udelsman, Hoover
FINDINGS: as Shown
EBL: min
COMP: ∅
DISPO: to RR stable



10/22/2015    14:34 Chairman's Office - Yale Surgery                    (FAX)                    P.005/013


YALE-NEW HAVEN
HOSPITAL

20 York Street, EP 2-631
New Haven, CT 06504


DEPARTMENT OF
**PATHOLOGY**
CT Livers CLUICK ST Dyvlot (93195)


YALE SCHOOL OF
MEDICINE

Phone: (203) 785-2788
Fax: (203) 785-7148

## SURGICAL PATHOLOGY REPORT

*Patient:* **SPEARS, HALEY**
*MR #:* MR2315066 (YNHH=2264654)
*DOB/Age/Sex:* REDACTED (Age: 35) F
*YNHH Visit #:* 87262569 (YNH PERIOP SVCS NP)
*Submitting Physician:* Robert Udelsman, M.D.

*Accession #:* **S13-16068**
*Taken:* 6/27/2013
*Accessioned:* 6/27/2013 13:21
*Adm-Disch Date:* 06/27/13 - 06/28/13
*Reported:* 7/1/2013 17:04

**Clinical History and Impression:**
(Not Available)

**Specimen(s) Received:**
TOTAL THYROIDECTOMY

## FINAL DIAGNOSIS

THYROID, TOTAL THYROIDECTOMY:

> **- INCIDENTAL PAPILLARY THYROID MICROCARCINOMA, 0.4 CM, IN ISTHMUS,**
>    **SEE SYNOPTIC SUMMARY**
> - MILD CHRONIC LYMPHOCYTIC THYROIDITIS WITH MULTIPLE HYPERPLASTIC
>    ADENOMATOID NODULES, SOME WITH HURTHLE CELL CHANGE
> - FIVE BENIGN LYMPH NODES (0/5)

### SYNOPTIC SUMMARY

MALIGNANT NEOPLASM OF THE THYROID

| | |
|---|---|
| **Procedure:** | Total thyroidectomy |
| **Tumor Focality:** | Unifocal |
| **Tumor Location:** | Isthmus |
| **Tumor Size:** | 0.4 cm |
| **Histologic Type:** | Papillary thyroid microcarcinoma |
| **Tumor Capsule:** | No capsule identified |
| Tumor Extension | |
| **Lymphovascular Invasion:** | Not identified |
| **Extrathyroidal Extension:** | Not identified |
| **Surgical Margins:** | Close |
| **Closest Margin:** | Posterior |
|    **Distance from margin:** | Less than 1 mm |
| Lymph Nodes (Total) | |
| **Lymph Nodes Examined (Total):** | 5 |
|    **Lymph Nodes Involved (Total):** | 0 |
| Staging | |
| **Stage (AJCC 7th Ed):** | pT1a N0, at least Stage I |

Printed from Relay on 02/07/2013 07:06 AM

Liberty004688

10/22/2015    14:35 Chairman's Office - Yale Surgery          (FAX)          P.006/013

SPEARS, HALEY (2264654)          SURGICAL PATHOLOGY REPORT          S13-16068

Additional Findings:

Parathyroid tissue, 4 mm associated with left lower lobe

Molecular Studies
Performed on:          Prior specimen: ON13-507
BRAF Mutation:          Insufficient material for diagnosis

Pathologist:  Manju L. Prasad, M.D.
          * Report Electronically Signed Out *

This electronic signature indicates that the pathologist has personally reviewed the available gross and/or microscopic material and has based the diagnosis on that evaluation.



Gross Specimen



RII And I Nodules

Gross Description: (Alison Van Dyke, M.D., Ph.D ; Steven Hardee, M.D.)
Received fresh in container labeled with the patient's name, unit number and "total thyroidectomy" is a 22.3 g, 6.5 x 4.5 x 1.9 cm total thyroidectomy specimen consisting of a right lobe (5 x 2 x 2 cm), left lobe (4.1 x 2.5 x 2 cm), and isthmus (3 x 2.8 x 0.8 cm) with attached pyramidal lobe (3.6 cm in length). There is a suture on the right superior pole. The thyroid capsule appears grossly nodular and intact. Parathyroids are not grossly appreciated. The anterior aspect is inked blue, and the posterior aspect is inked black. The specimen is sectioned to reveal 5 nodules (N1-N5). N1 is located in the right lower lobe slices 7-9, is a white, solid, well circumscribed encapsulated lesion measuring 1.5 x 1.2 x 1.1 cm that abuts both the anterior and posterior surfaces. N2 is located in the isthmus slices 1-3  less than 3 mm from N1.  N2 has a similar appearance to N1, measures 0.9 x 0.3 x 0.3 cm, abuts the anterior surface, and comes to within 3 mm of the posterior surface. N3 is in the left upper lobe slices 1-3, is a salmon pink, well circumscribed, solid, nodule measuring 1.9 x 1.5 x 0.9 cm that abuts both the anterior and posterior surfaces. N4 is located 4 mm from N3 in the left lower lobe slices 5 and 6, is a black, glassy, homogeneous, solid, well delineated nodule measuring 1 x 0.5 x 0.5 cm that abuts both the anterior and posterior surfaces. N5 is 0.5 cm away from N4 in slices 6 and 7 of the left lower lobe. N5 has a similar appearance to N4, measures 1 x 0.6 x 0.5 cm, and abuts the anterior and posterior surfaces. The remaining background thyroid parenchyma is reddish-brown and homogeneous without additional lesions. Gross photographs are taken. Representative sections are submitted in 14 cassettes as follows with N1 in cassettes #3-4, N2 in cassettes #5-6, N3 in cassettes #8-9, N4 in cassettes #12-13, and N5 in #13 and 14: #1-#4 = right lobe, #5-#7 = isthmus, #8-#14 = left lobe. (avd)

Summary of Tissue Submitted for Microscopic Examination          Block Detail

| Part 1] TOTAL THYROIDECTOMY | # Blocks | Designation | # | Description |
|---|---|---|---|---|
| | 14 | I | (3) | Isthmus |
| | | LL | (7) | Left Lobe |
| | | RL | (4) | Right Lobe |

Printed from Relay on 02/07/2013 07:06 AM

Liberty004689

10/22/2015   14:35 Chairman's Office - Yale Surgery                    (FAX)                    P.007/013
Spears, Haley (MR # MR2315066)                                                                  Page 1 of 1

Edi, Lab In Hiseven
Sent:  Mon July 01, 2013  1:02 PM
To:   Robert Udelsman, MD

| Calcium | | | | | | Status: Final result   MyChart: Not Shared   Dx: Multiple thyroid nodules | |
|---|---|---|---|---|---|---|---|
| | Range | 12:04 PM (07/01/13) | 3d ago (06/28/13) | 3d ago (06/28/13) | 4d ago (06/27/13) | 3wk ago (06/07/13) | 1yr ago (06/29/12) |
| ~ Calcium | 8.8 - 10.2 mg/dL | ~10.9 (H) | ~8.7 (L) | ~9.2 (L) | ~8.6 (L) | 9.0 | 9.5 R |
| Resulting Agency | | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | YNHH LAB | BH LAB |

Specimen Collected: 07/01/13 12:04 PM  Last Resulted: 07/01/13 1:02 PM
R=Reference range differs from displayed range

## Status of Other Orders

| | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| PTH, intact   (GH L Q YH) | In process | 7/1/2013 | Ordered |

| Standing | Remaining | Last Release | |
|---|---|---|---|
| Calcium | 0 of 1 | 7/1/2013 | |
| Interval: PRN | | | |
| PTH, intact   (GH L Q YH) | 0 of 1 | 7/1/2013 | |
| Interval: PRN | | | |

## Patient Information

| Patient Name | | | Sex | DOB | | SSN |
|---|---|---|---|---|---|---|
| Spears, Haley | | | Female | REDACTED | | REDACTED |

## Operative Note signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| Author: | Udelsman, Robert, MD | Service: | (none) | | Author Type: | Physician |
| Filed: | 6/27/2013 12:56 PM | Note Time: | 6/27/2013 11:47. AM | | Trans ID: | 569502363 |
| Trans Status: | Available | | | | | |
| Dictation Time: | 6/27/2013 11:47 AM | Trans Time: | 6/27/2013 12:21 PM | | Trans Doc Type: | Operative Note |

YALE-NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL - DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

Name: SPEARS, HALEY
Service: PERIOP SRV
Unit No: MR2315066
CSN: 87262569
Service Area: Sur
Date of Birth: REDACTED
Date of Adm: 06/27/2013

Dictated: 06/27/2013 11:47:16        Dictated by: Robert Udelsman, M.D.
Transcribed: 06/27/2013 12:21:00     mmodl/1180307/569502363

DATE OF PROCEDURE/SURGERY: 06/27/2013

OPERATION:
Total thyroidectomy.

OPERATOR:
Robert Udelsman, M.D.

ASSISTANT:
Hasly Harsono, M.D.

ANESTHESIOLOGIST:

ANESTHESIA:

PREOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

POSTOP DIAGNOSIS:
Multinodular goiter with Hurthle cell neoplasm.

Liberty004691

Spears, Haley (MR # MR231506

DRAINS: None.

COMPLICATION: None.

PREPARATION: ChloraPrep.

BRIEF PATIENT HISTORY: The patient is a 35-year-old female with multiple
thyroid nodules, and a Hurthle cell neoplasm in her left lobe.

PROCEDURE: The patient underwent satisfactory general endotracheal anesthesia
and was prepped and draped on the operating table in the reverse
Trendelenburg position with a thyroid pillow placed upon her back and her head
extended in a head ring. All extremities were carefully padded to protect
for neurovascular injury. Operative loupes of 2.5 times were utilized for the
case. All extremities were carefully padded to protect for neurovascular
injury. Pneumatic stockings were employed. A formal time-out was performed.
Antibiotics were not administered due to the clean nature of the case. The
skin was prepped and draped with ChloraPrep. A Kocher incision was made.
Subplatysmal flaps were elevated superiorly to the thyroid notch, inferiorly
to the sternal notch and bilaterally beyond the medial borders of the
sternocleidomastoid muscles. The median raphe was mobilized bilaterally
demonstrating the thyroid gland contained several nodules mainly a dominant
nodule in the left thyroid lobe and a small nodule in the isthmus. Also the
thyroid gland was blue in color suggesting the patient had to receive
tetracycline as a child. The left thyroid lobe was mobilized initially. The
superior pole vessels were approached through the cricothyroid space and
ligated directly in the thyroid capsule carefully protecting the external
branch of superior laryngeal nerve. The inferior pole vessel was ligated in
the thyroid capsule. The soft tissues near the lower pole slipped off the
thyroid capsule maintaining the parathyroid gland intact. The terminal branch
of the inferior thyroid were ligated in the thyroid capsule. The left
recurrent nerve was identified in the normal anatomic position deep to the
inferior thyroid artery and was preserved throughout its course. The ligament
of Berry was transected and the gland was mobilized from left-to-right. The
pyramidal lobe and isthmus was resected in continuity with the specimen. The
right thyroid lobe was mobilized. The superior pole vessels were approached
through the cricothyroid space and ligated directly in the thyroid capsule.
On the right side, both parathyroid glands were clearly visualized. The right
upper parathyroid gland was immediately posterior to the upper pole and was
peeled off the capsule maintaining its blood supply intact. The right lower
parathyroid gland was located just inferior to lower pole. It too was peeled
off the capsule maintaining its blood supply. There was no clear note of the right
recurrent nerve and it is possible that the right recurrent nerve was a
non-recurrent nerve, as I could see another structure superiorly that appeared
to be more consistent with the nerve. Nonetheless, by maintaining dissection
on thyroid capsule, the right thyroid lobe was removed. External branch of
the inferior thyroid were ligated in the thyroid capsule. The middle thyroid
vein was transected. The ligament of Berry was transected and the gland was
removed. Hemostasis was assured. The median raphe was reapproximated with a
3-0 Vicryl suture. The platysma closed in a likewise fashion. A subcuticular
closure of 5-0 Prolene was placed.

The blood loss was minimal. I was present for the entire operation. I have
drawn an operative illustration to accompany this note.

Electronically signed by Udelsman, Robert, MD at 6/27/2013 12:56 PM.

Revision history:

10/22/2015   14:35 Chairman's Office - Yale Surgery                    (FAX)                    P.010/013

Spears, Haley (MR # MR2315066

> 6/27/2013 12:56 PM Operative Note signed by Udelsman, Robert, MD
  6/27/2013 12:36 PM Operative Note filed by Udelsman, Robert, MD

## Chart Review Routing History

| Recipient | Method | Report | Sent By | Sent | Filed |
|---|---|---|---|---|---|
| Robert Udelsman, MD<br>Phone: 203-785-2697 | In Basket | IP Auto Routed Trans | Robert Udelsman, MD [UDELSMRO] | 06/27/2013 | 06/27/2013 |

## Routing History                                                                       ⓐ

| Date/Time | From | To | Method |
|---|---|---|---|
| 6/27/2013 12:56 PM | Udelsman, Robert, MD | Udelsman, Robert, MD | In Basket |

10/22/2015   14:35 Chairman's Office - Yale Surgery                    (FAX)                    P.011/013



# Yale SCHOOL OF MEDICINE
## *Department of Surgery*

**Section of Endocrine Surgery**
Endocrine Neoplasia Program

April 22, 2013

Robert Oberstein, MD
100 Retreat Ave
Endocrinology
Hartford CT 06106

Patient:       Haley Spears
MR Number:   MR2315066
Date of Birth:  1REDACTED
Date of Visit:  4/22/2013

Dear Dr. Oberstein:

Thank you for referring Haley Spears to me for evaluation. Attached is my progress note from the visit.

**Name:** Haley Spears                **Primary Provider:** Robert Udelsman, MD, MBA

**Address:** 1008 TROUT BROOK DRIVE, WEST HARTFORD, CT 06119  **Referring Physician:** Robert Oberstein, MD

**Phone:** (860)308-2050          **Visit Date:** 4/22/2013

**DOB:** REDACTED                **Location:** Smilow Cancer Center

**Sex:** Female                  **Unit:** MR2315066

**INITIAL CONSULTATION**

**REFERRING PHYSICIAN:** Dr. Robert Oberstein, MD

**CHIEF COMPLAINT:** Bilateral thyroid nodule.

**HISTORY OF PRESENT ILLNESS:**
Ms. Spears is a 35 y.o. female who presents with a bilateral thyroid nodules which was noted 7 years ago and a history of Hashimoto's thyroiditis. . She has no complaints of hoarseness, difficulty swallowing, difficulty breathing, or compressive symptoms.   She has no symptoms of hyperthyroidism. She has no history of radiation to the head or neck.  She has had multiple thyroid aspirations (5-7 times).  An FNA demonstrated an indeterminate isthmic nodule and a Hurthle cell neoplasm in the left lobe. Laboratory and imaging are listed below.

**Laboratory values:** Not available today.
TSH

RE: Spears, Haley -- MR#: MR2315066                                              Page 1 of 3

Liberty004694

T4
Free T4
Serum calcium

**Diagnostic Imaging:**
Ultrasound shows multiple bilateral thyroid nodules.
I have reviewed all laboratory and imaging results in detail.

**PAST MEDICAL HISTORY:** Haley Spears has a past medical history of Disease of thyroid gland; Hypoglycemia; Migraine headache; Systemic lupus erythematosus; Ulcerative colitis; Plantar fasciitis; Migraine headache; Lyme disease; and Brain lesion.

**PAST SURGICAL HISTORY:** She has no past surgical history on file.

**SOCIAL HISTORY:** Ms. Spears reports that she has never smoked. She does not have any smokeless tobacco history on file.

**FAMILY HISTORY:** Her family history includes Diabetes in her paternal grandfather; Hyperparathyroidism in her maternal grandmother; and Thyroid disease in an other family member. Specifically, there is no family history of thyroid cancer.

**MEDICATIONS:** atovaquone, 750 mg, Oral, Q12H;  butalbital-acetaminophen-caffeine, 1 tablet, Oral, Q4H PRN;  calcium & magnesium carbonates, Take by mouth.;  cetirizine, Take by mouth.;  cholecalciferol, 2,000 Units, Oral, Daily;  diabetic supplies, miscellan., by Misc.(Non-Drug; Combo Route) route See Admin Instructions. Use as directed.;  EPINEPHrine, 0.3 mg, Intramuscular, Once PRN;  famotidine, 20 mg, Oral, BID IRON BIS-GLYCINAT/VIT C/FA/B12 (GENTLE IRON ORAL), Take by mouth.;  levalbuterol, 1-2 puff, Inhalation, Q4H PRN;  minocycline, 100 mg, Oral, BID;  montelukast, 5 mg, Oral, Nightly;  ondansetron, 4 mg, Oral, Q8H PRN;  penicillin G benzathine, Inject 1.2 Million Units into the muscle.;  PROGESTERONE, BULK, MISC, by Misc.(Non-Drug; Combo Route) route.;  saccharomyces boulardii, 250 mg, Oral, BID;  selenium, Take by mouth.
traMADol, 50 mg, Oral, Q6H PRN;  albuterol, 1 ampule, Nebulization, Q6H PRN;  pantoprazole, 40 mg, Oral, Daily

**ALLERGIES:** Biaxin

**REVIEW OF SYSTEMS:**
| | |
|---|---|
| Constitutional: | No fever, weight loss, or night sweats. |
| Eyes: | No visual changes or eye pain. |
| Ears/nose/mouth/throat: | No sore throat, sinus pain, or ear pain. |
| Cardiovascular: | No chest pain or palpitations. |
| Respiratory: | No cough, wheeze, or shortness of breath. |
| Gastrointestinal: | No abdominal pain, nausea, or vomiting. |
| Endocrine: | As above only. |
| Musculoskeletal: | No musculoskeletal pain or joint swelling. |
| Neurological: | No changes in special senses; no headaches. |
| Allergic/Immunologic: | No swollen lymph nodes. |
| Hematologic/lymphatic: | No easy bruising or history of excessive bleeding. |
| Integumentary: | No rashes or skin lesions. |
| All other: | Negative. |

**PHYSICAL EXAM:**
Physical exam reveals a well-developed female.

RE: Spears, Haley -- MR#: MR2315066                                                      Page 2 of 3

Liberty004695

BP 136/81 | Pulse 70 | Temp(Src) 9 °F (36.6 °C) | Resp 17 | Ht 5' 5.35" (1.66 m) | Wt 129 lb 4.8 oz (58.65 kg) | BMI 21.28 kg/m2 | SpO2 100%
Eyes:  Conjunctiva are not injected.  No scleral icterus.
Cardiovascular:  Regular rate and rhythm without murmurs, rubs, or gallops.  No carotid bruits.
Respiratory:  Lungs are clear to percussion and auscultation.
Musculoskeletal:  No muscular atrophy.  Gait normal.
Skin:  Normal skin turgor, no obvious bruising.
Neurologic:  Oriented x 3.  Motor and sensory grossly intact.
Ears, Nose, Mouth, and Throat:  Examination of the neck reveals multiple bilateral thyroid nodules.
Hematologic/Lymphatic/Immunologic:  There is no cervical or supraclavicular lymphadenopathy.

**Procedure:**
Indirect laryngoscopy demonstrates normal vocal cord motion bilaterally.

**IMPRESSION**: Bilateral thyroid nodules with indeterminate cytology.
**PLAN**: Total thyroidectomy.  I explained the procedure as well as the risks,  benefits, and potential complications to the patient and her family. We will proceed to surgery at a time convenient for the patient. Dr. Oberstein is thanked for involving me in the care of this interesting patient.

Robert Udelsman, MD, MBA

Sincerely,

*Electronically signed by Robert Udelsman, MD*

CC

RE: Spears, Haley -- MR#: MR2315066                                           Page 3 of 3

Liberty004696

10/21/2015   05:25   8606781305                    ROSENBERG                          PAGE   01/04
   Oct. 21. 2015  4:02PM                                           No. 7483   P.  1/4

  Oct 21 2015 15:45:49 860 224-5642          ->                  Hartford Healthcare   Page 002



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:   EVAN SCHIFF MD | |
| Attn: | |
| Fax:   (860) 561-7272 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE: | |
| Claim #:   2500391<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any
dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in
error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout
thereof.

*We do not
Have her as
a patient in our
office*

Liberty004697



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claim
P.O. Box 7213
London KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Evan Schiff, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Evan Schiff:

We are the Disability Claim Administrator for your patient, Haley Spears. Ms. Spears' claim for
Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are
requesting the following information:

- All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.

Please respond by November 9, 2015. Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number (603) 422-7909 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by November 9, 2015. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1 of 2

Liberty004698

Case 3:11-cv-01807-VLB   Document 145-8   Filed 11/16/18   Page 423 of 617

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004699


Liberty Mutual

Company address
[illegible]
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No: 1-800-3164170
Fax No.: 1-800-2210794

Notice to:

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | | |
|---|---|---|---|
| CLAIM NO.: | | SS. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | | DATE OF BIRTH: | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, governmental agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institution and any current or former employer to release any and all of the following information to the particular Company (of the Liberty Mutual Group of companies to which I am submitting a claim) or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns including attachments and accountant worksheets.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Earn Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization to directly or indirectly to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claim management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Haley Spears_                                    REDACTED
Print Name                                        Social Security Number

_Haley Spears_                                    _9/8/15_
Signature                                         Date



## Associated Neurologists
### *of* Southern Connecticut, P.C.

Kenneth C. Siegel, M.D,*

Jeffrey L. Gross, M.D,*

Peter J. McAllister, M.D,*

Anthony Qwan Hong, M.D,*

Srinath Kadini, M.D., F.R.C.S,*

Ilario M. Zagar, M.D.*

Thomas H. Toothaker, M.D.

Masne Dankwah-Quansah, M.D., MP,

* Certified in neurology by the American
Board of Psychiatry and Neurology

Physician Assistant
Urszula Czapka, PA
Donna Heupt, PA
Karen Brown, PA

Director of Neurorehabilitation Services
Joel S. Felgenson, BS

Neuropsychology
Amy H. Palmer, Psy
Kimi Carson, P.
Christine M. McCarthy, P.

Licensed Professional Couns
Deb Del Vecchio-Scully, MS, LPC,

Practice Administ
Marilyn Agn

DATE: __10/21/15__

RE: __Haley Spears   Claim # 2500391__   LTD Benefits

ATTN: __Liberty Mutual__

__(603) 422 - 7909__

The State of Connecticut 1999 Statutes, Section 20-7C allows a provider to charge a copy fee of .65 cents per page, as well as, for the cost of first class postage. Therefore, upon receipt of payment, we will be happy to provide you with your requested copies.

- Number of pages: __70__

- @ .65 cents per page: __45·50__

- Plus Postage: Fax    __—__

- Total Amount Due: __$ 45·50__

Very truly yours,

Margaret Silva   203-333-1133

Legal Billing Specialist   X 125

75 Kings Highway Cutoff  |  Fairfield, Connecticut 06824  |  tel: 203.333.1133  |  fax: 203.333.3937
570 Boston Post Road  |  Milford, Connecticut 06460  |  tel: 203.877.1414  |  fax: 203.877.3360

www.ansoneuro.com

# Database Services Referral Report

| Referred By: | Nancy Winterer | Phone # and Ext: | (888) 437-7611 x16401 |
|---|---|---|---|

| Claim Number: | REDACTED | | Claimant Address: | 1008 TROUT BROOK DRIVE |
|---|---|---|---|---|
| Claimant Name | HALEY SPEARS | | | |
| Customer: | UTC CHOICE | | City: | WEST HARTFORD |
| SSN: | REDACTED | | State: | CT | Zip: | 061190000 |
| DOB: | | | | |
| Job Desc: | ADMIN ASST | | | |

**Document Location**

☑ Document List    ☐ Correspondence    ☑ Paper File

**Search Criteria:**

☑ ISO Claim Search

☑ Accurint/Lexis Nexis
  Specific Type of Records to be Researched: How long did clmnt have a CT driver's license?
  Does she now have a Louisianna driver's license?

☑ SSN Searches

☐ Reverse telephone number search

☑ Change of Address

☐ Medical Provider

☑ Occupation and Professional Licensing.

☐ Death Index by individual.

☑ Social Media Searches (Facebook, Twitter, etc.)

Liberty004702

## Matching Claim

**File Number:** 8C003916647

| | |
|---|---|
| **Reason for Match:** | SSN |
| **Insuring Company:** | AMICA MUTUAL INSURANCE COMPANY |
| **Claim Number:** | 60002190861EXP3 |
| **Date/Time of Loss:** | 07/09/2015 09:30 |
| **Policy Number:** | REDACTED |
| **Policy Type:** | Personal Automobile |
| **Inception Date:** | 10/09/2014 |
| **Insuring Co. Address:** | NORTHEAST REG SCAN CTR |
| | PO BOX 9690 |
| | PROVIDENCE, RI 02940 |
| **Insuring Co. Phone:** | (800) 652-6422 |
| **Company Received Date:** | 07/10/2015 |
| **Location of Loss:** | CARDINAL AVENUE |
| | BRISTOL STREET |
| | CAMBRIDGE, MA 02138 |

**Expiration Date:** 10/09/2015

## Involved Party

**Both Claimant & Insured**

| | |
|---|---|
| **Name:** | HALEY A SPEARS |
| **Address:** | 9000 WEST WILDERNESS WAY #190 |
| | SHREVEPORT, LA 71106 |
| **DOB:** | REDACTED |
| **Gender:** | Female |
| **SSN:** | REDACTED    was issued between 1978 and 1978 in LA |

## Casualty Coverage Information

| | |
|---|---|
| **Coverage Type:** | Pip |
| **Loss Type:** | Pip |
| **Claim Status:** | Open |
| **Adjuster Company:** | AMICA MUTUAL INSURANCE COMPANY |
| **Adjuster:** | MANNING, SANNIE J |
| **Adjuster Phone:** | (888) 702-6422 |
| **Alleged Injury:** | SPRAIN/STRAIN - NECK AND/OR BACK |

Liberty004703



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 22, 2015

To:    WINONA ZIMBERLIN
       ATTORNEY AT LAW
       2 CONGRESS STREET
       HARTFORD CT 06114-1024

Attn:

Fax:   (860) 247-4194

From: Nancy Winterer
      Appeal Review Consultant
      Phone No.: (888) 437-7611
      Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    2

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004704



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 22, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears

Dear Winona Zimberlin:

This afternoon, Attorney Baskin forwarded your request for the names of Haley Spears' providers who have not yet responded to Liberty Life's request for their treatment records.

As of this afternoon, we **have** received responses from Drs. Naseer, Zagar, Shoup, Schiff, and Udelsman.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004705



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 21, 2015

Dr. Lori Fritts, MD
3 Northwestern Drive
Bloomfield, CT 06002

**RE:     Long Term Disability Benefits**
**Patient:  Haley Spears**
**DOB:** REDACTED

Dear Dr. Fritts;

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909

Liberty004707



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 21, 2015

Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

RE:    **Haley Spears**
       **Long Term Disability Benefits**
       **UTC Choice**
       **Claim #:** REDACTED

Dear Winona W. Zimberlin:

This letter is regarding the status of the appeal for Haley Spears' Long Term Disability benefits, as remanded by the US District Court. The claim documentation for this appeal review was received in this office on October 14, 2015. Thus, day 45 of this appeal review is November 26, 2015.

Based on the <u>Claimant Information Form</u> completed by Ms. Spears on September 8, 2015, the period of seven years from Ms. Spears' date of disability through her full time return to work, and our initial review of this claim, it is determined additional medical information is needed for this appeal review. Therefore, on October 20, 2015 and October 21, 2015, requests were sent to 27 medical providers for copies of their treatment records. Copies of the requests are enclosed.

Liberty Life sent these requests for treatment records as a courtesy, and we require you to follow up with Ms. Spears' providers to be certain they respond to Liberty Life's request. All records are requested by **November 9, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination. If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision.[1] The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period. Therefore, the days from October 20, 2015 through the date all the necessary documentation is received, are days tolled and not counted in the 90 day Appeal timeframe.

---

[1] Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)

Should you have any questions regarding this letter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 422-7909

Liberty004709



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:   October 21, 2015

To:     BERNARD RAXLEN, MD

Attn:

Fax:    (516) 336-8440

From:   Nancy Winterer
        Appeal Review Consultant
        Phone No.: (888) 437-7611
        Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004710



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Bernard Raxlen, MD

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Bernard Raxlen, MD:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004711

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004712


**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYER/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____     S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____     DATE OF

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9|8|15*
Date

Liberty004713

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

LORI FRITTS, MD
3 NORTHWESTERN DRIVE
BLOOMFIELD CT 06002

Liberty004714



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Lori Fritts, MD
3 NORTHWESTERN DRIVE
BLOOMFIELD, CT 06002

RE:   Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Lori Fritts, MD:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

   Liberty004715

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:    REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004716


**Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

S.S. NO.: **REDACTED**

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____   DATE OFF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9|8|15*
Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

RITA BOUTIO
KFORCE, INC.
1001 EAST PALM AVENUE
TAMPA FL 33605

Liberty004718

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Rita Boutio
Kforce, Inc.
1001 EAST PALM AVENUE
TAMPA, FL 33605

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears

Dear Rita Boutio:

To evaluate Haley Spears' eligibility for Long Term Disability benefits, we need the following employment information:

- Wage Information and Verification for 2014
- Wage Information and Verification for 2015

The enclosed authorization specifically allows you to release the requested information to us and is valid for two years from the date of Ms. Spears' signature.

Please fax the information back to my attention at our secured fax number (603) 422-7909 or mail to the above address, by November 4, 2015.

Thank you for your attention to this matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

1 of 1

Liberty004719



Liberty Mutual™

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____          S.S. NO.: [REDACTED]

EMPLOYER/SPONSOR: _____          DATE OF BIRTH: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

REDACTED
Social Security Number

9/8/15
Date

New England Cardiology Associates, PC
Sun King Wan, MD, FACC
Saqib Naseer, MD, FACC, FASNC
257 East Center Street
Manchester, CT 06040
Phone (860) 643-5101
Fax (860) 533-9747

FAX TRANSMITTAL

TO: Liberty Mutual

FAX: 1-603-422-7909

FROM: Dr. Naseer

DATE: 10-20-15

RE: Haley Spears DOB REDACTED    LTD   claim #2500391

PAGES: 27 (Includes cover page)

The document(s) accompanying this fax transmission contains information for the sole
use of the above intended recipient and contains privileged and confidential medical
information. Any other distribution or copying of this communication is strictly
prohibited. Please notify us by telephone if you are not the intended recipient and return
the original message to the above address.

Liberty004721



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Saqib Naseer
NEW ENGLAND CARDIOLOGY ASSOC.
257 EAST CENTER STREET
MANCHESTER, CT 06040

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Saqib Naseer:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

1  of 2

Liberty004722

## New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Diseases*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101  Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Nascer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

March 30, 2009

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:  **SPEARS, Haley**  DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 31 year-old female who has not been feeling well in the past two to three years. She states that she thinks that she got Lyme disease at some point in the past two to three years and she started having numerous symptoms including hand, wrist, and feet pains. She also has some GI symptoms and was seen by Dr. O'Brien for that and he referred her to Dr. Kage, a rheumatologist where she had extensive blood work. She was also seen by a neurologist. She was found to have a cyst in the brain stem area and also a lesion in the right temporal lobe. She has been followed up by a neurologist, Dr. Zagar, for that. She also has a history of hypothyroidism and has been followed up by Dr. Oberstein. The reason she was in our office was because of some palpitations and racing of her heart beat that has been going on since November of last year. She states that occasionally, she has dyspnea on exertion and atypical chest discomfort. She also has symptoms of asthma and has been taking some medications for that.

CURRENT MEDICATIONS: Include vitamins. She does have a PIC line and has been getting Rocephin antibiotics IV for the past one month. She is also on Topamax, Plaquenil, Prevacid, Singulair, Advair inhaler, Protonix.

PAST MEDICAL HISTORY: As above. She has a history of asthma since her high school days. This initially was only sports related asthma, but later on in the past one year or so, it has become more pronounced and she has been taking inhalers for that and occasionally nebulizer treatments. She also has a history of hypothyroidism, cyst on her brain stem, right temporal lobe lesion. She also has a history of colitis, probably ulcerative colitis and she is probably suffering from Lyme disease for which she has been getting treatment.

SOCIAL HISTORY: The patient is a nonsmoker and denies alcohol or drug abuse. She used to work as an administrative assistant, but now she is on disability because of her recent illnesses.

Liberty004723

**SPEARS, Haley**
Page 2

FAMILY HISTORY:  The patient's aunt on the father's side had an enlarged heart, and also has a pacemaker and she is 47 years old at this time.  Her grandfather on her father's side died of a myocardial infarction in his 60s.

PHYSICAL EXAMINATION:  Today her weight is 114 pounds.  Her blood pressure was 120/80.  Neck veins are flat. There are good carotid pulses.  No carotid bruit. Chest was clear to auscultation.  Cardiovascular exam revealed S1, S2 regular. There is no S3 or pericardial rub. Extremities were free of edema.  There is no calf tenderness.

Electrocardiogram today revealed sinus rhythm at 77 beats per minute.  No acute changes were noted.

In summary, Ms. Spears has been having a lot of different symptoms including palpitations, dyspnea on exertion and atypical chest discomfort.  She has been evaluated by a number of different specialists.

In an effort to correlate her symptoms with any specific arrhythmia, a Holter monitor will be needed.  An echocardiogram and a regular treadmill test will also be scheduled.  I have advised the patient to see a pulmonologist since she does have many pulmonary symptoms.  She is to discuss with her physicians whether they would also want to consider CT scan of the chest and abdomen.  Pulmonary function tests will also be ordered.  She was given a prescription to check fasting lipids, LFT's, electrolytes, BUN & creatinine if they have not been checked in the past few months.  The patient is to report any symptoms to us.  Otherwise, I will follow her up after the basic cardiac workup.

Sincerely yours,

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns

Liberty004724

10/20/2015 3:14PM FAX  8605339747          NEWENGLANDCARDIOLOGY                    @0005/0021

## NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.
### SU-KING WAN, M.D., F.A.C.C.
### SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.
257 East Center Street
Manchester, Connecticut 06040
Telephone: (860) 643-5101
Fax: (860) 533-9747

## MULTISTAGE STRESS TEST REPORT

Name:  **SPEARS, Haley**

Date:  3/31/09

Age:  31

Sex:  Female

Clinical Diagnosis:  Chest tightness, shortness of breath, dyspnea on exertion, asthma, Lyme disease

Medications:  Proventil, Singulair, Advair, Asacol, Plaquenil, Topamax, Rocephin, Miginal, butalbital

Referred By:  Dr. Giannini

Resting Vital Signs:                 Heart Rate      73              BP 116/60

Exercise Protocol:      Bruce

Predicted MHR For Age:     100%    189        85%PMHR      160      70%PMHR

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 96 | 128/62 | 5 |
| 3-6 | II | 2.5 | 12% | 114 | 134/64 | 7 |
| 6-10:20 | III | 3.4 | 14% (Fatigue) | 136 | 148/68 | |
| | | | R1 | 85 | 134/72 | |
| | | | R3 | 72 | 116/76 | |
| | | | R5 | 74 | 116/72 | |

The patient's resting heart rate was 73 beats per minute. Blood pressure was 116/60. Chest was clear to auscultation. Heart sounds were regular. The patient was exercised according to regular Bruce protocol and was able to exercise for 10 minutes and 20 seconds and achieved a heart rate of 136 beats per minute which is a little over 70% of her maximum predicted heart rate. Her blood pressure rose to 148/68. The patient did not have any chest pain. The stress test was stopped because of fatigue. The patient's resting EKG showed sinus rhythm at 73 beats per minute. During the stress test, no significant ST-changes were noted and no significant cardiac arrhythmias were seen.

IMPRESSION:

The patient was able to exercise for 10 minutes and 20 seconds and achieved a heart rate of 136 beats per minute which is a little over 70% of her maximum predicted heart rate. The patient's clinical and EKG responses were nonischemic and no significant cardiac arrhythmias were seen.

Obviously, the patient was not able to achieve a target heart rate, though, considering her other medical conditions, the patient did reasonably well. I did explain this to the patient in detail.

I also discussed this with Dr. Giannini who will also be considering CT scan of the chest and the abdomen. The patient is to report any symptoms to us; otherwise, she can start gradually increasing a walking program as tolerated. She will followup with us in a month.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns
D: 3/31/09  T: 4/02/09

cc: Dr. Giannini, Dr. Barbara Kage

Liberty004725

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101    Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.  She does have occasional palpitations.  She denies any fainting or near fainting episodes.  No chest pains.

Today, her blood pressure is 112/72.  Neck veins are flat.  Chest is clear to auscultation.  Heart sounds are regular.  The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004726

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101    Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

July 27, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:    SPEARS, HALEY
DOB:   REDACTED

Dear Dr. Giannini:

I saw Ms. Haley Spears today for cardiac evaluation.  She does have occasional palpitations.  She denies any fainting or near fainting episodes.  No chest pains.

Today, her blood pressure is 112/72.  Neck veins are flat.  Chest is clear to auscultation.  Heart sounds are regular.  The extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, in view of Ms. Spears' symptoms, I would like to schedule her for a Holter monitor.  In the meantime, she is to report any symptoms to us.  Otherwise, I will follow her up in six months.

She told me that she was diagnosed to have Lyme disease again and that has been treated by her other physicians.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004727

10/20/2015 3:14PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    @0008/0021

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

October 08, 2010

Kristin A. Giannini, M.D.
520 Hartford Turnpike, #N
Vernon, CT 06066

RE:    SPEARS, HALEY
       DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she saw another specialist of Lyme disease and she was started on Zithromax and Mepron antibiotics and she is actually feeling better now. She denies any chest pain, shortness of breath, palpitation or dizziness.

Today her blood pressure is 112/68. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. The extremities are free of edema.

EKG showed sinus rhythm 63 beats per minute without any acute change.

In summary, Ms. Spears denies any cardiac symptoms. She is discussed about risk factor modification. She will report any symptoms to us. Otherwise, I will follow her up in one year. She told me that her blood work has been monitored by her primary care physician.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004728

10/20/2015 3:14PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    ☑0009/0027

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

February 14, 2012

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation.  She states that she is still getting treatment for Borrelia and Babesiosis.  She does not have any cardiac symptoms.

Today, her blood pressure is 110/76.  Neck veins are flat.  Chest is clear to auscultation. Heart sounds are regular.  Extremities are free of edema.

EKG showed sinus rhythm without any acute changes.

In summary, Ms. Spears denies any cardiac symptoms.  She has also been exercising without any problems.

I have given her a prescription to check her blood work including her fasting lipids and LFTs.  The patient is to report any symptoms to us.  Otherwise, I will see her back in the office in a year at which time an echocardiogram will also be needed.  The patient did have a number of questions and all of them were answered.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004729

10/20/2015 3:14PM FAX 8605339747          NEWENGLANDCARDIOLOGY          @001/0021

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

April 19, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:   SPEARS, HALEY
       DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She states that she will be undergoing a thyroidectomy because she is found to have 12 nodules in the thyroid gland and the surgery may occur over the next one month. She does have some dyspnea on exertion.

Today, her blood pressure is 108/62. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears does complain of some dyspnea on exertion. She will also be undergoing a thyroidectomy. For cardiac risk stratification, I would like to schedule her for an exercise Cardiolite stress test. The patient was explained about that in detail. She is to report any symptoms to us; otherwise, I will see her back in the office after the stress test. We will make further recommendations based on the findings.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004730

10/20/2015 3:14PM FAX 8605339747       NEWENGLANDCARDIOLOGY                    ☑0011/0027





ICAEL

**NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.**
**SUN KING WAN, M.D., F.A.C.C.**
**SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.**
**257 EAST CENTER STREET**
**MANCHESTER, CONNECTICUT 06040**
**TELEPHONE: (860) 643-5101**
**FAX: (860) 533-9747**

## EXERCISE CARDIOLITE STRESS TEST

Date: 4/24/13

REDACTED

Patient Name: **SPEARS, Haley**       Date of Birth:          Age: 35   Sex: Female

PCP: Dr. Giannini

Medications: Singulair, Xopenex, Dexilant, Bicillin, Minocycline, Floraster, Ultram, Zyrtec, supplements.

Indication: Pre-op thyroid surgery

CLINICAL HISTORY:  Hashimoto's thyroiditis, asthma, Lyme disease.

35 Year old woman with no known coronary artery disease.  Cardiac risk factors include none.

EXERCISE PROTOCOL: **BRUCE** -          **HR:** 68              **BP:** 122/80

PREDICTED MHR FOR AGE:   100%  185           85% PMHR: 157        70% PMHR: 130

| TIME | STAGE | SPEED | GRADE | H.R. | B.P. | METS |
|------|-------|-------|-------|------|------|------|
| 0-3 | I | 1.7 | 10% | 101 | 128/78 | 5 |
| 3-6 | II | 2.5 | 12% | 116 | 136/76 | 7 |
| 6-9 | III | 3.4 | 14% | 147 | 154/66 | 10 |
| 9-12 | IV | 4.2 | 16% | 167 | 168/58 | 13 |
| 12-13 | V | 5.0 | 18% | 179 | 180/54 | |
| | | | (Achieved target) | | | |
| | | | R1 | 149 | 172/84 | |
| | | | R3 | 108 | 146/82 | |
| | | | R5 | 90 | 134/86 | |

Continued

10/20/2015 3:15PM FAX  8605339747          NEWENGLANDCARDIOLOGY                  ☑0012/0027

**SPEARS, Haley**
Page 2

**PROCEDURE:**

The patient performed treadmill exercise using Bruce protocol, completing 13 minutes and completing an estimated workload of 13 METS. The heart rate was 68 beats per minute at baseline and increased to 179 beats per minute at peak exercise, which was 97% of the maximum predicted heart rate. Patient's resting blood pressure was sinus rhythm and the peak blood pressure was 122/80. The patient had no significant symptoms during the stress test. The resting electrocardiogram demonstrated sinus rhythm and during the stress test no significant ST-changes were noted. Patient had no significant cardiac arrhythmias. The stress test was stopped because of achievement of target heart rate.

Myocardial perfusion imaging was performed at rest following the intravenous injection of 22.8 mCi of Tc-99m Sestamibi. At peak exercise, the patient was given intravenous injection of 27.6 mCi of Tc-99m Sestamibi and exercise was continued for one minute. Gating post stress tomographic imaging was performed.

FINDINGS: Increased subdiaphragmatic radioisotope uptake was noted. There are mild decreased counts seen in the anterior wall which is probably due to soft tissue attenuation. The gated SPECT images reveal left ventricular ejection fraction which is estimated to be around 60-65%.

SUMMARY: Myocardial perfusion imaging revealed no evidence of ischemia. The left ventricular ejection fraction is estimated to be around 60-65%.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/13  T: 4/26/13

PHYSICIAN PERFORMING STRESS TEST:

Sun King Wan, MD, FACC
SKW/jns
D: 4/24/13  T: 4/26/13

C: Dr. Giannini

Liberty004732

10/20/2015 3:15PM FAX  8605339747          NEWENGLANDCARDIOLOGY                      @0013/0027

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:     SPEARS, HALEY
DOB:    REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

Liberty004733

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease. She recently had a negative exercise Cardiolite stress test. An echocardiogram also showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy. I have advised her to stop her fish oil about 10 days before the surgery. She is also to stop other nutrition supplements as instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery. A Cardiology consultation can be obtained if needed during the hospitalization. Otherwise, I will be happy to follow her up in the office after this surgery. A copy of the echocardiogram and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc: Robert Udelsman, M.D.

Liberty004734

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747

Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:   SPEARS, HALEY
        DOB: REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

Liberty004735

10/20/2015 3:15PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    ☑0018/0027




Nuclear Cardiology
Myocardial Perfusion
Imaging Laboratory

ICAEL

### NEW ENGLAND CARDIOLOGY ASSOCIATES, PC
### SUN KING WAN, MD, FACC
### SAQIB NASEER, MD, FACC, FASNC
257 EAST CENTER STREET, MANCHESTER, CT 06040
TELEPHONE (860) 643-8101/FAX (860) 533-9747

## 2D & M-Mode ECHOCARDIOGRAM REPORT
## COLOR FLOW DOPPLER REPORT

REDACTED

Patient Name: SPEARS, Haley     Date of Birth:          Gender: Female   AGE: 35
Date: 4/19/13
Primary Care Physician: Dr. Giannini
Indication: Lyme disease
Height: 5'5"            Weight: 127 lbs.    BSA: 1.63   BP: 110/76
Sonographer: BW
Tape: 32

A combined M-mode and 2-D mode Doppler study performed.

### 2D & M-MODE MEASUREMENTS (normal ranges within parentheses)

| Left Ventricle: | Normal: | Aorta/Left Atrium | Normal |
|---|---|---|---|
| IVSd (2D):  0.7 | (0.7-1.1 cm) | Aortic Root (Mmode): 2.3 | (2.4-3.7 cm) |
| LVPWd (2D): 0.6 | (0.7-1.1 cm) | Left Atrium (2D): | (1.9-4.0 cm) |
| LVIDd (2D): 4.9 | (3.4-5.7 cm) | Left Atrium (Mmode): 2.1 | (1.9-4.0 cm) |
| LVIDd (2D): 2.7 | | LA area/volume: | |
| | | AV opening: 1.7 | |
| | | Pericardium/IVC: | |
| LV FS (2D): 45% | (>25%) | Right Ventricle: | |
| LV EF (2D): 55-60% | (>50%) | RVd (2D): 1.8 | |
| | | IVC: | |

### SPECTRAL DOPPLER ANALYSIS:
Aortic Valve:
AoV Max Velocity:              AoV Peak PG: 5.8          AoV Mean PG:
Tricuspid Valve and PA/RV Systolic Pressure:
TR Max Velocity:              RA Pressure: 10          RVSP/PASP: 17 mmHg
Pulmonic Valve:
PV Max Velocity:              PV Max PG: 1.5          PV Mean PG:
Mitral Valve:
MV E Max: 69.6    A max: 47.9      E/A: 1.5      DT: 135      P1/2: 39

### PHYSICIAN INTERPRETATION:
LV: Dimension is within normal limits. The left ventricular ejection fraction is estimated at 55-60%.
RV: Dimension is within normal limits.
LA: Dimension is within normal limits.
RA: Dimension is within normal limits.
AORTIC ROOT: Dimension is within normal limits.
AORTIC VALVE: Opening well.
MITRAL VALVE: Redundant mitral valve leaflets with very mild mitral regurgitation.

Liberty004736

SPEARS, Haley
Page 2

TRICUSPID REGURGITATION:  Very mild tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg.
PULMONIC VALVE:  No significant pulmonic regurgitation.
PERICARDIUM:  No significant pericardial effusion.

CONCLUSION:

1. Normal left ventricular dimension.  The left ventricular ejection fraction is estimated at 55-60%.
2. Redundant mitral valve leaflets with very mild mitral and trace tricuspid regurgitation.  The right ventricular systolic pressure was calculated to be 17 mmHg which is in the normal range.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/19/13  T: 4/22/13

C: Dr. Giannini

Liberty004737

10/20/2015 3:15PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    ⊠0018/0027

**NEW ENGLAND CARDIOLOGY ASSOCIATES, P.C.**
**SUN KING WAN, M.D., F.A.C.C.**
**SAQIB NASEER, M.D., F.A.C.C., F.A.S.N.C.**
**257 East Center Street**
**Manchester, Connecticut 06040**
**Telephone: (860) 643-5101**
**Fax: (860) 533-9747**

### CARDIAC EVENT MONITOR

PATIENT NAME: **SPEARS, Haley**

DATE OF BIRTH: REDACTED

INTERPRETING PHYSICIAN:  Dr. Naseer

DATES MONITOR WORN:  3/19/12 – 4/19/12

INDICATIONS:  Tachycardia

RESULTS: Cardiac event monitoring was performed from 3/19/12 – 4/19/12.  During this time, the patient reported symptoms of palpitations, heart racing, did not feel right, funny feeling and was found to be in sinus rhythm.  On occasions, sinus tachycardia was also noted.

The findings of the cardiac event monitor will be explained to the patient and the patient will be advised to avoid any stimulants and report any symptoms to us.

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 4/24/12 T: 4/25/12

Liberty004738

10/20/2015 3:15PM FAX 8605339747          NEWENGLANDCARDIOLOGY               ☒0019/0027

Quest          Page 4 of 4      ...    ...    02/07/2013   05:27:37 PM   ...    ...       **Report Status: Final**
Diagnostics                                                                              **SPEARS, HALEY A**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SPEARS, HALEY A | Specimen: WC008724H | Client #: 22216274     60010000 |
| | Requisition: 0007477 | NASEER, SAQIB |
| DOB: REDACTED     AGE: 3S | | NEW ENGLAND CARDIOLOGY |
| Gender:   F | Collected:   02/06/2013 / 14:35 EST | ASSOC |
| Phone:    860.308.2050 | Received:   02/07/2013 / 04:44 EST | 257 E CENTER ST |
| Patient ID: REDACTED | Reported:   02/07/2013 / 14:40 EST | MANCHESTER, CT 06040-5214 |
| Health ID: REDACTED | (* A Copy Sent To) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | 189 | | 125-200 mg/dL | QWA |
| HDL CHOLESTEROL | 65 | | > OR = 46 mg/dL | QWA |
| TRIGLYCERIDES | 69 | | <150 mg/dL | QWA |
| LDL-CHOLESTEROL | 110 | | <130 mg/dL (calc) | QWA |

   Desirable range <100 mg/dL for patients with CHD or
   diabetes and <70 mg/dL for diabetic patients with
   known heart disease.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 2.9 | | < OR = 5.0 (calc) | QWA |
| NON HDL CHOLESTEROL | 124 | | mg/dL (calc) | QWA |

   Target for non-HDL cholesterol is 30 mg/dL higher than
   LDL cholesterol target.

| | | | | |
|---|---|---|---|---|
| GLUCOSE | 72 | | 65-99 mg/dL | QWA |

                                          Fasting reference interval

| | | | | |
|---|---|---|---|---|
| ELECTROLYTE PANEL | | | | QWA |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 19-30 mmol/L | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | QWA |
| CREATININE | 0.77 | | 0.50-1.10 mg/dL | QWA |
| eGFR NON-AFR. AMERICAN | 100 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 116 | | > OR = 60 mL/min/1.73m2 | |
| HEPATIC FUNCTION PANEL | | | | QWA |
| PROTEIN, TOTAL | 6.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| BILIRUBIN, DIRECT | 0.1 | | < OR = 0.2 mg/dL | |
| BILIRUBIN, INDIRECT | 0.4 | | 0.2-1.2 mg/dL (calc) | |
| ALKALINE PHOSPHATASE | 45 | | 33-115 U/L | |
| AST | 19 | | 10-30 U/L | |
| ALT | 12 | | 6-40 U/L | |
| ABO GROUP AND RH TYPE | | | | QWA |
| ABO GROUP | A | | | |
| RH TYPE | RH(D) POSITIVE | | | |

ERFORMING SITE:
WA   QUEST DIAGNOSTICS WALLINGFORD-CL 0091, 3 STERLING DRIVE, WALLINGFORD, CT 06492 Laboratory Director NEENA SINGH, MD, CLIA: 07D0093126

Copy To Client: SPEARS HALEY A; BERNARD RAXLEN, M.D.; CONNECTICUT NATURAL HEALTH; CAROLTON CHRONIC & CONV.HOSP

uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Liberty004739



HR 63 bpm

GE MAC120
34 Years

SPEARS, HALEY,
(?)
REDACTED

Measurement Results:
QRS            94 ms
QT/QTcB   410 / 419 ms
PR            132 ms
P             106 ms
RR/PP     948 / 950 ms
P/QRS/T    67/ 52/ 53 degrees

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Normal ECG

P   ∨ ∨ ∨
T
QRS

0 I
aVL
-90
aVR

Liberty004740

10/20/2015 3:16PM FAX  8605339747          NEWENGLANDCARDIOLOGY                    ☑0021/0027



# NEW ENGLAND CARDIOLOGY ASSoc., P.C.
## Sun King Wan, M.D., F.A.C.C.
## Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
257 East Center Street
Manchester, CT  06040
Telephone (860) 643-5101 - Fax: (860) 533-9747

## ECHOCARDIOGRAM

Name: SPEARS, Haley                          DOB: REDACTED                  Date of Study: 10/8/10
Age:   32            Sex: F Ht: 5'5" WT: 121 lbs      BSA: 1.60m²
Indication:          Chest pain
Referring Physician:
Tape # :             69
Previous Echo:
Type of Study:    2-D ⊠ ·      M-Mode ⊠      Doppler ⊠      Color ⊠      Limited Study ☐

| M-Mode/2-D Measurements | | Patient | Normal |
|---|---|---|---|
| Aortic Root | | 2.0 | 2.0 - 3.7 cm |
| Aortic Valve Opening | | 1.6 | 1.5 - 2.6 cm |
| Left Atrium | | 2.3-2.7 | 1.9 - 4.0 cm |
| LV End Diastole | | 4.3 | 4.5 - 5.7 cm |
| LV End Systole | | 3.1 | 2.2 - 4.0 cm |
| Septal Thickness | | 0.6 | 0.6 - 1.1 cm |
| Posterior Wall | | 0.8 | 0.6 - 1.1 cm |
| Right Ventricle | | 1.9 | 0.9 - 2.7 cm |
| EF | | 50-55% | 50 - 75% |

LV           Dimension is measured to be within normal limits. The endocardium was not well-visualized in the apical views.
             The left ventricular ejection fraction is estimated at 50 to 55%.
RV           Dimension is within normal limits.
LA           Dimension is within normal limits.
RA           Dimension is within normal limits.
AO Root      ·Dimension is within normal limits.
Aortic Valve Opening well.
Mitral Valve Redundant mitral valve leaflets with trace mitral regurgitation.
Tricuspid Valve Trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be 26 mmHg.
Pulmonic Valve No significant pulmonic regurgitation.
Pericardium  No significant pericardial effusion.

CONCLUSION: A combined M-mode and 2-D mode Doppler study performed.

IMPRESSION:
1. Technically, this is a difficult and limited study.
2. Left ventricular dimension is measured to be within normal limits. It is difficult to assess the left ventricular systolic function
accurately, though, the left ventricular ejection fraction is estimated to be around 50 to 55%. The patient was already called in so
more images could be acquired to assess the left ventricular systolic function more accurately.
3. Redundant mitral valve leaflets with trace mitral and tricuspid regurgitation. The right ventricular systolic pressure was calculated
to be 26 mmHg which is in the normal range.

*Snaseer*

Saqib Naseer, MD, FACC, FASNC
Sn/jns
D: 10/8/10  T: 10/11/10

S: BW
cc: Dr. Giannini

Liberty004741



10/20/2015 3:17PM FAX 8605339747          NEWENGLANDCARDIOLOGY          ☑0022/0021

GE MAC1200
32 Years

SPEARS, HALEY, 10-8-10

Measurement Results:
QRS         94 ms
QT/QTcB    420 / 429 ms
PR         132 ms
P          106 ms
RR/PP      938 / 950 ms
P/QRS/T    70/ 52/ 57 degrees

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Normal ECG

Cardi-t  Sited-t
Oct/08/2010  14.40.32

25mm/s    10mm/mU    ADS    60Hz : 0.08 - 20Hz    4x2.5R1. 12 Lead    U6.2 12i (2)    12SL8v231

Liberty004742

HR 63 bpm



HR 71 bpm

9-29-10

GE MAC1200
32 Years

PEARS, HALEY,
REDACTED

Measurem + Results:
QRS         :      94 ms
QT/QTcB     : 410 /  445 ms
PR          :     136 ms
P           :     106 ms
RR/PP       : 844 /  845 ms
P/QRS/T     :

< P
< T
< QRS

Interpretation:
12SL - Interpretation:
Normal sinus rhythm
Cannot rule out Anterior infarct, age undetermined
Abnormal ECG

10/20/2015 3:18PM FAX 8605339747          NEWENGLANDCARDIOLOGY                    ☒0024/0021

## New England Cardiology Associates

257 East Center Street
Manchester, CT, 06040

### Holter ECG Report

**Patient Data:** Spears, Haley

| | | | | |
|---|---|---|---|---|
| Day of Birth: | REDACTED | Report No: | 002980 | Recording Time: 20hrs 09min |
| Age/Sex: | 17/Female | Test Date: | 07/20/2010 | Start delay: 00 min |
| ID#: | | Report Date: | 07/28/2010 | Analyzed channel: |
| Physician: | Naseer | Reviewed by: | | Signal quality: |
| Referral: | | Analyst: | Susan | Tape quality: |
| | | | | Analysis Time: 23hrs 12min |
| Medication: | | | | |
| Indication: | | | | |

---

## Report Summary

### BASIC RHYTHM

| | |
|---|---|
| Rhythm: | |
| Total Beats: | 104863 |
| Avg Rate: | 73 |
| Min Rate: | 45 at 09:20D2 |
| Max Rate: | / 2 4/ 135 at 14:39D2 |
| Branch Block beats | absent |
| AFib beats | absent |
| Paced beats | absent |

### VENTRICULAR ECTOPY

| | | | |
|---|---|---|---|
| Total beats: | 3 | Isolated Beats: | 3 |
| Avg/Hour: | 0.1 | Paired beats: | 2 0 |
| Avg/1000: | 0.0 | R on T | 0 |
| | | Trigeminy Beats: | 0 |
| Bigeminy Runs: | 0 | Bigeminy Beats: | 0 |
| VTach Runs: | 0 | VTach Beats: | 0 |

### ST ANALYSIS

| Type | Max | CH | Lgth | Time |
|---|---|---|---|---|
| HOR | 3.7 | 1 | 225 m | 14:41D2 |
| UP | 2.7 | 1 | <1 m | 14:29D2 |

No ST elevation

| | |
|---|---|
| Median CH1: | -0.29 |
| Median CH2: | 0.01 |
| Median CH3: | 0.10 |

### SUPRAVENTRICULAR ECTOPY

| | | | |
|---|---|---|---|
| Total beats: | 22 | Isolated SVE: | 6 |
| Avg/Hour: | 0.9 | Paired: | 16 |
| Avg/1000: | 0.2 | | |
| SVT runs: | 0 | SVT beats: | 0 |

### HEART RATE VARIABILITY

| | | | | | |
|---|---|---|---|---|---|
| SDNN: | 163 | SDNN5: | 63 | PNN50: | 3 |
| TRIA: | 767 | SDANN: | 158 | RMSSD: | 18 |
| Night Heart Rate: | 71 | | | | |

### BRADYCARDIA ( 50 bpm)

| | | |
|---|---|---|
| Bradycardia events/beats: | 192 / 920 | Min rate:  45 bpm at 09:20D2 |
| Longest run:  18 beats at 46 bpm at 09:38D2 | | |
| PAUSES >2.0 sec: | absent | |

---

### Interpretation:

Holter monitor was performed to evaluate for cardiac arrhythmia. The patient's underlying rhythm was sinus rhythm. Heart rate ranged from 45 to 124 beats per minute with a few premature ventricular complexes and premature atrial complexes. The patient reported symptoms of choking on water on one occasion and this correlated with sinus rhythm without any significant arrhythmias.

SUMMARY: The findings of the Holter monitor will be explained to the patient and will be advised to avoid any stimulants and to report any symptoms to us. If she has any more symptoms, then a cardiac event monitoring will be needed.

Saqib Naseer, M.D., F.A.C.C., F.A.S.N.C.
SN/jns
D: 8/3/10   T: 8/5/10          SPEARS, Haley          7/27/10   cc: Dr. Giannini

Signed: _____          Date: 8 5 10

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101  Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

January 27, 2014

Kristin Giannini, M.D.
520 Hartford Turnpike, Suite M
Vernon, CT 06066

RE:  SPEARS, HALEY
    DOB:  REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. She underwent thyroidectomy in June 2013. She says there were some precancerous nodules in the thyroid. Therefore, it was the right thing to do. The surgery was uneventful from a cardiac standpoint. The patient is now feeling well. She denies any cardiac symptoms.

Today, her blood pressure is 118/74. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

In summary, Ms. Spears denies any cardiac symptoms. She did hurt her left knee while she was exercising. Once that was healed, she will start a gradually increasing exercise program. She will report any symptoms to us. Otherwise, I will see her back in the office in a year.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

10/20/2015 3:18PM FAX  8605339747          NEWENGLANDCARDIOLOGY                    ☒0026/0021

# New England Cardiology Associates, P.C.

*Preventive Cardiology & Cardiovascular Disease*
257 East Center Street
Manchester, CT 06040
Telephone (860) 643-5101   Fax: (860) 533-9747



Sun King Wan, M.D., FACC
Interventional Cardiology

Saqib Naseer, M.D., FACC, FASNC
Nuclear & Noninvasive Cardiology

June 12, 2013

Kristin A. Giannini, M.D.
520 Hartford Turnpike, Suite N
Vernon, CT 06066

RE:     SPEARS, HALEY
DOB:    REDACTED

Dear Dr. Giannini:

I saw Ms. Spears today for cardiac evaluation. As you know, she is a 35-year-old female who has a history of Lyme disease and babesiosis. Also, has a previous history of atypical chest discomfort and some dyspnea on exertion. She is scheduled for thyroidectomy at Yale on June 27, 2013. The patient recently underwent an exercise Cardiolite stress test during which she was able to walk for 13 minutes, achieved a heart rate of about 79 beats per minute, which is about 90% of her maximum predicted heart rate. The patient's clinical and EKG responses were non ischemic and the Cardiolite scan did not show any ischemia.

The patient also underwent an echocardiogram done in April 2013 that showed ejection fraction of 55-60% with redundant mitral valve leaflets and very mild mitral and trace tricuspid regurgitation. The right ventricular systolic pressure was calculated to be in normal range.

The patient states that she is generally feeling well. Her current medications include Ultram p.r.n., Zyrtec p.r.n. and is on a number of nutritional supplements and most of them have been managed by a physician in New York. The patient also has been getting treatment for Lyme disease in the past.

Today, her blood pressure is 120/78. Neck veins are flat. Chest is clear to auscultation. Heart sounds are regular. Extremities are free of edema.

Her last EKG which was done at the time of the stress test on April 24, 2013 showed sinus rhythm 68 beats per minute without any acute ST changes.

Liberty004746

June 12, 2013
RE: SPEARS, HALEY
Page TWO

In summary, Ms. Spears is a 35-year-old female who has history of Lyme disease. She recently had a negative exercise Cardiolite stress test. An echocardiogram also showed preserved left ventricular systolic function.

She will now be undergoing a thyroidectomy. I have advised her to stop her fish oil about 10 days before the surgery. She is also to stop other nutrition supplements as instructed by Dr. Udelsman.

From a cardiac standpoint, the patient is stable to undergo the surgery. A Cardiology consultation can be obtained if needed during the hospitalization. Otherwise, I will be happy to follow her up in the office after this surgery. A copy of the echocardiogram and the stress tests will be attached to this letter.

Sincerely yours,

Saqib Naseer, MD, FACC, FASNC

cc: Robert Udelsman, M.D.

Liberty004747

LMG                10/20/2015 2:16:11 PM   PAGE   2/004   Fax Server



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Dario M. Zagar
Associated Neurologist of Southern Ct.
75 KINGS HWY CUTOFF
FAIRFIELD, CT 06824

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Dario Zagar:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:   *seen  1/12/09 to  8/19/11 - 65 cents a page*

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015**. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

1 of 2

*call  203- 333- 1133 x 125 Margaret*

Liberty004748



NANCY WINTERER
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

2 LBS          PAK          1 OF 1

SHIP TO:
WINONA W. ZIMBERLIN
ATTORNEY AT LAW
2 CONGRESS ST
HARTFORD   CT 06114-1073

CT 061 9-03

UPS NEXT DAY AIR          1
TRACKING #: 1Z 248 96X 01 9113 0446

BILLING: P/P

Office/Dept Number: 009603304

CS 17.6.02.     WNINV50 69.0A 10/2015

*Haley Speare 2500391* (handwritten)

UPS CampusShip: Shipment Label

PrintWindo...

10/21/2015

Page 1 of 1

Liberty004749

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


WINONA ZIMBERLIN
ATTORNEY AT LAW
2 CONGRESS STREET
HARTFORD CT 06114-1024

Liberty004750



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 21, 2015

Winona W. Zimberlin
Attorney At Law
2 CONGRESS STREET
HARTFORD, CT 06114-1024

RE:    Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears

Dear Winona Zimberlin:

This letter is regarding the status of the appeal for Haley Spears' Long Term Disability benefits, as remanded by the US District Court. The claim documentation for this appeal review was received in this office on October 14, 2015. Thus, day 45 of this appeal review is November 26, 2015.

Based on the Claimant Information Form completed by Ms. Spears on September 8, 2015, the period of seven years from Ms. Spears' date of disability through her full time return to work, and our initial review of this claim, it is determined additional medical information is needed for this appeal review. Therefore, on October 20, 2015 and October 21, 2015, requests were sent to 27 medical providers for copies of their treatment records. Copies of the requests are enclosed.

Liberty Life sent these requests for treatment records as a courtesy, and we require you to follow up with Ms. Spears' providers to be certain they respond to Liberty Life's request. All records are requested by **November 9, 2015**.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Liberty's control which require a delay in making a determination. If additional time is needed, ERISA allows for a 45 day extension to evaluate and render an appeal decision. The days allowed for receipt of the additional medical documentation are days tolled and are not counted in the 90 day appeal review period. Therefore, the days from October 20, 2015 through the date all the necessary documentation is received, are days tolled and not counted in the 90 day Appeal timeframe.

If you have any questions regarding this matter, please contact me.

Liberty004751

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Liberty004752



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: MANCHESTER FAMILY DENTAL | |
| Attn: | |
| Fax: (860) 649-2661 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: REDACTED<br>Claimant: Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004753



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Family Dental

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears

To Whom It May Concern:

REDACTED

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB**
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

1  of 2

Liberty004754

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004755


**Liberty Mutual.**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6111
Fax No.: 1-203-294-6298

| EMPLOYEE/CLAIMANT NAME: Haley Spears | REDACTED |
|---|---|
| CLAIM NO.: _____ S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: _____ DATE OF BIRTH: | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.   Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Pact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

*[signature]*
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004756



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date:   October 20, 2015

To:     MANCHESTER OPHTHALMOLOGY

Attn:

Fax:    (860) 643-4901

From:   Nancy Winterer
        Appeal Review Consultant
        Phone No.: (888) 437-7611
        Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Manchester Ophthalmology

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears

To Whom It May Concern:

                                                              REDACTED

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB**
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nancy Winterer
Appeal Review Consultant

                    Liberty004758

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:    REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004759



**Liberty Mutual** ®

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-703-234-8298

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | | |
| --- | --- | --- | --- |
| CLAIM NO.: | | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | | DATE OF BIRTH: | REDACTED |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

*[signature]*
Signature

REDACTED
Social Security Number

9/8/15
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: ERIKA CAPPELLUTI MD | |
| Attn: | |
| Fax: (860) 520-1379 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: REDACTED<br>Claimant: Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Erika Cappelluti, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.:REDACTED

Dear Erika Cappelluti:

We are the Disability Claim Administrator for your patient, **Haley Spears, DOB** REDACTED
Haley Spears' claim for Long Term Disability benefits is in appeal status. In order to consider
reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in
an adverse benefit or claim determination. The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company. This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004762

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004763



Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: ................................

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: ...................................... S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: ...................... DATE OF BIRTH: **REDACTED**

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

**REDACTED**
Social Security Number

*Haley Spears* (signature)
Signature

9/8/15
Date

Liberty004764



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   JOACHIM BAEHRING<br>800 HOWARD AVENUE<br>NEW HAVEN CT 06519 | |
| Attn: | |
| Fax:   (203) 737-2591 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Joachim Baehring
800 HOWARD AVENUE
NEW HAVEN, CT 06519

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Joachim Baehring:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004766

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004767



**Liberty Mutual**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

EMPLOYEE/CLAIMANT NAME: _Haley Spears_

CLAIM NO.: _____    S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____    DATE (IF) _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Haley Spears_
Print Name

_Haley Spears_ (signature)
Signature

**REDACTED**
Social Security Number

_9|8|15_
Date

Liberty004768



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:     CARLA DESANTIS MD | |
| Attn: | |
| Fax:     (860) 278-1233 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):     4 | |
| RE:<br><br>Claim #:     REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Carla Desantis, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Carla Desantis:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

Liberty004770

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004771



Liberty Mutual™

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | |
| CLAIM NO.: | S.S. NO.: **REDACTED** |
| EMPLOYER/SPONSOR: | DATE OF: |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:   KRISTIN GIANNINI<br>520 HARTFORD TURNPIKE<br>VERNON CT 06066 | |
| Attn: | |
| Fax:   (860) 979-0056 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Kristin Giannini
520 HARTFORD TURNPIKE
VERNON, CT 06066

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Kristin Giannini:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.   The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004774

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:    REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004775



**Liberty Mutual** ®

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6115
Fax No.: 1-203-294-6298

| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | |
|---|---|
| CLAIM NO.: | S.S. NO.: **REDACTED** |
| EMPLOYER/SPONSOR: | DATE OF |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:  BARRY GORDON<br>1000 ASYLUM AVENUE<br>STE 4304<br>HARTFORD CT 06105 | |
| Attn: | |
| Fax:   (860) 493-1885 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Barry J. Gordon
1000 ASYLUM AVENUE
STE 4304
HARTFORD, CT 06105

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Barry Gordon:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004778

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004779



**Liberty Mutual**

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6115
Fax No.: 1-203-294-8298

Return to: ...............................................................

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: ..................................................   S.S. NO.: ⌐REDACTED¬

EMPLOYER/SPONSOR: ...............................................   DATE OF I...............................

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9|8|15*
Date

Liberty004780



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:    CYNTHIA GROSSO DC | |
| Attn: | |
| Fax:   (413) 736-6057 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Cynthia Grosso, Dc

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Cynthia Grosso:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004782

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004783



**Liberty Mutual.**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6119
Fax No.: 1-203-294-4298

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____   S.S. NO.: [REDACTED]

EMPLOYER/SPONSOR: _____   DATE OF B. _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004784



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:   ZHIHENG HE MD | |
| Attn: | |
| Fax:    (877) 992-6205 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004785



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Zhiheng He, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.:REDACTED

Dear Zhiheng He:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004786

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004787


**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6110
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____  S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____  DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears* (signature)
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004788



**Liberty Mutual**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   BARBARA KAGE<br>361 MAIN ST<br>MANCHESTER CT | |
| Attn: | |
| Fax:   (860) 646-7999 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004789



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Barbara Kage
361 MAIN ST
MANCHESTER, CT

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B. REDACTED

Dear Barbara Kage:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004790

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004791

 **Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
| CLAIM NO.: | | S.S. NO.: REDACTED |
| EMPLOYER/SPONSOR: | | DATE OF I |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

REDACTED
Social Security Number

9|8|15
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:   ROBERT LANG MD | |
| Attn: | |
| Fax:    (203) 318-5203 | |
| From:  Nancy Winterer<br>        Appeal Review Consultant<br>        Phone No.: (888) 437-7611<br>        Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004793



**Liberty Mutual**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Lang, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Robert Lang:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004794

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004795



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6116
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME:  *Haley Spears*        S.S. NO.:      REDACTED

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____   DATE (IF)

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following Company to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Halyas*
Signature

REDACTED
Social Security Number

*9/8/15*
Date

Liberty004796



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: CANDACE MADDALO DC | |
| Attn: | |
| Fax: (617) 666-2842 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #:  REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004797



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Candace Maddalo, Dc

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Candace Maddalo:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004798

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004799



**Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6116
Fax No.: 1-703-294-6298

Return to: ..............................................

EMPLOYEE/CLAIMANT NAME: _Haley Spears_    **REDACTED**

CLAIM NO.: ..................................    S.S. NO.: ................

EMPLOYER/SPONSOR: ..........................    DATE OF B

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Haley Spears_
Print Name

_Haley Spears_
Signature

**REDACTED**
Social Security Number

_9/8/15_
Date

Liberty004800



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To:  SAQIB NASEER<br>NEW ENGLAND CARDIOLOGY ASSOC.<br>257 EAST CENTER STREET<br>MANCHESTER CT 06040 | |
| Attn: | |
| Fax:  (860) 533-9747 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004801



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Saqib Naseer
NEW ENGLAND CARDIOLOGY ASSOC.
257 EAST CENTER STREET
MANCHESTER, CT 06040

RE:    Long Term Disability (LTD) Benefits
       UTC Choice
       Claim #: REDACTED
       Claimant: Haley Spears
       Claimant D.O.B.: REDACTED

Dear Saqib Naseer:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for
Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are
requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008
  through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in
an adverse benefit or claim determination.  The information can be faxed to our office at our secure
fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to
your patient, we have provided your office with a HIPAA compliant authorization signed by your
patient allowing the release of information to our company.  This authorization specifically allows
you to release medical information to us and is valid for two years from the date of Ms. Thomas'
signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this
matter.

If you have any questions regarding this matter, please contact me.

                    Liberty004802

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004803



**Liberty Mutual.**

Return to:

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-340-6119
Fax No.: 1-203-294-8298

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____  S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____  DATE OF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004804

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

JAMES O'BRIEN
353 MAIN ST
MANCHESTER CT 06040

Liberty004805



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James O'Brien
353 MAIN ST
MANCHESTER, CT 06040

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear James O'Brien:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004806

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004807


**Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6111
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | **REDACTED** |
| CLAIM NO.: | S.S. NO.: |
| EMPLOYER/SPONSOR: | DATE OF |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, persons or other organizations companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

Date:  October 20, 2015

To:  ROBERT OBERSTEIN
     100 RETREAT AVE, #400
     HARTFORD CT 06106

Attn:

Fax:  (860) 547-1301

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):     4

RE:

Claim #:     REDACTED
Claimant:  Haley Spears

UTC Choice

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Oberstein
100 RETREAT AVE, #400
HARTFORD, CT 06106

RE:  Long Term Disability (LTD) Benefits
     UTC Choice
     Claim #: REDACTED
     Claimant: Haley Spears
     Claimant D.O.B.: REDACTED

Dear Robert Oberstein:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015.**  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004810

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004811



**Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6111
Fax No.: 1-203-294-8598

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: *Haley Spears* | REDACTED |
| CLAIM NO.: | S.S. NO.: |
| EMPLOYER/SPONSOR: | DATE OF |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

REDACTED
Social Security Number

*9/8/15*
Date

Liberty004812



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:  ZANE SAUL MD

Attn:

Fax:  (203) 383-4499

From:  Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):  4

RE:

Claim #:  REDACTED
Claimant:  Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Zane Saul, MD

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Zane Saul:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004814

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004815


**Liberty Mutual**

Return to: _____

Company at Notice
Disability Claims
P.O. Box 8031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____   DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

*9/8/15*
Date

Liberty004816



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:    EVAN SCHIFF MD | |
| Attn: | |
| Fax:   (860) 561-7272 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Evan Schiff, MD

RE:    Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Evan Schiff:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004818

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004819

 **Liberty Mutual.**

Company of Boston
Disability Claims
P.O. Box 5031
Wellington, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4398

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | *Haley Spears* | | |
| CLAIM NO.: | | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | | DATE OFF | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with any signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*[signature]*
Signature

**REDACTED**

Social Security Number

9/8/15
Date

Liberty004820



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:   October 20, 2015 | |
| To:   DAVID SILVERS<br>85 SEYMOUR STREET<br>HARTFORD CT 06106 | |
| Attn: | |
| Fax:   (860) 249-6742 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):     4 | |
| RE:<br><br>Claim #:   REDACTED<br>Claimant:   Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

David Silvers
85 SEYMOUR STREET
HARTFORD, CT 06106

RE: Long Term Disability (LTD) Benefits
   UTC Choice
   Claim #: REDACTED
   Claimant: Haley Spears
   Claimant D.O.B.: REDACTED

Dear David Silvers:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004822

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004823

 **Liberty Mutual.**

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-611E
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____   DATE OF B _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears* (signature)
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004824



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: JESSICA TAGLIARINI DC | |
| Attn: | |
| Fax: (413) 736-6057 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: REDACTED<br>Claimant: Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Jessica Tagliarini, Dc

RE:    Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Jessica Tagliarini:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004826

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004827



**Liberty Mutual.™**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

| | | |
|---|---|---|
| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
| CLAIM NO.: | | S.S. NO.: REDACTED |
| EMPLOYER/SPONSOR: | | DATE OF |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment, applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

[signature]
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004828



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date:  October 20, 2015 | |
| To:    ROBERT UDELSMAN | |
| Attn: | |
| Fax:   (203) 737-2116 | |
| From:  Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    REDACTED<br>Claimant:  Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004829



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Robert Udelsman

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Robert Udelsman:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004830

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004831



Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-446-6119
Fax No.: 1-203-294-6398

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____  S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____  DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

_Haley Spears_ (signature)
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004832



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: October 20, 2015 | |
| To: LAUREN YOUNG ND | |
| Attn: | |
| Fax: (860) 288-2611 | |
| From: Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 | |
| Total Pages<br>(Including Cover): 4 | |
| RE: | |
| Claim #: REDACTED<br>Claimant: Haley Spears<br><br>UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004833



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Lauren G. Young, Nd

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Lauren Young:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004834

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTED EMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004835



Liberty Mutual™

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6119
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____   S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____   DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

**REDACTED**
Social Security Number

9/8/15
Date

Liberty004836



**Liberty Mutual INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

| | |
|---|---|
| Date: | October 20, 2015 |
| To: | DARIO ZAGAR<br>ASSOCIATED NEUROLOGIST OF SOUTHERN CT.<br>75 KINGS HWY CUTOFF<br>FAIRFIELD CT 06824 |
| Attn: | |
| Fax: | (203) 333-3937 |
| From: | Nancy Winterer<br>Appeal Review Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5708 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | |
| Claim #: | REDACTED |
| Claimant: | Haley Spears |
| UTC Choice | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004837



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Dario M. Zagar
Associated Neurologist of Southern Ct.
75 KINGS HWY CUTOFF
FAIRFIELD, CT 06824

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear Dario Zagar:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004838

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004839



**Liberty Mutual**₈

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

EMPLOYER/CLAIMANT NAME: *Haley Spears*          S.S. NO.: REDACTED

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____          DATE OF B _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

REDACTED
Social Security Number

*9|8|15.*
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:    JAMES DONALDSON

Attn:

Fax:   (860) 679-4446

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):    4

RE:

Claim #:    REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

James Donaldson

RE:   Long Term Disability (LTD) Benefits
      UTC Choice
      Claim #: REDACTED
      Claimant: Haley Spears
      Claimant D.O.B.: REDACTED

Dear James Donaldson:

We are the Disability Claim Administrator for your patient Haley Spears.  Ms. Spears' claim for Long Term Disability benefits is in appeal status.  In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.**  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**.  Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004842

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004843

 **Liberty Mutual**

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-6298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____  S.S. NO.: REDACTED

EMPLOYEE/SPONSOR: _____  DATE OF: _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004844



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:   October 20, 2015

To:     GAURAB BASU MD

Attn:

Fax:    (617) 591-6300

From:   Nancy Winterer
        Appeal Review Consultant
        Phone No.: (888) 437-7611
        Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:     REDACTED
Claimant:   Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004845



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Gaurab Basu, MD

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.: REDACTED

Dear Gaurab Basu:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004846

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:  REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004847



Liberty Mutual.

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-8298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Spears*

CLAIM NO.: _____     S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____     DATE OF _____

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable disease, alcohol and substance abuse, and mental health.

2.   Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

*Haley Spears*
Print Name

*Haley Spears*
Signature

**REDACTED**
Social Security Number

9/8/15
Date



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5708

---

Date:  October 20, 2015

To:   RICHARD SHOUP MD



Attn:



Fax:   (860) 432-5622

From:  Nancy Winterer
       Appeal Review Consultant
       Phone No.: (888) 437-7611
       Secure Fax No.: (603) 334-5708

Total Pages
(Including Cover):   4

RE:

Claim #:   REDACTED
Claimant:  Haley Spears

UTC Choice

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty004849



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

October 20, 2015

Richard Shoup, MD

RE:     Long Term Disability (LTD) Benefits
        UTC Choice
        Claim #: REDACTED
        Claimant: Haley Spears
        Claimant D.O.B.:REDACTED

Dear Richard Shoup:

We are the Disability Claim Administrator for your patient Haley Spears. Ms. Spears' claim for Long Term Disability benefits is in appeal status. In order to consider reopening her claim, we are requesting the following information:

- **All medical/treatment records including diagnostic test results, from September 1, 2008 through March 31, 2015.**

Please respond by **November 9, 2015.** Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number **(603) 422-7909** or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas' signature.

Please submit the information by **November 9, 2015**. Thank you for your cooperation in this matter.

If you have any questions regarding this matter, please contact me.

Liberty004850

Sincerely,

Nancy Winterer
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments:   REDACTEDEMPLOYEE/CLAIMANT-AUTHORIZATION-10.20.2015

Liberty004851


**Liberty Mutual**

Company at Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6110
Fax No.: 1-203-294-6298

Return to: _____

| EMPLOYEE/CLAIMANT NAME: | Haley Spears | |
|---|---|---|
| CLAIM NO.: | S.S. NO.: | REDACTED |
| EMPLOYER/SPONSOR: | DATE OF: | |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

REDACTED
Social Security Number

9/8/15
Date

Liberty004852

**Liberty Mutual™**

Return to: _____

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____   S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____   DATE OF

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependants may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Haley Spears
Print Name

Haley Spears
Signature

REDACTED
Social Security Number

9|8|15
Date

Liberty004853

# Liberty Mutual Appeal Referral

| | | | | | |
|---|---|---|---|---|---|
| **Appeal Referral From:** | **DOVER** | | | | |
| Office: | 163 | Manager: | BOYLE, KELLY | Case Mgr: | FURGALACK, MONIQUE |

| | | | |
|---|---|---|---|
| Claimant Name: | HALEY A SPEARS | Claim #: | 2500391 |
| Occupation (Job Title): | ADMIN ASSISTANT | Date Sent: | 10/14/2015 |

| | |
|---|---|
| Diagnosis: | 784.0 Headache, |

| | | | |
|---|---|---|---|
| Date of Disability: | 9/27/2008 | Date Benefits Began: | 3/28/2009 |
| Maximum Duration: | 10/10/2042 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 2/2/2009 | Date Appeal Received: | 10/14/2015 |

*This is the date that the full appeal was received by the Field Claim Office

| | |
|---|---|
| Policyholder/Self-Insured Plan Holder: | UTC CHOICE |
| Product: | LTD |  Funding: | CON |
| Is Claimant Eligible for LTD? | ✔ |
| Erisa or Non-Erisa? | ERISA Plan |

Document Locations

- ☑ Paperless
- ☐ Bilingual – translation complete
- ☑ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

| | | |
|---|---|---|
| Phone No. | | FAX No. |

Account Specific or Unique Contract Issues / Additional Info:

COURT REMAND.  PLEASE ASSIGN TO NANACY WINTERER.

Liberty004854

## Baskin, Sarah C. (Hartford)

| | |
|---|---|
| **From:** | Baskin, Sarah C. (Hartford) |
| **Sent:** | Thursday, September 17, 2015 6:07 PM |
| **To:** | 'winona zimberlin' |
| **Subject:** | RE: Spears medical providers |

Thank you, this information will be provided to the remand decisionmaker.

Sarah C. Baskin
Attorney at Law
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.522.0404 | Main
860.247.1330 | Fax
860.205.3317 | Cell

baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Wednesday, September 16, 2015 12:33 PM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears medical providers

Haley has also seen the following medical providers:

Carla Desantis, OBGYN
Manchester Opthamology
Manchester Family Dental

These names can be added to the list of providers previously identified.

Winona Zimberlin
Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004855

## Baskin, Sarah C. (Hartford)

| | |
|---|---|
| **From:** | winona zimberlin <wzimberlin@lawyer.com> |
| **Sent:** | Wednesday, September 16, 2015 12:33 PM |
| **To:** | Baskin, Sarah C. (Hartford) |
| **Subject:** | Spears medical providers |

Haley has also seen the following medical providers:

Carla Desantis, OBGYN
Manchester Opthamology
Manchester Family Dental

These names can be added to the list of providers previously identified.

Winona Zimberlin
Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004856

**Baskin, Sarah C. (Hartford)**

| | |
|---|---|
| **From:** | Baskin, Sarah C. (Hartford) |
| **Sent:** | Friday, September 11, 2015 3:19 PM |
| **To:** | 'winona zimberlin' |
| **Subject:** | RE: Spears |

Winona,

Yes, Liberty generally requests the medical records and, if they do not receive them, asks for the claimant's assistance.

Have a nice weekend,
Sarah

Sarah C. Baskin
Attorney at Law
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.522.0404 | Main
860.247.1330 | Fax
860.205.3317 | Cell

baskins@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** winona zimberlin [mailto:wzimberlin@lawyer.com]
**Sent:** Friday, September 11, 2015 2:54 PM
**To:** Baskin, Sarah C. (Hartford)
**Subject:** Spears

Sarah,

We have provided you with an authorization signed by plaintiff. Will Liberty collect her medical records?

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004857

## Baskin, Sarah C. (Hartford)

**From:**             winona zimberlin <wzimberlin@lawyer.com>
**Sent:**             Friday, September 11, 2015 2:54 PM
**To:**               Baskin, Sarah C. (Hartford)
**Subject:**          Spears

Sarah,

We have provided you with an authorization signed by plaintiff. Will Liberty collect her medical records?

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

Liberty004858

**Winona W. Zimberlin**
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

---

Telephone (860) 249-5291
Facsimile (860) 247-4194

September 10, 2015

By email

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

      RE:   Haley Spears
             DOB: REDACTED

      Attached please find:

1. Claimant information form
2. Activities questionnaire
3. Family information questionnaire
4. Claimant Supplementary Statement
5. Authorization

These forms were first sent to me on July 30, 2015. The forms, as written, ask for information pertaining to the date signed. Your letter of September 1, 2015, by contrast, requests that Ms. Spears complete the Activities questionnaire, "to reflect her activities between the time she last submitted an Activities Questionnaire and the end of her claimed period of disability." It has been very difficult for Ms. Spears to do this, as the form does not contemplate responses which have varied over time. She has, however, tried her best to describe the changes in her condition from 2009 to April 2015. I note that Liberty could have sent her these forms periodically from 2009, but it did not.

You may provide a copy of this letter to the Liberty "remand decisionmaker."

                                Very truly yours,

                                Winona W. Zimberlin

WWZ:dz
Encl.

Liberty004859


**Liberty Mutual**™

Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _Haley Spears_

CLAIM NO.: _____   S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: __REDACTED__

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Haley Spears_
Print Name

_Haley a Spears_ (signature)
Signature

__REDACTED__
Social Security Number

_9/8/15_
Date

Liberty004860

# FAMILY INFORMATION QUESTIONNAIRE


**Liberty Mutual™**

**Liberty Life Assurance Company of Boston**
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

- What is your marital status?   Single __X__   Married _____   Divorced _____

- If married, please indicate your spouse's name and date of birth. Name: _____   DOB: _____

- Do you have children?   Yes _____   No __X__

- If yes, please indicate their names and dates of birth below, using additional space as needed.

  Name: _____   DOB: _____

  Name: _____   DOB: _____

  Name: _____   DOB: _____

  Name: _____   DOB: _____

- Is your spouse and/or children receiving Social Security benefits?

  Yes: _____   No: _____

- If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|--------------------------------|--------------------------------|------------------------------------------|
|      |                                |                                |                                          |
|      |                                |                                |                                          |
|      |                                |                                |                                          |
|      |                                |                                |                                          |

Your Name: _Haley Spears_   SS #: **REDACTED**   Date: _9/8/15_

## CLAIMANT SUPPLEMENTARY STATEMENT

**Liberty Mutual.**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Haley Spears | |
| CLAIM NO.: _____ | S.S. NO.: REDACTED |
| EMPLOYER/SPONSOR: _____ | DATE OF BI |

**REDACTED**

**1. Full Name (Last, First, Middle Int.)**
SPEARS, Haley, A

**2. Social Security Number** REDACTED

**3. Phone Number (include area code)** 860.930.0887

**4. Address** 9000 W. Wilderness Way Apt. 190
**City** Shreveport
**State** LA
**Zip Code** 71106

**5. Marital Status** S
**6. Number of Children** 0
**6a. Dates of Birth of Children**

**7. Have you returned to any type of employment? If yes, please describe.**
Yes, returned to work in Aug 2014, details already provided

**8. Do you own your own business, or are you affiliated with a Corporation, Partnership, or Sole Proprietary? If yes, please explain.**
No

**9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.**
NO

**10. Do you hold a professional license? If yes, for what purpose.**
NO

**11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).**
NO

**12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.**
Yes, lawsuit against Liberty Mutual — Attorney Winona Zimberlin

**13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.**
NO

**14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:**

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| X | | Wages, Salary, or Separation Pay | This was provided $ | | Aug 2015 | |
| X | | Social Security (disability or retirement) | Liberty has provided $ | | Aug 2015 | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| X | | State Disability | $ | | | |
| | X | Retirement (normal, early, or disability) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish any

Liberty004862

**Liberty Mutual.**

## ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

Page 1 of 3

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____   S.S. NO.: REDACTED

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: REDACTED

*TO BE COMPLETED BY THE CLAIMANT*

Please answer the following questions completely and return the form to Liberty Life Assurance Company of Boston.

How long are you able to: sit _____ stand _____ walk _____

How many hours a day do you: sit _____ stand _____ walk _____

Do you take a nap during the day? Yes _____ No ☑ -Sometimes
If yes, for how long? Varies   At what time of the day? Varies
How many hours a day do you spend in bed? Varies

Do you require any assistive devices such as a cane _____ walker _____ crutches _____
wheelchair _____ other ✓ - There were times I had to hold onto someone when walking.
How long are you able to sit in a car? Long enough to get to Drs apts
How long are you able to drive a car? 2009 short distances generally 2013 isn't. I was able to drive further.

How do you maintain contact with people or activities that matter most to you? but this could vary in person, phone, occasionally email + letters

Do you have children? Yes _____ No ☑
If yes, what are their dates of birth? _____
Do you need help caring for your children? Yes _____ No _____ N/A

Are you responsible for taking care of an elderly parent or grandparent?
Yes _____ No ☑   If yes, please explain _____

How many times a day do you leave the house during the week? _____
weekends? _____

How often do you go shopping at the mall? Very rarely

How often do you get outdoors? now generally daily

Are you left or right hand dominant? Left _____ Right ☑
Are you able to work in your garden? Yes _____ No _____ N/A
Are you able to work on your house? Yes _____ No _____
Are you able to wash your car? Yes _____ No _____

DP 535D 01/02

My condition has varied from 2009-2015. In 2009 I was debilitated + generally could stand / walk for a few minutes at a time, I could walk from the car to the store, often this was a challenge. I had bad days + some days not quite as bad. Sitting varied from a few minutes to over an hour. There were times I felt better for a period, then would go down hill again. In aug ~2014 I felt I could go back to work. I was able to sit most of the day at work, at times I would nap in my car during lunch. Ability to stand + walk varied from less than an hour to more than an hour. around 2014 I could feel fine for weeks then feel sluggish for weeks. My medication affected my ability to sit/stand/walk, meds worked partially. In 2009 it varied depending on appointments + health. There were times I felt better + my activities increased + there were times I relapsed. aug 2014 generally daily.

I am able to clean my house, previously I had a cleaner. I can also now wash my car minimusly this was generally something

Liberty004863


**Liberty Mutual**

*page 2 of 3*

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Putting groceries away | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Washing floors | *see attached page* | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Feeding yourself | | |
| Using the bathroom yourself | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _____ No _✓_
If yes, please explain: _____

How often do you travel or take vacation? _____
Where you do you go? How do you get there (transportation method)? _2013 Fly plane ; Dec 2014 ✗CA, plane ; LA visit family / caregivers, plane_
_Drove to MN 2013, 2014_

Are you able to pursue your hobbies? Yes _____ No _____ If yes, please
describe _varied, I have done some crafts + watched some baseball_

Do you participate in an exercise program? Yes _✗_ No _✗_ If yes, please
describe _exercised at times as part of a treatment plan + eventually was able to increase_

Do you do any Volunteer work? Yes _____ No _____ If yes, how _previously_
many hours per day? _____ per week? _____
for whom? _Homeless ministry started in 2015_

Are you working for wages? Yes _____ No _✓_
If yes, please provide employer's name _____

Have you experienced any memory/concentration problems?
Yes _✓_ No _____ Please provide an example _I have trouble remembering dates, there were times I could not remember my age or year I was born, how to get home from a nearby intersection, when I had Drapts, tasks to complete. While I'd much improved, I still struggle at times._

attached details for page 2 of 3

I was always able to go to the bathroom myself. I
Sometimes people would bring me meals, often weekly. I
did limits - grocery shopping when able, I had help with
my throwes and mail for a long time. My ability to
clean up after myself / after meals varied. I had a
cleaner for a significant period of time. Sometimes I
needed help buying my hair + getting dressed as well
as going up + down stairs. Generally I needed help
myself but these were pureed when I was
I had gradual improvement in time i as of Aug
2014 I did not need assistance in most of these
tasks.

Liberty004865



*page 3 of 3*

Describe in your own words, what prevents you from performing your own occupation.
In 2009 I was debilitated from chronic illness
which continued for many years.

Describe in your own words, what prevents you from engaging in any gainful employment.
In aug. 2014 I was able to resume work at a
desk job.

Please describe your daily routine:

My routine has varied over the years. In earlier
years I rested, went to appointments, went three treatment, etc.
as time went on, I began to feel better, I would
do outside more, read (although I may not retain),
crafts, walk, etc. As I improved I started to look for a
job. I participated in Dress for Success program in 2014 in
attempt to prepare to re-enter the workforce + began
looking for a job summer 2014.

Is there a daytime number where you can be reached in the event we have any questions
regarding your responses? _____

**Upon completion of this form, please sign and date below and return in the envelope
provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or
physician who has treated me or other person who has attended me or examined me or any company or Government agency to
furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness,
injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photostatic copy
of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: 9/8/15

Liberty004866

## CLAIMANT INFORMATION FORM



**Liberty Mutual**.

Return to: _____

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

EMPLOYEE/CLAIMANT NAME: Haley Spears

CLAIM NO.: _____

EMPLOYER/SPONSOR: _____

S.S. NO.: REDACTED

DATE OF BIRTH: REDACTED

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

**Primary**
Name: Zane Saul
Address: 2600 Post Road #203
Southport, CT 06890
Telephone No.: (203) 259-8087     Fax No.: ( )
Specialty: Internist/ID
Period of Treatment   From: _____ Thru: _____

**Specialist**
Name: Bernard Raxlen
Address: 566 7th ave #502
New York, NY 10018
Telephone No.: (212) 799-1121     Fax No.: ( )
Specialty: Tick borne diseases
Period of Treatment   From: _____ Thru: _____

**Other**
Name: Joachim Baehring
Address: 333 Cedar St TMP3
New Haven, CT 06510
Telephone No.: (203) 785-7204     Fax No.: ( )
Specialty: neuro oncology
Period of Treatment   From: _____ Thru: _____

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: Medicare
Address: _____
Telephone No.: ( )     Fax No.: ( )
Contact: _____

### NAME OF PHARMACY:

**Current**
Name: CVS
Address: White St Cambridge MA & Main St W. Hartford, CT + + Somerville, MA    other CT locations
Telephone No.: ( )     Fax No.: ( )

**Prior**
Name: Stop+Shop & Walgreens
Address: State of CT
Telephone No.: ( )     Fax No.: ( )

SIGNATURE: Haley a pers     DATE: 9/8/15

DP 421 Rev. 6/01

*other meds received at donation of drugs*

Liberty004867

# 2

## CLAIMANT INFORMATION FORM


**Liberty Mutual.**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: *Haley Speers*

CLAIM NO.: _____    S.S. NO.: **REDACTED**

EMPLOYER/SPONSOR: _____    DATE OF BIRTH: **REDACTED**

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

**Primary**    Name: *Robert Oberstein*    Specialty: *Endocrinology*
Address: *100 Retreat ave #900*
*Hartford, CT 06106*
Telephone No.: *(860)547-1278*    Fax No.: ( )
Period of Treatment:    From _____    Thru _____

**Specialist**    Name: *Robert Lang*    Specialty: *Endocrinology*
Address: *11 Woodland Rd*
*Madison CT*
Telephone No.: *(203) 318-5200*    Fax No.: ( )
Period of Treatment:    From _____    Thru _____

**Other**    Name: *Zhiheng He*    Specialty: *Endocrinology*
Address: *Cambridge, MA*
Telephone No.: *(617) 665-1557*    Fax No.: ( )
Period of Treatment:    From _____    Thru _____

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: _____
Address: *on other page*
Telephone No.: ( )    Fax No.: ( )
Contact: _____

### NAME OF PHARMACY:

**Current**    Name: _____
Address: *on other page*
Telephone No.: ( )    Fax No.: ( )

**Prior**    Name: _____    *page*
Address: _____
Telephone No.: ( )    Fax No.: ( )

SIGNATURE: *Haley Speers*    DATE: *9/8/15*

Liberty004868

Robert Udelsman    Surgeon
800 Howard St Ave #3    New Haven, CT 06519
203-737-2036

James O'Brien    Gastroenterology
363 main st    Manchester, CT 06040    860-649-3477

— Erika Capelluti    Pulmonary
533 Cottage Grove RD #3    Bloomfield CT 06002    860-243-8131

— Kristin Giannini    PCP    T: Hartford Hospital
520 Hartford Turnpike, Vernon, CT 06066    + St. Francis Hosp

— Lauren (Gouin) Young    ND    Yale Hospital
135 Center St. Manchester CT    860-533-0179    Surgery 6/27/13

— Saqib Naseer    Cardiologist    Hammer's Radiology
257 E. Center St #301    2 Church St State
Manchester, CT 06040    860-643-5101    New Haven, CT 065
203-773-895

— Cynthia Grasso    chiropractor    Dr Lori Fritts Surgeon
615 Westfield St    3 northwestern Dr #3
West Springfield, MA 01089    413 736 1680    Bloomfield, CT 06002
860-726-1414

Dr Jessica+ Tagliarini    chiropracto
John  836 Farmington ave West Hartford CT 06119
860-236-222

Dr Maddalo    chiropractor    Various radiology
S  14 McGrath Hwy 02143    clinics
Somerville, MA    617-666-2447

Orthopedic @ Lahey    unknown name
wrist injury - laceration of tendon

Dr Basu (Gaurab)  PCP
1493 Cambridge St  _____ MA    617-665-1021

Liberty004869

**Winona W. Zimberlin**
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

Telephone (860) 249-5291
Facsimile (860) 247-4194

September 1, 2015

By email

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

RE:    Haley Spears

I am in receipt of your letter of September 1, 2015. In it you state that "Ms. Spears has failed to submit any documentation in support of her claim for disability benefits for the past four years." As you know, Ms. Spears has not submitted such documentation because we have been in Federal Court litigation after Liberty improperly disclaimed coverage. After it denied coverage, Liberty made it quite clear that its focus was on its belief that Ms. Spears did not meet the elimination period and therefore was not entitled to LTD benefits. After several years of litigation, the court has now determined that Liberty's denial of benefits was improper. Clearly, Liberty has not been waiting for four years for these forms, as your letter implies. Liberty has only recently requested another authorization and more forms, and has given Ms. Spears an arbitrary deadline in which to provide those documents.

That being said, we will need an extension of time past the September 15, 2015 date in which to provide these forms. You may provide a copy of this letter to the Liberty "remand decisionmaker."

Thank you.

Very truly yours,

Winona W. Zimberlin

WWZ:dz

Liberty004870

Representing Management Exclusively in Workplace Law and Related Litigation



| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

September 1, 2015

**<u>VIA ELECTRONIC AND FIRST CLASS MAIL</u>**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT  06114-1024

> *Re:* *Haley Spears v. Liberty Life Assurance Company of*
> *Boston et al.*
> <u>*Docket No. 3:11-cv-01807*</u>

Dear Attorney Zimberlin:

We are writing in response to your correspondence dated August 26, 2015, requesting an explanation as to why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. As has been Liberty's practice in the past and as ordered by the Court in this case, Liberty must complete a full and fair review of Ms. Spears' disability claim on remand. That requires Ms. Spears' cooperation in providing all information that might be relevant to that analysis.

Liberty last corresponded with Ms. Spears about her claim and appeal for disability benefits beyond February 8, 2009 by letter dated June 15, 2011. The last medical records Ms. Spears submitted were dated April 2011. Ms. Spears now claims that she was Disabled through July 2014 and Partially Disabled from August 2014 through April 2015. Nevertheless, Ms. Spears has failed to submit any documentation in support of her claim for disability benefits for the past four years. For Liberty to complete a full and fair review of Ms. Spears' disability claim on remand, Ms. Spears must complete each of the following forms with information relevant through the end of her claimed period of disability:

- Activities Questionnaire –Ms. Spears must complete this form to reflect her activities between the time she last submitted an Activities Questionnaire and the end of her claimed period of disability.
- Claimant Information Form – Ms. Spears must complete this form to reflect any medical providers and pharmacy information not previously provided to Liberty, including but not limited to the medical providers she saw and pharmacy she used between April 2011 and April 2015.
- Family Information Questionnaire – Ms. Spears must complete this form to the extent that it has changed since she last submitted this form to Liberty.
- Claimant Supplementary Statement – This form requests information that is directly relevant to the question of whether and when Ms. Spears became able to perform the Material and

Liberty004871

Winona W. Zimberlin, Esq.
September 1, 2015
Page 2



Substantial Duties of her Own Occupation or Any Occupation during the claimed period of disability, whether she has received any Other Income Benefits or Other Income Earnings as defined by the Policy, and whether the Policy's Subrogation and Reimbursement provision applies.

- Medical Records Release - Ms. Spears must complete this form, so that Liberty can obtain any additional medical information not previously provided to Liberty.

Failure to provide the relevant and necessary information requested for the remand may result in a negative inference by the plan decision maker, a denial of benefits for failure to cooperate and provide relevant information, and/or other consideration by the plan decision maker in the determination on remand. We are copying a plan official with this communication.

Please ask Ms. Spears to complete these forms and return them to me, along with all additional evidence you wish to be considered by Liberty on remand, at the address shown above on or before September 15, 2015. If Ms. Spears declines to provide the requested information, Liberty will make its determinations based solely on the information contained in its claim file. If you need additional time to supply documents to Liberty, please let us know.

Please call me if you have any questions. Thank you.

Very truly yours,
JACKSON LEWIS P.C.

Sarah C. Baskin

cc: Robert M. Wood
Ashley B. Abel
Beverly W. Garofalo
Liberty Life Remand Decisionmaker

Liberty004872

# Winona W. Zimberlin
Attorney At Law
2 Congress Street
Hartford, CT 06114-1024

---

Telephone (860) 249-5291
Facsimile (860) 247-4194

August 26, 2015

Attorney Sarah C. Baskin
Jackson Lewis LLP
90 State House Square
Hartford, CT 06103

Dear Attorney Baskin:

> RE:   Haley Spears
>          DOB: REDACTED

You asked for the following information:

a. the dates of commencement and termination of each such employment
b. the job title held by Ms. Spears
c. whether the employment was full or part-time
d. Ms. Spears's rate of pay, including bonuses
e) all reasons for termination of each such employment

Response:

1) WinterWyman Contract Staffing, 880 Winter St. Waltham, MA. 02451.
Commence March 18, 2015
Recruiter
Full time. March 2015, $748. April 2015: $4,658. May 2015: $5,151.
$34.00 per hour
See attached wage information, employment agreement, and Job Order. No W-2 forms, as
employment started in 2015.

2) Kforce, Inc. 1001 East Palm Ave. Tampa, Fl. 33605
August 2014 to March 2015
Professional administrator
Full time
$17.50 per hour. Spears cannot locate her W-2, but see attached wage information. Reason for
termination: contract position.

Liberty004873

# REDACTED

Please advise as to the reason why Liberty is requesting new forms and a blank authorization which does not identify names of specific medical providers. Liberty has been given access to medical information multiple times.

Very truly yours,

Winona W. Zimberlin

WWZ:
Encl.

Liberty004874



Liberty004875

# Wage Verification Report

[illegible]force Inc.
[illegible]
[illegible]

[illegible]

## Employee Information

Haley Spears

[illegible] REDACTED

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Total | | | [illegible] | [illegible] | [illegible] | [illegible] |
| YTD Total | | | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

# WAGE INFORMATION
## RE: Haley Spears
### SSN: REDACTED

**WAGE INFORMATION 2014**

If the amount of wages for each month is the same, enter the monthly amount here $_____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|---|---|---|---|
| January | $ | July | $ |
| February | $ | August | $ 1028.13 |
| March | $ | September | $ 2935.43 |
| April | $ | October | $ 3489.55 |
| May | $ | November | $ 3699.38 |
| June | $ | December | $ 5156.56 |

**WAGE INFORMATION 2015**

If the amount of wages for each month is the same, enter the monthly amount here $_____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY, SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|---|---|---|---|
| January | $ 3687.5 | July | $ |
| February | $ 5598.75 | August | $ |
| March | $ 4900.0 | September | $ |
| April | $ | October | $ |
| May | $ | November | $ |
| June | $ | December | $ |

EMPLOYER: Z-Force

PHONE NUMBER: 203-783-5002

Signature: _____

Printed Name: Rita Bruno

Title: HR Administrator

Date: 5/8/15

Liberty004877



**EMPLOYMENT AGREEMENT**

This Agreement is made on **March 13, 2015** between **Haley Spears** hereinafter called "Employee", and WinterWyman HR Contract Solutions, Inc., hereinafter called "Company". Whereas, Company desires to hire Employee on a temporary basis for work to be performed at **Abcam Inc.** hereinafter called "Client", and whereas, Employee has been contracted by Company, the parties agree as follows: Employee will be paid **$34.00** per hour for each hour worked for the first 40 hours per week. Hours over 40 per week will be paid at a rate of **$51.00** per hour for each hour worked. Assignment begins on **March 18, 2015** and we anticipate that it will continue for approximately **four months.** Your first payday is expected to be **March 27, 2015.** Company employs Employee as an employee at will.

If an adjustment to hourly pay rate occurs, the Company will notify Employee, and the adjustment will become effective on the effective date stated in the notice, as to services rendered on and after the effective date. The effective date shall in all cases be on or after the notice date.

This Agreement is contingent upon Employee's ability to present documentation reflecting Employee's eligibility to work in the United States. Employee must present appropriate documentation as described in the document entitled "List of Acceptable Documents." Documentation must be available when Employee reports to work on the first day of employment.

An employment package containing information relevant to Employee's employment with Company, including payroll information, and Company policies and procedures, will be provided to Employee. Employee agrees to complete and return required documentation to Company in order for Company to properly process Employee's payroll as well as other documents required for Employee's personnel file. Employee acknowledges that as a temporary employee, he/she may not be eligible for certain benefits that may be offered to other employees of Company.

Employee warrants that information provided by him/her (including, but not limited to information contained on Employee's resume), on which Company relies in making referrals to Client, is true and accurate and Employee acknowledges and understands that any misstatements or lack of candor by Employee regarding his or her qualifications or availability for work may be grounds for immediate termination by Company of any assignment and constitutes a breach of this Agreement for which damages are recoverable.

Employee shall not provide services to (as either independent contractor or employee) or solicit any contract activity directly or indirectly with Client for a period of one (1) year following Employee's last day of work with Company, without the written consent of Company. Employee shall be bound by and shall comply with applicable rules, regulations, or policies established by Company.

Employee agrees to submit on a weekly basis, time cards accurately reflecting the hours Employee works each week and approved by their supervisor at Client. Failure to submit timecards on a timely basis may delay payment. Electronic signatures are acceptable if hours are submitted electronically through the WinterWyman time tracking software. Company will pay Employee on a bi-weekly basis based on the approved hours Employee reports on these forms. Should Employee be asked to prepare or submit a time card that does not accurately reflect the number of hours Employee actually worked during the period covered by the form, Employee agrees to notify their Staffing Manager and/or the head of human resources of Company promptly and in writing. The time cards of Company shall be conclusive as to the time worked by Employee.

As dependability is regarded as a primary requirement for successful employment, Employee is expected to be at work on time every day as scheduled. However, should Employee be absent or expect to be arriving late to work, for any reason both Company and the assignment supervisor are to be contacted. If Employee does not know the supervisor's phone number, Employee will make Company aware of this situation when notifying Company. Employee is also required to keep Company apprised of any performance related discussions or issues.

Information supplied by Company concerning hourly rates is confidential and should not be discussed with Client. Employee agrees to make every effort to complete the Client assignment. If, for any reasons out of the control of the Employee, the assignment cannot be completed, Employee will give not less than two (2) weeks prior written notice to Client and Company, in order that a replacement employee may be obtained and a continuity of effort be maintained to complete the assignment.

Any and all discoveries, inventions, improvements or works of authorship relating in any way to Employee's work for Client that Employee develops during the period when Employee is performing work for Client (whether developed alone or in conjunction with others, whether developed at Client's premises or elsewhere and whether developed within regular business hours or at other times) ("Developments") shall be Client's sole property. Employee hereby assigns and agrees to assign all such Developments and all rights

Liberty004878



**WinterWyman**
Contract Staffing

in and to such Developments solely to Client. Employee agrees to execute and deliver such additional documents as may reasonably be required to vest such rights in Client.

All information (pertaining to Company's or Client's inventions, designs, tools, equipment, unpublished written materials, plans, processes, costs, methods, systems, improvements, other confidential matters) which is obtained by Employee in the performance of his/her work and which is not publicly disclosed by Company or Client, shall be considered as confidential and proprietary to Company or to Client. In addition, confidential information may include specific information protected under the Federal Health Insurance Portability and Accountability Act (HIPAA) and will be kept confidential as required by HIPAA regulations, Company and Client. This paragraph shall be for the benefit of Company and/or Client and either/or both shall have all rights and remedies to enforce such provision.

Employee warrants and represents that (a) Employee has full right, title and authority to perform the obligations and grant the rights and licenses granted in this Agreement; and (b) Client shall receive free, good and clear title to any and all Developments. Employee shall be liable for and shall indemnify, defend and hold harmless Company and Client against any claim that any Developments misappropriate a trade secret or infringe a patent, copyright or other intellectual property right of any person.

Employee will be required to sign Company's Anti Harassment Policy as an employee of Company. In the event of any type of discrimination or harassment of Employee, any type of unsafe working conditions or environment, any intentional tort by Client's personnel or agents, or any threat of or actual violence to Employee while performing duties for Client, Employee shall immediately notify Company and shall follow any and all lawful procedures indicated by Client. Employee acknowledges that Company cannot control the working conditions or working environment of Client. However, if Employee informs Company of a situation described in this paragraph, Company will attempt to resolve the situation with Client. Moreover, if Employee informs Company that a previously reported situation has not been resolved to Employee's reasonable satisfaction, Company shall where appropriate, remove Employee from the assignment and make all reasonable efforts to reassign Employee to a different client as soon as reasonably possible.

Pursuant to Massachusetts General Law Chapter 149, Section 159C, attached as an Addendum A to this agreement is the Temporary Workers Right to Know Job Order form. By signing this agreement, you acknowledge receipt of the job order and confirm that the information provided is correct to your knowledge.

This Agreement shall be construed under the laws of the State of Massachusetts and any action brought as a result of the breach of this contract shall be brought only in a court sitting entirely within the State of Massachusetts and Employee hereby consents to the jurisdiction thereof. This Agreement contains the entire agreement between the parties with respect to the employment vested herein. There are no representations or agreements except as herein provided and all prior agreements, whether written or oral, are merged herein and superseded hereby.

This Agreement creates an "at will" employment relationship, terminable at any time by the Employee or Company without cause and subject only to the notice required of the Employee set forth herein.

NOTE: WinterWyman HR Contract Solutions, Inc. respects its Client's privacy and is concerned about protecting its Clients from unnecessary solicitation. Any information concerning Clients is considered proprietary and is not to be disclosed for any reason.

_____          _____
Haley Spears                          Date

_____          _____
Maria Passanisi                       Date
WinterWyman HR Contract Solutions, Inc.

Liberty004879

**WinterWyman**
Contract Staffing

WinterWyman
880 Winter Street, Ste. 200
Waltham, MA 02451
(781) 890-7000

## ADDENDUM A – JOB ORDER

| METHOD OF DELIVERY (E-ELECTRONIC) | DATE DELIVERED |
|---|---|
| Haley Spears | March 13, 2015 |

| NAME OF JOB APPLICANT/WORKER | JOB APPLICANT/WORKER HOME STREET ADDRESS (CITY, STATE, ZIP CODE) |
|---|---|
| Haley Spears | 74 Heath Street, Somerville, MA 02145 |

| JOB APPLICANT/WORKER PHONE # | JOB APPLICANT/WORKER E-MAIL ADDRESS | JOB ORDER NUMBER | DATE OF ASSIGNMENT |
|---|---|---|---|
| 860-930-0887 | spears1h@gmail.com | 29951 | March 18, 2015 |

| WORKSITE COMPANY NAME | WORKSITE COMPANY MAILING ADDRESS | IS WORKSITE ON STRIKE OR LOCKOUT? |
|---|---|---|
| Abcam Inc. | 1 Kendall Square, Suite 200, Cambridge, MA 02138-1500 | No |

| NAME OF CONTACT PERSON AT WORKSITE | CONTACT TELEPHONE # | CONTACT PERSON E-MAIL ADDRESS | WORKSITE ADDRESS |
|---|---|---|---|
| Sean Conneely | 617.577.4266 | sean.conneely@abcam.com | 1 Kendall Square, Suite 200, Cambridge, MA 02138-1500 |

| DESCRIPTION AND NATURE OF ASSIGNMENT | SPECIAL ATTIRE, ACCESSORIES, TOOLS, PROTECTIVE EQUIPMENT, TRAINING OR LICENSE REQUIRED |
|---|---|
| Recruiter | ☒ NONE REQUIRED ☐ YES SPECIFY: |

| SPECIAL TRAINING WILL BE PROVIDED FOR PARTICULAR JOB TASKS REQUIRED BY THE JOB, IF SO, PROVIDE DETAILS: | TRANSPORTATION TO WORKSITE IS OFFERED BY AGENCY OR WORKSITE EMPLOYER, IF SO, PROVIDE DETAILS: |
|---|---|
| ☒ NO ☐ YES SPECIFY: | ☒ NO ☐ YES SPECIFY: |

| START DATE OF THE WORK ASSIGNMENT OR ENGAGEMENT | EXPECTED DURATION OF THE WORK ASSIGNMENT OR ENGAGEMENT | START TIME | ANTICIPATED END TIME | ANTICIPATED OVERTIME | MEALS ARE PROVIDED BY THE AGENCY OR WORKSITE EMPLOYER, IF SO PROVIDE DETAILS: |
|---|---|---|---|---|---|
| March 18, 2015 | four months | 9am | 5pm | | ☒ NO ☐ YES SPECIFY: |

| FEES/CHARGES | DESCRIPTION | TOTAL FEE/CHARGE AMOUNT | PAID | RECEIPT PROVIDED |
|---|---|---|---|---|
| Special attire, accessories, tools, protective equipment safety equipment | n/a | None | | |
| Meals provided by agency or worksite employer | n/a | None | | |
| Transportation provided by agency or worksite employer | n/a | None | | |
| Other (Specify) | n/a | None | | |

*Massachusetts General Law Chapter 149, section 159C limits the fees/charges that may be charged by staffing agencies to job applicants/workers. Agencies should review the law in its entirety to determine the permissibility of such charges. Staffing agencies SHALL NOT deduct fees and charges from a worker's paycheck. In addition, Section 159C requires that a written contract be executed between a staffing agency and job applicant/worker for the payment of any fee for a good or service which clearly states in a language that the job applicant/worker understands that the purchase is voluntary and that the staffing agency will not gain a profit from any cost or fee charged. Attach applicable contract(s) to this job order.

| RATE OF COMPENSATION OR WAGES TO BE PAID | DESIGNATED PAY DAY | EMPLOYERS ARE REQUIRED BY MASSACHUSETTS GENERAL LAW (M.G.L. CHAPTER 152 § 25A) TO PROVIDE WORKERS' COMPENSATION INSURANCE. LIST THE WORKERS' COMPENSATION COVERAGE FOR THEIR EMPLOYEES (JOB APPLICANTS/WORKERS) INCLUDING NAME OF INSURER AND PHONE NUMBER BELOW: |
|---|---|---|
| $34.00 | Biweekly on Friday | Utica National Insurance 201 Edgewater Drive, Ste. 295, Wakefield, MA 01880 (800) 216-1420 |

Massachusetts General Law Chapter 149, section 159C requires that staffing agencies provide at a minimum, all of the information listed above. Nothing shall prevent a staffing agency from directing an employee to a job by telephone, but such telephone message shall comply with the disclosure requirements of this section and shall be confirmed in writing by the staffing agency and sent to the employee before the end of the first pay period. The Temporary Workers Right to Know Law is administered by the: DEPARTMENT OF LABOR STANDARDS, 19 STANIFORD STREET, 2ND FLOOR, BOSTON, MA 02114) (617) 626-6970.

Liberty004880

Notice box (upper left):
This is an important notice. Please have it translated.
Este é um aviso importante. Queira mandá-lo traduzir.
Esto es un aviso importante. Sírvase mandarlo traducir.
ĐÂY LÀ MỘT BẢN THÔNG CÁO QUAN TRỌNG
XIN VUI LÒNG CHO DỊCH LẠI THÔNG CÁO ẤY
Ceci est important. Veuillez faire traduire.
本通知很重要，请将之译成中文。

05/22/2015  16:21   8602474194        ATTY WINONA ZIMBERLIN        PAGE  02/03

# WAGE INFORMATION
## RE: Haley Spears
### SSN: REDACTED

WAGE INFORMATION ~~2014~~ 2015

If the amount of wages for each month is the same, enter the monthly amount here
$ _____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY,
SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|-------|--------|-------|--------|
| January | $ | July | $ |
| February | $ | August | $ |
| March | $ 748 | September | $ |
| April | $ 4,658 | October | $ |
| May | $ 5,151 | November | $ |
| June | $ | December | $ |

WAGE INFORMATION 2015

If the amount of wages for each month is the same, enter the monthly amount here
$ _____ PLEASE DO NOT INCLUDE EARNINGS FROM VACATION PAY,
SICK LEAVE, OR HOLIDAY PAY.

| MONTH | AMOUNT | MONTH | AMOUNT |
|-------|--------|-------|--------|
| January | $ | July | $ |
| February | $ | August | $ |
| March | $ | September | $ |
| April | $ | October | $ |
| May | $ | November | $ |
| June | $ | December | $ |

EMPLOYER: _Winter Wyman_

PHONE NUMBER: _(781) 530-3344_

Signature: _Cathy Renda_

Printed Name: _Cathy Renda_

Title: _Dir, HR_

Date: _5/22/15_

Liberty004881



Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

July 30, 2015

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT 06114-1024

> Re: *Haley Spears v. Liberty Life Assurance Company of Boston et al.*
> *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

We enclose a copy of the Activities Questionnaire, Claimant Information Form, Family Information Questionnaire, Claimant Supplementary Statement and Medical Records Release referenced in our letter dated July 24, 2015. Please ask Ms. Spears to complete these forms and return them to me, along with all additional evidence you wish to be considered by Liberty on remand, at the address shown above on or before August 31, 2015. If you need additional time to supply documents to Liberty, please let us know.

Please call me if you have any questions. Thank you.

Very truly yours,
JACKSON LEWIS P.C.

Sarah C. Baskin

cc:   Robert M. Wood
      Ashley B. Abel
      Beverly W. Garofalo

 **Liberty Mutual**

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

*Page 1 of 3*

**Return to:**_____

EMPLOYEE/CLAIMANT NAME: _____

CLAIM NO.: _____          S.S. NO.: _____-___-_____

EMPLOYER/SPONSOR: _____          DATE OF BIRTH: _____

*TO BE COMPLETED BY THE CLAIMANT*
Please answer the following questions completely and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit_____          stand_____          walk_____

How many hours a day do you:
sit_____          stand_____          walk_____

Do you take a nap during the day?        Yes_____   No_____
If yes, for how long? _____   At what time of the day? _____
How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a cane_____   walker_____   crutches_____
wheelchair_____   other_____

How long are you able to sit in a car?        _____
How long are you able to drive a car?        _____

How do you maintain contact with people or activities that matter most to you?
_____

Do you have children?  Yes_____        No_____
If yes, what are their dates of birth? _____
Do you need help caring for your children? Yes_____        No_____

Are you responsible for taking care of an elderly parent or grandparent?
Yes_____   No_____   If yes, please explain _____

How many times a day do you leave the house during the week?_____   On the
weekends?_____

How often do you go shopping at the mall? _____

How often do you get outdoors?        _____

Are you left or right hand dominant?        Left_____   Right_____
Are you able to work in your garden?        Yes_____   No_____
Are you able to work on your house?         Yes_____   No_____
Are you able to wash your car?              Yes_____   No_____

DP 535D 01/02

Liberty004883



*page 2 of 3*

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Putting groceries away | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Washing floors | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Feeding yourself | | |
| Using the bathroom yourself | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?   Yes _____   No _____
If yes, please explain: _____

How often do you travel or take vacation? _____
Where you do you go? How do you get there (transportation method)? _____

Are you able to pursue your hobbies?   Yes _____   No _____   If yes, please
describe _____

Do you participate in an exercise program?   Yes _____   No _____   If yes, please
describe _____

Do you do any Volunteer work?   Yes _____   No _____   If yes, how
many hours per day? _____, per week? _____
for whom? _____

Are you working for wages?   Yes _____   No _____
If yes, please provide employer's name _____

Have you experienced any memory/concentration problems?
Yes _____   No _____   Please provide an example _____



*page 3 of 3*

Describe in your own words, what prevents you from performing your <u>own occupation</u>.

_____

_____

_____

Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.

_____

_____

_____

Please describe your daily routine:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? _____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.   Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photostatic copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

## FAMILY INFORMATION QUESTIONNAIRE

 **Liberty Mutual**™

Liberty Life Assurance Company
of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

- What is your marital status?       Single _____       Married _____       Divorced _____

- If married, please indicate your spouse's name and date of birth.  Name: _____  DOB: _____

- Do you have children?      Yes _____       No _____

- If yes, please indicate their names and dates of birth below, using additional space as needed.

  Name: _____       DOB: _____

  Name: _____       DOB: _____

  Name: _____       DOB: _____

  Name: _____       DOB: _____

- Is your spouse and/or children receiving Social Security benefits?

  Yes: _____       No: _____

- If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Your Name: _____       SS #: _____       Date: _____

DP 537 D 12/01   Member of Liberty Mutual Group

Liberty004886

## CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.**

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _____
CLAIM NO.: _____     S.S. NO.: _____ - _____ - _____
EMPLOYER/SPONSOR: _____     DATE OF BIRTH: _____

| 1. Full Name (Last, First, Middle Int.) | | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|---|
| 4. Address | | City | State | Zip Code |
| 5. Marital Status | 6. Number of Children | 6a. Dates of Birth of Children | |

7. Have you returned to any type of employment?  If yes, please describe.

8. Do you own your own business, or are you affiliated with a Corporation, Partnership, or Sole Proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business?  Do you have a website?  If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date
you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician
who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the
Insurance Company providing this form or their representative, any and all information with respect to any illness, injury, medical
history, consultations, prescriptions, treatments or benefits, and copies of all applicable records.  A photostatic copy of this form
will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

DATE: _____     EMPLOYEE'S SIGNATURE: _____

DP-409 11/02

Liberty004887

# CLAIMANT INFORMATION FORM


**Liberty Mutual**™

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

EMPLOYEE/CLAIMANT NAME: _____

CLAIM NO.: _____   S.S. NO.: _____ - ___ - _____

EMPLOYER/SPONSOR: _____   DATE OF BIRTH: _____

## TO BE COMPLETED BY EMPLOYEE

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF CURRENT HEALTH CARE PROVIDERS:

**Primary**   Name: _____ Specialty _____
Address: _____

Telephone No.: ( ____ ) _____   Fax No.: ( ____ ) _____
Period of Treatment:   From: _____ Thru: _____

**Specialist**   Name: _____ Specialty _____
Address: _____

Telephone No.: ( ____ ) _____   Fax No.: ( ____ ) _____
Period of Treatment:   From: _____ Thru: _____

**Other**   Name: _____ Specialty _____
Address: _____

Telephone No.: ( ____ ) _____   Fax No.: ( ____ ) _____
Period of Treatment:   From: _____ Thru: _____

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: _____
Address: _____

Telephone No.: ( ____ ) _____   Fax No.: ( ____ ) _____
Contact: _____

### NAME OF PHARMACY:

**Current**   Name: _____
Address: _____

Telephone No.: ( ____ ) _____   Fax No.: ( ____ ) _____

**Prior**   Name: _____
Address: _____

Telephone No.: ( ____ ) _____   Fax No.: ( ____ ) _____

SIGNATURE: _____   DATE: _____

DP 421  Rev. 6/01

Liberty004888

Authorization to Obtain and Release Information



Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone No.: 1-888-440-6118
Fax No.: 1-203-294-4298

Return to: _____

---

EMPLOYEE/CLAIMANT NAME: _____

CLAIM NO.: _____     S.S. NO.: _____ - _____ - _____

EMPLOYER/SPONSOR: _____     DATE OF BIRTH: _____

---

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.   Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_____          _____
Print Name                                Social Security Number

_____          _____
Signature                                 Date

DP 432  07/01

Liberty004889

**Baskin, Sarah C. (Hartford)**

| | |
|---|---|
| **From:** | winona zimberlin <wzimberlin@lawyer.com> |
| **Sent:** | Wednesday, July 29, 2015 12:20 PM |
| **To:** | Baskin, Sarah C. (Hartford) |
| **Cc:** | Garofalo, Beverly W. (Hartford); Baskin, Sarah C. (Hartford); Wood, Robert M. (Greenville); Abel, Ashley B. (Greenville) |
| **Subject:** | Re: Spears v. Liberty |

Sarah, I have left you messages to discuss your letters.

Additionally, there were no questionnaires attached.

Winona Zimberlin

Law Office of Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291 phone
(860) 247-4194 fax

**Sent:** Friday, July 24, 2015 at 11:56 AM
**From:** "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>
**To:** "wzimberlin@lawyer.com" <wzimberlin@lawyer.com>
**Cc:** "Garofalo, Beverly W. (Hartford)" <GarofalB@jacksonlewis.com>, "Baskin, Sarah C. (Hartford)" <baskins@jacksonlewis.com>, "Wood, Robert M. (Greenville)" <WoodR@jacksonlewis.com>, "Abel, Ashley B. (Greenville)" <AbelA@jacksonlewis.com>
**Subject:** Spears v. Liberty

Good Morning,

Please see the attached correspondence and contact Sarah with any questions. Thank you.

Carol A. Curley
Legal Assistant to
Sarah C. Baskin,
David R. Golder and
David C. Salazar-Austin
jackson|lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103-3708

860.331.2576| Direct Dial
860.522.0404| Main
860.247.1330| Fax

curleyc@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are

Liberty004890

hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Liberty004891



Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| 8th Floor | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Hartford, Connecticut 06103 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 860 522-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 860 247-1330 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

E-MAIL: BASKINS@JACKSONLEWIS.COM

July 24, 2015

**VIA FIRST CLASS MAIL**
Winona W. Zimberlin, Esq.
2 Congress Street
Hartford, CT 06114-1024

> Re:   *Haley Spears v. Liberty Life Assurance Company of
> Boston et al.*
> *Docket No. 3:11-cv-01807*

Dear Attorney Zimberlin:

We have reviewed the district court's March 31, 2015, decision in the above-captioned matter and write on behalf of Liberty Life Assurance Company of Boston ("Liberty") to obtain information necessary to review Ms. Spears' claim for long-term disability benefits on remand. We assume you will be representing Ms. Spears during this court-ordered review and therefore direct this communication to you. If you are no longer representing Ms. Spears, please let us know.

Please provide all additional evidence you wish to be considered by Liberty on remand consistent with the Court's decision. Please also ask Ms. Spears to complete the attached Activities Questionnaire, Claimant Information Form, Family Information Questionnaire, Claimant Supplementary Statement and Medical Records Release and return them to me at the address shown above. Please provide the documents listed above on or before August 24, 2015. If you need additional time to supply documents to Liberty, please let us know.

Based on the wage information you provided on June 2, 2015, it appears that Ms. Spears returned to work in August 2014. Please include with the documents you provide for the remand information concerning Ms. Spears's employment at any employer, other than United Technologies Corporation or Pratt & Whitney, between February 9, 2009 and the present. Specifically, please state Ms. Spears' total gross earnings from any employment or employment-related activity, including self-employment, during the period from February 9, 2009 through the present, including the source(s) of such earnings and the date(s) when such earnings were received by Ms. Spears. Please also identify all employers with whom Ms. Spears has been employed during that time period and state the following:

a.   the dates of commencement and termination of each such employment;
b.   the job title(s) held by Ms. Spears;
c.   whether the employment was full or part-time;

Winona W. Zimberlin, Esq.
July 24, 2015
Page 2



**jackson|lewis**
Attorneys at Law

    d.    Ms. Spears's rate(s) of pay (include bonuses, if any); and

    e.    all reasons for the termination of each such employment, if applicable, including, but not limited to, whether the termination was voluntary or involuntary.

Please also send us copies of documents substantiating this information, including, but not limited to, her new hire documentation, terms and conditions of employment, paycheck data, and W-2 or 1099 forms.

        Although ERISA does not prescribe Liberty Life's deadline for review of the evidence in support of Plaintiff's claims, it will strive to follow the appeal review deadlines set forth in the Regulations. Once Liberty Life receives this evidence, it will strive to review Plaintiff's claim for benefits within a reasonable period of time, but not later than 45 days after receipt of that evidence. If Liberty determines that special circumstances exist and an extension is needed, it may take up to an additional 45 days to decide the appeal. However, before taking the extension, it will notify you in writing during the first 45-day period explaining the special circumstances, and the date by which it expects to make the decision.

        Please call me if you have any questions. Thank you.

        Very truly yours,
        JACKSON LEWIS P.C.

        Sarah C. Baskin

cc:    Robert M. Wood
       Ashley B. Abel
       Beverly W. Garofalo

Liberty004893