UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Haley Spears** | Civil No. 3:11-cv-01807 (VLB) |
|     Plaintiff | |
| v. | |
| Liberty Life Assurance Company of Boston;<br>United Technologies Corporation; The<br>Group Life Insurance and Disability Plan<br>Of United Technologies Corporation<br>aka The UTC Choice Integrated Disability Benefit<br>Program;<br>  Defendants | October 29, 2019 |

### PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

Plaintiff moves for attorney fees and costs pursuant to 29 U.S.C. §1132(g)(1), *Hardt v. Reliance Standard Life Ins. Co.*, 560 U.S. 242 (2010) and *Peterson v. Cont'l Cas. Co.*, 282 F.3d 112 (2d Cir. 2002). Plaintiff seeks fees because she secured two summary judgments in her favor on September 30, 2019 and on March 31, 2015. Fees are sought for the time spent on the federal court case and for the post remand administrative work. She seeks fees in the amount of $435,551.15 and costs in the amount of $2,410.19 for a total of $437,961.34.

A memorandum of law is attached as are exhibits:

A. **Declaration of Winona Zimberlin**

B. **Declaration of Russell Zimberlin**

C. **Affidavit of David S. Rintoul**

D. **Declaration of Rocquel Cigal**

1

E. **Time sheets for Russell Zimberlin**

F. **Time sheets for Winona Zimberlin**

G. **Time sheets for Rocquel Cigal**

H. **Costs**

**By:   /s/      Winona W. Zimberlin**
**Winona W. Zimberlin**
**Zimberlin Law  LLC**
**267 Main St.**
**Manchester, CT. 06042**
**Ct 05501**
**860. 783.5999**

2