**Haley Spears**

## DECLARATION

**I, Winona Zimberlin, am over the age of 18, believe in the obligation of the oath and have personal knowledge of the facts as herein stated.**

1. I represent plaintiff in the above entitled action.

2. My background includes the following: J.D., 1980, summa cum laude, Western New England School of Law; Law Clerk for Chief Justice Joseph Bogdanski, Connecticut Supreme Court, 1980-81; admitted to the Connecticut bar, 1980; admitted to the United States District Court for the District of Connecticut, 1980; admitted to the Second Circuit, 1983; admitted to United States Court of Appeals for Veterans Claims 2002, accredited veterans' attorney, admitted to Federal Circuit, past hearing officer Department of Education; Department of Mental Retardation; Bureau of Rehabilitation Services; past attorney at Howd & Ludorf, Connecticut Judicial Department Magistrate; Past President and co-founder Connecticut Magistrates Association; Past Chair and founder of Connecticut Bar Association Education Law Committee; presenter on disability and education law topics; Special Master for the United States District Court, District of Connecticut; past co-chair of Education Law Committee of Hartford County Bar Association, member Special Education Attorneys Network; presenter on education law topics at the Connecticut Bar Association and SEAN; member of Executive Committee, and past Chair of Administrative Law Section of Connecticut Bar Association; Ex. A.

member and presenter National Organization of Social Security Claimants Representatives, member of Connecticut Bar Association Disability Committee; member and presenter National Organization of Veteran Advocates; past adjunct professor at Western New England School of Law; past vice –chair of Glastonbury Economic Development Commission.

4. I have 38 years of civil litigation experience in state and federal court, including appellate experience in the Second Circuit, Connecticut Supreme and Appellate Court, and Court of Appeals for Veterans Claims. I have represented disabled individuals in administrative claims though out the country.

5. I have practiced in the area of ERISA litigation since about 1994. I engaged in ERISA litigation in the mid- 1990s, and have represented numerous claimants in administrative appeals since the mid- 1990s. I represent individuals in filing claims and appeals for long term disability benefits, both at the administrative level and in court. The prevailing rate for attorneys with experience and expertise comparable to the undersigned is $400.00 per hour.

6. The expenses and fees claimed are reasonable. It is the prevailing practice in the legal community to bill fee-paying clients separately for the expenses claimed.

Signed under the penalty of perjury. Executed this 26 day of October 2019.

                                                          __/s/ Winona Zimberlin____
                                                          Winona Zimberlin

Ex. A.

Ex. A.