**Haley Spears**

## DECLARATION

I, Russell Zimberlin, am over the age of 18, believe in the obligation of the oath and have personal knowledge of the facts as herein stated.

1. I represent plaintiff in the above entitled action.
2. The prevailing rate for attorneys with experience and expertise comparable to the undersigned is $250.00 per hour. The prevailing rate for law clerks prior to admission to the bar was $115.00 per hour.
3. My background includes the following: I am a 2015 graduate of New England Law | Boston. I was on Dean's list every semester of law school. I was admitted to the bar, Connecticut Superior Court, in December 2015; was admitted to the U.S District Court for the District of Connecticut in July 2016; was admitted to United States Court of Appeals for Veterans Claims in May 2016, I am an accredited veterans' attorney, accredited social security attorney, was Co-Chair of the YLS Solo & Small Firm Practice Committee of the Connecticut Bar Association, and presenter of Social Security Law; member of the Oliver Ellsworth Inn of the Court, Executive Board Member, Veterans' and Military Affairs Section of the Connecticut Bar Association, Secretary

   and presenter at the Tolland County Bar Association, member of Hartford County Bar Association.

4. I was a law clerk in the office of Winona Zimberlin from 2013 to 2015 and am now an attorney at Zimberlin Law LLC.

5. My practice includes civil litigation in state and federal court and state and federal administrative agencies.

Signed under the penalty of perjury. Executed this 27 day of October 2019.

/s/ Russell Zimberlin
_____
Russell Zimberlin