## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

Haley Spears                                      Civil No. 3:11-cv-01807 (KAD)

    Plaintiff

v.

Liberty Life Assurance Company of Boston;    November  12 2018
United Technologies Corporation; The
Group Life Insurance and Disability Plan
Of United Technologies Corporation
aka The UTC Choice Integrated Disability Benefit
Program;

    Defendants

### AFFIDAVIT OF DAVID S. RINTOUL

    David S. Rintoul, being duly sworn, states:

1. The factual matters recited herein are true to my personal knowledge and/or to the best of my information and belief, and I am competent and ready to present testimony in open court in support of this Affidavit;

3.    I have been admitted to practice law since 1986, and have been admitted to practice in Connecticut since 1990.

4.    I have practiced in the area of ERISA litigation since 1991, beginning with the law firm of Rintoul & Rintoul, of which I was a principal.  The firm was approved as class counsel in a nationwide ERISA retiree health benefits case.  Devine v. Combustion

*Ex. C*

the prevailing market rate, for services by attorneys with reasonably comparable skill, experience and reputation.

      Further, affiant says not.

David S. Rintoul

Subscribed and sworn to before me
__12th  day  of November 2018.

Commissioner of the Superior Court