UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Haley Spears** | **Civil No. 3:11-cv-01807 (VLB)** |
|     **Plaintiff** | |
| **v.** | |
| **Liberty Life Assurance Company of Boston;** | **October 29, 2019** |
| **United Technologies Corporation; The** | |
| **Group Life Insurance and Disability Plan** | |
| **Of United Technologies Corporation** | |
| **aka The UTC Choice Integrated Disability Benefit** | |
| **Program;** | |
|     **Defendants** | |

**DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS FEES**

I, Rocquel Cigal , am over the age of 18, believe in the obligation of the oath, and have personal knowledge of the facts as stated herein.

1.	I am a paralegal in the office of  Zimberlin Law LLC

2.	The prevailing rate for paralegals with experience and expertise comparable to the undersigned is $115.00 per hour.

3.	My background includes the following:  Paralegal at Lebamoff Law Offices, Fort Wayne, Indiana for 14 years and paralegal at the Law Office of Winona W. Zimberlin for approximately 15 years. I have  29 years experience as a paralegal.

I declare under penalty of perjury that the foregoing is true and correct.

                                                       **/s/ Rocquel Cigal _____**
                                                       **Rocquel Cigal**

Ex. D.