| Matter | | Case # | |
|---|---|---|---|
| RDZ | | | Law Clerk |

| Date | | Subject | Hours |
|---|---|---|---|
| 04/25/2014 | Review | Review/Edit/Shepardize memo for Summary Judgment | 2.25 |
| 05/27/2014 | Review | Edit - Memo Opposed to Def's Motion for Sum Judgment | 1.25 |
| 05/28/2014 | Review | Edit - Motion Opposed to Def's Motion for Sum J | 1.25 |
| 06/02/2014 | Other | Deliver Brief to Fed Ct (Redact .5) | 0.00 |
| 06/03/2014 | Research | Review/Research definition of "all" in LTD policies | 4.25 |
| 06/04/2014 | Research | Research - research "all" outside 2nd Circuit | 2.25 |
| 06/04/2014 | Research | Summary of notes on research for "all" | 2.00 |
| 06/05/2014 | Review | Review / RDZ Reply Brief, edit | 1.50 |
| 06/06/2014 | Draft brief | re: capricous decision and burden of proof / reply | 1.00 |
| 06/06/2014 | Draft brief | re: inconsistencies in favor of insured | 1.00 |
| 06/06/2014 | Draft brief | re: sliding scale, amount of deference given | 1.50 |
| 06/06/2014 | Draft brief | re: unable to complete any substantial material duty of own occupation | 1.25 |
| 06/09/2014 | Research | Can penalties be assessed against a non plan admin? | 1.25 |
| 06/09/2014 | Research | Research court decision in response to def's 2012 reply | 0.50 |
| 06/09/2014 | Research | Research def's 2012 reply | 0.75 |
| 06/09/2014 | Research | Research plan admin- penalty issue | 2.50 |
| 06/10/2014 | Research | Research case law on penalties | 2.70 |
| 06/10/2014 | Research | Research on penalty issue, who is admin? de facto admin? | 2.25 |
| 06/11/2014 | Draft brief | re: Penalty Issue / Plan Administrator | 1.20 |
| 06/11/2014 | Draft | re: penalty response in the reply brief | 1.80 |
| 06/12/2014 | Research | Review Curran v. Aetna | 0.10 |
| 06/13/2014 | Draft brief | Edit reply brief, all issues | 1.10 |
| 06/23/2014 | Research | Ticket to Work Information - effect on pending case | 0.50 |
| 07/14/2014 | Research | resp to Def Memo of law in opp to p's motion to submit evid outside record | 0.40 |

Ex E

**RDZ**

| Date | | Subject | Hours |
|---|---|---|---|
| 07/15/2014 | Review | De novo standard of review | 1.20 |
| 07/15/2014 | Research | Research / Admit evidence outside admin record | 1.75 |
| 07/15/2014 | Research | no internal guidelines/whether to add to administrative record - capricious | 1.50 |
| 07/15/2014 | Research | re: whether a party is bound by admission? | 0.25 |
| 07/23/2014 | Research | 29 C.F.R. § 2560.503–1- research | 0.75 |
| 07/23/2014 | Research | Factors supporting argument re: arbitrary decision | 1.25 |
| 07/23/2014 | Research | Research - ambiguities (contra proferentem/resolved against the draftsman) | 1.00 |
| 07/23/2014 | Research | Research- Seitz 8th Circuit, meaning of "all" in own occupation standard | 1.25 |
| 07/23/2014 | Research | Unpublished cases - Walker v. Unum | 0.90 |
| 08/18/2015 | Research | Spears Interest Calculation | 1.50 |
| 08/24/2015 | Review | Review timesheet - Attorney Fees | 1.50 |
| 08/25/2015 | Review | Ledger with non billable time redacted | 0.50 |
| 08/25/2015 | Review | Review time sheets; redact entries | 2.40 |
| 08/25/2015 | Other | Text Message with client re: Forms | 0.20 |
| 11/11/2015 | Review | Medical Records of Dr. Giannini (4-27-10 to 9-9-15) | 0.10 |
| | | | 50.60 |

**ROCQUEL**

Attorney Time

# Ledger With Totals with Amounts by Attorney

| Matter | | Case # | |
|---|---|---|---|
| RDZ | | | |

| Date | | Subject | Hours |
|---|---|---|---|
| 12/16/2015 | Review | Medical Records Received -- Tagliarini Chirporactic | 0.10 |
| 12/16/2015 | Review | Tagliarini Medical Records | 0.10 |
| 12/16/2015 | Telephone Call; note to file | Telephone call with Terry from Tagliarini's office | 0.10 |
| 12/31/2015 | Telephone Call; note to file | Telephone call with Nancy Winterer re: Date of Haley's Appt? | 0.10 |
| 02/24/2016 | Review | Research re Penalties for violations of CFR § 2560.503-1 | 2.80 |
| 02/24/2016 | Research | Research re: Spears penalty history | 1.25 |
| 03/29/2016 | Research | Draft/Research re: Apply regs after a remand | 0.30 |
| 03/29/2016 | Research | Draft/Research re: Liberty failure to comply with regs | 0.50 |
| 03/29/2016 | Research | Draft/Research re: Liberty lack of notice | 0.50 |
| 03/29/2016 | Review | RDZ - Reply to objection from Liberty | 0.30 |
| 03/30/2016 | Review | Draft /research re: failure to substantially comply | 0.60 |
| 03/30/2016 | Review | Draft/Research re: deemed exhausted after failure to comply with regs | 0.20 |
| 03/30/2016 | Review | Draft/research re: failure to comply results in de novo review | 0.75 |
| 03/30/2016 | Review | Research re: opposing party case law Pava | 1.00 |
| 03/31/2016 | Research | Research re: Penalties against a non-plan administrator | 1.30 |
| 03/31/2016 | Review | Research re: changing standard of review to de novo | 1.00 |
| 03/31/2016 | Review | Research/Draft re: Gilbertson, 328 F. 3d at 631 (10th Cir. 2003)/case law | 1.25 |
| 03/31/2016 | Research | Research/Draft re: Plaintiff Is Entitled To Civil Penalties | 0.75 |
| 03/31/2016 | Research | Research/shepardize def's memo in opposition | 2.25 |
| 04/07/2016 | Telephone call w client; note | Telephone call with client re status of case | 0.10 |
| 04/13/2016 | Review | Conference with attorney WWZ re: impact of new Halo decision; redact all .3 | 0.00 |
| 04/18/2016 | Telephone Call; note to file | Telephone call with Nancy Winterer, voice mail, re thumb drive | 0.05 |
| | | | 0.25 |

| Date | | Subject | Hours |
|---|---|---|---|
| 07/19/2016 | Review | Damage Analysis with SS Set off | |
| 07/19/2016 | Review | Damage Analysis without SS set-off | 0.50 |
| 07/19/2016 | Review | Excel Sheet for damage analysis | 0.50 |
| 07/19/2016 | Review | Excel Sheet with SS month by month | 0.50 |
| 09/15/2016 | E mail to | Ms. Spears re: mediation, settlement conference | 0.20 |
| 09/19/2016 | E mail from | Ms. Spears re: prior court ruling | 0.20 |
| 10/17/2016 | Telephone call w client; note | Telephone call with client re: questions about settlement | 0.10 |
| 11/03/2016 | Research | Calculate Interest Compounded Continuously at 10% | 0.40 |
| 11/04/2016 | Review | Damage Analysis without SS set-off through Nov. 2016 | 0.50 |
| 11/22/2016 | Attend Hearing | Attend Conference (6 hours), travel to and from court (.5) | 6.50 |
| 01/10/2017 | Review | Review Memo re: Amended Complaint; redact 50% | 0.25 |
| 01/10/2017 | Review | Review Memo re: Opposition to Amend / Partial Dismiss; redact 50% | 0.30 |
| 01/10/2017 | Review | Review Memo re: Opposition to dismiss / Differences in Complaints; redact 50% | 0.35 |
| 01/10/2017 | Review | Review Memo re: Original Complaint; redact 50% | 0.20 |
| 01/13/2017 | Draft brief | Draft brief re: review changes in amended complaint vs. initial complaint | 0.75 |
| 02/13/2017 | Review | Review re: Memo in Opposition to P. M. to file Amended Complaint | 0.75 |
| 03/20/2017 | E mail to | E mail from Baskin / WWZ re: Change Procedures | 0.30 |
| 03/20/2017 | Telephone Call; note to file | Telephone call with Baskin re: amend complaint / dismiss | 0.10 |
| 03/21/2017 | Review | CMECF: re: D M for Denial of Motion and Reschedule | 0.10 |
| 03/21/2017 | Review | Extension of M to dismiss 3/27/17 | 0.20 |
| 03/22/2017 | Review | CMECF Notice ORDER granting/deny in part 53, 46, 49, 43 | 0.10 |
| 03/22/2017 | Review | CMECF Notice: ORDER denying as moot [54] Motion for Extension of Time to File | 0.10 |
| 03/22/2017 | Review | CMECF re: ORDER as moot and without prejudice to refiling | 0.10 |
| 03/22/2017 | Review | CMECF re: ORDER denying as moot and without prejudice to refiling | 0.10 |

## RDZ

| Date | | Subject | Hours |
| --- | --- | --- | --- |
| 03/22/2017 | Review | CMECF re: ORDER denying as moot and without prejudice to refiling [24] Motion | 0.10 |
| 03/22/2017 | Review | CMECF re: ORDER granting [43] Motion to Amend/Correct | 0.10 |
| 03/22/2017 | E mail from | CMECF re: Scheduling Order | 0.20 |
| 03/22/2017 | Email | Email from WWZ re Immediate Action; await next Motion to Dismiss | 0.10 |
| 03/22/2017 | Draft brief | Memorandum in opposition to Defendants' Motion For Denial of pending - Draft | 0.10 |
| 03/23/2017 | Email | Email to/from RDZ- WWZ re: Trial | 0.10 |
| 03/23/2017 | Telephone Call; note to file | Telephone call with Clerk re: Jury trial | 0.10 |
| 03/24/2017 | Research | Research: Discovery of Reserves | 1.30 |
| 03/27/2017 | E mail from | Email from WWZ re: FRCP 34 | 0.10 |
| 03/27/2017 | E mail to | Email to WWZ re: 2nd Amended Complaint / FRCP 34 / Informal Telephone conf | 0.20 |
| 03/28/2017 | E mail to | E mail to WWZ: 2nd Amended complaint | 0.20 |
| 03/28/2017 | E mail to | Email to / Research FRCP 34(b)(c) - Docs withheld | 0.40 |
| 03/29/2017 | E mail to | E mail from/To WWZ / review: 2nd Amended Complaint | 0.30 |
| 03/29/2017 | E mail to | Email to/from WWZ re: Court Orders / Complaint | 0.10 |
| 03/30/2017 | Email | Email re: Appeal Decision request decision? | 0.10 |
| 06/07/2017 | Review | Conference with WWZ re: issues in defendants' Motion to Dismiss: redact all .2 | 0.00 |
| 06/07/2017 | Review | Review Spears re: Motion Opp To Dismiss | 1.30 |
| 08/30/2017 | Other | File Appearance - RDZ | 0.10 |
| 10/25/2017 | Draft brief | Review Motion in opp of Motion to Dismiss | 1.00 |
| 10/26/2017 | Review | Review Def Motion to dismiss Fid claim and UTC as admin | 1.10 |
| 11/08/2018 | Research | Review 56a page 1-16 | 0.40 |
| 11/09/2018 | Research | Research - Dwinnell / Johnson / Schuman decisions | 0.75 |
| 11/09/2018 | Draft brief | Research/Draft brief re: Chambliss Factor 1-4 | 1.10 |
| 11/09/2018 | Draft brief | Research/Draft brief re: Facts | 0.50 |

| Matter | | | Case # | |
|---|---|---|---|---|
| RDZ | | | | |

| Date | | Subject | Hours |
|---|---|---|---|
| 11/09/2018 | Draft brief | Research/Draft brief re: Haert/Millea - Intro | 0.50 |
| 11/09/2018 | Draft brief | Research/Draft brief re: Some degree of success on the merits | 0.30 |
| 11/09/2018 | Research | Research/Draft brief re: Spears I | 0.40 |
| 11/09/2018 | Review | Review 56a1 R. 16-20 | 0.40 |
| 11/12/2018 | Draft brief | Draft brief Attorney fees Chamblis / USFL v. NFL factors | 1.50 |
| 11/12/2018 | Draft brief | Review M for SJ and Spacing / Proc Hist | 0.50 |
| 11/14/2018 | Draft brief | Draft/Review Motion for SJ Backgroud I - Part II.c.i | 1.90 |
| 11/15/2018 | Draft brief | Draft brief / Cites / Proof pg 1-10 | 0.50 |
| 11/15/2018 | Draft brief | Draft brief / Cites / Proof pg 11-41 | 1.15 |
| 11/15/2018 | Draft brief | Draft brief / Cites / Proof pg 42-59 | 1.60 |
| 11/16/2018 | Draft brief | Damage analysis | 0.50 |
| 11/16/2018 | Draft | Excel Spreadsheet of Damage | 0.30 |
| 11/20/2018 | Draft | Email sent re: Spears v. Liberty | 0.20 |
| 12/03/2018 | Email | ORDER granting [154] Joint Motion for Extension of Time. Signed by Judge Kari A. | 0.10 |
| 12/05/2018 | Email | Received: Spears discrepencies in the record | 0.20 |
| 12/06/2018 | Email | Email from WWZ to SB re: discrepencies in the record, missing doc | 0.20 |
| 12/18/2018 | | Email from WWZ to SB re: no 12/14/16 letter | 0.10 |
| 12/18/2018 | Review | Review P Opp Memo P. 1-8 | 0.30 |
| 12/18/2018 | Review | Review P Opp Memo P. 8-25 | 1.00 |
| 12/20/2018 | Research | Review P Motion for Atty Fees and Costs / Research USFL v. NFL; redact 50% | 1.10 |
| 12/21/2018 | Review | Review Timecards RDZ | 0.75 |
| 12/21/2018 | Review | Review Timecards ROC | 1.00 |
| 12/21/2018 | Review | Review Timecards WWZ; redact 50% | 0.55 |
| 01/03/2019 | Draft brief | Atty Fee Brief | 0.10 |

Matter | Case #

**RDZ**

| Date | | Subject | Hours |
|---|---|---|---|
| 01/03/2019 | Email | CMECF Notice: ORDER granting [158] Motion for Leave to File Local Rule 56(A)(2) | 0.10 |
| 01/03/2019 | Review | Time sheets review / amend | 0.50 |
| 01/17/2019 | Research | Research Benjamin v. Oxford and Tedesco v. IBEW | 0.50 |
| 02/06/2019 | Draft brief | Research re: What is the Administrative record / Timely objections | 0.50 |
| 09/23/2019 | Attend Hearing | Attend Oral Arg; redact partial time | 3.20 |
| 10/16/2019 | Research | Review motion for attorney fees / research decisions hernandez v. berlin | 0.50 |
| | | | 58.85 |

**ROCQUEL**