| Matter | | | Case # | |
|---|---|---|---|---|

PARALEGAL TIME

| Date | | Subject | Hours |
|---|---|---|---|
| 10/21/2011 | Telephone call w client; note | LM for Haley to call us / need financial affidavit | 0.01 |
| 01/13/2012 | Letter from | Received letter from Defendant re: potential Motion to Dismiss | 0.10 |
| 02/14/2012 | Telephone Call; note to file | Telephone Call with Atty Sarah Baskin re: motion for ext of time | 0.10 |
| 08/30/2012 | Telephone Call; note to file | Telephone Call from Allison Jenkins (left on voice mail) from Atty Baskins' off. | 0.10 |
| 01/16/2013 | Telephone call w client; note | Telephone Call with client / she is declining the offer | 0.10 |
| 02/06/2013 | Draft | Medical request (LTD) (Dr. James O'Brien/ Digestive Health) | 0.25 |
| 03/04/2013 | Draft | Mailed copy of Manual Filing Notice and Exhibit A to Atty Baskin (.2) | 0.00 |
| 03/04/2013 | Draft | Mailed copy of documents that were filed to Judge Bryant (.2) | 0.00 |
| 03/22/2013 | Draft | Mailed copy of documents filed to Judge Bryant (.2) | 0.00 |
| 04/05/2013 | Draft | Mailed copy of documents filed to Judge Bryant (.2) | 0.00 |
| 04/26/2013 | Draft | Mailed copy of documents to Judge Bryant (.2) | 0.00 |
| 05/07/2014 | Telephone Call; note to file | Telephone Call with Clerk / re: our filing | 0.15 |
| 05/08/2014 | Draft | Draft Cover Page / Sealed Envelope (Court) | 0.15 |
| 05/19/2014 | Draft | Request medical request (Dr. James O'Brien / Digestive Health) | 0.25 |
| 06/02/2014 | Draft | Prepared copy of pleadings filed to have hand delivered to Judge Bryant | 0.10 |
| 07/25/2014 | Draft | Mailed Judge Bryant courtesy copy of Memorandum (.15) | 0.00 |
| 11/11/2014 | Telephone call w client; note | Telephone Call with Haley re: earnings | 0.15 |
| 11/11/2014 | Telephone call w client; note | Telephone Call with client / filling out required paperwork from SS | 0.15 |
| 11/12/2014 | Telephone call w client; note | Telephone Call with Haley - go over answers | 0.15 |
| 09/03/2015 | Letter from | Received Mail/copy of 9/1/15 letter from Baskin (duplicate) | 0.10 |
| 09/04/2015 | Letter to | Medical request - Barbara Kage, M.D. | 0.25 |
| 09/04/2015 | Letter to | Medical request - Bernard Raxlen, M.D. | 0.25 |
| 09/04/2015 | Letter to | Medical request - Dario Zagar, M.D., Associated Neurologists of Southern Connect | 0.25 |
| 09/04/2015 | Letter from | Medical request - Dr. Cynthia Grosso | 0.25 |

G

| Matter | | Case # | |
|---|---|---|---|
| ROCQUEL | | | |

| Date | Subject | | Hours |
|---|---|---|---|
| 09/04/2015 | Letter to | Medical request - Dr. David S. Silvers, Hartford Neurology | 0.25 |
| 09/04/2015 | Letter to | Medical request - Dr. Lauren Gouin, Connecticut Natural Health Specialist | 0.25 |
| 09/04/2015 | Letter to | Medical request - Hartford Medical Group | 0.25 |
| 09/04/2015 | Letter to | Medical request - James W. O'Brien, M.D., Digestive Health Specialists | 0.25 |
| 09/04/2015 | Letter to | Medical request - Joachim Baehring, M.D. | 0.25 |
| 09/04/2015 | Letter to | Medical request - Kristin A. Giannini, M.D., Rockville Family Physicians | 0.25 |
| 09/04/2015 | Letter to | Medical request - New England Cardiology Associates | 0.25 |
| 09/04/2015 | Letter to | Medical request - Richard M. Shoup, M.D. | 0.25 |
| 09/04/2015 | Draft | Medical request - Zane K. Saul, M.D. | 0.25 |
| 09/08/2015 | Review | Medical Records Received -- Dr. David S. Silvers, Hartford Neurology | 0.10 |
| 09/08/2015 | Review | Medical Records Received -- James W. O'Brien, M.D., Digestive Health Specialists | 0.10 |
| 09/08/2015 | Telephone Call; note to file | Telephone Call with Denise / Dr. Grasso Chiro | 0.10 |
| 09/08/2015 | Telephone Call; note to file | Telephone Call with Denise at Grasso Chiro re: records / we cannot pay | 0.10 |
| 09/08/2015 | Review | received Mail/Fax from Dr. Silvers - no current records | 0.10 |
| 09/10/2015 | Review | Medical Records Received -- New England Cardiology Associates | 0.10 |
| 09/15/2015 | Telephone Call; note to file | Telephone Call with Valerie / we cannot pay for the records | 0.10 |
| 09/21/2015 | Review | Med. Records Received -- Dario Zagar, M.D., Associated Neurologists of Southern | 0.10 |
| 10/09/2015 | Review | Medical Records Received -- Joachim Baehring, M.D. | 0.10 |
| 10/19/2015 | Telephone Call; note to file | Dr. Saul's office for records we requested / answering service | 0.10 |
| 10/20/2015 | Letter from | Medical Records Received -- Kristin A. Giannini, M.D., Rockville Family Physicia | 0.10 |
| 10/20/2015 | Telephone Call; note to file | Telephone Call with Dr. Saul's office re: records after 4-8-11 | 0.10 |
| 10/20/2015 | Telephone Call; note to file | Tried to call Dr. Saul's office again / answering service. Must call back | 0.05 |
| 10/22/2015 | Letter from | Received Mail/UPS - Letter from Liberty Mutual, Nancy Winterer | 0.20 |
| 10/26/2015 | Review | Medical Records Received -- Hartford Medical Group | 0.10 |

Matter  Case #

ROCQUEL

| Date | | Subject | Hours |
|---|---|---|---|
| 11/04/2015 | Review | Medical Records Received -- Barry J. Gordon, D.O. | 0.10 |
| 11/04/2015 | Review | Medical Records Received -- Zane K. Saul, M.D. | 0.10 |
| 11/11/2015 | Other | Medical Records of Dr. Baehring (9-23-11 to 4-22-13) | 0.10 |
| 11/11/2015 | Other | Medical Records of Dr. Gordon (10-1-08 to 11-3-08) | 0.10 |
| 11/11/2015 | Other | Medical Records of Dr. Naseer (10-8-10 to 1-27-14) | 0.10 |
| 11/11/2015 | Other | Medical Records of Dr. O'Brien (4-4-08 to 4-17-14) | 0.10 |
| 11/11/2015 | Other | Medical Records of Dr. Saul (8-8-10 to 6-19-14) | 0.10 |
| 11/11/2015 | Other | Medical Records of Dr. Zagar (7-23-10 to 8-19-11) | 0.10 |
| 11/13/2015 | Other | Note / Dr. Kage records - Conf w/ WWZ re: records | 0.10 |
| 11/13/2015 | Telephone Call; note to file | Telephone Call with Ms. Ruff / Dr. Kage office re: records | 0.20 |
| 11/19/2015 | Draft | Medical request (Dr. Raxlen) | 0.25 |
| 11/19/2015 | Telephone Call; note to file | Telephone Call with Dr. Raxlen's office / any updated records after 2010 | 0.20 |
| 11/20/2015 | Letter from | All Dr. Raxlen medical records | 0.10 |
| 11/20/2015 | Other | Medical Records Received -- Bernard Raxlen, M.D. | 0.10 |
| 11/30/2015 | Review | Medical Flash Drive from Liberty Mutual with medical records | 0.40 |
| 11/30/2015 | Review | Received Mail/Liberty Mutual via UPS with flashdrive | 0.10 |
| 12/01/2015 | Review | Received Fax from Nancy Winterer, Liberty Mutual (letter dated 12/1/15) | 0.10 |
| 12/03/2015 | Letter to | Medical request (CHA Somerville Hospital) | 0.25 |
| 12/03/2015 | Letter to | Medical request (Dr. Fritts) | 0.25 |
| 12/03/2015 | Document Generation | Medical request (Dr. Gaurab Basu) | 0.25 |
| 12/03/2015 | Letter to | Medical request (Dr. He) | 0.25 |
| 12/03/2015 | Letter to | Medical request (Dr. Maddalo - Chiro) | 0.25 |
| 12/03/2015 | Letter from | Medical request (Dr. Rougeau, Chiro) | 0.25 |
| 12/03/2015 | Document Generation | Medical request (Tagliarini Chiro) | 0.25 |

Matter  Case #

ROCQUEL

| Date | Subject | | Hours |
|---|---|---|---|
| 12/03/2015 | Review | Review of Liberty's medical records requests | 0.20 |
| 12/07/2015 | Letter to | Medical request (Aletheia Counseling) | 0.25 |
| 12/07/2015 | Telephone Call; note to file | PC with Aletheia Counseling need fax number / won't give | 0.10 |
| 12/11/2015 | Review | Call medical providers re: records | 0.10 |
| 12/11/2015 | Review | Liberty Mutual (Winterer) letter dated 12/10/15; compare to submitted documents | 0.10 |
| 12/11/2015 | Other | Wage Information Form (1 year) 2015 | 0.10 |
| 12/14/2015 | Draft | Letter to Liberty (Nancy Winterer) - re: records | 0.25 |
| 12/14/2015 | Review | Medical Records Received -- Robert Rougeau, D.C. | 0.10 |
| 12/14/2015 | Telephone Call; note to file | Telephone Call with CHA / Medical Records Dept | 0.10 |
| 12/14/2015 | Telephone Call; note to file | Telephone Call with Jackie / Dr. Fritts office | 0.10 |
| 12/14/2015 | Telephone Call; note to file | Telephone Call with Tagliarini Chiro | 0.10 |
| 12/16/2015 | Review | Medical Records Received -- Lori Fritts, M.D. | 0.10 |
| 12/16/2015 | Telephone Call; note to file | Telephone Call with Jackie / Dr. Fritts - she faxed it again | 0.10 |
| 12/18/2015 | Draft | Letter to Liberty (Nancy Winterer) Greenacres Clinic - Dr. Rougeau | 0.25 |
| 12/21/2015 | Letter to | Letter to Greenacres Chiro Care re: treatmnt | 0.25 |
| 12/21/2015 | Letter from | Received Mail/MRA (CMA Somerville Hospital records) | 0.10 |
| 12/21/2015 | Telephone call w client; note | Telephone Call with client re: visit with Dr. Nicholls at Tri-State Medical | 0.10 |
| 12/22/2015 | E mail from | Email from Haley re: Massachusetts records | 0.10 |
| 12/22/2015 | E mail to | Email to Haley re: CHA Somerville | 0.10 |
| 12/22/2015 | E mail to | Email to Ms. Spears re: medical requests | 0.20 |
| 12/22/2015 | Letter to | Medical request (Dr. Melissa Albritton) | 0.25 |
| 12/22/2015 | Letter to | Medical request (Dr. Timothy Nicholls) | 0.25 |
| 12/23/2015 | Draft | Letter to Liberty (Nancy Winterer) with copy of Dr. Nicholls records | 0.25 |
| 12/23/2015 | Review | Medical Records Received -- Timothy A. Nicholls, M.D. | 0.10 |

| Matter | | Case # | |
|---|---|---|---|
| ROCQUEL | | | |

| Date | | Subject | Hours |
|---|---|---|---|
| 12/28/2015 | Draft | Letter to Liberty (Nancy Winterer) re: address change | 0.25 |
| 01/05/2016 | E mail from | Email from Haley re: records / CHA and other record requestes | 0.20 |
| 01/06/2016 | Other | Note to file / re: request for medical records by Liberty on 10-20-15 | 0.10 |
| 01/08/2016 | Review | Medical Records Received -- Melissa Albritton, M.D. | 0.20 |
| 01/19/2016 | Email | Email to Haley re: Dr. Basu and Dr. Donaldson | 0.10 |
| 01/22/2016 | E mail from | Email from Haley re: Basu and Donaldson | 0.10 |
| 01/25/2016 | Email | Email from Haley re: Dr. Donaldson | 0.10 |
| 01/25/2016 | Email | Email to Haley re: Donaldson | 0.10 |
| 01/25/2016 | Review | Received Mail/Fax from Nancy Winterer at Liberty Mutual | 0.10 |
| 02/02/2016 | Review | Received Mail/Liberty Mutual / letter dated 2-2-16 | 0.10 |
| 02/10/2016 | Review | Received Mail/Fax from Nancy Winterer re: IME | 0.10 |
| 02/12/2016 | Other | Received Mail/Medical Consultants Network Lt dated 2-9-16 | 0.10 |
| 02/19/2016 | Telephone call w client; note | Telephone Call with Haley / wants to talk to WWZ | 0.15 |
| 02/29/2016 | Telephone Call; note to file | Telephone Call / LM for MCN Scheduling Service to reschedule appt | 0.10 |
| 02/29/2016 | Telephone Call; note to file | Telephone Call with Del / Medical Scheduling | 0.10 |
| 02/29/2016 | Telephone Call; note to file | Telephone Call/ Haley left on answering machine 4:44 / Sunday | 0.10 |
| 03/01/2016 | Letter from | Letter from Nancy Winterer / Liberty Mutual dated 3-1-16 | 0.10 |
| 03/10/2016 | Letter from | Received Mail/Fax from Liberty Mutual (Nancy Winterer) lt dated 3-10-16 | 0.10 |
| 03/10/2016 | Telephone Call; note to file | Telephone Call with Del / Medical Scheduler reminding us of the 3/14 appt | 0.10 |
| 03/16/2016 | Letter from | Received Fax from Nancy Winterer - Liberty dated 3-16-16 | 0.10 |
| 03/30/2016 | Review | Received Mail/Fax from Behavioral Medical Interventions (3-4-16 letter) | 0.10 |
| 04/08/2016 | Draft | Civil Cover Sheet | 0.10 |
| 04/08/2016 | Document Generation | Letter to District Court (Hartford) with Complaint | 0.25 |
| 04/14/2016 | Review | Medical Records Received - Kristin A. Giannini, M.D., Rockville Family Physician | 0.10 |

| Matter | | Case # | |
|---|---|---|---|
| ROCQUEL | | | |

| Date | | Subject | Hours |
|---|---|---|---|
| 04/15/2016 | Draft | Letter to Defendant (Gregory Hayes UTC / Amended Complaint | 0.25 |
| 04/20/2016 | Review | Received Mail/Green cards for service on G. Hayes, UTC (and plan) | 0.10 |
| 04/20/2016 | Letter from | Received Mail/new thumb drive and instructions from Nancy W / Liberty | 0.10 |
| 04/22/2016 | Letter from | Received Mail/Green card for service on Liberty Life | 0.10 |
| 04/27/2016 | Letter from | Received Mail/Nancy Winterer fax dated 4-27-16 | 0.10 |
| 05/02/2016 | Review | Received Waiver of the Summons (Sarah Baskin) for Liberty Life | 0.10 |
| 06/15/2016 | Letter from | Received Mail/ Letter from Sarah Baskin, Jackson Lewis (6-13-16) re: service | 0.10 |
| 06/16/2016 | Letter from | Received Mail/Nancy Winterer, Appeals Review Consultant, Liberty Life decision | 0.10 |
| 08/09/2016 | Review | Medical Records Received -- Zane K. Saul, M.D. | 0.10 |
| 08/09/2016 | Review | Received Mail/Fax from Dr. Saul (7-13-16 report) | 0.10 |
| 09/28/2016 | T/C w/Opposing Counsel | Telephone Call with Baskin / needs to hear from WWZ today re: medication | 0.10 |
| 11/07/2016 | Telephone Call; note to file | Telephone Call with Greeacres Chiro re: payment | 0.10 |
| 11/14/2016 | Telephone Call; note to file | LM for Haley / Friday at 2 is fine for meeting WWZ | 0.10 |
| 12/19/2016 | Telephone Call; note to file | LM with Judge's chambers | 0.10 |
| 12/20/2016 | Letter to | Courtesy copy of pleadings mailed to Judge Bryant | 0.10 |
| 03/20/2017 | Letter from | Received Mail/Jackson Lewis letter dated 3/16/17 | 0.10 |
| 04/19/2017 | Email | Email from Ms. Lewis re: discovery dispute | 0.10 |
| 04/27/2017 | Letter from | Received Mail/Sarah Baskin / Jackson Lewis (4-26-17 lt to court with Motion | 0.10 |
| 05/04/2017 | Letter from | Fax from Liberty Mutual (5-4-17) (denial of LTD benefits) | 0.10 |
| 07/26/2017 | Letter from | Received Mail/Sarah Baskin letter dated 7/25/17 (copy of reply brief to judge) | 0.10 |
| 09/19/2017 | Letter from | Received Mail/copy of letter sent to Judge Bryant dated 9/14/17 | 0.10 |

19.61

| WWZ | | | |
|---|---|---|---|