Zimberlin Law
267 Main Street
Manchester, CT 06042

10/26/2019

## Cost Invoice

Haley Spears

Case #    10-00065

| Date | Description | | Amount |
|---|---|---|---|
| 04/16/2012 | Pacer (redact cost) | | $0.00 |
| | | Category Total: | $0.00 |

**Administrative Costs**

| Date | Description | | Amount |
|---|---|---|---|
| 06/30/2013 | PACER fee | | $4.00 |
| 12/20/2018 | Raymond Cestar - VE Report | | $1,400.00 |
| 02/27/2019 | Pacer charges | | $2.50 |
| | | Category Total: | $1,406.50 |

**Copy Costs**

| Date | Description | | Amount |
|---|---|---|---|
| 03/01/2012 | copy Costs, forms, Library invoice | | $8.75 |
| 03/26/2012 | Copy Costs | | $8.20 |
| 04/22/2014 | copies | | $19.80 |
| 04/28/2014 | Copy Costs (Redact Chamber Copy) | | $0.00 |
| 07/17/2014 | copies | | $2.00 |
| 12/17/2015 | Copy Costs | | $12.60 |
| 12/20/2016 | Copy Costs | | $32.00 |
| 02/14/2017 | photo copies | | $12.20 |
| 10/31/2017 | photo copies | | $34.80 |
| 01/08/2019 | photo copies | | $23.40 |
| | | Category Total: | $153.75 |

**Court costs**

| Date | Description | | Amount |
|---|---|---|---|
| 11/17/2011 | Filing Fee Complaint | | $350.00 |
| 07/25/2014 | pacer charges | | $8.40 |
| 04/08/2016 | Filing Fee, New Complaint | | $400.00 |
| | | Category Total: | $758.40 |

Ex. H

Zimberlin Law
267 Main Street
Manchester, CT 06042

10/26/2019

## Cost Invoice

Case #   10-00065

Haley Spears

**Postage**

| Date | Description | Amount |
|---|---|---|
| 09/27/2011 | Letter to Client with Financial Affidavit / Motion to Leave Pauperis | $0.44 |
| 10/10/2011 | Letter to Client asking her to call | $0.44 |
| 10/28/2011 | Letter to Client asking her to return the financial affidavit | $0.44 |
| 11/17/2011 | Draft Letter to Court (Federal District Court) | $0.44 |
| 11/22/2011 | Letter to Court (Federal District Court) - signature page | $0.44 |
| 12/07/2011 | Letter - to Group Life UTC - Notice of Lawsuit and Request to Waive Service | $0.44 |
| 12/08/2011 | Letter - to Liberty Life / Notice of Lawsuit and Request to Waive Service | $0.44 |
| 12/08/2011 | Letter - to Liberty Life / Notice of Lawsuit and Request to Waive Service - Pres | $0.44 |
| 12/08/2011 | Letter - to UTC / Notice of Lawsuit and Request to Waive Service | $0.44 |
| 12/16/2011 | Letter to Client with SS notice of award | $0.44 |
| 01/16/2012 | Letter to Attorney Baskin re: Motion to Dismiss | $0.00 |
| 03/26/2012 | Mailed copy of Memo in Opposition to Federal Court | $2.85 |
| 08/20/2012 | Letter to Opposing Counsel with Interrogatories and request for production | $0.45 |
| 03/06/2013 | Letter to Client re: summary judgment motions | $0.46 |
| 04/28/2014 | Postage - Courtesy Copy to Chambers | $5.60 |
| 05/01/2014 | Letter to Court (Attn: Nicki) with CD | $0.49 |
| 05/09/2014 | Letter to Court (Attn: Nicki) - revised CD / sealed envelope | $0.49 |
| 05/19/2014 | Request medical request (Dr. James O'Brien / Digestive Health) | $0.00 |
| 05/30/2014 | Letter to Client re: summary judgment | $0.49 |
| 06/11/2014 | re: Penalty Issue / Plan Administrator | $0.00 |
| 06/16/2014 | Mailed courtesy copy of Reply in Support of Motion for Sum Judg to Judge Bryant | $1.61 |
| 07/17/2014 | postage | $1.61 |
| 08/11/2014 | Letter to Client re: work | $0.49 |
| 05/18/2015 | Letter to Client asking her to call our office | $0.49 |
| 06/01/2015 | Draft 2015 damage analysis | $0.00 |
| 08/26/2015 | Letter to Attorney Baskin re: document request draft | $0.49 |
| 08/27/2015 | Letter to Client re: Forms | $0.49 |
| 09/01/2015 | Letter to Attorney Baskin re: response to her letter | $0.00 |
| 09/02/2015 | Client re: Liberty's letter of 9/1/15 | $0.49 |
| 09/10/2015 | Letter to Attorney Baskin re: Liberty forms | $0.00 |
| 10/27/2015 | Letter to Liberty (Nancy Winterer) with medical records | $1.61 |
| 11/06/2015 | Letter to Liberty (Nancy Winterer) with medical records #2 | $1.61 |
| 11/20/2015 | Letter to Liberty (Nancy Winterer) with medical records | $0.49 |
| 12/07/2015 | Letter to Liberty (Nancy Winterer) | $0.00 |
| 12/17/2015 | Postage | $4.32 |
| 01/11/2016 | Letter - Nancy Winterer, re: Dr. Albritton | $0.00 |
| 01/12/2016 | Letter - Nancy Winterer, re: make a decision | $0.00 |
| 02/04/2016 | Letter to Insurance Company re: IME | $0.00 |
| 02/27/2016 | Letter to Ms. Winterer re: IME | $0.00 |
| 02/29/2016 | Letter to Ms. Winterer re: IME rescheduling | $0.00 |

**Zimberlin Law**
267 Main Street
Manchester, CT  06042

---

10/26/2019

**Cost Invoice**              Case #    10-00065

Haley Spears

---

Postage

| Date | Description | Amount |
|---|---|---|
| 03/17/2016 | Nancy Winterer re: file request | $0.00 |
| 03/29/2016 | Letter to Dr. Kage re: phone call | $0.00 |
| 04/04/2016 | Letter to Dr. Zagar, Liberty request for opinion on review; summarize BMI report | $0.00 |
| 04/08/2016 | Letter to District Court (Hartford) with Complaint | $0.49 |
| 04/14/2016 | Letter to Nancy Winterer / Dr. Giannini report 4/13/16 | $0.00 |
| 04/15/2016 | Letter to Defendant (David Long, Liberty Life) / Amended Complaint | $8.83 |
| 04/15/2016 | Letter to Defendant (Gregory Hayes UTC Plan / Amended Complaint | $8.83 |
| 07/11/2016 | Letter to Client re: mediation | $0.47 |
| 08/09/2016 | Nancy Winterer re: Dr. Saul letter | $0.00 |
| 09/21/2016 | Nancy Winterer re: Dr. Raxlen letter | $0.00 |
| 12/20/2016 | Courtesy copy of pleadings mailed to Judge Bryant | $6.45 |
| 02/02/2017 | Mailed documents to Sarah Baskin | $2.67 |
| 02/14/2017 | Courtesy copy of pleadings mailed to Judge Bryant | $3.93 |
| 08/31/2017 | Notice of Consent to Amend/Supplemental Complaint sent to Judge Bryant | $3.39 |
| 10/31/2017 | Memorandum in Opposition and Notice of Additional Authority to Judge Bryant | $6.95 |
| 06/29/2018 | Letter to client asking her to call | $0.50 |
| 11/20/2018 | Mailing Courtesy Copy of Pleadings to Judge K. Dooley | $6.70 |
| 12/21/2018 | Declaration; review telephone records and notes to draft same | $0.00 |
| 12/28/2018 | Letter / Judge Kari Dooley | $6.70 |
| 01/03/2019 | Declaration of WZ for attorney fees | $0.00 |
| 01/03/2019 | Declaration of RDZ in support of Attorney Fees | $0.00 |
| 01/08/2019 | Mailing courtesy copies of pleadings to Judge | $6.70 |

Category Total:   $91.54

Total:   $2,410.19

---

Please Submit with Payment    10-00065    Haley Spears    Amount: _____